Gunnison Basin Implementation Plan                                          Introduction
DRAFT 4/17/15

water supply needs and previously identified potential solutions, this modeling effort helps to identify
and evaluate projects to meet the Basin's future water needs as described in Sections 3 and 4.

## Plan Structure

The structure of this document generally follows the guidelines as laid out by the Colorado Water
Conservation Board (CWCB 2013) with some modifications to improve consistency, coherence, and
relevance to local issues. Section 1 defines basin priorities (goals) and outlines specific mechanisms and
targets for achieving the priorities (measurable outcomes). Section 2 summarizes previously identified
water supply needs in the Basin. Section 3 describes options to analyze projects that may address water
supply needs. Section 4 identifies potential basin projects and strategies for their implementation.
Section 5 provides summary conclusions on how proposed strategies meet Basin Goals along with
general recommendations for project implementation.



Separate consulting teams have completed BIPs for eight major river basins (North Platte, Yampa/White,
Colorado, Gunnison, San Juan/Dolores, Rio Grande, Arkansas, and South Platte/Metro). Varying
priorities for each basin necessitate that the eight BIPs will differ in focus, structure, content, and detail.
It is understood that the CWCB requires a certain level of consistency in the eight BIPs to be able to
extract and use BIP information to draft portions of the Colorado Water Plan. The following table is
therefore provided to correlate BIP sections recommended in CWCB guidance with sections of the GBIP.

BLM_0160554

Gunnison Basin Implementation Plan                                                          Introduction
DRAFT 4/17/15

**Table 10. Relationship Between Recommended CWCB BIP Sections and the GBIP Sections**

| CWCB Guidance | Gunnison Basin Implementation Plan |
|---|---|
| Executive Summary | Executive Summary |
| 1. Basin Goals and Measurable Outcomes | 1. Basin Goals |
| 2. Evaluate Consumptive and Nonconsumptive Needs | 2. Basin Needs |
| 2.1 Nonconsumptive Needs | 2.4 Environmental and Recreational Needs |
| 2.2 Consumptive Needs | 2.2 Agricultural Needs |
|  | 2.3 Municipal and Industrial Needs |
| 3. Evaluate Consumptive and Nonconsumptive Constraints and Opportunities | 4. Basin Projects |
| 3.1 Current Basin Water Operations and Hydrology | Introduction |
| 3.2 Water Management and Water Administration (Optional) |  |
| 3.3 Hydrologic Modeling (Optional) | Introduction and 3. Basin Evaluations |
| 3.4 Shortages Analysis | 2. Basin Needs and 3. Basin Evaluations |
| 4. Projects and Methods | 4. Basin Projects |
| 4.1 Education, Participation & Outreach | 4.2 Education, Participation, and Outreach |
| 4.2 Watershed Health | 4.3 Watershed Health |
| 4.3 Conservation Projects and Methods | 4.4 Conservation Projects and Methods |
| 4.4 New Multi-Purpose, Cooperative, and Regional Projects and Methods | 4.5 Project List |
| 4.5 M&I Projects and Methods | 4.6 Project Summary Template |
| 4.6 Agricultural Projects & Methods | 4.7 Project Summaries |
| 4.7 Nonconsumptive Projects and Methods |  |
| 4.8 Interbasin Projects and Methods (Optional) |  |
| 5. Implementation Strategies for the Projects and Methods |  |
| 6. How the plan meets the Roundtables' Goals and Measurable Outcomes | 5. Conclusions and Recommendations |

## Overview of Available Basin Information

A number of previous efforts identified water supply planning tools, needs, issues, and potential solutions in the Gunnison Basin. Most of the previous efforts focused on development of water supply planning tools or identification of water supply needs and issues with a preliminary look at solutions. In contrast, this report primarily focuses on basin solutions by using previously developed tools and information to identify and encourage implementation of the most effective strategies to meet basin needs.

A thorough inventory was conducted of existing water planning information and reports relevant to the Gunnison Basin. The inventory included a variety of documents referenced throughout this plan. Appendix 1 lists references used for completion of this plan. Appendix 2 is an inventory of additional reports and information provided as a useful reference guide on locating more detailed information pertaining to the Basin. Each referenced document in Appendix 2 includes a brief description and, where available, an online link to provide immediate access to a key organization or document. Note that there are several ongoing studies in various stages of completion that may be useful to the Gunnison Basin in continued planning efforts; studies that have not been completed are not included in Appendix 2. The

BLM_0160555

Gunnison Basin Implementation Plan                                                    Introduction
DRAFT 4/17/15

following information provides brief descriptions of the more essential documents and tools used to support completion of this plan, beginning with modeling tools.

## Modeling Tools

Modern basin-wide water supply planning studies began in the Gunnison Basin with the development of modeling tools to assess the operations of the Aspinall Unit by the Colorado Water Resources and Power Development Authority in the 1980s. This model was recently used to support the ROD for the Aspinall Unit Operations Final EIS in April 2012.

More geographically detailed water supply planning tools were developed as part of the Colorado Decision Support System (CDSS). The CDSS consists of a database of hydrologic and administrative information related to water use in Colorado as well as a variety of tools and models for reviewing, reporting, and analyzing the data. The Gunnison River basin Water Resources Planning Model (Gunnison Model) is one of many CDSS water resources planning models for major river basins in Colorado.

The Gunnison Model is a water rights allocation model that determines availability of water to individual users and projects based on hydrology, water rights, and operating rules and practices. All CDSS models are implemented in the StateMod platform, a code developed by the State of Colorado for application in the CDSS project. The Gunnison Model Baseline data set currently extends from 1909 to 2005, with plans to incorporate more recent hydrologic data in the near future. It simulates current demands, current infrastructure and projects, and the current administrative environment as though they had been in place throughout the modeled period. As a tool designed to test the impacts of proposed diversions, reservoirs, water rights and/or changes in operations and management strategies, the CDSS models and their related documentation are an important complementary resource for this plan.

## Basin Studies

The most recent basin study is the CWCB's Gunnison Basin Basinwide Consumptive and Nonconsumptive Water Supply Needs Assessment, June 2011 (2011 Report).  This report summarized basin-specific data from the Statewide Water Supply Initiative 2010 (SWSI 2010) and was the most complete analysis of water supply needs in the Basin to-date with input from various local stakeholders. In addition to identifying existing and projected water needs in the Basin, the 2011 Report cataloged projects and processes to meet these needs. No attempt was made, however, to determine which projects could be most effective at meeting the identified needs through the year 2050.

This plan builds on the Basin's identified priorities and framework for addressing future needs that were laid out in the 2011 Report. Goals in this section reiterate those basin priorities:

- Maintain agricultural viability
- Ensure adequate water for future needs (Municipal and Industrial [M&I], Agricultural, Environmental, and Recreational uses)
- Address aging infrastructure with the Basin

BLM_0160556

Gunnison Basin Implementation Plan                                               Introduction
DRAFT 4/17/15

- Preserve open space
- Ensure Endangered Species Act compliance through Aspinall re-operations
- Develop and implement a selenium management plan
- Provide for in-basin augmentation
- Address compact delivery obligation impacts to existing and future in-basin water rights
- Continue dialogue/negotiations between the Gunnison and other basin roundtables

Another primary report that this study builds upon is the CWCB's Water Supply and Needs Report for the Gunnison Basin, June 2006 (2006 Report). Like the 2011 Report, the 2006 Report sought to inventory water supplies and demands in the Gunnison Basin. As the initial effort to comprehensively assess water use in the Basin for the SWSI process, the 2006 Report is a helpful reference for general basin information. The 2006 Report looked at projected water supplies and demands out to the year 2030. It cataloged consumptive projects, but did not look at environmental and recreational projects.

---

**Where to find more information:**

- Gunnison River basin Information Report, CWCB 2004. Web Link
- CWCB's Water Supply and Needs Report for the Gunnison Basin, CWCB 2006. Web Link
- Gunnison River basin Water Resources Planning Model User's Manual, CWCB 2009. Web Link
- SWSI 2010, Gunnison Basin Report Basinwide Consumptive and Nonconsumptive Water Supply Needs Assessment, CWCB 2011. Web Link

---

BLM_0160557

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 1: Basin Goals

# Section 1: Basin Goals

## 1.1 Introduction

The Gunnison Basin Roundtable members adopted a set of *intra*basin Goals for addressing issues of importance within the Basin, and a set of *inter*basin Statewide Principles to help shape the relationships among all of Colorado's river basins, especially on the matter of risk assumption in future water development.  This work was done after Roundtable discussion, consideration of IBCC work and planning guidelines, and consultation with inhabitants of the Gunnison River Basin.



The Statewide Principles section serves to document the GBRT's vision for major water policy issues in Colorado, with an emphasis on risk management – primarily how risk should be defined and who should assume it in future development. The Basin Goals focus on maintaining and protecting important existing water uses in the Basin. Both sections are intended to "inform and help drive the Colorado Water Plan" as indicated by the CWCB (2013).

## 1.2 Basin Goals

### Background

The Gunnison Basin Roundtable members identified nine Basin Goals: one primary goal and eight supporting goals (Table 11). The primary goal is the maintenance and protection of existing water use in the Basin. By maintaining these water uses the people of the Gunnison Basin will continue to sustainably use the Basin's water resources and consequently maintain a balanced and diverse economic base. The Basin Goals ultimately seek to promote a healthy and diversified economy long into the future.

**Table 11. Basin Goals**

| |
|---|
| **Primary Goal:** |
|     1.  Protect existing water uses in the Gunnison Basin |
| **Complementary Goals** (order does not indicate priority): |
|     2.  Discourage the conversion of productive agricultural land to all other uses within the context of private property rights |
|     3.  Improve agricultural water supplies to reduce shortages |
|     4.  Identify and address municipal and industrial water shortages |
|     5.  Quantify and protect environmental and recreational water uses |
|     6.  Maintain or, where necessary, improve water quality throughout the Gunnison Basin |
|     7.  Describe and encourage the beneficial relationship between agricultural and environmental recreational water uses |
|     8.  Restore, maintain, and modernize critical water infrastructure, including hydropower |
|     9.  Create and maintain active, relevant and comprehensive public education, outreach and stewardship processes involving water resources in the six sectors of the Gunnison Basin |

BLM_0160558

Underlying these Basin Goals are the important aspects of scenario planning and risk management, as detailed further in the Statewide Goals section. To most effectively address various future uncertainties (climate, population growth, water supply, etc.), the GBRT supports the use of the scenario planning approach for regional and statewide water supply planning presented in the Draft Colorado Water Plan, Chapter 6.1.  Scenario planning is a process that defines complete, plausible scenarios of the future. This concept differs from traditional planning, in which one future is defined without taking into account various uncertainties. Scenarios are formulated by assessing key drivers of uncertainty (e.g., economic and demographic growth, climate, environmental regulations, social values, and perspectives) and combining the various potential outcomes of these drivers into several possible pictures of what the future might look like.

The Draft Colorado Water Plan identifies and describes five future scenarios anticipating both natural and cultural variables for the State of Colorado which are acceptable for the Gunnison Basin planning effort:

- *Business as Usual:* The present state of economic, social and natural (climatic) trends continues into the future.

- *Weak Economy:* The economy globally continues to falter; growth is less than anticipated, but so are resources for water development and adaptation to climate changes.

- *Cooperative Growth:* Environmental stewardship becomes the global norm; growth is more rational; carbon emissions are reduced substantially; et cetera.

- *Adaptive Innovation:* Climate change accelerates, forcing more collaborative action to address its problems (escalating extreme weather, reduced food production in hot places); more local food production; probably more growth in Colorado headwaters due to lower temps; et cetera.

- *Hot Growth:* The economy heats up even faster than the accelerating global warming; regulation is relaxed in favor of economic expansion; wealth encourages urban sprawl; et cetera.

These five scenarios are described in more detail in Chapter 6.1 of the Draft Colorado Water Plan.  As an initial attempt to incorporate scenario planning in the Gunnison Basin this plan includes analyses of varying future hydrologic and water demand scenarios. In addition to a scenario planning approach, any discussion of future development or new supply must be balanced with a discussion of how to manage the risks posed by such development. The GBRT believes risk management criteria must be developed to prevent harm to existing water rights while allowing for the full development of Colorado's entitlement under the Colorado River Compact and Upper Colorado River Basin Compact.  The GBRT also acknowledges that, until there is more certainty on which scenarios are most likely to evolve in the coming decades, the guidelines in the Colorado Water Plan No/Low Regrets Portfolio for near-term projects (2015-2025) are a reasonable approach, and have been considered in developing the GBRT Plan Tier 1 (near-term) projects.

To provide a concrete measurement of success in meeting existing and future water needs, goals are paired with measurable outcomes. Each of the goals includes a brief narrative description, process for

BLM_0160559

achieving the goal, and specific measureable outcomes. In order to ensure that each measurable outcome is attainable and realistic, each goal includes processes for achievement. The goal processes include tasks, items for inclusion in the GBIP, and other steps or mechanisms necessary to help achieve the goal and ultimately the measurable outcomes.

## Goal 1: Primary Basin Goal – Protect existing water uses in the Gunnison Basin

This goal reflects the agreement among Gunnison River Basin inhabitants that the existing water uses for agricultural, municipal, industrial, environmental, and recreational purposes throughout the Basin should be protected.  This mix of existing uses includes both decreed and nondecreed water use. Fundamental to this goal is the preservation of the Basin's agricultural base.  Agricultural water use in the basin provides substantial economic productivity and valuable open space that helps enhance the tourism industry.  In addition, agricultural diversions help to attenuate heavy spring runoff and result in return flow patterns that aid flows later in the season to augment recreational uses and the environment.  The alluvial water table maintained by agriculture is also important to some municipal water supplies.  For example, the City of Gunnison recently purchased an adjacent ranch specifically to protect the water quality that recharges the City's wells.  As a result of these diverse connections many of the agricultural projects detailed in Section 4 are being evaluated as multi-purpose projects.

It is important to note that existing uses are not constant from year to year, and may be more variable with a changing climate. For example, a hotter climate would increase crop demands compared to historical, and depending on future hydrology, consumptive use could increase and shortages could increase.  Potential climate change impacts could include changes in total precipitation, altered timing of spring runoff, and elevated stream temperatures. These changes could also impact the health of stream ecosystems and should be considered when determining adequate instream flow protections. Therefore, this plan provides an assessment of water supply impacts under different hydrologic scenarios in Section 3. To maintain existing uses it is also critical to prevent the abandonment of important historical water rights. The GBRT plans to create a committee to work with the Colorado Division of Water Resources to review future abandonment lists in Division 4, attempt to identify the current water rights' owners responsible for the subject water rights, and work with the water rights' owners to navigate the protest process where appropriate.

The significant federal land and water rights ownership in the Basin also necessitates special consideration. Federal liaisons have participated in GBIP technical meetings and have been involved with the roundtable process since its inception. Federal water rights are considered in the modeling as discussed in the GBIP Introduction and Section 3. In addition, the issue of potential future contracts for water from a Colorado River Storage Project reservoir is preliminarily addressed in the GBIP Statewide Principles Section.

**Process to Achieve Goal:**

- Document existing baseline of major decrees, environmental compliance agreements, water rights administration regimes, and related operations

BLM_0160560

Gunnison Basin Implementation Plan                                        Section 1: Basin Goals
DRAFT 4/17/15

- Detail the projected effects of climate change that may require additional water development to protect existing uses.  Water development includes measures taken to use existing supplies more efficiently or effectively, as well as seeking additional water.
- Assign and schedule GBRT committee responsibilities for Division 4 water rights abandonment list review and management
- Update and refine estimates for anticipated future water uses

> **Measurable Outcomes:**
> - Maintain current baseline of irrigated acreage in the Basin (246,632 acres) with only minor decreases (less than five percent) related to projected municipal growth onto irrigated lands through the year 2050
> - Maintain all current municipal and industrial water rights and related infrastructure without losing any water rights to abandonment or water availability to infrastructure deterioration
> - Maintain mileage and volume of instream flows for environmental and recreational uses

**Complementary Basin Goals (order does not indicate priority)**

*Goal 2: Discourage the conversion of productive agricultural land to other uses within the context of private property rights.*

The GBRT strongly opposes the dry-up of agricultural land in the Basin. However, the GBRT also recognizes the importance of private property rights in the successful operation of Colorado's long-standing water rights system. Therefore, the GBRT is committed to encouraging the preservation of agriculture through any effective voluntary means. This includes conservation easements and other efforts through heritage-protection organizations. To establish a baseline and catalog successful land and water preservation in the Basin, current conservation efforts are highlighted in Section 2 of this plan. Future education efforts of the GBRT (Goal 9) may also focus on encouraging the preservation of agricultural land in the Basin.

**Process to Achieve Goal:**

- Invite the directors of programs for conservation easements and other heritage-protection organizations to address the Roundtable about their work to date, and needs for the future. Draft a roundtable policy for supporting such work in the Basin
- Document the current baseline of local conservation easements and other heritage-protection efforts
- Periodically invite qualified experts to the GBRT to present financial options to protect agricultural producers from the effects of inheritance taxes
- Periodically invite qualified experts to the GBRT to discuss financing options and other ideas for enabling young agricultural producers to obtain agricultural land affordably

BLM_0160561

Gunnison Basin Implementation Plan                                      Section 1: Basin Goals
DRAFT 4/17/15

> **Measurable Outcomes:**
> - Preserve the current baseline of about 183,000 protected acres in the Gunnison Basin (according to estimates from the Gunnison Ranchland Conservation Legacy) and expand the participation in conservation easements by five percent by 2030 through programs like the Gunnison Ranchland Conservation Legacy.

### Goal 3: Improve agricultural water supplies to reduce shortages.

The 2011 Report provided an initial analysis of agricultural water shortages in the Basin. While it is common for agricultural areas in Colorado to be water-short, the agricultural shortages represent a real need and opportunity for improvement. The analysis in this plan seeks to better define the agricultural gap in the Gunnison Basin. This fits with the CWCB's emphasis on extending the SWSI analysis to include agricultural and environmental/recreational gaps to complement the original municipal and industrial gap of previous efforts.

This plan includes an analysis of water availability in each of the Gunnison sub-basins. Existing planned projects and other site-specific solutions are matched with water availability to identify and recommend the most effective projects. An emphasis on multiple purpose projects is carried throughout the analysis, where applicable.

   **Process to Achieve Goal:**

- Identify specific locations in the Gunnison Basin where agricultural shortages exist and quantify the shortages in times, frequency, and duration
- Recommend potential site-specific solutions in collaboration with local water users
    - Recommendations include an initial analysis of hydrology (water variability), cost, financing, and permitting
    - Recommended projects could include new storage, enlargement or repair of existing reservoirs, infrastructure to improve irrigation system efficiency, etc.
- Perform analyses to maximize efficacy of recommended solutions for meeting multiple objectives (i.e. consumptive and environmental/recreational uses)

> **Measurable Outcomes:**
> - Reduce basin-wide agricultural shortages by developing 10 projects from the list of recommended solutions in the GBIP by the year 2030
> - Implement the Inventory of Irrigation Infrastructure Improvement Needs projects from the list of recommended solutions in the GBIP by 2025

### Goal 4: Identify and address municipal and industrial (M&I) water shortages.

As the Gunnison Basin continues to grow, its M&I water needs must be identified and addressed. Though the Gunnison Basin has a relatively small population, it is likely to grow faster than most of Colorado with a projected annual average growth rate of between 1.6 percent and 2.0 percent to the year 2050, resulting in a doubling of the current population (CWCB 2011).

BLM_0160562

Gunnison Basin Implementation Plan                                                    Section 1: Basin Goals
DRAFT 4/17/15

This plan documents the planned efforts and related water availability of major water providers in the Basin to meet needs projected through the year 2050. Potential major industrial needs, such as those related to large-scale oil and gas development are not included at this time. An emphasis on multiple purpose projects is carried throughout the analysis, where applicable. Water conservation efforts are also included as an important component of meeting municipal demands in the Basin. Projected population and water use data are pulled from SWSI 2010, with updated project information from water providers where available. The M&I water supply gap in the Basin is not recalculated for this plan, but will be updated during the forthcoming SWSI 2016 effort.  Section 2 details issues with the projections for Ouray County from SWSI 2010 that should be addressed during the SWSI 2016 effort.  These updated projections will continue to be based on refined economic modeling projections performed by the Colorado State Demography Office.

**Process to Achieve Goal:**

- Identify specific locations in the Basin where M&I shortages exist now and may exist in the future, and quantify the shortages in time, frequency, and duration
- Recommend potential solutions in collaboration with local water users.  Recommendations could include an initial analysis of hydrology (water variability), cost, financing, and permitting. Such projects could include new storage, water right exchanges, efficiency measures, operational optimization, etc.
- Perform analyses to maximize efficacy of recommended solutions for meeting multiple objectives (i.e., consumptive and environmental/recreational)
- Work with major water providers in the Basin to identify and catalog projects to meet all forecasted water needs out to the year 2050
- Promote the development of voluntary regional water conservation plans to help smaller entities (delivering less than an annual 2,000 acre-feet) achieve water savings and related reductions in expenses related to treatment, distribution, and infrastructure

**Measurable Outcomes:**
- Reliably meet 100 percent of essential municipal water provider system demands in the Basin through the year 2050 and beyond
- Continue the current baseline of effective water conservation programs by covered entities[1] in the Basin, with the goal being high levels of conservation savings as defined in SWSI 2010

---

[1] "Covered entity" means each municipality, agency, utility, including any privately owned utility, or other publicly owned entity with a legal obligation to supply, distribute, or otherwise provide water at retail to domestic, commercial, industrial, or public facility customers, and that has a total demand for such customers of two thousand acre-feet or more.  §37-60-126(1)(b) Colorado Revised Statutes (2012).

BLM_0160563

Gunnison Basin Implementation Plan                                      Section 1: Basin Goals
DRAFT 4/17/15

*Goal 5: Quantify and protect environmental and recreational water uses.*

Environmental and recreational water uses are critical to the economy and way of life in the Gunnison Basin. Based on the work of the Gunnison Basin Roundtable, the 2011 Report identified important environmental and recreational needs in the Gunnison Basin that are referenced in this plan. The 2011 Report also cataloged completed, ongoing, and planned environmental and recreational projects. The projects were then mapped along with the environmental and recreational needs in Figures 3-1 through 3-4 of the SWSI 2010 Report as an initial analysis of where identified environmental and recreational needs are most effectively addressed.

This plan seeks to further refine the analysis of an environmental and recreational gap in the Gunnison Basin by summarizing the findings of previous studies, providing an analysis of instream flow water rights in the Basin, referencing data on economic impacts of environmental and recreational water uses, and refining a list of environmental and recreational focus segments. An emphasis on multiple purpose projects is carried throughout the analysis, where applicable. Data is pulled from SWSI 2010, with selective updates such as the Colorado River Cutthroat Trout range (Section 2.4).

**Process to Achieve Goal:**

- Identify specific locations in the Gunnison Basin where identified environmental and recreational needs are not being met
- Quantify or otherwise describe the needs in time, frequency, and duration
- Recommend potential site-specific solutions in collaboration with local water users
    - Recommendations could include an initial analysis of hydrology (water variability), cost, financing, and permitting
    - Recommended projects could include improving instream flows through water rights leasing, restoration projects, diversion improvements, consumptive use efficiencies, or other improvements to environmental and recreational attributes
- Perform analyses to maximize efficacy of recommended solutions for meeting multiple objectives (i.e., consumptive and environmental/recreational)
- Reference previous studies on the economic impact of environmental and recreational water uses in the Gunnison Basin
- Update delineation of Colorado River Cutthroat Trout range and preserve current baseline of native trout populations
- Support existing watershed groups in the basin (Coal Creek Watershed Coalition, the Lake Fork Valley Conservancy, the Uncompahgre Watershed Partnership, and the Western Slope Conservation Center). Links to these organization's websites and watershed plans are provided in Appendix 2
- Participate in the public hearing and rulemaking processes of the Colorado Water Quality Control Division

BLM_0160564

Gunnison Basin Implementation Plan                                       Section 1: Basin Goals
DRAFT 4/17/15

---

**Measurable Outcomes:**
- Meet identified environmental and recreational needs basin-wide by developing 10 projects from the list of recommended solutions in the GBIP by the year 2030
- Implement the Environmental and Recreational Project Identification and Inventory projects from the list of recommended solutions in the GBIP by 2020
- Improve the current baseline of native trout and endangered fish populations in the Gunnison Basin through the year 2050

---

*Goal 6: Maintain or, where necessary, improve water quality throughout the Gunnison Basin.*

The Gunnison Basin has a wide range of water quality and corresponding issues. Most tributaries in the headwaters have excellent water quality, with the exception of mining impacts in some locations. Lower in the Basin, the Mancos Shale soils of the Uncompahgre Valley have resulted in selenium impacts exceeding federal standards. These impacts are being addressed by various projects to minimize the leaching of selenium from soils, sponsored by the Uncompahgre Valley Water Users Association, Reclamation, and the Colorado River Water Conservation District. Salinity (aka dissolved solids) is also an issue in lower reaches of the Gunnison Basin as addressed by the Colorado River Basin Salinity Control Act of 1974 that authorized the planning and construction of salinity-control projects in the Basin.

**Process to Achieve Goal:**

- Maintain the outstanding water quality in most headwater streams
- Maintain water quality in areas where hydraulic fracturing is employed, per state and federal regulations, while allowing for economic development of oil and gas resources
- Improve the quality of water leaking form abandoned mine sites in mining regions of the Basin
- Improve the quality of water returning to the river and its tributaries from agricultural, municipal, and residential areas with Mancos Shale soils (i.e., reduce selenium impacts). Support and expand the work of the Selenium Task Force and the Selenium Management Program
- Continue efforts to reduce the level of general salinity in the lower reaches of the Gunnison River where practical
- Support cooperative efforts to gather water quality data throughout the Basin such as those of the Upper Gunnison Basin Water Quality Monitoring Program
- Improve communication and coordination amongst Gunnison Basin water quality stakeholders, watershed groups, and state and federal agencies

BLM_0160565

Gunnison Basin Implementation Plan                                              Section 1: Basin Goals
DRAFT 4/17/15

**Measurable Outcomes:**
- Compliance with all applicable state and federal water quality standards
- As determined by ongoing water quality data collection, maintain outstanding water quality in headwaters streams and improve site-specific water quality related to mining, hydraulic fracturing, selenium, and salinity issues
- Safe Drinking Water: 100 percent of existing direct use and conveyance use reservoirs attain the applicable standards that protect the water supply use classification

*Goal 7:  Describe and encourage the beneficial relationship between agricultural and environmental and recreational water uses.*

Previous discussions at the GBRT and IBCC have noted the beneficial effects that the extensive agricultural water uses in the Gunnison Basin have on recreational uses and the environment. Section 2 of this document describes how delayed irrigation return flows and the irrigation water stored in the soil provide a benefit to stream flows, recreational water uses, and the environment in portions of the Gunnison Basin.

Instream flows help maintain stream ecosystems while providing riparian habitat for a range of species and help minimize potential Endangered Species Act concerns. These environmental and recreational flow benefits also support river-based recreation and translate into substantial economic value.

Numerous examples of mutually beneficial multipurpose projects are described and encouraged in the GBIP. Thirty examples of mutually beneficial multipurpose projects are documented on the list of projects in Section 4 of this plan.

**Process to Achieve Goal:**

- Describe the nexus between agricultural uses and environmental/recreational uses
- Identify locations in the Gunnison Basin where environmental and recreational needs are sustained and supported by agricultural water use, and vice versa
- Encourage cooperative projects and agreements which both sustain agriculture and provide benefit to stream flows. This may include new storage projects which provide late season water for both environmental/recreational and agricultural uses

**Measurable Outcomes:**
- Complete at least five new multi-purpose water projects, including two storage projects, in the Gunnison Basin by 2025 that demonstrate the beneficial relationship between agricultural, environmental, and recreational uses
- Explore and develop recommendations on alternative sources of funding from recreational users within the Basin to support development of those multi-purpose water projects

BLM_0160566

Gunnison Basin Implementation Plan                                           Section 1: Basin Goals
DRAFT 4/17/15

### *Goal 8:  Restore, maintain, and modernize critical water infrastructure, including hydropower.*

To preserve critical existing water rights and use, current infrastructure in the Gunnison Basin must be restored, maintained, and modernized. It is particularly important to preserve infrastructure that enables the use of water rights that predate the Colorado River Compact. The maintenance of infrastructure is an efficient and prudent option to preserve existing uses. Furthermore, in many cases restoration or modernization efforts serve to address multiple purposes, such as improved diversion reliability and accuracy, the addition of hydropower generation, and improved fish and boat passage. Therefore the project recommendations in Section 4 of this plan include many efforts focused on the restoration, maintenance, and modernization of existing water infrastructure.  The GBRT and Draft Colorado Water Plan encourage multipurpose projects where feasible.  These projects include not only those benefiting agricultural and environmental or recreational uses, but also municipal uses as well.

**Process to Achieve Goal:**

- Identity specific locations in the Basin where infrastructure requires improvement or replacement to preserve existing uses
- Recommend potential solutions in collaboration with local water users. Evaluating solutions to infrastructure needs includes an initial assessment of cost, financing, permitting issues, and potential impacts to other water users.  Examples include the rehabilitation of Grand Mesa Reservoirs rehabilitation and lining of earthen delivery systems.

**Measurable Outcomes:**
- Implement at least one project every year in the Gunnison Basin focusing on the restoration, maintenance, and modernization of existing water infrastructure

### *Goal 9:  Create and maintain active, relevant and comprehensive public education, outreach and stewardship processes involving water resources in the six sectors of the Gunnison Basin.*

The GBRT seeks to further educate and involve the people of the Gunnison Basin in their role in their water future. The GBRT will form an Education and Outreach Committee (GBEOC) made up of representatives from the six sectors of the Basin, incorporating where possible representation from existing organizations with education missions (e.g., watershed groups, conservancies, public schools, et cetera). To the greatest extent possible, the GBEOC education, outreach and stewardship programs will involve active engagement with the water resources rather than passive education, to help promote increasing public understanding and participation in important water issues in the Basin, state and region.

BLM_0160567

Gunnison Basin Implementation Plan                                        Section 1: Basin Goals
DRAFT 4/17/15

**Process to Achieve Goal:**

- Through coordination between the Gunnison Basin Roundtable Education Committee and the faculty and administration in the Basin's public schools, water education program materials will be made available at all levels in the public schools by 2025
- In recognition of the participation mandate in the public education, participation and outreach clause of the Colorado Water for the 21st Century Act, programs will be pursued in conservancy districts in the valley to enable family groups, non-water-related organizations, school classes, etc. to participate in annual watershed restoration programs and projects by 2025
- By 2025, the GBRT Education Committee will offer a water leadership program in the Basin's high schools and two colleges, encouraging students to consider water careers and offering scholarships and other training opportunities
- The GBRT will provide some of the leadership for river restoration projects and will attend water conferences.
- The GBRT Education Committee will prepare and present annual half-day State of the River seminars for local governments and planning staffs, with the objective of making sure that land-use decisions and new developments are made within the context of the Basin's probable water future
- To maximize efficiencies, the GBRT encourages like-minded water organizations within the basin to share existing materials and resources with regard to education and outreach programs.

**Measurable Outcomes:**
- By 2025, representatives from the GBRT will work with local water organizations to provide educational materials and serve as a resource for County Commissioner Boards, , City Councils, and related planning staff regarding local water supply and land development issues
- By 2025, all public schools in the Gunnison Basin (approximately 30) will have water education programs in place with some degree of coordination and oversight by the Gunnison Basin Roundtable Education Coordinator

BLM_0160568

Gunnison Basin Implementation Plan                                    Section 1: Basin Goals
DRAFT 4/17/15

## 1.3 Statewide Principles

The GBRT believes that the success of its Basin Implementation Plan depends on statewide application of certain principles concerning interbasin actions, projects and programs. Table 12 describes those principles and recommended steps for implementation. The measurable outcome is a Colorado Water Plan that fulfills the objectives of the Governor's Executive Order and reflects the GBRT's vision of Colorado in 2050 and beyond.  Due to the broader nature of these statewide principles, the format and content of this section is different from the Basin Goals.  Since these principles are aimed at statewide application they do not have discrete measurable outcomes or processes to achieve them.  Instead, potential implementation steps are included for each principle.

In addition, the State of Colorado needs to support the continual improvement and development of water management tools.  This support is important for the all Basin Implementation Plans.  As technology changes, the State should provide funding to support updating technical programs and activities which will help meet the gap.  Better management tools will optimize projects to meet multiple needs, minimize cost, and protect public health and safety.  An example of this is the Extreme Precipitation Analysis Tool (EPAT).  Reservoir storage restrictions currently cost the state some 74,000 acre feet in lost storage opportunities.  An updated EPAT would provide cost savings by minimizing necessary dam spillway sizes and would streamline the permitting process.

**Table 12. Statewide Principles**

1. Future supply of Colorado River water is highly variable and uncertain; therefore any proponent of a new supply project from the Colorado River System must accept the risk of a shortage of supply however the shortage occurs,  adhere to the prior appropriation doctrine, and  protect existing water uses and communities from adverse impacts resulting from the new supply project
2. It must be explicitly recognized that a new supply development from any location in the Colorado River System affects the entire System.
3. Any new supply project from the Colorado River System must have specifically identified sponsors and beneficiaries, and meet certain minimum criteria
4. Local solutions must be utilized to meet Colorado's future water needs without a major state water project or related placeholder water right
5. Water conservation, demand management, and land use planning that incorporates water supply factors should be equitably employed statewide
6. Statewide discussion, outreach, and education concerning the Gunnison Basin Roundtable's vision for water development in Colorado should be continued

\* Order does not indicate priority

*For the purposes of this plan:* **new supply** *means any water right appropriation within the Colorado River System after December 31, 2013. In addition, contracting for water from a Colorado River Storage Project reservoir should be considered a new appropriation with a priority determined by the date of the contract.* **Colorado River System** *indicates the portion of the Colorado River and its tributaries within the State of Colorado.*

BLM_0160569

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 1: Basin Goals

***Principle 1: Future supply of Colorado River water is highly variable and uncertain; therefore any proponent of a new supply project from the Colorado River System must accept the risk of a shortage of supply however the shortage occurs, adhere to the prior appropriation doctrine, and protect existing water uses and communities from adverse impacts resulting from the new supply project.***

The GBRT has been a leader in the IBCC's discussion about the necessity of risk management criteria applying to development of all new supplies out of the Colorado River System. During the Roundtable's exercise with the CWCB's Portfolio and Trade-off Tool, the GBRT developed a document titled: *Risk Assessment Scenario for Portfolio Tool* to articulate the GBRT's position on Risk Management along with an initial list of potential criteria and example triggers. This plan seeks to further promote the GBRT's position on a Risk Management definition and criteria in the context of Colorado's 2015 Water Plan.

The ultimate risk from new development of Colorado River System water is over development of Colorado's entitlement under the Colorado River Compact and Upper Colorado River Basin Compact, resulting in curtailment of water uses

> **Upper Gunnison River Water Conservancy District**
> **Policy on the Purposes and Benefits of the Aspinall Unit Reservoirs**
>
> The Congressionally authorized purposes of the Aspinall Unit Reservoirs are consistent with the interests of the Conservancy District.
>
> Colorado River Storage Project reservoirs, including the Aspinall Unit, provide the Upper Basin's (hence Colorado's) "bank account" to maintain Lee Ferry flows as required by the Colorado River Compact.
>
> The Aspinall Unit, especially Blue Mesa Reservoir, provides the following additional benefits to the Upper Gunnison River basin:
> 1. Recreation and fishery opportunities that are enjoyed by local residents and by visitors from throughout the State and Region, and inject approximately $45 million annually into the local economy
> 2. Operation of the 1975 Operation and Storage Exchange Agreement, which protects recreation, fishery, and supplemental irrigation benefits in the Taylor River
> 3. Provides a source of supply for plans for augmentation
> 4. Generation of hydropower
> 5. Protection of wildlife habitat in the ecosystem surrounding the reservoirs
> 6. Delivery of water in the Gunnison River to protect endangered fish and their critical habitat
>
> **The Aspinall Unit should be operated to continue to provide all of these benefits by balancing competing uses. The Board opposes any removal of water from the Aspinall Unit for transmountain diversion that diminishes these benefits in any way.**

in Colorado. However, because Colorado River Storage Project reservoirs have provided drought protection for Upper Basin states, Compact curtailment is not a near term risk.[2] Therefore, in preparing the 2015 Water Plan, new development planning should be focused on avoiding hydroelectric power

---

[2] Blue Mesa Reservoir contributes to this protection, which makes it possible for the Upper Basin states to utilize their Compact apportionments, a principal purpose of the Colorado River Storage Project Act. A "Blue Mesa Pumpback" thus creates a risk of over development equal to that of new appropriation for a transbasin diversion.

BLM_0160570

disruption, a Colorado River Compact deficit[3], or development in excess of Colorado's allocation under the Upper Colorado River Basin Compact. The GBRT believes that evaluating new development using this standard will leave Colorado well positioned to respond the ultimate risk of over development.

Planning efforts beyond 2015 should include risk management as a means to allow full development of Colorado's Compact entitlement while avoiding curtailment of water uses in Colorado. The GBRT believes that warning triggers and responses, as outlined in *Risk Assessment Scenario for Portfolio Tool*, must be part of any discussion of new water supply development out of the Colorado River System and incorporated in forthcoming iterations of Colorado's Water Plan. The GBRT will continue to contribute to efforts to develop risk management criteria and will engage in future policy and project discussions regarding potential new transmountain diversions.

### Principle 2: It must be explicitly recognized that a new supply development from any location in the Colorado River System affects the entire System.

The GBRT believes that new transmountain diversions beyond those already contemplated under the Colorado River Cooperative Agreement, Windy Gap Firming Project Intergovernmental Agreement, and Eagle River Memorandum of Understanding present the greatest risk of exceeding the available supply of Colorado River System water because they are fully consumptive and are potentially large diversions. However, even though West Slope development would likely have less impact, the GBRT believes that consistent and equitable risk management criteria must be applied to all development of new supply from the Colorado River System.

The GBRT will continue to coordinate closely with all other West Slope Roundtables. This includes ongoing participation in IBCC meetings and meetings of the West Slope Caucus. In addition, this effort should include jointly authored policy positions on the effects of the Colorado River Compact and Upper Colorado River Basin Compact, future West Slope needs, and compensatory storage or other mitigation requirements in the event of further transmountain diversion of water from the Colorado River System.

**Implementation Steps:**

- The Gunnison Basin Roundtable will continue to work closely with the three other West Slope Roundtables following the development of this Basin Implementation Plan, and will attempt to coordinate its goals and outcomes with those of the other Roundtables, since any external impact on the waters of any of those basins is also an impact on the Gunnison Basin
- The Gunnison Basin Roundtable, through its Basin Implementation Plan Committee, will continue to participate in West Slope Caucus meetings organized through the Colorado River District

---

[3] A Colorado River Compact deficit occurs when flows at Lee Ferry fall below the obligation of the Upper Division States contained in Article III of the Colorado River Compact.

BLM_0160571

Gunnison Basin Implementation Plan                                         Section 1: Basin Goals
DRAFT 4/17/15

- The Gunnison Basin Roundtable will participate actively in Interbasin Compact Committee
  sessions

*Principle 3:  Any new supply project from the Colorado River System must have specifically identified sponsors and beneficiaries, and meet certain minimum criteria.*

In addition to risk management assessment, the following criteria should apply to the development of all new supplies from the Colorado River System:

- Entities should first reach high levels of municipal and industrial water conservation as defined in SWSI 2010 prior to further development of Colorado River System water
- Entities must incorporate water supply factors into land use planning and development
- Entities must first execute viable projects as listed in SWSI 2010 and subsequent reports prior to further development of Colorado River System water
- Entities must first reuse all legally available reusable water supplies to the maximum extent possible prior to further development of Colorado River System water
- Any potential future development of water from the Colorado River System must not promote agricultural dry-up, utilize the power of eminent domain to condemn water rights, or otherwise affect existing uses in the Basin of origin

*Principle 4:  Local solutions must be utilized to meet Colorado's future water needs without a major state water project or related placeholder water right.*

Ultimately, the M&I water supply gap will need to be addressed by local water providers. Specifically identifying where and when demand will exceed available supply, and whether the resources can be found to acquire additional supply, will provide a realistic assessment of what can be done to meet those local M&I gaps.

The GBRT strongly supports the use of local water supply solutions throughout the state to meet all existing and future water needs. Local solutions, such as those detailed in Section 4 of this plan as well as other the Basin Implementation Plans of other roundtables, are the most cost effective and least disruptive means of water development. The local solutions in this plan are supported by the GBRT and other entities.

Conversely, the GBRT strongly opposes any major State water right or related placeholder water right. The GBRT will work with other West Slope Roundtables to create consistent language concerning the opposition to any major State water project or related placeholder water right.

**Implementation Step:**

- Work with other West Slope Roundtables to create and adopt consistent language concerning the support of local water supply solutions and opposition to any major state water project or related placeholder water right

BLM_0160572

Gunnison Basin Implementation Plan                                            Section 1: Basin Goals
DRAFT 4/17/15

*Principle 5:  Water conservation, demand management, and land use planning that incorporates water supply factors should be equitably employed statewide.*

The GBRT supports water conservation, demand management, and land use planning that incorporates water supply factors as essential and cost effective tools for meeting water supply needs in the Gunnison Basin and statewide.  As used in this plan, water conservation means the more efficient use of an existing supply, and demand management means reducing or eliminating the need for additional supply.

The GBRT believes that the best way to promote statewide water conservation is through incentive-based measures as opposed to regulatory methods. To maximize water savings and avoid an unnecessary burden on smaller rural water providers, the GBRT recommends focusing demand management efforts on covered entities.[4]  The Gunnison Basin currently has only one covered entity (Tri-County Water Conservancy District), but includes small portions of the service areas for two other covered entities (Ute Water and the City of Grand Junction).

Demand management strategies supported by the GBRT include growth only in proximity to existing or planned infrastructure, high density versus urban sprawl, and landscape limitations. Development in proximity to existing infrastructure should be encouraged only in non-productive, or the least productive, land in order to preserve productive agricultural land. The GBRT believes that land use policies are essential to promoting both water and land conservation. Local land use policies and regulations should discourage sprawl, link water supplies to development, and provide incentives for higher density developments.

**Implementation Steps:**

- Work with other Roundtables to support conservation, demand management, and the incorporation of water supply factors into land use planning and development
- Promote programs that encourage drought tolerant vegetation and discourage lawn irrigation

*Principle 6:  Statewide discussion, outreach, and education concerning the Gunnison Basin Roundtable's vision for water development in Colorado should be continued.*

Ongoing participation in statewide water discussions and education about their importance is a critical effort for the GBRT. The GBRT will continue its efforts to promote these statewide goals at the IBCC, statewide Roundtable summits, the Colorado's Water Plan process, and other forums.

---

[4] "Covered entity" means each municipality, agency, utility, including any privately owned utility, or other publicly owned entity with a legal obligation to supply, distribute, or otherwise provide water at retail to domestic, commercial, industrial, or public facility customers, and that has a total demand for such customers of two thousand acre-feet or more.  §37-60-126(1)(b) Colorado Revised Statutes (2012).

BLM_0160573

Gunnison Basin Implementation Plan                                              Section 1: Basin Goals
DRAFT 4/17/15

**Implementation Steps:**

- Participate actively and vocally in all sessions of the Interbasin Compact Committee, statewide basin Roundtable meetings, and any other applicable venues
- Promote these statewide principles of the Gunnison Basin Roundtable through the work of the Gunnison Basin Roundtable representatives on the IBCC and the Gunnison Basin representative on the CWCB.

BLM_0160574

# Section 2: Basin Needs

## 2.1 Introduction

Beyond identifying the Roundtable's goals or priorities, the first step in strategically implementing water projects and other management options in the Gunnison Basin is to identify needs. In order to focus on project implementation, this plan is designed to build on previous data of water needs from SWSI 2010 and other relevant sources. As stated in the Basin Implementation Plan Guidance: *this section will summarize existing reports and information that may be relevant to the Basin Implementation Plans (e.g., SWSI 2010 demands, IPPs, vulnerabilities from the drought plan).*



While the GBIP process does not include a systematic update of consumptive and environmental and recreational water needs, pertinent new information is included as noted. The CWCB plans to provide a comprehensive update of water needs to maintain its technical foundation for statewide water planning in the SWSI 2016 report. New information compiled in this plan will be further updated by the CWCB as part of the SWSI 2016 process.

Targeted technical outreach was performed to strategically refine information on water needs. Technical workshop meetings were held in locations known to have relatively large agricultural water shortages, including two workshops for the Upper Gunnison region and two in the North Fork Valley. These workshops focused on verifying tributary level data related to water shortages and planned projects. A technical workshop was also held to review environmental and recreational data. In addition to the workshops, targeted phone, personal, and e-mail communication helped to update information throughout the Basin. Updated information relating to water needs and environmental and recreational focus areas is detailed below, while project data resulting from the technical outreach process is summarized in Section 4.

## 2.2 Agricultural Needs

### *Summary of Process*

To provide an analysis of existing agricultural water use and needs, the SWSI process used the Colorado Decision Support System (CDSS) modeling effort to provide a summary. The SWSI 2010 analysis then built on the CDSS modeling output to estimate current and future 2050 demands and shortages. Agricultural needs are defined as existing shortages and, in contrast to municipal needs, not projected future needs related to growth.  The majority of irrigated agriculture in the Gunnison Basin does not and has not historically received a full supply needed by the crops.

BLM_0160575

Gunnison Basin Implementation Plan                                           Section 2: Basin Needs
DRAFT 4/17/15

A comprehensive analysis of current and historical agricultural demands and shortages was completed with the CDSS modeling efforts in the Gunnison Basin using StateCU, a data driven consumptive use model. The original consumptive use (CU) modeling effort was completed in the late 1990's and most recently updated in October of 2009.  The recent update included more accurate estimates of irrigated acreage and incorporation of local studies aimed at better estimating crop demands. The results from the CU modeling effort are used to inform the surface water allocation model and summarize the agricultural conditions in the Basin.

Figure 4 provides a general schematic outlining the approach taken in the CU analysis. The analysis uses irrigated acreage, climate data (temperature and precipitation), growing season parameters (crop-specific temperature limitations), and crop coefficients to estimate Crop Irrigation Water Requirement (known as CIR) using the Original and Modified Blaney-Criddle methods on a monthly time step. The method has been adapted to unique conditions in the Gunnison River basin through the application of accepted elevation adjustments and the use of locally calibrated crop coefficients, outlined in the *Historical Crop Consumptive Use Analysis for the Gunnison River basin*, 2009.



**Figure 4. Consumptive Use Analysis Approach**

***Irrigated acreage*** in the Gunnison River basin was originally delineated by the Colorado DWR and BOR. This first effort to delineate irrigated acreage represented irrigated parcels in 1993 and was further attributed with crop type and diversion structure by DWR. This acreage information is stored under each diversion structure in Colorado's Water Resources Database, referred to as HydroBase and available in a GIS layer on the CDSS website. The State is in the process of finalizing GIS coverage

BLM_0160576

Gunnison Basin Implementation Plan                                          Section 2: Basin Needs
DRAFT 4/17/15

reflecting changes in irrigated acreage in 2005 and 2010. Due to relatively static irrigation patterns in the Gunnison River basin, the 1993 acreage assessment is sufficient for understanding irrigated acreage in the Basin. The variability of the crop irrigation requirement (CIR) is due primarily to variable climate over the 1950 through 2006 study period.

**Climate data** is recorded at multiple climate stations throughout the Basin, which are managed by the National Climatic Data Center (NCDC). Monthly temperature and precipitation data is used in the CIR calculation.

The analysis then uses the estimated CIR, water supply information, conveyance and application efficiencies, and soil reservoir considerations to estimate Water Supply-Limited Consumptive Use (Irrigation CU).

**Water supply information (aka Diversion Records)** includes diversions to irrigation for each structure as recorded by DWR and stored in HydroBase. Water supply information included in the CU analysis reflects irrigation diversions taken under direct rights and released from reservoirs. Estimates of conveyance loss and application efficiency reduce the total irrigation supply to simulate system losses experienced in the delivery of water to the crop. Diversions in excess of CIR, generally in the early season, are stored in the soil moisture reservoir and are available to the crops later in the season when diversions may not be available. Efficiency information allows the quantification of irrigation diversions not consumed by the crop, but returned to the river system often in months after diversion.

For the purposes of this plan, agricultural demand refers to CIR, or the amount of water crops would consume if given a full water supply. Irrigation CU refers to the amount of water actually consumed from irrigation supplies and agricultural shortage refers to the difference between CIR and irrigation CU. Therefore, shortages are defined for the entire growing season and consequently represents the amount of water the irrigator could have put to beneficial use if water was physically and legally available. (*Note, this standard definition is slightly different from the definition used in the SWSI 2010 report where "demand" was used to represent water supply-limited or irrigation CU.*)

---
**Where to find more information:**
- The *Historical Crop Consumptive Use Analysis for the Gunnison River basin* (rev. 2009) report and the StateCU Consumptive Use Analysis data set for the Gunnison Basin can be found on the CDSS website (cdss.state.co.us)
---

As discussed in the SWSI 2010 report, current agricultural demands, irrigation CU and shortages were based on averages of the most recent ten years of available information from the CDSS modeling effort. At the time of the SWSI analysis, this ten-year period reflected 1997 to 2006 estimates in the Gunnison River basin, and included one of the worst drought years on record (2002). For comparison, agricultural shortages basin-wide were approximately 20 percent on average over the ten year period, and over 35 percent in 2002. Selection of this time period and inclusion of the drought year in the analysis led to a conservative estimate of shortages in the Basin.

BLM_0160577

In addition to the crop CU estimated through the CDSS modeling efforts, SWSI 2010 includes CU associated with agricultural activity including livestock CU, evaporation from stock ponds, and CU incidental to delivering irrigation water. The CU estimates for these activities, defined as Non-Irrigation Demand, were originally developed in support of the annual Consumptive Use and Losses Report for tributaries to the Colorado River developed by Reclamation. Livestock CU and evaporation from stock ponds evaporation are small components of the total CU, generally less than one percent of agricultural use in the Basin. Incidental CU of water diverted for irrigation, however, was estimated to be ten percent of Irrigation CU in the SWSI 2010 analysis; this percentage is in accordance with the incidental factor used in the Consumptive Uses and Losses Report. Incidental losses include, but are not limited to, vegetative consumptive use that occurs along canals and in tailwater areas. SWSI 2010 reports the sum of Irrigation CU from the CDSS modeling effort plus the CU from agricultural activities for the most recent ten year period available as the current agricultural depletions.

Future 2050 irrigation CU in the SWSI 2010 report was developed by projecting the amount of irrigated acreage in the Gunnison River basin in 2050 and scaling the current irrigation CU by the ratio of the 2050 irrigated acreage to current irrigated acreage in the Basin. This approach assumes historical climate conditions will continue into the future and that irrigation CU is directly linear to irrigated acreage. Irrigated acreage in the Basin was projected to 2050 based on a variety of factors, as discussed in the SWSI 2010 report, including such things as urbanization of existing irrigated lands, agricultural to municipal water transfers, water management decisions, the subdivision of agricultural lands, and lifestyle farms.

### Recent Updates

Irrigation CU and related shortages have been analyzed and summarized in many different ways. The summaries reported in the CDSS Historical Crop Consumptive Use Report and SWSI 2010 for the Gunnison River basin provide the magnitude of the historical, current, and potential future CIR, irrigation CU and related shortages. However, these reports do not discuss the seasonal variability of crop use, the impacts of variable hydrology, or why the shortages are occurring.

SWSI 2010 documents an average annual agricultural shortage of 128,000 acre-feet in the Gunnison River basin, and states that the GBRT believes this number is less than the actual shortfall in the Basin. The GBIP process included an effort to better educate the GBRT on how the CU analysis was performed to calculate use and shortages in the Basin. A technical outreach effort was also used to verify irrigated acreage data, get feedback on the magnitude and timing of estimated shortages, and to verify the list of planned and proposed projects. Specific technical outreach shortage information is provided in Appendix 8.

To verify the shortage information and focus on projects that could feasibly meet agricultural needs, the outreach focused on three categories of agricultural shortages:

*Physical* shortages are due to lack of physical supply.  Such shortages are often seen later in the irrigation season principally by irrigators on smaller tributaries. Though irrigation water rights may

BLM_0160578

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 2: Basin Needs

be in priority, there is not enough supply.  Although these shortages are exacerbated in dry years, on many of the tributaries physical flow is not sufficient to meet the CIR for the entire growing season even in wet years.

*Legal* shortages are those due to lack of legal supply; there may be physical supply at a headgate, but it must be bypassed to meet downstream senior water rights. This type of shortage is often seen later in the season by irrigators with junior water rights in average and wet years, and may be the situation for junior irrigators the entire growing season in dry years.

*Irrigation Practice* "shortages" result from specific irrigation practices; the irrigator may have physically and legally available supply but chooses not to irrigate.  For example, some irrigators may need to reduce or cease irrigation to allow the land time to dry prior to haying or grazing.  In addition, an irrigator may cease diverting because there is not enough time left in the growing season for an additional cutting.  Note, though this a very different type of shortage, it is equally important to document.  Identification of shortages related to irrigation practices helps to quantify the difference between CIR and actual consumptive use in SWSI and other statewide planning efforts.  In addition, since irrigation practice shortages cannot be addressed by increased water supply, their identification helps to focus on the implementation of projects that meet physical and legal shortages.

Physical shortages are the most common in the Gunnison River basin, followed by legal shortages, and then irrigation practices.

The SWSI 2010 report did not characterize agricultural shortages as gaps. However, the GBRT has determined that agricultural shortages do constitute a legitimate and longstanding water supply gap in the Basin. Therefore, the GBRT defines the agricultural gap in the Basin as the full extent of the shortages identified by the analyses of SWSI 2010 and this plan.

The agricultural demands and shortages from the previous studies were refined for this plan. The CDSS modeling effort is used to analyze agricultural demands and shortages on a more detailed level than SWSI 2010, both spatially and temporally, as required for the analysis of proposed projects in this plan. The additional detail provides express representation of most of the ditches in the Basin, and calibrated model assessments of monthly CIR, Irrigation CU, and shortages for the entire 1950 to 2006 model period.

The GBIP analysis verified the accuracy of model data for irrigated acreage area and agricultural shortages through GBRT meetings and targeted technical outreach.  The new and more detailed analyses discussed at these meetings included:

- The magnitude of demand and shortages were summarized by Water District, and in many cases by sub-basin
- Seasonal/monthly trends were investigated under different hydrological conditions (wet, dry, and average)

BLM_0160579

Gunnison Basin Implementation Plan                                    Section 2: Basin Needs
DRAFT 4/17/15

- Amount of CU met by direct diversions and from the soil moisture reservoir were summarized
- General commonalities and differences between Water Districts (and their causes) were discussed

These analyses helped educate water users of modeling data, operations, and capabilities as well as instill confidence in the CDSS tools. In addition to providing verification for the information, an important correction to the assignment of irrigated acreage in the model was made in the Slate River and East River areas. These efforts also prompted the need for tributary-specific case studies.

In the late irrigation season, diversions are frequently limited due to physical or legal flow constraints. Late season demands throughout the Basin are often partially met when crops use water stored in the soil reservoir originating from diversions during the runoff months. Often higher diversions during the runoff months are thought by non-irrigators as wasting water. However, the updated analysis shows that use of soil-zone stored water accounts for a relative large amount of the total irrigation CU in some areas (about 12 percent basin-wide).  This irrigation practice was recognized in early decrees in Water Districts 28, 59, and 62 and further documented as a case study in Section 3.

As described above, recent updates focused on identifying shortages by tributary during the irrigation season, shortages due to varying hydrology, and the category (cause) of shortages.  Shortages can vary widely from one tributary basin to the next, based on the availability of irrigation supply and supplemental storage supply, and the seniority of the irrigation rights in the Basin.  Table 13 reflects the average annual CIR, agricultural CU, and the shortage for tributary basins over the 1975 to 2006 modeling period, based on the CDSS modeling efforts.

**Table 13. Average Annual Agricultural Needs by Tributary (1975-2006)**

| Tributary (Water District) | Crop Irrigation Requirement (CIR) (AFY) | Irrigation CU (AFY) | Shortage (AFY) | Percent Shortage |
|---|---|---|---|---|
| Tomichi Creek (28) | 62,400 | 49,800 | 12,600 | 20% |
| North Fork & Tributaries (40) | 224,600 | 156,200 | 68,400 | 30% |
| Lower Uncompaghre River (41) | 172,800 | 169,700 | 3,100 | 2% |
| Lower Gunnison River (42) | 15,600 | 10,600 | 5,000 | 32% |
| East River Basin (59) | 73,200 | 56,500 | 16,700 | 23% |
| Upper Gunnison River (62) | 34,800 | 32,300 | 2,500 | 7% |
| Upper Uncompaghre River (68) | 30,400 | 27,300 | 3,100 | 10% |
| Total Gunnison River basin | **613,800** | **502,400** | **111,400** | **18%** |

Appendix 8 provides this information by tributary, which is required to evaluate the ability of specific projects to mitigate shortages. Figure 5 provides a summary of the Basin wide annual agricultural CU directly from diversions, CU from water stored in the soil reservoir during the runoff, and shortages.

BLM_0160580

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 2: Basin Needs



**Figure 5. Annual Crop Demands and Shortages**

To further emphasis the importance of agricultural use in the Basin and the real impact the agricultural shortage gap has on the Basin, the following provides a summary of CWCB conducted statewide drought surveys (2004, 2007, and 2013) which characterized Gunnison Basin agricultural impacts, adaptive capacities, and vulnerability for recent droughts as summarized below (detailed information is included in CWCB's 2013 *Colorado Drought Mitigation and Response Plan*).  Although the study focused on extreme drought years such as 1977 and 2002 where severe shortages are clearly highlighted in Figure 5, the impacts highlighted by the study are applicable to some degree in areas of the Basin each year.

- *Historical Drought Impacts* (approximate percentage of agricultural entities reporting impacts):
    - Loss of crop yield (100 percent)
    - Loss of reliable water supply (85 percent)
    - Loss of operations revenues (85 percent)
    - Loss of system flexibility (80 percent)
    - Loss of livestock (75 percent)
    - Wells went dry or produced sand (65 percent)
    - Limited new construction (55 percent)
- *Adaptive Capacities* when faced with reduced surface water supplies:
    - Reduce irrigated acreage
    - Reduce irrigation amounts to the entire field (i.e., limited irrigation agriculture)
    - Include different crops that require less irrigation
    - Use stored cattle feed and/or purchase supplemental cattle feed
    - Change operations (i.e., move cattle herd to pastures not impacted by drought)
    - Cull the cattle herd

51

BLM_0160581

Gunnison Basin Implementation Plan                                        Section 2: Basin Needs
DRAFT 4/17/15

- *Drought Vulnerability* – County Drought Vulnerability Rankings:
  - Delta and Mesa Counties are ranked as a Number 2 Vulnerability where "agriculture is present but may not be the dominant activity in the county. Without significant tracts of crops and herds of cattle, these counties are not expected to experience devastating agricultural losses during a drought."
  - The remaining Gunnison Basin counties are ranked as a Number 1 Vulnerability where "agricultural activity is largely absent from the county or there is a small proportion compared to the size of the county". These counties are categorized in this manner with respect to the rest of the State as they are located in mountainous regions, which "have more dominant recreation and tourism sectors than agriculture."

## *Summary of Needs*

The SWSI 2010 report estimated that irrigated acreage in the Gunnison River basin would decrease from its current amount of approximately 272,000 acres to between 251,000 to 244,000 acres in 2050. This eight to ten percent decrease by 2050 was attributed primarily to urbanization of existing lands. The SWSI 2010 analysis of current and future 2050 agricultural demand and shortages for the Gunnison River basin are summarized in Table 14. These needs require updating as new and refined basin water supply, demand, conservation, drought, and project information becomes available as described, for example, in the previous section.

### Table 14. Agricultural Needs

| Analysis | Irrigated Acres | Crop Irrigation Requirement (AFY) | Irrigation CU (AFY) | Shortage (AFY) | Non-Irrigation Demand (AFY) |
|---|---|---|---|---|---|
| Current | 272,000 | 633,000 | 505,000 | 128,000 | 54,000 |
| 2050 | 244,000[1] | 573,000 | 457,000 | 116,000 | 48,000 |

[1] Reflects adjusted value based on a ten percent reduction in current acreage. A ten percent decrease in irrigated acreage was reflected in Table 4-7 and Figure 4-6 in the Gunnison River basin SWSI 2010 report; however a 19 percent decrease (219,000 acres) was shown in Table 4-9 and Figure 4-7. Based on the analysis of the 2050 projected acreage in Table 4-7, it appears that the latter 19 percent was included in error and SWSI 2010 intended to report a ten percent decrease. Source: SWSI 2010.

The primary issues concerning agricultural needs in the Gunnison Basin include:

1. SWSI 2010 graphically illustrated the average annual shortage percentage for the larger structures to indicate the range in shortages relative to the amount of acreage served by each structure. Current shortages in these maps ranged from zero to over 50 percent, compared to an average of 20 percent for the Basin as a whole. The Gunnison BRT has identified a need to improve agricultural water supplies to reduce these shortages.

2. The SWSI 2010 analysis predicting irrigated acreage would decrease in the Basin appears to be inconsistent with the Gunnison Basin Goal 2—*discourage the conversion of productive agricultural land to all other uses within the context of private property rights*. This goal highlights the need to

BLM_0160582

Gunnison Basin Implementation Plan                                    Section 2: Basin Needs
DRAFT 4/17/15

consider alternatives to the growth patterns assumed in SWSI 2010 and to identify creative solutions
to minimize loss of agricultural to other uses.

3.  Interviews with agricultural water users during the technical outreach meetings highlighted issues
    with aging infrastructure in many parts of the Basin. A need was identified to inventory existing
    dams, head gates and canals, assess their current conditions, and prioritize rehabilitation and
    repairs.

4.  Technical outreach meetings also highlighted concerns about the change of historical practices in
    the Basin that potentially change the flow and timing of flow in the river. A need was identified for
    an education program to help irrigators understand how historical practices evolved through years
    of experience and how to maximize the use of available water through collaboration and
    cooperation.

> **Where to find more information:**
> - The Colorado Drought Mitigation and Response Plan, CWCB, 2013. Web Link
> - SWSI 2010, Gunnison Basin Report Basinwide Consumptive and Nonconsumptive Water Supply
>   Needs Assessment, CWCB 2011. Web Link

## 2.3 Municipal and Industrial Needs

### *Summary of Process*

In 2004, the Colorado Water Conservation Board (CWCB) completed the Statewide Water Supply
Initiative (SWSI) Phase 1 Study (SWSI 1), which included a reconnaissance level water use forecast that
evaluated water needs through 2030. The SWSI 1 report included an evaluation of Municipal and
Industrial Demand (i.e., all of the water use of a typical municipal system including residential,
commercial, industrial, irrigation, and firefighting) and Self-Supplied Industrial (SSI) Demand (i.e., large
industrial water uses that have their own water supplies or lease raw water from others). Key sections of
that report addressing M&I water needs include Section 5 (Projected Water Use), Section 6 (Water
Needs Assessment), Appendix A (State of Colorado Population Projections 2000 to 2030), and Appendix
E (Statewide M&I and SSI Water Demand Projections).  The SWSI 1 activities related to M&I water use
included:

- Collection of available statewide water use demographic and weather data
- Evaluation of available information to determine factors that influence M&I water use
- Review of M&I water use studies conducted throughout the state
- Preparation of a statewide forecast of future urban water use to the year 2030
- Assessment of the current level of conservation efforts by county

In 2006, the CWCB completed the Water Supply and Needs Report for the Gunnison Basin (2006
Report), which presented information contained in the SWSI 1 report specific to the Gunnison Basin as a
starting point for the Gunnison Basin Roundtable to develop the needs assessment required by the

BLM_0160583

Interbasin Compact Process. Section 5 of that report describes the Consumptive Water Supply Needs in the Gunnison Basin.

In 2009, the CWCB published a draft report: *State of Colorado 2050 Municipal and Industrial Water Use Projections*, which reflects feedback received from the Basin Roundtables and other interest groups of the SWSI report. Also in 2009, the Gunnison Basin Roundtable completed a separate study to examine their consumptive needs in four specific areas – demands and supplies for smaller municipalities, rural domestic demands and supply, identified water supply vulnerabilities, and snowmaking demands. Information from this study was incorporated in the BRT's 2011 Report.

In 2011, the CWCB completed *Statewide Water Supply Initiative 2010* which includes Section 4 (Consumptive Needs Assessments) as an update of SWSI M&I water use projections using an extended forecast horizon of 2050. Also in 2011, the CWCB completed the Gunnison Basin Needs Assessment Report, which presented information contained in the SWSI 2010 Report specific to the Gunnison Basin. Key sections of that report that contributed to evaluation of M&I water needs include Section 4 (Gunnison Basin Consumptive Needs Assessment) and Appendix H (State of Colorado 2050 Municipal and Industrial Water Use Projections).

Appendix J (Technical Memorandum 2050 Municipal and Industrial Gap Analysis) of the SWSI 2010 Report extended the M&I and SSI gap analysis analyses from the year 2030 to 2050.  It also incorporated updated information on Identified Projects and Processes (IPPs) that the CWCB collected through coordination with the Basin roundtables and water providers. Appendix J summarizes Gunnison Basin needs as follows:

> *In the Gunnison Basin, much of the M&I and SSI needs will be addressed through existing rights and new regional in-basin projects. The Tri-County Water Conservancy District, which serves much of Montrose, Delta, and Ouray counties, holds water rights in the Dallas Creek Project. Combined with water from the Project 7 Water Authority, these counties are anticipated to have adequate water supplies through 2050. The Upper Gunnison River Water Conservancy District (UGRWCD) provides augmentation for wells in a portion of the upper basin. The upper basin, like many headwater areas throughout the state, is projected to experience high growth rates. The Crested Butte area may experience significant growth if adequate water supplies for M&I and snowmaking can be developed. Augmentation of existing or proposed environmental and recreational water rights, such as CWCB instream flow rights and RICDs and senior agricultural and M&I water rights, will likely require the construction of storage in the upper areas of Gunnison River tributaries.*

It is important to note that both Ouray and Delta Counties have significant areas that are not serviced by the Project 7 Water Authority.

Appendix L (SWSI 2010 Municipal and Industrial Water Conservation Strategies) of the SWSI 2010 Report represents the latest effort by the CWCB to date to integrate water conservation into overall water supply planning.  It also estimated statewide water conservation potential out to the year 2050.

BLM_0160584

Gunnison Basin Implementation Plan                                    Section 2: Basin Needs
DRAFT 4/17/15

The SWSI 2010 reports estimated M&I water demand forecasts by using county and statewide population projections as predictors of future growth.  Future water needs were estimated by multiplying county population projections by aggregated data on per capita water use (gallons per capita per day). Low, medium, and high scenario population projections were developed using the forecasting process and models of the Colorado State Demographer's Office (SDO).   It is important to note that water use data includes demands from transient and permanent populations, and for commercial and light industrial uses.  Information was gathered from municipal water providers and reviewed with each basin roundtable.  Estimated water savings from projected passive water conservation projections (i.e., water demand reductions associated with state and federal policy measures) were subtracted from the baseline water use estimates.

The Gunnison Basin is projected to increase in population from 105,000 (2008) to between 206,000 and 240,000 (2050). The SWSI 2010 Report indicates:

> The Gunnison River basin is projected to grow by about 2.1 times between 2008 and 2050, under the medium scenario, with Mesa and Montrose Counties being the most populous in that region. Household basic jobs will grow at the fastest rate of any basic sector and will remain the largest source of employment in the Gunnison Basin by 2050, followed by tourism and regional and national services. Other sectors will grow at slower rates, with decreased employment anticipated in the mining sector by 2050.

Figure 6 illustrates the M&I water demand projections (with passive conservation savings) for each of the counties in the Gunnison Basin.

BLM_0160585

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 2: Basin Needs



**Figure 6. M&I Water Demands**
\* Mesa County estimates assume population/demand split between Gunnison Basin (10 percent) and Colorado Basin (90 percent). Source: SWSI 2010.

The Gunnison Basin's Self-Supplied Industrial water demands in SWSI 2010 included a small increase for snowmaking due to an expected increase in demand from the Crested Butte Mountain Resort (CBMR). CBMR currently holds absolute and conditional water rights and approvals through its 2013 master development plan that include a small increase in water use for future snowmaking on the main mountain. Future development within the CBMR permit boundary will require subsequent planning and approvals.  In addition, CBMR has invested in significant modernization of its snowmaking equipment to maximize water use efficiency.

In addition to snowmaking, there is one additional potential SSI project (Oak Mesa Coal Mine located seven miles north of Hotchkiss, Colorado) being explored for operations in ten to 25 years, which may require up to 150 acre-feet per year in water supply. Similar existing in-basin coal mining operations are considered water neutral in that their water supply needs are generally met with water contained within the mines.

BLM_0160586

### *Recent Updates*

The following water providers were contacted to solicit potential plans for raw water supply projects and status of water conservation efforts. Following is a brief summary of the updated information (refer to SWSI documentation for detailed information on each water provider):

- *Tri-County Water Conservancy District*
  - o Sufficient water supply through the District's planning horizon
  - o Actively implementing their own 2010 Water Conservation Plan
- *Project 7 Water Authority*
  - o Created a list of potential water supply projects (see Section 4)
  - o Participates in Tri-County Water Conservancy District's Water Conservation Plan and voluntary water conservation efforts through member agencies
- *City of Grand Junction*
  - o Project being planned for replacement of raw water flow lines that deliver water from the Kannah Creek basin (tributary to the Gunnison River) to the water treatment plant in Grand Junction
  - o Actively implementing the 2012 Grand Valley Regional Water Conservation Plan in combination with Clifton Water District, and Ute Water Conservancy District. In 2014, Grand Junction plans to perform six commercial/industrial water supply audits and approximately 100 residential irrigation audits.
- *Town of Crested Butte*
  - o Over the coming three years, Crested Butte plans to complete the McCormick Ditch Diversion Project for water supply to municipal parks. This project is considered a multi-purpose project, as it includes the potential to promote lease-back water for Coal Creek instream flows for the purpose of recreation and habitat enhancement. The project currently has broad support and funding mechanisms from a combination of the Town of Crested Butte, the Gunnison Basin Roundtable, High Country Conservation Advocates, the Coal Creek Watershed Coalition, the Colorado Water Trust, the Upper Gunnison River Water Conservancy District, and local agricultural interests
  - o Water conservation efforts are generally driven by town ordinances including specific timing for lawn irrigation and tiered water rates
- *Mt. Crested Butte Water and Sanitation District*
  - o The District expanded their service area about 15 years ago to include an existing residential subdivision and privately owned reservoir with an approximate capacity of 100 acre-feet. The District has since constructed a pump station allowing additional surface water to augment the original source of water to the subdivision. More recently, a sonar depth survey of the reservoir resulted in a 92 percent increase in actual reservoir capacity. The District is currently in the design phase of new reservoir outlet structures to allow for restoration of the original reservoir water level (two feet above the current level). The District is also considering adding hydroelectric power to their infrastructure.

BLM_0160587

Case No. 1:20-cv-02484-MSK   Document 75-9   filed 04/29/21   USDC Colorado   pg 35 of 94

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 2: Basin Needs

- o   The District is currently developing a Water Conservation Program, and has received a grant from the CWCB.  Completion of the plan is expected by the end of 2014.
- *City of Ouray*
  - o   Provided project information for City of Ouray Water Efficiency and Conservation Plan, development of Upper Uncompahgre water supplies, improvements to Red Mountain Ditch, and expansion/enlargement of the Ouray Hydro Plant Dam and Reservoir (see Section 4).
  - o   Engineers for the City of Ouray project that by 2050 the water demand for municipal, irrigation, and hot spring uses with the City and adjoining service areas will be between 8,500 and 10,000 acre-feet per year (Appendix 7).
- *Town of Ridgway*
  - o   Benefits from passive water conservation due to new construction, with one-half of the town's buildings being less than 20 years old, and a trend toward smaller lot sizes for new developments. The town has no formal water conservation plan, rather promotes voluntary use restrictions.
  - o   Planning to prepare a water conservation plan in the next couple of years.
  - o   Constructing a raw water storage project to address raw water supply needs when flow rights are out of priority or inadequate.
  - o   Currently implementing their 2013 source water protection plan.
  - o   Has a planned project to pipe the Ridgway Ditch with a potential hydropower component.
- *Town of Olathe*
  - o   Provided project summary information for a proposed pipeline and reservoir project (see Section 4)
- *Ouray County*
  - o   The Ouray County Attorney has requested that 2030 population projections for Ouray County are increased from SWSI projections of 6,392 to 9,000, 2050 population projections for Ouray County be 12,000, and that additional information on population projections, water needs, and proposed projects be secured for the Town of Ridgway and the City of Ouray. According to the County Attorney, this would lead to an assumption that additional water would need to be developed by the various water providers serving Ouray County. The amount and source of additional water, including any proposed projects, have not been determined by Ouray County at this time due to a lack of resources for an engineering analysis.
  - o   The Ouray County Attorney has also requested that further consideration be given to Ouray County agricultural needs and potential storage requirements that could lessen the impact of calls on the Uncompahgre River below Ridgway Reservoir.
  - o   Appendix 6 includes correspondence from the Ouray County Attorney regarding the information above. The requests described above have been included in Section 4 as a proposed project (Ouray County Water Supply Inventory and Feasibility Analysis).

BLM_0160588

Gunnison Basin Implementation Plan                                  Section 2: Basin Needs
DRAFT 4/17/15

As with agricultural use, M&I use is vulnerable to severe droughts.  Without new M&I projects in some areas of the Basin, the projected increase in population will increase the impacts of droughts. The CWCB statewide drought surveys (2004, 2007, and 2013), also characterized Gunnison Basin M&I impacts, adaptive capacities, and vulnerability to recent droughts as summarized below (detailed information is included in CWCB's 2013 *Colorado Drought Mitigation and Response Plan*).

- *Historical Drought Impacts* – Municipal impacts with the highest level of concern include:
  - Loss of system flexibility
  - Significant loss in carryover storage
  - Increased staff time necessary to address drought
  - Decrease in raw water quality
- *Adaptive Capacities* – Gunnison Basin municipal survey respondents indicate:
  - 40 percent incorporate drought recurrence in water supply and conservation planning
  - 30 percent have drought management plans
  - 50 percent have conservation and raw or treated master plans
  - All have updated/developed plans following 2002 and 2012/2013 dry periods
  - None feel that there is sufficient funding to support water supply reliability, conservation, and drought planning
- *Drought Vulnerability* – M&I drought vulnerability could increase if drought is not effectively incorporated into water supply reliability planning. Major projects identified to address water supply needs that will be key to maintaining reliability and meeting drought demands include:
  - Firming In-Basin Rights
  - Regional In-Basin Projects
- *Improving Vulnerability Assessment in the Energy Sector* – Data gaps indicate a need to improve drought vulnerability assessments in the Energy Sector. State drought mitigation measures propose added data collection to improve future corresponding vulnerability assessments:
  - Mining
    - Total production value by county for all resources
    - Projected production value by county
    - Current/projected water use obtained directly from mines
    - Water rights volumes and priority dates
    - Water rights yield analysis under a range of drought scenarios
  - Power Producers
    - Total water rights portfolio yield on a plant by plant basis
    - Quantification of surplus water rights held and drought contingent rights
    - Verification of the water use estimates completed by USGS

BLM_0160589

Gunnison Basin Implementation Plan                                        Section 2: Basin Needs
DRAFT 4/17/15

### Summary of Needs

Table 15 summarizes the Gunnison Basin's M&I and SSI water use for 2008 and projected needs (including reductions as a result of passive conservation measures) for 2035 and the 2050 low, medium, and high scenarios. M&I and SSI demands in the Gunnison Basin are expected to increase by **up to 23,000 acre-feet per year**. This need will be updated during the upcoming SWSI 2016 effort as new and refined basin water supply, demand, conservation, drought, and project information becomes available. Recent updates included in this plan will help with the refinement projected needs during SWSI 2016.

#### Table 15. M&I and SSI Needs

| Demand Type | 2008 | 2035 | 2050 Low | 2050 Med | 2050 High |
|:---:|:---:|:---:|:---:|:---:|:---:|
| M&I | 20,000 | 33,000 | 36,000 | 39,000 | 43,000 |
| SSI | 260 | 650 | 650 | 650 | 650 |
| Total | 20,260 | 33,650 | 36,650 | 39,650 | 43,650 |

*All values in AFY. Source: SWSI 2010

| Where to find more information: |
|---|
| • The Colorado Drought Mitigation and Response Plan, CWCB, 2013. Web Link |
| • Statewide Water Supply Initiative Phase 1 Study, CWCB 2004 |
| • Water Supply and Needs Report for the Gunnison Basin, CWCB 2006 |
| • State of Colorado 2050 Municipal and Industrial Water Use Projections, CWCB 2009 |
| • Statewide Water Supply Initiative 2010, CWCB 2011 |
| • Gunnison Basin Needs Assessment Report, CWCB 2011 |

## 2.4 Environmental and Recreational Needs

The Gunnison Basin Roundtable has built upon past work to focus attention on 21 stream segments particularly suited for future environmental/recreational and multipurpose projects. The Roundtable will maintain a focus on these segments along with others in its future funding and policy priorities. To address issues in these segments, four projects are included in Section 4 to inventory and investigate the feasibility of implementing specific projects. Since environmental and recreational interests are often financially limited, these studies and related future projects are good candidates for Roundtable funding. Whenever possible, environmental and recreational interests should find ways to partner with agricultural interests in the Basin to develop projects that benefit river flows while helping to sustain agriculture.

### Summary of Process

The first statewide effort to comprehensively catalog environmental and recreational needs was conducted in 2007 as part of the Statewide Water Supply Initiative – Phase 2 (not to be confused with the Phase 2 Nonconsumptive Projects and Methods Assessment of the SWSI 2010). This plan was structured to build on the work of the 2003 Statewide Water Supply Initiative by summarizing the work of Technical Roundtables that were formed to provide a more detailed analysis of four key topics, Delineating and Prioritizing Colorado's Environmental and Recreational Resources and Needs, Water

BLM_0160590

Gunnison Basin Implementation Plan                                      Section 2: Basin Needs
DRAFT 4/17/15

Conservation and Efficiency, Alternative Agricultural Water Transfer Methods to Traditional Purchase and Transfer, and Addressing the Water Supply Gap.

The 2007 SWSI Phase 2 effort summarized initial environmental and recreational data and programs to serve as the technical platform for the roundtable-specific work of the Phase 1 Nonconsumptive Needs Assessment (NCNA). The NCNA was rolled out to fulfill the legislative requirement to identify environmental and recreational needs in each basin. This process allowed the GBRT to use detailed mapping of environmental and recreational attributes to identify environmental and recreational focus areas where future studies and environmental and recreational projects can be targeted. The NCNA process is described in more detail in SWSI 2010 and its appendices.

For the Gunnison Basin the environmental and recreational focus area mapping resulted in a unique map detailing environmental, recreational, environmental and recreational, and scientific and educational segments. The map was published as a Geospatial PDF file on the CWCB website, in order to allow access via free Adobe software to detailed spatial attribute information for each segment. The Gunnison Basin Roundtable identified numerous environmental and recreational attributes within the following categories:

1. Federally listed fish species
2. Water-dependent state endangered, threatened, and species of concern
3. Occurrence of Rare aquatic-dependent plants and significant riparian wetland plan communities
4. Special value waters
5. Whitewater and flat water boating
6. Riparian/wetland wildlife viewing and waterfowl hunting
7. Significant cold and warm-water fishing
8. High use recreation areas

In 2010, Phase 2 of the SWSI NCNA process centered on the identification of projects that help address the environmental and recreational needs detailed in the Basin-specific attributes of Phase 1. The GBRT took a unique approach to the Phase 2 process by identifying 21 focus segments where there was an aggregation of attributes from Phase 1. In the 2011 Report, each of the segments included a diverse summary of management strategies that are helping to address needs within each of the 21 segments. The Phase 2 NCNA process is described in more detail in SWSI 2010 and its appendices.

The 21 environmental and recreational focus segments identified in the Phase 2 process are:

1. Blue Mesa, Morrow Point, Crystal Reservoirs (Wayne N. Aspinall Unit of the Colorado River Storage Project) and Gunnison River in Curecanti National Recreation Area
2. Gunnison River in Black Canyon of the Gunnison National Park
3. Gunnison River in Gunnison Gorge National Conservation Area downstream to Confluence with North Fork of the Gunnison River
4. Gunnison River - Hartland Diversion to Confluence Colorado River
5. Gunnison River - Confluence with North Fork Gunnison River to Hartland Diversion

BLM_0160591

6.  North Fork of the Gunnison River - Paonia Dam to Confluence with the Gunnison River
7.  Stream Segments on Headwaters Wilderness Areas
8.  Coal Creek, Slate River and Tributaries
9.  East River - Gothic to Almont
10. Henson Creek and Tributaries
11. Uncompahgre River and Tributaries - Headwaters to Ouray
12. Uncompahgre River - Ouray to South Canal Outfall and West Canal Flume
13. Grand Mesa Reservoirs on National Forest
14. Tributaries to Taylor Park Reservoir
15. Taylor Park Reservoir
16. Taylor River - Taylor Park Reservoir to Almont
17. Gunnison River - Almont to Blue Mesa Reservoir
18. Lake San Cristobal
19. Lake Fork of the Gunnison River - Lake San Cristobal to Blue Mesa Reservoir
20. Ridgway Reservoir
21. Upper East River and Tributaries - Headwaters to Gothic

In addition to the GBRT's identification of focus segments, the CWCB performed the same analysis for the Phase 2 NCNA process that was done statewide. This analysis included the identification of projects through a detailed outreach and survey process that resulted in a list of 59 projects for the Gunnison Basin, of which 44 were within the Basin's designated focus areas. The following data was collected for each of the projects: name, location, type (project, information and flow protection), status (completed, ongoing, planned, or proposed), BRT attributes, project protections, and reach identification. As part of the process, priorities of the Colorado Division of Wildlife (now Colorado Parks and Wildlife) were also identified in the Gunnison Basin. All identified projects were documented and mapped.

The resulting identified projects contained:

- Projects identified by CWCB surveys and workshops
- Projects funded by CWCB watershed restoration programs
- Projects funded by CWCB's Water Supply Reserve Account grant program
- CWCB Instream Flows
- Information from the USGS study, Southwest Regional Gap Analysis Project
- Projects identified by the Colorado Division Wildlife (now Colorado Parks and Wildlife)

The next step in the Phase 2 NCNA process involved a simple initial analysis of the extent of protection provided by the listed projects. Projects were identified as providing direct protections (designed to improve a specific attribute) or indirect protections (not designed to directly improve the specific attribute but may still provide protection).

The final step in the Phase 2 NCNA process involved the creation of an initial map of environmental and recreational gaps. This map was prepared by overlaying the focus areas with the listed projects to

BLM_0160592

determine where focus areas are located without corresponding projects. These maps were not published at the time of the 2011 reports, but made available by the CWCB shortly thereafter.

In addition to CWCB's SWSI effort to identify environmental and recreational needs described above, and as described in the Introduction of this plan, CDPHE manages state water quality issues including the development of State water quality policies and protecting and restoring water quality for public health and the environment. Between 2011 and 2012, CDPHE developed a number of reports aimed at assessing water quality that includes the Gunnison River basin. Those reports identify stream and lake segments in the Gunnison Basin with special use designations, water quality impairments, and recommended future actions.

Recommended future actions are described in CDPHE literature include a high priority need for developing Total Maximum Daily Load (TMDL) for identified pollutants within specific water bodies and further Monitoring and Evaluation (M&E) for multiple stream and lake segments. The Upper and Lower Gunnison River Sub-Basins have six and 16 water body (stream and lake) segments, respectively, listed for M&E for dissolved oxygen, copper, cadmium, zinc, iron, selenium, sediment, E. coli, and lead. Exhibit 7-61 included in the Statewide Water Quality Management Plan (CDPHE 2011) provides a listing of completed, approved, and possible future TMDL strategies for the Basin. Exhibits 7-66 and 7-67 included in the same report provides a listing of point source projects and scheduled improvements to help water quality issues in the Basin. The State has generated a GIS map portraying stream and lake segments with Outstanding Water (OW) use classifications, 303(d) impairments, and TMDL and M&E designations.

In addition to water quality needs described above, watershed health also includes consideration for forest needs. The CSFS and the USFS are working to address forest health in the Gunnison Basin to include projects related to forest management, forest insects, diseases, and disorders as well as wildfire mitigation and education.

### Recent Updates

As with agricultural and M&I use, environmental and recreational uses are vulnerable to severe droughts. The CWCB statewide drought surveys (2004, 2007, and 2013) also characterized environmental and recreational impacts, adaptive capacities, and vulnerability to recent droughts as summarized below (detailed information is included in CWCB's 2013 *Colorado Drought Mitigation and Response Plan*).

*Environmental:*
- *Historical Drought Impacts* – Statewide impacts reported by CPW staff during recent droughts:
  - Decrease in wildlife forage
  - Aquatic impacts due to low stream levels and higher water temperatures
  - Need to transfer endangered fish species to protected stream reaches
  - Increased incidence of wildfires
- *Adaptive Capacities* – Actions noted in the 2013 CWCB drought plan that could mitigate impacts:
  - Aquatic Habitat

BLM_0160593

Gunnison Basin Implementation Plan

Section 2: Basin Needs

DRAFT 4/17/15

- Identify critical water bodies
- Develop processes to monitor critical water bodies
- Identify mitigation alternatives for critical water bodies
- Provide emergency instream flow protection
- Develop process for drought emergency closures and fishing restrictions
- Monitor hatchery water levels and stocking conditions
  - o Terrestrial Habitat
    - Identify priority areas and monitor drought impacts on species of concern
    - Identify and assess how drought may impact predator and human interactions
    - Evaluate process for compensating private landowners for game damage
    - Monitor waterfowl production impacts
  - o Aquatic and Terrestrial Habitat
    - Evaluate and optimize state agency water use to best maintain habitat
    - Coordinate and research federal drought assistance funding
    - Educate water users on conservation practices to aid wildlife during drought
    - Continue close coordination between CPW, DWR, and WQCD
- *Drought Vulnerability* – Rankings by County:
  - o Mesa County is ranked as a Number 3 Vulnerability with "an overall high vulnerability ranking for environment" where "a county must rank highly in several of the impact categories".
  - o The remaining Gunnison Basin counties are ranked as a Number 1 or 2 Vulnerability where "the county has a mix of attributes that overall do not add up to high vulnerability. For example, there could be protected lands, the county may have impaired waters but not extremely so, there are instream flow rights, etc. The nature of the environmental analysis is that each metric is weighted equally, so unless most or all of the metrics indicate high vulnerability, the overall result will be moderate."

*Recreation:*

- *Historical Drought Impacts* – Statewide impacts that may occur during droughts:
  - o Skiing – less than normal snowfall impacts revenues, higher operating costs, and lay-offs
  - o Wildlife Viewing – animals may stay away from traditional viewing areas
  - o Hunting, Fishing , and Camping:
    - Animals may stay away from traditional viewing areas
    - Animal population production may decrease
    - Hunters and anglers may be detracted in purchasing licenses; reduced revenue
    - Increased operating costs for fish hatcheries
    - Closure of campsites
  - o Golfing – diminished course playability, higher operating costs, and less golfer interest
  - o Boating – boaters may be detracted from visiting/registering boats; reduced revenue
  - o Rafting – rafters may be detracted from participating; reduced revenue
- *Adaptive Capacities* – actions noted in CWCB drought literature that could mitigate impacts:
  - o Skiing – snowmaking machines and cloud seeding

BLM_0160594

- o   Wildlife Viewing – CPW feeding programs
- o   Hunting, Fishing , and Camping – CPW feeding programs and species management
- o   Golfing – chemical wetting agents and adjusted irrigation practices
- o   Boating – local, state, and federal agency coordination to maintain recreational flows
- o   Rafting – local, state, and federal agency coordination to maintain recreational flows
- *Drought Vulnerability* – Rankings by County:
  - o   Mesa County is ranked as a Number 3 Vulnerability, which "implies a distinct recreational draw to the county that is significant compared to the population. There may be adaptive capacities or sufficient diversification that a county has recreation exposure, but not necessarily high vulnerability to drought."
  - o   The remaining Gunnison Basin counties are ranked as a Number 2 Vulnerability where "there may be a distinct recreational draw to the county, but it is small compared to the population; and there is a diverse offering of recreational activities."

Since the environmental and recreational efforts of SWSI 2010 (Phase 1 and Phase 2), the CWCB created two interim work products to assist with the Basin Implementation Plan process. The first product was the Nonconsumptive Toolbox, published in July 2013. This document was designed as a resource for the Basin Implementation Plans by providing a tool to help plan, design, target, and execute environmental and recreational projects and methods. The Nonconsumptive Toolbox includes appendices detailing relevant scientific information, examples of measurable outcomes, tools and resources for project planning, updated basin environmental and recreational maps, funding opportunities, case studies, and existing programs.

The second interim work product from the CWCB was a preliminary environmental and recreational gap analysis delivered at the February 2014 BIP coordination meeting. This analysis provided a broad categorization of environmental and recreational gaps according to a three tier system: high priority projects gap, medium priority projects gap, and low priority projects gap. If any environmental and recreational attributes were identified in a segment, it was assigned to one of the three categories based on the existence of a project (e.g. no project = high priority) and the nature of the project (e.g., indirect protections = high priority; studies = medium priority; direct protections with no state listed species = low priority).

Because of the wide variability in approach taken by the roundtables during Phase 1 and Phase 2 of the SWSI environmental and recreational process, the CWCB preliminary gap analysis resulted in large differences between basins, and corresponding range of applicability to the BIP process.

A GBRT environmental and recreational workgroup reviewed the additional information provided to support the BRT process and considered it in the refinement of basin environmental and recreational needs.  To better target future environmental and recreational projects in the Basin, the workgroup identified additional environmental and recreational focus segments where future environmental and recreational or multi-purpose projects could have the largest beneficial impacts.

BLM_0160595

Gunnison Basin Implementation Plan                                          Section 2: Basin Needs
DRAFT 4/17/15

The additional segments were identified as areas for nonconsumptive project attention and funding prioritization, but the GBRT recognizes that such attention does not preclude future consumptive project development on these same segments.  Indeed, many of these segments offer the opportunity for multipurpose projects beneficial to both nonconsumptive and agricultural and municipal interests.  For example, on the North Fork of the Gunnison River, the Inventory of Irrigation Infrastructure Improvement Needs offers the opportunity to integrate stream connectivity and other nonconsumptive interests into a consumptive project.  Likewise, the Upper Long Branch Reservoir on Tomichi Creek addressing irrigation shortages could also serve a nonconsumptive function by providing stream flows in the late summer. The Roundtable supports finding multipurpose opportunities like these on all identified focus segments, and encourages recreational and environmental interests to work with agriculture and municipal interests to develop these ideas.

Existing protections and planned projects for many of these segments are detailed in Section 4.  In addition, Section 4 includes four planned inventory projects in different sub-basins designed to assess the feasibility of specific potential projects for meeting needs in these segments.

These segments were subsequently combined with the previous 21 segments identified in the Phase 2 NCNA process to provide a comprehensive list of focus segments.  The resulting updated list of environmental and recreational focus segments in the Gunnison Basin includes:

1.  Blue Mesa, Morrow Point, Crystal Reservoirs (Aspinall Unit of the Colorado River Storage Project) and Gunnison River in Curecanti National Recreation Area
2.  Gunnison River - Almont to Blue Mesa Reservoir
3.  Gunnison River in Black Canyon of the Gunnison National Park
4.  Gunnison River in Gunnison Gorge National Conservation Area downstream to Confluence with North Fork of the Gunnison River
5.  Gunnison River - Hartland Diversion to Confluence Colorado River
6.  Gunnison River - Confluence with North Fork Gunnison River to Hartland Diversion
7.  North Fork of the Gunnison River - Paonia Dam to Confluence with the Gunnison River
8.  Stream Segments on Headwaters Wilderness Areas
9.  Coal Creek, Slate River and Tributaries
10. East River - Gothic to Almont
11. Henson Creek and Tributaries
12. Uncompahgre River and Tributaries - Headwaters to Ouray
13. Uncompahgre River - Ouray to South Canal Outfall and West Canal Flume
14. Grand Mesa Reservoirs on National Forest
15. Tributaries to Taylor Park Reservoir
16. Taylor Park Reservoir
17. Taylor River - Taylor Park Reservoir to Almont
18. Lake San Cristobal
19. Lake Fork of the Gunnison River - Lake San Cristobal to Blue Mesa Reservoir
20. Ridgway Reservoir

BLM_0160596

21. Upper East River and Tributaries - Headwaters to Gothic
22. Tomichi Creek (Sargents to confluence with Gunnison River)
23. Curecanti Creek (headwaters to confluence with Morrow Point Reservoir)
24. Smith Fork Creek
25. Ohio Creek (headwaters to confluence with Gunnison)
26. Cottonwood Creek (included in the Dominguez-Escalante Resource Management Plan)
27. Cow Creek (lower reach—last 5 miles)
28. East and West Dallas Creeks
29. Cimarron Creek and Blue Creek

Finally, an investigation of flows related to whitewater recreation in the Gunnison River basin is included in a report prepared by American Whitewater: *Assessing Streamflow needs for Whitewater Recreation in the Gunnison River*.  The report looks at preferred recreational flow conditions at 17 locations in the Basin based on a survey conducted with 331 individuals regarding their recollection of flow estimates during recent river trips.  While information from this plan was carefully reviewed, the GBIP subcommittee recommended additional information be gathered prior to adopting the 17 locations as focus segments or performing further analysis.  Nonetheless this study provides an important first step in defining a quantitative metric to allow needs associated with whitewater boating to be assessed under future water supply and demand scenarios.  The GBRT encourages future studies that could include a more robust survey process and an analysis to understand the economic impacts associated with different boating types.

*Colorado River Cutthroat Trout*

Colorado River Cutthroat Trout (CRCT) is a state-listed species of special concern in Colorado, Wyoming, and Utah, and also is characterized as a sensitive species by federal land management agencies (BLM and USFS) who manage habitats where CRCT occurs.  Colorado Parks and Wildlife (CPW) works closely with Utah, Wyoming, and federal land managers to manage for the recovery and persistence of CRCT throughout their historic range, guided by a multi-pronged conservation strategy that articulates the steps that if implemented, would be most likely to preserve CRCT in perpetuity ('CRCT Conservation Strategy'[5]).  Implementation of the CRCT Conservation Strategy and showing progress on measurable benchmarks has allowed the U.S. Fish and Wildlife Service (USFWS) to maintain its opinion that CRCT is 'not warranted' for listing under the Endangered Species Act of 1973, as amended.  Such a finding has been beneficial to state wildlife management agencies in order to maintain state management authority for this species, but is also of critical importance to water managers so that consultation with the USFWS under Section 7 of the ESA is not required for projects in CRCT-occupied waters.

---

[5]  CRCT Coordination Team, 2006.  Conservation strategy for Colorado River cutthroat trout (*oncorhynchus clarkii pleuriticus*) in the States of Colorado, Utah, and Wyoming.  Colorado Division of Wildlife, Fort Collins, CO, 24p. http://cpw.state.co.us/Documents/Research/Aquatic/pdf/CRCT_Conservation_Strategy_Jun06.pdf.

BLM_0160597

Gunnison Basin Implementation Plan                                   Section 2: Basin Needs
DRAFT 4/17/15

The Gunnison and Uncompahgre River basins both have numerous populations of CRCT that are being managed in accordance with the Conservation Strategy, as shown by the map located at the following website: http://ndismaps.nrel.colostate.edu/stockingrestrictions/.  The map portrays which basins have existing populations of CRCT and where stocking restrictions limit the chance that existing populations could be further compromised by competition from other salmonids or genetic introgression from rainbow trout or non-Colorado River cutthroat species.

In general, the Conservation Strategy focuses on the following objectives:

- Identify populations of CRCT and characterize the level of genetic introgression;

- Secure and enhance 'conservation' and 'core conservation' populations (< 10% introgression and <1 % introgression, respectively) from further genetic dilution or inter-specific competition (e.g., barrier construction, reclamation, stocking restrictions);

- Maintain and/or enhance watershed conditions, including streamflow protection, riparian buffers, or habitat projects;

- Public outreach and education;

- Monitoring & data exchange between state fish managers & federal land management agencies;

- Coordination of all CRCT activities amongst the same agencies and NGO partners.

The following streams within the Gunnison Basin Roundtable planning area are included in the stocking regulations that prohibit stocking of fish in native cutthroat trout waters (Table 16).  As outlined in the Conservation Strategy, maps, regulations, and CRCT conservation waters are continually being updated as new monitoring data and research unfolds.  Of current interest is the further delineation of historic native cutthroat trout into two distinct lineages reflecting pre-settlement occupation endemic to the Yampa-White river basins ('blue' lineage) or the Colorado-Gunnison-Dolores basins ('green' lineage). Regardless of the nomenclature for particular genotypes of native cutthroat trout, the conservation partners will continue to evolve management strategies to address new challenges (e.g., climate change) and research findings.

BLM_0160598

Gunnison Basin Implementation Plan                                                  Section 2: Basin Needs
DRAFT 4/17/15

**Table 16: Streams with Colorado River Cutthroat Trout & Related Stocking Regulations**

| WATER NAME | COUNTY | DESCRIPTION |
|---|---|---|
| ANTELOPE CREEK, WEST | Gunnison | Headwaters to confluence with Antelope Creek |
| ANTHRACITE CR, NORTH FK | Gunnison | Headwaters to confluence with Anthracite Creek |
| BEAVER CR | Gunnison | Headwaters to Blue Mesa Reservoir |
| BEAVER CR, SOUTH, E FORK | Saguache | Headwaters to confluence with Beaver Creek, South |
| BEAVER CR, WEST | Gunnison | Headwaters to confluence with Beaver Creek |
| BEAVER DAMS CREEK | Montrose | Headwaters to confluence with E Fork Dry Creek |
| CUNNINGHAM CREEK | Delta | Headwaters to confluence with W Fork Terror Creek |
| DEEP CREEK | Gunnison | Headwaters to Paonia Reservoir |
| DEER BEAVER CREEK | Saguache | Headwaters to confluence with S Beaver Creek |
| DOUG CREEK | Montrose | Headwaters to confluence with Muddy Creek |
| DRY CREEK, EAST FK | Montrose | Headwaters to confluence with Dry Creek |
| DYKE CREEK | Delta | Headwaters to confluence with W Fk Muddy Creek |
| GUNNISON R, SMITH FK, N | Gunnison | Headwaters to confluence with Smith Fk Gunnison River |
| HENDERSON CR | Gunnison | Headwaters to confluence with E Muddy Creek |
| HUBBARD CREEK, MAIN | Delta | Headwaters to confluence with Overland Ditch |
| HUBBARD CREEK, MID FK | Delta | Headwaters to confluence with Overland Ditch |
| NATE CREEK | Ouray | Headwaters to confluence with Cow Creek |
| PRYOR CREEK | Montrose | Headwaters to confluence with E Fk Dry Creek |
| ROAD BEAVER CREEK | Gunnison | Headwaters to confluence with Cebolla Creek |
| ROBERTS CREEK | Gunnison | Headwaters to confluence with E Muddy Creek |
| ROCK CREEK | Gunnison | Headwaters to confluence with Clear Fk Muddy Creek |
| SECOND CREEK | Delta | Headwaters to confluence with Smith Fk of Gunnison River |
| TERROR CREEK, WEST | Delta | Headwaters to confluence with Terror Creek |
| WEST STEUBEN CREEK | Gunnison | Headwaters to confluence with East Steuben Creek |
| YOUNGS CREEK RES #2 (1&2) | Delta | Grand Mesa |
| YOUNGS CREEK RES #3 | Delta | Grand Mesa |

*Three Species Agreement*

Three other native fish species that inhabit the lower Gunnison River and Uncompahgre basins are also the subject of a special management strategy: the roundtail chub, bluehead sucker, and flannelmouth sucker.  Concerns about declines in the three species within the entire Colorado River Basin prompted resource agencies to draft and adopt a multi-state, multi-agency, range-wide conservation and strategy agreement that provides the framework for conservation actions designed to preserve these species across their historic range ('Three Species Agreement', 2006).  The State of Colorado and five other Colorado River Basin states that are part of the range-wide distribution of these species, along with the United States Forest Service (USFS), Bureau of Land Management (BLM), Bureau of Reclamation (BOR), and sovereign tribes, are also signatories to the Three Species Agreement.  In addition, the range-wide declines described in the Three Species Agreement speak to the species' potential for listing by the U. S. Fish and Wildlife Service (USFWS) as threatened or endangered under the Endangered Species Act of 1973, as amended (ESA). The USFWS relies on implementation of the multi-state Three Species Agreement to protect and conserve these three native warm-water species.  Similar to the Conservation Strategy for Colorado River Cutthroat Trout, water users who operate or develop facilities within the

BLM_0160599

habitats of these species are protected from Section 7 consultation with the USFWS by the partners' implementation of the conservation measures described in the Three Species Agreement.

Within the Gunnison Basin, these species are present in the mainstem Gunnison River predominantly below the confluence with the North Fork of the Gunnison and in the Uncompahgre downstream of Montrose.  Recent research has indicated that spring runoff from tributaries to these reaches may provide important seasonal habitats for spawning and fry dispersal, and indicates that the sucker species, in particular flannelmouth suckers, may travel great distances to favorable spawning areas.

The Three Species Agreement articulates that within their jurisdictional authority, signatories are responsible for taking action to conserve native fish, coordinating status assessments, developing and maintaining data sets on occupancy and genetics, and documenting conservation measures taken on behalf of the three species.  It encourages all signatories to cooperate on science, research, education and outreach to send a clear and consistent message about conservation of these species.  The agreement is predicated on the concept that collectively, local, state, and federal agencies, and other willing partners can work together with the communities most affected by a potential listing to develop and implement voluntary actions that pre-empt the need for federal listing of any of these species under the ESA.

The Three-Species Agreement identifies the following population viability factors important to address as implementation proceeds.  Other appropriate factors may be added to this list in the future as monitoring and research continues.
- Known and potential threats;
- Available habitat(s);
- Habitat stability;
- Genetic stability;
- Meta-population connectivity and stability;
- Reproductive opportunity and potential, including recruitment into the effective population;
- Potential to expand population sizes and distribution.

Colorado Parks and Wildlife (CPW) is currently developing a state-specific strategy that describes how Colorado is implementing management actions that will help conserve these species.  This strategy prioritizes geographic opportunities in the following ways:
1. Intact native fish assemblages containing all three species without the presence of non-native sucker, primarily white sucker and longnose sucker, which can hybridize with both flannelmouth and bluehead suckers;
2. Watersheds supporting two of the three species without the presence of non-native suckers;
3. Watersheds supporting all three species with non-native sucker species present;
4. Watersheds with roundtail chub present with or without non-native sucker species.

BLM_0160600

Monitoring of populations remains critical to determine the status of the fishery and the persistence of threats to these populations.  Population metrics that are used include the following:

- Fishery abundance (quantifiable metric where possible - fish/mi, catch-per-unit-effort; lbs/ac);
- 'Young of year' or larval fish present;
- Age Class Structure - presence of multiple age classes of fish, including juveniles and adults;
- Expanded distribution of fish;
- Reduction in interspecific threats, including non-native sucker species, smallmouth bass, brown trout, or other invasive predator/ competitor species (sunfish, carp, bullhead, catfish).

Because these fish tend to be located lower in watersheds that have already undergone upstream water development, it is imperative that fishery managers work with water managers to continue to implement the actions articulated in the Three Species Agreement.  In the Gunnison, flow protection provided by downstream senior water rights (e.g., the Redlands Water and Power Company water rights) become an important means of maintaining the native fishery.

### Summary of Needs

Ideal solutions to address environmental and recreational needs in the focus segments and beyond would address flow and water quality issues while preserving existing agricultural uses.  Projects to meet the flow and water quality needs could include:

- Diversion infrastructure improvements that increase accuracy and reduce maintenance costs while preserving stream connectivity
- Temporary and voluntary instream flow leasing arrangements that sustain flows during critical drought periods
- Voluntary partial instream flow donations that maintain historical irrigation practices on a more limited basis
- Multipurpose storage projects that include operational flow agreements and/or dedicated environmental and recreational flow components

In addition to the segments defined above, the GBRT recognizes the need to monitor and/or manage other important river segments to ensure they do not deteriorate.  In some cases, CWCB instream flows could potentially be secured for high value segments with native fish populations or native fish restoration possibilities. In other cases, currently degraded streams that are not currently identified as a priority could be good candidates for multi-purpose projects.

The Taylor River was included as one of the environmental and recreational focus segments.  There is also an effort currently underway to examine biological flow needs on the Taylor River below Taylor Park.  The GBRT recognizes the need to monitor this ongoing effort.

BLM_0160601

Gunnison Basin Implementation Plan                                    Section 2: Basin Needs
DRAFT 4/17/15

In addition, the GBRT recognizes the need to continue to support the following on-going projects and processes by State and Federal agencies that address water quality and watershed health needs in the Gunnison Basin:

1. CDPHE's implementation of further Monitoring and Evaluation (M&E) of specific water quality parameters for 22 water body segments identified by CDPHE.
2. CDPHE's development of Total Maximum Daily Load (TMDL) strategies for specified pollutants within water body segments identified by CDPHE, including point source projects and scheduled improvements to help water quality issues.
3. CSFS and USFS addressing forest health projects related to forest management; forest insects, diseases, and disorders; and wildfire mitigation and education

| **Where to find more information:** |
| --- |
| • The Colorado Drought Mitigation and Response Plan, CWCB, 2013. Web Link |
| • Statewide Water Quality Management Plan, CDPHE, 2011. Web Link |
| • Integrated Water Quality Monitoring and Assessment Report, CDPHE, 2012. Web Link |
| • Total Maximum Daily Load Assessment Gunnison River and Tributaries: Uncompahgre River and Tributaries: Delta/Mesa/Montrose Counties, CDPHE, 2011. Web Link |
| • 2013 Report on the Health of Colorado's Forests, Colorado State Forest Service, 2013. Web Link |

BLM_0160602

# Section 3: Basin Evaluations

## 3.1 Introduction

There are many tools available to help assess opportunities and constraints to meeting the water needs of the Gunnison River basin. The primary tool used to evaluate hydrologic opportunities and constraints is the Gunnison River basin Water Resources Allocation Model, developed by CWCB. Case studies, primarily using this model, were used as tools to investigate basin-wide issues and opportunities with specific projects. In addition, mapping overlays were a useful tool to highlight options for multi-use projects and identify projects that may be competing for the available water.



In this section, case studies are presented to illustrate examples of how available tools can be used to identify opportunities and projects, and to investigate constraints basin-wide and at specific locations. The types of tools and analyses presented in this section support the project specific analyses summarized in Section 4.

## 3.2 Gunnison River basin Water Resources Allocation Model

The Gunnison River basin Water Resources Planning Model (Gunnison Model) is a water allocation model developed as part of the CDSS process.  It is designed to assess the availability of water to individual users and projects, based on hydrology, water rights, and operating rules and practices. The model is implemented in StateMod, a code developed by the State of Colorado for application in the CDSS project. The Gunnison Model Baseline data set extends from 1909 to 2006. It simulates current demands, current infrastructure, and the current administrative environment as though they had been in place throughout the hydrologic modeled period.

The Gunnison Model was developed as a tool to test the impacts of proposed diversions, reservoirs, water rights and/or changes in operations and management strategies.  The model simulates proposed changes based on the highly variable hydrology of the historic data set as constrained by the administration of existing water rights. The Baseline data serves as the starting point for analyzing potential future changes in the Basin. Model variations can include changes in current demands, new or enlarged storage projects, changes in current irrigation practices, changes to water rights or operating criteria, and changes in hydrology. The model changes can then be compared to the Baseline simulation results to determine their performance and effects.

The Gunnison Model was used for the Colorado River Water Availability Study (CRWAS) to examine future hydrologic variability under different scenarios. The study included a range of natural flow

BLM_0160603

Gunnison Basin Implementation Plan                                    Section 3: Basin Evaluations
DRAFT 4/17/15

hydrology reflecting current estimates of projected climate change. As part of the CRWAS, information generated by the baseline Gunnison Model under both historical and climate projected hydrology was made available through the CRWAS report and CRWAS model data sets. Over 20 parameters are available at modeled locations including natural flow (streamflow absent the effects of man), physical streamflow, and flow that would be legally available for diversion under a new water right (physical streamflow not required to meet downstream senior water-right demands). There are over 500 node locations representing diversions, reservoirs, stream gages, and instream flow reaches.

The Gunnison Model was used directly to identify flow-based issues and make preliminary estimates of water available for projects in the GBIP. The model was then revised to include new projects (e.g., to investigate the yield of a proposed reservoir), have the ability to assess the impacts of changes to irrigation efficiencies, and determine how changed reservoir operations could improve streamflows through critical reaches.

Note, the current Gunnison Model has not been updated since the ROD for the Aspinall Unit Operations Final Environmental Impact Statement was signed in April 2012.  The model continues to operate based on previous BOR operating criteria prior to the changes associated with the ROD.  Therefore, the amount of water available for future development shown in the Appendix 9 graphs likely overstates future availability to uses above the Aspinall Unit reservoirs not covered under the Aspinall Subordination Agreement, especially in a high runoff year as was have seen in 2014. Furthermore, the uses not covered under the Subordination Agreement include any transfers out of the Gunnison River basin.

Similarly, the Gunnison Model represents existing uses throughout the Basin.  When new in-basin uses above the Aspinall Unit reservoirs are considered in planning efforts, they are incorporated based on the terms of the Aspinall Subordination Agreement.  New in-basin uses are modeled senior in priority to Aspinall Unit storage and hydropower demands to represent the agreed subordination.  As indicated in the agreement, only future in-basin uses are provided this protection.  Planning scenarios that include transbasin diversions are modeled based on a current priority and are junior to other uses in the Basin.

The CWCB has funding to both extend the Gunnison Model through 2013, and to incorporate changes to basin operations and administration associated with the ROD.  CWCB has committed to work with Reclamation, the Division of Water Resources, and basin representatives during the model update.

---

**Where to find more information:**
- The Gunnison River basin Water Resources Planning Model User's Manual (rev. 2009) report and the StateMod Surface Water Allocation Model for the Gunnison Basin can be found on the CDSS website (http://cdss.state.co.us)
- The Colorado River Water Availability Study report (March 2012) is available on the CWCB website (http://cwcb.state.co.us/)

---

BLM_0160604

Gunnison Basin Implementation Plan                                     Section 3: Basin Evaluations
DRAFT 4/17/15

## 3.3 Case Studies

### Case Study: Water Availability Analysis (Historical Hydrology)

As noted above, the Gunnison Model data can be used to identify both physical streamflow and water
available for potential development at over 500 locations in the Basin under varying hydrologic
conditions. The model results are especially useful on tributaries and reaches that do not have long-term
stream gage measurements. Physical streamflow and water available for potential development at 10
key locations, based on identified needs, project, and methods, are shown graphically in Appendix 9
based on the historical hydrologic variability from 1975 through 2005.

The Gunnison River above Blue Mesa Reservoir was selected to represent general water availability in
the Upper Basin. Other locations were selected to represent nodes higher up in tributaries above
existing agricultural shortages to better show water available to meet these needs. This analysis is a
departure from previous SWSI availability analyses that examined water availability near the confluence
of major tributaries.  The SWSI approach often did not reflect realistic amounts available to meet
identified needs higher up in the system. Locations for this analysis included:

- East River near Crested Butte
- Ohio Creek at Baldwin
- Tomichi Creek at Sargents
- Lake Fork at Gateview
- Cimarron River below Cimarron Canal
- Smith Fork near Crawford
- West Muddy Creek below Overland Ditch
- Surface Creek near Cedaredge
- Uncompahgre River near Ridgway
- Gunnison River at Colorado Confluence

The following analysis for the Gunnison above Blue Mesa Reservoir provides an explanation of the
difference in physical and available flow intended to assist in understanding the graphs in Appendix 9.
Figure 7, extracted directly from model results, shows physical streamflow and legally available flow on
the Gunnison River near Gunnison from the period 1975 through 2005. Figure 8 shows average monthly
results for the same time period.

BLM_0160605

Gunnison Basin Implementation Plan                                     Section 3: Basin Evaluations
DRAFT 4/17/15



Figure 7. Physical Streamflow and Water Available – Gunnison River above Blue Mesa Reservoir



Figure 8. Physical Streamflow and Water Available – Gunnison River above Blue Mesa Reservoir

The differences between physical streamflow and the amount of water that is available for future use
reflects water that must be bypassed to meet downstream uses holding valid water rights, including the
following significant uses:

- Gunnison Tunnel demand for Uncompahgre Valley Water Users Association
- Redlands Irrigation and Power demands

BLM_0160606

Gunnison Basin Implementation Plan                                          Section 3: Basin Evaluations
DRAFT 4/17/15

- Storage in Blue Mesa, Crystal, and Morrow Point Reservoirs
- Blue Mesa, Crystal, and Morrow Point Reservoirs hydropower rights
- National Park Service Black Canyon of the Gunnison minimum streamflow requirements

Based on the hydrology of the last 30 years, the model results indicate the average annual amount of water available for future use above Blue Mesa Reservoir is minimal. Small amounts of water are essentially available only one in 13 years.

The amount of physical streamflow and available flow for future use based on recent hydrology varies from location to location throughout the Basin. The graphs shown in Appendix 9 include observations for each location, providing an understanding of where and when water is available to meet the agricultural, M&I, and non-consumptive needs outline in Section 2.

Figure 9 shows the monthly modeled flow that leaves the Gunnison Basin and flows in the Colorado River near Grand Junction.  The flow shown reflects depletions from current basin uses superimposed on the past 30 years of historical hydrology.  The Gunnison River contributes to approximately 40% of the flow of the Colorado River at the state line gage based on the 1975 through 2005 period.



Figure 9. Physical Streamflow – Gunnison River at Colorado River Confluence

## *Case Study: Water Availability Analysis (CRWAS Projected Climate Hydrology)*

The historical period between 1975 and 2005 provided a wide range of streamflows including significant wet and dry periods, but may not represent the future flow regime in the Gunnison River basin. To investigate possible future flows, the CRWAS used global climate models to represent the range of temperature, precipitation, and natural flow projections based on two future horizons – 2040 and 2070.

BLM_0160607

Gunnison Basin Implementation Plan                                    Section 3: Basin Evaluations
DRAFT 4/17/15

The projected changes to irrigation demands and natural flows, both influenced by changes in temperature and precipitation, where incorporated in the Gunnison Model.  When the CRWAS was developed, there were 112 global climate model projections available for the Colorado River Basin; CRWAS investigated five models for each future horizon that represented 80 percent of the range shown in the 112 projections.

The 2040 horizon was chosen for this case study to consider both the supply and demand effects of projected future climate change in the Gunnison as-if the projected 2040 temperature increases and changes in precipitation had occurred prior to 1975; and then the Basin experienced the same natural climate variability as seen in the 1975 through 2005 historical record. Graphs presenting water available for future development under the two climate projections that bracket the low flow and high flow projections for 2040 are shown in Appendix 10 at the same locations selected to investigate historical flows. Historical water available for future use based on the 1975 through 2005 period is also shown on each graph for comparison.

The following analysis for the East River near Crested Butte provides an explanation of the difference in available flow intended to assist in understanding the graphs in Appendix 10. Extracted directly from CRWAS climate projected model results, Figure 10 (monthly timeline) and Figure 11 (average monthly) shows legally available flow on the East River near Crested Butte for the 2040 High Projection, the 2040 Low Projection, and historical for comparison. The High Projection is the global climate model that represents the 90th percentile flows in the Basin; whereas the Low Projection is based on the global climate model that represents the 10th percentile flows in the Basin.



Figure 10. Climate Projected Water Available – East River near Crested Butte

BLM_0160608

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 3: Basin Evaluations



Figure 11. Climate Projected Water Available – East River near Crested Butte

The differences between physical streamflow and the amount of water that is available for future use reflects water that must be bypassed to meet downstream uses holding valid water rights, including the following significant uses:

- The Low Projection indicates that on average the runoff on East River would occur earlier and more flow compared to historically would only be available for future use in May
- The High Projection results in more average annual available flow than historically, and also shows more water available earlier than historically
- The climate projections generally follow the same annual patterns as historically; however there are less years when water would be available for future use after meeting the downstream senior uses

The amount of physical streamflow and available flow for future use based on future climate projections varies from location to location throughout the Basin. The graphs shown in Appendix 10 include observations for each location, providing an understanding of how projected climate change may affect both where and when water would be available to meet the agricultural, M&I, and non-consumptive needs outline in Section 2.

### Case Study: Upper Basin Irrigation Decrees

Due to a number of natural factors, irrigation diversions in the Upper Gunnison Basin are higher than most other regions in Colorado. Although the acre-feet per acre diversions may seem high compared to uses in other areas of Colorado, the need for larger diversions in this region has been well documented in water court decrees from Division 4 in both Water District 28 (Tomichi Creek) and Water District 59 (East River and Slate River). The requirement for higher head gate diversions does not necessarily result

BLM_0160609

Gunnison Basin Implementation Plan                                    Section 3: Basin Evaluations
DRAFT 4/17/15

in higher consumptive use or wasting water, as the unused portion seeps back to the river and is re-diverted downstream. Even though the decrees allow for higher acre-feet per acre diversions, these tributaries in the Upper Gunnison are still water-short.

In the East River basin, decree CA2021 includes two exhibit documents that reference a water use ratio of one cfs per ten acres and ten cfs per 100 acres. The following are excerpts from the decree's documented testimony regarding the nature of the land and resulting water required: "Scattered tracts, thin sandy top soil, sand, stone, cobblerock. Requires 10 cu. Ft. per 100 acre" and "Very rocky, porous, soil, light, underlain with rock and gravel. Requires 1 cu. Ft to 10 acres." Web Link

In the Tomichi Creek basin, decree CA2079 contains approximately 18 exhibit documents referencing a required water use ratio of one cfs per ten acres. The decree's documented testimony states "Sandy Loam, porous, water sinks rapidly requires 1 cu. Ft to 10 acres". In addition, some of the decree's report/exhibits state that they require the whole capacity of the ditch to irrigate, while others indicate that they require more than one cfs per ten acres to meet irrigation requirements. Web Link

### Case Study: Multipurpose Win-Win Projects

To illustrate the kinds of mutually beneficial multipurpose projects encouraged by the GBIP and CWCB three successful projects in the Basin are highlighted below.  These projects may provide inspiration for future efforts and serve to address the GBIP Goal 7—describe and encourage the beneficial relationship between agricultural and environmental and recreational water uses.

**Hartland Diversion Dam Reconstruction with Boat and Fish Passage:**

Bringing together multiple partners, including the GBRT, this project west of Delta eliminated the last major fish blockage issue for an important 15-mile reach in the Lower Gunnison River drainage. The removal of this 6 foot high fish migration barrier significantly improved the health of the river by 
reconnecting fragmented river habitat for the direct benefit of three fish species of special concern as well as other native species. At the same time, this project helped to ensure that the Hartland Irrigation Company can reliably maintain complete access to their senior pre-Colorado River Compact water rights with minimal operations and maintenance costs.  In addition, the project greatly improves human safety at a structure that has been responsible for multiple fatalities, while eliminating boater trespassing issues on private property.

BLM_0160610

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 3: Basin Evaluations

**Relief Ditch Headgate Reconstruction with Recreational Improvements**:

Sponsored by Trout Unlimited with GBRT funding, this project installed a new sustainable diversion structure for the Relief Ditch while removing hazardous instream infrastructure, minimizing bank erosion, and improving fish passage and the measurement and control of diverted water.  The project involved the rehabilitation and stabilization of eroded areas, along with the restoration of riparian habitat through the reduction of downstream sedimentation.  In addition, the new structure allows for safe boater and fish passage, and significantly reduced costs for the Relief Ditch Company by eliminating the need for annual bulldozing of the channel bed.

**McKinley Ditch/Little Cimarron River Flow Restoration Project:**

The McKinley Ditch/Little Cimarron River Flow Restoration Project provides flow and ecological benefits to the Little Cimarron River while keeping agricultural lands in production.  The Colorado Water Trust (CWT) purchased 1.5 shares in the McKinley Ditch in January 2014.  Diverting from the Little Cimarron River approximately 20 miles east of Montrose in the Gunnison Basin, the ditch shares provided the opportunity for a multipurpose project to provide flows through a 5-mile segment of a frequently dry stream, helping to reconnect habitat and enable fish migration.  The CWT plans to use the shares for instream flow in the late summer and early fall, while maintaining historic irrigation in the spring and early summer.  The CWT has obtained approval to use the shares for instream flows via the CWCB's Short Term Lease Program and is currently seeking water court approval for the new instream flow use.

*Case Study: Instream Flow Analysis*

To demonstrate important in-basin needs related to existing instream flow water rights, this case study examines how well existing CWCB instream flows are being met at 12 locations throughout the Basin. Locations were selected where reaches are represented in the Gunnison Model, but there are no nearby stream gages for CWCB to use for verification or DWR to use for administration. Because there are no nearby measurement gages, the modeled data is believed to be the best information available for the actual flows seen in the river.

The analysis provides a comparison of the instream flow water rights to natural flow and modeled stream flow under average (1975-2005) and dry year conditions (1977 and 2002).  Natural flow is estimated flow without the effects of man; for example prior to depletions for irrigation or storage and releases from reservoirs. The instream flow locations for this analysis included:

- Slate River Segment 4 – Slate River near Crested Butte Gage to East River
- Cement Creek – Headwaters to East River
- Ohio Creek Segment 2 – Below Pass Creek Ditch to Mill Creek
- Ohio Creek Segment 3 – Mill Creek to Gunnison River
- Tomichi Creek Segment 1 – Headwaters to Marshall Creek
- Tomichi Creek Segment 2 – Marshall Creek to Quartz Creek
- Quartz Creek Segment 2 – Below Metroz No 1 Ditch to Tomichi Creek

81

BLM_0160611

Gunnison Basin Implementation Plan                                          Section 3: Basin Evaluations
DRAFT 4/17/15

- Cebolla Creek – Cebolla Creek at Powderhorn Gage to Gunnison River
- Cimarron River – Below Silverjack Reservoir to below Veo Ditch
- North Fork Gunnison River – Below Paonia Reservoir to Minnesota Creek
- Beaver Creek – Headwaters to East Fork Dallas Creek
- West Fork Dallas Creek – Headwaters to Burkhart Eddy Ditch

Natural flow shown is at the upper end of each reach and represents the minimum natural flow through the reach.  Likewise, modeled streamflow presented is the minimum within the reach.  In some cases, this may be the flow at the upper end of the reach but more often is the flow below diversions within the reach.

The following analysis for the Ohio Creek Segment 3 provides an explanation of the information intended to assist in understanding the graphs in Appendix 11. Extracted directly from Gunnison Model results, Figure 12 (1975-2005) and Figure 13 (1977 and 2002) shows natural flow and modeled streamflow compared to the instream flow right.



**Figure 12. Streamflow (1975-2005) – Ohio Creek Segment 3 (Below Mill Creek to Gunnison)**

BLM_0160612

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 3: Basin Evaluations



**Figure 13. Streamflow (1977 and 2002) – Ohio Creek Segment 3 (Below Mill Creek to Gunnison)**

When the modeled streamflow is less than the instream flow right, the instream flow right is not fully met likely due to upstream senior uses.  When the natural flow is less than the instream flow right, the instream flow right is not fully met due only to hydrologic conditions.  In those instances, only a new or re-operated upstream reservoir would allow the instream flow right to be fully satisfied. Nearly all of the instream flow reaches presented have physical flow availability during some months that could be stored and released to meet shorted instream flows as part of a multi-use storage project.

The Ohio Creek Segment 3 instream flow right analysis shows the following:
- The average natural flow is greater than the instream flow right in every month
- On average, there is enough physical flow in the river to meet the instream flow right every month
- Natural flow in 1977, representing a very dry year, was less than the instream flow right in the winter months (November through February)
- Senior irrigation diversions reduced river flows below the instream flow right in late irrigation season during the very dry years

Shortages to instream flow rights generally follow the pattern of the more senior irrigation rights. Because the analyses performed by the CWCB to determine the instream flow right requests consider and are limited to the flow available in most years, instream flow rights in the Gunnison Basin can generally be met each year during average and wet years. The hydrology of the Basin does not allow instream flows to be met every month of every year and similar to agricultural demands, they are generally shorted in the late season during dry years.  In addition, instream flow rights often experience shortages in winter months during dry years.

BLM_0160613

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 3: Basin Evaluations

## 3.4 Mapping Overlays

A consistent methodology was used to review potential projects for this plan. The first step involved assembling and overlaying all available data from the SWSI 2010 process. Data included environmental and recreational needs, environmental and recreational projects, and consumptive projects throughout the Basin. Data for agricultural shortages was refined and presented as described in Section 2. Project data was screened to include only planned and proposed projects (i.e., exclude ongoing or completed projects) and highlight flow-based environmental and recreational projects to better identify potential candidates for more detailed flow modeling analysis.

Including consumptive and non-consumptive needs and projects on the same overlay provided the ability to better analyze potential opportunities for multi-purpose projects, plus helped convey the concept that consumptive use projects have the potential to benefit flow-based environmental and recreational projects. Finally, more detailed maps were prepared for each existing project summarizing available information and data gaps. Feedback from the targeted technical outreach process was used to refine the project list and select projects that can benefit from more detailed flow analyses as described in Section 4.

BLM_0160614

# Section 4: Basin Projects

## 4.1 Introduction

Section 4 is the primary focus of the GBIP, designed as a plan summarizing proposed projects that will meet Basin Goals and Measurable Objectives described in Section 1. Projects are strategically selected to meet identified needs in the Basin.



These projects have been identified and selected in light of the scenario planning and adaptive management processes outlined in Chapter 6.1 of the Draft Colorado Water Plan. The initial phase of the adaptive management process is a strategic focus on a portfolio of 'no and low regrets' actions and strategies that can be implemented in the near-term.  By definition, these projects make sense to undertake despite future variability related to climate change, population growth, or other factors.  This 'No/Low Regrets Portfolio' of planning processes has the following goals:

- Minimize statewide agricultural acres transferred and implement agricultural sharing projects
- Plan and preserve options for existing and new supply
- Establish low to medium conservation strategies
- Implement nonconsumptive projects
- Have a high success rate for identified projects and processes
- Implement storage and other infrastructure
- Implement reuse strategies

The No/Low Regrets Portfolio is quite consistent with GBIP projects, which have been "tiered" in three groups:

- **Tier 1** – Implementation of these projects is likely feasible by 2025; the projects are consistent with the near-term No/Low Regrets Portfolio; and clearly meets Basin Goals.
- **Tier 2** – Implementation of these projects is probably not feasible by 2025; however the projects would excel at meeting Basin Goals, and most of them are consistent with the near-term No/Low Regrets Portfolio.  These projects may also have important conditional water rights, and/or some feasibility-level planning has been completed.
- **Tier 3** – Implementation of these projects is not feasible by 2025, and they are not analyzed in the context of the near-term No/Low Regrets Portfolio; the projects are in more preliminary stages of planning and/or may meet Basin Goals to a lesser degree.

Project information was collected through targeted technical outreach.  Base project data from SWSI 2010 was refined through outreach to stakeholders and project proponents.  The agricultural shortage analysis detailed in Section 2 was the background for technical outreach to agricultural stakeholders.

BLM_0160615

Gunnison Basin Implementation Plan                                    Section 4: Basin Projects
DRAFT 4/17/15

This analysis was used to inform the selection of agricultural projects that most effectively address shortages and meet Basin Goals identified in Section 1.  M&I as well as environmental and recreational needs detailed in Section 2 were also used to inform the selection of projects that meet the goals identified in Section 1.

For simplicity, all items identified to meet water needs are referred to as projects. Projects include both structural solutions such as reservoirs and irrigation ditches, and nonstructural solutions including conservation planning, flow agreements, and other processes or policies.

Section 4.5 provides a list of proposed basin projects; Section 4.6 provides a standard project template used to summarize proposed projects; Section 4.7 provides a compilation of standard project summaries for proposed projects. Project summaries in Section 4.7 include projects addressing various use types as indicated on the list and each summary sheet. Use types include::
- Agricultural Projects
- Municipal and Industrial Projects
- Environmental and Recreational Projects
- Multi-Purpose Projects

In addition, to note important successes, ongoing and recently completed projects are documented in Section 4.5.  This includes a list of important environmental/recreational protections and monitoring as well as projects funded through the Roundtable (Water Supply Reserve Account) and other major grant programs in the Basin.

More background on issues related to projects focusing on: education, participation, and outreach; watershed health; and conservation projects and methods is detailed in Sections 4.2, 4.3, and 4.4. However, concrete projects related to these items are included in Section 4.5 and 4.7.

BLM_0160616

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

## 4.2 Education, Participation, and Outreach

The GBIP process continues the public
education, participation, and outreach work
that the GBRT has been engaged with for
almost ten years.  These activities include:



- Annual State of the River meetings co-hosted with the River District.
- Numerous roundtable meetings in Montrose, Gunnison, and Hotchkiss. Meetings are typically held monthly except for January, July, and September.
- The preparation and distribution of a booklet titled: *The Gunnison River basin, A Handbook for Residents* (shown to the right).  This widely distributed handbook includes a compendium of basic information about water use, water law, and water organizations in the Basin.

In addition to monthly GBRT roundtable
meetings, GBRT members have created information-and-input opportunities throughout the Basin as
part of the BIP process. These meetings included both targeted technical outreach meetings with
specific groups of stakeholders (farmers and ranchers, municipal and industrial providers, recreation
interests, environmental interests, etc.) to identify specific water needs and projects, and meetings with
the general public to obtain responses to the goals, needs assessments, and proposed projects.
Outreach activities included town hall meetings in different sub-basins, as well as newspaper articles
and online surveys available at multiple websites (summarized in Appendix 4).  The GBRT's ongoing
outreach and education efforts will be critical throughout the development of the CWP.

In 2013 and 2014, the Public Education, Participation, and Outreach (PEPO) Workgroup of the IBCC and
the Basin Roundtable Education Liaisons worked with their basins to develop and implement updated
Education Action Plans (EAPs) to reach out to decision makers. Goals of the activities outlined in the
EAPs are being used to inform decision makers in the Basin how they are currently represented by the
Roundtable process and how they can effectively participate. Furthermore, EAP activities are being used
to inform stakeholders about key elements of the BIPs, including status of Basin water operations, Basin
consumptive and nonconsumptive needs, potential water supply constraints associated with variable
hydrology, and proposed projects.

BLM_0160617

The draft 2015 EAP is also focused on engaging non-Roundtable stakeholders to contribute input and feedback on these key BIP elements. Where appropriate, this effort is helping the GBRT reach out to potential new project proponents and partnerships needed to meet the Basin's future water needs. A detailed draft of the 2015 EAP is provided in Appendix 3.  Note, the GBIP is not intended to answer or address all public comments, rather it is intended to help provide context for basin stakeholder participation and input as the GBIP project implementation process matures.

Due to limited resources, the successful continuation of education and outreach activities will require careful coordination with existing organizations, programs, and resources.  To help address the water needs detailed in this plan the draft 2015 EAP encourages the near term implementation of various education and outreach concepts and activities by 2025, including such things as:

- *Education for the Next Generations:*  Given the long term nature of water planning and the age of many currently involved in the process the GBRT recommends encouraging the involvement and recruitment of younger members.  Future water leaders will need a comprehensive orientation in balancing the multiple uses of water in a complex modern society.  This could be partially accomplished by creating vertically integrated school water education programs (e.g. 5th, 8th and 11th grades).
- *Water Leaders Program:*  A new program in the basin could engage interested high school and college students in a diverse water curriculum and related activities.  This experience could be enhanced by the inclusion of a mentoring component with local water professionals.
- *Continuing Education for Colorado's Political and Economic Leaders:*  Working with other water organizations, the GBRT can help to provide leadership, information exchange, education opportunities, and materials to help educate political officials, planning commissions, developers, contractors, and others engaged in land use designation and development.
- *Bootstrap Research and Education* – A diverse collection of studies, research, and experimentation can help to educate all types of water users on water challenges and opportunities. This can begin with the implementation of the ten tier one projects in this plan that involve studies of future needs (both irrigation and nonconsumptive).  In addition, a regional water conservation planning process for the Upper Gunnison is also included as a tier one project and would help to educate various water users on conservation opportunities.  New studies that explore potential agricultural conservation without reducing agricultural productivity could also help to educate water users while addressing supply limitations.  Current studies in the basin, such as the Water Bank and NoChicoBrush studies, are beginning to explore opportunities provided by fallowing, deficit irrigation, and other strategies.
- *Research and Public Education on Anticipating, Mitigating and/or Adapting to Climate Changes:*  Research and education on the water supply impacts of climate change will help communities in the basin adjust to variable hydrologic conditions such as decreasing flows.  Education could be targeted to strategically examine options that protect existing uses and help mitigate adverse economic impacts.

BLM_0160618

Appendices 3 and 4 summarize outreach and education materials related to the GBIP, including: the 2015 GBRT Education Action Plan, summary and record of public meetings, letters of critique, letters of support, GBIP Input Survey, Summary of Survey Results, and other summary information.  In addition, Appendix 4 also includes a list of public comments on the Draft Colorado Water Plan received at the Senate Bill 115 hearing in Gunnison on June 18, 2014.  Overall input to date shows strong support for the GBIP Basin Goals and Statewide Principles outlined in Section 1.

The project list detailed in Section 4.5 and 4.7 includes the Gunnison Basin Roundtable 2015 Education Action Plan Activities.

## 4.3 Watershed Health

Chapter 7.1 of the Draft Colorado Water Plan states that: "watershed health can be broadly defined as a measure of ecosystem structure and function."  As such, watershed health is a comprehensive view of water planning that incorporates water quality, land use, water availability, and numerous other factors. This section seeks to summarize some of the primary issues related to watershed health and set the stage for various projects (multipurpose, environmental, and recreational) encouraged by the GBIP that will help to maintain and restore watershed health in the basin.

The Gunnison Basin has high water quality in numerous headwater streams, many of which have been designated as outstanding waters by the Water Quality Control Commission (WQCC).  These headwater streams have maintained their high quality in harmony with traditional grazing practices.  However, many stream segments are impaired by heavy metal pollution from historical hard-rock mining, the mobilization of selenium in soil through irrigation practices, and nutrient (nitrogen and phosphorus) loading primarily from non-point sources with the influence of some municipal effluent.  Stakeholders in the Gunnison Basin have been active both in recognizing and supporting appropriate outstanding waters designations, and working with the state to provide data and input on the state's development of its 303(d) list of impaired waters.

### *Existing Organizations and Actions Promoting Watershed Health*

Several local watershed groups work in the Gunnison Basin to address general watershed health and specific water quality challenges. These include the Coal Creek Watershed Coalition, the Lake Fork Valley Conservancy, the Uncompahgre Watershed Partnership, and the Western Slope Conservation Center.  These organizations have developed comprehensive watershed plans and accessed state and federal funding to undertake restoration projects, monitoring efforts, and outreach.  Links to these organization's websites and watershed plans are provided in Appendix 2.  One national organization, Trout Unlimited, has also been engaged in several local watershed-level stream restoration and flow improvement projects.

In addition to local watershed organizations, the Gunnison Basin Selenium Task Force is implementing their Selenium Watershed Management Plan.  This group of private, local, state, and federal interests

BLM_0160619

continues to successfully identify and remediate selenium loading through a number of funding sources. The GBIP seeks to maintain and improve water quality by encouraging the coordination of data collection, promoting collaboration amongst stakeholders, and integrating water quality considerations into consumptive and environmental/recreational project development.

There are also a number of environmental advocacy organizations that are involved in the maintenance and improvement of Gunnison Basin watershed health, usually with a more regional focus: High Country Conservation Advocates, Western Colorado Congress, and statewide organizations that often focus on issues in Western Colorado and the Gunnison Basin, including Conservation Colorado, Western Resource Advocates, American Rivers, and Protect the Flows.  These organizations tend to work more in the legislative and regulatory arenas, but also participate in local watershed efforts.

### Water Quality

A number of organizations are tasked with monitoring and managing water quality and watershed issues in the Gunnison River basin, from the Federal and State level to the watershed level, such as USGS, Colorado River Watch, and the Colorado Department of Public Health and Environment (CDPHE).  CDPHE includes two State organizations tasked with managing state water quality issues: The WQCC develops State water quality policies; and the Water Quality Control Division (WQCD) helps protect and restore water quality for public health and the environment. Between 2011 and 2012, the WQCD developed a number of reports aimed at assessing water quality that included the Gunnison River basin. The information that follows draws largely from one of those reports, the 2011 Statewide Water Quality Management Plan. Appendix 1 includes several other references that focus on water quality and watershed issues.

The WQCC has classified uses (i.e., Agriculture, Water Supply, Recreation, and Aquatic Life) and special water body designations (i.e., Outstanding Waters [OW] or Use Protected [UP]) for the Gunnison River basin in *Regulation No. 35: Classifications and Numeric Standards for the Gunnison and Lower Dolores River Basins*. The WQCC has also classified water quality impairments related to specific parameters in *Regulation No. 93: Colorado's Section 303(d) List of Impaired Waters and Monitoring and Evaluation List.* Table 17 summarizes stream water quality designations and impairments in the Gunnison River basin by sub-basin.

### Table 17. Water Quality Designations and Impairments

|  | Upper Gunnison Sub-Basin[1] | | Lower Gunnison Sub-Basin[1] | |
|---|---|---|---|---|
|  | # Stream Segments | # Stream Miles | # Stream Segments | # Stream Miles |
| Outstanding Waters | 3 | 400.50 | 3 | 209.24 |
| Use Protected | 1 | 1.71 | 15 | 2,073.15 |
| Impaired[2] | 8 | 66.70 | 14 | 1,922.39 |

[1] For water quality planning purposes, CDPHE subdivides the Gunnison River basin into the Upper Gunnison Sub-Basin (headwaters to Blue Mesa Reservoir inlet) and Lower Gunnison Sub-Basin (Blue Mesa Reservoir inlet to the confluence with the Colorado River).

[2] Upper Gunnison Sub-Basin impairments include zinc, cadmium, copper, lead, pH, and manganese primarily from mining and other upstream sources. Lower Gunnison Sub-Basin impairments include selenium primarily from Mancos Shale soil sources.

BLM_0160620

Gunnison Basin Implementation Plan                                      Section 4: Basin Projects
DRAFT 4/17/15

In addition, the Lower Gunnison sub-basin has three lake segments (369.90 acres) impaired by dissolved oxygen, mercury, and selenium. There are no impaired lakes in the Upper Gunnison River Sub-Basin. Development of the Total Maximum Daily Loads (TMDL) for stream and lake impairments is currently considered by CDPHE as a high priority. A TMDL is the maximum amount of a pollutant that a water body can receive and still maintain water quality standards.

The Upper and Lower Gunnison River sub-basins also have six stream segments and 16 water bodies listed for further Monitoring and Evaluation (M&E) for dissolved oxygen, copper, cadmium, zinc, iron, selenium, sediment, E. coli, and lead. Exhibit 7-61 included in the CDPHE WQCD Statewide Water Quality Management Plan provides a listing of completed, approved, and possible future TMDL strategies for the Basin. Exhibits 7-66 and 7-67 in the same report provide a listing of point source projects and scheduled improvements to help water quality issues in the Basin.  See the 2011 Statewide Water Quality Management Plan referenced and linked in Appendix 2 for more information.

The State has generated a GIS map portraying stream and lake segments with Outstanding Water (OW) use classifications, 303(d) impairments, and TMDL and Monitoring and Evaluation (M&E) designations. Figure 14 demonstrates the relevant water quality data in the Gunnison Basin.



**Figure 14. Water Quality Data in the Gunnison Basin**

91

Gunnison Basin Implementation Plan                                     Section 4: Basin Projects
DRAFT 4/17/15

The Colorado River Salinity Control Program is an on-going effort to decrease salinity levels from the upper Colorado River basin main stem and its tributaries. BOR and the Natural Resources Conservation Service have recommended a variety of salinity control measures in the lower Gunnison Basin; including the Uncompahgre River Valley, that could affect future irrigation methods and basin operations.

### *Forest Health*

In addition to water quality issues described above, watershed health also includes consideration for forest issues. A wealth of information is available from the Colorado State University (CSU), Colorado State Forest Service (CSFS), the U.S. Department of Agriculture (USDA), and U.S. Forest Service (USFS). Appendix 2 provides internet links to many CSFS and USFS documents and sources of information related to forest health, forest management, forest insects, diseases, and disorders, as well as wildfire mitigation and education.

To date, the Gunnison Basin has been almost entirely spared of infestation by the Mountain Pine Beetle that has devastated some other basins in the state.  However, the Spruce Beetle and its related impacts have been creeping into Gunnison Basin, particularly in the San Juan Mountains, and to a lesser degree in the Elk Mountains and Grand Mesa area.  According to the USFS 2014 Forest Health Annual Aerial Survey Report, the Spruce Beetle infestation is a growing problem, with 485,000 acres affected in 2014, up from the 400,000 acres detailed in the 2013 Report on the Health of Colorado's Forests by the CSFS. As such, it the largest insect problem in the state for the third consecutive year.  In contrast, the Mountain Pine Beetle infestation continues to decline, reaching its lowest level since 1996.

A number of efforts on underway to address forest health in the Gunnison Basin.  The most comprehensive effort involves Community Wildfire Protection Plans (CWPPs).  CWPPs originated in the 2003 with the Healthy Forest Restoration Act (Senate Bill 09-001).  This legislation placed an increased emphasis on community planning by requiring counties to identify wildfire hazards in unincorporated areas.  To date, about 45 county-wide plans have been created (along with numerous community plans), all of which are on the CSFS website.  In the Gunnison Basin all counties and many communities have CWPPs in place at varying stages of implementation.

Since forest health issues and related water supply problems are currently less critical in the Gunnison Basin than in many other areas of the state, the GBRT did not participate in the Watershed Health Basin Plan Working Group during the current Basin Implementation Plan (BIP) process.  Participants included members from the Arkansas, Metro, South Platte, and Rio Grande roundtables.  Helpful information and materials generated during this process will serve as a useful reference material for future watershed health efforts in the Gunnison Basin.

The project list detailed in Section 4.5 and 4.7 includes 30 multipurpose projects that will help to address watershed health, including the following projects designed to specifically examine needs in more detail:

- Environmental/Recreational Project Identification and Inventory - North Fork Region (The Conservation Center)

BLM_0160622

Gunnison Basin Implementation Plan                                         Section 4: Basin Projects
DRAFT 4/17/15

- Environmental/Recreational Project Identification and Inventory - Lake Fork Region (Lake Fork Valley Conservancy)
- Environmental/Recreational Project Identification and Inventory - Upper Uncompahgre Region (Trout Unlimited)
- Environmental/Recreational Project Identification and Inventory - Upper Gunnison Region (High Country Conservation Advocates)

## 4.4 Conservation Projects and Methods

As detailed in the GBIP Basin Goal #4 and Statewide Principle #3 and #5, the GBRT supports water conservation, demand management, and land use planning that incorporates water supply factors as essential and cost effective tools for meeting water supply needs in the Gunnison Basin and statewide.

In addition, the GBRT believes that the best way to promote statewide water conservation is through incentive-based measures as opposed to regulatory methods. To maximize water savings and avoid an unnecessary burden on smaller rural water providers, the GBRT recommends focusing demand management efforts on covered entities.[6] The Gunnison Basin currently has only one covered entity (Tri-County Water Conservancy District), but includes small portions of the service areas for two other covered entities (Ute Water and the City of Grand Junction).

Municipal water conservation is currently addressed in the following ways by the following major entities in the basin:

- Tri-County Water Conservancy District - Actively implementing their own 2010 Water Conservation Plan
- Project 7 Water Authority - Participates in Tri-County Water Conservancy District's Water Conservation Plan and voluntary water conservation efforts through member agencies
- Town of Crested Butte - conservation efforts are generally driven by town ordinances including specific timing for lawn irrigation and tiered water rates
- Mt. Crested Butte Water and Sanitation District - developing a Water Conservation Program, and has received a grant from the CWCB
- City of Ouray – project for new conservation plan included on GBIP project list
- Town of Ridgway - Planning to prepare a water conservation plan in the next couple of years
- Ute Water Conservancy District and City of Grand Junction - Actively implementing the 2012 Grand Valley Regional Water Conservation Plan (also including Clifton Water District.

---

[6] "Covered entity" means each municipality, agency, utility, including any privately owned utility, or other publicly owned entity with a legal obligation to supply, distribute, or otherwise provide water at retail to domestic, commercial, industrial, or public facility customers, and that has a total demand for such customers of two thousand acre-feet or more. §37-60-126(1)(b) Colorado Revised Statutes (2012).

BLM_0160623

The project list detailed in Section 4.5 and 4.7 includes the following new conservation projects:

- Water Conservation Planning Process for the Upper Gunnison Basin (Upper Gunnison River Water Conservancy District)
- City of Ouray Water Efficiency and Conservation Plan (City of Ouray)

Though agricultural water conservation faces more complex legal and administrative issues in Colorado, the project list also includes two projects that are beginning to explore opportunities provided by fallowing, deficit irrigation, and other strategies:

- Water Bank Project (Colorado River Water Conservation District, Southwestern Water Conservation District, The Nature Conservancy, and the State of Colorado)
- NoChicoBrush Project (Trout Unlimited and Colorado River Water Conservation District)

To help with the implementation of municipal water conservation, the GBRT encourages water providers to use available reference materials such as:

- Municipal Water Efficiency Plan Guidance Document, CWCB 2012
- Sample Municipal Water Efficiency Plan, CWCB 2012
- Guidebook of Best Practices for Municipal Water Conservation in Colorado, CWCB 2010
- SWSI 2010 Municipal and Industrial Water Conservation Strategies, Appendix L, CWCB 2010

## 4.5 Project List

### *Proposed Projects*
The proposed projects listed in Table 18 and located on Figure 15 are the heart of the GBIP.  These various projects will serve to strategically meet important and diverse water needs identified in the Gunnison Basin.  The list includes projects of all use types: agricultural, municipal and industrial, environmental and recreational, and multi-purpose.  Though projects are categorized within the 3 tiers in an attempt to strategically focus implementation efforts, relative rank within each tier does not indicate a higher priority.  Developed in close coordination with the GBIP Subcommittee and Gunnison Basin Roundtable, the information contained in this section is considered a current snapshot of potential basin solutions that is expected to be continually refined by project sponsors after publication of this GBIP. Future refinements of the GBIP may update project information and refine strategic implementation plans.

Listed projects may or may not have a committed sponsor, preliminary planning, design, conditional or absolute water rights, rights of way, and/or negotiations captured in writing with local governments or other water users.  Projects that can be implemented by 2025 and excel at meeting identified Basin Goals are highlighted.

Projects in Tier 1 are highlighted with detailed project summary sheets in Section 4.7 while Tier 2 and 3 projects are outlined in Table 18.  In addition, a handful of projects were identified through the BRT

BLM_0160624

Gunnison Basin Implementation Plan                                    Section 4: Basin Projects
DRAFT 4/17/15

process as candidates for modeling analysis. These projects, denoted with an asterisk in Table 18, include:

- Fire Mountain Canal Delivery Efficiency Project
- Meridian Lake Reservoir and Washington Gulch Storage Project
- Cunningham Lake Reservoir and Rehabilitation
- Upper Long Branch Reservoir
- Brush/Farris Creek Reservoir

Additionally, streamflow on the Gunnison River below Redlands Canal was analyzed. All modeling results are presented in Appendix 12 – Appendix 17.  Note, modeling of two additional projects—including the West Fork Reservoir— was completed; however the results are currently under review and, therefore, are not included in this plan.

As part of the BRT and technical outreach process, numerous stakeholders indicated projects are necessary to meet their needs, however further work is needed to identify more detailed information on potential projects. To help address this need, Table 18 includes a number of inventory projects that will be sponsored by regional entities. These projects will systematically examine and prioritize projects to strategically meet water needs throughout the Basin.

BLM_0160625

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

Table 18. Proposed Basin Projects

# Gunnison Basin Implementation Plan - Proposed Project List (4/17/15)

Note:  Relative rank within each tier does not indicate a higher priority.  Legend provided below table

| Ref # | Tier | Project | Project Sponsor | Water District | Use Type | Project Type | Basin Goals | Point of Contact: Name | Purpose | Water Gained or Saved (AF) | Estimated Completion Date | Estimated Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Gunnison Basin Roundtable 2015 Education Action Plan Activities | Gunnison Basin Roundtable | All | AG, M&I, NC | NS | 1, 2, 7, 9 | George Sibley | Creation and implementation of the 2015 GBRT Education Action Plan (EAP) to include such items as: active education or stewardship programs for high school students, a Basin Water Leaders program at universities in the Basin for college students to develop and deliver education programs for public K-12 schools, printed materials about "comfortable and intelligent desert living",  sub-basin-specific half-day programs and printed materials for decision makers, etc. | NA | Ongoing | TBD |
| 2 | 1 | Regional Conservation Partnership Program (RCPP) | CRWCD, TU, TNC, UVWUA, NFWCD, CWCD, BPWCD | 40, 41 | AG, NC | S, NS | 1, 2, 3, 5, 6, 7, 8 | Cary Denison | Modernize and improve off and on farm water transmission and application infrastructure in Lower Gunnison to accurately meet agricultural water demands while improving flow and water quality. | TBD | Ongoing | 50,000,000 |
| 3 | 1 | Inventory of Irrigation Infrastructure Improvement Needs - District 28 | Upper Gunnison River Water Conservancy District | 28 | AG, NC | NS | 1, 3, 5, 7, 8 | Frank Kugel | Systematically examine and prioritize projects to restore, maintain, or modernize significant agricultural water supply infrastructure.  Inventory will target proposed projects to maximize impact on meeting agricultural shortages, preserving existing uses, and in some cases meeting other purposes such as stream connectivity and flow. | NA | 2018 | 100,000 |
| 4 | 1 | Cole Reservoirs #4 and #5 | Bill Martin | 40 | AG | S | 1, 3, 8 | Bill Martin | This project involves the repair or replacement of the main headgate diversion from Surface Creek and cleaning of the associated inlet ditch.  It would preserve and restore the use of an important pre-Compact water right. | 146 | 2015 | 50,000 |
| 5 | 1 | Crawford Reservoir System Optimization Study and Prioritized Conveyance Improvements | Crawford Water Conservancy District | 40 | AG | S | 1, 3, 8 | Gary Kraai | Improve conveyance, automation, and measurement infrastructure as related to irrigation delivery systems. | NA | 2025 | TBD |
| 6 | 1 | Doughty #1 - Chipmunk Reservoir | Perry Hotz | 40 | AG | S | 1, 2, 3, 8 | Perry Hotz | Reconstruction of breached reservoir. | 68 | 2018 | 125,000 - 205,000 |
| 7* | 1 | Fire Mountain Canal Delivery Efficiency Project | Fire Mountain Canal and Reservoir Company | 40 | AG, NC | S | 1, 3, 5, 6, 7, 8 | Tom Alvey | Improve efficiency of canal system along with diversion structure.  This will improve flows on the North Fork as well as remove a fish barrier and reduce fish entrainment in the canal. | 1,000 - 2,000 per yr. | 2025 | 7,746,100 |
| 8 | 1 | Marcott Reservoir | Grand Mesa Water Conservancy District | 40 | AG | S | 1, 2, 3, 8 | Milan Armstrong | Leaks in the reservoir need to be repaired - thus allowing the reservoir to hold its decree. The outlet pipe also needs extensive repair. | 330 | 2015 | 135,000 - 175,000 |

BLM_0160626

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

| Ref # | Tier | Project | Project Sponsor | Water District | Use Type | Project Type | Basin Goals | Point of Contact: Name | Purpose | Water Gained or Saved (AF) | Estimated Completion Date | Estimated Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 1 | North Delta Canal | North Delta Irrigation Company (NDIC) | 40 | AG, NC | S | 1, 2, 3, 5, 7, 8 | Cary Denison | Per recent engineering report pursue alternative conveyance option, such as pumping water from Gunnison River near North Delta to serve water users at end of system while improving portions of the delivery system using Basin States Salinity funding. | 50 cfs | 2025 | 2,000,000 |
| 10 | 1 | Orchard Ranch Ditch | Orchard Ranch Ditch Company | 40 | AG | S | 1, 2, 3, 6, 8 | Robert Morris | Pipe approximately 2 miles of the ditch to improve conveyance efficiency and reduce salinity and selenium in the Tongue Creek System. | 500 per year | 2017 | 1,400,000 |
| 11 | 1 | Overland Reservoir Enlargement (Part 2) | Overland Ditch and Reservoir Company | 40 | AG, NC | S | 1, 3, 7, 8 | Phillip Ceriani | Currently the reservoir stores 1,007 AF of an absolute water decree. The project involves increasing the reservoir's storage to 7,171 AF in order to use a 1902 conditional decree for 971 AF.  This could include modifications to the reservoir along with dam height increase that allow the reservoir to spill or deliver excess water to Cow Creek.  Coupling the project with ditch improvements would improve efficiencies and the supply of water to agricultural users while saving storage in the reservoir. | 1,009 | 2025 | 2,000,000 |
| 12 | 1 | Paonia Reservoir Sediment Removal and Outlet Modification Project (Part 2) | North Fork Water Conservancy District (NFWCD) and Fire Mountain Canal and Reservoir Company (FMCC) | 40 | AG, NC | S | 1, 3, 6, 7, 8 | Tom Alvey | Paonia Reservoir was designed to store 21,000 AF of water, which is used for irrigation, flat-water recreation, fishing, augmentation, and improved late season flows to the North Fork of the Gunnison. Over the last fifty years, the reservoir has lost 24% of its total capacity due to sedimentation build up. The goal of this project is to investigate long-term sediment management options, with the intent of minimizing future losses and possibly restoring current capacity losses. Without improvement to the outlet works the FMCC and NFWCD stand the risk of losing control of the reservoir which could result in considerable water quality impact for the river and downstream users. | 1,000 - 3,000 | 2025 | 8,000,000 |
| 13 | 1 | Young's Creek Reservoirs (#1 & #2) Rehabilitation | Young's Creek Reservoir Company | 40 | AG | S | 1, 3, 8 | Bob Morris | Reservoir rehabilitation necessary due to existing DWR fill restrictions. Also, sinkholes present in left dam abutment. | 785 | 2016 | 120,000 |
| 14 | 1 | Granby Reservoirs (#5 and #11) Rehabilitation | Grand Mesa Water Conservancy District | 40 | AG, M&I | S | 1, 3, 8 | Austin Keiser | This project will line the outlet pipe of the reservoir and repair a leak in the headgate structure. | 688 | 2016 | 100,000 - 150,000 |
| 15 | 1 | Inventory of Irrigation Infrastructure Improvement Needs - District 40, Grand Mesa (Surface Creek) | Grand Mesa Water Conservancy District | 40 | AG, NC | NS | 1, 3, 5, 7, 8 | Austin Keiser | Systematically examine and prioritize projects to restore, maintain, or modernize significant agricultural water supply infrastructure.  Inventory will target proposed projects to maximize impact on meeting agricultural shortages, preserving existing uses, and in some cases meeting other purposes such as stream connectivity and flow. | NA | 2018 | 75,000 |

BLM_0160627

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

| Ref # | Tier | Project | Project Sponsor | Water District | Use Type | Project Type | Basin Goals | Point of Contact: Name | Purpose | Water Gained or Saved (AF) | Estimated Completion Date | Estimated Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 1 | Inventory of Irrigation Infrastructure Improvement Needs - District 40, Upper North Fork | North Fork Water Conservancy District | 40 | AG, NC | NS | 1, 3, 5, 7, 8 | Tom Alvey | Systematically examine and prioritize projects to restore, maintain, or modernize significant agricultural water supply infrastructure.  Inventory will target proposed projects to maximize impact on meeting agricultural shortages, preserving existing uses, and in some cases meeting other purposes such as stream connectivity and flow. | NA | 2018 | 75,000 |
| 17 | 1 | Rehabilitation/Enlargement-28 Reservoirs LCWUA (Part 2) | Leroux Creek Water Users Association | 40 | AG, NC | S | 1, 3, 8 | Tom Alvey | Already have priority list of most needed repairs.  Some dam repairs begun (Hanson and Miller/Holt reservoirs).  Need funding for next series of repairs.  Plan is to ultimately rehab all reservoirs in system to allow for another 100 yrs. | 5,000 | 2025 | 3,000,000 - 5,000,000 |
| 18 | 1 | Somerset Diversion Improvement | Delta Conservation District/Somerset Domestic Waterworks District | 40 | NC, M&I | S | 1, 3, 4, 5 | Mike Drake | The purpose of this project is to improve the efficiency of the diversion, reduce the intake of sediment, improve fish and boater passage/safety, and improve the river/riparian habitat.  The second purpose is to develop additional public access to the North Fork of the Gunnison River between the Paonia Reservoir and Paonia. | TBD | 2018 | 1,500,000 |
| 19 | 1 | Environmental/Recreational Project Identification and Inventory - North Fork Region | The Conservation Center | 40 | AG, NC | NS | 1, 5, 6, 7 | Sarah Sauter | Investigate the feasibility of implementing specific projects targeted towards nonconsumptive focus segments. | NA | 2018 | 75,000 |
| 20 | 1 | Prioritized Conveyance Improvements and System Optimization Planning Study | Bostwick Park Water Conservancy District | 41 | AG | NS | 1, 2, 3, 8 | Allen Distel Dave Kanzer | The project incorporates improvements to conveyance, automation, and measurement infrastructure as related to delivery systems. | TBD | Ongoing | TBD |
| 21 | 1 | West Reservoir #1 Outlet Pipe Replacement | West Reservoir and Ditch Company | 40 | AG | S | 1, 3, 8 | Nick Hughes | West Reservoir is currently under a no fill restriction from the State engineers office because of concerns about a deteriorating outlet pipe. The owners propose to replace the existing pipe and restore the reservoir to use, thus helping preserve a pre-1922 water right. | TBD | 2025 | 426,317 |
| 22 | 1 | Cedar Mesa Ditch | Cedar Mesa Ditch Company | 40 | AG | S | 1, 2, 3, 5, 6, 8 | Jerry Figueroa | Pipe the last 5 miles of the 12 mile ditch to reduce 35% shrink and reduce salt and selenium. Also to pressurize the ditch to allow for more efficient irrigation methods. | TBD | 2025 | TBD |
| 23 | 1 | UVWUA System Optimization Projects (Canal Lining and Automation, and Reregulation Reservoirs) | Uncompahgre Valley Water Users Association and Others | 41 | AG, NC | S | 1, 3, 6, 7, 8 | Steve Fletcher | This project includes repairing and lining prioritized Uncompahgre Project canals as well as the re-regulation of 2 reservoirs. The goal is to improve efficiency, help reduce agricultural shortages, and improve water quality and related impacts on fisheries. | 10,000 | 2025 | 125,000,000 |

BLM_0160628

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

| Ref # | Tier | Project | Project Sponsor | Water District | Use Type | Project Type | Basin Goals | Point of Contact: Name | Purpose | Water Gained or Saved (AF) | Estimated Completion Date | Estimated Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 1 | Project 7 - 10 kAF Raw Storage (Part 2) | Project 7 WA | 41 | M&I | S | 1, 4 | Adam Turner | Enlargement of existing Fairview Reservoir for net gain of 500 AF. Project includes upgrading outlet structure (or siphon) of existing Cerro Reservoir for useful gain of 800 AF and siting 2 new reservoirs above South Canal to provide hardened supply for one-year out. | 10,000 | 2025 | 43,000,000 |
| 25 | 1 | Redlands Pump Modernization and Hydropower Optimization Project | Redlands Water and Power Company | 42 | AG, NC | S | 1, 3, 5, 7, 8 | Chuck Mitisek | This project involves the replacement of relocation of the main pumps into the tail race area of the current hydro plant to increase power generation capacity and efficiency, while also reducing pumping costs and providing more accurate and reduced diversions. | TBD | 2018 | 1,000,000 |
| 26 | 1 | Hallenbeck Reservoir #1 (Purdy Mesa Reservoir) | City of Grand Junction | 42 | AG, M&I | S | 1, 3, 4, 8 | Rick Brinkman | Dam repair to preserve important existing storage for municipal use and continued irrigation. | 659 | 2016 | |
| 27 | 1 | Dillsworth Ditch | Spann Ranches | 59 | AG | S | 1, 2, 3, 8 | Spann Ranches | Repair the headgate's spill structure, thus restoring use of the ditch. | TBD | 2016 | 15,952 |
| 28* | 1 | Meridian Lake Reservoir and Washington Gulch Storage Project | Mt CB Water & San Dist., UGRWCD | 59 | AG | S | 1, 2, 3 | Frank Glick | This project involves enlarging the Meridian Lake Reservoir, often called Long Lake, to a capacity of 1,381 AF. In addition to the enlargement, a 2.3 mile feeder canal from Washington Gulch to the reservoir would be constructed. The water gained from the enlargement will be used to meet downstream irrigation shortages. | 890 | 2017 | 7,303,000 |
| 29 | 1 | Water Conservation Planning Process for the Upper Gunnison Basin | Upper Gunnison River Water Conservancy District | 59 | M&I | NS | 1, 4 | Frank Kugel | Enable communities of the Upper Gunnison Basin to reduce municipal and industrial water consumption by 20 percent by 2030 | NA | 2016 | 50,000 |
| 30* | 1 | Cunningham Lake Reservoir Rehabilitation | Upper Gunnison River Water Conservancy District and Colorado Parks and Wildlife | 59 | AG, NC | S | 1, 2 ,3, 7 | Frank Kugel David Graf | Rehabilitation of existing dam, which will improve delivery systems into and out of reservoir, reduce irrigation shortages and improve Sage Grouse habitat. | 80 | 2025 | 2,000,000 |
| 31 | 1 | Gunnison Ohio Creek Canal Enlargement | Upper Gunnison River Water Conservancy District and Trampe Ranches | 59 | AG, NC | S | 1, 3, 8 | UGRWCD | Increase the capacity of the irrigation canal to allow for direct irrigation contemplated under the decree in direct years and/or possibly deliver to lower Ohio Creek—allowing continuous diversion by upstream irrigators. | TBD | 2025 | TBD |
| 32 | 1 | Elk Home Ditch Improvement, Steuben Creek Flow Restoration | Trout Unlimited | 59 | AG, NC | S, NS | 1, 2, 3, 5, 6, 7, 8 | Jesse Kruthaupt | Pipe the Elk Home Ditch to improve efficiencies, maximize deliveries, minimize maintenance, and enable the Elk Home 2 Ditch water rights to help baseflows (and a population of Colorado Cutthroat Trout) in Steuben Creek by not being diverted. | 168 | 2015 | 500,000 |
| 33 | 1 | Rainbow Lake Potential Enlargement Project | Upper Gunnison River Water Conservancy District | 59 | AG, NC | S | 1, 2, 3, 8 | Frank Kugel | Raise dam to capture an additional 100 AF (200 AF total storage).  Enlargement to enable partial development and use of conditional WR. | 100 | 2025 | TBD |

BLM_0160629

| Ref # | Tier | Project | Project Sponsor | Water District | Use Type | Project Type | Basin Goals | Point of Contact: Name | Purpose | Water Gained or Saved (AF) | Estimated Completion Date | Estimated Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 1 | Inventory of Irrigation Infrastructure Improvement Needs - District 59 | Upper Gunnison River Water Conservancy District | 59 | AG, NC | NS | 1, 3, 5, 7, 8 | Frank Kugel | Systematically examine and prioritize projects to restore, maintain, or modernize significant agricultural water supply infrastructure. Inventory will target proposed projects to maximize impact on meeting agricultural shortages, preserving existing uses, and in some cases meeting other purposes such as stream connectivity and flow. | NA | 2018 | 100,000 |
| 35 | 1 | Inventory of Irrigation Infrastructure Improvement Needs - District 62 | Upper Gunnison River Water Conservancy District and Colorado River Water Conservation District | 62 | AG, NC | NS | 1, 3, 5, 7, 8 | Frank Kugel | Systematically examine and prioritize projects to restore, maintain, or modernize significant agricultural water supply infrastructure. Inventory will target proposed projects to maximize impact on meeting agricultural shortages, preserving existing uses, and in some cases meeting other purposes such as stream connectivity and flow. | NA | 2018 | 40,000 |
| 36 | 1 | Environmental/Recreational Project Identification and Inventory - Lake Fork Region | Lake Fork Valley Conservancy | 62 | NC | NS | 1, 5, 6, 7 | Camille Richard | Investigate feasibility of specific project implementation in nonconsumptive focus segments. | NA | 2018 | 40,000 |
| 37 | 1 | City of Ouray Water Efficiency and Conservation Plan | City of Ouray | 68 | M&I | S | 1, 4, 8 | Peter Foster David Masters | The Water Efficiency and Conservation Plan outlines a plan for updating aging infrastructure and identifies areas in which conservation is both feasible and economical – critical to the development of the City of Ouray. | TBD | 2025 | 2660000 (avg. 266,142 per yr.) |
| 38 | 1 | Ouray County Upper Uncompahgre Basin-Wide Augmentation Plan | Ouray County | 68 | M&I | NS | 1, 2, 4 | Peter Foster | Creation of a regional augmentation plan to serve a variety of water uses in the Upper Uncompahgre Basin without adverse impacts to existing uses. | TBD | 2025 | TBD |
| 39 | 1 | Inventory of Irrigation Infrastructure Improvement Needs - District 68 | Colorado River Water Conservancy District and Ouray County Water Users Association | 68 | AG, NC | NS | 1, 3, 5, 7, 8 | Dave Kanzer | Systematically examine and prioritize projects to restore, maintain, or modernize significant agricultural water supply infrastructure. Inventory will target proposed projects to maximize impact on meeting agricultural shortages, preserving existing uses, and in some cases meeting other purposes such as stream connectivity and flow. Recommended projects may include: diversion structures, measuring devices, ditch lining/piping, ditch realignment, conveyance loss studies, reservoir restoration, and reservoir enlargements. Cost estimates and funding opportunities will be identified. | NA | 2018 | 75,000 |
| 40 | 1 | Environmental/Recreational Project Identification and Inventory - Upper Uncompahgre Region | Trout Unlimited | 68 | NC | NS | 1, 5, 6, 7 | Cary Denison | Investigate the feasibility of implementing specific projects targeted towards nonconsumptive focus segments. | NA | 2018 | 75,000 |

BLM_0160630

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

| Ref # | Tier | Project | Project Sponsor | Water District | Use Type | Project Type | Basin Goals | Point of Contact: Name | Purpose | Water Gained or Saved (AF) | Estimated Completion Date | Estimated Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 1 | Environmental/Recreational Project Identification and Inventory - Upper Gunnison Region | High Country Conservation Advocates | 28, 59 | NC | NS | 1, 5, 6, 7 | Julie Nania | Investigate the feasibility of implementing specific projects targeted towards nonconsumptive focus segments. | NA | 2018 | 100,000 |
| 42 | 1 | NoChicoBrush | Trout Unlimited and CRWCD | 40, 41 | AG, M&I, NC | S | 1, 2, 3, 6, 7, 8 | Steve Shrock Dave Kanzer Cary Denison | The project incorporates system improvements, including solutions such as canal lining, piping, on farm/system storage, and system optimizations as well as more multi-part improvements such as increased hydroelectric production, and on- farm efficiency projects.  The project will help to address agricultural shortages as well as improve water quality in the Uncompahgre and Gunnison Rivers. | 90,000 | 2025 | 211,000,000 |
| 43 | 1 | Gunnison Basin Selenium Management Plan and Gunnison Basin Selenium Task Force | USBR and River District | 40, 41 | NC | NS | 1, 3, 6, 8 | Steve Fletcher, Dave Kanzer, Sonja Baca | The goal of the Selenium Management Plan and Task Force is to reduce selenium concentrations in the Lower Gunnison River Basin, thus improving water quality and helping in the recovery of federally listed endangered fish. | NA | Ongoing | TBD |
| 44 | 1 | Colorado River Storage Project - MOA Projects | USBR & River District | 40, 41, 62 | AG, NC | S | 1, 3, 6, 8 | Dave Kanzer, Ted Dunn | The Upper Colorado River Basin Fund MOA projects encompass a range of projects throughout Colorado. The projects pertinent to the Gunnison Basin that are not already included in the Gunnison Basin Implementation Plan Project List as individual projects are the Bostwick Park Project, Paonia Project and Smith Fork Project. | Project dependent | 2025 | 12,347,000 |
| 45 | 1 | Development of Upper Uncompahgre Water Supplies | City of Ouray and Partners in the Upper Uncompahgre River Basin | 40, 68 | AG, M&I | S, NS | 1, 3, 4, 8 | Marti Whitmore | This project serves to address municipal shortages and maintain water infrastructure, including hydropower.  It also permits the City to assist in agricultural and other shortages in the Upper Uncompahgre Basin with its partners. | 200 - 300 | 2025 | 1,750,000 (avg. 350,000 per yr.) |
| 46 | 1 | Improvements to Red Mountain Ditch | City of Ouray and other parties | 40, 68 | AG, M&I | S | 1, 3, 4, 8 | Peter Foster | This project includes piping, shaping and lining of the ditch to improve stability and carrying capacity, and the installation of waste gates to protect the ditch from overtopping and installation of improved measuring devices. | 50 - 225 | 2025 | 1000000 (avg. 200,000 per yr.) |
| 47 | 1 | Water Bank Project | SWWCD, CRD, TNC, State of Colorado | All | AG, NC | S | 1, 2, 3, 8 | Dan Birch Taylor Hawes | Increase certainty across all sectors and reduce the potential for crises by working to delay, minimize, or prevent a compact shortage, and in the event of a shortage, operate to allow certain post-compact uses to continue.  The Water Bank uses a market-based approach to accomplish this by compensating willing water rights owners to fallow or deficit irrigate their fields and then use this water towards Colorado's obligations under the Colorado River Compact. | TBD | 2025 | TBD |

101

BLM_0160631

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

| Ref # | Tier | Project | Project Sponsor | Water District | Use Type | Project Type | Basin Goals | Point of Contact: Name | Purpose | Water Gained or Saved (AF) | Estimated Completion Date | Estimated Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 1 | Regional Groundwater Monitoring Project | UGRWCD and others | All | AG, NC, M&I | S, NS | 1, 2, 3, 6, 7 | Frank Kugel | Provide irrigators with subsurface water level information to assist with irrigation application planning and scheduling. Give Colorado Basin River Forecast Center more detail on soil moisture in an effort to improve runoff forecast accuracy. Maintain a baseline for groundwater quality in the event of future impairments due to hazardous waste spills, residential development, mining activity, and other potential impacts to water quality. | NA | 2025 | TBD |
| 49 | 1 | Weather Modification Program Enhancements | UGRWCD, Gunnison County, Water Enhancement Authority, and others | All | AG, NC, M&I | S | 1, 3, 4, 5 | Frank Kugel | Enhance weather modification programs throughout Colorado with state of the art equipment and technology. Build on recent research demonstrating how to maximize the effectiveness and efficiency of weather modification. Increase snowpack and resulting water supply within the basin. | NA | 2020 | TBD |
| 50 | 2 | Duke Stomp | | 40 | AG | S | 8 | Tom Alvey | | | | |
| 51 | 2 | Electric Mountain Reservoir | North Fork Water Conservancy District | 40 | AG | S | 8 | Tom Alvey | | 1,000 | | |
| 52 | 2 | Horse Ranch Reservoir | Fire Mountain Canal and Reservoir Company | 40 | AG | S | 8 | Dion & Dixie Luke | Conditional storage right for 12,000 acre ft., adjudication 3/31/06, appropriation date of 3/3/04. Site is on Gunnison National Forest land and would flood part of Kebler Pass Road. | 12,000 | | |
| 53 | 2 | Poison Gulch Reservoir | Grand Mesa Water Conservancy District | 40 | AG | S | 2 | Austin Keiser | New reservoir construction. | | 2023 | 12,000,000 |
| 54 | 2 | Smith Pasture | | 40 | AG | S | 8 | Tom Alvey | | | | |
| 55 | 2 | Snowshoe | West Elk Mine | 40 | AG | S | 8 | Kathy Welt | Project includes enlarging and lining a feeder ditch, and possibly enlarging the reservoir itself. | | | |
| 56 | 2 | Cactus Park Reservoir | Grand Mesa Water Conservancy District | 40 | AG, NC | S | 2, 3, 7 | Austin Keiser | Lower elevation reservoir intended to capture early runoff and store extra flow during off peak use. It will be used in concert with the West Fork Reservoir. | | 2027 | 15,000,000 |
| 57 | 2 | East Beckwith Enlargement - Lost Lake Reservoir | Fire Mountain Canal and Reservoir Company, North Fork Water Conservancy District | 40 | AG, NC | S | 8, 5 | Tom Alvey | | | | |
| 58 | 2 | Scotts Pasture Reservoir | Grand Mesa Water Conservancy District | 40 | AG, NC | S | 2 | Austin Keiser | New reservoir construction. | | 2025 | 12,000,000 |

BLM_0160632

| Ref # | Tier | Project | Project Sponsor | Water District | Use Type | Project Type | Basin Goals | Point of Contact: Name | Purpose | Water Gained or Saved (AF) | Estimated Completion Date | Estimated Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 2 | West Fork Reservoir | Grand Mesa Water Conservancy District | 40 | AG, NC | S | 2, 3, 7 | Austin Keiser | A new lower elevation reservoir intended to capture early runoff and store extra flow during peak use. | 20,000 | 2025 | 56,000,000 |
| 60 | 2 | Hayes Teague Ditch | Trout Unlimited, Colorado Parks and Wildlife | 68 | AG, NC | S | 1, 2, 3, 5, 6, 7, 8 | Cary Denison | Piping and pressurizing irrigation ditch to improve access to water while reducing impacts on Cow Creek. | | | |
| 61 | 2 | Uncompahgre Watershed Planning Partnership - Planned Process to Develop Remediation Plans | Uncompahgre Watershed Partnership, Trout Unlimited | 41 | NC | NS | 5 | Cary Denison | Improve water quality in Uncompahgre watershed through mine reclamation and watershed restoration projects. Implement public water education. | | | |
| 62* | 2 | Brush Creek Reservoir | Trampe Ranches and Spann Ranches | 59 | AG, NC | S | 1,3,8 | Bill Trampe | Development of two on-channel reservoirs (Farris Creek Reservoirs 1 and 2) on Farris Creek. These reservoirs would provide late season supply to irrigation diversions both upstream and downstream on East River. | 3,000 | | |
| 63 | 2 | Ridgway Ditch Pipeline | Town of Ridgway | 68 | M&I, Ag | S | 1, 3, 4, 6, 8 | Joanne Fagan | This project will protect and improve raw water quality, reduce seepage and evaporation losses, and more efficiently transport the Town's water from the diversion on Beaver Creek to Lake Otonowanda. | 100 | | 2,000,000 |
| 64 | 2 | Fruitland Irrigation Ditch - Upper and Lower Tunnels | Fruitland Irrigation Company | 40 | AG | S | 2, 7 | Danny Todd | Project will repair upper and lower tunnels (total length is 1/2 mile) | | | |
| 65 | 3 | Enlargement of McDonough Reservoir #1 | Upper Gunnison River Water Conservancy District | 28 | AG | S | 1, 2, 3, 8 | Frank Kugel | | 1808 | | |
| 66 | 3 | Alfalfa Ditch | Alfalfa Ditch Company | 40 | AG | S | 1, 2, 3, 8 | Russ Reger | The project will improve conveyance by approximately 3 miles of the ditch. | | 2016 | 6,000,000 |
| 67 | 3 | Beaver Reservoir | Surface Ditch and Reservoir Company | 40 | AG | S | 1, 2, 3, 8 | Keith Waibel | Reconstruct the reservoir. | | 2018 | 200,000 |
| 68 | 3 | Big Ditch | Big Ditch Company | 40 | AG | S | 1, 2, 3, 8 | Robert Morris | The project will improve conveyance by approximately 1 mile of the ditch. | | 2018 | 500,000 |
| 69 | 3 | Boulder Park Reservoir | Hart Basin Ranch | 40 | AG | S | 1, 2, 3, 8 | Donnie Hebert | This reservoir needs to be completely rebuilt with a new dam, headgate and outlet pipe. | | | |
| 70 | 3 | Butte Ditch | Butte Ditch Company | 40 | AG | S | 1, 2, 3, 8 | Jeff Wick | The project will improve conveyance by approximately 5 miles of the ditch. | | 2018 | 3,500,000 |
| 71 | 3 | Cole Reservoir #2 | | 40 | AG | S | 1, 2, 3, 8 | | The reservoir's outlet valve needs repairs, coupled with leaks in the water pool area. | | | |
| 72 | 3 | Farmers Diversion Improvement Project | | 40 | AG, NC | S | 1, 2, 3, 8 | | Improve diversion structure to improve efficiency, maintenance issues, and remove fish/recreation barrier. | | | |

BLM_0160633

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

| Ref # | Tier | Project | Project Sponsor | Water District | Use Type | Project Type | Basin Goals | Point of Contact: Name | Purpose | Water Gained or Saved (AF) | Estimated Completion Date | Estimated Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 3 | Fogg Ditch | Fogg Ditch Company | 40 | AG | S | 1, 2, 3, 8 | Jeff Widner | The project will improve conveyance by approximately 5 miles of the ditch. | | 2019 | 3,500,000 |
| 74 | 3 | Forrest Ditch | Forrest Ditch Company | 40 | AG | S | 1, 2, 3, 8 | | The project will improve conveyance by approximately 8 miles of the ditch. | | 2025 | 6,000,000 |
| 75 | 3 | Fruitgrowers Reservoir Pumpback | Grand Mesa Water Conservancy District | 40 | AG | S | 1, 2, 3, 8 | Austin Keiser | Project will pump water from Gunnison River under a 20 cfs decree held by OCID to fill and maintain water levels in Fruitgrowers Reservoir. | | 2025 | 10,000,000 |
| 76 | 3 | Granby Ditch | Granby Ditch and Reservoir Company | 40 | AG | S | 1, 2, 3, 8 | | Pipe approximately 2 miles of the ditch where leaks are present. | | 2017 | 1,000,000 |
| 77 | 3 | Greenwood Reservoir | Private Owners | 40 | AG | S | 1, 2, 3, 8 | | Leaks need to be repaired, thus requiring a partial rebuilding of the reservoir. | | 2015 | 350,000 |
| 78 | 3 | Last Chance Reservoir | Town of Cedaredge | 40 | AG | S | 2, 3 | | | | | |
| 79 | 3 | Little Giant Reservoir | Town of Cedaredge | 40 | AG | S | 2, 3 | | | | | |
| 80 | 3 | Little Jonah Reservoir | Town of Cedaredge | 40 | AG | S | 2, 3 | | | | | |
| 81 | 3 | Rogers Mesa Risk Project | North Fork Water Conservancy District | 40 | AG | NS | 1, 2, 3, 8 | | | | | |
| 82 | 3 | Ryan Reservoir | Robert Morris | 40 | AG | S | 1, 2, 3, 8 | Robert Morris | The size of the reservoir needs to be increased in order to hold the decree. | | 2025 | 350,000 |
| 83 | 3 | Stewart Canal HG | | 40 | AG | S | 1, 2, 3, 8 | | | | | |
| 84 | 3 | Surface Creek Reservoirs | Grand Mesa Water Conservancy District | 40 | AG | S | 3, 5, 8 | | Project includes the rehabilitation of 13 breached dams. | | | |
| 85 | 3 | Trickle Ditch | Trickle Ditch Company | 40 | AG | S | 1, 2, 3, 8 | Doug Wist | The project will improve conveyance by approximately 2 miles of the ditch. | | 2016 | 1,250,000 |
| 86 | 3 | Weir and Johnson | Private Owners | 40 | AG | S | 1, 2, 3, 8 | | The project will improve conveyance by approximately 2 miles of the ditch. | | 2025 | 1,000,000 |
| 87 | 3 | Zig Zag Reservoir | Town of Cedaredge | 40 | AG | S | 1, 2, 3 | | | | | |
| 88 | 3 | Doughty #2 - Slide Rock Reservoir | Town of Cedaredge | 40 | AG, M&I | S | 2, 3, 7 | Town of Cedaredge | This project includes reconstructing and repairing leaks in slide rock. | | 2019 | 250,000 |
| 89 | 3 | Leon Lake Reservoir | Leon Lake Reservoir Company | 40 | AG | S | 1, 2, 3 | | The project will repair a damaged outlet tunnel which is severely restricting flow. | | 2025 | 2,000,000 |
| 90 | 3 | Rebuilding Diversion Structure & Fish Screen for Colorado Cutthroat Trout | Trout Unlimited, Colorado Parks and Wildlife | 40 | NC | S | 5 | Cary Denison | Reduce entrainment and improve habitat for Colorado Cutthroat Trout | | | |

104

BLM_0160634

| Ref # | Tier | Project | Project Sponsor | Water District | Use Type | Project Type | Basin Goals | Point of Contact: Name | Purpose | Water Gained or Saved (AF) | Estimated Completion Date | Estimated Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | 3 | Cedar Mesa Ditch Stilling Pond | Cedar Mesa Ditch Company | 40 | AG | S | 1, 2, 3, 5 | Jerry Figueroa | Develop 20 AF stilling pond for the Cedar Mesa Ditch at mile 5 to allow reduced fluctuations in ditch levels and provide a constant flow of water to the AG land below. | | | |
| 92 | 3 | Town of Olathe Pipeline and Reservoir | Town of Olathe | 41 | AG, M&I | S | 3, 4 | Wayne Trounce | Olathe is at the juncture of trying to address the best use of some of their water rights which have multiple associated uses. The project will help them decide the best use of the water for the district - possibly including system rehabilitation. | | 2025 | 1,000,000 |
| 93 | 3 | City of Grand Junction - Raw Flow Line | City of Grand Junction | 42 | M&I | S | 4 | Rick Brinkman | This project will help replacing 46,000 linear feet of Raw Water Flow Line for the City of Grand Junction. | | | 9,800,000 |
| 94 | 3 | Planned Native Fish Population Restoration Project | | 42 | NC | S | 5 | | | | | |
| 95 | 3 | East River Number 2 | Spann Ranches | 59 | AG | S | 1, 2, 3, 8 | | The ditch needs repair and this project helps achieve this goal. | | | |
| 96 | 3 | Leaps Gulch Reservoir | UGRWCD | 59 | AG | S | 1, 2, 3 | | | | | |
| 97 | 3 | Bank Stabilization & Fish Habitat Improvement | | 59 | NC | S | 5 | | | | | |
| 98 | 3 | Curecanti NRA Cottonwood Gallery | | 59 | NC | NS | 5 | | The relationship between discharge and cottonwood gallery is presently being monitored; however no data exists to support the idea of flow protection. This project involves such data collection and analysis. | | | |
| 99 | 3 | River Restoration, Mine Remediation | Coal Creek Watershed Coalition | 59 | NC | S | 5 | Zach Vaughter | | | | |
| 100 | 3 | Bank Stabilization & Fish Habitat Improvement | | 62 | NC | S | 5 | | | | | |
| 101 | 3 | Lake Fork Trail Stair Project | | 62 | NC | S | 5 | | Install better stream access to reduce human impacts. | NA | | |

BLM_0160635

Gunnison Basin Implementation Plan

DRAFT 4/17/15

Section 4: Basin Projects

| Ref # | Tier | Project | Project Sponsor | Water District | Use Type | Project Type | Basin Goals | Point of Contact: Name | Purpose | Water Gained or Saved (AF) | Estimated Completion Date | Estimated Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | 3 | Expansion/Enlargement of the Ouray Hydro Plant Dam and Reservoir | City of Ouray | 68 | M&I, Hydro | S | 4 , 8 | Eric Jacobson | The City of Ouray wishes to work with the owner of the hydroelectric plant to expand the capacity of the reservoir that provides the water for the plant. | 18 | 2030 | 2,500,000 |
| 103 | 3 | Lake Fork Fish Enhancements | | 62 | NC | S | 5 | | | | | |
| 104 | 3 | Project 7- 10 MGD Water Treatment Plant at Ridgway Reservoir | Project 7 WA | 28, 41, 68 | M&I | S | 4 | Adam Turner | Build and maintain 10 MGD of surface water treatment for a backup source to the Gunnison river water that supplies the main WTP upon which 46,000 people rely for daily needs. | | | 43,000,000 |
| 105 | 3 | Colorado River Basin Salinity Control Projects (Colorado River Basin Salinity Control Act of 1974) | USBR & River District | 40, 41 | NC | | 6 | Dave Kanzer | | | | |
| 106 | 3 | Planned Mining Remediation | | 41, 62, 68 | NC | S | 5 | | | | | |

## LEGEND

**Use Type** – Agriculture (AG), Municipal and Industrial (M&I), Nonconsumptive (NC), Hydropower (Hydro)

**Project Type** - Structural (S), Nonstructural (NS)

**Tier 1** - Implementation is likely feasible by 2025, and project will clearly meet Basin Goals

**Tier 2** - Implementation likely not feasible by 2025, but would excel at meeting Basin Goals.  Also may have important conditional water rights and/or completed planning efforts

**Tier 3** -  Implementation is likely not feasible by 2025; the project is in more preliminary stages of planning and/or may meet Basin Goals to a lesser degree

1. Protect existing water uses in Gunnison Basin

2. Discourage the conversion of productive agricultural land to all other uses within the context of private party rights

3. Improve agricultural water supplies to reduce shortages

4. Identify and address municipal and industrial water shortages

5. Quantify and protect nonconsumptive water uses

6. Maintain or, where necessary, improve water quality throughout the Gunnison Basin

7. Describe and quantify the beneficial relationship between agricultural and nonconsumptive water uses

8. Restore, maintain, and modernize critical water infrastructure, including hydropower

9. Maintain active and comprehensive public education process about water resources in the Gunnison Basin

**Point of Contact** – Person well versed with project; responsible for providing information to BIP consulting team in sufficient detail to complete the Project Template

**Purpose** - Brief description of the project/objective

*Additional technical analysis has been completed with the results provided in Appendix 12 - Appendix 17.

BLM_0160636

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects



Figure 15. Proposed Tier 1 Basin Projects

BLM_0160637



**Figure 16.  Proposed Tier 2 Basin Projects**

BLM_0160638

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects



**Figure 17. Proposed Tier 3 Basin Projects**

109

BLM_0160639

Gunnison Basin Implementation Plan                                          Section 4: Basin Projects
DRAFT 4/17/15

*Environmental Protections and Monitoring*

Table 19 details important ongoing environmental protections and monitoring.  Though these do not fit
on a list of future planned projects, they are critical for maintaining and in some cases enhancing
environmental and recreational attributes in the Basin.  Most of these items were included in Phase 2 of
the SWSI environmental and recreational process and corresponding database described in Section 2.

BLM_0160640

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

**Table 19. Environmental Protections and Monitoring**

**DRAFT Gunnison Basin Implementation Plan - Nonconsumptive Protection & Monitoring Project List (7/31/14)**
(Legend provided below table)

| Ref # | Project | Project Sponsor | Water District | Basin Goal | Purpose |
|---|---|---|---|---|---|
| 1 | HCCA Project | | 40 | | |
| 2 | North Fork River Improvement Association - NFRIA | | 40 | 5 | |
| 3 | Fish Screen & Ladder at Redlands Power Canal | RWAPA (formerly USBR & FWS) | 42 | 5 | Fish ladder and screen allow for endangered fish migration while preventing migration by nonnative fish. |
| 4 | Redlands Water and Power Canal | Redlands Power and Water Company | 42 | 5 | |
| 5 | NPS WQ, Curecanti NRA (Aspinall Reservoirs) Sites | | 59 | | NPS effort to protect aquatic life and recreational Colorado WQ standards in Curecanti NRA and Black Canyon of the Gunnison NP. |
| 6 | ONRW Designation -- Streams Draining West Elks (heading in and flowing within Gunnison County only) to Curecanti NRA | | 59 | 5 | NPS effort to protect quality and aquatic life of Curecanti NRA. |
| 7 | Roaring Judy | CPW | 59 | 5 | Protect autumn minimum discharge needs for upstream migration of kokanee salmon. |
| 8 | Taylor Park Reservoir: 4 Party Agreement Controlling Lake Levels and Stream Flows to Benefit Fish and Wildlife Habitat and Boating Recreation | | 59 | 5 | |
| 9 | Wilderness designation | | 59 | | |

BLM_0160641

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

**DRAFT Gunnison Basin Implementation Plan - Nonconsumptive Protection & Monitoring Project List (7/31/14)**
(Legend provided below table)

| Ref # | Project | Project Sponsor | Water District | Basin Goal | Purpose |
|---|---|---|---|---|---|
| 10 | Aspinall Unit Ramp Up (25 percent per day) & Ramp Down (15 percent per day) | USBR & NPS | 62 | | Ramp rates are included in Aspinall EIS. As the down ramp rate is critical to aquatic protections, it is important to understand how the ramp down rates impact both aquatic species as well as pool elevation's in Blue Mesa. |
| 11 | Aspinall Unit Reoperations EIS | USBR & FWS | 62 | 5, 8 | |
| 12 | Intergovernmental Agreement Coordinating Outlet to Control Lake Level and Stream Flows in Lake Fork | | 62 | 5 | Implemented to benefit trout ponds and instream flows. |
| 13 | Monitoring and DNA sampling for Quagga Mussel, Aspinall Unit Reservoirs | | 62 | | |
| 14 | Morrow Point Boat Tour | | 62 | 5 | Stage at about 7,160 results in maximum power generation efficiency, thus tour boat need fits within BOR/WAPA reservoir level/power generation strategy. |
| 15 | NPS WQ Monitoring, Crystal Reservoir Tributary Sites | | 62 | | |
| 16 | NPS WQ monitoring, Morrow Point Tributary Sites | | 62 | | |
| 17 | Invasive Species Control Program – Quagga and Zebra Mussels | CPW & USBR | 40, 59, 62 | 5 | |
| 18 | BOR fish habitat mitigation | USBR | 40, 41, 42, 59, 62 | 5 | |
| 19 | Protection of Lower Basin Recreation Flows | | 40, 42 | 5 | |
| 20 | Protection of Lower Gunnison River Water Supply, Aquatic Life and Recreation Flows | | 40, 42 | 5 | This would examine whether (or not) current nonconsumptive discharge is required to meet new State standards for nutrients (and hence temperature and dissolved oxygen). |
| 21 | Wilderness Designation | | 40, 42 | | |
| 22 | NPS WQ Monitoring, Gunnison River Sites | | 40, 50, 62 | | |

BLM_0160642

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

**DRAFT Gunnison Basin Implementation Plan - Nonconsumptive Protection & Monitoring Project List (7/31/14)**
(Legend provided below table)

| Ref # | Project | Project Sponsor | Water District | Basin Goal | Purpose |
|-------|---------|-----------------|----------------|------------|---------|
| 23 | Managing Lake Trout populations of brown trout, rainbow trout and kokanee salmon | NPS & CPW | 59, 62 | 5 | |
| 24 | NPS WQ monitoring, Blue Mesa Tributary Sites | NPS | 59, 62 | | |
| 25 | National Park Service Water Rights Utilized to Preserve Ecological Values in Park | NPS | 59, 62, 40 | 5 | |
| 26 | Cebolla Creek Instream Flow | | | | |
| 27 | Coleman Easement Min Flow | | | | |
| 28 | Little Cimarron Creek Instream Flow | | | | |
| 29 | Special management designation - protected as wilderness | | | | |
| 30 | Tomichi Real Estate Purchase | | | | |
| 31 | Travel Management Plan - reduction of roads in water influx zones | | | | |
| 32 | Travel Management Plan - reduction of roads in water influx zones | | | | |
| 33 | USFS Fish Hatchery | USFS | | 5 | Help ensure spring flows hatchery are between 5-11 cfs |
| 34 | USFWS Fish Hatchery | USFS | | 5 | |

**LEGEND**

**Sponsor Type** – Single Entity (SE), Partnership (P)

1. Protect existing water uses in Gunnison Basin

2. Discourage the conversion of productive agricultural land to all other uses within the context of private party rights

3. Improve agricultural water supplies to reduce shortages

4. Identify and address municipal and industrial water shortages

5. Quantify and protect nonconsumptive water uses

6. Maintain or, where necessary, improve water quality throughout the Gunnison Basin

7. Describe and quantify the beneficial relationship between agricultural and nonconsumptive water uses

8. Restore, maintain, and modernize critical water infrastructure, including hydropower

9. Maintain active and comprehensive public education process about water resources in the Gunnison Basin

**Purpose** - Brief description of the project/objective

BLM_0160643

Gunnison Basin Implementation Plan                                              Section 4: Basin Projects
DRAFT 4/17/15

*Completed and Ongoing Projects*

Since the beginning of the Basin roundtable process in 2005, many diverse water projects have been
successfully funded and completed.  These projects have gone a long ways towards meeting the
diversity of water needs and associated Basin Goals in the Gunnison Basin.  Table 20 lists recent projects
since the creation of the Gunnison Basin Roundtable in 2005 that have been or are currently being
funded through the grant programs of the CWCB's Water Supply Reserve Account, the Upper Gunnison
River Water Conservancy District, and the Colorado River Water Conservation District.

114

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

**Table 20. Completed and Ongoing Projects**

**DRAFT Gunnison Basin Implementation Plan - Completed and Ongoing Project List (7/31/14)**

| Funding Year | Project | Description | Amount Funded | Funding Source |
|---|---|---|---|---|
| 2007 | Lake San Cristobal Controlled Outlet Structure (Part 1) | Hinsdale County and the Upper Gunnison River Water Conservancy District (UGRWCD) explored the feasibility of constructing a new permanent control structure at the outlet of Lake San Cristobal. The new structure allows for more controlled releases to regulate the lake level and prevent failure of the structure during flood events. The additional stored water resulting from the project will be used primarily as augmentation water within the Lake Fork of the Gunnison River. Other beneficial uses may include agriculture, recreation, and releases for instream flows. | 40,000 | WSRA |
| 2007 | Off-System Raw Water Storage Project 7 Water Authority/Uncompahgre Valley Water Users Association (Part 1) | The proposed new reservoir would be located on BLM and/or private land in the vicinity of Fairview Reservoir would have a capacity sufficient to supply P7 customers with domestic water for up to one full year. A detailed evaluation and comparative analysis of the potential sites was performed to identify the best reservoir location. | 56,700 | WSRA |
| 2007 | Orchard City Water Reservoir Project (Task 1-3) | This project involves the design of an approximately 500 acre foot off-channel reservoir to serve the municipal/domestic needs of Orchard City. | 60,000 | WSRA |
| 2007 | Orchard City Water Reservoir Project (Remaining Tasks) | | 480,000 | WSRA |
| 2007 | Overland Reservoir Dam Expansion/Restoration (Part 1) | | 68,000 | WSRA |
| 2007 | Paonia-Feldman Diversion Reconstruction; North Fork of the Gunnison River (Part 1 and 2) | | 110,700 | WSRA |
| 2007 | Safety and Serviceability Needs Inventory for Reservoirs in the Leroux Creek Drainage Basin (Part 1) | | 60,000 | WSRA |
| 2007 | Sedimentation Management Study For Paonia Reservoir - North Fork of the Gunnison (Part 1) | | 309,000 | WSRA |
| 2008 | Lake San Cristobal Outlet Structure Modification (Part 2) | | 120,960 | WSRA |
| 2008 | Engineering for Lake San Cristobal Outlet Modification (Part 3) | | 75,265 | WSRA |
| 2009 | Barz Pond | 150' x 150'x 9'6'' Deep Augmentation Pond Construction | 35,000 | UGRWCD |
| 2009 | Development of Augmentation Supplies | | 50,000 | WSRA |
| 2009 | Hartland Diversion Dam Fish Passage Feasibility Study | | 22,100 | WSRA |

115

BLM_0160645

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

**DRAFT Gunnison Basin Implementation Plan - Completed and Ongoing Project List (7/31/14)**

| Funding Year | Project | Description | Amount Funded | Funding Source |
|---|---|---|---|---|
| 2009 | Juniata Reservoir Spillway Modification | | 97,000 | WSRA |
| 2009 | Ridgway Ditch and Lake Otonawanda Improvement Project | The Lake Otonowanda feasibility study assessed options to meet the town water needs when the Town's water rights were out of priority or physical shortage and recommended increasing the capacity of the lake. Currently under construction. | 109,500 | WSRA |
| 2010 | 75 Ditch Diversion Improvements and Feature Enhancements | Construction of a multi-purpose structure on the Gunnison River at the location of the 75 Ditch Diversion, improving the year-round delivery of water to the 75 Ditch. | (A) 34000.00 (B) 46,100 | (A) UGRWCD (B) WSRA |
| 2010 | Augmentation and Water Storage at the Rocky Mountain Biological Laboratory | Installation of 20,000 gallon water tank to address water storage issues. Also, installation of underground pipes from water source to water treatment plant and from water treatment plant throughout the core part of the townsite. This will aid in replacing failing system as well as making it one system that is public and capable of operating year round. | 40,000 | UGRWCD |
| 2010 | Campbell Ditch Rehabilitation Project | Repair of Campbell Ditch that has fallen into disrepair, increasing grazing capacity on Eagle Ridge Ranch. Also will enhance Sage Grouse leak as new grasses replace sage brush near the ditch. | 17,500 | UGRWCD |
| 2010 | Hanson Reservoir Outlet Rehabilitation | | 50,000 | WSRA |
| 2010 | Lake San Cristobal Outlet Structure (Part 4) | | 150,000 | WSRA |
| 2010 | Pioneer Irrigation Ditch Diversion | Replace gravel diversion, headgate and partial flume to stabilize the creek, reduce annual in-stream maintenance, and improve water quality on Tomichi Creek. | 16,702 | UGRWCD |
| 2011 | Agricultural Weather Data Delivery Improvements to Uncompahgre Valley Irrigators | | 112,000 | WSRA |
| 2011 | Basin Roundtable Project Exploration Committee: Flaming Gorge | | 9142.83 | WSRA |
| 2011 | Halazon Ditch Diversion Reconstruction | Reconstruction of the amazon Ditch diversion which is used for irrigation by the Town of Crested Butte. | 2,712 | UGRWCD |
| 2011 | Hartland Dam Improvements | | 2,200,000 | WSRA, USFWS, CRD, Walton Family Foundation |
| 2011 | Hyzer Ditch Cooperative Reclamation | Modify the point of diversion on Hyzer Ditch to enhance the ditch's conveyance of water and to secure the channel and banks within the reach of the diversion. | 4,425 | UGRWCD |
| 2011 | Lining Outlet Pipe for Grand Mesa Reservoir #6 | | 19,840 | WSRA |
| 2011 | Relief Ditch Diversion Dam Design | | 800,000 | WSRA, CRD, TU and Walton Family Foundation |
| 2011 | Taylor Park Marina Repair | Heavy equipment rental and purchase of materials needed to repair shore erosion from high water conditions. Also, purchase of materials needed to repair beach access stair damage. | 2,334 | UGRWCD |

116

Gunnison Basin Implementation Plan
DRAFT 4/17/15

Section 4: Basin Projects

**DRAFT Gunnison Basin Implementation Plan - Completed and Ongoing Project List (7/31/14)**

| Funding Year | Project | Description | Amount Funded | Funding Source |
|---|---|---|---|---|
| 2011 | The Rehabilitation of Blanche Park Reservoir | | 75,000 | WSRA |
| 2011 | The use of excess storage capacity in Blue Mesa Reservoir to avoid or reduce the impact of a Co River Compact curtailment in Co | | 24,500 | WSRA |
| 2011 | Tomichi Creek Fish Passage and Diversion Improvement | Dam removal, stream bank restoration and diversion improvement of Owen No. 1 ditch. | 4,695 | UGRWCD and Trout Unlimited |
| 2011 | Water Distribution System at Rocky Mountain Biological Laboratory | Upgrading of the Rocky Mountain Biological Laboratory water delivery system in order to increase water efficiency by reducing loss of water due to breaks. | 50,000 | UGRWCD |
| 2012 | Cottonwood Creek Water Quality Improvement | Reduce non-point sources of sedimentation to Cottonwood Creek which is caused by erosion from BLM Road 3309. This will include the installation of diversion prevention dips for controlling runoff from the road. | 10,313 | UGRWCD |
| 2012 | Crested Butte Water Ditch | Redesign of the diversion structure and develop alternatives and cost estimates for reconstruction in the Crested Butte Water Ditch. | 6,000 | UGRWCD |
| 2012 | Enhancing Ecosystem Resilience of Riparian/Wetlands Habitat in the Upper Gunnison Basin | Implementation of a climate adaptation project to restore and enhance resilience of riparian/wetlands areas in order to enhance adaptive capacity of the Gunnison Sage-Grouse. | 34,634 | UGRWCD |
| 2012 | Government and Strachan Ditch Reclamation | Reclamation of reaches along Los Pinos Creek to ensure decreed amounts of water are conveyed to the Government and Strachan Ditches. | 7,675 | UGRWCD |
| 2012 | Gunnison Basin Roundtable Education Program | | 19,750 | WSRA |
| 2012 | Gunnison Middle School Water Resources Learning Lab | Conversion of irrigation retention pond into outdoor learning center | 27,749 | UGRWCD |
| 2012 | North Fork of the Gunnison Invasive Week Removal | | 20,000 | WSRA |
| 2012 | Town of Ridgway Lake Otonowanda Renovation Project | Enlargement of the Lake increasing the capacity from about 100 acre feet to over 600 AF and installing a new outlet system to replace the outlet that collapsed decades ago. | 1,800,000+ | WSRA, CWCB, DOLA EIAF, Town cash |
| 2012 | Tunnel Reconstruction Project | | 730,110 | WSRA |
| 2013 | Crested Butte Municipal Water Diversion Reconstruction | Design a sustainable alternative to the existing in-stream diversion dam to minimize the need for regular disturbance of the creek bed, deliver a full decree of irrigation water the Crested Butte water ditch, reduce sedimentation at the diversion box, and allow for fish passage at all flow levels. | 12,872 | UGRWCD |

117

BLM_0160647