Table of Contents

THIS PAGE INTENTIONALLY LEFT BLANK

BLM_0160879

# Executive Summary

Colorado faces significant and immediate water supply challenges and should pursue a mix of solutions to meet the state's consumptive and nonconsumptive water supply needs.

## Preface

Colorado faces significant and immediate water supply challenges. Despite the recent economic recession, the state has experienced rapid population growth, and Colorado's population is expected to nearly double within the next 40 years. If Colorado's water supply continues to develop according to current trends, i.e., the status quo, this will inevitably lead to a large transfer of water out of agriculture resulting in significant loss of agricultural lands and potential harm to the environment.

Providing an adequate water supply for Colorado's citizens, agriculture, and the environment will involve implementing a mix of local water projects and processes, conservation, reuse, agricultural transfers, and the development of new water supplies, all of which should be pursued concurrently. With this Statewide Water Supply Initiative (SWSI) 2010 update, the Colorado Water Conservation Board (CWCB or Board) has confirmed and updated its analysis of the state's water supply needs and recommends Colorado's water community enter an implementation phase to determine and pursue solutions to meeting the state's consumptive and nonconsumptive water supply needs.

In 2003 the Colorado legislature recognized the critical need to understand and better prepare for Colorado's future water supply needs, and authorized the CWCB to implement SWSI 1. Approved by the Board in 2004, SWSI 1 comprehensively identified Colorado's current and future water needs and examined a variety of approaches Colorado could take to meet those needs. SWSI 1 implemented a collaborative approach to water resource issues by establishing "basin roundtables"—diverse groups of individuals representing water interests who provide input on water issues. The basin roundtables established a grass roots effort for education, planning, and collaborating on water planning issues.

This was followed by SWSI 2, which established four technical roundtables—Conservation, Alternative Agricultural Water Transfers, Environmental and Recreational Needs, and Addressing the Water Supply Gap.

Enacted in 2005, the Colorado Water for the 21st Century Act (Act) institutionalized the nine basin roundtables and created the 27-member Interbasin Compact Committee (IBCC) to facilitate conversations within and between basins. Together, these new bodies create a voluntary, collaborative process to help the state of Colorado address its water challenges.





BLM_0160880

Executive Summary

The Act charges the basin roundtables to develop their consumptive and nonconsumptive needs assessments (NCNAs) and to propose projects and methods to meet those needs. These needs assessments are the basis for the CWCB's SWSI 2010 update, making SWSI 2010 the first comprehensive update to incorporate the needs assessment work of the basin roundtables.

*SWSI 2010 is intended to enhance the available information and can be used for regional water planning.*

SWSI 2010 is intended to enhance the available information and can be used for regional water planning. SWSI is a compilation of information to be used for developing a common understanding of existing and future water supplies and demands throughout Colorado, and possible means of meeting both consumptive and nonconsumptive water supply needs.

Key elements of this update include:

- Analysis of the water supply demands to 2050, including consideration of the effect of passive conservation on those demands
- Analysis of nonconsumptive needs in each basin, as recommended by the basin roundtables
- Analysis of water availability in the Colorado River basins
- Implementation elements associated with identified projects, water conservation, agricultural transfers (both permanent and nonpermanent), and development of new water supplies
- Development of representative costs for water supply strategies

SWSI 2010 is a comprehensive picture of Colorado's water needs, now and in the future. The Board intends SWSI to be updated and refined every few years. Also, to assure the local perspective in this report, each basin roundtable will supplement this report with individual basin reports later in 2011. Used as a statewide planning tool, SWSI 2010 provides comprehensive information to water providers, state policy

makers, and the General Assembly as they make decisions for accomplishing our next step: to work together on implementing the necessary strategies to meet our near and long-term water supply challenges.

# CWCB History and Mission

As the lead agency for SWSI, the CWCB plays a critical role in establishing water policy in Colorado. Created in 1937, the CWCB's Mission is to:

*Conserve, Develop, Protect and Manage Colorado's Water for Present and Future Generations*

The CWCB furthers this mission by developing and implementing programs to:

- Conserve the waters of the state for wise and efficient beneficial uses
- Develop waters of the state to:
  - Preserve the natural environment to a reasonable degree
  - Fully utilize state compact entitlements
  - Help ensure that Colorado has an adequate water supply for our citizens and the environment by implementation of CWCB adopted mission statements and the findings and recommendations identified in SWSI 1
- Protect the waters of the state for maximum beneficial use without waste
- Manage the waters of the state in situations of extreme weather conditions—both for floods and droughts

## Structure, Authority, and Role of the Board

The CWCB consists of 15 members. The Governor appoints one representative Board member from each of the state's eight major river basins and one representative member from the City and County of Denver. All appointees are subject to Senate confirmation and serve 3-year terms. The



ES-2



**With more than 40 staff members, the CWCB functions under eight major program areas:**

1. Administration and Management
2. Finance
3. Interstate and Federal
4. Office of Water Conservation and Drought Planning
5. Stream and Lake Protection
6. Water Information
7. Water Supply Planning
8. Watershed and Flood Protection

Executive Director of the Department of Natural Resources (DNR) is an ex-officio, voting member of the Board. The Director of the CWCB, the State Engineer, the Attorney General, the Director of the Colorado Division of Wildlife (CDOW), and the Commissioner of the Colorado Department of Agriculture are ex-officio, nonvoting members.

CWCB is part of Colorado's DNR, which administers programs related to the state's water, forests, parks, land, wildlife, and minerals. CWCB's overarching goal for SWSI is to help water providers, stakeholders, and state policymakers maintain an adequate water supply for Colorado's citizens, agriculture, and the environment.

To the greatest extent possible, Board appointees are persons experienced in water resource management; water project financing; engineering, planning, and development of water projects; water law; irrigated farming; and/or ranching. No more than five appointees can be members of the same political party. By statute, six voting members constitute a quorum for the conduct of business, with six affirmative votes needed for the Board to take a position on any matter.

# Introduction to the Interbasin Compact Process

In the last few years, state leaders and resource management agencies have increasingly focused on helping ensure that Colorado has an adequate water supply for its citizens and the environment. In 2003, the Colorado General Assembly authorized CWCB to implement SWSI 1. SWSI 1 was a comprehensive identification of Colorado's current and future water needs and it examined a variety of approaches Colorado could take to meet those needs. SWSI 1 implemented a collaborative approach to water resource issues by establishing "basin roundtables"—diverse groups of individuals representing water interests who provide input on water issues. Nine basin roundtables were institutionalized in the 2005 Colorado Water for the 21st Century Act, which creates a voluntary, collaborative process to help the state address its water challenges. This process is based on the premise that Coloradoans can work together to address the water needs within the state.

**The role of the Board is defined in statute (C.R.S. 37-60) and includes:**

- Establishing policy to address state water issues
- Exercising the exclusive authority of the Board to hold instream and natural lake level water rights to protect and improve the environment
- Mediating and facilitating resolutions of disputes between basins and water interests
- Maintaining and upholding fiduciary responsibilities related to the management of state resources including, but not limited to, the Construction Fund and the Severance Tax Trust Fund
- Representing citizens within individual basins
- Identifying, prioritizing, and implementing water development projects to be funded using its funds and when necessary, recommending such projects for approval by the General Assembly
- Making Findings and Recommendations concerning applications for water rights for Recreational In-channel Diversions and defending its decisions in water courts
- Making decisions regarding Watershed Protection Fund grants, upholding fiduciary responsibilities related to the fund and implementing its own river restoration projects designed to help the CWCB accomplish its mission
- Provide technical support for the Water for the 21st Century Act
- Administering the Water Supply Reserve Account Grant Program





ES-3

BLM_0160882

Figure ES-1 illustrates the nine basin roundtables, which were organized to represent Colorado's eight major river basins and a separate roundtable for the Denver Metro area. The Yampa-White, Colorado, Gunnison, and Southwest Basin Roundtables are all based on tributaries to the Colorado River.



*Figure ES-1 Colorado's nine basin roundtables provide a voluntary and collaborative process to help the state address its water challenges*

The North Platte, Metro, and South Platte Basin Roundtables represent watersheds tributary to the Platte River. The Arkansas and Rio Grande Basin Roundtables are the headwaters of these river systems.

In addition to the nine basin roundtables, the Act established the 27-member IBCC to facilitate conversations between basins and to address statewide issues. IBCC established its charter in 2006, which was soon ratified by Colorado's General Assembly. The charter outlines the roles of IBCC—to provide a "framework that creates incentives for successful deliberations, agreements, and their implementation." To help advance this role, IBCC embarked on a visioning process, through which IBCC, CWCB, and basin roundtables agreed to evaluate water demand and supply strategies that could help address Colorado's water supply future.

## Overview of the Water for the 21st Century Act

As described previously, in 2005 the Colorado General Assembly passed the Colorado Water for the 21st Century Act (House Bill [HB] 05-1177). The Act set up a framework that provides a permanent forum for broad-based water discussions, and it created two new structures—1) the IBCC, a statewide committee that addresses issues between basins; and 2) the basin roundtables, which were established in each of the state's eight major river basins plus the Denver Metro area. The purpose of the basin roundtables is to facilitate discussions on water issues and encourage locally driven collaborative solutions. The broad-based, collaborative nature of this process is reflected in the basin roundtable membership.

To help the basin roundtables accomplish their major responsibility of developing basinwide needs assessments, they have relied on groundwork completed during SWSI 1. To further develop their needs assessments, support water activities in each of the basins, and implement identified water projects and methods, it was clear that the basin roundtables needed staff support as well as technical and financial assistance Using resources provided through HB 06-1400, the CWCB provides staff support and technical assistance to the basin roundtables and the IBCC for the ongoing implementation of the Colorado Water for the 21st Century Act. The basin roundtables were also provided financial resources through Senate Bill (SB) 06-179, which established the Water Supply Reserve Account (WSRA). The WSRA appropriates money to the CWCB to help implement the consumptive and nonconsumptive water supply projects and methods identified by the basin roundtables. These bills and other relevant legislation are summarized in Figure ES-2.





BLM_0160883

**SB03-110** authorized SWSI 1, which implemented a collaborative approach to water resources issues by establishing SWSI roundtables. SWSI 1 focused on using a common technical basis for identifying and quantifying water needs and issues.

**HB05-1177** or The Colorado Water for the 21st Century Act provides a permanent forum for broad-based water discussions. It creates two new structures: 1) the IBCC, and 2) the basin roundtables. There are nine basin roundtables based on Colorado's eight major river basins and the Denver Metro area.

**SB06-179** created the WSRA. Throughout SWSI and Colorado Water for the 21st Century Act processes, there has been a clear recognition that financial assistance is needed to address the water challenges in our state. This legislation funds the WSRA, which directs the State Treasurer to annually transfer $10 million from the Operational Account of the Severance Tax Trust Fund to the WSRA. These monies are available to the basin roundtables to fund water activities.

**HB06-1385** created the CWCB's Intrastate Water Management and Development Section, which implements SWSI, the WSRA, develops reconnaissance level water supply alternatives, and tracks and supports water supply projects and planning processes. This section is now called the Water Supply Planning Section.

**HB06-1400** appropriated money to the CWCB to fund staffing of the Water for the 21st Century Act process and monies for a contractor to technical assistance the basin roundtables.

**SB09-106** authorized the funding of the WSRA in perpetuity.

*Figure ES-2 Legislation Related to the Water for the 21st Century Act*

## Basin Roundtable Process

Basin roundtables are legislatively required to be made up of a diverse set of stakeholders, including representatives from counties, municipalities, water conservancy districts, the environmental and recreational communities, agriculture, and industry.

The responsibilities of the basin roundtables can be grouped into three categories—procedural, substantive, and public involvement. Each basin roundtable adopted bylaws that include the basin roundtable's goals, objectives, and operating procedures. These bylaws reflect the specific needs of the basin roundtable and reflect the uniqueness of each basin. Each basin roundtable developed procedures and selected two members of the IBCC to represent the basin roundtables' interests.

The most extensive substantive responsibility assigned to each basin roundtable is to develop a basinwide water needs assessment and projects and methods to meet those needs. These efforts are performed in cooperation with local governments, area water providers, and other stakeholders. The Act states "Using data from the Statewide Water Supply Initiative and other appropriate sources and in cooperation with the ongoing Statewide Water Supply Initiative, develop:"

- An assessment of consumptive water needs (municipal, industrial, and agricultural)

- An assessment of nonconsumptive water needs (environmental and recreational)

- An assessment of available water supplies (surface and groundwater) and an analysis of any unappropriated waters

- Proposed projects or methods to meet any identified water needs and achieve water supply sustainability over time

Equally important to selecting members of the IBCC and developing a basinwide water needs assessment, the basin roundtables serve as a forum for public involvement. The basin roundtable activities are required by law to be open, public meetings. The basin roundtable process creates an expanded foundation for public involvement.

This SWSI 2010 report is largely based on basin roundtables' water needs assessments. This report is summary in nature and is intended to summarize water needs at a statewide level. The basin roundtable needs assessment reports will be





BLM_0160884

more detailed and provide information at a finer level of detail than the contents of this report.

During the first part of 2011, CWCB will work with the basin roundtables to use information from this report and other basin roundtable needs assessments studies to develop individual basin roundtable needs assessments reports.

## Interbasin Compact Committee

The other structure created by the Colorado Water for the 21st Century Act is the IBCC. This is a 27-member committee established to facilitate conversations between basins and to address statewide issues. The IBCC brings the issues of each basin roundtable to a statewide forum.

The Act gives the IBCC a series of responsibilities. These include establishing bylaws, developing a charter, helping oversee the WSRA program, and creating a Public Education and Outreach Working Group.

During 2005 and 2006, the IBCC established bylaws to govern its operations and actions. In addition, during this timeframe the IBCC developed a Charter to "govern and guide compact negotiations between basin roundtables." The Charter includes:

- A framework and principles to guide negotiations between basin roundtables, including policies to ensure that individual compacts do not conflict with one another.

- Procedures for ratification of compacts, including a mandatory provision that every affected basin roundtable must approve the draft compact.

- Authorities and procedures to ensure that approved compacts are legally binding and enforceable.

- Procedures for integrating the Interbasin Compact processes with other water planning

and development processes, except that no provision may supersede, impair, or modify any local government's "authority, jurisdiction, or permitting powers."

The IBCC also established a Public Education and Outreach Working Group to ensure public education and participation concerning both the activities of the IBCC and compact negotiations between basin roundtables.

## Overview of Colorado's Water Supply and Demand

Colorado's river systems generate, on average, 16 million AFY of renewable water. On average about two-thirds of this water leaves the state under Colorado's compacts and decrees. Figure ES-3 shows Colorado's population, irrigated acres, and flows. Of the 16 million acre-feet/year (AFY) of renewable water, about 80 percent is on the West Slope and 20 percent is on the East Slope. However, about 80 percent of Colorado's population is on the East Slope and 20 percent is on the West Slope and most of Colorado's irrigated agricultural lands are on the East Slope.

Colorado also has significant groundwater resources including alluvial aquifers, Denver Basin aquifers, High Plains aquifers, and San Luis Basin aquifers (see Figure ES-4). Colorado's renewable groundwater in the alluvial aquifers is considered part of the surface water system. Colorado's non-renewable groundwater is primarily in the San Luis Basin, High Plains (which is part of the Ogallala system) and the Denver Basin aquifers. The use of non-renewable groundwater, particularly for municipal use, creates reliability and sustainability concerns.

Water is vital to all aspects of Colorado's economy, including municipalities, businesses, industries, rural communities that are dependent on agriculture, West Slope communities that depend on industry and tourism, and statewide environmental amenities.







*Figure ES-3 Colorado Population, Irrigated Acres and Flows*



*Figure ES-4 Colorado's Major Aquifer Systems*





ES-7

BLM_0160886

Colorado's agricultural and food industry supports about 4 percent of Colorado's jobs, and many of Colorado's counties are "ag dependent." In more than half of Colorado's counties, one in every ten jobs is tied to the agriculture and food industry, and in 13 of Colorado's 64 counties, one in every three jobs is tied to the agriculture and food industry.

Each basin faces continued shortages associated with existing agricultural demands. There are upward economic pressures to keep agriculture viable, however Colorado could also face a significant decline in irrigated acres by 2050 due to urbanization and water transfers.

Recreation and tourism injected about $8.6 billion into the state's economy during the 2009 and employed about 9 percent of the total workforce. In certain regions, most notably headwaters communities, environmental and recreational amenities drive the local economy. Water-related activities comprise a significant component of Colorado's tourist activities including flatwater and river-based activities, fishing, boating, rafting, and snowmaking. The basin roundtables have spent significant time and effort identifying nonconsumptive focus areas in their basins and CWCB programs, most notably its instream flow program and watershed protection program, are critical to meeting these nonconsumptive needs.



Water for Colorado's growing cities and industries is a major issue. Colorado surpassed 5 million people in the summer of 2008. Colorado's population is expected to nearly double by 2050. About half of this growth is expected from net migration into the state and about half will be due to birth rates higher than death rates. This population increase is driven by available jobs.

On a percentage basis, the fastest growth will take place on the West Slope—between 2008 and 2050 the Colorado Basin will grow by about 140 percent, the Southwest Basin by about 115 percent, and the Gunnison Basin by about 115 percent. The Arkansas and South Platte Basins will have a slower growth rate (about 80 percent and 70 percent, respectively), but combine to add almost 3.3 million people by 2050. By 2050, over 6 million people will live in the South Platte Basin. This population growth will drive a significant need for additional water to meet future municipal and industrial (M&I) demands. Colorado also has a significant need for self-supplied industrial (SSI) water uses, including snowmaking, breweries, and other large industry, and our energy sector. By 2050, Colorado will need between 600,000 and 1 million AFY of additional M&I and SSI water. These needs are depicted in Figure ES-5.

# Nonconsumptive Needs Assessments

The basin roundtables are required to complete NCNAs. This effort has included an extensive inventory, analysis, and synthesized mapping effort that built upon SWSI 2 environmental and recreational attribute mapping as a common technical platform for the basin roundtables. Figure ES-6 shows the process that was utilized by the CWCB and basin roundtables in completing their NCNAs. The basin roundtables have utilized environmental and recreational attribute mapping to identify nonconsumptive focus areas in their basins. In addition, the Arkansas, Colorado, and Yampa-White Basin Roundtables utilized WSRA funding to conduct further studies in their basins focused on quantifying environmental and recreational flow needs. The basin roundtables' nonconsumptive focus areas and further study efforts are intended to facilitate the identification of projects and methods to address environmental and recreational needs.





*Figure ES-5 2050 M&I and SSI Demands by Basin*



*Figure ES-6 Nonconsumptive Needs Assessment Methodology*





BLM_0160888

**Executive Summary**

The focus area maps developed by each basin roundtable are based on a common set of environmental and recreational attributes and represent where Colorado's important water-based environmental and recreational attributes are located. The maps reflect stream reaches and subwatersheds with higher concentrations of environmental and recreational qualities. These maps were generated to provide information to the basin roundtables on important environmental and recreational areas in their basins but were not intended to dictate future actions. It should be noted that this effort has not identified all streams as important. The NCNAs are not intended to create a water right for the environment and will not diminish, impair, or cause injury to existing absolute or conditional water rights.

The environmental and recreational focus area maps can be used for the following purposes:

- The maps are intended to serve as a useful guide for water supply planning so that future conflicts over environmental and recreational needs can be avoided.

- The maps can assist in identifying environmental and recreational water needs status, such as where needs are being met, where additional future study may need to take place, or where implementation projects in the basin are needed.

- The maps can help basins plan for the water needs of species of special concern so that they do not become federally listed in the future.

- The maps can provide opportunity for collaborative efforts for future multi-objective projects.

Each basin developed a unique map showing focus areas with nonconsumptive environmental and recreational water needs.

Each basin developed a unique map showing focus areas with nonconsumptive environmental and recreational water needs. The resulting statewide compilation map is represented in Figure ES-7.

# Consumptive Needs Assessments

The objectives of the consumptive needs part of this SWSI 2010 update effort are to:

- Update population projections and extend them to 2050

- Update M&I per capita estimates including passive conservation

- Extend the SWSI 1 consumptive water use projections to 2050 for the M&I sector

- Update the SSI sector forecast to 2050

- Update the current tally of irrigated acres throughout Colorado and forecast irrigated acres in 2050

- Update current agricultural demands and shortages and forecast 2050 agricultural demands






BLM_0160889





*Figure ES-7 Nonconsumptive Needs Assessment Focus Map*

BLM_0160890

Executive Summary

## M&I and SSI Consumptive Needs

### Projected Water Use

The relative proportions of surface diversions for agricultural, M&I, and SSI gross water use in 2050 are depicted in Figure ES-8. By 2050 agriculture will continue to use the majority of Colorado's water supply. It is projected to decline from 89 percent today to 82 percent in 2050. M&I is projected to account for 15 percent of surface water diversions in 2050 and SSI about 3 percent.

### 2050 Population Projection Results

Between the year 2008 and 2050, the state of Colorado is projected to grow from approximately 5.1 million people to between 8.6 million and 10 million people. Under low economic development assumptions, the state's population is projected to grow to about 8.6 million people, or by about 70 percent. Under high economic development assumptions, including a 550,000 barrel per day oil shale industry, the state's population is projected to grow to just over 10 million people, or by 98 percent, as compared

to the year 2008. On average, statewide population projections from 2008 forward indicate an increase of about 1.4 million people every 15 years.

> On average, statewide population projections from 2008 forward indicate an increase of about 1.4 million people every 15 years.

Table ES-1 and Figure ES-9 show how population growth will vary across the state during the next 40 years. Based on these projections, the Arkansas, Metro, and South Platte Basins will continue to have the largest population in the state. However, the West Slope will continue to grow at a faster rate than the Front Range of Colorado.

### Future M&I Water Demands

#### 2050 M&I Water Demands Results

Colorado's population is projected to nearly double by the year 2050. Because the major driver for water use is population growth, M&I water usage is also expected to nearly double, even with savings from passive conservation.



**Figure ES-8 In 2050, Agriculture is still projected to utilize the majority of Colorado's water**



ES-12



**Table ES-1 Population Projections by River Basin**

| Basin | 2008 | 2035 | Percent Change 2008 to 2035 | Percent Average Annual Growth Rate | 2050 | | | Percent Change 2008 to 2050 | Percent Average Annual Growth Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Low | Medium | High | | |
| Arkansas | 948,000 | 1,451,000 | 53 | 1.6 | 1,581,000 | 1,688,000 | 1,841,000 | 67-94 | 1.2-1.6 |
| Colorado | 307,000 | 558,000 | 82 | 2.2 | 661,000 | 725,000 | 832,000 | 115-171 | 1.8-2.4 |
| Gunnison | 105,000 | 184,000 | 75 | 2.1 | 206,000 | 220,000 | 240,000 | 96-129 | 1.6-2.0 |
| Metro | 2,513,000 | 3,622,000 | 44 | 1.4 | 4,018,000 | 4,144,000 | 4,534,000 | 60-80 | 1.1-1.4 |
| North Platte | 1,500 | 1,800 | 20 | 0.7 | 2,000 | 2,200 | 2,500 | 33-67 | 0.7-1.2 |
| Rio Grande | 50,000 | 68,000 | 36 | 1.2 | 74,000 | 80,000 | 87,000 | 48-74 | 0.9-1.3 |
| South Platte | 977,000 | 1,622,000 | 66 | 1.9 | 1,808,000 | 1,902,000 | 2,065,000 | 85-111 | 1.5-1.8 |
| Southwest | 105,000 | 185,000 | 76 | 2.1 | 204,000 | 224,000 | 249,000 | 94-137 | 1.6-2.1 |
| Yampa-White | 45,000 | 81,000 | 80 | 2.2 | 94,000 | 117,000 | 153,000 | 109-240 | 1.8-3.0 |
| **TOTAL** | **5,051,500** | **7,772,800** | **54** | **1.6** | **8,648,000** | **9,102,200** | **10,000,000** | **71-98** | **1.3-1.6** |



*Figure ES-9 State of Colorado Population Projections through 2050*





ES-13

BLM_0160892

**Executive Summary**

By 2050, Colorado will need between 538,000 and 812,000 AFY of additional water to meet municipal demands. Passive conservation savings are accounted for in these estimates and will result in approximately 150,000 AFY reduction or just over 8 percent decrease in M&I water demands by 2050 for the medium demand scenario relative to baseline conditions without passive conservation. The statewide current (2008) and future (2035 and 2050 low, medium, and high) water demands for baseline conditions and with passive conservation are summarized in Figure ES-10.

Colorado will need between 600,000 and 1 million acre-feet per year of additional M&I and SSI water by 2010.

### Statewide SSI Demand Summary

Table ES-2 presents results of the SSI demand projections by basin. As shown, Moffat County could experience a significant increase in water demands, attributable to the electricity needed for energy development. Rio Blanco County could also experience a significant increase in water demands if the oil shale industry experiences significant growth. Both of these counties are located in the Yampa-White Basin. For the remaining counties and basins, increased demands are attributable to increases in thermoelectric power generation.



*Figure ES-10 Comparison of M&I Demands for Baseline and with Passive Conservation*



ES-14



**Table ES-2 Summary of Self-Supplied Industry Demands by Basin (AFY)**

| Basin | Sub-Sector | 2008 | 2035 | 2050 Low | 2050 Med | 2050 High |
|---|---|---|---|---|---|---|
| Arkansas | Energy Development | — | — | — | — | — |
| | Large Industry | 49,400 | 49,400 | 49,400 | 49,400 | 49,400 |
| | Snowmaking | — | — | — | — | — |
| | Thermoelectric | 9,000 | 14,700 | 15,400 | 18,400 | 22,100 |
| | **Total** | 58,400 | 64,100 | 64,800 | 67,800 | 71,500 |
| Colorado | Energy Development | 2,300 | 500 | 200 | 4,700 | 10,700 |
| | Large Industry | — | — | — | — | — |
| | Snowmaking | 3,180 | 4,740 | 4,740 | 4,740 | 4,740 |
| | Thermoelectric | — | — | — | — | — |
| | **Total** | 5,480 | 5,240 | 4,940 | 9,440 | 15,440 |
| Gunnison | Energy Development | — | — | — | — | — |
| | Large Industry | — | — | — | — | — |
| | Snowmaking | 260 | 650 | 650 | 650 | 650 |
| | Thermoelectric | — | — | — | — | — |
| | **Total** | 260 | 650 | 650 | 650 | 650 |
| Metro | Energy Development | — | — | — | — | — |
| | Large Industry | 52,400 | 52,400 | 52,400 | 52,400 | 52,400 |
| | Snowmaking | — | — | — | — | — |
| | Thermoelectric | 12,000 | 12,000 | 12,600 | 15,000 | 17,900 |
| | **Total** | 64,400 | 64,400 | 65,000 | 67,400 | 70,300 |
| Rio Grande | Energy Development | — | 600 | 1,200 | 1,500 | 2,000 |
| | Large Industry | — | — | — | — | — |
| | Snowmaking | — | — | — | — | — |
| | Thermoelectric | — | — | — | — | — |
| | **Total** | — | 600 | 1,200 | 1,500 | 2,000 |
| South Platte | Energy Development | — | — | — | — | — |
| | Large Industry | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 |
| | Snowmaking | 320 | 320 | 320 | 320 | 320 |
| | Thermoelectric | 21,400 | 35,400 | 37,200 | 44,400 | 53,100 |
| | **Total** | 28,320 | 42,320 | 44,120 | 51,320 | 60,020 |
| Southwest | Energy Development | — | — | — | — | — |
| | Large Industry | — | — | — | — | — |
| | Snowmaking | 410 | 410 | 410 | 410 | 410 |
| | Thermoelectric | 1,900 | 3,900 | 4,100 | 4,900 | 5,900 |
| | **Total** | 2,310 | 4,310 | 4,510 | 5,310 | 6,310 |
| Yampa-White | Energy Development | 2,000 | 6,000 | 3,900 | 7,500 | 41,800 |
| | Large Industry | 6,100 | 9,500 | 9,500 | 9,500 | 9,500 |
| | Snowmaking | 290 | 570 | 570 | 570 | 570 |
| | Thermoelectric | 20,200 | 38,300 | 36,700 | 40,500 | 44,000 |
| | **Total** | 28,590 | 54,370 | 50,670 | 58,070 | 95,870 |
| **Total All Basins** | | **187,760** | **235,990** | **235,890** | **261,490** | **322,090** |





BLM_0160894

Figure ES-11 summarizes projected SSI water usage statewide by subsector, indicating that among SSI needs, the large industry, thermoelectric, and energy development subsectors are projected to use the most water in the future. Future SSI demands are projected to range from 236,000 AFY to 322,000 AFY by 2050, an increase of 48,000 AFY to 134,000 AFY over current (2008) demands.

## Statewide 2050 M&I and SSI Consumptive Needs Summary

Of the many factors affecting M&I water use, the projected increases in population clearly drive the increases in M&I use from 2008 to 2050. Figure ES-12 summarizes statewide M&I and SSI water use projections, including reductions as a result of passive conservation measures, for 2008, 2035, and the low, medium, and high scenario 2050 projections. Total statewide 2035 demands are projected to be nearly 1.6 million AFY. 2050 water demands are projected to range from approximately 1.75 million AFY to nearly 2.1 million AFY. Figure ES-12 also shows that M&I water demands are estimated to exceed SSI demands for all of the future projections.

Figure ES-13 summarizes statewide existing water use and future water demands. Gross statewide M&I demands including oil shale and other SSI water demands for the low, medium, and high scenario projections are 1.75 million AFY, 1.9 million AFY, and 2.1 million AFY, respectively. These projections include passive conservation savings, but do not include the impacts of active water conservation efforts that are being implemented and planned by many M&I water providers. Current water use is just over 1.1 million AFY.

The following are the major conclusions from Colorado's 2050 M&I water use projections:

- Colorado's population is expected to nearly double to between 8.6 and 10 million people by 2050.

- The Front Range will continue to be the most populous place in Colorado with over 80 percent of the state's population residing in the Arkansas, Metro, and South Platte Basins. The Front Range is expected to grow by approximately 70 percent.

- The West Slope will grow at the fastest rate of any area in Colorado between now and 2050. Population on the West Slope is expected to more than double in the next 40 years with some growth rates as high as 240 percent.

- Statewide M&I water usage rates have decreased by 18 percent. This decrease is due to a combination of drought response, conservation savings, and additional data collection efforts. Additional data collected during this effort has improved the original SWSI water usage information.

- Because population growth is the driving factor in water use across the state, water use is also expected to nearly double by 2050.

- Passive conservation will save approximately 150,000 AFY by 2050 or an 8 percent savings relative to baseline 2050 M&I water demands.

- The basins with the largest SSI water usage in 2050 are projected to be the Yampa-White, Arkansas, Metro, and South Platte Basins.

- Colorado will need approximately 600,000 AFY to 1 million AFY of additional M&I and SSI water by 2050. These estimates incorporate new water demands from population growth, energy, and other SSI needs (including oil shale), and replacement of nontributary groundwater.

- An oil shale industry producing 1,550,000 barrels of oil/day could use between 0 to 120,000 AFY depending upon what technologies and other factors are implemented. Due to ramp up rates, by 2050 projected water use ranges from 0 to 44,000 AFY for an industry providing 550,000 barrels of oil/day.







*Figure ES-11 Statewide Self-Supplied Industrial Demands by Sector*



*Figure ES-12 Statewide M&I and SSI Demands*





ES-17

BLM_0160896



*Figure ES-13 Existing and Future M&I and SSI Demands*

## Agricultural Consumptive Needs

### Current Agricultural Demand Results

Each basin in Colorado faces continued water shortages associated with existing agricultural demands. Table ES-3 summarizes results of the average annual current agricultural demands and shortages by basin. It shows irrigated acres, Irrigation Water Requirement (IWR), Water Supply Limited Consumptive Use (WSL CU), and shortage (difference between IWR and WSL CU), and non-irrigation demand.

Figures ES-14 and ES-15 show the current WSL CU and shortage amounts by basin. Basins with the highest current agricultural water demand include the South Platte, Rio Grande, and Republican.

### Future Agricultural Demand Results

There are upward economic pressures to keep agriculture viable, and some basins, such as the Yampa, are seeking to expand agriculture. However, the state could also face a significant decline in irrigated acres by 2050 due to urbanization and water transfers. As represented in Figure ES-16, between 500,000 and 700,000 irrigated acres could be dried up by 2050, and large-scale dry-up of irrigated agriculture has adverse economic and environmental impacts.





BLM_0160897

**Table ES-3 Estimated Current Agricultural Demand by Basin**

| Basin | Irrigated Acres | Irrigation Water Requirement (AFY) | Water Supply-Limited Consumptive Use (AFY) | Shortage (AFY) | Non-Irrigation Demand (AFY) |
|---|---|---|---|---|---|
| Arkansas | 428,000 | 995,000 | 542,000 | 453,000 | 56,000 |
| Colorado | 268,000 | 584,000 | 485,000 | 100,000 | 51,000 |
| Gunnison | 272,000 | 633,000 | 505,000 | 128,000 | 54,000 |
| Metro and South Platte | 831,000 | 1,496,000 | 1,117,000 | 379,000 | 115,000 |
| North Platte | 117,000 | 202,000 | 113,000 | 89,000 | 12,000 |
| Republican | 550,000 | 802,000 | 602,000 | 200,000 | 67,000 |
| Rio Grande | 622,000 | 1,283,000 | 855,000 | 428,000 | 45,000 |
| Southwest | 259,000 | 580,000 | 382,000 | 198,000 | 46,000 |
| Yampa-White | 119,000 | 235,000 | 181,000 | 54,000 | 24,000 |
| **Statewide Total** | **3,466,000** | **6,819,000** | **4,791,000** | **2,028,000** | **470,000** |



■ Water Supply-Limited Consumptive Use (AFY)   ■ Full Irrigation Water Requirement Shortage (AFY)

*Figure ES-14 Current Agricultural Demands and Shortages*





ES-19

BLM_0160898





BLM_0160899

*Figure ES-15 State of Colorado Current Agricultural Shortages by Water District*



*Figure ES-16 Potential Changes in Irrigated Acres by 2050*

Table ES-4 summarizes the estimated average annual agricultural demand by basin for the year 2050, assuming that historical climate and hydrology continue into the future. It shows irrigated acres, IWR, WSL CU, shortage, and non-irrigation demand. Figure ES-17 shows the WSL CU and shortages by basin for the 2050 irrigated acres. Consistent with the projected decline in irrigated acres, declines in both irrigation and non-irrigation agricultural water demands are anticipated to occur in all basins except for the North Platte.

In 2050, Colorado's agricultural demands are projected to be approximately 4 million AFY as represented in Figure ES-17.

# Projects and Methods to Meet Basin Needs

## Projects and Methods to Meet M&I Consumptive Needs

The estimation of future M&I water supply gaps is dependent upon several factors, including current water use, forecasted future water use, and water provider predictions of new water supply that will be developed through identified projects and processes (IPPs). Statewide, these analyses were performed on a countywide basis and aggregated by basin roundtable area.





BLM_0160900

**Executive Summary**

**Table ES-4 Estimated 2050 Agricultural Demand by Basin**

| Basin | Irrigated Acres | Irrigation Water Requirement (AFY) | Water Supply-Limited Consumptive Use (AFY) | Shortage (AFY) | Non-Irrigation Demand (AFY) |
|---|---|---|---|---|---|
| Arkansas | 373,000 | 862,000 | 476,000 | 386,000 | 49,000 |
| Colorado | 204,000 | 443,000 | 366,000 | 77,000 | 38,000 |
| Gunnison | 219,000 | 573,000 | 457,000 | 116,000 | 48,000 |
| North Platte | 145,000 | 250,000 | 140,000 | 110,000 | 14,000 |
| Republican | 441,000 | 640,000 | 480,000 | 160,000 | 5,000 |
| Rio Grande | 537,000 | 1,108,000 | 739,000 | 369,000 | 38,000 |
| South Platte | 607,000 | 1,094,000 | 820,000 | 274,000 | 84,000 |
| Southwest | 249,000 | 558,000 | 367,000 | 191,000 | 44,000 |
| Yampa-White | 85,000 | 209,000 | 170,000 | 39,000 | 17,000 |
| **Statewide Total** | **2,860,000** | **5,737,000** | **4,015,000** | **1,722,000** | **337,000** |



■ Water Supply-Limited Consumptive Use (AFY)   ▦ Full Irrigation Water Requirement Shortage (AFY)

*Figure ES-17 2050 Agricultural Demands and Shortages*




BLM_0160901

Water providers throughout Colorado are pursuing water supply projects and processes to help meet future water demands. These IPPs, if successfully implemented, have the ability to meet some, but not all of Colorado's 2050 M&I water needs. IPPs are defined as projects and methods local water providers are counting on to meet future water supply needs. IPPs include:

- Agricultural water transfers
- Reuse of existing fully consumable supplies
- Growth into existing supplies
- Regional in-basin projects
- New transbasin projects
- Firming in-basin water rights
- Firming transbasin water rights

Table ES-5 identifies the anticipated range of IPP yield from each category for each basin at the 100 percent success rate.

As shown in Table ES-5, if 100 percent of the IPPs are successfully implemented they would provide 430,000 to 580,000 AFY. The largest categories of IPP yields by volume are projected to be regional in-basin projects (150,000 AFY to 170,000 AFY) and growth into existing supplies (100,000 AFY to 160,000 AFY). Figure ES-18 depicts the data graphically.

Implementation of these local projects and processes are critical to meeting Colorado's future water supply needs.

## M&I Consumptive Gap Analysis

Colorado faces a significant M&I water supply gap in 2050. The M&I gap varies between 190,000 and 630,000 AFY depending on the success rate of the IPPs. By 2050, Colorado's M&I gap could be between 32 percent and 66 percent of new M&I demands.

**Table ES-5 Major Categories of Identified Projects and Processes by Basin (Yields at 100% Success Rate)** [1]

| Basin | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| Arkansas | 9,200 – 11,000 | 23,000 – 32,000 | 2,300 – 2,600 | 37,000 | 0 | 6,100 – 7,300 | 10,000 – 11,000 | 88,000 – 100,000 |
| Colorado | 2,900 – 8,000 | 500 | 14,000 – 28,000 | 13,000 – 15,000 | 0 | 11,000 – 19,000 | 0 | 42,000 – 70,000 |
| Gunnison | 400 – 500 | 0 | 1,100 – 1,700 | 11,000 – 15,000 | 0 | 900 | 0 | 14,000 – 18,000 |
| Metro | 20,000 – 33,000 | 14,000 – 21,000 | 55,000 – 86,000 | 34,000 – 39,000 | 13,000 – 23,000 | 900 – 1,400 | 3,500 – 4,800 | 140,000 – 210,000 |
| North Platte | 0 | 0 | 100 – 300 | 0 | 0 | 0 | 0 | 100 – 300 |
| Rio Grande | 0 | 0 | 2,900 – 4,300 | 0 | 0 | 3,000 – 4,300 | 0 | 5,900 – 8,600 |
| South Platte | 19,000 – 20,000 | 5,000 – 7,000 | 20,000 – 30,000 | 37,000 – 39,000 | 0 | 22,000 – 26,000 | 18,000 – 21,000 | 120,000 – 140,000 |
| Southwest | 0 | 0 | 5,200 – 7,300 | 9,000 – 13,000 | 0 | 0 | 0 | 14,000 – 21,000 |
| Yampa-White | 0 | 0 | 3,500 – 4,900 | 6,600 – 9,000 | 0 | 0 | 0 | 10,000 – 14,000 |
| **Total** | **51,000 – 73,000** | **43,000 – 61,000** | **100,000 – 160,000** | **150,000 – 170,000** | **13,000 – 23,000** | **44,000 – 58,000** | **32,000 – 37,000** | **430,000 – 580,000** |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales.



BLM_0160902



*Figure ES-18 Statewide Summary of Yield for IPP Categories at 100 Percent Success Rate*

Table ES-6 provides a summary of each basin's increased M&I and SSI demands relative to current conditions (defined for this study as 2008), the amount of that increase met by the IPPs, and the resulting M&I gap. The calculated gap values do not imply a future water supply shortfall; rather, the gap is representative of a future demand for which a project or method has not yet been identified.

SWSI 2010 estimated a low, medium, and high scenario. Under the low gap scenario (low demands and 100 percent IPP success rate), the statewide gap is 190,000 AFY. Under the medium gap scenario (medium demands and an alternative IPP success rate), the statewide gap is 390,000 AFY. Under the high gap scenario (high demands and status quo IPP success rate), the statewide gap is 630,000 AFY.

Figure ES-19 illustrates the timing of the M&I gap under the medium gap scenario. Colorado faces immediate M&I water supply needs. Under the medium gap scenario, these immediate needs are met with the successful implementation of the IPPs. The associated yield of the IPPs increases between 2010 and 2030. Under the medium gap scenario, the IPPs are implemented by 2030 and yield about 350,000 AFY. Without the successful implementation of additional IPPs, increases in demand after 2030 are assumed to be gap, leading to a 2050 M&I gap of 390,000 AFY.

This figure does not represent a definitive timeline. Instead, it represents the evolving temporal relationship between existing supplies, IPPs, and the gap, the sum of which is equal to total M&I and SSI demands at any point in time.





**Table ES-6 Statewide M&I and SSI Gaps in 2050[1]**

| Basin | Increase in M&I and SSI Demand (AFY) | | | Estimated Yield of Identified Projects and Processes (AFY) | | | Estimated Remaining M&I/SSI Gap after Identified Projects and Processes (AFY) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 100% IPP Success Rate | Alternative IPP Success Rates | Status Quo IPP Success Rates | Gap at 100% IPP Success Rate | Gap at Alternative IPP Success Rates | Gap at Status Quo IPP Success Rates |
| | Low | Med | High | Low | Med | High | Low | Med | High |
| Arkansas[2] | 110,000 | 140,000 | 170,000 | 88,000 | 85,000 | 76,000 | 36,000 | 64,000 | 110,000 |
| Colorado | 65,000 | 82,000 | 110,000 | 42,000 | 49,000 | 63,000 | 22,000 | 33,000 | 48,000 |
| Gunnison | 16,000 | 19,000 | 23,000 | 14,000 | 14,000 | 16,000 | 2,800 | 5,100 | 6,500 |
| Metro[3] | 180,000 | 210,000 | 280,000 | 140,000 | 97,000 | 100,000 | 63,000 | 130,000 | 190,000 |
| North Platte | 100 | 200 | 300 | 100 | 200 | 300 | 0 | 20 | 30 |
| Rio Grande | 7,700 | 9,900 | 13,000 | 5,900 | 6,400 | 7,700 | 1,800 | 3,600 | 5,100 |
| South Platte | 160,000 | 180,000 | 230,000 | 120,000 | 78,000 | 58,000 | 36,000 | 110,000 | 170,000 |
| Southwest | 20,000 | 25,000 | 31,000 | 14,000 | 13,000 | 15,000 | 5,100 | 12,000 | 16,000 |
| Yampa-White | 34,000 | 48,000 | 95,000 | 10,000 | 11,000 | 13,000 | 23,000 | 37,000 | 83,000 |
| **Total** | **590,000** | **710,000** | **950,000** | **430,000** | **350,000** | **350,000** | **190,000** | **390,000** | **630,000** |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales
[2] Arkansas gaps include additional 13,500 AFY for Urban Counties replacement of nonrenewable groundwater supplies.
[3] Metro gaps include additional 20,850 AFY for South Metro replacement of nonrenewable groundwater supplies.



*ES-19 Statewide M&I and SSI Gap Summary Medium Scenario (IPPs at 70% Yield)*




BLM_0160904

Figure ES-20 illustrates the relative percentages of 2050 net new water needs occupied by IPPs and the gap for each basin for the medium gap scenario. The pie chart shown on the map for each basin is scaled to represent the magnitude of the 2050 medium demand, the blue represents the yield from the IPPs under the medium IPP success rate for each basin, and red represents the remaining gap.

# Projects and Methods to Meet Nonconsumptive Needs

Similar to the M&I IPPs, CWCB conducted an analogous outreach effort with the environmental and recreational community and the basin roundtables to identify nonconsumptive projects and methods. CWCB digitized the project information into a geographic information system and compared this information with the nonconsumptive focus areas summarized previously. With this information, CWCB preliminarily identified nonconsumptive focus areas with and without projects and methods. Note that if a focus area does not have an associated project and method it does not mean that the area is in need of a protective project or method. Conversely, if an area does have one or more projects and methods, it does not mean it is sufficiently protected. The basin roundtables will use this information as they finalize their needs assessments during 2011. This information is intended to assist the basin roundtables in addressing the following questions:

1. Are there existing protections/efforts for environmental and recreational focus areas?

2. Are there areas without protections that need further study?



*Figure ES-20 2050 M&I and SSI Gap Analysis – Medium Gap Scenario*





3. What strategies are needed to support nonconsumptive priority areas?

4. Are there areas where new flow or water level quantification is appropriate?

5. Are there areas where a project, whether structural (e.g., river restoration) or nonstructural, can be identified and implemented?

6. Are there areas where no action is needed at this time?



In summary, environmental and recreational values will continue to be important to the state's economy and quality of life. Although Colorado has many existing projects and methods aimed at meeting these nonconsumptive values, additional projects and methods will be needed to meet Colorado's nonconsumptive water supply needs, especially in warmer waters with endangered, threatened, and imperiled species.

Key findings are:

- Nonconsumptive focus areas were identified on 33,000 miles of streams and lakes in the state with water related environmental and recreational values. Nearly one-third of these focus areas have an identified project or method to support one or more of the nonconsumptive values in the area.

- The focus areas include 12,000 stream miles that have cold water fisheries (e.g., cutthroat trout species and important fishing areas). Of these, nearly 50 percent have an identified project or method to support those values.

- The focus areas include 11,000 stream miles that have warm water fisheries (e.g., Colorado River endangered fish, and species of special concern, such as roundtail chub and Arkansas darter). Of these, approximately 30 percent have an identified project or method to support those values.

# Water Availability

## Surface Water Supply Availability

Supplies are not necessarily where demands are and localized shortages exist, especially in headwaters areas. Colorado River compact entitlements are not fully utilized. In the South Platte, Arkansas, and Rio Grande Basins, unappropriated water is extremely limited.

The Colorado River Water Availability Study confirmed planning ranges that may be available from the Colorado River system to meet future needs and identified local water availability throughout the Colorado River Basins. Projects and methods to manage risk will be needed in order to develop new water supplies in the Colorado River system.

## Groundwater Supply Availability

Between now and 2050, there will need to be a decreased reliance on nonrenewable, nontributary groundwater as a permanent water supply. Without this, there are reliability and sustainability concerns in some areas, particularly along the Front Range.

In addition to meeting future M&I water needs, the South Metro area and northern El Paso County will need to replace nearly 35,000 AFY of nontributary groundwater with a renewable water supply.

# Portfolios and Strategies to Address the M&I Gap

CWCB recognizes that Colorado faces significant and immediate water supply challenges and should pursue a mix of solutions to meet the





ES-27

BLM_0160906

state's consumptive and nonconsumptive water supply needs.

Because of the growing M&I demands and the need to sustainably meet Colorado's nonconsumptive and agricultural water supply needs, the CWCB, IBCC, and Colorado's water community began a visioning process in 2008. Colorado's water community asked itself, if we let Colorado's water supply continue to develop according to current trends and existing policy, what will our state look like in 50 years? Is this our vision of the future of Colorado and if not, what can and should we do to effect changes? The visioning process included three parts—1) a Vision Statement; 2) Vision Goals; and 3) Water Supply Strategies.

The draft Vision Goals, which constitute Colorado's water management objectives, are as follows:

- Meet M&I demands
- Meet agricultural demands
- Meet Colorado's environment and recreation demands
- Encourage cooperation between water supply planners and land use planners
- Encourage more cooperation among all Colorado water users
- Optimize existing and future water supplies by:
  — Considering conservation as a baseline water supply strategy
  — Minimizing non-beneficial consumptive use (evaporation, nonnative phreatophytes, etc.)
  — Maximizing successive uses of legally reusable water
  — Maximizing use of existing and new in-basin supplies
- Promote cost-effectiveness by:
  — Allocating costs to all beneficiaries fairly
  — Achieving benefits at the lowest cost
  — Providing viable financing mechanisms, including local, state, and federal funding/ financing

  — Mitigating third-party economic impacts
- Minimize the net energy used to supply water, including both the energy used and/or generated with raw water delivery, and the energy used for treatment
- Protect cultural values by:
  — Maintaining and improving the quality of life unique to each basin
  — Maintaining open space
- Provide operational flexibility and coordinated infrastructure
- Promote increased fairness when water is moved between basins by:
  — Benefiting both the area of origin and the area of use
  — Minimizing the adverse economic and environmental impacts of future water projects and water transfers
- Comply with all applicable laws and regulations, meet all applicable compact obligations, and protect water rights including the right of water right owners to market their water, while recognizing some institutional changes may be needed to implement certain strategies
- Educate all Coloradoans on the importance and scarcity of water, and the need to conserve, manage, and plan for needs of this and future generations

The CWCB and IBCC have utilized the visioning process to address Colorado's future M&I Gap. As discussed previously, Colorado will need an additional 190,000 to 630,000 AFY beyond what is currently being planned for by local water providers in order to meet future M&I water demands and replace reliance on nonrenewable groundwater.

The visioning process led to the realization that the current approach for water management—the status quo—will not lead to a desirable future for Colorado. The status quo will likely lead to large transfers of water from agricultural to municipal uses. Maintaining the status quo could result in loss of agricultural lands, harm to ecosystems and

**CDM**
ES-28



recreation based economies, water-inefficient land use decisions, and continued paralysis on water supply projects. In addition, costs associated with the status quo could cost Colorado's citizens billions of dollars more than a coordinated approach.

With the general agreement that the status quo approach to water management will not lead to a desirable future for Colorado, the IBCC and CWCB began scenario planning. Traditional planning efforts typically examine one predictive future. The scenario planning process is not intended to represent forecasts of the future, but to represent a wide range of potential future conditions that may impact M&I water supply and demand. A summary of the future scenarios is summarized in Figure ES–21.

As described above, the portfolio approach considers different future conditions and combinations of water supply strategies to address each scenario. Each *scenario* represents a different, but plausible, representation of circumstances that would result in differing statewide consumptive and nonconsumptive water demand and water supply. As shown in Figure ES-21, seven different future scenarios are being considered. *Portfolios* are combinations of strategies that collectively meet statewide water demands. Portfolios can be developed for each future scenario. *Strategies* are broad categories of solutions for meeting Colorado's consumptive and nonconsumptive water supply needs and include demand side strategies and supply side strategies. To date, the CWCB and IBCC have considered strategies for conservation, agricultural transfers, and new water supply development. Finally, the CWCB, IBCC, and basin roundtables have identified projects and methods to meet their future consumptive and nonconsumptive needs. *Projects and methods* are specific actions that help implement each strategy.

For example, a water project helps implement a new water supply development strategy, a rotational fallowing program helps implement an agricultural transfer strategy, and a block rate pricing program helps implement a conservation strategy.



Demand Factors:
• M&I Growth
• Energy Demands
• Identified Projects and Processes Uncertainty

Supply Factors:
• Colorado River Hydrologic Variability
• Climate Change
• Compact Considerations

*Figure ES-21 Colorado's Water Supply Future Water Demand and Supply Scenario*





BLM_0160908

**Executive Summary**

Figure ES-22 summarizes the portfolio elements that can be used to address future M&I demands. The left side of the figure shows the general category of the portfolio elements—agricultural transfer, new supply development, conservation, and IPPs. These portfolio elements represent strategies to address future M&I demands. The right side of the figure shows example projects and methods that could be used to implement the strategies.

After examining the trade-offs associated with the status quo portfolio, which relies mostly on traditional transfers of agricultural water to municipal uses using the portfolio and trade-off tool, the CWCB and IBCC found that it is clear that no one strategy can meet Colorado's growing water needs without harming values important to all Coloradoans. Therefore, a mix of solutions is needed and this mix of water supply solutions should include all four sources to meet the water supply gap in Colorado—conservation, IPPs, agricultural transfers, and new supply development—while also protecting Colorado's significant water-dependent ecological and recreational resources.

In summary, because the CWCB and IBCC have agreed that if Colorado's water supply continues to develop according to current trends, i.e., the status quo, this will inevitably lead to a large transfer of water out of agriculture resulting in significant loss of agricultural lands and potential harm to the environment. Providing an adequate water supply for Colorado's citizens, agriculture, and the environment will involve implementing a mix of local water projects and processes, conservation, reuse, agricultural transfers, and the development new water supplies, all of which should be pursued concurrently. To help weigh the trade-offs between possible mixes of strategies, the CWCB developed preliminary information for the following strategies— conservation, alternative and traditional agricultural transfers, and new supply development. It should be noted that at this time the CWCB and IBCC have agreed that a mix of strategies and solutions are necessary to meet Colorado's future M&I demands, however agreement has not been reached on what an alternative portfolio should include.



*Figure ES-22 Portfolio Elements to Address Colorado's Future M&I Demands*



ES-30



BLM_0160909

## Conservation Strategy

Water conservation will be an important tool for meeting future M&I demands, and is one piece of a larger water supply portfolio.

The CWCB defines water conservation as those measures and programs that provide for measurable and verifiable permanent water savings[1]. The purpose of the information provided in the conservation strategy is to update the range of potential future water conservation savings since SWSI 1 and 2, provide water conservation strategies that may contribute toward meeting the projected 2050 M&I water supply gap, and help address Colorado's future M&I water needs.[2]

The potential for future conservation by the year 2050 was estimated for three distinct conservation strategy scenarios titled simply—low, medium, and high. The conservation strategy looked at the potential savings from water conservation measures but did not determine the portion of those savings that could potentially be utilized toward meeting a future water supply gap. Water savings in 2050 were forecast for each river basin in Colorado using a conditional demand forecasting methodology that employed a set of efficiency targets, sectoral demand reductions, and assumed implementation rates. Each strategy includes an overview of the conservation measures and programs that could be implemented to achieve a range of efficiency targets (for indoor use) and estimated sectoral conservation savings that were based upon the best available literature and data on demand management. The conservation savings forecasts are conditional and

rely on an assumption of implementation at the described levels in order to achieve the overall estimated savings level. The SWSI levels analysis of statewide passive water conservation potential showed that by 2050 demands will likely be reduced by about 150,000 AFY through the natural replacement of toilets, clothes washers, and other standard domestic fixtures. These passive savings are embedded in all three conservation strategies, but passive and active water savings estimates are presented separately (in Table ES-7) to help ensure double counting of water savings does not occur in the future as these estimates are used.

The conservation savings forecasts presented in the conservation strategy are intended for statewide planning purposes and are not intended to replace water conservation and water resources planning and projections prepared by local entities. There are also other important caveats and assumptions regarding the water conservation strategies that should be understood so that the results are not misinterpreted or misapplied.

**Conditional Statewide Strategies to Assess Conservation Potential** – These three strategies were used to prepare a conditional demand forecast. The savings estimates presented are expected to be achieved if the programs and measures described are implemented at the specified level across the entire state. The medium and high strategies in particular will require a significant and sustained effort in order to achieve the forecast water savings. The forecasting assumptions do not reflect differences that exist between individual water providers. Each water provider in Colorado is distinct and it is anticipated that over the next 40 years water conservation will be implemented differentially across the state. In order to prepare statewide forecasts of conservation potential it was assumed that the potential to conserve water may exist irrespective of an individual water provider's need or desire to conserve.

---

[1] Under this definition, water conservation may include measures and programs that are being implemented for political reasons and/or to improve customer satisfaction.
[2] Colorado's 2050 M&I water demands include water demands associated with SSI users – large industrial users that have their own water supplies or lease raw water from others. The potential water conservation savings provided in this SWSI 2010 update include only savings from the M&I demands associated with a typical municipal system. Potential SSI water savings are not estimated.



BLM_0160910

**Table ES-7 Statewide Forecast Water Savings (separating passive and active) Potential from SWSI 1 and SWSI 2010[1]**

| Project | Level | 2030 Forecast Savings[2] (AFY) | 2050 Forecast Savings[2] (AFY) |
|---|---|---|---|
| SWSI Phase 1 | Level 1 (Passive) | 101,900 | |
| | Level 2 (active only) | 68,633 | |
| | Level 3 (active only) | 170,952 | NA |
| | Level 4 (active only) | 341,485 | |
| | Level 5 (active only) | 597,283 | |
| SWSI 2010 | Passive[3] | 131,000 | 154,000 |
| | Low (active only) | 78,000 | 160,200 |
| | Medium (active only) | 133,000 | 331,200 |
| | High (active only) | 197,100 | 461,300 |

Notes:
[1] Total water savings potential included, which does not decipher the portion of the savings that may be available to meet demands associated with new population versus other planning uses such as drought reserve.
[2] Volumes savings estimates are total cumulative and include passive savings (e.g., SWSI 1, Level 3 savings build upon Levels 1 and 2; SWSI 2010, medium savings build upon low savings).
[3] From SWSI levels analysis.

In reality, some providers will need little if any conservation savings to meet future demands while others will seek substantial demand reductions.

**Permanency of Existing Conservation Efforts –** The water savings projections in this report are conditioned on post-drought baseline demands, and assume water conservation savings since the 2002 drought period will be sustained into the future. The permanency of post-drought related reductions in water use is uncertain. Some of this uncertainty may be resolved as additional water utility-level data are obtained and further investigated. Additional and improved data is anticipated through future utility water conservation plans and under data reporting requirements established in Colorado HB 10-1051.

**Climate Change Not Considered –** The impacts of climate change on water demands were not included in this analysis. Time and budgetary limitation did not allow for this complexity to be included. Climate change is an important factor for consideration in conjunction with future water demands and should be included in subsequent forecasting efforts.

**The Future is Uncertain and Water Use May Change –** It is impossible to predict all of the technological and cultural changes that could occur over the next 40 years, which might impact water use. The trends over the past 15 years have been towards greater efficiency and lower use and at this moment in time, there is no indication that these trends will not continue. However, it is possible that new uses for water could emerge in the future, which might increase municipal demand (e.g., increased use of evaporative cooling, increased installation rates of swimming pools, spas, and/or multi-headed showering systems). Unanticipated demand increases could counteract some of the savings estimated in this report, even if conservation programs are implemented at the specified levels. Similarly, technology could also serve to reduce future water demands below those estimated here. Updating the baseline condition and demand forecasts regularly is the best way to incorporate unanticipated future changes.

**Uses of Conserved Water Are Not Assumed –** No assumptions have been made about the portion of the water savings forecast in this report that could potentially be utilized toward water supply, serving new customers, or meeting the M&I gap. Each water provider must decide how best to apply water garnered from demand reductions within their individual water supply portfolio. Utilities will need to make these decisions based on their integrated water resources planning efforts, consideration of their

**CDM**



system's reliability throughout drought periods, impacts of conservation on their return flows and availability of reusable supplies, effectiveness of water rates and impacts to their revenue streams, and other local considerations. Subsequent efforts will be needed to help determine what portion of active conservation savings can be applied to the M&I gap.

**Impacts from New Construction** – A substantial number of new homes and businesses will be constructed throughout the state between now and 2050. The projections provided for this basin-level planning effort do not distinguish between savings that will be achieved from existing versus new construction. Actual savings may be attributed more to higher efficiency new construction in portions of the state, particularly where more dense development occurs.

## Land Use and Water Supply Planning

In 2009, the CWCB and the Western States Water Council conducted a Water and Land Use Planning symposium. This symposium brought together diverse participants from special districts, cities and counties, state and federal agencies, and nongovernmental organizations, including policy and decision-makers, planners, developers, and regulators to look at water and land use patterns, share experiences and concerns, identify problems and potential solutions, discuss obstacles and opportunities, and develop recommendations to better integrate and scale water and land use planning for a sustainable future. The group attending the symposium acknowledged that integrating water and land use planning at different scales is increasingly important as we strive to meet challenges related to growth, change, and sustainability in the arid West.

## Overview of New Supply Development and Agricultural Transfer Strategies

In addition to conservation and the implementation of IPPs, the other portfolio elements include the transfer or agricultural water to M&I use and the development of new water supplies from the Colorado River system. The basic attributes of possible projects to implement the agricultural transfer and new supply development strategies are presented in Table ES-8 below and shown in Figure ES-23. Each of these concepts is based on projects that have been discussed in the past but may or may not be implemented.

For the Lower South Platte and Lower Arkansas concepts, the cost of water rights may decrease the further downstream the diversion is from urban areas; however, conveyance and treatment costs will increase accordingly. For the Flaming Gorge and Blue Mesa concepts, water supply would be acquired through the Bureau of Reclamation (BOR) marketable pool for each reservoir. For the other new supply development concepts the water supply would be a new acquisition. For both the Lower South Platte and Lower Arkansas concepts, reverse osmosis (RO) or advanced water treatment would be required due to source water quality. The new supply development concepts would not require advanced water treatment.




Statewide Water Supply Initiative

BLM_0160912

**Executive Summary**

**Table ES-8 New Supply Development and Agricultural Transfer Concept Attributes**

| Concept | Water Source/Water Rights | Conveyance and Storage | Water Quality and Treatment Costs |
|---|---|---|---|
| Lower South Platte | • South Platte agricultural rights | • 36 to 84 mile pipeline with static pumping requirement of 700 to 1,300 feet <br> • Firming storage required | • RO or advanced water treatment will be required |
| Lower Arkansas | • Arkansas agricultural rights | • 96 to 133 mile pipeline with static pumping requirement of 3,100 to 3,600 feet <br> • Firming storage required | • RO or advanced water treatment will be required |
| Green Mountain | • Blue River water in the Colorado River basin as well as new South Platte water rights | • 22 mile pipeline with static pumping requirement of 1,100 feet <br> • Firming storage required | • Conventional treatment technology |
| Yampa | • New water rights appropriation | • 250 mile pipeline with static pumping requirement of 5,000 feet <br> • Firming storage required | • Conventional treatment technology |
| Flaming Gorge | • Contract with BOR for water from the Flaming Gorge marketable pool | • 357 to 442 mile pipeline with static pumping requirements of 1,400 to 3,100 feet <br> • Firming storage required | • Conventional treatment technology |
| Blue Mesa Reservoir | • Contract with BOR for water from the Aspinall marketable pool | • 81 mile pipeline with static pumping requirement of 3,400 feet <br> • Firming storage required | • Conventional treatment technology |



*Figure ES-23 Overview of New Supply Development and Agricultural Transfer Concepts*




## Reconnaissance Level Capital and Operation and Maintenance Costs

With exception of the Green Mountain concept, which was assumed to deliver 68,000 AFY in a single phase, reconnaissance level cost estimates were developed for each of the concepts described above based on three options:

- Option 1: delivery of 100,000 AFY constructed in a single phase

- Option 2: delivery of 250,000 AFY constructed in a single phase

- Option 3: delivery of 250,000 AFY constructed with the first phase delivering 100,000 AFY and the second phase delivering the remaining 150,000 AFY

Key elements for each water supply concept were identified and evaluated using uniform assumptions to determine infrastructure requirements and sizing for the reconnaissance cost estimates. The following key elements were considered for each option—water rights, firming storage, transmission facilities (including pipelines, pump stations, and tunnels), diversion structures, water treatment, reuse, and engineering, legal and administrative costs including permitting.

Figure ES-24 shows the summary of the reconnaissance level capital costs for each of the concepts. The range of capital costs for all of the concepts is $840 million (Green Mountain) to $9.8 billion (Flaming Gorge Option 3). Although the new supply development concepts and agricultural transfer concepts are similar in total capital costs for each of the options, the relative percentages of subcomponent capital costs vary. For the agricultural transfer concepts, the majority of the capital cost is comprised of water rights acquisitions. For the new supply development concepts, the majority of the capital costs are associated with pipeline and pump stations.

Operation and maintenance costs for each concept are summarized in Figure ES-25.

Reconnaissance level annual operation maintenance range from $29 million per year (Green Mountain) to $273 million per year (Arkansas Option 3). The variability between concepts is due primarily to conveyance costs but differences between conventional treatment (Yampa, Blue Mesa, Green Mountain, and Flaming Gorge) and RO with zero liquid discharge (South Platte and Arkansas) also contribute to the variation.

## Reconnaissance Life Cycle Costs

CWCB also developed reconnaissance level life cycle costs for all concepts. Life cycle costs allow comparison of not only the capital costs, but also the operational costs associated with the concepts, all brought back to present value in order to evaluate the long range economic feasibility of each concept. CWCB utilized the following key assumptions for the life cycle cost analysis:

- Planning period – 50 years after completion of construction

- Present worth – capital and operating costs brought based to 2009

- Capital costs expended in 2020, with operation and maintenance starting in 2021 for options 1 and 2

- Capital costs expended in 2020, with operation and maintenance starting in 2021 for Phase 1 of Option 3 and 2040, with operation and maintenance starting in 2041 for Phase 2 of Option 3

- Discount rate, or cost of money – 6 percent

- Escalation – Capital items (3 percent), annual operation and maintenance (3 percent), and energy (5 percent)

- 2009 energy costs ($/kilowatt hour) - $0.08

In addition to initial capital costs, CWCB considered replacement costs for the constructed facilities if the replacement was required during the 50-year planning period.

Figures ES-26 and ES-27 provide a summary of the total life cycle costs and the total life cycle costs per acre-foot of water developed by each concept.





ES-35

**Executive Summary**



*Figure ES-24 Summary of Reconnaissance Capital Costs*



*Figure ES-25 Summary of Reconnaissance O&M Costs*





BLM_0160915



*Figure ES-26 Summary of Reconnaissance Life Cycle Costs*



*Figure ES-27 Summary of Reconnaissance Life Cycle Unit Costs*



ES-37

BLM_0160916

These figures show that the least expensive concept is Green Mountain and most expensive is either Arkansas concept. The Arkansas concepts are most expensive due to the annual treatment costs that would be associated with them. The remaining concepts generally have similar life cycle costs.

## Status Quo Portfolio

If Colorado's water supply continues to develop according to current trends, i.e., the status quo, this will inevitably lead to a transfer of water out of agricultural lands and potentially harm the environment. The status quo is the default position—the results that will likely occur if current trends continue unchanged. Inaction is a decision itself, a decision with significant consequences. The general consensus is that the status quo scenario is not a desirable future for Colorado.

The summary below is an illustration of the status quo using the portfolio and trade-off tool. This tool was developed to evaluate water supply portfolios. The status quo scenario presented is based on the following assumptions:

- 2050 mid-demand scenario.

- The status quo IPP success by basin is defined in Figure ES-26. Applying these basin level success rates results in the implementation of about 60 percent of the IPP yield statewide by 2050.

- Passive conservation savings will be realized by 2050 and those savings will be used to meet new demands. Active conservation will not be utilized toward water supply, serving new customers, or meeting the M&I gap.

- New supply development from the Colorado River system will be available for West Slope uses only. No additional transbasin diversions beyond the IPPs are assumed in the status quo portfolio.

- The remaining M&I demands are met with agricultural transfers.

trade-off tool v11 STATUS QUO.xlsx - Microsoft Excel

## Colorado's Water Supply Future Portfolio & Trade-Off Tool IPPs

| IPP | Success Rate (% Yield) | (Yield AFY | Total IPP Yield AFY) |
|---|---|---|
| Arkansas | 75% | 71,000 | 95,000 |
| Colorado | 90% | 49,000 | 54,000 |
| Gunnison | 90% | 14,000 | 16,000 |
| Metro | 50% | 82,000 | 163,000 |
| North Platte | 90% | 200 | 200 |
| Rio Grande | 90% | 6,000 | 7,000 |
| South Platte | 40% | 52,000 | 129,000 |
| Southwest | 75% | 13,000 | 17,000 |
| Yampa/White | 90% | 11,000 | 12,000 |

S P C A A R T S R

*Figure ES-26 IPP Success Rate Data Entry Screen from Portfolio and Trade-Off Tool*





> Water from over 500,000 irrigated acres statewide could be transferred to M&I use statewide with the status quo portfolio.

Figure ES-27 shows the resulting loss of irrigated acres that may potentially occur as a result of the status quo portfolio. The yellow bars in the figure relate to the left axis and show the percentage of irrigated acres that may be lost in the future if the status quo is maintained. The red squares relate to the right axis and specify the number of acres that may be lost. Based on the status quo scenario, the South Platte Basin could lose 35 percent of current irrigated agriculture or nearly 300,000 acres. The Arkansas, West Slope, and North Platte/Rio Grande Basins could lose over 10 percent of their irrigated agriculture under the status quo portfolio. Water from over 500,000 irrigated acres statewide could be transferred to M&I use statewide with the status quo portfolio. Other trade-offs associated with the status quo portfolio are described in Section 7 of this report.

# Cost of Meeting Future Water Needs

Meeting Colorado's M&I water supply needs will require significant investment. The costs for the status quo portfolio are presented in Table ES-9. Implementing a mix of solutions to address Colorado's 2050 medium M&I water supply needs will cost around $15 billion under status quo assumptions. These costs will increase if Colorado experiences high M&I demands and will decrease if Colorado experiences low M&I demands or implements an alternative mix of solutions to the status quo. The costs associated with meeting Colorado's future M&I needs could be reduced if an alternative approach, incorporating fewer but larger projects and increased levels of conservation, were used. However, while an alternative approach could save the citizens of Colorado billions of dollars, it would require a higher level of state involvement including significant state funding.



*Figure ES-27 Reduction in Irrigated Acres in 2050 Based on Status Quo Scenario*




BLM_0160918

**Table ES-9 Status Quo Medium M&I Demand Portfolio (800,000 AFY of new water needed)**

| Strategy | West Slope[1] Unit Cost | West Slope[1] New Water Needed (AFY) | West Slope[1] Costs | East Slope Unit Cost | East Slope New Water Needed (AFY) | East Slope Costs | Total New Water Needed (AFY) | Total Costs |
|---|---|---|---|---|---|---|---|---|
| New Supply | $5,900 | 150,000 | $860,000,000 | $0 | — | | 150,000 | $860,000,000 |
| Ag Transfers | $40,000 | 3,500 | $140,000,000 | $40,000 | 270,000 | $11,000,000,000 | 270,000 | $11,000,000,000 |
| IPPs | $5,900 | 93,000 | $550,000,000 | $14,000 | 200,000 | $2,900,000,000 | 290,000 | $3,400,000,000 |
| Active Conservation | $7,200 | — | $0 | $7,200 | — | $0 | — | $0 |
| Reuse[2] | | | $0 | | 90,000 | $0 | 90,000 | |
| **Total** | | 240,000 | $1,600,000,000 | | 560,000 | $14,000,000,000 | 800,000 | $15,000,000,000 |

[1]   Costs for the Rio Grande and North Platte Basins are the same as the West Slope and are integrated with the West Slope for the purpose of this cost analysis.

[2]   The costs of reuse are incorporated into the costs associated with agricultural transfers or new supply development.

While there is general agreement that the status quo is not desirable and that a mix of solutions will be needed, there is not agreement on the specific quantities of water that will be needed for each strategy. However, there is agreement that in order to balance meeting municipal, agricultural, and nonconsumptive needs, Colorado will need a mix of new water supply development for West Slope and East Slope uses, conservation, completion of IPPs, and agricultural transfers. The CWCB and IBCC have agreed that all parts of this four-pronged framework are equally important and should be pursued concurrently.

In addition to meeting M&I needs, state funding will continue to be needed to meet agricultural and environmental water supply needs. Without a mechanism to fund environmental and recreational enhancement beyond the project mitigation measures required by law, conflicts among M&I, agricultural, recreational, and environmental users could intensify.

The ability of smaller, rural water providers and agricultural water users to adequately address their existing and future water needs is also significantly affected by their financial capabilities, and many of them rely on state funding to help meet their water supply needs.

# Recommendations

With the completion of SWSI 2010, CWCB has updated its analysis of the state's water supply needs and recommends Colorado's water community enter an implementation phase to determine and pursue solutions to meeting the state's consumptive and nonconsumptive water supply needs. This will be accomplished through the following recommendations.

These recommendations do not necessarily represent a statewide consensus. The CWCB has deliberated on the information contained in SWSI 2010 and has put forth its view of how to move forward. Section 8 or this report provides additional detail on each recommendation.

1.   Actively encourage projects to address multiple purposes, including municipal, industrial, environmental, recreational, agricultural, risk management, and compact compliance needs.

2.   Identify and utilize existing and new funding opportunities to assist in implementing projects and methods to meet Colorado's consumptive and nonconsumptive water supply needs.

3.   Continue to lead the dialogue and foster cooperation among water interests in every basin and between basins for the purpose of





BLM_0160919

implementing solutions to Colorado's water supply challenges.

4.  Support water project proponents and opponents in resolving conflict and addressing concerns associated with implementing IPPs that will reduce the M&I water supply gap. Identify IPPs that could be implemented by 2020.

5.  Support meeting Colorado's nonconsumptive water needs by working with Colorado's water stakeholders to help:

    ▪ Promote recovery and sustainability of endangered, threatened, and imperiled species in a manner that allows the state to fully use its compact and decreed entitlements.

    ▪ Protect or enhance environmental and recreational values that benefit local and statewide economies.

    ▪ Encourage multi-purpose projects that benefit both water users and native species.

    ▪ Pursue projects and other strategies, including CWCB's Instream Flow Program, that benefit consumptive water users, the riparian and aquatic environments, and stream recreation.

    ▪ Recognize the importance of environmental and recreational benefits derived from agricultural water use, storage reservoirs, and other consumptive water uses and water management.

6.  Help meet Colorado's agricultural water supply needs by incorporating agricultural water needs into the development of water supply portfolios and supporting the implementation of multi-purpose agricultural water supply projects.

7.  In order to determine the appropriate combination of strategies (IPPs, conservation, reuse, agricultural transfers, and the development of new water supplies) and portfolios to meet the water supply needs, CWCB will identify what it considers is

achievable for each portfolio element and how those portfolio elements could be implemented.

8.  Evaluate multi-purpose projects or packages of projects to develop new water supplies for use on the West Slope and the Front Range.

9.  Develop and support risk management strategies so that Colorado can fully use its compact and decree entitlements to best balance Colorado's diverse water needs.

10. Support, encourage, and incentivize water providers in planning for and implementing M&I active conservation best management practices and other demand management strategies.

11. Work with water providers to identify opportunities where additional water could be made available by increased regional cooperation, storage, exchanges, and other creative opportunities.

12. Continue the evaluation of Colorado's water supply availability in all basins to help provide water users with viable analysis tools.

13. Help safeguard Colorado's water supply during times of drought by incorporating drought mitigation and response in statewide and local water supply planning.

14. Support local water supply planning.

15. The CWCB, in consultation with other state agencies, shall develop and implement a plan to educate and promote stewardship of water resources that recognizes water's critical role in supporting the quality of life and economic prosperity of all Coloradoans.

16. Establish a 6-year planning cycle for assessing Colorado's long-term consumptive and nonconsumptive water needs and support the implementation of projects and methods to meet those needs.





ES-41

THIS PAGE INTENTIONALLY LEFT BLANK

BLM_0160921

# Section 1
# Introduction



## 1.1  Introduction to the SWSI 2010 Update

The last decade brought many changes to the state of Colorado's water supply outlook. Despite the recent economic recession, the state has experienced significant population growth, and Colorado's population is expected to nearly double within the next 40 years. Colorado needs to provide an adequate water supply for its citizens and the environment, yet Colorado is transitioning from an era of undeveloped resources to an era of managing a more developed resource. Meeting the state's municipal, industrial, agricultural, environmental, and recreational water needs will involve implementing a mix of local water projects and processes, conservation, reuse, agricultural transfers, and the development of new water supplies, all of which should be pursued concurrently. Ultimately, the future of Colorado—both its vibrancy and its beauty—is dependent on how our water resources are sustained, used, and developed.

To help understand and address these trends, the Colorado Water Conservation Board (CWCB or Board) undertook a number of important initiatives. The CWCB is statutorily charged to conserve, protect, manage, and develop Colorado's water resources for current and future generations. In advancing this mission, the CWCB helps ensure that water is utilized to meet the needs of Colorado's citizens while protecting the environment.

In the last few years, state leaders and resource management agencies have increasingly focused on helping ensure that Colorado has an adequate water supply for its citizens, agriculture, and the environment. In 2003, the Colorado General Assembly recognized the critical need to understand and better prepare for our long-term water needs and authorized the CWCB to implement the Statewide Water Supply Initiative (SWSI). SWSI 1, approved by the Board in 2004, was a comprehensive identification of Colorado's current and future water needs, and it examined a variety of approaches Colorado could take to meet those needs. SWSI 1 implemented a collaborative approach to water resource issues by establishing "basin roundtables"—diverse groups of individuals representing water interests who provide input on water issues.

This was followed by SWSI 2, which established four technical roundtables—Conservation, Alternative Agricultural Water Transfers, Environmental and Recreational Needs, and Addressing the Water Supply Gap. The overall goal of SWSI 2 was to develop a range of potential solutions that would help water providers, policymakers, and stakeholders gain a deeper understanding of the relative role that water efficiency, agricultural transfers, and new water development can play in meeting future needs and the trade-offs associated with these solutions.

**Index**

| | | |
|---|---|---|
| 1.1 | Introduction to the SWSI 2010 Update | p. 1-1 |
| 1.2 | CWCB History and Mission | p. 1-3 |
| 1.3 | Overview of the Water for the 21st Century Act | p. 1-5 |
| 1.4 | Background on Colorado's Major River Basins | p. 1-7 |
| 1.5 | Overview of Report | p. 1-16 |
| 1.6 | Acknowledgements | p. 1-17 |





BLM_0160922

In 2005, the legislature reaffirmed the need to prepare for a future in which water resources are increasingly limited by passing the Colorado Water for the 21st Century Act. This legislation institutionalized nine basin roundtables and created a voluntary, collaborative process to help the state address its water challenges. This process is based on the premise that Coloradoans can work together to address the water needs within the state.



*Figure 1-1 Colorado's nine basin roundtables provide a voluntary and collaborative process to help the state address its water challenges*

Figure 1-1 illustrates the nine basin roundtables, which were organized to represent Colorado's eight major river basins and a separate basin roundtable for the Denver Metro area. The Yampa-White, Colorado, Gunnison, and Southwest Basin Roundtables are all based on tributaries to the Colorado River. The North Platte, Metro, and South Platte Basin Roundtables represent watersheds tributary to the Platte River. The Arkansas and Rio Grande Basin Roundtables are the headwaters of these river systems.

In addition to the nine basin roundtables, the Colorado Water for the 21st Century Act established the 27-member Interbasin Compact Committee (IBCC) to facilitate conversations between basins and to address statewide issues. The IBCC established its charter in 2006, which was soon ratified by Colorado's General Assembly. The charter outlines the roles of the IBCC—to provide a "framework that creates incentives for successful deliberations, agreements, and their implementation." To help advance this role, the IBCC embarked on a visioning process, through which the IBCC, CWCB, and basin roundtables agreed to evaluate water demand and supply strategies that could help address Colorado's water supply future.

## 1.2  Purpose of SWSI 2010 Update

SWSI 2010 is intended to enhance the available information on Colorado's water supply future and to be used for general statewide and regional water supply planning. SWSI 2010 is not intended to take the place of local water planning initiatives or project-specific analysis. Rather, it is a forum to develop a common understanding of existing and future water supplies and demands throughout Colorado and to identify possible means of meeting Colorado's consumptive and nonconsumptive water needs.

Overall, the mission of SWSI is—*To help Colorado maintain adequate water supplies for its citizens, agriculture, and the environment through a mix of solutions, all of which should be pursued concurrently.*

SWSI 2010 is intended to incorporate and summarize the work of the basin roundtables. The basin roundtables are charged with developing their consumptive and nonconsumptive water supply needs assessments and identifying projects and methods to meet those needs. These needs assessments are the basis for the CWCB's SWSI 2010 update, making SWSI 2010 the first comprehensive update to incorporate the work of the basin roundtables.

The CWCB, through SWSI and future efforts, will help support and identify solutions to meet the state's water supply needs. To help attain this goal, SWSI 2010 looks beyond the original 2030 projections and summarizes the results out to 2050 by river basin, including:

- Extending the municipal and industrial (M&I), self-supplied industrial, and agricultural water supply demands to 2050 and incorporating the demand-reducing effects of passive conservation



- Developing more thorough analyses and understanding of nonconsumptive needs in each basin
- Evaluating water supply availability in the Colorado River Basin
- Increasing understanding of identified projects and methods for meeting future water supply needs
- Evaluating implementation elements associated with identified projects, water conservation, agricultural transfers (both permanent and nonpermanent), and development of new water supplies
- Developing representative costs for water supply strategies

This report helps to address the many changes the last decade has brought to Colorado's water supply outlook. When utilized as a statewide planning tool, SWSI 2010 will allow water providers, state policy makers, and the General Assembly to make informed decisions regarding the management and use of Colorado's surface water and groundwater resources.

While this is the most comprehensive picture of Colorado's future water needs the state has ever had, SWSI is an "initiative." This report will be broken out into needs assessment reports for each of the basin roundtables in the first half of 2011, incorporating more detail. SWSI will be used as a living document and the CWCB will continue to develop and incorporate the best information available. However, with this SWSI 2010 update, the CWCB has confirmed and updated its analysis of the state's water supply needs and recommends that Colorado's water community enter an implementation phase to determine and pursue solutions to meeting the state's consumptive and nonconsumptive water supply needs.

## 1.3  CWCB History and Mission

As the lead agency for SWSI, the CWCB plays a critical role in establishing water policy in Colorado. Created in 1937, the CWCB's Mission is to:

### *Conserve, Develop, Protect and Manage Colorado's Water for Present and Future Generations*

The CWCB furthers this mission by developing and implementing programs to:

- Conserve the waters of the state for wise and efficient beneficial uses
- Develop waters of the state to:
  — Preserve the natural environment to a reasonable degree
  — Fully utilize state compact entitlements
  — Help ensure that Colorado has an adequate water supply for our citizens and the environment by implementation of CWCB adopted mission statements and the findings and recommendations identified SWSI 1
- Protect the waters of the state for maximum beneficial use without waste
- Manage the waters of the state in situations of extreme weather conditions—both for floods and droughts

These fundamental goals apply to all of the major programs and projects undertaken by the CWCB.

> **With more than 40 staff members, the CWCB has eight major sections:**
> 1. Administration and Management
> 2. Finance
> 3. Interstate and Federal
> 4. Office of Water Conservation and Drought Planning
> 5. Stream and Lake Protection
> 6. Water Information
> 7. Water Supply Planning
> 8. Watershed and Flood Protection



BLM_0160924

The CWCB consists of 10 voting and 5 nonvoting members, identified in Table 1-1. The Governor appoints one representative Board member from each of the state's eight major river basins and one representative member from the City and County of Denver. All appointees are subject to Senate confirmation and serve 3-year terms. The Executive Director of the Department of Natural Resources (DNR) is an ex-officio, voting member of the Board. The Director of the CWCB, the State Engineer, the Attorney General, the Director of the Colorado Division of Wildlife, and the Commissioner of the Colorado Department of Agriculture are ex-officio, nonvoting members.

**Table 1-1 2010 CWCB Board Members**

| Board Member | Basin/ Representation | Term | Type of Member |
|---|---|---|---|
| Reed Dils | Arkansas River | 2008-2011 | Appointed |
| John D. Redifer | Colorado River Mainstem | 2010-2013 | Appointed |
| Barbara Biggs | City and County of Denver | 2010-2013 | Appointed |
| John H. McClow | Gunnison-Uncompahgre River | 2009-2012 | Appointed |
| Carl Trick | North Platte River | 2009-2012 | Appointed |
| Travis Smith | Rio Grande River | 2008-2011 | Appointed |
| April Montgomery | San Miguel, Dolores, Animas, and San Juan Rivers | 2009-2011 | Appointed |
| Eric Wilkinson, Vice Chair | South Platte River | 2009-2012 | Appointed |
| Geoff Blakeslee, Chair | Yampa-White Rivers | 2010-2013 | Appointed |
| Mike King, Executive Director | Department of Natural Resources | | Ex-Officio |
| John Stulp, Commissioner | Department of Agriculture | | Nonvoting Ex-Officio |
| Jennifer Gimbel, Director | Colorado Water Conservation Board | | Nonvoting Ex-Officio |
| Tom Remington, Director | Colorado Division of Wildlife | | Nonvoting Ex-Officio |
| Dick Wolfe, State Engineer | Division of Water Resources | | Nonvoting Ex-Officio |
| John Suthers | Attorney General | | Nonvoting Ex-Officio |

To the greatest extent possible, Board appointees are persons experienced in water resource management; water project financing; engineering, planning, and development of water projects; water law; irrigated farming; and/or ranching. No more than five appointees can be members of the same political party.

**The role of the Board is defined in statute (C.R.S. 37-60) and includes:**
- Establishing policy to address state water issues
- Exercising the exclusive authority of the Board to hold instream and natural lake level water rights to protect and improve the environment
- Mediating and facilitating resolutions of disputes between basins and water interests
- Maintaining and upholding fiduciary responsibilities related to the management of state resources including, but not limited to, the Construction Fund and the Severance Tax Trust Fund
- Representing citizens within individual basins
- Identifying, prioritizing, and implementing water development projects to be funded using its funds and when necessary, recommending such projects for approval by the General Assembly
- Making Findings and Recommendations concerning applications for water rights for Recreational In-channel Diversions and defending its decisions in water courts
- Making decisions regarding Watershed Protection Fund grants, upholding fiduciary responsibilities related to the fund and implementing its own river restoration projects designed to help the CWCB accomplish its mission
- Provide technical support for the Water for the 21st Century Act
- Administering the Water Supply Reserve Account Grant Program





BLM_0160925

## 1.4  Overview of the Water for the 21st Century Act

As described previously, in 2005 the Colorado General Assembly passed the Colorado Water for the 21st Century Act (House Bill [HB] 05-1177). This legislation set up a framework that provides a permanent forum for broad-based water discussions, and it created two new structures—1) the IBCC, a statewide committee that addresses issues between basins; and 2) the basin roundtables, which were established in each of the state's eight major river basins plus the Denver Metro area. The purpose of the basin roundtables is to facilitate discussions on water issues and encourage locally driven collaborative solutions. The broad-based, collaborative nature of this process is reflected in the basin roundtable membership (see Section 1.7.2 and Appendix A).

> The purpose of the basin roundtables is to facilitate discussions on water issues and encourage locally driven collaborative solutions.

To help the basin roundtables accomplish their major responsibility of developing basinwide needs assessments, they have relied on groundwork completed during the SWSI Phase 1 study. To further develop their needs assessments, support water activities in each of the basins, and implement identified water projects and methods, it was clear that the basin roundtables needed staff support as well as technical and financial assistance. Using resources provided through HB 06-1400, the CWCB provides staff support and technical assistance to the basin roundtables and the IBCC for the ongoing implementation of the Colorado Water for the 21st Century Act. The basin roundtables were also provided financial resources through Senate Bill (SB) 06-179, which established the Water Supply Reserve Account (WSRA). The WSRA appropriates money to the CWCB to help implement the consumptive and nonconsumptive water supply projects and methods identified by the basin roundtables. These bills and other relevant legislation are summarized below.

---

**SB03-110** authorized SWSI 1, which implemented a collaborative approach to water resources issues by establishing SWSI roundtables. SWSI 1 focused on using a common technical basis for identifying and quantifying water needs and issues.

**HB05-1177** or The Colorado Water for the 21st Century Act provides a permanent forum for broad-based water discussions. It creates two new structures: 1) the IBCC, and 2) the basin roundtables. There are nine basin roundtables based on Colorado's eight major river basins and the Denver Metro area.

**SB06-179** created the WSRA. Throughout SWSI and Colorado Water for the 21st Century Act processes, there has been a clear recognition that financial assistance is needed to address the water challenges in our state. This legislation funds the WSRA, which directs the State Treasurer to annually transfer $10 million from the Operational Account of the Severance Tax Trust Fund to the WSRA. These monies are available to the basin roundtables to fund water activities.

**HB06-1385** created the CWCB's Intrastate Water Management and Development Section, which implements SWSI, the WSRA, develops reconnaissance level water supply alternatives, and tracks and supports water supply projects and planning processes. This section is now called the Water Supply Planning Section.

**HB06-1400** appropriated money to the CWCB to fund staffing of the Water for the 21st Century Act process and monies for a contractor to technical assistance the basin roundtables.

**SB09-106** authorized the funding of the WSRA in perpetuity.

---



BLM_0160926

## 1.4.1  Basin Roundtable Process

Basin roundtables are legislatively required to be made up of a diverse set of stakeholders, including representatives from counties, municipalities, water conservancy districts, the environmental and recreational communities, agriculture, and industry. A full list of basin roundtable members is provided in Appendix A. The responsibilities of the basin roundtables can be grouped into three categories—procedural, substantive, and public involvement. Each basin roundtable adopted bylaws that include the basin roundtable's goals, objectives, and operating procedures. These bylaws reflect the specific needs of the basin roundtable and reflect the uniqueness of each basin. Each basin roundtable developed procedures and selected two members of the IBCC.

The most extensive substantive responsibility assigned to each basin roundtable is to develop a basinwide water needs assessment. This is performed in cooperation with local governments, area water providers, and other stakeholders. The Colorado Water for the 21st Century Act states "Using data from the Statewide Water Supply Initiative and other appropriate sources and in cooperation with the ongoing Statewide Water Supply Initiative, develop:"

- An assessment of consumptive water needs (municipal, industrial, and agricultural)

- An assessment of nonconsumptive water needs (environmental and recreational)

- An assessment of available water supplies (surface and groundwater) and an analysis of any unappropriated waters

- Proposed projects or methods to meet any identified water needs and achieve water supply sustainability over time

Equally important to selecting members of the IBCC and developing a basinwide water needs assessment, the basin roundtables serve as a forum for public involvement. The basin roundtable activities are required by law to be open, public meetings. The basin roundtable process creates an expanded foundation for public involvement.

This SWSI 2010 Report is largely based on basin roundtables' water needs assessments. This report is summary in nature and is intended to summarize water needs at a statewide level. The basin roundtable needs assessment reports will be more detailed and provide information at a finer level of detail than the contents of this report.

> During the first part of 2011, CWCB will work with the basin roundtables to use information from this report and other basin roundtable needs assessments studies to finalize their individual basin roundtable needs assessments reports.

## 1.4.2  Interbasin Compact Committee

The other structure created by the Colorado Water for the 21st Century Act is the IBCC. This is a 27-member committee established to facilitate conversations between basins and to address statewide issues. The IBCC brings the issues of each basin roundtable to a statewide forum.

The Colorado Water for the 21st Century Act gives the IBCC a series of responsibilities. These include establishing bylaws, developing a charter, helping oversee the WSRA program, and creating a Public Education and Outreach Working Group.

During 2005 and 2006, the IBCC established bylaws to govern its operations and actions. In addition, during this timeframe the IBCC developed a Charter to "govern and guide compact negotiations between basin roundtables." The Charter includes:

SWSI
Statewide Water Supply Initiative

- A framework and principles to guide negotiations between basin roundtables, including policies to ensure that individual compacts do not conflict with one another.

- Procedures for ratification of compacts, including a mandatory provision that every affected basin roundtable must approve the draft compact.

- Authorities and procedures to ensure that approved compacts are legally binding and enforceable.

- Procedures for integrating the interbasin compact processes with other water planning and development processes, except that no provision may supersede, impair, or modify any local government's "authority, jurisdiction, or permitting powers."

The IBCC also established a Public Education and Outreach Working Group to ensure public education and participation concerning both the activities of the IBCC and compact negotiations between basin roundtables.

# 1.5 Background on Colorado's Major River Basins

Eight major river basins drain Colorado, all with their headwaters in the high mountains of the Continental Divide, as shown in Figure 1-2. Rivers east of the Continental Divide flow ultimately into the Gulf of Mexico, while the western rivers find their way, via the Colorado River, to the Gulf of California and the Pacific Ocean. The interrelationship of these eight river basins is described below in the context of four major river systems originating in Colorado. In addition, a general overview of the prior appropriation system of water allocation and other facets of Colorado water law is provided in Appendix B.

## 1.5.1 Colorado River System Basins

The Colorado River system (including tributary basins) drains over one-third of the state's area. Originating in the north central mountains, the mainstem of the Colorado River flows southwesterly and is met at Grand Junction by the Gunnison River before flowing west into Utah. The Yampa River and the White River move westward across the northwest quadrant of the state to the Utah border where they join the Green River, another tributary of the Colorado. The San Miguel River and the Dolores River begin near the southwestern corner and travel north along the western border and into Utah. The San Juan River and its tributaries collect the water in the southernmost regions west of the Continental Divide and carry it into New Mexico.



*Figure 1-2 Colorado's Eight Major River Basins*

Less than 20 percent of the entire Colorado River Basin lies inside Colorado, but about 75 percent of the water in the entire river basin originates in the state. Over 60 percent of the land in the combined Colorado River and tributaries basin is federal land. In the state of Colorado, transbasin diversions account for about 5 percent of the total water supply, or about 500,000 acre-feet/year (AFY). Most of these transbasin diversions move water from west to east to supply the Front Range.



BLM_0160928

Allocations of water in the Colorado River Basin and its tributaries are subject to the following interstate compacts and international treaties:

- **Colorado River Compact of 1922** – Allocates 7.5 million acre-feet (AF) of consumptive use (CU) annually to both the Upper and Lower Colorado River Basins, with the basin dividing point located at Lee Ferry, Arizona. The compact requires the Upper Basin (Colorado, New Mexico, Utah, and Wyoming) not to deplete the average flow below 75 million AF to the Lower Basin (Arizona, California, and Nevada) during any consecutive 10-year period.

- **Rio Grande, Colorado, and Tijuana Treaty of 1945 between the United States and Mexico** – Guarantees the delivery of 1.5 million AF of Colorado River water to Mexico each year, except in the event of extraordinary drought or serious accident to the irrigation system in the United States, in which case the United States may deliver less water to Mexico.

- **Upper Colorado River Basin Compact of 1948** – Allocates the Upper Basin's apportionment between the four Upper Basin states on a percentage basis. Colorado is entitled to 51.75 percent of the Upper Basin's apportionment. Additionally, the Colorado may not deplete the flow in the Yampa River below an aggregate of 5 million AF over any 10-year period.

Depending upon the interpretation of the compacts, other laws, and the long-term hydrology of the Colorado River system, Colorado's right to the amount of water that can be consumed under the compacts may range from 3,079,000 AFY to 3,855,000 AFY. Colorado's existing CU of Colorado River system water is estimated to be in the range 2,417,000 AF to 2,634,000 AF (CWCB 2009).

### 1.5.1.1   Colorado River Basin

The Colorado River Basin encompasses approximately 9,830 square miles. Elevations in the basin range from greater than 14,000 feet in the headwaters areas to about 4,300 feet at the Colorado-Utah state line.



*Colorado River*

The basin's mountainous upper reaches gradually give way to a series of canyons and gentler terrain as the river flows along the Interstate 70 corridor toward Grand Junction, the Grand Mesa, and the Utah border.

A substantial portion of the basin is comprised of federally-owned land. Rangeland and forest are the predominant land uses in the Upper Colorado River Basin (about 85 percent). Forested land is present throughout many parts of the basin. Livestock grazing, recreation, and timber harvest are the predominant uses of the federal lands. Active and inactive mines can be found in the basin; coal mining occurs in the central portion of the Roaring Fork River Valley and in the lower Colorado River Valley.

The Colorado River Basin will face several key points and challenges with respect to water management issues and needs over the next 40 years, some of which are identified as follows:

- Recreation and the environment are key drivers in the basin and are important for economic health and quality of life.

- Agriculture is important in the basin, especially in the lower basin (Grand Valley).


SWSI
Statewide Water Supply Initiative

BLM_0160929

- The success of the Upper Colorado River Endangered Fish Recovery Program is important. The Upper Colorado River Endangered Fish Recovery Program is designed to address the recovery needs of the Colorado River endangered fish while protecting existing water uses and allowing for the future use of Colorado River water in compliance with interstate compacts, treaties, and applicable federal and state law.

- There is concern over a potential compact shortage during severe and sustained drought and potential impacts to in-basin supplies.

- The development of water rights associated with transbasin projects are a concern, and their effect on in-basin supplies must be considered.

- Water quality is a concern, particularly related to selenium and salinity issues.

### 1.5.1.2  Gunnison River Basin

The Gunnison River Basin stretches over 8,000 square miles of western Colorado, extending from the Continental Divide to the confluence of the Gunnison and Colorado Rivers near Grand Junction. The Gunnison River Basin is defined by the Elk Range to the north, the Sawatch Range to the east, the San Juan Mountains to the south, and the Uncompahgre Plateau to the southwest. Water traveling from the headwaters to Grand Junction encounters greater than 9,500 feet of elevation change.



The Gunnison River Basin is largely forested. Forest area is distributed throughout the basin and covers approximately 52 percent of the total basin area. About 5.5 percent of the land in the basin is classified as planted/cultivated land and is concentrated in the Uncompahgre River Valley between Montrose and Delta, with additional concentrations near Gunnison and Hotchkiss.

*Gunnison River*

Several water management issues and needs have been identified that will present challenges to Gunnison River Basin water users over the next 40 years, summarized as follows:

- Growth in the headwaters will require additional water management strategies.

- Addressing agricultural water shortages in the upper portion of the basin is an important goal of the community; lack of financial resources is an impediment.

- There is concern over possible future transbasin diversions and the effect this might have on the basin's future.

- Resolving federal issues is a priority, including the completion of the Blue Mesa Reservoir/Aspinall Unit reoperations environmental impact statement, addressing endangered species issues in the Gunnison River near the confluence with the Colorado River mainstem, and developing a selenium management plan.

- The area between Ouray and Montrose is rapidly growing. Tourism is important in the headwaters areas, but agriculture is dominant in the Uncompahgre Valley. A rapid influx of retirees and growth in the Uncompahgre Valley may dramatically change the agricultural uses and other land uses in the area.


Statewide Water Supply Initiative

BLM_0160930

Section 1 ● Introduction

### 1.5.1.3  Yampa River, White River, and Green River Basins

The Yampa River, White River, and Green River Basins cover roughly 10,500 square miles in northwest Colorado and south-central Wyoming. The basin is defined in part by the Continental Divide on the east.



*Yampa River*

The elevations in the basin range from 12,200 feet (Mount Zirkel) in the Sierra Madre range to about 5,100 feet at the confluence of the Yampa and Green Rivers at Echo Park within Dinosaur National Monument. The basin contains diverse landforms including steep mountain slopes, high plateaus, rolling hills, incised sandstone canyons, and broad alluvial valleys and floodplains.

Large portions of the basin are federally-owned lands. Livestock, grazing, and recreation are the predominant land uses in the basin. Steamboat Springs is a destination ski resort and is likely to experience continued rapid population growth. Near the Towns of Craig, Hayden, Steamboat Springs, Yampa, and Meeker, much of the land is dedicated to agricultural use. The mountains are densely covered by forest. The valleys and plateaus are mostly covered by shrubland and are also dotted with forest.

For the Yampa River, White River, and Green River Basins, key water management issues and needs of the next 40 years include the following:

- The emerging development of gas and oil shale resources is impacting water needs both for the direct production needs and the associated increase in municipal use.

- Agriculture, tourism, and recreation are vital components of this basin's economy.

- Industrial uses, especially power production, are a major water use. Future energy development is less certain.

- While rapidly growing in some areas (Yampa River/Steamboat Springs area), the basin is not developing as rapidly as other portions of the state. This has led to concern that the basin will not get a "fair share" of water use afforded to Colorado under the Colorado River Compact in the event of a compact call.

- Implementation of a successful Upper Colorado River Endangered Fish Recovery Program is vital to ensuring protection of existing and future water uses.

- Agricultural producers in the basin would like to increase the amount of irrigated land by 14,000 to 18,000 acres, but the lack of financial resources is an impediment.

### 1.5.1.4  Dolores River, San Juan River, and San Miguel River Basins

The Dolores River, San Juan River, and San Miguel River Basins are located in the southwest corner of Colorado. It covers an area of approximately 10,169 square miles. The Upper San Juan River and its tributaries flow through two Native American reservations—the Ute Mountain Ute Reservation and the Southern Ute Indian Reservation—in the southern portion of the basin.

The terrain of the Dolores River Basin consists of high plateaus with deeply incised canyons and dry arroyos. Elevations in the Dolores River Basin range from about 14,200 feet near the Dolores River headwaters to 4,100 feet at its confluence with the Colorado River in Utah. The San Juan River Basin is characterized by rugged terrain, including mesas, terraces, escarpments, canyons, arroyos, and

**CDM**



mountains. Elevations in the San Juan River system range from greater than 14,000 feet in the headwaters areas of the Animas and Los Piños Rivers down to 4,500 feet where the Mancos River exits the state just east of the Four Corners.

Land use in the region is highly variable and often reflects a conflict between historic and modern uses, although three-quarters of the basin consists of forest and shrubland. Agriculture and ranching predominate in the lower elevations of Dolores, San Miguel, and Montrose Counties as they have for many generations. Tourism and recreation have become more prevalent in the region as the Animas, Piedra, Dolores, and San Miguel Rivers offer both fishing and rafting opportunities. Montezuma and La Plata Counties are dominated by agriculture, grassland, and forested land use types.



*Dolores River*

In addition to the three compacts governing water use across the broader Colorado River Basin, there are other compacts specific to the Dolores/San Juan/San Miguel region:

- **La Plata River Compact of 1922** – Apportions the La Plata River between Colorado and New Mexico.

- **Animas-La Plata Project Compact of 1969** – The right to store and divert water for use in New Mexico under this project shall be of equal priority to rights granted under Colorado court decrees for uses in Colorado from the project.

- **The Colorado Ute Indian Water Rights Settlement Act of 1988** – Settles the reserved water right claims of the Southern Ute and Ute Mountain Tribes on all streams that cross the Reservations of the two tribes, with respect to quantity, priority, and administration.

Identified water management issues and needs that the region's water users are anticipated to face over the next 40 years are summarized as follows:

- This multiple-basin area of the state is extremely diverse and is experiencing changing demographics

  — The Pagosa Springs-Bayfield-Durango corridor is rapidly growing, has areas of localized water shortages, and is transitioning from mining and agriculture to tourism/recreation, and a retirement/second home area.

  — The Cortez area remains strongly agricultural but is also seeing rapid growth with retirees moving to the area.

  — The San Miguel area is a mix of recreation and tourism along with a strong desire to maintain agriculture.

- The Upper Colorado River Endangered Fish Recovery Program and the San Juan River Basin Recovery Implementation Program are designed to work cooperatively to address the recovery needs of the Colorado River endangered fish while protecting existing water uses and allowing for the future use of Colorado River water in compliance with interstate compacts, treaties, and applicable federal and state law, i.e., "The Law of the Colorado River."

- Overall, water supply is available, but getting sufficient infrastructure and water distribution will be a key challenge.


Statewide Water Supply Initiative



BLM_0160932

- The Colorado River Compact places pressure on uses of the San Juan River because New Mexico's primary source of supply for its Upper Colorado River Basin Compact apportionment is the San Juan River.

## 1.5.2  South Platte River, Republican River, and North Platte River Basins

### 1.5.2.1  South Platte River Basin

The South Platte River drains the most populous section of the state and serves the area with the greatest concentration of irrigated agricultural lands. This basin (including the Republican River Basin, described below) comprises about 27,660 square miles in northeast Colorado.

The topographic characteristics of the South Platte Basin are diverse. Its waters originate chiefly in the mountain streams along the north half of the Front Range of the Eastern Slope, where elevations are about 11,500 feet. After emerging from the mountains southwest of the Denver metropolitan area, the main stream moves north through the Denver urban area, then east across the High Plains. The South Platte River crosses the Colorado-Nebraska state line near Julesburg at an elevation of about 3,400 feet and merges with the North Platte River in southwestern Nebraska to form the Platte River.



**South Platte River**

Approximately one-third of the South Platte Basin land area is publicly owned, and the majority of these lands are forest areas in the mountains. Western portions of the basin and its montane and subalpine areas are primarily forested, while the High Plains region is mainly grassland and planted/cultivated land. This includes the Pawnee National Grassland.

The South Platte River Compact of 1923 establishes Colorado's and Nebraska's rights to use water in Lodgepole Creek and the South Platte River. Water supply in the South Platte Basin is supplemented by transbasin diversions from the Colorado River Basin and to a lesser degree from the Arkansas and North Platte River Basins. Here, new industry and rapidly expanding urbanized areas compete with agriculture for the same supplies of water.

The South Platte Basin will face several key points and challenges with respect to water management issues over the next 40 years, identified as follows:

- The South Platte Basin is Colorado's most diverse and industrialized basin. Agriculture is still a dominant water use but rapid changes are occurring; the impacts to rural communities are a key concern.

- Competition for water is significant and it is unclear how much competition there is for the same water supplies.

- The success of the Upper Colorado River Endangered Fish Recovery Program for Colorado River endangered fish is important because this program provides Endangered Species Act (ESA) coverage for transbasin diversions.

- The success of the Platte River Recovery Implementation Program (PRRIP) for endangered birds and fish is important because the program provides ESA coverage for water depletions in the Platte River Basin.





BLM_0160933

- The lack of new major water storage in recent decades (aside from the recent construction of Reuter-Hess Reservoir) has led to reliance on nonrenewable groundwater in Douglas and Arapahoe Counties in the South Platte Basin. Explosive growth in these counties coupled with the lack of surface water supplies led to the creation of multiple small water districts and makes coordinated water development a challenge and less efficient, especially in light of limited renewable surface water supplies.

- Water reuse and conservation are major components to meeting future water needs, but this will put added pressure on agriculture as return flows diminish.

- The urban landscape is very important to the economy and an important component of quality of life.

- Transfers of agricultural water rights to M&I use will continue to be a significant option for meeting future needs.

### 1.5.2.2 Republican River Basin

The Republican River drains approximately 7 percent of the state's area in northeastern Colorado. The area is predominantly agricultural. Water supplies in the basin come from the Republican River and its tributaries, but the primary source of water is groundwater from the Northern High Plains Aquifer, also known as the Ogallala Aquifer.



The Republican River Compact of 1942 establishes the rights of Colorado, Nebraska, and Kansas to water in the Republican River Basin and makes specific allocations of the right to make beneficial CU of water from identified streams. In late 2002, the Republican River Basin completed the settlement of a lawsuit between Kansas and Nebraska, which eventually also included Colorado. In general, the lawsuit resulted in the need to reduce some of the CU in the basin in Colorado. The

*Republican River*

Colorado State Engineer is responsible for administering the terms of the settlement. The Republican River Water Conservation District (RRWCD) was created by the Colorado State Legislature in 2004 to assure local involvement in the state's pursuit of Compact compliance (RRWCD 2010). There is pending arbitration (and potential litigation) resulting from the 2002 settlement; the resolution of these issues will be important to the basin and to the state.

### 1.5.2.3 North Platte River Basin

The North Platte River Basin is located in north-central Colorado in Jackson County and a small portion of Larimer County. The basin covers an area of roughly 2,050 square miles. The North Platte River Basin in Colorado is bounded on the east by the Front Range, on the west by the Park Range, on the south by the Rabbit Ears Range, and on the north by the Colorado-Wyoming state line. The land surface elevation of the basin valley ranges between 8,000 feet and 9,000 feet.

Land use in the North Platte River Basin includes forest (46 percent) located on the edges of the basin boundaries, shrubland (24 percent), and grassland (17 percent). The shrubland is concentrated in the central portion of the basin. Grassland is typically found near the basin edges just below the forested areas. Agricultural areas generally are concentrated in the central basin, but also follow the basin's streams and rivers.



BLM_0160934

**Section 1** ● Introduction

A series of U.S. Supreme Court decisions govern interstate water use in the North Platte River Basin, as follows:



*North Platte River*

- **Nebraska v. Wyoming, 325 U.S. 589 (1945)** – Equitably apportions the water in the North Platte River between Colorado, Nebraska, and Wyoming. Imposes limits on Jackson County irrigated acreage, irrigation season storage, and exports from the Colorado River within Colorado.

- **Wyoming v. Colorado, 353 U.S. 953 (1957)** – Establishes the rights of Colorado and Wyoming to water in the Laramie River Basin; limits Colorado's total diversions and exports from the Laramie River.

The North Platte River Basin will face several key points and challenges with respect to water management issues and needs over the next 40 years, identified as follows:

- Storage, existing diversion structures, and water right use classification for the Town of Walden, Jackson County's only incorporated municipality.

- Forest management in light of the extensive mountain pine beetle epidemic and the potential damage to watersheds and water supplies from catastrophic wildland fire.

- Quantification of available unappropriated waters within the basin.

- Potential impacts from coal-bed methane development.

- Consumptive uses and high-altitude crop coefficients.

- Gaining knowledge and understanding of the South Platte Decision Support System, as it may affect the basin and historical documentation of irrigated acreage.

- It is important that endangered species issues on the Platte River in Central Nebraska are successfully resolved through the PRRIP in a manner that does not put pressure on water users to reduce existing uses.

- The equitable apportionment decrees on the North Platte and Laramie Rivers quantify the amount of available water and lands that can be irrigated.

### 1.5.3  Arkansas River Basin

The Arkansas River begins in the central mountains of the state near Leadville, at an elevation of more than 14,000 feet. It travels eastward through the southern part of Colorado toward the Kansas border, dropping over 10,000 feet to an elevation of 3,340 feet at the Colorado-Kansas state line. Several tributaries flow from the high southern mountains toward it from the southwest, and there is some drainage from the higher plains north of the main stream.

The Arkansas River Basin is spatially the largest river basin in Colorado, covering slightly less than one-third of the state's land area (28,268 square miles or 27 percent of the state's total surface area). Grassland and forest are the predominant land use types in the Arkansas River Basin, covering approximately 67 percent and 13 percent of the basin, respectively. Over 20 percent of the land is publicly owned. A high percentage of the land is devoted to agriculture and about one-third of this land is irrigated. Increasing urbanization is occurring in the Arkansas River Basin.

**CDM**


SWSI
Statewide Water Supply Initiative

BLM_0160935

The Arkansas River Compact of 1948 apportions the waters of the Arkansas River between Colorado (60 percent) and Kansas (40 percent) based on the opinion of the U.S. Supreme Court in Colorado v. Kansas, 320 U.S. 383 (1943). The primary tool for administering the Arkansas River Compact is the 1980 Operating Principles, which provide for storage accounts in John Martin Reservoir and the release of water from those accounts for Colorado and Kansas water users. Colorado and Kansas have litigated claims concerning Arkansas River water since the early 20th century. In 1995, Colorado was found to have depleted stateline flows in violation of the Compact through the use of tributary groundwater. As a result, the Colorado State Engineer promulgated well administration rules to bring Colorado into compliance with the compact, and Colorado compensated Kansas for damage claims (approximately $34 million).



*Arkansas River*

The Arkansas Basin will face several key points and challenges with respect to water management issues and needs over the next 40 years. Issues identified through the SWSI process are as follows:

- Arkansas River Compact requirements and existing uses and water rights result in little to no water availability for new uses.

- Growth in the headwaters region will present challenges in obtaining augmentation water for new demands.

- Concerns over agricultural transfers and its impact on rural economies are significant in the lower portion of the basin downstream of Pueblo Reservoir.

- Recreational in-channel diversions or water rights for recreation will have an impact on the development of augmentation plans for agricultural transfers.

- Concern over water quality and suitable drinking water are key concerns in the lower basin.

- The success of two major projects—the Southern Delivery System and the Arkansas Valley Conduit—is key to meeting future water needs.

- The urban landscape is very important to the economy and an important component to quality of life.

## 1.5.4  Rio Grande Basin

The Colorado portion of the Rio Grande drainage basin is located in south central Colorado and is comparatively small with less than 10 percent of the state's land area (approximately 7,543 square miles). The San Juan Mountains in the west, the Sangre de Cristo Range in the north and east, the Culebra Range in the southeast, and the Colorado-New Mexico state line in the south define the boundaries of the Rio Grande Basin within Colorado. Between the San Juans and the Sangre de Cristos lies the San Luis Valley, a primary feature of the Rio Grande Basin with an average elevation of about 7,500 feet.

Basinwide, land is about evenly divided between public and private ownership. However, the majority of the San Luis Valley is privately owned. The primary land use of more than 600,000 acres of the irrigated land is agricultural operations in the central portion of the basin, which constitutes the second largest potato producing region in the United States. Areas in the valley that are not irrigated are mostly classified as shrubland (24 percent) and grassland (31 percent). The San Juan and the Sangre de Cristo


Statewide Water Supply Initiative

CDM

BLM_0160936

mountain ranges are largely forested. The northern one-third of the basin is considered to be a "closed basin" and does not contribute any surface flows to the Rio Grande.



*Rio Grande River*

Interstate compacts and international treaties affecting water use in the Rio Grande Basin include the Rio Grande, Colorado, and Tijuana Treaty of 1945 between the U.S. and Mexico, the Rio Grande Compact of 1938, and the Amended Costilla Creek Compact of 1963. In particular, the Rio Grande Compact establishes Colorado's obligations to ensure deliveries of water at the New Mexico state line and New Mexico's obligation to assure deliveries of water at the Elephant Butte Reservoir, with some allowance for credit and debit accounts. The obligations are calculated based on the amount of flow at indexed stations, which then by schedule in the compact determines the amount of flow that must be delivered to the downstream state during that year. The compact establishes the Rio Grande Compact Commission to administer the terms of the compact. The commission consists of one representative from each state and a nonvoting federal representative.

The Rio Grande Basin will face several key points and challenges with respect to water management issues and needs over the next 40 years, identified as follows:

- The Rio Grande Compact and the effects of sustained drought make the objective of sustainability difficult.

- Agricultural groundwater use is currently at unsustainable levels.

- Economic impacts of reducing irrigation use of groundwater supplies will be difficult, but working on community-based solutions offers the best hope of minimizing the impacts.

- Rapid residential growth, especially in the South Fork area, is creating a need for augmentation of water supplies.

- Groundwater is a key component of water use in the basin for both M&I and agriculture.

## 1.6  Overview of Report

An overview of each report section is described below. The technical information developed for each section below involved significant input from the Basin Roundtables, CWCB Board, IBCC, and other stakeholders throughout Colorado.

- **Section 2** provides an overview of the **Nonconsumptive Needs Assessments** that have been completed by the basin roundtables. Each basin roundtable completed an extensive inventory of their environmental and recreational attributes and has summarized this information in focus area mapping.

- **Section 3** provides an overview of **Nonconsumptive Projects and Methods** that have been gathered by the CWCB and summary of how this information can be utilized by the basin roundtables in completing their needs assessments.

- **Section 4** summarizes the states' M&I and agricultural water demands into a statewide look at Colorado's **Consumptive Needs Assessments**. These consumptive demands utilize a planning horizon of the year 2050.





BLM_0160937

- In **Section 5**, projects and methods to meet consumptive needs are considered. As part of the summary, the **Projects and Methods to Meet Basins M&I Needs** are described at the basin level.

- The CWCB recently developed the draft Colorado River Water Availability Study (CRWAS). In **Section 6, Water Availability** is considered statewide including a summary of the analyses considered in CRWAS as well as water availability information developed by the Basin Roundtables as part of their basinwide needs assessments and during SWSI 1.

- During the last 5 years, the CWCB, Basin Roundtables, and IBCC have discussed **Portfolios and Strategies to Address the M&I Gap**. Results of this work are summarized in **Section 7**.

- **Section 8** describes the **Findings and Recommendations** from the last 5 years of technical work that will be considered and implemented by the CWCB in its next cycle of water supply planning.

## 1.7  Acknowledgements

This 2010 update to SWSI was made possible by the tireless dedication and vision of countless Coloradoans to find creative solutions to meeting the state's future water needs. Under the leadership of the CWCB Board, the basin roundtable process, the IBCC process, SWSI 1, and SWSI 2 efforts came together with SWSI 2010. The diverse group of stakeholders involved in the basin roundtables served as an invaluable resource in updating information on statewide and basin water supply needs as well projects and methods to meet those needs. Without the local, grassroots input from the basin roundtables, this update would not have been possible.

> This 2010 update to SWSI was made possible by the tireless dedication and vision of countless Coloradoans to find creative solutions to meeting the state's future water needs.

In addition, valuable progress and insight was provided by the IBCC. Members of the IBCC have volunteered innumerable hours in addressing the tough issues facing Colorado as we work to meet our future water needs. In 2010, Governor Bill Ritter challenged the IBCC to produce substantive recommendations on how Colorado can balance its future water needs. These efforts informed and strengthened SWSI 2010. The IBCC's determination to tackle the difficult trade-offs facing Colorado has significantly strengthened this report.

The critical leadership for SWSI 2010 came through the unwavering support of Board members and DNR leadership. The Board's time, energy, and engagement throughout the process was greatly appreciated. Members of the Board provided direction, gave constructive and timely feedback, and volunteered significant time for the effort. Past and present DNR directors, including Russell George, Harris Sherman, Jim Martin, and Mike King, also provided continuous support throughout the ongoing SWSI process. In addition, Alexandra Davis, the IBCC's Director of Compact Negotiations in 2010, focused the IBCC discussion to achieve progress on addressing the complicated issues raised by SWSI 1 and 2.

Finally, SWSI 2010 is the product of an immense and expedited effort from a large number of staff members at the CWCB and its consulting team, CDM. This effort was led by CWCB Director, Jennifer Gimbel along with Eric Hecox of CWCB's Water Supply Planning Section, and Sue Morea and Nicole Rowan from CDM. The team provided numerous comments, questions, and revisions to ensure the publication of an accurate and informative report.

CWCB Board members, basin roundtable leadership, and IBCC members are listed below.



BLM_0160938

## 1.7.1 2010 CWCB Board Members

Barbara Biggs, City and County of Denver
Geoff Blakeslee, Chair, Yampa-White Rivers
Reed Dils, Arkansas River
Jennifer Gimbel, Director, Colorado Water
  Conservation Board
Mike King, Executive Director, Department of
  Natural Resources
John H. McClow, Gunnison-Uncompahgre River
April Montgomery, San Miguel, Dolores,
  Animas, and San Juan Rivers
John D. Redifer, Colorado River Mainstem
Tom Remington, Director, Colorado Division of
  Wildlife
Travis Smith, Rio Grande River
John Stulp, Commissioner, Department of
  Agriculture
John Suthers, Attorney General
Carl Trick, North Platte River
Eric Wilkinson, Vice Chair, South Platte River
Dick Wolfe, State Engineer, Division of Water
  Resources

## 1.7.2 2010 Basin Roundtable Leadership

### Arkansas Basin Leadership

Chair: Gary Barber
Vice-Chairs: Jim Broderick and SeEtta Moss
Recorder: Elise Bergsten

### Colorado Basin Leadership

Chair: Jim Pokrandt
Vice-Chairs: Lurline Curran and James Carter
Recorder: Ken Ransford

### Gunnison Basin Leadership

Chair: Michelle Pierce
Vice-Chair: Hugh Sanburg
Recorder: Mike Berry

### Metro Basin Leadership

Chair: Rod Kuharich
Vice-Chair: John Hendrick
Recorder: Gary Thompson

### Rio Grande Basin Leadership

Chair: Mike Gibson
Vice-Chair: Rio De La Vista
Recorder: J.B. Alexander

### South Platte Basin Leadership

Chair: Jim Yahn
Vice-Chairs: Bob Streeter and Harold Evans
Recorder: Lisa McVicker

### Southwest Basin Leadership

Chair: Mike Preston
Vice-Chairs: Ken Beegles and Gary Kennedy
Recorder: Jane Maxom

### Yampa-White Basin Leadership

Chair: Tom Gray
Vice-Chairs: Tom Sharp and Forrest Luke
Recorder: Paul Strong

## 1.7.3 2010 IBCC Members

The membership of the IBCC includes the
following:

- Two members appointed by each of the nine
  Basin Roundtables.

- Six members appointed by the Governor, who
  come from "geographically diverse parts of
  the state" and have expertise in
  environmental, recreational, local
  governmental, industrial, and agricultural
  matters:
  — Eric Kuhn, Glenwood Springs
  — Taylor Hawes, Boulder
  — Melinda Kassen, Boulder
  — T. Wright Dickinson, Maybell
  — Wayne Vanderschuere, Colorado Springs
  — Peter Nichols, Denver

- One member appointed by the chairperson of
  the Senate Agricultural Committee:
  — Bruce Whitehead

- One member appointed by the chairperson of
  the House Agricultural Committee:
  — Randy Fischer

- The Director of Compact Negotiations,
  appointed by the Governor, who chairs the
  IBCC:
  — Alexandra Davis

### Arkansas Basin Members

Jay Winner, Pueblo
Jeris Danielson, La Junta



*Colorado Basin Members*

Stan Cazier, Granby

Carlyle Currier, Molina

*Gunnison Basin Members*

Marc Catlin, Montrose

Bill Trampe, Gunnison

*Metro Basin Members*

Mark Pifher, Aurora

Rod Kuharich, Greenwood Village

*North Platte Basin Members*

Kent Crowder, Walden

Carl Trick, Cowdrey

*Rio Grande Basin Members*

Steve Vandiver, Alamosa

Travis Smith, Center

*South Platte Basin Members*

Mike Shimmin, Boulder

Eric Wilkinson, Berthoud

*Southwest Basin Members*

John Porter, Cortez

Steve Harris, Durango

*Yampa-White Basin Members*

Dan Birch, Steamboat Springs

Jeff Devere, Rangely





THIS PAGE INTENTIONALLY LEFT BLANK

BLM_0160941

## Section 2
# Nonconsumptive Needs Assessments

## 2.1 Overview of Nonconsumptive Needs Assessment Process

During the last 20 years, Colorado has experienced a high growth rate. One of the important factors for this growth is the quality of life in Colorado. New residents and businesses are attracted to Colorado, not only because of its attractive climate, but because of the natural environment and wide array of recreational opportunities of the Rocky Mountains and plains. Recreational opportunities include skiing and snowboarding, golf, hunting, bicycling, camping, hiking, backpacking, reservoir-based recreation, stream and lake fishing, wildlife viewing, rafting and kayaking, boating, and water skiing. Many of these recreational activities are water-based (fishing, boating, rafting, kayaking, and water skiing), rely on water to support the activity (turf watering for golf and snowmaking for skiing and snowboarding), or have water as an integral part of the experience (camping and wildlife viewing).

In addition to the recreational opportunities for residents, recreation and the natural environment support tourism, which is a major economic driver in many parts of the state. In many headwaters counties, recreation and tourism are the largest industries. As population growth continues, there will be increasing and competing demands for water. The new residents and businesses will require water for their domestic uses, residential landscaping, urban recreation, and the associated municipal, commercial, and industrial uses that accompany population growth. These same residents will also seek water-based and other types of recreation in Colorado's natural environment.

The Outdoor Industry Foundation (2006) estimates that the outdoor economy contributes $730 billion annually to the U.S. economy. Estimates for the state of Colorado were not published individually, but the Rocky Mountain Census Division 8 (Arizona, Colorado, Idaho, New Mexico, Utah, Nevada, and Wyoming) estimates that the combined contributions of these states to the nation's total outdoor economic activity is $61.5 billion, or approximately 9 percent of the national total. The percent population in Division 8 compared to the national population is approximately 6 percent. The breakdown of individual activities for Census Division 8 is presented in Figure 2-1. The top economic producing activities are camping, snow sports, and trail-related outdoor activities.

**Index**

| | | |
|---|---|---|
| 2.1 | Overview of Nonconsumptive Needs Assessment Process | p. 2-1 |
| 2.2 | Focus Area Mapping Methodology | p. 2-5 |
| 2.3 | Nonconsumptive Focus Area Mapping Results | p. 2-9 |





BLM_0160942



*Figure 2-1 Contribution to Rocky Mountain Census Division 8 by Annual Economic Activity by Type*

The Colorado River Outfitters Association's study on commercial river use in Colorado shows over $100 million of growth in the industry over the last 21 years. However, river days dropped in 2008 and 2009 due, in part, to the economic recession. The user days associated with commercial rafting in Colorado from 1988 through 2009 are shown in Figure 2-2. Regardless of the downturn, in 2009 the industry saw an economic impact of $141 million. That figure is down from $153 million in 2007, the industry's all-time high (Colorado River Outfitters Association 2009).

> The Colorado River Outfitters Association's study on commercial river use in Colorado shows over $100 million of growth in the industry over the last 21 years.

The report by BBC Research & Consulting (2008) for Colorado Division of Wildlife (CDOW) investigated the economic impacts of hunting, fishing, and wildlife watching statewide. Data from 2007 show that hunters and anglers spent an estimated $1 billion on direct expenditures in Colorado (BBC Research & Consulting 2008). Examples of direct expenditures include food, lodging, transportation, fishing gear, and camping equipment. In addition, the report included a summary of the total economic impacts including the secondary impacts of direct expenditures such as salaries being re-circulated in the economy. The report estimated the total impact of these industries (direct and secondary expenditures) amounted to $1.8 billion (BBC Research & Consulting 2008).





BLM_0160943



*Figure 2-2 Commercial River Rafting User Days in Colorado (1988-2009)*

As discussed in Section 1, the basin roundtables are required to complete Nonconsumptive Needs Assessments (NCNAs). This effort has included an extensive inventory, analysis, and synthesized mapping effort that built upon the Statewide Water Supply Initiative (SWSI) 2 environmental and recreational attribute mapping as a common technical platform for the basin roundtables. Figure 2-3 shows the process that was utilized by the Colorado Water Conservation Board (CWCB) and basin roundtables in completing their NCNAs. The basin roundtables have utilized environmental and recreational mapping to identify where the nonconsumptive focus areas are in their basins. In addition, the Arkansas, Colorado, and Yampa-White Basin Roundtables have utilized Water Supply Reserve Account funding to conduct further studies in their basins focused on quantifying environmental and recreational flow needs. The basin roundtables' nonconsumptive focus areas and further study efforts are intended to facilitate the identification of projects and methods to address environmental and recreational water needs. The nonconsumptive identified projects and methods are summarized in Section 3 of this report.

> The basin roundtables have utilized environmental and recreational mapping to identify where the nonconsumptive focus areas are in their basins.



BLM_0160944



*Figure 2-3 Nonconsumptive Needs Assessment Methodology*

The focus area maps developed by each basin roundtable are based on a common set of environmental and recreational attributes and represent where Colorado's important water-based environmental and recreational attributes are located. The maps are reflective of stakeholder input for the focus areas and also reflect stream reaches and subwatersheds with higher concentrations of environmental and recreational qualities. These maps were generated to provide information to the basin roundtables on important environmental and recreational areas in their basins but were not intended to dictate future actions. It should be noted, and as will be shown in this section, that this effort has not identified all streams as important. The NCNAs are not intended to create a water right for the environment and will not diminish, impair, or cause injury to existing absolute or conditional water rights. The CWCB developed the environmental and recreational focus area mapping for the following purposes:

▪ The maps are intended to serve as a useful guide for water supply planning so that future conflicts over environmental and recreational needs can be avoided.

▪ The maps can assist in identifying environmental and recreational water needs status, such as where needs are being met, where additional future study may need to take place, or where implementation projects in the basin are needed.

▪ The maps can help basins plan for the water needs of species of special concern so that they do not become federally-listed as endangered or threatened in the future.

▪ The maps can provide opportunity for collaborative efforts for future multi-objective projects.





BLM_0160945

## 2.2 Focus Area Mapping Methodology

Underlying the work done by the basin roundtables is a common technical platform, which builds off SWSI 2, as described above. This common technical platform approach recognizes the need for each basin roundtable to utilize the technical work in the most effective manner for the stakeholders and concerns within the basin. For example, some basins that were focused on wetlands or bird habitat issues used a watershed approach, while others focused on instream habitat.

Overall, the basin roundtables used three methods to identify their focus areas as shown in Figure 2-4. After the basin roundtables gathered additional data layers beyond existing SWSI 2 geographic information system (GIS) data layers, they each developed a summary map that highlighted environmental and recreational focus areas

for their basin. The Arkansas and Rio Grande Basin Roundtables utilized Method 1, which employed GIS software to summarize information at a watershed level (U.S. Geological Survey [USGS] 12-digit Hydrologic Unit Code [HUC] watershed). These two basin roundtables had many data layers that they summarized into "categories," such as threatened and endangered species, riparian communities, and recreational boating areas. Using GIS software, the number of categories in each watershed was counted, and using varying color scales, GIS watersheds with a higher number of categories were highlighted in a darker color. Using Method 2, the North



*Figure 2-4 Basin Roundtable Focus Area Mapping Methodology*

Platte and Southwest Basin Roundtables utilized a similar technique as Method 1, but information was summarized at the stream level versus the watershed level. The Colorado, Metro/South Platte, and Yampa-White Basin Roundtables used Method 3, which reviewed all available data layers for their basin, and based on stakeholder knowledge and outreach, selected stream reaches that represented the majority of environmental and recreational activity in their basins.

GIS software was used to organize the data layers for environmental and recreational attributes associated with nonconsumptive water needs for each basin. The term "data layer" refers to geographic data that represents a specific type of feature or attribute (e.g., wetlands or species habitat) and can also be referred to as a shapefile. Multiple data layers, organized collectively, are referred to as a dataset. The environmental and recreational data layers for each basin were selected using the SWSI 2 GIS data layers as a starting point. The basin roundtables reviewed the available data layers compiled during SWSI 2 and then suggested and contributed additional data layers as deemed appropriate for each basin. Appendix C contains the *Nonconsumptive Needs Assessment Focus Mapping Final Report* that provides the detailed methodology utilized by each basin roundtable in developing their focus area map.



BLM_0160946

## 2.2.1 SWSI 2 GIS Data Layers

The Environmental and Recreational Technical Roundtable that was formed under SWSI 2 developed a list of select environmental and recreational GIS data layers that could potentially be used by decisionmakers to determine areas of focus for environmental and recreational water needs. The complete list of SWSI 2 GIS data layers is shown in Table 2-1.

**Table 2-1 SWSI 2 Environmental and Recreational Data Layers**

| | |
|---|---|
| Arkansas Darter | Gold Medal Trout Streams |
| Audubon Important Bird Areas | Greenback Cutthroat Trout |
| Bluehead Sucker | Greenback Cutthroat Trout |
| Bonytail Chub | Humpback Chub |
| Boreal Toad Critical Habitat | Rafting and Kayak Reaches |
| Colorado Department of Public Health and Environment Water Quality Control Division 303(D) Listed Segments | Rare Riparian Wetland Vascular Plants |
| Colorado Pikeminnow | Razorback Sucker |
| Colorado River Cutthroat Trout | Recreational In-Channel Diversions |
| CWCB Instream Flow Rights | Rio Grande Cutthroat Trout |
| CWCB Natural Lake Levels | Rio Grande Sucker |
| CWCB Water Rights Where Water Availability had a Role in Appropriation | Roundtail Chub |
| Flannelmouth Sucker | Significant Riparian/Wetland Communities |
| Gold Medal Trout Lakes | |

In addition to the SWSI 2 environmental and recreational GIS data layers, the basin roundtables requested the attainment and development of other important environmental and recreational GIS data layers. Some of the additional GIS data were received directly from state and federal agencies, nongovernmental organizations and municipalities, or downloaded from their official websites. Other additional GIS data were digitized from available information, lists, or maps provided by basin roundtables, specialists (biologists, recreation guides), and other stakeholders. Table 2-2 contains a list of additional environmental and recreational data layers that were collected based on basin input. Appendix C contains a detailed description of these data layers and their source.

**Table 2-2 Additional Environmental and Recreational Data Layers Based on Basin Roundtable Input**

| | |
|---|---|
| Additional Fishing | National Wetlands Inventory |
| Additional Greenback Cutthroat Trout Waters | Northern Leopard Frog Locations |
| Additional Paddling/Rafting/Kayaking/Flatwater Boating | Northern Redbelly Dace |
| Additional Rio Grande Sucker and Chub Streams | Osprey Nestsites and Foraging Areas |
| Bald Eagle Winter Concentration | Piping Plover |
| Bald Eagle Active Nestsites | Plains Minnow |
| Bald Eagle Summer Forage | Plains Orangethroat Darter |
| Bald Eagle Winter Forage | Preble's Meadow Jumping Mouse |
| Brassy Minnow | River Otter Confirmed Sightings |
| Colorado Birding Trails | River Otter Overall Range |
| Additional Fishing | National Wetlands Inventory |





BLM_0160947

**Table 2-2 Additional Environmental and Recreational Data Layers Based on Basin Roundtable Input, continued**

| | |
|---|---|
| Colorado Outstanding Waters | Rocky Mountain Biological Laboratory (scientific and educational reaches) |
| Common Garter Snake | Sandhill Crane Staging Areas |
| Common Shiner | Southwestern Willow Flycatcher |
| Ducks Unlimited Project Areas | Stonecat |
| Educational Segments | Waterfowl Hunting Areas |
| Eligible/Suitable Wild and Scenic | Wild and Scenic Study Rivers |
| GMUG Wilderness Waters/Areas | Wildlife Viewing |
| High Recreation Areas | Yellow Mud Turtle |
| Least Tern | |

## 2.2.2  Categorization of Data Layers

Once the basin roundtables identified the focus environmental and recreational data layers in their basins, the data layers were grouped into subcategories representing a collective environmental or recreational category. This method had two advantages—1) it moderated redundancy among comparable, geographically overlapping individual data layers, and 2) it allowed for a more comprehensible presentation of the GIS data. For example, Colorado pikeminnow, razorback sucker, humpback chub, and bonytail chub and federal critical habitat individual data layers were all grouped under the subcategory "Federally Endangered Fish," which was included in the overarching environmental category. The Rio Grande subcategories are shown as an example below in Figure 2-5 and subcategories for each basin roundtable are described in Appendix C.

## 2.2.3  GIS Analysis of Data Layers

The Arkansas and Rio Grande Basin Roundtables chose to use 12-digit HUC watersheds as the basis for their GIS tool development. The HUC is a hierarchical, numeric code that uniquely identifies hydrologic units. Hydrologic units are subdivisions of watersheds nested from largest to smallest areas and are used to organize hydrologic data. HUCs are identifiers as assigned to basin polygons by the USGS. The USGS creates the digital data for HUCs, which are available for download through the USGS website. Twelve-digit HUCs are the smallest subdivision of hydrologic data available to-date in Colorado, with an average of 33 square miles. In contrast to the Arkansas and Rio Grande Basin Roundtables, the Colorado, Gunnison, Metro/South Platte, North Platte, Southwest, and Yampa-White Basin Roundtables summarized their environmental and recreational attributes on a stream segment basis. This information was also summarized using USGS information for stream segments provided by National Hydrography Dataset (NHD). Each stream segment that was included as a focus area by the basin roundtables was summarized at the NHD segment level and is related to the USGS NHD stream layers using the common identifier for the NHD database.



BLM_0160948

**Environmental**

- Wetlands
  - National Wetlands Inventory
- State Threatened and Endangered Species
  - Rio Grande Sucker
  - Rio Grande Cutthroat Trout
  - Rio Grande Chub
  - Southwester Willow Flycatcher
  - Boreal Toad
  - Northern Leopard Frog
- Riparian Areas
  - Rare or Imperiled Plant Communities
  - Rare or Imperiled Riparian/Wetlands Plants
- Special Value Waters
  - CWCB Instream Flow Water Rights
  - CWCB Natural Lake Level Water Rights
  - Wild and Scenic

**Recreational**

- Boating
  - Whitewater Boating
  - Flatwater Boating
- Waterfowl Hunting
- Fishing
  - Gold Medal Trout Streams
  - Significant Fishing Waters (based on local knowledge)

*Figure 2-5 Rio Grande Basin Environmental and Recreational Subcategories*

For the Arkansas and Rio Grande Basin Roundtables, each environmental and recreational data layer was categorized as described in Section 2.2.2. Using GIS software, the categories of data layers were intersected with the 12-digit HUCs to create HUC-based environmental and recreational category areas. These HUC-based environmental and recreational categories areas were then overlaid on one another using GIS software to create a density or number of environmental and recreational categories in a given 12-digit HUC. Detailed procedures for this analysis are described in Appendix C.

The North Platte and Southwest Basin Roundtables utilized an approach similar to the Arkansas and Rio Grande; however, information was summarized at the stream reach level versus the 12-digit HUC. Using GIS, the recreational and environmental category layers were summarized using GIS and then a buffer was applied to the stream segments. Environmental and recreational category layers within the buffer were summarized in the same way as the HUC approach by developing a density of number of environmental and recreational categories within the buffer. Detailed procedures for this analysis are described in Appendix C.





Finally, the Colorado, Gunnison, Metro/South Platte, and Yampa-White Basin Roundtables examined their collected environmental and recreational data layers and utilized a stakeholder process to establish what the environmental and recreational focus areas should be for their respective basins. These basin roundtables summarized their environmental and recreational attributes on a map and created a table summarizing why the segment was included as a focus area and important attributes for each segment. This information has been summarized at the NHD stream reach level. Detailed information about this approach is summarized in Appendix C.

## 2.3  Nonconsumptive Focus Area Mapping Results

Using the methodologies and techniques outlined above, each basin developed a unique map showing focus areas with nonconsumptive environmental and recreational water needs. The resulting maps for each basin and a statewide compilation map are described throughout the remainder of this section. Each basin's map differed based on the priority data layers selected and their chosen mapping technique. Color schemes and basemapping layers also varied by basin as dictated by the basin roundtables. Details relating to each basin's mapping product are described further below.

The basin and statewide maps were created as a Geospatial PDF file, or GeoPDF, to allow the user the ability to "click" areas of the map and view characteristics of that portion of the map such as what attribute subcategories are present for a given HUC or stream segment. In addition, the presence of specific attributes (e.g., razorback sucker, roundtail chub, kayaking, etc.) is also summarized as well as information designated by the basin roundtables through creation of tables associated with their maps. The maps in Figures 2-6 through 2-14 can be used as GeoPDFs in the electronic version of this report. To utilize the maps interactively, select the tools dropdown list, then select the analysis tools arrow and then click on the "object data tool." Using this tool, triple click a reach for additional information that will appear on the left side. More detailed instructions for using the nonconsumptive GeoPDFs as well as downloading and utilizing Adobe Reader are included in Appendix D.

Figures 2-6 and 2-7 show the environmental and recreational focus mapping for the Arkansas and Rio Grande Basins. These figures were developed as GeoPDFs that enable the viewer to select a 12-digit HUC focus area and view the environmental and recreational attributes for that HUC. The Arkansas Basin identified nine environmental and recreational subcategories as shown on the map. Areas with the most overlap of subcategories are shown in the darkest color and are primarily concentrated in three areas—1) the mainstem Arkansas River upstream of Pueblo, 2) the Fountain Creek watershed, and 3) in the areas around major reservoirs on the Lower Arkansas River between Las Animas and Eads.

The Rio Grande Basin used seven environmental and recreational subcategories for its mapping efforts. Nearly all HUCs within the Rio Grande Basin had at least one environmental or recreational subcategory present. The areas of the Rio Grande Basin with the highest concentration of priority subcategories are located near Crestone, south of Fort Garland, northeast of Alamosa, along Hot Springs Creek in the northwest portion of the basin, and in a number of HUCs in western Conejos County.

Figures 2-8 and 2-9 show the environmental and recreational focus mapping for the North Platte and Southwest Basins. These figures were developed as GeoPDFs that enable the viewer to select the environmental and recreational focus area segment and display the specific attributes associated with that stream segment. As discussed previously, the segments are presented at the NHD stream reach level.

The North Platte Basin used eleven environmental and recreational subcategories for its mapping while the Southwest Basin used six. Although eleven subcategories were used for the North Platte Basin mapping, the greatest number of overlap was six, meaning six different subcategories were present within the same segment. Segments with five or six subcategories present are highlighted in red on the map. The



BLM_0160950

highest concentrations of subcategories are located on the following segments: the Big Creek Lakes, a portion of the North Fork Michigan River, and a segment of the Illinois River south of Walden.

In the Southwest Basin, a large portion of the streams and lakes contained at least one environmental or recreational subcategory. The majority of streams found in the Weminuche Wilderness and U.S. Forest Service areas between Durango and Silverton were highlighted for their nonconsumptive water needs and nearly the entire lengths of the major rivers (the San Juan, San Miguel, and Dolores Rivers) are highlighted because they contain environmental and recreational subcategories deemed important by the basin roundtable. The GeoPDF allows the user to select individual NHD stream segments and display their specific attributes using Adobe Reader.

The Gunnison, Metro/South Platte, and Yampa-White Basins each created maps showing major stream and lake segments with environmental, recreational, and both environmental and recreational nonconsumptive water attributes. The Gunnison Basin also included scientific and education segments in their focus map. As described above, each of these basins created a table with the supporting data for the selected segments. These tables and other details for these basin roundtables mapping efforts are located in Appendix C. GIS analysis was performed to join these tables to their spatial location within the basin. A GeoPDF was then developed for each basin allowing the viewer the ability to select a stream segment and see the specific attributes for that NHD reach plus details from the associated tables that were created by the basin roundtables.

Figure 2-10 shows the Gunnison Basin Major Environmental and Recreational Stream Segments as determined by the basin roundtable. The Gunnison Basin chose to include waters within the Rocky Mountain Biological Laboratory property as scientific and educational waters. These are highlighted on the map in aqua. Waterbodies shown in purple are those that are known as boating and fishing reaches. Segments highlighted in orange have environmental nonconsumptive water attributes. Many of these streams are located within wilderness areas including the Roubideau Special Management Area and the Dominguez Canyons Wilderness Area. Segments highlighted in red have both environmental and recreational nonconsumptive water attributes. This overlap occurs on a large portion of the Gunnison River. The Gunnison Basin GeoPDF provides the viewer the ability to select stream segments and display their attribute categories and specific attributes (e.g., kayaking, wildlife viewing, waterfowl hunting, etc.). In addition, other details from the Gunnison table, such as the rationale for consideration, are also detailed in the GeoPDF. The attribute categories for the Gunnison Basin that are shown within the GeoPDF include:

- Federally listed fish species
- Aquatic-dependent state endangered, threatened, and species of concern
- Rare aquatic-dependent plants and significant riparian wetland plant communities
- Special value waters
- Whitewater and flat water boating
- Riparian/wetland wildlife viewing and waterfowl hunting
- Significant cold- and warm-water fishing
- High recreation areas

Figure 2-11 shows the Yampa-White Major Environmental and Recreational Stream Segments as determined by the basin roundtable NCNA subcommittee. Within the basin, substantial amounts of the major rivers (the Yampa, White, and Green Rivers) are highlighted for their environmental, recreational, or environmental and recreational attributes. A limited number of additional segments are included in the basin's focus map. The Yampa-White GeoPDF provides the viewer the ability to select stream segments and display their attribute categories and specific attributes (e.g., bluehead sucker,





BLM_0160951

flannelmouth sucker, Gold Medal trout streams, etc.). Details from the Yampa-White's table, such as the rationale for consideration as a major segment, are included in the GeoPDF. The attribute categories for the Yampa-White Basin that are shown within the GeoPDF include:

- Federal threatened and endangered fish
- State threatened and endangered species
- Important riparian habitat
- Instream flows and natural lake levels
- Fishing
- Boating
- Waterfowl hunting

Figure 2-12 shows the Metro Basin's Major Environmental and Recreational Stream Segments as determined by the basin roundtable. The South Platte Basin's map, which includes the Major Environmental and Recreational Stream Segments in the Metro Basin, is available in Figure 2-13. The South Platte Basin NCNA subcommittee opted to use the term "Candidate Focus Areas" for its major segments with environmental, recreational, and environmental and recreational nonconsumptive water attributes. The South Platte Basin Roundtable also divided the basin into the following subbasins—High Plains, Lower South Platte, Northern, Denver Metro, Upper Mountain, and South Metro. Twenty-four waterbody or waterbody groups were selected by the subcommittee. The map is labeled with numbers to correspond with the data matrix. The matrix was linked to the spatial data layers in GIS and exported as a GeoPDF. The GeoPDF allows the viewer to select the waterbody and display the linked table, which contains the following waterbody characteristic:

- Segment description
- Environmental (is this waterbody purpose environmental?)
- Recreational (is this waterbody purpose recreational?)
- Rationale for consideration

Finally, the Colorado Basin Roundtable used a similar stakeholder approach as the Gunnison, Yampa, South Platte, and Metro Basins. The map was developed primarily using site-specific knowledge of the waterbodies, and a detailed table with more than 65 segments was developed to be used in conjunction with the map. The map shows the identified segments highlighted in red with the corresponding table segment identification number for reference. The map was developed as a GeoPDF, which allows the viewer to select any identified segment (in red) and see their corresponding segment attributes. The Colorado Basin's map can be seen in Figure 2-14.

The statewide environmental and recreational focus map for nonconsumptive water needs (Figure 2-15) is a compilation of each individual basin's mapping efforts. The figure provides a statewide overview that combines each basin's effort together to show the variety of mapping methods employed and the varying results generated by basin-specific selection of environmental and recreational data layers.



BLM_0160952

THIS PAGE INTENTIONALLY LEFT BLANK



BLM_0160953

# Section 3
# Nonconsumptive Projects and Methods

## 3.1 Nonconsumptive Projects and Methods Overview

Section 2 of this report summarizes the nonconsumptive needs across the state of Colorado. As discussed in Section 1, the Water for the 21st Century Act requires the basin roundtables to identify projects and methods to meet their consumptive and nonconsumptive needs. For consumptive projects and methods, the Colorado Water Conservation Board (CWCB) worked with water providers and the basin roundtables to update the Statewide Water Supply Initiative (SWSI) 1 identified projects and processes (IPPs) from a planning horizon of 2030 to 2050. This effort is summarized in Section 5 of this report. For nonconsumptive needs, the CWCB has conducted an analogous outreach effort with the environmental and recreational community and the basin roundtables to identify nonconsumptive projects and methods similar to the municipal and industrial (M&I) consumptive IPPs. CWCB digitized the project information into geographical information system (GIS) and compared this information with the nonconsumptive focus areas summarized in Section 2. With this information, CWCB was able to preliminarily identify nonconsumptive focus areas with and without projects and methods. It is important to note that if a focus area does not have an associated project and method it does not mean that the area needs protective projects and methods. It is also important to note that CWCB did not judge the sufficiency of the projects and methods in each reach; rather, as with the M&I IPPs, CWCB did not judge the merits of the nonconsumptive projects and methods being pursued by local organizations. The basin roundtables will use this information as they finalize their needs assessments during 2011. This information gathered is intended to assist the basin roundtables in addressing the following questions:

1. Are there existing protections/efforts for environmental and recreational focus areas?

2. Are there areas without protections that need further study?

3. What strategies are needed to support Nonconsumptive priority areas?

4. Are there areas where new flow or water level quantification is appropriate?

5. Are there areas where a project, whether structural (e.g., river restoration) or nonstructural, can be identified and implemented?

6. Are there areas where no action is needed at this time?

**Index**

3.1 Nonconsumptive Projects and Methods Overview ......................... p. 3-1

3.2 Nonconsumptive Projects and Methods Methodology .................. p. 3-2

3.3 Nonconsumptive Projects and Methods GIS Mapping and Analysis Methodology .................... p. 3-4

3.4 Nonconsumptive Projects and Methods GIS Mapping Results ....... p. 3-6

3.5 Funding and Legal Mechanisms to Assist Implementation of Nonconsumptive Projects and Methods ........................................ p. 3-9





BLM_0160954

Section 3.2 describes the methodology used to gather nonconsumptive projects and methods across the state. Section 3.3 summarizes the methodology used to analyze the project and method information. Section 3.4 explains the results of the analysis and Section 3.5 discusses funding and legal mechanisms to assist implementation of nonconsumptive projects and methods.

## 3.2 Nonconsumptive Projects and Methods Methodology

In January 2010, CWCB developed a survey to collect information on where there are existing or planned nonconsumptive projects, methods, and studies. Studies were included since they may recommend or inform the implementation of projects or methods that will provide protection or enhancement of environmental and recreational attributes. This survey was distributed through CWCB's basin roundtable and email database. On February 10, 2010, CWCB conducted a workshop in Silverthorne, Colorado to discuss the Phase II efforts and to collect information on nonconsumptive projects, methods, and studies from the workshop attendees. At the workshop, information on 116 stream segments and 209 projects, methods, or studies was provided to CWCB. In addition, CWCB also gathered information on individuals and organizations to follow up with the data collection effort. Since the February 2010 meeting, an additional 57 meetings have occurred to gather data on additional projects, methods, and studies. Table 3-1 below summarizes the number of individuals or organizations contacted since the February 2010 meeting, the number of follow-up meetings held, and the number of projects, methods, and studies identified to date for each basin. Table 3-1 details the number of projects, methods, and studies that are in the focus areas and the number of projects outside of the focus areas. In total, 648 projects were identified from the outreach effort. Examples of the types of projects collected during this outreach effort include:

- Habitat restoration projects such as bank stabilization projects or instream habitat restoration such as pool and riffle development. Another example of habitat restoration area projects that focus on the maintaining connectivity for fish passage such as fish ladders.

- Flow protection projects such as voluntary flow agreements, instream flow (ISF) donations, or voluntary re-operation of reservoirs for releases for environmental or recreational needs.

**Table 3-1 Summary of Meetings to Collect Nonconsumptive Project and Methods Information**

| Basin Roundtable | No. of Individuals or Organizations Contacted | No. of Meetings | No. Projects and Methods in Focus Areas | No. Projects and Methods Outside Focus Areas | Total No. Projects and Methods |
|---|---|---|---|---|---|
| Arkansas | 7 | 5 | 40 | 0 | 40 |
| Colorado | 21 | 12 | 168 | 35 | 203 |
| Gunnison | 9 | 4 | 44 | 15 | 59 |
| Metro | See South Platte | See South Platte | See South Platte | See South Platte | See South Platte |
| North Platte | 1 | 1 | 41 | 7 | 48 |
| Rio Grande | 10 | 5 | 59 | 0 | 59 |
| South Platte | 17 | 14 | 54 | 53 | 107 |
| Southwest | 17 | 12 | 84 | 10 | 94 |
| Yampa-White | 9 | 4 | 22 | 16 | 38 |
| **TOTAL** | **91** | **57** | **512** | **136** | **648** |

In addition, there is a great deal of information gathered from divisions within the Colorado Department of Natural Resources (DNR) that have been integrated into the projects and methods database. For instance, Table 3-2 summarizes CWCB's ISFs for each basin roundtable. Decreed ISFs have been confirmed by the water court. Pending ISFs have been approved by the CWCB Board and are going



SWSI
Statewide Water Supply Initiative

BLM_0160955

through the water court process. Recommended ISFs include those areas submitted to CWCB as a recommendation, but not yet approved by the CWCB Board at this time.

**Table 3-2 Summary of CWCB Instream Flows and Natural Lake Levels**

| Basin Roundtable | Natural Lakes | ISF Decreed | Pending ISF | Recommended ISF |
|---|---|---|---|---|
| Arkansas | 86 | 171 | 11 | 8 |
| Colorado | 150 | 404 | 12 | 6 |
| Gunnison | 82 | 259 | 15 | 2 |
| Metro | 0 | 24 | 0 | 0 |
| North Platte | 31 | 45 | 1 | 3 |
| Rio Grande | 49 | 141 | 0 | 0 |
| South Platte | 31 | 208 | 2 | 2 |
| Southwest | 50 | 151 | 4 | 6 |
| Yampa-White | 150 | 175 | 7 | 5 |
| **TOTAL** | **494** | **1,578** | **52** | **32** |

The CWCB's Watershed Protection and Flood Mitigation section oversees the agency's watershed restoration efforts. In addition, many of the Water Supply Reserve Account (WSRA) grants fully or partially address nonconsumptive needs. Table 3-3 shows the funding programs implemented by CWCB and project type associated with each program. The table shows the status of the projects; pending in this case means that either the contract has not yet been signed, but has CWCB approval, or that applicants have applied, but are not yet approved by the CWCB.

**Table 3-3 Summary of CWCB's Watershed Restoration and Nonconsumptive WSRA Projects**

| Funding Source | Type | Complete | On-going | Pending | Total |
|---|---|---|---|---|---|
| Colorado Healthy Rivers Fund | Report | 19 | 9 | 3 | 31 |
| Colorado Healthy Rivers Fund | Restoration Project | 15 | 7 | 6 | 28 |
| Colorado Watershed Restoration Program | Report | 1 | 3 | 0 | 4 |
| Colorado Watershed Restoration Program | Restoration Project | 2 | 9 | 1 | 12 |
| Fish and Wildlife Resources Fund | Restoration Project | 2 | 2 | 0 | 4 |
| Multi-Objective Watershed Protection Plan | Report | 5 | 0 | 1 | 6 |
| Multi-Objective Watershed Protection Plan | Restoration Project | 6 | 0 | 4 | 10 |
| WSRA Nonconsumptive Related Grants | Report | 8 | 15 | 3 | 26 |
| WSRA Nonconsumptive Related Grants | Restoration Project | 13 | 12 | 4 | 29 |
| | **TOTAL** | **71** | **57** | **22** | **150** |
| **Total Restoration Projects** | **Restoration Project** | **38** | **30** | **15** | **83** |
| **Total Reports** | **Report** | **33** | **27** | **7** | **67** |
| TOTAL CWCB Dollars Spent/Encumbered | | | | | $14,499,625 |
| TOTAL Estimated Match Dollars | | | | | $34,323,697 |
| **TOTAL Approximate Expenditures** | | | | | **$ 48,823,322** |

In addition to CWCB's efforts, the Colorado Division of Wildlife (CDOW) is in the process of updating its water management plan for the Rio Grande Basin and plans to expand this effort to other river basins in the state. CDOW plans to use the basin roundtables in the process and this information will be incorporated into the basin reports in 2011. CDOW's current working list of statewide nonconsumptive projects and methods is summarized in Appendix E.

Finally, CWCB included the Southwest Regional Gap Analysis Project (SRGAP), coordinated by U.S. Geological Survey (USGS) into the projects and methods database. The SRGAP created detailed, seamless GIS data layers of land cover, all native terrestrial vertebrate species, land stewardship, and management status values. The management status values quantify the relationship between land management and



BLM_0160956

biodiversity throughout the state of Colorado. Four management status values are as described below (USGS 2010):

- Status 4 lands are where there are no known public or private institutional mandates or legally recognized easements or deed restrictions held by the managing entity to prevent conversion of natural habitat types to anthropogenic habitat types. The area generally allows conversion to unnatural land cover throughout.

- Status 3 lands comprise areas having permanent protection from conversion of natural land cover for the majority of the area, but subject to extractive uses of either a broad, low-intensity type (e.g., logging) or localized intense type (e.g., mining). It also confers protection to federally-listed endangered and threatened species throughout the area.

- Status 2 lands are areas having permanent protection from conversion of natural land cover and a mandated management plan in operation to maintain a primarily natural state, but which may receive uses or management practices that degrade the quality of existing natural communities, including suppression of natural disturbance.

- Status 1 lands include areas having permanent protection from conversion of natural land cover and a mandated management plan in operation to maintain a natural state within which disturbance events (of natural type, frequency, intensity, and legacy) are allowed to proceed without interference or are mimicked through management.

For this effort, CWCB include areas with a status between 1 and 2.5 as a project and method in the nonconsumptive projects database.

## 3.3 Nonconsumptive Projects and Methods GIS Mapping and Analysis Methodology

The project and method information collected by CWCB as described in Section 3.2 was spatially digitized in GIS. Each project was digitized separately using an existing stream database called National Hydrography Dataset (NHD) 12-digit segments. The average length of a NHD segment is 1.5 miles. Depending on the length of the project, multiple NHD segments could represent one project. Also, depending on the project location, multiple projects could exist on the same NHD segment. A unique Project ID and Segment ID were given to all surveyed and interviewed projects within the Nonconsumptive Needs Assessment database. In addition, the WSRA grant project locations were digitized in a similar fashion. The CWCB ISFs and natural lake levels, CWCB restoration projects, and the USGS SRGAP information had previously been summarized using GIS; therefore, this data did not have to be digitized. The USGS SRGAP information was analyzed further to calculate a weighted management status value for each NHD segment. This value was calculated in GIS for each NHD 12-digit HUC by a weighted average of each land management status within the HUC.

Following are the assumptions used in digitizing the nonconsumptive projects and methods:

- No NHD segment was edited (i.e., if the project was smaller than an NHD segment, the whole NHD segment was used to represent the project location).

- Projects were digitized based on hand drawn locations and/or brief descriptions. This information is still under review by the basin roundtables.



Following are the types of information included in the GIS geodatabase for each project:

- Project or Method Name
- Project or Method Type (i.e., study, flow protection, or restoration project)
- Project or Method Location
- Comments
- Project or Method Status (i.e., ongoing, planned, or completed)
- Project or Method Identification Number
- Project or Method Contact Name
- Project or Method Contact Identification Number

To help the basin roundtables answer the questions listed at the beginning of this section, CWCB developed a series of four maps that can be presented at a statewide or basinwide level. Because information is still under review by the basin roundtables, this information is presented at a statewide level for this report so that the basin roundtables and other stakeholders can develop an understanding of how this information can be used in finalizing their needs assessments. The four maps include:

- Projects and Methods Map
- Projects and Methods Status Map
- Studies Status Map
- Focus Areas with Projects and Methods Map

The **Projects and Methods Map** represents the spatial information for all nonconsumptive projects and methods that are planned, ongoing, or completed statewide. This map contains all nonconsumptive projects and methods including—1) CWCB interviews and workshops, 2) CWCB watershed restoration projects, and 3) WSRA grants. ISFs, decreed flows, pending ISFs, and land management status were not included in this map. Please note that this map includes projects and methods outside of the designated focus areas to spatially display the full extent of any project collected by CWCB. A complete list of projects is available in Appendix F.

The **Projects and Methods Status Map** shows nonconsumptive projects and methods from the interview data and CWCB restoration and WSRA grants. Examples of nonconsumptive projects and methods include instream habitat restoration projects and voluntary flow agreements that provide some level of environmental or recreational protection. In addition, the CWCB ISFs and the USGS Land Stewardship information are included as projects on this map. These projects and methods were intersected with the basin roundtable focus areas discussed in Section 2 of this report using GIS. For each project and method, the status (i.e., planned, ongoing, or completed) is differentiated using GIS. The USGS Land Stewardship was considered complete for this map. This map intersects with the roundtable identified environmental and recreational focus areas.

For the **Study Status Map**, GIS was used to differentiate the status of each of the identified studies identified in CWCB's outreach effort (i.e., planned, ongoing, or completed). Examples of studies include ISF studies, restoration planning studies, and water quality monitoring efforts. Studies are efforts that provide information but no measures have been implemented to protect environmental or recreational attributes. However, implementable projects or methods could be a likely outcome of studies. The studies identified in the **Study Status Map** tool are studies that intersect the environmental and recreational focus areas identified by the basin roundtables.

The **Focus Areas with Projects and Methods Map** identifies environmental and recreational focus areas with projects or methods that may be complete, ongoing, or planned in a stream reach. It also identifies environmental and focus areas without projects and methods. For focus areas with projects and



BLM_0160958

methods, the associated project and method does not necessarily provide sufficient protection for the focus area. Likewise, if a focus area does not have an associated project or method this does not indicate that the associated resource in the focus is not protected.

In addition to identifying the spatial extent and status of the identified projects and methods, CWCB also examined what type of protection the project or method may provide to a given environmental or recreational attribute. CWCB has classified the projects as having direct or indirect protections based on a given environmental or recreational attribute. Details of this analysis are provided in Appendix G. The definitions used for direct and indirect protections are as follows:

- **Direct Protection** – Projects and methods with components designed intentionally to improve a specific attribute. For example, ISFs have direct protection of fish attributes. Additionally, restoration of a stream channel would also provide direct protections for aquatic species.

- **Indirect Protection** – Projects and methods with components that were not designed to directly improve the specific attribute but may still provide protection. For example, flow protection for a fish species may also indirectly protect riparian vegetation that is located in the area of the flow protection. Another example includes protective land stewardship or a wetland or bank stabilization effort that could indirectly protect aquatic species.

The projects and methods identified through interviews were individually evaluated and compared to the environmental and recreational attributes gathered by the basin roundtables during their focus area mapping effort (focus area mapping is described in Section 2 of this report). For this report, CWCB examined warm water and cold water fish attributes throughout the state and identified if these areas have projects and methods that provide direct or indirect protections. In addition, CWCB identified where both indirect and direct protections occur for warm water and cold water fish. Examples of warm water fish include roundtail chub, flannelmouth sucker, bluehead sucker, and Iowa darter. Examples of cold water fish include Colorado River cutthroat trout, Gold Medal fishing areas and greenback cutthroat trout. Finally, note that CWCB has not identified the sufficiency or adequacy of these direct and indirect protections.

## 3.4  Nonconsumptive Projects and Methods GIS Mapping Results

The four projects and methods map types described above are shown in Figures 3-1 through 3-4. Figures 3-2 through 3-4 were created as Geospatial PDF (GeoPDF) files; information on how to utilize GeoPDFs is summarized in Section 2.3 and Appendix D of this report. Figure 3-1 shows the spatial extent of the projects and methods gathered through CWCB interviews and surveys, WSRA grants, Colorado Healthy Rivers grants, and Colorado Watershed Restoration Program grants. Note that many projects and methods "overlap" and individual projects are not distinguished in Figure 3-1. Table 3-4 summarizes the status of the projects and methods shown in Figure 3-1. For the 708 projects and methods shown in Figure 3-1, 48 percent are complete, 29 percent are ongoing, and 23 percent are planned/proposed.

Table 3-4 shows that approximately 80 percent of the identified projects, methods, and studies were within the basin roundtable focus areas. Although it is not clear why at this point in the analysis, there are some differences between the summary statistics of the areas within the focus areas compared to those outside of them. For instance, 25 percent of the identified projects, methods, and studies within the focus areas are planned or proposed, whereas only 14 percent are planned or proposed outside of the





focus areas. Related to this statistic, there is also a smaller proportion of completed projects within the focus areas.

**Table 3-4 Summary of Project and Methods Status**

| Project and Methods Status | Number of Projects and Methods in Focus Segments | Number of Projects and Methods Outside Focus Segment | Total No. of Projects and Methods |
|---|---|---|---|
| Completed | 254 | 90 | 334 |
| Ongoing | 169 | 34 | 203 |
| Planned/Proposed | 141 | 20 | 161 |
| **TOTAL** | **564** | **144** | **708** |

Table 3-5 summarizes the types of projects and methods summarized in Figure 3-1. Note that there is some overlap between project and method types (i.e., some projects and methods provide study information and an actual project such as a restoration project). For the 708 projects and method types shown in Figure 3-1 and summarized in Table 3-5, 57 percent are restoration projects, 18 percent are flow protection, and 25 percent are information or studies.

Note that ISF projects and USGS Stewardship Status areas are not included in these statistics. Data collected to-date indicate some differences when comparing project type between those projects, methods, and studies found within the focus areas and those found outside of them. Focus areas statewide have a higher proportion of studies and fewer restoration projects.

**Table 3-5 Summary of Projects and Methods Type[1]**

| Project and Methods Status | Number of Projects and Methods in Focus Segments | Number of Projects and Methods Outside Focus Segments | Total No. of Projects and Methods |
|---|---|---|---|
| Restoration Project | 301 | 96 | 397 |
| Flow Protection | 104 | 25 | 129 |
| Information | 159 | 23 | 182 |
| **TOTAL** | **564** | **144** | **708** |

[1] Some overlap occurs between project and methods types

Figure 3-2 shows the Projects and Methods Status Map for the CWCB surveyed and interviewed projects, CWCB watershed restoration projects, CWCB WSRA projects, CWCB ISF projects, and USGS Stewardship Status areas. The planned, ongoing, and completed projects and methods cover an area of 11,000 miles of basin roundtable environmental and recreational focus areas. The majority of projects and methods shown in Figure 3-2 are complete (57 percent). Thirty-three percent of the projects and methods are ongoing and 10 percent are planned or proposed. The Study Status map is provided as Figure 3-3. Of these projects 56 percent are completed, 36 percent are ongoing, and 8 percent are planned or proposed. Figure 3-4 is the Focus Areas with Projects and Methods Map. This figure was designed as a tool for the basin roundtable to identify focus areas without projects or methods. These areas are shown in red on Figure 3-4. If an environmental or focus area is shown in red it does not mean that there is not a project located there or that that area does not have some type of protection for environmental and recreational attributes. All four maps are intended to be utilized by the basin roundtables in completing their needs assessments.

In the state of Colorado, 33,000 miles of streams and lakes have been identified by the basin roundtables as environmental and recreational focus. Nearly one-third of the length (11,000 miles) of these focus areas have an associated project or method. The environmental and recreational focus areas have approximately 12,000 miles of cold water fish attributes and 11,000 miles of warm water fish attributes. For



BLM_0160960

cold water fisheries, approximately 5,000 miles of the 12,000 miles of identified fisheries have an associated project or method that offers direct or indirect protections. For warm water fisheries in the focus areas, 3,500 miles of the 11,000 miles have direct or indirect protections. Examples of other attributes besides cold water and warm water fish that are in the focus areas include riparian areas, water based terrestrial wildlife such as river otter and boreal toad, whitewater and flat water boating, and wildlife viewing. An analysis of additional attributes will be conducted for the basin reports.

Table 3-6 summarizes the direct and indirect protections for cold water and warm water fishery focus areas. Over 50 percent of cold water fishery focus areas have direct, indirect, or both types of protections. Nearly 30 percent of warm water fishery areas have direct, indirect, or both types of protections. Many of the cold water fisheries examined are protected by ISFs in headwaters areas across the state. This is one of the main reasons that the percentage of cold water focus areas with protections is higher than the warm water fishery areas. It is more difficult to file an instream flow water right in areas with a higher degree of management, since water availability is often limited. Warm water fish occurrences are very often in the highly managed reaches located further downstream.

**Table 3-6 Summary of Focus Area Cold Water and Warm Water Fisheries Environmental and Recreational Protections**

| Protection Type | Cold Water Fish Focus Areas Length (miles) | Warm Water fish Focus Areas Length (miles) |
|---|---|---|
| Direct | 2,000 | 1,100 |
| Indirect | 1,000 | 800 |
| Direct and Indirect | 2,300 | 1,600 |
| No Known Protections | 6,400 | 7,700 |
| TOTAL[1] | 12,000 | 11,000 |

[1] Totals rounded to two significant digits to reflect increased uncertainty at large geographic scales.

As was discussed previously, the CWCB has not made judgments about the adequacy or sufficiency of the identified projects and methods. During 2011, CWCB will work with the basin roundtables to complete their nonconsumptive needs assessments. Basin-specific maps similar to Figures 3-1 through 3-4 will be developed at the basin roundtable level. It is anticipated that the CWCB and basin roundtables will use the Projects and Methods Map (Figure 3-1) to understand the realm of different projects that has been identified for their basin. Basin roundtable members can utilize the Projects and Methods Status Map (Figure 3-2) to identify if there are ongoing or planned projects that need their support. This support could include financial support through WSRA funding or political support. Basin roundtables can utilize information in the Studies Status Map (Figure 3-3) to see if these studies recommended actions that could be turned into future projects by the basin roundtables. There is a small number of studies (1 percent) located in focus areas where no projects exist and these studies could be examined to see if they provide recommendations for project implementation. Information provided in Figure 3-4 will allow the basin roundtables to identify areas that need further action or areas where no further action is needed. In addition to the basin-specific figures, CWCB will work with the basin roundtables to develop basin-specific statistics similar to those described above for cold water and warm water fisheries. In addition to these two attributes, CWCB will develop additional statistics for other attributes such as riparian areas, whitewater boating, and a limited number of specific aquatic dependent species based on basin roundtable requests.



## 3.5  Funding and Legal Mechanisms to Assist Implementation of Nonconsumptive Projects and Methods

Environmental and recreational values will continue to be important to the state's economy and quality of life as was discussed in Section 2. As discussed above, Colorado has many existing projects and methods aimed at meeting these nonconsumptive values. Additional nonconsumptive projects and methods will be needed to meet Colorado's nonconsumptive water supply needs, especially in warmer waters with endangered, threatened, and imperiled species. Funding will continue to be an important issue for successful implementation of nonconsumptive projects and methods. In addition, several federal and state legal mechanisms could be utilized to assist with the implementation of nonconsumptive projects and methods. The remainder of this section summarizes funding and legal mechanisms that could be useful in implementing nonconsumptive projects and methods in the future.

### 3.5.1  Federal and State Funding

There are several ways that funding can be acquired for environmental and recreational water development. Existing federal and state programs can be drawn on and new programs at the state and local levels can also be created to provide funding. Table 3-7 shows existing federal funding sources appropriate for meeting the goals of environmental and recreational needs.

The federal funding programs identified are not dedicated entirely to recreational or environmental water development, but these purposes are eligible for development under each program to varying degrees. For instance, under the Continuing Authorities Program administered by the U.S. Army Corps of Engineers (USACE), there is a clear eligibility requirement consistent with environmental and recreational water development (Section 206 – Aquatic Ecosystem Restoration and Section 1135 – Project Modifications for Improvement of the Environment). Grant monies must be matched by local resources and funding must be authorized and approved by Congress, a significant challenge. The Rural Community Assistance Corporation (RCAC) loan program also has an environmental eligibility criterion; however, a dependable source of repayment must be identified to receive this loan. The U.S. Department of Agriculture (USDA), the U.S. Economic Development Administration (USEDA), and U.S. Environmental Protection Agency (USEPA) all have programs in which environmental or recreational project attributes represent legitimate purposes, although none of these programs are actually focused directly on recreation or the environment.

In sum, federal funding for environmental and recreational water development is possible through a number of eligible programs, but obtaining such monies is tenuous at best. Even so, these opportunities should not be ignored since combining environmental and recreational water purposes with other water development purposes may lead to sufficient public support to gain federal funding from one or more of these programs.

In addition to federal funding programs, a variety of state level funding sources are also available. Table 3-8 shows existing state level funding sources available for meeting the goals of environmental and recreational water needs. There are a host of state programs available for environmental and recreational water development led by the various programs of the CWCB. Several of these programs specifically call out eligibility requirements related to environmental and recreational water development. However, these grants are typically not large or common. The most widely used program available to water developers—the construction loan program—can also have an environmental or recreational purpose. However, these loans require a dependable source of repayment that can be a challenge for



BLM_0160962

environmental or recreational development. The Colorado Water Resources and Power Development Authority (CWRPDA) also has a number of loan programs that focus on environmental improvement, largely related to water pollution. These programs are mostly revolving fund programs that require loan repayment and are typically sponsored through public entities. Among the other available state programs, Great Outdoors Colorado (GOCO) has a specific focus on recreation and the environment. These grants, through one of three programs, typically entail other funding partners and public entities.

Although recreational and water development projects are eligible to receive funding from a number of state programs, significant challenges remain in accessing these funds. First, public entities and other partners are often required to secure the funding. Secondly, loan repayment sources must be identified, which is a considerable challenge for environmental and recreational water developments. Third, competition for public money is keen and identified constituencies for environmental and recreational water development are more difficult to identify than more traditional water resource development purposes.

Many of the challenges for state funding of environmental and recreational development are the same challenges that all other water development purposes face, especially agricultural water projects and rural water development.

While Tables 3-7 and 3-8 indicate many funding sources, they are not meant to be an exhaustive list. There are several other sources of funding from federal, state, and local governments as well as private and corporate foundations. While grant and loan sources are continually evolving and changing, many of these can be found for free by going to the Red Lodge Clearinghouse funding database at www.rlch.org/content/get-funding.

## 3.5.2  Legal Mechanisms to Support Nonconsumptive Projects and Methods Implementation

This section provides an overview of the type of water rights, federal tools, state tools, and local tools available for nonconsumptive projects and methods implementation. Table 3-9 provides a comparison of the type of water rights and other mechanisms that provide environmental and recreational flows. Table 3-9 also describes local, state, and federal mechanisms for establishing water rights for the environment and recreation as well as describing how multipurpose projects or structural improvements could provide environmental and recreational flows.

### 3.5.2.1  Federal Tools

Following is a summary of federal tools that could be utilized when implementing a nonconsumptive project or method.

#### Endangered Species Act

The Endangered Species Act (ESA) provides protection for fish, wildlife, and plant species that are listed as threatened or endangered in the U.S. The ESA gives procedures that federal agencies must follow when taking actions that may jeopardize a listed species. Federal agencies typically consult with the U.S. Fish and Wildlife Service (USFWS) and the National Marine Fisheries Service to ensure that listed species and their habitats are not harmed. If negative impacts are expected, plans such as a recovery plan or habitat conservation plan are required. In Colorado, recovery plans have been created to protect endangered species on a programmatic basis on the Colorado and Platte Rivers.

For more information see: http://www.fws.gov/endangered/.





BLM_0160963