**Table 3-7 Existing Federal Funding Programs for Environmental and Recreational Water Development**

| Agency | Program | Purpose | Application Process | Funding Type | Recent Award | Eligibility/Comments | Website |
|---|---|---|---|---|---|---|---|
| USACE | Continuing Authorities Program | Develop solutions to water resource issues including aquatic ecosystem restoration and improvements to the environment from modification of Federal water resource projects. | Various. | Grant (35% - 50%) | $27 million | Authority and funding from Congress. | http://www.spk.usace.army.mil/organizations/cespk-pd/pdcap.html |
| RCAC | Rural Community Assistance Corporation Loan | Rural area focus on safe and decent housing, drinking water, wastewater, and community facilities. | Submit a loan application to the RCAC specific to the proposed project. | Loan | $4.47 million | Nonprofit organizations, municipalities, and tribal governments. | http://www.rcac.org/doc.aspx?82 |
| USDA | Rural Development - Water and Environment Programs | Focus is water development for rural areas and towns of less than 10,000. | Various application processes. | Grant/Loan | Not Available | Various eligibility requirements. See fact sheet on website. | http://www.usda.gov/rus/water/program.htm |
| USDA | Natural Resource Conservation Service (NRCS) – Wetland Reserve Program (WRP) | Focus is on restoring, protecting, and enhancing wetlands and associated uplands on private land. | 1. Submit an application to the local NRCS office. 2. The local NRCS office reviews the application for eligibility and then ranks all applications based on area ranking criteria. 3. Funds are allocated to applicants based on project rank. | Grant or Conservation Easement | $2.77 million total allocation for Colorado (FY07) | Landowners (must own land for previous 12 months) whose land is restorable and suitable to wildlife benefits. | http://www.nrcs.usda.gov/PROGRAMS/wrp/ |
| USDA | NRCS – Wildlife Habitat Improvement Program (WHIP) | Focus is on creating high quality wildlife habitats for species of National, State, Tribal, or local significance. | See WRP process. | Grant | $0.5 million total allocation for Colorado (FY07) | Lands that are privately owned or tribal lands; adjusted gross income of land owners from the three preceding years does not exceed $2.5 million. | http://www.nrcs.usda.gov/programs/whip/ |

BLM_0160964



Section 3 ● Nonconsumptive Projects and Methods

**Table 3-7 Existing Federal Funding Programs for Environmental and Recreational Water Development, continued**

| Agency | Program | Purpose | Application Process | Funding Type | Recent Award | Eligibility/Comments | Website |
|--------|---------|---------|--------------------|--------------|--------------|---------------------|---------|
| USDA | NRCS – Environmental Quality Incentives Program (EQIP) | Focuses on soil, air, water, and other natural resource concerns. | See WRP process. | Grant (Cost-share up to 75% total project cost) | $40 million total allocation for Colorado (FY07) | Agricultural producers whose adjusted gross income from the three preceding years does not exceed $2.5 million. | http://www.nrcs.usda.gov/PROGRAMS/eqip/ |
| USEDA | Public Works and Economic Development Program | Infrastructure in low income areas. | 1. Applicant will meet with the Regional EDA office to determine eligibility of project. 2. If deemed eligible a request for proposal will be requested from the applicant. 3. If project is deemed viable a pre-application meeting will be requested. 4. After the pre-application meeting a request for formal application may be issued. 5. The applicant submits a formal application. 6. The EDA reviews the application and makes a determination. 7. The EDA notifies the applicant of its determination. | Grant | $2.5 million for Colorado (FY08) | State, city, county, or other political subdivision of a State, including a special purpose unit of a State or local government engaged in economic or infrastructure development activities, or a consortium of such political subdivision, an institution of higher education or a consortium of institutions of higher education, an Economic Development District organization, a private or public nonprofit organization or association, including a faith-based non-profit organization, acting in cooperation with officials of a political subdivision of a State, or an Indian Tribe, or a consortium of Indian Tribes. | http://www.eda.gov/AboutEDA/Programs.xml |

BLM_0160965



Table 3-7 Existing Federal Funding Programs for Environmental and Recreational Water Development, continued

| Agency | Program | Purpose | Application Process | Funding Type | Recent Award | Eligibility/Comments | Website |
|---|---|---|---|---|---|---|---|
| USEPA | Targeted Watershed Grant Program | Focus is water quality improvement along with habitat improvements. | 1. Submit proposal to EPA in response to RFP. 2. EPA regional watershed experts will review and score all eligible applications. 3. The regional administrator will submit 4 recommended projects to the national panel. 4. The national panel will review 40 semi-finalists and submit its recommendation to the Selection official for final determinations. 5. Selected applicants are required to submit a complete application upon notification. | Grant | Not Available | States, local governments, public and private nonprofit institutions/organizations, federally recognized Indian tribal governments, U.S. territories or possessions, and interstate agencies are eligible to apply. | http://www.epa.gov/twg/ |
| USEPA | Wetland Program Development Grants | Focus is water quality improvement along with habitat improvements. | 1. Submit proposal to EPA in response to RFP. 2. EPA will review proposals. 3. Applicants will be notified of EPA's decision. | Grant | Not Available | States, tribes, local government agencies, interstate agencies, and intertribal consortia, and national non-profit, non-governmental organizations are eligible. | http://www.epa.gov/owow/wetlands/grantguidelines/ |
| Bureau of Reclamation (BOR) | WaterSMART Grants (formerly known as 2025 Grants) | Focus is on projects that reduce conflicts through water conservation, efficiency, and markets. | 1. Submit proposal to BOR in response to RFP. 2. BOR reviews proposal and makes determination. 3. Applicant is notified of BOR's determination. | Grant (50%) | Not Available | Irrigation and water districts, municipal governments, tribes, and states. | http://www.usbr.gov/WaterSMART/ |
| USFWS | Partners for Fish and Wildlife | Focus is on restoring habitat on private lands including wetlands and riparian areas. | Contact Partners for Fish and Wildlife coordinator for more information. | Grant | Not Available | Individuals and groups who privately own land. | http://ecos.fws.gov/partners/viewContent.do?viewPage=home |

BLM_0160966



**Table 3-7 Existing Federal Funding Programs for Environmental and Recreational Water Development, continued**

| Agency | Program | Purpose | Application Process | Funding Type | Recent Award | Eligibility/Comments | Website |
|--------|---------|---------|---------------------|--------------|--------------|---------------------|---------|
| USFWS | Wildlife Restoration Program | Focus on projects to restore, conserve, manage, and enhance wild birds and mammals and their habitat. | Apply by contacting local Wildlife and Sport Fish Restoration (WSFR) Office (http://wsfrprograms.fws.gov /Subpages/ContactUs/Contac tUs.htm) | Grant (with 25% state match) | Not Available | State agencies | http://wsfrprograms.fws .gov/Subpages/ GrantPrograms/WR/WR. htm |
| USFWS | Sport Fish Restoration Program | Focus on restoring and better managing America's declining fishery resources. | Same as Wildlife Restoration Program | Grant (with 25% state match) | Not Available | State agencies | http://wsfrprograms.fws .gov/Subpages/GrantPro grams/SFR/SFR.htm |
| National Fish and Wildlife Foundation (NFWF) | General Matching Grant Program and Special Grant Programs | Focus in on projects that restore native populations of sensitive or species. | 1. Submit a preproposal (only applicable for certain special grants). 2. If a preproposal application is required and successful the NFWF will request a full proposal from the applicant. 3. NFWF staff review and NFWF Board of Directors make final determinations on proposals. 4. Applicant is notified of final determination. | Grant | Not Available | Various eligible projects and applicants. | http://www.nfwf.org/A M/Template.cfm?Sectio n=Grants |

Source: Interviews with program officials and selected websites, 2010.



**Table 3-8 Existing State Funding Programs for Environmental and Recreational Water Development**

| Agency | Program | Purpose | Application Process | Funding Type | Recent Award | Eligibility/Comments | Website/Reference |
|--------|---------|---------|---------------------|--------------|--------------|----------------------|-------------------|
| CWCB | Fish and Wildlife Mitigation Fund | Fund mitigation of impacts on fish and wildlife resources from water diversions, deliveries, or storage facilities. | 1. Application is submitted to CWCB staff for review. 2. CWCB staff makes a recommendation to the CWCB Board. 3. CWCB Board will make a final determination. 4. CWCB notifies applicant of final determination. | Grants (Up to 25% of total project cost; maximum $250,000) | Elkhead Reservoir $1,048,000 | ● Used for the appropriation or acquisition of water rights to preserve or improve the natural environment to mitigate impact of an existing water facility. ● Used to complete river restoration feasibility studies and construction projects. ● Eligible applicants include operators of existing water diversions, delivery or existing storage projects and the CWCB. | http://cwcb.state.co.us/WatershedProtectionFloodMitigation/Watershed/WatershedRestorationProgram.htm |
| CWCB | Construction Loans (Water Project Loan Program) | Provide low-interest loans to agricultural, municipal, and commercial borrowers for the development of raw water resource projects. | 1. Conduct a loan feasibility study and submit the study along with the loan application to the CWCB. 2. CWCB staff will review the application and provide a recommendation to the Board. 3. Board staff will evaluate the application for approval. 4. CWCB notifies applicant of decision. | Mostly Loan | Republican River Water Conservation District - Compact Compliance Pipeline Project $60,600,000 at 2.0% | ● Overall project can have recreation and/or environment component. | http://cwcb.state.co.us/Finance/LoanProgram/waterProjectLoanProgram.htm |

BLM_0160968



**Section 3** ● Nonconsumptive Projects and Methods

**Table 3-8 Existing State Funding Programs for Environmental and Recreational Water Development, continued**

| Agency | Program | Purpose | Application Process | Funding Type | Recent Award | Eligibility/Comments | Website/Reference |
|---|---|---|---|---|---|---|---|
| CWCB | Severance Tax Trust Fund Operational Account | Water resources planning studies and associated demonstration projects, within mineral impacted areas of the state. | 1. Application submitted to CWCB. 2. CWCB evaluates application. 3. CWCB notifies applicant of decision. | Grant | Annually | ● Requests Reviewed Annually by CWCB. | http://cwcb.state.co.us/Finance/InvestmentProgram/SeveranceTaxTrustFundOperationalAccount/ |
| CWCB | Senate Bill (SB) 179 - Water Supply Reserve Account | Fund water activities approved by the Basin roundtables. | 1. Application submitted to CWCB. 2. CWCB evaluates application. 3. CWCB notifies applicant of decision. | Grant | Bimonthly | ● Approval by Interbasin Compact Roundtables and non-consumptive water needs are one of the eligible activities. | http://cwcb.state.co.us/IWMD/WaterSupplyReserve/ |
| CWCB | House Bill (HB) 1400 - Implementation of the Water for the 21st Century Act | Technical support to Interbasin Compact Roundtables | Task Orders from Basin Roundtables submitted to state project manager | Operations CWCB | Approximately $700,000 annually | ● Funds available to complete Basin Roundtable Needs Assessments. | http://ibcc.state.co.us |
| CWCB/ Colorado Department of Public Health and Environment (CDPHE) | Healthy Rivers Fund (formerly the Colorado Watershed Protection Fund) | Colorado Individual Income Tax Refund checkoff program to give taxpayers the opportunity to voluntarily contribute to Watershed Protection. Grants are locally based water projects and planning. | 1. Application submitted to CWCB 2. CWCB staff, CDPHE, Water Quality Control Commission (WQCC) staff, and Colorado Watershed Assembly review, rank, and identify funding proposals to be forwarded to the Board and WQCC. 3. The Board and WQCC may select two respective designees each responsible for making final grant award decisions, in consultation with the Colorado Watershed Assembly representative. | Grant | Raised $97,000 in 2008 | ● Collaborative locally-based watershed protection. Must provide 20 percent in-kind or cash match. | http://cwcb.state.co.us/WatershedProtectionFloodMitigation/Watershed/WatershedRestorationProgram.htm |

BLM_0160969

**CDM**

3-16



Table 3-8 Existing State Funding Programs for Environmental and Recreational Water Development, continued

| Agency | Program | Purpose | Application Process | Funding Type | Recent Award | Eligibility/Comments | Website/Reference |
|---|---|---|---|---|---|---|---|
| CWCB | Instream Flow Acquisition Fund | One million dollars dedicated to costs of acquiring water, water rights, and interests in water for ISF use. | CWCB's Policy 19 guides expenditures under the Instream Flow Acquisition Fund. Generally, CWCB staff must present the board with a summary of the financial aspects of the proposal, including a breakdown of costs and any in-kind services provided by the water rights owner or any other individual or entity. | Acquisition fund | Not Available | • Permanent or temporary water acquisitions that supplement existing ISF water rights that are not always fully satisfied by existing stream flows<br>• Water acquisitions that facilitate the appropriation of the new ISF water rights that are the minimum amount necessary to preserve the natural environment to a reasonable degree<br>• Preserve threatened or endangered species habitat, support wild and scenic alternative management plans, or provide federal regulatory certainty | http://www.cwcb.state.co.us/NR/rdonlyres/E6DA70D1-1D32-41D2-BF26-67A1BD6092E9/0/19.pdf |
| DNR | Native Species Conservation Trust Fund | Funds projects to protect native species and promote recovery of endangered species. | Projects are selected by agencies within the DNR. Selected programs are placed in an annual appropriations bill. | State budget appropriation | Not Available | • Projects may be completed by non-governmental agencies as well, agencies actually apply for the funding. | Colorado Revised Statutes Title 24 Article 33 Section 24-33-111 |
| CWCB | Watershed Restoration Grants | Provides planning, engineering, and construction services for watershed/stream restoration studies and projects. | Apply to CWCB | Grant | Not Available | • No specific eligibility requirements for grantees, special consideration given to projects that integrate multi-objectives. | http://cwcb.state.co.us/WatershedProtectionFloodMitigation/Watershed/WatershedRestorationProgram.htm |

BLM_0160970



**Table 3-8 Existing State Funding Programs for Environmental and Recreational Water Development, continued**

| Agency | Program | Purpose | Application Process | Funding Type | Recent Award | Eligibility/Comments | Website/Reference |
|---|---|---|---|---|---|---|---|
| CDPHE/ USEPA | 319 Program | Focus on nonpoint source pollution to impaired Colorado water bodies. | 1. Submit draft proposal to nonpoint source (NPS) coordinator. 2. Review of draft proposals is conducted by technical committees, watershed coordinators, and EPA. 3. Feedback is given to project sponsors about project eligibility. 4. Final proposals are submitted to NPS coordinator. 5. Project is reviewed by Project Review Committee. 6. Proposals are submitted to NPS Council and EPA for final review. 7. NPS Council rank projects and provide recommendations to Water Quality Control Division (WQCD). 8. WQCD presents recommended project list to the WQCC for approval. | Grant | $1.8 million | • Program funds BMP construction and also Watershed Management Plans. | http://www.epa.gov/OWOW/NPS/cwact.html http://www.cdphe.state.co.us/wq/nps/index.html |





Table 3-8 Existing State Funding Programs for Environmental and Recreational Water Development, continued

| Agency | Program | Purpose | Application Process | Funding Type | Recent Award | Eligibility/Comments | Website/Reference |
|---|---|---|---|---|---|---|---|
| CWRPDA | Drinking Water Revolving Fund | Provides low interest loans to government agencies for the construction of water projects for public health and compliance purposes. | 1. The borrower's project included in the adopted annual intended use plan (IUP) eligible project list. 2. The IUP and eligible project list included in a Joint Resolution approved by General Assembly and signed by Governor. 3. The borrower submits an application to the WQCD once the project is on the eligible project list. 4. Application is forwarded to Division of Local Government (DLG) who then conducts a review along with CWRPDA and WQCD. 5. CWRPDA Project Finance Committee and the Board of Directors review the borrower's credit report. 6. Board of Directors approves application. | Loan | $13 million | • Drinking water infrastructure. | http://www.cwrpda.com/ DWRFsubmenu.htm |
| CWRPDA | Water Pollution Control Revolving Fund | Provides loans to government entities for construction of water quality projects. | See Drinking Water Revolving Fund process. | Loan | $24 million | • Wastewater infrastructure; non-point source abatement. | http://www.cwrpda.com/WPCRFsubmenu.htm |



BLM_016972

Table 3-8 Existing State Funding Programs for Environmental and Recreational Water Development, continued

| Agency | Program | Purpose | Application Process | Funding Type | Recent Award | Eligibility/Comments | Website/Reference |
|--------|---------|---------|---------------------|--------------|--------------|----------------------|-------------------|
| CWRPDA | Small Water Resource Projects | Finance water supply projects costing $10 million or less. | 1. Submit application directly to CWRPDA (if the project involves raw water collection or storage application is forwarded to CWCB for informational purposes). 2. Application reviewed by CWRDPA staff and Financial Guaranty Insurance Company (FGIC). 3. CWRDPA Project Finance Committee and the Board of Directors review the borrower's credit report. 4. Board of Directors approves application. | Loan | $10 million | • All water supply systems components. | http://www.cwrpda.com/SWRPsubmenu.htm |
| Department of Local Affairs (DOLA) | Energy and Mineral Impact Assistance Program | Assist communities with implementing improvement projects and local government planning. | 1. Submit application to the Department of Local Affairs. 2. Applications reviewed by department and state advisory committees. 3. Grant/loan awards announced. | Grant/Loans | $500,000/$1 million | • Municipalities, counties, school districts, and most special districts that have been affected by development, processing, or energy conversion of fuels and minerals. • Funding for 2009-2010 was used to fill gaps in the General Fund. Applications for 2009 are being held for 2010. | http://www.dola.state.co.us/dlg/fa/eiaf/index.html |

BLM_016097
3


SWSI
Statewide Water Supply Initiative

Table 3-8 Existing State Funding Programs for Environmental and Recreational Water Development, continued

| Agency | Program | Purpose | Application Process | Funding Type | Recent Award | Eligibility/Comments | Website/Reference |
|---|---|---|---|---|---|---|---|
| DOLA | Conservation Trust Fund | Implementation of projects that benefit state and local parks, recreation facilities, open space, environmental education, and wildlife habitat. | Funds dispersed quarterly on a per capita basis. | Grant | $51 million distributed in 2006. | • Municipalities, counties, school districts, and most special districts that intend to acquire, develop, or maintain new conservation sites or implement capital improvements or maintenance for recreational purposes on any public site. | http://www.dola.state.co.us/dlg/fa/ctf/index.html |
| State of Colorado | Colorado Conservation Easement Tax Credit | Protecting lands through conservation easements. | State income tax credit. | Tax Credit | Up to $375,000 for donations made on or after January 1, 2007 | • Colorado resident individuals, C Corporations, trusts, estates, and members of pass-through entities. | http://www.revenue.state.co.us/fyi/html/ |
| CWCB | Instream Flow Tax Credit | Tax credit for donated water rights to the CWCB's ISFs program | State income tax credit up to 50% of the donation value | Tax Credit | Not Available | • Eligible water rights, value determined by appraisal, seniority and historical consumptive use (CU), decreed use, location and extent to which aquatic habitat will benefit | http://www.coloradowatertrust.org/acquisitions/tax-credit/ |
| CDOW | Habitat Stamp | Acquiring or preserving wildlife habitat. | Funding recommendations made by a citizen committee to the Wildlife Commission. | Grant | Not Available | • | http://wildlife.state.co.us/ShopDOW/AppsAndLicenses/HabitatStamp/ |



BLM_0160974

**Section 3 ● Nonconsumptive Projects and Methods**

Table 3-8 Existing State Funding Programs for Environmental and Recreational Water Development, continued

| Agency | Program | Purpose | Application Process | Funding Type | Recent Award | Eligibility/Comments | Website/Reference |
|--------|---------|---------|---------------------|--------------|--------------|----------------------|-------------------|
| CDOW | Fishing is Fun (FIF) Program | Improve fishing opportunities for anglers. | 1. File an application with CDOW. 2. Various reviews by CDOW staff. 3. Presentation and Q&A session by applicants to FIF Review Panel meeting. 4. Review Panel recommendations forwarded to CDOW top management for final decision. | Grant | Not Available | • Local governments, park and recreation departments, water districts, individuals, conservation groups, and organizations with projects that either improve angler access, improve habitat, improve fishing sites, or improve motorboat access. | http://wildlife.state.co.us/Fishing/ResourcesTips/FishingIsFunProgram |
| CDOW | Colorado Wetland Wildlife Conservation Program | Preserve, restore, enhance, and create wetlands and adjacent habitat. | Projects are selected by a CDOW committee of biologists and field operations staff. | Allocated annually | $19,000 for Cottonwood State Wildlife Area | • | http://wildlife.state.co.us/LandWater/WetlandsProgram/ |
| Various Counties | County Open Space Sales Tax | Open space protection. | Various. | Sales Tax | Not Available | • Focus is on acquiring land for open space. | See county websites |
| WQCC | Watershed protection fund | Protect lands and waterways in Colorado's watersheds. | 1. Applications Available March 1. 2. Deadline April 30. 3. Applications reviewed and approved July 31. 4. Grants Awarded September 30. | Grants | $15,000 Design and $50,000 Projects | • Requires 20% match. | http://www.cdphe.state.co.us/op/wqcc/SpecialTopics/CWPF/colowtshdprot.html |
| GOCO | Legacy initiative | Implement projects of regional or statewide importance that preserve land and water, enhance critical wildlife habitats, create new state and local parks, construct trails, and provide environmental education. | 1. File an application with GOCO. 2. GOCO reviews applications. 3. Grants awarded. | Grant | $13.2 million | • Parks, outdoor recreation, environmental education; regional or state significance. | http://www.goco.org/GrantPrograms/Legacy/tabid/125/Default.aspx |



**Table 3-8 Existing State Funding Programs for Environmental and Recreational Water Development, continued**

| Agency | Program | Purpose | Application Process | Funding Type | Recent Award | Eligibility/Comments | Website/Reference |
|---|---|---|---|---|---|---|---|
| GOCO | Local government | Implement projects that provide places to play, gather, and compete. | See Legacy Initiative process. | Grant | Not Available | • Similar emphasis for local governments. | http://www.goco.org/GrantPrograms/LocalGovt/tabid/120/Default.aspx |
| GOCO | Open space | Open space protection. | See Legacy Initiative process. | Grant | Not Available | • River corridors, habitat, broad objectives. | http://www.goco.org/GrantPrograms/OpenSpace/tabid/119/Default.aspx |
| Colorado State Parks/ National Park Service (NPS) | Land and Water Conservation Fund (LWCF) | Create parks and open spaces, protect wilderness, wetlands, and refuges, preserve wildlife habitat, and enhance recreational opportunities. | LWCF accepts applications from local governments and CSP | Grants with matching requirements | Not Available | • Acquisitions of land or water property interests to be used for recreational purposes<br>• Construction or redevelopment of outdoor recreational facilities<br>• Planning grants that address needs, problems or issues identified in the Statewide Comprehensive Outdoor Recreation Plan | http://parks.state.co.us/trails/lwcf/Pages/LWCFHome.aspx |
| Colorado Water Trust | Colorado Water Trust | Acquisition of water rights or interests in water rights for streamflow enhancement. | None. | Depends on project | Not Available | • Existing water users, willing participants. | http://www.coloradowater trust.org |

Source: Interviews with program managers and selected websites, 2010.



**Table 3-9 Comparison of Types of Water Rights and Other Mechanisms that Provide Environmental and Recreational Flows**

| | CWCB Program | | | | | | |
| | Recreational In-Channel Diversions (RICDs) | CWCB ISF and Natural Lake Level Water Rights (New Appropriations) | Dedication of Existing Water Right to CWCB for ISFs | Voluntary Flow Agreements | Federal Permitting Conditions | Multipurpose Projects | Structural Improvements |
|---|---|---|---|---|---|---|---|
| Entity | Local governmental entities. Private, State, and Federal entities are prohibited from appropriating these types of water rights. | CWCB is the only entity authorized to obtain a decree for ISF or natural lake level water rights. | CWCB can acquire by donation, purchase, lease, loan, or other contractual agreement from any person or entity. | Can be between any water users, subject to each party's legal authority and to applicable water court decrees. | Can be imposed by federal agencies such as the Forest Service, Bureau of Reclamation, USACE, National Park Service, Bureau of Land Management, or other agency. | Any type of water user, in conjunction with CWCB if providing ISFs, or with a local governmental entity if providing flows for RICDs. | Any type of water user, in conjunction with CWCB if providing ISFs, or with a local governmental entity if providing flows for RICDs. |
| Flow Amounts | Minimum stream flow for a reasonable recreation experience. | Minimum amount to preserve the natural environment to a reasonable degree. | Minimum amount to preserve or improve the natural environment to a reasonable degree. | Amounts determined by mutual agreement. | Variable – these sometimes mimic CWCB ISF decreed amounts. | Agreed upon and proposed by project sponsors and partners and confirmed by water court. | Variable - but may be limited by size of pumpback pipelines, pumping costs, or other logistical constraints. |
| For What Purposes | To provide stream flows for a reasonable recreation experience. | To preserve the natural environment to a reasonable degree. | To preserve or improve the natural environment to a reasonable degree. | Determined by mutual agreement. | Recreation/environment/ other uses associated with the original federal authorization legislation. | Recreation/ environment. | Recreation/ environment/ water quality. |
| Season | Can be year round or seasonal (usually summer). | Can be year round or seasonal. | Can be year round or seasonal. | Determined by mutual agreement. | Can be year round or seasonal. These sometimes mimic CWCB ISF decreed amounts. | Agreed upon and proposed by project sponsors and partners and confirmed by water court. | May be limited during the winter season because of icing/freezing pipelines or other frozen infrastructure. |
| Times of Day | Usually limited to daylight hours. | 24 hours a day. | 24 hours a day. | 24 hours a day. | Typically 24 hours a day. May be limited by operational schedules. | Agreed upon and proposed by project sponsors and partners. | Variable. |

BLM_0160977

Table 3-9 Comparison of Types of Water Rights and Other Mechanisms that Provide Environmental and Recreational Flows, continued

|  | Recreational In-Channel Diversions (RICDs) | CWCB Program | | Voluntary Flow Agreements | Federal Permitting Conditions | Multipurpose Projects | Structural Improvements |
|---|---|---|---|---|---|---|---|
| Limits | Limited to the minimum flow to provide for a reasonable recreation experience. | Limited to the minimum flow to provide reasonable preservation of the natural environment. | CWCB may not 1) acquire water by eminent domain; 2) accept donations of water rights that either would require removal of existing infrastructure without approval of owner of infrastructure or that were acquired by condemnation; or 3) use money from the Construction Fund to acquire water or water rights. | Limitations determined by mutual agreement or imposed by law. | Can only be imposed when a new permit is needed, or when a current permit is up for renewal. These types of federal imposition of bypass flows have been, and could continue to be the subject of litigation. | Limitations determined by mutual agreement or imposed by law. | Costs associated with the pipeline, costs associated with pumping, costs associated with the storage vessel. |
| Effects on Compact Entitlements | Shall not impair the ability of Colorado to fully develop and place to consumptive beneficial use its compact entitlements. | Shall not deprive the people of the State of Colorado of the beneficial use of those waters available by law and interstate compact. | Shall not deprive the people of the State of Colorado of the beneficial use of those waters available by law and interstate compact. | Potential to impact Colorado's compact entitlements. | Potential to impact Colorado's compact entitlements. | In accordance with law governing ISFs or RICDs. | Should not affect Colorado's Compact entitlements. |
| Example Projects | Town of Avon, City of Longmont, and City of Steamboat Springs | CWCB has decreed 1,578 ISFs and 494 Natural Lake Levels | City of Boulder (Boulder Creek) and City of Aspen (Hunter Creek) | Arkansas River Voluntary Flow Program | Chatfield Reallocation | Elkhead Enlargement | Elkhead Enlargement |



BLM_0160978

### Federal Reserved Water Rights

Federal reserved water rights are implied and express water rights that are created when land is taken out of the public domain for national parks, national wildlife refuges, national forests, etc. The U.S. Supreme Court recognized these rights in 1907 in *Winters vs. United States*, which concluded that the U.S. could not deprive Native Americans of water reserved for them through the creation of tribal reservations (known as the "Winters Doctrine"). In Colorado, reserved water rights are finalized throughout the state with the exception of the U.S. Forest Service (USFS) reserved rights in Water Division 7 and the Black Canyon of the Gunnison National Park reserved rights.

For more information see: www.blm.gov/nstc/ WaterLaws/fedreservedwater.html.

### Section 404 Dredge and Fill Permits

Section 404 of the Clean Water Act (CWA) instituted a permit program to regulate discharge of dredge and fill material in wetlands and in "waters of the U.S." USACE is responsible for issuing permits and assessing the potential impact to the environment including water quality. USACE may require terms and conditions on the permit to mitigate any potential impacts as per 404(B)(1) guidelines.

For more information see: http://www.usace.army.mil/CECW/Pages/reg_materials.aspx

### Nonpoint Source Management Program

The Section 319 NPS Grant Program was created by Section 319 of the CWA to curb NPS pollution. USEPA administers funding to state and tribal agencies. The money is then used to assess nonpoint pollution and to develop and implement NPS management programs. In Colorado, the grant program funds voluntary NPS pollution projects that are intended to enhance water quality and potentially provide environment and recreation benefits.

For more information see: http://www.epa.gov/ OWOW/NPS/cwact.html.

### Salinity Control Program

The salinity control program is a program in which the BOR, USDA, the Bureau of Land Management (BLM), and Colorado River Basin states are working together to cost-effectively reduce salinity in the Colorado River Basin. For example, in western Colorado, earthen canals have been replaced with pipes to reduce seepage and salt loading to the Colorado River. There may be funds available for projects that help improve water quality by reducing salinity levels.

For more information see: http://www.usbr.gov/uc/progact/salinity/

### Federal Facilities

Federal water facilities, such as those operated by BLM and USACE, may provide multiple benefits, including water supply, flood control, power development, and environment and recreation benefits. Reservoirs often provide flatwater recreation and habitat opportunities as well as beneficial environmental and recreational downstream flows.

For more information see: http://www.usbr.gov/projects/, https://www.nwo.usace.army.mil/, http://www.spa.usace.army.mil/, and http://www.spk.usace.army.mil/

### Federal Energy Regulatory Commission (FERC) Licenses

Under the Federal Power Act, FERC issues licenses for non-federal hydroelectric projects requiring compliance with state and local requirements. Many hydroelectric projects currently need to renew their licenses. This triggers a review process in which water quality and other environment and recreation benefits/impacts may be reviewed and addressed.

For more information see: http://www.ferc.gov/ and http://www.ferc.gov/docs-filing/elibrary.asp


SWSI
Statewide Water Supply Initiative

BLM_0160979

### National Environmental Policy Act (NEPA) Reviews

NEPA requires federal agencies to prepare an environmental impact statement to evaluate the environmental impacts of a proposed action(s) and to consider alternatives that may avoid or reduce impacts. Potential environment and recreation impacts as a result of changes in flows are identified and either avoided or mitigated.

For more information see: http://www.epa.gov/ compliance/nepa/eisdata.html

### Forest Management Plans

In accordance with the National Forest Management Act of 1976, national forests are required to develop a comprehensive management plan. These plans include management, protection, use goals and guidelines, and monitoring plans. Periodically, these plans are revised to adapt to changing conditions and management strategies.

For more information see: http://www.fs.fed.us/emc/nfma/index.htm and each individual National Forest website.

### Resource Management Plans (RMPs)

The Federal Land Policy and Management Act of 1976 requires the BLM to create extensive land use management plans, called RMPs, to guide agency actions for a particular region. In these plans, the BLM must manage the landscape for many uses while still protecting water quality.

For more information see: http://www.blm.gov and each individual BLM field office website.

### USGS Data Gathering on Water Quality and Quantity

The USGS collects water quality and flow data through the National Water-Quality Assessment Program (NAWQA) and the National Streamflow Information Program (NSIP), respectively. The USGS operates and maintains approximately 7,000 stream gages that collect long-term stream flow data through the NSIP. In Colorado, the NAWQA program collects water quality data from the South Platte, Upper Colorado River, and Rio Grande Valley Basins.

For more information see: http://water.usgs.gov/nawqa/ and http://water.usgs.gov/nsip/

### Wild and Scenic River Designation (WSR)

Passed in 1968, the WSR serves to preserve selected rivers that possess not just "wild and scenic" qualities but also "outstanding remarkable scenic, recreational, geologic, fish and wildlife, historic and cultural or other similar values." Congressional intent was to complement water development activities on some rivers with preservation of free flowing river conditions on other rivers. Currently, the Cache La Poudre River is the only WSR in Colorado. The BLM, NPS, and USFWS are the primary agencies charged with designating a river as a WSR.

For more information see: http://www.rivers.gov/

### 3.5.2.2 CWCB Program Tools

The following summary of CWCB programs may be used by the basin roundtables as they implement projects and methods for their nonconsumptive needs.

### CWCB Instream Flow Program

The 1973 General Assembly enacted SB 97, which created the Colorado ISF and Natural Lake Level Program (ISF Program) to be administered exclusively by the CWCB. The CWCB is solely responsible for the appropriation and protection of ISF and natural lake level water rights to preserve the natural environment to a reasonable degree and the acquisition of water rights to preserve and improve the natural environment to a reasonable degree. To date, the CWCB has appropriated and adjudicated



BLM_0160980

approximately 1,500 water rights in approximately 8,500 miles of streams and 476 natural lakes. In addition to new appropriations, state law also authorizes the CWCB to acquire existing water rights on a voluntary basis to preserve or improve the natural environment.

For more information see: http://cwcb.state.co.us/Streamandlake/.

### Recreational In-Channel Diversion (RICD) Rules

In 1998, Golden filed for water rights to create a kayak course running through its downtown. The state opposed the application, but the water court eventually decreed Golden's full claim.

After the water court ruled but before the case was appealed to the Colorado Supreme Court, the General Assembly passed SB 01-216. This bill provided that local governmental entities could apply for water rights for RICDs, but limited these types of water rights to the "minimum stream flow" "for a reasonable recreational experience in and on the water." Section 37-92-102, C.R.S. requires applicants for RICD water rights to provide a copy of their application to the CWCB. Under SB 01-216, the CWCB was required to review an application for an RICD and submit findings and recommendations to a water court within 90 days of the expiration of the Statement of Opposition period. SB 01-216 grandfathered in prior water right applications for recreational flows, such as Golden's.

By the time the case reached the Colorado Supreme Court, Vail and Breckenridge's efforts to create recreational flows had also been included in the case. The Colorado Supreme Court deadlocked 3-3, operationally affirming the lower court decisions and granting them recreational flows.

For more information see: http://cwcb.state. co.us/WaterSupply/RICD.htm

### 3.5.2.3  Other State and State-Administered Federal Program Tools

### Rangewide Conservation Agreement for Roundtable Chub, Bluehead Sucker, and Flannelmouth Sucker

The CDOW and the BLM are both signatories to the Rangewide Three Species Conservation Agreement for the protection and conservation of flannelmouth sucker, bluehead sucker, and roundtail chub populations throughout their ranges. This agreement between the Upper Basin states, federal agencies including the USFS, BLM, and BOR, Native American tribes, and non-governmental organizations is intended to proactively prevent a federal listing of these three native fishes.

### Interruptible Water Supply Agreements (C.R.S. 37-92-309)

The State Engineer may allow interruptible water supply agreements between two or more water right owners. Under an interruptible water supply agreement, the loaning water right owner stops its use of the loaned water right for a specified length of time. The State Engineer authorizes the approval and administration of interruptible water supply agreements that permit a temporary change in the point of diversion, location of use, and type of us of an absolute water right without the need for adjudication. An interruptible water supply agreement can be exercised 3 years in a 10-year period.

### 401 Certification

The state has to certify that the construction and operation of any project requiring a federal approval (404, FERC license, federal discharge permit) will meet all applicable state water quality requirements. The statute sets forth best management practices that may be imposed to help ensure compliance with state water quality standards. The state can also include conditions on the 401 certification to ensure compliance with state water quality standards.

For more detailed information see: http://www.cdphe.state.co.us/wq/PermitsUnit/ index.html





### National Pollution Discharge Elimination System Permits

The National Pollution Discharge Elimination System, under the CWA, requires discharge permits for municipal and industrial wastewater and stormwater. The Colorado WQCD issues permits for the majority of discharges in Colorado. Permits may include conditions to protect water quality. USEPA issues permits for federal facilities and on American Indian reservations. Permits are renewed every 5 years.

For more information see: http://www.cdphe .state.co.us/wq/PermitsUnit/index.html and http://cfpub.epa.gov/npdes/

### State Classifications and Standards

The Colorado WQCD decides on an appropriate level of water quality for stream reaches by first assessing how the water is used and identifying the desired future beneficial uses. Colorado surface waters may be classified for the following uses: recreation, aquatic life, agriculture, water supply, and wetlands. Numerical and narrative water quality standards are assigned to stream reaches to protect the classified uses.

For more information see: http://www.cdphe. state.co.us/op/wqcc/index.html

### Exchange and Substitution Statutes

Colorado water law requires that if an upstream user takes water that a senior downstream user would otherwise receive, the water must be replaced at the time, location, quantity, and of suitable water quality that the downstream user experienced prior to the exchange or substitution. This protects senior downstream users and can indirectly help maintain water quality for downstream environmental and recreational purposes.

For more information see: http://water.state.co.us/wateradmin/wateradmin.asp

### 319 Projects

Section 319 of the CWA established the 319 NPS Management Program under which states, territories, and Indian tribes receive federal grant money for NPS implementation projects. The states are responsible for submitting their funding plans to USEPA, in which USEPA awards funding as long as the state's plans are within the grant eligibility requirements and procedures.

For an example project see: http://www.epa.gov/nps/Success319/state/co_mos.htm

### HB 1132 Regulations

HB 07-1132 was enacted to address water quality protection in water court for change of use applications for large water transfers. Specifically, for a change of type of use of water rights that transfers more than 1,000 acre-feet of water per year, the water judge is allowed to include a term or condition that addresses decreases in water quality caused by the change.

For the exact bill text see: http://www.leg.state.co.us/clics/clics2007a/csl.nsf/fsbillcont3/ B7940B3E87651B5A87257251007A063B?Open&file=1132_enr.pdf

### HB 1012 Regulations

HB 07-1012 was enacted to amend C.R.S. 37-83-105(2) to state that any loaned water right used by the Board for ISF purposes will not negatively impact historic CU analysis. Additionally, HB 07-1012 under C.R.S. 37-92-103 revises the definition of "abandonment of a water right" to state that the loan of water to the CWCB for ISF use shall not be used to determine abandonment.

For the exact bill text see: http://www.leg.state.co.us/clics/clics2007a/csl.nsf/fsbillcont3/ 85F8683D5A1CD69887257251007B8552?Open&file=1012_enr.pdf



BLM_0160982

### 3.5.2.4  Local Tools

The following local tools may be utilized by nonconsumptive project and method proponents.

#### HB 1041 Regulations

HB 1041, codified at Section 24-65.1-101 et. seq., C.R.S., was passed in 1974 to address impacts associated with growth in Colorado. HB 1041 gave local governments a voice in the development of projects that benefit one community but cause impacts in another community. Specifically, HB 1041 Regulations allow consideration and mitigation of impacts associated with water projects. Typically, HB 1041 regulations require the project proponent to obtain a permit to construct the project. The local government may require terms and conditions in the permit to mitigate environmental, social, and economic impacts associated with the project.

#### HB 1280

HB 08-1280 (codified at Section 37-92-102(3), C.R.S.) provided needed protections to lessors of water to the state's ISFs program. Passed in 2008, the bill removed the threat of abandonment from water rights leased or loaned to the CWCB. It also ensured the right's historical CU would not be diminished for the duration of the lease/loan.

#### Local Land Use Regulations

Counties and municipalities have other land use tools available to protect water quality and even require mitigation of water projects. For example, municipalities may adopt a watershed ordinance to protect the watershed above its water supply intake. Special use permit regulations can also be structured to require mitigation of a project.

#### Conservation Easement

A conservation easement is a legal agreement between a landowner and a qualified land organization that restricts the amount and type of development that can occur on the property. This may prevent the landowner from selling or transferring water rights associated with the property. In Colorado, land owners are eligible for a state tax credit and conservation easements have been used to preserve open space and keep land in agriculture in perpetuity.

#### Recreational In-Channel Diversions Statute and Regulations

These regulations provide authority for local governments to seek RICDs. See Section 4.3.3 for more detail.

#### Stream Restoration Projects

As competition for water resources increases, local communities are looking for stream restoration projects that utilize less water. These projects often provide habitat enhancement to stream reaches that experience low flow conditions without requiring increased flows. Grants are often available for these projects.

#### Voluntary Flow Management Programs

These are programs in which reservoir operations are modified to provide recreational flows for downstream users. Dillon Reservoir has been operating voluntarily to optimize downstream flows for boaters for specific periods of time to benefit recreation and the environment.

#### Water System Re-optimization

The operation of major water systems can be optimized to enable a better balance between consumptive and nonconsumptive needs. Numerous tools are available to determine if re-operation of the system will provide additional benefits to both consumptive and nonconsumptive water users.





BLM_0160983

### 3.5.2 5  Multi-stakeholder and Market Based Tools

Following are examples of multi-stakeholder and market based tools that could be utilized to protect or enhance nonconsumptive needs

#### Multi-Party Voluntary Flow Management Programs

Multi-party programs in which river flows are managed to provide recreational flows for downstream users. For example, the Arkansas River Recreation Management Plan includes the BLM, Colorado DNR's Division of Parks and Outdoor Recreation (DPOR), the USFS, and CDOW. The objective of this plan is to emphasize the Arkansas River Headwaters Recreation Area's natural resources, sustainability, and public land health, while respecting private property and embracing education, recreation, and commercial activities. In some situations, these plans may be of use when RICDs or instream-flow water rights may not be exercised due to water rights constraints.

#### Water Court Decree Stipulations

In order to obtain a water right in Colorado, an application must be filed with the appropriate water court. All applications are filed in the "resume" and local newspaper. Any person may submit a statement of opposition within two months after the water court publishes its resume. The water referee manages the application and statement(s) of opposition. After the referee's ruling, parties may protest, initiating water court litigation. At trial, the parties either settle or the water judge decides whether the application is granted or denied. This process enables water right holders to protect their water rights and apply for new rights.

#### Decrees for Piscatorial Use

In order to obtain a decreed water right, the applicant must show that the water is being put to beneficial use. Piscatorial use is considered a beneficial use, usually in the context of a storage water right. Water rights for piscatorial uses have been granted at a number of locations, including Taylor Reservoir where the concept of using releases from storage to protect ISFs was first developed when the Upper Gunnison River Water Conservancy District filed for enough water for a second filling of the reservoir. Other examples with decrees for piscatorial use include Elkhead and Wolford Reservoirs.

#### Temporary Water Transfers

Water rights may be donated to the CWCB for ISF use. The donation of senior water rights is especially beneficial to the ISF Program. Water rights may also be donated on a temporary basis, providing additional flows to decreed ISF rights for a period of time. Special lease agreements between the CWCB and other governmental agencies, including the BLM and the Colorado DPOR have occurred where leased water supplemented ISF water rights.

#### Water Sales

Water rights may be sold and purchased for conservation and environment benefits. They must be donated to the CWCB or utilized for a recognized beneficial use. The mission of the Colorado Water Trust is to acquire and provide assistance to others in acquiring water rights for stream flow enhancement. The Nature Conservancy and Trout Unlimited also strive to acquire water for conservation purposes.

#### Subordination Agreements

A subordination agreement is a legal agreement by which a senior water right holder allows a junior right holder to be satisfied out of priority. Subordination agreements may be developed to allow senior water right holders to subordinate their water rights to a junior ISF water right, providing environmental benefits. The State Engineer's Office will generally not approve selective subordinations, but will administer a subordination that is authorized by a water court decree.



BLM_0160984

THIS PAGE INTENTIONALLY LEFT BLANK



BLM_0160985

# Section 4
# Consumptive Needs Assessments

## 4.1 Overview of Consumptive Needs Assessment Process

Water in Colorado is managed to meet the needs of Colorado's citizens, agriculture, and environment. Colorado's economy, quality of life, recreational opportunities, and the environment are all dependent on water. The broad diversity of water uses in Colorado is indicative of the many ways in which we are affected by the water that is available to us and our environment, and how we choose to use it. Severe and continuing drought conditions throughout the state in the early 2000s in conjunction with rapid economic growth and concern over interstate compact obligations have brought focus to the constraints on our state's water resources and the challenges associated with meeting multiple objectives and needs.

In 2004, the Colorado Water Conservation Board (CWCB) completed the Statewide Water Supply Initiative (SWSI) 1 study, which evaluated Colorado's water needs and solutions through 2030.

The objectives of the consumptive needs part of this SWSI 2010 update are to:

- Update population projections and extend them to 2050
- Update municipal and industrial (M&I) per capita estimates including passive conservation
- Extend the SWSI 1 consumptive water use projections to 2050 for the M&I sector
- Update the self-supplied industrial (SSI) sector forecast to 2050
- Update the current tally of irrigated acres throughout Colorado and forecast irrigated acres in 2050
- Update current agricultural demands and shortages
- Update the consumptive demand forecast to 2050 for the agricultural sector

Nonconsumptive water needs are addressed in Section 2 of this report.

The analyses summarized in this section use a water forecast horizon of 2050 for a number of reasons. The CWCB determined that the forecast horizon for the water demand projections needed to be extended to the year 2050 to better represent the long-term water needs that the state will face.

**Index**

4.1   Overview of Consumptive Needs Assessment Process .......................p. 4-1
4.2   M&I and SSI Consumptive Needs.....p. 4-2
4.3   Agricultural Consumptive Needs....p. 4-20





BLM_0160986

In addition, West Slope basin roundtables suggested the 2050 timeframe for the demand projections so that potential growth rates on the West Slope could be better characterized. Infrastructure investments and commitment of water supplies require a longer term view into the future. In addition, several of the SWSI identified projects and processes (IPPs) (addressed in Section 5 of this report) with environmental impact statement requirements have used a planning horizon of 2050. Finally, the 2050 timeframe can better incorporate ongoing energy development in the Colorado and Yampa-White Basins.

The following sections provide an overview of the methods used in determining reconnaissance level consumptive water use projections for 2050, and the results of those analyses. Sections 4.2.1 and 4.2.2 describe the methods and results of projecting M&I demands, including population forecasting, estimation of per capita water use, and the application of passive conservation measures. The methods used to estimate SSI demands, and the results thereof, are presented in Section 4.2.3. Section 4.2.4 summarizes the statewide results of the M&I and SSI demand projections. Section 4.3 summarizes the same for agricultural demands. Detailed descriptions of these methodologies and results are available in Appendices H and I.

## 4.2  M&I and SSI Consumptive Needs

Standard methods were used for projecting future M&I and SSI water demands throughout Colorado. The objectives were to develop a reconnaissance level water use forecast that employs consistency in data collection and forecast methodology across the state and maximizes available data. The methods utilized in this approach are for the purpose of general statewide and basinwide planning and are not intended to replace demand projections prepared by local entities for project-specific purposes.

The M&I water demands forecast takes on a "driver multiplied by rate of use" approach. This is a commonly accepted forecast methodology that accounts for changes in water demand resulting from changes in the driver. County and statewide population projections are the most accepted predictor of future growth for the state. Therefore, the driver for the M&I water demands forecast is population and the rate of use is gallons per capita per day, or gpcd.

### 4.2.1  Future Population Projections

Population projections were estimated using the forecasting process and models utilized by the Colorado State Demographer's Office (SDO). Because of the uncertainty in projecting economic conditions and employment levels in 2050, low, medium, and high scenario population projections were developed. A detailed analysis of the population projections is included in Appendix H.

#### 4.2.1.1  2050 Population Projection Methodology

The first step in developing 2050 population projections was to identify a population forecasting methodology that could meet the needs of the 2050 water demand projections. To be suitable, the water demand projections would need to satisfy the following criteria:

- The forecasting methodology must be valid and widely acceptable, both by users of the results and demographic forecasting practitioners.

- The forecasting approach must be transparent and understandable to the extent possible.

- The projections must be replicable.





- In keeping with state-of-the-art practice employed by the SDO, the projections must be economically based and then linked to demographic factors in an integrated manner.

- The projections must be able to produce population forecasts for each county to the year 2050 under high, medium, and low economic development assumptions.

It was determined that the forecasting process and models utilized by the SDO, in conjunction with its consultant, the Center for Business and Economic Forecasting (CBEF), met all of those criteria. Therefore, the SDO forecasting process was adopted for the 2050 effort.

As of 2010, the SDO/CBEF projections are available through the year 2035. It was determined that the forecasting models, equations, and algorithms could be extended or adjusted as needed from 2035 to 2050. To adjust the models from 2035 to 2050 assumptions regarding national and international driving forces behind Colorado's basic economic sectors were developed.

Basic economic sectors include those activities that bring money and economic stimulus into a geographic area. Employment was projected for each of Colorado's basic economic sectors on the basis of the assumptions for the driving forces behind those basic sectors. With projections of basic employment, industry-specific employment multipliers were applied to arrive at total Colorado jobs.

Because of the uncertainty in projecting economic conditions and employment levels in 2050, low, medium, and high employment scenarios were developed for each key employment sector, leading to low, medium, and high population projections. Each of the scenarios reflects unique assumptions for the economy and for each employment sector. These assumptions are detailed in Appendix H. Additionally, populations for counties that lie within two or more basins were allocated to the respective basins based on estimates from known population centers within each basin.

### 4.2.1.2  2050 Population Projection Results

#### *Statewide Population Projections*

Between the years 2008 and 2050, the state of Colorado is projected to grow from approximately 5.1 million people to between 8.6 million and 10 million people. Under low economic development assumptions, state population is projected to grow to about 8.6 million people, or by about 71 percent. Under high economic development assumptions, including a 550,000 barrel per day oil shale industry, the state's population is projected to grow to just over 10 million people, or by 98 percent, as compared to Colorado's 2008 population. On average, statewide population projections from 2008 forward indicate an increase of about 1.4 million people every 15 years.

Table 4-1 and Figure 4-1 show how population growth will vary across the state during the next 40 years. Based on these projections, the Arkansas, Metro, and South Platte Basins will continue to have the largest population in the state. However, the West Slope will continue to grow at a faster rate than the Front Range of Colorado.



**Section 4 ● Consumptive Needs Assessments**

**Table 4-1 Population Projections by River Basin**

| Basin | 2008 | 2035 | Percent Change 2008 to 2035 | Percent Average Annual Growth Rate | 2050 | | | Percent Change 2008 to 2050 | Percent Average Annual Growth Rate |
| | | | | | Low | Medium | High | | |
|---|---|---|---|---|---|---|---|---|---|
| Arkansas | 948,000 | 1,451,000 | 53 | 1.6 | 1,581,000 | 1,688,000 | 1,841,000 | 67-94 | 1.2-1.6 |
| Colorado | 307,000 | 558,000 | 82 | 2.2 | 661,000 | 725,000 | 832,000 | 115-171 | 1.8-2.4 |
| Gunnison | 105,000 | 184,000 | 75 | 2.1 | 206,000 | 220,000 | 240,000 | 96-129 | 1.6-2.0 |
| Metro | 2,513,000 | 3,622,000 | 44 | 1.4 | 4,018,000 | 4,144,000 | 4,534,000 | 60-80 | 1.1-1.4 |
| North Platte | 1,500 | 1,800 | 20 | 0.7 | 2,000 | 2,200 | 2,500 | 33-67 | 0.7-1.2 |
| Rio Grande | 50,000 | 68,000 | 36 | 1.2 | 74,000 | 80,000 | 87,000 | 48-74 | 0.9-1.3 |
| South Platte | 977,000 | 1,622,000 | 66 | 1.9 | 1,808,000 | 1,902,000 | 2,065,000 | 85-111 | 1.5-1.8 |
| Southwest | 105,000 | 185,000 | 76 | 2.1 | 204,000 | 224,000 | 249,000 | 94-137 | 1.6-2.1 |
| Yampa-White | 45,000 | 81,000 | 80 | 2.2 | 94,000 | 117,000 | 153,000 | 109-240 | 1.8-3.0 |
| **TOTAL** | **5,051,500** | **7,772,800** | **54** | **1.6** | **8,648,000** | **9,102,200** | **10,000,000** | **71-98** | **1.3-1.6** |



*Figure 4-1 State of Colorado Population Projections through 2050*





BLM_0160989

*Basin and County Population Projections*

Under medium economic development assumptions, the Arkansas River Basin population is projected to increase by about 78 percent between 2008 and 2050; El Paso County will account for much of the growth and will remain the largest population center in that basin. Household basic jobs, tourism jobs, and regional and national service jobs will be the drivers of growth in the basin by 2050.

As the most populous river basins in the state, the South Platte and Metro Basins are projected to grow from approximately 3.5 million people in the year 2008 to about 6 million people by the year 2050. This amounts to an increase of about 2.5 million people, or about 73 percent, during that period. About 69 percent of all Colorado residents resided in the South Platte Basin in the year 2008; by the year 2050, that proportion will decrease only slightly to about two-thirds. Consistent with predicted population trends, the South Platte and Metro Basins have the largest employment of all basins, totaling over 2 million jobs in 2007. Over 3.4 million job opportunities are expected by 2050. Regional and national service jobs led employment in 2007 and will remain the largest source of employment in these basins in 2050. Household basic sector employment is anticipated to grow more rapidly than other basic sectors (174 percent increase between 2007 and 2050), and tourism jobs are expected to grow by about 83 percent over the same period.

The Colorado River Basin is expected to grow by 2.4 times between the year 2008 and 2050 with considerable growth projected by all counties in that basin, especially Garfield and Mesa Counties. Household basic jobs are expected to grow at the fastest rate of any sector between 2007 and 2050, but tourism will remain the basin's largest base of employment. Mining is the only sector in the basin that is expected to experience decreased employment by 2050.

The Gunnison River Basin is projected to grow by about 2.1 times between 2008 and 2050, under the medium scenario, with Mesa and Montrose Counties being the most populous in that region. Household basic jobs will grow at the fastest rate of any basic sector and will remain the largest source of employment in the Gunnison Basin by 2050, followed by tourism and regional and national services. Other sectors will grow at slower rates, with decreased employment anticipated in the mining sector by 2050.

The Southwest Basin is projected to grow by about 2.1 times between the year 2008 and 2050 under medium economic development assumptions. La Plata County will remain the most populous county in that basin and will continue to experience robust growth. Tourism was the most important basic sector in the Southwest Basin in 2007, followed by household basic jobs and regional and national service jobs. Similar to the Colorado Basin, household basic jobs are expected to grow at the fastest rate of any sector between 2007 and 2050, but tourism will remain the Southwest Basin's largest source of employment. By 2050, mining jobs in the basin will have decreased compared to 2007.

The Yampa-White River Basin population is projected to increase by about 2.6 times between 2008 and 2050, under medium economic development assumptions, increasing from about 45,000 to about 117,000 residents during that period. By 2050, regional and national service jobs are expected to be the leading sector, followed by mining and tourism with near-equal levels of employment. Mining jobs in the basin are expected to grow by over 400 percent between 2007 and 2050.

The North Platte River Basin, which consists of Jackson County and a small portion of Larimer County, is projected to grow from about 1,500 people in 2008 to about 2,200 people by the year 2050; an increase of about 47 percent. Agriculture was the largest basic employment sector in the North Platte Basin in 2007 and is anticipated to retain this position in 2050. Household basic jobs and regional and national service jobs are also important to the region.



BLM_0160990

The Rio Grande Basin is projected to increase from approximately 50,000 people in the year 2008 to 80,000 people by the year 2050; an increase of about 60 percent. Agriculture was the largest basic employment sector in the Rio Grande Basin in 2007 but is expected to be slightly behind household basic sectors by 2050. Also by 2050, the portions of mining, regional and national service, and tourism jobs compared to total jobs in the basin are expected to increase.

Additional county and basin level population data is available in Appendix H.

## 4.2.2  Future M&I Water Demands

The M&I demand forecast is aimed at capturing the water needs of an increased population. M&I demands are the water uses typical of municipal systems, including residential, commercial, light industrial, non-agricultural related irrigation, non-revenue water, and firefighting. For the current effort, the M&I demand forecast also captures households across the state that are self-supplied and thus not connected to a public water supply system. Table 4-2 contains the definitions of the M&I demand terms used throughout this report.

**Table 4-2 Definition of M&I Demand Terms**

| Demand Terminology | Definition |
| --- | --- |
| M&I Demand | All the water uses of typical municipal systems, including residential, commercial, industrial, irrigation, and firefighting |
| SSI Demand | Large industrial water uses that have their own water supplies or lease raw water from others |
| M&I Demand and SSI Demand | The sum of M&I and SSI demand |

The updated demands presented in this document include both baseline demands (without passive conservation) and baseline demands minus passive conservation. It is important to note that the M&I demand forecasts do not include potential increases in demand due to climate change or potential decreases in demand due to active conservation programs.

### 4.2.2.1  2050 M&I Water Demands Methodology

The methodology used for the M&I water demands forecast in this update is nearly identical to the methodology employed in SWSI 1 (CWCB 2004). The method is based on a sample of water providers throughout the state as described in this section. The estimated per capita water use rates for each county were multiplied by the projected population of each county to estimate current and future municipal water demand (i.e., the residential, commercial, and industrial water use) of each county.

It is critical to note that the methods utilized in this approach are for the purpose of general statewide planning and are not intended to replace demand projections prepared by local entities for project-specific purposes. County and statewide population projections are the most accepted predictor of future growth for the state. Therefore, it was determined the SWSI 1 methodology was most appropriate. The methodology employed is a commonly accepted forecast methodology for statewide water supply planning purposes, but is not appropriate for project-specific purposes or for direct comparisons between basins or counties.

#### *Estimates of Per Capita M&I Water Use*

The M&I water demands forecast is developed by multiplying the population projections outlined in Section 4.2.1 by a rate of use. The rate of use is systemwide gpcd. Numerous factors affect per capita water use rates, and through the course of SWSI 1 and the current SWSI 2010, differences in the water use components that are included or excluded from individual entities' per capita estimates clearly affected the resulting values. Per capita water use rates are in large part a function of:





BLM_0160991

- Number of households
- Persons per household
- Median household income
- Mean maximum temperature
- Total precipitation
- Total employment
- Ratio of irrigated public land areas (e.g., parks) to population in service area
- Mix of residential and commercial water use and types of commercial use
- Level of tourism and/or second homes
- Ratio of employment by sector (e.g., agriculture, commercial, industrial)
- Urban/rural nature of county

Provider water use and service population data were gathered from various sources and organized to create a database. The database built upon existing information from 254 water providers gathered for SWSI 1. Efforts were made to update the data for these providers as part of analyses completed in 2009 and 2010. The CWCB also worked with water providers and basin roundtables across the state through the first part of 2010 to collect additional data. Based on these efforts, updated per capita estimates were collected for 214 water providers covering 87 percent of the population in Colorado. A systemwide gpcd estimate was calculated for each participating local water provider by dividing the total water deliveries by the service area population.

Because 2050 population projects were developed at the county level, the systemwide gpcd values needed to be aggregated from the water provider level to the county level. A weighting process was applied to develop a county average systemwide gpcd based upon the portion of the county population serviced by each water provider. Once the county level M&I demand forecast was developed, basin level M&I water use rates were calculated for the nine basin roundtable areas. Basin M&I demands were aggregated from the county demands based on the portion of the county within the basin. For four counties (Cheyenne, Lake, Saguache, and San Juan), no provider-level data were obtained. For these counties, the weighted basin average was assigned.

The population estimates developed for this update and the gpcd values determined through data collection are multiplied to estimate county demands. The population estimates represent permanent populations of each county; thus the water use rates are based on total water use divided by the permanent population. The resulting gpcd water use rates incorporate water used by tourists, students, and other transient populations in that the water used by the transient population is indexed to the permanent population along with the water use of the permanent population. The resulting gpcd also incorporates commercial and light industrial water use supplied by the water provider. For statewide planning purposes, this is a consistent approach to account for water use by transient populations, commercial, and light industry. Comparisons of gpcds between counties and basins should not be made directly, since differences in the amount of industry, tourism, and outdoor water use varies significantly between geographic regions.

The aggregated basin average per capita water use estimates from SWSI 1 and the July 2010 final updates are depicted in Figure 4-2; county per capita estimates are listed in Appendix H.



BLM_0160992



*Figure 4-2 M&I Water Usage Rate by Basin*

Overall, statewide water use has decreased since SWSI 1 from 210 gpcd to 172 gpcd; an 18 percent reduction in statewide per person daily water use. According to the data collected during this effort, 18 counties show an increase in gpcd demands since SWSI 1. These increases or decreases in systemwide gpcd may be due to a combination of factors including conservation efforts, behavioral changes from the 2002 drought (i.e., a "drought shadow"), changes in a community's socio-economic conditions, and better data. Better information likely accounts for a significant portion of these observed changes.

### *Passive Water Conservation Savings*

The methodology for the M&I water demands projections outlined above develops baseline water demand estimates. In addition, CWCB has updated the passive conservation analysis, and these water savings are subtracted from the baseline estimates. This section provides an overview of passive water conservation savings, which chiefly relate to the water demand reductions associated with the impacts of state and federal policy measures and do not include active conservation measures and programs sponsored by water providers. A detailed description of this analysis is provided in the *SWSI Conservation Levels Analysis* report (CWCB 2010).

Several pieces of key federal and state legislation were considered in the development of the passive conservation savings estimates, including the 1992 National Energy Policy Act, the 2002 California Energy Commission Water Efficiency Standards, and the 2007 California Assembly Bill 715.



4-8



BLM_0160993

For this analysis, passive water savings were calculated to occur as a result of retrofitting housing stock and businesses that exist prior to 2016 through the replacement of washing machines, toilets, and dishwashers. Future water demand reductions associated with passive savings were calculated for each year beginning in 1996, which was when benchmark toilet flushing volume data from Denver was available. The calculations used to estimate future demand reductions from passive conservation were developed for minimum and maximum scenarios based on the assumptions related to the retrofit of existing housing and commercial construction with high-efficiency toilets, clothes washers, and dishwashers.

The calculations based on these assumptions were used to estimate a range of future passive water savings in each county for each year starting in 2000 and continuing until 2050. The total range of savings expected from passive conservation through 2050 is 19 to 33 gpcd (CWCB 2010). The upper range of these savings were applied to the county level baseline estimates described above to assess what the 2050 demands would be on a low, medium, and high basis with passive conservation. As stated in the *SWSI Conservation Levels Analysis* report (CWCB 2010) there are three major reasons for applying the high passive conservation savings:

1. Water and energy savings will become increasingly important to water customers as water and fuel costs rise. As water customers seek more efficiency in their homes and businesses, high efficiency fixtures and appliances will become increasingly efficient as technology improves and customers strive to reduce their variable costs related to water and energy.

2. The potential exists to realize substantial permanent water demand reductions in the future if appropriate regulations and ordinances are developed to address water use in existing and new construction.

3. The impact of commercial retrofits (e.g., restaurants, motels, ski area condominiums, centralized laundries, commercial laundries, bars, etc.), is not well captured in the passive savings analyses since information regarding numbers of and ages of individual types of commercial properties were not available.

### 4.2.2.2  2050 M&I Water Demands Results

Colorado's population is projected to nearly double by the year 2050. Because the major driver for water use is population growth, M&I water usage is also expected to nearly double, even with savings from passive conservation. Statewide municipal water demands are estimated to increase from 975,000 acre-feet/year (AFY) to 1.36 million AFY by 2035 requiring an additional 383,000 AFY of water to meet Colorado's municipal water needs in 2035.

Based on the population projections discussed in Section 4.2.1, total 2050 M&I water demands with passive conservation could range from 1.5 to 1.8 million AFY. By 2050, Colorado will need between 538,000 and 812,000 AFY of additional water to meet M&I demands. Passive conservation savings will result in approximately 154,000 AFY reduction or just over 8 percent decrease in M&I water demands by 2050 for the medium demand scenario. The statewide current (2008) and future (2035 and 2050 low, medium, and high) water demands for baseline conditions and with passive conservation are summarized in Figure 4-3 below.



BLM_0160994



*Figure 4-3 Comparison of M&I Demands for Baseline and with Passive Conservation*

Table 4-3 on the following page and Figure 4-4 illustrates the M&I water demand projections with passive conservation savings for each of the nine basin roundtable areas. The majority of M&I water usage will be in the Arkansas, Colorado, Metro, and South Platte Basins.

### 4.2.3 SSI Water Demands

Standard methods were adapted for use in SWSI 1 for estimating future SSI water demands throughout Colorado (CWCB 2004). SSI water demands include water use by self-supplied and municipal provided large industries. The subsectors that are included in SSI are:

- Large industries, including mining, manufacturing, brewing, and food processing
- Water needed for snowmaking
- Thermoelectric power generation at coal- and natural gas-fired facilities
- Energy development, including the extraction and production of natural gas, coal, uranium, and oil shale

These industries represent economic growth within the state and the availability of water resources is imperative to their growth. Because of the diversity of the SSI subsectors, this section is organized to summarize each subsector separately, including data collection efforts and results. Detailed discussions of data sources, methodologies, and results are provided in Appendix H.



4-10



**Table 4-3 M&I Forecast by River Basin**

| Basin | No. Utilities in Database | No. Updated since SWSI | SWSI GPCD | GPCD based on Update | Water Demand (AF) 2008 | Baseline Water Demands (AFY) 2035 | 2050 Low | 2050 Medium | 2050 High | Water Demands with Passive Conservation (AFY) 2035 | 2050 Low | 2050 Medium | 2050 High |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arkansas | 65 | 40 | 214 | 185 | 196,000 | 299,000 | 327,000 | 349,000 | 380,000 | 273,000 | 298,000 | 320,000 | 352,000 |
| Colorado | 55 | 46 | 244 | 182 | 63,000 | 115,000 | 135,000 | 150,000 | 174,000 | 106,000 | 125,000 | 140,000 | 164,000 |
| Gunnison | 21 | 18 | 226 | 174 | 20,000 | 36,000 | 40,000 | 43,000 | 46,000 | 33,000 | 36,000 | 39,000 | 43,000 |
| Metro | 100 | 35 | 191 | 155 | 437,000 | 627,000 | 695,000 | 717,000 | 785,000 | 557,000 | 620,000 | 642,000 | 709,000 |
| North Platte | 1 | 1 | 267 | 310 | 500 | 600 | 700 | 800 | 900 | 600 | 700 | 700 | 800 |
| Rio Grande | 9 | 4 | 332 | 314 | 18,000 | 24,000 | 26,000 | 27,000 | 30,000 | 22,000 | 24,000 | 26,000 | 28,000 |
| South Platte | 60 | 53 | 220 | 188 | 206,000 | 338,000 | 377,000 | 397,000 | 430,000 | 311,000 | 347,000 | 367,000 | 401,000 |
| Southwest | 16 | 9 | 246 | 183 | 22,000 | 38,000 | 42,000 | 47,000 | 52,000 | 35,000 | 39,000 | 43,000 | 49,000 |
| Yampa-White | 10 | 8 | 230 | 230 | 12,000 | 21,000 | 25,000 | 31,000 | 41,000 | 20,000 | 23,000 | 30,000 | 40,000 |
| **Statewide** | **337** | **214** | **210** | **172** | **974,500** | **1,498,600** | **1,667,700** | **1,761,800** | **1,938,900** | **1,357,600** | **1,512,700** | **1,607,700** | **1,786,800** |

Notes: Forecast is produced by aggregating the county forecast. If a county falls within two basins, the demand is split according to the portion of population in each basin.

BLM_0160996



Section 4 ● Consumptive Needs Assessments



*Figure 4-4 M&I Water Demands by Basin*

### 4.2.3.1 Large Industry

The goal of this subsector is to identify large self-supplied industries in Colorado with significant consumptive water demands. Large industries were initially identified in four counties. These included Coors Brewing Company in Jefferson County, the mining industry in Moffat County, the Colorado Steel Company in Pueblo County, and the mining industry and golf courses in Routt County. While reviewing data for the M&I water demands forecast updates, three large industries were identified and their water use was removed from the M&I water demands forecast and added to the large industry subsector water demands forecast. These included Cargill Inc. in Morgan County, Swift Company in Weld County, and Kodak in Weld County. The sources of information used to develop the SSI estimates for large industry are detailed in Appendix H. Results of the large industry subsector water demands forecast are provided in Table 4-4. No low, medium, and high growth scenarios are considered for this subsector.

**Table 4-4 Large Industry Demands (AFY)**

| County | 2008 | 2035/2050 |
|--------|------|-----------|
| Jefferson | 52,400 | 52,400 |
| Moffat | 2,600 | 3,900 |
| Morgan | 2,100 | 2,100 |
| Pueblo | 49,400 | 49,400 |
| Routt | 3,500 | 5,600 |
| Weld | 4,500 | 4,500 |
| **Total** | **114,500** | **117,900** |

### 4.2.3.2 Snowmaking

The ski industry in Colorado is the cornerstone of tourism and economic activity for a large region of the state. While the water used by the ski resorts does not have a high consumption rate, it is water removed from the stream system and thus important to estimate. The forecast methodology employed in this update differs from the SWSI 1 forecast methodology. Additional data were identified that proved useful in developing water use demands for snowmaking.





BLM_0160997

**Table 4-5 Estimated Snowmaking Water Demands (AFY)**

| County | 2008 | 2050 |
|--------|------|------|
| Boulder | 230 | 230 |
| Clear Creek | 90 | 90 |
| Eagle | 600 | 600 |
| Garfield | 20 | 20 |
| Grand | 350 | 630 |
| Gunnison | 260 | 650 |
| La Plata | 230 | 230 |
| Mesa | 50 | 50 |
| Pitkin | 560 | 560 |
| Routt | 290 | 570 |
| San Miguel | 180 | 180 |
| Summit | 1,600 | 2880 |
| **Total** | **4,460** | **6,690** |

For this effort, several pieces of information were obtained—current snowmaking acres for each ski resort, current amount of water used for snowmaking, and expected future water use for snowmaking. Water use information was not available for all ski resorts. For these resorts, the known water use data were used to estimate current and future snowmaking demand. To stay within the bounds of the known data, water use was held constant for resorts with no known future expansions. Also, for resorts with known expansions, build out was assumed to be 2050. Results of the forecast for the snowmaking industry are shown in Table 4-5. At this time, no low, medium, or high growth scenario is considered for 2050.

### 4.2.3.3 Thermoelectric Power Generation

Water use at coal-fired and natural gas power facilities is included in the SSI water demands estimates. In 2006, nearly 95 percent of Colorado's electricity was produced from coal (71 percent) and natural gas (23 percent) (Department of Energy 2008). Although Colorado's General Assembly has adopted a state renewable electricity standard that requires 20 percent of the state's electric portfolio to be from renewable resources of energy by 2020, demand for coal-fired and natural gas energy production will remain significant into the future. Generation facilities using fossil fuels require cooling systems to condense steam turbine exhaust. Cooling water is the most economical method to condense steam.

For SWSI 1, estimates of current and future water use at various power generation facilities in Colorado were obtained from power producers (CWCB 2004). For this update, SWSI 1 baseline estimates were assumed to stay constant until 2035. SWSI 1 estimates were modified to include Phase 1 and Phase 2 of the Colorado and Yampa-White Basin's Energy Study. These demands account for scenarios of energy development in the Yampa-White and Colorado Basins. The Moffat County 2035 and 2050 thermoelectric power water demand scenarios were adapted to account for the direct electricity needs of energy development presented Phase 1 and Phase 2 of the Energy Study for natural gas, coal, and uranium development.

To extend 2035 projections to 2050 for the remaining counties (Adams, Boulder, Denver, Larimer, Montrose, Morgan, Pueblo, Routt, and Weld), percent increases were assumed for the low, medium, and high scenarios, respectively, as follows—5 percent, 25 percent, and 50 percent. These percentages were based on expected population increases throughout the state. Table 4-6 provides the estimates of thermoelectric water demands with 2050 low, medium, and high scenarios.



BLM_0160998

**Table 4-6 Estimated Thermoelectric Power Generation Water Demands (AFY)**

| County | 2008 | 2035 | 2050 | | |
|--------|------|------|------|------|------|
| | | | Low | Med | High |
| Adams | 9,600 | 9,600 | 10,100 | 12,000 | 14,400 |
| Boulder | 2,900 | 2,900 | 3,100 | 3,700 | 4,400 |
| Denver | 2,400 | 2,400 | 2,500 | 3,000 | 3,500 |
| Larimer | 5,200 | 11,200 | 11,700 | 14,000 | 16,700 |
| Moffat | 17,500 | 26,900 | 24,700 | 26,200 | 26,900 |
| Montrose | 1,900 | 3,900 | 4,100 | 4,900 | 5,900 |
| Morgan | 5,900 | 13,900 | 14,600 | 17,400 | 20,900 |
| Pueblo | 9,000 | 14,700 | 15,400 | 18,400 | 22,100 |
| Routt | 2,700 | 11,400 | 12,000 | 14,300 | 17,100 |
| Weld | 7,400 | 7,400 | 7,800 | 9,300 | 11,100 |
| **Total** | **64,500** | **104,300** | **106,000** | **123,200** | **143,000** |

#### 4.2.3.4  Energy Development

In September of 2008, the Colorado and Yampa-White Basin Roundtables released a *Phase 1 Energy Development Water Needs Assessment Report* that assessed the water needs in northwest Colorado for energy development. The report estimated water demands needed to support the extraction and production of natural gas, coal, uranium, and oil shale through 2050 (Colorado, Yampa, and White River Basin Roundtables Energy Subcommittee 2008). Since the 2008 report, the Colorado and Yampa-White Basin Roundtables refined water demand estimates for oil shale development through Phase 2 of the Energy Study. This report also includes recent work completed to address water demands for oil shale development (Colorado, Yampa, and White River Basin Roundtables Energy Subcommittee 2010).

Direct water demands include the water required for the construction, operation, production, and reclamation needed to support the energy extractions and development processes. For the natural gas sector, Figure 3-2 from the Phase 1 Energy Study report was used to allocate demands to counties. The analysis completed by the basin roundtables found that for natural gas generation, activity was shifted from Garfield County to Rio Blanco County over the 40-year timeframe. For the coal sector, two mines were assumed in Moffat County and one each in Rio Blanco, Garfield, and Routt Counties. For the uranium sector, all future activity was allocated to Moffat County except for the long-term high scenario, which was allocated half to Moffat County and half to Mesa County (Colorado, Yampa, and White River Basin Roundtables Energy Subcommittee 2008).

The population projections for 2050 are based on an oil shale industry of zero barrels per day for the low scenario, 150,000 barrels per day for the medium (100,000 *in situ*, 50,000 above-ground), and 550,000 barrels per day for the high scenario (500,000 *in situ*, 50,000 above-ground). The selected medium and high barrels of water required per barrel of oil values were paired with the medium and high production scenarios. While this is not thought to represent the potential long-term or build-out needs of the oil shale industry, this production level was chosen to represent values for 2050, as build-out of the oil shale industry is not expected between now and 2050.

Direct water use estimates and scenarios from the Draft Phase 2 of the Energy Study were used to estimate 2050 direct water needs for oil shale production. The water uses detailed in the Phase 2 study include indirect and direct water needs for construction/preproduction, electrical energy (combined cycle gas turbines used onsite), production, reclamation, spent shale disposal, upgrading, and production work force (Colorado, Yampa, and White River Basin Roundtables Energy Subcommittee 2010). For this effort, indirect thermoelectric energy estimates were included in Section 4.2.3.3 as described above and the water needs for the production work force were accounted for in the population projections and M&I water demands sections of this report.



SWSI
Statewide Water Supply Initiative

Oil shale estimates were disaggregated to the county level, making the following assumptions for Table 4-7, which summarizes energy development at the county level:

- Above-ground development was assumed to be conducted in Garfield County.

- Upgrading for above-ground was assumed to occur in Mesa County.

- All *in situ* related water requirements, including upgrading, were included in Rio Blanco County's SSI projections.

In addition to energy industry in northwest Colorado, the Rio Grande Basin Roundtable expects that within the next 40 to 50 years a solar energy development industry will occur in the Rio Grande Basin. Some of the technologies proposed are water intensive and recent estimates by the basin roundtable have identified a potential range of 1,200 to 2,000 AFY demand for solar energy development by 2050 (Mike Gibson 2009).

Table 4-7 shows the estimated energy development direct water demands for the Colorado counties where water demands for energy production will be required by 2050. Water demands for energy development have the potential to increase over twelve times 2008 levels by 2050 for the high scenario.

**Table 4-7 Estimated Energy Development Direct Water Demands (AFY)**

| County | 2008 | 2035 | 2050 | | |
|---|---|---|---|---|---|
| | | | Low | Med | High |
| Alamosa | — | 300 | 1,200 | 1,500 | 2,000 |
| Garfield | 2,000 | 500 | 200 | 3,300 | 6,900 |
| Mesa | 300 | — | — | 1,400 | 3,800 |
| Moffat | 800 | 1,500 | 400 | 1,200 | 2,300 |
| Rio Blanco | 700 | 4,000 | 3,000 | 5,800 | 37,900 |
| Routt | 500 | 500 | 500 | 500 | 1,600 |
| **Total** | **4,300** | **6,800** | **5,300** | **13,700** | **54,500** |

Note that indirect water uses or water demands that result from the increase in the region's population due to energy development and production are not included in this SSI water demands forecast update, as they are captured in the M&I demands forecast in Section 4.2.2. Similarly, increases in thermoelectric power demands caused by energy development were aggregated to the thermoelectric power generation subsector described in the previous section.

### 4.2.3.5  Statewide SSI Demand Summary

Table 4-8 presents results of the SSI demand projections by basin. As shown, Moffat County could experience a significant increase in water demands, attributable to the electricity needed for energy development. Rio Blanco County could also experience a significant increase in water demands if the oil shale industry experiences significant growth. Both of these counties are located in the Yampa-White Basin. For the remaining counties and basins, increased demands are attributable to increases in thermoelectric power generation. The North Platte Basin does not have any SSI water demands identified at this time. There has been some discussion of oil and gas development in the North Platte Basin, but at this time, water needs for this industry have not been quantified.



BLM_0161000

**Section 4 ● Consumptive Needs Assessments**

**Table 4-8 Summary of Self-Supplied Industry Demands by Basin (AFY)**

| Basin | Sub-Sector | 2008 | 2035 | 2050 Low | 2050 Med | 2050 High |
|-------|-----------|------|------|----------|----------|-----------|
| Arkansas | Energy Development | — | — | — | — | — |
| | Large Industry | 49,400 | 49,400 | 49,400 | 49,400 | 49,400 |
| | Snowmaking | — | — | — | — | — |
| | Thermoelectric | 9,000 | 14,700 | 15,400 | 18,400 | 22,100 |
| | **Total** | **58,400** | **64,100** | **64,800** | **67,800** | **71,500** |
| Colorado | Energy Development | 2,300 | 500 | 200 | 4,700 | 10,700 |
| | Large Industry | — | — | — | — | — |
| | Snowmaking | 3,180 | 4,740 | 4,740 | 4,740 | 4,740 |
| | Thermoelectric | — | — | — | — | — |
| | **Total** | **5,480** | **5,240** | **4,940** | **9,440** | **15,440** |
| Gunnison | Energy Development | — | — | — | — | — |
| | Large Industry | — | — | — | — | — |
| | Snowmaking | 260 | 650 | 650 | 650 | 650 |
| | Thermoelectric | — | — | — | — | — |
| | **Total** | **260** | **650** | **650** | **650** | **650** |
| Metro | Energy Development | — | — | — | — | — |
| | Large Industry | 52,400 | 52,400 | 52,400 | 52,400 | 52,400 |
| | Snowmaking | — | — | — | — | — |
| | Thermoelectric | 12,000 | 12,000 | 12,600 | 15,000 | 17,900 |
| | **Total** | **64,400** | **64,400** | **65,000** | **67,400** | **70,300** |
| Rio Grande | Energy Development | — | 600 | 1,200 | 1,500 | 2,000 |
| | Large Industry | — | — | — | — | — |
| | Snowmaking | — | — | — | — | — |
| | Thermoelectric | — | — | — | — | — |
| | **Total** | **—** | **600** | **1,200** | **1,500** | **2,000** |
| South Platte | Energy Development | — | — | — | — | — |
| | Large Industry | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 |
| | Snowmaking | 320 | 320 | 320 | 320 | 320 |
| | Thermoelectric | 21,400 | 35,400 | 37,200 | 44,400 | 53,100 |
| | **Total** | **28,320** | **42,320** | **44,120** | **51,320** | **60,020** |
| Southwest | Energy Development | — | — | — | — | — |
| | Large Industry | — | — | — | — | — |
| | Snowmaking | 410 | 410 | 410 | 410 | 410 |
| | Thermoelectric | 1,900 | 3,900 | 4,100 | 4,900 | 5,900 |
| | **Total** | **2,310** | **4,310** | **4,510** | **5,310** | **6,310** |
| Yampa-White | Energy Development | 2,000 | 6,000 | 3,900 | 7,500 | 41,800 |
| | Large Industry | 6,100 | 9,500 | 9,500 | 9,500 | 9,500 |
| | Snowmaking | 290 | 570 | 570 | 570 | 570 |
| | Thermoelectric | 20,200 | 38,300 | 36,700 | 40,500 | 44,000 |
| | **Total** | **28,590** | **54,370** | **50,670** | **58,070** | **95,870** |
| **Total All Basins** | | **187,760** | **235,990** | **235,890** | **261,490** | **322,090** |

Figure 4-5 summarizes projected SSI water usage statewide by subsector, indicating that among SSI needs, the large industry, thermoelectric, and energy development subsectors are projected to use the most water in the future. SSI demands are projected to range from 236,000 AFY to 322,000 AFY by 2050, requiring an additional 48,000 AFY to 134,000 AFY of SSI water to meet these demands.







*Figure 4-5 Statewide SSI Water Demands by Sector*

## 4.2.4  Statewide 2050 M&I and SSI Consumptive Needs Summary

Of the many factors affecting M&I water use, the projected increases in population clearly drive the increases in M&I use from 2000 to 2050. Table 4-9 and Figure 4-6 summarize statewide M&I and SSI water use for 2008 and projections including reductions as a result of passive conservation measures for 2035 and the 2050 low, medium, and high scenarios. Total statewide 2035 water demands are projected to be nearly 1.6 million AFY. 2050 water demands are projected to range from approximately 1.75 million AFY to nearly 2.1 million AFY. Figure 4-6 also shows that M&I water demands are estimated to exceed SSI demands for all of the future projections.

**Table 4-9 Summary of M&I and SSI Demands for Each Basin and Statewide (AFY)**

| Basin | Demand Type[1,2] | 2008 | 2035 | 2050 Low | 2050 Med | 2050 High |
|---|---|---|---|---|---|---|
| Arkansas | M&I | 196,000 | 273,000 | 298,000 | 320,000 | 352,000 |
| | SSI | 58,400 | 64,100 | 64,800 | 67,800 | 71,500 |
| | **Total** | **254,400** | **337,100** | **362,800** | **387,800** | **423,500** |
| Colorado | M&I | 63,000 | 106,000 | 125,000 | 140,000 | 164,000 |
| | SSI | 5,480 | 5,240 | 4,940 | 9,440 | 15,440 |
| | **Total** | **68,480** | **111,240** | **129,940** | **149,440** | **179,440** |
| Gunnison | M&I | 20,000 | 33,000 | 36,000 | 39,000 | 43,000 |
| | SSI | 260 | 650 | 650 | 650 | 650 |
| | **Total** | **20,260** | **33,650** | **36,650** | **39,650** | **43,650** |
| Metro | M&I | 437,000 | 557,000 | 620,000 | 642,000 | 709,000 |
| | SSI | 64,400 | 64,400 | 65,000 | 67,400 | 70,300 |
| | **Total** | **501,400** | **621,400** | **685,000** | **709,400** | **779,300** |



**Table 4-9 Summary of M&I and SSI Demands for Each Basin and Statewide, continued**

| Basin | Demand Type[1,2] | 2008 | 2035 | 2050 Low | 2050 Med | 2050 High |
|---|---|---|---|---|---|---|
| North Platte | M&I | 500 | 600 | 700 | 700 | 800 |
| | SSI | — | — | — | — | — |
| | **Total** | **500** | **600** | **700** | **700** | **800** |
| Rio Grande | M&I | 18,000 | 22,000 | 24,000 | 26,000 | 28,000 |
| | SSI | — | 600 | 1,200 | 1,500 | 2,000 |
| | **Total** | **18,000** | **22,600** | **25,200** | **27,500** | **30,000** |
| South Platte | M&I | 206,000 | 311,000 | 347,000 | 367,000 | 401,000 |
| | SSI | 28,320 | 42,320 | 44,120 | 51,320 | 60,020 |
| | **Total** | **234,320** | **353,320** | **391,120** | **418,320** | **461,020** |
| Southwest | M&I | 22,000 | 35,000 | 39,000 | 43,000 | 49,000 |
| | SSI | 2,310 | 4,310 | 4,510 | 5,310 | 6,310 |
| | **Total** | **24,310** | **39,310** | **43,510** | **48,310** | **55,310** |
| Yampa-White | M&I | 12,000 | 20,000 | 23,000 | 30,000 | 40,000 |
| | SSI | 28,590 | 54,370 | 50,670 | 58,070 | 95,870 |
| | **Total** | **40,590** | **74,370** | **73,670** | **88,070** | **135,870** |
| **Statewide** | **M&I** | **974,500** | **1,357,600** | **1,512,700** | **1,607,700** | **1,786,800** |
| | **SSI** | **187,760** | **235,990** | **235,890** | **261,490** | **322,090** |
| | **Total** | **1,162,260** | **1,593,590** | **1,748,590** | **1,869,190** | **2,108,890** |

[1]   M&I demands for 2035 and 2050 include passive conservation savings.
[2]   SSI demands include energy development, large industry, snowmaking, and thermoelectric.



*Figure 4-6 Statewide M&I and SSI Demands*





Figure 4-7 summarizes statewide existing water use and future water demands. Gross statewide M&I demands including oil shale and other SSI water demands for the low, medium, and high scenario projections are 1.75 million AFY, 1.9 million AFY, and 2.1 million AFY, respectively. These projections include estimated demand reductions associated with passive conservation, but do not include the impacts of active water conservation efforts that are being implemented and planned by many M&I water providers. Current water use is just over 1.1 million AFY. Colorado will need between 600,000 and 1 million acre-feet of additional M&I water each year by 2050. These estimates incorporate new water demands from population growth, energy and other SSI needs (including oil shale), and replacement of nontributary groundwater.



*Figure 4-7 Existing and Future M&I and SSI Demands*

The following are the major conclusions from State of Colorado's 2050 M&I water use projections:

- Significant increases in Colorado's population will intensify competition for water.

- Colorado's population is expected to nearly double to between 8.6 and 10 million by 2050 even after taking into account the current recession's impacts on Colorado's economy.

- The Front Range of Colorado will continue to be the most populous place in Colorado with over 80 percent of the state's population residing in the Arkansas, Metro, and South Platte Basins.



BLM_0161004

- The West Slope of Colorado will grow at the fastest rate of any area in Colorado between now and 2050. Population on the West Slope is expected to more than double in the next 40 years, and growth rates in some areas on the West Slope could be as high as 240 percent.

- Statewide M&I water usage rates have decreased by 18 percent relative to SWSI 1 findings. This decrease is due to a combination of drought response, conservation savings, and additional data collection efforts. Additional data collected during this effort has improved the SWSI 1 water usage information.

- Because population growth is the driving factor in water use across the state, water use is also expected to nearly double by 2050.

- Passive conservation will save approximately 150,000 AFY by 2050 or an 8 percent savings relative to baseline 2050 M&I water demands.

- The basins with the largest SSI water usage in 2050 are projected to be the Yampa-White, Arkansas, Metro, and South Platte Basins.

- Oil shale water demands have factored in recent information developed by the Colorado and Yampa-White Basin Roundtables' Energy Subcommittee that considered the amount of produced water that will be created during shale processing. In addition, recent work drafted by the subcommittee has shown that energy needed to develop oil shale could be produced by combined cycle gas turbines, not coal power plants. Both of these considerations have reduced previous estimates of oil shale water demands.

- Colorado will need between 600,000 and 1 million acre-feet of additional M&I water each year by 2050.

## 4.3  Agricultural Consumptive Needs

This section provides information about the methodologies utilized to develop a current tally of irrigated acres throughout Colorado and summarizes how 2050 irrigated acres were estimated. In addition, this section provides an overview of existing and 2050 agricultural demands.

### 4.3.1  Agricultural Demand Methodology

This section describes the methods used to estimate the water needed to support Colorado's agriculture, both currently and in 2050. The estimates include consumptive use (CU) water only—rather than the generally larger volumes of water pumped or diverted—both for the irrigation of crops and for livestock production. CU includes the amount of diverted water that is used by plants through evapotranspiration processes, as well as water that is "lost" to soil evaporation or deep percolation into the groundwater aquifer. A portion of the total diverted amount returns to the stream through surface runoff or lagged groundwater return flows and therefore is not consumptively used.

Colorado's water needs for irrigation are characterized in this analysis by the Irrigation Water Requirement (IWR), Water Supply Limited Consumptive Use (WSL CU), and the difference between these two numbers. CU modeling was executed using a recent decade of climate and water supply information. The objective was not to simulate what occurred over the past 10 years, but to estimate IWR and WSL CU for today's agricultural conditions and a plausible sample of climate and hydrology, exemplified by the recent decade. Future irrigation demand was examined by assuming that historical climate conditions will continue. The analysis assumed that agricultural demand is directly and linearly related to the number of acres irrigated.




In addition to the crop consumption described above, Colorado's agricultural demand includes three other types of CU that are associated with agricultural activity:

- Livestock CU
- Stockpond evaporation
- Losses incidental to delivering irrigation water

The Colorado Decision Support System (CDSS) program has developed processes for quantifying these uses in the context of developing basinwide water budgets, and water resources planning models. For this analysis, CDSS procedures were used to update the SWSI 1 estimates in those basins where a decision support system (DSS) has been implemented; where a DSS does not exist, the CDSS procedures were generally applied if data were available to support the method. The following subsections provide an overview of the methodologies used to estimate current and future irrigated acres and agricultural water demands and the results. A detailed description of these methodologies and results is in Appendix I.

### 4.3.1.1 Current Irrigated Acres Methodology

The CDSS program has produced irrigated lands mapping and crop CU models in the major basins where it has been implemented. These include the following:

- Colorado River tributary basins (Yampa River, White River, Colorado River mainstem, Gunnison River, and San Juan River)

- Rio Grande Basin

- North and South Platte Basins

The maps are available as spatial databases, and include crop types, irrigation practices, and association with diversion structures or wells. The structure identifier associated with the irrigated land indicates the location of the headgate that serves the land. Irrigated acres are assigned to the water district where the diversion is located, which may not be where the irrigated acreage lies. Dates of the irrigated lands information varied with the basins including the number of years information as collected. The first year information was collected ranges from 1993 for the Colorado River tributary basins to 1956 for the South Platte and North Platte Basins and 1939 for the Rio Grande Basin.

CDSS has not been implemented in the Republican and Arkansas Basins, so information had to be gathered from other sources or developed within this project. Groundwater irrigated acreage for the Republican River Basin was obtained from the Republican River Compact Administration accounting spreadsheets for 2007. Precise information on surface water irrigated lands in the Republican River Basin is not available, but according to the State Engineer's Office, the total amount is believed to be no more than 1,000 acres.

The Arkansas Basin can be divided into three areas, in terms of the irrigated acreage data available:

- The Lower Arkansas Basin, the area covered by the Hydrologic Institutional (HI) model that Colorado must use for compact accounting, pursuant to settlement of the *Kansas v. Colorado* litigation, comprising irrigated lands under Arkansas River canals from Pueblo Reservoir to the state line

- The Purgatoire River Water Conservancy District (PRWCD) in Water District 19

- All other irrigated land in the basin, including the Upper Arkansas Basin, tributaries above Pueblo Reservoir, and the Southern High Plains Designated Basin

For the Lower Arkansas region, irrigated acreage based on 2008 data was obtained from the Irrigation Systems Analysis Model (ISAM), developed by Division 2 as a refinement of the HI Model to the



BLM_0161006

individual farm level. Five small ditches within the HI Model domain were excluded from the acreage data in ISAM, so acreage for those structures was taken from 2003 imagery associated with the HI Model.

Division 2 recently completed an irrigated lands assessment of the PRWCD, a geographic information system (GIS) product based on 2008 imagery, which provided the necessary acreage data for this area of the Arkansas Basin. For the remainder of the Arkansas Basin, multiple scenes spanning the 2009 growing season were obtained from the Landsat 5 Thematic Mapper archive and analyzed. A vegetative index map was derived, indicating areas of vigorous plant growth, and additional analyses were performed to distinguish irrigated farmland from non-agricultural lands such as riparian areas and irrigated urban parks.

### 4.3.1.2  2050 Irrigated Acres Methodology

Using the most current irrigated acres for each basin as defined in the previous section as a baseline, estimates of 2050 irrigated acres were based on the following factors:

- Urbanization of existing irrigated lands
- Agricultural to municipal water transfers
- Water management decisions
- Demographic factors
- Biofuels production
- Climate change
- Farm programs
- Subdivision of agricultural lands and lifestyle farms
- Yield and productivity
- Open space and conservation easements
- Economics of agriculture

The first three factors (urbanization of existing irrigated lands, agricultural to municipal water transfers, and water management decisions) were quantified based on future growth estimates, municipal water demand gaps that will be met by 2050, and interviews with water management agencies across the state. The remaining factors were qualitatively addressed based on information provided by the CWCB and the Colorado Department of Agriculture.

The urbanization of existing irrigated lands was established using 2050 population projections, estimation of future urban area size, and the current irrigated acres as described in the previous section. As discussed above, current irrigated acres in each administrative water district were determined from GIS data sources. However, certain types of data (e.g., future population forecasts) were only available on a county basis. Therefore, future losses of irrigated acres were calculated first for each county, and then re-distributed by water district. The methodology is described in detail in Appendix I.

The M&I gap analysis (described in Section 5) was used as the basis for the analysis of irrigated acreage changes associated with agricultural to municipal water transfers. For each of Colorado's major river basins the amount of the M&I gap was summarized in AFY on a low, medium, and high basis. For the purposes of predicting future irrigated acres it was assumed that 70 percent of M&I gap would be met from agricultural to municipal transfers. This percentage is a conservative estimate based on the assumption of 100 percent yield success rate for IPPs (see Section 5). Therefore, it does not take into account the projects or methods that may not be successful in meeting Colorado's future M&I demands; if IPPs are unsuccessful, it is likely that M&I water providers will turn to increased agricultural transfers to meet future demands. The following equation was used to estimate irrigated acres that would be needed for agricultural to municipal transfers to address M&I gaps:

BLM_0161007

*Irrigated Acres Transferred = M&I Gap ÷ Transferrable Consumptive Use x (1 – Safety Factor)*

A safety factor of 25 percent was applied to account for the additional amount of irrigated acres that may be needed to provide the transferred water on a firm yield basis.

CWCB interviewed entities within the South Platte, Rio Grande, and Republican River Basins to estimate what changes may occur in irrigated acres due to water management decisions affected by compact compliance or maintain groundwater levels. For the remaining factors (demographic factors, biofuels production, climate change, farm programs, subdivision of agricultural lands and lifestyle farms, yield and productivity, open space and conservation easements, economics of agriculture), CWCB identified trends that are expected to occur within each area over the next 40 years and then developed a qualitative assessment on whether each factor would cause a negative or positive impact on irrigated agriculture by 2050. A detailed description of this qualitative assessment is available in Appendix I.

### 4.3.1.3 Current Agricultural Demand Methodology

Current irrigation demand for water in Colorado can be defined as the average amount of water consumptively used by crops on land currently under irrigation. Typically, water supply is plentiful early in the irrigation year, crop CU is not limited and is equal to the crop IWR. As the irrigation season continues, the available water supply generally decreases, becoming less than the crops' uptake capacity, and CU is limited by supply. In order to quantify crop CU, one must have credible estimates or measurements of the crops' average capacity to use irrigation water, referred to as IWR, as well as the average water supply. The minima of these two values over a series of time increments (typically months) is the WSL CU.

For this analysis, both average IWR and average WSL CU are reported. The latter may be considered to be the current agricultural demand; that is, the water required to sustain current levels of farming. IWR provides perspective on the amount of water that would be used, if it was physically and legally available. It is an upper limit on consumption by current agriculture, and a reminder that Colorado is a dry state with over-appropriated streams.

IWR estimation requires time series of climate information, particularly precipitation and temperature, over the study period; WSL CU estimation requires information about the time-varying water supply available to the crop. For this analysis, a recent 10-year study period was used in each basin, although the exact decade differed from basin to basin depending on available data. The 10-year period allowed for estimation of average conditions with respect to both climate and hydrology. IWR and WSL CU were calculated assuming that the most current estimate of number of irrigated acres, and most recent information on crop types, prevailed during each year of the study period. The results show demand for "today's" agricultural conditions in Colorado, based on a 10-year sample of climate and hydrology. Extensive details of the variations in methodology for the CDSS, Republican, and Arkansas Basins are described in Appendix H.

Where applicable, CDSS methodologies were applied to estimate non-irrigation agricultural consumptive demands (e.g., livestock and stockpond evaporation) as well. Livestock CU is estimated by multiplying the number of cattle, sheep, and hogs located within a basin by their corresponding per capita use. Stockpond evaporation is based on net evaporation rates and stock pond surface area estimates. Details differ among the basins, but in general, the method estimates net reservoir evaporation by subtracting average monthly effective precipitation from the estimated gross monthly free water surface evaporation.

Lastly, incidental losses may include, but are not limited to, vegetative CU that occurs along canals and in tailwater areas. The CDSS program, in preparing Consumptive Uses and Losses (CU&L) Reports for the state, has adopted 10 percent as the factor for computing incidental losses associated with irrigation CU.



BLM_0161008

The value is in the middle of the range of factors (5 percent to 29 percent) used by the Bureau of Reclamation in their parallel CU&L accounting throughout the upper basin states.

### 4.3.1.4 2050 Agricultural Demand Methodology

Following the techniques described in Section 4.3.1.2, changes in numbers of acres irrigated have been developed for each water district. Since this study intentionally avoids identifying specific water rights or ditches for change of use, there is no basis for calculating the structure-specific CU by which a water district's irrigation demand will change. CU per irrigated acre varies from structure to structure, and depends on available supply, seniority of a water right, and system efficiency. The variability of these factors makes it impossible to predict future losses of irrigated land on a structure-by-structure basis. Consequently, simplifying assumptions were made such that irrigation demand was considered directly proportional to number of acres irrigated. To derive future irrigation demand, current irrigation demand for each water district was scaled by the ratio of future irrigated acreage to current irrigated acreage.

Similarly, non-irrigation demand was estimated as being in proportion to irrigated acres. The relationship between losses incidental to irrigation and number of acres irrigated is proportional. With respect to stockponds and stock watering, it is assumed that predicted changes in irrigated acreage will be accompanied by similar changes in stock raising activities. To derive future non-irrigation demand, current non-irrigation demand was scaled by the ratio of future irrigated acreage to current irrigated acreage.

## 4.3.2 Agricultural Demand Results

The following sections describe the results of the current and future agricultural demand analyses, which were performed based on the methodologies described above. These analyses included assessments of both irrigated acreage and associated agricultural consumptive water demands. Maps are included to identify the locations of existing irrigated lands across the state, as well as to show the range of irrigated acreage losses anticipated in each basin by 2050.

### 4.3.2.1 Current Irrigated Acres Results

Information developed for this effort was generated at the water district level. Figure 4-8 shows the locations of Colorado's water districts and the spatial distribution of current irrigated acres in Colorado based on the methods presented previously. Note that spatial information was not available for the irrigated lands in the Republican River water districts.

Table 4-10 presents the number of irrigated acres in each river basin and the percentage of total that each basin represents. Colorado currently has 3,466,000 million acres of irrigated farmland across the state. The South Platte River Basin has the highest percentage of irrigated acres followed by the Rio Grande Basin and the Republican River Basin.

**Table 4-10 Current Irrigated Acres by River Basin**

| Basin | Irrigated Acres | Percentage of Colorado's Irrigated Acres |
|-------|-----------------|------------------------------------------|
| Arkansas | 428,000 | 12% |
| Colorado | 268,000 | 8% |
| Gunnison | 272,000 | 8% |
| North Platte | 117,000 | 3% |
| Republican | 550,000 | 16% |
| Rio Grande | 622,000 | 18% |
| South Platte | 831,000 | 24% |
| Southwest | 259,000 | 7% |
| Yampa-White | 119,000 | 3% |
| **Statewide Total** | **3,466,000** | **100%** |







*Figure 4-8 State of Colorado Current Irrigated Acres by Water District*

BLM_0161010

### 4.3.2.2  Future Irrigated Acres Results

Table 4-11 shows the results of future irrigated acres analysis. Future irrigated acres in Colorado may decrease by 115,000 to 155,000 acres due to urbanization alone, under low and high population growth scenarios, respectively. The basins with largest expected loss of irrigated acres due to urbanization are the South Platte, Colorado, and Gunnison Basins.

Table 4-11 also shows the potential loss of irrigated acres due to other reasons. The South Platte, Republican, and Rio Grande Basins are expected to lose irrigated acres due to a variety of factors, as follows:

- For the South Platte Basin, up to 14,000 irrigated acres have been taken out of production in the last 5 years because a shortage of augmentation water led to numerous wells being shut down in the central South Platte Basin in 2006. This reduction of irrigated acres is expected to be more or less permanent since the cost of acquiring augmentation water in the central South Platte River Basin is prohibitive for the agricultural community. This reduction in acreage is not reflected in the current irrigated acreage.

- In the Republican River Basin, a total of about 35,000 acres were removed from irrigation through conservation programs by 2009. An additional 64,000 acres are estimated to be removed from irrigation due to the declining saturated thickness of the Ogallala aquifer, and another 10,000 acres are to be dried up in District 65 in association with the construction of a pipeline for compact compliance reasons.

- In the Rio Grande Basin, the estimated decline in irrigated acres (80,000 acres) is related to the protection of the water table and senior water rights in the San Luis Valley through the establishment of Groundwater Management Subdistricts. This action would also assist Colorado in complying with the Rio Grande Compact by providing augmentation water to the Rio Grande and Conejos River to offset well depletions.

Finally, Table 4-11 identifies approximately 26,000 acres that will be dried-up in the Arkansas, Colorado, and South Platte River Basins as a result of planned agricultural to municipal transfers. Additional transfers that may be required to meet M&I gaps are expected to decrease irrigated acreage from 160,000 acres to 334,000 acres statewide.

Overall, the future irrigation analysis shows that Colorado may lose about 500,000 to 700,000 acres of its irrigated lands by 2050 due to all factors combined. These acreages represent 15 to 20 percent of the current total irrigated lands. Figure 4-9 shows the range of potential changes by basin. Figure 4-10 shows the comparison between current irrigated acres and 2050 irrigated acres as both numbers of acres and percent change. Note that the basin with the highest percent change (Yampa-White, 34,000 acres, 29 percent) is not the same as the basin with the highest change in total acres (South Platte, 224,000 acres, 27 percent).

### 4.3.2.3  Current Agricultural Demand Results

Table 4-12 summarizes results of the average annual current agricultural demand by basin. It shows irrigated acres, IWR, WSL CU, and shortage (difference between IWR and WSL CU). Non-irrigation demand is also shown by basin. Figures 4-11 and 4-12 show the current WSL CU and shortage amounts by basin. Basins with the highest agricultural water demand include the South Platte, Rio Grande, and Republican.





**Table4-11 Future Irrigated Acres by River Basin**

| Basin | Current Irrigated Acres | Decrease in Irrigated Acres Due to Urbanization | | Decreases in Irrigated Acres Due to Other Reasons | Decreases in Irrigated Acres from Planned Agricultural to Municipal Transfers | Decreases in Irrigated Acres from Agricultural to Municipal Transfers to Address M&I Gap | | Estimated 2050 Irrigated Acres | |
|---|---|---|---|---|---|---|---|---|---|
| | | Low | High | | | Low | High | Low | High |
| Arkansas | 428,000 | 2,000 | 3,000 | — | 7,000 | 26,000 | 63,000 | 355,000 | 393,000 |
| Colorado | 268,000 | 40,000 | 58,000 | — | 200 | 11,000 | 19,000 | 190,800 | 216,800 |
| Gunnison | 272,000 | 20,000 | 26,000 | — | — | 1,000 | 2,000 | 244,000 | 251,000 |
| North Platte | 117,000 | — | — | — | — | — | — | 117,000 | 117,000 |
| Republican | 550,000 | 300 | 600 | 109,000 | — | — | — | 440,400 | 440,700 |
| Rio Grande | 622,000 | 800 | 1,000 | 80,000 | — | 2,000 | 3,000 | 538,000 | 539,200 |
| South Platte | 831,000 | 47,000 | 58,000 | 14,000 | 19,000 | 100,000 | 176,000 | 564,000 | 651,000 |
| Southwest | 259,000 | 4,000 | 6,000 | — | — | 3,000 | 7,000 | 246,000 | 252,000 |
| Yampa-White | 119,000 | 1,000 | 2,000 | — | — | 3,000 | 64,000 | 53,000 | 115,000 |
| **Statewide Total** | **3,466,000** | **115,100** | **154,600** | **203,000** | **26,200** | **146,000** | **334,000** | **2,748,200** | **2,975,700** |

BLM_0161012

CDM
4-28



Figure 4-9 Potential Changes in Irrigated Acres by 2050



*Figure 4-10 Comparison of Current and 2050 Irrigated Acres*

Table 4-12 Estimated Current Agricultural Demand by Basin

| Basin | Irrigated Acres | Irrigation Water Requirement (AFY) | Water Supply-Limited Consumptive Use (AFY) | Shortage (AFY) | Non-Irrigation Demand (AFY) |
|---|---|---|---|---|---|
| Arkansas | 428,000 | 995,000 | 542,000 | 453,000 | 56,000 |
| Colorado | 268,000 | 584,000 | 485,000 | 100,000 | 51,000 |
| Gunnison | 272,000 | 633,000 | 505,000 | 128,000 | 54,000 |
| North Platte | 117,000 | 202,000 | 113,000 | 89,000 | 12,000 |
| Republican | 550,000 | 802,000 | 602,000 | 200,000 | 67,000 |
| Rio Grande | 622,000 | 1,283,000 | 855,000 | 428,000 | 45,000 |
| South Platte | 831,000 | 1,496,000 | 1,117,000 | 379,000 | 115,000 |
| Southwest | 259,000 | 580,000 | 382,000 | 198,000 | 46,000 |
| Yampa-White | 119,000 | 235,000 | 181,000 | 54,000 | 24,000 |
| **Statewide Total** | **3,466,000** | **6,819,000** | **4,791,000** | **2,028,000** | **470,000** |



BLM_0161014



*Figure 4-11 State of Colorado Current Agricultural Shortages by Water District*

Section 4 ● Consumptive Needs Assessments



*Figure 4-12 Current Agricultural Demands and Shortages*

### 4.3.2.4  Future Agricultural Demand Results

Table 4-13 summarizes the estimated average annual agricultural demand by basin for the year 2050, assuming that historical climate and hydrology continue into the future. It shows irrigated acres, IWR, WSL CU, shortage, and non-irrigation demand. Figure 4-13 shows the WSL CU and shortages by basin for the 2050 irrigated acres. Consistent with the projected decline in irrigated acres, declines in both irrigation and non-irrigation agricultural water demands are anticipated to occur in all basins except for the North Platte.

**Table 4-13 Estimated 2050 Agricultural Demand by Basin**

| Basin | Irrigated Acres | Irrigation Water Requirement (AFY) | Water Supply-Limited Consumptive Use (AFY) | Shortage (AFY) | Non-Irrigation Demand (AFY) |
|---|---|---|---|---|---|
| Arkansas | 373,000 | 862,000 | 476,000 | 386,000 | 49,000 |
| Colorado | 204,000 | 443,000 | 366,000 | 77,000 | 38,000 |
| Gunnison | 219,000 | 573,000 | 457,000 | 116,000 | 48,000 |
| North Platte | 145,000 | 250,000 | 140,000 | 110,000 | 14,000 |
| Republican | 441,000 | 640,000 | 480,000 | 160,000 | 5,000 |
| Rio Grande | 537,000 | 1,108,000 | 739,000 | 369,000 | 38,000 |
| South Platte | 607,000 | 1,094,000 | 820,000 | 274,000 | 84,000 |
| Southwest | 249,000 | 558,000 | 367,000 | 191,000 | 44,000 |
| Yampa-White | 85,000 | 209,000 | 170,000 | 39,000 | 17,000 |
| **Statewide Total** | **2,860,000** | **5,737,000** | **4,015,000** | **1,722,000** | **337,000** |



BLM_0161016



*Figure 4-13 2050 Agricultural Demands and Shortages*

## 4.3.3  Agricultural Consumptive Needs Conclusions

The following are the major conclusions from the agricultural consumptive needs analysis:

- Each basin faces continued shortages associated with existing agricultural demands.

- There are upward economic pressures to keep agriculture viable in Colorado, and some basins, such as the Yampa, are seeking to expand agriculture.

- Despite upward economic pressures, Colorado could face a significant decline in irrigated acres by 2050 due to urbanization and water transfers. Between 500,000 and 700,000 irrigated acres in Colorado could be dried up by 2050, and large-scale dry-up of irrigated agriculture has adverse economic and environmental impacts.

- In 2050, Colorado's agricultural demands are projected to be approximately 4 million acre-feet.



BLM_0161017



# Section 5
# Consumptive Projects and Methods and the M&I Gap

## 5.1 Projects and Methods to Address the M&I Gap Overview

Section 4 of this report summarizes the consumptive water needs across the state of Colorado. As discussed in Section 1, the Colorado Water for the 21st Century Act requires the basin roundtables to identify projects and methods to meet their consumptive needs.

Section 5.2 summarizes the major projects and methods identified to meet future municipal and industrial (M&I) consumptive needs; Section 5.3 documents the resulting assessment of M&I gaps. The consumptive projects and methods will be summarized in further detail in the basin needs assessment reports during 2011.

In order to identify M&I projects and methods, the Colorado Water Conservation Board (CWCB) worked with water providers and the basin roundtables to update the Statewide Water Supply Initiative (SWSI) 1 identified projects and processes (IPPs). This information was used to estimate a low, medium, and high 2050 M&I gap corresponding to the M&I demand projections summarized in Section 4 and different IPP success rates. To be clear, an M&I "gap" in the context of this study is not indicative of a future water supply shortfall; rather, it is a future water supply need for which a project or method to meet that need is not presently identified.

It is important for the reader to recognize that the analyses documented in this section are intended for the purpose of "big picture" statewide planning. While data and other information were collected from individual water providers, the results presented herein are for the purpose of general statewide and basinwide planning and are not intended to be used for individual provider planning, site-specific analysis, or project-specific purposes.

## 5.2 Projects and Methods to Meet M&I Consumptive Needs

Water providers throughout Colorado are pursuing water supply projects and planning processes to help meet future water demands. These IPPs, if successfully implemented, have the ability to meet some, but not all of Colorado's 2050 M&I water needs. IPPs are defined as projects and methods local water providers are counting on to meet future water supply needs. Future M&I water supply needs that are not met by an IPP are considered an M&I water supply gap. The estimation of future M&I water supply gaps is dependent upon several factors, including current water use, forecasted future water use, and water provider predictions of new water supply that will be developed through IPPs.

### Index

5.1   Projects and Methods to Address the M&I Gap Overview ............ p. 5-1

5.2   Projects and Methods to Meet M&I Consumptive Needs ......... p. 5-1

5.3   M&I Gap Analysis ................... p. 5-21




BLM_0161018

Statewide, these analyses were performed on a countywide basis and aggregated by basin roundtable area. For the Front Range counties in the Arkansas, Metro, and South Platte Basins, the county results were aggregated to a regional subbasin level for presentation in this report and consistency with SWSI 1. The majority of population growth over the next 40 years is expected to occur in these basins.

## 5.2.1 Identified Projects and Processes Methodology

The first part of the M&I gap analysis is to calculate 2050 total new M&I water needs, which is described in Section 4. The second part of the 2050 M&I and SSI gap analysis is to calculate the anticipated yield from the water providers' 2050 IPPs, assuming 100 percent success rate. For counties with more than one surveyed water provider, all relevant information was compiled to create the most complete picture of projected water supplies in the county. This IPP yield is then subtracted from the 2050 net new water needs (i.e., demand increases above existing supplies) at the county level. Where the total water provider IPP yield in a county exceeded the projected county demand for the low, medium, or high scenarios, the extra water was assumed to not be available for redistribution to other counties unless otherwise noted.

Information on water providers' IPPs was obtained from the following sources:

- CWCB interviews and data collected from water providers throughout the state in 2009–2010
- Section 6 of the SWSI 1 report (published 2004, data based on projections to 2030)
- Basin roundtable updates (e.g., Arkansas 2008 report, June 2010 presentation by Applegate)

CWCB staff conducted outreach interviews in 2010 with most municipal water providers delivering 2,000 acre-feet per year (AFY) or more, including the top three water providers in each basin, where possible. Not every water provider responded; however, with significant basin roundtable assistance, many water providers submitted data in addition to the original list. This outreach was used to determine what projects and methods water providers are pursuing to meet their future needs along with confirmation of water demand data. In an effort to obtain more detailed data on providers' IPPs than was available for SWSI 1, interviewed entities were asked to delineate IPPs into the following categories:

- Agricultural water transfers
- Reuse of existing fully consumable supplies
- Growth into existing supplies
- Regional in-basin projects
- New transbasin projects
- Firming in-basin water rights
- Firming transbasin water rights

Passive and active conservation measures are not included in the categorized IPPs. Passive conservation is already factored into the 2050 M&I demand forecasts presented in Section 4. As requested by the Conservation Technical Advisory Committee and for the purposes of this analysis, active conservation is considered a strategy for meeting the M&I gap and is described in Section 7.

The categorized IPP data presented in this section is based on information provided by the interviewed water providers on what their firm treated water deliveries will be for each category of IPP. While some IPPs include features that could be applied across more than one category, CWCB relied upon the water providers' data to assign the various projects and methods to the single most appropriate category. For example, although not explicitly quantified herein, it is likely that the true yield anticipated from agricultural water transfers is higher, but many water providers have captured agricultural transfers in IPPs falling in other categories such as regional in-basin projects or firming in-basin water rights. Some entities may also own agricultural water rights that are presently being leased back to agricultural water users; future M&I use of these supplies may be considered by some water providers to be growth into

**CDM**
5-2

existing supplies. Based on these efforts IPP data were updated for 75 providers covering approximately 80 percent of the population in Colorado. Many of the quantified IPPs specified by the interviewed M&I water providers are identified in Appendix J (*Technical Memorandum – 2050 Municipal and Industrial Gap Analysis*). The consumptive projects and methods will be summarized in further detail in the Basin Needs Assessment reports during 2011.

The interview summary provided by CWCB identified and quantified many of the water providers' IPPs associated with each category. Where IPP information was derived from other sources, professional judgment was used to assign predicted yield to the most appropriate category. This approach was primarily applied to IPP data from the SWSI 1 report, which tallied IPPs by county or subbasin, but generally did not categorize yields from specified types of IPPs.

Because of the need for flexibility, reliability, and future uncertainty, many water providers design projects to meet needs based on planning numbers, which are often greater than current per capita water usage rates. Some specific reasons include—1) ensuring water supply if another system fails, 2) planning for drought or climate change, 3) an expected increase in commercial water use, or 4) concerns that one or more planned project will not be successfully implemented. Furthermore, many water rights limit the use of water to the specific water right holder, causing legal barriers to sharing water supplies. For these reasons, where the total potential volume of IPPs exceeded either the 2050 total water needs or the 2050 total water needs minus any provider-specified gaps, a pro-rata share reduction was applied to each IPP category relevant to that county or subbasin. For example, total quantified IPPs for the interviewed providers in a particular county exceed 50,000 AFY, but IPPs required to meet 2050 net new water needs range from 18,000 AFY to 30,000 AFY. A percentage of the total 50,000 AFY yield from IPPs is associated with each of the seven categories of IPPs, but since less IPP yield is actually needed to meet demands, the same category distribution percentages were applied to the lesser need. In other words, the amount of yield from each IPP category is reduced such that only the amount actually necessary to meet 2050 new water needs is applied.

Note, however, that this methodology and data presentation does not in any way preclude water providers from developing IPPs in excess of their 2050 needs. Rather, it is beyond the scope of this gap analysis to present data for individual water providers whose demand projections, planning horizon, and system reliability may differ from the regional analysis presented here. Any excess IPP volume quantified for a particular county is assumed to not be available to meet water supply gaps in other counties, unless specified otherwise. Likewise, there was no intention of implying intra-county sharing among water providers, unless specifically noted. By proportionally scaling back each entity's 2050 IPP yields when the sum of all entities' IPPs in a particular county exceed the forecasted 2050 net new water needs for that county—and explicitly accounting for provider-specified gaps—it is CWCB's intention to avoid implying that any one provider's excess yield would be used to meet the shortfall (i.e., gap) of another water provider.

## 5.2.2  Estimation of 2050 IPP Yield by Basin

A broad range of water management solutions with varying levels of supply are planned for each of the basins. The following sections summarize the yields of IPPs statewide and for each county or region in each basin at the 100 percent success rate. As described above, due to the number of counties and distinct areas in the Arkansas, Metro, and South Platte Basins, those basins are summarized by region, whereas each of the other basins is discussed at a county level. Because of the overall volume of demand and the size of the projected gaps in the South Platte and Arkansas Basins, those basins' IPPs lists are more populated than the other basins' lists.



BLM_0161020

Many water providers are pursuing multiple projects and will need to pursue all of these identified projects to meet their increased demand by the year 2050. This is due to the reality that each of the IPPs has associated risk and may not yield all of the anticipated water supply. Alternate IPP yield success rates (i.e., less than 100 percent) are addressed subsequently in Section 5.3.2. The results of calculations based on the alternate IPP success rates are incorporated into the gap analysis presented in Section 5.3.3. Additionally, many of these IPPs will benefit multiple beneficiaries and therefore address a number of objectives concurrently. However, challenges exist in determining funding sources and acquiring water rights to support the multiple uses. In addition to quantified IPP yields, the tables for each basin also include a general summary of the major projects and other IPPs in each county or region. The consumptive projects and methods will be summarized in further detail in the Basin Needs Assessment reports during 2011.

### 5.2.2.1 Statewide

Statewide, the new water supplies needed for M&I and self-supplied industrial (SSI) use by the year 2050—above and beyond all existing supplies—are estimated to range from about 600,000 AFY to nearly 1 million AFY (see Section 4). This range reflects the uncertainty associated with forecasting water demands 40 years into the future, in particular SSI demands associated with energy development and other market-driven commodities. Based on extensive interviews with water providers, input from basin roundtable and Interbasin Compact Committee (IBCC) members, and a thorough review of other pertinent information, IPPs have been identified that will meet a significant portion of these future new demands.

Applying the general methodology for assessing IPPs described in Section 5.2.1, the IPPs were grouped into seven primary categories. Table 5-1 identifies the anticipated range of yield from each category for each basin. For this and many of the subsequent tables, values are presented as a range, with the low and high yield values shown. Where the yield values do not change from low to high, a single value is shown rather than a range. Although the interviewed water providers generally provided demand and IPP data for a 2050 medium growth scenario, the ranges presented herein derive from the use of low, medium, and high population and demand levels for 2050 for the various analyses associated with SWSI 2010.

As shown in Table 5-1, quantified IPPs at 100 percent yield success would provide approximately 430,000 AFY, or about 72 percent of the new demands under the low growth scenario. At the high end, again assuming 100 percent success rate, IPPs would total about 580,000 AFY and represent approximately 58 percent of the high demand increase. The largest categories of IPP yields by volume are projected to be regional in-basin projects (150,000 AFY to 170,000 AFY) and growth into existing supplies (100,000 AFY to 160,000 AFY). Figure 5-1 depicts the data graphically; for the individual basins that follow, the corresponding figures can be found in Appendix J.

**Table 5-1 Major Categories of Identified Projects and Processes by Basin (Yields at 100% Success Rate)** [1]

| Basin | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| Arkansas | 9,200 – 11,000 | 23,000 – 32,000 | 2,300 – 2,600 | 37,000 | 0 | 6,100 – 7,300 | 10,000 – 11,000 | 88,000 – 100,000 |
| Colorado | 2,900 – 8,000 | 500 | 14,000 – 28,000 | 13,000 – 15,000 | 0 | 11,000 – 19,000 | 0 | 42,000 – 70,000 |
| Gunnison | 400 – 500 | 0 | 1,100 – 1,700 | 11,000 – 15,000 | 0 | 900 | 0 | 14,000 – 18,000 |




**Table 5-1 Major Categories of Identified Projects and Processes by Basin (Yields at 100% Success Rate), continued**

| Basin | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| Metro | 20,000 – 33,000 | 14,000 – 21,000 | 55,000 – 86,000 | 34,000 – 39,000 | 13,000 – 23,000 | 900 – 1,400 | 3,500 – 4,800 | 140,000 – 210,000 |
| North Platte | 0 | 0 | 100 – 300 | 0 | 0 | 0 | 0 | 100 – 300 |
| Rio Grande | 0 | 0 | 2,900 – 4,300 | 0 | 0 | 3,000 – 4,300 | 0 | 5,900 – 8,600 |
| South Platte | 19,000 – 20,000 | 5,000 – 7,000 | 20,000 – 30,000 | 37,000 – 39,000 | 0 | 22,000 – 26,000 | 18,000 – 21,000 | 120,000 – 140,000 |
| Southwest | 0 | 0 | 5,200 – 7,300 | 9,000 – 13,000 | 0 | 0 | 0 | 14,000 – 21,000 |
| Yampa-White | 0 | 0 | 3,500 – 4,900 | 6,600 – 9,000 | 0 | 0 | 0 | 10,000 – 14,000 |
| **Total** | **51,000 – 73,000** | **43,000 – 61,000** | **100,000 – 160,000** | **150,000 – 170,000** | **13,000 – 23,000** | **44,000 – 58,000** | **32,000 – 37,000** | **430,000 – 580,000** |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales.



*Figure 5-1 Statewide Summary of Yield for IPP Categories at 100% Success Rate*





BLM_0161022

#### 5.2.2.2 Arkansas Basin

For consistency with SWSI 1, the IPP and gap analysis updates for the Arkansas Basin were performed by aggregating county results to a regional subbasin level. The Arkansas Basin regions described below were defined in SWSI 1 and are illustrated in Figure 5-2.

- Upper Arkansas (Chaffee, Custer, Fremont, Lake, Teller)
- Urban Counties (El Paso, Pueblo)
- Lower Arkansas (Bent, Crowley, Otero, Prowers)
- Eastern Plains (Baca, Cheyenne, Elbert, Kiowa, Lincoln)
- Southwestern Arkansas (Huerfano, Las Animas)

> In the Arkansas Basin, most of the major M&I water providers reported that they will be able to meet all or part of 2050 needs through existing supplies, projects underway, and planned projects.

Note that several counties (Cheyenne, Elbert, Lincoln, and Teller) are split between two basins, with a pro-rata share of current and future demands accounted for in each basin. This approach is consistent with the South Platte and Metro Basin needs assessment work.

In the Arkansas Basin, most of the major M&I water providers reported that they will be able to meet all or part of 2050 needs through existing supplies, projects underway, and planned projects. Reuse is being pursued by most providers that have reusable supplies. In most cases in Colorado, reuse is limited to nonnative water such as transbasin diversions, nontributary groundwater, and the unused first use portion of the consumptive use (CU) portion of transfers of agricultural rights. Most of the entities that are planning reuse projects in the Arkansas Basin anticipate using one or more of the following components:

- Augmentation plans
- Exchanges
- Nonpotable use for irrigation of parks and golf courses
- Groundwater recharge
- Gravel lake storage to regulate consumable return flows for exchange or nonpotable reuse

Colorado Springs Utilities (CSU) and the Pueblo Board of Water Works (PBWW) both indicated in recent interviews with CWCB that they have adequate existing water rights or are pursuing new projects to meet 2050 demands and beyond. Their "surplus" supplies in excess of 2050 demands are not available for permanent use by others, since these supplies will eventually be needed by CSU and PBWW. Given the lack of developable new supplies in the Arkansas Basin, agricultural transfers throughout the basin will continue via purchases, developer donations, and development of irrigated lands.

Providers in the Southeastern Colorado Water Conservation District, including entities in the Upper Arkansas, Urban Counties, and Lower Arkansas regions, are relying heavily on future Fryingpan-Arkansas (Fry-Ark) Project allocations. The Eastern Plains region will rely on nontributary groundwater and the Southwestern Arkansas region will rely on augmentation, existing water rights, and agricultural transfers.

Many providers are planning on maximizing the use of their existing transbasin and other fully consumable supplies. Even though there is very little potential for additional new water development in the Arkansas Basin, storage is needed throughout the basin to regulate existing and future supplies, firm the yield of agricultural transfers, provide for augmentation releases, and to capture return flows.



SWSI
Statewide Water Supply Initiative

BLM_0161023



*Figure 5-2 Arkansas Basin Location Map*

**Section 5 ●** Consumptive Projects and Methods and the M&I Gap

Funding for the Arkansas Valley Conduit (AVC), which would improve drinking water quality and reduce transit losses for the Lower Arkansas Basin communities, has been authorized by the federal government. Pre-National Environmental Policy Act (NEPA) studies for the project, funded through a State and Tribal Assistance Grant, were completed in 2010. The towns along the mainstem of the Arkansas River downstream of the City of Pueblo divert from alluvial wells, nontributary deep wells, or from tributary surface water supplies. In addition to local water rights, these towns also have access to Fry-Ark Project allocations and return flows from the use of project water. Stream transit losses are assessed from Pueblo Reservoir to the downstream location and water quality is impacted by minerals and salts in the river channel and return flows as the water flows down the Arkansas River.

Fountain and Security are both participating in the Southern Delivery System (SDS) with CSU to help meet their future demands. The SDS is a regional project to deliver water from the Arkansas River that is stored in Pueblo Reservoir. Major components of the project include—1) a connection to the North Outlet Works of Pueblo Dam; 2) 62 miles of underground raw and treated water pipeline; 3) three pump stations; and 4) a 50-million-gallons-per-day treatment plant. A final environmental impact statement (EIS) for the project has been published by the Bureau of Reclamation (BOR), and a Record of Decision was issued in March 2009. Major construction activity is scheduled to begin in 2011.

The Upper Arkansas Water Conservancy District (UAWCD), which provides augmentation for wells in a portion of the upper basin, will be challenged to develop the CU water rights and storage required to meet the augmentation requirements for these wells. The upper basin, like many headwater areas throughout the state, is projected to experience high growth rates. Augmentation to existing or proposed environmental and recreation water rights, such as CWCB instream flow rights and recreational in-channel diversions (RICDs) and senior agricultural and M&I rights, will likely require the construction of storage in upper areas of tributaries. Economies of scale are generally not present in small reservoir construction and the engineering, permitting, and construction costs will tax the ability to provide for augmentation water at a reasonable cost. The acquisition of agricultural rights will likely be part of the augmentation supplies for the UAWCD due to limits on the availability of Fry-Ark allocations.

Anticipated yields from each category of IPPs at 100 percent success rate are summarized for the Arkansas Basin in Table 5-2.

**Table 5-2 Arkansas Basin IPP Summary at 100% Success Rate**

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Eastern Plains** | 0 | 0 | 1,600 – 1,900 | 0 | 0 | 0 | 100 | 1,700 – 2,000 |
| Eastern Plains IPPs ● Nontributary groundwater ● AVC | | | | | | | | |
| **Lower Arkansas** | 0 | 0 | 0 | 0 | 0 | 800 – 2,000 | 0 | 800 – 2,000 |
| Lower Arkansas IPPs ● AVC | | | | | | | | |
| **Southwestern Arkansas** | 600 | 0 | 700 | 0 | 0 | 600 | 0 | 1,900 |
| Southwestern Arkansas IPPs ● Existing water rights ● Augmentation plans ● Agricultural transfers | | | | | | | | |



5-8



**Table 5-2 Arkansas Basin IPP Summary at 100% Success Rate, continued**

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| Upper Arkansas | 3,600 | 0 | 0 | 0 | 0 | 4,700 | 3,600 | 11,900 |
| Upper Arkansas IPPs | | | | | | | | |
| • UAWCD Augmentation plan | | | | • Agricultural transfers | | | | |
| • Other augmentation plans | | | | • Use of Fry-Ark M&I allocation directly or for augmentation | | | | |
| Urban Counties | 5,000 – 7,200 | 23,000 – 32,000 | 0 | 37,000 | 0 | 0 | 6,500 – 6,900 | 71,500 – 83,100 |
| Urban Counties IPPs | | | | | | | | |
| • Agricultural transfers | | | | • Eagle River Joint Use Project | | | | |
| • Reuse plans | | | | • Blue River Conditional Storage Development | | | | |
| • Groundwater | | | | • AVC | | | | |
| • SDS | | | | | | | | |
| Total[1] | 9,200 – 11,000 | 23,000 – 32,000 | 2,300 – 2,600 | 37,000 | 0 | 6,100 – 7,300 | 10,000 – 11,000 | 88,000 – 100,000 |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales.

### 5.2.2.3  Colorado Basin

M&I and SSI needs are expected to increase dramatically in the Colorado Basin by 2050. It is expected that augmentation contracts available out of Ruedi and Wolford Reservoirs will be a key part of meeting 2050 demands in the basin. In addition, agricultural transfers will continue from purchases, developer donations, and development of irrigated lands. Existing supplies will be used in all Colorado Basin counties, and agricultural transfers will be part of the future supplies used to meet increased demands in Eagle, Garfield, and Mesa Counties.

Summit and Grand Counties anticipate significant M&I gaps as a result of limited flows available for development in the Fraser River system and future increases in transbasin diversions associated with projects planned by Front Range water providers. These planned projects have water rights that are senior to many of the in-basin M&I rights and are currently undergoing NEPA review. The Upper Colorado River Study (UPCO 2003) outlined potential solutions, but these solutions have a high level of uncertainty and implementation challenges due to lack of physical availability of water and permitting issues for any structural alternatives. As a result, gaps are shown in Grand and Summit Counties.

Other key IPPs identified in the Colorado Basin include the Hunter Reservoir enlargement (Ute Water Conservancy District) in Mesa County and the West Aspen Reclaimed Water Project in Pitkin County. Additionally, the Eagle River Joint Use Project will provide up to 10,000 AFY of dry year firm yield for entities in Eagle County. Anticipated yields from each category of IPPs at 100 percent success rate are summarized for the Colorado Basin in Table 5-3.



BLM_0161026

**Table 5-3 Colorado Basin IPP Summary at 100% Success Rate**

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Eagle County** | 2,100 – 4,500 | 0 | 5,600 – 10,700 | 400 | 0 | 2,000 – 4,600 | 0 | 10,100 – 20,200 |
| Eagle County IPPs | | | | | | | | |

- Growth into existing supplies and planned water rights acquisitions
- Eagle River Joint Use Project
- Ruedi Reservoir contracts for augmentation
- Agricultural transfers

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Garfield County** | 200 | 0 | 6,400 | 3,500 | 0 | 6,500 | 0 | 16,600 |
| Garfield County IPPs | | | | | | | | |

- Growth into existing supplies
- Ruedi and Wolford Reservoir contracts for augmentation
- Agricultural transfers

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Grand County** | 0 | 0 | 300 – 800 | 2,400 | 0 | 0 | 0 | 2,700 – 3,200 |
| Grand County IPPs | | | | | | | | |

- Growth into existing supplies
- UPCO

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Mesa County** | 700 – 3,200 | 0 | 1,300 – 6,500 | 0 | 0 | 1,900 – 4,500 | 0 | 3,900 – 14,200 |
| Mesa County IPPs | | | | | | | | |

- Growth into existing supplies
- Ruedi and Wolford Reservoir contracts for augmentation
- Hunter Reservoir enlargement
- Agricultural transfers

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Pitkin County** | 0 | 500 | 700 – 3,300 | 0 | 0 | 700 – 3,200 | 0 | 1,900 – 7,000 |
| Pitkin County IPPs | | | | | | | | |

- Growth into existing supplies
- Ruedi Reservoir contracts for augmentation
- West Aspen Reclaimed Water Project

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Summit County** | 0 | 0 | 0 | 6,900 – 9,200 | 0 | 0 | 0 | 6,900 – 9,200 |
| Summit County IPP | | | | | | | | |

- UPCO

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Total[1]** | 2,900 – 8,000 | 500 | 14,000 – 28,000 | 13,000 – 15,000 | 0 | 11,000 – 19,000 | 0 | 42,000 – 70,000 |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales.

### 5.2.2.4 Gunnison Basin

In the Gunnison Basin, much of the M&I and SSI new water needs will be addressed through greater use of existing water rights and new regional in-basin projects. The Tri-County Water Conservancy District, which serves much of Montrose, Delta, and Ouray Counties, holds water rights in the Dallas Creek Project. Combined with water from the Project 7 Water Authority, these counties are anticipated to have adequate water supplies through 2050.

The Upper Gunnison River Water Conservancy District (UGRWCD) provides augmentation for wells in a portion of the upper basin. Similar to the upper Arkansas Basin described in Section 5.2.2.2, the upper Gunnison Basin is projected to experience high rates of population growth. The Crested Butte area may





experience significant growth if adequate water supplies for M&I and snowmaking can be developed. Augmentation of existing or proposed environmental and recreational water rights, such as CWCB instream flow rights and RICDs and senior agricultural and M&I water rights, will likely require the construction of storage in upper areas of Gunnison River tributaries.

Through interviews conducted by CWCB, three projects sponsored by the UGRWCD and others were identified:

- UGRWCD/Hinsdale County Commissioners – Lake San Cristobal enlargement
- UGRWCD/Mt. Crested Butte – Augmentation storage
- UGRWCD – Augmentation plan for nonagricultural purposes using Aspinall Unit

The projected yield from the Lake San Cristobal enlargement is 950 AFY, far exceeding all levels of 2050 demand for Hinsdale County. Surplus supplies from this IPP were assumed to be made available to meet the gap in Gunnison County. Regarding the last project listed above, the UGRWCD has a 500 AFY pool in Blue Mesa Reservoir that can be used to replace depletions to downstream calls. The challenge for the UGRWCD will be to develop storage to replace depletions to CWCB instream flows, the Gunnison Whitewater Park RICD, and senior agricultural and M&I water rights upstream of Blue Mesa Reservoir. Collectively, these UGRWCD projects meet all or a part of the future water needs in Gunnison and Hinsdale Counties.

Anticipated yields from each category of IPPs at 100 percent success rate are summarized for the Gunnison Basin in Table 5-4.

**Table 5-4 Gunnison Basin IPP Summary at 100% Success Rate**

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Delta County** | 0 | 0 | 0 | 3,700 – 4,900 | 0 | 0 | 0 | 3,700 – 4,900 |
| Delta County IPP<br>• Project 7 | | | | | | | | |
| **Gunnison County** | 0 | 0 | 0 | 700 | 0 | 900 | 0 | 1,600 |
| Gunnison County IPPs<br>• Lake San Cristabal water development<br>• Augmentation for nonagricultural purposes using Aspinall Unit<br>• Augmentation storage for Mt. Crested Butte | | | | | | | | |
| **Hinsdale County** | 0 | 0 | 0 | 200 – 300 | 0 | 0 | 0 | 200 - 300 |
| Hinsdale County IPP<br>• Lake San Cristabal water development | | | | | | | | |
| **Mesa County** | 400 – 500 | 0 | 1,100 – 1,700 | 0 | 0 | 0 | 0 | 1,500 – 2,200 |
| Mesa County IPPs<br>• Existing water rights<br>• Agricultural transfers | | | | | | | | |




BLM_0161028

**Table 5-4 Gunnison Basin IPP Summary at 100% Success Rate, continued**

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Montrose County** | 0 | 0 | 0 | 6,700 – 8,600 | 0 | 0 | 0 | 6,700 – 8,600 |
| Montrose County IPP | | | | | | | | |
| • Project 7 | | | | | | | | |
| **Ouray County** | 0 | 0 | 0 | 20 – 500 | 0 | 0 | 0 | 20 – 500 |
| Ouray County IPP | | | | | | | | |
| • Project 7 | | | | | | | | |
| **Total**[1] | **400 – 500** | **0** | **1,100 – 1,700** | **11,000 – 15,000** | **0** | **900** | **0** | **14,000 – 18,000** |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales.

### 5.2.2.5 Metro Basin

As was done for the Arkansas Basin, the counties of the Metro Basin were aggregated to a regional subbasin level as follows:

- Denver Metro (Adams, Broomfield, Denver, Jefferson)
- South Metro (Arapahoe, Douglas, Elbert)

These regions are illustrated in Figure 5-3.

In the Metro Basin, reuse is being pursued by almost all cities that own reusable supplies. The trend toward the use of gravel pit sites that are no longer mined for storage of reusable effluent will expand. The potential for future water rights exchanges of effluent will be considerably less in the Denver and South Metro areas as most of the exchange potential has already been tied up with existing exchange water rights applications. These exchanges, however, will continue to be made when and where feasible. Direct reuse of effluent is largely focused on nonpotable uses such as irrigation of parks and golf courses, though other nonpotable uses are becoming more prevalent (e.g., power plant cooling water supply). A few cases of indirect potable reuse—intentionally augmenting raw drinking water supplies with treated reclaimed domestic wastewater effluent—are being implemented or planned, and more are likely in the future as water treatment technology advances. Specific IPPs associated with reuse include Aurora's Prairie Waters Project; Thornton, Northglenn, and Brighton recapture and exchange plans; the East Cherry Creek Valley (ECCV) Northern Pipeline Project; and planned reuse by the Town of Castle Rock.

The Denver Water Combined Service Area (CSA) extends into nearly every surrounding county, meeting at least some of the water supply needs of Denver, Arapahoe, Jefferson, Douglas, and Adams counties. Therefore, proposed future system refinements and modifications and the Moffat Collection System Project will meet some of the 2050 M&I needs in all of those counties. Other providers in the Denver Metro area will rely on existing supplies, reuse, exchanges, gravel lake storage, new storage and reservoir enlargements (e.g., Chatfield Reallocation Project), and agricultural transfers from Clear Creek and elsewhere.







Figure 5-3 South Platte Basin Location Map

SWSI 1 noted that there are no reliable surface water supplies that can be developed from the South Platte using surface water diversions as the sole water supply source. In addition to reuse and other projects previously mentioned, IPPs for the South Metro area include the Water Infrastructure and Supply Efficiency (WISE) Partnership between Denver Water, Aurora Water, and the South Metro Water Supply Authority as well as the nearly 15,000 AF enlargement of Rueter-Hess Reservoir by Parker Water & Sanitation District and other water providers.

Based on data collected during the CWCB interview process, IPPs for the City of Aurora and Denver Water were apportioned to multiple counties as follows:

- City of Aurora IPPs were split between Adams County (40 percent), Arapahoe County (58 percent), and Douglas County (2 percent). These percentages are based on the portion of Aurora's population located in each county.

- Denver Water IPPs were proportionally split among several Metro Basin counties based on the percentage of county population located within Denver Water's CSA. The relative proportion of Denver Water IPPs and provider-specified gap applied to each county varied by growth scenario (low/medium/high). However, the base percentages served by Denver Water are as follows (Denver Water 2010):

  — Denver County – 100 percent
  — Arapahoe County – 35 percent
  — Jefferson County – 54 percent
  — Douglas County – 5 percent
  — Adams County – 10 percent

The yield associated with the Chatfield Reallocation Project was distributed based on participant storage ratios (CWCB 2007) adjusted to reflect the pending sale of Brighton's share to other participants. These adjusted storage ratios were assumed to be directly applicable to yield as well, so they were applied to the estimated 8,500 AFY project yield.

Anticipated yields from each category of IPPs at 100 percent success rate are summarized for the Metro Basin in Table 5-5.

**Table 5-5 Metro Basin IPP Summary at 100% Success Rate**

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Denver Metro** | 14,500 – 23,100 | 5,200 – 8,700 | 33,400 – 61,200 | 8,800 – 12,900 | 7,600 – 14,700 | 900 – 1,400 | 3,500 – 4,800 | 73,900 – 126,800 |

Denver Metro IPPs

- Growth into existing supplies
- Agricultural transfers (Clear Creek; South Platte and Beebe Draw Project)
- Gravel lakes and other firming storage
- Recapture and exchange plans
- System refinements and modifications
- Prairie Waters Project

- Chatfield Reallocation Project
- Eagle River Joint Use Project
- Box Creek Reservoir
- Moffat Collection System Project
- Windy Gap Firming Project
- Highway 93 Lakes





Table 5-5 Metro Basin IPP Summary at 100% Success Rate, continued

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| South Metro | 5,100 – 9,600 | 8,700 – 12,400 | 22,100 – 24,900 | 25,300 – 25,900 | 5,800 – 7,800 | 0 | 0 | 67,000 – 80,600 |

South Metro IPPs
- Growth into existing supplies
- Agricultural transfers
- System refinements and modifications
- Prairie Waters Project
- ECCV Northern Pipeline Project
- Chatfield Reallocation Project
- Eagle River Joint Use Project
- Box Creek Reservoir
- Moffat Collection System Project
- Rueter-Hess Reservoir enlargement
- WISE
- Other reuse projects

| Total[1] | 20,000 – 33,000 | 14,000 – 21,000 | 55,000 – 86,000 | 34,000 – 39,000 | 13,000 – 23,000 | 900 – 1,400 | 3,500 – 4,800 | 140,000 – 210,000 |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales.

## 5.2.2.6  North Platte Basin

The North Platte River headwaters in Colorado are a relatively small portion of the overall North Platte Basin. Farming and ranching are the predominant economic base in the area, which includes Jackson County and a small portion of Larimer County. The North Platte Basin is expected to see a relatively small increase in M&I and SSI demands (increase in the range of 100 AFY to 300 AFY between 2008 and 2050). It is anticipated that this increase in demand will be met primarily by the further use of existing supplies and water rights.

For example, the Town of Walden is nearing the completion of a water supply improvement project funded by a Water Supply Reserve Account grant. This project has multiple objectives with the primary objective to eliminate the gap in the North Platte Basin. The project included—1) rehabilitation of the existing surface water diversion structure to allow the Town of Walden to capture its full water right on the Michigan River, 2) the filing of an application for a change of water right to designate the town's wells as alternate points of diversion for their senior water right for times when flows are low, and 3) steps to facilitate maximum beneficial use of the town's ownership in Walden Reservoir.

Anticipated yields from each category of IPPs at 100 percent success rate are summarized for the North Platte Basin in Table 5-6.

Table 5-6 North Platte Basin IPP Summary at 100% Success Rate

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| Jackson County | 0 | 0 | 100 – 300 | 0 | 0 | 0 | 0 | 100 – 300 |

Jackson County IPP
- Growth into existing supplies and water rights

| Total[1] | 0 | 0 | 100 – 300 | 0 | 0 | 0 | 0 | 100 – 300 |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales.



BLM_0161032

### 5.2.2.7 Rio Grande Basin

In the Rio Grande Basin, there is relatively minor growth projected for M&I needs by 2050. CWCB conducted interviews of the cities of Alamosa and Monte Vista in Alamosa County. IPPs were not quantified in the interview summaries, but it was determined that adequate supplies are available to meet 2050 M&I. Specifically, it was estimated during SWSI 1 that sufficient groundwater is physically available for most anticipated M&I growth, but augmentation of groundwater pumping will be required. Therefore, Alamosa County IPPs were set equal to 2050 net new M&I needs. New SSI demands are limited to proposed solar power generation facilities in Alamosa County and are anticipated to have demands in the range of 1,200 AFY to 2,000 AFY.

For all other Rio Grande counties, IPPs were based on SWSI 1 information. Conejos County and Mineral County were identified as having adequate water supplies to meet future needs beyond 2030; IPPs were therefore set equal to 2050 total water needs. No IPPs were identified for Costilla County. SWSI 1 quantified IPPs for Rio Grande County and Saguache County based on estimated yield from existing water rights, groundwater, and augmentation plans; the same values were applied as IPPs for the present gap analysis.

Augmentation will be provided by the San Luis Valley Water Conservancy District and other local water providers. There are no reliable new water supplies that can be developed under the Rio Grande Compact, so augmentation of M&I well pumping will be provided from a variety of sources including existing transbasin water rights diverted from the San Juan Basin and existing and future agricultural transfers.

Anticipated yields from each category of IPPs at 100 percent success rate are summarized for the Rio Grande Basin in Table 5-7.

**Table 5-7 Rio Grande Basin IPP Summary at 100% Success Rate**

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Alamosa County** | 0 | 0 | 1,400 – 2,300 | 0 | 0 | 1,500 – 2,300 | 0 | 2,900 – 4,600 |
| Alamosa County IPPs<br>• Existing water rights<br>• Augmentation plans<br>• Groundwater | | | | | | | | |
| **Conejos County** | 0 | 0 | 600 – 1,000 | 0 | 0 | 600 – 1,000 | 0 | 1,200 – 2,000 |
| Conejos County IPPs<br>• Existing water rights<br>• Augmentation plans<br>• Groundwater | | | | | | | | |
| **Costilla County** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Costilla County IPPs<br>• Existing water rights<br>• Augmentation plans<br>• Groundwater | | | | | | | | |





BLM_0161033

**Table 5-7 Rio Grande Basin IPP Summary at 100% Success Rate, continued**

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Mineral County** | 0 | 0 | 40 – 200 | 0 | 0 | 50 – 100 | 0 | 90 - 300 |
| Mineral County IPPs | | | | | | | | |
| • Existing water rights | | | | | | | | |
| • Augmentation plans | | | | | | | | |
| • Groundwater | | | | | | | | |
| **Rio Grande County** | 0 | 0 | 400 | 0 | 0 | 500 | 0 | 900 |
| Rio Grande County IPPs | | | | | | | | |
| • Existing water rights | | | | | | | | |
| • Augmentation plans | | | | | | | | |
| • Groundwater | | | | | | | | |
| **Saguache County** | 0 | 0 | 400 | 0 | 0 | 400 | 0 | 800 |
| Saguache County IPPs | | | | | | | | |
| • Existing water rights | | | | | | | | |
| • Augmentation plans | | | | | | | | |
| • Groundwater | | | | | | | | |
| **Total**[1] | **0** | **0** | **2,900 – 4,300** | **0** | **0** | **3,000 – 4,300** | **0** | **5,900 – 8,600** |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales.

## 5.2.2.8 South Platte Basin

For the purpose of conducting the IPP and gap analysis updates, the counties of the South Platte Basin were aggregated to regional subbasins, as follows:

- Northern (Boulder, Larimer, Weld)
- Upper Mountain (Clear Creek, Gilpin, Park, Teller)
- Lower Platte (Logan, Morgan, Sedgwick, Washington)
- High Plains (Cheyenne, Kit Carson, Lincoln, Phillips, Yuma)

The regions of the South Platte Basin are depicted in Figure 5-3 in Section 5.2.2.5.

Most of the interviewed M&I water providers indicated that they believe they will be able to meet 2050 needs using existing supplies, projects that are now underway, and future plans and projects. Most providers are pursuing enlargement of existing reservoirs and new storage, and consider those actions critical to meeting future needs.

Projects contributing to meeting the future needs of Northern South Platte M&I users include the Northern Integrated Supply Project (NISP) and the Windy Gap Firming Project (WGFP), both applied for by the Northern Colorado Water Conservancy District acting on behalf of numerous participating water providers and presently undergoing NEPA review. Yield from these projects was allocated to the counties in which the participants are located. Other major projects include the Halligan and Milton Seaman Reservoir enlargements proposed by the cities of Fort Collins and Greeley, respectively. In recent CWCB interviews, the cities of Longmont and Loveland indicated future yield from agricultural transfers via water rights dedication policies; the city of Greeley plans to pursue acquisition of Cache la Poudre Basin agricultural water rights. Other key Northern region projects include Erie's reclaimed water project; Longmont's Union Reservoir enlargement and Union Pumpback Project; and a portion of the Chatfield Reallocation Project yield for entities in Weld County.



BLM_0161034

In the High Plains region, continued reliance on nontributary groundwater supplies is expected to occur to meet future M&I needs through 2050. The northern High Plains Ogallala aquifer is anticipated to provide for the limited M&I growth anticipated in this region; thus, IPPs were set equal to 100 percent of 2050 net new M&I and SSI water needs. The Lower South Platte area will rely on existing rights and agricultural transfers for well augmentation. NISP represents a major new source of water for Morgan County (4,900 AFY). Based on SWSI 1 assumptions regarding these supply sources, IPPs for the Lower South Platte region were set equal to 50 percent of 2050 net new M&I and SSI water needs.

The Upper Mountain areas primarily rely on groundwater for M&I demands. These areas will have the challenge of the limited physical availability of groundwater. Much of the groundwater is in fractured bedrock and well yields can be highly variable and decline as additional growth occurs. Many of these areas already experience reduced well production. Additionally, the Upper Mountain Counties have large numbers of pre-1972 platted lots, which are not required to provide augmentation. Many of these lots are platted with high densities. These approved densities may impact well yields, and trucked water or onsite storage tanks may be required to meet peak demands for some in-home domestic uses if additional development occurs.

Jefferson County is in the process of regulating densities in certain mountain areas in order to prevent over development of the limited groundwater resources. The Upper Mountain Counties Aquifer Sustainability Project, which was completed in late 2010, provides much greater detail on the current and future water needs of this region (the results of this study will be incorporated into the South Platte Basin Needs Assessment, to be completed in the first half of 2011). Despite these potential limitations, yield assumptions from SWSI 1 were followed for the present study, and IPPs for the Upper Mountain Counties region were set equal to 90 percent of 2050 net new M&I and SSI water needs. A small amount of the Chatfield Reallocation Project was assumed to be included in Park County's IPPs (42 AFY for Center of Colorado Water Conservancy District).

Anticipated yields from each category of IPPs at 100 percent success rate are summarized for the South Platte Basin in Table 5-8.

**Table 5-8 South Platte Basin IPP Summary at 100% Success Rate**

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **High Plains** | 0 | 0 | 1,400 – 3,400 | 0 | 0 | 0 | 0 | 1,400 – 3,400 |
| High Plains IPP<br>• Nontributary groundwater | | | | | | | | |
| **Lower Platte** | 0 | 0 | 2,400 – 5,000 | 4,900 | 0 | 2,300 – 5,100 | 0 | 9,600 – 15,000 |
| Lower Platte IPPs<br>• Growth into existing supplies<br>• Augmentation plans<br>• NISP | | | | | | | | |





**Table 5-8 South Platte Basin IPP Summary at 100% Success Rate, continued**

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Northern** | 18,900 – 20,500 | 5,400 – 7,300 | 14,200 – 17,600 | 31,900 – 34,500 | 0 | 17,000 | 18,400 – 21,300 | 105,800 – 118,200 |
| Northern IPPs<br>• Growth into existing supplies<br>• Agricultural transfers<br>• Reclaimed water projects<br>• Union Reservoir enlargement<br>• NISP | | | • WGFP<br>• Halligan Reservoir enlargement<br>• Milton Seaman Reservoir enlargement<br>• Chatfield Reallocation project | | | | | |
| **Upper Mountain** | 0 | 0 | 2,500 – 3,700 | 40 | 0 | 2,500 – 3,700 | 0 | 5,000 – 7,500 |
| Upper Mountain IPPs<br>• Growth into existing supplies<br>• Augmentation plans<br>• Chatfield Reallocation Project | | | | | | | | |
| **Total[1]** | **19,000 – 20,000** | **5,000 – 7,000** | **20,000 – 30,000** | **37,000 – 39,000** | **0** | **22,000 – 26,000** | **18,000 – 21,000** | **120,000 – 140,000** |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales.

### 5.2.2.9 Southwest Basin

Numerous IPPs are under construction or planned for development to meet the diverse uses in the counties of the Southwest (Dolores/San Juan/San Miguel) Basin. During SWSI 1, both the Dolores Project (including McPhee Reservoir) and the Animas-La Plata Project were considered critical to meeting the M&I gap by basin roundtable members. The Dolores Project has been constructed and the construction of the Animas-La Plata Project is nearing completion as of late 2010. In recent interviews conducted by CWCB, the city of Durango indicated plans to acquire additional Animas-La Plata water, and the city of Cortez cited plans to purchase more M&I reserves in McPhee Reservoir.

Overall, the M&I allocations in these projects are projected to be adequate to meet M&I water supply needs in most areas of Dolores, La Plata, and Montezuma Counties. However, some of the infrastructure to deliver Dolores and Animas-La Plata Project water to its end users does not currently exist and must be constructed. This includes water system construction planned by the La Plata Archuleta Water District and the La Plata West Water Authority. This water treatment and delivery infrastructure will be very expensive to construct. It will likely not be financially feasible to serve some unincorporated areas not served by water districts and water hauling is anticipated unless financial assistance is provided to develop the supplies and infrastructure.

In addition, the Pagosa Area Water and Sanitation District has plans for two reservoir projects—Dry Gulch Reservoir and the enlargement of Stevens Reservoir. Overall, aggregate IPPs for Archuleta, Dolores, La Plata, and Montezuma County exceed the countywide 2050 net new water needs, but were reduced to account for a 5 percent M&I gap in unincorporated areas. Based on SWSI 1 analyses, existing supplies and water rights are anticipated to be adequate to meet future needs in Montrose, San Juan, and San Miguel Counties. Anticipated yields from each category of IPPs at 100 percent success rate are summarized for the Southwest Basin in Table 5-9.



BLM_0161036

Section 5 ● Consumptive Projects and Methods and the M&I Gap

**Table 5-9 Southwest Basin IPP Summary at 100% Success Rate**

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Archuleta County** | 0 | 0 | 0 | 3,300 – 4,400 | 0 | 0 | 0 | 3,300 – 4,400 |
| Archuleta County IPPs<br>• Dry Gulch Reservoir Project<br>• Stevens Reservoir enlargement | | | | | | | | |
| **Dolores County** | 0 | 0 | 300 – 500 | 0 | 0 | 0 | 0 | 300 – 500 |
| Dolores County IPPs<br>• Rico Alluvial Pipeline Water Supply Project<br>• Rights to water from Dolores WCD<br>• Potable supplies from Montezuma Water Company | | | | | | | | |
| **La Plata County** | 0 | 0 | 1,000 – 1,700 | 5,400 – 8,600 | 0 | 0 | 0 | 6,400 – 10,300 |
| La Plata County IPPs<br>• Existing supplies and water rights    • Western La Plata County Domestic Water System<br>• Animas-La Plata Project water    • Florida Water Conservancy District Multipurpose Project | | | | | | | | |
| **Montezuma County** | 0 | 0 | 2,500 – 3,600 | 300 – 400 | 0 | 0 | 0 | 2,800 – 4,000 |
| Montezuma County IPPs<br>• Existing supplies and water rights<br>• McPhee Reservoir water<br>• Totten Reservoir | | | | | | | | |
| **Montrose County** | 0 | 0 | 700 | 0 | 0 | 0 | 0 | 700 |
| Montrose County IPP<br>• Existing supplies and water rights | | | | | | | | |
| **San Juan County** | 0 | 0 | 30 – 100 | 0 | 0 | 0 | 0 | 30 - 100 |
| San Juan County IPP<br>• Existing supplies and water rights | | | | | | | | |
| **San Miguel County** | 0 | 0 | 700 | 0 | 0 | 0 | 0 | 700 |
| San Miguel County IPP<br>• Existing supplies and water rights | | | | | | | | |
| **Total**[1] | **0** | **0** | **5,200 – 7,300** | **9,000 – 13,000** | **0** | **0** | **0** | **14,000 – 21,000** |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales.

### 5.2.2.10 Yampa-White Basin

In the Yampa-White Basin (Moffat, Rio Blanco, and Routt Counties), existing supplies and water rights on the White River, Fish Creek, and other tributaries will be used to meet some of the region's M&I demands through 2050. High transit losses in delivering storage water downstream to the locations of use were experienced during the drought of the early 2000s; consequently, firm yields may be much lower than anticipated, requiring additional water supply development to meet dry year needs.

During SWSI 1, basin roundtable participants identified that the Elkhead Reservoir and Stagecoach Reservoir enlargements are critical to meeting the basin's projected water needs. Based on more recent CWCB interviews, additional IPPs include the Elk River Project (Steamboat Springs) and the Morrison Creek Reservoir Project (Upper Yampa River Water Conservancy District).

SSI demands associated with power generation in the Craig and Hayden areas are projected to increase significantly. As discussed in Section 4 and Appendix H, unknowns such as international markets,





BLM_0161037

national security, and proprietary processing methods may affect the rate of potential development of energy resources such as oil shale. The level of associated water demands is not known but could have a significant effect on the basin's water resources, increasing annual SSI water demands by nearly 100,000 AFY under the high growth scenario. The probability, timing, and extent of such demands are unknown at this time; hence, the increased demands and remaining M&I and SSI gap have a very wide range.

Anticipated yields from each category of IPPs at 100 percent success rate are summarized for the Yampa-White Basin in Table 5-10.

**Table 5-10 Yampa-White Basin IPP Summary at 100% Success Rate**

| Region or County | Agricultural Transfer (AFY) | Reuse (AFY) | Growth into Existing Supplies (AFY) | Regional In-Basin Project (AFY) | New Transbasin Project (AFY) | Firming In-Basin Water Rights (AFY) | Firming Transbasin Rights (AFY) | Total IPPs at 100% Success Rate (AFY) |
|---|---|---|---|---|---|---|---|---|
| **Moffat County** | 0 | 0 | 2,100 – 3,200 | 0 | 0 | 0 | 0 | 2,100 – 3,200 |
| _Moffat County IPPs_<br>• Growth into existing supplies<br>• Elkhead Reservoir enlargement | | | | | | | | |
| **Rio Blanco County** | 0 | 0 | 600 | 0 | 0 | 0 | 0 | 600 |
| _Rio Blanco County IPPs_<br>• Existing supplies and water rights from White River and tributaries | | | | | | | | |
| **Routt County** | 0 | 0 | 800 – 1,100 | 6,600 – 9,000 | 0 | 0 | 0 | 7,400 – 10,100 |
| _Routt County IPPs_<br>• Growth into existing supplies<br>• Fish Creek direct flow and storage<br>• Yampa River wells | | | | • Elk River Project<br>• Morrison Creek Reservoir Project<br>• Stagecoach Reservoir enlargement | | | | |
| **Total**[1] | **0** | **0** | **3,500 – 4,900** | **6,600 – 9,000** | **0** | **0** | **0** | **10,000 – 14,000** |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales.

# 5.3  M&I Gap Analysis

The IPPs being pursued by local water providers represent significant quantities of water and the implementation of these local projects and plans is critical to meeting Colorado's future water supply needs. However, even with the implementation of the IPPs, there are still remaining M&I and SSI consumptive water supply gaps that will need to be satisfied. As stated previously, the calculated gaps do not necessarily represent a future water supply shortage, but the gaps do demonstrate where additional work is needed to identify projects and methods to meet those future needs. The following sections summarize the calculations and results of the 2050 M&I and SSI gap analysis. As described previously, this analysis includes 2050 low, medium, and high gap values to account for the inherent uncertainty in long-range population, demand, and water supply forecasting. Future M&I and SSI demands were assessed in Section 4 of this report.

Section 5.3.1 presents the M&I and SSI gap calculation methodology generally, followed by details on the variations that occur within the calculations for each basin. The calculations as described in Section 5.3.1 are based on the assumption of 100 percent success rate for the development of IPP yield. Section 5.3.2 describes alternate (i.e., less than 100 percent) IPP yield success rates for each basin as they are applied to estimate the 2050 medium and high gaps. Section 5.3.3 summarizes the results of the gap analysis at the statewide level and for each of the nine basin roundtable areas.



BLM_0161038

The results of the gap analysis presented in this report are based on the estimated firm yield of IPPs. Furthermore, the demand values that are integral to the gap calculations are based on water providers' treated water deliveries and do not account for losses during raw water collection, treatment, and distribution, which are highly variable depending on, among other things, water source, types of treatment processes, and age and condition of distribution system. Additionally, there are many future uncertainties such as the potential for climate change, drought, infrastructure failure, and other factors. Therefore, raw water needs are very likely to be greater than the gap values presented in this report.

Note that current and future agricultural consumptive demands and shortages were assessed in Section 4 of this report. Calculated irrigation shortages are based on available water supply being less than the ideal amount required for meeting the CU requirements of a particular crop. Changes in these calculated results for 2050 relative to 2008 are generally driven by the anticipated loss of irrigated land to development and other factors. The discussions that follow apply only to the M&I and SSI consumptive gap analysis.

## 5.3.1 M&I Gap Analysis Methodology

For the purpose of this study, the M&I and SSI water supply gap is defined as follows:

*M&I and SSI Water Supply Gap = 2050 Net New Water Needs – 2050 IPPs*

where:

*2050 Net New Water Needs = (2050 low/medium/high M&I baseline demands – high passive conservation - current M&I use) + (2050 low/medium/high SSI demands – current SSI use)*

*2050 IPPs = Water Provider Anticipated Yield from: Agricultural Transfers + Reuse + Growth into Exiting Supplies + Regional In-basin Projects + New Transbasin Projects + Firming In-basin Water Rights + Firming Transbasin Water Rights*

If the available IPPs exceeded the 2050 water needs for a particular county, the IPPs were reset equal to the 2050 water needs. As stated previously herein, this calculation effectively scales back the yield of each IPP in a pro-rata fashion in order to present only the amount of yield necessary to meet water supply needs at the 2050 planning horizon. Sometimes this occurs for all three growth scenarios, sometimes for only low or low and medium. It is generally assumed that one county's surplus IPPs would not be reallocated to another county and that one provider's surplus would not be specifically allocated to meet another provider's gap. This approach was applied in all basins, unless specified otherwise.

The 2050 M&I and SSI gap is referred to in the results tables (see Section 5.3.3) as the "information/real" gap. The "real" gap is based on known numerical data from the Demands to 2050 Report (see Section 4 and Appendix H), water provider interviews and data, SWSI 1, and other sources. Based on this information, 2050 M&I and SSI demand forecasts exceed the anticipated yields of water providers' IPPs and the result is a real, defined gap. An "information" gap arises due to a lack of numerical data to support more detailed gap quantification for some water providers or even counties and subbasins.

The preceding description represents the general approach to the M&I gap analyses, with the yields of IPPs based on the 100 percent success rate. However, the process was modified as necessary for each county and basin based on the available source data. The following sections outline variations to the methodology in each basin. These are general descriptions and do not necessarily capture every variation for every county; however, additional details about the calculations for each county or region are provided in Appendix J.



### 5.3.1.1 Arkansas Basin

Following are the assumptions used to revise the gap calculations for the Arkansas Basin:

- The 2050 total water needs were calculated based on the Demands to 2050 Report, as described in the general approach.

- The July 2008 Arkansas Basin Roundtable update presents data consistent with SWSI 1, i.e., current conditions = 2000, future conditions = 2030. The gap analysis in the basin roundtable update was based on meeting 2030 demands.

- Provider-specified gaps were identified in SWSI 1 and the basin roundtable updates. In most cases, this information was retained as a "real" gap.

- For outlying areas of the Arkansas Basin where specific IPP data was not available from interviewed providers, IPPs were generally calculated as 2030 demand (both values from SWSI 1) minus specific provider gaps identified in SWSI 1 and the 2008 and 2010 basin roundtable updates. Thus, in these areas of limited data, IPPs are applied toward meeting 2030 demands, and increases in demand above 2030 levels were assumed to result in a gap.

- Additional provider-specific IPPs were identified and/or quantified based on CWCB interviews and data collection. Details are provided in Section 5.2.2.2.

- After accounting for known IPPs, the information/real gap was generally calculated as 2050 net new water needs minus IPPs (for low/medium/ high growth scenarios).

Additionally, unincorporated northern El Paso County needs renewable sources to meet future demands as it is currently 100 percent on nonrenewable, nontributary groundwater. If that area's existing nontributary sources fail or become technically or economically infeasible to continue to use as well yields decline, the amount needed (the gap between supply and demand) will become significantly larger in the northern portion of the basin. The El Paso County gap values therefore include an additional 13,500 AFY due to the necessary replacement of nonrenewable groundwater sources.

### 5.3.1.2 Colorado Basin

Following are the assumptions used to revise the gap calculations for the Colorado Basin:

- The 2050 net new water needs were calculated based on the M&I Demands to 2050 Report as described for the general approach.

- Provider-specified gaps were quantified based on CWCB interview data.

- IPPs for Colorado Basin counties were assessed as described in Section 5.2.2.3.

- The information/real gap was assessed based on provider-specified gaps and/or the difference between 2050 total water needs and IPPs.

Initial IPPs and information/real gap estimates were adjusted as necessary such that IPPs plus information/real gap equals 2050 net new water needs.

### 5.3.1.3 Gunnison Basin

Following are the assumptions used to revise the Gunnison Basin's gap calculations:

- The 2050 net new water needs were calculated based on the M&I Demands to 2050 Report as described for the general approach.

- IPPs for the Gunnison Basin were summarized in Section 5.2.2.4.



BLM_0161040

- Delta County included provider-specified gaps based on CWCB interview data. Delta County and Ouray County included additional gaps for specific providers identified in SWSI 1. Delta, Mesa, Montrose, and Ouray Counties included an M&I gap for unincorporated areas equal to 5 percent of 2050 M&I water needs, also based on SWSI 1. For these four counties, the information/real gap was calculated as the sum of known gaps.

- Based on the IPPs exceeding 2050 net new water needs, Hinsdale County has no 2050 water supply gaps.

- After applying the Hinsdale County surplus IPPs to Gunnison County and calculating the gap as 2050 net new water needs minus IPPs, Gunnison County has 2050 gaps for the low, medium, and high growth scenarios.

### 5.3.1.4  Metro Basin

Following are the assumptions used to revise the gap calculations for the Metro Basin:

- The 2050 net new water needs were calculated based on the Demands to 2050 Report as described for the general approach.

- For the Denver Metro and South Metro counties, the IPPs were quantified based on information gathered from water providers in CWCB interviews, as described in Section 5.2.2.5.

- The information/real gap was based on a combination of provider-specified gaps and/or 2050 net new water needs in excess of IPPs.

For several Metro-area counties, total IPPs exceed 2050 net new water needs. However, if there were provider-specified gaps for the county, the IPPs were scaled back accordingly. In other words, if an interviewed water provider specified a future water supply gap, IPP yield in from other providers in the county was not assumed to meet this gap, even if total county-wide IPPs appear to exceed 2050 net new water needs.

> The South Metro area currently relies primarily on nontributary, nonrenewable groundwater.

It was also necessary to account for additional gap in the South Metro area due to declining existing supplies. The South Metro area currently relies primarily on nontributary, nonrenewable groundwater. As noted in the South Metro Study (Black & Veatch et al. 2004), the costs of continued reliance on nonrenewable Denver Basin aquifer water will increase dramatically as well yields decline and additional wells and infrastructure are needed to maintain current level of groundwater pumping. These costs will not resolve the issue of the long-term reliability of the resource and the ultimate need to develop a renewable source of water. To continue to use as well yields decline, the amount needed (the gap between supply and demand) will become significant. Already, the gap values estimated for South Metro include 20,850 AFY—in addition to the amount of gap calculated based on 2050 demands and IPPs—due to the necessary replacement of existing nonrenewable groundwater supplies.

### 5.3.1.5  North Platte Basin

Following are the assumptions used to revise the gap calculations for the North Platte Basin:

- The 2050 net new water needs were calculated based on the Demands to 2050 Report as described for the general approach.

The primary objective of the Town of Walden project described in Section 5.2.2.6 is to eliminate the gap in the North Platte Basin. Therefore, IPPs at the 100 percent success rate were set equal to 2050 net new water needs, and the information/real gap for Jackson County is zero.

**CDM**



### 5.3.1.6  Rio Grande Basin

Following are the assumptions used to catalog the Rio Grande Basin's IPPs (at 100 percent success rate) and revise the gap calculations:

- The 2050 net new water needs were calculated based on the Demands to 2050 Report as described for the general approach.

- IPPs were quantified for the Rio Grande Basin as described in Section 5.2.2.7.

- The information/real gap for each Rio Grande Basin county was calculated as follows:

  — Alamosa County: IPPs cover the 2050 M&I water needs; the information/real gap was set equal to the 2050 new SSI water needs.

  — Conejos County and Mineral County: IPPs were set equal to 2050 total water needs and the information/real gaps were zero.

  — Costilla County: No IPPs were identified; the information/real gap was set equal to 2050 total water needs.

  — Rio Grande County and Saguache County: Quantified IPPs from SWSI Phase 1 were applied, and the information/real gap for these two counties was calculated as 2050 net new water needs minus IPPs.

### 5.3.1.7  South Platte Basin

Following are the assumptions used to revise the South Platte Basin gap calculations:

- The 2050 net new water needs were calculated based on the Demands to 2050 Report as described for the general approach.

- IPPs for the various regions of the South Platte Basin were assessed as described in Section 5.2.2.8.

- Information/real gaps for the counties in the Northern region were calculated as 2050 net new water needs minus IPPs (low/medium/high); Boulder County appears to have no 2050 water supply gaps.

- Based on the calculation of IPPs, the effective information/real gaps for the outlying regions of the South Platte are as follows: Upper Mountain Counties (10 percent of 2050 net new M&I and SSI water needs); Lower South Platte (50 percent of 2050 net new M&I and SSI water needs); and High Plains (zero gap).

### 5.3.1.8  Southwest Basin

Following are the assumptions used to revise the Southwest Basin's gap calculations:

- The 2050 net new water needs were calculated based on the Demands to 2050 Report as described for the general approach.

- IPPs for the Southwest Basin were characterized as described in Section 5.2.2.9.

- Archuleta, Dolores, La Plata, Montezuma, Montrose, and San Miguel Counties were assumed to have a gap for unincorporated areas equal to 5 percent of 2050 net new M&I water needs. For Archuleta, Dolores, La Plata, and Montezuma Counties, this represents the entirety of the information/real gap.

- The information/real gaps for Montrose County and San Miguel County were calculated as 2050 net new water needs minus IPPs. San Juan County was found to have no gap in SWSI 1. This was assumed to remain accurate.



BLM_0161042

### 5.3.1.9 Yampa-White Basin

Following are the assumptions used to revise the gap calculations for the Yampa-White Basin:

- The 2050 net new water needs were calculated based on the Demands to 2050 Report as described for the general approach.

- IPPs were summarized as described in Section 5.2.2.10.

- Based on the assumption that IPPs meet all 2050 M&I needs for Moffat County, the information/real gap was set equal to the 2050 net new SSI water needs.

- For the gap analysis, Rio Blanco County IPPs were assumed to be equal to those identified in Section 6 of the SWSI 1 report. The information/real gap for Rio Blanco County was calculated as 2050 net new water needs minus IPPs. For Routt County, the majority of the IPP yield is applied toward meeting 2050 M&I demands. The information/real gap was calculated as 2050 net new water needs minus IPPs.

## 5.3.2 Gap Analysis with Alternate IPP Yield Scenarios

The assumptions and calculations described in Section 5.3.1 above evaluate the gap based on a 100 percent success rate for IPP yield development. To assess the full range of the 2050 M&I and SSI Gap, CWCB developed three potential scenarios to bracket the range of the M&I and SSI gap for low to high scenarios. Each scenario has a variable IPP yield success rate applied as a percentage of total IPP yield. For the low gap scenario, it was assumed that 100 percent of the IPPs (see Section 5.2.1) could be applied to the 2050 net new water needs.

For the medium and high gap estimates, the yield of the IPPs was assumed to be varied based on discussions from the IBCC, CWCB, and basin roundtables. For the medium gap scenario, it was assumed that the IPP yield would be reduced based on percent success rates discussed by IBCC in their scenario discussions for the alternative portfolio (see Section 7). IPP yield for the high gap scenario is assumed to be reduced based on the percent success rates as defined in the status quo portfolio that has been discussed by the IBCC. The percentage success rates for IPP yields for the medium and high scenarios are presented in Table 5-11.

**Table 5-11 IPP Success Rates for the Medium and High Gap Scenarios**

| Basin | IBCC Alternative Portfolio IPP Yield Success Rates | IBCC Status Quo Portfolio IPP Yield Success Rates |
|---|---|---|
| Arkansas | 90% | 75% |
| Colorado | 90% | 90% |
| Gunnison | 90% | 90% |
| Metro | 60% | 50% |
| North Platte | 90% | 90% |
| Rio Grande | 90% | 90% |
| South Platte | 60% | 40% |
| Southwest | 75% | 75% |
| Yampa-White | 90% | 90% |

The gap calculations based on alternate IPP yield success rates are best demonstrated by example. The Colorado Basin has an existing (2008) demand of 68,000 AFY and a 2050 low growth demand of about 132,000 AFY, representing an increase of nearly 65,000 AFY. IPPs associated with the Colorado Basin low growth scenario are 42,000 AFY (at 100 percent implementation), leaving a 2050 supply gap of 22,000 AFY under the low gap scenario. The Colorado Basin has a 2050 medium growth demand of 150,000 AFY, representing an increase of 82,000 AFY over the existing demand. Medium growth IPPs total 54,000 AFY


SWSI
Statewide Water Supply Initiative

BLM_0161043

at 100 percent yield, but based on Table 5-11, only 90 percent (49,000 AFY) of the yield is assumed to be successfully developed under the medium gap scenario. The result is a gap of about 33,000 AFY in 2050. High growth scenario demands are approximately 180,000 AFY, which is an increase of about 110,000 AFY over the existing scenario. High growth IPPs total 70,000 AFY at 100 percent yield, but under the high gap scenario, again only 90 percent (63,000 AFY) success is achieved. Thus, the Colorado Basin high gap is about 48,000 AFY.

A similar process is utilized for the other basins. For the medium and high statewide analyses, the success rates in Table 5-11 are applied to each basin prior to calculating the overall gaps on an aggregate basis.

## 5.3.3  2050 M&I and SSI Gap Analysis Results

The water supply gaps resulting from the assumptions and calculations defined in Section 5.3.1 and Section 5.3.2 are summarized in the following sections, first statewide, then for each basin by subbasin (region) or county. The full set of gap results implies nine total gap scenarios based on low, medium, and high M&I demands and three IPP yield scenarios (100 percent success rate, an alternative success rate, and a status quo success rate). For the purpose of discussion, however, the results are reduced to three scenarios in the tables presented in the following sections. These three scenarios encapsulate the full range of anticipated M&I and SSI water supply gaps in 2050, from the lowest low gap scenario (lowest demands with 100 percent IPP success rate) to the highest high gap scenario (high demands with status quo IPP success rates).

### 5.3.3.1  Statewide

Colorado faces a significant M&I water supply gap in 2050. Under the low gap scenario (low demands and 100 percent IPP success rate), the statewide gap is 190,000 AFY. Under the medium gap scenario (medium demands and an alternative IPP success rate), the statewide gap is about 390,000 AFY. Under the high gap scenario (high demands and status quo IPP success rate), the statewide gap is about 630,000 AFY. By 2050, Colorado's M&I gap could be between 32 percent and 66 percent of new M&I demands.

Table 5-12 provides a summary of each basin's increased M&I and SSI demands relative to current conditions (defined for this study as 2008), the amount of that increase met by the IPPs, and the results



of the gap calculations. In general, the low IPPs plus the low remaining M&I and SSI gap equal the low increase in M&I and SSI demand, with some minor variability due to rounding at the county or regional level. The same is true for the medium and high values. The Arkansas and Metro Basins are exceptions to this rule due to the inclusion of additional gap volumes associated with the replacement of existing nonrenewable groundwater sources (described in Section 5.3.1.1 and Section 5.3.1.4, respectively).



BLM_0161044

**Section 5 ● Consumptive Projects and Methods and the M&I Gap**

Table 5-12 Statewide M&I and SSI Gaps in 2050[1]

| Basin | Increase in M&I and SSI Demand (AFY) | | | Estimated Yield of Identified Projects and Processes (AFY) | | | Estimated Remaining M&I and SSI Gap after Identified Projects and Processes (AFY) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 100% IPP Success Rate | Alternative IPP Success Rates | Status Quo IPP Success Rates | Gap at 100% IPP Success Rate | Gap at Alternative IPP Success Rates | Gap at Status Quo IPP Success Rates |
| | Low | Med | High | Low | Med | High | Low | Med | High |
| Arkansas[2] | 110,000 | 140,000 | 170,000 | 88,000 | 85,000 | 76,000 | 36,000 | 64,000 | 110,000 |
| Colorado | 65,000 | 82,000 | 110,000 | 42,000 | 49,000 | 63,000 | 22,000 | 33,000 | 48,000 |
| Gunnison | 16,000 | 19,000 | 23,000 | 14,000 | 14,000 | 16,000 | 2,800 | 5,100 | 6,500 |
| Metro[3] | 180,000 | 210,000 | 280,000 | 140,000 | 97,000 | 100,000 | 63,000 | 130,000 | 190,000 |
| North Platte | 100 | 200 | 300 | 100 | 200 | 300 | 0 | 20 | 30 |
| Rio Grande | 7,700 | 9,900 | 13,000 | 5,900 | 6,400 | 7,700 | 1,800 | 3,600 | 5,100 |
| South Platte | 160,000 | 180,000 | 230,000 | 120,000 | 78,000 | 58,000 | 36,000 | 110,000 | 170,000 |
| Southwest | 20,000 | 25,000 | 31,000 | 14,000 | 13,000 | 15,000 | 5,100 | 12,000 | 16,000 |
| Yampa-White | 34,000 | 48,000 | 95,000 | 10,000 | 11,000 | 13,000 | 23,000 | 37,000 | 83,000 |
| **Total** | **590,000** | **710,000** | **950,000** | **430,000** | **350,000** | **350,000** | **190,000** | **390,000** | **630,000** |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales
[2] Arkansas gaps include additional 13,500 AFY for Urban Counties replacement of nonrenewable groundwater supplies.
[3] Metro gaps include additional 20,850 AFY for South Metro replacement of nonrenewable groundwater supplies.

Colorado faces immediate M&I water supply needs. Figure 5-4 illustrates the timing of the statewide M&I and SSI gap for the medium gap scenario. The statewide existing supply is 1,161,000 AFY and is assumed to remain constant through 2050, except for the replacement of nontributary groundwater in Douglas and El Paso counties. Under the medium gap scenario Colorado's immediate M&I water supply needs are met with the successful implementation of the IPPs. The associated yield of the IPPs increases steadily from 2010 through 2020, then at a higher rate of growth through 2030. Under the medium gap scenario, the IPPs are fully implemented by 2030 and yield about 350,000 AFY. Without the successful implementation of additional IPPs, increases in demand after 2030 are assumed to be gap, leading to a 2050 M&I gap of approximately 390,000 AFY for the medium gap scenario.



BLM_0161045



*Figure 5-4 Statewide M&I and SSI Gap Summary Medium Scenario (IPPs at 70% Success Rate)*

Note that while this plot does illustrate the temporal evolution of existing supplies, IPPs, and the gap, it is not intended to serve as a definitive timeline for the development of these parameters. A level of uncertainty remains for most components of this analysis; demand increases may come sooner or later than projected and IPPs may have more or less success than anticipated in these calculations. Thus, the figure functions as a representation of the interrelated nature of IPPs and the gap. At any given point in time, the sum of existing supplies, IPPs, and gap are equal to demands. The figure illustrates that the need for successful implementation of the IPPs is immediate. As long as the development of IPPs keeps pace with demands, the gap will be minimal. However, if demands continue to increase beyond the development of presently identified IPPs or if successful IPP yield development occurs at a lower rate, the gap will continue to grow in magnitude and will appear at an earlier point in time. It is also important to note the spatial variability of the M&I gap. Some areas of the state will have an M&I gap sooner than others. Plots illustrating the low and high gap scenario statewide and the low, medium, and high gap scenarios for all basins are included in Appendix J.



BLM_0161046

**Section 5** ● Consumptive Projects and Methods and the M&I Gap

Figure 5-5 illustrates the relative percentages of 2050 net new water needs occupied by IPPs and the gap for each basin for the medium gap scenario. The pie chart shown on the map for each basin is scaled to represent the magnitude of the 2050 medium demand. IPP success rates are defined as shown for the "Alternative Portfolio" in Table 5-11; at the statewide level, the overall IPP success rate is approximately 70 percent for the medium gap scenario.

For the Arkansas, Colorado, Gunnison, North Platte, and Rio Grande Basins, IPPs (illustrated as the blue part of the pie charts) meet 50 percent or more of the 2050 medium demand as a result of 90 percent IPP yield success rate in these basins. Southwest Basin IPPs also exceed 50 percent of 2050 medium demand despite a success rate of only 75 percent. The Yampa-White Basin has a 90 percent IPP yield success rate for the medium gap scenario, but the high yet uncertain demands associated with future SSI uses result in a very large water supply gap (78 percent, illustrated in red) in 2050. Future M&I and SSI water supply gaps for the South Platte and Metro Basins exceed 50 percent due to significantly reduced IPP yield success rates, at 60 percent. For these basins in particular, and also in the Arkansas Basin, a significant reduction in the success of yield development from planned projects and processes identified by Front Range water providers will likely lead to much greater increases in agricultural transfers as a means to meet future demands (see Section 4).



*Figure 5-5 2050 M&I and SSI Gap Analysis – Medium Gap Scenario*



5-30



BLM_0161047

It must be clearly understood that the low, medium, and high gap scenarios evaluated in this study are based on assumptions about the implementation of IPPs made for the purposes of conducting the analyses. In reality, both demand growth and the development of IPPs will be impacted by various factors that will likely cause them to fall somewhere between the low and high values highlighted above. However, it remains highly probable that there will be some level of gap regardless of the level of IPPs development, and a portfolio of solutions will be needed to meet Colorado's future M&I water needs.

Of particular importance will be the implementation of new projects and sources of water in the event that not all IPPs currently undergoing NEPA review receive permits for project construction from the jurisdictional federal agency (BOR or U.S. Army Corps of Engineers [USACE] for most ongoing EIS projects). The list of these projects includes high-yield regional projects such as NISP, WGFP, SDS, the Moffat Collection System Project, Chatfield Reallocation, and others.

The significance of the yield that would be provided by IPPs currently or soon to be engaged in the NEPA process—particularly in the South Platte, Metro, and Arkansas Basins—is illustrated in Figures 5-6 and 5-7. For the medium growth scenario and assuming 100 percent IPP success rate, South Platte Basin and Metro IPPs in NEPA represent 115,000 AFY of potential yield, or about 40 percent of the total IPP yield for the combined basins. Likewise, NEPA IPPs in the Arkansas Basin total nearly 49,000 AFY, or roughly 51 percent of overall IPP yield for the medium growth scenario. Note that in Figures 5-6 and 5-7 the new demand values also include the replacement of nonrenewable groundwater.



*Figure 5-6 Potential Yield of NEPA Projects Relative to 2050 New Demands, Other IPPs, and Gap in South Platte and Metro Basins*





BLM_0161048



*Figure 5-7 Potential Yield of NEPA Projects Relative to 2050 New Demands, Other IPPs, and Gap in Arkansas Basin*

The following sections provide additional results of the gap analysis for each basin roundtable area.

### 5.3.3.2  Arkansas Basin

Table 5-13 provides a summary of increased M&I and SSI demands, the amount of IPP yield, and the volume of M&I and SSI gap for each region in the Arkansas Basin for the low, medium, and high gap scenarios. The baseline existing M&I and SSI water supply for the Arkansas Basin is 255,000 AFY and is assumed to remain constant through 2050; however, there may be a decline in the existing supply over time due to the current use of nonrenewable groundwater in some areas of the Arkansas Basin. After applying the alternative and status quo IPP success rates in Table 5-11, the estimated basinwide gaps for 2050 are as follows:

- Low gap (IPPs at 100 percent success) = 36,000 AFY
- Medium gap (IPPs at 90 percent success) = 64,000 AFY
- High gap (IPPs at 75 percent success) = 110,000 AFY

The gaps for the Urban Counties, and thus the entire basin, include an additional 13,500 AFY for the replacement of nonrenewable groundwater. The importance of achieving success for projects currently undergoing NEPA evaluation was discussed in Section 5.3.3.1. Graphical illustrations of the temporal development of IPPs and the gap are included in Appendix J for the low, medium, and high gap scenarios.





Section 5 • Consumptive Projects and Methods and the M&I Gap

**Table 5-13 Arkansas Basin M&I and SSI Gaps in 2050**

| Region or County | Increase in M&I and SSI Demand (AFY) | | | Estimated Yield of Identified Projects and Processes (AFY) | | | Estimated Remaining M&I and SSI Gap after Identified Projects and Processes (AFY) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 100% IPP Success Rate | Alternative IPP Success Rate (90%) | Status Quo IPP Success Rate (75%) | Gap at 100% IPP Success Rate | Gap at Alternative IPP Success Rate (90%) | Gap at Status Quo IPP Success Rate (75%) |
| | Low | Med | High | Low | Med | High | Low | Med | High |
| Eastern Plains | 2,300 | 2,700 | 3,200 | 1,700 | 1,600 | 1,500 | 600 | 1,100 | 1,700 |
| Lower Arkansas | 900 | 1,400 | 2,100 | 800 | 1,200 | 1,500 | 100 | 200 | 600 |
| Southwestern Arkansas | 3,000 | 3,700 | 4,600 | 1,900 | 1,700 | 1,400 | 1,100 | 2,000 | 3,200 |
| Upper Arkansas | 19,000 | 22,100 | 25,900 | 11,900 | 10,700 | 8,900 | 7,200 | 11,500 | 17,000 |
| Urban Counties[1] | 85,200 | 105,500 | 133,400 | 71,500 | 70,100 | 62,300 | 27,200 | 48,900 | 86,200 |
| Total[2] | 110,000 | 140,000 | 170,000 | 88,000 | 85,000 | 76,000 | 36,000 | 64,000 | 110,000 |

[1] Urban Counties Gap includes an additional 13,500 AF for replacement of nonrenewable groundwater.
[2] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales.

### 5.3.3.3  Colorado Basin

Table 5-14 provides a summary of increased M&I and SSI demands, the amount of yield provided by the IPPs, and the results of the gap calculations for each county in the Colorado Basin. The basin's existing M&I and SSI supply is 68,000 AFY and is assumed to remain constant through 2050; future demands and supplies will increase above this amount. After completing the necessary adjustments for the alternative and status quo IPP yield scenarios, the resulting gaps for the low, medium, and high scenarios are approximately 22,000 AFY, 33,000 AFY, and 48,000 AFY, respectively.

**Table 5-14 Colorado Basin M&I and SSI Gaps in 2050**

| Region or County | Increase in M&I and SSI Demand (AFY) | | | Estimated Yield of Identified Projects and Processes (AFY) | | | Estimated Remaining M&I and SSI Gap after Identified Projects and Processes (AFY) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 100% IPP Success Rate | Alternative IPP Success Rate (90%) | Status Quo IPP Success Rate (90%) | Gap at 100% IPP Success Rate | Gap at Alternative IPP Success Rate (90%) | Gap at Status Quo IPP Success Rate (90%) |
| | Low | Med | High | Low | Med | High | Low | Med | High |
| Eagle County | 10,100 | 14,000 | 20,200 | 10,100 | 12,600 | 18,100 | 0 | 1,400 | 2,000 |
| Garfield County | 22,500 | 26,000 | 33,400 | 16,600 | 15,000 | 15,000 | 5,800 | 11,000 | 18,400 |
| Grand County | 4,100 | 5,200 | 6,700 | 2,700 | 2,900 | 2,900 | 1,400 | 2,300 | 3,900 |
| Mesa County | 14,100 | 17,500 | 24,300 | 3,900 | 6,700 | 12,800 | 10,100 | 10,900 | 11,600 |
| Pitkin County | 4,700 | 6,700 | 9,800 | 1,900 | 3,500 | 6,300 | 2,800 | 3,200 | 3,500 |
| Summit County | 9,000 | 12,100 | 16,800 | 6,900 | 8,300 | 8,300 | 2,000 | 3,800 | 8,500 |
| Total[1] | 65,000 | 82,000 | 110,000 | 42,000 | 49,000 | 63,000 | 22,000 | 33,000 | 48,000 |

[1] Aggregated basin total values rounded to two significant digits to reflect increased uncertainty at larger geographic scales.

### 5.3.3.4  Gunnison Basin

Table 5-15 provides a summary of increased M&I and SSI demands, the estimated yield of IPPs, and the results of the gap calculations for each county in the Gunnison Basin.



BLM_0161050