# SMC Section 368 Corridor 130-274/130-274 (E) Screen Tool



**Draft, San Miguel County**
**Section 368 Corridor Screen Tool**
**2/23/2018**

SAN MIGUEL COUNTY

**Attachment B:** *Section 368 Energy Corridor Regional Reviews – Region 2* **Corridor 130-274/130-274(E)** *San Juan/San Miguel Corridor* **(January 2018)**

Energy Corridor Abstract provided by Agencies for review, downloaded February 2018 at
http://bogi.evs.anl.gov/section368/abstracts/corridor-130-274.pdf.

16

BLM_0161157

# Corridor 130-274/130-274(E)
*San Juan/San Miguel Corridor*

## Introduction

Corridor 130-274/130-174(E) (Figures 1 and 2a,b) begins just south of the Montrose/San Miguel county line and extends generally southward terminating just south of State Route 160 at the Montezuma/La Plata county line. Corridor 130-274(E) is an additional braided segment extending east of Corridor 130-274 from MP 2 to MP 7. Federally designated portions of this corridor are 3,500 feet in width on BLM- and USFS-administered land. The Corridor 130-274(E) segment is designated as underground use only. The corridor is designated multi-modal for future electrical transmission and pipeline projects. Corridor 130-274 has 37.1 miles of designated corridor on BLM- and USFS-administered lands; the overall route including gaps is 65.5 miles. The designated area is 14,823.3 acres or 23.2 square miles. Corridor 130-274(E) has 4.4 miles of designated corridor on BLM- and USFS-administered lands; the overall route including gaps is 4.6 miles. The designated area is 1,760.9 acres or 2.7 square miles. Corridor 130-274 is in San Miguel, Dolores, and Montezuma counties in Colorado, and Corridor 130-274(E) is in San Miguel County; they are under the jurisdictions of the BLM Tres Rios and Uncompahgre Field Offices. Portions of the corridor also occur on the San Juan National Forest and Grand Mesa, Uncompahgre, Gunnison (GMUG) National Forests in Colorado. Corridor 130-274/130-274(E) is entirely in Region 2.



**Figure 1. Corridor 130-274/130-274(E)**

1

BLM_0161158

- ● Populated Place
- ■ Substation *
- ▲ Renewable Energy Power Plant
- ▲ Non-Renewable Energy Power Plant
- **20** Subject Section 368 Energy Corridor Milepost
- —— Subject Section 368 Energy Corridor Centerline
- Subject Section 368 Energy Corridor
- Other Section 368 Energy Corridor
- Section 368 Energy Corridor Listed in WWEC ROD but Not Designated
- Section 368 Energy Corridor Revised in RMP Amendment
- —— Transmission Line *
- —— Pipeline *

**Major Road**
- —— Interstate
- —— U.S. Route
- —— State Route
- County Boundary
- State Boundary
- BLM Administrative Unit Boundary
- USFS Administrative Unit Boundary

**Regional Review Boundary**
- Subject Region
- Other Regions
- Solar Energy Zone
- National Conservation Area
- National Monument

**Surface Management Agency**
- Bureau of Land Management
- Bureau of Reclamation
- Department of Defense
- Department of Energy
- Fish and Wildlife Service
- Local
- National Park Service
- Other
- State
- Tribal
- U.S. Forest Service

* Data source: © 2017 S&P Global Platts. All rights reserved.

CS078d

**Key for All Figures**

BLM_0161159



**Figure 2a. Corridor 130-274/130-274(E), Including Existing Energy Infrastructure**

BLM_0161160



**Figure 2b. Corridor 130-274, Including Existing Energy Infrastructure**

BLM_0161161

## Corridor Rationale

During scoping for the WWEC PEIS, routes generally following this corridor were suggested by the National Grid and the Western Utility Group. The initial portion of Corridor 130-274 from MP 0 to MP 8.5 was not previously designated, but the remainder of the corridor was previously identified as a locally designated corridor.

*Existing Infrastructure:* Corridor 13-274(E) is an existing management prescription 1D Utility Corridor occupied by a natural gas pipeline operated by TransColorado Gas Transmission Company, LLC. The portion of Corridor 130-274 on the GMUG National Forest is not occupied by any utility transmission, but the remainder of the corridor contains the TransColorado natural gas pipeline, a 230-kV transmission line operated by Western Area Power Administration from MP 30.1 to MP 36.6, and generally follows a 345-kV transmission line operated by Tri-State G & T Association, Inc. from MP 30.1 to MP 63.2. Also included along the corridor is the Nucla-Naturita Tel Co FLPMA Telephone-Telegraph line, the Tri-State 115-kV power transmission line, and the CDOT Federal Aid Highway.

*Potential for Future Development:* The Platts data do not show any planned projects near this corridor. Results from the Corridor Study indicate that there had been some interest by a transcontinental pipeline company for the San Juan National Forest segment, but there was no follow-up and no application was submitted. BLM analysis indicates that there are no pending projects within corridor and no pending utility-scale renewable projects in the area. It is possible that the corridor will be affected by the Gunnison Sage-Grouse Range-wide Draft RMP Amendment/Draft EIS.

## Corridor of Concern Status

Corridor 130-274/130-274(E) is a corridor of concern. Concerns regarding access to coal, direct or indirect impacts to Gunnison Sage-grouse conservation areas, occupied Gunnison Sage-grouse critical habitat, Colorado-proposed Wilderness, and USFS Inventoried Roadless Area were identified in Exhibit A of the Settlement Agreement. These corridor of concern issues are highlighted in yellow in the Corridor Analysis table.

## Conflict Map Analysis

Figures 3a and 3b reflect a comprehensive resource conflict assessment to help the Agencies identify a corridor's proximity to environmentally sensitive areas. The potential conflict assessment (low, medium, high) shown in the figures are based on criteria found on the WWEC Information Center at www.corridoreis.anl.gov. The conflict assessment criteria table was used to identify if the corridor meets the Settlement Agreement siting principles to provide maximum utility and minimum impact on the environment. This facilitates balance between resource protection and potential development. Where feasible, corridors should be sited in the areas of low conflict; however, to meet the requirements in the Energy Policy Act and the siting principles in the Settlement Agreement, corridors may be located in high potential conflict areas. Many energy corridors were designated in land use plans prior to being carried forward into Section 368 designation. In almost all instances, these existing corridors (pre-Section 368) contained existing infrastructure. Corridor 130-274 is entirely within a medium potential conflict area and contains existing infrastructure.

BLM_0161162



**Figure 3a. Mapping of Conflict Areas in Vicinity of Corridor 130-274/130-274(E)**

BLM_0161163



**Figure 3b. Mapping of Conflict Areas in Vicinity of Corridor 130-274**

BLM_0161164

## Corridor Analysis

The corridor analysis table below identifies issues potentially affecting Corridor 130-274/130-274(E), locations of resources within the corridor, and the results of the analysis by the Agencies. Issues are checked if they are known to apply to the corridor. Corridor of concern issues are highlighted in yellow.

☒ **Energy Planning Opportunities**

☒ **Energy Planning Issues**
    ☐ Physical barrier
    ☒ Jurisdiction
    ☒ Existing infrastructure/available
    space

☒ **Land Management Responsibilities and Environmental Resource Issues**
    ☐ Air quality
    ☒ Cultural resources
    ☒ Ecological resources
    ☒ Hydrological resources
    ☒ Lands and realty
    ☒ Lands with wilderness characteristics

☐ Livestock grazing
☐ Paleontology
☐ Public access and recreation
☐ Soils/erosion
☒ Specially designated areas
☐ Tribal concerns
☒ Visual resources

☐ **Interagency Operating Procedures**

| REGION 2 – CORRIDOR 130-274/130-274 (E) – ANALYSIS TABLE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ID | Agency | Agency Jurisdiction | County | Primary Issue | Corridor Location (by Milepost [MP]) | Source | Agency Review and Analysis[1] |
| **ENERGY PLANNING OPPORTUNITIES** | | | | | | | |
| 130-274/130-274(E).001 | USFS | San Juan National Forest | Montezuma and La Plata, CO | Substations | Corridor 130-274: MP 61.2 and MP 64.2 | GIS Analysis: two substations within 5 mi of corridor | Nearby substations provide an opportunity for the corridor to accommodate additional transmission. |
| 130-274/130-274(E).002 | | | | Access to coal-fired generation | Not specified. | Settlement Agreement; RFI: re-route corridor to a location that can accommodate transmission tied to renewable energy development. | Currently there is a Tri-State coal-fired power plant near Nucla. It is connected to transmission lines that do not go through either corridor. Tri-State recently announced they would be decommissioning this power plant by the end of 2022.<br><br>In 2013, BLM evaluated the Four Corners terrain for potential wind power generation and determined there were no realistic opportunities to justify huge investments into this type of renewable energy prospects/development by private industry. |

BLM_0161165

|  | **REGION 2 – CORRIDOR 130-274/130-274 (E) – ANALYSIS TABLE** |
|---|---|---|---|---|---|---|---|
| ID | Agency | Agency Jurisdiction | County | Primary Issue | Corridor Location (by Milepost [MP]) | Source | Agency Review and Analysis[1] |
|  | **ENERGY PLANNING ISSUES** |
|  | *Jurisdiction* |
| 130-274/ 130-274(E) .003 | State | State | San Miguel and Dolores, CO | Discontinuous section of corridor | MP 15.5 to MP 18 | GIS Analysis: State lands in corridor gap. | BLM and USFS can only authorize projects on Federally-administered lands. Development in corridor gaps would require coordination outside of the Agencies. |
| 130-274/ 130-274(E) .004 | NA | Private and State | San Miguel and Dolores, CO | Private and state lands within corridor gap | MP 8.5 to 31.5 | RFI: impact that development within the corridor could have on state or privately owned parcels (jurisdictional corridor gaps –) that are located between designated corridor segments on Federal lands. Recommend that the Agencies extend assessment of existing corridors to non-federal lands, including private and state trust lands. | BLM and USFS can only authorize projects on Federally-administered lands. Development in corridor gap would require coordination outside of the Agencies. |
|  | *Existing Infrastructure/Available Space* |
| 130-274/ 130-274(E) .005 | BLM and USFS | Tres Rios FO and San Juan National Forest | La Plata and Montezuma, CO | Existing infrastructure | MP 53.3 to MP 65.5 | GIS Analysis: several transmission lines, pipelines and the corridor both follow each other and intersect at angles. | Generally does not affect use of the corridor. Proposed project siting and colocation alternatives to address impacts would be analyzed during the ROW application process. |
| 130-274/ 130-274(E) .006 | BLM | San Juan National Forest | Montezuma and La Plata, CO | State Highway 145 and U.S. Highway 160 | MP 40.9 to MP 41 and MP 64.6 to MP 65 | GIS Analysis: roads and corridor intersect. | Generally does not affect use of the corridor. Consistent with BLM ROW regulations, notification to adjacent ROW holders would be provided. |
|  | **LAND MANAGEMENT RESPONSIBILITIES AND ENVIRONMENTAL RESOURCE ISSUES** |
|  | *Cultural Resources* |
| 130-274/ 130-274(E) .007 | BLM | Tres Rios FO | | Cultural sites | Not specified. | Agency Input: large known cultural sites with associated surveys. | Not a consideration for corridor-level planning. Section 106 process would be followed to identify possible impact of development during the ROW application process. |

BLM_0161166

| ID | Agency | Agency Jurisdiction | County | Primary Issue | Corridor Location (by Milepost [MP]) | Source | Agency Review and Analysis[1] |
|---|---|---|---|---|---|---|---|
| | | | | | | | The Tres Rios FO RMP has no ROW exclusion or avoidance prescriptions for cultural resources, but the RMP does state that important cultural areas and traditional cultural properties need protection. |
| **REGION 2 – CORRIDOR 130-274/130-274 (E) – ANALYSIS TABLE** ||||||||
| *Ecology: Special Status Animal Species* ||||||||
| 130-274/ 130-274(E) .008 | USFS | GMUG National Forests | San Miguel, CO | Gunnison Sage-grouse critical habitat (ESA-listed: threatened) | MP 4.2 to MP 4.6 within Corridor 130- 274(E) and MP 6.2 to MP 13.2 | Settlement Agreement; RFI: reroute to avoid concern. GIS Analysis: corridor intersects critical habitat in southernmost portion of the corridor on the GMUG National Forest. . | GMUG National Forest LRMP has no ROW exclusion or avoidance prescriptions for Gunnison Sage-grouse critical habitat. However, the LRMP does acknowledge the need to protect federally listed species and their habitats. The Agencies should consider opportunities for corridor revision to avoid most areas of critical habitat and still encompass existing infrastructure. |
| 130-274/ 130-274(E) .009 | USFS | GMUG National Forests | San Miguel, CO | Gunnison Sage-grouse conservation areas | Not specified. | Settlement Agreement; RFI: reroute to avoid concern. | Gunnison Sage-grouse conservation areas have not been identified and are not a consideration for the review at this time. |
| *Hydrology: Surface Water* ||||||||
| 130-274/ 130-274(E) .010 | BLM and USFS | Uncompahgre FO and San Juan National Forest | Dolores and Montezuma, CO | Stream crossings: Disappointment Creek, Beaver Creek, Dolores River, Lost Canyon Creek, Chicken Creek, West Mancos River, Middle Mancos River, East Mancos River, and unidentified intermittent streams | MP 19.8, MP 32.9 to MP 33.5, MP 38.5 to MP 39.1, MP 41, MP 48.8 to MP 49.2, MP 55.4 to MP 56, MP 56.3 to MP 57, MP 60 to MP 60.9, and MP 62.2 to MP 63.7 | GIS Analysis: streams and corridor intersect. | Not a consideration for corridor-level planning. Linear ROWs can either span streams or be buried underneath them. |
| *Lands and Realty: Rights-of-Way and General Land Use* ||||||||
| 130-274/ 130-274(E) .012 | BLM and USFS | Tres Rios FO and San Juan | Montezuma and La Plata, CO | NSO Area | MP 64.9 to MP 65.3 | GIS Analysis: NSO Area intersects corridor. | Pipeline must accommodate directional underground drilling only within two extremely steep river/canyon corridors |

| REGION 2 – CORRIDOR 130-274/130-274 (E) – ANALYSIS TABLE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ID | Agency | Agency Jurisdiction | County | Primary Issue | Corridor Location (by Milepost [MP]) | Source | Agency Review and Analysis[1] |
| | | National Forest | | | | Agency Input: NSO for riparian habitat exists in a small area of Corridor 130-274(E). | that are subject to landslides, including the Dolores River Canyon and Lost Canyon within the San Juan National Forest. Substantial investments in mitigation efforts/bonding are likely in these canyon corridors, if surface disturbance is warranted. |
| 130-274/130-274(E) .013 | USFS | GMUG National Forests | San Miguel, CO | Oil and gas leases | Not specified. | Agency Input: in the GMUG, the corridor is in an area available for oil and gas leasing per 1993 leading decision. | Controlled surface use stipulations would apply mostly in corridor areas. There are no existing leases on the GMUG, however there are existing leases to the west and northwest. |
| ***Lands with Wilderness Characteristics*** | | | | | | | |
| 130-274/ 130-274(E) .014 | | | | Citizens' proposed wilderness | Not specified. | Settlement Agreement; RFI: reroute to avoid concern. | This citizens' proposed wilderness is not in the RMP management prescriptions and is therefore not a consideration at the time of this review.<br><br>There are no wilderness proposals on the GMUG National Forests. The San Juan Mountain Wilderness Proposal currently identifies the Naturita Canyon, approximately 2 miles east of 130-274(E) as an area to be withdrawn from mineral leasing to prevent oil and gas leasing from occurring. Naturita Canyon is a Colorado Roadless Area and is not affected by the existing Transcolorado pipeline in Corridor 130-274(E). |
| ***Public Access and Recreation*** | | | | | | | |
| 130-274/ 130-274(E) .015 | State | Colorado Parks and Wildlife | Montezuma, CO | Mancos State Park | MP 57.1 to MP 59.9 | GIS Analysis: park is as close as 1.8 mi west of corridor. | The park does not intersect the corridor and is therefore not a consideration for use of the corridor at corridor-level planning. |

| ID | Agency | Agency Jurisdiction | County | Primary Issue | Corridor Location (by Milepost [MP]) | Source | Agency Review and Analysis[1] |
|---|---|---|---|---|---|---|---|
| **REGION 2 – CORRIDOR 130-274/130-274 (E) – ANALYSIS TABLE** | | | | | | | |
| *Specially Designated Areas* | | | | | | | |
| 130-274/ 130-274(E) .016 | USFS | San Juan National Forest | La Plata and Montezuma, CO | San Juan Skyway Scenic Byway | MP 40.9 to MP 41.1 and MP 64.6 to MP 64.9 | GIS Analysis: the San Juan Skyway Scenic Byway and the corridor intersect. | The San Juan National Forest LRMP has no ROW exclusion or avoidance prescriptions for the San Juan Skyway Scenic Byway. The corridor intersects the Scenic Byway only at its intersection (a relatively small portion of the Byway). Coordination with CDOT would be required to identify any management prescriptions related to the scenic highway, including methods to reduce visual impacts on the byway. |
| 130-274/ 130-274(E) .017 | BLM and USFS | San Juan National Forest and Uncompahgre FO | Montezuma and San Miguel, CO | Naturita Canyon and Storm Peak Colorado Roadless Areas | MP 8.5 (near), MP 38.4 to MP 45.6 (near) | Settlement Agreement; RFI: reroute to avoid concern; GIS Analysis: Storm Peak Colorado Roadless Area as close as 1.2 mi to corridor, Naturita Canyon Colorado Roadless Area as close as 1.5 mi to corridor. | The corridor is outside of the Colorado Storm Peak and Naturita Canyon Colorado Roadless Areas. The Colorado Roadless Areas would not influence development and management inside of the corridor. |

BLM_0161169

| ID | Agency | Agency Jurisdiction | County | Primary Issue | Corridor Location (by Milepost [MP]) | Source | Agency Review and Analysis[1] |
|---|---|---|---|---|---|---|---|
| **REGION 2 – CORRIDOR 130-274/130-274 (E) – ANALYSIS TABLE** | | | | | | | |
| 130-274/ 130-274(E) .018 | BLM and USFS | Tres Rios FO and San Juan National Forest | La Plata and Montezuma, CO | Old Spanish National Historic Trail | MP 64.8 to MP 64.9 | GIS Analysis: the OSNHT and the corridor intersect.  Agency Input: San Juan National Forest Plan guidelines for development of the corridor include:  -Other resource activities should be designed in order to meet scenic quality objectives for these special designation trails (generally, a foreground and middle-ground of very high to high scenic integrity or VRM Class II).  -A literature search and/or Class III cultural resources survey should be conducted within 0.5 mile of either side of the centerline of the congressionally designated OSNHT in high potential segments, prior to authorization of ground-disturbing activities or activities that could substantially interfere with the nature and purposes of the trail. | The OSNHT is a Congressionally designated trail. Adherence to IOPs would be required. Through project-specific environmental reviews, impacts would be analyzed in relation to any other alternatives that would be identified.  The Agencies have identified the need for a new IOP to address development in Section 368 energy corridors while protecting values in Congressionally designated NHTs. |
| 130-274/ 130-274(E) .019 | BLM | Tres Rios FO | Montezuma, CO | Menefee Mountain WSA | MP 65.1 (near) | GIS Analysis: WSA as close as 1.2 mi southwest of corridor. | The corridor does not cross the WSA and therefore is not a consideration for corridor-level planning. |

BLM_0161170

| REGION 2 – CORRIDOR 130-274/130-274 (E) – ANALYSIS TABLE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ID | Agency | Agency Jurisdiction | County | Primary Issue | Corridor Location (by Milepost [MP]) | Source | Agency Review and Analysis[1] |
| *Visual Resources* | | | | | | | |
| 130-274/ 130-274(E) .020 | BLM | Tres Rios FO | Montezuma, CO | VRM Class I | MP 65.5 | GIS Analysis: VRM Class I areas are as close as 1.2 mi west of corridor. | There are no Class I areas within the corridor. |
| 130-274/ 130-274(E) .021 | BLM | Tres Rios FO | San Miguel and Dolores, CO | VRM Class II | MP 13.9 to MP 14.4 and MP 18 to MP 19.5 | GIS Analysis: VRM Class II areas in corridor gap. | Future development within the corridor could be limited as VRM Class II allows for low level of change to the characteristic landscape. Management activities may be seen, but should not attract the attention of the casual observer. |
| 130-274/ 130-274(E) .022 | BLM | Uncompahgre FO | San Miguel | VRI Class III | MP 0 to MP 4.5 MP 0 to MP 0.5 | GIS Analysis: VRI Class III areas and the corridor intersect. No VRM indicated in the San Juan/San Miguel RMP, 1985, so VRI data used. | The BLM utilizes the VRM system to manage and protect visual/scenic resources. VRM cannot occur in a systematic and objective manner without a proper inventory of visual resources. An accurate inventory of visual resources creates the needed baseline data to conduct VRM. The VRI is a methodical process intended to evaluate and determine the quality of visual resources and the value of those resources in a given area. A VRI was completed for the Uncompahgre FO in September of 2009. While not yet incorporated into the current RMP, this data is the most recent and comprehensive data available for visual resources within the Uncompahgre FO. |
| 130-274/ 130-274(E) .023 | BLM | Tres Rios FO | San Miguel, Montezuma, and La Plata, CO | VRM Class III | MP 0 and MP 64.6 to MP 65.5  MP 64.9 | GIS Analysis: VRM Class III areas and corridor intersect.  Agency Input: The Old Spanish National Historic Trail and Road 109 transect a VRM Class III area of the corridor. A gas pipeline is currently located in the corridor | VRM Class III allows for moderate change to the characteristic landscape, although minimizing visual contrast remains a requirement. Management activities may attract the attention of the casual observer, but shall not dominate the view. |

BLM_0161171

| ID | Agency | Agency Jurisdiction | County | Primary Issue | Corridor Location (by Milepost [MP]) | Source | Agency Review and Analysis[1] |
|---|---|---|---|---|---|---|---|
| REGION 2 – CORRIDOR 130-274/130-274 (E) – ANALYSIS TABLE | | | | | | | |
| 130-274/ 130-274(E) .024 | USFS | San Juan National Forest | Montezuma, Dolores, CO | SIO classes | Not specified. | Agency Input: no Very High SIO but a few places of High SIO. | Future development within the corridor could be limited. Landscape character appears intact. Deviations may be present but must repeat the form, line, color, texture, and pattern common to the landscape. |

[1] Projects proposed in the corridor would be reviewed during the ROW application review process and would adhere to federal laws, regulations, and policy.

## Abstract Acronyms and Abbreviations

BLM = Bureau of Land Management; CDOT = Colorado Department of Transportation; FO = Field Office; EIS = Environmental Impact Statement; GIS = geographic information system; GMUG = Grand Mesa, Uncompahgre, Gunnison National Forests; IOP = Interagency Operating Procedure; IRA = Inventoried Roadless Area; LRMP = Land and Resources Management Plan; MP = milepost; NEPA = National Environmental Policy Act; NHT – National Historic Trail; MS = Manual Section; NSO = no surface occupancy; OSNHT = Old Spanish National Historic Trail; PEIS = Programmatic Environmental Impact Statement; RFI = Request for Information; RMP = Resource Management Plan; ROW = right-of-way; SIO = Scenic Integrity Objective;  USFS = U.S. Forest Service; VRI = Visual Resource Inventory; VRM = Visual Resource Management; WSA = Wilderness Study Area; WWEC = West-wide Energy Corridor.

BLM_0161172

**Attachment C:  Conflict Assessment Criteria Table for Section 368 Energy Corridor Reviews**

Energy Corridor Conflict Assessment Criteria Table document provided by Agencies for review, downloaded February 2018 at http://www.corridoreis.anl.gov/documents/docs/conflict_assessment_table.pdf

BLM_0161173

*Corridor reviews use a comprehensive resource conflict assessment to help the Agencies identify a corridor's proximity to environmentally sensitive areas. The potential conflict assessment (low, medium, high) is generated using the criteria from BLM's new regulations for prioritizing applications for solar and wind energy projects (43 CFR 2804.35(a)-(c)). The Agencies incorporated the criteria into the conflict assessment criteria table, shown below. The matrix was applied to each corridor to generate conflict maps to aid in reviewing whether the corridor's current location best meets the Settlement Agreement siting principles to provide maximum utility and minimum impact to the environment.*

*Where feasible, corridors should be sited in the areas of low conflict; however, to meet the requirements in the Energy Policy Act and the siting principles in the Settlement Agreement, corridors may be located in medium and high potential conflict areas. In those instances, it's important to note many energy corridors were already designated in land use plans prior to being carried forward into Section 368 designation. In almost all instances, these existing corridors (pre-Section 368) contained existing infrastructure. Retaining corridors through these areas may be the best option available for providing long-distance pathways for electrical transmission and pipelines while avoiding disperse development across Federal lands.*

**Table 2-5 Conflict Assessment Criteria Table for Section 368 Energy Corridor Reviews**

The blue rows indicate the conflict criteria, while the white rows underneath are individual GIS data layers associated with the criteria.

| Low Potential Conflict Areas |
| --- |
| **Lands designated as Visual Resource Management Class IV** |
| *VRM Class IV* |
| |
| **Previously disturbed sites or areas adjacent to previously disturbed or developed sites** <br> BLM data were not available for inclusion in the figures in individual abstracts, but existing infrastructure can be viewed on the Section 368 Mapper. |
| *Existing transmission lines* |
| *Existing pipelines* |
| *Existing roadways and railways* |
| *Existing telecommunication lines, communication sites* |
| *Existing agricultural uses* |
| *Other energy development (e.g. adjacent windfarms, solar farms, power generation facilities, substations)* |
| **Lands identified in BLM land use plans as suitable for disposal** <br> No BLM data are available for inclusion in the graphical display |
| **Lands specifically identified as appropriate for solar or wind energy development, other than designated leasing areas** |
| *Solar Energy Zones* |
| *BLM AZ Renewable Energy Development Areas* |
| *DRECP Development Focus Areas Restricted to Solar and/or Geothermal Energy* |

BLM_0161174

| Medium Potential Conflict Areas |
|---|
| **BLM special management areas that provide for limited development, including recreation sites and facilities** |
| *Areas of Critical Environmental Concern* |
| *DRECP Extensive Recreation Management Areas* |
| *Other recreation sites and facilities, as data are available* |
| **Lands with wilderness characteristics outside Wilderness and Wilderness Study Areas that have been identified in an updated wilderness characteristics inventory** |
| *Lands Inventoried and Managed for Wilderness Character* |
| **ROW avoidance areas** |
| *ROW Avoidance Areas* |
| **Areas where project development may adversely affect resources and properties listed in a national register, such as in the National Register of Historic Places, National Natural Landmarks, or National Historic Landmarks** |
| *Properties Listed in the National Register of Historic Places* |
| *National Natural Landmarks* |
| *National Historic Landmarks* |
| *National Historic Parks* |
| **Sensitive habitat areas, including important species use areas, riparian areas, or areas of importance for Federal or State sensitive species** |
| *Greater Sage-grouse General Habitat Management Areas* |
| *Greater Sage-grouse Priority Habitat Management Areas* |
| *Desert Tortoise Designated Critical Habitat* |
| *DRECP Wildlife Allocations* |
| *Important Bird Areas* |
| *Sagebrush Focal Areas* |
| *USFWS-identified Desert Tortoise Connectivity Areas* |
| *Least Cost Corridors for Tortoise Population Connectivity* |
| *DRECP Tortoise Conservation Areas and Linkages* |
| **Lands designated as Visual Resource Management Class III** |
| *VRM Class III* |
| **DoD operating areas with land use or operational mission conflicts** |
| Military Training Route: Instrument Route Corridors |
| Military Training Route: Slow Route Corridors |
| Military Training Route: Visual Route Corridors |
| Special Use Airspace - Low Altitude |
| *DoD High Risk of Adverse Impact Areas* |
| **Areas where project development may adversely affect lands acquired for conservation purposes** |
| *Lands Acquired with Federal Funds for Conservation Purposes* |
| *Boulder City Conservation Easement* |
| **Projects with proposed groundwater uses within groundwater basins that have been allocated by State water resource agencies**<br>No data are available for inclusion in the graphical display |

BLM_0161175

| High Potential Conflict Areas |
|---|
| ■ **Lands designated by Congress, the President, or the Secretary for the protection of sensitive viewsheds, resources, and values (e.g., units of the National Park System, Fish and Wildlife Service Refuge System, some National Forest System units, and the BLM National Landscape Conservation System), which could be adversely affected by development** |
| *Units of the National Park System* |
| *Units of the Fish and Wildlife Refuge System* |
| *National Monuments* |
| *Wilderness Areas* |
| *Wilderness Study Areas* |
| *National Conservation Areas (except CDNCA)* |
| *Other Lands in the NLCS* |
| *EPA Class I Air Quality Areas* |
| *DRECP California Desert National Conservation Lands* |
| *DRECP National Scenic Cooperative Management Areas* |
| *USFS Roadless Areas* |
| *National Historic Trails* |
| *National Scenic Trails* |
| *National Recreation Trails\** |
| |
| ■ **Wild and Scenic Rivers and Recreational Rivers and river segments deemed suitable for Wild and Scenic River status, if project development could have significant adverse effects on sensitive viewsheds, resources, and values** |
| *Wild and Scenic Rivers* |
| *Recreational Rivers\** |
| *River segments deemed suitable for Wild and Scenic River status\** |
| |
| ■ **Designated critical habitat for federally threatened or endangered species, if project development could result in the destruction or adverse modification of that critical habitat** |
| *Critical Habitat Areas* |
| *Critical Habitat Lines* |
| |
| ■ **Lands designated as Visual Resource Management Class I or Class II** |
| *Visual Resource Management Class I* |
| *Visual Resource Management Class II* |
| |
| ■ **ROW exclusion areas** |
| *ROW exclusion areas* |
| |
| ■ **Lands designated as no surface occupancy for oil and gas development in BLM land use plans** |
| *No Surface Occupancy* |
| *No data are currently available for inclusion in the graphical display |

BLM_0161176



# United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2505 South Townsend Avenue
Montrose, Colorado 81401



8100
CO-150

March 5, 2018

Mr. Steve Turner
State Historic Preservation Office
Colorado Historical Society
1200 Broadway
Denver, Colorado 80203

County: Delta
Cultural Resources Project Number: 18UN-02
NEPA Number: RMP

The following undertaking is located in T 15 South, R 95 West, 6ᵗʰ PM, Sections 19, 27, 28, 29, 30, 31, 32, 33 and 34; and in T 14 S, R 95 W, sections 4 and 5 in Delta County. Project Name: North Delta Off Highway Vehicle Open Area. This undertaking involves the designation of a 3,950 acre parcel north of Delta, Colorado as an "open" area in which off road recreational vehicles are not restricted to existing roads and trails. Since this report details a Class II inventory effort, BLM wishes to bring this project to your attention and requests your concurrence with a finding of No Effect to any Historic Properties.

| Smithsonian Number | Resource Type | | | | Eligibility | | | | Management Recommendations | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prehistoric | Historic | Paleontological | Unknown | Eligible | Not Eligible | Need Data | Contributing | No Further Work | Preserve/Avoid | Monitor | Other (specify on additional pages) |
| **Sites** | | | | | | | | | | | | |
| None | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Isolated Finds** | | | | | | | | | | | | |
| None | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

BUREAU OF LAND MANAGEMENT, UNCOMPAHGRE FIELD OFFICE

BY FIELD OFFICE ARCHAEOLOGIST                                    3/5/18
                                                                DATE

BY MANAGER _____ ACTING FIELD MANAGER    3.5.2018
                                            DATE

BLM_0161177

Mr. Greg Larsen, Manager
Bureau of Land Management
Uncompahgre Field Office
2505 South Townsend Ave
Montrose Colorado 81401

The Colorado State Historic Preservation Office (SHPO) has received and reviewed a cultural resources evaluation report titled "Cultural Resource Inventory of the Proposed North Delta Off Highway Vehicle Open Area Project" We have reviewed BLM's recommendations and indicated our concurrence or non-concurrence in the attached table and below.

The Colorado State Historic Preservation Office does not concur with BLM's findings and conclusions concerning the North Delta OHV Open Area Project. See the attached discussion.

COLORADO STATE HISTORIC PRESERVATION OFFICER

_____

BY STATE HISTORIC PRESERVATION OFFICER          DATE

The Colorado State Historic Preservation Officer does not at this time have any comments on the report as reviewed. SHPO concurs with the BLM's findings and conclusions concerning the North Delta OHV Open Area Project.

COLORADO STATE HISTORIC PRESERVATION OFFICER

_____

BY STATE HISTORIC PRESERVATION OFFICER          DATE

# Cultural Resource Inventory of the Proposed North Delta Off Highway Vehicle Open Area Project

## In Delta County, Colorado

Uncompahgre Field Office, Bureau of Land Management

Principal Investigator and Author of the Report:
Glade Hadden

BLM Report # 18UN--02



March 5, 2018

BLM_0161179

## Abstract

A cultural resource inventory of selected public lands for a proposed Off Highway Vehicle (OVH) open area was conducted on various dates between June 2016 and November 2017. This inventory was conducted by BLM Uncompahgre Field Office Archaeologist Glade Hadden. Some 1,506 acres of BLM administered lands were examined during the inventory in the North Delta OHV Open Area. The open area is comprised of some 3,950 acres as outlined in the forthcoming Uncompahgre Field Office Resource Management Plan (UFO-RMP). Of this 3,950 acre total, 1,506 acres (40%) were inventoried at a Class III level, 987 acres (25%) were not inventoried due to steep slopes. Within the Class III survey areas, all relatively flat benches, valley bottoms and ridgelines were inventoried while slopes of greater than 30 degrees were not.

The project area is located in Township 15 S, Range 95 W, 6th P.M. in Sections 4 and 5, and in T14 S, R 95 W, Sections 19, 27, 28, 29, 30, 31, 32, 33 and 34. The landscape of the proposed OHV open area can be characterized as Mancos Shale lowlands consisting of low clay hills, rolling benches, steep slopes and numerous erosional cuts and valley bottoms around 5100 to 5200 feet elevation. The project is situated on the North Delta, Colorado 7.5 min. quad.

Inventory of Federally administered lands is required under the provisions of 36CFR 800.4 and BLM Manual 8110.23, which require survey of the area of potential effect of any proposal which would substantially disturb the land surface, transfer said lands out of federal ownership, affect the integrity of historic properties, or alter the traditional use of known properties with traditional cultural or religious importance. This inventory was conducted under the requirements and guidance of the National Historic Preservation Act of 1966 (as amended), and in accordance with the regulatory guidance of 36CFR Part 800 and BLM Manual 8100 and 8110.

No previously discovered National Register or otherwise eligible historic properties are located within the project boundaries. No newly discovered cultural sites were recorded during the survey. No paleontological resources were discovered or recorded during the survey. No impacts to cultural resources are anticipated should this OHV area project be implemented.

i

BLM_0161180

OAHP1421

Colorado Historical Society - Office of Archaeology and Historic Preservation
**COLORADO CULTURAL RESOURCE SURVEY**
Cultural Resource Survey Management Information Form

## I. PROJECT SIZE

| | | | |
|---|---|---|---|
| Total federal acres in project | 3,950 | Total federal acres surveyed | 1,506 |
| Total state acres in project | 0 | Total state acres surveyed | 0 |
| Total private acres in project | 0 | Total private acres surveyed | 0 |
| Total other acres in project | 0 | Total other acres surveyed | 0 |

## II. PROJECT LOCATION

County: Delta

USGS Quad Map: North Delta

Principal Meridian: 6th

| Township | | Range | | Section | | 1/4 | | 1/4 | 1/4 | | 1/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Township | 15S | Range | 95W | Section | 19 | 1/4 | | 1/4 | 1/4 | | 1/4 |
| Township | 15S | Range | 95W | Section | 27 | 1/4 | | 1/4 | 1/4 | | 1/4 |
| Township | 15S | Range | 95W | Section | 28 | 1/4 | | 1/4 | 1/4 | | 1/4 |
| Township | 15S | Range | 95W | Section | 29 | 1/4 | | 1/4 | 1/4 | | 1/4 |
| Township | 15S | Range | 95W | Section | 30 | 1/4 | | 1/4 | 1/4 | | 1/4 |
| Township | 15S | Range | 95W | Section | 31 | 1/4 | | 1/4 | 1/4 | | 1/4 |
| Township | 15S | Range | 95W | Section | 32 | 1/4 | | 1/4 | 1/4 | | 1/4 |
| Township | 15S | Range | 95W | Section | 33 | 1/4 | | 1/4 | 1/4 | | 1/4 |
| Township | 15S | Range | 95W | Section | 34 | 1/4 | | 1/4 | 1/4 | | 1/4 |
| Township | 14S | Range | 95W | Section | 4 | 1/4 | | 1/4 | 1/4 | | 1/4 |
| Township | 14S | Range | 95W | Section | 5 | 1/4 | | 1/4 | 1/4 | | 1/4 |

| Smithsonian Number | Resource Type | | | | Eligibility | | | | Management Recommendations | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prehistoric | Historic | Paleontological | Unknown | Eligible | Not Eligible | Need Data | Contributes to a District | No Further Work | Preserve / Avoid | Monitor | Test | Excavate | Archival Research | Other |
| None | | | | | | | | | | | | | | | |

## IV. ISOLATED FINDS (By definition IFs are not eligible to the National Register and require no further work.)

| Smithsonian Number | Resource Type | | | | | Smithsonian Number | Resource Type | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Prehistoric | Historic | Paleontological | Unknown | | | Prehistoric | Historic | Paleontological | Unknown |
| None | | | | | | | | | | |

**Table of Contents**

page

Abstract . . . . . . . . . . . I

CR Survey Management Information Form . . . . ii

Table of Contents . . . . . . . . . . iii

List of Maps, photos and tables . . . . . . . iv

Introduction . . . . . . . . . . . 1

    Description of Proposed Undertaking . . . . . 1

Environment . . . . . . . . . . . 1

    Present Environment . . . . . . . . 1

    Environmental Constraints . . . . . . . 9

Culture History . . . . . . . . . . 6

    Summary . . . . . . . . . . 9

    Previous Work in the Area . . . . . . . 10

Objectives and Research Design . . . . . . 11

    Expected Results . . . . . . . . . 12

Methodology . . . . . . . . . . 12

    Field Methods . . . . . . . . . 13

    Definitions . . . . . . . . . . 13

    National Register Criteria . . . . . . . 14

Results of the Inventory . . . . . . . . 14

Conclusions and Recommendations . . . . . . 14

References Cited . . . . . . . . . 15

iii

List of Maps and

page

Map 1: General Area map . . . . . . .   3

Map 2: Cultural Resource Class III Inventory areas . . . .   4

Photos:  Photos 1-6, Vegetation . . . . . .   5-6

Photos:  Photos 7-19 Study area overview – Typical Mancos Shale Lowlands   7-8

File Search Summary . . . . . . . .   18

iv

BLM_0161183

## Introduction

### Description of Proposed Undertaking

This report documents a Class II inventory of a proposed open access Off Highway Vehicle area north of Delta, Colorado. The proposed Special Recreation Management Area (SRMA) was proposed as on open area in the forthcoming Uncompahgre Field Office Resource Management Plan (RMP).

In 2016, a cultural program work order request was submitted to Uncompahgre Field Office Archaeologist Glade Hadden requesting the inventory of federal lands for a proposed Off Highway Vehicle Open Area known as the North Delta OHV area. This locality was proposed as an OHV "open" area in the forthcoming UFO-RMP. The area is located in the North Delta/Doughspoon locality northeast of Delta in Delta County, Colorado. The proposed OHV area will allow recreational use of the area on an "Open" basis, meaning there will be no restriction on off-route travel in this area. The title of the proposed project is the North Delta OHV Open Area project.

The area of potential effect for the proposed special recreation area is some 3,950 acres, of which some 1,506 acres were inventoried between July 2016 and December 2017. The 1,506 acres were inventoried at a 100% pedestrian survey level or Class III, equaling 40 percent of the total open area. Areas of greater than 30 degree slopes (equaling some 25% of the total area) were not inventoried. Pedestrian survey was confined to areas of less than 30 degrees, including valley bottoms, benches and ridgelines. This report was prepared to fulfill the reporting requirements as outlined in BLM manuals 8100, 8110 and in the subsequent programmatic agreements and state protocols. The inventoried lands are located in Township 47 North, Range 8 West, N.M.P.M., in Sections 33, 34 and 35.

No historic properties or isolated artifacts were discovered by this investigation. Given the topography and soil associations for the area, the complete lack of any prehistoric associations and the very low potential for finding any eligible historic properties within the remaining un-surveyed area, BLM recommends that the North Delta OHV area be listed as an "open area" for off road travel with no further Cultural Resource Inventory required.

### Environment

### Present Environment

The proposed OHV area is situated at an altitude from 5100 to 5300 feet ASL The topography of the area is characterized by deeply dissected erosional features typical of Mancos Shale lowlands. In general, the project area slopes toward the south and a topographical boundary created by the Gunnison River. To the north, the

1

Mancos Shale clay hills become steeper as they ascend the Grand Mesa, terminating at high elevation on the upper slopes of Grand Mesa. These Mancos Shale and clay re-deposition hills and valleys are topographically diverse, including vertical shale cliffs, steeply eroded slopes, low rolling clay hills and flat silt choked valley bottoms.

Soils are residual and colluvial deposit of Mancos Shale clays overlain with some lag boulder and cobble basalt deposits from the steeper slopes.  Most exposed surface areas are either barren shale slopes or covered by thin layers of redeposited basalts from the upper slopes of the Grand Mesa.  Flat valley bottoms are a uniform re-deposition of clays and alluvial/colluvial silts.  Average mean annual temperatures range between 34 and 63 degrees f. while annual rainfall averages from 4" to 8" (data from Colorado Climate Center, Fort Collins).  The area has an upland desert climate, characterized by hot dry summers and mild to cold winters.

The vegetation in the project area is typical of Mancos shale steppe.  The dominant vegetation species is the prostrate shrub Shadscale (Atriplex confertifolia) distributed as widely scatter individual plants across the surface.  Occasional patches of Buckwheat (Fagopyrum spp) are found in protected pockets, along with scattered individual Greasewood (Sarcobatus) Tamarisk (Tamarix spp) 4-wing Salt Bush (Atriplex spp) and occasional weedy forbs and grasses may be found occasionally within the more well-watered pockets and drainages.  Uplands to the north give way to Juniper forest on the slopes of the Grand Mesa to Aspen/Pine woodlands at the highest elevations.  To the south of the project area, riparian vegetation dominates the Gunnison River valley.

Geological associations for the area fall within the Cretaceous Mancos Shale formation.  Derived soils fall mainly into the clay to fine silt categories although valley bottoms show some soil input derived from late cretaceous Dakota and eroded Tertiary granitic intrusive deposits from the Grand Mesa.

Prehistorically, these lowland desert areas were little used, as few resources may be encountered there. In 2010, BLM commissioned an in-depth Class I overview of the Uncompahgre Field Office, which included the creation of a "cultural sensitivity" predictive model for the FO. This model predicts a low to very low potential for prehistoric site presence in the project locality (Gruebel et al, 2010). There are few longer term occupation localities, mainly in localities adjacent to water and along the main transportation corridors (Reed and Scott, 1979, Smith 1974).  Historic use of the area included winter sheep pasture (O'Rourke 1992).  Modern usage includes hunting, off-road vehicle use and other recreational activities.

2



Map 1:  Overview of proposed North Delta OHV Area (Outlined in Red)

3

BLM_0161186







Photos 1-6

Overview photos of the typical vegetation communities found within the North Delta OHV Area. The dominant plant community is composed mainly of low growing Shadscale and Saltbush (Atriplex spp), with occasional scattered Greasewood (Sarcobatus) and Tamarisk (Tamarix) in the lowest lying areas where water may settle.

5



6

BLM_0161188







Photos 1-6

Overview photos of the typical vegetation communities found within the North Delta OHV Area. The dominant plant community is composed mainly of low growing Shadscale and Saltbush (Atriplex spp), with occasional scattered Greasewood (Sarcobatus) and Tamarisk (Tamarix) in the lowest lying areas where water may settle.

5



6

BLM_0161190



Photos 7 – 13

Typical "Mancos Shale Lowlands" comprising the North Delta OHV Area. The locality has traditionally been used as a recreational off-road area for decades.

7

BLM_0161191



Photos 14-19

Typical "Mancos Shale Lowlands" comprising the North Delta OHV Area. Note the steep slopes and heavy erosion typical of the locality.

8

BLM_0161192

**Environmental Constraints**:

No constraints to the inventory were noted. Ground surfaces are almost uniformly barren and good ground visibility was the norm. Steeper slopes were not inventoried.

## Culture History

## Summary

The following is a brief overview of the prehistory of the Southwestern Colorado region and Montrose County. For a more complete narrative, see Buckles (1971), Reed and Scott (1979), Husband (1984), O'Rourke (1992) and Reed and Gebauer (2004), Gueubel et al 2010).

The prehistoric human occupation of Western Colorado spans the entire known record of ten thousand or more years, from the earliest Clovis hunters to the late prehistoric and proto-historic Utes. Although sparse, evidence of Clovis and Folsom (Paleo-Indian) hunters is known from rare findings of their distinctive fluted lanceolate points. The shift from a specialized hunting to a broad spectrum hunting and gathering mode of existence characterizes the Archaic period in the region. The Archaic is mainly seen as a response to drastically changed local climates and environments in the wake of the terminal Pleistocene. Although generally accepted as a broad time frame, Archaic lifeways continued virtually unchanged in many areas of the desert west from the late Pleistocene until European contact in the 18th and 19th centuries.

In the Western Colorado region, the Archaic can further be sub-divided into three broad phases: Early (Paleo-Indian transition to about 5500 or 6000 years BP), Middle (5500 to about 3000 years BP) and Late (3000 to about 1500 years BP). These phases are tenuous and are found at different times in different places, however, they serve as a general framework for the placement of archaeological findings within a regional culture history. Each phase of the archaic is marked by the introduction of new styles of artifacts and shows evidence of some level of change in subsistence, settlement or demographics. Generally speaking, the trend over time is toward more complex lifeways and/or more intensive exploitation of local resource bases.

The Archaic trends culminate in the Formative period (roughly AD 500 to 1200) as represented locally by the Fremont. The Fremont, named for the archaeological cultures described by Noel Morss along the Fremont River in central Utah (Morss 1931), were part time hunter/gatherers and part time farmers. Fremont archaeology is represented by settled village sites, distinctive rock art styles, masonry structures,

9

ceramics and the introduction of the Bow and Arrow (Madsen 1979). Fremont occupations in the region tend to cluster near the bottoms of the larger drainages in connection with arable farmlands, but Fremont sites and artifacts can be found in virtually all environmental settings.

Immediately following (and possibly supplanting) the Fremont is the protohistoric Shoshonean occupation phase. The Numic speaking Shoshonean people, locally the Ute, are known to have migrated eastward from a southwestern Great Basin homeland, expanding into and eventually taking control of most of what is now the western United States (cf Madsen and Rhode 1994). The Ute people, a branch of the Numic along with the Shoshone, Comanche, Paiute and Gosiute, entered the Western Colorado region sometime after about 1200 AD, and quickly established themselves as successful hunters and gatherers. The introduction of the horse by Spanish invaders in the 15th century brought a new mobility and a change of lifestyle to the Ute unparalleled in prehistory. Borrowing a number of traits and styles from their plains neighbors, the Utes created a unique lifeway based on a horse-borne seasonal transhumance, following the game animals from high summer pastures to lowland valleys. That the Utes controlled much of western Colorado and nearly all of Utah is a known fact, as evidenced by the appellation "Shining Mountain People" (Smith, 1974).

The end of Ute dominance was foreshadowed in 1776 by the Spanish explorers and missionaries Escalante and Dominguez, who introduced the Spanish to the riches of the Rocky Mountains. By the 1820's, Spanish, British, French and American explorers, traders and trappers had begun to infiltrate the Ute homelands (Athaern 1981). Numerous treaties with the new American "owners" of the land were made and subsequently broken. The final blow fell in 1879 with the "Meeker Massacre". Nathan Meeker, the White River agent and many of his employees were killed by enraged Utes subsequent to the intrusion on Ute land by the U.S. Cavalry and the Battle of Milk Creek in which cavalry Major T.T. Thornburg and many of his men were killed (Sprague 1957). By 1882, the Utes had been removed from Colorado to a reservation in eastern Utah, although many individuals continued to return frequently to their former home on hunting expeditions.

Within a handful of years after the removal of the Utes, immigrants of European ancestry had settled large portions of the area. Although centered mainly around cattle ranching, the area economy also received boosts from various mining activities and other natural resource extraction such as timbering.

## Previous Work in the Area

A file search was conducted of the maps and site files located in the Uncompahgre Field Office by area archaeologist Glade Hadden in 2016 and again in 2018. Previous archaeological inventory has been fairly limited in the area, mainly represented by various BLM sponsored projects (see COMPASS report and

10

Bibliography).  Cultural sites in the vicinity are rare, and consist exclusively of historic agricultural activities and more modern trash.  No prehistoric lithic reduction stations, lithic quarry zones, open occupations, resource extraction camps or isolates have been discovered in the area.  The National Register of Historic Places has been consulted, and no known National Register or otherwise eligible properties are located within the inventory area.

Narrative:

Within the project area, there have been ten previously conducted surveys.  Six of these inventory projects were conducted before 1980, and the results are herein not counted as inventoried acreage, but the reports and conclusions are incorporated into this report as background information.

These six inventories examined (inclusively) some 220 acres with negative results.  The largest of these surveys was a 160 acre block inventoried as part of the BLM's 1977 Uncompahgre Basin RMP Environmental Impact study.  No sites or isolates were found during any of these studies.

The other four surveys conducted since 1980 consist of road and power line ROW studies and a 40 acre gravel pit.  Significantly, none of these inventories found or recorded sites, with the exception of the 2011 Alpine study for a power line, which recorded two ineligible modern trash scatters (5DT 1711 and 5DT 1712).  It would be safe to say that, within the project area, the only cultural artifacts yet found consist of modern trash.  Trash scatters are common, and many Delta residents have historically used the area as an ancillary trash dump (since it's on the road to the county landfill and I guess they just didn't feel like driving that last couple of miles to the actual dump).  Oddly, the single most common artifact found in the area, (with examples to be found at the end of virtually all tracks and roads in the area) are discarded and shot –up television sets.  Modern trash dumps are common throughout the area.  BLM routinely sends out cleanup crews to the area but they have a hard time keeping up.  Outside the project area itself, the single eligible historic property within a mile radius is a segment of the North Delta canal recorded by Alpine

**Objectives and Research Design**

The objective of this inventory was to locate and record historic and prehistoric properties located on federal lands which may be affected by the proposed fuels treatment, to gather information important to the history and prehistory of the area, and to establish a baseline of data useful in determining management objectives for the area.

11

BLM_0161195

**Expected Results**:

Previous surveys indicated a low level of cultural resources in the vicinity. In 2010, Alpine Archaeological Consultants prepared a predictive model for the Uncompahgre Field Office as part of the Class I Cultural Overview for Resource Management Planning. Examination of the associated geological and cultural information maps suggested that the OHV area is situated within an area which could be expected to contain fewer than one eligible site per section. According to Alpine's model, this locality is of the lowest anticipated site density in the Field Office. The majority of the sites within such areas are composed of scatters of modern and historic trash, sheepherder camps, drift fences and historic irrigation and agricultural projects. Lithic debitage from lithic tool manufacture is seldom encountered and there are no known prehistoric occupation or resource procurement sites in the area. The rare prehistoric campsites and occupations occur solely along the banks of the river and near active water sources. The present inventory was expected to reveal no prehistoric cultural sites and a limited number of historic sites and isolated artifacts. The distance from water along with slope and aspect were considered to be the major limiting factors, and occupations were predicted to fall near the water source (Gunnison River).

**Methodology**

**Research Design**

The purpose of this Class III inventory was to locate, evaluate, and record all cultural resource manifestations within the area of potentially effects from unrestricted off-road vehicle use. These sites and/or isolates were to be identified and evaluated for inclusion on the National Register of Historic Places and make management recommendations concerning the protection of eligible sites and the designated use of the area as an "open area".

Since the project area and its surroundings have typically been found to contain fewer than one eligible site per section, and since the BLM commissioned Class I overview predictive model indicates a low to very low site density, it was decided to conduct Class II inventory rather than the more intensive Class III. While a full pedestrian inventory may discover additional unrecorded properties, the likelihood is extremely low and a probabilistic Class II inventory is far more cost effective than and at least as likely to discover eligible properties as the more intensive survey.
The project was designed to more closely examine those areas which receive the highest visitor use today, thus targets areas with a highest visitor accessibility. These areas were likely most accessible prehistorically as well, and since much of the inventory was concentrated on ridges and valley bottoms in closest proximity to water it was felt that these areas have the highest probability for containing any evidence of prehistoric human use.

12

**Field Methods**

Within the selected tracts, the archaeologist walked a series of parallel ten to fifteen meter-wide intensive transects across the surface of the project area within the flatter and more accessible areas and along the ridges and access points.  Along the flanks of the main drainages, the flatter areas consisting of perched drainage channels, low benches and more accessible ridge lines were examined by walking a series of zig-zag transects.  Steeper slopes (greater than 30 degrees) were not inventoried.   A total of one thousand five hundred and six (1,506) acres was inventoried at a class three intensive level during this project.  The 1,506 acres were inventoried at a 100% pedestrian survey level or Class III, equaling 40 percent of the total open area.  Areas of greater than 30 degree slopes (equaling some 25% of the total area) were not inventoried.

**Definitions**

A site is defined as five or more artifacts within a three meter by three meter area and/or the presence of features such as hearths or quarry pits indicative of patterned human behavior.

Isolated Finds (IF) are defined as less than five artifacts in a three meter by three meter area or hearths in isolation without artifacts.

13

## National Register Criteria for Evaluation

In accordance with the guidelines for evaluation established in 36CFR 60.4:

*The quality of significance in American history, architecture, archeology, engineering and culture is present in districts, sites, buildings, structures and objects that possess integrity of location, design, setting, materials, workmanship, feeling and association and*

*(a) that are associated with events that have made a significant contribution to the broad patterns of our history; or*
*(b) that are associated with the lives of persons significant in our pasts; or*
*(c) that embody the distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction; or*
*(d) that have yielded or may be likely to yield, information important in history or prehistory.*

## Results of the Inventory

There were no sites or isolates encountered during this survey. No National Register or otherwise eligible or ineligible cultural properties or isolates were discovered or recorded during this inventory.   No known existing significant or National Register sites are located within the project area.

## Conclusions and Recommendations

Generally, findings were as expected. No further work is recommended for this OHV area, and the project area should be made available to the public for open recreational use. Should the BLM modify the scope of the project in such a way that additional lands are identified for inclusion, those selected lands will be inventoried at the same Class II level before project clearance is given.  A cultural resource clearance should be granted and BLM should implement the designation of the North Delta SRMA as an OHV open area based on the inventory data.

14

BLM_0161198

## References Cited

Buckles, William G.
    1971   *The Uncompahgre Complex: Historic Ute Archaeology and Prehistoric Archaeology of the Uncompahgre Plateau, West Central Colorado*. Ph.D. Dissertation, Department of Anthropology, University of Colorado. University Microfilms, Ann Arbor.

Buckles, William G. and Nancy B. Buckles
    1984   *Colorado Historical Archaeology Context.* Colorado Historical Society, Denver.

Cole, Sally J.
    1990   *Legacy on Stone: Rock Art of the Colorado Plateau and Four Corners Region.* Johnson Books, Boulder.

Conner, Carl
    1979   RECR 79-002. Cultural Resource Inventory Report of Eleven Proposed Well Pads/Access Roads (v-05-1, v-03-2, v-03-1, v-12-1, v-16-1, v-27-1, v-35-1, v-24-1, v-14-1, v-33-1 and v-20-1) in Delta County for Colorado Pacific Petroleum Corp. GRI/CRI Report no. 7972. Grand River Institute, Grand Junction, Colorado.

Conner, Carl E., Diana L. Langdon, Richard W. Ott, Amy L. Reeder,
    1980   Cultural Resources Inventory of the Grand Valley Gas Play Mainline Gathering System. Grand River Institute for Southwest Gathering Company, Inc.

Greubel, Rand A., James Firor, Jack E. Pfertsh, Jonathon C. Horn, and Tammy R. Gibson, Alexander S. Rheagan,
    2007   Cultural Resource Inventory of the Delta County Transmission Improvement Project, Transmission Line and Access Roads, Delta County, Colorado (original and Addendum 1). Alpine Archaeological Consultants, Inc. for the BLM Uncompahgre Field Office

Greubel, Rand A., Jaclyn Mullen, Matthew J Landt, Jonathan C Horn and Alan D Reed
    2010   Class I Cultural Resource Overview of the Bureau of Land Management's Uncompahgre Field Office, Western Colorado. Alpine Archaeological Consultants, Inc. for the BLM Uncompahgre Field Office

15

Husband, Michael B.
>1984 *Colorado Plateau Country Historic Context.* Colorado Historical Society, Denver.

Lazorchak, David,
>2000 FUP Pig Mesa Pit COC 63851, Delta County, Colorado (00UB095) BLM Uncompahgre Field Office

Madsen, David B.
>1979 The Fremont and the Sevier: Defining Prehistoric Agriculturalists North of the Anasazi. *American Antiquity* 44:4. Washington D.C.

>1980 Fremont Perspectives (editor). *Antiquities Section Selected Papers* No. 16, Utah State Historical Society, Salt Lake City.

Madsen, David B. and David Rhode (Editors)
>1994 *Across the West: Human Population Movement and the Expansion of the Numa.* University of Utah Press, Salt Lake City,

Martin, Curtis W.,
>1977 A Cultural Survey for the Uncompahgre Environmental Statement , Mesa Verde Research Center for the BLM

Morss, Noel
>1931 The Ancient Cultures of the Fremont River in Utah. *Papers of the Peabody Museum of American Archaeology and Ethnology.* Harvard University 12:3. Cambridge.

Mullen, Jaclyn,
>2010 Class III Cultural Resource Inventory of an Access Road for the Delta County Transmission Improvement Project - Addendum 3 (BLM # 07UN-11). Alpine Archaeological Consultants, Inc. on behalf of Tri-State Generation and Transmission Association, Inc. for the BLM, Uncompahgre Field Office

Pfifer, Teresa,
>2002 Right-of-Way for Minor Road Realignments to Delta County 18.25 Drive, Delta County, Colorado (02UB019). Bureau of Land Management, Uncompahgre Resource Area, Montrose District

Reed, Alan D. and Douglas D. Scott
>1979 The Archaeological Resources of the Uncompahgre and Gunnison Resource areas, West Central Colorado. Bureau of land management,

16

Montrose District Office

Reed, Alan D. and Rachel Gebauer
    2004  *A Research Design and Context for Prehistoric Cultural Resources in the Uncompahgre Plateau Archaeological Project's Study Area, Western Colorado*.  Bureau of Land Management and Colorado Historical Society, by Alpine Archaeological Consultants, Inc.  Montrose, Colorado.

Scott, Douglas,
    1978  RECR78UN-001 and RECR 78UN-007  Case File # C-14637.  Oil and Gas Drilling Location 20 acres.  March 15, 1978 and April 24, 1978.  Negative results form on file, BLM, Uncompahgre field office, Montrose, Colorado.

    1980  Duell and Benson Well, Delta County, Colorado

Sprague, Marshall
    1957  *Massacre: The Tragedy at White River*.  University of Nebraska Press, Lincoln.

Smith, Anne M.
    1974  Ethnography of the Northern Utes.  *Papers in Anthropology* No. 17, Museum of New Mexico Press, Santa Fe.

17

**Summary of File Search**

A files search for the known cultural resources in the project area was made at the Bureau of Land Management in Montrose, and the Office of Archaeological and Historic preservation (OAHP) website (Compass). The following tables display all the previously recorded sites, and the project reports within the project area (COMPASS 2018).

DT.LM.NR118

| | |
|---|---|
| Title: | RIGHT-OF-WAY FOR MINOR ROAD REALIGNMENTS TO DELTA COUNTY 18.25 DRIVE, DELTA COUNTY, COLORADO (02UB019) |
| Author: | PFIFER, TERESA |
| Date: | 02/19/2002 |
| Contractor: | REALTY SPECIALIST FOR THE BUREAU OF LAND MANAGEMENT, UNCOMPAHGRE RESOURCE AREA, MONTROSE DISTRICT |

DT.LM.NR168

| | |
|---|---|
| Title: | CLASS III CULTURAL RESOURCE INVENTORY OF AN ACCESS ROAD FOR THE DELTA COUNTY TRANSMISSION IMPROVEMENT PROJECT - ADDENDUM 3 (BLM # 07UN-11) |
| Author: | MULLEN, JACLYN |
| Date: | 08/10/2010 |
| Contractor: | ALPINE ARCHAEOLOGICAL CONSULTANTS, INC. ON BEHALF OF TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC. FOR THE BLM, UNCOMPAHGRE FIELD OFFICE |

| | |
|---|---|
| Survey ID: | DT.LM.NR7 |
| Title: | DUELL AND BENSON WELL, DELTA COUNTY, COLORADO |
| Author: | SCOTT, DOUGLAS |
| Date: | 07/02/1980 |
| Contractor: | ARCHAEOLOGIST FOR THE BUREAU OF LAND MANAGEMENT, UNCOMPAHGRE RESOURCE AREA |

| | |
|---|---|
| Survey ID: | DT.LM.R70 |
| Title: | CULTURAL RESOURCE INVENTORY OF THE DELTA COUNTY TRANSMISSION IMPROVEMENT PROJECT, TRANSMISSION LINE AND ACCESS ROADS, DELTA COUNTY, COLORADO (ORIGINAL AND ADDENDUM I) |
| Author: | GREUBEL, RAND A., JAMES FIROR, JACK E. PFERTSH, JONATHON C. HORN, AND TAMMY R. GIBSON ALEXANDER S. RHEAGAN |
| Date: | 08/2007 |
| Contractor: | ALPINE ARCHAEOLOGICAL CONSULTANTS, INC. FOR THE BLM UNCOMPAHGRE FIELD OFFICE |
| Survey ID: | MC.LM.R224 |
| Title: | A CULTURAL SURVEY FOR THE UNCOMPAHGRE ENVIRONMENTAL STATEMENT |
| Author: | MARTIN, CURTIS W. |

18

| Date: | 05/01/1977 |
| --- | --- |
| Contractor: | MESA VERDE RESEARCH CENTER FOR THE BLM |
| Survey ID: | MC.LM.R354 |
| Title: | CULTURAL RESOURCES INVENTORY OF THE GRAND VALLEY GAS PLAY MAINLINE GATHERING SYSTEM |
| Author: | CONNER, CARL E., DIANA L. LANGDON, RICHARD W. OTT, AMY L. REEDER |
| Date: | 06/01/1980 |
| Contractor: | GRAND RIVER INSTITUTE FOR SOUTHWEST GATHERING COMPANY, INC. |
| Survey ID: | DT.LM.NR106 |
| Title: | FUP PIG MESA PIT COC 63851, DELTA COUNTY, COLORADO (00UB095) |
| Author: | LAZORCHAK, DAVID |
| Date: | 05/15/2000 |
| Contractor: | BLM UNCOMAPHGRE FIELD OFFICE |



# All Sites Search Result

**Filters: All Sites Search**
Location: (( Location 1:Principal Meridian='6TH' AND Township='14S' AND Range='95W' AND Section IN ('19','30','29','28','27','31','32','33','34') ))

Records 1-18 displayed out of 18 total matches                          as of 02/28/2018 08:28:02

| Photos Images | Site ID | Site Name Assessment |
| --- | --- | --- |
| | 5DT.978 | NONE |
| | 5DT.1077.1 | DIRTY GEORGE CREEK AQUEDUCT (SEGMENT) NOT ELIGIBLE - OFFICIALLY... |
| | 5DT.1077.4 | DIRTY GEORGE CREEK AQUEDUCT (SEGMENT) NOT ELIGIBLE - OFFICIALLY... |
| | 5DT.1329 | |
| | 5DT.1711 | NOT ELIGIBLE - OFFICIALLY... |
| | 5DT.1712 | NOT ELIGIBLE - OFFICIALLY... |
| | 5DT.1738.1 | NORTH DELTA CANAL (SEGMENT) ELIGIBLE - OFFICIALLY... |

19

| | | 5DT.1741 | NOT ELIGIBLE - OFFICIALLY... |
|---|---|---|---|
| | | 5DT.1751 | NOT ELIGIBLE - OFFICIALLY... |
| Survey(s) | | | |
| | 📷 | DT.LM.NR117 | RIGHT-OF-WAY FOR MINOR ROAD REALIGNMENTS... |
| | | DT.LM.NR168 | CLASS III CULTURAL RESOURCE INVENTORY OF... |
| | 📷 | DT.LM.NR7 | DUELL AND BENSON WELL, DELTA COUNTY, COLORADO |
| | 📷 | DT.LM.NR91 | CULTURAL RESOURCE INVENTORY OF PROPOSED ... |
| | | DT.LM.R22 | CLASS III CULTURAL RESOURCE INVENTORY RE... |
| | | DT.LM.R70 | CULTURAL RESOURCE INVENTORY OF THE DELTA... |
| | | DT.PA.R4 | ARCHAEOLOGICAL INVENTORY OF THE PROPOSED... |
| | | MC.LM.R224 | A CULTURAL SURVEY FOR THE UNCOMPAHGRE EN... |
| | | MC.LM.R354 | CULTURAL RESOURCES INVENTORY OF THE GRAN... |

# All Sites Search Result

Filters: All Sites Search
Location: (( Location 1:Principal Meridian='6TH' AND Township='15S' AND Range='95W' AND Section IN ('5','4') ) )

Records 1-6 displayed out of 6 total matches                    as of 02/28/2018 08:37:18

| Photos Images | Site ID | Site Name Assessment |
|---|---|---|
| | 5DT.1738.1 | NORTH DELTA CANAL (SEGMENT) ELIGIBLE - OFFICIALLY... |
| Survey(s) | | |
| 📷 | DT.LM.NR106 | FUP PIG MESA PIT COC 63851, DELTA COUNTY... |
| 📷 | DT.LM.NR117 | RIGHT-OF-WAY FOR MINOR ROAD REALIGNMENTS... |
| 📷 | DT.LM.NR122 | RIGHT-OF-WAY ACROSS EXISTING TRAILS FOR ... |
| | DT.LM.R70 | CULTURAL RESOURCE INVENTORY OF THE DELTA... |
| | MC.LM.R354 | CULTURAL RESOURCES INVENTORY OF THE GRAN... |

20

BLM_0161204

DT.LM.NR11
7

| | |
|---|---|
| **Title:** | RIGHT-OF-WAY FOR MINOR ROAD REALIGNMENTS TO DELTA COUNTY 18.25 DRIVE, DELTA COUNTY, COLORADO (02UB019) |
| **Author:** | PFIFER, TERESA |
| **Date:** | 02/19/2002 |
| **Contractor:** | REALTY SPECIALIST FOR THE BUREAU OF LAND MANAGEMENT, UNCOMPAHGRE RESOURCE AREA, MONTROSE DISTRICT |

The following surveys were not listed by the SHPO COMPASS system, but are found in files at the BLM's Uncompahgre Field Office, Montrose, Colorado.

RECR 78UN-007
Scott, Douglas
Case#C-14637  20 acres April 24, 1978 Negative

RECR78UN-001
Scott, Douglas
Case# C-14637, Oil and Gas Drill Location 20 acres March 15, 1978

RECR 79-002
Conner, Carl 1979
Cultural resource Inventory Report of Eleven Proposed Well Pads/Access Roads (V-05-1, V-03-2, V-03-1, V-12-1, V-16-1, V-27-1, V-35-1, V-24-1, V-14-1, V-33-1 and V-20-1) in Delta County for Colorado Pacific Petroleum Corp.  GRI/CRI Report No. 7972.  Grand River Institute, Grand Junction, Colorado.
V-33-1 is the only well in the PA  ca. 5 acres

21

**USFWS/UFO Proposed RMP Consultation Kick-off meeting**
16 March 2018
Attendees:  Kurt Broderdorp, Anne Tillerman (USFWS); Meredith Zaccherio (EMPSi); Missy Siders, Ken Holsinger, Neil Perry (BLM).

*General Review of schedule:*
Kurt requested that he receive the draft BA at both the first and second draft point.  Final BA is expected July 2018

*Review of Official Species List*
20180130 Official Species List_ Western Colorado Ecological Services Field Office.pdf

Canada Lynx:  Kurt thinks that we can provide analysis in the BA to remove species from consideration, or at least does not rise to a level of significance.  Lynx are transient animals; only approx.. 9000 acres mapped habitat.  Isolated patches... not support a population of lynx.  Look at adjacency to FS lands ... if farther than a mile not really usable ... Lynx don't cross opening of approx. 300 m when hunting.  Also look at average mapped habitat patch size.  Maybe link analysis to forestry section and saw logs gone?  Project out for life of plan.  Once this consultation is complete, probably not need future consultation on Lynx, unless there is a change in baseline (i.e. lynx actually move in, or habitat becomes more suitable).

If we can make a good case, could even get rid of Lynx stip.  But doesn't do any harm as is.

North American Wolverine.  Kurt has language for Wolverine to remove from further analysis.

Gunnison sage grouse.  Include in analysis (species and critical habitat).  Much of San Miguel habitat is small isolated pieces of BLM lands.  Don't forget Split estate lands for Oil & Gas.  Sims Mesa portion is the most contiguous piece of grouse habitat within this project area.  Need to remember that there is some Unoccupied Critical Habitat for Crawford population.  We have Habitat Assessment Framework data for Crawford, Sims and Cerro areas to provide baseline habitat information.  In BA, acres of unoccupied (CSU/SSR) by population ... how is the habitat.  Does it meet PCE ... patch size.

Mexican spotted owl.  (no known occurrences; limited potential habitat; no critical habitat) Kurt will think about how to deal within BA and visit with species lead.  Given the history of survey and no known occurrences in the project area, may be able to remove from list?

Yellow-billed Cuckoo.  Include in analysis (no designated critical habitat).  Known occurrences are on private lands.  Most of proposed critical habitat is also on private lands.  Don't forget Split estate lands for Oil & Gas.  Analysis of potential habitat in riparian zones.  Point out that fish protections (management actions) also provides for YBCU protections.

Warm water fish (Bonytail chub, Colorado pikeminnow, humpback chub, razorback sucker).  Include in analysis (designated critical habitat) Utilize Programmatic Depletion for fish.

Greenback cutthroat trout.  Include in analysis (no designated critical habitat) Very limited habitat.  Kurt has language for greenback.

Uncompahgre Fritillary Butterfly.  No habitat.  Ken has beginnings of analysis to support no habitat.

Clay-loving wild buckwheat.  Include in analysis (no designated critical habitat within project area; critical habitat is on private lands within the Gunnison Gorge RMP planning area).  Fairview ACEC ... analysis of inside and outside of ACEC relative to population and protections.

Colorado Hookless Cactus.  Include in analysis (no designated critical habitat). Include DENCA Cactus ACEC in Baseline discussion.  North Delta Open OHV area ... write off cactus inside the area.  Need to express baseline in the area.  Loss relative to larger population.  Adverse effect ... to population negligible ... not really quantifiable, but likely small.  Area large enough that difficult to survey.  Shrinking the area that is currently being used.

BLM_0161206

<u>Skiff Milkvetch and Ute Ladies'-tresses.</u>  Not in project area.  Dismiss.

*Recommended changes to PRMP*
Define: key/priority species

May need sub-bullet for Stipulation NSO-22/SSR-21 specific to cactus.  Cactus is a generalist … redefine habitat (10 ft), then add 200 m buffer  vs. specialist (Buckwheat).  Split describing species habitat.  For specialist, habitat is …, because … (e.g. ErPe); for generalist, habitat is … because… (e.g. ScGl).

Grouse habitat:  Inconsistent descriptors from what is currently being used.   … occupied or unoccupied critical habitat.  Maybe change language of "winter range" to winter habitat.

Need to change language to protect unoccupied GUSG critical habitat that becomes occupied.  Designated unoccupied habitat becomes occupied.

Line 133 … reference the list of existing plans to be used to direct.

Line 167 … change to unoccupied critical habitat
NSO for occupied; CSU unoccupied … need to fix language

Adobe ACEC:  change "Manage 6,370 acres as the Adobe Badlands ACEC to protect federally threatened" to  "to protect federally listed"

*Discussion*
Quantify waivers, exceptions, modifications.  How does this impact species down/delisting?
Us mineral RFD intersected with TE habitat to make a stab at quantification.

How does fish NSO intersect with COGCD regs?  Probability for waivers, exceptions, modifications in fish habitat?
Can we quantify number of times waivers, exceptions, modifications were granted over last 20 years in SW district?

Kurt is unhappy with CSU on unoccupied critical habitat.  All critical habitat should have same protections … helps with work towards delisting.

*BA Expectations*
Follow NPS Biological Assessment Guidebook (by Mike Wrigley)
For Cumulative effects, do as well as you can given the scope.  Remember, Sec 7 Cumulative effects language … NOT NEPA language.

Kurt doesn't like Land Health descriptions … if possible, instead use vegetative structure, physical, biological features of critical habitat.  HAF data for GUSG, suitability for life periods.

Is there something in the plan that is adaptive management of habitat?
For GUSG … Manage consistent with vegetation structural guides from Rangewide Plan … in the BA try to discuss what documents will direct management.

Grazing analysis … include the story of Standard 4, AIM monitoring, meeting PCEs, etc.  How does that help us in effects and jeopardy analysis?  What effects can grazing have?  What prevents those effects from happening at a large scale.  How does adaptive management work … make adjustments?

BLM_0161207



**OFFICE** *of* **ARCHAEOLOGY** *and* **HISTORIC PRESERVATION**

Greg Larsen
Field Office Manager
Bureau of Land Management
Uncompahgre Field Office                                                **MAR 1 6** 2018
2505 South Townsend Ave.
Montrose, Colorado 81401

Re: North Delta OHV Open Area Project (HC #73874)

Dear Mr. Larsen:

Thank you for your correspondence dated March 5, 2018 and received by our office on March 9, 2018
regarding the consultation of the above-mentioned project under Section 106 of the National Historic
Preservation Act (Section 106).

We do not object to the area of potential effects or the proposed Class II inventory for the "open" area, to
be designated by the BLM. However, following our review of the cultural resource inventory results, we
recognize that the ███████████████ a historic property determined eligible for the National
Register of Historic Places is located within the APE and a the southern-most survey area of the Class II
inventory. Prior to our concurrence on a finding of effect, we request that any potential historic properties
identified within the APE be documented according to standards set forth in 36 CFR 800.11 and provided
to our office for review.

We request being involved in the consultation process with the local government, which as stipulated
in 36 CFR 800.3 is required to be notified of the undertaking, and with other consulting parties.
Additional information provided by the local government or consulting parties might cause our
office to re-evaluate our eligibility and potential effect findings. Please note that our compliance
letter does not end the 30-day review period provided to other consulting parties.

Thank you for the opportunity to comment. If we may be of further assistance, please contact Edward
Jakaitis, Section 106 Compliance Manager, at (303) 866-4678 or edward.jakaitis@state.co.us.

Sincerely,

*for* Steve Turner
State Historic Preservation Officer
1200 Broadway
Denver, CO 80203

---

**OFFICE OF ARCHAEOLOGY AND HISTORIC PRESERVATION**
303-866-3392 * Fax 303-866-2711 * E-mail: oahp@state.co.us * Internet: www.historycolorado.org
COLORADO HISTORICAL SOCIETY

BLM_0161208

**Angie Adams**

| | |
|---|---|
| **From:** | Loscalzo, Matthew <mloscalzo@blm.gov> |
| **Sent:** | Tuesday, April 3, 2018 10:56 AM |
| **To:** | ufo- ar |
| **Subject:** | Fwd: BLM - Uncompahgre Resource Management Plan Cooperating Agency Meeting |
| **Attachments:** | UFO PRMP Table 2-2 All Alts_Draft_PRMP.pdf; CA Meeting PPT_Maps_3.28.18_1.pdf |

---------- Forwarded message ----------
From: **Loscalzo, Matthew** <mloscalzo@blm.gov>
Date: Thu, Mar 29, 2018 at 5:28 PM
Subject: BLM - Uncompahgre Resource Management Plan Cooperating Agency Meeting
To: Matthew Loscalzo <mloscalzo@blm.gov>

Hello!
Thank you all for coming to the BLM - UFO Cooperating Agency meeting yesterday. It was good to finally put some faces with names.

As discussed, attached is the draft working alternatives table containing the BLM Draft PRMP. For convenience, each resource topic on the first page is hyperlinked to the respective resource. Please remember that this is for internal use only.

The PowerPoint presentation and some related maps are also attached.

Thanks again and please let me know if you have any questions.

Best,
Matt

--
Matt Loscalzo
Planning & Environmental Coordinator
Uncompahgre Field Office
Bureau of Land Management
Office: 970-240-5305
mloscalzo@blm.gov

--
Matt Loscalzo
Planning & Environmental Coordinator
Uncompahgre Field Office
Bureau of Land Management
Office: 970-240-5305
mloscalzo@blm.gov

BLM_0161209

**Table 2-2**
**Uncompahgre Field Office Draft Proposed Resource Management Plan**

| | | |
|---|---|---|
| Air Quality | National Trails and Byways | General |
| Areas of Critical Environmental Concern | Native American Tribal Uses | *Riparian* |
| Climate | Locatable Minerals, Mineral Materials, & Nonenergy Leasable Minerals | *Weeds* |
| Solid Leasable Minerals (Coal) | Locatable Minerals | Visual Resources |
| Comprehensive Travel and Transportation Management | Mineral Materials | Watchable Wildlife Viewing Sites |
| Cultural Resources | Nonenergy Solid Leasable Minerals | Wild and Scenic Rivers |
| Fluid Leasable Minerals (Oil and Gas and Geothermal Resources) | Paleontological Resources | Wild Horses |
| Forestry and Woodland Products | Public Health and Safety | Wildland Fire Ecology and Management |
| Land Health | Recreation and Visitor Services | Wilderness and Wilderness Study Areas |
| Lands and Realty | Special Recreation Management Areas | Fish and Wildlife |
| Communication Sites | Extensive Recreation Management Areas | Wildlife – General |
| Utility Corridors | Soils and Water Resources | Fish and Aquatic |
| Land Tenure Adjustments | Special Status Species | Wildlife - Terrestrial |
| Disposal | General | Big Game |
| Retention | Plants | Raptors |
| Acquisition | Fish and Aquatic | Upland Game Birds |
| Withdrawals | Terrestrial | Migratory Birds |
| Lands with Wilderness Characteristics | *Gunnison Sage-Grouse* | Ecological Emphasis Areas |
| Livestock Grazing | Vegetation | Bighorn Sheep |

1

BLM_0161210

Blue highlights denote change from alternative B, C, or D to BLM Draft Proposed (E)

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and BLM Draft Proposed**

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 1. | Management Common to All Alternatives | | | | |
| 2. | Comply with state and federal laws, regulations, policies, and standards, including FLPMA multiple use mandates. | | | | |
| 3. | Implement actions originating from laws, regulations, and policies and conform to day-to-day management, monitoring, and administrative functions not specifically addressed. | | | | |
| 4. | Preserve valid existing rights, which include any leases, claims, or other use authorizations established before a new or modified authorization, change in land designation, or new or modified regulation is approved. Existing fluid mineral leases are managed through conditions of approval outlined in the RMP. | | | | |
| 5. | Apply conditions of approval, best management practices (BMPs), standard operating procedures (shown in Appendix G), other site-specific mitigation, and/or off-site mitigation measures to all resource uses to promote rapid reclamation, maximize resource protection, and minimize soil erosion. | | | | |
| 6. | Seek to enhance collaborative opportunities, partnerships, and communications with other agencies and interested parties to implement the RMP, including education and outreach and project-specific activities (such as monitoring and trail development). | | | | |
| 7. | Resources | | | | |
| 8. | AIR QUALITY | | | | |
| 9. | GOAL:<br>Protect air resources from significant adverse impacts associated with BLM-authorized/permitted actions in accordance with the methodology and provisions outlined in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H). | | | | GOAL:<br>Protect air resources and related values, including visibility, from significant adverse impacts associated with BLM-authorized/permitted actions in accordance with the methodology and provisions outlined in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H). |
| 10. | Objective:<br>Limit air quality degradation from authorized activities on BLM-administered lands by providing appropriate analyses for compliance with applicable Colorado and National Ambient Air Quality Standards, applicable federal, state, and local air quality laws, rules, regulations, and implementation plans, and applicable federal land management guidance documents (e.g., Federal Land Managers' Air Quality Related Values Work Group Phase 1 Report—Revised [2010] [Forest Service et al. 2010]). | | | | Objective:<br>Limit air quality and related values degradation from authorized activities on BLM-administered lands (or related to BLM subsurface mineral development) by providing appropriate analyses for compliance with applicable Colorado and National Ambient Air Quality Standards, applicable federal, state, and local air quality laws, rules, regulations, and implementation plans, and applicable guidance documents (e.g., Federal Land Managers' Air Quality Related Values Work Group Phase 1 Report—Revised [2010] [Forest Service et al. 2010]). |
| 11. | Action:<br>Participate in, conduct, or require air modeling analyses as described in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H) as part of a comprehensive strategy to prevent BLM-permitted activities from causing or contributing to violations of ambient air quality standards or causing significant adverse impacts on air quality-related values. | | | | |

BLM_0161211

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 12. | **Action:** Attach Lease Notice CO-56 to new oil and gas leasing agreements to provide notice to operators of air quality analysis and mitigation requirements that will be determined on a case-by-case basis at the permitting/development stage. | | | | |
| 13. | **Action:** Develop Conditions of Approval for project-specific surface-disturbing activities to prevent BLM-permitted actions from causing or contributing to exceedances of ambient air quality standards or causing significant adverse impacts on air quality-related values (on both a project level and contemporaneous cumulative basis). | | | | **Action:** Same as Alternative D, plus: Conditions of Approval will be developed using information from the BLM Air Resources Annual Report. |
| 14. | **Action:** Work cooperatively with local, state, federal, and tribal agencies to enhance air-monitoring efforts in order to provide a broader measure of spatially distributed air pollutant concentrations for the purposes of evaluating atmospheric conditions with respect to ambient air quality standards and air quality-related values. | | | | **Action:** Same as Alternative D, plus: Conduct air quality and meteorological monitoring siting analyses to determine locations needed to support future air quality assessments and regional modeling analysis. Routinely analyze the North Fork Valley for air quality and meteorological monitoring network siting. |
| 15. | **Action:** Implement the adaptive management strategy for protecting air resources as described in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H). Provide an annual activity summary report of BLM-authorized actions (track project-specific emissions) for comparison against the most recent regional air quality model results to provide cumulative context for any analyzed contemporaneous development period. Produce the annual report as required in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H) to track progress toward meeting the defined goal and objectives. | | | | **Action:** Same as Alternative D, plus: Require mitigation if deemed necessary according to information in the BLM Colorado Air Resources Annual Report or other air quality and related values impacts analysis tools. |
| 16. | **No similar action.** | | | | **Action:** Conduct greenhouse gas and climate change analyses (e.g., quantify greenhouse gas emissions and assess potential impacts to climate for proposed actions) consistent with current policy/guidance, while following the overall BLM Colorado Air Resources adaptive management approach for protecting air resources and related values utilizing the most current data/information, trends and climate modeling studies. |
| 17. | **CLIMATE** | | | | |
| 18. | **GOAL:** No similar goal in current RMPs. | **GOAL:** Manage native vegetation and wildlife species, soil and water resources, and wildlife habitats to maintain productivity, viability, and natural processes in response to stresses induced by climate change. | | | |
| 19. | **Objective:** No similar objective in current RMPs. | **Objective:** Reduce impacts from climate change on soil and water resources, native vegetation and wildlife species and communities, and wildlife habitats. | | | |
| 20. | **Action:** No similar action in current RMPs. | **Action:** Address climate change effects on soil and water resources, vegetation, and habitats and apply appropriate management to protect these resource values. Where | **Action:** No similar action. (There would not be any required actions to reduce impacts from climate change.) | **Action:** Same as Alternative B. | |

3

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | feasible, coordinate with local or regional scientists and organizations in addressing climate change. | | | |
| 21. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Transplant or seed local native species into new habitats where needed to improve restoration and revegetation success and to improve long-term survival of plant populations. | **Action:**<br>Seed local native species into new habitats where needed to improve restoration and revegetation success, and to improve long-term survival of plant populations. | **Action:**<br>Same as Alternative B. | |
| 22. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Minimize unnatural (e.g., size and intensity) soil and vegetation disturbance in ecological emphasis areas to reduce barriers to plant migration. | **Action:**<br>No similar action. (There would not be a similar requirement.) | **Action:**<br>Same as Alternative B. | |
| 23. | **LAND HEALTH** | | | | |
| 24 | **GOAL:**<br>Manage soils, riparian-wetland areas, native plant and animal communities, special status species, and water quality to meet land health standards. | | | | |
| 25. | **Objective:**<br>Manage public lands according to BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | **Objective:**<br>Manage lands, streams, and wetlands to *fully meet* or *exceed* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | **Objective:**<br>Manage lands, streams, and wetlands to, at a minimum, *meet with problems* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C), provided that lands meeting with problems are stable or trend toward achievement of the BLM Colorado Public Land Health Standards. | **Objective:**<br>Manage ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments with a vegetation Outstandingly Remarkable Value (ORV) to *fully meet* or *exceed* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Manage the remaining lands, streams, and wetlands to *fully meet* the BLM Colorado Public Land Health Standards or to *meet with problems* where needed to support resource uses, provided that lands meeting with problems are stable or trend toward achieving the BLM Colorado Public Land Health Standards. | **Objective:**<br>Manage ACECs, WSAs, lands managed to protect wilderness characteristics, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments to achieve BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) on greater than 80 percent of upland and riparian vegetation communities with 80 percent confidence. On the remaining BLM-administered lands, manage to achieve BLM Colorado Public Land Health Standards on greater than 70 percent of upland and riparian vegetation communities with 80 percent confidence. Measure BLM Colorado Public Land Health Standards on uplands using foliar cover, species composition, canopy gap, soil stability, and other appropriate indicators, and use best available science to determine benchmarks for achieving standards. For aquatic and riparian systems, measure bank stability, floodplain connectivity, aquatic health, water quality, and other appropriate indicators, and use best available science to determine benchmarks for achieving standards. |

4

BLM_0161213

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 26. | Action:<br>No similar action in current RMPs. | Action:<br>Apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. | Action:<br>Apply land and stream health improvements on lands, streams, and wetlands rated as *not meeting* BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) or on lands *meeting with problems* and showing a downward trend. | Action:<br>Apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. This would apply to ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments with a vegetation ORV. In the remaining lands, streams, and wetlands, apply land and stream health improvement projects in areas rated as *not meeting* BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) or on lands *meeting with problems*. | Action:<br>Apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. This would apply to ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments with a vegetation ORV. In the remaining lands, streams, and wetlands, apply land and stream health improvement projects in areas rated as *not meeting* BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). |
| 27. | Action:<br>No similar action in current RMPs. | Action:<br>Close, limit, or modify the causes, where an activity has been demonstrated to be causing land health problems, to improve the health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) or *meeting with problems*. Activities could include the following:<br>● Grazing<br>● Plant material and wood collection<br>● Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection)<br>● Travel<br>● Camping | Action:<br>Limit or modify the cause, when an activity has been demonstrated to be causing land health problems, to improve health of lands, streams, and wetlands rated as *meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) *with problems* with a downward trend. Activities could include the following:<br>● Grazing<br>● Plant material and wood collection<br>● Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection)<br>● Travel<br>● Camping | Action:<br>Limit, modify, or manage the cause, where an activity has been demonstrated to be causing land health problems, to improve the health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) or *meeting with problems*. Activities could include the following:<br>● Grazing<br>● Plant material and wood collection<br>● Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection)<br>● Travel<br>● Camping | Action:<br>Limit, modify, or manage the cause, where an activity has been demonstrated to be causing land health problems, to improve land health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Activities could include the following:<br>● Grazing<br>● Plant material and wood collection<br>● Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection)<br>● Travel<br>● Camping and other recreational activities |
| 28. | Action:<br>No similar action in current RMPs. | Action:<br>Apply the following management, unless it can be demonstrated that new projects and land use authorizations do not reduce the opportunity to improve the health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards or *meeting with problems* (BLM 1997; Appendix C):<br>● ROW avoidance<br>● STIPULATION CSU-1/SSR-1: *Lands, Streams, and Wetlands "Not Meeting" or "Meeting with Problems" BLM Colorado Public Land Health Standards.* Surface | Action:<br>Require that new projects and land use authorizations identify such measures as BMPs, conditions of approval, and stipulations to ensure that the project does not reduce the opportunity to improve the health of lands, streams, and wetlands rated as *meeting* the BLM Colorado Public Land Health Standards *with problems* with a downward trend (BLM 1997; Appendix C). | Action:<br>Require that new projects and land use authorizations identify BMPs or conditions of approval that minimize conflicts with health-improvement measures for lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards or *meeting with problems* (BLM 1997; Appendix C). | Action:<br>Require that new projects and land use authorizations identify BMPs or conditions of approval that minimize conflicts with health-improvement measures for lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). |

5

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | occupancy or use may be restricted or prohibited and SSR restrictions applied.

(Refer to Appendix B; Figures 2-20 and 2-29) | | | |
| 29. | SOILS AND WATER RESOURCES | | | | |
| 30. | GOAL – SOILS:<br>Manage for soil stability and productivity to maintain overall watershed health. Manage erosion to minimize downstream impacts from soil-related issues (e.g., sediment runoff, selenium, and salinity).

GOAL – WATER:<br>Protect, restore, and enhance watershed function in the capture, retention, and release of water in quantity, quality, and timing, thereby ensuring aquatic and terrestrial ecosystem health and public uses. Maintain and restore the physical, chemical and biological integrity of the aquatic system, including stream banks and bottom configurations; maintain and restore the sediment regime under which aquatic ecosystems evolved; maintain and restore the timing, variability, and duration of floodplain inundation and water table elevation in wetlands, seeps and springs. | | | | |
| 31. | Objective:<br>Make management units available for erosion and salinity control objectives and projects that do not conflict with primary objectives of each unit. | Objective:<br>Manage activities in the Colorado River Basin to minimize the yield of sediment, salt, and selenium contributions from BLM-administered lands to water resources. | | | |
| 32. | Action:<br>Develop necessary erosion-control structures, vegetation improvements, or salinity/selenium-reduction measures to improve water quality (BLM 1985).

Develop in-channel structures and land treatment projects designed to reduce runoff and soil erosion in places where it does not conflict with management of other resources (BLM 1989a). | Action:<br>Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This could include the following:<br>● Modifying livestock grazing practices to reduce sediment yield<br>● Limiting recreational uses<br>● Planning and implementing comprehensive travel management | Action:<br>Manage activities to minimize soil erosion and sediment yields to water bodies. | Action:<br>Same as Alternative B. | Action:<br>Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This could include the following:<br>● Modifying livestock grazing practices to reduce sediment yield<br>● Managing recreational uses<br>● Planning and implementing comprehensive travel management |
| 33. | Action:<br>Locate and assess nonfunctional, eroding, earthen check dams in the Mancos Shale areas north of Delta. | Action:<br>Inventory and assess stock ponds, check dams, and contour furrows and rehabilitate, repair, or remove those structures that are eroding soils with the highest salinity and selenium concentrations and containing severe weed infestations. Areas in need of improvements include, but are not limited to:<br>● Mancos shale areas north of Delta<br>● East side of the Uncompahgre Plateau, from 25 Mesa Road to Dry Creek Canyon (contour furrow area)<br>● Negro Creek/Dough Spoon Area | Action:<br>No similar action. (A similar activity is not required.) | Action:<br>When feasible, inventory and assess stock ponds, check dams, and contour furrows and rehabilitate, repair, or remove those structures with severe/active erosion. Combine efforts with other projects (e.g., range water projects, road maintenance, and recreation projects) where feasible to increase efficiency. | |
| 34. | Action:<br>No similar action in current RMPs. | Action:<br>Manage saline/selenium soils as ROW exclusion areas. | Action:<br>Manage saline/selenium soils as ROW avoidance areas. | Action:<br>No similar action. (Soils would be managed to meet the objective.) | |

6

BLM_0161215

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| 35. | **Allowable Use:**<br>**STIPULATION TL-UB-1 (BLM 1989a):** *Highly Erodible and/or Saline Soil Areas.* **Prohibit surface-disturbing activities from March 1 to May 31 when saturated soils are most vulnerable to damage. (Refer to Appendix B; Figure 2-24, Appendix A.)**<br><br>**Action:**<br>**Manage 24,180 acres of Mancos shale hills, commonly known as the "adobes," to reduce salinity loads in the Upper Colorado River Basin (BLM 1989a).** | **Alternative B:**<br>**Allowable Use:**<br>**STIPULATION NSO-1/NGD-1:** *Geology Soil: Saline/Selenium Soils.* **Prohibit surface occupancy and use and apply NGD restrictions on lands with soils, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, with the following special characteristics: saline/selenium soils.**<br>**(Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.)** | **Alternative B.1 (North Fork area only):**<br>**Allowable Use:**<br>**NO LEASING (NL) NL-1:** *Selenium Soils.* **Close to oil and gas leasing and geophysical exploration soils with high and very high potential for selenium loading.**<br><br>**Allowable Use:**<br>**STIPULATION NSO-2:** *Selenium Soils.* **Prohibit surface occupancy within 402 meters (0.25-mile) of soils with high and very high potential for selenium loading.**<br>**(Refer to Appendix B; Figure 2-21, Appendix A.)** | **Allowable Use:**<br>**STIPULATION CSU-2/ SSR-2:** *Geology Soil: Saline/Selenium Soils.* **Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: saline/selenium soils. Special design, construction, and implementation measures, including relocation of operation by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to avoid, minimize, and mitigate potential effects to soil productivity.**<br>**(Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.)** | **Allowable Use:**<br>**STIPULATION CSU-3/ SSR-3:** *Geology Soil: Saline/Selenium Soils.* **Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: saline/selenium soils. Special design, construction, and implementation measures, including relocation of operation by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to avoid and minimize potential effects to soil productivity.**<br>**(Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)** | |
| 36. | **Allowable Use:**<br>**No similar allowable use in current RMPs.** | **Alternative B:**<br>**Allowable Use:**<br>**No similar allowable use. (There would not be a similar stipulation near agricultural operations.)** | **Alternative B.1 (North Fork area only):Allowable Use:**<br>**STIPULATION NSO-3:** *Agricultural Operations.* **Prohibit surface occupancy on, or within 0.25-mile of, any prime and unique farmlands, livestock operations, organic farm, conventional farm, ranch, orchard, and the** | **Allowable Use:**<br>No similar allowable use. (There would not be a similar stipulation near agricultural operations.) | | |

7

BLM_0161216

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | West Elks American Viticultural area. (Refer to Appendix B; Figure 2-21, Appendix A.) | | | |
| 37. | **Action:** No similar action in current RMPs. | **Action:** Manage 7,360 acres of potential biological soil crust in the East Paradox ACEC as a ROW exclusion area. | **Action:** Manage 360 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in East Paradox as ROW exclusion areas. | **Action:** Manage 1,900 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in the Biological Soil Crust ACEC as a ROW exclusion area, with the following additional exception (manage these areas as ROW avoidance): ● Allow ROWs for private edge-holdings for reasonable access and utilities only if other access is not possible. | **Action:** Manage 390 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in the Biological Soil Crust ACEC as a ROW exclusion area, with the following additional exception (manage these areas as ROW avoidance): ● Allow ROWs for private edge-holdings for reasonable access and utilities only if other access is not possible. |
| 38. | **Allowable Use:** No similar allowable use in current RMPs. | **Allowable Use:** STIPULATION CSU-4/SSR-4: *Geology Soil; Potential Biological Soil Crust.* Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: potential biological soil crust. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Allowable Use:** STIPULATION CSU-5/SSR-5: *Geology Soil; East Paradox Biological Soil Crust.* Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: East Paradox biological soil crust. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | **Allowable Use:** STIPULATION CSU-6/SSR-6: *Geology Soil; Potential Biological Soil Crust.* Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: biological soil crust only when high levels of crust development are found. Determine the level of crust development using best available techniques. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 39. | **Action:** No similar action in current RMPs. | **Action:** Protect rare biological soil crust in the East Paradox area by pursuing acquisition of private parcels from willing sellers. (Also refer to *Lands and Realty* section.) | **Action:** No similar action. (Land acquisition would not be actively pursued.) | **Action:** Same as Alternative B. | **Action:** Same as Alternative C. |
| 40. | **Action:** No similar action in current RMPs. | **Action:** Manage slopes of 30 percent or greater (174,540 acres) as ROW exclusion areas. | **Action:** Manage slopes of 40 percent or greater (115,080 acres) as ROW avoidance areas. | **Action:** Manage slopes of 30 percent or greater (174,540 acres) as ROW avoidance areas. | |
| 41. | **Allowable Use:** STIPULATION CSU-CO-27 (BLM 1991a): *Slopes of or Greater than 40 Percent.* Before disturbing the surface on slopes of 40 percent or greater, require a BLM Authorized Officer's approval of a | **Alternative B:** Allowable Use: STIPULATION NSO-4/NGD-2: *Geology: Slope Greater than 30* / **Alternative B.1 (North Fork area only):** Allowable Use: STIPULATION NSO-5: *High Geologic Hazard.* Prohibit surface | **Allowable Use:** STIPULATION CSU-8/ SSR-7: *Geology: Slope Greater than 40 Percent.* Surface occupancy or use may be restricted and SSR restrictions applied on steep slopes over 40 percent. Special design, construction, and | **Allowable Use:** STIPULATION NSO-6/ SSR-8: *Geology: Slope Greater than 40 Percent.* Prohibit surface occupancy and use and apply SSR restrictions on lands with steep slopes greater than 40 percent. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |

8

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | professional engineering/reclamation plan. Require that such a plan demonstrate how the following will be accomplished:<br>● Site productivity will be restored.<br>● Surface runoff will be adequately controlled.<br>● Off-site areas will be protected from accelerated erosion, such as rilling, gullying, piping, and mass wasting.<br>● Surface-disturbing activities will not be conducted during extended wet periods. (Refer to Appendix B; Figure 2-19, Appendix A.) | *Percent.* Prohibit surface occupancy and use and apply NGD restrictions on lands with steep slopes greater than 30 percent. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | occupancy on all areas with medium to high geologic hazard and on slopes greater than 30 percent.<br><br>Allowable Use:<br>**STIPULATION CSU-7:** *Moderate Geologic Hazard.* Surface occupancy or use may be restricted on all areas with moderate geologic hazards. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. (Refer to Appendix B; Figure 2-21, Appendix A.) | implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to slope stability. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | **STIPULATION CSU-9/SSR-9:** *Geology Slope, Slopes of 30 to 39 Percent.* Surface occupancy or use may be restricted and SSR restrictions applied on steep slopes of 30 to 39 percent. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to slope stability. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 42. | Allowable Use:<br>**STIPULATION TL-UB-1 (BLM 1989a):** *Highly Erodible and/or Saline Soil Areas.* Prohibit surface-disturbing activities from March 1 to May 31 when saturated soils are most vulnerable to damage. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use:<br>**STIPULATION TL-1:** *Saturated Soils.* Prohibit surface occupancy and surface-disturbing activities in areas where soils are saturated or that demonstrate rutting of 2 inches or more. The BLM Authorized Officer would determine when soil conditions are appropriate for activities to resume. (Refer to Appendix B; Figure 2-25, Appendix A.) | | Allowable Use:<br>No similar allowable use. (A TL for saturated soil would not exist.) | Allowable Use:<br>**STIPULATION TL-2:** *Saturated Soils.* Prohibit surface occupancy and surface-disturbing activities in areas where soils are saturated or that demonstrate rutting of 3 inches or more. The BLM Authorized Officer would determine when soil conditions are appropriate for activities to resume. (Refer to Appendix B; Figure 2-27, Appendix A.) | Same as Alternative C. |
| 43. | Objective:<br>Maintain or improve water quality in accordance with state and federal laws and approved standards, including consultation with state agencies on proposed projects that could significantly affect water quality (BLM 1985). | Objective:<br>Maintain and improve water quality by ensuring streams are in compliance with the Clean Water Act for biological, chemical, and physical constituents. | | | | Objective:<br>Maintain and improve water quality by ensuring streams are in compliance with the Clean Water Act for greater than 80 percent of stream segments in ACECs, WSAs, suitable wild and scenic river segments, and lands managed to protect wilderness characteristics, and greater than 70 percent of stream segments on the remaining BLM-administered lands, with 80 percent confidence. |

9

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---|---------------|---------------|------------------------------|
| 44. | **Action:** No similar action in current RMPs. | **Action:** Manage lands to improve water quality and promote the delisting of state impaired water bodies (303[d]-listed and Monitoring and Evaluation list) in areas where BLM management actions are contributing to impaired water quality. | | **Action:** Manage lands to improve water quality and promote the delisting of state impaired water bodies (303[d]-listed water bodies only) in areas where BLM management actions are contributing to impaired water quality. Develop a water and aquatic monitoring plan using the BLM aquatic AIM protocol, if necessary, to determine areas where adaptive management is needed. | | |
| 45 | **Allowable Use:** STIPULATION NSO-CO-7 (BLM 1991a): *Waterfowl and Shorebird.* Prohibit surface occupancy and use on significant production areas; major areas are Waterfowl Habitat Management Areas and rookeries. (Refer to Appendix B; Figure 2-19, Appendix A.) | **Alternative B:** **Allowable Use:** NO LEASING/ STIPULATION NL-2/NGD-3: *Hydrology River.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities within 402 meters (1,320 feet) (0.25-mile) the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Alternative B.1 (North Fork area only):** **Allowable Use:** NO LEASING NL-3: *Major River Corridors.* Close to oil and gas leasing and geophysical exploration within 0.50-mile mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers.<br><br>**Allowable Use:** STIPULATION NSO-7: *Major River Corridors.* Prohibit surface occupancy within 0.50 to 1.0-mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers.<br><br>**Allowable Use:** STIPULATION NSO-8: *Floodplains.* Prohibit surface occupancy within the 100-year floodplain of any stream or river system. (Refer to Appendix B; Figure 2-21, Appendix A.) | **Allowable Use:** STIPULATION CSU-10/ SSR-10: *Hydrology River.* Surface occupancy or use may be restricted and SSR restrictions may be applied within 402 meters (1,320 feet) (0.25-mile) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | | **Allowable Use:** STIPULATION NSO-9/ SSR-11: *Hydrology River.* Prohibit surface occupancy and use and apply SSR restrictions within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers:<br>• Gunnison<br>• North Fork Gunnison<br>• San Miguel<br>• Uncompahgre<br>• Dolores Rivers<br>(Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

10

BLM_0161219

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| 46. | **Action:** No similar action in current RMPs. | **Action:** Designate as ROW avoidance areas a 0.25-mile buffer along the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores river corridors. | | **Action: No similar action. (The major river corridors would not be ROW avoidance or exclusion areas.)** | **Action:** Same as Alternative B. | |
| 47. | **Action:** No similar action in current RMPs. | **Action:** Manage a 325-foot buffer along perennial streams as ROW exclusion areas. | | **Action: No similar action. (Perennial streams would not be ROW avoidance or exclusion areas.)** | **Action:** Manage a 325-foot buffer along perennial streams as ROW avoidance areas. | |
| 48. | Allowable Use: No similar allowable use in current RMPs. | **Alternative B:** Allowable Use: STIPULATION NSO-10/NGD-4: *Perennial Streams.* Prohibit surface occupancy and use and apply NGD restrictions within 152 meters (500 feet) of the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B; Figures 2-22 and 2-29, Appendix A.) | **Alternative B.1 (North Fork area only):** Allowable Use: NO LEASING NL-4: *Water Bodies.* Close to oil and gas leasing and geophysical exploration within 805 meters (2,640 feet) (0.50-mile) of lakes, ponds, naturally occurring wetlands and impounding reservoirs (not including stock ponds for livestock). Allowable Use: NO LEASING NL-5: *Water Ways:* Close to oil and gas leasing and geophysical exploration within 805 meters (2,640 feet) (0.50-mile) of all streams, watercourses, and waterways. (Refer to Appendix B; Figure 2-21, Appendix A.) | Allowable Use: STIPULATION CSU-11/ SSR-12: *Perennial Streams.* Surface occupancy or use may be restricted and SSR restrictions may be applied on lands within 100 meters (325 feet) of the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use: STIPULATION NSO-11/ SSR-13: *Hydrology Features.* Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (328 feet) from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)  STIPULATION CSU-12: *Hydrology Features.* Surface occupancy or use may be restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), from the extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources. | Allowable Use: STIPULATION NSO-11/ SSR-13: *Hydrology Features.* Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (328 feet) from the mapped extent of perennial streams, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)  STIPULATION CSU-12: *Hydrology Features.* Surface occupancy or use may be restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), from the extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources. (Refer to Appendix B; Figure 2-23, Appendix A.) |

11

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | | | | | Apply CSU restrictions from 325 to 500 feet of the edge of the ordinary high-water mark (bank-full stage) of perennial streams.-(Refer to Appendix B; Figure 2-23, Appendix A.) | |
| 49. | Objective:<br>No similar objective in current RMPs. | Objective:<br>Manage lands within municipal watersheds and public water supply areas to provide clean drinking water to local communities. | | | | |
| 50. | Action:<br>No similar action in current RMPs. | Action:<br>Manage as ROW exclusion areas those lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake. | | Action:<br>Manage as ROW avoidance areas those lands within 1,000 feet of either side of a classified surface water supply-stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake. | | |
| 51. | Allowable Use:<br>LEASE NOTICE LN-UFO-1: *Municipal Water Supply.* If drilling is proposed, the operator is hereby notified that there are concerns about the municipal water source and water conveyance for the town of Norwood, Colorado. The lessee is hereby notified that special design, construction, and scheduling measures may be required in order to minimize the impacts of drilling and production. The overall goal of these measures is to protect Norwood's municipal water source (refer to Appendix B). | Alternative B:<br>Action:<br>Apply the restrictions or closures specified below on the following lands:<br>● Within 2,640 feet (0.50-mile) on either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply."<br>● Within a 2,640-foot (0.50-mile) buffer of all public water | Alternative B.1 (North Fork area only):<br>Allowable Use:<br>NO LEASING NL-7: *Public Water Supplies.* Close to oil and gas leasing and geophysical exploration within 1,320 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and within a 1,320-foot buffer of all public water supplies that use a groundwater well or spring.<br><br>Allowable Use:<br>STIPULATION NSO-12: *Public Water Supplies.* Prohibit surface occupancy from 1,320 feet (0.25-mile) to 2,640 feet (0.50-mile) of a municipal water supply (classified surface water-supply stream segment), including intakes, and | Action:<br>Apply the restrictions or closures specified below on the following lands:<br>● Within 1,000 feet on either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply."<br>● Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring.<br><br>Apply the following restrictions or closures on these lands:<br>● Close to mineral materials disposal (e.g., sand and gravel).<br>● Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate).<br>● Close to coal leasing.<br>● Close to livestock grazing.<br>● Recommend to the Secretary of the Interior withdrawal from locatable minerals (e.g., gold, uranium, and other hard rock).<br>● STIPULATION NSO-13: *Hydrology Source.* Prohibit surface occupancy and use within 305 meters (1,000 feet) of a classified surface water supply stream segment (as measured from the average high water mark) for a distance of 8 kilometers (5 | Action:<br>Apply the restrictions or closures specified below on the following lands:<br>● Within 1,000 feet on either side of a classified surface water supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply."<br>● Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring.<br><br>Apply the following restrictions or closures on these lands:<br>● Close to mineral materials disposal (e.g., sand and gravel).<br>● Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate).<br>● Minimize impacts from livestock grazing on these lands.<br>● Recommend to the Secretary of the Interior withdrawal from locatable minerals (e.g., gold, uranium, and other hard rock).<br>● Allowable Use:<br>NO LEASING NL-8: *Public Water Supplies.* Close to fluid mineral leasing and geophysical exploration 1,000 feet on either side of a classified surface water-supply stream segment (as measured from the average high water) for | Action:<br>Apply the restrictions or closures specified below on the following lands:<br>● Within 1,000 feet on either side of a classified surface water supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply."<br>● Within 2,640 feet (0.50-mile) buffer of all public water supplies that use a groundwater well and groundwater under the direct influence of surface water.<br><br>Apply the following restrictions or closures on these lands:<br>● Close to mineral materials disposal (e.g., sand and gravel).<br>● Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate).<br>● Minimize impacts from livestock grazing on these lands.<br>● Require a mine plan for locatable mineral development.<br><br>Allowable Use:<br>STIPULATION NSO-XX: *Public Water Supplies.* Prohibit surface occupancy and use within 305 meters (1,000 feet) on either |

12

BLM_0161221

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---|---------------|---------------|------------------------------|
| | | supplies that use a groundwater well or spring.<br><br>Apply the following restrictions or closures on these lands:<br>● Close to mineral materials disposal (e.g., sand and gravel).<br>● Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate).<br>● Close to coal leasing.<br>● Close to livestock grazing.<br>● Recommend to the Secretary of the Interior withdrawal from locatable minerals (e.g., gold, uranium, and other hard rock).<br>● Allowable Use: NO LEASING NL-6: *Public Water Supplies.* Close to fluid mineral leasing and geophysical exploration | from 1,320 feet (0.25-mile) to 2,640 feet (0.50-mile) of all public water supplies that use a groundwater well or spring. (Refer to Appendix B; Figure 2-21, Appendix A.) | miles) upstream of a public water supply intake with the classification "*Water Supply*" by the State of Colorado.<br>● STIPULATION NSO-13b: *Hydrology Public Well.* Prohibit surface occupancy and use within 305 meters (1,000 feet) of groundwater public water supply wells.<br><br>If public water providers develop source water protection plans, apply this stipulation to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B; Figure 2-22, Appendix A.) | a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply," and within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring.<br><br>If public water providers develop source water protection plans, apply this "No Leasing" to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B; Figure 2-23, Appendix A.) | side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State of Colorado as a "water supply," and within 2,640 feet (0.50-mile) buffer of all public water supplies that use a groundwater well or groundwater under the direct influence of surface water. Also, prohibit directional drilling within 1,500 vertical feet below a surface Public Water Supply or 1,500 vertical feet below the depth of a Public Water Supply that use a groundwater well or groundwater under the direct influence of surface water.<br><br>Allowable Use:<br>STIPULATION CSU-13: *Hydrology Source.* Surface occupancy or use may be restricted on lands located greater than 305 meters (1,000 feet) but less than 805 meters (2,640 feet) (0.50-mile) of a classified surface water supply stream segment (as measured from the average high-water mark) for a distance of 8.05 kilometers (5 miles) miles upstream of a public water supply intake classified by the State as a "water supply," and all public water supplies that use a groundwater well or spring. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a coordinated water resources monitoring plan to mitigate potential effects to the source water protection areas of public water supply. |

13

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|----------------------------|
| | | within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply," and within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring.<br>● Allowable Use: STIPULATION NGD-5: *Public Water Supplies.* Prohibit surface-disturbing activities on lands within 2,640 feet (0.50-mile) on either side of a classified surface water-supply stream segment (as measured from the average | | | |

14

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply" and within 2,640 feet (0.50-mile) of all public water supplies that use a groundwater well or spring.<br><br>If public water providers develop source water protection plans, apply this "No Leasing" and NGD restriction to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | | |
| 52. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Provide sufficient water quantity on BLM-administered lands for multiple use management and functioning, healthy riparian, and aquatic ecosystems. | | | |
| 53. | **Action:**<br>Work with Colorado Water Conservation Board to ensure a sufficient instream flow to benefit warm and cold water fish species on:<br>● 23 existing instream flow rights held by the Colorado Water Conservation Board and | **Action:**<br>Make recommendations to the Colorado Water Conservation Board for protection or enlargements of instream flows on appropriate stream segments. Assist the Conservation Board in instream flow assessments and monitoring of current BLM | **Action:**<br>No similar action. (Recommendations to the Colorado Water Conservation Board would not be required.) | **Action:**<br>Same as Alternative B. | |

15

BLM_0161224

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | ● Streams where Colorado Water Conservation Board applications for instream flow water rights are pending, such as the Lower San Miguel River and Tabeguache Creek. | instream flow stream reaches for compliance. | | | | |
| 54. | **Action:** Maintain current water rights, including groundwater (e.g., wells and springs), to benefit wildlife and livestock, including: ● 54 surface water rights ● 2 ditches ● 1 well ● 15 reservoirs ● 121 springs/seeps | **Action:** Maintain current water rights to benefit wildlife and livestock. Object to proposals that could jeopardize existing rights. File for new surface water rights on perennial and seasonal streams and new water rights for groundwater sources (i.e., springs/seeps, wells, reservoirs, streams) in adequate quantities to protect planning area resource needs and sustainability. | | | | |
| 55. | **Objective:** No similar objective in current RMPs. | **Objective:** Protect groundwater resources and recharge areas to maintain functioning condition of all parameters within the hydrologic cycle, including groundwater quantity and quality. | | | | |
| 56. | **Allowable Use:** No similar allowable use in current RMPs. | **Alternative B: Allowable Use: STIPULATION NSO–14: Domestic Water Wells.** Prohibit surface occupancy within 305 meters (1,000 feet) of all domestic water wells.<br><br>(Refer to Appendix B; Figure 2-20, Appendix A.) | **Alternative B.1 (North Fork area only): Allowable Use: NO LEASING NL–9:** *Domestic Water Wells and Private Water Systems.* Close to oil and gas leasing and geophysical exploration within 1,320 feet of all domestic water wells and private water systems, including ditches and domestic water decrees.<br><br>**Allowable Use: STIPULATION NSO–15:** *Domestic Water Wells and Private Water Systems.* Prohibit surface occupancy from 402 meters (1,320 feet) (0.25-mile) to 805 meters (2,640 feet) (0.50-mile) of all domestic water wells and private water systems, including ditches and domestic water decrees. | **Allowable Use:** No similar allowable use or action. (There would not be a stipulation or requirement on well bores.) | **Action:** Apply the following requirements to oil and gas well bores that are within 305 meters (1,000 feet) of a domestic water well, beginning at the ground surface and extending through the freshwater aquifer: ● Extend surface casing through the freshwater aquifer. ● Require freshwater mud for drilling the surface casing. | **Allowable Use:** **STIPULATION CSU–XX** *Domestic Water Wells.* Surface occupancy or use may be restricted on lands located within 305 meters (1,000 feet) of all domestic water wells. Special engineering design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Also, prohibit directional drilling within 1,500 vertical feet below the depth of a domestic water well.<br><br>(Refer to Appendix B; Figure 2-20, Appendix A.) |

16

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | | | (Refer to Appendix B; Figure 2-21, Appendix A.) | | | |
| 57. | **Allowable Use:** No similar allowable use in current RMPs. | **Alternative B: Allowable Use:** No similar allowable use. (There would not be a stipulation on water conveyance systems.) | **Alternative B.1 (North Fork area only): Allowable Use:** STIPULATION NSO-16: *Water Conveyance Systems.* Prohibit surface occupancy within 1,320 feet of any dam, ditch, irrigation intake, canal, or other water conveyance. (Refer to Appendix B; Figure 2-21, Appendix A.) | **Allowable Use:** Same as Alternative B. | | |
| 58. | **Objective:** No similar objective in current RMPs. | **Objective:** Protect soil, water, and vegetation resources during periods of drought. | | | | |
| 59. | **Action:** No similar action in current RMPs. | **Action:** Implement drought management guidelines, outlined in Appendix I, Drought Management, during drought to maintain or achieve long-term resource productivity. | | | | |
| 60. | **VEGETATION** | | | | | |
| 61. | *Vegetation – General* | | | | | |
| 62. | **GOAL:** Manage vegetation for a mix of productive and resilient plant and biological soil crust communities that sustain native plant and animal species at viable population levels. Manage shrub and woodland communities within the Historic Range of Natural Variability, maintaining successional processes and sustaining all structural stages across the landscape. Manage riparian and wetland systems to function properly, have the ability to recover from disturbance, and sustain native species at viable population levels. | | | | | |
| 63. | **Objective:** No similar objective in current RMPs. | **Objective:** Maximize native vegetation. | | **Objective:** Minimize loss of native vegetation. | **Objective:** Maximize native vegetation and natural processes. | **Objective:** Maximize native vegetation and natural processes by ensuring upland vegetation communities are within the range of natural variability, with an appropriate mix of plant functional groups, cover, and diversity, according best available science on greater than 80 percent of vegetation communities in ACECs, WSAs, suitable wild and scenic river segments, lands managed to protect wilderness characteristics, and greater than 70 percent of vegetation communities on the remaining BLM-administered lands, over 10 years with 80 percent confidence. |

17

BLM_0161226

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 64. | **Action:** Where reseeding is required, emphasize using native plant species. Consider seeding nonnative plant species based on local goals, native seed availability and cost, persistence of nonnative plants and annuals and noxious weeds on the site, and composition of nonnative species in the seed mix (BLM 1997). | **Action:** Use locally derived native species for revegetation. If locally derived native species are not available or cost prohibitive, allow some use of sterile nonnative species. | **Action:** Use native species for revegetation. If native species are not available or cost prohibitive, allow some use of nonnative species that are not invasive. | **Action:** Use locally derived native species for revegetation. If locally derived native species are not available, are cost prohibitive, or are not likely to succeed, allow use of native species from outside the area or nonnative species that are not invasive. | **Action:** Use locally derived native species for revegetation. If locally derived native species are not available, are cost prohibitive, or are not likely to succeed, allow use of native species from outside the area or nonnative species that are not invasive when all other native revegetation options have been determined to be ineffective. |
| 65. | **Action:** No similar action in current RMPs. | **Action:** Restore areas of degraded vegetation where there is a high probability of success. Use test plots first for more difficult areas.<br><br>Revegetate areas that are impacted by wildfire or resource use and development to basic levels of ecologic functionality as on-site mitigation. | **Action:** As off-site mitigation for vegetation damaged by nearby resource use and development, restore areas of degraded vegetation where there is a high probability of success.<br><br>Revegetate areas that are impacted by wildfire or resource use and development as on-site mitigation. | **Action:** On ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, and areas with rare vegetation, restore areas of degraded vegetation, including burned areas, where there is a high probability of success. Use test plots first for more difficult areas.<br><br>On other lands, revegetate areas that are impacted by wildfire or resource use and development to basic levels of ecologic functionality as on-site or off-site mitigation. | |
| 66. | **Objective:** No similar objective in current RMPs. | **Objective:** Provide the public with commonly available and renewable native plant materials through the sale of wilding permits, commercial and institutional seed-collecting permits, and permits for the collection of other plant products, while protecting other resources. | | | |
| 67. | **Action:** No similar action in current RMPs. | **Action:** Make 444,160 acres available for seed collection permits. Close the following areas to permits:<br>• WSAs<br>• ACECs<br>• Lands managed to protect wilderness characteristics<br>• Ecological emphasis areas<br>• Riparian areas, except for research and revegetation purposes<br>• Exemplary, ancient, and rare vegetation communities<br>• Occupied threatened and endangered plant habitat<br>• Occupied special status plant species habitat | **Action:** Make 631,060 acres available for permits for seed collection, wildings, and other plant materials. Close the following areas to permits:<br>• WSAs<br>• Occupied threatened and endangered plant habitat<br>• Occupied special status plant species habitat | **Action:** Make 582,950 acres available for permits for seed collection, wildings, and other plant materials. Close the following areas to permits:<br>• WSAs<br>• ACECs, except for research and revegetation purposes<br>• Lands managed to protect wilderness characteristics<br>• Ecological emphasis areas<br>• Riparian areas, except for research and revegetation purposes<br>• Exemplary, ancient, and rare vegetation communities<br>• Occupied threatened and endangered plant habitat<br>• Occupied special status plant species habitat | Make 631,060 acres available for permits for seed collection, wildings, and other plant materials. Except for research and revegetation purposes, close the following areas to permits:<br>• WSAs<br>• Occupied threatened and endangered plant habitat; collection of ESA-listed taxa will not be permitted<br>• Occupied special status plant species habitat |
| 68. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage exemplary, ancient, and rare vegetation communities; and ecological emphasis areas to maintain their integrity and functionality. (Refer to Wildlife – Terrestrial for actions related to ecological emphasis areas.) | | | |

BLM_0161227

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 69 | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage exemplary, ancient, and rare vegetation communities as ROW exclusion areas. | **Action:**<br>Manage exemplary, ancient, and rare vegetation communities as ROW avoidance areas. | | |
| 70 | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:**<br>STIPULATION NSO-17/NGD-6: *Plant Community*. Prohibit surface occupancy and use and apply NGD restrictions within occupied habitat for exemplary, ancient, rare, and relict vegetation communities. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Allowable Use:**<br>No similar allowable use. (There would not be NSO, CSU, NGD, or SSR restrictions in exemplary, ancient, rare, or relict vegetation communities.) | **Allowable Use:**<br>STIPULATION CSU-14/ SSR-14: *Plant Community*. Surface occupancy or use may be restricted and SSR restrictions applied within occupied habitat that meets BLM's criteria established in the RMP for significant and/or relict plant communities (exemplary, ancient, and rare vegetation communities). Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain the viability of significant or relict plant communities. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 71 | | | **VEGETATION – UPLANDS** | | |
| 72 | **Objective:**<br>No similar action in current RMPs. | **Objective:**<br>Manage vegetation structure for maximum naturalness, with secondary outcomes of sensitive species habitat, resource production, and fuels reduction. | **Objective:**<br>Manage vegetation structure to emphasize resource production and fuels reduction as needed. | **Objective:**<br>On ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, and areas with exemplary, ancient, or rare vegetation, manage vegetation structure to emphasize naturalness of vegetation age class distribution across the landscape and to support sensitive species habitat, with resource production, big game habitat, and fuels reduction as secondary outcomes.<br><br>On the remaining areas, manage vegetation structure to emphasize resource production and fuels reduction and to support big game species habitat, with naturalness and sensitive species habitat as secondary outcomes. | |
| 73 | **Action:**<br>To maintain dispersed ecologic communities for wildlife, in all vegetation types, maintain as leave strips or islands interspersed throughout the project areas, 5 to 15 percent of the existing vegetation (emphasis area A; BLM 1985). | **Action:**<br>Update the vegetation mosaic objectives in the Fire Management Plan (FMP) to meet RMP objectives for upland vegetation. Vegetation treatments must be consistent with these mosaic objectives and must meet multiple interdisciplinary objectives. | **Action:**<br>No similar action. (The FMP would be updated to meet RMP objectives, without a specific design requirement for vegetation treatments.) | **Action:**<br>Same as Alternative B. | |
| 74 | | | **VEGETATION – RIPARIAN** | | |
| 75 | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage naturally occurring riparian and wetland areas to maintain or improve hydrologic and riparian vegetation conditions. | **Objective:**<br>Manage naturally occurring riparian and wetland areas for Proper Functioning Condition. | **Objective:**<br>Manage naturally occurring riparian and wetland areas to maintain or improve hydrologic and riparian vegetation conditions and to meet or exceed Proper Functioning Condition. | **Objective:**<br>Manage naturally occurring riparian and wetland areas to maintain or improve stream banks and floodplains to a stable and properly functioning condition, similar to reference condition or expected condition for greater than 80percent of stream segments in ACECs, WSAs, suitable wild and scenic river segments, lands managed to protect wilderness characteristics, and greater than 70 percent of stream segments on the remaining BLM-administered lands, over 10 years with 80 percent confidence. |

19

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|-----------------------------|
| 76. | **Action:** On 15,350 acres (management unit 7), protect riparian/aquatic zones up to 0.25-mile wide. Activities that disturb these areas could be approved on a site-specific basis after consultation with affected entities and development of mitigating measures (BLM 1989a). | **Action:** Manage naturally occurring riparian and wetland areas, seeps, and springs, as well as a 100-foot buffer from their edge, as ROW exclusion areas, unless it can be determined that the project would not diminish site integrity. | **Action:** Require that new ROW authorizations in naturally occurring wetlands and riparian areas, seeps, and springs identify effective measures to maintain Proper Functioning Condition. | **Action:** Manage naturally occurring riparian and wetland areas, seeps, and springs, as well as a 325-foot buffer from their edge, as ROW avoidance areas unless it can be determined that the project would not diminish hydrologic or vegetation conditions. | |
| 77. | **Action:** On 6,480 acres (emphasis area J), coordinate forestry and woodland products management on a case-by-case basis to ensure riparian resources are protected and, in some cases, improved (BLM 1985; also refer to the *Forest and Woodland Products* section.) | **Action:** Close riparian areas to mineral materials disposal (with a 500-foot buffer), wood products collection and harvest, and other plant products collection (with a 100-foot buffer). Prohibit issuing permits for recreation activities or events. | **Action:** Limit mineral materials disposal, wood products collection and harvest, and other plant products collection within riparian areas to locations where they would have the least impact. | **Action:** Close riparian areas to mineral materials disposal, wood products collection and harvest, and other plant products collection, except for research, invasive species control, and revegetation (with a 100-foot buffer).<br><br>Require additional riparian stipulations for commercial special recreation permits (SRPs) and restrict use to designated routes in locations where they would have the least impact for organized group and event permits. | **Action:** No similar action; this is addressed by other actions. |
| 78. | **Action:** No similar action in current RMPs | **Action:** Limit vegetation treatments in riparian areas to weed treatment and managed wildland fire from natural ignition. | **Action:** Allow vegetation treatments in riparian areas that do not impair riparian/wetland values. | **Action:** Allow vegetation treatments in riparian areas that are compatible with and promote natural riparian/wetland function and improvement. | |
| 79. | **Action:** Improve aquatic/riparian habitat on the following priority areas:<br>● **Upper San Miguel River and its tributaries (44 miles)**<br>● **Upper Dolores River (30 miles)**<br>● **Lower San Miguel and its tributaries (20 miles) (BLM 1985)**<br><br>Manage 680 acres in the Roubideau Creek and Potter Creek drainages for improvement of riparian habitat (BLM 1989a).<br><br>Manage 3,720 acres (management unit 9) to restore and enhance riparian vegetation along 40 miles of streams (BLM 1989a).<br><br>On 3,720 acres (management unit 9), incorporate into existing activity plans, or develop in new riparian/aquatic system | **Action:** No similar action; this is addressed by other actions. | | | |

BLM_0161229

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | management plans, objectives and projects designed to accelerate improvement of species diversity, stream bank cover and stability, and instream structure and to raise the water table (BLM 1989a).<br><br>On 5,200 acres (emphasis area B), invest wildlife funds for structural improvements and vegetation restoration projects to improve high-priority riparian habitat at the following drainages: Roc, North and South Mesa, and La Sal Creeks (BLM 1985; also refer to the *Terrestrial Wildlife* section). | | | | |
| 80. | Action:<br>At a minimum, maintain or preferably improve riparian vegetation and stream bank cover (BLM 1989a).<br><br>Maintain or improve vegetation conditions and stream bank cover (BLM 1989a).<br><br>Restore and enhance riparian vegetation along 40 miles of streams (management unit 9; BLM 1989a). | Action:<br>Create, enhance, and restore wetland and riparian areas impacted by historic land use and flow regime modification. | Action:<br>No similar action. (There would not be a specific requirement to create, enhance, and restore wetland and riparian areas impacted by historic land use and flow regime modification.) | Action:<br>Pursue opportunities to enhance and restore wetland and riparian areas impacted by historic land use and flow regime modification. | |
| 81. | Action:<br>Limit vehicle use in the riparian zones associated with Bear and Roatcap Creeks to designated roads and trails yearlong (BLM 1989a). | Action:<br>No similar action; travel management limits vehicles to designated roads and trails. | | | |
| 82. | Allowable Use:<br>STIPULATION CSU-CO-28 (BLM 1991a): *Riparian Vegetation Zone.* Restrict oil and gas exploration and development, including roads, transmission lines, and storage facilities, to an area beyond the riparian vegetation zone. (Refer to Appendix B; Figure 2-19, Appendix A.) | Alternative B:<br>Allowable Use:<br>STIPULATION NSO-18/NGD-7: *Hydrology Features.* Prohibit surface occupancy and use and apply NGD restrictions within 201 meters (660 feet) from the mapped extent of perennial, intermittent, and ephemeral | Alternative B.1 (North Fork area only):<br>Allowable Use:<br>NO LEASING NL-4: *Water Bodies.* Close to oil and gas leasing and geophysical exploration within 805 meters (2,640 feet) (0.50-mile) of lakes, ponds, naturally occurring wetlands, and impounding reservoirs (not including stock ponds for livestock). (Refer to Appendix B; Figure 2-21, Appendix A.) | Allowable Use:<br>STIPULATION CSU-15/ SSR-15: *Naturally Occurring Riparian and Wetland Areas, Water Bodies, Springs, and Seeps.* Surface occupancy or use may be restricted and SSR restrictions applied on lands within 30 meters (100 feet) of the edge of the riparian zone along perennial and intermittent waters and naturally occurring wetlands, springs, and seeps.<br>Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), to protect water resources. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use:<br>STIPULATION NSO-19/ SSR-16: *Hydrology Features.* Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (325 feet) from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from the ordinary high-water mark (bank-full stage); for riparian and wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Allowable Use:<br>STIPULATION NSO-11 *Hydrology Features.* Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (325 feet) from the mapped extent of perennial streams, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from the ordinary high-water mark (bank-full stage); for riparian and wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>STIPULATION CSU-12/SSR-13: *Hydrology Features.* Surface occupancy or use may be |

21

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | streams; riparian areas, fens, and/or wetlands; springs and seeps; and water impoundments. For streams, measure the buffer from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | **STIPULATION CSU-16:** *Hydrology Features.* The CSU restrictions apply from 325 to 500 feet of the hydrology features shown below. Surface occupancy or use may be restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), from the extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources. (Refer to Appendix B; Figure 2-23, Appendix A.) | restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), from the extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources. (Refer to Appendix B; Figure 2-23, Appendix A.) |
| 83. | **Action:** Incorporate into existing activity plans or develop in new riparian/aquatic system management plans objectives and projects designed to accelerate improvement of species diversity, stream bank cover and stability, and instream structure and to raise the water table. Prepare and design riparian improvement plans to accelerate the improvement of riparian vegetation. Incorporate into new management plans for riparian/aquatic systems wildlife habitat management objectives, projects, and mitigating measures that do not conflict (management unit 9; BLM 1989a). | **Action:** No similar action; this is addressed by other actions in this section that manage riparian and wetland areas. | | | |
| 84. | **Action:** On 3,890 acres (emphasis area F), protect riparian zones on springs associated with cultural sites (BLM 1985; also refer to the *Cultural Resources* section.) | **Action:** No similar action; this is addressed by other actions to protect riparian zones. | | | |
| 85. | **Action:** | **Action:** No similar action; this is addressed by the objective and other actions in this section. | | | |

22

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
|  | Maintain or improve riparian habitat to good or excellent ecological condition, using acceptable grazing systems and fencing where needed (BLM 1989a). |  |  |  |  |
| 86. | **VEGETATION – WEEDS** | | | | |
| 87. | **GOAL:** Through Integrated Weed Management, suppress and eradicate, where possible, noxious and invasive species to support healthy native plant communities. | | | | |
| 88. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage lands under Integrated Weed Management strategies to support BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | | | |
| 89. | **Action:** Implement Integrated Weed Management using the UFO Weed Management Strategy, including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, and fire) to noxious/invasive weed infestations. Continue to update the Strategy as needed to address issues as they arise. | **Action:** Implement Integrated Weed Management using the UFO Weed Management Strategy, including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, and fire) to noxious/invasive weed infestations of state-listed "A" noxious weed species and early detection rapid response species. Continue to update the strategy as needed to address issues as they arise. | **Action:** Implement Integrated Weed Management using the UFO Weed Management Strategy, including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, and fire) to noxious/invasive weed infestations of state-listed "A" and "B" noxious weed species and early detection rapid response species. Continue to update strategy as needed to address issues as they arise. | **Action:** Same as Alternative A. | **Action:** Implement Integrated Weed Management using the UFO Weed Management Strategy, including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., targeted grazing, physical, mechanical, educational, biological, herbicide, and fire) to noxious/invasive weed infestations. |
| 90. | **Action:** No similar action in current RMPs. | **Action:** Prioritize streams supporting rare or exemplary vegetation for weed treatment. | **Action:** Prioritize for weed treatment streams with recreational, livestock, or mineral developments and maintained routes. | **Action:** Prioritize for weed treatment ACECs, WSAs, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, lands managed to protect wilderness characteristics, Wild and Scenic River segments with a vegetation ORV, and high-use areas with recreational, livestock, or mineral developments and maintained routes. | |
| 91. | **Action:** No similar action in current RMPs. | **Action:** Maintain all quarry pits weed-free of all state-listed A, B, and C noxious weed species and for BLM weed species of concern. | **Action:** Maintain all quarry pits weed-free of all state-listed A and B noxious weed species. | **Action:** Maintain all quarry pits weed-free of all state-listed A, B, and C noxious weed species. | |
| 92. | **Action:** Require that all seed slated for BLM reclamation projects meet the Colorado Noxious Weed Seed requirements of prohibited and restricted seed. Seed lots shall contain no more than 0.5 percent by weight of other weed seed (BLM 1997). | **Action:** Require that all seed used on BLM-administered lands meet the Colorado Noxious Weed Seed requirements of prohibited and restricted seed. In addition to BLM policy of weed-free seed use, seed lots shall contain less than 250 seeds per pound of cheatgrass and/or Japanese brome (in combination). Other species determined to be noxious or invasive may be added to this list. All seed must be of certified quality or source identified. | **Action:** Same as Alternative A. | **Action:** Same as Alternative B. | |
| 93. | **Action:** No similar action in current RMPs. | **Action:** Require all hay, straw, or mulch that is used or stored on BLM-administered lands be certified as weed free. | | | |

BLM_0161232

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 94. | FISH & WILDLIFE | | | | |
| 95. | *WILDLIFE – GENERAL* | | | | |
| 96. | **GOAL:**<br>Manage terrestrial and aquatic habitats and species to promote ecosystem diversity, productivity, viability, and natural processes. | | | | |
| 97. | **Objective:**<br>Intensively manage for optimal aquatic wildlife habitat. Provide necessary investments to enhance wildlife habitat. Cooperate with the Colorado Parks and Wildlife (CPW) for funding of habitat improvement projects, and also cooperate with CPW on the reintroduction program (BLM 1985).<br><br>Comply with FLPMA to maintain, enhance, and protect fish habitat on public lands. Continue to apply seasonal restrictions where they are needed to mitigate impacts of human activities on important seasonal wildlife habitat. | **Objective:**<br>Restore, enhance, preserve, and promote aquatic and terrestrial ecosystem integrity and values. Emphasis is on native fish and cold-water sport fish, and native nongame species, while allowing for improvements to habitat for native game species.<br><br>Protect breeding habitats of migratory birds by managing for ecosystem diversity, productivity, viability and natural processes through use of the vegetation mosaic objectives (refer to the *Vegetation* section). | **Objective:**<br>Maintain aquatic and terrestrial ecosystem integrity and productivity. Emphasis is on sports fisheries and upland game species.<br><br>Protect migratory birds to the extent required by the Migratory Bird Treaty Act of 1918. | **Objective:**<br>Restore, enhance, conserve, and promote aquatic and terrestrial species conservation and ecosystem integrity and values. Emphasis is on native species (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring habitat diversity, productivity, viability, and natural processes throughout the ecosystem (s).<br><br>Protect endangered species and migratory birds to the extent required by the Endangered Species Act and the Migratory Bird Treaty Act of 1918.<br><br>Protect breeding habitats of migratory birds by managing for ecosystem diversity, productivity, viability and natural processes through use of the vegetation mosaic objectives (refer to the *Vegetation* section). | **Objective** (See also Vegetation and Water Quality Objectives):<br>Restore, enhance, conserve, and promote aquatic and terrestrial species conservation and ecosystem integrity and values. Emphasis is on native species (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring habitat diversity, productivity, viability, and natural processes throughout the ecosystem, and striving for stable, sustainable wildlife populations.<br><br>Provide for effective wildlife and fish habitat throughout the decision area with abundance and distribution commensurate with the capability of the land to sustain wildlife and fish populations. Habitat continuity and travel corridors exist and persist to facilitate species movement and establishment into newly suitable areas as a result of changing habitats. Consider route densities in travel management to support CPW wildlife population objectives.<br><br>Utilize current conservation plans, agreements, and strategies, including state habitat and species management and action plans, to direct management.<br><br>Protect endangered species and migratory birds to the extent required by the Endangered Species Act and the Migratory Bird Treaty Act of 1918.<br><br>Protect breeding habitats of migratory birds by managing for ecosystem diversity, productivity, viability and natural processes through use of the vegetation mosaic objectives (refer to the *Vegetation* section). |

BLM_0161233

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 98. | **Action:**<br>The BLM District Manager may authorize supplemental releases and reintroduction of native or naturalized wildlife species (excluding federal or state-listed endangered, threatened, or candidate species) following environmental analysis in management units 3, 5, 8, 9, 13-15 (BLM 1989a).<br><br>Allow CPW to introduce chukar. Allow other game species introduction if site-specific analysis indicates that significant conflicts with livestock will not occur (emphasis area A; BLM 1985).<br><br>Reestablish river otters in the Dolores River (emphasis areas B, C, and D; BLM 1985).<br><br>Allow introduction or reintroduction of bighorn sheep in the Dolores River Canyon WSA.<br><br>Expand pronghorn antelope herds (emphasis area A; BLM 1985). Manage for 300 head of pronghorn antelope. | **Action:**<br>Allow augmentation and reintroduction to expand the current range of native species in response to partner or stakeholder proposals and requests and in coordination with CPW. | **Action:**<br>Allow augmentation and reintroduction to expand the current range of desired game species and species of economic importance, in coordination with CPW. | **Action:**<br>Allow augmentation and reintroduction to expand the current range of aquatic and terrestrial species or to expand population numbers to improve genetic viability of native terrestrial and aquatic species, in coordination with CPW. | |
| 99. | | | **WILDLIFE – FISH & AQUATIC** | | |
| 100. | **Action:**<br>Give special management consideration to all perennial streams that could provide quality fisheries through the activity planning process and monitoring system to maintain, improve, or enhance resource conditions associated with aquatic/riparian habitat (emphasis area A; BLM 1985).<br><br>Manage the following riparian areas to improve aquatic habitat: Roc, North Mesa, South Mesa, La Sal and Dry Creeks, and the east and west forks of Dry Creek Canyon (BLM 1985).<br><br>Invest wildlife funds for structural improvements and vegetation restoration projects to improve high-priority riparian habitat at the following drainages: Roc, North and South Mesa, La Sal, and Dry | **Action:**<br>Annually enhance, protect, or restore at least 5 miles of aquatic habitat, including modification or removal of special status fish migration barriers, in consultation with the CPW, and structural and vegetation improvements to benefit primarily nongame native species. | **Action:**<br>Annually improve at least 2 miles of aquatic habitat, including structural and vegetation improvements to benefit primarily game species and popular fisheries. | **Action:**<br>Pursue opportunities to enhance, protect, or restore native aquatic species habitats, in consultation with the CPW, including modification or removal of special status fish migration barriers and structural and vegetation improvements commensurate with other resource objectives. | **Action:**<br>Pursue opportunities to enhance, protect, or restore native aquatic species habitats, in consultation with the CPW, including modification or removal of special status fish migration barriers and structural and vegetation improvements commensurate with other resource objectives.<br><br>Quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired nonnative vertebrate species. |

25

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | Creeks (East and West Forks) (emphasis area B; BLM 1985). | | | | |
| 101. | **Action:**<br>Monitor, maintain, or improve known active fisheries habitat. Focus initially on the San Miguel and Dolores Rivers and their major tributaries. Improve aquatic habitat on these areas, listed in priority order:<br>● The upper San Miguel River and its tributaries (44 miles)<br>● The upper Dolores River and its tributaries (30 miles)<br>● The lower San Miguel River and its tributaries (20 miles)<br><br>Develop aquatic/riparian habitat management plans for these priority areas, including intensive monitoring plans (emphasis area B; BLM 1985). | **Action:**<br>Maintain or improve fisheries habitat where consistent with maintaining native species populations. Prioritize systems based on CPW conservation and management objectives. | **Action:**<br>Maintain or improve sports fisheries habitat where compatible with adjoining surface uses. | **Action:**<br>Same as Alternative B. | |
| 102. | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:**<br>STIPULATION TL-3: *Wildlife Native and Sport Fish*. Prohibit in-stream channel work within occupied fisheries as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following periods:<br>● Spring spawning period: April 1 to August 1 (rainbow trout, cutthroat trout, native warm water fish [flannelmouth sucker, bluehead sucker, and roundtail chub]), and Paiute and mottled sculpin<br>● Fall spawning period: October 1 to November 30 (brown and brook trout)<br><br>(Refer to Appendix B; Figure 2-25, Appendix A.) | **Allowable Use:**<br>STIPULATION TL-4: *Wildlife Coldwater Sport Fish*. Prohibit in-stream channel work within occupied fisheries as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following periods:<br><br>● Spring spawning period: April 1 to June 15 (rainbow and cutthroat trout)<br>● Fall spawning period: October 1 to November 30 (brown and brook trout)<br><br>(Refer to Appendix B; Figure 2-26, Appendix A.) | **Allowable Use:**<br>STIPULATION TL-5: *Wildlife Native and Sport Fish*. Prohibit in-stream channel work within occupied fisheries as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following period:<br>● Spring spawning period: April 1 to July 15 (native cutthroat trout, rainbow trout, and native warm water fish [flannelmouth sucker, bluehead sucker, and roundtail chub])<br><br>(Refer to Appendix B; Figure 2-27, Appendix A.) | |
| 103. | WILDLIFE – TERRESTRIAL | | | | |
| 104. | **Action:**<br>Key habitats include big game winter range, winter raptor concentration areas, bighorn sheep, pronghorn antelope, and aquatic/riparian habitats. Maintain and improve vegetation conditions. | **Action:**<br>Designate the following 242,580 acres as ecological emphasis areas (Figure 2-2, Appendix A) and manage to preserve the continuity of habitats, vegetation communities, and native wildlife within:<br>● Adobe Zones 1-4 (40,730 acres) | **Action:**<br>Designate the following 24,150 acres as ecological emphasis areas (Figure 2-3, Appendix A) and manage to preserve as much as possible the continuity of habitats, vegetation communities, and native wildlife within: | **Action:**<br>Designate the following 177,700 acres as ecological emphasis areas (Figure 2-4, Appendix A) and manage to preserve the continuity of habitats, vegetation communities, and native wildlife within, while following vegetation mosaic objectives: | **Action:**<br>Manage the following 90,050 acres as ecological emphasis areas (Figure 2-4, Appendix A) to preserve the continuity of habitats, vegetation communities, and native wildlife within, while following vegetation mosaic objectives: |

26

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | Protect, maintain, and enhance the following:<br>● Critical habitats for big game, upland game birds, and waterfowl<br>● Crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985)<br><br>Comply with the FLPMA to maintain, enhance, and protect fish habitat on public lands.<br><br>Manage 2,500 acres in CamelBack Ridge and Upper Roubideau Creek drainages along the southeastern portion of the Camel Back WSA to maintain the area's capability to support wintering deer, elk, and bighorn sheep. | ● Dry Creek Zones 1-5 (20,320 acres)<br>● Jumbo Mountain/McDonald Creek Zones 1-5 (17,220 acres)<br>● La Sal Zones 1-3 (22,350 acres)<br>● Monitor-Potter-Roubideau Zones 1-11 (27,320 acres)<br>● Naturita Canyon Zones 1- 4 (15,620 acres)<br>● Ridgway Zones 1-4 (16,700 acres)<br>● San Miguel Zones 1-7 (25,520 acres)<br>● Sims Mesa (19,650 acres)<br>● Spring Canyon (3,380 acres)<br>● Tabeguache Zones 1-10 (31,540 acres)<br>● Terror Creek (2,230 acres)<br><br>(Refer to Appendix D, Ecological Emphasis Areas, for an explanation of these areas.) | ● La Sal Zones 1 and 3 (13,270 acres)<br>● Monitor-Potter-Roubideau Zones 5, 6, 7, 10, and 11 (10,880 acres)<br><br>(Refer to Appendix D, Ecological Emphasis Areas, for an explanation of these areas.) | ● Adobe Zones 1, 3, and 4 (24,170 acres)<br>● Dry Creek Zones 1-3 (10,790 acres)<br>● Jumbo Mountain/McDonald Creek Zones 1-4 (15,630 acres)<br>● La Sal Zones 1-3 (22,350 acres)<br>● Monitor-Potter-Roubideau Zones 1-11 (27,320 acres)<br>● Naturita Canyon Zone 1 (1,510 acres)<br>● Ridgway Zones 1 and 2 (9,070 acres)<br>● San Miguel Zones 1, 2, 3, 5, and 7 (17,840 acres)<br>● Sims Mesa (19,650 acres)<br>● Spring Canyon (3,380 acres)<br>● Tabeguache Zones 1, 2, 4, 5, 6, 9, and 10 (23,760 acres)<br>● Terror Creek (2,230 acres)<br><br>(Refer to Appendix D, Ecological Emphasis Areas, for an explanation of these areas.) | ● Jumbo Mountain/McDonald Creek Zones 1-4 (15,630 acres)<br>● La Sal Zones 2 and 3 (12,490 acres)<br>● Monitor-Potter-Roubideau Zones  1-3, 8, and 10 (20,400 acres)<br>● Ridgway Zones 1 and 2 (9,070 acres)<br>● Sims Mesa (19,650 acres)<br>● Tabeguache Zones 2, 4, 5, 6, and 9 (12,810 acres)<br>(Refer to Appendix D, Ecological Emphasis Areas, for an explanation of these areas.) |
| 105. | Action:<br>No similar action in current RMPs. | Action:<br>Manage portions of the following ecological emphasis areas, totaling 186,080 acres, as ROW exclusion areas:<br>● Adobe Zone 1 (11,480 acres)<br>● Dry Creek Zones 1-4 (14,310 acres)<br>● Jumbo Mountain/McDonald Creek Zones 1-4 (15,630 acres)<br>● La Sal Zones 1-3 (22,350 acres)<br>● Monitor-Potter-Roubideau Zones 1-11 (27,320 acres)<br>● Naturita Canyon Zones 1-4 (15,620 acres)<br>● Ridgway Zones 1-4 (16,700 acres)<br>● San Miguel Zones 1-7 (25,520 acres)<br>● Spring Canyon (3,380 acres)<br>● Tabeguache Zones 1-10 (31,540 acres)<br>● Terror Creek (2,230 acres)<br><br>Manage portions of the following ecological emphasis areas, totaling 56,500 acres, as ROW avoidance:<br>● Adobe Zones 2-4 (29,250 acres)<br>● Dry Creek Zone 5 (6,000 acres)<br>● Jumbo Mountain/McDonald Creek Zone 5 (1,600 acres)<br>● Sims Mesa (19,650 acres) | Action:<br>Manage all ecological emphasis areas totaling 24,150 acres as ROW avoidance. | Action:<br>Manage all ecological emphasis areas totaling 177,700 acres as ROW avoidance areas. | Action:<br>Manage all ecological emphasis areas totaling 90,050 acres as ROW avoidance areas. |

27

BLM_0161236

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 106. | Allowable Use:<br>No similar allowable use in current RMPs, although this is partially addressed by other actions. | Allowable Use:<br>STIPULATION NSO-20/SSR-17: *Ecological Emphasis Areas*. Prohibit surface occupancy and use and apply SSR restrictions within portions of ecological emphasis areas (207,320 acres):<br>● Adobe Zone 1 (11,480 acres)<br>● Dry Creek Zones 1-4 (14,310 acres)<br>● Jumbo Mountain/McDonald Creek Zones 1-5 (17,220 acres)<br>● La Sal Zones 1-3 (22,350 acres)<br>● Monitor-Potter-Roubideau Zones 1-11 (27,320 acres)<br>● Naturita Canyon Zones 1-4 (15,620 acres)<br>● Ridgway Zones 1-4 (16,700 acres)<br>● San Miguel Zones 1-7 (25,520 acres)<br>● Sims Mesa (19,650 acres)<br>● Spring Canyon (3,380 acres)<br>● Tabeguache Zones 1-10 (31,540 acres)<br>● Terror Creek (2,230 acres).<br>(Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.)<br><br>Allowable Use:<br>STIPULATION CSU-17/SSR-18: *Ecological Emphasis Areas*. Surface occupancy or use may be restricted and SSR restrictions applied within portions of ecological emphasis areas, (35,250 acres):<br>● Adobe Zones 2-4 (29,250 acres)<br>● Dry Creek Zone 5 (6,000 acres)<br>(Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>STIPULATION CSU-17/ SSR-18: *Ecological Emphasis Areas*. Surface occupancy or use may be restricted and SSR restrictions applied within all ecological emphasis areas (24,150 acres). (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use:<br>STIPULATION CSU-17/ SSR-18: *Ecological Emphasis Areas*. Surface occupancy or use may be restricted and SSR restrictions applied within all ecological emphasis areas (177,700 acres). (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | STIPULATION CSU-17/ SSR-18: *Ecological Emphasis Areas*. Surface occupancy or use may be restricted and SSR restrictions applied within all ecological emphasis areas (90,050 acres). Special design, construction, and implementation measures, including reasonable relocation of operations or facilities by more than 200 meters (656 feet) to accommodate placement outside of core and corridor habitats to maintain connectivity for identified Primary Benefiting Species, may be required.<br>(Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 107. | Action:<br>Implement habitat improvement projects where necessary to stabilize and/or improve unsatisfactory or declining habitat conditions. Identify such projects through habitat management plans or coordinated resource management plans.<br><br>On 51,680 acres (management unit 2), manage vegetation to improve the areas' capabilities to support wintering deer, elk, and bighorn sheep populations. | Action:<br>Annually enhance or restore at least 500 acres of terrestrial habitat to benefit primarily native, nongame species, including birds, and to increase carrying capacity for native game species, emphasizing winter range and crucial habitat types. | Action:<br>Annually treat at least 3,000 acres of terrestrial habitat to increase carrying capacity for game species, including game birds, emphasizing winter range and crucial habitat types. | Action:<br>Restore, enhance, conserve, and promote aquatic and terrestrial species conservation and ecosystem integrity and values in consultation with the CPW. Emphasize the management of native species (mammals, reptiles, amphibians, birds, fish, invertebrates, and plants), including objectives and improvements for ensuring habitat diversity, productivity, viability, and natural processes throughout the ecosystem, and striving for stable, sustainable wildlife populations. | Action:<br>Restore, enhance, conserve, and promote aquatic and terrestrial species conservation and ecosystem integrity and values in coordination with the CPW. Emphasize the management of native species (mammals, reptiles, amphibians, birds, fish, invertebrates, and plants), including objectives and improvements for ensuring habitat diversity, productivity, viability, and natural processes throughout the ecosystem, and striving for stable, sustainable wildlife populations. |

28

BLM_0161237

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | **Develop habitat management plans and design land treatment projects and other facilities to improve the quality and quantity of winter habitat (management unit 2; BLM 1989a).**<br><br>**Maintain, improve, and enhance crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985).**<br><br>**Open the planning area to land treatments for wildlife and project facility development. Maintain existing wildlife facilities and land treatments (BLM 1989a). Maintain existing wildlife habitat projects on 121,710 acres (management unit 1; BLM 1989a).**<br><br>**On 83,630 acres (management units 3, 5, 8, 9, 13-15), maintain existing wildlife habitat projects and develop new projects if they will not decrease the woodland base (BLM 1989a).**<br><br>**In wildlife emphasis areas (22,410 acres) where livestock also graze, maintain an overall hiding cover-to-forage ratio of 40:60 for wildlife (BLM 1985).** | | | **Design land treatment projects and other facilities to improve the quality and quantity of wildlife habitats.** | **Design land treatment projects and other facilities to improve the quality and quantity of wildlife habitats.** |
| 108. | **Action:**<br>**Incorporate objectives to protect or improve aquatic habitat into allotment management plans and habitat management plans. Develop and implement needed habitat management plans and improvements, including monitoring plans. Habitat management plan development for aquatic species will be closely coordinated with CPW, the Forest Service, and, where appropriate, US DOI Fish and Wildlife Service (USFWS). Project development will require input from all resource programs to assess impacts through the environmental process (BLM 1985).**<br><br>**Subject to the availability of manpower and funds to complete necessary wildlife habitat** | **Action:**<br>**Develop a strategy with the CPW to achieve desired habitat conditions for native species and to achieve BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Review this strategy every five years.** | | | |

29

BLM_0161238