| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | improvements on 23,100 acres (emphasis area B), manage the habitat for current levels of deer and elk (20,000 and 1,600, respectively). Consider wildlife reductions in localized areas if vegetation resource monitoring indicates the need to maintain use within the carrying capacity. Share the reductions with domestic livestock, depending on monitoring results (BLM 1985). | | | | |
| 109. | Action: On 51,680 acres (management unit 2), give wildlife priority for all additional forage made available as a result of BLM habitat improvement (BLM 1989a).<br><br>Maintain wildlife forage allocations at current levels until studies determine adjustments are needed to achieve management directives. Divide additional forage allocations equally between wildlife and livestock grazing (management units 3, 5, 8, 9, 13-15; BLM 1989a). | Action: No similar action; this is addressed in the *Livestock Grazing* section. | | | |
| 110. | Action: On crucial (now termed "severe and winter concentration areas") deer and elk winter range (17,370 acres), give wildlife priority for forage allocations (management unit 7; BLM 1989a). | Action: No similar action; this has been completed. | | | |
| 111. | Action: Provide investments to enhance wildlife species that will benefit from uneven-aged timber management (emphasis area J; BLM 1985). | Action: No similar action; other actions address timber management. | | | |
| 112. | *Terrestrial Wildlife – Big Game (Mule Deer, Elk, Pronghorn, Antelope, Bighorn Sheep, Moose, Black Bear, Mountain Lion)*<br>Note: Bighorn sheep include both Rocky Mountain and desert subspecies, unless otherwise designated as one or the other. | | | | |
| 113. | Allowable Use: STIPULATION TL-CO-9 (BLM 1991a): *Big Game Species (Mule Deer, Elk, Pronghorn Antelope, and Bighorn Sheep).* Prohibit surface occupancy in big game crucial winter habitat (now termed "severe and winter concentration areas"), including severe big game winter range or other definable winter ranges as mapped by the | Allowable Use: STIPULATION TL-6: *Wildlife Big Game Winter.* Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game crucial winter habitat as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: crucial winter range, severe | Allowable Use: STIPULATION TL-7: *Wildlife Big Game Winter.* Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game crucial winter habitat as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by | Allowable Use: STIPULATION TL-8: *Wildlife Big Game Winter.* Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game crucial winter habitat as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by | Allowable Use: STIPULATION TL-8: *Wildlife Big Game Winter.* Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game crucial winter habitat as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: crucial winter range, severe |

BLM_0161239

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | CPW, from December 1 to April 30. (Refer to Appendix B; Figure 2-24, Appendix A.) | winter range, and winter concentration areas.<br>● Elk, mule deer, and pronghorn antelope: December 1 to April 30<br>● Moose: November 15 to May 30<br>● Rocky Mountain and desert bighorn sheep: November 1 to April 30<br><br>Some travel closures and restrictions may also apply in specific geographic areas. (Refer to Appendix B; Figure 2-25, Appendix A.) | the BLM: crucial winter range, severe winter range and winter concentration areas.<br>● Elk and mule deer: January 1 to March 31<br><br>(Refer to Appendix B; Figure 2-26, Appendix A.) | the BLM: crucial winter range, severe winter range and winter concentration areas.<br>● Elk, mule deer, pronghorn antelope, and moose: December 1 to April 30<br>● Rocky Mountain and desert bighorn sheep: November 1 to April 30<br>(Refer to Appendix B; Figure 2-27, Appendix A.) | winter range and winter concentration areas.<br>● Elk, mule deer, and moose: December 1 to April 15<br>● Pronghorn: Jan 1 to March 31<br>● Rocky Mountain and desert bighorn sheep: November 1 to April 15<br>(Refer to Appendix B; Figure 2-27, Appendix A.) |
| 114. | Allowable Use:<br>STIPULATION TL (BLM 1991a): *Big Game Birthing Areas (by Species)*. Restrict surface-disturbing activities in the following areas:<br>● Elk calving (now termed "production"): April 16 to June 30 (Stipulation: TL-CO-10 and TL-UB-05)<br>● Pronghorn antelope fawning: May 1 to July 15 (Stipulation: TL-CO-11)<br>● Rocky Mountain bighorn sheep lambing: May 1 to July 15 (Stipulation: TL-CO-12)<br>● Desert bighorn sheep lambing: March 16 to May 30 (Stipulation: TL-CO-14)<br><br>(Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use:<br>STIPULATION TL-9: *Wildlife Big Game Production*. Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game production areas as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM:<br>● Elk: May 15 to June 30<br>● Pronghorn antelope: May 1 to July 15<br>● Rocky Mountain bighorn sheep:<br>○ May 1 to July 15 for lambing range<br>○ October15 to December15 for rutting grounds<br>● Desert bighorn sheep:<br>○ March 15 to June 15 for lambing range<br>○ August 1 to September 30 for rutting grounds<br>● Moose: May 15 to July 15<br><br>Some travel closures and restrictions may also apply in specific geographic areas. (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use:<br>STIPULATION TL-10: *Wildlife Big Game Production*. Prohibit surface use and surface-disturbing activities during the following time period in big game production areas as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM:<br>● Elk: May 15 to June 15.<br>(Refer to Appendix B; Figure 2-26, Appendix A.) | Allowable Use:<br>STIPULATION TL-11: *Wildlife Big Game Production*. Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game production areas as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM:<br>● Elk, pronghorn antelope, Rocky Mountain bighorn sheep, and moose: April 15 to June 30<br>● Desert bighorn sheep: February 1 to May 1<br>(Refer to Appendix B; Figure 2-27, Appendix A.) | STIPULATION TL-11: *Wildlife Big Game Production*. Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game production areas as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM:<br>● Elk and moose: May 15 to June 30<br>● Desert bighorn sheep: February 28 to May 1<br>● Rocky Mountain bighorn sheep: April 15 to June 30.<br>(Refer to Appendix B; Figure 2-27, Appendix A.) |
| 115. | Allowable Use:<br>No similar allowable use in current RMPs. | Alternative B:<br>No similar allowable use. (There would not be a similar stipulation within | Alternative B.1 (North Fork area only):<br>Allowable Use:<br>STIPULATION NSO-21: *Mule Deer and Elk Habitat*. Prohibit surface occupancy | Allowable Use:<br>No similar allowable use. (There would not be a similar stipulation within mule deer and elk habitat.) | | |

BLM_0161240

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | mule deer and elk habitat). | in mule deer and elk crucial winter range, including severe winter range and winter concentration areas, and in elk reproduction areas. Also prohibit surface occupancy in big game migration corridors. (Refer to Appendix B; Figure 2-21, Appendix A.) | | | |
| 116 | **Action:** To protect elk calving areas, prohibit motorized and mechanized travel from May 15 to June 15 in the area. | **Action:** To protect elk calving areas, prohibit motorized and mechanized travel from April 15 to June 30 in elk production/calving areas. Add other areas as appropriate through future site-specific travel management analyses. Where needed, extend seasonal closures to include pedestrian or equestrian traffic. | **Action:** To protect elk calving areas, prohibit motorized and mechanized travel from May 15 to June 15 in elk production/calving areas. Add other areas as appropriate through future site-specific travel management analyses. Where needed, extend seasonal closures to include pedestrian or equestrian traffic. | **Action:** No similar action (there would not be similar motorized or mechanized restrictions in elk calving areas). | **Action:** To protect elk calving areas, prohibit motorized and mechanized travel from May 15 to June 30 in elk production/calving areas. Add other areas as appropriate through future site-specific travel management analyses. Where needed, extend seasonal closures to include pedestrian or equestrian traffic. |
| 117. | **Action:** Transplant bighorn sheep into the Winter Mesa area if they will not conflict with livestock. The objective is to reestablish this species in historically occupied habitat, increase total population numbers, and ensure species viability in the region (management unit 1; BLM 1989a). | **Action:** Allow for restoring wild sheep populations in suitable and historic wild sheep habitat not currently stocked with domestic sheep and goats. | **Action:** No similar action. (Restoration of wild sheep would not be pursued.) | **Action:** Allow for restoring wild sheep populations in areas where 1) the Domestic/Bighorn Sheep Probability of Interaction Assessment depicts existing sheep allotments are not at a high or moderate risk for disease transmission and 2) in suitable and historic wild sheep habitat not currently stocked with domestic sheep and goats. | **Action:** Allow for restoring wild sheep populations in areas where 1) the Domestic/Bighorn Sheep Risk of Contact (RoC) model, or currently accepted model depicts existing sheep allotments are not at a high or moderate risk for disease transmission and 2) in suitable and historic wild sheep habitat not currently stocked with domestic sheep and goats. |
| 118. | **Allowable Use:** No similar allowable use in current RMPs. | **Allowable Use:** STIPULATION CSU-18/SSR-19: Desert and Rocky Mountain Bighorn Sheep Summer Range. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied to reduce impacts of surface-disturbing activities and operations on bighorn sheep summer range. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Allowable Use:** No similar allowable use. (There would not be a stipulation.) | **Allowable Use:** Same as Alternative B. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | **Allowable Use:** STIPULATION CSU-18/SSR-19: *Desert and Rocky Mountain Bighorn Sheep Summer Range.* Surface occupancy or use may be restricted, relocated, or prohibited and SSR restrictions applied to reduce impacts of surface-disturbing activities and operations on bighorn sheep summer range. Special design, construction, and implementation measures, including relocation of operations by more the 200 meters (656 feet) from bighorn sheep, their crucial habitats, or specific habitat features (656 feet), may be |

32

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | | | required. Specific habitat features may include, but are not limited to, water areas, mineral licks, and lambing areas. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) |
| 119. | | *Refer to the Livestock Grazing section for information on domestic sheep grazing.* | | | |
| 120. | Action: Allow for introduction of bighorn sheep and river otters in Dolores River and the Dolores River Canyon WSA (emphasis areas C and D; BLM 1985). | Action: No similar action; this is addressed by other actions. | | | |
| 121. | Action: In big game winter range (emphasis area B), limit the width of vegetation openings to approximately 150 to 200 yards (BLM 1985). | Action: No similar action; this is addressed by other actions (a habitat management strategy and vegetation mosaic objectives would be developed from other actions). | | | |
| 122. | *Terrestrial Wildlife – Raptors* | | | | |
| 123. | *Refer to the Special Terrestrial Wildlife – Raptors section* | | | | |
| 124. | *Terrestrial Wildlife – Upland Game Birds (Wild Turkey)* | | | | |
| 125. | Allowable Use: No similar allowable use in current RMPs, although this is partially addressed for some species, areas, or situations. | Allowable Use: STIPULATION TL-12: *Wildlife Turkey.* Prohibit surface use and surface-disturbing and disruptive activities within wild turkey habitat (as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM) during the following time period:<br>● Wild turkey winter habitat from December 1 to April 1.<br>(Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use: No similar allowable use. (There would not be a TL stipulation.) | Allowable Use: Same as Alternative B. (Refer to Appendix B; Figure 2-27, Appendix A.) | |
| 126. | *Terrestrial Wildlife – Migratory Birds* | | | | |
| 127. | Action: No similar action in current RMPs. | Action: Use adaptive management to conserve and avoid impacts on populations of Birds of Conservation Concern, Partners-in-Flight priority species, and other species of concern. | | | |
| 128. | Allowable Use: Avoid large-scale disrupting land use activities, such as surface disturbance, from May 15 to July 15 in migratory bird habitats. Focus these protection efforts on USFWS Birds of Conservation Concern. | Allowable Use: STIPULATION TL-13: *Wildlife Migratory Bird.* Prohibit surface use and surface-disturbing and disruptive activities, including vegetation-altering projects, on lands where nesting migratory birds are present during the following time period: April 1 to July 15. (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use: No similar allowable use. (There would not be a TL stipulation.) | Allowable Use: Same as Alternative B. (Refer to Appendix B; Figure 2-27, Appendix A.) | |
| 129. | Action: No similar action in current RMPs. | Action: | | | Action: |

33

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | Apply appropriate restrictions and mitigation to minimize impacts on migratory birds. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and other conservation priority habitats. This is to protect breeding and nesting migratory bird species and to comply with the Migratory Bird Treaty Act of 1918. | | | Using best available science, apply appropriate restrictions and mitigation to minimize impacts on migratory birds. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and other conservation priority habitats. This is to protect breeding and nesting migratory bird species and to comply with the Migratory Bird Treaty Act of 1918. |
| 130. | SPECIAL STATUS SPECIES | | | | |
| 131. | SPECIAL STATUS SPECIES – GENERAL | | | | |
| 132. | GOAL: Protect and enhance special status species and habitats to promote their conservation, recovery, and persistence. | | | | |
| 133. | Objective: Maintain or improve historically occupied or potentially suitable threatened and endangered species habitat. Maintain or improve habitat for sensitive plant species and wildlife species of high federal interest (emphasis area A; BLM 1985). Require in all land use activity plans measures designed to protect threatened and endangered species and their habitat (BLM 1989a). Protect, maintain, and enhance crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985). | Objective: Restore and enhance special status species and habitats. Preserve and promote special status species conservation. Prohibit any activity that would have measurable impacts on subpopulations, populations, or habitats over the short or long term. Prohibit land use activities in specific areas. Manage all federally threatened, endangered, candidate, and BLM sensitive species as key/priority species. | Objective: Maintain special status terrestrial and aquatic species populations and habitats. Maintain special status plant populations and habitats while maximizing land use activities and commodity production. Provide reasonable exceptions to restrictions to facilitate land use and development. Manage all federally threatened, endangered, and candidate species as key/priority species. | Objective: Restore, enhance, preserve, and promote special status species (aquatic and terrestrial) conservation and ecosystem integrity and values. Emphasis is on special status species habitat and population (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring population and habitat diversity, productivity, viability, and natural processes throughout the ecosystem(s). Design land treatment projects and other facilities to improve the quality and quantity of special status species (aquatic and terrestrial) habitats. Protect endangered species and migratory birds to the extent required by the Endangered Species Act and the Migratory Bird Treaty Act of 1918. | Objective (See also Vegetation and Water Quality Objectives): Restore, enhance, preserve, and promote special status species (aquatic and terrestrial) conservation and ecosystem integrity and values. Emphasis is on special status species habitat and population (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring population and habitat diversity, productivity, viability, and natural processes throughout the ecosystem, and striving for stable, sustainable wildlife populations. Manage all federally threatened, endangered, candidate, and BLM sensitive species as key/priority species. Provide for effective special status species habitat throughout the planning area with abundance and distribution commensurate with the capability of the land to sustain special status species populations. Habitat continuity and travel corridors exist and persist to facilitate species movement and establishment into newly suitable areas as a result of changing habitats. Utilize current conservation (recovery) plans, agreements, and strategies, including state habitat and species management and |

34

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|------------------------------|
| | | | | | action plans to direct management. (See Section 1.7, Related Plans, bullet 1.7.4 for examples of other plans.)<br><br>Design land treatment projects and other facilities to improve the quality and quantity of special status species (aquatic and terrestrial) habitats. Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. |
| 134. | Action:<br>No similar action in current RMPs. | Action:<br>Recognize the following as key/priority habitats for special status terrestrial wildlife:<br>• Major perennial rivers<br>• Mixed conifer and aspen<br>• Riparian areas<br>• Salt-desert<br>• Sagebrush<br>• Cliff and canyon areas<br><br>Recognize the following priority habitats for special status fish and aquatic wildlife:<br>• Perennial water sources<br>• Riparian areas<br>• Intermittent streams and ponds<br>• Ephemeral/seasonal waters<br><br>Recognize USFWS-designated critical habitats as key/priority areas. | Action:<br>Recognize the following as key/priority habitats for special status terrestrial wildlife:<br>• Major perennial rivers<br>• Riparian areas<br><br>Recognize the following priority habitats for fish and aquatic wildlife:<br>• Perennial water sources<br>• Riparian areas | Action:<br>Recognize the following as key/priority habitats for special status terrestrial wildlife:<br>• USFWS-designated critical habitats<br>• Occupied and suitable habitat for USFWS endangered, threatened, proposed, and candidate species<br>• Occupied and suitable habitat for BLM sensitive species | |
| 135. | Action:<br>Allow authorization of supplemental releases and reintroduction of federal and state-listed endangered, threatened, and candidate species following environmental analysis and consultation with USFWS, CPW, and other affected parties (emphasis area A; BLM 1989a). | Action:<br>No similar action (allowed by policy and law). | | | |
| 136. | Action:<br>No similar action in current RMPs. | Action:<br>Pursue opportunities to enhance, protect, or restore federally threatened and endangered species habitats, including structural and vegetation improvements. | Action:<br>Pursue opportunities to improve habitat, including structural and vegetation improvements, to benefit primarily game species and popular fisheries. Consider projects that would also enhance nongame species. | Action:<br>Pursue opportunities to enhance, protect, or restore federally threatened and endangered species habitats. | |

35

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 137. | **Action:** Maintain species of special importance to maintain viable population levels (emphasis area L; BLM 1989a). | **Action:** Manage for sensitive species that are recognized by the State but not the BLM, endemic, rare, or imperiled species or those species otherwise important to achieve resource goals and to prevent the need to protect them under BLM sensitive species designation or federal listing. | **Action:** No similar action. (Sensitive species are not a key/priority species under this alternative.) | **Action:** Promote BLM-sensitive species conservation to reduce the likelihood and need for species to be listed pursuant to the Endangered Species Act (BLM Manual 6840). | |
| 138. | **Allowable Use:** **LEASE NOTICE LN-CO-34 (BLM 1991a):** *Endangered Species Act Section 7 Consultation.* The lease area may now or hereafter contain plants, animals, or their habitats determined to be threatened or endangered or other special status species. The BLM may recommend modifications to exploration and development proposals to further its conservation and management objective to avoid a BLM-approved activity that would contribute to a need to list such a species or its habitat. The BLM may require modifications to or may disapprove proposed activity that is likely to jeopardize the continued existence of a proposed or listed threatened or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act as amended, 16 United States Code (USC) 1531, et seq., including completion of any required procedure for conference or consultation. (Refer to Appendix B.)

**Allowable Use:** **LEASE NOTICE LN-UFO-2:** *Special Status Plants.* The lease area is known to contain populations of endangered plants and may hereafter contain other species protected under the Endangered Species Act or other special status species. To avoid impacts on endangered, threatened, proposed species, | **Action:** Attach the following standard stipulations to any BLM-issued permit in which there may be surface-disturbing activities:<br>● To avoid impacts on federally listed threatened, endangered, proposed, or candidate species or designated critical habitat and BLM special status species: project proponents, lessees, operators, and ROW holders must contact the BLM before any surface-disturbing activities. Additional inventories may be required to ensure that there are no protected species on the proposed disturbance sites. The BLM may recommend, require modifications to, or disapprove proposed activities to avoid an activity that may affect a federally listed or BLM-sensitive species. Modification or disapproval may also be required on a proposed activity that is likely to jeopardize the continued existence of a proposed or listed threatened or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. This could include completion of any required conference or consultation with USFWS. | | | |

BLM_0161245

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | designated critical habitat, or BLM special status species, lessees must contact the UFO before any surface activities associated with this lease. The lessee may also be required to conduct additional inventories to ensure that there are no protected species on the proposed disturbance sites. The BLM may recommend modifications to exploration and development proposals to avoid impacts on any species listed under the Endangered Species Act or proposed for listing under the Endangered Species Act or designated or proposed critical habitat. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act, as amended, 16 USC 1531 et seq. This could include completing any required conference or consultation with the USFWS. Additionally, project modifications may be required to avoid impacts on BLM-sensitive species. (Refer to Appendix B.) | | | | |
| 139. | **Action:** Conduct on-site biological surveys by qualified individuals (BLM 1991a). | **Action:** To protect key wildlife species, special status species, and their habitats, surveys conducted by qualified individuals may be required during the period appropriate to the species and before surface disturbance, habitat treatments, or similar activities. | | | |
| 140. | **Action:** No similar action in current RMPs. | **Action:** Designate occupied habitat of known populations of federally threatened and endangered species as ROW exclusion. | **Action:** Designate occupied habitat of known populations of federally threatened and endangered species as ROW avoidance. Surveys may be required before surface disturbance. | | |
| 141. | *SPECIAL STATUS PLANTS* | | | | |
| 142. | **Allowable Use:** No similar allowable use in current RMPs. | **Allowable Use:** Close all federally threatened, endangered, proposed, and candidate plant species' occupied habitat (plant with a 200 meter/656 foot buffer) to mineral materials disposal and non-energy solid mineral leasing. | **Allowable Use:** Close all federally threatened, endangered, and proposed plant species' occupied habitat (plant with a 200 meter/656 foot buffer) to mineral materials disposal and non-energy solid mineral leasing. | | |
| 143. | **Allowable Use:** Promote BLM-sensitive plant conservation and reduce the likelihood and need for species to be listed pursuant to the Endangered Species Act (BLM Manual 6840). | **Allowable Use:** Prohibit any land use that would damage, injure, or remove a sensitive plant element occurrence or subpopulation. Also prohibit any activity that would detrimentally alter connectivity between subpopulations. | **Allowable Use:** Prohibit any land use activity that would damage, injure, or remove more than 10 percent of a sensitive plant element occurrence or subpopulation, either by total number of individual plants or acres of occupied habitat within the activity area. Prohibit more than 10 percent cumulative | **Allowable Use:** STIPULATION CSU-19/ SSR-20: *BLM Sensitive Plant Species.* Surface occupancy or use may be restricted and SSR restrictions applied within 100 meters (328 feet) of BLM-sensitive plant species. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain sensitive plant species. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |

37

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | disturbance of sensitive plant element occurrences or subpopulations at any one time. | | |
| 144. | Allowable Use:<br>STIPULATION NSO-UB-2 (BLM 1989a): *Threatened, Endangered, Candidate, and Sensitive Plant Areas.* Prohibit surface occupancy in the Fairview South ACEC/Research Natural Area to protect the threatened, endangered, candidate, and sensitive plants and their potential habitat. (Refer to Appendix B; Figure 2-19, Appendix A.)<br><br>STIPULATION NSO-CO-8 (BLM 1991a): *Special Status Plant Species.* Prohibit surface occupancy in special status plant species habitat (including federally listed and proposed species for listing and candidate species). (Refer to Appendix B; Figure 2-19, Appendix A.) | Allowable Use:<br>STIPULATION NSO-22/NGD-8: *Plant ESA-Listed Species.* Prohibit surface occupancy and use and apply NGD restrictions within a 200-meter (656-foot) buffer of the edge of habitat of federally listed, proposed, or candidate threatened or endangered plant species as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would not be a stipulation.) | Allowable Use:<br>STIPULATION CSU-20/ SSR-21: *Plant ESA-Listed Species.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for federally listed, proposed, or candidate threatened or endangered plant species as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.<br><br>An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered plant species by siting or prioritizing vegetation clearing, facility placement, and concentrated operational activities (e.g., drilling, completion, and utility installation).<br><br>The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Allowable Use:<br>STIPULATION NSO-22/SSR-21: *Plant ESA-Listed Species.* Prohibit surface occupancy and use and apply SSR restrictions within a 200-meter (656-foot) buffer of the edge of habitat of federally listed, proposed, or candidate threatened or endangered plant species as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A; See glossary for definitions of clay-loving wild buckwheat and Colorado hookless cactus habitats.) |

BLM_0161247

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| 145. | **Action:** Protect sensitive plant species in the Coyote Wash area of Dolores Canyon (emphasis area D; BLM 1985). | **Action:** No similar action; this is addressed by other actions that protect sensitive plants. | | | | |
| 146. | | | | *SPECIAL STATUS FISH AND AQUATIC WILDLIFE* Add "Also see WILDLIFE – FISH AND AQUATIC" | | |
| 147. | **Action:** No similar action in current RMPs. | **Action:** Partner with CPW, Forest Service, USFWS, and others to remove nonnative trout and other fishes from occupied native cutthroat trout habitat. | | **Action:** No similar action. (Nonnative trout and other fishes would not be removed from occupied native cutthroat trout habitat.) | **Action:** Same as Alternative B. | |
| 148. | **Allowable Use:** No similar allowable use in current RMPs. | **Allowable Use:** STIPULATION NSO-23/NGD-9: *Wildlife ESA-Listed Species (Occupied Federally Listed Fish Habitat).* Prohibit surface occupancy and use and apply NGD restrictions within 1.0 mile of federally listed fish occupied habitat as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | **Allowable Use:** No similar allowable use. (There would not be a stipulation.) | **Allowable Use:** STIPULATION NSO-24/ SSR-22: *Wildlife ESA-Listed Species (Occupied Federally Listed Fish Habitat).* Prohibit surface occupancy and use and apply SSR restrictions within 2,500 feet of the ordinary high-water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 149. | **Allowable Use:** No similar allowable use in current RMPs. | **Alternative B:** **Allowable Use:** STIPULATION CSU-21/SSR-23: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 0.25-mile of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-20 and | **Alternative B.1 (North Fork area only):** **Allowable Use:** STIPULATION NSO-25: *Occupied Native Cutthroat Trout Habitat.* Prohibit surface occupancy within 0.50-mile of stream segments occupied by native cutthroat trout. (Refer to Appendix B; Figure 2-21, Appendix A.) | **Allowable Use:** STIPULATION CSU-22/ SSR-24: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | | **Allowable Use:** STIPULATION NSO-26/ SSR-25: *Occupied Native Cutthroat Trout Habitat.* Prohibit surface occupancy and use and apply SSR restrictions within 325 feet of the edge of the ordinary high-water mark (bank-full stage) of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) **Allowable Use:** STIPULATION CSU-23/ SSR-26: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied between 325 and 500 feet from occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

BLM_0161248

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | | 2-29, Appendix A.) | | | | |
| 150 | Allowable Use:<br>No similar allowable use in current RMPs. | Alternative B:<br>Allowable Use:<br>No similar allowable use. (There would not be a similar stipulation for northern leopard frog). | Alternative B.1 (North Fork area only):<br>Allowable Use:<br>STIPULATION NSO-27: *Northern Leopard Frog Breeding Sites*. Prohibit surface-occupancy within 0.25-mile of northern leopard frog breeding sites. (Refer to Appendix B; Figure 2-21, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would not be a similar stipulation for northern leopard frog.) | | |
| 151. | | | *SPECIAL STATUS TERRESTRIAL WILDLIFE* | | | |
| 152. | Action:<br>Develop habitat management plans for key species and their related habitat. Several key habitats in which plans might be developed are winter raptor concentration areas, aquatic/riparian habitats, and threatened and endangered species habitat. Closely coordinate development of habitat management plans for terrestrial and aquatic species with CPW, Forest Service, and, where appropriate, USFWS (BLM 1985). | Action:<br>No similar action; this is addressed by the Objective. | | | | |
| 153. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>STIPULATION NSO-28/NGD-10: *Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat)*. Prohibit surface occupancy and use and apply NGD restrictions within habitat for federally listed wildlife and bird species, except for Canada lynx and yellow-billed cuckoo, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | Allowable Use:<br>STIPULATION CSU-24/ SSR-27: *Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat)*. Surface occupancy or use may be restricted or prohibited within habitat for federally listed, proposed, or candidate threatened or endangered wildlife and bird species (except for Canada lynx), as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to | Allowable Use:<br>STIPULATION NSO-29/SSR 28: *Federally Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat)*. Prohibit surface occupancy and use and apply SSR restrictions within habitat for federally listed, proposed, or candidate threatened or endangered wildlife and bird species, except for Canada lynx, Mexican spotted owl, and yellow-billed cuckoo, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Allowable Use:<br>STIPULATION NSO-29/SSR 28: *ESA Federally Listed Species*. Prohibit surface occupancy and use and apply SSR restrictions within habitat for species designated as federally listed, proposed, or candidate threatened or endangered species. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

40

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | | |
| 154. | *Special Status Terrestrial Wildlife – Yellow Billed Cuckoo* | | | | |
| 155. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION NSO-30/ NGD-11:** *Wildlife ESA-Listed Species (Yellow-Billed Cuckoo Habitat).* Prohibit surface occupancy and use and apply NGD restrictions in yellow-billed cuckoo habitat. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: **STIPULATION TL-14:** *Yellow-Billed Cuckoo Habitat.* Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of yellow-billed cuckoo habitat within riparian areas from May 15 to August 5. (Refer to Appendix B; Figure 2-26, Appendix A.) | **STIPULATION CSU-25/ SSR-29:** Wildlife ESA-Listed Species (Yellow-Billed Cuckoo Habitat). Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: within yellow-billed cuckoo habitat. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.<br><br>An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that | **STIPULATION CSU-25/ SSR-29:** Wildlife ESA-Listed Species (Yellow-Billed Cuckoo Habitat). Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: within yellow-billed cuckoo habitat. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.<br><br>The lease area may now or hereafter contain habitat for wildlife listed as threatened or endangered or identified as candidates for listing under the ESA. An inventory of |

BLM_0161250

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | | demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. **(Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)** | habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. **(Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)** |
| 156. | *Special Status Terrestrial Wildlife – Desert Bighorn Sheep* | | | | |
| 157. | Refer to the *Terrestrial Wildlife – Big Game (Mule Deer, Elk, Pronghorn Antelope, Bighorn Sheep, Moose, Black Bear, and Mountain Lion)* section. | | | | |
| 158. | **Action:** Make habitat available in the Camel Back-Roubideau Creek area for possible introduction of desert bighorn sheep to increase population numbers and genetic diversity (management unit 1; BLM 1989a). | **Action:** No similar action; this action has been completed. | | | |
| 159. | *Special Status Terrestrial Wildlife – Canada Lynx* | | | | |
| 160. | **Action:** No similar action in current RMPs. | **Action:** Follow management actions from the most current Canada Lynx Management Plan approved by USFWS. | | | |
| 161. | **Allowable Use:** No similar allowable use in current RMPs. | **Allowable Use:** STIPULATION CSU-26/SSR-30: *Wildlife ESA-Listed Species (Canada Lynx Habitat).* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally | **Allowable Use:** No similar allowable use. (There would not be a stipulation.) | **Allowable Use:** STIPULATION: CSU-27/ SSR-31: *Wildlife ESA-Listed Species (Canada Lynx Habitat).* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the | |

BLM_0161251

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|--------------|---------------|---------------|---------------|----------------------------|
| | | listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: in mapped or identified Canada lynx habitat in Lynx Analysis Units and to any activities that would negatively alter connectivity between and within Lynx Analysis Units. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | BLM: in mapped or identified Lynx Linkage Corridors and Canada lynx habitat within Lynx Analysis Units and to any activities that would negatively alter connectivity between and within Lynx Analysis Units. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

43

BLM_0161252

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 162. | | | *Special Status Terrestrial Wildlife – Gunnison Sage-Grouse* | | |
| 163. | Allowable Use:<br>STIPULATION TL-CO-15 (BLM 1991a): *Grouse.* Prohibit surface occupancy and surface-disturbing activities in grouse (sage-grouse and mountain sharp-tailed grouse) crucial winter habitat (now termed "severe and winter concentration areas") from December 16 to March 15. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use:<br>STIPULATION TL-15: *Gunnison Sage-Grouse Winter Habitat.* Prohibit surface use and surface-disturbing and disruptive activities within occupied winter habitat for Gunnison sage-grouse from October 1 to March 15. If winter habitats are not mapped or identified, this stipulation would apply to the entire area within 6.0 miles of leks (courtship areas). (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would not be a TL stipulation.) | Allowable Use:<br>STIPULATION TL-16: *Gunnison Sage-Grouse Winter Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in mapped important Gunnison sage-grouse winter range, as defined by the BLM and CPW, from December 1 to March 15. (Refer to Appendix B; Figure 2-27, Appendix A.) | Allowable Use:<br>STIPULATION TL-16: *Gunnison Sage-Grouse Winter Habitat*<br>Prohibit surface use and surface-disturbing and disruptive activities in mapped important Gunnison sage-grouse winter habitat, including, but not limited to, all USFWS designated critical habitat and areas also defined by the BLM, USFWS, and CPW, from December 1 to March 15. (Refer to Appendix B; Figure 2-27, Appendix A. |
| 164. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>STIPULATION TL-17: *Gunnison Sage-Grouse Breeding (Non-lek) Habitat.* Prohibit surface use and surface-disturbing and disruptive activities within 6.0 miles of Gunnison sage-grouse leks from March 1 to June 30. (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would not be a TL.) | Allowable Use:<br>STIPULATION TL-18: *Gunnison Sage-Grouse Breeding (Lek and Non-Lek) Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in suitable habitat that is within mapped nesting habitat or within 4.0 miles of active Gunnison sage-grouse leks (if nesting habitat is not mapped) from March 1 to June 30. (Refer to Appendix B; Figure 2-27, Appendix A.) | Allowable Use:<br>STIPULATION TL-18: *Gunnison Sage-Grouse Breeding Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in USFWS designated occupied critical habitat, nesting habitat mapped and defined by the BLM, USFWS, and CPW, or within 4.0 miles of active Gunnison sage-grouse leks (if nesting habitat is not mapped) from March 1 to June 30. (Refer to Appendix B; Figure 2-27, Appendix A.) |
| 165. | Allowable Use:<br>STIPULATION NSO-CO-2 (BLM 1991a): *Grouse.* Prohibit surface occupancy within a 0.25-mile radius of a lek site for grouse (sage-grouse, mountain sharp-tailed grouse, and lesser and greater prairie chickens). (Refer to Appendix B; Figure 2-19, Appendix A.) | Allowable Use:<br>NO LEASING NL-10: *Gunnison Sage-Grouse Critical Habitat and Breeding (Lek) Habitat.* Close to fluid mineral leasing and geophysical exploration all Gunnison sage-grouse critical habitat and all Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius). When existing leases expire, do not offer to lease Gunnison sage-grouse critical habitat, as defined by BLM, CPW, and USFWS. (Refer to Appendix B; Figure 2-20, Appendix A.) | Allowable Use:<br>STIPULATION NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding (Lek) Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius). (Refer to Appendix B; Figures 2-22 and 2-30 [Alternative C] and 2-23 and 2-31 [Alternative D], Appendix A.) | | Allowable Use:<br>STIPULATION NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in USFWS Gunnison sage-grouse occupied critical habitat and non-designated occupied breeding habitat as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). (Refer to Appendix B; Figures 2-22 and 2-30 [Alternative C] and 2-23 and 2-31 [Alternative D], Appendix A.) |
| 166. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>STIPULATION NGD-12: *Gunnison Sage-Grouse Breeding (Lek) Habitat.* Prohibit surface-disturbing activities in all Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius), as defined by BLM and CPW. (Refer to Appendix B; Figure 2-29, Appendix A.) | Allowable Use:<br>STIPULATION NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding (Lek) Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius). (Refer to Appendix B; Figures 2-22 and 2-30 [Alternative C] and 2-23 and 2-31 [Alternative D], Appendix A.) | | Allowable Use:<br>STIPULATION NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in USFWS Gunnison sage-grouse occupied critical habitat and non-designated occupied breeding habitat as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). (Refer to Appendix B; Figures 2-22 and 2-30 |

44

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | | | | | | [Alternative C] and 2-23 and 2-31 [Alternative D], Appendix A.) |
| 167. | Allowable Use: LEASE NOTICE LN-CO-30 (BLM 1991a): *Grouse.* In order to protect nesting grouse species, surface-disturbing activities proposed from March 1 to June 30 will be relocated, consistent with lease rights granted and Section 6 of standard lease terms, out of grouse nesting habitat. Sage-grouse nesting habitat is described as sage stands with sagebrush plants between 30 and 100 centimeters in height and a mean canopy cover between 15 and 40 percent (BLM 1991a). (Refer to Appendix B.) | Alternative B: Allowable Use: NO LEASING NL-10: *Gunnison Sage-grouse Critical Habitat and Breeding (Lek) Habitat.* (See NL-10, above.) STIPULATION NSO-32/NGD-13: *Gunnison Sage-grouse Breeding (Non-Lek) Habitat.* Prohibit surface occupancy and use and apply NGD restrictions within 4.0 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Alternative B.1 (North Fork area only): Allowable Use: STIPULATION NSO-33: *Gunnison Sage-grouse Habitat.* Prohibit surface occupancy within 4.0 miles of any known lek, and within mapped Gunnison sage-grouse breeding, summer, and winter habitat outside of the 4.0-mile buffer. (Refer to Appendix B; Figure 2-21, Appendix A.) | Allowable Use: STIPULATION CSU-28/ SSR-33: *Gunnison Sage-Grouse Breeding (Non-Lek) Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in suitable habitat that is within 4.0 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat. To the degree possible, avoid construction of permanent structures or facilities. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use: STIPULATION CSU-29/ SSR-34: *Gunnison Sage-Grouse Breeding (Non-Lek) Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in suitable habitat that is within 4.0 miles of a lek to protect Gunnison sage-grouse mapped seasonal habitats (non-lek breeding, late brood-rearing, and winter habitat) or suitable sagebrush habitat. Conservation measures may be imposed as necessary to maintain high-quality Gunnison sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to sage-grouse use in the area. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Allowable Use: STIPULATION CSU-29/ SSR-34: *Gunnison Sage-Grouse Potential Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in USFWS Gunnison sage-grouse unoccupied critical habitat or to protect Gunnison sage-grouse mapped potential habitats as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). Conservation measures may be imposed as necessary. Special design, construction, and implementation measures, including relocation of operations from identified habitat features (e.g., seeps or relatively mesic zones critical to brood rearing) to maintain high-quality Gunnison sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to sage-grouse use in the area. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 168. | Action: No similar action in current RMPs. | Action: Manage Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius) and critical habitat as ROW exclusion (12,840 acres). | | Action: No similar action. | Action: Same as Alternative B. | Action: Manage Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius) (1,330 acres) as ROW exclusion and critical habitat as ROW avoidance (12,840 acres). |
| 169. | *Raptors* | | | | | |
| 170. | This section includes both special status raptors and non-special status raptors (from the Terrestrial Wildlife – Raptors section). Special status raptors, including Birds of Conservation Concern, are Mexican spotted owl, peregrine falcon, northern goshawk, ferruginous hawk, burrowing owl, bald eagle, golden eagle, prairie falcon, and flammulated owl. | | | | |

BLM_0161254

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | Non-special status raptors are American kestrel, osprey, red-tailed hawk, Swainson's hawk, Cooper's hawk, sharp-shinned hawk, rough-legged hawk, northern harrier, merlin, barn owl, boreal owl, northern pygmy owl, northern saw-whet owl, short-eared owl, western screech owl, and great-horned owl. | | | | | |
| 171. | Allowable Use:<br>STIPULATION TL-CO-18 (BLM 1991a): *Raptor Nesting and Fledgling Habitat (Golden Eagle, Accipiters, Falcons [except the Kestrel], Buteos, and Owls)*. Prohibit surface occupancy and use within 0.25-mile of a nest site from February 1 to August 15. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use:<br>STIPULATION TL-CO-20 (BLM 1991a): *Osprey Nesting and Fledgling Habitat*. April 1 to August 31. The sensitivity of osprey to human associated disturbance activities requires a half-mile buffer zone to avoid nest abandonment. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use:<br>STIPULATION TL-CO-22 (BLM 1991a): *Bald Eagle Nesting Habitat*. Prohibit surface use within 0.5-mile of a nest site from December 15 to June 15. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use:<br>STIPULATION TL-CO-24 (BLM 1991a): *Peregrine Falcon Cliff Nesting Complex*. Prohibit surface use within 0.5-mile of peregrine falcon cliff nesting complex from March 16 to July 31. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use:<br>STIPULATION TL-CO-19 (BLM 1991a): *Ferruginous Hawk*. Prohibit use within 1.0 mile of nesting and fledgling habitat from February 1 to August 15. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use:<br>STIPULATION TL-19: *Raptor Breeding and Nesting Sites*. Prohibit surface use and surface-disturbing and disruptive activities as follows:<br>● Special Status Raptors: Within 0.5-mile of active special status raptor nest sites and associated alternate nests from nest territory establishment to dispersal of young from nest (see Appendix B, Table B-8, Raptor Species Breeding Periods)<br>● Non-Special Status Raptors (*except American kestrel*): Within 0.25-mile of active raptor nest sites and associated alternate nests from nest territory establishment to dispersal of young from nest (see Appendix B, Table B-8, Raptor Species Breeding Periods)<br>(Refer to Appendix B; Figure 2-25, Appendix A.) | | Allowable Use:<br>No similar allowable use. (There would not be a TL stipulation.) | Allowable Use:<br>STIPULATION TL-20: *Wildlife Sensitive Raptor Nest*. Prohibit surface use and surface-disturbing and disruptive activities within an 805-meter (0.50-mile) radius of active raptor nests as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following time periods, or until fledging and dispersal of young:<br>● Bald Eagle: November 15 to July 31<br>● Golden Eagle: December 15 to July 15<br>● Ferruginous Hawk: February 1 to August 15<br>● Peregrine and Prairie Falcon: March 15 to July 31<br>● Northern Goshawk: March 1 to August 31<br>● Burrowing Owl: March 15 to August 15<br><br>*Wildlife Raptor Nest*. Prohibit surface use within a 402-meter (0.25-mile) radius of active raptor nests as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following time period(s), or until fledging and dispersal of young:<br>● Osprey: April 1 to August 31<br>● Red-Tailed Hawk: February 15 to August 15<br>● Swainson's Hawk, Cooper's Hawk, Sharp-Shinned Hawk, and Northern Harrier: April 1 to August 15<br>● Great Horned Owl: February 1 to August 15<br>● Other Owls and Raptors (Excluding Kestrel): March 1 to August 15<br>(Refer to Appendix B; Figure 2-27, Appendix A.) | |
| 172 | Allowable Use:<br>STIPULATION NSO-CO-3 (BLM 1991a): *Raptors (Golden Eagle, Osprey, Accipiters, Falcons [Except Kestrel], Buteos, and Owls)*. Prohibit surface occupancy and use within | Alternative B:<br>Allowable Use:<br>STIPULATION NSO-34/NGD-14: *Raptor Nest Sites*. | Alternative B.1 (North Fork area only):<br>Allowable Use:<br>STIPULATION NSO-35: *Bald Eagle, Golden* | Allowable Use:<br>STIPULATION CSU-31: *Raptor Nest Sites*.<br>● Special Status Raptors: Apply CSU restrictions within the following areas: | Allowable Use:<br>STIPULATION NSO-36/ SSR-36: *Raptor Nest Sites (Except Mexican Spotted Owl)*.<br>Prohibit surface occupancy and use and apply SSR restrictions in the following areas: | |

46

BLM_0161255

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | 0.125-mile of nest sites. (Refer to Appendix B; Figure 2-19, Appendix A.)<br><br>Allowable Use:<br>STIPULATION NSO-CO-4 (BLM 1991a): *Bald Eagle.* Prohibit surface occupancy and use within 0.25-mile of bald eagle roost or nest sites. (Refer to Appendix B; Figure 2-19, Appendix A.)<br><br>Allowable Use:<br>STIPULATION NSO-CO-5 (BLM 1991a): *Peregrine Falcons.* Prohibit surface occupancy and use within 0.25-mile of cliff nesting complex. (Refer to Appendix B; Figure 2-19, Appendix A.) | ● Special Status Raptors: Prohibit surface occupancy and surface-disturbing and disruptive activities within 0.25-mile of active/inactive special status raptor nest sites and associated alternate nests.<br>● Non-Special Status Raptors (*except kestrel*): Prohibit surface occupancy and surface-disturbing and disruptive activities within 0.125-mile of active nest sites and associated alternate nests. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.)<br><br>Allowable Use:<br>STIPULATION CSU-30/SSR-35: *Raptor Breeding Habitat.* Apply CSU and SSR restrictions | *Eagle, and Peregrine Falcon Nest Sites.* Prohibit surface occupancy within 0.25-mile of any active or historic bald eagle or golden eagle nest site and within 0.50-mile of any active or historic peregrine falcon nest site. (Refer to Appendix B; Figure 2-21, Appendix A.) | ○ Bald Eagle: Within 0.25-mile of bald eagle roost or nest sites<br>○ Golden Eagle, Osprey, Accipiters, Falcons (Except Kestrel), Buteos, and Owls: Within 0.125-mile of nest sites<br>○ Peregrine Falcons: Within 0.25-mile of cliff nesting complex<br>● Non-Special Status Raptors identified in the Migratory Bird Treaty Act of 1918 (*Except American Kestrel, Red-Tailed Hawk, and Great-Horned Owl*): Within 330 feet of active nest sites and associated alternate nests.<br>(Refer to Appendix B; Figure 2-22, Appendix A.) | ● Bald Eagle: Within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>● Golden Eagle: Within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>● Ferruginous Hawk, Peregrine Falcon, Prairie Falcon, and Northern Goshawk: Within 0.50-mile of active and inactive nest sites<br>● All other Special Status and Non-Special Status Raptors (except Mexican spotted owl): Within 0.25-mile of active and inactive nest sites<br>(Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>Allowable Use:<br>STIPULATION CSU-32/ SSR-37: *Raptor Breeding Habitat (Accipiters, Falcons [Except Kestrel], Buteos, and Owls [Except Mexican Spotted Owl]).* Apply CSU and SSR restrictions within 1.0 mile of nest sites. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |

47

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | | within the following areas: <br>● Special Status Raptors (including Mexican spotted owl): Within 1.0 mile of nest sites. <br>● Non-Special Status Raptors (except American kestrel): Within 0.5-mile of nest sites. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | | | |
| 173. | Allowable Use: <br>STIPULATION TL-CO-23 (BLM 1991a): *Bald Eagle Winter Roost Sites*. Prohibit surface use within 0.5-mile of bald eagle winter roost sites from November 16 to April 15. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use: <br>STIPULATION NSO-37/NGD-15: *Bald Eagle Winter Roost Sites*. Prohibit surface occupancy and use and apply NGD restrictions are applied, within 0.5-mile of bald eagle winter roost sites. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | Allowable Use: <br>No similar allowable use; this is addressed by CSU-31: *Raptor Nest Sites*. | Allowable Use: <br>STIPULATION NSO-38/ SSR-38: *Bald Eagle Winter Roost Sites*. Prohibit surface occupancy and use and apply SSR restrictions within 0.25-mile of bald eagle winter roost sites. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) <br><br>Allowable Use: <br>STIPULATION TL-21: *Bald Eagle Winter Roost Sites*. Prohibit surface use and surface-disturbing activities within an 805-meter (0.50-mile) radius of an active bald eagle winter roost as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, from November 15 to March 15. (Refer to Appendix B; Figure 2-27, Appendix A.) | |
| 174. | Allowable Use: <br>STIPULATION TL-SJ-7 (BLM 1991a): *Bald Eagle Winter Concentration Areas*. Prohibit surface use from December 1 to April 15. (Refer to Appendix B; Figure 2-24, Appendix A.) <br><br>STIPULATION TL-UB-3 (BLM 1989a): *Bald Eagle Winter Concentration Areas*. Prohibit development (e.g., exploration and drilling) from December 1 to April 30. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use: <br>STIPULATION CSU-33/SSR-39: *Bald Eagle Habitat (Winter Concentration and Communal Roosts)*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied in bald eagle habitat to protect winter concentration areas and communal roost sites. Incorporate applicable conservation measures from the USFWS National Bald Eagle Management Guidelines. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | Allowable Use: <br>No similar allowable use; this is addressed by CSU-31: *Raptor Nest Sites*. | Action: <br>Same as Alternative B. (Refer to Appendix B; Figure 2-27, Appendix A.) | |

48

BLM_0161257

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|--------------|---------------|---------------|---------------|------------------------------|
| | | Allowable Use: STIPULATION TL-22: *Bald Eagle Winter Concentration Areas*. Prohibit surface use and surface-disturbing and disruptive activities within bald eagle winter concentration areas from November 15 to April 1. (Refer to Appendix B; Figure 2-25, Appendix A.) | | | |
| 175. | Allowable Use: STIPULATION TL-CO-21 (BLM 1991a): *Mexican Spotted Owl Nesting and Fledgling Habitat*. Prohibit surface use in core area of territory from February 1 to July 31. Mexican spotted owl habitat is restricted by use of a timing limitation applied to core areas within the owl habitat territory. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>STIPULATION NSO-CO-6 (BLM 1991a): *Mexican Spotted Owl*. Prohibit surface occupancy and use within 0.25-mile of confirmed roost and nesting sites. (Refer to Appendix B; Figure 2-19, Appendix A.) | Allowable Use: STIPULATION NSO-39/NGD-16: *Mexican Spotted Owl*. Prohibit surface occupancy and use and apply NGD restrictions within 1.0 mile of confirmed roost and nesting sites. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: No similar allowable use; this is addressed by CSU-31: *Raptor Nest Sites*. | Allowable Use: STIPULATION TL-23: Wildlife *Mexican Spotted Owl Timing Limitation (Suitable Breeding Habitat)*. Prohibit surface use and surface-disturbing and disruptive activities in mapped suitable Mexican spotted owl breeding habitat as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies, including as defined in the Mexican spotted owl recovery plan, that are analyzed and accepted by the BLM, from March 1 to August 31. (Refer to Appendix B; Figure 2-27, Appendix A.)<br><br>Allowable Use: STIPULATION CSU-34/ SSR-40: *Mexican Spotted Owl Suitable Breeding Habitat*. Surface occupancy or use may be restricted or prohibited, and SSR restrictions applied, to Mexican spotted owl breeding habitat as defined in the Mexican spotted owl recovery plan. Manage in accordance with the current Mexican spotted owl recovery plan. Field Manager may require the proponent/ applicant to submit a plan of development that demonstrates that impacts on Mexican spotted owl habitat have been avoided to the extent practicable. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>Allowable Use: STIPULATION NSO-40/ SSR-41: *Mexican Spotted Owl*. Prohibit surface occupancy and use and apply SSR restrictions on lands identified as Protected Activity Centers for Mexican spotted owl. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 176. | | | *Special Status Terrestrial Wildlife- Gunnison's and White-Tailed Prairie Dog* | | |
| 177. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: STIPULATION NSO-41/NGD-17: *Wildlife BLM Sensitive Species (Gunnison and White-Tailed Prairie Dogs)*. Prohibit surface occupancy and use and apply NGD restrictions within 150 feet of active prairie dog towns. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: STIPULATION NSO-42/ NGD-18: *Wildlife BLM Sensitive Species (Gunnison and White-Tailed Prairie Dogs)*. Prohibit surface occupancy and surface-disturbing activities of more than 1.0 acre in active prairie dog towns that are less than 10 acres. Relocate these activities that require more than 1.0 acre so they are outside the active prairie dog town. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use: STIPULATION CSU-35/ SSR-42: *Wildlife BLM Sensitive Species (Gunnison and White-Tailed Prairie Dogs)*. Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: Within 150 feet of active Gunnison and white-tailed prairie dog towns. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 178. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: STIPULATION TL-24: *Gunnison and White-Tailed Prairie Dog*. Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of active prairie dog | Allowable Use: No similar allowable use. (There would not be a TL.) | Allowable Use: STIPULATION TL-25: *Gunnison and White-Tailed Prairie Dog*. Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of | Allowable Use: STIPULATION TL-24: *Gunnison and White-Tailed Prairie Dog*. Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of active prairie dog |

49

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | colonies from March 1 to July 15. (Refer to Appendix B; Figure 2-25, Appendix A.) | | active prairie dog colonies from April 1 to July 15 to protect reproduction.<br><br>(Refer to Appendix B; Figure 2-27, Appendix A.) | colonies from March 1 to June 15 (Refer to Appendix B; Figure 2-25, Appendix A.) |
| 179. | Action:<br>No similar action in current RMPs. | Action:<br>Designate prairie dog colonies with burrowing owls as "no shooting zones." Allow hunting in accordance with CPW regulations. | Action:<br>No similar action. (Prairie dog colonies would not be "no shooting zones.") | | |
| 180. | Action:<br>No similar action in current RMPs. | Action:<br>In cooperation with CPW, develop and manage prairie dog release areas on BLM-administered lands where private interest groups could be permitted to relocate prairie dogs from areas threatened by development on private lands. | Action:<br>No similar action. (Prairie dog release sites would not be developed on BLM-administered lands.) | | Action:<br>At the request of CPW, develop and manage prairie dog release areas on BLM-administered lands where private interest groups could be permitted to relocate prairie dogs from areas threatened by development on private lands, subject to site-specific analysis. |
| 181. | | | *Special Status Terrestrial Wildlife – Kit Fox* | | |
| 182. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>STIPULATION CSU-36/SSR-43: *Wildlife BLM Sensitive Species (Active Kit Fox Dens).* Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: within 0.25-mile of active kit fox dens. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>STIPULATION TL-26: *Active Kit Fox Dens.* Prohibit surface use and surface disturbing and disruptive activities within 400 feet of active kit fox dens nesting and feeding habitat areas from February 15 to August 30 (Wilson and Ruff 1999). (Refer to Appendix B; Figure 2-26, Appendix A.) | Allowable Use:<br>STIPULATION CSU-37/ SSR-44: *Wildlife BLM Sensitive Species (Active Kit Fox Dens).* Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: Within 200 meters (656 feet) of active kit fox dens. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>STIPULATION TL-27: *Active Kit Fox Dens.* Prohibit surface use and surface-disturbing and disruptive activities within 0.25-mile of active dens from February 1 to May 1. (Refer to Appendix B; Figure 2-27, Appendix A.) | |
| 183. | | | *Special Status Terrestrial Wildlife – Bats* | | |
| 184. | Action:<br>Maintain the Cory Lode Mine (17.7 acres) as withdrawn from locatable mineral entry to protect sensitive bats. | Action:<br>Maintain the Cory Lode Mine (17.7 acres) as withdrawn from locatable mineral entry to protect sensitive bats. Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry for sensitive | Action:<br>Same as Alternative A. | Action:<br>Same as Alternative B. | Action:<br>"Maintain the Cory Lode Mine (17.7 acres) as withdrawn from locatable mineral entry to protect sensitive bats (BLM sensitive bat species and Colorado State Species of Concern bat species). Recommend to the |

50

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | bat species' significant maternity roost or hibernaculum. | | | Secretary of the Interior for withdrawal from locatable mineral entry for sensitive bat species' significant maternity roost or hibernaculum, as defined by CPW or USFWS." |
| 185. | Action:<br>No similar action in current RMPs. | Action:<br>In the event of a disease outbreak such as White-nose Syndrome, caves and other structures utilized by bats will be closed to public access, except for permitted scientific research. Permits for scientific research access to these areas will follow current quarantine and sterilization procedures. | Action:<br>No similar action. | | Action:<br>In the event of a disease outbreak such as White-nose Syndrome, caves and other structures utilized by bats will be closed to public access, except for permitted scientific research and permitted recreational activities. Permits for scientific research or recreational access to these areas will follow current quarantine and sterilization procedures. |
| 186. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>STIPULATION NSO-43/NGD-19: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula.* Prohibit surface occupancy and use and apply NGD restrictions within a 402-meter (0.25-mile) radius of the entrance of maternity roosts or hibernacula of federally listed, BLM sensitive, and Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>STIPULATION CSU-38/ SSR-45: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula.* Surface occupancy or use may be restricted and SSR restrictions applied within 0.25-mile radius of the entrance of maternity roosts or hibernacula of federally listed, BLM sensitive, and Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | | Allowable Use:<br>STIPULATION NSO-44/ SSR-46: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula (Federally Listed and BLM Sensitive Species).* Prohibit surface occupancy and use and apply SSR restrictions within a 402-meter (0.25-mile) radius of the entrance of maternity roosts or hibernacula of federally listed and BLM sensitive bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>STIPULATION CSU-39/ SSR-47: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula (Colorado State Species of Concern).* Surface occupancy or use may be restricted and SSR restrictions applied within 0.25-mile radius of the entrance of maternity roosts or hibernacula of Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 187. | *Special Status Terrestrial Wildlife – Waterfowl and Shorebirds* | | | | |
| 188. | Allowable Use:<br>STIPULATION NSO-CO-7 (BLM 1991a): *Waterfowl and Shorebird.* Prohibit surface occupancy and use on significant production areas (major areas are Waterfowl Habitat Management Areas and rookeries; refer to Appendix B; Figure 2-19, Appendix A.)<br><br>Allowable Use:<br>STIPULATION TL-CO-17 (BLM 1991a): *White Pelican.* Prohibit use within white pelican nesting and feeding habitat areas from March 16 to September 30. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>STIPULATION TL-UB-6 (BLM 1989a): *Waterfowl Habitat.* Prohibit development in | Allowable Use:<br>NO LEASING/ STIPULATION NL-2/NGD-3: *Hydrology River.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities within 402 meters (1,320 feet) (0.25-mile) the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>STIPULATION CSU-10/ SSR-10: *Hydrology River.* Surface occupancy or use may be restricted and SSR restrictions applied within 402 meters (1,320 feet) (0.25-mile) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | | Allowable Use:<br>STIPULATION NSO-9/ SSR-11: *Hydrology River.* Prohibit surface occupancy and use and apply SSR restrictions within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

51

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | waterfowl habitats from March 15 to June 30. (Refer to Appendix B; Figure 2-24, Appendix A.) | | | | |
| 189. | **WILD HORSES** | | | | |
| 190. | **GOAL:** Manage the Naturita Ridge Herd Area to maintain an ecological balance of resources and uses. | | | | |
| 191. | **Objective:** Manage a single wild horse herd on the Spring Creek Basin area, and totally remove all wild horses from the Naturita Ridge herd area. | **Objective:** Continue herd area designation for Naturita Ridge and maintain the closure to wild horses. | | | |
| 192. | **Action:** Remove all wild horses from the Naturita Ridge Wild Horse Area. This action has been accomplished. | **Action:** Do not reintroduce wild horses to the Naturita Ridge Wild Horse Area. | | | |
| 193. | **WILDLAND FIRE ECOLOGY AND MANAGEMENT** | | | | |
| 194. | **GOAL:** Manage wildland fire and fuels with the protection of human life as the highest priority while also protecting social and economic values, achieving resource management objectives, and enhancing natural ecosystem processes and ecological sustainability. | | | | |
| 195. | **Objective:** Collaborate with other federal agencies; state, county, and city governments; and fire protection districts regarding prevention, mitigation, and fire suppression activities. | | | | **Objective:** Collaborate with other federal agencies; state, county, and city governments; and fire protection districts regarding prevention, mitigation, and fire management activities. |
| 196. | **Action:** Maintain an FMP that supports interagency fire management across the planning area (including the BLM, Forest Service, US DOI National Park Service, and Colorado State Forest Service). | | | | |
| 197. | **Objective:** Utilize fire-protection and fuels-management activities to prevent or reduce negative impacts on social and resource values, including human life, private property and improvements, power transmission lines, communication sites, developed recreation sites, cultural resources, special status species habitat, areas with mineral and energy development, renewable energy projects, municipal watersheds, public water supplies, and, to the extent practical, air quality. | | | | **Objective:** Utilize fire-protection and fuels-management activities to prevent or reduce negative impacts on social and resource values, including human life, private property and improvements, public utility lines, communication sites, developed recreation sites, cultural resources, special status species habitat, areas with mineral and energy development, renewable energy projects, municipal watersheds, public water supplies, and, to the extent practical, air quality. |
| 198. | **Action:** Respond to and suppress fires or portions of fires that are threatening social, economic, or resource values. | | | | **Action:** Respond to and manage fires or portions of fires that are threatening social, economic, or resource values. |

52

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 199. | **Action:**<br>Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide to reduce fire occurrence, behavior, and resistance to control. | **Action:**<br>Modify fuel complexes to meet the objective, emphasizing the use of prescribed fire as an ecological process over the use of mechanical treatments and other methods. | **Action:**<br>Modify fuel complexes to meet the objective, emphasizing the use of mechanical treatments over the use of prescribed fire and other methods. | **Action:**<br>Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to reduce fire occurrence, behavior, and resistance to control. | **Action:**<br>Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to reduce fire behavior and resistance to control. |
| 200. | **Objective:**<br>Manage fire and fuels/vegetation to achieve specific resource management objectives, which include:<br>● Restore and enhance wildlife habitat.<br>● Improve vegetation condition for stand health, forage production, and watershed enhancement.<br>● Maintain and restore woodland and forest productivity.<br>● Maintain appropriate vegetation/age class mosaics and fuel complexes across the landscape.<br>● Work to restore Fire Regime Condition Classes 2 and 3 towards Class 1, and maintain areas of Class 1, consistent with fire and biological objectives. | | | | |
| 201. | **Action:**<br>Design fuels/vegetation projects to meet multiple interdisciplinary objectives. | **Action:**<br>Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives, with an emphasis on natural processes and intact landscapes. | **Action:**<br>Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives, with an emphasis on supporting resource uses. | **Action:**<br>Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives. | |
| 202. | **Action:**<br>Use mechanical, biological, or herbicide treatments when prescribed and managed fire cannot be used to safely achieve desired objectives or where the fuels complex needs to be modified before introducing fire, to achieve resource objectives. | **Action:**<br>Use prescribed and managed fire to achieve resource objectives. | **Action:**<br>Emphasize minimal mechanical, biological, and herbicide treatments and managed fire to achieve resource objectives. | **Action:**<br>Use mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to achieve resource objectives. | |
| 203. | **Action:**<br>Use managed fire, except in areas with high social values (e.g., wildland urban interface, power line corridors, developed recreation sites, and communication sites) as a natural process and to meet resource objectives using an ignition-by-ignition process. | **Action:**<br>Use managed fire, except in ancient forests, as a natural process and to meet resource objectives using an ignition-by-ignition decision process. | **Action:**<br>Use managed fire only in more remote locations to meet resource objectives using an ignition-by-ignition decision process. Do not use managed fire in areas with high social values (e.g., wildland urban interface, energy corridors, developed recreation sites, and communication sites) or in areas with management concerns (e.g., occupied sage-grouse habitat, big game severe winter range/winter concentration areas). | **Action:**<br>Use managed fire throughout the planning area, except as precluded by other decisions in the RMP, as a natural process and to meet resource objectives using an ignition-by-ignition decision process. | |
| 204. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>In all fire-management activities, utilize appropriate strategies and tactics commensurate with values at risk. | | | |
| 205. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Use minimum impact suppression tactics to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to soils, | **Action:**<br>Allow for unrestricted fire suppression tactics when a fire threatens an area with high social or economic values. | **Action:**<br>Use minimum-impact suppression tactics to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to soils, watersheds, ACECs, NGD areas, WSAs, | **Action:**<br>Use minimum-impact suppression tactics, where values at risk dictate, to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to soils, watersheds, |

53

BLM_0161262

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|------------------------------|
| | | watersheds, ACECs, WSAs, NGD areas, and exotic species. | | lands managed to protect wilderness characteristics, ecological emphasis areas, areas with ancient or rare vegetation, and exotic or noxious species. | ACECs, NGD areas, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with ancient or rare vegetation, and exotic or noxious species. |
| 206. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage lands affected by wildland fire to maintain successional pathways capable of achieving the climax vegetation community. | | **Objective:** Revegetate or manage lands affected by wildland fire to maintain vegetation appropriate to ecological site potential within the natural range of variability. | |
| 207. | **Action:** No similar action in current RMPs. | **Action:** Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, in areas that are not meeting BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) vegetation and habitat objectives, or areas where human life or property are at risk from post-fire impacts. | **Action:** Implement Emergency Stabilization and Rehabilitation techniques on wildfires or portions of wildfires where human life or property is at risk from post-fire impacts. | **Action:** Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, as necessary to meet BLM Colorado Public Land Health Standards (BLM 1997; Appendix C), vegetation and habitat objectives, or where human life or property are at risk from post-fire impacts. | |
| 208. | | | **CULTURAL RESOURCES** | | |
| 209. | **GOAL:** Identify, preserve, and protect significant cultural resources to ensure that they are available for appropriate purposes by present and future generations (i.e., for research, education, and preservation of cultural heritage). | | | | |
| 210. | **Objective:** Manage cultural resources for protection, preservation, investigation, and public use (i.e., development and interpretation), where appropriate (BLM 1985). | **Objective:** Preserve the nature and value of cultural resources, focusing on high-priority sites*. \*High priority sites are eligible properties whose eligibility is under threat due to natural or human caused alterations. | | | |
| 211. | **Action:** No similar action in current RMPs. | **Action:** Allocate cultural resources currently recorded, or projected to occur on the basis of existing data synthesis, to use allocations according to their nature and relative preservation value (BLM Manual 8110.42). Cultural Use Allocations Include: | | | |

| Use Allocation | Management Action | Desired Outcome |
|----------------|-------------------|-----------------|
| a. Scientific use | Permit appropriate research including data recovery. | Preserved until research or data recovery potential is realized |
| b. Conservation for future use | Propose protective measures/designation | Preserved until conditions for use are met |
| c. Traditional use | Consult with tribes, determine limitations | Long-term preservation |
| d. Public use | Determine permitted use | Long-term preservation, on-site interpretation |
| e. Experimental use | Determine nature of experiment | Protected until used |
| f. Discharge from management | Remove protective measures | No use after recordation; not preserved |

BLM_0161263

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 212. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Assign use category allocations to all current and newly discovered cultural resource sites and/or areas upon completion of site evaluation, and apply appropriate management actions to achieve the desired outcome. | | | |
| 213. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Use category allocations may be revised in response to changing site conditions or as additional data and information are obtained. Criteria allowing for revising allocation are 1) environmental change or human-caused impacts that alter the significance or scientific potential; 2) changes brought about by mitigation and/or data recovery; 3) new discovery that adds to the site's potential and changes its eligibility for listing on the National Register of Historic Places (NRHP); 4) new information or techniques that reveal a new scientific value that was not previously recognized; and 5) new information shared through Native American consultation. | | | |
| 214. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Prioritize Scientific Use sites and/or areas and Conservation Use sites for listing on the National Register of Historic Places and develop a Cultural Resource Management Plan for Scientific Use sites that outlines specific management objectives and actions for protection.<br>Scientific Use sites include stratified open occupations and rock shelters, site complexes, and sites within landscape-based prehistoric and historic use areas. | | | **Action:**<br>Prioritize Scientific Use sites and/or areas and Conservation Use sites for listing on the National Register of Historic Places and develop a Cultural Resource Project Plan for Scientific Use sites that outlines specific management objectives and actions for protection. Scientific Use sites include stratified open occupations and rock shelters, site complexes, and sites within landscape-based prehistoric and historic use areas. |
| 215. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Prioritize Conservation Use sites for listing on the National Register of Historic Places, and within two years from the listing develop a Cultural Resource Management Plan for Conservation Use sites that outlines specific management objectives and actions for protection. Conservation use sites include rock art sites, prehistoric structures, and historic buildings and/or structures, such as the Hanging Flume, Paradox Rock art, historic Ute wickiups, and important historic mining operations. | | | **Action:**<br>Prioritize Conservation Use sites for listing on the National Register of Historic Places, and within two years from the listing develop a Cultural Resource Project Plan for Conservation Use sites that outlines specific management objectives and actions for protection. Conservation use sites include rock art sites, prehistoric structures, and historic buildings and/or structures, such as the Hanging Flume, Paradox Rock art, historic Ute wickiups, and important historic mining operations. |
| 216. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Set aside cultural resource sites and/or areas (Traditional Use category) for long-term preservation because of their cultural and religious value to Native American Tribes. Sites/areas are identified as traditional cultural properties and sacred sites in consultation with Native American Tribes. | | | |
| 217. | **Allowable Use:**<br>No similar allowable use in current RMP. | **Allowable Use:**<br>STIPULATION NSO-45/NGD-20: *Allocation to Traditional Use.* Prohibit surface occupancy and use and apply NGD restrictions within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. (Refer to Appendix B.) | **Allowable Use:**<br>STIPULATION CSU-40/ SSR-48: *Allocation to Traditional Use.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. In addition, consider visual impacts that projects may have on sites allocated to this use, and apply | **Allowable Use:**<br>STIPULATION NSO-46/ SSR-49: *Allocation to Traditional Use.* Prohibit surface occupancy and use and apply SSR restrictions within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. In addition, consider visual impacts that projects may have on sites allocated to this use, and apply appropriate mitigation, which may include redesign. (Refer to Appendix B.) | |

55

BLM_0161264

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | appropriate mitigation, which may include redesign. (Refer to Appendix B.) | | |
| 218. | Action:<br>No similar action in current RMPs. | Action:<br>Assign historical sites in the Uravan Mining Belt (e.g., the Wild Steer complex, Long Park, Monogram Mesa, and the Uravan area), historical buildings that may be suitable for adaptive use, historical roads and trails (e.g., Old Spanish National Historic Trail, Tabeguache Trail), The Hanging Flume (NRHP) and select rock art sites, e.g., the Paradox Rock art Complex, Dolores Canyon, Uncompahgre Plateau) to Public Use for environmental and heritage education. | | | Action:<br>Assign historical sites in the Uravan Mining Belt (e.g., the Wild Steer complex, Long Park, Monogram Mesa, and the Uravan area), historical buildings that may be suitable for adaptive use, historical roads and trails (e.g., Old Spanish National Historic Trail, Tabeguache Trail), The Hanging Flume (NRHP) and select rock art sites after consultation with the appropriate tribal entities (e.g., the Paradox Rock art Complex, Dolores Canyon, Uncompahgre Plateau) to Public Use for environmental and heritage education. |
| 219. | Action:<br>No similar action in current RMPs. | Action:<br>Develop a Cultural Resource Management Plan that develops site-specific management actions for all Public Use sites. In the plan, outline specific management objectives and actions for Heritage Tourism including retrieval of scientific information, hardening for public use, interpretation and long-term protection. | | | Action:<br>Develop a Cultural Resource Project Plan that develops site-specific management actions for all Public Use sites. In the plan, outline specific management objectives and actions for Heritage Tourism including retrieval of scientific information, hardening for public use, interpretation and long-term protection. |
| 220. | Action:<br>No similar action in current RMPs. | Action:<br>Manage and protect cultural resources allocated to Public Use, including traditional cultural properties with a secondary allocation to Public Use by implementing the following actions, including but not limited to:<br>● Developing heritage tourism at sites designated to Public Use using Best Management Practices<br>● Interpreting sites<br>● Organizing and conducting ongoing educational programs for tribal groups, the public, school groups, vocational archaeology groups, project proponents, permittees, contractors, and others about cultural resource ethics, and encouraging their assistance in reporting new discoveries and vandalism incidents | Action:<br>No similar action. | Action:<br>Same as Alternative B. | Action:<br>Manage and protect cultural resources allocated to Public Use, including traditional cultural properties with a secondary allocation to Public Use by implementing the following actions, including but not limited to:<br>● Developing heritage tourism at sites designated to Public Use using Best Management Practices<br>● Interpreting sites<br>● Organizing and conducting ongoing educational programs for tribal groups, the public, school groups, vocational archaeology groups, project proponents, permittees, contractors, and others about cultural resource ethics, and encouraging their assistance in reporting new discoveries and vandalism incidents<br>● Tribal consultation when appropriate |

56

BLM_0161265

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 221. | **Action:** No similar action in current RMPs. | **Action:** Within two years of signing the ROD, develop a Cultural Resource Management Plan for allowable use on all Experimental Use sites to outline research objectives. | | | **Action:** Within two years of signing the ROD, develop a Cultural Resource Project Plan for allowable use on all Experimental Use sites to outline research objectives. |
| 222. | **Action:** No similar action in current RMPs. | **Action:** Develop and annually update a list of sites to allocate to the Discharge Use category; reevaluate as needed and compile supporting documentation. Submit for consultation with the State Historic Preservation Office. | | | |
| 223. | **GOAL:** Seek to reduce imminent threats and resolve potential conflicts from natural or human-caused deterioration or potential conflict with other resource uses (FLPMA Sec. 103(c); National Historic Preservation Act Section 106, 110(a)(2)) by ensuring that all authorizations for land use and resource use will comply with Section 106 of the National Historic Preservation Act. | | | | |
| 224. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage individual cultural resources in accordance with the use allocation finding for each cultural and historic property. | | | |
| 225. | **Action:** Emphasize management and develop cultural management plans on the following cultural sites/areas (BLM 1985):<br>• Dolores Cave<br>• Hamilton Mesa<br>• Hanging Flume<br>• Indian Henry's Cabin<br>• Tabeguache Canyon<br>• Tabeguache Pueblo | **Action:** Evaluate all cultural resources for use allocation and desired outcome (scientific use, conservation for future use, traditional use, public use, experimental use, or discharged from management). Prioritize the following areas for inventory and evaluation:<br>• Roc Creek (Anasazi rock art)<br>• Uravan historic mining district<br>• Paradox Valley<br>• Dolores River Canyon<br>• Uncompahgre Plateau<br>• Tabeguache/Dolores Canyons<br>• Hanging Flume | **Action:** Evaluate all cultural resources for use allocation and desired outcome (scientific use, conservation for future use, traditional use, public use, experimental use, or discharged from management). | **Action:** Same as Alternative B. | |
| 226. | **Action:** In recreation emphasis areas, develop and protect suitable cultural resource properties for public enjoyment through such practices as interpretive signing and stabilization (BLM 1985). | **Action:** Develop and protect suitable cultural resource properties for public enjoyment through such practices as interpretive signing and stabilization. Priority areas include the Hanging Flume, Paradox Valley Rock Art Complex, and Roc Creek rock art. | **Action:** No similar action. (Do not emphasize developing cultural resource properties for public enjoyment.) | **Action:** Same as Alternative B. | |
| 227. | **Action:** Protect and interpret unique and significant values in the Dolores River Canyon WSA (BLM 1985). | **Action:** Identify, inventory, and evaluate prioritized individual sites and areas within the Dolores River Canyon WSA for nomination to the NRHP. | **Action:** Identify, inventory, and evaluate known sites within the Dolores River Canyon WSA for eligibility for listing on the NRHP. | **Action:** Identify, inventory, and evaluate individual sites within the Dolores River Canyon WSA for interpretation and public enjoyment. | **Action:** Identify, inventory, and evaluate individual sites within the Dolores River Canyon WSA for eligibility for listing on the NRHP. |
| 228. | **Action:** No similar action in current RMPs. | **Action:** Identify potential trails to link individual sites and develop an interpretive program. | | | **Action:** Same as Alternative A. |

57

BLM_0161266

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 229. | **Action:** In Wilderness Areas allow the use of cultural resource properties only for religious or research purposes, or for stabilization of "at risk" properties, and only when such use will not degrade wilderness values (BLM 1985). | **Action:** Same as Alternative A. | **Action:** In Wilderness Areas, allow the use of cultural resource properties only for religious purposes and only when such use will not degrade wilderness values. | **Action:** Same as Alternative A | **Action:** In Wilderness Areas and WSAs allow the use of cultural resource properties only for religious or research purposes, or for stabilization of "at risk" properties, and only when such use will not degrade wilderness values. |
| 230. | **Allowable Use:** STIPULATION NSO-SJ-1 (BLM 1991a): *Scenic, Natural, and Cultural Values and Resources.* Prohibit surface occupancy within the following areas: ● Tabeguache Cave II and Tabeguache Canyon ● Tabeguache Pueblo ● Dolores Cave (Refer to Appendix B; Figure 2-19, Appendix A.) | **Allowable Use:** STIPULATION NSO-47/NGD-21: *Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon.* Prohibit surface occupancy and use and apply NGD restrictions in the Tabeguache Pueblos area and Tabeguache Canyon. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Allowable Use:** No similar allowable use. (There would not be any stipulations.) | **Allowable Use:** STIPULATION CSU-41/ SSR-50: *Tabeguache Pueblos Area and Tabeguache Canyon.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied in the Tabeguache Pueblos area and Tabeguache Canyon. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | **Allowable Use:** Same as Alternative C. |
| 231. | **Action:** No similar action in current RMPs. | **Action:** Manage the Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon as ROW exclusion. | **Action:** No similar action. (ROWs would be allowed without avoidance or exclusion restrictions.) | **Action:** Manage the Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon as ROW avoidance. | **Allowable Use:** Same as Alternative A. |
| 232. | **Allowable Use:** No similar allowable use in current RMPs. | **Allowable Use:** STIPULATION NSO-48/NGD-22: *Cultural.* Prohibit surface occupancy and use and apply NGD restrictions within 200 meters (656 feet) of eligible cultural properties, traditional cultural properties listed National or State Registers of Historic Places (sites or districts), outstanding cultural resources to be nominated to the National or State Registers of Historic Places, interpreted and/or public use sites, and experimental-use sites. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Allowable Use:** STIPULATION CSU-42/ SSR-51: *Sites Listed on the National or State Register of Historic Places.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 100 meters (328 feet) of sites listed on the National or State Registers of Historic Places. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | **Allowable Use:** STIPULATION NSO-49/ SSR-52: *Cultural.* Prohibit surface occupancy and use and apply NGD restrictions within 100 meters (328 feet) of known eligible cultural resources, traditional cultural properties, listed National Registers of Historic Places sites/districts, outstanding cultural resources to be nominated to the National Registers of Historic Places, interpreted and/or public use sites, and experimental-use sites (BLM Manual 8110.42 [A-E]). (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | **Allowable Use:** Same as Alternative A; this action addressed by other actions. |
| 233. | **Allowable Use:** No similar allowable use is stated in current RMPs. | **Allowable Use:** STIPULATION CSU-43/SSR-53: Cultural. Surface occupancy or use may be restricted and SSR restrictions applied due to historic properties and/or resources protected under the National Historic Preservation Act (NHPA), American Indian Religious Freedom Act, Native American Graves Protection and Repatriation Act, Executive Order 13007, or other statutes and executive orders. Special design, construction, and | **Allowable Use:** No similar allowable use. (There would not be any stipulations.) | **Allowable Use:** Same as Alternative B. | **Allowable Use:** STIPULATION CSU-43/SSR-53: *Cultural.* Surface occupancy or use may be restricted and SSR restrictions applied due to historic properties and/or resources protected under the National Historic Preservation Act (NHPA), American Indian Religious Freedom Act, Native American Graves Protection and Repatriation Act, Executive Order 13007, or other statutes and executive orders. Special design, construction, and |

BLM_0161267

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The BLM will not approve any ground-disturbing activities that may affect any such properties or resources until it completes its obligations (e.g., State Historic Preservation Office and tribal consultation) under applicable requirements of the NHPA and other authorities. The BLM may require modification to exploration or development proposals to protect such properties, or disapprove any activity that is likely to result in adverse effects that cannot be successfully avoided, minimized, or mitigated. | | | implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The BLM will not approve any ground-disturbing activities that may affect any such properties or resources until it completes its obligations (e.g., State Historic Preservation Office and tribal consultation) under applicable requirements of the NHPA and other authorities. The BLM may require modification to exploration or development proposals to protect such properties, including indirect effects including audible, atmospheric and setting impacts to the significant qualities of a historic property and visual impacts as determined through consultation with SHPO and the appropriate tribal entities, or disapprove any activity that is likely to result in adverse effects that cannot be successfully avoided, minimized, or compensated. |
| 234. | **Action:** No similar action in current RMPs. | **Action:** Manage sites listed on or eligible for listing on the NRHP as ROW avoidance. | | | |
| 235. | **Action:** No similar action in current RMPs. | **Action:** Manage 31,870 acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek as a National Register District to protect unique cultural resource values. Management actions are as follows: <br>● Nominate the lower Uncompahgre National Register District based on high site densities and rare or significant site types. <br>● Manage for enhanced protection of localities of high archaeological site densities near Dry Creek and Coalbank Canyon. <br>● Manage for the enhanced protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon. <br>● Manage for the enhanced protection of historic Ute occupations and sacred sites. <br>● Manage for the enhanced protection of numerous rock art panels in the region | **Action:** Manage 31,870 acres in the area of the Lower Uncompahgre Plateau, between the Dry Creek Basin and Roubideau Creek, as an area of archaeological significance. Management actions are as follows: <br>● Nominate individual sites in the area to the NRHP as required for additional status based on site significance and eligibility. <br>● Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon. <br>● Emphasize the use of alternative mitigation for development, including off-site mitigation and site avoidance. <br>● Manage for the protection of historic Ute occupations and sacred sites. <br>● Manage for the protection of numerous rock art panels in the region, including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek. | **Action:** Manage 31,870 acres in the area of the Lower Uncompahgre Plateau, between the Dry Creek Basin and Roubideau Creek, as an area of archaeological significance. Management actions are as follows: <br>● Nominate individual sites in the area to the NRHP as required for additional status based on site significance and eligibility. <br>● Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon. <br>● Manage for the protection of historic Ute occupations and sacred sites. <br>● Manage for the protection of numerous rock art panels in the region, including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek. <br>● Allowable Use: STIPULATION CSU-44/ SSR-54: *Area of Archaeological Significance.* Surface occupancy or use may be restricted or prohibited and SSR | **Action:** Same as Alternative A. |

BLM_0161268

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
|  |  | including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek.<br>● Manage as VRM Class III<br>● Conduct inventories for cultural properties and establish research and monitoring studies.<br>● Allowable Use: STIPULATION NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B; Figure 2-20, Appendix A.) |  | restrictions applied to emphasize site avoidance and project redesign during development. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |  |
| 236. | Action:<br>No similar action in current RMPs. | Action:<br>Develop a cultural resource management plan to guide research and long term protection of cultural properties associated with the Paradox Rock Art Complex, Uravan Mineral Belt, Dolores Canyon, the Uncompahgre Plateau and other areas as determined by new information, research strategies and resource protection needs. | Action:<br>No similar action. (A cultural resource management plan for these properties would not be required.) | Action:<br>Same as Alternative B. |  |
| 237. | Action:<br>No similar action in current RMPs. | Action:<br>Nominate National Register Districts. Consider individual sites within each district for nomination to the State and/or National Registers of Historic Places. Potential National Register Districts are as follows:<br>● Uravan Uranium Mining District<br>● Paradox Valley Rock Art District<br>● Tabeguache Pueblos District<br>● Dolores River Rock Art District | Action:<br>Evaluate individual sites for eligibility for National or State Registers of Historic Places nominations. Do not consider individual sites for nomination to the NRHP unless such sites need additional protection that may be afforded by such listing. | Action:<br>Nominate individual sites to the National or State Registers of Historic Places. Individual sites with the potential for nomination are as follows:<br>● Ute Wickiup Project<br>● Uravan Uranium Mining District<br>● Squint Moore Complex<br>● Harris site on the Uncompahgre Plateau<br>● Paradox Valley Rock Art Complex<br><br>Also nominate other sites that meet the NRHP criteria. |  |
| 238. | Action:<br>No similar action in current RMPs. | Action:<br>No similar action (refer to the *Areas of Critical Environmental Concern* section, Paradox Rock Art ACEC). | Action:<br>Manage 1,080 acres in the Paradox Rock Art Complex area as a National Register District to protect unique cultural resource values. Management actions are as follows:<br>● Manage for protection of the numerous prehistoric petroglyphs and pictographs in the area.<br>● Close to motorized and mechanized travel above the level of the Paradox Valley bottom; limit motorized and mechanized travel to designated routes in the Paradox Valley bottom.<br>● Develop a system of public access trails to the various rock art panels. | Action:<br>Manage 1,080 acres in the Paradox Rock Art Complex area as a National Register District to protect unique cultural resource values (refer to the *Areas of Critical Environmental Concern* section, Paradox Rock Art ACEC).<br><br>Allowable Use: STIPULATION NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B; Figure 2-23, Appendix A.) |  |

BLM_0161269

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | ● Develop and implement an interpretive plan.<br>● Conduct a complete inventory for cultural properties.<br>● Allowable Use: STIPULATION NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B; Figure 2-22, Appendix A.) | | |
| 239. | **Action:**<br>Attach the following standard stipulations to any BLM-issued permit in which there may be ground-disturbing activities or the potential for the inadvertent discovery or effects on any NRHP or otherwise eligible historic or archaeological cultural property:<br>● If historic or archaeological materials are uncovered during permitted activities, the operator is to immediately stop activities in the immediate area of the find that might further disturb such materials and must immediately contact the BLM Authorized Officer. Within five working days, the BLM Authorized Officer will inform the operator as to whether the materials appear eligible for the NRHP and what mitigation measures the operator will likely have to undertake before the construction may proceed.<br>● The permittee is responsible for informing all persons who are associated with the project that they will be subject to prosecution for knowingly disturbing archaeological sites or for collecting artifacts.<br>In accordance with 43 CFR 10.4(g), the holder of the authorization must notify the BLM Authorized Officer, by telephone, with written confirmation, immediately after the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony. Further, in accordance with 43 CFR 10.4(c) and (d), the holder of the authorization must stop activities in the vicinity of the discovery and protect it for 30 days or until notified to proceed by the BLM Authorized Officer. (Refer to Appendix B.) | | | | |
| 240. | PALEONTOLOGICAL RESOURCES | | | | |
| 241. | **GOAL:**<br>Identify, protect, and manage paleontological resources for the preservation, interpretation, and scientific uses by present and future generations. | | | | |
| 242. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage paleontological resources for their scientific, educational, and recreational values. | | | |
| 243. | **Action:**<br>Manage paleontological resources according to their Potential Fossil Yield Classification (Paleontological Resources Preservation Act of 2009). | **Action:**<br>Require that land use authorizations consider actions on public lands according to their Potential Fossil Yield Classification. | | | |
| 244. | **Action:**<br>Provide protective management of the unique fossils in the Placerville area through the use of stipulations on a case-by-case basis in environmental documents (BLM 1985). | **Action:**<br>Develop a Paleontological Site-Management Plan for known localities, including:<br>● Potter Creek<br>● San Miguel Canyon<br>● Placerville Jurassic Fish Locality<br>● Dolores River Canyon<br>● Atkinson Mesa/Mesa Creek area | **Action:**<br>No similar action. (Paleontological Site-Management Plans would not be developed.) | **Action:**<br>Same as Alternative B. | |
| 245. | **Action:**<br>Inventory paleontological resources and develop appropriate protective measures if necessary; develop protective measures as this resource is discovered. As information is obtained, identify specific management (BLM 1989a). | **Action:**<br>In Potential Fossil Yield Classification Class 2, 3, 4, and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. | **Action:**<br>In Potential Fossil Yield Classification Class 4 and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. | | |
| 246. | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:** | **Allowable Use:** | **Allowable Use:**<br>Same as Alternative B. | |

61

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | STIPULATION CSU-45: *Paleontological*. Surface occupancy or use may be restricted due to paleontological resources. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of paleontological resources may be required before construction and drilling may commence. The Authorized Officer may require that a qualified paleontologist be present to monitor operations during surface-disturbing activities. | No similar allowable use. (There would not be any stipulations.) | | |
| 247. | Action: No similar action in current RMPs. | Action: Where project development threatens significant paleontological resources, require proponents to avoid by project redesign or to conduct scientific data recovery excavation. | | | |
| 248. | Allowable Use: LEASE NOTICE LN-CO-29 (BLM 1991a): *Paleontological Areas*. Before authorizing surface-disturbing activities in Class I and II Paleontological Areas [now known as PFYC Class 4 and 5], an inventory will be performed by an accredited paleontologist approved by the BLM Authorized Officer. (Refer to Appendix B.) | Action: Require an accredited paleontologist approved by the BLM Authorized Officer to perform an inventory of areas of surface-disturbing activities in Potential Fossil Yield Classification Class 4 and 5 (previously known as Class I and II) paleontological areas, in accordance with BLM Instruction Memorandum No. 2008-009: Potential Fossil Yield Classification System for Paleontological Resources on Public Lands (BLM 2007b). (Refer to Appendix B.) | | | |
| 249. | VISUAL RESOURCES | | | | |
| 250. | GOAL: Maintain the scenic quality and natural aesthetics of river canyons, open space landscapes, cultural landscapes, and other areas with high-quality visual resources that are considered important as social, economic, and environmental values. | | | | |
| 251. | Objective: Manage public lands under visual resource management classifications and guidelines (BLM 1989a) to protect and preserve scenic values, enhance viewing opportunities, and increase variety, where appropriate. | Objective: Manage visual resources for overall multiple use in accordance with VRM classifications. | | | |
| 252. | Action: Adopt the VRM classes as follows (Figure 2-5, Appendix A). Modify, relocate, mitigate, or deny proposed projects that conflict with the objectives of these classes. <br>● BLM surface: <br>○ VRM Class I = 44,220 acres <br>○ VRM Class II = 21,930 acres <br>○ VRM Class III = 280,520 acres <br>○ VRM Class IV = 9,260 acres | Action: Alternative B: Designate VRM classes as follows (Figure 2-6, Appendix A): <br>● BLM surface: <br>○ VRM Class I = 53,870 acres <br>○ VRM Class II = 176,010 acres <br>○ VRM Class III = 427,580 acres <br>○ VRM Class IV = 18,340 acres | Action: Designate VRM classes as follows (Figure 2-8, Appendix A): <br>● BLM surface: <br>○ VRM Class I = 44,220 acres <br>○ VRM Class II = 31,260 acres <br>○ VRM Class III = 431,330 acres <br>○ VRM Class IV = 168,990 acres | Action: Designate VRM classes as follows (Figure 2-9, Appendix A): <br>● BLM surface: <br>○ VRM Class I = 46,440 acres <br>○ VRM Class II = 112,540 acres <br>○ VRM Class III = 398,410 acres <br>○ VRM Class IV = 118,410 acres | Action: Designate VRM classes, as mapped, as follows (Figure 2-9, Appendix A): <br>● BLM surface: <br>○ VRM Class I = 46,440 acres <br>○ VRM Class II = 110,390 acres <br>○ VRM Class III = 366,520 acres <br>○ VRM Class IV = 152,450 acres |

62

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | ○ Undesignated = 319,770 acres<br>• Private or State surface/ federal mineral estate:<br>○ VRM Class I = 20 acres<br>○ VRM Class II = 10 acres<br>○ VRM Class III = 243,410 acres<br>○ VRM Class IV = 420 acres<br>○ Undesignated = 51,560 acres | • Recommend the following VRM classes for private or State surface/ federal mineral estate:<br>○ VRM Class I = 100 acres<br>○ VRM Class II = 135,030 acres<br>○ VRM Class III = 139,390 acres<br>○ VRM Class IV = 13,050 acres<br>○ Undesignated = 7,850 acres<br><br>**Alternative B.1 (North Fork area only):** Designate VRM classes as follows (Figure 2-7, Appendix A):<br>• BLM surface:<br>○ VRM Class I = 53,860 acres<br>○ VRM Class II = 181,650 acres<br>○ VRM Class III = 421,290 acres<br>○ VRM Class IV = 18,990 acres<br>• Recommend the following VRM classes for private or state surface/ federal mineral estate:<br>○ VRM Class I = 100 acres<br>○ VRM Class II = 142,710 acres<br>○ VRM Class III = 131,720 acres<br>○ VRM Class IV = 13,050 acres<br>○ Undesignated = 7,850 acres | • Recommend the following VRM classes for private or State surface/ federal mineral estate:<br>○ VRM Class I = 20 acres<br>○ VRM Class II = 69,040 acres<br>○ VRM Class III = 196,120 acres<br>○ VRM Class IV = 22,230 acres<br>○ Undesignated = 8,010 acres | • Recommend the following VRM classes for private or State surface/ federal mineral estate:<br>○ VRM Class I = 20 acres<br>○ VRM Class II = 94,250 acres<br>○ VRM Class III = 173,300 acres<br>○ VRM Class IV = 20,000 acres<br>○ Undesignated = 7,850 acres | • Recommend the following VRM classes for private or state/ federal mineral estate:<br>○ VRM Class I = 0 acres<br>○ VRM Class II = 118,320 acres<br>○ VRM Class III = 147,090 acres<br>○ VRM Class IV = 30,010 acres<br>○ Undesignated = 0 acres |
| 253. | **Action:**<br>Manage 44,220 acres as VRM Class I (Figure 2-5, Appendix A):<br>• ACECs<br>○ Adobe Badlands<br>○ Needle Rock<br>• Tabeguache Area<br>• WSAs | **Action:**<br>Manage 53,870 acres as VRM Class I (Figure 2-6, Appendix A):<br>• Tabeguache Area<br>• WSAs<br>• Suitable wild and scenic river (WSR) segments classified as "wild" (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)]). | **Action:**<br>Manage 44,220 acres as VRM Class I (Figure 2-8, Appendix A):<br>• Tabeguache Area<br>• WSAs | **Action:**<br>Manage 46,440 as VRM Class I (Figure 2-9, Appendix A):<br>• Same as Alternative C, plus<br>○ Suitable WSR segments classified as "wild" with a scenic ORV or within a WSA or the Tabeguache Area<br>- Roubideau Creek Segment 1<br>- San Miguel River Segment 2<br>- Tabeguache Creek Segment 1<br>- Dolores River Segment 1a<br>- La Sal Creek Segment 3 | **Action:**<br>Manage 46,460 acres as mapped as VRM Class I (Figure XX, Appendix XX):<br>• Same as Alternative C, plus<br>○ Suitable WSR segments classified as "wild" with a scenic ORV or within a WSA or the Tabeguache Area<br>- Roubideau Creek Segment 1 (2,680 acres)<br>- San Miguel River Segment 2 (1,100 acres)<br>- Tabeguache Creek Segment 1 (1,010 acres)<br>- Dolores River Segment 1a (1,950 acres)<br>- La Sal Creek Segment 3 (800 acres) |
| 254. | **Action:**<br>Manage 21,930 acres as VRM Class II to protect scenic qualities (Figure 2-5, Appendix A): | **Alternative B:**<br>**Action:**<br>Manage 176,010 acres as VRM Class II, | **Alternative B.1 (North Fork area only):**<br>**Action:**<br>Manage 181,650 acres as VRM Class II, including | **Action:**<br>Manage 31,260 acres as VRM Class II, including the following (Figure 2-8, Appendix A):<br>• ACECs | **Action:**<br>Manage 112,540 acres as VRM Class II, including the following (Figure 2-9, Appendix A): | **Action:**<br>Manage 228,710 acres as mapped as VRM Class II, including the following (Figure 2-XX, Appendix XX): |

63

BLM_0161272

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | • San Miguel River ACEC, except for the forest management areas identified in the San Juan/San Miguel RMP (BLM 1993a, 1985) | including the following (Figure 2-6, Appendix A): <br>• Lands managed to protect wilderness characteristics <br>• SRMAs <br>○ Burn Canyon RMZs 1 and 3 <br>○ Dolores River Canyon <br>○ Dry Creek RMZ 2 <br>○ Paradox Valley RMZs 1 and 4 <br>○ Roubideau RMZs 1, 2, and 3 <br>○ San Miguel River RMZs 2 and 3 <br>○ Spring Creek RMZ 2 <br>• ACECs <br>○ Needle Rock <br>○ Roubideau-Potter-Monitor <br>○ Dolores Slickrock Canyon <br>○ La Sal Creek <br>○ Coyote Wash <br>○ Paradox Rock Art <br>○ Portion of Tabeguache Pueblo and Tabeguache Caves (5,310 | the following (Figure 2-7, Appendix B): <br>• Face of Jumbo Mountain <br>• Youngs Peak <br>• "H" Hill <br>• Near flanks of the West Elks <br>• Needle Rock ACEC <br>• Within 1.0 mile of: <br>○ West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Rd 12) <br>○ 3100 Road <br>○ North Road <br>○ Crawford Road <br>○ Back River Road <br>• Lands visible from important vistas and travel corridors | ○ Needle Rock <br>○ Adobe Badlands | • Lands managed to protect wilderness characteristics <br>• SRMAs <br>○ Dolores River Canyon RMZs 1 and 2 <br>○ Roubideau RMZ 1 <br>○ San Miguel River RMZ 3 <br>○ Spring Creek RMZ 2 <br>• ACECs <br>○ Same as Alternative C, plus <br>　- Dolores River Slickrock Canyon <br>　- Paradox Rock Art <br>　- Biological Soil Crust <br>• Suitable WSR segments classified as wild without a scenic ORV and not within a WSA or the Tabeguache Area <br>○ Monitor Creek <br>○ Potter Creek <br>○ Saltado Creek <br>• Suitable WSR segments classified as "scenic" and suitable WSR segments classified as "recreational" with a scenic ORV (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)]) <br>• Lands within 0.5-mile of National Historic Trails, except for the Old Spanish National Historic Trail <br>• Lands within 0.5-mile of the following National and BLM Byways <br>○ Grand Mesa Scenic Byway <br>○ Portion of West Elk Scenic Byway from Northeast UFO boundary to Gunnison County Road 12 | • Roc Creek unit – lands managed to protect wilderness characteristics <br>• SRMAs <br>○ Dolores River Canyon RMZs 1 and 2 (if released from WSA designation) <br>○ Roubideau RMZ 1 (if released from WSA designation [Camel Back WSA]) <br>○ San Miguel River RMZ 3 <br>○ Spring Creek RMZ 2 <br>○ Dry Creek RMZ 5 <br>• ACECs <br>○ Same as Alternative C <br>• Suitable WSR segments classified as wild without a scenic ORV and not within a WSA or the Tabeguache Area <br>○ Monitor Creek <br>○ Potter Creek <br>○ Saltado Creek <br>• Suitable WSR segments classified as "scenic" and suitable WSR segments classified as "recreational" with a scenic ORV (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)]) <br>• Lands within 0.5-mile of National Historic Trails, except for the Old Spanish National Historic Trail <br>• Lands within 0.5-mile of the following National and BLM Byways <br>○ Grand Mesa Scenic Byway <br>○ Portion of West Elk Scenic Byway from Northeast UFO boundary to Gunnison County Road 12 |

BLM_0161273

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | acres within Tabeguache Area)<br>● Suitable WSR segments classified as "scenic" (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>● Lands within 0.5-mile of National Historic Trails<br>● Lands within 0.5-mile of National and BLM Byways | | | |
| 255. | **Action:**<br>Manage 280,520 acres as VRM Class III to protect its scenic qualities while permitting some intrusion, including (Figure 2-5, Appendix A) the San Miguel River SRMA (BLM 1993a). | **Action:**<br>Manage 427,580 acres as VRM Class III*, including, but not limited to, the following (Figure 2-6, Appendix A):<br>● Area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek<br>● SRMAs<br>  ○ Burn Canyon RMZ 2<br>  ○ Dry Creek RMZs 1, 3, and 4<br>  ○ Jumbo Mountain<br>  ○ Kinikin Hills<br>  ○ North Delta<br>  ○ Paradox Valley RMZs 2 and 3<br>  ○ Ridgway Trails<br>  ○ Roubideau RMZ 4<br>  ○ San Miguel River RMZs 1 and 4<br>  ○ Spring Creek RMZs 1 and 3<br>● ACECs<br>  ○ Salt Desert Shrub Ecosystem<br>  ○ Fairview South (CNHP Expansion)<br>  ○ Lower Uncompahgre Plateau<br>  ○ San Miguel Gunnison Sage-Grouse | **Action:**<br>Manage 431,330 acres as VRM Class III, including, but not limited to, the following (Figure 2-8, Appendix A):<br>● ERMAs<br>  ○ Burn Canyon<br>  ○ Paradox Valley<br>  ○ Ridgway Trails<br>  ○ Roubideau<br>● San Miguel River ACEC<br>● Lands within 0.5-mile of National Historic Trails<br>● Lands within 0.25-mile of National and BLM Byways | **Action:**<br>Manage 398,410 acres as VRM Class III, including, but not limited to, the following (Figure 2-9, Appendix A):<br>● ERMAs<br>  ○ Burn Canyon<br>  ○ Kinikin Hills<br>● SRMAs<br>  ○ Dry Creek<br>  ○ Jumbo Mountain<br>  ○ Ridgway Trails<br>  ○ Roubideau RMZs 2-4<br>  ○ San Miguel River RMZs 1, 2 and 4<br>  ○ Spring Creek RMZs 1 and 3<br>● ACECs<br>  ○ Fairview South (BLM Expansion)<br>  ○ Roubideau Corridors<br>  ○ San Miguel River<br>● North of County Road 12 outside of West Elk Scenic Highway buffer<br>● Oak Ridge<br>● McDonald Creek area<br>● Youngs Peak | **Action:**<br>Manage 506,340 acres, as mapped, as VRM Class III, including, but not limited to, the following (Figure XX, Appendix XX):<br>● ERMAs<br>  ○ Burn Canyon<br>  ○ Kinikin Hills<br>  ○ Paradox Valley<br>● SRMAs<br>  ○ Dolores River Canyon RMZ 3<br>  ○ Dry Creek RMZ 1-4<br>  ○ Jumbo Mountain<br>  ○ Ridgway Trails<br>  ○ Roubideau RMZs 2-4 (portions of RMZ 2 overlapping the Camel Back WSA would be managed as VRM III if WSA is released from designation)<br>  ○ San Miguel River RMZs 1, 2 and 4<br>  ○ Spring Creek RMZs 1 and 3<br>● ACECs<br>  ○ Fairview South (BLM Expansion)<br>  ○ San Miguel River |

BLM_0161274

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | o San Miguel River Expansion<br>o Sims-Cerro Gunnison Sage-Grouse<br>o East Paradox<br>o Portion of Tabeguache Pueblo and Tabeguache Caves (21,100 acres outside of Tabeguache Area)<br>o West Paradox<br>● Suitable WSR segments classified as "recreational" (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>● Shinn Park<br>● Hamilton Mesa area<br>● Naturita-Nucla Complex<br><br>*Under Alternative B.1, 421,290 acres would be managed as VRM Class III as portions of some of the above areas would be managed as VRM Class II.* | | ● Smith Fork (40s)<br>● Billy Creek area<br>● Wray Mesa<br>● Lion Creek<br>● Lands within 0.5-mile of the Old Spanish National Historic Trail<br>● Lands within 0.50-mile of the following National and BLM Byways<br>o Portion of the West Elk Scenic Byway west of Gunnison County Road 12<br>o San Juan Skyway<br>o Unaweep/Tabeguache Byway | ● Lands within 0.5-mile of the Old Spanish National Historic Trail<br>● Lands within 0.50-mile of the following National and BLM Byways<br>o Portion of the West Elk Scenic Byway west of Gunnison County Road 12<br>o San Juan Skyway<br>o Unaweep/Tabeguache Byway<br>Other areas as mapped including:<br>● Oak Ridge<br>● McDonald Creek area<br>● Youngs Peak<br>● Smith Fork (40s)<br>● Billy Creek area<br>● Wray Mesa<br>● Lion Creek<br>● North of County Road 12 outside of West Elk Scenic Highway buffer |
| 256. | Action:<br>Manage 9,260 acres as VRM Class IV to allow substantial change, as follows (Figure 2-5, Appendix A):<br>● North Delta OHV area (BLM 1989a)<br>● Forest management areas within the San Miguel River ACEC (BLM 1993a, 1985) | Action:<br>Manage 18,340 acres as VRM Class IV, as follows (Figure 2-6, Appendix A):<br>● All other areas not identified as VRM Class I, II, or III, or undesignated | Action:<br>Manage 168,990 acres as VRM Class IV, as follows (Figure 2-8, Appendix A):<br>● North Delta Open OHV area<br>● Fairview South ACEC<br>● All other areas not identified as VRM Class I, II, or III, or undesignated | Action:<br>Manage 118,410 acres as VRM Class IV, as follows (Figure 2-9, Appendix A):<br>● North Delta ERMA<br>● All other areas not identified as VRM Class I, II, or III, or undesignated | Action:<br>Manage 182,460 acres, as mapped, as VRM Class IV, as follows (Figure XX, Appendix A):<br>● North Delta SRMA<br>● Private edge-holdings and inholdings on National Forest System lands that do not have a Visual Resource Inventory<br>● All other areas not identified as VRM Class I, II, or III |
| 257. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>STIPULATION NSO-51/NGD-23: *Visual Class I.* Prohibit surface occupancy and use and apply NGD restrictions in VRM Class I areas. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would be no stipulations for VRM Class I areas.) | | |
| 258. | Allowable Use:<br>No similar allowable use in current RMPs. | Alternative B:<br>Allowable Use:<br>STIPULATION CSU-46/SSR-55: *Visual: VRM Class II and III.* Surface occupancy or use may be restricted and SSR restrictions | Alternative B.1 (North Fork area only):<br>Apply the following restrictions to VRM Class II areas:<br><br>Allowable Use:<br>NO LEASING NL-11: *Prominent Landmarks.* Close to oil and gas leasing and geophysical | Allowable Use:<br>No similar allowable use. (There would be no stipulations for VRM Class II or Class III areas.) | |

BLM_0161275

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | applied in VRM Class II and III areas. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | exploration the following prominent landmarks: face of Jumbo Mountain, Youngs Peak, "H" Hill, Saddle Mountain, near flanks of the West Elks, and Needle Rock ACEC.<br><br>Allowable Use: STIPULATION NSO-52: *Travel and Scenic Corridors*. Prohibit surface occupancy within 1.0 mile of: West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Rd 12)<br>● 3100 Road<br>● North Road<br>● Crawford Road<br>● Back River Road<br><br>Allowable Use: STIPULATION CSU-47: *Vistas*. Apply CSU restrictions to BLM-administered and split-estate lands visible from important vistas and travel corridors:<br>● Jumbo Mountain<br>● Youngs Peak<br>● "H" Hill<br>● Flanks of the West Elks<br>● Needle Rock ACEC<br>● Beyond 1.0 mile of:<br>  ○ West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Road 12)<br>  ○ 3100 Road<br>  ○ North Road<br>  ○ Crawford Road | | | |

67

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | ○ Back River Road (Refer to Appendix B; Figure 2-21, Appendix A.) | | | |
| 259. | Objective:<br>No similar objective in current RMPs. | Objective:<br>Maintain dark night sky conditions in areas that are generally unaffected by man-made light sources. | | | |
| 260. | Action:<br>No similar action in current RMPs. | Action:<br>Prohibit permanent artificial outdoor lighting in VRM Class I and II areas. | Action:<br>Prohibit permanent artificial outdoor lighting in VRM Class I areas. | | |
| 261. | Action:<br>No similar action in current RMPs. | Action:<br>Require that permanent and temporary artificial outdoor lighting be shielded and downward-facing ("full cut-off" fixtures) to minimize impacts on naturally dark night skies. An exception, with mitigation, may be granted for temporary lighting if the requirement will create a hazard. | Action:<br>No similar action. (There would not be a requirement that artificial outdoor lighting be shielded and downward-facing.) | Action:<br>Same as Alternative B. | |
| 262. | Action:<br>No similar action in current RMPs. | Action:<br>Require that permanent artificial outdoor lighting be turned off when it is not needed. | | | |
| 263. | | | LANDS WITH WILDERNESS CHARACTERISTICS | | |
| 264. | GOAL:<br>No similar goal in current RMPs. | GOAL:<br>Manage lands with wilderness characteristics that are identified for protection to maintain those characteristics. | | | Manage lands to protect wilderness characteristics while considering competing resource demands and manageability, such as valid and existing rights, mineral potential, proximity to residential and other development, and existing and potential recreational uses. |
| 265. | Objective:<br>No similar objective in current RMPs. | Objective:<br>Identify lands with wilderness characteristics. Manage lands possessing wilderness characteristics to maintain those characteristics. Manage activities to maintain each area's roadless size, natural quality, opportunities for solitude and primitive recreation, and supplemental values where present. | Objective:<br>Identify lands with wilderness characteristics but do not manage those characteristics. | Objective:<br>Identify lands with wilderness characteristics. In specific areas, manage activities to maintain the natural quality of the area, and to maintain opportunities for solitude and primitive recreation where they occur in these areas. | Objective:<br>Identify lands with wilderness characteristics.<br>Manage identified units to maintain those characteristics. Within those units, manage activities to maintain each area's roadless size, natural quality appearance, opportunities for solitude and primitive recreation, and supplemental values where present. |
| 266. | Action:<br>No similar action in current RMPs. | Action:<br>Manage 42,150 acres in the following areas with wilderness characteristics (Figure 2-10, Appendix A):<br>● Adobe Badlands WSA Adjacent (6,180acres)<br>● Camel Back WSA Adjacent (6,950 acres) | Action:<br>No similar action. (Areas with wilderness characteristics would not be managed to maintain those characteristics.) | Action:<br>Manage 18,320 acres in the following areas with wilderness characteristics (Figure 2-10, Appendix A):<br>● Camel Back WSA Adjacent (6,950 acres)<br>● Dry Creek Basin (7,030 acres)<br>● Roc Creek (4,340 acres). | Action:<br>Manage 4,340 acres in the Roc Creek Unit to protect wilderness characteristics as a priority over other multiple uses (Figure 2-10, Appendix A). |

BLM_0161277

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | ● Dolores River Canyon WSA Adjacent (550 acres)<br>● Dry Creek Basin (7,030 acres)<br>● Lower Tabeguache/Campbell Creek (11,060 acres)<br>● Roc Creek (5,480 acres)<br>● Shavano Creek (4,900 acres)<br><br>Refer to Appendix F, Summary of Uncompahgre Planning Area Wilderness Characteristics Inventory: 2011 Update. | | Refer to Appendix F, Summary of Uncompahgre Planning Area Wilderness Characteristics Inventory: 2011 Update | Refer to Appendix F, Summary of Uncompahgre Planning Area Wilderness Characteristics Inventory: 2015 Update |
| 267. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Apply the following management to lands managed to protect wilderness characteristics:<br>● VRM Class II<br>● ROW exclusion<br>● Exclusion area for wind, solar and hydropower projects<br>● Closed to motorized and mechanized travel<br>● Prohibit new or expanded range improvements<br>● Prohibit target shooting *(see Recreation section for more information)*<br>● Closed to wood product sales or harvest<br>● Allowable Use: Close to mineral materials disposal<br>● Allowable Use: Close to nonenergy solid mineral leasing<br>● Allowable Use: Close to coal leasing<br>● Recommend to the Secretary of the Interior withdrawal from locatable mineral entry<br>● Prohibit road maintenance<br>● Issue no SRPs for competitive events | **Action:**<br>No similar action. (Areas with wilderness characteristics would not be managed to protect those characteristics.) | **Action:**<br>Apply the following management to lands managed to protect wilderness characteristics:<br>● VRM Class II<br>● ROW avoidance<br>● Exclusion area for wind, solar and hydropower projects<br>● Limit motorized and mechanized travel to designated routes<br>● Allow route maintenance and improvements in a manner consistent with the long-term preservation of wilderness characteristics<br>● Permit new range improvement projects to support land health objectives only if it can be shown that they will protect or enhance wilderness characteristics<br>● Allow maintenance of existing range improvement facilities in a manner consistent with the long-term preservation of wilderness characteristics<br>● Closed to wood product sales or harvest<br>● Allowable Use: Close to mineral materials disposal<br>● Allowable Use: Close to nonenergy solid mineral leasing<br>● Allowable Use: Close to coal leasing<br>● Require a mine plan for locatable mineral development | **Action:**<br>Apply the following management to lands managed to protect wilderness characteristics:<br>● VRM Class II<br>● ROW-avoidance<br>● Exclusion area for wind, solar and hydropower projects<br>● Retain in federal ownership<br>● Limit motorized and mechanized travel to designated routes<br>● Allow route maintenance and improvements in a manner consistent with the long-term preservation of wilderness characteristics<br>● Permit new range improvement projects to support land health objectives when they will not diminish wilderness characteristics<br>● Maintain existing range improvement facilities in a manner consistent with the long-term preservation of wilderness characteristics<br>● Allow wood product sale and harvest when it can be accomplished in a manner consistent with the long-term preservation of wilderness characteristics<br>● Allowable Use: Close to mineral materials disposal<br>● Allowable Use: Close to nonenergy solid mineral leasing<br>● Allowable Use: Close to coal leasing<br>● Require a mine plan for locatable mineral development |

69

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 268. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>NO LEASING NL-12/NGD-24: *Lands with Wilderness Characteristics.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities on lands identified to be managed to protect inventoried wilderness characteristics.<br>(Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>No similar action. (Areas with wilderness characteristics would not be managed to maintain those characteristics.) | Allowable Use:<br>STIPULATION NSO-53/ SSR-56: *Lands with Wilderness Characteristics.* Prohibit surface occupancy and use and apply SSR restrictions to lands identified to be managed to protect inventoried wilderness characteristics. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 269. | Goal 2:<br>No similar goal in current RMPs | Goal 2: No similar goal | | | Goal 2:<br>Provide protection when possible to preserve inventoried wilderness characteristics of areas determined to possess wilderness characteristics (e.g., appearance of naturalness, outstanding opportunities for primitive and unconfined recreation or solitude) while allowing for competing resource uses. |
| 270. | Goal 2:<br>No similar goal in current RMPs | Goal 2: No similar goal | | | Objective 2: Through project analysis analyze and disclose impacts to lands with wilderness characteristics in lands inventoried and found to have those values. Minimize impacts to those values |
| 271. | Action:<br>No similar action in current RMPs | Action:<br>No similar action | | | Action:<br>Manage 36,680 acres to minimize impacts to wilderness characteristics while managing for other uses.<br>• Adobe Badlands WSA Adjacent (6,180 acres)<br>• Camel Back WSA Adjacent (6,950 acres)<br>• Dolores River Canyon WSA Adjacent (550 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Lower Tabeguache/Campbell Creek (11,060 acres)<br>• Shavano Creek (4,900 acres)<br>Conserve wilderness characteristics where possible through relocation, design criteria and/or mitigation.<br>Maintain an ongoing, up-to- date inventory of lands with wilderness characteristics |
| 272. | Allowable Use:<br>No similar action in Current RMPs | Allowable Use:<br>No similar action | | | Allowable Use:<br>CSU XX: *Lands Identified as Having Wilderness Characteristics While Managing* |

BLM_0161279

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | | | *for Other Uses:*  On lands identified as possessing wilderness characteristics, special design, construction and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing disturbance activities in the following areas, the proponent may be required to submit a plan of development that will demonstrate that identified wilderness characteristics will be conserved for the following areas:<br>• Adobe Badlands WSA Adjacent (6,180acres)<br>• Camel Back WSA Adjacent (6,950 acres)<br>• Dolores River Canyon WSA Adjacent (550 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Lower Tabeguache/Campbell Creek (11,060 acres)<br>• Shavano Creek (4,900 acres) |
| 272. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, manage those lands for wilderness characteristics.<br>• Consider adjacent other federal lands to determine whether the acquired lands if combined with the other federal lands constitute a piece that possesses wilderness characteristics. If so, then manage those lands for wilderness characteristics. | **Action:**<br>Inventory acquired lands for wilderness characteristics to maintain a current inventory only. | **Action:**<br>Inventory acquired lands for wilderness characteristics<br>• If acquired lands are found to possess wilderness characteristics, determine whether to manage wilderness characteristics on a case-by-case basis consistent with BLM manuals 6310 and 6320.<br>Consider adjacent other federal lands to determine whether the acquired lands if combined with the other federal lands constitute a piece that possesses wilderness characteristics. If so, then determine whether to manage for wilderness characteristics on a case-by-case basis consistent with BLM manuals 6310 and 6320. | **Action:**<br>Inventory acquired lands for wilderness characteristics<br>• If acquired lands are found to possess wilderness characteristics, determine whether to manage wilderness characteristics on a case-by-case basis consistent with BLM manuals 6310 and 6320.<br>Consider adjacent other federal lands to determine whether the acquired lands if combined with the other federal lands constitute a piece that possesses wilderness characteristics. In the case of acquired lands inventoried and determined to possess wilderness characteristics, the authorized officer must determine if these lands warrant specific management or protection not already provided by the RMP.  If the authorized officer determines that protection is warranted for the area, they should determine whether existing resource protection measures are sufficient to mitigate impacts from any proposed activity (on a case by case basis) or if planning level |

71

2. Alternatives and Proposed RMP

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | | | decisions are necessary to protect the area. The authorized officer will consider potential adverse impacts to lands with wilderness characteristics through the NEPA process for a proposed project. A NEPA process considering potential impacts to an area not previously considered for protection in a land use planning process should analyze alternative management options for the area including an alternative that analyzes protection of wilderness characteristics. |
| 273. | **Resource Uses** | | | | |
| 274. | **FORESTRY AND WOODLAND PRODUCTS** | | | | |
| 275. | **GOAL:** Provide forest and woodland products on a sustainable basis to meet local needs. | | | | **GOAL:** Provide forest and woodland products on a sustainable basis to meet local needs **and promote ecological health.** |
| 276. | Objective: **Manage suitable commercial forest lands and pinyon-juniper woodlands for sustained yield production within the allowable cut restrictions determined by the Timber Production Capabilities Classification inventory (BLM 1989a).** | Objective: **Manage forests and woodlands within the historic range of natural variability while ensuring ecological diversity, maintaining successional processes, maintaining sustainability (including the desired mix of structural stages and landscape/watershed functions), and providing for native plant and wildlife habitats.** | | | |
| 277. | Action: **Make public land within forest management areas available for a full range of forest management activities. Generally require major forest activity plans before allowing those activities in such areas. Pending completion of the activity plan, evaluate timber and woodland stand treatments by an environmental assessment and implement on a case-by-case basis. Make forested areas within other emphasis areas available for a full range of forest management activities; modify plans to be compatible with the management emphasis areas. Permit firewood harvesting on most accessible forest land available for harvesting forest products (BLM 1985).** | Action: **No similar action; this is addressed by other individual actions and the objective.** | | | |
| | **On 40,500 acres (management unit 3), prepare Forest Management Plans and, if** | | | | |

72

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | needed, establish plantations to increase forest product availability (BLM 1989a). | | | | |
| 278. | Action: No similar action in current RMPs. | Action: Designate 675,800 acres of forest management units (Figure 2-74 [Alternative D], Appendix A): <br>● North Fork (132,300 acres) <br>● Paradox (175,880 acres) <br>● San Miguel (189,030 acres) <br>● Storm King (41,700 acres) <br>● Uncompahgre Plateau (136,890 acres) | | | Action: Same as Alternatives B, C, and D. Of those acres, only 519,620 acres are available for commercial wood harvest and 438,580 acres open to general wood cutting. Forest management units with total acres and acres available for commercial harvest and general wood cutting are: <br>● North Fork – 132,300 acres <br>  ○ Open to wood collection – 82,460 acres <br>  ○ Closed to wood collection – 49,840 acres <br>  ○ Open to commercial wood collection – 105,440 acres <br>  ○ Closed to commercial wood collection – 26,680 acres <br>● Paradox – 175,880 acres <br>  ○ Open to wood collection – 123,010 acres <br>  ○ Closed to wood collection – 52,870 acres <br>  ○ Open to commercial wood collection – 135,120 acres <br>  ○ Closed to commercial wood collection – 40,760 acres <br>● San Miguel – 189,030 acres <br>  ○ Open to wood collection – 116,150 acres <br>  ○ Closed to wood collection – 72,880 acres <br>  ○ Open to commercial wood collection – 133,230 acres <br>  ○ Closed to commercial wood collection – 55,800 acres <br>● Storm King – 41,700 acres <br>  ○ Open to wood collection – 23,170 acres <br>  ○ Closed to wood collection – 18,530 acres <br>  ○ Open to commercial wood collection – 28,860 acres <br>  ○ Closed to commercial wood collection – 12,840 acres <br>● Uncompahgre Plateau – 136,890 acres <br>  ○ Open to wood collection – 93,830 acres <br>  ○ Closed to wood collection – 43,060 acres <br>  ○ Open to commercial wood collection – 116,970 acres <br>  ○ Closed to commercial wood collection – 19,920 acres |

73

BLM_0161282

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 279. | **Action:**<br>**Manage approximately 6,700 acres (emphasis area J) to provide woodland products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-71, Appendix A; BLM 1985).**<br><br>**Action:**<br>**Manage lands suitable for timber production. Invest necessary funds to provide for intensive management of the forest resource. Provide firewood, Christmas trees, and other wood products (BLM 1985).** | **Action:**<br>**Manage approximately 279,125 acres to provide minor (noncommercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-72, Appendix A).** | **Action:**<br>**Manage approximately 631,270 acres to provide minor (noncommercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 9.6 MMBF (19,200 cords) per decade (Figure 2-73, Appendix A).** | **Action:**<br>**Manage approximately 394,530 acres to provide minor (noncommercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-74, Appendix A).** | **Action:**<br>**No similar action.** |
| 280. | **Action:**<br>**Intensively manage 40,500 acres (management unit 3) for woodland product harvest within sustained yield production limits to increase available woodland products (BLM 1989a).** | **Action:**<br>**Manage harvest of minor (noncommercial timber) forest and woodland products in the following forest management units (units are shown on Figures 2-72 [Alternative B], 2-73 [Alternative C], and 2-74 [Alternative D] Appendix A):**<br>● **Pinyon-juniper**<br>  ○ **North Fork**<br>  ○ **Paradox**<br>  ○ **San Miguel**<br>  ○ **Storm King**<br>  ○ **Uncompahgre Plateau**<br>● **Ponderosa pine**<br>  ○ **Paradox**<br>  ○ **Uncompahgre Plateau**<br>● **Aspen**<br>  ○ **Storm King**<br>● **Spruce and subalpine fir**<br>  ○ **Storm King**<br>● **Douglas fir**<br>  ○ **San Miguel**<br>  ○ **Storm King** | | | |
| 281. | **Action:**<br>**No similar action in current RMPs. (The commercial harvest of all vegetation types is currently allowed.)** | **Action:**<br>**Allow commercial timber harvest of pinyon-juniper only; permit such harvest in all forest management units. Exception: Commercial harvest activities may be used for other forest cover types to improve forest health, to restore ecology, or to meet identified resource objectives.** | **Action:**<br>**Same as Alternative A.** | **Action:**<br>**Same as Alternative B, where consistent with land health and vegetation mosaic objectives.** | **Action:**<br>**Action:**<br>**Allow commercial timber harvest of pinyon-juniper only; permit such harvest in all forest management units where consistent with land health and vegetation mosaic objectives.**<br><br>**Exception: Commercial harvest activities may be used for other forest cover types to improve forest health, to restore ecology, or to meet identified resource objectives.** |

74

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 282. | **Action:** Prohibit forest product disposal (i.e., wood product sales and/or harvest) in the following areas (110,160 acres; Figure 2-71, Appendix A): <br>• Tabeguache Area <br>• WSAs (BLM 1985) <br>• San Miguel River ACEC/SRMA: 20,166 acres of the ACEC and 298 acres of the San Miguel SRMA (BLM 1993a) <br>• Dolores River SRMA (BLM 1985) <br>• Perennial and intermittent streams in the Uncompahgre Basin Resource Area (BLM 1989a) <br>• Needle Rock ACEC/ Outstanding Natural Area (BLM 1989a) <br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County (BLM 1989a) | **Action:** Close the following areas (397,160 acres) to wood product sales and/or harvest (unless there is an exception shown below; Figure 2-72, Appendix A): <br>• Tabeguache Area <br>• WSAs <br>• ACECs (refer to the *Areas of Critical Environmental Concern* section for specific restrictions and allowed wood product use or harvest) <br>○ Fairview South (CNHP Expansion) <br>○ Needle Rock <br>○ San Miguel River Expansion <br>○ Dolores Slickrock Canyon <br>○ Roubideau-Potter-Monitor <br>• Steep slopes (greater than 30 percent) <br>• VRM Class I areas <br>• Lands managed to protect wilderness characteristics <br>• Ecological emphasis areas <br>• Ancient woodlands and forest <br>• Exemplary, ancient, and rare vegetation <br>• Riparian areas <br>• Threatened and endangered species' habitat <br>• The reserved federal timber on land deeded to Ouray County <br>• SRMAs (refer to Appendix J, [Description of Recreation Management Areas] for specific restrictions and allowed wood product use or harvest) <br>○ Burn Canyon RMZ 1 <br>○ Dolores River Canyon <br>○ Dry Creek RMZs 1, 2, and 4 <br>○ Jumbo Mountain RMZ 1 <br>○ Kinikin Hills RMZs 1 and 2 <br>○ North Delta <br>○ Paradox Valley RMZs 1 and 2 <br>○ Ridgway Trails RMZ 1 <br>○ Roubideau <br>○ San Miguel River <br>○ Spring Creek <br><br>**Exception:** Allow wood product sales and/or harvest to enhance resource values for which | **Action:** Close the following areas (44,530 acres) to wood product sales and/or harvest (Figure 2-73, Appendix A): <br>• Tabeguache Area <br>• WSAs <br>• Fairview South ACEC <br><br>**Exception:** Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated to improve forest and land health conditions or to achieve vegetation mosaic objectives. | **Action:** Close the following areas (281,390 acres) to wood product sales and/or harvest (unless there is an exception shown below; Figure 2-74, Appendix A): <br>• ACECs (refer to the *Areas of Critical Environmental Concern* section for specific restrictions and allowed wood product use or harvest) <br>○ Fairview South (BLM Expansion) <br>○ Needle Rock <br>○ San Miguel River <br>○ Dolores River Slickrock Canyon <br>○ Roubideau Corridors <br>• Steep slopes (greater than 40 percent) <br>• VRM Class I areas <br>• Lands managed to protect wilderness characteristics <br>• Riparian areas <br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County <br>• Ecological emphasis areas (prohibit commercial sales and harvest only) <br>• Ancient woodlands and forest <br>• Exemplary, ancient, and rare vegetation <br>• SRMAs (refer to Appendix J, [Description of Recreation Management Areas] for specific restrictions and allowed wood product use or harvest) <br>○ Dolores River Canyon <br>○ Dry Creek RMZs 1, 2, and 4 <br>○ Jumbo Mountain RMZs 1 and 2 <br>○ Ridgway Trails RMZ 1 <br>○ Roubideau RMZs 1 and 2 <br>○ San Miguel River <br>○ Spring Creek <br>• Tabeguache Area <br>• WSAs <br>• NGD areas (except for private firewood permits) <br><br>**Exception:** Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. | **Action:** Close the following areas (152,880) to wood product sales and/or harvest (unless there is an exception shown below; Figure 2-74, Appendix A): <br>• ACECs (refer to the *Areas of Critical Environmental Concern* section for specific restrictions and allowed wood product use or harvest) <br>○ Fairview South (BLM Expansion) <br>○ Needle Rock <br>○ San Miguel River <br>• Steep slopes (greater than 40 percent) <br>• Lands managed to protect wilderness characteristics – Roc Creek unit <br>• Riparian areas <br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County <br>• Ancient woodlands and forest <br>• Exemplary, ancient, and rare vegetation <br>• SRMAs (refer to Appendix J, [Description of Recreation Management Areas] for specific restrictions and allowed wood product use or harvest): <br>○ Dolores River Canyon <br>○ Dry Creek RMZs 1 and 2 <br>○ Jumbo Mountain RMZ 1 <br>○ North Delta <br>○ Ridgway Trails RMZ 1 <br>○ Roubideau RMZs 1 and 2 <br>○ San Miguel River <br>○ Spring Creek RMZ 2 <br>• Tabeguache Area <br>• WSAs <br><br>**Exception:** Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. |

75

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. | | | |
| 283. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>● Crucial winter range<br>○ Elk and mule deer: December 1 to April 30<br>○ Moose: November 15 to May 30<br>● Big game reproduction areas<br>○ Elk and mule deer: May 15 to June 30<br>○ Pronghorn antelope: May 1 to July 15<br>○ Desert bighorn sheep: March 15 to June 15 for lambing range<br>○ Desert bighorn sheep: August 1 to September 30 for rutting grounds<br>○ Rocky Mountain bighorn sheep: May 1 to July 15 for lambing range<br>○ Rocky Mountain bighorn sheep: October 15 to December 15 for rutting grounds<br>○ Moose: May 15 to July 15<br>○ Migratory bird breeding habitat: May 1 to July 31<br>○ When soils are saturated | Allowable Use:<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>● Crucial winter range<br>○ Elk and mule deer: January 1 to March 31<br>● Big game reproduction areas<br>○ Elk and mule deer: May 15 to June 15 | Allowable Use:<br>Prohibit personal use firewood and other special forest product harvest from December 31 to April 30.<br><br>Subject commercial activities to spatial TLs, as described in Appendix B. | |
| 284. | Action:<br>No similar action in current RMPs. | Action:<br>Make byproducts from forest management activities available for biomass use or for insect and disease control. | Action:<br>In appropriate forest cover types, allow biomass production where compatible with other uses. | Action:<br>In appropriate forest cover types, allow biomass production and use where compatible with vegetation mosaics and other resource uses.<br><br>Make byproducts from forest management activities available for biomass use or for insect and disease control. | Action:<br>In appropriate forest cover types, allow biomass production and use where compatible with vegetation mosaics and other resource uses.<br><br>Make byproducts from forest management activities and woodlands affected by insect and disease available for biomass. |
| 285. | Action:<br>Provide reasonable opportunity to salvage forest products before and after range and wildlife habitat improvement treatments (BLM 1985). | Action:<br>Encourage, where feasible, the harvest of woodland products in areas of proposed or existing vegetative treatments to lessen the need for additional treatment or land disturbance and in areas that need restoration for ecological benefits. | | | |
| 286. | Action:<br>In livestock management emphasis areas (228,240 acres), manage woodland products | Action:<br>Manage forest and woodlands where compatible to achieve other resource objectives. | | | |

BLM_0161285

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | and timber to enhance range resources and for insect and disease control (BLM 1985).<br><br>**Action:**<br>Plan wood product sales in wildlife areas (23,100 acres) to improve big game forage and other wildlife needs (BLM 1985).<br><br>**Action:**<br>Manage forest lands to enhance wildlife resources. Plan wood product sales in wildlife areas to improve big game forage and other wildlife needs (BLM 1985). | | | | |
| 287. | **Action:**<br>In livestock management emphasis areas (228,240 acres), manage timber species at a stocking level that maintains moderate to high herbage production. Use woodland products to the maximum extent practicable through commercial sales under the principle of sustained yield. Manage aspen forest types to perpetuate aspen, using even-aged silviculture. Limit clear-cuts in aspen to a maximum of 40 acres or the size of an aspen clone, whichever is smaller (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions and objectives. | | | |
| 288. | **Action:**<br>On 121,710 acres (management unit 1), manage woodland harvest areas for increased forage production and to be compatible with allotment management plans and wildlife habitat management objectives (BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions and objectives. | | | |
| 289. | **Action:**<br>Incorporate non-conflicting wildlife habitat management objectives, projects, and mitigating measures into new and existing forest management plans (area identified as a productive pinyon-juniper woodland important to wildlife and livestock; management units 1 and 3; BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions and objectives. | | | |
| 290. | **Action:**<br>Coordinate forestry and woodland products management on a case-by-case basis to | **Action:**<br>No similar action; this is addressed by the objective. | | | |

BLM_0161286

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | ensure aquatic resources are protected and, in some cases, improved (BLM 1985). | | | | |
| 291. | **Action:** Manage lands suitable for timber and woodland production to enhance recreational opportunities and to maintain healthy stand conditions (BLM 1985). | **Action:** No similar action; this is addressed by other actions and objectives. | | | |
| 292. | **Action:** Manage forest products and woodlands to meet goals and objectives of the soil and water program for specific areas (BLM 1985). | **Action:** No similar action; this is addressed by other actions and objectives. | | | |
| 293. | **Action:** Allow for the sale or disposal of forest products or timber that could be lost in mineral development or that is needed for managing the resource. Meet demand without degradation or conflict (BLM 1985). | **Action:** Before removing any commercial or noncommercial woodland products as a result of permitted activities (e.g., mining, oil and gas production, sodium mining, and ROW), appraise and require the proponent to purchase the woodland products. The BLM could waive this requirement if the quantity of woodland product is of a small enough quantity to make the requirement unfeasible. | **Action:** Same as Alternative A. | **Action:** Same as Alternative B. | **Action:** Before removing any commercial or noncommercial forest and woodland products as a result of permitted activities (e.g., mining, oil and gas production, sodium mining, and ROW), appraise and require the proponent to purchase the woodland products. The BLM could waive this requirement if the quantity of woodland product is of a small enough quantity to make the requirement unfeasible. |
| 294. | **Action:** Allow removal of forest products only when compatible with cultural, wildlife, or recreation values or when done to improve safety (BLM 1985). | **Action:** No similar action; this action is not needed (future projects need to be compatible with the RMP). | | | |
| 295. | **Action:** Manage timber and woodland species on all available and capable lands with a combination of even- and uneven-age systems. Manage aspen under an even-age system. Limit open patch cuts to 20 acres or less in commercial forest types and 40 acres in woodland types. Regenerate all patch cuts, shelter wood, and selection harvest cuts, naturally or artificially, within 15 years. Continue managing all operable woodland and commercial saw timber in other emphasis areas (BLM 1985). | **Action:** No similar action (patch size, structure, and vegetation treatments are identified in other actions). | | | |

BLM_0161287

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 296. | **Action:** When carrying out projects using Healthy Forest Restoration Act authority, fully maintain or contribute toward the restoration of the structure and composition of old-growth stands according to the pre-fire suppression old-growth conditions characteristic of the forest type, taking into account the contribution of the stand to landscape fire adaptation and watershed health and retaining the large trees contributing to old-growth structure. | | | | When carrying out projects using Healthy Forest Restoration Act authority and similar acts passed to restore forest and woodlands, fully maintain or contribute toward the restoration of the structure and composition of historic stand composition according to the pre-fire suppression conditions characteristic of the forest type, taking into account the contribution of the stand to landscape fire adaptation and watershed health and retaining the large trees contributing to old-growth structure in appropriate forest/woodland types. |
| 297. | **LIVESTOCK GRAZING** | | | | |
| 298. | **GOAL:** Provide adequate forage for livestock while attaining healthy rangelands, in accordance with land health standards and in balance with other resources and uses, and to support local agricultural communities. | | | | |
| 299. | **Objective:** Manage to increase forage on livestock production on a sustained yield basis. Emphasis is upon increasing forage, red meat, and animal fiber production, and improving forage composition and watershed conditions. Make significant investments in livestock improvements, which will be multiple-use oriented (e.g., wildlife and watershed). Minimize investments for other resources but continue resource management activities compatible with livestock production (BLM 1985).

Make suitable public lands available for livestock grazing use (BLM 1989a). | **Objective:** While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs) based on long-term studies and land health conditions. Place emphasis on decreasing grazing permitted use. | **Objective:** While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs) based on long-term studies and land health conditions. Place emphasis on increasing grazing permitted use. | **Objective:** While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs) based on long-term studies and land health conditions. | **Objective:** Using best available science and monitoring data, at the implementation level, design grazing systems that will meet or make progress toward meeting BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs). |
| 300. | **Action:** Make 658,540619,500 acres available for livestock grazing (Figure 2-11, Appendix A). Provide 38,36435,519 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels.

Complete a detailed monitoring and evaluation plan. When undesirable and unintended changes in resource values are | **Action:** Make 510,070517,670 acres available for livestock grazing (Figure 2-12, Appendix A). Provide 29,86228,958 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 647,900653,270 acres available for livestock grazing (Figure 2-13, Appendix A). Provide 37,92636,949 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 611,560616,920 acres available for livestock grazing (Figure 2-14, Appendix A). Provide 36,42435,528 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 607,490607,580 acres available for livestock grazing (Figure 2-14, Appendix A). Provide 35,114 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. |

79

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | discovered and the causes are determined, take corrective actions (BLM 1985). | | | | |
| 301. | **Action:** Make ~~17,260~~ 56,300 acres of allotments, portions of allotments, and areas unavailable for livestock grazing. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make ~~165,730~~ 158,130 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes steep slopes, conflict with BLM recreation sites, precipitation zone (16 inches) below which salts and carbonates are present in the Mancos shale soil profile, or avoidance of sensitive resources, such as those described in the *Areas of Critical Environmental Concern* section. Refer to Appendix E, Livestock Grazing Allotments. | **Action:** Make ~~27,900~~ 22,530 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes suitability of grazing and private land conflict. Refer to Appendix E, Livestock Grazing Allotments. | **Action:** Make ~~64,240~~ 58,970 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes steep slopes, conflict with BLM recreation sites, or avoidance of sensitive resources, such as those described in the *Areas of Critical Environmental Concern* section. Refer to Appendix E, Livestock Grazing Allotments. | **Action:** Make ~~68,310~~ 50,310 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and un-allotted land. The purpose includes steep slopes, conflict with BLM recreation sites, or avoidance of sensitive resources, such as those described in the Fairview *Area of Critical Environmental Concern* section. Refer to Appendix E, Livestock Grazing Allotments. |
| 302. | **Action:** Keep closed portions (2,680 acres) of the Camel Back pasture in the Winter-Monitor allotment. | | **Action:** Make approximately 2,680 acres available for cattle grazing by reactivating the previously closed Camel Back pasture in the Winter-Monitor allotment. Provide 75 additional AUMs of grazing permitted use. | **Action:** Make approximately 2,680 acres available for livestock trailing by reactivating the previously closed Camel Back pasture in the Winter-Monitor allotment. This availability is for trailing only. Provide no additional AUMs of grazing permitted use. Trailing in the entire canyon is limited by time and is managed within the riparian objective and the BLM Colorado Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | **Action:** Same as Alternative D. |
| 303. | **Action:** On 3,720 acres (management unit 9), limit trailing use as much as possible and confine it to established roads; prohibit trailing livestock from bedding in riparian zones unless absolutely necessary (BLM 1989a). | **Action:** Limit livestock trailing use to established roads and trails to the extent possible. Prohibit trailing livestock from overnighting or bedding in sensitive areas, such as riparian zones and occupied federally listed plant habitat. | **Action:** Limit livestock trailing use to established roads and trails to the extent possible. Permit trailing livestock to overnight or bed in sensitive areas, such as riparian zones and in occupied federally listed plant habitat, only with prior approval from the BLM. | **Action:** Limit livestock trailing use to established roads and trails to the extent possible. Permit trailing livestock to overnight or bed in riparian zones in areas identified by and only with prior approval. | **Action:** Same as Alternative D. |
| 304. | **Action:** No similar action in the current RMP. | **Action:** Exclude livestock grazing for a minimum of three years on disturbed areas (e.g., a fire, reclamation of disturbed lands, seedings, and surface-disturbing vegetation treatments). | **Action:** Exclude livestock grazing on disturbed areas (e.g., fire, reclamation of disturbed lands, seedings, and surface-disturbing vegetation treatments) to the extent needed to comply with BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | | |
| 305. | **Action:** No similar action in current RMPs. | **Action:** Periodically evaluate allotments or portions of allotments to identify grazing issues. Base potential closure to livestock grazing and/or reduction in permitted use on the following | **Action:** No similar action. (Closure to livestock grazing and/or reduction in permitted use would not occur, unless identified in other actions.) | **Action:** Same as Alternative B. | |

80

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | criteria, when management is insufficient to remedy the problem:<br>● Areas identified as BLM disposal tracts<br>● Small percentage (less than 10 percent) of BLM-administered lands in allotment<br>● Areas unsuitable for livestock grazing (such as steep slopes)<br>● Major impact on wildlife or threatened and endangered species (such as competition for forage, winter range, sage-grouse habitat), or sensitive fish habitat, as determined by data analysis<br>● Public health and safety<br>● High-intensity recreation areas/facilities<br>● Resource objectives for municipal watersheds<br>● Conflicts with adjoining private land development<br>● Impacts on cultural resource<br><br>● Areas with high soil selenium concentrations | | | |
| 306. | Action:<br>Most often make livestock use adjustments by changing one or more of the following: the kind or class of livestock grazing the allotment, the season of use, the stocking rate, or the grazing pattern.<br><br>Make most livestock use adjustments in the "I" allotments, but also make use adjustments for allotments in the C and M categories (BLM 1985).<br><br>On 39,790 acres (emphasis areas B, E, F, and K), reduce number of livestock and change season-of-use where needed to accomplish the following:<br>● Provide sufficient forage for wildlife and to protect aquatic/riparian resources, especially on big game winter and spring ranges.<br>● Minimize impacts on mineral operations and revegetation efforts or to minimize erosion from site.<br>● Achieve soil and water program objective. | Action:<br>Adjust grazing management (e.g., AUMs, periods of use, allotments, class of livestock, and distribution) using an interdisciplinary process when the following data indicate that change is needed:<br>● Utilization levels or patterns of use in uplands and riparian areas and/or apparent trend data<br>● Long-term trend data<br>● Land Health Assessment data<br>● Other pertinent information, including that obtained from consultation with permittees, interested publics, and other agencies | | | |

81

BLM_0161290

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | ● Protect cultural resources (BLM 1985). | | | | |
| 307. | **Action:**<br>Develop 71 allotment management plans (332,340 acres; BLM 1985).<br>● Update existing allotment management plans as needed, and develop new allotment management plans (BLM 1989a).<br><br>*Note: The UFO has gradually moved away from completing formal allotment management plans since the current RMPs were written. Allotment management actions are currently identified as "Terms and Conditions" on grazing permits and are the product of regular resource condition monitoring, Landscape Health Assessments, and the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C).* | **Action:**<br>Implement allotment management actions through "terms and conditions" on grazing permits, resource activity plans (such as joint management area plans, coordinated resource management plans, wildlife habitat management plans), and guidance from existing or new allotment management plans. Base actions on resource monitoring, Land Health Assessments, and the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | | | **Implement allotment management actions through "terms and conditions" on grazing permits, resource activity plans (such as joint management area plans, coordinated resource management plans, wildlife habitat management plans), and guidance from existing or new allotment management plans. Base actions on resource monitoring,** including data provided via partners or cooperators (e.g. Colorado Cattlemen's and Colorado Wool Growers Associations, Colorado Department of Agriculture, livestock grazing permittees/lessees, etc.). **Other data may include BLM Land Health Assessments in compliance with the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C).** |
| 308. | **Action:**<br>Base development of grazing systems on the following factors: allotment-specific management actions; resource characteristics, including vegetation's potential and water availability; general management actions; operator's needs; and implementation costs (BLM 1985).<br><br>Use improved management systems, such as rest-rotation and deferred-rotation, if appropriate. Invest in range improvements necessary to implement management systems (BLM 1985). | **Action:**<br>When developing grazing management strategies, place greater emphasis on improving rangeland health. Include other considerations, such as water availability, vegetation potential, topography and elevation, and implementation costs. | **Action:**<br>When developing grazing management strategies, place greater emphasis on increasing available forage (AUMs) for domestic livestock and, where appropriate, increasing stocking rates, while maintaining land health standards. Include other considerations, such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs. | **Action:**<br>When developing grazing management strategies, place greater emphasis on improving rangeland health and forage quality. Include other considerations, such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs or mitigation of resource conflicts. | |
| 309. | **Action:**<br>On 121,710 acres (management unit 1), develop land treatment projects designed to improve livestock forage. As additional forage becomes available, give allocation priority to livestock (BLM 1989a).<br><br>On 121,710 acres (management unit 1), give wildlife first priority for all additional forage made available as a result of rangeland improvement projects designed to improve | **Action:**<br>Do not allocate additional forage to livestock. | **Action:**<br>Allocate increases in forage (AUMs) availability to livestock. These increases could come from, but are not limited to, wildland fire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. | **Action:**<br>Allocate increases in forage (AUMs) where applicable and feasible to livestock, wildlife, land health, or a combination of these. Consider sustainability, multiple use management objectives, and other pertinent information. These increases could come from, but are not limited to, wildland fire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. | |

82

BLM_0161291

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | wildlife habitat funded by non-BLM sources (BLM 1989a).<br><br>On 92,180 acres (management units 2 and 3), divide additional forage equally between livestock grazing and wildlife to provide forage for both resources (BLM 1989a). | | | | |
| 310. | **Action:**<br>Follow the general procedures in implementing typical range improvements, in accordance with the San Juan/San Miguel Planning Area Draft RMP (BLM 1985), Appendix Nine – F. Base the extent, location, and timing of such actions on the allotment-specific management objectives adopted through the allotment management plan process, interdisciplinary development and review of proposed actions, contributions from operators and others, and BLM funding capability (BLM 1985).<br><br>Develop new livestock facilities and land treatment projects if needed to achieve allotment management plan objectives (BLM 1989a). | **Action:**<br>Prohibit new range improvement projects. Maintain existing range improvements to avoid major ecological damage. | **Action:**<br>Construct, modify, or remove range improvement projects and land treatments as appropriate to support livestock grazing management and other resource objectives. | | |
| 311. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Allow for establishment of forage reserves on vacated or relinquished allotments to provide for increased management options. | **Action:**<br>Evaluate combining vacated or relinquished allotments with active allotments where feasible to provide for increased management options. | **Action:**<br>To provide for increased management options, allow for establishment of forage reserves on vacated or relinquished allotments and evaluate combining vacated or relinquished allotments with active allotments, as guided by BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | |
| 312. | **Action:**<br>To improve the condition of riparian zones, establish management practices and principles in activity plans. Use as general guidance for improvement the utilization of 35 percent by weight of key forage species; this may vary depending on the individual riparian system (BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions. | | | |
| 313. | **Action:**<br>Develop multiple use management actions for each allotment in the "I" category. Tailor future management actions, including developing allotment management plans, to meet these objectives after consulting with livestock operators (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | | |

BLM_0161292

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 314. | Action:<br>On 12,560 acres (emphasis area C), use "rustic" range improvements near developed recreation areas (BLM 1985). | Action:<br>No similar action. (Range improvements that are rustic in nature would not be required.) | | | |
| 315. | Action:<br>Manage 13,950 acres (emphasis area D) for improved range condition (BLM 1985). | Action:<br>No similar action; this is addressed by other actions. | | | |
| 316. | Action:<br>In the San Miguel River SRMA, manage livestock to protect riparian system values and to prevent degradation of recreation values. With the exception of prescribed fire, do not use vegetation treatments to improve forage production. Prohibit range management improvements that negatively affect riparian system or scenic values. Where range improvements are near visitor concentration areas, design the improvements to enhance the recreation experience (BLM 1993a). | Action:<br>No similar action; this is addressed by other actions. | | | |
| 317. | Action:<br>Prohibit construction of facilities, such as livestock control fences, that create safety hazards or impede free vehicle use (BLM 1989a). | Action:<br>No similar action. (Facilities and improvements would have environmental analysis completed before approval.) | | | |
| 318. | Action:<br>On 6,360 acres (management unit 15), prohibit new livestock improvement projects or maintenance of existing projects to protect scenic values (BLM 1989a). | Action:<br>No similar action; improvements would be designed according to the VRM class for the area. | | | |
| 319. | Objective:<br>No similar objective in current RMPs. | Objective:<br>Manage grazing allotments to protect and mitigate effects of domestic sheep grazing on desert and Rocky Mountain bighorn sheep populations and disease transmission. | Objective:<br>Manage grazing allotments to minimize contact and mitigate effects of domestic sheep grazing on desert and Rocky Mountain bighorn sheep populations and disease transmission. | | Objective:<br>Manage grazing allotments to maintain desert and rocky mountain bighorn sheep populations, in cooperation with CPW. |
| 320. | Action:<br>No similar action in current RMPs. | Action:<br>Until current science can mitigate risk associated with disease transmission, cancel current and deny proposed domestic goat or sheep grazing and trailing permits within a 9-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | Action:<br>Until current science can mitigate risk associated with disease transmission, exclude domestic goat grazing within a 5-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | Action:<br>Until current science can mitigate risk associated with disease transmission:<br>• Exclude domestic goat grazing in occupied and suitable desert and Rocky Mountain bighorn sheep habitat. | Action:<br>Until current science can mitigate risk associated with disease transmission:<br>• Exclude domestic goat grazing in occupied and suitable desert and Rocky Mountain bighorn sheep habitat. |

84