We request being involved in the consultation process with the local government, which as stipulated in 36 CFR 800.3 is required to be notified of the undertaking, and with other consulting parties. Additional information provided by the local government or consulting parties might cause our office to re-evaluate our eligibility and potential effect findings. Please note that our compliance letter does not end the 30-day review period provided to other consulting parties.

Thank you for the opportunity to comment. If we may be of further assistance, please contact Edward Jakaitis, Section 106 Compliance Manager, at (303) 866-4678 or edward.jakaitis@state.co.us.

Sincerely,

Steve Turner
State Historic Preservation Officer
1200 Broadway
Denver, CO 80203

BLM_0161735

## Angie Adams

| | |
|---|---|
| **From:** | Matthew Loscalzo <mloscalzo@blm.gov> |
| **Sent:** | Wednesday, June 13, 2018 11:17 AM |
| **To:** | ufo- ar |
| **Subject:** | Fwd: UFO Tribal Consultation Follow-up |
| **Attachments:** | UFO PRMP Table 2-2 All Alts_Draft_PRMP.pdf; UFO Draft RMPEIS_Cultural Analysis.pdf; CA Meeting PPT_Maps_3.28.18_1.pdf |

---------- Forwarded message ---------
From: Larson, Gregory <glarson@blm.gov>
Date: Wed, Jun 13, 2018 at 10:53 AM
Subject: UFO Tribal Consultation Follow-up
To: <catencio@southernute-nsn.gov>, Betsy Chapoose <betsyc@utetribe.com>, Nichol Shurack <nshurack@utemountain.org>, Brock Chapoose <brockc@utetribe.com>

Dear Betsy, Brock, Cassandra, and Nikki,

I hope this email finds you all well. I'm writing with some follow-up to our late April consultation meetings. I appreciated your time then and hope you'll feel free to get in touch with me directly with any questions or concerns.

**North Rim Integrated Vegetation Management Plan**
This project with the Youth corps is tentatively scheduled to begin August 20. That date could move around a bit, but is more likely to occur later than earlier. If you are able to make it out to check for or harvest pinon nuts and would not mind company, I'd welcome the opportunity to learn more about that harvest.

**Uncompahgre RMP Revision**
Here is a short history of communications to date:

Consultation for the RMP began with the Ute Ethnohistory Project (2007-2010) (DARG etc) and a detailed log of consultation and communication for that project is contained in the report (See "Perspectives on Ute Ethnohistory in West Central Colorado" BLM, Colorado by the Dominguez Archaeological Research Group (DARG) December 2009. The report outlined, among other topics, a summary of known Ute Tribe sites, heritage and ethnobotanical areas that were part of the RMP analysis. This project has been of great value, particularly by including field visits and oral history information.

General Planning Meeting November 28, 2007:
Attending:

Catherine Robertson, Barbara Sharrow, Jamie Connell, Glade Hadden, Aline LaForge, Cheryl Harrison, BLM; Dominguez Archaeological Research Group – Carl Conner, Richard Ott, Carol Patterson; USFS Sally Crum.

Betsy Chapoose and Clifford Duncan of the Ute Indian Tribe of the Uintah and Ouray Reservation (Northern Ute).

Terry Knight and Lynn Hartman of the Ute Mountain Ute Tribe.

BLM_0161736

Matthew Box and Neil Cloud of the Southern Ute Tribe were invited but unable to attend (Note: representatives from the Southern Ute Tribe have been invited to all consultations but have been unable or have declined to attend, with the exception of the March 12 and 13 2008 meetings in GJFO and UFO. During those meetings, Mr. Neil Cloud stated that Ute Heritage Resources in the area were not of direct cultural interest to members of the Southern Ute Tribe and that SUIT was unlikely to participate in subsequent field visits. The Southern Ute Tribe will continue to be consulted on the RMP.

Subsequent Consultation meetings at which RMP issues were discussed: 6 face to-face meetings held between 2008 - 2010. Within the larger Ethnohistory project, RMP consultation was conducted on specific issues during the individual office and field visits.
Overall RMP outreach: Both the specific meetings above and public outreach have provided past opportunities for the tribe to review and comment at various stages of the RMP. We'd like to provide this additional opportunity at the current stage.

From the 2016 RMP: "The UFO initiated consultation with tribes that are identified as having interests or Traditional Cultural Properties in the Uncompahgre RMP planning area. Consultation is that required by the National Historic Preservation Act and the American Indian Religious Freedom Act. The identified tribes are the Ute Indian Tribe of the Uinta and Ouray Reservation, Southern Ute Tribe, Ute Mountain Ute Tribe, and the Navajo Nation. No written comments were received from tribal agencies during the scoping period; tribal concerns or issues have been typically presented in oral format. Government-to-government consultation will continue throughout the RMP process to ensure that the concerns of tribal groups are considered in development of the RMP. Uncompahgre Draft RMP/EIS was provided to the four tribes concurrently with its release to the public." Note: We did not receive any comments from tribal agencies on the DEIS.

Current RMP status:
BLM has developed a draft (pre-decisional, and not for public distribution) Proposed RMP. It is attached (see Alternative E of Table 2-2). We have also provided a short briefing presentation that was shared with cooperating agencies, including maps.

The Draft EIS, with specific analyses and content, is available for review here: *https://eplanning.blm.gov/epl-front-office/eplanning/planAndProjectSite.do?methodName=dispatchToPatternPage&currentPageId=86004*. For your convenience, I've also attached the cultural resources sections of the draft, as would be found at the above link.

We intend to publish our final EIS and Proposed RMP in November, and sign the record of decision in March 2019. I would welcome further discussion with you regarding your interests and concerns.

**Field Visits**
We are looking forward to site visits with you on September 18, 19, and 20.

Thank you all for your time and consideration. I'm happy to discuss the updates with you any time.

Best,

Greg

--
Greg Larson
Field Manager
Uncompahgre Field Office
Bureau of Land Management
970.240.5338
970.596.1515 (c)

BLM_0161737

--
Matt Loscalzo
Planning & Environmental Coordinator
Uncompahgre Field Office
Bureau of Land Management
Office: 970-240-5305
mloscalzo@blm.gov

BLM_0161738

**Table 2-2**
**Uncompahgre Field Office Draft Proposed Resource Management Plan**

| | | |
|---|---|---|
| Air Quality | National Trails and Byways | General |
| Areas of Critical Environmental Concern | Native American Tribal Uses | Riparian |
| Climate | Locatable Minerals, Mineral Materials, & Nonenergy Leasable Minerals | Weeds |
| Solid Leasable Minerals (Coal) | Locatable Minerals | Visual Resources |
| Comprehensive Travel and Transportation Management | Mineral Materials | Watchable Wildlife Viewing Sites |
| Cultural Resources | Nonenergy Solid Leasable Minerals | Wild and Scenic Rivers |
| Fluid Leasable Minerals (Oil and Gas and Geothermal Resources) | Paleontological Resources | Wild Horses |
| Forestry and Woodland Products | Public Health and Safety | Wildland Fire Ecology and Management |
| Land Health | Recreation and Visitor Services | Wilderness and Wilderness Study Areas |
| Lands and Realty | Special Recreation Management Areas | Fish and Wildlife |
| Communication Sites | Extensive Recreation Management Areas | Wildlife – General |
| Utility Corridors | Soils and Water Resources | Fish and Aquatic |
| Land Tenure Adjustments | Special Status Species | Wildlife - Terrestrial |
| Disposal | General | Big Game |
| Retention | Plants | Raptors |
| Acquisition | Fish and Aquatic | Upland Game Birds |
| Withdrawals | Terrestrial | Migratory Birds |
| Lands with Wilderness Characteristics | Gunnison Sage-Grouse | Ecological Emphasis Areas |
| Livestock Grazing | Vegetation | Bighorn Sheep |

1

BLM_0161739

Blue highlights denote change from alternative B, C, or D to BLM Draft Proposed (E)

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and BLM Draft Proposed**

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 1. | Management Common to All Alternatives | | | | |
| 2. | Comply with state and federal laws, regulations, policies, and standards, including FLPMA multiple use mandates. | | | | |
| 3. | Implement actions originating from laws, regulations, and policies and conform to day-to-day management, monitoring, and administrative functions not specifically addressed. | | | | |
| 4. | Preserve valid existing rights, which include any leases, claims, or other use authorizations established before a new or modified authorization, change in land designation, or new or modified regulation is approved. Existing fluid mineral leases are managed through conditions of approval outlined in the RMP. | | | | |
| 5. | Apply conditions of approval, best management practices (BMPs), standard operating procedures (shown in Appendix G), other site-specific mitigation, and/or off-site mitigation measures to all resource uses to promote rapid reclamation, maximize resource protection, and minimize soil erosion. | | | | |
| 6. | Seek to enhance collaborative opportunities, partnerships, and communications with other agencies and interested parties to implement the RMP, including education and outreach and project-specific activities (such as monitoring and trail development). | | | | |
| 7. | Resources | | | | |
| 8. | AIR QUALITY | | | | |
| 9. | GOAL: Protect air resources from significant adverse impacts associated with BLM-authorized/permitted actions in accordance with the methodology and provisions outlined in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H). | | | | GOAL: Protect air resources and related values, including visibility, from significant adverse impacts associated with BLM-authorized/permitted actions in accordance with the methodology and provisions outlined in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H). |
| 10. | Objective: Limit air quality degradation from authorized activities on BLM-administered lands by providing appropriate analyses for compliance with applicable Colorado and National Ambient Air Quality Standards, applicable federal, state, and local air quality laws, rules, regulations, and implementation plans, and applicable federal land management guidance documents (e.g., Federal Land Managers' Air Quality Related Values Work Group Phase 1 Report—Revised [2010] [Forest Service et al. 2010]). | | | | Objective: Limit air quality and related values degradation from authorized activities on BLM-administered lands (or related to BLM subsurface mineral development) by providing appropriate analyses for compliance with applicable Colorado and National Ambient Air Quality Standards, applicable federal, state, and local air quality laws, rules, regulations, and implementation plans, and applicable guidance documents (e.g., Federal Land Managers' Air Quality Related Values Work Group Phase 1 Report—Revised [2010] [Forest Service et al. 2010]). |
| 11. | Action: Participate in, conduct, or require air modeling analyses as described in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H) as part of a comprehensive strategy to prevent BLM-permitted activities from causing or contributing to violations of ambient air quality standards or causing significant adverse impacts on air quality-related values. | | | | |

2

BLM_0161740

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|------------------------------|
| 12. | **Action:**<br>Attach Lease Notice CO-56 to new oil and gas leasing agreements to provide notice to operators of air quality analysis and mitigation requirements that will be determined on a case-by-case basis at the permitting/development stage. | | | | |
| 13. | **Action:**<br>Develop Conditions of Approval for project-specific surface-disturbing activities to prevent BLM-permitted actions from causing or contributing to exceedances of ambient air quality standards or causing significant adverse impacts on air quality-related values (on both a project level and contemporaneous cumulative basis). | | | | **Action:**<br>Same as Alternative D, plus:<br>Conditions of Approval will be developed using information from the BLM Air Resources Annual Report. |
| 14. | **Action:**<br>Work cooperatively with local, state, federal, and tribal agencies to enhance air-monitoring efforts in order to provide a broader measure of spatially distributed air pollutant concentrations for the purposes of evaluating atmospheric conditions with respect to ambient air quality standards and air quality-related values. | | | | **Action:**<br>Same as Alternative D, plus: Conduct air quality and meteorological monitoring siting analyses to determine locations needed to support future air quality assessments and regional modeling analysis. Routinely analyze the North Fork Valley for air quality and meteorological monitoring network siting. |
| 15. | **Action:**<br>Implement the adaptive management strategy for protecting air resources as described in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H). Provide an annual activity summary report of BLM-authorized actions (track project-specific emissions) for comparison against the most recent regional air quality model results to provide cumulative context for any analyzed contemporaneous development period. Produce the annual report as required in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H) to track progress toward meeting the defined goal and objectives. | | | | **Action:**<br>Same as Alternative D, plus: Require mitigation if deemed necessary according to information in the BLM Colorado Air Resources Annual Report or other air quality and related values impacts analysis tools. |
| 16. | No similar action. | | | | **Action:**<br>Conduct greenhouse gas and climate change analyses (e.g., quantify greenhouse gas emissions and assess potential impacts to climate for proposed actions) consistent with current policy/guidance, while following the overall BLM Colorado Air Resources adaptive management approach for protecting air resources and related values utilizing the most current data/information, trends and climate modeling studies. |
| 17. | **CLIMATE** | | | | |
| 18. | **GOAL:**<br>No similar goal in current RMPs. | **GOAL:**<br>Manage native vegetation and wildlife species, soil and water resources, and wildlife habitats to maintain productivity, viability, and natural processes in response to stresses induced by climate change. | | | |
| 19. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Reduce impacts from climate change on soil and water resources, native vegetation and wildlife species and communities, and wildlife habitats. | | | |
| 20. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Address climate change effects on soil and water resources, vegetation, and habitats and apply appropriate management to protect these resource values. Where | **Action:**<br>No similar action. (There would not be any required actions to reduce impacts from climate change.) | **Action:**<br>Same as Alternative B. | |

3

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | feasible, coordinate with local or regional scientists and organizations in addressing climate change. | | | |
| 21. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Transplant or seed local native species into new habitats where needed to improve restoration and revegetation success and to improve long-term survival of plant populations. | **Action:**<br>Seed local native species into new habitats where needed to improve restoration and revegetation success, and to improve long-term survival of plant populations. | **Action:**<br>Same as Alternative B. | |
| 22. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Minimize unnatural (e.g., size and intensity) soil and vegetation disturbance in ecological emphasis areas to reduce barriers to plant migration. | **Action:**<br>No similar action. (There would not be a similar requirement.) | **Action:**<br>Same as Alternative B. | |
| 23. | **LAND HEALTH** | | | | |
| 24 | **GOAL:**<br>Manage soils, riparian-wetland areas, native plant and animal communities, special status species, and water quality to meet land health standards. | | | | |
| 25. | **Objective:**<br>Manage public lands according to BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | **Objective:**<br>Manage lands, streams, and wetlands to *fully meet* or *exceed* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | **Objective:**<br>Manage lands, streams, and wetlands to, at a minimum, *meet with problems* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C), provided that lands meeting with problems are stable or trend toward achievement of the BLM Colorado Public Land Health Standards. | **Objective:**<br>Manage ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments with a vegetation Outstandingly Remarkable Value (ORV) to *fully meet* or *exceed* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Manage the remaining lands, streams, and wetlands to *fully meet* the BLM Colorado Public Land Health Standards or to *meet with problems* where needed to support resource uses, provided that lands meeting with problems are stable or trend toward achieving the BLM Colorado Public Land Health Standards. | **Objective:**<br>Manage ACECs, WSAs, lands managed to protect wilderness characteristics, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments to achieve BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) on greater than 80 percent of upland and riparian vegetation communities with 80 percent confidence. On the remaining BLM-administered lands, manage to achieve BLM Colorado Public Land Health Standards on greater than 70 percent of upland and riparian vegetation communities with 80 percent confidence. Measure BLM Colorado Public Land Health Standards on uplands using foliar cover, species composition, canopy gap, soil stability, and other appropriate indicators, and use best available science to determine benchmarks for achieving standards. For aquatic and riparian systems, measure bank stability, floodplain connectivity, aquatic health, water quality, and other appropriate indicators, and use best available science to determine benchmarks for achieving standards. |

4

BLM_0161742

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 26. | Action: No similar action in current RMPs. | Action: Apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. | Action: Apply land and stream health improvements on lands, streams, and wetlands rated as *not meeting* BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) or on lands *meeting with problems* and showing a downward trend. | Action: Apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. This would apply to ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments with a vegetation ORV. In the remaining lands, streams, and wetlands, apply land and stream health improvement projects in areas rated as *not meeting* BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) or on lands *meeting with problems*. | Action: Apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. This would apply to ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments with a vegetation ORV. In the remaining lands, streams, and wetlands, apply land and stream health improvement projects in areas rated as *not meeting* BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). |
| 27. | Action: No similar action in current RMPs. | Action: Close, limit, or modify the causes, where an activity has been demonstrated to be causing land health problems, to improve the health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) or *meeting with problems*. Activities could include the following: • Grazing • Plant material and wood collection • Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection) • Travel • Camping | Action: Limit or modify the cause, when an activity has been demonstrated to be causing land health problems, to improve health of lands, streams, and wetlands rated as *meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) *with problems* with a downward trend. Activities could include the following: • Grazing • Plant material and wood collection • Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection) • Travel • Camping | Action: Limit, modify, or manage the cause, where an activity has been demonstrated to be causing land health problems, to improve health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) or *meeting with problems*. Activities could include the following: • Grazing • Plant material and wood collection • Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection) • Travel • Camping | Action: Limit, modify, or manage the cause, where an activity has been demonstrated to be causing land health problems, to improve land health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Activities could include the following: • Grazing • Plant material and wood collection • Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection) • Travel • Camping and other recreational activities |
| 28. | Action: No similar action in current RMPs. | Action: Apply the following management, unless it can be demonstrated that new projects and land use authorizations do not reduce the opportunity to improve the health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards or *meeting with problems* (BLM 1997; Appendix C): • ROW avoidance • STIPULATION CSU-1/SSR-1: *Lands, Streams, and Wetlands "Not Meeting" or "Meeting with Problems" BLM Colorado Public Land Health Standards.* Surface | Action: Require that new projects and land use authorizations identify such measures as BMPs, conditions of approval, and stipulations to ensure that the project does not reduce the opportunity to improve the health of lands, streams, and wetlands rated as *meeting* the BLM Colorado Public Land Health Standards *with problems* with a downward trend (BLM 1997; Appendix C). | Action: Require that new projects and land use authorizations identify BMPs or conditions of approval that minimize conflicts with health-improvement measures for lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards or *meeting with problems* (BLM 1997; Appendix C). | Action: Require that new projects and land use authorizations identify BMPs or conditions of approval that minimize conflicts with health-improvement measures for lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). |

5

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | occupancy or use may be restricted or prohibited and SSR restrictions applied.<br><br>(Refer to Appendix B; Figures 2-20 and 2-29) | | | |
| 29. | SOILS AND WATER RESOURCES | | | | |
| 30. | GOAL – SOILS:<br>Manage for soil stability and productivity to maintain overall watershed health. Manage erosion to minimize downstream impacts from soil-related issues (e.g., sediment runoff, selenium, and salinity).<br><br>GOAL – WATER:<br>Protect, restore, and enhance watershed function in the capture, retention, and release of water in quantity, quality, and timing, thereby ensuring aquatic and terrestrial ecosystem health and public uses. Maintain and restore the physical, chemical and biological integrity of the aquatic system, including stream banks and bottom configurations; maintain and restore the sediment regime under which aquatic ecosystems evolved; maintain and restore the timing, variability, and duration of floodplain inundation and water table elevation in wetlands, seeps and springs. | | | | |
| 31. | Objective:<br>Make management units available for erosion and salinity control objectives and projects that do not conflict with primary objectives of each unit. | Objective:<br>Manage activities in the Colorado River Basin to minimize the yield of sediment, salt, and selenium contributions from BLM-administered lands to water resources. | | | |
| 32. | Action:<br>Develop necessary erosion-control structures, vegetation improvements, or salinity/selenium-reduction measures to improve water quality (BLM 1985).<br><br>Develop in-channel structures and land treatment projects designed to reduce runoff and soil erosion in places where it does not conflict with management of other resources (BLM 1989a). | Action:<br>Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This could include the following:<br>● Modifying livestock grazing practices to reduce sediment yield<br>● Limiting recreational uses<br>● Planning and implementing comprehensive travel management | Action:<br>Manage activities to minimize soil erosion and sediment yields to water bodies. | Action:<br>Same as Alternative B. | Action:<br>Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This could include the following:<br>● Modifying livestock grazing practices to reduce sediment yield<br>● Managing recreational uses<br>● Planning and implementing comprehensive travel management |
| 33. | Action:<br>Locate and assess nonfunctional, eroding, earthen check dams in the Mancos Shale areas north of Delta. | Action:<br>Inventory and assess stock ponds, check dams, and contour furrows and rehabilitate, repair, or remove those structures that are eroding soils with the highest salinity and selenium concentrations and containing severe weed infestations. Areas in need of improvements include, but are not limited to:<br>● Mancos shale areas north of Delta<br>● East side of the Uncompahgre Plateau, from 25 Mesa Road to Dry Creek Canyon (contour furrow area)<br>● Negro Creek/Dough Spoon Area | Action:<br>No similar action. (A similar activity is not required.) | Action:<br>When feasible, inventory and assess stock ponds, check dams, and contour furrows and rehabilitate, repair, or remove those structures with severe/active erosion. Combine efforts with other projects (e.g., range water projects, road maintenance, and recreation projects) where feasible to increase efficiency. | |
| 34. | Action:<br>No similar action in current RMPs. | Action:<br>Manage saline/selenium soils as ROW exclusion areas. | Action:<br>Manage saline/selenium soils as ROW avoidance areas. | Action:<br>No similar action. (Soils would be managed to meet the objective.) | |

6

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|--|---------------|---------------|------------------------------|
| 35. | Allowable Use: **STIPULATION TL-UB-1 (BLM 1989a):** *Highly Erodible and/or Saline Soil Areas.* **Prohibit surface-disturbing activities from March 1 to May 31 when saturated soils are most vulnerable to damage. (Refer to Appendix B; Figure 2-24, Appendix A.)** **Action: Manage 24,180 acres of Mancos shale hills, commonly known as the "adobes," to reduce salinity loads in the Upper Colorado River Basin (BLM 1989a).** | **Alternative B: Allowable Use: STIPULATION NSO-1/NGD-1:** *Geology Soil: Saline/Selenium Soils.* **Prohibit surface occupancy and use and apply NGD restrictions on lands with soils, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, with the following special characteristics: saline/selenium soils. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.)** | **Alternative B.1 (North Fork area only): Allowable Use: NO LEASING (NL) NL-1:** *Selenium Soils.* **Close to oil and gas leasing and geophysical exploration soils with high and very high potential for selenium loading.** **Allowable Use: STIPULATION NSO-2:** *Selenium Soils.* **Prohibit surface occupancy within 402 meters (0.25-mile) of soils with high and very high potential for selenium loading. (Refer to Appendix B; Figure 2-21, Appendix A.)** | Allowable Use: **STIPULATION CSU-2/ SSR-2:** *Geology Soil: Saline/Selenium Soils.* **Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: saline/selenium soils. Special design, construction, and implementation measures, including relocation of operation by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to avoid, minimize, and mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.)** | Allowable Use: **STIPULATION CSU-3/ SSR-3:** *Geology Soil: Saline/Selenium Soils.* **Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: saline/selenium soils. Special design, construction, and implementation measures, including relocation of operation by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to avoid and minimize potential effects to soil productivity. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)** | |
| 36. | Allowable Use: **No similar allowable use in current RMPs.** | **Alternative B: Allowable Use: No similar allowable use. (There would not be a similar stipulation near agricultural operations.)** | **Alternative B.1 (North Fork only): Allowable Use: STIPULATION NSO-3:** *Agricultural Operations.* **Prohibit surface occupancy on, or within 0.25-mile of, any prime and unique farmlands, livestock operations, organic farm, conventional farm, ranch, orchard, and the** | Allowable Use: **No similar allowable use. (There would not be a similar stipulation near agricultural operations.)** | | |

7

BLM_0161745

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | West Elks American Viticultural area. (Refer to Appendix B; Figure 2-21, Appendix A.) | | | |
| 37. | **Action:** No similar action in current RMPs. | **Action:** Manage 7,360 acres of potential biological soil crust in the East Paradox ACEC as a ROW exclusion area. | **Action:** Manage 360 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in East Paradox as ROW exclusion areas. | **Action:** Manage 1,900 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in the Biological Soil Crust ACEC as a ROW exclusion area, with the following additional exception (manage these areas as ROW avoidance): ● Allow ROWs for private edge-holdings for reasonable access and utilities only if other access is not possible. | **Action:** Manage 390 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in the Biological Soil Crust ACEC as a ROW exclusion area, with the following additional exception (manage these areas as ROW avoidance): ● Allow ROWs for private edge-holdings for reasonable access and utilities only if other access is not possible. |
| 38. | **Allowable Use:** No similar allowable use in current RMPs. | **Allowable Use:** STIPULATION CSU-4/SSR-4: *Geology Soil; Potential Biological Soil Crust.* Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: potential biological soil crust. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Allowable Use:** STIPULATION CSU-5/SSR-5: *Geology Soil; East Paradox Biological Soil Crust.* Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: East Paradox biological soil crust. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | **Allowable Use:** STIPULATION CSU-6/SSR-6: *Geology Soil; Potential Biological Soil Crust.* Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: biological soil crust only when high levels of crust development are found. Determine the level of crust development using best available techniques. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 39. | **Action:** No similar action in current RMPs. | **Action:** Protect rare biological soil crust in the East Paradox area by pursuing acquisition of private parcels from willing sellers. (Also refer to *Lands and Realty* section.) | **Action:** No similar action. (Land acquisition would not be actively pursued.) | **Action:** Same as Alternative B. | **Action:** Same as Alternative C. |
| 40. | **Action:** No similar action in current RMPs. | **Action:** Manage slopes of 30 percent or greater (174,540 acres) as ROW exclusion areas. | **Action:** Manage slopes of 40 percent or greater (115,080 acres) as ROW avoidance areas. | **Action:** Manage slopes of 30 percent or greater (174,540 acres) as ROW avoidance areas. | |
| 41. | **Allowable Use:** STIPULATION CSU-CO-27 (BLM 1991a): *Slopes of or Greater than 40 Percent.* Before disturbing the surface on slopes of 40 percent or greater, require a BLM Authorized Officer's approval of a | **Alternative B:** Allowable Use: STIPULATION NSO-4/NGD-2: *Geology: Slope Greater than 30* | **Alternative B.1 (North Fork area only):** Allowable Use: STIPULATION NSO-5: *High Geologic Hazard.* Prohibit surface | **Allowable Use:** STIPULATION CSU-8/ SSR-7: *Geology: Slope Greater than 40 Percent.* Surface occupancy or use may be restricted and SSR restrictions applied on steep slopes over 40 percent. Special design, construction, and | **Allowable Use:** STIPULATION NSO-6/ SSR-8: *Geology: Slope Greater than 40 Percent.* Prohibit surface occupancy and use and apply SSR restrictions on lands with steep slopes greater than 40 percent. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

8

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | professional engineering/reclamation plan. Require that such a plan demonstrate how the following will be accomplished:<br>● Site productivity will be restored.<br>● Surface runoff will be adequately controlled.<br>● Off-site areas will be protected from accelerated erosion, such as rilling, gullying, piping, and mass wasting.<br>● Surface-disturbing activities will not be conducted during extended wet periods. (Refer to Appendix B; Figure 2-19, Appendix A.) | *Percent*. Prohibit surface occupancy and use and apply NGD restrictions on lands with steep slopes greater than 30 percent. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | occupancy on all areas with medium to high geologic hazard and on slopes greater than 30 percent.<br><br>Allowable Use: STIPULATION CSU-7: *Moderate Geologic Hazard.* Surface occupancy or use may be restricted on all areas with moderate geologic hazards. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. (Refer to Appendix B; Figure 2-21, Appendix A.) | implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to slope stability. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | STIPULATION CSU-9/SSR-9: *Geology Slope, Slopes of 30 to 39 Percent.* Surface occupancy or use may be restricted and SSR restrictions applied on steep slopes of 30 to 39 percent. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to slope stability. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 42. | Allowable Use: STIPULATION TL-UB-1 (BLM 1989a): *Highly Erodible and/or Saline Soil Areas.* Prohibit surface-disturbing activities from March 1 to May 31 when saturated soils are most vulnerable to damage. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use: STIPULATION TL-1: *Saturated Soils.* Prohibit surface occupancy and surface-disturbing activities in areas where soils are saturated or that demonstrate rutting of 2 inches or more. The BLM Authorized Officer would determine when soil conditions are appropriate for activities to resume. (Refer to Appendix B; Figure 2-25, Appendix A.) | | Allowable Use: No similar allowable use. (A TL for saturated soil would not exist.) | Allowable Use: STIPULATION TL-2: *Saturated Soils.* Prohibit surface occupancy and surface-disturbing activities in areas where soils are saturated or that demonstrate rutting of 3 inches or more. The BLM Authorized Officer would determine when soil conditions are appropriate for activities to resume. (Refer to Appendix B; Figure 2-27, Appendix A.) | Same as Alternative C. |
| 43. | Objective: Maintain or improve water quality in accordance with state and federal laws and approved standards, including consultation with state agencies on proposed projects that could significantly affect water quality (BLM 1985). | Objective: Maintain and improve water quality by ensuring streams are in compliance with the Clean Water Act for biological, chemical, and physical constituents. | | | | Objective: Maintain and improve water quality by ensuring streams are in compliance with the Clean Water Act for greater than 80 percent of stream segments in ACECs, WSAs, suitable wild and scenic river segments, and lands managed to protect wilderness characteristics, and greater than 70 percent of stream segments on the remaining BLM-administered lands, with 80 percent confidence. |

9

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---|---------------|---------------|------------------------------|
| 44. | **Action:** No similar action in current RMPs. | **Action:** Manage lands to improve water quality and promote the delisting of state impaired water bodies (303[d]-listed and Monitoring and Evaluation list) in areas where BLM management actions are contributing to impaired water quality. | | **Action:** Manage lands to improve water quality and promote the delisting of state impaired water bodies (303[d]-listed water bodies only) in areas where BLM management actions are contributing to impaired water quality. Develop a water and aquatic monitoring plan using the BLM aquatic AIM protocol, if necessary, to determine areas where adaptive management is needed. | | |
| 45 | **Allowable Use:** STIPULATION NSO-CO-7 (BLM 1991a): *Waterfowl and Shorebird.* Prohibit surface occupancy and use on significant production areas; major areas are Waterfowl Habitat Management Areas and rookeries. (Refer to Appendix B; Figure 2-19, Appendix A.) | **Alternative B:** **Allowable Use:** NO LEASING/ STIPULATION NL-2/NGD-3: *Hydrology River.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities within 402 meters (1,320 feet) (0.25-mile) the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Alternative B.1 (North Fork area only):** **Allowable Use:** NO LEASING NL-3: *Major River Corridors.* Close to oil and gas leasing and geophysical exploration within 0.50-mile mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers.<br><br>**Allowable Use:** STIPULATION NSO-7: *Major River Corridors.* Prohibit surface occupancy within 0.50 to 1.0-mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers.<br><br>**Allowable Use:** STIPULATION NSO-8: *Floodplains.* Prohibit surface occupancy within the 100-year floodplain of any stream or river system. (Refer to Appendix B; Figure 2-21, Appendix A.) | **Allowable Use:** STIPULATION CSU-10/ SSR-10: *Hydrology River.* Surface occupancy or use may be restricted and SSR restrictions may be applied within 402 meters (1,320 feet) (0.25-mile) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | | **Allowable Use:** STIPULATION NSO-9/ SSR-11: *Hydrology River.* Prohibit surface occupancy and use and apply SSR restrictions within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers:<br>• **Gunnison**<br>• **North Fork Gunnison**<br>• **San Miguel**<br>• **Uncompahgre**<br>• **Dolores Rivers**<br>(Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

10

BLM_0161748

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| 46. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate as ROW avoidance areas a 0.25-mile buffer along the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores river corridors. | | Action: No similar action. (The major river corridors would not be ROW avoidance or exclusion areas.) | **Action:**<br>Same as Alternative B. | |
| 47. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage a 325-foot buffer along perennial streams as ROW exclusion areas. | | Action: No similar action. (Perennial streams would not be ROW avoidance or exclusion areas.) | **Action:** Manage a 325-foot buffer along perennial streams as ROW avoidance areas. | |
| 48. | Allowable Use:<br>No similar allowable use in current RMPs. | Alternative B:<br>Allowable Use:<br>STIPULATION NSO-10/NGD-4: *Perennial Streams.* Prohibit surface occupancy and use and apply NGD restrictions within 152 meters (500 feet) of the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B; Figures 2-22 and 2-29, Appendix A.) | Alternative B.1 (North Fork area only):<br>Allowable Use:<br>NO LEASING NL-4: *Water Bodies.* Close to oil and gas leasing and geophysical exploration within 805 meters (2,640 feet) (0.50-mile) of lakes, ponds, naturally occurring wetlands and impounding reservoirs (not including stock ponds for livestock).<br><br>Allowable Use: NO LEASING NL-5: *Water Ways:* Close to oil and gas leasing and geophysical exploration within 805 meters (2,640 feet) (0.50-mile) of all streams, watercourses, and waterways. (Refer to Appendix B; Figure 2-21, Appendix A.) | Allowable Use:<br>STIPULATION CSU-11/ SSR-12: *Perennial Streams.* Surface occupancy or use may be restricted and SSR restrictions may be applied on lands within 100 meters (325 feet) of the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use:<br>STIPULATION NSO-11/ SSR-13: *Hydrology Features.* Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (328 feet) from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>STIPULATION CSU-12: *Hydrology Features.* Surface occupancy or use may be restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), from the extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources. | Allowable Use:<br>STIPULATION NSO-11/ SSR-13: *Hydrology Features.* Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (328 feet) from the mapped extent of perennial streams, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>==STIPULATION CSU-12:== *Hydrology Features.* Surface occupancy or use may be restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), from the extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources. (Refer to Appendix B; Figure 2-23, Appendix A.) |

11

BLM_0161749

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | | | | | Apply CSU restrictions from 325 to 500 feet of the edge of the ordinary high-water mark (bank-full stage) of perennial streams.-(Refer to Appendix B; Figure 2-23, Appendix A.) | |
| 49. | Objective: No similar objective in current RMPs. | Objective: Manage lands within municipal watersheds and public water supply areas to provide clean drinking water to local communities. | | | | |
| 50. | Action: No similar action in current RMPs. | Action: Manage as ROW exclusion areas those lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake. | | Action: Manage as ROW avoidance areas those lands within 1,000 feet of either side of a classified surface water supply-stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake. | | |
| 51. | Allowable Use: LEASE NOTICE LN-UFO-1: *Municipal Water Supply.* If drilling is proposed, the operator is hereby notified that there are concerns about the municipal water source and water conveyance for the town of Norwood, Colorado. The lessee is hereby notified that special design, construction, and scheduling measures may be required in order to minimize the impacts of drilling and production. The overall goal of these measures is to protect Norwood's municipal water source (refer to Appendix B). | Alternative B: Action: Apply the restrictions or closures specified below on the following lands: ● Within 2,640 feet (0.50-mile) on either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply." ● Within a 2,640-foot (0.50-mile) buffer of all public water | Alternative B.1 (North Fork area only): Allowable Use: NO LEASING NL-7: *Public Water Supplies.* Close to oil and gas leasing and geophysical exploration within 1,320 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and within a 1,320-foot buffer of all public water supplies that use a groundwater well or spring. Allowable Use: STIPULATION NSO-12: *Public Water Supplies.* Prohibit surface occupancy from 1,320 feet (0.25-mile) to 2,640 feet (0.50-mile) of a municipal water supply (classified surface water-supply stream segment), including intakes, and | Action: Apply the restrictions or closures specified below on the following lands: ● Within 1,000 feet on either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply." ● Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring. Apply the following restrictions or closures on these lands: ● Close to mineral materials disposal (e.g., sand and gravel). ● Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate). ● Close to coal leasing. ● Close to livestock grazing. ● Recommend to the Secretary of the Interior withdrawal from locatable minerals (e.g., gold, uranium, and other hard rock). ● STIPULATION NSO-13: *Hydrology Source.* Prohibit surface occupancy and use within 305 meters (1,000 feet) of a classified surface water supply stream segment (as measured from the average high water mark) for a distance of 8 kilometers (5 | Action: Apply the restrictions or closures specified below on the following lands: ● Within 1,000 feet on either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply." ● Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring. Apply the following restrictions or closures on these lands: ● Close to mineral materials disposal (e.g., sand and gravel). ● Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate). ● Minimize impacts from livestock grazing on these lands. ● Recommend to the Secretary of the Interior withdrawal from locatable minerals (e.g., gold, uranium, and other hard rock). ● Allowable Use: NO LEASING NL-8: *Public Water Supplies.* Close to fluid mineral leasing and geophysical exploration 1,000 feet on either side of a classified surface water-supply stream segment (as measured from the average high water) for | Action: Apply the restrictions or closures specified below on the following lands: ● Within 1,000 feet on either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply." ● Within 2,640 feet (0.50-mile) buffer of all public water supplies that use a groundwater well and groundwater under the direct influence of surface water. Apply the following restrictions or closures on these lands: ● Close to mineral materials disposal (e.g., sand and gravel). ● Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate). ● Minimize impacts from livestock grazing on these lands. ● Require a mine plan for locatable mineral development. Allowable Use: STIPULATION NSO-XX: *Public Water Supplies.* Prohibit surface occupancy and use within 305 meters (1,000 feet) on either |

12

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | | supplies that use a groundwater well or spring.<br><br>Apply the following restrictions or closures on these lands:<br>● Close to mineral materials disposal (e.g., sand and gravel).<br>● Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate).<br>● Close to coal leasing.<br>● Close to livestock grazing.<br>● Recommend to the Secretary of the Interior withdrawal from locatable minerals (e.g., gold, uranium, and other hard rock).<br>● Allowable Use: NO LEASING NL-6: *Public Water Supplies.* Close to fluid mineral leasing and geophysical exploration | from 1,320 feet (0.25-mile) to 2,640 feet (0.50-mile) of all public water supplies that use a groundwater well or spring. (Refer to Appendix B; Figure 2-21, Appendix A.) | miles) upstream of a public water supply intake with the classification "*Water Supply*" by the State of Colorado.<br>● STIPULATION NSO-13b: *Hydrology Public Well.* Prohibit surface occupancy and use within 305 meters (1,000 feet) of groundwater public water supply wells.<br><br>If public water providers develop source water protection plans, apply this stipulation to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B; Figure 2-22, Appendix A.) | a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply," and within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring.<br><br>If public water providers develop source water protection plans, apply this "No Leasing" to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B; Figure 2-23, Appendix A.) | side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State of Colorado as a "water supply," and within 2,640 feet (0.50-mile) buffer of all public water supplies that use a groundwater well or groundwater under the direct influence of surface water. Also, prohibit directional drilling within 1,500 vertical feet below a surface Public Water Supply or 1,500 vertical feet below the depth of a Public Water Supply that use a groundwater well or groundwater under the direct influence of surface water.<br><br>Allowable Use:<br>STIPULATION CSU-13: *Hydrology Source.* Surface occupancy or use may be restricted on lands located greater than 305 meters (1,000 feet) but less than 805 meters (2,640 feet) (0.50-mile) of a classified surface water supply stream segment (as measured from the average high-water mark) for a distance of 8.05 kilometers (5 miles) miles upstream of a public water supply intake classified by the State as a "water supply," and all public water supplies that use a groundwater well or spring. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a coordinated water resources monitoring plan to mitigate potential effects to the source water protection areas of public water supply. |

13

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|------------------------------|
|      |               | within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply," and within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring. <br>● **Allowable Use: STIPULATION NGD-5:** *Public Water Supplies.* Prohibit surface-disturbing activities on lands within 2,640 feet (0.50-mile) on either side of a classified surface water-supply stream segment (as measured from the average |               |               |                              |

14

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply" and within 2,640 feet (0.50-mile) of all public water supplies that use a groundwater well or spring.<br><br>If public water providers develop source water protection plans, apply this "No Leasing" and NGD restriction to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | | |
| 52. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Provide sufficient water quantity on BLM-administered lands for multiple use management and functioning, healthy riparian, and aquatic ecosystems. | | | |
| 53. | **Action:**<br>Work with Colorado Water Conservation Board to ensure a sufficient instream flow to benefit warm and cold water fish species on:<br>● 23 existing instream flow rights held by the Colorado Water Conservation Board and | **Action:**<br>Make recommendations to the Colorado Water Conservation Board for protection or enlargements of instream flows on appropriate stream segments. Assist the Conservation Board in instream flow assessments and monitoring of current BLM | **Action:**<br>No similar action. (Recommendations to the Colorado Water Conservation Board would not be required.) | **Action:**<br>Same as Alternative B. | |

15

BLM_0161753

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | ● Streams where Colorado Water Conservation Board applications for instream flow water rights are pending, such as the Lower San Miguel River and Tabeguache Creek. | instream flow stream reaches for compliance. | | | |
| 54. | **Action:** Maintain current water rights, including groundwater (e.g., wells and springs), to benefit wildlife and livestock, including: ● 54 surface water rights ● 2 ditches ● 1 well ● 15 reservoirs ● 121 springs/seeps | **Action:** Maintain current water rights to benefit wildlife and livestock. Object to proposals that could jeopardize existing rights. File for new surface water rights on perennial and seasonal streams and new water rights for groundwater sources (i.e., springs/seeps, wells, reservoirs, streams) in adequate quantities to protect planning area resource needs and sustainability. | | | |
| 55. | **Objective:** No similar objective in current RMPs. | **Objective:** Protect groundwater resources and recharge areas to maintain functioning condition of all parameters within the hydrologic cycle, including groundwater quantity and quality. | | | |
| 56. | **Allowable Use:** No similar allowable use in current RMPs. | **Alternative B:** **Allowable Use:** STIPULATION NSO–14: Domestic Water Wells. Prohibit surface occupancy within 305 meters (1,000 feet) of all domestic water wells. (Refer to Appendix B; Figure 2-20, Appendix A.) **Alternative B.1 (North Fork area only):** **Allowable Use:** NO LEASING NL–9: *Domestic Water Wells and Private Water Systems.* Close to oil and gas leasing and geophysical exploration within 1,320 feet of all domestic water wells and private water systems, including ditches and domestic water decrees. **Allowable Use:** STIPULATION NSO–15: *Domestic Water Wells and Private Water Systems.* Prohibit surface occupancy from 402 meters (1,320 feet) (0.25-mile) to 805 meters (2,640 feet) (0.50-mile) of all domestic water wells and private water systems, including ditches and domestic water decrees. | **Allowable Use:** No similar allowable use or action. (There would not be a stipulation or requirement on well bores.) | **Action:** Apply the following requirements to oil and gas well bores that are within 305 meters (1,000 feet) of a domestic water well, beginning at the ground surface and extending through the freshwater aquifer: ● Extend surface casing through the freshwater aquifer. ● Require freshwater mud for drilling the surface casing. | **Allowable Use:** STIPULATION CSU-XX *Domestic Water Wells.* Surface occupancy or use may be restricted on lands located within 305 meters (1,000 feet) of all domestic water wells. Special engineering design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Also, prohibit directional drilling within 1,500 vertical feet below the depth of a domestic water well. (Refer to Appendix B; Figure 2-20, Appendix A.) |

16

BLM_0161754

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | | | **(Refer to Appendix B; Figure 2-21, Appendix A.)** | | | |
| 57. | **Allowable Use:** No similar allowable use in current RMPs. | **Alternative B: Allowable Use:** No similar allowable use. (There would not be a stipulation on water conveyance systems.) | **Alternative B.1 (North Fork area only): Allowable Use: STIPULATION NSO-16:** *Water Conveyance Systems.* Prohibit surface occupancy within 1,320 feet of any dam, ditch, irrigation intake, canal, or other water conveyance. **(Refer to Appendix B; Figure 2-21, Appendix A.)** | **Allowable Use:** Same as Alternative B. | | |
| 58. | **Objective:** No similar objective in current RMPs. | **Objective:** Protect soil, water, and vegetation resources during periods of drought. | | | | |
| 59. | **Action:** No similar action in current RMPs. | **Action:** Implement drought management guidelines, outlined in Appendix I, Drought Management, during drought to maintain or achieve long-term resource productivity. | | | | |
| 60. | **VEGETATION** | | | | | |
| 61. | *Vegetation – General* | | | | | |
| 62. | **GOAL:** Manage vegetation for a mix of productive and resilient plant and biological soil crust communities that sustain native plant and animal species at viable population levels. Manage shrub and woodland communities within the Historic Range of Natural Variability, maintaining successional processes and sustaining all structural stages across the landscape. Manage riparian and wetland systems to function properly, have the ability to recover from disturbance, and sustain native species at viable population levels. | | | | | |
| 63. | **Objective:** No similar objective in current RMPs. | **Objective:** Maximize native vegetation. | | **Objective:** Minimize loss of native vegetation. | **Objective:** Maximize native vegetation and natural processes. | **Objective:** Maximize native vegetation and natural processes by ensuring upland vegetation communities are within the range of natural variability, with an appropriate mix of plant functional groups, cover, and diversity, according best available science on greater than 80 percent of vegetation communities in ACECs, WSAs, suitable wild and scenic river segments, lands managed to protect wilderness characteristics, and greater than 70 percent of vegetation communities on the remaining BLM-administered lands, over 10 years with 80 percent confidence. |

17

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 64. | **Action:**<br>Where reseeding is required, emphasize using native plant species. Consider seeding nonnative plant species based on local goals, native seed availability and cost, persistence of nonnative plants and annuals and noxious weeds on the site, and composition of nonnative species in the seed mix (BLM 1997). | **Action:**<br>Use locally derived native species for revegetation. If locally derived native species are not available or cost prohibitive, allow some use of sterile nonnative species. | **Action:**<br>Use native species for revegetation. If native species are not available or cost prohibitive, allow some use of nonnative species that are not invasive. | **Action:**<br>Use locally derived native species for revegetation. If locally derived native species are not available, are cost prohibitive, or are not likely to succeed, allow use of native species from outside the area or nonnative species that are not invasive. | **Action:**<br>Use locally derived native species for revegetation. If locally derived native species are not available, are cost prohibitive, or are not likely to succeed, allow use of native species from outside the area or nonnative species that are not invasive when all other native revegetation options have been determined to be ineffective. |
| 65. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Restore areas of degraded vegetation where there is a high probability of success. Use test plots first for more difficult areas.<br><br>Revegetate areas that are impacted by wildfire or resource use and development to basic levels of ecologic functionality as on-site mitigation. | **Action:**<br>As off-site mitigation for vegetation damaged by nearby resource use and development, restore areas of degraded vegetation where there is a high probability of success.<br><br>Revegetate areas that are impacted by wildfire or resource use and development as on-site mitigation. | **Action:**<br>On ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, and areas with rare vegetation, restore areas of degraded vegetation, including burned areas, where there is a high probability of success. Use test plots first for more difficult areas.<br><br>On other lands, revegetate areas that are impacted by wildfire or resource use and development to basic levels of ecologic functionality as on-site or off-site mitigation. | |
| 66. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Provide the public with commonly available and renewable native plant materials through the sale of wilding permits, commercial and institutional seed-collecting permits, and permits for the collection of other plant products, while protecting other resources. | | | |
| 67. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Make 444,160 acres available for seed collection permits. Close the following areas to permits:<br>● WSAs<br>● ACECs<br>● Lands managed to protect wilderness characteristics<br>● Ecological emphasis areas<br>● Riparian areas, except for research and revegetation purposes<br>● Exemplary, ancient, and rare vegetation communities<br>● Occupied threatened and endangered plant habitat<br>● Occupied special status plant species habitat | **Action:**<br>Make 631,060 acres available for permits for seed collection, wildings, and other plant materials. Close the following areas to permits:<br>● WSAs<br>● Occupied threatened and endangered plant habitat<br>● Occupied special status plant species habitat | **Action:**<br>Make 582,950 acres available for permits for seed collection, wildings, and other plant materials. Close the following areas to permits:<br>● WSAs<br>● ACECs, except for research and revegetation purposes<br>● Lands managed to protect wilderness characteristics<br>● Ecological emphasis areas<br>● Riparian areas, except for research and revegetation purposes<br>● Exemplary, ancient, and rare vegetation communities<br>● Occupied threatened and endangered plant habitat<br>● Occupied special status plant species habitat | Make 631,060 acres available for permits for seed collection, wildings, and other plant materials. Except for research and revegetation purposes, close the following areas to permits:<br>● WSAs<br>● Occupied threatened and endangered plant habitat; collection of ESA-listed taxa will not be permitted<br>● Occupied special status plant species habitat |
| 68. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage exemplary, ancient, and rare vegetation communities; and ecological emphasis areas to maintain their integrity and functionality. (Refer to Wildlife – Terrestrial for actions related to ecological emphasis areas.) | | | |

BLM_0161756

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 69. | Action:<br>No similar action in current RMPs. | Action:<br>Manage exemplary, ancient, and rare vegetation communities as ROW exclusion areas. | Action:<br>Manage exemplary, ancient, and rare vegetation communities as ROW avoidance areas. | | |
| 70. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>STIPULATION NSO-17/NGD-6: *Plant Community.* Prohibit surface occupancy and use and apply NGD restrictions within occupied habitat for exemplary, ancient, rare, and relict vegetation communities. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would not be NSO, CSU, NGD, or SSR restrictions in exemplary, ancient, rare, or relict vegetation communities.) | Allowable Use:<br>STIPULATION CSU-14/ SSR-14: *Plant Community.* Surface occupancy or use may be restricted and SSR restrictions applied within occupied habitat that meets BLM's criteria established in the RMP for significant and/or relict plant communities (exemplary, ancient, and rare vegetation communities). Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain the viability of significant or relict plant communities. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 71. | | | **VEGETATION – UPLANDS** | | |
| 72. | Objective:<br>No similar action in current RMPs. | Objective:<br>Manage vegetation structure for maximum naturalness, with secondary outcomes of sensitive species habitat, resource production, and fuels reduction. | Objective:<br>Manage vegetation structure to emphasize resource production and fuels reduction as needed. | Objective:<br>On ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, and areas with exemplary, ancient, or rare vegetation, manage vegetation structure to emphasize naturalness of vegetation age class distribution across the landscape and to support sensitive species habitat, with resource production, big game habitat, and fuels reduction as secondary outcomes.<br><br>On the remaining areas, manage vegetation structure to emphasize resource production and fuels reduction and to support big game species habitat, with naturalness and sensitive species habitat as secondary outcomes. | |
| 73. | Action:<br>To maintain dispersed ecologic communities for wildlife, in all vegetation types, maintain as leave strips or islands interspersed throughout the project areas, 5 to 15 percent of the existing vegetation (emphasis area A; BLM 1985). | Action:<br>Update the vegetation mosaic objectives in the Fire Management Plan (FMP) to meet RMP objectives for upland vegetation. Vegetation treatments must be consistent with these mosaic objectives and must meet multiple interdisciplinary objectives. | Action:<br>No similar action. (The FMP would be updated to meet RMP objectives, without a specific design requirement for vegetation treatments.) | Action:<br>Same as Alternative B. | |
| 74. | | | **VEGETATION – RIPARIAN** | | |
| 75. | Objective:<br>No similar objective in current RMPs. | Objective:<br>Manage naturally occurring riparian and wetland areas to maintain or improve hydrologic and riparian vegetation conditions. | Objective:<br>Manage naturally occurring riparian and wetland areas for Proper Functioning Condition. | Objective:<br>Manage naturally occurring riparian and wetland areas to maintain or improve hydrologic and riparian vegetation conditions and to meet or exceed Proper Functioning Condition. | Objective:<br>Manage naturally occurring riparian and wetland areas to maintain or improve stream banks and floodplains to a stable and properly functioning condition, similar to reference condition or expected condition for greater than 80percent of stream segments in ACECs, WSAs, suitable wild and scenic river segments, lands managed to protect wilderness characteristics, and greater than 70 percent of stream segments on the remaining BLM-administered lands, over 10 years with 80 percent confidence. |

19

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 76. | **Action:**<br>On 15,350 acres (management unit 7), protect riparian/aquatic zones up to 0.25-mile wide. Activities that disturb these areas could be approved on a site-specific basis after consultation with affected entities and development of mitigating measures (BLM 1989a). | **Action:**<br>Manage naturally occurring riparian and wetland areas, seeps, and springs, as well as a 100-foot buffer from their edge, as ROW exclusion areas, unless it can be determined that the project would not diminish site integrity. | **Action:**<br>Require that new ROW authorizations in naturally occurring wetlands and riparian areas, seeps, and springs identify effective measures to maintain Proper Functioning Condition. | **Action:**<br>Manage naturally occurring riparian and wetland areas, seeps, and springs, as well as a 325-foot buffer from their edge, as ROW avoidance areas unless it can be determined that the project would not diminish hydrologic or vegetation conditions. | |
| 77. | **Action:**<br>On 6,480 acres (emphasis area J), coordinate forestry and woodland products management on a case-by-case basis to ensure riparian resources are protected and, in some cases, improved (BLM 1985; also refer to the *Forest and Woodland Products* section.) | **Action:**<br>Close riparian areas to mineral materials disposal (with a 500-foot buffer), wood products collection and harvest, and other plant products collection (with a 100-foot buffer). Prohibit issuing permits for recreation activities or events. | **Action:**<br>Limit mineral materials disposal, wood products collection and harvest, and other plant products collection within riparian areas to locations where they would have the least impact. | **Action:**<br>Close riparian areas to mineral materials disposal, wood products collection and harvest, and other plant products collection, except for research, invasive species control, and revegetation (with a 100-foot buffer).<br><br>Require additional riparian stipulations for commercial special recreation permits (SRPs) and restrict use to designated routes in locations where they would have the least impact for organized group and event permits. | **Action:**<br>No similar action; this is addressed by other actions. |
| 78. | **Action:**<br>No similar action in current RMPs | **Action:**<br>Limit vegetation treatments in riparian areas to weed treatment and managed wildland fire from natural ignition. | **Action:**<br>Allow vegetation treatments in riparian areas that do not impair riparian/wetland values. | **Action:**<br>Allow vegetation treatments in riparian areas that are compatible with and promote natural riparian/wetland function and improvement. | |
| 79. | **Action:**<br>Improve aquatic/riparian habitat on the following priority areas:<br>● **Upper San Miguel River and its tributaries (44 miles)**<br>● **Upper Dolores River (30 miles)**<br>● **Lower San Miguel and its tributaries (20 miles) (BLM 1985)**<br><br>Manage 680 acres in the Roubideau Creek and Potter Creek drainages for improvement of riparian habitat (BLM 1989a).<br><br>Manage 3,720 acres (management unit 9) to restore and enhance riparian vegetation along 40 miles of streams (BLM 1989a).<br><br>On 3,720 acres (management unit 9), incorporate into existing activity plans, or develop in new riparian/aquatic system | **Action:**<br>No similar action; this is addressed by other actions. | | | |

BLM_0161758

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | management plans, objectives and projects designed to accelerate improvement of species diversity, stream bank cover and stability, and instream structure and to raise the water table (BLM 1989a).<br><br>On 5,200 acres (emphasis area B), invest wildlife funds for structural improvements and vegetation restoration projects to improve high-priority riparian habitat at the following drainages: Roc, North and South Mesa, and La Sal Creeks (BLM 1985; also refer to the *Terrestrial Wildlife* section). | | | | | |
| 80. | Action:<br>At a minimum, maintain or preferably improve riparian vegetation and stream bank cover (BLM 1989a).<br><br>Maintain or improve vegetation conditions and stream bank cover (BLM 1989a).<br><br>Restore and enhance riparian vegetation along 40 miles of streams (management unit 9; BLM 1989a). | Action:<br>Create, enhance, and restore wetland and riparian areas impacted by historic land use and flow regime modification. | | Action:<br>No similar action. (There would not be a specific requirement to create, enhance, and restore wetland and riparian areas impacted by historic land use and flow regime modification.) | Action:<br>Pursue opportunities to enhance and restore wetland and riparian areas impacted by historic land use and flow regime modification. | |
| 81. | Action:<br>Limit vehicle use in the riparian zones associated with Bear and Roatcap Creeks to designated roads and trails yearlong (BLM 1989a). | Action:<br>No similar action; travel management limits vehicles to designated roads and trails. | | | | |
| 82. | Allowable Use:<br>STIPULATION CSU-CO-28 (BLM 1991a): *Riparian Vegetation Zone.* Restrict oil and gas exploration and development, including roads, transmission lines, and storage facilities, to an area beyond the riparian vegetation zone. (Refer to Appendix B; Figure 2-19, Appendix A.) | Alternative B:<br>Allowable Use:<br>STIPULATION NSO-18/NGD-7: *Hydrology Features.* Prohibit surface occupancy and use and apply NGD restrictions within 201 meters (660 feet) from the mapped extent of perennial, intermittent, and ephemeral | Alternative B.1 (North Fork area only):<br>Allowable Use:<br>NO LEASING NL-4: *Water Bodies.* Close to oil and gas leasing and geophysical exploration within 805 meters (2,640 feet) (0.50-mile) of lakes, ponds, naturally occurring wetlands, and impounding reservoirs (not including stock ponds for livestock). (Refer to Appendix B; Figure 2-21, Appendix A.) | Allowable Use:<br>STIPULATION CSU-15/ SSR-15: *Naturally Occurring Riparian and Wetland Areas, Water Bodies, Springs, and Seeps.* Surface occupancy or use may be restricted and SSR restrictions applied on lands within 30 meters (100 feet) of the edge of the riparian zone along perennial and intermittent waters and naturally occurring wetlands, springs, and seeps.<br>Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), to protect water resources. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use:<br>STIPULATION NSO-19/ SSR-16: *Hydrology Features.* Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (325 feet) from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from the ordinary high-water mark (bank-full stage); for riparian and wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Allowable Use:<br>STIPULATION NSO-11 *Hydrology Features.* Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (325 feet) from the mapped extent of perennial streams, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from the ordinary high-water mark (bank-full stage); for riparian and wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>STIPULATION CSU-12/SSR-13: *Hydrology Features.* Surface occupancy or use may be |

21

BLM_0161759

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | streams; riparian areas, fens, and/or wetlands; springs and seeps; and water impoundments. For streams, measure the buffer from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | **STIPULATION CSU-16:** *Hydrology Features.* The CSU restrictions apply from 325 to 500 feet of the hydrology features shown below. Surface occupancy or use may be restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), from the extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources. (Refer to Appendix B; Figure 2-23, Appendix A.) | restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), from the extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources. (Refer to Appendix B; Figure 2-23, Appendix A.) |
| 83. | **Action:** Incorporate into existing activity plans or develop in new riparian/aquatic system management plans objectives and projects designed to accelerate improvement of species diversity, stream bank cover and stability, and instream structure and to raise the water table. Prepare and design riparian improvement plans to accelerate the improvement of riparian vegetation. Incorporate into new management plans for riparian/aquatic systems wildlife habitat management objectives, projects, and mitigating measures that do not conflict (management unit 9; BLM 1989a). | **Action:** No similar action; this is addressed by other actions in this section that manage riparian and wetland areas. | | | |
| 84. | **Action:** On 3,890 acres (emphasis area F), protect riparian zones on springs associated with cultural sites (BLM 1985; also refer to the *Cultural Resources* section.) | **Action:** No similar action; this is addressed by other actions to protect riparian zones. | | | |
| 85. | **Action:** | **Action:** No similar action; this is addressed by the objective and other actions in this section. | | | |

22

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | Maintain or improve riparian habitat to good or excellent ecological condition, using acceptable grazing systems and fencing where needed (BLM 1989a). | | | | |
| 86. | **VEGETATION – WEEDS** | | | | |
| 87. | **GOAL:** Through Integrated Weed Management, suppress and eradicate, where possible, noxious and invasive species to support healthy native plant communities. | | | | |
| 88. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage lands under Integrated Weed Management strategies to support BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | | | |
| 89. | **Action:** Implement Integrated Weed Management using the UFO Weed Management Strategy, including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, and fire) to noxious/invasive weed infestations. Continue to update the Strategy as needed to address issues as they arise. | **Action:** Implement Integrated Weed Management using the UFO Weed Management Strategy, including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, and fire) to noxious/invasive weed infestations of state-listed "A" noxious weed species and early detection rapid response species. Continue to update the strategy as needed to address issues as they arise. | **Action:** Implement Integrated Weed Management using the UFO Weed Management Strategy, including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, and fire) to noxious/invasive weed infestations of state-listed "A" and "B" noxious weed species and early detection rapid response species. Continue to update strategy as needed to address issues as they arise. | **Action:** Same as Alternative A. | **Action:** Implement Integrated Weed Management using the UFO Weed Management Strategy, including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., targeted grazing, physical, mechanical, educational, biological, herbicide, and fire) to noxious/invasive weed infestations. |
| 90. | **Action:** No similar action in current RMPs. | **Action:** Prioritize streams supporting rare or exemplary vegetation for weed treatment. | **Action:** Prioritize for weed treatment streams with recreational, livestock, or mineral developments and maintained routes. | **Action:** Prioritize for weed treatment ACECs, WSAs, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, lands managed to protect wilderness characteristics, Wild and Scenic River segments with a vegetation ORV, and high-use areas with recreational, livestock, or mineral developments and maintained routes. | |
| 91. | **Action:** No similar action in current RMPs. | **Action:** Maintain all quarry pits weed-free of all state-listed A, B, and C noxious weed species and for BLM weed species of concern. | **Action:** Maintain all quarry pits weed-free of all state-listed A and B noxious weed species. | **Action:** Maintain all quarry pits weed-free of all state-listed A, B, and C noxious weed species. | |
| 92. | **Action:** Require that all seed slated for BLM reclamation projects meet the Colorado Noxious Weed Seed requirements of prohibited and restricted seed. Seed lots shall contain no more than 0.5 percent by weight of other weed seed (BLM 1997). | **Action:** Require that all seed used on BLM-administered lands meet the Colorado Noxious Weed Seed requirements of prohibited and restricted seed. In addition to BLM policy of weed-free seed use, seed lots shall contain less than 250 seeds per pound of cheatgrass and/or Japanese brome (in combination). Other species determined to be noxious or invasive may be added to this list. All seed must be of certified quality or source identified. | **Action:** Same as Alternative A. | **Action:** Same as Alternative B. | |
| 93. | **Action:** No similar action in current RMPs. | **Action:** Require all hay, straw, or mulch that is used or stored on BLM-administered lands be certified as weed free. | | | |

23

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 94. | FISH & WILDLIFE | | | | |
| 95. | WILDLIFE – GENERAL | | | | |
| 96. | GOAL:<br>Manage terrestrial and aquatic habitats and species to promote ecosystem diversity, productivity, viability, and natural processes. | | | | |
| 97. | Objective:<br>Intensively manage for optimal aquatic wildlife habitat. Provide necessary investments to enhance wildlife habitat. Cooperate with the Colorado Parks and Wildlife (CPW) for funding of habitat improvement projects, and also cooperate with CPW on the reintroduction program (BLM 1985).<br><br>Comply with FLPMA to maintain, enhance, and protect fish habitat on public lands. Continue to apply seasonal restrictions where they are needed to mitigate impacts of human activities on important seasonal wildlife habitat. | Objective:<br>Restore, enhance, preserve, and promote aquatic and terrestrial ecosystem integrity and values. Emphasis is on native fish and cold-water sport fish, and native nongame species, while allowing for improvements to habitat for native game species.<br><br>Protect breeding habitats of migratory birds by managing for ecosystem diversity, productivity, viability and natural processes through use of the vegetation mosaic objectives (refer to the *Vegetation* section). | Objective:<br>Maintain aquatic and terrestrial ecosystem integrity and productivity. Emphasis is on sports fisheries and upland game species.<br><br>Protect migratory birds to the extent required by the Migratory Bird Treaty Act of 1918. | Objective:<br>Restore, enhance, conserve, and promote aquatic and terrestrial species conservation and ecosystem integrity and values. Emphasis is on native species (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring habitat diversity, productivity, viability, and natural processes throughout the ecosystem (s).<br><br>Protect endangered species and migratory birds to the extent required by the Endangered Species Act and the Migratory Bird Treaty Act of 1918.<br><br>Protect breeding habitats of migratory birds by managing for ecosystem diversity, productivity, viability and natural processes through use of the vegetation mosaic objectives (refer to the *Vegetation* section). | Objective (See also Vegetation and Water Quality Objectives):<br>Restore, enhance, conserve, and promote aquatic and terrestrial species conservation and ecosystem integrity and values. Emphasis is on native species (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring habitat diversity, productivity, viability, and natural processes throughout the ecosystem, and striving for stable, sustainable wildlife populations.<br><br>Provide for effective wildlife and fish habitat throughout the decision area with abundance and distribution commensurate with the capability of the land to sustain wildlife and fish populations. Habitat continuity and travel corridors exist and persist to facilitate species movement and establishment into newly suitable areas as a result of changing habitats. Consider route densities in travel management to support CPW wildlife population objectives.<br><br>Utilize current conservation plans, agreements, and strategies, including state habitat and species management and action plans, to direct management.<br><br>Protect endangered species and migratory birds to the extent required by the Endangered Species Act and the Migratory Bird Treaty Act of 1918.<br><br>Protect breeding habitats of migratory birds by managing for ecosystem diversity, productivity, viability and natural processes through use of the vegetation mosaic objectives (refer to the *Vegetation* section). |

BLM_0161762

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|------------------------------|
| 98. | **Action:**<br>The BLM District Manager may authorize supplemental releases and reintroduction of native or naturalized wildlife species (excluding federal or state-listed endangered, threatened, or candidate species) following environmental analysis in management units 3, 5, 8, 9, 13-15 (BLM 1989a).<br><br>Allow CPW to introduce chukar. Allow other game species introduction if site-specific analysis indicates that significant conflicts with livestock will not occur (emphasis area A; BLM 1985).<br><br>Reestablish river otters in the Dolores River (emphasis areas B, C, and D; BLM 1985).<br><br>Allow introduction or reintroduction of bighorn sheep in the Dolores River Canyon WSA.<br><br>Expand pronghorn antelope herds (emphasis area A; BLM 1985). Manage for 300 head of pronghorn antelope. | **Action:**<br>Allow augmentation and reintroduction to expand the current range of native species in response to partner or stakeholder proposals and requests and in coordination with CPW. | **Action:**<br>Allow augmentation and reintroduction to expand the current range of desired game species and species of economic importance, in coordination with CPW. | **Action:**<br>Allow augmentation and reintroduction to expand the current range of aquatic and terrestrial species or to expand population numbers to improve genetic viability of native terrestrial and aquatic species, in coordination with CPW. | |
| 99. | WILDLIFE – FISH & AQUATIC | | | | |
| 100. | **Action:**<br>Give special management consideration to all perennial streams that could provide quality fisheries through the activity planning process and monitoring system to maintain, improve, or enhance resource conditions associated with aquatic/riparian habitat (emphasis area A; BLM 1985).<br><br>Manage the following riparian areas to improve aquatic habitat: Roc, North Mesa, South Mesa, La Sal and Dry Creeks, and the east and west forks of Dry Creek Canyon (BLM 1985).<br><br>Invest wildlife funds for structural improvements and vegetation restoration projects to improve high-priority riparian habitat at the following drainages: Roc, North and South Mesa, La Sal, and Dry | **Action:**<br>Annually enhance, protect, or restore at least 5 miles of aquatic habitat, including modification or removal of special status fish migration barriers, in consultation with the CPW, and structural and vegetation improvements to benefit primarily nongame native species. | **Action:**<br>Annually improve at least 2 miles of aquatic habitat, including structural and vegetation improvements to benefit primarily game species and popular fisheries. | **Action:**<br>Pursue opportunities to enhance, protect, or restore native aquatic species habitats, in consultation with the CPW, including modification or removal of special status fish migration barriers and structural and vegetation improvements commensurate with other resource objectives. | **Action:**<br>Pursue opportunities to enhance, protect, or restore native aquatic species habitats, in consultation with the CPW, including modification or removal of special status fish migration barriers and structural and vegetation improvements commensurate with other resource objectives.<br><br>Quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired nonnative vertebrate species. |

25

BLM_0161763

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | Creeks (East and West Forks) (emphasis area B; BLM 1985). | | | | |
| 101. | **Action:** Monitor, maintain, or improve known active fisheries habitat. Focus initially on the San Miguel and Dolores Rivers and their major tributaries. Improve aquatic habitat on these areas, listed in priority order: <br>● The upper San Miguel River and its tributaries (44 miles) <br>● The upper Dolores River and its tributaries (30 miles) <br>● The lower San Miguel River and its tributaries (20 miles) <br><br> Develop aquatic/riparian habitat management plans for these priority areas, including intensive monitoring plans (emphasis area B; BLM 1985). | **Action:** Maintain or improve fisheries habitat where consistent with maintaining native species populations. Prioritize systems based on CPW conservation and management objectives. | **Action:** Maintain or improve sports fisheries habitat where compatible with adjoining surface uses. | **Action:** Same as Alternative B. | |
| 102. | **Allowable Use:** No similar allowable use in current RMPs. | **Allowable Use:** STIPULATION TL-3: *Wildlife Native and Sport Fish.* Prohibit in-stream channel work within occupied fisheries as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following periods: <br>● Spring spawning period: April 1 to August 1 (rainbow trout, cutthroat trout, native warm water fish [flannelmouth sucker, bluehead sucker, and roundtail chub]), and Paiute and mottled sculpin <br>● Fall spawning period: October 1 to November 30 (brown and brook trout) <br><br>(Refer to Appendix B; Figure 2-25, Appendix A.) | **Allowable Use:** STIPULATION TL-4: *Wildlife Coldwater Sport Fish.* Prohibit in-stream channel work within occupied fisheries as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following periods: <br>● Spring spawning period: April 1 to June 15 (rainbow and cutthroat trout) <br>● Fall spawning period: October 1 to November 30 (brown and brook trout) <br><br>(Refer to Appendix B; Figure 2-26, Appendix A.) | **Allowable Use:** STIPULATION TL-5: *Wildlife Native and Sport Fish.* Prohibit in-stream channel work within occupied fisheries as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following period: <br>● Spring spawning period: April 1 to July 15 (native cutthroat trout, rainbow trout, and native warm water fish [flannelmouth sucker, bluehead sucker, and roundtail chub]) <br><br>(Refer to Appendix B; Figure 2-27, Appendix A.) | |
| 103. | | | WILDLIFE – TERRESTRIAL | | |
| 104. | **Action:** Key habitats include big game winter range, winter raptor concentration areas, bighorn sheep, pronghorn antelope, and aquatic/riparian habitats. Maintain and improve vegetation conditions. | **Action:** Designate the following 242,580 acres as ecological emphasis areas (Figure 2-2, Appendix A) and manage to preserve the continuity of habitats, vegetation communities, and native wildlife within: <br>● Adobe Zones 1-4 (40,730 acres) | **Action:** Designate the following 24,150 acres as ecological emphasis areas (Figure 2-3, Appendix A) and manage to preserve as much as possible the continuity of habitats, vegetation communities, and native wildlife within: | **Action:** Designate the following 177,700 acres as ecological emphasis areas (Figure 2-4, Appendix A) and manage to preserve the continuity of habitats, vegetation communities, and native wildlife within, while following vegetation mosaic objectives: | **Action:** Manage the following 90,050 acres as ecological emphasis areas (Figure 2-4, Appendix A) to preserve the continuity of habitats, vegetation communities, and native wildlife within, while following vegetation mosaic objectives: |

26

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | Protect, maintain, and enhance the following: <br>• Critical habitats for big game, upland game birds, and waterfowl <br>• Crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985) <br><br>Comply with the FLPMA to maintain, enhance, and protect fish habitat on public lands. <br><br>Manage 2,500 acres in CamelBack Ridge and Upper Roubideau Creek drainages along the southeastern portion of the Camel Back WSA to maintain the area's capability to support wintering deer, elk, and bighorn sheep. | • Dry Creek Zones 1-5 (20,320 acres) <br>• Jumbo Mountain/McDonald Creek Zones 1-5 (17,220 acres) <br>• La Sal Zones 1-3 (22,350 acres) <br>• Monitor-Potter-Roubideau Zones 1-11 (27,320 acres) <br>• Naturita Canyon Zones 1- 4 (15,620 acres) <br>• Ridgway Zones 1-4 (16,700 acres) <br>• San Miguel Zones 1-7 (25,520 acres) <br>• Sims Mesa (19,650 acres) <br>• Spring Canyon (3,380 acres) <br>• Tabeguache Zones 1-10 (31,540 acres) <br>• Terror Creek (2,230 acres) <br><br>(Refer to Appendix D, Ecological Emphasis Areas, for an explanation of these areas.) | • La Sal Zones 1 and 3 (13,270 acres) <br>• Monitor-Potter-Roubideau Zones 5, 6, 7, 10, and 11 (10,880 acres) <br><br>(Refer to Appendix D, Ecological Emphasis Areas, for an explanation of these areas.) | • Adobe Zones 1, 3, and 4 (24,170 acres) <br>• Dry Creek Zones 1-3 (10,790 acres) <br>• Jumbo Mountain/McDonald Creek Zones 1-4 (15,630 acres) <br>• La Sal Zones 1-3 (22,350 acres) <br>• Monitor-Potter-Roubideau Zones 1-11 (27,320 acres) <br>• Naturita Canyon Zone 1 (1,510 acres) <br>• Ridgway Zones 1 and 2 (9,070 acres) <br>• San Miguel Zones 1, 2, 3, 5, and 7 (17,840 acres) <br>• Sims Mesa (19,650 acres) <br>• Spring Canyon (3,380 acres) <br>• Tabeguache Zones 1, 2, 4, 5, 6, 9, and 10 (23,760 acres) <br>• Terror Creek (2,230 acres) <br><br>(Refer to Appendix D, Ecological Emphasis Areas, for an explanation of these areas.) | • Jumbo Mountain/McDonald Creek Zones 1-4 (15,630 acres) <br>• La Sal Zones 2 and 3 (12,490 acres) <br>• Monitor-Potter-Roubideau Zones  1-3, 8, and 10 (20,400 acres) <br>• Ridgway Zones 1 and 2 (9,070 acres) <br>• Sims Mesa (19,650 acres) <br>• Tabeguache Zones 2, 4, 5, 6, and 9 (12,810 acres) <br>(Refer to Appendix D, Ecological Emphasis Areas, for an explanation of these areas.) |
| 105. | Action: <br>No similar action in current RMPs. | Action: <br>Manage portions of the following ecological emphasis areas, totaling 186,080 acres, as ROW exclusion areas: <br>• Adobe Zone 1 (11,480 acres) <br>• Dry Creek Zones 1-4 (14,310 acres) <br>• Jumbo Mountain/McDonald Creek Zones 1-4 (15,630 acres) <br>• La Sal Zones 1-3 (22,350 acres) <br>• Monitor-Potter-Roubideau Zones 1-11 (27,320 acres) <br>• Naturita Canyon Zones 1-4 (15,620 acres) <br>• Ridgway Zones 1-4 (16,700 acres) <br>• San Miguel Zones 1-7 (25,520 acres) <br>• Spring Canyon (3,380 acres) <br>• Tabeguache Zones 1-10 (31,540 acres) <br>• Terror Creek (2,230 acres) <br><br>Manage portions of the following ecological emphasis areas, totaling 56,500 acres, as ROW avoidance: <br>• Adobe Zones 2-4 (29,250 acres) <br>• Dry Creek Zone 5 (6,000 acres) <br>• Jumbo Mountain/McDonald Creek Zone 5 (1,600 acres) <br>• Sims Mesa (19,650 acres) | Action: <br>Manage all ecological emphasis areas totaling 24,150 acres as ROW avoidance. | Action: <br>Manage all ecological emphasis areas totaling 177,700 acres as ROW avoidance areas. | Action: <br>Manage all ecological emphasis areas totaling 90,050 acres as ROW avoidance areas. |

27

BLM_0161765

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 106. | **Allowable Use:** No similar allowable use in current RMPs, although this is partially addressed by other actions. | **Allowable Use:** STIPULATION NSO-20/SSR-17: *Ecological Emphasis Areas.* Prohibit surface occupancy and use and apply SSR restrictions within portions of ecological emphasis areas (207,320 acres): <br>● Adobe Zone 1 (11,480 acres) <br>● Dry Creek Zones 1-4 (14,310 acres) <br>● Jumbo Mountain/McDonald Creek Zones 1-5 (17,220 acres) <br>● La Sal Zones 1-3 (22,350 acres) <br>● Monitor-Potter-Roubideau Zones 1-11 (27,320 acres) <br>● Naturita Canyon Zones 1-4 (15,620 acres) <br>● Ridgway Zones 1-4 (16,700 acres) <br>● San Miguel Zones 1-7 (25,520 acres) <br>● Sims Mesa (19,650 acres) <br>● Spring Canyon (3,380 acres) <br>● Tabeguache Zones 1-10 (31,540 acres) <br>● Terror Creek (2,230 acres). <br>(Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) <br><br>**Allowable Use:** STIPULATION CSU-17/SSR-18: *Ecological Emphasis Areas.* Surface occupancy or use may be restricted and SSR restrictions applied within portions of ecological emphasis areas, (35,250 acres): <br>● Adobe Zones 2-4 (29,250 acres) <br>● Dry Creek Zone 5 (6,000 acres) <br>(Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Allowable Use:** STIPULATION CSU-17/ SSR-18: *Ecological Emphasis Areas.* Surface occupancy or use may be restricted and SSR restrictions applied within all ecological emphasis areas (24,150 acres). (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | **Allowable Use:** STIPULATION CSU-17/ SSR-18: *Ecological Emphasis Areas.* Surface occupancy or use may be restricted and SSR restrictions applied within all ecological emphasis areas (177,700 acres). (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | **Allowable Use:** STIPULATION CSU-17/ SSR-18: *Ecological Emphasis Areas.* Surface occupancy or use may be restricted and SSR restrictions applied within all ecological emphasis areas (90,050 acres). Special design, construction, and implementation measures, including reasonable relocation of operations or facilities by more than 200 meters (656 feet) to accommodate placement outside of core and corridor habitats to maintain connectivity for identified Primary Benefiting Species, may be required. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 107. | **Action:** Implement habitat improvement projects where necessary to stabilize and/or improve unsatisfactory or declining habitat conditions. Identify such projects through habitat management plans or coordinated resource management plans. <br><br>On 51,680 acres (management unit 2), manage vegetation to improve the areas' capabilities to support wintering deer, elk, and bighorn sheep populations. | **Action:** Annually enhance or restore at least 500 acres of terrestrial habitat to benefit primarily native, nongame species, including birds, and to increase carrying capacity for native game species, emphasizing winter range and crucial habitat types. | **Action:** Annually treat at least 3,000 acres of terrestrial habitat to increase carrying capacity for game species, including game birds, emphasizing winter range and crucial habitat types. | **Action:** Restore, enhance, conserve, and promote aquatic and terrestrial species conservation and ecosystem integrity and values in consultation with the CPW. Emphasize the management of native species (mammals, reptiles, amphibians, birds, fish, invertebrates, and plants), including objectives and improvements for ensuring habitat diversity, productivity, viability, and natural processes throughout the ecosystem, and striving for stable, sustainable wildlife populations. | **Action:** Restore, enhance, conserve, and promote aquatic and terrestrial species conservation and ecosystem integrity and values in coordination with the CPW. Emphasize the management of native species (mammals, reptiles, amphibians, birds, fish, invertebrates, and plants), including objectives and improvements for ensuring habitat diversity, productivity, viability, and natural processes throughout the ecosystem, and striving for stable, sustainable wildlife populations. |

28

BLM_0161766

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | Develop habitat management plans and design land treatment projects and other facilities to improve the quality and quantity of winter habitat (management unit 2; BLM 1989a).<br><br>Maintain, improve, and enhance crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985).<br><br>Open the planning area to land treatments for wildlife and project facility development. Maintain existing wildlife facilities and land treatments (BLM 1989a). Maintain existing wildlife habitat projects on 121,710 acres (management unit 1; BLM 1989a).<br><br>On 83,630 acres (management units 3, 5, 8, 9, 13-15), maintain existing wildlife habitat projects and develop new projects if they will not decrease the woodland base (BLM 1989a).<br><br>In wildlife emphasis areas (22,410 acres) where livestock also graze, maintain an overall hiding cover-to-forage ratio of 40:60 for wildlife (BLM 1985). | | | Design land treatment projects and other facilities to improve the quality and quantity of wildlife habitats. | Design land treatment projects and other facilities to improve the quality and quantity of wildlife habitats. |
| 108. | **Action:**<br>Incorporate objectives to protect or improve aquatic habitat into allotment management plans and habitat management plans. Develop and implement needed habitat management plans and improvements, including monitoring plans. Habitat management plan development for aquatic species will be closely coordinated with CPW, the Forest Service, and, where appropriate, US DOI Fish and Wildlife Service (USFWS). Project development will require input from all resource programs to assess impacts through the environmental process (BLM 1985).<br><br>Subject to the availability of manpower and funds to complete necessary wildlife habitat | **Action:**<br>Develop a strategy with the CPW to achieve desired habitat conditions for native species and to achieve BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Review this strategy every five years. | | | |

BLM_0161767

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | improvements on 23,100 acres (emphasis area B), manage the habitat for current levels of deer and elk (20,000 and 1,600, respectively). Consider wildlife reductions in localized areas if vegetation resource monitoring indicates the need to maintain use within the carrying capacity. Share the reductions with domestic livestock, depending on monitoring results (BLM 1985). | | | | |
| 109. | **Action:** On 51,680 acres (management unit 2), give wildlife priority for all additional forage made available as a result of BLM habitat improvement (BLM 1989a).<br><br>Maintain wildlife forage allocations at current levels until studies determine adjustments are needed to achieve management directives. Divide additional forage allocations equally between wildlife and livestock grazing (management units 3, 5, 8, 9, 13-15; BLM 1989a). | **Action:** No similar action; this is addressed in the *Livestock Grazing* section. | | | |
| 110. | **Action:** On crucial (now termed "severe and winter concentration areas") deer and elk winter range (17,370 acres), give wildlife priority for forage allocations (management unit 7; BLM 1989a). | **Action:** No similar action; this has been completed. | | | |
| 111. | **Action:** Provide investments to enhance wildlife species that will benefit from uneven-aged timber management (emphasis area J; BLM 1985). | **Action:** No similar action; other actions address timber management. | | | |
| 112. | *Terrestrial Wildlife – Big Game (Mule Deer, Elk, Pronghorn, Antelope, Bighorn Sheep, Moose, Black Bear, Mountain Lion)*<br>Note: Bighorn sheep include both Rocky Mountain and desert subspecies, unless otherwise designated as one or the other. | | | | |
| 113. | Allowable Use:<br>STIPULATION TL-CO-9 (BLM 1991a): *Big Game Species (Mule Deer, Elk, Pronghorn Antelope, and Bighorn Sheep).* Prohibit surface occupancy in big game crucial winter habitat (now termed "severe and winter concentration areas"), including severe big game winter range or other definable winter ranges as mapped by the | Allowable Use:<br>STIPULATION TL-6: *Wildlife Big Game Winter.* Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game crucial winter habitat as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: crucial winter range, severe | Allowable Use:<br>STIPULATION TL-7: *Wildlife Big Game Winter.* Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game crucial winter habitat as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by | Allowable Use:<br>STIPULATION TL-8: *Wildlife Big Game Winter.* Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game crucial winter habitat as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by | Allowable Use:<br>STIPULATION TL-8: *Wildlife Big Game Winter.* Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game crucial winter habitat as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: crucial winter range, severe |

30

BLM_0161768

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | CPW, from December 1 to April 30. (Refer to Appendix B; Figure 2-24, Appendix A.) | winter range, and winter concentration areas.<br>● Elk, mule deer, and pronghorn antelope: December 1 to April 30<br>● Moose: November 15 to May 30<br>● Rocky Mountain and desert bighorn sheep: November 1 to April 30<br><br>Some travel closures and restrictions may also apply in specific geographic areas. (Refer to Appendix B; Figure 2-25, Appendix A.) | the BLM: crucial winter range, severe winter range and winter concentration areas.<br>● Elk and mule deer: January 1 to March 31<br><br>(Refer to Appendix B; Figure 2-26, Appendix A.) | the BLM: crucial winter range, severe winter range and winter concentration areas.<br>● Elk, mule deer, pronghorn antelope, and moose: December 1 to April 30<br>● Rocky Mountain and desert bighorn sheep: November 1 to April 30<br>(Refer to Appendix B; Figure 2-27, Appendix A.) | winter range and winter concentration areas.<br>● Elk, mule deer, and moose: December 1 to April 15<br>● Pronghorn: Jan 1 to March 31<br>● Rocky Mountain and desert bighorn sheep: November 1 to April 15<br>(Refer to Appendix B; Figure 2-27, Appendix A.) |
| 114. | Allowable Use:<br>STIPULATION TL (BLM 1991a): *Big Game Birthing Areas (by Species)*. Restrict surface-disturbing activities in the following areas:<br>● Elk calving (now termed "production"): April 16 to June 30 (Stipulation: TL-CO-10 and TL-UB-05)<br>● Pronghorn antelope fawning: May 1 to July 15 (Stipulation: TL-CO-11)<br>● Rocky Mountain bighorn sheep lambing: May 1 to July 15 (Stipulation: TL-CO-12)<br>● Desert bighorn sheep lambing: March 16 to May 30 (Stipulation: TL-CO-14)<br><br>(Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use:<br>STIPULATION TL-9: *Wildlife Big Game Production*. Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game production areas as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM:<br>● Elk: May 15 to June 30<br>● Pronghorn antelope: May 1 to July 15<br>● Rocky Mountain bighorn sheep:<br> ○ May 1 to July 15 for lambing range<br> ○ October15 to December15 for rutting grounds<br>● Desert bighorn sheep:<br> ○ March 15 to June 15 for lambing range<br> ○ August 1 to September 30 for rutting grounds<br>● Moose: May 15 to July 15<br><br>Some travel closures and restrictions may also apply in specific geographic areas. (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use:<br>STIPULATION TL-10: *Wildlife Big Game Production*. Prohibit surface use and surface-disturbing activities during the following time period in big game production areas as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM:<br>● Elk: May 15 to June 15.<br>(Refer to Appendix B; Figure 2-26, Appendix A.) | Allowable Use:<br>STIPULATION TL-11: *Wildlife Big Game Production*. Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game production areas as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM:<br>● Elk, pronghorn antelope, Rocky Mountain bighorn sheep, and moose: April 15 to June 30<br>● Desert bighorn sheep: February 1 to May 1<br>(Refer to Appendix B; Figure 2-27, Appendix A.) | STIPULATION TL-11: *Wildlife Big Game Production*. Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game production areas as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM:<br>● Elk and moose: May 15 to June 30<br>● Desert bighorn sheep: February 28 to May 1<br>● Rocky Mountain bighorn sheep: April 15 to June 30.<br>(Refer to Appendix B; Figure 2-27, Appendix A.) |
| 115. | Allowable Use:<br>No similar allowable use in current RMPs. | Alternative B:<br>No similar allowable use. (There would not be a similar stipulation within | Alternative B.1 (North Fork area only):<br>Allowable Use:<br>STIPULATION NSO-21: *Mule Deer and Elk Habitat*. Prohibit surface occupancy | Allowable Use:<br>No similar allowable use. (There would not be a similar stipulation within mule deer and elk habitat.) | | |

BLM_0161769

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | mule deer and elk habitat). | in mule deer and elk crucial winter range, including severe winter range and winter concentration areas, and in elk reproduction areas. Also prohibit surface occupancy in big game migration corridors. (Refer to Appendix B; Figure 2-21, Appendix A.) | | | |
| 116 | **Action:** To protect elk calving areas, prohibit motorized and mechanized travel from May 15 to June 15 in the area. | **Action:** To protect elk calving areas, prohibit motorized and mechanized travel from April 15 to June 30 in elk production/calving areas. Add other areas as appropriate through future site-specific travel management analyses. Where needed, extend seasonal closures to include pedestrian or equestrian traffic. | **Action:** To protect elk calving areas, prohibit motorized and mechanized travel from May 15 to June 15 in elk production/calving areas. Add other areas as appropriate through future site-specific travel management analyses. Where needed, extend seasonal closures to include pedestrian or equestrian traffic. | **Action:** No similar action (there would not be similar motorized or mechanized restrictions in elk calving areas). | **Action:** To protect elk calving areas, prohibit motorized and mechanized travel from May 15 to June 30 in elk production/calving areas. Add other areas as appropriate through future site-specific travel management analyses. Where needed, extend seasonal closures to include pedestrian or equestrian traffic. |
| 117. | **Action:** Transplant bighorn sheep into the Winter Mesa area if they will not conflict with livestock. The objective is to reestablish this species in historically occupied habitat, increase total population numbers, and ensure species viability in the region (management unit 1; BLM 1989a). | **Action:** Allow for restoring wild sheep populations in suitable and historic wild sheep habitat not currently stocked with domestic sheep and goats. | **Action:** No similar action. (Restoration of wild sheep would not be pursued.) | Action: Allow for restoring wild sheep populations in areas where 1) the Domestic/Bighorn Sheep Probability of Interaction Assessment depicts existing sheep allotments are not at a high or moderate risk for disease transmission and 2) in suitable and historic wild sheep habitat not currently stocked with domestic sheep and goats. | Action: Allow for restoring wild sheep populations in areas where 1) the Domestic/Bighorn Sheep Risk of Contact (RoC) model, or currently accepted model depicts existing sheep allotments are not at a high or moderate risk for disease transmission and 2) in suitable and historic wild sheep habitat not currently stocked with domestic sheep and goats. |
| 118. | **Allowable Use:** No similar allowable use in current RMPs. | **Allowable Use:** STIPULATION CSU-18/SSR-19: Desert and Rocky Mountain Bighorn Sheep Summer Range. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied to reduce impacts of surface-disturbing activities and operations on bighorn sheep summer range. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Allowable Use:** No similar allowable use. (There would not be a stipulation.) | **Allowable Use:** Same as Alternative B. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Allowable Use: STIPULATION CSU-18/SSR-19: *Desert and Rocky Mountain Bighorn Sheep Summer Range.* Surface occupancy or use may be restricted, relocated, or prohibited and SSR restrictions applied to reduce impacts of surface-disturbing activities and operations on bighorn sheep summer range. Special design, construction, and implementation measures, including relocation of operations by more the 200 meters (656 feet) from bighorn sheep, their crucial habitats, or specific habitat features (656 feet), may be |

BLM_0161770

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | | | required. Specific habitat features may include, but are not limited to, water areas, mineral licks, and lambing areas. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) |
| 119. | | | Refer to the *Livestock Grazing* section for information on domestic sheep grazing. | | |
| 120. | Action:<br>Allow for introduction of bighorn sheep and river otters in Dolores River and the Dolores River Canyon WSA (emphasis areas C and D; BLM 1985). | Action:<br>No similar action; this is addressed by other actions. | | | |
| 121. | Action:<br>In big game winter range (emphasis area B), limit the width of vegetation openings to approximately 150 to 200 yards (BLM 1985). | Action:<br>No similar action; this is addressed by other actions (a habitat management strategy and vegetation mosaic objectives would be developed from other actions). | | | |
| 122. | | | *Terrestrial Wildlife – Raptors* | | |
| 123. | | | Refer to the *Special Terrestrial Wildlife – Raptors* section | | |
| 124. | | | *Terrestrial Wildlife – Upland Game Birds (Wild Turkey)* | | |
| 125. | Allowable Use:<br>No similar allowable use in current RMPs, although this is partially addressed for some species, areas, or situations. | Allowable Use:<br>STIPULATION TL-12: *Wildlife Turkey.* Prohibit surface use and surface-disturbing and disruptive activities within wild turkey habitat (as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM) during the following time period:<br>● Wild turkey winter habitat from December 1 to April 1.<br>(Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would not be a TL stipulation.) | Allowable Use:<br>Same as Alternative B.<br>(Refer to Appendix B; Figure 2-27, Appendix A.) | |
| 126. | | | *Terrestrial Wildlife – Migratory Birds* | | |
| 127. | Action:<br>No similar action in current RMPs. | Action:<br>Use adaptive management to conserve and avoid impacts on populations of Birds of Conservation Concern, Partners-in-Flight priority species, and other species of concern. | | | |
| 128. | Allowable Use:<br>Avoid large-scale disrupting land use activities, such as surface disturbance, from May 15 to July 15 in migratory bird habitats. Focus these protection efforts on USFWS Birds of Conservation Concern. | Allowable Use:<br>STIPULATION TL-13: *Wildlife Migratory Bird.* Prohibit surface use and surface-disturbing and disruptive activities, including vegetation-altering projects, on lands where nesting migratory birds are present during the following time period: April 1 to July 15. (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would not be a TL stipulation.) | Allowable Use:<br>Same as Alternative B.<br>(Refer to Appendix B; Figure 2-27, Appendix A.) | |
| 129. | Action:<br>No similar action in current RMPs. | Action: | | Action: | |

33

BLM_0161771

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | Apply appropriate restrictions and mitigation to minimize impacts on migratory birds. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and other conservation priority habitats. This is to protect breeding and nesting migratory bird species and to comply with the Migratory Bird Treaty Act of 1918. | | | Using best available science, apply appropriate restrictions and mitigation to minimize impacts on migratory birds. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and other conservation priority habitats. This is to protect breeding and nesting migratory bird species and to comply with the Migratory Bird Treaty Act of 1918. |
| 130. | SPECIAL STATUS SPECIES | | | | |
| 131. | *SPECIAL STATUS SPECIES – GENERAL* | | | | |
| 132. | GOAL: Protect and enhance special status species and habitats to promote their conservation, recovery, and persistence. | | | | |
| 133. | Objective: Maintain or improve historically occupied or potentially suitable threatened and endangered species habitat. Maintain or improve habitat for sensitive plant species and wildlife species of high federal interest (emphasis area A; BLM 1985). Require in all land use activity plans measures designed to protect threatened and endangered species and their habitat (BLM 1989a). Protect, maintain, and enhance crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985). | Objective: Restore and enhance special status species and habitats. Preserve and promote special status species conservation. Prohibit any activity that would have measurable impacts on subpopulations, populations, or habitats over the short or long term. Prohibit land use activities in specific areas. Manage all federally threatened, endangered, candidate, and BLM sensitive species as key/priority species. | Objective: Maintain special status terrestrial and aquatic species populations and habitats. Maintain special status plant populations and habitats while maximizing land use activities and commodity production. Provide reasonable exceptions to restrictions to facilitate land use and development. Manage all federally threatened, endangered, and candidate species as key/priority species. | Objective: Restore, enhance, preserve, and promote special status species (aquatic and terrestrial) conservation and ecosystem integrity and values. Emphasis is on special status species habitat and population (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring population and habitat diversity, productivity, viability, and natural processes throughout the ecosystem(s). Design land treatment projects and other facilities to improve the quality and quantity of special status species (aquatic and terrestrial) habitats. Protect endangered species and migratory birds to the extent required by the Endangered Species Act and the Migratory Bird Treaty Act of 1918. | Objective (See also Vegetation and Water Quality Objectives): Restore, enhance, preserve, and promote special status species (aquatic and terrestrial) conservation and ecosystem integrity and values. Emphasis is on special status species habitat and population (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring population and habitat diversity, productivity, viability, and natural processes throughout the ecosystem, and striving for stable, sustainable wildlife populations. Manage all federally threatened, endangered, candidate, and BLM sensitive species as key/priority species. Provide for effective special status species habitat throughout the planning area with abundance and distribution commensurate with the capability of the land to sustain special status species populations. Habitat continuity and travel corridors exist and persist to facilitate species movement and establishment into newly suitable areas as a result of changing habitats. Utilize current conservation (recovery) plans, agreements, and strategies, including state habitat and species management and |

34

BLM_0161772

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|------------------------------|
| | | | | | action plans to direct management. (See Section 1.7, Related Plans, bullet 1.7.4 for examples of other plans.)<br><br>Design land treatment projects and other facilities to improve the quality and quantity of special status species (aquatic and terrestrial) habitats. Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. |
| 134. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Recognize the following as key/priority habitats for special status terrestrial wildlife:<br>● Major perennial rivers<br>● Mixed conifer and aspen<br>● Riparian areas<br>● Salt-desert<br>● Sagebrush<br>● Cliff and canyon areas<br><br>Recognize the following priority habitats for special status fish and aquatic wildlife:<br>● Perennial water sources<br>● Riparian areas<br>● Intermittent streams and ponds<br>● Ephemeral/seasonal waters<br><br>Recognize USFWS-designated critical habitats as key/priority areas. | **Action:**<br>Recognize the following as key/priority habitats for special status terrestrial wildlife:<br>● Major perennial rivers<br>● Riparian areas<br><br>Recognize the following priority habitats for fish and aquatic wildlife:<br>● Perennial water sources<br>● Riparian areas | **Action:**<br>Recognize the following as key/priority habitats for special status terrestrial wildlife:<br>● USFWS-designated critical habitats<br>● Occupied and suitable habitat for USFWS endangered, threatened, proposed, and candidate species<br>● Occupied and suitable habitat for BLM sensitive species | |
| 135. | **Action:**<br>Allow authorization of supplemental releases and reintroduction of federal and state-listed endangered, threatened, and candidate species following environmental analysis and consultation with USFWS, CPW, and other affected parties (emphasis area A; BLM 1989a). | **Action:**<br>No similar action (allowed by policy and law). | | | |
| 136. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Pursue opportunities to enhance, protect, or restore federally threatened and endangered species habitats, including structural and vegetation improvements. | **Action:**<br>Pursue opportunities to improve habitat, including structural and vegetation improvements, to benefit primarily game species and popular fisheries. Consider projects that would also enhance nongame species. | **Action:**<br>Pursue opportunities to enhance, protect, or restore federally threatened and endangered species habitats. | |

35

BLM_0161773

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|------------------------------|
| 137. | **Action:**<br>**Maintain species of special importance to maintain viable population levels (emphasis area L; BLM 1989a).** | **Action:**<br>**Manage for sensitive species that are recognized by the State but not the BLM, endemic, rare, or imperiled species or those species otherwise important to achieve resource goals and to prevent the need to protect them under BLM sensitive species designation or federal listing.** | **Action:**<br>**No similar action. (Sensitive species are not a key/priority species under this alternative.)** | **Action:**<br>**Promote BLM-sensitive species conservation to reduce the likelihood and need for species to be listed pursuant to the Endangered Species Act (BLM Manual 6840).** | |
| 138. | **Allowable Use:**<br>**LEASE NOTICE LN-CO-34 (BLM 1991a):** *Endangered Species Act Section 7 Consultation.* **The lease area may now or hereafter contain plants, animals, or their habitats determined to be threatened or endangered or other special status species. The BLM may recommend modifications to exploration and development proposals to further its conservation and management objective to avoid a BLM-approved activity that would contribute to a need to list such a species or its habitat. The BLM may require modifications to or may disapprove proposed activity that is likely to jeopardize the continued existence of a proposed or listed threatened or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act as amended, 16 United States Code (USC) 1531, et seq., including completion of any required procedure for conference or consultation. (Refer to Appendix B.)**<br><br>**Allowable Use:**<br>**LEASE NOTICE LN-UFO-2:** *Special Status Plants.* **The lease area is known to contain populations of endangered plants and may hereafter contain other species protected under the Endangered Species Act or other special status species. To avoid impacts on endangered, threatened, proposed species,** | **Action:**<br>**Attach the following standard stipulations to any BLM-issued permit in which there may be surface-disturbing activities:**<br>● **To avoid impacts on federally listed threatened, endangered, proposed, or candidate species or designated critical habitat and BLM special status species: project proponents, lessees, operators, and ROW holders must contact the BLM before any surface-disturbing activities. Additional inventories may be required to ensure that there are no protected species on the proposed disturbance sites. The BLM may recommend, require modifications to, or disapprove proposed activities to avoid an activity that may affect a federally listed or BLM-sensitive species. Modification or disapproval may also be required on a proposed activity that is likely to jeopardize the continued existence of a proposed or listed threatened or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. This could include completion of any required conference or consultation with USFWS.** | | | |

BLM_0161774

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | designated critical habitat, or BLM special status species, lessees must contact the UFO before any surface activities associated with this lease. The lessee may also be required to conduct additional inventories to ensure that there are no protected species on the proposed disturbance sites. The BLM may recommend modifications to exploration and development proposals to avoid impacts on any species listed under the Endangered Species Act or proposed for listing under the Endangered Species Act or designated or proposed critical habitat. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act, as amended, 16 USC 1531 et seq. This could include completing any required conference or consultation with the USFWS. Additionally, project modifications may be required to avoid impacts on BLM-sensitive species. (Refer to Appendix B.) | | | | |
| 139. | Action:<br>Conduct on-site biological surveys by qualified individuals (BLM 1991a). | Action:<br>To protect key wildlife species, special status species, and their habitats, surveys conducted by qualified individuals may be required during the period appropriate to the species and before surface disturbance, habitat treatments, or similar activities. | | | |
| 140. | Action:<br>No similar action in current RMPs. | Action:<br>Designate occupied habitat of known populations of federally threatened and endangered species as ROW exclusion. | Action:<br>Designate occupied habitat of known populations of federally threatened and endangered species as ROW avoidance. Surveys may be required before surface disturbance. | | |
| 141. | *SPECIAL STATUS PLANTS* | | | | |
| 142. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>Close all federally threatened, endangered, proposed, and candidate plant species' occupied habitat (plant with a 200 meter/656 foot buffer) to mineral materials disposal and non-energy solid mineral leasing. | Allowable Use:<br>Close all federally threatened, endangered, and proposed plant species' occupied habitat (plant with a 200 meter/656 foot buffer) to mineral materials disposal and non-energy solid mineral leasing. | | |
| 143. | Allowable Use:<br>Promote BLM-sensitive plant conservation and reduce the likelihood and need for species to be listed pursuant to the Endangered Species Act (BLM Manual 6840). | Allowable Use:<br>Prohibit any land use that would damage, injure, or remove a sensitive plant element occurrence or subpopulation. Also prohibit any activity that would detrimentally alter connectivity between subpopulations. | Allowable Use:<br>Prohibit any land use activity that would damage, injure, or remove more than 10 percent of a sensitive plant element occurrence or subpopulation, either by total number of individual plants or acres of occupied habitat within the activity area. Prohibit more than 10 percent cumulative | Allowable Use:<br>STIPULATION CSU-19/ SSR-20: *BLM Sensitive Plant Species.* Surface occupancy or use may be restricted and SSR restrictions applied within 100 meters (328 feet) of BLM-sensitive plant species. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain sensitive plant species. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |

37

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | disturbance of sensitive plant element occurrences or subpopulations at any one time. | | |
| 144. | Allowable Use: STIPULATION NSO-UB-2 (BLM 1989a): *Threatened, Endangered, Candidate, and Sensitive Plant Areas.* Prohibit surface occupancy in the Fairview South ACEC/Research Natural Area to protect the threatened, endangered, candidate, and sensitive plants and their potential habitat. (Refer to Appendix B; Figure 2-19, Appendix A.)<br><br>STIPULATION NSO-CO-8 (BLM 1991a): *Special Status Plant Species.* Prohibit surface occupancy in special status plant species habitat (including federally listed and proposed species for listing and candidate species). (Refer to Appendix B; Figure 2-19, Appendix A.) | Allowable Use: STIPULATION NSO-22/NGD-8: *Plant ESA-Listed Species.* Prohibit surface occupancy and use and apply NGD restrictions within a 200-meter (656-foot) buffer of the edge of habitat of federally listed, proposed, or candidate threatened or endangered plant species as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: No similar allowable use. (There would not be a stipulation.) | Allowable Use: STIPULATION CSU-20/ SSR-21: *Plant ESA-Listed Species.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for federally listed, proposed, or candidate threatened or endangered plant species as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.<br><br>An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation).<br><br>The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Allowable Use: STIPULATION NSO-22/SSR-21: *Plant ESA-Listed Species.* Prohibit surface occupancy and use and apply SSR restrictions within a 200-meter (656-foot) buffer of the edge of habitat of federally listed, proposed, or candidate threatened or endangered plant species as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A; See glossary for definitions of clay-loving wild buckwheat and Colorado hookless cactus habitats.) |

BLM_0161776

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| 145. | **Action:** Protect sensitive plant species in the Coyote Wash area of Dolores Canyon (emphasis area D; BLM 1985). | **Action:** No similar action; this is addressed by other actions that protect sensitive plants. | | | | |
| 146. | | | | *SPECIAL STATUS FISH AND AQUATIC WILDLIFE* Add "Also see WILDLIFE – FISH AND AQUATIC" | | |
| 147. | **Action:** No similar action in current RMPs. | **Action:** Partner with CPW, Forest Service, USFWS, and others to remove nonnative trout and other fishes from occupied native cutthroat trout habitat. | | **Action:** No similar action. (Nonnative trout and other fishes would not be removed from occupied native cutthroat trout habitat.) | **Action:** Same as Alternative B. | |
| 148. | **Allowable Use:** No similar allowable use in current RMPs. | **Allowable Use:** STIPULATION NSO-23/NGD-9: *Wildlife ESA-Listed Species (Occupied Federally Listed Fish Habitat).* Prohibit surface occupancy and use and apply NGD restrictions within 1.0 mile of federally listed fish occupied habitat as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | **Allowable Use:** No similar allowable use. (There would not be a stipulation.) | | **Allowable Use:** STIPULATION NSO-24/ SSR-22: *Wildlife ESA-Listed Species (Occupied Federally Listed Fish Habitat).* Prohibit surface occupancy and use and apply SSR restrictions within 2,500 feet of the ordinary high-water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 149. | **Allowable Use:** No similar allowable use in current RMPs. | **Alternative B:** **Allowable Use:** STIPULATION CSU-21/SSR-23: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 0.25-mile of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-20 and | **Alternative B.1 (North Fork area only):** **Allowable Use:** STIPULATION NSO-25: *Occupied Native Cutthroat Trout Habitat.* Prohibit surface occupancy within 0.50-mile of stream segments occupied by native cutthroat trout. (Refer to Appendix B; Figure 2-21, Appendix A.) | **Allowable Use:** STIPULATION CSU-22/ SSR-24: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | | **Allowable Use:** STIPULATION NSO-26/ SSR-25: *Occupied Native Cutthroat Trout Habitat.* Prohibit surface occupancy and use and apply SSR restrictions within 325 feet of the edge of the ordinary high-water mark (bank-full stage) of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) <br><br> **Allowable Use:** STIPULATION CSU-23/ SSR-26: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied between 325 and 500 feet from occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

39

BLM_0161777

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | | 2-29, Appendix A.) | | | | |
| 150 | Allowable Use:<br>No similar allowable use in current RMPs. | Alternative B:<br>Allowable Use:<br>No similar allowable use. (There would not be a similar stipulation for northern leopard frog). | Alternative B.1 (North Fork area only):<br>Allowable Use:<br>STIPULATION NSO-27: *Northern Leopard Frog Breeding Sites.* Prohibit surface-occupancy within 0.25-mile of northern leopard frog breeding sites. (Refer to Appendix B; Figure 2-21, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would not be a similar stipulation for northern leopard frog.) | | |
| 151. | | | | *SPECIAL STATUS TERRESTRIAL WILDLIFE* | | |
| 152. | Action:<br>Develop habitat management plans for key species and their related habitat. Several key habitats in which plans might be developed are winter raptor concentration areas, aquatic/riparian habitats, and threatened and endangered species habitat. Closely coordinate development of habitat management plans for terrestrial and aquatic species with CPW, Forest Service, and, where appropriate, USFWS (BLM 1985). | Action:<br>No similar action; this is addressed by the Objective. | | | | |
| 153. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>STIPULATION NSO-28/NGD-10: *Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat).* Prohibit surface occupancy and use and apply NGD restrictions within habitat for federally listed wildlife and bird species, except for Canada lynx and yellow-billed cuckoo, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | Allowable Use:<br>STIPULATION CSU-24/ SSR-27: *Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat).* Surface occupancy or use may be restricted or prohibited within habitat for federally listed, proposed, or candidate threatened or endangered wildlife and bird species (except for Canada lynx), as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to | Allowable Use:<br>STIPULATION NSO-29/SSR 28: *Federally Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat).* Prohibit surface occupancy and use and apply SSR restrictions within habitat for federally listed, proposed, or candidate threatened or endangered wildlife and bird species, except for Canada lynx, Mexican spotted owl, and yellow-billed cuckoo, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Allowable Use:<br>STIPULATION NSO-29/SSR 28: *ESA Federally Listed Species.* Prohibit surface occupancy and use and apply SSR restrictions within habitat for species designated as federally listed, proposed, or candidate threatened or endangered species. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

40

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | | |
| 154. | *Special Status Terrestrial Wildlife – Yellow Billed Cuckoo* | | | | |
| 155. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION NSO-30/ NGD-11:** *Wildlife ESA-Listed Species (Yellow-Billed Cuckoo Habitat).* **Prohibit surface occupancy and use and apply NGD restrictions in yellow-billed cuckoo habitat. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.)** | Allowable Use: **STIPULATION TL-14:** *Yellow-Billed Cuckoo Habitat.* **Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of yellow-billed cuckoo habitat within riparian areas from May 15 to August 5. (Refer to Appendix B; Figure 2-26, Appendix A.)** | **STIPULATION CSU-25/ SSR-29: Wildlife ESA-Listed Species (Yellow-Billed Cuckoo Habitat).** Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: within yellow-billed cuckoo habitat. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.

An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that | **STIPULATION CSU-25/ SSR-29: Wildlife ESA-Listed Species (Yellow-Billed Cuckoo Habitat).** Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: within yellow-billed cuckoo habitat. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.

The lease area may now or hereafter contain habitat for wildlife listed as threatened or endangered or identified as candidates for listing under the ESA. An inventory of |

41

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | | demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation.<br><br>(Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation.<br><br>(Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 156. | *Special Status Terrestrial Wildlife – Desert Bighorn Sheep* |||||
| 157. | Refer to the *Terrestrial Wildlife – Big Game (Mule Deer, Elk, Pronghorn Antelope, Bighorn Sheep, Moose, Black Bear, and Mountain Lion)* section. |||||
| 158. | **Action:**<br>**Make habitat available in the Camel Back-Roubideau Creek area for possible introduction of desert bighorn sheep to increase population numbers and genetic diversity (management unit 1; BLM 1989a).** | **Action:**<br>No similar action; this action has been completed. | | | |
| 159. | *Special Status Terrestrial Wildlife – Canada Lynx* |||||
| 160. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Follow management actions from the most current Canada Lynx Management Plan approved by USFWS. |||| 
| 161. | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:**<br>STIPULATION CSU-26/SSR-30: *Wildlife ESA-Listed Species (Canada Lynx Habitat).* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally | **Allowable Use:**<br>No similar allowable use. (There would not be a stipulation.) | **Allowable Use:**<br>STIPULATION: CSU-27/ SSR-31: *Wildlife ESA-Listed Species (Canada Lynx Habitat).* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the | |

42

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|------------------------------|
| | | listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: in mapped or identified Canada lynx habitat in Lynx Analysis Units and to any activities that would negatively alter connectivity between and within Lynx Analysis Units. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | BLM: in mapped or identified Lynx Linkage Corridors and Canada lynx habitat within Lynx Analysis Units and to any activities that would negatively alter connectivity between and within Lynx Analysis Units. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

43

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 162. | | | *Special Status Terrestrial Wildlife – Gunnison Sage-Grouse* | | |
| 163. | Allowable Use: STIPULATION TL-CO-15 (BLM 1991a): *Grouse.* Prohibit surface occupancy and surface-disturbing activities in grouse (sage-grouse and mountain sharp-tailed grouse) crucial winter habitat (now termed "severe and winter concentration areas") from December 16 to March 15. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use: STIPULATION TL-15: *Gunnison Sage-Grouse Winter Habitat.* Prohibit surface use and surface-disturbing and disruptive activities within occupied winter habitat for Gunnison sage-grouse from October 1 to March 15. If winter habitats are not mapped or identified, this stipulation would apply to the entire area within 6.0 miles of leks (courtship areas). (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use: No similar allowable use. (There would not be a TL stipulation.) | Allowable Use: STIPULATION TL-16: *Gunnison Sage-Grouse Winter Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in mapped important Gunnison sage-grouse winter range, as defined by the BLM and CPW, from December 1 to March 15. (Refer to Appendix B; Figure 2-27, Appendix A.) | Allowable Use: STIPULATION TL-16: *Gunnison Sage-Grouse Winter Habitat* Prohibit surface use and surface-disturbing and disruptive activities in mapped important Gunnison sage-grouse winter habitat, including, but not limited to, all USFWS designated critical habitat and areas also defined by the BLM, USFWS, and CPW, from December 1 to March 15. (Refer to Appendix B; Figure 2-27, Appendix A. |
| 164. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: STIPULATION TL-17: *Gunnison Sage-Grouse Breeding (Non-lek) Habitat.* Prohibit surface use and surface-disturbing and disruptive activities within 6.0 miles of Gunnison sage-grouse leks from March 1 to June 30. (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use: No similar allowable use. (There would not be a TL.) | Allowable Use: STIPULATION TL-18: *Gunnison Sage-Grouse Breeding (Lek and Non-Lek) Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in suitable habitat that is within mapped nesting habitat or within 4.0 miles of active Gunnison sage-grouse leks (if nesting habitat is not mapped) from March 1 to June 30. (Refer to Appendix B; Figure 2-27, Appendix A.) | Allowable Use: STIPULATION TL-18: *Gunnison Sage-Grouse Breeding Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in USFWS designated occupied critical habitat, nesting habitat mapped and defined by the BLM, USFWS, and CPW, or within 4.0 miles of active Gunnison sage-grouse leks (if nesting habitat is not mapped) from March 1 to June 30. (Refer to Appendix B; Figure 2-27, Appendix A.) |
| 165. | Allowable Use: STIPULATION NSO-CO-2 (BLM 1991a): *Grouse.* Prohibit surface occupancy within a 0.25-mile radius of a lek site for grouse (sage-grouse, mountain sharp-tailed grouse, and lesser and greater prairie chickens). (Refer to Appendix B; Figure 2-19, Appendix A.) | Allowable Use: NO LEASING NL-10: *Gunnison Sage-Grouse Critical Habitat and Breeding (Lek) Habitat.* Close to fluid mineral leasing and geophysical exploration all Gunnison sage-grouse critical habitat and all Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius). When existing leases expire, do not offer to lease Gunnison sage-grouse critical habitat, as defined by BLM, CPW, and USFWS. (Refer to Appendix B; Figure 2-20, Appendix A.) | Allowable Use: STIPULATION NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding (Lek) Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius). (Refer to Appendix B; Figures 2-22 and 2-30 [Alternative C] and 2-23 and 2-31 [Alternative D], Appendix A.) | Allowable Use: STIPULATION NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding (Lek) Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius). (Refer to Appendix B; Figures 2-22 and 2-30 [Alternative C] and 2-23 and 2-31 [Alternative D], Appendix A.) | Allowable Use: STIPULATION NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in USFWS Gunnison sage-grouse occupied critical habitat and non-designated occupied breeding habitat as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). (Refer to Appendix B; Figures 2-22 and 2-30 [Alternative C] and 2-23 and 2-31 [Alternative D], Appendix A.) |
| 166. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: STIPULATION NGD-12: *Gunnison Sage-Grouse Breeding (Lek) Habitat.* Prohibit surface-disturbing activities in all Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius), as defined by BLM and CPW. (Refer to Appendix B; Figure 2-29, Appendix A.) | Allowable Use: STIPULATION NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding (Lek) Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius). (Refer to Appendix B; Figures 2-22 and 2-30 [Alternative C] and 2-23 and 2-31 [Alternative D], Appendix A.) | Allowable Use: STIPULATION NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding (Lek) Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius). (Refer to Appendix B; Figures 2-22 and 2-30 [Alternative C] and 2-23 and 2-31 [Alternative D], Appendix A.) | Allowable Use: STIPULATION NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in USFWS Gunnison sage-grouse occupied critical habitat and non-designated occupied breeding habitat as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). (Refer to Appendix B; Figures 2-22 and 2-30 |

44

BLM_0161782

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---|---------------|---------------|------------------------------|
| | | | | | | [Alternative C] and 2-23 and 2-31 [Alternative D], Appendix A.) |
| 167. | Allowable Use: **LEASE NOTICE LN-CO-30 (BLM 1991a): Grouse.** In order to protect nesting grouse species, surface-disturbing activities proposed from March 1 to June 30 will be relocated, consistent with lease rights granted and Section 6 of standard lease terms, out of grouse nesting habitat. Sage-grouse nesting habitat is described as sage stands with sagebrush plants between 30 and 100 centimeters in height and a mean canopy cover between 15 and 40 percent (BLM 1991a). (Refer to Appendix B.) | **Alternative B:** Allowable Use: **NO LEASING NL-10:** *Gunnison Sage-grouse Critical Habitat and Breeding (Lek) Habitat.* (See NL-10, above.) **STIPULATION NSO-32/NGD-13:** *Gunnison Sage-grouse Breeding (Non-Lek) Habitat.* Prohibit surface occupancy and use and apply NGD restrictions within 4.0 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Alternative B.1 (North Fork area only):** Allowable Use: **STIPULATION NSO-33:** *Gunnison Sage-grouse Habitat.* Prohibit surface occupancy within 4.0 miles of any known lek, and within mapped Gunnison sage-grouse breeding, summer, and winter habitat outside of the 4.0-mile buffer. (Refer to Appendix B; Figure 2-21, Appendix A.) | Allowable Use: **STIPULATION CSU-28/ SSR-33:** *Gunnison Sage-Grouse Breeding (Non-Lek) Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in suitable habitat that is within 4.0 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat. To the degree possible, avoid construction of permanent structures or facilities. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use: **STIPULATION CSU-29/ SSR-34:** *Gunnison Sage-Grouse Breeding (Non-Lek) Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in suitable habitat that is within 4.0 miles of a lek or to protect Gunnison sage-grouse mapped seasonal habitats (non-lek breeding, late brood-rearing, and winter habitat) or suitable sagebrush habitat. Conservation measures may be imposed as necessary to maintain high-quality Gunnison sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to sage-grouse use in the area. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Allowable Use: **STIPULATION CSU-29/ SSR-34:** *Gunnison Sage-Grouse Potential Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in USFWS Gunnison sage-grouse unoccupied critical habitat or to protect Gunnison sage-grouse mapped potential habitats as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). Conservation measures may be imposed as necessary. Special design, construction, and implementation measures, including relocation of operations from identified habitat features (e.g., seeps or relatively mesic zones critical to brood rearing) to maintain high-quality Gunnison sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to sage-grouse use in the area. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 168. | Action: No similar action in current RMPs. | Action: Manage Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius) and critical habitat as ROW exclusion (12,840 acres). | | Action: No similar action. | Action: Same as Alternative B. | Action: Manage Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius) (1,330 acres) as ROW exclusion and critical habitat as ROW avoidance (12,840 acres). |
| 169. | | | | *Raptors* | | |
| 170. | This section includes both special status raptors and non-special status raptors (from the Terrestrial Wildlife – Raptors section). Special status raptors, including Birds of Conservation Concern, are Mexican spotted owl, peregrine falcon, northern goshawk, ferruginous hawk, burrowing owl, bald eagle, golden eagle, prairie falcon, and flammulated owl. | | | | | |

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---|---------------|---------------|------------------------------|
| | Non-special status raptors are American kestrel, osprey, red-tailed hawk, Swainson's hawk, Cooper's hawk, sharp-shinned hawk, rough-legged hawk, northern harrier, merlin, barn owl, boreal owl, northern pygmy owl, northern saw-whet owl, short-eared owl, western screech owl, and great-horned owl. | | | | | |
| 171. | Allowable Use:<br>STIPULATION TL-CO-18 (BLM 1991a): *Raptor Nesting and Fledgling Habitat (Golden Eagle, Accipiters, Falcons [except the Kestrel], Buteos, and Owls).* Prohibit surface occupancy and use within 0.25-mile of a nest site from February 1 to August 15. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use:<br>STIPULATION TL-CO-20 (BLM 1991a): *Osprey Nesting and Fledgling Habitat.* April 1 to August 31. The sensitivity of osprey to human associated disturbance activities requires a half-mile buffer zone to avoid nest abandonment. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use:<br>STIPULATION TL-CO-22 (BLM 1991a): *Bald Eagle Nesting Habitat.* Prohibit surface use within 0.5-mile of a nest site from December 15 to June 15. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use:<br>STIPULATION TL-CO-24 (BLM 1991a): *Peregrine Falcon Cliff Nesting Complex.* Prohibit surface use within 0.5-mile of peregrine falcon cliff nesting complex from March 16 to July 31. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use:<br>STIPULATION TL-CO-19 (BLM 1991a): *Ferruginous Hawk.* Prohibit use within 1.0 mile of nesting and fledgling habitat from February 1 to August 15. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use:<br>STIPULATION TL-19: *Raptor Breeding and Nesting Sites.* Prohibit surface use and surface-disturbing and disruptive activities as follows:<br>● Special Status Raptors: Within 0.5-mile of active special status raptor nest sites and associated alternate nests from nest territory establishment to dispersal of young from nest (see Appendix B, Table B-8, Raptor Species Breeding Periods)<br>● Non-Special Status Raptors (*except American kestrel*): Within 0.25-mile of active raptor nest sites and associated alternate nests from nest territory establishment to dispersal of young from nest (see Appendix B, Table B-8, Raptor Species Breeding Periods)<br>(Refer to Appendix B; Figure 2-25, Appendix A.) | | Allowable Use:<br>No similar allowable use. (There would not be a TL stipulation.) | Allowable Use:<br>STIPULATION TL-20: *Wildlife Sensitive Raptor Nest.* Prohibit surface use and surface-disturbing and disruptive activities within an 805-meter (0.50-mile) radius of active raptor nests as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following time periods, or until fledging and dispersal of young:<br>● Bald Eagle: November 15 to July 31<br>● Golden Eagle: December 15 to July 15<br>● Ferruginous Hawk: February 1 to August 15<br>● Peregrine and Prairie Falcon: March 15 to July 31<br>● Northern Goshawk: March 1 to August 31<br>● Burrowing Owl: March 15 to August 15<br><br>*Wildlife Raptor Nest.* Prohibit surface use within a 402-meter (0.25-mile) radius of active raptor nests as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following time period(s), or until fledging and dispersal of young:<br>● Osprey: April 1 to August 31<br>● Red-Tailed Hawk: February 15 to August 15<br>● Swainson's Hawk, Cooper's Hawk, Sharp-Shinned Hawk, and Northern Harrier: April 1 to August 15<br>● Great Horned Owl: February 1 to August 15<br>● Other Owls and Raptors (Excluding Kestrel): March 1 to August 15<br>(Refer to Appendix B; Figure 2-27, Appendix A.) |
| 172 | Allowable Use:<br>STIPULATION NSO-CO-3 (BLM 1991a): *Raptors (Golden Eagle, Osprey, Accipiters, Falcons [Except Kestrel], Buteos, and Owls).* Prohibit surface occupancy and use within | Alternative B:<br>Allowable Use:<br>STIPULATION NSO-34/NGD-14: *Raptor Nest Sites.* | Alternative B.1 (North Fork area only):<br>Allowable Use:<br>STIPULATION NSO-35: *Bald Eagle, Golden* | Allowable Use:<br>STIPULATION CSU-31: *Raptor Nest Sites.*<br>● Special Status Raptors: Apply CSU restrictions within the following areas: | Allowable Use:<br>STIPULATION NSO-36/ SSR-36: *Raptor Nest Sites (Except Mexican Spotted Owl).* Prohibit surface occupancy and use and apply SSR restrictions in the following areas: | |

BLM_0161784

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | 0.125-mile of nest sites. (Refer to Appendix B; Figure 2-19, Appendix A.)<br><br>Allowable Use:<br>STIPULATION NSO-CO-4 (BLM 1991a): *Bald Eagle.* Prohibit surface occupancy and use within 0.25-mile of bald eagle roost or nest sites. (Refer to Appendix B; Figure 2-19, Appendix A.)<br><br>Allowable Use:<br>STIPULATION NSO-CO-5 (BLM 1991a): *Peregrine Falcons.* Prohibit surface occupancy and use within 0.25-mile of cliff nesting complex. (Refer to Appendix B; Figure 2-19, Appendix A.) | ● Special Status Raptors: Prohibit surface occupancy and surface-disturbing and disruptive activities within 0.25-mile of active/inactive special status raptor nest sites and associated alternate nests.<br>● Non-Special Status Raptors (*except kestrel*): Prohibit surface occupancy and surface-disturbing and disruptive activities within 0.125-mile of active nest sites and associated alternate nests. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.)<br><br>Allowable Use:<br>STIPULATION CSU-30/SSR-35: *Raptor Breeding Habitat.* Apply CSU and SSR restrictions | *Eagle, and Peregrine Falcon Nest Sites.* Prohibit surface occupancy within 0.25-mile of any active or historic bald eagle or golden eagle nest site and within 0.50-mile of any active or historic peregrine falcon nest site. (Refer to Appendix B; Figure 2-21, Appendix A.) | ○ Bald Eagle: Within 0.25-mile of bald eagle roost or nest sites<br>○ Golden Eagle, Osprey, Accipiters, Falcons (Except Kestrel), Buteos, and Owls: Within 0.125-mile of nest sites<br>○ Peregrine Falcons: Within 0.25-mile of cliff nesting complex<br>● Non-Special Status Raptors identified in the Migratory Bird Treaty Act of 1918 (*Except American Kestrel, Red-Tailed Hawk, and Great-Horned Owl*): Within 330 feet of active nest sites and associated alternate nests.<br>(Refer to Appendix B; Figure 2-22, Appendix A.) | ● Bald Eagle: Within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>● Golden Eagle: Within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>● Ferruginous Hawk, Peregrine Falcon, Prairie Falcon, and Northern Goshawk: Within 0.50-mile of active and inactive nest sites<br>● All other Special Status and Non-Special Status Raptors (except Mexican spotted owl): Within 0.25-mile of active and inactive nest sites<br>(Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>Allowable Use:<br>STIPULATION CSU-32/ SSR-37: *Raptor Breeding Habitat (Accipiters, Falcons [Except Kestrel], Buteos, and Owls [Except Mexican Spotted Owl]).* Apply CSU and SSR restrictions within 1.0 mile of nest sites. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |

47

BLM_0161785

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | | within the following areas:<br>● **Special Status Raptors (including Mexican spotted owl):** Within 1.0 mile of nest sites.<br>● **Non-Special Status Raptors (except American kestrel):** Within 0.5-mile of nest sites. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | | | |
| 173. | Allowable Use:<br>STIPULATION TL-CO-23 (BLM 1991a): *Bald Eagle Winter Roost Sites.* Prohibit surface use within 0.5-mile of bald eagle winter roost sites from November 16 to April 15. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use:<br>STIPULATION NSO-37/NGD-15: *Bald Eagle Winter Roost Sites.* Prohibit surface occupancy and use and apply NGD restrictions are applied, within 0.5-mile of bald eagle winter roost sites. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | Allowable Use:<br>No similar allowable use; this is addressed by CSU-31: *Raptor Nest Sites.* | Allowable Use:<br>STIPULATION NSO-38/ SSR-38: *Bald Eagle Winter Roost Sites.* Prohibit surface occupancy and use and apply SSR restrictions within 0.25-mile of bald eagle winter roost sites. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>Allowable Use:<br>STIPULATION TL-21: *Bald Eagle Winter Roost Sites.* Prohibit surface use and surface-disturbing activities within an 805-meter (0.50-mile) radius of an active bald eagle winter roost as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, from November 15 to March 15. (Refer to Appendix B; Figure 2-27, Appendix A.) | |
| 174. | Allowable Use:<br>STIPULATION TL-SJ-7 (BLM 1991a): *Bald Eagle Winter Concentration Areas.* Prohibit surface use from December 1 to April 15. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>STIPULATION TL-UB-3 (BLM 1989a): *Bald Eagle Winter Concentration Areas.* Prohibit development (e.g., exploration and drilling) from December 1 to April 30. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use:<br>STIPULATION CSU-33/SSR-39: *Bald Eagle Habitat (Winter Concentration and Communal Roosts).* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied in bald eagle habitat to protect winter concentration areas and communal roost sites. Incorporate applicable conservation measures from the USFWS National Bald Eagle Management Guidelines. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | Allowable Use:<br>No similar allowable use; this is addressed by CSU-31: *Raptor Nest Sites.* | Action:<br>Same as Alternative B. (Refer to Appendix B; Figure 2-27, Appendix A.) | |

BLM_0161786

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | Allowable Use:<br>**STIPULATION TL-22:** *Bald Eagle Winter Concentration Areas.* **Prohibit surface use and surface-disturbing and disruptive activities within bald eagle winter concentration areas from November 15 to April 1.** (Refer to Appendix B; Figure 2-25, Appendix A.) | | | |
| 175. | Allowable Use:<br>**STIPULATION TL-CO-21 (BLM 1991a):** *Mexican Spotted Owl Nesting and Fledgling Habitat.* **Prohibit surface use in core area of territory from February 1 to July 31. Mexican spotted owl habitat is restricted by use of a timing limitation applied to core areas within the owl habitat territory.** (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>**STIPULATION NSO-CO-6 (BLM 1991a):** *Mexican Spotted Owl.* **Prohibit surface occupancy and use within 0.25-mile of confirmed roost and nesting sites.** (Refer to Appendix B; Figure 2-19, Appendix A.) | Allowable Use:<br>**STIPULATION NSO-39/NGD-16:** *Mexican Spotted Owl.* **Prohibit surface occupancy and use and apply NGD restrictions within 1.0 mile of confirmed roost and nesting sites.** (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>No similar allowable use; this is addressed by CSU-31: *Raptor Nest Sites.* | Allowable Use:<br>**STIPULATION TL-23:** Wildlife *Mexican Spotted Owl Timing Limitation (Suitable Breeding Habitat).* **Prohibit surface use and surface-disturbing and disruptive activities in mapped suitable Mexican spotted owl breeding habitat as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies, including as defined in the Mexican spotted owl recovery plan, that are analyzed and accepted by the BLM, from March 1 to August 31.** (Refer to Appendix B; Figure 2-27, Appendix A.)<br><br>Allowable Use:<br>**STIPULATION CSU-34/ SSR-40:** *Mexican Spotted Owl Suitable Breeding Habitat.* **Surface occupancy or use may be restricted or prohibited, and SSR restrictions applied, to Mexican spotted owl breeding habitat as defined in the Mexican spotted owl recovery plan. Manage in accordance with the current Mexican spotted owl recovery plan. Field Manager may require the proponent/ applicant to submit a plan of development that demonstrates that impacts on Mexican spotted owl habitat have been avoided to the extent practicable.** (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>Allowable Use:<br>**STIPULATION NSO-40/ SSR-41:** *Mexican Spotted Owl.* **Prohibit surface occupancy and use and apply SSR restrictions on lands identified as Protected Activity Centers for Mexican spotted owl.** (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 176. | | | *Special Status Terrestrial Wildlife- Gunnison's and White-Tailed Prairie Dog* | | |
| 177. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION NSO-41/NGD-17:** *Wildlife BLM Sensitive Species (Gunnison and White-Tailed Prairie Dogs).* **Prohibit surface occupancy and use and apply NGD restrictions within 150 feet of active prairie dog towns.** (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>**STIPULATION NSO-42/ NGD-18:** *Wildlife BLM Sensitive Species (Gunnison and White-Tailed Prairie Dogs).* **Prohibit surface occupancy and surface-disturbing activities of more than 1.0 acre in active prairie dog towns that are less than 10 acres. Relocate these activities that require more than 1.0 acre so they are outside the active prairie dog town.** (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use:<br>**STIPULATION CSU-35/ SSR-42:** *Wildlife BLM Sensitive Species (Gunnison and White-Tailed Prairie Dogs).* **Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species:**<br>**Within 150 feet of active Gunnison and white-tailed prairie dog towns. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation).** (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 178. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION TL-24:** *Gunnison and White-Tailed Prairie Dog.* **Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of active prairie dog** | Allowable Use:<br>No similar allowable use. (There would not be a TL.) | Allowable Use:<br>**STIPULATION TL-25:**<br>*Gunnison and White-Tailed Prairie Dog.* **Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of** | Allowable Use:<br>**STIPULATION TL-24:** *Gunnison and White-Tailed Prairie Dog.* **Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of active prairie dog** |

49

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | colonies from March 1 to July 15. (Refer to Appendix B; Figure 2-25, Appendix A.) | | active prairie dog colonies from April 1 to July 15 to protect reproduction.<br><br>(Refer to Appendix B; Figure 2-27, Appendix A.) | colonies from March 1 to June 15 (Refer to Appendix B; Figure 2-25, Appendix A.) |
| 179. | Action:<br>No similar action in current RMPs. | Action:<br>Designate prairie dog colonies with burrowing owls as "no shooting zones." Allow hunting in accordance with CPW regulations. | Action:<br>No similar action. (Prairie dog colonies would not be "no shooting zones.") | | |
| 180. | Action:<br>No similar action in current RMPs. | Action:<br>In cooperation with CPW, develop and manage prairie dog release areas on BLM-administered lands where private interest groups could be permitted to relocate prairie dogs from areas threatened by development on private lands. | Action:<br>No similar action. (Prairie dog release sites would not be developed on BLM-administered lands.) | | Action:<br>At the request of CPW, develop and manage prairie dog release areas on BLM-administered lands where private interest groups could be permitted to relocate prairie dogs from areas threatened by development on private lands, subject to site-specific analysis. |
| 181. | *Special Status Terrestrial Wildlife – Kit Fox* | | | | |
| 182. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>STIPULATION CSU-36/SSR-43: *Wildlife BLM Sensitive Species (Active Kit Fox Dens).* Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: within 0.25-mile of active kit fox dens. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>STIPULATION TL-26: *Active Kit Fox Dens.* Prohibit surface use and surface disturbing and disruptive activities within 400 feet of active kit fox dens nesting and feeding habitat areas from February 15 to August 30 (Wilson and Ruff 1999). (Refer to Appendix B; Figure 2-26, Appendix A.) | Allowable Use:<br>STIPULATION CSU-37/ SSR-44: *Wildlife BLM Sensitive Species (Active Kit Fox Dens).* Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: Within 200 meters (656 feet) of active kit fox dens. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>STIPULATION TL-27: *Active Kit Fox Dens.* Prohibit surface use and surface-disturbing and disruptive activities within 0.25-mile of active dens from February 1 to May 1. (Refer to Appendix B; Figure 2-27, Appendix A.) | |
| 183. | *Special Status Terrestrial Wildlife – Bats* | | | | |
| 184. | Action:<br>Maintain the Cory Lode Mine (17.7 acres) as withdrawn from locatable mineral entry to protect sensitive bats. | Action:<br>Maintain the Cory Lode Mine (17.7 acres) as withdrawn from locatable mineral entry to protect sensitive bats. Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry for sensitive | Action:<br>Same as Alternative A. | Action:<br>Same as Alternative B. | Action:<br>"Maintain the Cory Lode Mine (17.7 acres) as withdrawn from locatable mineral entry to protect sensitive bats (BLM sensitive bat species and Colorado State Species of Concern bat species). Recommend to the |

50

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|------------------------------|
| | | bat species' significant maternity roost or hibernaculum. | | | Secretary of the Interior for withdrawal from locatable mineral entry for sensitive bat species' significant maternity roost or hibernaculum, as defined by CPW or USFWS." |
| 185. | Action:<br>No similar action in current RMPs. | Action:<br>In the event of a disease outbreak such as White-nose Syndrome, caves and other structures utilized by bats will be closed to public access, except for permitted scientific research. Permits for scientific research access to these areas will follow current quarantine and sterilization procedures. | Action:<br>No similar action. | | Action:<br>In the event of a disease outbreak such as White-nose Syndrome, caves and other structures utilized by bats will be closed to public access, except for permitted scientific research and permitted recreational activities. Permits for scientific research or recreational access to these areas will follow current quarantine and sterilization procedures. |
| 186. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>STIPULATION NSO-43/NGD-19: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula.* Prohibit surface occupancy and use and apply NGD restrictions within a 402-meter (0.25-mile) radius of the entrance of maternity roosts or hibernacula of federally listed, BLM sensitive, and Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>STIPULATION CSU-38/ SSR-45: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula.* Surface occupancy or use may be restricted and SSR restrictions applied within 0.25-mile radius of the entrance of maternity roosts or hibernacula of federally listed, BLM sensitive, and Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | | Allowable Use:<br>STIPULATION NSO-44/ SSR-46: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula (Federally Listed and BLM Sensitive Species).* Prohibit surface occupancy and use and apply SSR restrictions within a 402-meter (0.25-mile) radius of the entrance of maternity roosts or hibernacula of federally listed and BLM sensitive bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>STIPULATION CSU-39/ SSR-47: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula (Colorado State Species of Concern).* Surface occupancy or use may be restricted and SSR restrictions applied within 0.25-mile radius of the entrance of maternity roosts or hibernacula of Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |
| 187. | *Special Status Terrestrial Wildlife – Waterfowl and Shorebirds* | | | | |
| 188. | Allowable Use:<br>STIPULATION NSO-CO-7 (BLM 1991a): *Waterfowl and Shorebird.* Prohibit surface occupancy and use on significant production areas (major areas are Waterfowl Habitat Management Areas and rookeries; refer to Appendix B; Figure 2-19, Appendix A.)<br><br>Allowable Use:<br>STIPULATION TL-CO-17 (BLM 1991a): *White Pelican.* Prohibit use within white pelican nesting and feeding habitat areas from March 16 to September 30. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>STIPULATION TL-UB-6 (BLM 1989a): *Waterfowl Habitat.* Prohibit development in | Allowable Use:<br>NO LEASING/ STIPULATION NL-2/NGD-3: *Hydrology River.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities within 402 meters (1,320 feet) (0.25-mile) the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>STIPULATION CSU-10/ SSR-10: *Hydrology River.* Surface occupancy or use may be restricted and SSR restrictions applied within 402 meters (1,320 feet) (0.25-mile) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | | Allowable Use:<br>STIPULATION NSO-9/ SSR-11: *Hydrology River.* Prohibit surface occupancy and use and apply SSR restrictions within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) |

BLM_0161789

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | waterfowl habitats from March 15 to June 30. (Refer to Appendix B; Figure 2-24, Appendix A.) | | | | |
| 189. | WILD HORSES | | | | |
| 190. | **GOAL:** Manage the Naturita Ridge Herd Area to maintain an ecological balance of resources and uses. | | | | |
| 191. | **Objective:** Manage a single wild horse herd on the Spring Creek Basin area, and totally remove all wild horses from the Naturita Ridge herd area. | **Objective:** Continue herd area designation for Naturita Ridge and maintain the closure to wild horses. | | | |
| 192. | **Action:** Remove all wild horses from the Naturita Ridge Wild Horse Area. This action has been accomplished. | **Action:** Do not reintroduce wild horses to the Naturita Ridge Wild Horse Area. | | | |
| 193. | WILDLAND FIRE ECOLOGY AND MANAGEMENT | | | | |
| 194. | **GOAL:** Manage wildland fire and fuels with the protection of human life as the highest priority while also protecting social and economic values, achieving resource management objectives, and enhancing natural ecosystem processes and ecological sustainability. | | | | |
| 195. | **Objective:** Collaborate with other federal agencies; state, county, and city governments; and fire protection districts regarding prevention, mitigation, and fire suppression activities. | | | | **Objective:** Collaborate with other federal agencies; state, county, and city governments; and fire protection districts regarding prevention, mitigation, and fire management activities. |
| 196. | **Action:** Maintain an FMP that supports interagency fire management across the planning area (including the BLM, Forest Service, US DOI National Park Service, and Colorado State Forest Service). | | | | |
| 197. | **Objective:** Utilize fire-protection and fuels-management activities to prevent or reduce negative impacts on social and resource values, including human life, private property and improvements, power transmission lines, communication sites, developed recreation sites, cultural resources, special status species habitat, areas with mineral and energy development, renewable energy projects, municipal watersheds, public water supplies, and, to the extent practical, air quality. | | | | **Objective:** Utilize fire-protection and fuels-management activities to prevent or reduce negative impacts on social and resource values, including human life, private property and improvements, public utility lines, communication sites, developed recreation sites, cultural resources, special status species habitat, areas with mineral and energy development, renewable energy projects, municipal watersheds, public water supplies, and, to the extent practical, air quality. |
| 198. | **Action:** Respond to and suppress fires or portions of fires that are threatening social, economic, or resource values. | | | | **Action:** Respond to and manage fires or portions of fires that are threatening social, economic, or resource values. |

52

BLM_0161790