| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 199. | **Action:**<br>Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide to reduce fire occurrence, behavior, and resistance to control. | **Action:**<br>Modify fuel complexes to meet the objective, emphasizing the use of prescribed fire as an ecological process over the use of mechanical treatments and other methods. | **Action:**<br>Modify fuel complexes to meet the objective, emphasizing the use of mechanical treatments over the use of prescribed fire and other methods. | **Action:**<br>Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to reduce fire occurrence, behavior, and resistance to control. | **Action:**<br>Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to reduce fire behavior and resistance to control. |
| 200. | **Objective:**<br>Manage fire and fuels/vegetation to achieve specific resource management objectives, which include:<br>● Restore and enhance wildlife habitat.<br>● Improve vegetation condition for stand health, forage production, and watershed enhancement.<br>● Maintain and restore woodland and forest productivity.<br>● Maintain appropriate vegetation/age class mosaics and fuel complexes across the landscape.<br>● Work to restore Fire Regime Condition Classes 2 and 3 towards Class 1, and maintain areas of Class 1, consistent with fire and biological objectives. | | | | |
| 201. | **Action:**<br>Design fuels/vegetation projects to meet multiple interdisciplinary objectives. | **Action:**<br>Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives, with an emphasis on natural processes and intact landscapes. | **Action:**<br>Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives, with an emphasis on supporting resource uses. | **Action:**<br>Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives. | |
| 202. | **Action:**<br>Use mechanical, biological, or herbicide treatments when prescribed and managed fire cannot be used to safely achieve desired objectives or where the fuels complex needs to be modified before introducing fire, to achieve resource objectives. | **Action:**<br>Use prescribed and managed fire to achieve resource objectives. | **Action:**<br>Emphasize minimal mechanical, biological, and herbicide treatments and managed fire to achieve resource objectives. | **Action:**<br>Use mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to achieve resource objectives. | |
| 203. | **Action:**<br>Use managed fire, except in areas with high social values (e.g., wildland urban interface, power line corridors, developed recreation sites, and communication sites) as a natural process and to meet resource objectives using an ignition-by-ignition decision process. | **Action:**<br>Use managed fire, except in ancient forests, as a natural process and to meet resource objectives using an ignition-by-ignition decision process. | **Action:**<br>Use managed fire only in more remote locations to meet resource objectives using an ignition-by-ignition decision process. Do not use managed fire in areas with high social values (e.g., wildland urban interface, energy corridors, developed recreation sites, and communication sites) or in areas with management concerns (e.g., occupied sage-grouse habitat, big game severe winter range/winter concentration areas). | **Action:**<br>Use managed fire throughout the planning area, except as precluded by other decisions in the RMP, as a natural process and to meet resource objectives using an ignition-by-ignition decision process. | |
| 204. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>In all fire-management activities, utilize appropriate strategies and tactics commensurate with values at risk. | | | |
| 205. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Use minimum impact suppression tactics to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to soils, | **Action:**<br>Allow for unrestricted fire suppression tactics when a fire threatens an area with high social or economic values. | **Action:**<br>Use minimum-impact suppression tactics to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to soils, watersheds, ACECs, NGD areas, WSAs, | **Action:**<br>Use minimum-impact suppression tactics, <mark>where values at risk dictate,</mark> to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to soils, watersheds, |

BLM_0161791

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | watersheds, ACECs, WSAs, NGD areas, and exotic species. | | lands managed to protect wilderness characteristics, ecological emphasis areas, areas with ancient or rare vegetation, and exotic or noxious species. | ACECs, NGD areas, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with ancient or rare vegetation, and exotic or noxious species. |
| 206. | Objective:<br>No similar objective in current RMPs. | Objective:<br>Manage lands affected by wildland fire to maintain successional pathways capable of achieving the climax vegetation community. | | Objective:<br>Revegetate or manage lands affected by wildland fire to maintain vegetation appropriate to ecological site potential within the natural range of variability. | |
| 207. | Action:<br>No similar action in current RMPs. | Action:<br>Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, in areas that are not meeting BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) vegetation and habitat objectives, or areas where human life or property are at risk from post-fire impacts. | Action:<br>Implement Emergency Stabilization and Rehabilitation techniques on wildfires or portions of wildfires where human life or property is at risk from post-fire impacts. | Action:<br>Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, as necessary to meet BLM Colorado Public Land Health Standards (BLM 1997; Appendix C), vegetation and habitat objectives, or where human life or property are at risk from post-fire impacts. | |
| 208. | CULTURAL RESOURCES | | | | |
| 209. | GOAL:<br>Identify, preserve, and protect significant cultural resources to ensure that they are available for appropriate purposes by present and future generations (i.e., for research, education, and preservation of cultural heritage). | | | | |
| 210. | Objective:<br>Manage cultural resources for protection, preservation, investigation, and public use (i.e., development and interpretation), where appropriate (BLM 1985). | Objective:<br>Preserve the nature and value of cultural resources, focusing on high-priority sites*.<br><br>*High priority sites are eligible properties whose eligibility is under threat due to natural or human caused alterations. | | | |
| 211. | Action:<br>No similar action in current RMPs. | Action:<br>Allocate cultural resources currently recorded, or projected to occur on the basis of existing data synthesis, to use allocations according to their nature and relative preservation value (BLM Manual 8110.42). Cultural Use Allocations Include: | | | |

Use Allocation | Management Action | Desired Outcome
--- | --- | ---
a. Scientific use | Permit appropriate research including data recovery. | Preserved until research or data recovery potential is realized
b. Conservation for future use | Propose protective measures/designation | Preserved until conditions for use are met
c. Traditional use | Consult with tribes, determine limitations | Long-term preservation
d. Public use | Determine permitted use | Long-term preservation, on-site interpretation
e. Experimental use | Determine nature of experiment | Protected until used
f. Discharge from management | Remove protective measures | No use after recordation; not preserved

54

BLM_0161792

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 212. | **Action:** No similar action in current RMPs. | **Action:** Assign use category allocations to all current and newly discovered cultural resource sites and/or areas upon completion of site evaluation, and apply appropriate management actions to achieve the desired outcome. | | | |
| 213. | **Action:** No similar action in current RMPs. | **Action:** Use category allocations may be revised in response to changing site conditions or as additional data and information are obtained. Criteria allowing for revising allocation are 1) environmental change or human-caused impacts that alter the significance or scientific potential; 2) changes brought about by mitigation and/or data recovery; 3) new discovery that adds to the site's potential and changes its eligibility for listing on the National Register of Historic Places (NRHP); 4) new information or techniques that reveal a new scientific value that was not previously recognized; and 5) new information shared through Native American consultation. | | | |
| 214. | **Action:** No similar action in current RMPs. | **Action:** Prioritize Scientific Use sites and/or areas and Conservation Use sites for listing on the National Register of Historic Places and develop a Cultural Resource Management Plan for Scientific Use sites that outlines specific management objectives and actions for protection. Scientific Use sites include stratified open occupations and rock shelters, site complexes, and sites within landscape-based prehistoric and historic use areas. | | | **Action:** Prioritize Scientific Use sites and/or areas and Conservation Use sites for listing on the National Register of Historic Places and develop a Cultural Resource Project Plan for Scientific Use sites that outlines specific management objectives and actions for protection. Scientific Use sites include stratified open occupations and rock shelters, site complexes, and sites within landscape-based prehistoric and historic use areas. |
| 215. | **Action:** No similar action in current RMPs. | **Action:** Prioritize Conservation Use sites for listing on the National Register of Historic Places, and within two years from the listing develop a Cultural Resource Management Plan for Conservation Use sites that outlines specific management objectives and actions for protection. Conservation use sites include rock art sites, prehistoric structures, and historic buildings and/or structures, such as the Hanging Flume, Paradox Rock art, historic Ute wickiups, and important historic mining operations. | | | **Action:** Prioritize Conservation Use sites for listing on the National Register of Historic Places, and within two years from the listing develop a Cultural Resource Project Plan for Conservation Use sites that outlines specific management objectives and actions for protection. Conservation use sites include rock art sites, prehistoric structures, and historic buildings and/or structures, such as the Hanging Flume, Paradox Rock art, historic Ute wickiups, and important historic mining operations. |
| 216. | **Action:** No similar action in current RMPs. | **Action:** Set aside cultural resource sites and/or areas (Traditional Use category) for long-term preservation because of their cultural and religious value to Native American Tribes. Sites/areas are identified as traditional cultural properties and sacred sites in consultation with Native American Tribes. | | | |
| 217. | **Allowable Use:** No similar allowable use in current RMP. | **Allowable Use:** STIPULATION NSO-45/NGD-20: *Allocation to Traditional Use.* Prohibit surface occupancy and use and apply NGD restrictions within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. (Refer to Appendix B.) | **Allowable Use:** STIPULATION CSU-40/ SSR-48: *Allocation to Traditional Use.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. In addition, consider visual impacts that projects may have on sites allocated to this use, and apply | | **Allowable Use:** STIPULATION NSO-46/ SSR-49: *Allocation to Traditional Use.* Prohibit surface occupancy and use and apply SSR restrictions within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. In addition, consider visual impacts that projects may have on sites allocated to this use, and apply appropriate mitigation, which may include redesign. (Refer to Appendix B.) |

55

BLM_0161793

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|------------------------------|
| | | | appropriate mitigation, which may include redesign. (Refer to Appendix B.) | | |
| 218. | Action: No similar action in current RMPs. | Action: Assign historical sites in the Uravan Mining Belt (e.g., the Wild Steer complex, Long Park, Monogram Mesa, and the Uravan area), historical buildings that may be suitable for adaptive use, historical roads and trails (e.g., Old Spanish National Historic Trail, Tabeguache Trail), The Hanging Flume (NRHP) and select rock art sites, e.g., the Paradox Rock art Complex, Dolores Canyon, Uncompahgre Plateau) to Public Use for environmental and heritage education. | | | Action: Assign historical sites in the Uravan Mining Belt (e.g., the Wild Steer complex, Long Park, Monogram Mesa, and the Uravan area), historical buildings that may be suitable for adaptive use, historical roads and trails (e.g., Old Spanish National Historic Trail, Tabeguache Trail), The Hanging Flume (NRHP) and select rock art sites after consultation with the appropriate tribal entities (e.g., the Paradox Rock art Complex, Dolores Canyon, Uncompahgre Plateau) to Public Use for environmental and heritage education. |
| 219. | Action: No similar action in current RMPs. | Action: Develop a Cultural Resource Management Plan that develops site-specific management actions for all Public Use sites. In the plan, outline specific management objectives and actions for Heritage Tourism including retrieval of scientific information, hardening for public use, interpretation and long-term protection. | | | Action: Develop a Cultural Resource Project Plan that develops site-specific management actions for all Public Use sites. In the plan, outline specific management objectives and actions for Heritage Tourism including retrieval of scientific information, hardening for public use, interpretation and long-term protection. |
| 220. | Action: No similar action in current RMPs. | Action: Manage and protect cultural resources allocated to Public Use, including traditional cultural properties with a secondary allocation to Public Use by implementing the following actions, including but not limited to: <br>• Developing heritage tourism at sites designated to Public Use using Best Management Practices <br>• Interpreting sites <br>• Organizing and conducting ongoing educational programs for tribal groups, the public, school groups, vocational archaeology groups, project proponents, permittees, contractors, and others about cultural resource ethics, and encouraging their assistance in reporting new discoveries and vandalism incidents | Action: No similar action. | Action: Same as Alternative B. | Action: Manage and protect cultural resources allocated to Public Use, including traditional cultural properties with a secondary allocation to Public Use by implementing the following actions, including but not limited to: <br>• Developing heritage tourism at sites designated to Public Use using Best Management Practices <br>• Interpreting sites <br>• Organizing and conducting ongoing educational programs for tribal groups, the public, school groups, vocational archaeology groups, project proponents, permittees, contractors, and others about cultural resource ethics, and encouraging their assistance in reporting new discoveries and vandalism incidents <br>• Tribal consultation when appropriate |

56

BLM_0161794

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 221. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Within two years of signing the ROD, develop a Cultural Resource Management Plan for allowable use on all Experimental Use sites to outline research objectives. | | | **Action:**<br>Within two years of signing the ROD, develop a Cultural Resource Project Plan for allowable use on all Experimental Use sites to outline research objectives. |
| 222. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Develop and annually update a list of sites to allocate to the Discharge Use category; reevaluate as needed and compile supporting documentation. Submit for consultation with the State Historic Preservation Office. | | | |
| 223. | **GOAL:**<br>Seek to reduce imminent threats and resolve potential conflicts from natural or human-caused deterioration or potential conflict with other resource uses (FLPMA Sec. 103(c); National Historic Preservation Act Section 106, 110(a)(2)) by ensuring that all authorizations for land use and resource use will comply with Section 106 of the National Historic Preservation Act. | | | | |
| 224. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage individual cultural resources in accordance with the use allocation finding for each cultural and historic property. | | | |
| 225. | **Action:**<br>Emphasize management and develop cultural management plans on the following cultural sites/areas (BLM 1985):<br>• Dolores Cave<br>• Hamilton Mesa<br>• Hanging Flume<br>• Indian Henry's Cabin<br>• Tabeguache Canyon<br>• Tabeguache Pueblo | **Action:**<br>Evaluate all cultural resources for use allocation and desired outcome (scientific use, conservation for future use, traditional use, public use, experimental use, or discharged from management).<br>Prioritize the following areas for inventory and evaluation:<br>• Roc Creek (Anasazi rock art)<br>• Uravan historic mining district<br>• Paradox Valley<br>• Dolores River Canyon<br>• Uncompahgre Plateau<br>• Tabeguache/Dolores Canyons<br>• Hanging Flume | **Action:**<br>Evaluate all cultural resources for use allocation and desired outcome (scientific use, conservation for future use, traditional use, public use, experimental use, or discharged from management). | **Action:**<br>Same as Alternative B. | |
| 226. | **Action:**<br>In recreation emphasis areas, develop and protect suitable cultural resource properties for public enjoyment through such practices as interpretive signing and stabilization (BLM 1985). | **Action:**<br>Develop and protect suitable cultural resource properties for public enjoyment through such practices as interpretive signing and stabilization. Priority areas include the Hanging Flume, Paradox Valley Rock Art Complex, and Roc Creek rock art. | **Action:**<br>No similar action. (Do not emphasize developing cultural resource properties for public enjoyment.) | **Action:**<br>Same as Alternative B. | |
| 227. | **Action:**<br>Protect and interpret unique and significant values in the Dolores River Canyon WSA (BLM 1985). | **Action:**<br>Identify, inventory, and evaluate prioritized individual sites and areas within the Dolores River Canyon WSA for nomination to the NRHP. | **Action:**<br>Identify, inventory, and evaluate known sites within the Dolores River Canyon WSA for eligibility for listing on the NRHP. | **Action:**<br>Identify, inventory, and evaluate individual sites within the Dolores River Canyon WSA for interpretation and public enjoyment. | **Action:**<br>Identify, inventory, and evaluate individual sites within the Dolores River Canyon WSA for eligibility for listing on the NRHP. |
| 228. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Identify potential trails to link individual sites and develop an interpretive program. | | | **Action:**<br>Same as Alternative A. |

57

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 229. | Action:<br>In Wilderness Areas allow the use of cultural resource properties only for religious or research purposes, or for stabilization of "at risk" properties, and only when such use will not degrade wilderness values (BLM 1985). | Action:<br>Same as Alternative A. | Action:<br>In Wilderness Areas, allow the use of cultural resource properties only for religious purposes, and only when such use will not degrade wilderness values. | Action: Same as Alternative A | Action:<br>In Wilderness Areas and WSAs allow the use of cultural resource properties only for religious or research purposes, or for stabilization of "at risk" properties, and only when such use will not degrade wilderness values. |
| 230. | Allowable Use:<br>STIPULATION NSO-SJ-1 (BLM 1991a): *Scenic, Natural, and Cultural Values and Resources.* Prohibit surface occupancy within the following areas:<br>● Tabeguache Cave II and Tabeguache Canyon<br>● Tabeguache Pueblo<br>● Dolores Cave<br>(Refer to Appendix B; Figure 2-19, Appendix A.) | Allowable Use:<br>STIPULATION NSO-47/NGD-21: *Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon.* Prohibit surface occupancy and use and apply NGD restrictions in the Tabeguache Pueblos area and Tabeguache Canyon. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would not be any stipulations.) | Allowable Use:<br>STIPULATION CSU-41/ SSR-50: *Tabeguache Pueblos Area and Tabeguache Canyon.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied in the Tabeguache Pueblos area and Tabeguache Canyon. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Allowable Use:<br>Same as Alternative C. |
| 231. | Action:<br>No similar action in current RMPs. | Action:<br>Manage the Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon as ROW exclusion. | Action:<br>No similar action. (ROWs would be allowed without avoidance or exclusion restrictions.) | Action:<br>Manage the Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon as ROW avoidance. | Allowable Use:<br>Same as Alternative A. |
| 232. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>STIPULATION NSO-48/NGD-22: *Cultural.* Prohibit surface occupancy and use and apply NGD restrictions within 200 meters (656 feet) of eligible cultural properties, traditional cultural properties listed National or State Registers of Historic Places (sites or districts), outstanding cultural resources to be nominated to the National or State Registers of Historic Places, interpreted and/or public use sites, and experimental-use sites. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>STIPULATION CSU-42/ SSR-51: *Sites Listed on the National or State Register of Historic Places.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 100 meters (328 feet) of sites listed on the National or State Registers of Historic Places. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use:<br>STIPULATION NSO-49/SSR-52: *Cultural.* Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (328 feet) of known eligible cultural resources, traditional cultural properties, listed National Registers of Historic Places sites/districts, outstanding cultural resources to be nominated to the National Registers of Historic Places, interpreted and/or public use sites, and experimental-use sites (BLM Manual 8110.42 [A-E]). (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Allowable Use:<br>Same as Alternative A; this action addressed by other actions. |
| 233. | Allowable Use:<br>No similar allowable use is stated in current RMPs. | Allowable Use:<br>STIPULATION CSU-43/SSR-53: Cultural. Surface occupancy or use may be restricted and SSR restrictions applied due to historic properties and/or resources protected under the National Historic Preservation Act (NHPA), American Indian Religious Freedom Act, Native American Graves Protection and Repatriation Act, Executive Order 13007, or other statutes and executive orders. Special design, construction, and | Allowable Use:<br>No similar allowable use. (There would not be any stipulations.) | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>STIPULATION CSU-43/SSR-53: *Cultural.* Surface occupancy or use may be restricted and SSR restrictions applied due to historic properties and/or resources protected under the National Historic Preservation Act (NHPA), American Indian Religious Freedom Act, Native American Graves Protection and Repatriation Act, Executive Order 13007, or other statutes and executive orders. Special design, construction, and |

BLM_0161796

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The BLM will not approve any ground-disturbing activities that may affect any such properties or resources until it completes its obligations (e.g., State Historic Preservation Office and tribal consultation) under applicable requirements of the NHPA and other authorities. The BLM may require modification to exploration or development proposals to protect such properties, or disapprove any activity that is likely to result in adverse effects that cannot be successfully avoided, minimized, or mitigated. | | | implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The BLM will not approve any ground-disturbing activities that may affect any such properties or resources until it completes its obligations (e.g., State Historic Preservation Office and tribal consultation) under applicable requirements of the NHPA and other authorities. The BLM may require modification to exploration or development proposals to protect such properties, including indirect effects including audible, atmospheric and setting impacts to the significant qualities of a historic property and visual impacts as determined through consultation with SHPO and the appropriate tribal entities, or disapprove any activity that is likely to result in adverse effects that cannot be successfully avoided, minimized, or compensated. |
| 234. | Action:<br>No similar action in current RMPs. | Action:<br>Manage sites listed on or eligible for listing on the NRHP as ROW avoidance. | | | |
| 235. | Action:<br>No similar action in current RMPs. | Action:<br>Manage 31,870 acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek as a National Register District to protect unique cultural resource values. Management actions are as follows:<br>● Nominate the lower Uncompahgre National Register District based on high site densities and rare or significant site types.<br>● Manage for enhanced protection of localities of high archaeological site densities near Dry Creek and Coalbank Canyon.<br>● Manage for the enhanced protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon.<br>● Manage for the enhanced protection of historic Ute occupations and sacred sites.<br>● Manage for the enhanced protection of numerous rock art panels in the region | Action:<br>Manage 31,870 acres in the area of the Lower Uncompahgre Plateau, between the Dry Creek Basin and Roubideau Creek, as an area of archaeological significance. Management actions are as follows:<br>● Nominate individual sites in the area to the NRHP as required for additional status based on site significance and eligibility.<br>● Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon.<br>● Emphasize the use of alternative mitigation for development, including off-site mitigation and site avoidance.<br>● Manage for the protection of historic Ute occupations and sacred sites.<br>● Manage for the protection of numerous rock art panels in the region, including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek. | Action:<br>Manage 31,870 acres in the area of the Lower Uncompahgre Plateau, between the Dry Creek Basin and Roubideau Creek, as an area of archaeological significance. Management actions are as follows:<br>● Nominate individual sites in the area to the NRHP as required for additional status based on site significance and eligibility.<br>● Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon.<br>● Manage for the protection of historic Ute occupations and sacred sites.<br>● Manage for the protection of numerous rock art panels in the region, including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek.<br>● Allowable Use: STIPULATION CSU-44/ SSR-54: *Area of Archaeological Significance.* Surface occupancy or use may be restricted or prohibited and SSR | Action:<br>Same as Alternative A. |

BLM_0161797

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek.<br>● Manage as VRM Class III<br>● Conduct inventories for cultural properties and establish research and monitoring studies.<br>● Allowable Use: STIPULATION NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B; Figure 2-20, Appendix A.) | | restrictions applied to emphasize site avoidance and project redesign during development. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 236. | Action:<br>No similar action in current RMPs. | Action:<br>Develop a cultural resource management plan to guide research and long term protection of cultural properties associated with the Paradox Rock Art Complex, Uravan Mineral Belt, Dolores Canyon, the Uncompahgre Plateau and other areas as determined by new information, research strategies and resource protection needs. | Action:<br>No similar action. (A cultural resource management plan for these properties would not be required.) | Action:<br>Same as Alternative B. | |
| 237. | Action:<br>No similar action in current RMPs. | Action:<br>Nominate National Register Districts. Consider individual sites within each district for nomination to the State and/or National Registers of Historic Places. Potential National Register Districts are as follows:<br>● Uravan Uranium Mining District<br>● Paradox Valley Rock Art District<br>● Tabeguache Pueblos District<br>● Dolores River Rock Art District | Action:<br>Evaluate individual sites for eligibility for National or State Registers of Historic Places nominations. Do not consider individual sites for nomination to the NRHP unless such sites need additional protection that may be afforded by such listing. | Action:<br>Nominate individual sites to the National or State Registers of Historic Places. Individual sites with the potential for nomination are as follows:<br>● Ute Wickiup Project<br>● Uravan Uranium Mining District<br>● Squint Moore Complex<br>● Harris site on the Uncompahgre Plateau<br>● Paradox Valley Rock Art Complex<br><br>Also nominate other sites that meet the NRHP criteria. | |
| 238. | Action:<br>No similar action in current RMPs. | Action:<br>No similar action (refer to the *Areas of Critical Environmental Concern* section, Paradox Rock Art ACEC). | Action:<br>Manage 1,080 acres in the Paradox Rock Art Complex area as a National Register District to protect unique cultural resource values. Management actions are as follows:<br>● Manage for protection of the numerous prehistoric petroglyphs and pictographs in the area.<br>● Close to motorized and mechanized travel above the level of the Paradox Valley bottom; limit motorized and mechanized travel to designated routes in the Paradox Valley bottom.<br>● Develop a system of public access trails to the various rock art panels. | Action:<br>Manage 1,080 acres in the Paradox Rock Art Complex area as a National Register District to protect unique cultural resource values (refer to the *Areas of Critical Environmental Concern* section, Paradox Rock Art ACEC).<br><br>Allowable Use: STIPULATION NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B; Figure 2-23, Appendix A.) | |

BLM_0161798

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|------------------------------|
| | | | ● Develop and implement an interpretive plan.<br>● Conduct a complete inventory for cultural properties.<br>● Allowable Use: STIPULATION NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B; Figure 2-22, Appendix A.) | | |
| 239. | **Action:**<br>Attach the following standard stipulations to any BLM-issued permit in which there may be ground-disturbing activities or the potential for the inadvertent discovery or effects on any NRHP or otherwise eligible historic or archaeological cultural property:<br>● If historic or archaeological materials are uncovered during permitted activities, the operator is to immediately stop activities in the immediate area of the find that might further disturb such materials and must immediately contact the BLM Authorized Officer. Within five working days, the BLM Authorized Officer will inform the operator as to whether the materials appear eligible for the NRHP and what mitigation measures the operator will likely have to undertake before the construction may proceed.<br>● The permittee is responsible for informing all persons who are associated with the project that they will be subject to prosecution for knowingly disturbing archaeological sites or for collecting artifacts.<br>In accordance with 43 CFR 10.4(g), the holder of the authorization must notify the BLM Authorized Officer, by telephone, with written confirmation, immediately after the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony. Further, in accordance with 43 CFR 10.4(c) and (d), the holder of the authorization must stop activities in the vicinity of the discovery and protect it for 30 days or until notified to proceed by the BLM Authorized Officer. (Refer to Appendix B.) | | | | |
| 240. | **PALEONTOLOGICAL RESOURCES** | | | | |
| 241. | **GOAL:**<br>Identify, protect, and manage paleontological resources for the preservation, interpretation, and scientific uses by present and future generations. | | | | |
| 242. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage paleontological resources for their scientific, educational, and recreational values. | | | |
| 243. | **Action:**<br>Manage paleontological resources according to their Potential Fossil Yield Classification (Paleontological Resources Preservation Act of 2009). | **Action:**<br>Require that land use authorizations consider actions on public lands according to their Potential Fossil Yield Classification. | | | |
| 244. | **Action:**<br>Provide protective management of the unique fossils in the Placerville area through the use of stipulations on a case-by-case basis in environmental documents (BLM 1985). | **Action:**<br>Develop a Paleontological Site-Management Plan for known localities, including:<br>● Potter Creek<br>● San Miguel Canyon<br>● Placerville Jurassic Fish Locality<br>● Dolores River Canyon<br>● Atkinson Mesa/Mesa Creek area | **Action:**<br>No similar action. (Paleontological Site-Management Plans would not be developed.) | **Action:**<br>Same as Alternative B. | |
| 245. | **Action:**<br>Inventory paleontological resources and develop appropriate protective measures if necessary; develop protective measures as this resource is discovered. As information is obtained, identify specific management (BLM 1989a). | **Action:**<br>In Potential Fossil Yield Classification Class 2, 3, 4, and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. | **Action:**<br>In Potential Fossil Yield Classification Class 4 and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. | | |
| 246. | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:** | **Allowable Use:** | **Allowable Use:**<br>Same as Alternative B. | |

61

BLM_0161799

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | **STIPULATION CSU-45:** *Paleontological.* Surface occupancy or use may be restricted due to paleontological resources. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of paleontological resources may be required before construction and drilling may commence. The Authorized Officer may require that a qualified paleontologist be present to monitor operations during surface-disturbing activities. | No similar allowable use. (There would not be any stipulations.) | | |
| 247. | **Action:** No similar action in current RMPs. | **Action:** Where project development threatens significant paleontological resources, require proponents to avoid by project redesign or to conduct scientific data recovery excavation. | | | |
| 248. | **Allowable Use:** LEASE NOTICE LN-CO-29 (BLM 1991a): *Paleontological Areas.* Before authorizing surface-disturbing activities in Class I and II Paleontological Areas [now known as PFYC Class 4 and 5], an inventory will be performed by an accredited paleontologist approved by the BLM Authorized Officer. (Refer to Appendix B.) | **Action:** Require an accredited paleontologist approved by the BLM Authorized Officer to perform an inventory of areas of surface-disturbing activities in Potential Fossil Yield Classification Class 4 and 5 (previously known as Class I and II) paleontological areas, in accordance with BLM Instruction Memorandum No. 2008-009: Potential Fossil Yield Classification System for Paleontological Resources on Public Lands (BLM 2007b). (Refer to Appendix B.) | | | |
| 249. | **VISUAL RESOURCES** | | | | |
| 250. | **GOAL:** Maintain the scenic quality and natural aesthetics of river canyons, open space landscapes, cultural landscapes, and other areas with high-quality visual resources that are considered important as social, economic, and environmental values. | | | | |
| 251. | **Objective:** Manage public lands under visual resource management classifications and guidelines (BLM 1989a) to protect and preserve scenic values, enhance viewing opportunities, and increase variety, where appropriate. | **Objective:** Manage visual resources for overall multiple use in accordance with VRM classifications. | | | |
| 252. | **Action:** Adopt the VRM classes as follows (Figure 2-5, Appendix A). Modify, relocate, mitigate, or deny proposed projects that conflict with the objectives of these classes. <br>● BLM surface: <br>○ VRM Class I = 44,220 acres <br>○ VRM Class II = 21,930 acres <br>○ VRM Class III = 280,520 acres <br>○ VRM Class IV = 9,260 acres | **Action:** Alternative B: Designate VRM classes as follows (Figure 2-6, Appendix A): <br>● BLM surface: <br>○ VRM Class I = 53,870 acres <br>○ VRM Class II = 176,010 acres <br>○ VRM Class III = 427,580 acres <br>○ VRM Class IV = 18,340 acres | **Action:** Designate VRM classes as follows (Figure 2-8, Appendix A): <br>● BLM surface: <br>○ VRM Class I = 44,220 acres <br>○ VRM Class II = 31,260 acres <br>○ VRM Class III = 431,330 acres <br>○ VRM Class IV = 168,990 acres | **Action:** Designate VRM classes as follows (Figure 2-9, Appendix A): <br>● BLM surface: <br>○ VRM Class I = 46,440 acres <br>○ VRM Class II = 112,540 acres <br>○ VRM Class III = 398,410 acres <br>○ VRM Class IV = 118,410 acres | **Action:** Designate VRM classes, as mapped, as follows (Figure 2-9, Appendix A): <br>● BLM surface: <br>○ VRM Class I = 46,440 acres <br>○ VRM Class II = 110,390 acres <br>○ VRM Class III = 366,520 acres <br>○ VRM Class IV = 152,450 acres |

BLM_0161800

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | o Undesignated = 319,770 acres<br>● Private or State surface/ federal mineral estate:<br>  o VRM Class I = 20 acres<br>  o VRM Class II = 10 acres<br>  o VRM Class III = 243,410 acres<br>  o VRM Class IV = 420 acres<br>  o Undesignated = 51,560 acres | ● Recommend the following VRM classes for private or state surface/ federal mineral estate:<br>  o VRM Class I = 100 acres<br>  o VRM Class II = 135,030 acres<br>  o VRM Class III = 139,390 acres<br>  o VRM Class IV = 13,050 acres<br>  o Undesignated = 7,850 acres<br><br>Alternative B.1 (North Fork area only): Designate VRM classes as follows (Figure 2-7, Appendix A):<br>● BLM surface:<br>  o VRM Class I = 53,860 acres<br>  o VRM Class II = 181,650 acres<br>  o VRM Class III = 421,290 acres<br>  o VRM Class IV = 18,990 acres<br>● Recommend the following VRM classes for private or state surface/ federal mineral estate:<br>  o VRM Class I = 100 acres<br>  o VRM Class II = 142,710 acres<br>  o VRM Class III = 131,720 acres<br>  o VRM Class IV = 13,050 acres<br>  o Undesignated = 7,850 acres | ● Recommend the following VRM classes for private or State surface/ federal mineral estate:<br>  o VRM Class I = 20 acres<br>  o VRM Class II = 69,040 acres<br>  o VRM Class III = 196,120 acres<br>  o VRM Class IV = 22,230 acres<br>  o Undesignated = 8,010 acres | ● Recommend the following VRM classes for private or State surface/ federal mineral estate:<br>  o VRM Class I = 20 acres<br>  o VRM Class II = 94,250 acres<br>  o VRM Class III = 173,300 acres<br>  o VRM Class IV = 20,000 acres<br>  o Undesignated = 7,850 acres | ● Recommend the following VRM classes for private or state surface/ federal mineral estate:<br>  o VRM Class I = 0 acres<br>  o VRM Class II = 118,320 acres<br>  o VRM Class III = 147,090 acres<br>  o VRM Class IV = 30,010 acres<br>  o Undesignated = 0 acres |
| 253. | Action:<br>Manage 44,220 acres as VRM Class I (Figure 2-5, Appendix A):<br>● ACECs<br>  o Adobe Badlands<br>  o Needle Rock<br>● Tabeguache Area<br>● WSAs | Action:<br>Manage 53,870 acres as VRM Class I (Figure 2-6, Appendix A):<br>● Tabeguache Area<br>● WSAs<br>● Suitable wild and scenic river (WSR) segments classified as "wild" (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)]). | Action:<br>Manage 44,220 acres as VRM Class I (Figure 2-8, Appendix A):<br>● Tabeguache Area<br>● WSAs | Action:<br>Manage 46,440 as VRM Class I (Figure 2-9, Appendix A):<br>● Same as Alternative C, plus<br>  o Suitable WSR segments classified as "wild" with a scenic ORV or within a WSA or the Tabeguache Area<br>    - Roubideau Creek Segment 1<br>    - San Miguel River Segment 2<br>    - Tabeguache Creek Segment 1<br>    - Dolores River Segment 1a<br>    - La Sal Creek Segment 3 | Action:<br>Manage 46,460 acres as mapped as VRM Class I (Figure XX, Appendix XX):<br>● Same as Alternative C, plus<br>  o Suitable WSR segments classified as "wild" with a scenic ORV or within a WSA or the Tabeguache Area<br>    - Roubideau Creek Segment 1 (2,680 acres)<br>    - San Miguel River Segment 2 (1,100 acres)<br>    - Tabeguache Creek Segment 1 (1,010 acres)<br>    - Dolores River Segment 1a (1,950 acres)<br>    - La Sal Creek Segment 3 (800 acres) |
| 254. | Action:<br>Manage 21,930 acres as VRM Class II to protect scenic qualities (Figure 2-5, Appendix A): | **Alternative B:** Action:<br>Manage 176,010 acres as VRM Class II, | **Alternative B.1 (North Fork area only):** Action:<br>Manage 181,650 acres as VRM Class II, including | Action:<br>Manage 31,260 acres as VRM Class II, including the following (Figure 2-8, Appendix A):<br>● ACECs | Action:<br>Manage 112,540 acres as VRM Class II, including the following (Figure 2-9, Appendix A): | Action:<br>Manage 228,710 acres as mapped as VRM Class II, including the following (Figure 2-XX, Appendix XX): |

63

BLM_0161801

| Line | Alternative A | Alternative B | | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|---|
| | • San Miguel River ACEC, except for the forest management areas identified in the San Juan/San Miguel RMP (BLM 1993a, 1985) | including the following (Figure 2-6, Appendix A): <br> • Lands managed to protect wilderness characteristics <br> • SRMAs <br> ○ Burn Canyon RMZs 1 and 3 <br> ○ Dolores River Canyon <br> ○ Dry Creek RMZ 2 <br> ○ Paradox Valley RMZs 1 and 4 <br> ○ Roubideau RMZs 1, 2, and 3 <br> ○ San Miguel River RMZs 2 and 3 <br> ○ Spring Creek RMZ 2 <br> • ACECs <br> ○ Needle Rock <br> ○ Roubideau-Potter-Monitor <br> ○ Dolores Slickrock Canyon <br> ○ La Sal Creek <br> ○ Coyote Wash <br> ○ Paradox Rock Art <br> ○ Portion of Tabeguache Pueblo and Tabeguache Caves (5,310 | the following (Figure 2-7, Appendix B): <br> • Face of Jumbo Mountain <br> • Youngs Peak <br> • "H" Hill <br> • Near flanks of the West Elks <br> • Needle Rock ACEC <br> • Within 1.0 mile of: <br> ○ West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Rd 12) <br> ○ 3100 Road <br> ○ North Road <br> ○ Crawford Road <br> ○ Back River Road <br> • Lands visible from important vistas and travel corridors | ○ Needle Rock <br> ○ Adobe Badlands | • Lands managed to protect wilderness characteristics <br> • SRMAs <br> ○ Dolores River Canyon RMZs 1 and 2 <br> ○ Roubideau RMZ 1 <br> ○ San Miguel River RMZ 3 <br> ○ Spring Creek RMZ 2 <br> • ACECs <br> ○ Same as Alternative C, plus <br> - Dolores River Slickrock Canyon <br> - Paradox Rock Art <br> - Biological Soil Crust <br> • Suitable WSR segments classified as wild without a scenic ORV and not within a WSA or the Tabeguache Area <br> ○ Monitor Creek <br> ○ Potter Creek <br> ○ Saltado Creek <br> • Suitable WSR segments classified as "scenic" and suitable WSR segments classified as "recreational" with a scenic ORV (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)]) <br> • Lands within 0.5-mile of National Historic Trails, except for the Old Spanish National Historic Trail <br> • Lands within 0.5-mile of the following National and BLM Byways <br> ○ Grand Mesa Scenic Byway <br> ○ Portion of West Elk Scenic Byway from Northeast UFO boundary to Gunnison County Road 12 | • Roc Creek unit – lands managed to protect wilderness characteristics <br> • SRMAs <br> ○ Dolores River Canyon RMZs 1 and 2 (if released from WSA designation) <br> ○ Roubideau RMZ 1 (if released from WSA designation [Camel Back WSA]) <br> ○ San Miguel River RMZ 3 <br> ○ Spring Creek RMZ 2 <br> ○ Dry Creek RMZ 5 <br> • ACECs <br> ○ Same as Alternative C <br> • Suitable WSR segments classified as wild without a scenic ORV and not within a WSA or the Tabeguache Area <br> ○ Monitor Creek <br> ○ Potter Creek <br> ○ Saltado Creek <br> • Suitable WSR segments classified as "scenic" and suitable WSR segments classified as "recreational" with a scenic ORV (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)]) <br> • Lands within 0.5-mile of National Historic Trails, except for the Old Spanish National Historic Trail <br> • Lands within 0.5-mile of the following National and BLM Byways <br> ○ Grand Mesa Scenic Byway <br> ○ Portion of West Elk Scenic Byway from Northeast UFO boundary to Gunnison County Road 12 |

64

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | acres within Tabeguache Area)<br>● Suitable WSR segments classified as "scenic" (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>● Lands within 0.5-mile of National Historic Trails<br>● Lands within 0.5-mile of National and BLM Byways | | | |
| 255. | **Action:**<br>Manage 280,520 acres as VRM Class III to protect its scenic qualities while permitting some intrusion, including (Figure 2-5, Appendix A) the San Miguel River SRMA (BLM 1993a). | **Action:**<br>Manage 427,580 acres as VRM Class III*, including, but not limited to, the following (Figure 2-6, Appendix A):<br>● Area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek<br>● SRMAs<br>  ○ Burn Canyon RMZ 2<br>  ○ Dry Creek RMZs 1, 3, and 4<br>  ○ Jumbo Mountain<br>  ○ Kinikin Hills<br>  ○ North Delta<br>  ○ Paradox Valley RMZs 2 and 3<br>  ○ Ridgway Trails<br>  ○ Roubideau RMZ 4<br>  ○ San Miguel River RMZs 1 and 4<br>  ○ Spring Creek RMZs 1 and 3<br>● ACECs<br>  ○ Salt Desert Shrub Ecosystem<br>  ○ Fairview South (CNHP Expansion)<br>  ○ Lower Uncompahgre Plateau<br>  ○ San Miguel Gunnison Sage-Grouse | **Action:**<br>Manage 431,330 acres as VRM Class III, including, but not limited to, the following (Figure 2-8, Appendix A):<br>● ERMAs<br>  ○ Burn Canyon<br>  ○ Paradox Valley<br>  ○ Ridgway Trails<br>  ○ Roubideau<br>● San Miguel River ACEC<br>● Lands within 0.5-mile of National Historic Trails<br>● Lands within 0.25-mile of National and BLM Byways | **Action:**<br>Manage 398,410 acres as VRM Class III, including, but not limited to, the following (Figure 2-9, Appendix A):<br>● ERMAs<br>  ○ Burn Canyon<br>  ○ Kinikin Hills<br>● SRMAs<br>  ○ Dry Creek<br>  ○ Jumbo Mountain<br>  ○ Ridgway Trails<br>  ○ Roubideau RMZs 2-4<br>  ○ San Miguel River RMZs 1, 2 and 4<br>  ○ Spring Creek RMZs 1 and 3<br>● ACECs<br>  ○ Fairview South (BLM Expansion)<br>  ○ Roubideau Corridors<br>  ○ San Miguel River<br>  ○ North of County Road 12 outside of West Elk Scenic Highway buffer<br>  ○ Oak Ridge<br>  ● McDonald Creek area<br>  ● Youngs Peak | **Action:**<br>Manage 506,340 acres, as mapped, as VRM Class III, including, but not limited to, the following (Figure XX, Appendix XX):<br>● ERMAs<br>  ○ Burn Canyon<br>  ○ Kinikin Hills<br>  ○ Paradox Valley<br>● SRMAs<br>  ○ Dolores River Canyon RMZ 3<br>  ○ Dry Creek RMZ 1-4<br>  ○ Jumbo Mountain<br>  ○ Ridgway Trails<br>  ○ Roubideau RMZs 2-4 (portions of RMZ 2 overlapping the Camel Back WSA would be managed as VRM III if WSA is released from designation)<br>  ○ San Miguel River RMZs 1, 2 and 4<br>  ○ Spring Creek RMZs 1 and 3<br>● ACECs<br>  ○ Fairview South (BLM Expansion)<br>  ○ San Miguel River |

65

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | o San Miguel River Expansion<br>o Sims-Cerro Gunnison Sage-Grouse<br>o East Paradox<br>o Portion of Tabeguache Pueblo and Tabeguache Caves (21,100 acres outside of Tabeguache Area)<br>o West Paradox<br>● Suitable WSR segments classified as "recreational" (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>● Shinn Park<br>● Hamilton Mesa area<br>● Naturita-Nucla Complex<br><br>*Under Alternative B.1, 421,290 acres would be managed as VRM Class III as portions of some of the above areas would be managed as VRM Class II.* | | ● Smith Fork (40s)<br>● Billy Creek area<br>● Wray Mesa<br>● Lion Creek<br>● Lands within 0.5-mile of the Old Spanish National Historic Trail<br>● Lands within 0.50-mile of the following National and BLM Byways<br>○ Portion of the West Elk Scenic Byway west of Gunnison County Road 12<br>○ San Juan Skyway<br>○ Unaweep/Tabeguache Byway | ● Lands within 0.5-mile of the Old Spanish National Historic Trail<br>● Lands within 0.50-mile of the following National and BLM Byways<br>○ Portion of the West Elk Scenic Byway west of Gunnison County Road 12<br>○ San Juan Skyway<br>○ Unaweep/Tabeguache Byway<br>Other areas as mapped including:<br>● Oak Ridge<br>● McDonald Creek area<br>● Youngs Peak<br>● Smith Fork (40s)<br>● Billy Creek area<br>● Wray Mesa<br>● Lion Creek<br>● North of County Road 12 outside of West Elk Scenic Highway buffer |
| 256. | Action:<br>Manage 9,260 acres as VRM Class IV to allow substantial change, as follows (Figure 2-5, Appendix A):<br>● North Delta OHV area (BLM 1989a)<br>● Forest management areas within the San Miguel River ACEC (BLM 1993a, 1985) | Action:<br>Manage 18,340 acres as VRM Class IV, as follows (Figure 2-6, Appendix A):<br>● All other areas not identified as VRM Class I, II, or III, or undesignated | Action:<br>Manage 168,990 acres as VRM Class IV, as follows (Figure 2-8, Appendix A):<br>● North Delta Open OHV area<br>● Fairview South ACEC<br>● All other areas not identified as VRM Class I, II, or III, or undesignated | Action:<br>Manage 118,410 acres as VRM Class IV, as follows (Figure 2-9, Appendix A):<br>● North Delta ERMA<br>● All other areas not identified as VRM Class I, II, or III, or undesignated | Action:<br>Manage 182,460 acres, as mapped, as VRM Class IV, as follows (Figure XX, Appendix A):<br>● North Delta SRMA<br>● Private edge-holdings and inholdings on National Forest System lands that do not have a Visual Resource Inventory<br>● All other areas not identified as VRM Class I, II, or III |
| 257. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>STIPULATION NSO-51/NGD-23: *Visual Class I*. Prohibit surface occupancy and use and apply NGD restrictions in VRM Class I areas. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>No similar allowable use. (There would be no stipulations for VRM Class I areas.) | | |
| 258. | Allowable Use:<br>No similar allowable use in current RMPs. | Alternative B:<br>Allowable Use:<br>STIPULATION CSU-46/SSR-55: *Visual: VRM Class II and III*. Surface occupancy or use may be restricted and SSR restrictions | Alternative B.1 (North Fork area only):<br>Apply the following restrictions to VRM Class II areas:<br><br>Allowable Use:<br>NO LEASING NL-11: *Prominent Landmarks*. Close to oil and gas leasing and geophysical | Allowable Use:<br>No similar allowable use. (There would be no stipulations for VRM Class II or Class III areas.) | |

66

BLM_0161804

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|------------------------------|
| | | applied in VRM Class II and III areas. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | exploration the following prominent landmarks: face of Jumbo Mountain, Youngs Peak, "H" Hill, Saddle Mountain, near flanks of the West Elks, and Needle Rock ACEC.<br><br>**Allowable Use: STIPULATION NSO-52:** *Travel and Scenic Corridors.* Prohibit surface occupancy within 1.0 mile of: West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Rd 12)<br>● 3100 Road<br>● North Road<br>● Crawford Road<br>● Back River Road<br><br>**Allowable Use: STIPULATION CSU-47:** *Vistas.* Apply CSU restrictions to BLM-administered and split-estate lands visible from important vistas and travel corridors:<br>● Jumbo Mountain<br>● Youngs Peak<br>● "H" Hill<br>● Flanks of the West Elks<br>● Needle Rock ACEC<br>● Beyond 1.0 mile of:<br>○ West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Road 12)<br>○ 3100 Road<br>○ North Road<br>○ Crawford Road | | | |

67

BLM_0161805

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|--------------|---------------|---------------|---------------|----------------------------|
| | | ○ Back River Road (Refer to Appendix B; Figure 2-21, Appendix A.) | | | |
| 259. | **Objective:** No similar objective in current RMPs. | **Objective:** Maintain dark night sky conditions in areas that are generally unaffected by man-made light sources. | | | |
| 260. | **Action:** No similar action in current RMPs. | **Action:** Prohibit permanent artificial outdoor lighting in VRM Class I and II areas. | **Action:** Prohibit permanent artificial outdoor lighting in VRM Class I areas. | | |
| 261. | **Action:** No similar action in current RMPs. | **Action:** Require that permanent and temporary artificial outdoor lighting be shielded and downward-facing ("full cut-off" fixtures) to minimize impacts on naturally dark night skies. An exception, with mitigation, may be granted for temporary lighting if the requirement will create a hazard. | **Action:** No similar action. (There would not be a requirement that artificial outdoor lighting be shielded and downward-facing.) | **Action:** Same as Alternative B. | |
| 262. | **Action:** No similar action in current RMPs. | **Action:** Require that permanent artificial outdoor lighting be turned off when it is not needed. | | | |
| 263. | | | **LANDS WITH WILDERNESS CHARACTERISTICS** | | |
| 264. | **GOAL:** No similar goal in current RMPs. | **GOAL:** Manage lands with wilderness characteristics that are identified for protection to maintain those characteristics. | | | Manage lands to protect wilderness characteristics while considering competing resource demands and manageability, such as valid and existing rights, mineral potential, proximity to residential and other development, and existing and potential recreational uses. |
| 265. | **Objective:** No similar objective in current RMPs. | **Objective:** Identify lands with wilderness characteristics. Manage lands possessing wilderness characteristics to maintain those characteristics. Manage activities to maintain each area's roadless size, natural quality, opportunities for solitude and primitive recreation, and supplemental values where present. | **Objective:** Identify lands with wilderness characteristics but do not manage those characteristics. | **Objective:** Identify lands with wilderness characteristics. In specific areas, manage activities to maintain the natural quality of the area, and to maintain opportunities for solitude and primitive recreation where they occur in these areas. | **Objective:** Identify lands with wilderness characteristics. Manage identified units to maintain those characteristics. Within those units, manage activities to maintain each area's roadless size, natural quality appearance, opportunities for solitude and primitive recreation, and supplemental values where present. |
| 266. | **Action:** No similar action in current RMPs. | **Action:** Manage 42,150 acres in the following areas with wilderness characteristics (Figure 2-10, Appendix A): ● Adobe Badlands WSA Adjacent (6,180acres) ● Camel Back WSA Adjacent (6,950 acres) | **Action:** No similar action. (Areas with wilderness characteristics would not be managed to maintain those characteristics.) | **Action:** Manage 18,320 acres in the following areas with wilderness characteristics (Figure 2-10, Appendix A): ● Camel Back WSA Adjacent (6,950 acres) ● Dry Creek Basin (7,030 acres) ● Roc Creek (4,340 acres). | **Action:** Manage 4,340 acres in the Roc Creek Unit to protect wilderness characteristics as a priority over other multiple uses (Figure 2-10, Appendix A). |

68

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | ● Dolores River Canyon WSA Adjacent (550 acres)<br>● Dry Creek Basin (7,030 acres)<br>● Lower Tabeguache/Campbell Creek (11,060 acres)<br>● Roc Creek (5,480 acres)<br>● Shavano Creek (4,900 acres)<br><br>Refer to Appendix F, Summary of Uncompahgre Planning Area Wilderness Characteristics Inventory: 2011 Update. | | Refer to Appendix F, Summary of Uncompahgre Planning Area Wilderness Characteristics Inventory: 2011 Update | Refer to Appendix F, Summary of Uncompahgre Planning Area Wilderness Characteristics Inventory: 2015 Update |
| 267. | Action:<br>No similar action in current RMPs. | Action:<br>Apply the following management to lands managed to protect wilderness characteristics:<br>● VRM Class II<br>● ROW exclusion<br>● Exclusion area for wind, solar and hydropower projects<br>● Closed to motorized and mechanized travel<br>● Prohibit new or expanded range improvements<br>● Prohibit target shooting *(see Recreation section for more information)*<br>● Closed to wood product sales or harvest<br>● Allowable Use: Close to mineral materials disposal<br>● Allowable Use: Close to nonenergy solid mineral leasing<br>● Allowable Use: Close to coal leasing<br>● Recommend to the Secretary of the Interior withdrawal from locatable mineral entry<br>● Prohibit road maintenance<br>● Issue no SRPs for competitive events | Action:<br>No similar action. (Areas with wilderness characteristics would not be managed to protect those characteristics.) | Action:<br>Apply the following management to lands managed to protect wilderness characteristics:<br>● VRM Class II<br>● ROW avoidance<br>● Exclusion area for wind, solar and hydropower projects<br>● Limit motorized and mechanized travel to designated routes<br>● Allow route maintenance and improvements in a manner consistent with the long-term preservation of wilderness characteristics<br>● Permit new range improvement projects to support land health objectives only if it can be shown that they will protect or enhance wilderness characteristics<br>● Allow maintenance of existing range improvement facilities in a manner consistent with the long-term preservation of wilderness characteristics<br>● Closed to wood product sales or harvest<br>● Allowable Use: Close to mineral materials disposal<br>● Allowable Use: Close to nonenergy solid mineral leasing<br>● Allowable Use: Close to coal leasing<br>● Require a mine plan for locatable mineral development | Action:<br>Apply the following management to lands managed to protect wilderness characteristics:<br>● VRM Class II<br>● ROW-avoidance<br>● Exclusion area for wind, solar and hydropower projects<br>● Retain in federal ownership<br>● Limit motorized and mechanized travel to designated routes<br>● Allow route maintenance and improvements in a manner consistent with the long-term preservation of wilderness characteristics<br>● Permit new range improvement projects to support land health objectives when they will not diminish wilderness characteristics<br>● Maintain existing range improvement facilities in a manner consistent with the long-term preservation of wilderness characteristics<br>● Allow wood product sale and harvest when it can be accomplished in a manner consistent with the long-term preservation of wilderness characteristics<br>● Allowable Use: Close to mineral materials disposal<br>● Allowable Use: Close to nonenergy solid mineral leasing<br>● Allowable Use: Close to coal leasing<br>● Require a mine plan for locatable mineral development |

69

BLM_0161807

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 268. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>NO LEASING NL-12/NGD-24: *Lands with Wilderness Characteristics*. Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities on lands identified to be managed to protect inventoried wilderness characteristics.<br>(Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>No similar action. (Areas with wilderness characteristics would not be managed to maintain those characteristics.) | Allowable Use:<br>STIPULATION NSO-53/ SSR-56: *Lands with Wilderness Characteristics*. Prohibit surface occupancy and use and apply SSR restrictions to lands identified to be managed to protect inventoried wilderness characteristics. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 269. | Goal 2:<br>No similar goal in current RMPs | Goal 2: No similar goal | | | Goal 2:<br>Provide protection when possible to preserve inventoried wilderness characteristics of areas determined to possess wilderness characteristics (e.g., appearance of naturalness, outstanding opportunities for primitive and unconfined recreation or solitude) while allowing for competing resource uses. |
| 270. | Goal 2:<br>No similar goal in current RMPs | Goal 2: No similar goal | | | Objective 2: Through project analysis analyze and disclose impacts to lands with wilderness characteristics in lands inventoried and found to have those values. Minimize impacts to those values |
| 271. | Action:<br>No similar action in current RMPs | Action:<br>No similar action | | | Action:<br>Manage 36,680 acres to minimize impacts to wilderness characteristics while managing for other uses.<br>• Adobe Badlands WSA Adjacent (6,180acres)<br>• Camel Back WSA Adjacent (6,950 acres)<br>• Dolores River Canyon WSA Adjacent (550 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Lower Tabeguache/Campbell Creek (11,060 acres)<br>• Shavano Creek (4,900 acres)<br>Conserve wilderness characteristics where possible through relocation, design criteria and/or mitigation.<br>Maintain an ongoing, up-to-date inventory of lands with wilderness characteristics |
| 272. | Allowable Use:<br>No similar action in Current RMPs | Allowable Use:<br>No similar action | | | Allowable Use:<br>CSU XX: *Lands Identified as Having Wilderness Characteristics While Managing* |

70

BLM_0161808

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | | | *for Other Uses:* On lands identified as possessing wilderness characteristics, special design, construction and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing disturbance activities in the following areas, the proponent may be required to submit a plan of development that will demonstrate that identified wilderness characteristics will be conserved for the following areas:<br>• Adobe Badlands WSA Adjacent (6,180acres)<br>• Camel Back WSA Adjacent (6,950 acres)<br>• Dolores River Canyon WSA Adjacent (550 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Lower Tabeguache/Campbell Creek (11,060 acres)<br>• Shavano Creek (4,900 acres) |
| 272. | Action:<br>No similar action in current RMPs. | Action:<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, manage those lands for wilderness characteristics.<br>• Consider adjacent other federal lands to determine whether the acquired lands if combined with the other federal lands constitute a piece that possesses wilderness characteristics. If so, then manage those lands for wilderness characteristics. | Action:<br>Inventory acquired lands for wilderness characteristics to maintain a current inventory only. | Action:<br>Inventory acquired lands for wilderness characteristics<br>• If acquired lands are found to possess wilderness characteristics, determine whether to manage wilderness characteristics on a case-by-case basis consistent with BLM manuals 6310 and 6320.<br>Consider adjacent other federal lands to determine whether the acquired lands if combined with the other federal lands constitute a piece that possesses wilderness characteristics. If so, then determine whether to manage for wilderness characteristics on a case-by-case basis consistent with BLM manuals 6310 and 6320. | Action:<br>Inventory acquired lands for wilderness characteristics<br>• If acquired lands are found to possess wilderness characteristics, determine whether to manage wilderness characteristics on a case-by-case basis consistent with BLM manuals 6310 and 6320.<br>Consider adjacent other federal lands to determine whether the acquired lands if combined with the other federal lands constitute a piece that possesses wilderness characteristics. In the case of acquired lands inventoried and determined to possess wilderness characteristics, the authorized officer must determine if these lands warrant specific management or protection not already provided by the RMP. If the authorized officer determines that protection is warranted for the area, they should determine whether existing resource protection measures are sufficient to mitigate impacts from any proposed activity (on a case by case basis) or if planning level |

71

BLM_0161809

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | | | decisions are necessary to protect the area. The authorized officer will consider potential adverse impacts to lands with wilderness characteristics through the NEPA process for a proposed project. A NEPA process considering potential impacts to an area not previously considered for protection in a land use planning process should analyze alternative management options for the area including an alternative that analyzes protection of wilderness characteristics. |
| 273. | **Resource Uses** | | | | |
| 274. | **FORESTRY AND WOODLAND PRODUCTS** | | | | |
| 275. | **GOAL:**<br>**Provide forest and woodland products on a sustainable basis to meet local needs.** | | | | **GOAL:**<br>**Provide forest and woodland products on a sustainable basis to meet local needs and promote ecological health.** |
| 276. | Objective:<br>**Manage suitable commercial forest lands and pinyon-juniper woodlands for sustained yield production within the allowable cut restrictions determined by the Timber Production Capabilities Classification inventory (BLM 1989a).** | Objective:<br>**Manage forests and woodlands within the historic range of natural variability while ensuring ecological diversity, maintaining successional processes, maintaining sustainability (including the desired mix of structural stages and landscape/watershed functions), and providing for native plant and wildlife habitats.** | | | |
| 277. | Action:<br>**Make public land within forest management areas available for a full range of forest management activities. Generally require major forest activity plans before allowing those activities in such areas. Pending completion of the activity plan, evaluate timber and woodland stand treatments by an environmental assessment and implement on a case-by-case basis. Make forested areas within other emphasis areas available for a full range of forest management activities; modify plans to be compatible with the management emphasis areas. Permit firewood harvesting on most accessible forest land available for harvesting forest products (BLM 1985).**<br><br>**On 40,500 acres (management unit 3), prepare Forest Management Plans and, if** | Action:<br>No similar action; this is addressed by other individual actions and the objective. | | | |

BLM_0161810

2. Alternatives and Proposed RMP

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | needed, establish plantations to increase forest product availability (BLM 1989a). | | | | |
| 278. | Action:<br>No similar action in current RMPs. | Action: Designate 675,800 acres of forest management units (Figure 2-74 [Alternative D], Appendix A):<br>● North Fork (132,300 acres)<br>● Paradox (175,880 acres)<br>● San Miguel (189,030 acres)<br>● Storm King (41,700 acres)<br>● Uncompahgre Plateau (136,890 acres) | | | Action:<br>Same as Alternatives B, C, and D. Of those acres, only 519,620 acres are available for commercial wood harvest and 438,580 acres open to general wood cutting. Forest management units with total acres and acres available for commercial harvest and general wood cutting are:<br>● North Fork – 132,300 acres<br>○ Open to wood collection – 82,460 acres<br>○ Closed to wood collection – 49,840 acres<br>○ Open to commercial wood collection – 105,440 acres<br>○ Closed to commercial wood collection – 26,680 acres<br>● Paradox – 175,880 acres<br>○ Open to wood collection – 123,010 acres<br>○ Closed to wood collection – 52,870 acres<br>○ Open to commercial wood collection – 135,120 acres<br>○ Closed to commercial wood collection – 40,760 acres<br>● San Miguel – 189,030 acres<br>○ Open to wood collection – 116,150 acres<br>○ Closed to wood collection – 72,880 acres<br>○ Open to commercial wood collection – 133,230 acres<br>○ Closed to commercial wood collection – 55,800 acres<br>● Storm King – 41,700 acres<br>○ Open to wood collection – 23,170 acres<br>○ Closed to wood collection – 18,530 acres<br>○ Open to commercial wood collection – 28,860 acres<br>○ Closed to commercial wood collection – 12,840 acres<br>● Uncompahgre Plateau – 136,890 acres<br>○ Open to wood collection – 93,830 acres<br>○ Closed to wood collection – 43,060 acres<br>○ Open to commercial wood collection – 116,970 acres<br>○ Closed to commercial wood collection – 19,920 acres |

73

BLM_0161811

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 279. | **Action:**<br>Manage approximately 6,700 acres (emphasis area J) to provide woodland products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-71, Appendix A; BLM 1985).<br><br>**Action:**<br>Manage lands suitable for timber production. Invest necessary funds to provide for intensive management of the forest resource. Provide firewood, Christmas trees, and other wood products (BLM 1985). | **Action:**<br>Manage approximately 279,125 acres to provide minor (noncommercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-72, Appendix A). | **Action:**<br>Manage approximately 631,270 acres to provide minor (noncommercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 9.6 MMBF (19,200 cords) per decade (Figure 2-73, Appendix A). | **Action:**<br>Manage approximately 394,530 acres to provide minor (noncommercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-74, Appendix A). | **Action:**<br>No similar action. |
| 280. | **Action:**<br>Intensively manage 40,500 acres (management unit 3) for woodland product harvest within sustained yield production limits to increase available woodland products (BLM 1989a). | **Action:**<br>Allow harvest of minor (noncommercial timber) forest and woodland products in the following forest management units (units are shown on Figures 2-72 [Alternative B], 2-73 [Alternative C], and 2-74 [Alternative D] Appendix A):<br>● Pinyon-juniper<br>○ North Fork<br>○ Paradox<br>○ San Miguel<br>○ Storm King<br>○ Uncompahgre Plateau<br>● Ponderosa pine<br>○ Paradox<br>○ Uncompahgre Plateau<br>● Aspen<br>○ Storm King<br>● Spruce and subalpine fir<br>○ Storm King<br>● Douglas fir<br>○ San Miguel<br>○ Storm King | | | |
| 281. | **Action:**<br>No similar action in current RMPs. (The commercial harvest of all vegetation types is currently allowed.) | **Action:**<br>Allow commercial timber harvest of pinyon-juniper only; permit such harvest in all forest management units. Exception: Commercial harvest activities may be used for other forest cover types to improve forest health, to restore ecology, or to meet identified resource objectives. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B, where consistent with land health and vegetation mosaic objectives. | **Action:**<br>**Action:**<br>Allow commercial timber harvest of pinyon-juniper only; permit such harvest in all forest management units where consistent with land health and vegetation mosaic objectives.<br><br>Exception: Commercial harvest activities may be used for other forest cover types to improve forest health, to restore ecology, or to meet identified resource objectives. |

74

BLM_0161812

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 282. | **Action:**<br>Prohibit forest product disposal (i.e., wood product sales and/or harvest) in the following areas (110,160 acres; Figure 2-71, Appendix A):<br>● Tabeguache Area<br>● WSAs (BLM 1985)<br>● San Miguel River ACEC/SRMA: 20,166 acres of the ACEC and 298 acres of the San Miguel SRMA (BLM 1993a)<br>● Dolores River SRMA (BLM 1985)<br>● Perennial and intermittent streams in the Uncompahgre Basin Resource Area (BLM 1989a)<br>● Needle Rock ACEC/ Outstanding Natural Area (BLM 1989a)<br>● The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County (BLM 1989a) | **Action:**<br>Close the following areas (397,160 acres) to wood product sales and/or harvest (unless there is an exception shown below; Figure 2-72, Appendix A):<br>● Tabeguache Area<br>● WSAs<br>● ACECs (refer to the *Areas of Critical Environmental Concern* section for specific restrictions and allowed wood product use or harvest)<br>○ Fairview South (CNHP Expansion)<br>○ Needle Rock<br>○ San Miguel River Expansion<br>○ Dolores Slickrock Canyon<br>○ Roubideau-Potter-Monitor<br>● Steep slopes (greater than 30 percent)<br>● VRM Class I areas<br>● Lands managed to protect wilderness characteristics<br>● Ecological emphasis areas<br>● Ancient woodlands and forest<br>● Exemplary, ancient, and rare vegetation<br>● Riparian areas<br>● Threatened and endangered species' habitat<br>● The reserved federal timber on land deeded to Ouray County<br>● SRMAs (refer to Appendix J, [Description of Recreation Management Areas] for specific restrictions and allowed wood product use or harvest)<br>○ Burn Canyon RMZ 1<br>○ Dolores River Canyon<br>○ Dry Creek RMZs 1, 2, and 4<br>○ Jumbo Mountain RMZ 1<br>○ Kinikin Hills RMZs 1 and 2<br>○ North Delta<br>○ Paradox Valley RMZs 1 and 2<br>○ Ridgway Trails RMZ 1<br>○ Roubideau<br>○ San Miguel River<br>○ Spring Creek<br><br>**Exception:** Allow wood product sales and/or harvest to enhance resource values for which | **Action:**<br>Close the following areas (44,530 acres) to wood product sales and/or harvest (Figure 2-73, Appendix A):<br>● Tabeguache Area<br>● WSAs<br>● Fairview South ACEC<br><br>**Exception:** Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated to improve forest and land health conditions or to achieve vegetation mosaic objectives. | **Action:**<br>Close the following areas (281,390 acres) to wood product sales and/or harvest (unless there is an exception shown below; Figure 2-74, Appendix A):<br>● ACECs (refer to the *Areas of Critical Environmental Concern* section for specific restrictions and allowed wood product use or harvest)<br>○ Fairview South (BLM Expansion)<br>○ Needle Rock<br>○ San Miguel River<br>○ Dolores River Slickrock Canyon<br>○ Roubideau Corridors<br>● Steep slopes (greater than 40 percent)<br>● VRM Class I areas<br>● Lands managed to protect wilderness characteristics<br>● Riparian areas<br>● The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County<br>● Ecological emphasis areas (prohibit commercial sales and harvest only)<br>● Ancient woodlands and forest<br>● Exemplary, ancient, and rare vegetation<br>● SRMAs (refer to Appendix J, [Description of Recreation Management Areas] for specific restrictions and allowed wood product use or harvest)<br>○ Dolores River Canyon<br>○ Dry Creek RMZs 1, 2, and 4<br>○ Jumbo Mountain RMZs 1 and 2<br>○ Ridgway Trails RMZ 1<br>○ Roubideau RMZs 1 and 2<br>○ San Miguel River<br>○ Spring Creek<br>● Tabeguache Area<br>● WSAs<br>● NGD areas (except for private firewood permits)<br><br>**Exception:** Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. | **Action:**<br>Close the following areas (152,880) to wood product sales and/or harvest (unless there is an exception shown below; Figure 2-74, Appendix A):<br>● ACECs (refer to the *Areas of Critical Environmental Concern* section for specific restrictions and allowed wood product use or harvest)<br>○ Fairview South (BLM Expansion)<br>○ Needle Rock<br>○ San Miguel River<br>● Steep slopes (greater than 40 percent)<br>● Lands managed to protect wilderness characteristics – Roc Creek unit<br>● Riparian areas<br>● The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County<br>● Ancient woodlands and forest<br>● Exemplary, ancient, and rare vegetation<br>● SRMAs (refer to Appendix J, [Description of Recreation Management Areas] for specific restrictions and allowed wood product use or harvest):<br>○ Dolores River Canyon<br>○ Dry Creek RMZs 1 and 2<br>○ Jumbo Mountain RMZ 1<br>○ North Delta<br>○ Ridgway Trails RMZ 1<br>○ Roubideau RMZs 1 and 2<br>○ San Miguel River<br>○ Spring Creek RMZ 2<br>● Tabeguache Area<br>● WSAs<br><br>**Exception:** Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. |

75

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. | | | |
| 283. | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:**<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>● Crucial winter range<br>○ Elk and mule deer: December 1 to April 30<br>○ Moose: November 15 to May 30<br>● Big game reproduction areas<br>○ Elk and mule deer: May 15 to June 30<br>○ Pronghorn antelope: May 1 to July 15<br>○ Desert bighorn sheep: March 15 to June 15 for lambing range<br>○ Desert bighorn sheep: August 1 to September 30 for rutting grounds<br>○ Rocky Mountain bighorn sheep: May 1 to July 15 for lambing range<br>○ Rocky Mountain bighorn sheep: October 15 to December 15 for rutting grounds<br>○ Moose: May 15 to July 15<br>○ Migratory bird breeding habitat: May 1 to July 31<br>○ When soils are saturated | **Allowable Use:**<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>● Crucial winter range<br>○ Elk and mule deer: January 1 to March 31<br>● Big game reproduction areas<br>○ Elk and mule deer: May 15 to June 15 | **Allowable Use:**<br>Prohibit personal use firewood and other special forest product harvest from December 31 to April 30.<br><br>Subject commercial activities to spatial TLs, as described in Appendix B. | |
| 284. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Make byproducts from forest management activities available for biomass use or for insect and disease control. | **Action:**<br>In appropriate forest cover types, allow biomass production where compatible with other uses. | **Action:**<br>In appropriate forest cover types, allow biomass production and use where compatible with vegetation mosaics and other resource uses.<br><br>Make byproducts from forest management activities available for biomass use or for insect and disease control. | **Action:**<br>In appropriate forest cover types, allow biomass production and use where compatible with vegetation mosaics and other resource uses.<br><br>Make byproducts from forest management activities and woodlands affected by insect and disease available for biomass. |
| 285. | **Action:**<br>Provide reasonable opportunity to salvage forest products before and after range and wildlife habitat improvement treatments (BLM 1985). | **Action:**<br>Encourage, where feasible, the harvest of woodland products in areas of proposed or existing vegetative treatments to lessen the need for additional treatment or land disturbance and in areas that need restoration for ecological benefits. | | | |
| 286. | **Action:**<br>In livestock management emphasis areas (228,240 acres), manage woodland products | **Action:**<br>Manage forest and woodlands where compatible to achieve other resource objectives. | | | |

76

BLM_0161814

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | and timber to enhance range resources and for insect and disease control (BLM 1985).<br><br>**Action:**<br>Plan wood product sales in wildlife areas (23,100 acres) to improve big game forage and other wildlife needs (BLM 1985).<br><br>**Action:**<br>Manage forest lands to enhance wildlife resources. Plan wood product sales in wildlife areas to improve big game forage and other wildlife needs (BLM 1985). | | | | |
| 287. | **Action:**<br>In livestock management emphasis areas (228,240 acres), manage timber species at a stocking level that maintains moderate to high herbage production. Use woodland products to the maximum extent practicable through commercial sales under the principle of sustained yield. Manage aspen forest types to perpetuate aspen, using even-aged silviculture. Limit clear-cuts in aspen to a maximum of 40 acres or the size of an aspen clone, whichever is smaller (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions and objectives. | | | |
| 288. | **Action:**<br>On 121,710 acres (management unit 1), manage woodland harvest areas for increased forage production and to be compatible with allotment management plans and wildlife habitat management objectives (BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions and objectives. | | | |
| 289. | **Action:**<br>Incorporate non-conflicting wildlife habitat management objectives, projects, and mitigating measures into new and existing forest management plans (area identified as a productive pinyon-juniper woodland important to wildlife and livestock; management units 1 and 3; BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions and objectives. | | | |
| 290. | **Action:**<br>Coordinate forestry and woodland products management on a case-by-case basis to | **Action:**<br>No similar action; this is addressed by the objective. | | | |

77

BLM_0161815

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|----------------------------|
| | ensure aquatic resources are protected and, in some cases, improved (BLM 1985). | | | | |
| 291. | **Action:** Manage lands suitable for timber and woodland production to enhance recreational opportunities and to maintain healthy stand conditions (BLM 1985). | **Action:** No similar action; this is addressed by other actions and objectives. | | | |
| 292. | **Action:** Manage forest products and woodlands to meet goals and objectives of the soil and water program for specific areas (BLM 1985). | **Action:** No similar action; this is addressed by other actions and objectives. | | | |
| 293. | **Action:** Allow for the sale or disposal of forest products or timber that could be lost in mineral development or that is needed for managing the resource. Meet demand without degradation or conflict (BLM 1985). | **Action:** Before removing any commercial or noncommercial woodland products as a result of permitted activities (e.g., mining, oil and gas production, sodium mining, and ROW), appraise and require the proponent to purchase the woodland products. The BLM could waive this requirement if the quantity of woodland product is of a small enough quantity to make the requirement unfeasible. | **Action:** Same as Alternative A. | **Action:** Same as Alternative B. | **Action:** Before removing any commercial or noncommercial forest and woodland products as a result of permitted activities (e.g., mining, oil and gas production, sodium mining, and ROW), appraise and require the proponent to purchase the woodland products. The BLM could waive this requirement if the quantity of woodland product is of a small enough quantity to make the requirement unfeasible. |
| 294. | **Action:** Allow removal of forest products only when compatible with cultural, wildlife, or recreation values or when done to improve safety (BLM 1985). | **Action:** No similar action; this action is not needed (future projects need to be compatible with the RMP). | | | |
| 295. | **Action:** Manage timber and woodland species on all available and capable lands with a combination of even- and uneven-age systems. Manage aspen under an even-age system. Limit open patch cuts to 20 acres or less in commercial forest types and 40 acres in woodland types. Regenerate all patch cuts, shelter wood, and selection harvest cuts, naturally or artificially, within 15 years. Continue managing all operable woodland and commercial saw timber in other emphasis areas (BLM 1985). | **Action:** No similar action (patch size, structure, and vegetation treatments are identified in other actions). | | | |

BLM_0161816

2. Alternatives and Proposed RMP

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 296. | **Action:** When carrying out projects using Healthy Forest Restoration Act authority, fully maintain or contribute toward the restoration of the structure and composition of old-growth stands according to the pre-fire suppression old-growth conditions characteristic of the forest type, taking into account the contribution of the stand to landscape fire adaptation and watershed health and retaining the large trees contributing to old-growth structure. | | | | When carrying out projects using Healthy Forest Restoration Act authority and similar acts passed to restore forest and woodlands, fully maintain or contribute toward the restoration of the structure and composition of historic stand composition according to the pre-fire suppression conditions characteristic of the forest type, taking into account the contribution of the stand to landscape fire adaptation and watershed health and retaining the large trees contributing to old-growth structure in appropriate forest/woodland types. |
| 297. | LIVESTOCK GRAZING | | | | |
| 298. | **GOAL:** Provide adequate forage for livestock while attaining healthy rangelands, in accordance with land health standards and in balance with other resources and uses, and to support local agricultural communities. | | | | |
| 299. | **Objective:** Manage to increase forage on livestock production on a sustained yield basis. Emphasis is upon increasing forage, red meat, and animal fiber production, and improving forage composition and watershed conditions. Make significant investments in livestock improvements, which will be multiple-use oriented (e.g., wildlife and watershed). Minimize investments for other resources but continue resource management activities compatible with livestock production (BLM 1985).<br><br>Make suitable public lands available for livestock grazing use (BLM 1989a). | **Objective:** While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs) based on long-term studies and land health conditions. Place emphasis on decreasing grazing permitted use. | **Objective:** While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs) based on long-term studies and land health conditions. Place emphasis on increasing grazing permitted use. | **Objective:** While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs) based on long-term studies and land health conditions. | **Objective:** Using best available science and monitoring data, at the implementation level, design grazing systems that will meet or make progress toward meeting BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs). |
| 300. | **Action:** Make 658,540619,500 acres available for livestock grazing (Figure 2-11, Appendix A). Provide 38,36435,519 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels.<br><br>Complete a detailed monitoring and evaluation plan. When undesirable and unintended changes in resource values are | **Action:** Make 510,070517,670 acres available for livestock grazing (Figure 2-12, Appendix A). Provide 29,86228,958 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 647,900653,270 acres available for livestock grazing (Figure 2-13, Appendix A). Provide 37,92636,949 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 611,560616,920 acres available for livestock grazing (Figure 2-14, Appendix A). Provide 36,42435,528 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 607,490607,580 acres available for livestock grazing (Figure 2-14, Appendix A). Provide 35,114 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. |

79

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | discovered and the causes are determined, take corrective actions (BLM 1985). | | | | |
| 301. | Action: Make 17,260 56,300 acres of allotments, portions of allotments, and areas unavailable for livestock grazing. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | Action: Make 165,730 158,130 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes steep slopes, conflict with BLM recreation sites, precipitation zone (16 inches) below which salts and carbonates are present in the Mancos shale soil profile, or avoidance of sensitive resources, such as those described in the *Areas of Critical Environmental Concern* section. Refer to Appendix E, Livestock Grazing Allotments. | Action: Make 27,900 22,530 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes suitability of grazing and private land conflict. Refer to Appendix E, Livestock Grazing Allotments. | Action: Make 64,240 58,970 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes steep slopes, conflict with BLM recreation sites, or avoidance of sensitive resources, such as those described in the *Areas of Critical Environmental Concern* section. Refer to Appendix E, Livestock Grazing Allotments. | Action: Make 68,310 50,310 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and un-allotted land. The purpose includes steep slopes, conflict with BLM recreation sites, or avoidance of sensitive resources, such as those described in the Fairview *Area of Critical Environmental Concern* section. Refer to Appendix E, Livestock Grazing Allotments. |
| 302. | Action: Keep closed portions (2,680 acres) of the Camel Back pasture in the Winter-Monitor allotment. | | Action: Make approximately 2,680 acres available for cattle grazing by reactivating the previously closed Camel Back pasture in the Winter-Monitor allotment. Provide 75 additional AUMs of grazing permitted use. | Action: Make approximately 2,680 acres available for livestock trailing by reactivating the previously closed Camel Back pasture in the Winter-Monitor allotment. This availability is for trailing only. Provide no additional AUMs of grazing permitted use. Trailing in the entire canyon is limited by time and is managed within the riparian objective and the BLM Colorado Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | Action: Same as Alternative D. |
| 303. | Action: On 3,720 acres (management unit 9), limit trailing use as much as possible and confine it to established roads; prohibit trailing livestock from bedding in riparian zones unless absolutely necessary (BLM 1989a). | Action: Limit livestock trailing use to established roads and trails to the extent possible. Prohibit trailing livestock from overnighting or bedding in sensitive areas, such as riparian zones and occupied federally listed plant habitat. | Action: Limit livestock trailing use to established roads and trails to the extent possible. Permit trailing livestock to overnight or bed in sensitive areas, such as riparian zones and in occupied federally listed plant habitat, only with prior approval from the BLM. | Action: Limit livestock trailing use to established roads and trails to the extent possible. Permit trailing livestock to overnight or bed in riparian zones in areas identified by and only with prior approval. | Action: Same as Alternative D. |
| 304. | Action: No similar action in the current RMP. | Action: Exclude livestock grazing for a minimum of three years on disturbed areas (e.g., a fire, reclamation of disturbed lands, seedings, and surface-disturbing vegetation treatments). | Action: Exclude livestock grazing on disturbed areas (e.g., fire, reclamation of disturbed lands, seedings, and surface-disturbing vegetation treatments) to the extent needed to comply with BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | | |
| 305. | Action: No similar action in current RMPs. | Action: Periodically evaluate allotments or portions of allotments to identify grazing issues. Base potential closure to livestock grazing and/or reduction in permitted use on the following | Action: No similar action. (Closure to livestock grazing and/or reduction in permitted use would not occur, unless identified in other actions.) | Action: Same as Alternative B. | |

BLM_0161818

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | criteria, when management is insufficient to remedy the problem:<br>● Areas identified as BLM disposal tracts<br>● Small percentage (less than 10 percent) of BLM-administered lands in allotment<br>● Areas unsuitable for livestock grazing (such as steep slopes)<br>● Major impact on wildlife or threatened and endangered species (such as competition for forage, winter range, sage-grouse habitat), or sensitive fish habitat, as determined by data analysis<br>● Public health and safety<br>● High-intensity recreation areas/facilities<br>● Resource objectives for municipal watersheds<br>● Conflicts with adjoining private land development<br>● Impacts on cultural resource<br><br>● Areas with high soil selenium concentrations | | | |
| 306. | Action:<br>Most often make livestock use adjustments by changing one or more of the following: the kind or class of livestock grazing the allotment, the season of use, the stocking rate, or the grazing pattern.<br><br>Make most livestock use adjustments in the "I" allotments, but also make use adjustments for allotments in the C and M categories (BLM 1985).<br><br>On 39,790 acres (emphasis areas B, E, F, and K), reduce number of livestock and change season-of-use where needed to accomplish the following:<br>● Provide sufficient forage for wildlife and to protect aquatic/riparian resources, especially on big game winter and spring ranges.<br>● Minimize impacts on mineral operations and revegetation efforts or to minimize erosion from site.<br>● Achieve soil and water program objective. | Action:<br>Adjust grazing management (e.g., AUMs, periods of use, allotments, class of livestock, and distribution) using an interdisciplinary process when the following data indicate that change is needed:<br>● Utilization levels or patterns of use in uplands and riparian areas and/or apparent trend data<br>● Long-term trend data<br>● Land Health Assessment data<br>● Other pertinent information, including that obtained from consultation with permittees, interested publics, and other agencies | | | |

BLM_0161819

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | ● Protect cultural resources (BLM 1985). | | | | |
| 307. | **Action:**<br>Develop 71 allotment management plans (332,340 acres; BLM 1985).<br>● Update existing allotment management plans as needed, and develop new allotment management plans (BLM 1989a).<br><br>*Note: The UFO has gradually moved away from completing formal allotment management plans since the current RMPs were written. Allotment management actions are currently identified as "Terms and Conditions" on grazing permits and are the product of regular resource condition monitoring, Landscape Health Assessments, and the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C).* | **Action:**<br>Implement allotment management actions through "terms and conditions" on grazing permits, resource activity plans (such as joint management area plans, coordinated resource management plans, wildlife habitat management plans), and guidance from existing or new allotment management plans. Base actions on resource monitoring, Land Health Assessments, and the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | | | Implement allotment management actions through "terms and conditions" on grazing permits, resource activity plans (such as joint management area plans, coordinated resource management plans, wildlife habitat management plans), and guidance from existing or new allotment management plans. Base actions on resource monitoring, including data provided via partners or cooperators (e.g. Colorado Cattlemen's and Colorado Wool Growers Associations, Colorado Department of Agriculture, livestock grazing permittees/lessees, etc.). Other data may include BLM Land Health Assessments in compliance with the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). |
| 308. | **Action:**<br>Base development of grazing systems on the following factors: allotment-specific management actions; resource characteristics, including vegetation's potential and water availability; general management actions; operator's needs; and implementation costs (BLM 1985).<br><br>Use improved management systems, such as rest-rotation and deferred-rotation, if appropriate. Invest in range improvements necessary to implement management systems (BLM 1985). | **Action:**<br>When developing grazing management strategies, place greater emphasis on improving rangeland health. Include other considerations, such as water availability, vegetation potential, topography and elevation, and implementation costs. | **Action:**<br>When developing grazing management strategies, place greater emphasis on increasing available forage (AUMs) for domestic livestock and, where appropriate, increasing stocking rates, while maintaining land health standards. Include other considerations, such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs. | **Action:**<br>When developing grazing management strategies, place greater emphasis on improving rangeland health and forage quality. Include other considerations, such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs or mitigation of resource conflicts. | |
| 309. | **Action:**<br>On 121,710 acres (management unit 1), develop land treatment projects designed to improve livestock forage. As additional forage becomes available, give allocation priority to livestock (BLM 1989a).<br><br>On 121,710 acres (management unit 1), give wildlife first priority for all additional forage made available as a result of rangeland improvement projects designed to improve | **Action:**<br>Do not allocate additional forage to livestock. | **Action:**<br>Allocate increases in forage (AUMs) availability to livestock. These increases could come from, but are not limited to, wildland fire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. | **Action:**<br>Allocate increases in forage (AUMs) where applicable and feasible to livestock, wildlife, land health, or a combination of these. Consider sustainability, multiple use management objectives, and other pertinent information. These increases could come from, but are not limited to, wildland fire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. | |

BLM_0161820

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | wildlife habitat funded by non-BLM sources (BLM 1989a).<br><br>On 92,180 acres (management units 2 and 3), divide additional forage equally between livestock grazing and wildlife to provide forage for both resources (BLM 1989a). | | | | |
| 310. | **Action:**<br>Follow the general procedures in implementing typical range improvements, in accordance with the San Juan/San Miguel Planning Area Draft RMP (BLM 1985), Appendix Nine – F. Base the extent, location, and timing of such actions on the allotment-specific management objectives adopted through the allotment management plan process, interdisciplinary development and review of proposed actions, contributions from operators and others, and BLM funding capability (BLM 1985).<br><br>Develop new livestock facilities and land treatment projects if needed to achieve allotment management plan objectives (BLM 1989a). | **Action:**<br>Prohibit new range improvement projects. Maintain existing range improvements to avoid major ecological damage. | **Action:**<br>Construct, modify, or remove range improvement projects and land treatments as appropriate to support livestock grazing management and other resource objectives. | | |
| 311. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Allow for establishment of forage reserves on vacated or relinquished allotments to provide for increased management options. | **Action:**<br>Evaluate combining vacated or relinquished allotments with active allotments where feasible to provide for increased management options. | **Action:**<br>To provide for increased management options, allow for establishment of forage reserves on vacated or relinquished allotments and evaluate combining vacated or relinquished allotments with active allotments, as guided by BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | |
| 312. | **Action:**<br>To improve the condition of riparian zones, establish management practices and principles in activity plans. Use as general guidance for improvement the utilization of 35 percent by weight of key forage species; this may vary depending on the individual riparian system (BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions. | | | |
| 313. | **Action:**<br>Develop multiple use management actions for each allotment in the "I" category. Tailor future management actions, including developing allotment management plans, to meet these objectives after consulting with livestock operators (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | | |

83

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 314. | Action:<br>On 12,560 acres (emphasis area C), use "rustic" range improvements near developed recreation areas (BLM 1985). | Action:<br>No similar action. (Range improvements that are rustic in nature would not be required.) | | | |
| 315. | Action:<br>Manage 13,950 acres (emphasis area D) for improved range condition (BLM 1985). | Action:<br>No similar action; this is addressed by other actions. | | | |
| 316. | Action:<br>In the San Miguel River SRMA, manage livestock to protect riparian system values and to prevent degradation of recreation values. With the exception of prescribed fire, do not use vegetation treatments to improve forage production. Prohibit range management improvements that negatively affect riparian system or scenic values. Where range improvements are near visitor concentration areas, design the improvements to enhance the recreation experience (BLM 1993a). | Action:<br>No similar action; this is addressed by other actions. | | | |
| 317. | Action:<br>Prohibit construction of facilities, such as livestock control fences, that create safety hazards or impede free vehicle use (BLM 1989a). | Action:<br>No similar action. (Facilities and improvements would have environmental analysis completed before approval.) | | | |
| 318. | Action:<br>On 6,360 acres (management unit 15), prohibit new livestock improvement projects or maintenance of existing projects to protect scenic values (BLM 1989a). | Action:<br>No similar action; improvements would be designed according to the VRM class for the area. | | | |
| 319. | Objective:<br>No similar objective in current RMPs. | Objective:<br>Manage grazing allotments to protect and mitigate effects of domestic sheep grazing on desert and Rocky Mountain bighorn sheep populations and disease transmission. | Objective:<br>Manage grazing allotments to minimize contact and mitigate effects of domestic sheep grazing on desert and Rocky Mountain bighorn sheep populations and disease transmission. | | Objective:<br>Manage grazing allotments to maintain desert and rocky mountain bighorn sheep populations, in cooperation with CPW. |
| 320. | Action:<br>No similar action in current RMPs. | Action:<br>Until current science can mitigate risk associated with disease transmission, cancel current and deny proposed domestic goat or sheep grazing and trailing permits within a 9-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | Action:<br>Until current science can mitigate risk associated with disease transmission, exclude domestic goat grazing within a 5-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | Action:<br>Until current science can mitigate risk associated with disease transmission:<br>• Exclude domestic goat grazing in occupied and suitable desert and Rocky Mountain bighorn sheep habitat. | Action:<br>Until current science can mitigate risk associated with disease transmission:<br>• Exclude domestic goat grazing in occupied and suitable desert and Rocky Mountain bighorn sheep habitat. |

BLM_0161822

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | Manage to minimize contact between domestic sheep and desert and Rocky Mountain bighorn sheep within the 3-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | • Manage domestic sheep grazing to minimize contact between domestic sheep and desert and Rocky Mountain bighorn sheep, in accordance with the completed Probability of Interaction Assessment. (Refer to Appendix K for the Bighorn/Domestic Sheep Risk of Association Modeling, management criteria, and maps.)<br><br>The Bighorn/Domestic Sheep Risk of Association Modeling (Appendix K) is the preliminary assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the probability of interaction for each individual allotment; results will direct management for permit renewal. | • Manage domestic sheep grazing to minimize contact between domestic sheep and desert and Rocky Mountain bighorn sheep, using the currently accepted peer reviewed modeling techniques and best available data. (Refer to Appendix K for the Bighorn/Domestic Sheep Risk of Contact modeling, management criteria, and maps.)<br><br>The Bighorn/Domestic Sheep Risk of Contact (RoC) modeling (Appendix K) is the preliminary assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the probability of interaction for each individual allotment; results will direct management for permit renewal. |
| 321. | **Action:**<br>No similar action in current RMPs, although partially addressed. | **Action:**<br>Until current science can mitigate the risk of disease transmission to bighorn sheep, prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing within a 9-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:**<br>Until current science can mitigate the risk of disease transmission to bighorn sheep, prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing within a 3-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:**<br>Until current science can mitigate the risk of disease transmission to bighorn sheep, prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing where Probability of Interaction Assessment depicts allotments are high probability for disease transmission. The Domestic/Bighorn Sheep Probability of Interaction Assessment is the preliminary assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the probability of interaction for each individual allotment; results will direct management for permit renewal. | **Action:**<br>Until current science can mitigate the risk of disease transmission to bighorn sheep, prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing unless effective separation results in a high confidence that there will be a low to no risk of contact with wild sheep.<br><br>The Domestic/Bighorn Sheep Risk of Contact modeling (Appendix K) is the preliminary assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the probability of interaction for each individual allotment; results will direct management for grazing permit renewal. |
| 322. | **Action:**<br>No similar action in current RMPs, although partially addressed. | **Action:**<br>Prohibit domestic sheep and goat trailing permits within a 9-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:**<br>Manage domestic sheep and goat trailing to minimize contact between domestic sheep/goats and desert and Rocky Mountain bighorn sheep in areas within a 3-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. Limit trailing to one to two days. | **Action:**<br>Manage domestic sheep and goat trailing to minimize contact between domestic sheep/goats and desert and Rocky Mountain bighorn sheep, in accordance with the completed Probability of Interaction Assessment in areas where the assessment shows high or moderate risk for contact with | **Action:**<br>Manage domestic sheep and goat trailing to minimize contact between domestic sheep/goats and desert and Rocky Mountain bighorn sheep. Prohibit domestic sheep and goat trailing unless effective separation results in a high degree of confidence that there will be a low to no risk of contact with wild sheep. Limit trailing to one or two days. |

85

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | | | bighorn sheep. Limit trailing to one to two days. | |
| 323. | SOLID LESABLE MINERALS (COAL) | | | | |
| 324. | **GOAL:** Provide opportunities for environmentally sound exploration and development of coal resources. | | | | |
| 325. | **Objective:** Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts on other resource values (BLM 1985).<br><br>Coal development will be considered on a site-specific basis after consultation with affected entities and formulation of mitigating measures. Development of existing coal leases will continue, and unleased federal coal will be identified as acceptable for further coal leasing consideration with a minimum of multiple-use restrictions (BLM 1989a). | **Objective:** In areas identified as suitable for additional coal exploration and/or leasing, allow federal exploration and/or leasing while providing protective stipulations to limit impacts on other resource values. | | | |
| 326. | **Action:** Manage 580 acres of split-estate in the coal resource development potential area as closed to coal leasing, in accordance with congressional mandates (Figures 2-15, Appendix A):<br>● Tabeguache Area (PL 103-77)*<br>● Curecanti National Recreation Area (43 CFR, 3400.2[a][8])**<br>● Congressionally designated National Trails (i.e., Old Spanish National Historic Trail; 43 CFR, 3400.2[a][4]; 200-meter [656 feet] buffer from center line).<br>*A portion of the area is within the coal resource development potential area<br>**Not within the coal resource development potential area | **Action:** Manage 1,910 acres (including 580 acres of split-estate) in the coal resource development potential area as closed to coal leasing, in accordance with congressional mandates (Figures 2-16 [Alternative B], 2-17 [Alternative C], and 2-18 [Alternative D], Appendix A):<br>● Tabeguache Area (PL 103-77)*<br>● Curecanti National Recreation Area (43 CFR, 3400.2[a][8])**<br>● Congressionally designated National Trails (i.e., Old Spanish National Historic Trail; 43 CFR, 3400.2[a][4]; 200-meter [656 feet] buffer from center line).<br>*A portion of the area is within the coal resource development potential area<br>**Not within the coal resource development potential area | | | |
| 327. | **Action:** Allow coal leasing on 1,480 acres in the Nucla Known Recoverable Coal Resource Area. The remaining coal lands determined to be suitable or identified as priorities for future leasing will be managed for other multiple use considerations. These lands would be made available for future leasing | **Action:** Manage 320,440 acres (Figure 2-16, Appendix A) in the coal resource development potential area as acceptable for further consideration of leasing and development.<br>● BLM surface/federal mineral estate: 168,700 acres | **Action:** Manage 405,230 acres (Figure 2-17, Appendix A) in the coal resource development potential area as acceptable for further consideration of leasing and development.<br>● BLM surface/federal mineral estate: 249,620 acres | **Action:** Manage 371,400 acres (Figure 2-18, Appendix A) in the coal resource development potential area as acceptable for further consideration of leasing and development.<br>● BLM surface/federal mineral estate: 214,070 acres<br>● Private or State surface/federal mineral estate: 157,330 acres | |

BLM_0161824

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|------|---------------|---------------|---------------|---------------|------------------------------|
| | only when the coal priority area has been depleted or a significant demand is expressed that could not be met by the existing coal priority area (BLM 1985). Identify 144,790 acres as acceptable for further coal leasing consideration on a site-specific basis after consultation with affected entities and formulation of mitigating measures designed to protect identified resources (BLM 1989a). • BLM surface/federal mineral estate: 33,890 acres • Private or State surface/ federal mineral estate: 110,900 acres (Refer to Figure 2-15, Appendix A.) | • Private or State surface/federal mineral estate: 151,740 acres | • Private or State surface/federal mineral estate: 155,610 acres | | |
| 328. | **Action:** Manage 490 acres of BLM surface/federal mineral estate in the coal resource development potential area (BLM 1985, 1989a) identified in Screen 2 criteria, set forth in 43 CFR, 3461.5, as unsuitable for surface mining and surface mining operations (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area; Figure 2-15, Appendix A). | **Action:** Manage 2,500 acres in the coal resource development potential area identified in Screen 2 criteria, set forth in 43 CFR, 3461.5, as unsuitable for surface mining and surface mining operations (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area; Figures 2-16 [Alternative B], 2-17 [Alternative C], and 2-18 [Alternative D], Appendix A): • BLM surface/federal mineral estate: 2,170 acres • Private or State surface/federal mineral estate: 330 acres | | | |
| 329. | **Action:** Manage the following areas as unacceptable for further consideration of leasing and development, in accordance with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area): • Adobe Badlands ACEC* • WSAs* *Not within the coal resource development potential area. | **Action:** Manage 96,650 acres • BLM surface/federal mineral estate: 88,890 acres • Private or State surface/federal mineral estate: 7,760 acres (Figure 2-16, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development, in accordance with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area): • Lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public | **Action:** Manage 11,860 acres • BLM surface/federal mineral estate: 7,960 acres • Private or State surface/federal mineral estate: 3,900 acres (Figure 2-17, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development, in accordance with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area): • Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply" | **Action:** Manage 45,690 acres • BLM surface/federal mineral estate: 43,510 acres • Private or State surface/federal mineral estate: 2,180 acres (Figure 2-18, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development, in accordance with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area): • State parks • State wildlife areas • Municipal parks • Lands managed to protect wilderness characteristics • SRMAs • ACECs | **Action:** Manage 45,690 acres as follows: • BLM surface/federal mineral estate: 43,510 acres • Private or State surface/federal mineral estate: 2,180 acres (Figure 2-18, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development, in accordance with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area) These areas include: • State parks • State wildlife areas • Municipal parks • Lands managed to protect wilderness characteristics – Roc Creek unit • SRMAs |

87

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | water supply intake classified by the State as "water supply"<br>• Public water supplies that use a groundwater well or spring, a 2,640-foot (0.50-mile) buffer<br>• State parks<br>• State wildlife areas<br>• Municipal parks<br>• Lands managed to protect wilderness characteristics<br>• SRMAs<br>• ACECs<br>  ○ Salt Desert Shrub<br>  ○ San Miguel River Expansion<br>  ○ East Paradox<br>• WSAs<br>• Suitable WSR segments classified as wild (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)]) | • Public water supplies that use a groundwater well or spring, a 1,000-foot buffer<br>• State parks<br>• State wildlife areas<br>• Municipal parks<br>• WSAs | ○ Adobe Badlands<br>○ San Miguel River<br>• Suitable WSR segments WSAs | ○ Dolores River Canyon<br>○ Dry Creek<br>○ Jumbo Mountain<br>○ North Delta<br>○ Ridgway Trails<br>○ Roubideau<br>○ San Miguel River<br>○ Spring Creek<br>• ACECs<br>  ○ Adobe Badlands<br>  ○ San Miguel River<br>• Suitable WSR segments<br>• WSAs |
| 330. | Allowable Use:<br>STIPULATION NSO-CO-1 (BLM 1991a): *Coal Lands.* Prohibit surface occupancy on leases within the area of federally leased coal lands where oil and gas development would likely be incompatible with coal extraction. (Refer to Appendix B; Figures 2-19, Appendix A.) | Allowable Use:<br>No similar allowable use. | | | |
| 331. | Allowable Use:<br>STIPULATION CSU-CO-25 (BLM 1991a): *Federally Leased Coal.* Where oil and gas operations are proposed within the area of federally leased coal, relocate them outside the area to be mined or so as to accommodate room and pillar mining operations. (Refer to Appendix B; Figure 2-19, Appendix A.) | Allowable Use:<br>STIPULATION CSU-48: *Geology Coal Mine.* Surface occupancy or use may be restricted due to surface or underground coal mines. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Operations proposed within the area of an approved surface or underground coal mine will be relocated outside the area to be mined or to accommodate room and pillar and long wall mining operations. This stipulation does not apply to operations that capture or pipe methane from a mine for beneficial use. (Refer to Appendix B; Figures 2-20 [Alternative B], 2-22 [Alternative C], and 2-23 [Alternative D], Appendix A.) | | | |
| 331a. | Action:<br>No similar action in current RMPs | Alternative B:<br>Allowable Use:<br>No similar allowable use. (Active and existing coal leases may be available for fluid mineral leasing.) | Alternative B.1 (North Fork area only):<br>Allowable Use:<br>NO LEASING NL-13: *Active (and Future) and Existing (Inactive, Retired) Coal Leases.* Close to | Action:<br>No similar action | |

BLM_0161826

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | oil and gas leasing areas within 0.25-mile of active (and future) and existing (inactive, retired) coal leases. This NL does not apply to operations that capture methane for commercial use.[1] (Refer to Appendix B; Figure 2-21, Appendix A.) | | | |
| 332. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Prior to lease or modification, require the proponent of a new federal coal lease or of a federal coal lease modification to evaluate the technical and economic feasibility of destroying, converting, capturing and using, or otherwise mitigating the release of coal mine methane to the atmosphere by all components of the mine ventilation system.<br><br>If coal mine methane release is not mitigated with the issue of a new lease, require the recipient of a federal coal lease or federal coal lease modification to annually provide the BLM with a report (prepared by a neutral third party) evaluating the technical and economic feasibility of destroying, converting, capturing and using, or otherwise mitigating the release of coal mine methane to the atmosphere by all components of the mine ventilations system. The report will have a summary of known projects that do mitigate methane, the effectiveness of the projects, and the adaptability to the local mine. | **Action:**<br>No similar action. (There would not be similar requirement on a coal lease or modification.) | | |
| 333. | **Allowable Use:**<br>**LEASE NOTICE LN-UB-10/CO-33:** *Coal Areas*. Within the Paonia-Somerset Known Recoverable Coal Resource Area, coal and oil and gas leasing and development will be | **Action:**<br>The portions of the coal potential area where the overburden above the coal is less than 3,500 feet will be managed primarily for the exploration and development of coal resources. Oil and gas operators anticipating exploration or development operations are required to consult and coordinate their activities with the BLM Authorized Officer to first determine the status of the coal resource then what course of action is in the public's interest. Under no circumstances would the BLM approve any oil and gas operations that compromises maximum economic coal recovery or the safety of underground mining operations. Where the coal is in place but is neither licensed for exploration nor leased for mining, oil and gas operators may expect the BLM | | | |

---

[1] This NL is shown as submitted by the proponents of the North Fork Alternative Plan; however, it is not implementable as described. It is being analyzed for illustrative purposes. The BLM oil and gas regulations do not provide for gas to be leased, regardless of the source or reason, in an area that is closed to leasing.

89

BLM_0161827

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | managed consistent with land use plans and lease terms. More specifically, the portions of the Known Recoverable Coal Resource Area where the overburden above the B-Seam of the Mesaverde coals is less than 3,500 feet will be managed primarily for the exploration and development of the coal resources. Oil and gas operators anticipating exploration or development operations are encouraged to consult and coordinate their activities with the affected coal operators. In the event that the oil and gas and coal operators are unable to agree on proposed oil and gas exploration or development, the BLM Authorized Officer would intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. However, under no circumstances will the BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations. (Refer to Appendix B.) | to scrutinize and adjust well placement and hydraulic fracturing activities to avoid ruining coal resources. Where the coal is either licensed for exploration or leased for mining the oil and gas, operators must consult with the affected coal operators on proposed oil and gas exploration or development. In the event that the oil and gas and coal operators are unable to agree on any proposal, the BLM Authorized Officer would intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. This applies even if actual exploration and mining has ceased. Where the BLM has determined the coal to be completely mined out and all licenses and leases terminated, the oil and gas operator is required to become informed about historic mine maps and mine-related drill holes. | | | |
| 334. | FLUID LEASABLE MINERALS *(Oil and Gas and Geothermal Resources)* | | | | |
| 335. | GOAL: Provide opportunities to develop fluid minerals consistent with other resource goals and uses to support local and national energy needs. | | | | |
| 336. | Objective: Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts on other resource values (BLM 1985). Continue oil, gas, and carbon dioxide operations in areas designated as Known Geologic Structures (BLM 1985). Facilitate orderly, economic, and environmentally-sound exploration and development of oil and gas resources using balanced multiple use management (BLM 1993a). | Objective: Lease federal fluid mineral and geothermal resources to facilitate economically and environmentally responsible exploration, development, and reclamation using the best available technology. | | | |
| 337. | Allowable Use: NO LEASING (NL): *BLM Surface/Federal Mineral Estate.* Manage 44,220 acres of the federal mineral estate underlying BLM- | Alternative B: Allowable Use: NO LEASING (NL): *BLM Surface/Federal Mineral Estate.* Manage 181,220 acres of the | Allowable Use: Same as Alternative A (Figure 2-22, Appendix A). | Allowable Use: NO LEASING (NL): *BLM Surface/Federal Mineral Estate.* Manage 48,510 acres of the federal mineral estate underlying BLM- | Allowable Use: NO LEASING (NL): Manage 44,220 acres of the federal mineral estate as closed to fluid mineral leasing and |

90

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | administered surface as closed to fluid mineral leasing and geophysical exploration (Figure 2-19, Appendix A):<br>● Tabeguache Area<br>● WSAs<br>   (Refer to Appendix B.) | federal mineral estate underlying BLM-administered surface as closed to fluid mineral leasing, geothermal leasing, and geophysical exploration (Figure 2-20, Appendix A):<br>● Same as Alternative A plus:<br>  ○ Within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greater) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers<br>  ○ Within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>  ○ Within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring<br>  ○ Gunnison sage-grouse critical habitat and lek habitat (lek area plus a 0.6-mile radius)<br>  ○ Lands managed to protect wilderness characteristics<br>  ○ SRMAs<br>   - Dolores River Canyon<br>   - Dry Creek RMZs 1, 2, and 4<br>   - Jumbo Mountain RMZ 1<br>   - Paradox Valley RMZ 4<br>   - Ridgway Trails RMZ 1<br>   - Roubideau<br>   - San Miguel River<br>   - Spring Creek RMZs 1<br>  ○ ACECs<br>   - Dolores Slickrock Canyon<br>   - Roubideau-Potter-Monitor<br>   - San Miguel River Expansion<br>(Refer to Appendix B.)<br><br>Alternative B.1 (North Fork area only):<br>Allowable Use:<br>NO LEASING (NL): *BLM Surface/Federal Mineral Estate.* Manage 221,570 acres | | administered surface as closed to fluid mineral leasing, geothermal leasing, and geophysical exploration (Figure 2-23, Appendix A):<br>● Same as Alternative A plus:<br>  ○ Within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>  ○ Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring<br>(Refer to Appendix B.) | geophysical exploration (Figure 2-19, Appendix A):<br>● Tabeguache Area<br>● WSAs<br>(Refer to Appendix B.) |

BLM_0161829

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | (51,370 acres of which are in the North Fork area) of the federal mineral estate underlying BLM-administered surface as closed to oil and gas leasing and geophysical exploration (Figure 2-21, Appendix A):<br>● Within 0.50-mile of the Paonia, Hotchkiss, and Crawford town limits<br>● Within 0.25-mile of active (and future) and existing (inactive, retired) coal leases. This NL does not apply to operations that capture methane for commercial use. (See footnote to row 327.)<br>● Within 1,320 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and within a 1,320-foot buffer of all public water supplies that use a groundwater well or spring<br>● Within 1,320 feet of all domestic water wells and private water systems, including ditches and domestic water decrees<br>● Within 0.50-mile mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers<br>● Within 2,640-feet (0.50-mile) of all streams, watercourses and waterways<br>● Within 2,640-feet (0.50-mile) of lakes, ponds, naturally occurring wetlands, and impounding reservoirs (not including stock ponds for livestock)<br>● Soils with high and very high potential for selenium loading<br>● Prominent landmarks: face of Jumbo Mountain, Youngs Peak, "H" Hill, near flanks of the West Elks, Needle Rock ACEC<br>(Refer to Appendix B.) | | | |
| 338. | Allowable Use:<br>No similar allowable use in current RMPs. | Alternative B:<br>Allowable Use:<br>NO LEASING (NL): *Split-estate.* Manage 38,360 acres of private and State surface/federal fluid mineral estate as closed to fluid mineral leasing and geophysical exploration (Figure 2-20, Appendix A):<br>● Within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream | Allowable Use:<br>No similar allowable use; there are no areas identified as No Leasing in this alternative. | Allowable Use:<br>NO LEASING (NL): *Split-estate.* Manage 1,550 acres of private and State surface/federal fluid mineral estate as closed to fluid mineral leasing and geophysical exploration (Figure 2-23, Appendix A):<br>● Within 1,000 feet of either side of a classified surface water-supply stream | Allowable Use:<br>Same as Alternative A. |

92

BLM_0161830

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring<br>• Gunnison sage-grouse critical habitat and lek habitat (lek area plus a 0.6-mile radius)<br>• Curecanti National Recreation Area<br>• State parks<br>• State wildlife areas<br><br>Alternative B.1 (North Fork area only):<br>Allowable Use:<br>NO LEASING (NL): *Split-estate.* Manage 85,100 acres (53,380 acres of which are in the North Fork area) of private and State surface/federal fluid mineral estate as closed to oil and gas leasing and geophysical exploration (Figure 2-21, Appendix A):<br>• Within 0.50-mile of the Paonia, Hotchkiss and Crawford town limits<br>• Within 0.25-mile of active (and future) and existing (inactive, retired) coal leases. This NL does not apply to operations that capture methane for commercial use<br>• Within 1,320 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and within a 1,320-foot buffer of all public water supplies that use a groundwater well or spring<br>• Within 1,320 feet of all domestic water wells and private water systems, including ditches and domestic water decrees<br>• Within 0.50-mile mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers<br>• Within 2,640-feet (0.50-mile) of all streams, watercourses and waterways<br>• Within 2,640-feet (0.50-mile) of lakes, ponds, naturally occurring wetlands and impounding reservoirs (not including stock ponds for livestock) | | segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring | |

BLM_0161831

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | • Soils with high and very-high potential for selenium loading<br>• Prominent landmarks: face of Jumbo Mountain, Youngs Peak, "H" Hill, near flanks of the West Elks, Needle Rock ACEC | | | |
| 339. | Allowable Use:<br>LEASING<br>Manage 871,810 acres of the federal mineral estate as open to fluid mineral leasing and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) to protect existing resources (Figure 2-19, Appendix A):<br>• BLM surface/federal fluid mineral estate: 631,580 acres<br>• Private or State surface/federal fluid mineral estate: 240,230 acres | Alternative B:<br>Allowable Use:<br>LEASING<br>Manage 696,450 acres of the federal mineral estate as open to fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) (Figure 2-20, Appendix A):<br>• BLM surface/federal fluid mineral estate: 494,580 acres<br>• Private or State surface/federal fluid mineral estate: 201,870 acres<br><br>Alternative B.1 (North Fork area only):<br>Allowable Use:<br>LEASING<br>Manage 609,360 acres (34,790 acres of which are in the North Fork area) of the federal mineral estate as open to oil and gas leasing and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) (Figure 2-21, Appendix A):<br>• BLM surface/federal fluid mineral estate: 454,230 acres<br>• Private or State surface/federal fluid mineral estate: 155,130 acres | Allowable Use:<br>LEASING<br>Manage 871,810 acres of the federal mineral estate as open fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) (Figure 2-22, Appendix A):<br>• BLM surface/federal fluid mineral estate: 631,580 acres<br>• Private or State surface/federal fluid mineral estate: 240,230 acres | Allowable Use:<br>LEASING<br>Manage 865,970 acres of the federal mineral estate as open to fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) (Figure 2-23, Appendix A):<br>• BLM surface/federal fluid mineral estate: 627,290 acres<br>• Private or State surface/federal fluid mineral estate: 238,680 acres | Allowable Use:<br>LEASING<br>Manage 871,810 acres of the federal mineral estate as open to fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) (Figure 2-23, Appendix A):<br>• BLM surface/federal fluid mineral estate: 631,580 acres<br>• Private or State surface/federal fluid mineral estate: 240,230 acres |
| 340. | Allowable Use:<br>STIPULATION *NSO* (all NSOs): Prohibit surface occupancy on 25,610 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 24,890 acres<br>• Private or State surface/federal fluid mineral estate: 720 acres that are open to oil and gas leasing (BLM 1985, 1989a; refer to Appendix B; Figure 2-19, Appendix A):<br>• ACECs | Alternative B:<br>Allowable Use:<br>STIPULATION *NSO* (all NSOs): Prohibit surface occupancy on 452,930 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 354,970 acres<br>• Private or State surface/federal fluid mineral estate: 97,960 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-20, Appendix A):<br>• Saline/selenium soils | Allowable Use:<br>STIPULATION *NSO* (all NSOs): Prohibit surface occupancy on 22,300 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 14,680 acres<br>• Private or State surface/federal fluid mineral estate: 7,620 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-22, Appendix A):<br>• Within 1,000 feet of either side of a classified surface water-supply stream | Allowable Use:<br>STIPULATION *NSO* (all NSOs): Prohibit surface occupancy on 238,140 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 187,560 acres<br>• Private or State surface/federal fluid mineral estate: 50,580 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-23, Appendix A):<br>• Slopes of 40 percent or greater | Allowable Use:<br>STIPULATION *NSO* (all NSOs): Prohibit surface occupancy on 248,170 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 188,860 acres<br>• Private or State surface/federal fluid mineral estate: 59,310 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-23, Appendix A):<br>• Slopes of 40 percent or greater |

94

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | ○ Adobe Badlands<br>○ Fairview South<br>○ Needle Rock<br><br>Within the San Juan/San Miguel RMP area only, the following:<br>● Significant waterfowl and shorebird production areas (major areas are Waterfowl Habitat Management Areas and rookeries)<br>● Special status plant species habitat (including federally listed and proposed species for listing and candidate species)<br>● Within 0.25-mile radius of a lek site for sage-grouse and mountain sharp-tailed grouse and lesser and greater prairie chickens<br>● Raptors (golden eagle, osprey, accipiters, falcons [except kestrel], buteos, and owls, within 0.125-mile of nest sites)<br>● Within 0.25-mile of bald eagle roost or nest sites<br>● Within 0.25-mile of peregrine falcon cliff nesting complexes<br>● Within 0.25-mile of confirmed Mexican spotted owl roost and nesting sites<br>● Tabeguache Cave II and Tabeguache Canyon<br>● Tabeguache Pueblo<br>● Dolores Cave<br>● Dolores River Canyon SRMA<br>● Tabeguache Creek ACEC<br>● Within the area of federally leased coal lands where oil and gas development would likely be incompatible with coal extraction | ● Slopes of 30 percent or greater<br>● Within 500 feet of the edge of the ordinary high-water mark (bank-full stage) of perennial streams<br>● Within 1,000 feet of all domestic water wells<br>● Exemplary, ancient, and rare and relict vegetation communities<br>● Within 660 feet of the edge of perennial, intermittent and ephemeral streams; riparian areas, fens and/or wetlands; and water impoundments<br>● Portions of ecological emphasis areas (see *Wildlife – Terrestrial* section)<br>● Within 200 meters (656 feet) of edge of habitat of federally listed, proposed, or candidate threatened or endangered plant species,<br>● Within 1.0 mile of federally listed fish occupied habitat<br>● Within known occupied habitat for federally threatened, endangered, proposed, and candidate wildlife and bird species, except for Canada lynx and yellow billed cuckoo<br>● Yellow-billed cuckoo habitat<br>● Within 4.0 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat<br>● Within 0.25-mile of active special status raptor nest sites and associated alternate nests<br>● Within 0.125-mile of active nest sites and associated alternate nests of raptors that are not special status (except kestrel)<br>● Within 0.5-mile of bald eagle winter roost sites<br>● Within 1.0 mile of confirmed Mexican spotted owl roost and nesting sites<br>● Within 150 feet of active Gunnison and white-tailed prairie dog towns<br>● Within 0.25-mile of federally listed, BLM sensitive, and Colorado state species of concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network) | segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>● Within a 805 meters (0.5-mile) of all public water supplies that use a groundwater well or spring<br>● Within 0.6-mile of Gunnison sage-grouse leks<br>● Activities that are more than 1.0 acre within active Gunnison and white-tailed prairie dog towns that are less than 10 acres<br>● Within 200 meters (656 feet) of eligible or potentially eligible cultural sites allocated to Traditional Use<br>● National Register Districts<br>● Within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia Dams) or their appurtenant structures<br>● Needle Rock ACEC<br>● Within a 50-meter buffer (164 feet) of the center line of the Old Spanish National Historic Trail<br>● Within 200 meters (656 feet) of the center line of designated National Recreation Trails<br>● DOE Uranium Mill Tailings Remedial Action Area | ● Within 400 meters (1,312 feet) of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greater) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers<br>● Within 325 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams<br>● Within 325 feet of perennial, intermittent and ephemeral streams; riparian areas, fens and/or wetlands; and water impoundments. Within 2,500 feet of the ordinary high water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat<br>● Within 325 feet of the edge of the ordinary high water mark (bank-full stage) of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>● Within known habitat for federally threatened endangered and proposed wildlife and bird species, except for Canada lynx, Mexican spotted owl, and yellow-billed cuckoo<br>● Within a 0.6-mile radius of Gunnison sage-grouse leks<br>● Within 0.25-mile of active and inactive bald eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>● Within 0.25-mile of active and inactive golden eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>● Within 0.50-mile of active and inactive ferruginous hawk, peregrine falcon, prairie falcon, and northern goshawk nest sites<br>● Within 0.25-mile of active and inactive nest sites of all other special status raptors and those that are not special status (except Mexican spotted owl) | ● Within 305 meters (1,000 feet) of a classified surface water supply stream segment (as measured from the average high-water mark) for a distance of 8 kilometers (5 miles) upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado.<br>● Within 2,640 feet (0.50-mile) buffer of all public water supplies that use a groundwater well and groundwater under the direct influence of surface water.<br>● Prohibit directional drilling within 1,500 vertical feet below a surface Public Water Supply or 1,500 vertical feet below the depth of a Public Water Supply that use a groundwater well or groundwater under the direct influence of surface water.<br>● Within 400 meters (1,312 feet) of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greater) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers<br>● Within 328 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams, fens and/or wetlands and water impoundments.<br>● Within 2,500 feet of the ordinary high water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat<br>● Within 328 feet of the edge of the ordinary high water mark (bank-full stage) of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>● Within known habitat for federally threatened endangered and proposed wildlife and bird species, except for Canada lynx, Mexican spotted owl, and yellow-billed cuckoo<br>● Gunnison Sage-Grouse Breeding (Lek) Habitat.<br>● Gunnison Sage-Grouse Critical Habitat |

95

BLM_0161833

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | ● Within 200 meters (656 feet) of cultural resource sites allocated to Traditional Use<br>● Tabeguache Pueblos area and Tabeguache Canyon<br>● Within 200 meters (656 feet) of eligible cultural properties, traditional cultural properties listed National or State Registers of Historic Places (sites or districts), outstanding cultural resources to be nominated to the National or State Registers of Historic Places, interpreted and/or public use sites, and experimental-use sites<br>● National Register Districts<br>● VRM Class I areas<br>● SRMAs<br>　○ Burn Canyon<br>　○ Dry Creek RMZ 3<br>　○ Jumbo Mountain RMZ 2<br>　○ Kinikin Hills<br>　○ North Delta<br>　○ Paradox Valley RMZs 1-3<br>　○ Ridgway Trails RMZ 2<br>　○ Spring Creek RMZ 3<br>● Within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia Dams) or their appurtenant structures<br>● ACECs (except Dolores Slickrock Canyon, Roubideau-Potter-Monitor, and San Miguel River Expansion, which are No Leasing)<br>● Suitable WSR segments classified as wild (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>● Within a 0.5-mile buffer of the center line of the Old Spanish National Historic Trail<br>● Within 0.5-mile of the center line of designated National Recreation Trails<br>● Within the viewshed of scenic byways, up to 0.5-mile<br>● DOE Uranium Mill Tailings Remedial Action Area<br>● Within 152 meters (500 feet) of occupied dwellings and building units or within 305 | | ● Within 0.25-mile of bald eagle winter roost sites<br>● Lands identified as Protected Activity Centers for Mexican spotted owl<br>● Within 0.25-mile of federally listed and BLM sensitive bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)<br>● Within 200 meters (656 feet) of cultural resource sites allocated to Traditional Use<br>● Within 100 meters (328 feet) of known eligible cultural resources, traditional cultural properties, listed NRHP sites and districts, outstanding cultural resources to be nominated to the NRHP, interpreted and/or public use sites, and experimental-use sites<br>● Lands with wilderness characteristics<br>● SRMAs<br>　○ Dolores River Canyon<br>　○ Dry Creek RMZs 2 and 4<br>　○ Jumbo Mountain<br>　○ Ridgway Trails<br>　○ Roubideau<br>　○ San Miguel River RMZs 1-3<br>　○ Spring Creek<br>● Curecanti National Recreation Area<br>● State parks<br>● State wildlife areas<br>● Municipal parks<br>● Within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia Dams) or their appurtenant structures<br>● ACEC<br>　○ Adobe Badlands<br>　○ Fairview South (BLM Expansion)<br>　○ Needle Rock<br>　○ San Miguel River<br>　○ Dolores River Slickrock Canyon<br>　○ Biological Soil Crust<br>　○ Roubideau Corridors<br>　○ Paradox Rock Art<br>● Suitable WSR segments classified as wild or scenic (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)]) | ● Within 0.25-mile of active and inactive bald eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>● Within 0.25-mile of active and inactive golden eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>● Within 0.50-mile of active and inactive ferruginous hawk, peregrine falcon, prairie falcon, and northern goshawk nest sites<br>● Within 0.25-mile of active and inactive nest sites of all other special status raptors and those that are not special status (except Mexican spotted owl)<br>● Within 0.25-mile of bald eagle winter roost sites<br>● Lands identified as Protected Activity Centers for Mexican spotted owl<br>● Within 200 meters (656 feet) of cultural resource sites allocated to Traditional Use<br>● Within 100 meters (328 feet) of known eligible cultural resources, traditional cultural properties, listed NRHP sites and districts, outstanding cultural resources to be nominated to the NRHP, interpreted and/or public use sites, and experimental-use sites<br>● Lands with wilderness characteristics – Roc Creek unit<br>● SRMAs<br>　○ Dolores River Canyon Zones 1, 2 & 3<br>　○ Dry Creek RMZs 1, 2, 4 and 5<br>　○ Jumbo Mountain Zones 1 & 2<br>　○ Ridgway Trails Zones 1 & 2<br>　○ Roubideau Zones 1 & 2<br>　○ San Miguel River RMZs 1-4<br>　○ Spring Creek Zones 1-3<br>● Curecanti National Recreation Area<br>● State parks<br>● State wildlife areas<br>● Municipal Parks |

96

BLM_0161834

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | meters (1,000 feet) from high occupancy buildings<br><br>**Alternative B.1 (North Fork area only):**<br>Allowable Use:<br>STIPULATION *NSO* (all NSOs): Prohibit surface occupancy on 404,690 acres (27,280 acres of which are in the North Fork area) of federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 318,630 acres<br>• Private or state surface/federal fluid mineral estate: 86,060 acres that are open to oil and gas leasing (refer to Appendix B; Figure 2-21, Appendix A):<br>• Within 0.25-mile of any prime and unique farmlands, livestock operations, organic farm, conventional farm, ranch, orchard, and the West Elks American Viticultural area<br>• From 1,320 feet to 2640 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and from 1,320 feet to 2640 feet of all public water supplies that use a groundwater well or spring<br>• From 1,320 feet to 2640 feet of all domestic water wells and private water systems, including ditches and domestic water decrees<br>• Within 1,320 feet of any dam, ditch, irrigation intake, canal, or other water conveyance<br>• Within 0.50- to 1.0 mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers<br>• Within 0.50- to 1.0 mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers<br>• Within the 100-year floodplain of any stream or river system<br>• In mule deer and elk crucial winter range, including severe winter range and winter concentration areas, and in elk reproduction areas<br>• In big game migration corridors | | • Within a 0.5-mile buffer of the center line of the congressionally designated portion of the Old Spanish National Historic Trail<br>• Within 200 meters (656 feet) of the center line of designated National Recreation Trails<br>• DOE Uranium Mill Tailings Remedial Action Area<br>• Within 152 meters (500 feet) of occupied dwellings and building units or within 305 meters (1,000 feet) from high-occupancy buildings | • Within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia Dams) or their appurtenant structures<br>• ACEC<br>  o Adobe Badlands<br>  o Fairview South (BLM Expansion)<br>  o Needle Rock<br>  o San Miguel River<br>  o Biological Soil Crust<br>  o Paradox Rock Art<br>• Suitable WSR segments classified as wild or scenic (see Table 2-5 [Summary of Wild and Scenic River Study Segments<br>• Within 200 meters (656 feet) of the center line of designated National Recreation Trails<br>• DOE Uranium Mill Tailings Remedial Action Area<br>• Within 305 meters (1,000 feet) from building units. |

97

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | • In Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius)<br>• Within 4.0 miles of any known lek, and within mapped Gunnison sage-grouse breeding, summer, and winter habitat outside of the 4.0-mile buffer<br>• Within 0.25-mile of any active or historic bald eagle or golden eagle nest site and within 0.50-mile of any active or historic peregrine falcon nest site<br>• Within 0.25-mile of northern leopard frog breeding sites<br>• Within 0.50-mile of stream segments occupied by native cutthroat trout<br>• Within 0.25-mile of soils with high and very high potential for selenium loading<br>• On all areas with medium to high geologic hazard<br>• Within 1.0 mile of:<br>  ○ West Elk Scenic Byway (Colorado Highways 92 and 133 and Gunnison County Road 12)<br>  ○ 3100 Road<br>  ○ North Road<br>  ○ Crawford Road<br>  ○ Back River Road<br>• Within 0.25-mile of schools and community facilities:<br>  ○ North Fork Swimming Pool<br>  ○ Crawford School<br>  ○ Hotchkiss High School<br>  ○ North Fork Community Montessori School<br>  ○ North Fork Recycling Center | | | |
| 341. | Allowable Use:<br>STIPULATION *CSU* (all CSUs): Apply CSU restrictions on 119,860 acres of the federal mineral estate within the San Juan/San Miguel RMP area:<br>• BLM surface/federal fluid mineral estate: 110,180 acres<br>• Private or State surface/federal fluid mineral estate: 9,680 acres that are open to oil and gas leasing (BLM 1985; refer to Appendix B; Figure 2-19, Appendix A):<br>• Slopes of 40 percent or greater | Allowable Use:<br>STIPULATION *CSU* (all CSUs): Apply CSU restrictions on 238,010 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 139,560 acres<br>• Private or State surface/federal fluid mineral estate: 98,450 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-20, Appendix A): | Allowable Use:<br>STIPULATION *CSU* (all CSUs): Apply CSU restrictions on 457,120 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 365,810 acres<br>• Private or State surface/federal fluid mineral estate: 91,310 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-22, Appendix A):<br>• Saline/selenium soils<br>• East Paradox biological soil | Allowable Use:<br>STIPULATION *CSU* (all CSUs): Apply CSU restrictions on 333,330 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 265,140 acres<br>• Private or State surface/federal fluid mineral estate: 68,190 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-23, Appendix A):<br>• Saline/selenium soils<br>• Potential biological soil crust | Allowable Use:<br>STIPULATION CSU (all CSUs): Apply CSU restrictions on 346,820 acres of the federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 263,040 acres<br>• Private or State surface/federal fluid mineral estate: 83,780 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-23, Appendix A):<br>• Saline/selenium soils |

BLM_0161836

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | • Riparian vegetation zone<br>• Federally leased coal | • Lands, streams, and wetlands not meeting or meeting with problems BLM Colorado Public Land Health Standards<br>• Potential biological soil crust<br>• Ecological emphasis areas (see *Wildlife – Terrestrial* section)<br>• Desert and Rocky Mountain bighorn sheep summer range<br>• Within 0.25-mile of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>• Canada lynx habitat<br>• Within 1.0 mile of special status raptor (including Mexican spotted owl) nest sites<br>• Within 0.5-mile of nest sites of raptors that are not special status (except American kestrel)<br>• Bald eagle habitat (winter concentration and communal roosts)<br>• Within 0.25-mile of active kit fox dens<br>• VRM Class II and III areas<br>• Federally leased coal<br>• Suitable WSR segments classified as scenic and recreational (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>• From 0.50- to 5.0 miles of either side of the Old Spanish National Historic Trail<br><br>Alternative B.1 (North Fork area only):<br>Allowable Use:<br>STIPULATION *CSU* (all CSUs): Apply CSU restrictions on 199,170 acres (1,380 acres of which are in the North Fork area) of federal mineral estate:<br>• BLM surface/federal fluid mineral estate: 135,950 acres<br>• Private or State surface/federal fluid mineral estate: 63,620 acres that are open to oil and gas leasing (refer to Appendix B; Figure 2-21, Appendix A):<br>• All areas with moderate geologic hazards<br>• Lands visible from important vistas and travel corridors:<br>○ Jumbo Mountain | • Slopes of 40 percent or greater<br>• Within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greater) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers<br>• Within 325 feet of the edge of the ordinary high-water mark (bank-full stage) of perennial streams<br>• Within a distance greater than 1,000 feet but less than 2,640 feet of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply," and all public water supplies that use a groundwater well or spring<br>• Within 100 feet from the edge of the riparian zone along perennial and intermittent waters and naturally occurring wetlands, springs, and seeps<br>• Ecological emphasis areas (see *Wildlife – Terrestrial* section)<br>• Within 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>• Federally threatened, endangered, proposed, and candidate wildlife and bird species' occupied habitat (except Canada lynx)<br>• Within 0.25-mile of bald eagle roost or nest sites<br>• Within 0.125-mile of golden eagle, osprey, accipiter, falcon (except kestrel), buteo, and owl nest sites<br>• Within 0.25-mile of peregrine falcons cliff nesting complex<br>• Within 330 feet of active nest sites and associated alternate nests of raptors that are not special status (except American kestrel, red-tailed hawk, and great-horned owl)<br>• Within 4.0 miles of an active Gunnison sage-grouse lek | • Slopes of 30 to 39 percent<br>• From 325 to 500 feet of the edge of the ordinary high-water mark (bank-full stage) of perennial streams<br>• Within a distance greater than 1,000 feet but less than 2,640 feet of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply," and all public water supplies that use a groundwater well or spring<br>• Exemplary, ancient, and rare vegetation communities<br>• From 325 to 500 feet of the perennial and intermittent waters and naturally occurring wetlands, springs, and seeps<br>• Ecological emphasis areas (see *Wildlife – Terrestrial* section)<br>• Desert and Rocky Mountain bighorn sheep summer range<br>• Within 100 meters (328 feet) of BLM sensitive plant species<br>• Within habitat for individuals or populations of federally listed plant species<br>• Between 325 and 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>• Yellow-billed cuckoo habitat<br>• Canada lynx habitat<br>• Within 4.0 miles of a lek to protect Gunnison sage-grouse mapped seasonal habitats (non-lek breeding, late brood-rearing, and winter habitat) or suitable sagebrush habitat<br>• Within 1.0 mile of accipiter, falcon (except kestrel), buteo, and owl (except Mexican spotted owl) nest sites<br>• Bald eagle habitat (winter concentration and communal roosts)<br>• Mexican spotted owl suitable breeding habitat<br>• Within 150 feet of active Gunnison and white-tailed prairie dog towns | • Potential biological soil crust<br>• Slopes of 30 to 39 percent<br>• Lands adjacent to perennial, intermittent, ephemeral streams, and riparian areas, fens, and/or wetlands and water impoundments.<br>• Within a distance greater than 1,000 feet but less than 2,640 feet of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply," and all public water supplies that use a groundwater well or spring<br>• Within 1000 feet of Domestic Water Wells<br>• Exemplary, ancient, and rare vegetation communities<br>• Ecological emphasis areas (see Wildlife – Terrestrial section)<br>  • Jumbo Mountain/McDonald Creek Zones 1-4<br>  • La Sal Zones 2-3<br>  • Monitor-Potter-Roubideau Zones 1,2,3 & 8<br>  • Ridgeway Zones 1-2<br>  • Sims Mesa<br>  • Tabaguache Zones 2, 4, 5, 6, & 9<br>• Desert and Rocky Mountain bighorn sheep summer range<br>• Within 100 meters (328 feet) of BLM sensitive plant species<br>• Between 325 and 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>• Yellow-billed cuckoo habitat<br>• Canada lynx habitat<br>• Mexican spotted owl suitable breeding habitat<br>• Gunnison Sage-Grouse Breeding (Non-Lek) Habitat.<br>• Within 1.0 mile of accipiter, falcon (except kestrel), buteo, and owl (except Mexican spotted owl) nest sites |

99

BLM_0161837

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | o Youngs Peak<br>o "H" Hill<br>o Flanks of the West Elks<br>o Needle Rock ACEC<br>o Beyond 1.0 mile of:<br>• West Elk Scenic Byway (Colorado Highways 92 and 133 and Gunnison County Road 12)<br>• 3100 Road<br>• North Road<br>• Crawford Road<br>• Back River Road | ● Within 0.25-mile of federally listed, BLM sensitive, and Colorado state species of concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)<br>● Within 100 meters (328 feet) of sites listed on the National or State Registers of Historic Places<br>● Federally leased coal<br>● Curecanti National Recreation Area<br>● State parks<br>● State wildlife areas<br>● ACECs<br>　o Adobe Badlands<br>　o Fairview South<br>　o San Miguel River<br>● From 50 meters (164 feet) to 5 miles of either side of the Old Spanish National Historic Trail<br>● Within 0.25-mile of scenic byways | ● Within 200 meters (656 feet) of active kit fox dens<br>● Within 0.25-mile of Colorado state species of concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)<br>● Tabeguache Pueblos Area and Tabeguache Canyon<br>● Area of archaeological significance<br>● ERMAs<br>● SRMAs<br>　o Dry Creek RMZs 1 and 3<br>　o San Miguel River RMZ 4<br>● Federally leased coal<br>● Suitable WSR segments classified as recreational (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)])<br>● From 0.5 to 5 miles of either side of the Old Spanish National Historic Trail<br>● Within 0.5-mile of scenic byways | ● Bald eagle habitat (winter concentration and communal roosts)<br>● Mexican spotted owl suitable breeding habitat<br>● Within 150 feet of active Gunnison and white-tailed prairie dog towns<br>● Within 200 meters (656 feet) of active kit fox dens<br>　● Within 0.25-mile of Colorado state species of concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)<br>● Lands inventoried with identified wilderness characteristics that are managed for multiple uses.<br>　o Adobe Badlands WSA Adjacent (6,180acres)<br>　o Camel Back WSA Adjacent (6,950 acres)<br>　o Dolores River Canyon WSA Adjacent (550 acres)<br>　o Dry Creek Basin (7,030 acres)<br>　o Lower Tabeguache/Campbell Creek (11,060 acres)<br>　o Shavano Creek (4,900 acres)<br>● ERMAs<br>　o Burn Canyon ERMA<br>　o Kinikin Hills ERMA<br>　o Paradox Valley ERMA<br>● SRMAs<br>　o Dry Creek Zone 3<br>　o Roubideau Zones 3 & 4<br>　o North Delta SRMA<br>● Federally leased coal<br>● Suitable WSR segments classified as recreational (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)])<br>● Within 5 miles of either side of the Old Spanish National Historic Trail<br>● Within 0.5-mile of scenic byways |

100

BLM_0161838

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| 342. | Allowable Use:<br><br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and, in some cases, surface-disturbing activities, on 501,100 acres of the federal mineral estate (see the specific resource section and Appendix B for dates):<br>● BLM surface/federal fluid mineral estate: 423,900 acres<br>● Private or State surface/federal fluid mineral estate: 77,200 acres that are open to oil and gas leasing (BLM 1985, 1989a; refer to Appendix B; Figure 2-24, Appendix A):<br>● Highly erodible and/or saline soil areas<br>● White pelican<br>● Waterfowl habitat<br>● Big game species (mule deer, elk, pronghorn antelope, and bighorn sheep)<br>● Big game birthing areas<br>● Grouse<br>● Raptor nesting and fledgling habitat (golden eagle, accipiters, falcons [except kestrel], buteos, and owls)<br>● Osprey nesting and fledgling habitat<br>● Bald eagle nesting habitat<br>● Peregrine falcon cliff nesting complex<br>● Ferruginous hawk<br>● Bald eagle winter roost sites<br>● Bald eagle winter concentration areas<br>● Mexican spotted owl nesting and fledgling habitat | Allowable Use:<br><br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on 696,450 acres* of the federal mineral estate (see the specific resource section and Appendix B for dates):<br>● BLM surface/federal fluid mineral estate: 494,580 acres<br>● Private or State surface/federal fluid mineral estate: 201,870 acres* that are open to fluid mineral leasing (refer to Appendix B; Figure 2-25, Appendix A):<br>● Saturated soils<br>● Coldwater sport and native fish<br>● Big game crucial winter range (elk, mule deer, pronghorn antelope, moose, and Rocky Mountain and desert bighorn sheep)<br>● Big game reproduction areas (elk, pronghorn antelope, Rocky Mountain and desert bighorn sheep, and moose calving/fawning/lambing areas)<br>● Wild turkey winter habitat<br>● Migratory bird breeding habitat<br>● Gunnison sage-grouse winter habitat<br>● Gunnison sage-grouse breeding (non-lek) habitat<br>● Within 0.5-mile of active special status raptor nest sites and associated alternate nests<br>● Within 0.25-mile of active nest sites and associated alternate nests of raptors that are not special status (except kestrel)<br>● Bald eagle winter concentration areas<br>● Within 300 feet of active Gunnison and white-tailed prairie dog colonies<br>● East Paradox ACEC<br><br>*Under Alternative B.1, portions of some of the above areas would be closed to oil and gas leasing. As such, 609,360 acres of the federal mineral estate would be subject to TL stipulations:*<br>● *BLM surface/federal fluid mineral estate: 454,230 acres* | Allowable Use:<br><br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on 582,390 acres of the federal mineral estate (see the specific resource section and Appendix B for dates):<br>● BLM surface/federal fluid mineral estate: 475,220 acres<br>● Private or State surface/federal fluid mineral estate: 107,170 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-26, Appendix A):<br>● Coldwater sport fish<br>● Big game crucial winter range (elk and mule deer)<br>● Elk reproduction areas<br>● Yellow-billed cuckoo habitat<br>● Active kit fox dens | Allowable Use:<br><br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on 865,970 acres of the federal mineral estate (see the specific resource section and Appendix B for dates):<br>● BLM surface/federal fluid mineral estate: 627,290 acres<br>● Private or State surface/federal fluid mineral estate: 238,680 acres that are open to fluid mineral leasing (Refer to Appendix B; Figure 2-27, Appendix A):<br>● Saturated soils<br>● Coldwater sport and native fish<br>● Big game crucial winter range (severe winter range and winter concentration areas)<br>● Big game reproduction areas (elk, pronghorn antelope, Rocky Mountain and desert bighorn sheep, and moose calving/fawning/lambing areas)<br>● Wild turkey winter habitat<br>● Migratory bird breeding habitat<br>● Gunnison sage-grouse winter habitat<br>● Gunnison sage-grouse breeding (lek and non-lek) habitat<br>● 0.5-mile radius around active nests of bald and golden eagle, ferruginous hawk, peregrine and prairie falcon, and northern goshawk<br>● 0.25-mile radius around active nests of osprey; red-tailed, Swainson's, Cooper's, and sharp-shinned hawk; northern harrier; burrowing and great horned owl; and other owls and raptors (except kestrel)<br>● Bald eagle winter roost sites<br>● Bald eagle winter concentration areas<br>● Mexican spotted owl suitable breeding habitat (nesting and fledgling habitat)<br>● Within 300 feet of active Gunnison and white-tailed prairie dog colonies<br>● Active kit fox dens | Allowable Use:<br><br>**STIPULATION TLs** (all TLs): Prohibit surface occupancy and surface-disturbing activities on 871,810 acres of the federal mineral estate (see the specific resource section and Appendix B for dates):<br>● BLM surface/federal fluid mineral estate: 631,580 acres<br>● Private or State surface/federal fluid mineral estate: 240,230 acres that are open to fluid mineral leasing (Refer to Appendix B; Figure 2-27, Appendix A):<br>● Saturated soils<br>● Coldwater sport and native fish<br>● Big game crucial winter range (severe winter range and winter concentration areas)<br>● Big game reproduction areas (elk, pronghorn antelope, Rocky Mountain and desert bighorn sheep, and moose calving/fawning/lambing areas)<br>● Wild turkey winter habitat<br>● Migratory bird breeding habitat (nesting migratory birds are present)<br>● Gunnison sage-grouse winter range habitat<br>● Gunnison sage-grouse breeding (lek and non-lek) habitat<br>● 0.5-mile radius around active nests of bald and golden eagle, ferruginous hawk, peregrine and prairie falcon, northern goshawk, and burrowing owl.<br>● 0.25-mile radius around active nests of osprey; red-tailed, Swainson's, Cooper's, and sharp-shinned hawk; northern harrier; great horned owl; and other owls and raptors (except burrowing owl and kestrel)<br>● Bald eagle winter roost sites<br>● Bald eagle winter concentration areas<br>● Mexican spotted owl suitable breeding habitat<br>● Within 300 feet of active Gunnison and white-tailed prairie dog colonies<br>● Within 0.25-mile of Active kit fox dens |

BLM_0161839

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | ● *Private or State surface/federal fluid mineral estate: 155,130 acres* | | | |
| 343. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>NO LEASING NL-14: *Recreation Park*. Close to fluid mineral leasing and geophysical exploration the following areas where the BLM holds the fluid mineral rights:<br>● Curecanti National Recreation Area<br>● State parks<br>● State wildlife areas<br>(Refer to Appendix B; Figure 2-20, Appendix A.) | Allowable Use:<br>STIPULATION CSU-49: *Recreation Park*. Surface occupancy or use may be restricted where the BLM holds the fluid mineral rights under the following areas:<br>● Curecanti National Recreation Area<br>● State parks<br>● State wildlife areas<br>Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. (Refer to Appendix B; Figure 2-22, Appendix A.) | Allowable Use:<br>STIPULATION NSO-54: *Recreation Park*. Prohibit surface occupancy and use within the boundaries of:<br>● Curecanti National Recreation Area<br>● State parks<br>● State wildlife areas<br>● Municipal parks<br>(Refer to Appendix B; Figure 2-23, Appendix A.) | |
| 344. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>STIPULATION NSO-55: *Bureau of Reclamation Dams or Appurtenant Structures*. Prohibit surface occupancy and use within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia Dams) or their appurtenant structures. Also, prohibit directional drilling within 1,500 vertical feet below a BOR dam or its appurtenant structures. (Directional drilling could be conducted more than 1,500 feet below these dams and structures from outside the 1,500-foot radius of the structures; refer to Appendix B; Figures 2-20 [Alternative B], 2-22 [Alternative C], and 2-23 [Alternative D], Appendix A.) | | | |
| 345. | Action:<br>Require operators to meet the current BLM Goldbook standards for soil and water protection and plans for surface reclamation, plus other BMPs (Appendix G), as applicable, for all permitted fluid minerals (i.e., oil and gas and geothermal) actions. | | | | |
| 346. | Action:<br>No similar action in current RMPs. | Action:<br>Where appropriate and feasible, require installation of central liquids gathering and production facilities to reduce the total number of sources and to minimize truck traffic during fluid minerals development. | | | Action:<br>Same as Alternative A. |
| 347. | LOCATABLE MINERALS, MINERAL MATERIALS, & NONENERGY LEASABLE MATERIALS | | | | |
| 348. | GOAL:<br>Provide opportunities to develop locatable minerals, mineral materials, and nonenergy leasable minerals consistent with other resource goals and uses to support local and national energy and mineral needs. | | | | |
| 349. | *LOCATABLE MINERALS* | | | | |
| 350. | Objective:<br>Minimize public land withdrawn from mining. Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts on other resource values (BLM 1985). | Objective:<br>Facilitate environmentally responsible exploration and development of locatable minerals. | | | |
| 351. | Action:<br>Maintain the following areas as withdrawn from locatable mineral entry (28,060 acres; Figures 2-32 [Alternative A], 2-33 [Alternative B], 2-34 [Alternative C], and 2-35 [Alternative D], Appendix A):<br>● Tabeguache Area<br>● Cory Lode mine for bat roosting (20 acres; BLM 2008c) | Action:<br>Maintain the following areas as withdrawn from locatable mineral entry (28,060 acres; Figures 2-32 [Alternative A], 2-33 [Alternative B], 2-34 [Alternative C], and 2-35 [Alternative D], Appendix A):<br>● Tabeguache Area (8,060 acres)<br>● Cory Lode mine for bat roosting (20 acres; BLM 2008c)<br>● BOR withdrawals (9,010 acres)<br>● FERC withdrawals (1,610 acres)<br>● DOE lease tracts (9,620 acres; BLM 1985) | | | |

102

BLM_0161840

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
|  | ● BOR withdrawals (9,010 acres)<br>● FERC withdrawals (1,610 acres)<br>DOE lease tracts (9,620 acres; BLM 1985) | \* The total sum includes overlapping acres. |  |  |  |
| 352. | **Action:**<br>Recommend to the Secretary of the Interior withdrawal from mineral entry the following areas totaling 27,690 acres (Figure 2-32, Appendix A):<br>● **Dolores Cave (BLM 1985)**<br>● **Tabeguache Pueblo (BLM 1985)**<br>● **Important cultural resource properties (BLM 1985)**<br>● **ACECs**<br>  ○ Needle Rock (BLM 1989a)<br>  ○ Adobe Badlands (BLM 1989a)<br>  ○ Fairview South (BLM 1989a) | **Action:**<br>Recommend to the Secretary of the Interior withdrawal from mineral entry the following areas totaling 387,270 acres:<br>● **BLM surface/federal mineral estate: 382,900 acres**<br>● **Private or State surface/federal mineral estate: 4,370 acres**<br>**(Figure 2-33, Appendix A):**<br>● **Lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"**<br>● **Lands within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring**<br>● **Sensitive bat species' significant maternity roost or hibernaculum**<br>● **Lands managed to protect wilderness characteristics**<br>● **San Miguel River, Uncompahgre River, North Fork Gunnison River, Gunnison River, and Dolores River, plus a 0.25-mile buffer each side of center**<br>● **SRMAs**<br>  ○ Burn Canyon<br>  ○ Dolores River Canyon<br>  ○ Dry Creek<br>  ○ Jumbo Mountain<br>  ○ Kinikin Hills<br>  ○ North Delta<br>  ○ Paradox Valley<br>  ○ Ridgway Trails<br>  ○ Roubideau<br>  ○ San Miguel River<br>  ○ Spring Creek<br>● **ACECs**<br>● **Suitable WSR segments classified as wild (see Table 2-4 [Summary of Wild and** | **Action:**<br>Recommend to the Secretary of the Interior withdrawal from mineral entry the following areas totaling 11,250 acres:<br>● **BLM surface/federal mineral estate: 9,550 acres**<br>● **Private or State surface/federal mineral estate: 1,700 acres**<br>**(Figure 2-34, Appendix A):**<br>● **Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"**<br>● **Lands within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring** | **Action:**<br>Recommend to the Secretary of the withdrawal from mineral entry the following areas totaling 55,880 acres:<br>● **BLM surface/federal mineral estate: 54,090 acres**<br>● **Private or State surface/federal mineral estate: 1,790 acres**<br>● **Same as Alternative C, plus:**<br>  ○ Recreational sites (100-foot buffer)<br>  ○ **ACECs**<br>    ● Needle Rock<br>    ● Dolores River Slickrock Canyon<br>    ● San Miguel River<br>    ● Biological Soil Crust<br>    ● Paradox Rock Art<br>    ● Roubideau Corridors<br>  ○ Suitable WSR segments classified as wild (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)])<br>  ○ Sensitive bat species' significant maternity roost or hibernaculum | **Action:**<br>Recommend to the Secretary of the Interior withdrawal from mineral entry the following areas totaling 22,410 acres.<br>● **BLM surface/federal mineral estate: 22,410 acres**<br>● **Private or State surface/federal mineral estate: 0 acres**<br>**(Figure 2-35, Appendix A):**<br>● **Recreational sites (100-foot buffer)**<br>● **ACECs**<br>    ● Needle Rock<br>    ● Biological Soil Crust<br>    ● Paradox Rock Art<br>● **Suitable WSR segments classified as wild (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternative D)])** |

BLM_0161841

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | | Scenic River Study Segments (Alternatives A and B)]) | | | |
| 353. | Action:<br>Allow locatable mineral exploration and development on the remaining 840,440 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 620,050 acres<br>• Private or State surface/ federal mineral estate: 220,390 acres<br><br>Continue approved operations of hard rock mining on 12,790 acres (emphasis area E) under 43 CFR, 3809, regulations (BLM 1985).<br><br>Open 309,720 acres (management units 1-3, 5, 7-11, 15, 16) to mineral entry and location due to the lack of resource conflicts. | Action:<br>Allow locatable mineral exploration and development on the remaining 480,860 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 264,840 acres<br>• Private or State surface/federal mineral estate: 216,020 acres | Action:<br>Allow locatable mineral exploration and development on the remaining 856,880 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 638,190 acres<br>• Private or State surface/ federal mineral estate: 218,690 acres | Action:<br>Allow locatable mineral exploration and development on the remaining 812,250 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 593,650 acres<br>• Private or State surface/ federal mineral estate: 218,600 acres | Action: Allow locatable mineral exploration and development on the remaining 863,780 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 633,390 acres<br>• Private or State surface/ federal mineral estate: 230,390 acres<br>• Require a mine plan for locatable mineral development in state classified surface water supply segments<br>• To avoid further cumulative effects within the San Miguel or Dolores Rivers, when an individual or group intends to conduct suction dredging activities, the activity will constitute casual use when suction dredging is used only in the following manner: 1) Below the existing water surface, and 2) is conducted outside the period from April 1 to July 15 (for spring spawning of native cutthroat trout, rainbow trout and native warm water fish (flannelmouth sucker, bluehead sucker and roundtail chub)). If suction dredging activities are proposed outside of these parameters, then the activity will not constitute casual use and the individual or group must contact the Uncompahgre Field Office a minimum of 15 calendar days before beginning activities in order to determine whether a notice or plan needs to be submitted. |
| 354. | MINERAL MATERIALS | | | | |
| 355. | Objective:<br>Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts on other resource values (BLM 1985). | Objective:<br>Facilitate environmentally responsible exploration and development of mineral materials. | | | |
| 356. | Allowable Use:<br>Identify 104,690 acres of federal mineral estate<br>• BLM surface/federal mineral estate: 102,190 acres | Allowable Use:<br>Close 567,590 acres of federal mineral estate<br>• BLM surface/federal mineral estate: 499,340 acres<br>• Private or State surface/federal mineral estate: 68,250 acres | Allowable Use:<br>Close 58,610 acres of federal mineral estate<br>• BLM surface/federal mineral estate: 56,350 acres<br>• Private or State surface/federal mineral estate: 2,260 acres | Allowable Use:<br>Close 135,370 acres of federal mineral estate<br>• BLM surface/federal mineral estate: 132,520 acres<br>• Private or State surface/federal mineral estate: 2,850 acres | Allowable Use:<br>Close 135,830 acres of federal mineral estate<br>• BLM surface/federal mineral estate: 132,750 acres<br>• Private or State surface/federal mineral estate: 3,080 acres |

DRAFT

| Line | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E: BLM Proposed |
|---|---|---|---|---|---|
| | ● Private or State surface/federal mineral estate: 2,500 acres as closed to mineral materials disposal (BLM 1989a; Figure 2-36, Appendix A):<br>● Riparian zones<br>● ACECs<br>● Tabeguache Area<br>● Needle Rock ISA<br>● Portion of Adobe Badlands WSA (6,380 acres)<br>● In the San Miguel SRMA outside the ACEC (13,210 acres), the San Miguel River, creeks, and their riparian corridors (BLM 1993a) | to mineral materials disposal (Figure 2-37, Appendix A):<br>● Lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>● Lands within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring<br>● Ecological emphasis areas<br>● Lands within 500 feet of riparian areas<br>● Federally threatened, endangered, proposed, and candidate plant species' occupied habitat<br>● Potential Fossil Yield Classification 5a areas (270,070 acres)<br>● Lands managed to protect wilderness characteristics<br>● SRMAs<br>  ○ Burn Canyon<br>  ○ Dolores River Canyon<br>  ○ Dry Creek<br>  ○ Jumbo Mountain<br>  ○ Kinikin Hills<br>  ○ North Delta<br>  ○ Paradox Valley<br>  ○ Ridgway Trails<br>  ○ Roubideau<br>  ○ San Miguel River<br>  ○ Spring Creek<br>● ACECs<br>● Tabeguache Area<br>● WSAs<br>● Suitable WSR segments classified as wild (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>● Lands within 0.50-mile of congressionally designated National Trails<br>● DOE Uranium Mill Tailings Remedial Action Area | to mineral materials disposal (Figure 2-38, Appendix A):<br>● Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>● Lands within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring<br>● Federally threatened, endangered, and proposed plant species' occupied habitat<br>● Tabeguache Area<br>● WSAs<br>● Lands within 50 meters (164 feet) of congressionally designated National Trails<br>● DOE Uranium Mill Tailings Remedial Action Area | to mineral materials disposal (Figure 2-39, Appendix A):<br>● Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>● Lands within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring<br>● Lands within 100 feet of riparian areas<br>● Federally threatened, endangered, and proposed plant species' occupied habitat<br>● Lands managed to protect wilderness characteristics<br>● SRMAs<br>  ○ Dolores River Canyon<br>  ○ Dry Creek RMZs 1, 2, and 4<br>  ○ Jumbo Mountain<br>  ○ Ridgway Trails<br>  ○ Roubideau RMZs 1-3<br>  ○ A portion of San Miguel River RMZ 1 (13,660 acres) and San Miguel River RMZs 2-4<br>  ○ Spring Creek RMZs 1 and 2<br>● ACECs<br>● Tabeguache Area<br>● WSAs<br>● Suitable WSR segments;<br>● Lands within 50 meters (164 feet) of congressionally designated National Trails<br>● DOE Uranium Mill Tailings Remedial Action Area | to mineral materials disposal (Figure 2-39, Appendix A):<br>● Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>● Lands within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring<br>● Federally threatened, endangered, and proposed plant species' occupied habitat<br>● Lands managed to protect wilderness characteristics – Roc Creek unit<br>● SRMAs<br>  ○ Dolores River Canyon<br>  ○ Dry Creek RMZs 1, 2, and 4*<br>  ○ Jumbo Mountain*<br>  ○ Ridgway Trails*<br>  ○ Roubideau RMZs 1-3<br>  ○ San Miguel River RMZ 2-4<br>  ○ Spring Creek RMZs 1 and 2<br>● ACECs<br>● Tabeguache Area<br>● WSAs<br>● Suitable WSR segments;<br>● Lands within 50 meters (164 feet) of congressionally designated National Trails<br>● DOE Uranium Mill Tailings Remedial Action Area<br><br>* Only closed to commercial sales of mineral materials. |

105