

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE
2465 South Townsend
Montrose, CO 81401
**blm.gov/colorado**



In Reply Refer To:
6843 (CO-S05)

Memorandum

To:        Ann Timberman, Western Colorado Supervisor, Western Colorado Ecological Services Field
           Office, United States Fish and Wildlife Service

From:      Gregory Larson, Bureau of Land Management, Uncompahgre Field Office Manager

Subject:   Formal Section 7 Consultation for the **BLM Uncompahgre Field Office Resource Management
           Plan**

Attached is a Biological Assessment (BA) submitted on behalf of the BLM Uncompahgre Field Office. This BA
assesses the effects of implementation of the Proposed Uncompahgre Field Office Resource Management Plan.

The Uncompahgre Field Office has determined that implementation of the Proposed Uncompahgre Field Office
Resource Managemenet Plan **"may affect, but is not likely to adversely affect"** Mexican spotted owl, and western
yellow-billed cuckoo; is **"likely to adversely affect"** Gunnison sage-grouse (and critical habitat), bonytail chub,
Colorado pikeminnow (and critical habitat), greenback cutthroat trout, humpback chub, razorback sucker (and
critical habitat), clay-loving wild buckwheat (and critical habitat), and Colorado hookless cactus. BLM is submitting
the attached BA to initiate formal consultation on the proposed action. If we do not hear from your office by COB
10 July 2018, we will assume that the BA has been accepted by your office. The BLM requests that the Service
prepare a Biological Opinion for the proposed action. Due to our directed time lines, we are hoping for the
Service's Biological Opinion by 14 December 2018.

Please contact Neil Perry, Wildlife Biologist with the Uncompahgre Field Office (nperry@blm.gov; 970-240-5311)
with any questions.

### UNCOMPAHGRE FIELD OFFICE PROPOSED RESOURCE MANAGEMENT PLAN
### BIOLOGICAL ASSESSMENT

### JULY 31, 2018

## US DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT (BLM)

**Prepared by:**

Meredith Zaccherio, Biologist (EMPSi, Environmental Management and Planning Solutions, Inc.)

**Reviewed by:**

Kurt Broderdorp, Fish and Wildlife Biologist (US Department of the Interior, Fish and Wildlife Service)

Ken Holsinger, Ecologist (BLM, Uncompahgre Field Office)

Neil Perry, Wildlife Biologist (BLM, Uncompahgre Field Office)

Melissa Siders, Wildlife Biologist (BLM, Uncompahgre Field Office)

Matt Loscalzo, Resource Management Plan Project Lead/Planning and Environmental Coordinator (BLM, Uncompahgre Field Office)

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

BLM_0162001

# TABLE OF CONTENTS

1.0 Introduction ................................................................................................................1
    1.1 Purpose of this Biological Assessment ....................................................1
    1.2 Current Management Direction ...................................................................1

2.0 Consultation History....................................................................................................2

3.0 Proposed Management Action ....................................................................................2

4.0 Action Area Description ............................................................................................23

5.0 Pre-field Review .......................................................................................................25
    5.1 Species Considered and Evaluated .........................................................28

6.0 Evaluated Species Information .................................................................................30
    6.1 Field Reconnaissance ..............................................................................30
        Colorado hookless cactus ...................................................................30
        Clay-loving wild buckwheat .................................................................30
        Western yellow-billed cuckoo ..............................................................30
        Mexican spotted owl ............................................................................30
    6.2 Species Status and Biology .....................................................................31
        Colorado hookless cactus ...................................................................31
        Clay-loving wild buckwheat .................................................................33
        Colorado pikeminnow ..........................................................................33
        Razorback sucker.................................................................................38
        Bonytail chub .......................................................................................40
        Humpback chub ...................................................................................41
        Greenback cutthroat trout ....................................................................41
        Western yellow-billed cuckoo ..............................................................42
        Mexican spotted owl ............................................................................43
        Gunnison sage-grouse ........................................................................44

7.0 Environmental Baseline ...........................................................................................51
    7.1 Previous Consultations with the USFWS within the Action Area .............51
    7.2 Past and Current Activities within the Action Area ...................................53
        Colorado hookless cactus ...................................................................53
        Clay-loving wild buckwheat .................................................................53
        Colorado pikeminnow ..........................................................................53
        Razorback sucker.................................................................................55
        Bonytail chub .......................................................................................55
        Humpback chub ...................................................................................55
        Greenback cutthroat trout ....................................................................55
        Western yellow-billed cuckoo ..............................................................55
        Mexican spotted owl ............................................................................56
        Gunnison sage-grouse ........................................................................56

8.0 Effects on Evaluated Species and Determinations ..................................................57
    Methods of Analysis and Assumptions............................................................57
    Listed Fish and Wildlife ...................................................................................60
    Interrelated and Interdependent Actions and Their Effects .............................64
    Cumulative Effects ..........................................................................................64

BLM_0162002

8.1 Federally Listed Species ................................................................65
    Listed Plant Species—Colorado hookless cactus and Clay-loving wild buckwheat
        ....................................................................................................65
    Listed Fish Species—Colorado pikeminnow, Bonytail chub, Humpback chub, and
        Razorback sucker ........................................................................73
    Greenback cutthroat trout ................................................................79
    Western yellow-billed cuckoo ...........................................................81
    Mexican spotted owl ........................................................................86
    Gunnison sage-grouse ......................................................................90
8.2 Critical Habitat ...............................................................................97
    Clay-loving wild buckwheat ..............................................................97
    Colorado pikeminnow and Razorback sucker ....................................98
    Gunnison sage-grouse ....................................................................101
8.3 Proposed Species and Proposed Critical Habitat ....................103
    Western yellow-billed cuckoo .........................................................103

**9.0 Effect Determination Summary** .............................................**106**

**10.0 Additional Conservation Recommendations** ......................**107**

**11.0 Need for Re-Assessment Based on Changed Conditions** ...........**107**

**12.0 Literature Cited** .......................................................................**108**

# FIGURES

Figure 1 Action Area Map ....................................................................24
Figure 2 Known Colorado Hookless Cactus Occurrences ....................32
Figure 3 Known Clay-Loving Wild Buckwheat Occurrences.................34
Figure 4 Clay-Loving Wild Buckwheat Critical Habitat........................35
Figure 5 Colorado Pikeminnow Critical Habitat ..................................37
Figure 6 Razorback Sucker Critical Habitat ........................................39
Figure 7 Gunnison Sage-Grouse Critical Habitat................................50
Figure 8 Colorado Hookless Cactus Occurrences in the Vicinity of the North Delta Open
    OHV Area.................................................................................71

# CHARTS

Chart 6-1 Nesting/Brood Rearing Habitat Suitability on BLM-administered Lands in the
    UFO for the Cerro Summit-Cimarron Gunnison Sage-Grouse Population......................46
Chart 6-2 Winter Habitat Suitability on BLM-administered Lands in the UFO for the
    Cerro Summit-Cimarron Gunnison Sage-Grouse Population .............................47
Chart 6-3 Summer Habitat Suitability on BLM-administered Lands in the UFO for the
    Cerro Summit-Cimarron Gunnison Sage-Grouse Population .............................47
Chart 6-4 Nesting/Brood Rearing Habitat Suitability on BLM-administered Lands in the
    UFO for the Sims Mesa Gunnison Sage-Grouse Population...........................48
Chart 6-5 Winter Habitat Suitability on BLM-administered Lands in the UFO for the
    Sims Mesa Gunnison Sage-Grouse Population.................................................48
Chart 6-6 Summer Habitat Suitability on BLM-administered Lands in the UFO for the
    Sims Mesa Gunnison Sage-Grouse Population.................................................49

BLM_0162003

# TABLES

Table 3-1 Proposed Resource Management Plan—Goals, Objectives, and Actions by Resource and Resource Use .................................................................................. 3

Table 5-1 Threatened and Endangered, Candidate/Proposed Species with the Potential to Occur within the Action Area and Designated/Proposed Critical Habitat .................. 26

Table 5-2 Summary of Canada Lynx Habitat within the Action Area .......................................... 29

Table 6-1 Breeding Habitat Structure Guidelines for Gunnison Sage-grouse ............................ 49

Table 6-2 Summer-late Fall Habitat Structural Guidelines for Gunnison Sage-grouse .............. 51

Table 7-1 Past Consultations with the USFWS and Determinations for Actions within the Action Area for all Federally Listed/Proposed Species and Designated/Proposed Critical Habitat ....................................................................................................... 52

Table 8-1 PRMP Measures that Would Protect Clay-loving Wild Buckwheat PCEs .................. 97

Table 8-2 PRMP Measures that Would Protect Colorado Pikeminnow and Razorback Sucker PCEs ...................................................................................................... 99

Table 8-3 Summary of PRMP Effects on Gunnison Sage-grouse Critical Habitat .................... 101

Table 8-4 PRMP Measures that Would Protect Gunnison sage-grouse PCEs .......................... 102

Table 8-5 PRMP Measures that Would Protect Western Yellow-Billed Cuckoo Proposed PCEs ................................................................................................. 103

Table 9-1 Effect Determinations for Species Addressed ......................................................... 106

# APPENDICES

Appendix A: Proposed Resource Management Plan

Appendix B: Best Management Practices and Standard Operating Procedures

BLM_0162004

# ACRONYMS

| | |
|---|---|
| ACEC | area of critical environmental concern |
| BA | biological assessment |
| BLM | United States Department of the Interior, Bureau of Land Management |
| BMP | best management practice |
| CFR | Code of Federal Regulations |
| CNHP | Colorado Natural Heritage Program |
| CPW | Colorado Parks and Wildlife |
| CSU | controlled surface use |
| ERMA | Extensive Recreation Management Area |
| ESA | Endangered Species Act |
| FEIS | final environmental impact statement |
| IPaC | Information for Planning and Consultation |
| LN | lease notice |
| NCA | National Conservation Area |
| NEPA | National Environmental Policy Act |
| NRHP | National Register of Historic Places |
| NSO | no surface occupancy |
| OHV | off-highway vehicle |
| PCE | primary constituent elements |
| PRMP | Proposed Resource Management Plan |
| RMP | resource management plan |
| ROW | right-of-way |
| SRMA | Special Recreation Management Area |
| SRP | Special Recreation Permit |
| SSR | site-specific relocation |
| TL | timing limitation |
| UFO | United States Department of the Interior, Bureau of Land Management, Uncompahgre Field Office |
| US | United States |
| USC | United States Code |
| USFWS | United States Department of the Interior, Fish and Wildlife Service |
| VRM | visual resource management |
| WSA | wilderness study area |
| WSR | wild and scenic river |

BLM_0162005

BLM_0162006

# 1.0 INTRODUCTION

The Endangered Species Act of 1973 (16 U.S.C. 153 *et seq.*), as amended (ESA or Act) in Section 7(a)(1) directs federal agencies to conserve and recover listed species and use their authorities in the furtherance of the purposes of the Act by carrying out programs for the conservation of endangered and threatened species so that listing is no longer necessary (50 Code of Federal Regulations [CFR] §402). Furthermore, the Act in Section 7(a)(2) directs federal agencies to consult (referred to as Section 7 consultation) with the US Fish and Wildlife Service (USFWS) when their activities "may affect" a listed species or designated critical habitat.

## 1.1 Purpose of this Biological Assessment

This biological assessment (BA) analyzes the potential effects of the United States Department of the Interior, Bureau of Land Management (BLM), Uncompahgre Field Office (UFO) Proposed Resource Management Plan (PRMP) on federally listed threatened, endangered, and proposed animal (wildlife, invertebrates, and fish) and plant species and critical habitat found within the UFO pursuant to Section 7(a)(2) of the ESA. Federally listed threatened and endangered animal and plant species that meet the following criteria are addressed in this assessment:

- Known to occur in the UFO decision area based on confirmed sightings
- Critical habitat designated within the UFO decision area
- May occur in the UFO decision area based on unconfirmed sightings
- Potential habitat exists for the species in the UFO decision area
- Potential effects may occur on these species

## 1.2 Current Management Direction

Current management direction for federally listed and proposed threatened and endangered species can be found in the following documents, filed at the UFO office:

- Endangered Species Act of 1973, as amended (ESA or Act)
- Migratory Bird Treaty Act
- National Environmental Policy Act (NEPA)
- BLM Manual 6840, Special Status Species Policy (BLM 2008a)
- San Juan/San Miguel Planning Area Resource Management Plan (RMP) (BLM 1985)
- Uncompahgre Basin RMP (BLM 1989)
- Mexican Spotted Owl Recovery Plan (USFWS 2012a)
- Bonytail Chub (*Gila elegans*) Recovery Goals (USFWS 2002a)
- Colorado Pikeminnow (*Ptychocheilus lucius*) Recovery Goals (USFWS 2002b)
- Razorback Sucker (*Xyrauchen texanus*) Recovery Goals (USFWS 2002c)
- Humpback Chub (*Gila cypha*) Recovery Goals (USFWS 2002d)
- Lynx Conservation Assessment and Strategy (Interagency Lynx Biology Team 2013)
- Greenback Cutthroat Trout Recovery Plan (USFWS 1998a)
- *Sclerocactus glaucus* (Colorado hookless cactus) Recovery Outline (USFWS 2010a)

BLM_0162007

- Clay-loving wild-buckwheat (*Eriogonum pelinophilum*) Recovery Plan (USFWS 1988)
- Gunnison Sage-Grouse Rangewide Conservation Plan (Gunnison Sage-Grouse Rangewide Steering Committee 2005)
- Other applicable species management plans, guides, or conservation strategies

## 2.0 CONSULTATION HISTORY

The BLM has been communicating with the USFWS regarding the RMP revision since the project's inception. Meetings specific to the biological assessment associated with the PRMP are as follows:

- January 9, 2018—Meeting between the BLM and USFWS to present a general PRMP overview. The group discussed some specific management, including open off-highway vehicle (OHV) areas and potential conservation measures to reduce effects.
- March 16, 2018—Meeting between the BLM, USFWS, and Environmental Management and Planning Solutions, Inc. (EMPSi; contractor) to review species to be analyzed in the BA. The group reviewed management actions that could affect listed species and methods for analysis.
- June 14, 2018—Meeting between the BLM, USFWS, and EMPSi to discuss comments on the first draft of the BA and resolve team questions.

## 3.0 PROPOSED MANAGEMENT ACTION

The PRMP (proposed action) is hereby incorporated by reference and summarized in this section. The PRMP planning area includes approximately 3.1 million acres of lands administered by the BLM and US Department of Agriculture, Forest Service and National Park Service, State of Colorado lands, and private property. The decision area is a subset of the planning area, which includes only BLM-administered lands and federal mineral estate under BLM jurisdiction. The PRMP would provide direction for managing the decision area (675,800 acres of BLM-administered lands), which includes withdrawn lands, and 971,220 acres of federal mineral estate under BLM jurisdiction.

This section details the PRMP; **Table 3-1**, below, describes the goals, objectives, and actions of the PRMP that are relevant to the protection of biological resources. The full PRMP and list of best management practices (BMPs) for other resource and resource use programs are included as appendices to this BA (**Appendices A** and **B**); these may provide additional protection to threatened and endangered species. For a complete summary of the goals, objectives, and management actions, refer to Chapter 2 of the final environmental impact statement (FEIS). Appendix B of the FEIS presents details of restrictions applicable to fluid minerals leasing and other surface-disturbing activities.

**Table 3-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| Special Status Species |
|---|

**GOAL (132):**
Protect and enhance special status species and habitats to promote their conservation, recovery, and persistence.

**Objective (133):**
(See also Vegetation and Water Quality Objectives.)
Restore, enhance, preserve, and promote special status species (aquatic and terrestrial) conservation and ecosystem integrity and values. Emphasis is on special status species habitat and population (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring population and habitat diversity, productivity, viability, and natural processes throughout the ecosystem, and striving for stable, sustainable wildlife populations.

Manage all federally threatened, endangered, candidate, and BLM sensitive species as key/priority species.

Provide for effective special status species habitat throughout the planning area with abundance and distribution commensurate with the capability of the land to sustain special status species populations. Habitat continuity and travel corridors exist and persist to facilitate species movement and establishment into newly suitable areas as a result of changing habitats.

Utilize current conservation (recovery) plans, agreements, and strategies, including state habitat and species management and action plans to direct management. (See Section 1.7, Related Plans and Authorities, bullet 1.7.4 for examples of other plans.)

Design land treatment projects and other facilities to improve the quality and quantity of special status species (aquatic and terrestrial) habitats. Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species.

**Action (134):**
Recognize the following as key/priority habitats for special status terrestrial wildlife:
- USFWS-designated critical habitats
- Occupied and suitable habitat for USFWS endangered, threatened, proposed, and candidate species
- Occupied and suitable habitat for BLM sensitive species

**Action (136):**
Pursue opportunities to enhance, protect, or restore federally threatened and endangered species habitats.

**Action (137):**
Promote BLM-sensitive species conservation to reduce the likelihood and need for species to be listed pursuant to the Endangered Species Act (BLM 2008a).

**Action (138):**
Attach the following standard stipulations to any BLM-issued permit in which there may be surface-disturbing activities:
- To avoid impacts on federally listed threatened, endangered, proposed, or candidate species or designated critical habitat and BLM special status species: project proponents, lessees, operators, and right-of-way (ROW) holders must contact the BLM before any surface-disturbing activities. Additional inventories may be required to ensure that there are no protected species on the proposed disturbance sites. The BLM may recommend, require modifications to, or disapprove proposed activities to avoid an activity that may affect a federally listed or BLM-sensitive species. Modification or disapproval may also be required on a proposed activity that is likely to jeopardize the continued existence of a proposed or listed threatened or endangered species or result in the

BLM_0162009

**Table 3-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| |
|---|
| destruction or adverse modification of a designated or proposed critical habitat. This could include completion of any required conference or consultation with USFWS. |

**Action (139):**
To protect key wildlife species, special status species, and their habitats, surveys conducted by qualified individuals may be required during the period appropriate to the species and before surface disturbance, habitat treatments, or similar activities.

**Action (140):**
Designate occupied habitat of known populations of federally threatened and endangered species as ROW avoidance. Surveys may be required before surface disturbance.

**Special Status Plants**

**Allowable Use (142):**
Close all federally threatened, endangered, and proposed plant species' occupied habitat (plant with a 200 meter/656 foot buffer) to mineral materials disposal and non-energy solid mineral leasing.

**Allowable Use (143):**
STIPULATION Controlled Surface Use (CSU)-19/ Site-Specific Relocation (SSR)-20: *BLM Sensitive Plant Species.* Surface occupancy or use may be restricted and SSR restrictions applied within 100 meters (328 feet) of BLM-sensitive plant species. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain sensitive plant species.

**Allowable Use (144):**
STIPULATION No Surface Occupancy (NSO)-22/SSR-21: *Plant ESA-Listed Species.* Prohibit surface occupancy and use and apply SSR restrictions within a 200-meter (656-foot) buffer of the edge of habitat of federally listed, proposed, or candidate threatened or endangered plant species as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM.

**Special Status Fish and Aquatic Wildlife**

**Action (147):**
Partner with Colorado Parks and Wildlife (CPW), Forest Service, USFWS, and others to remove nonnative trout and other fishes from occupied native cutthroat trout habitat.

**Allowable Use (148):**
STIPULATION NSO-24/ SSR-22: *Wildlife ESA-Listed Species (Occupied Federally Listed Fish Habitat).* Prohibit surface occupancy and use and apply SSR restrictions within 2,500 feet of the ordinary high-water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat.

**Allowable Use (149):**
STIPULATION NSO-26/ SSR-25: *Occupied Native Cutthroat Trout Habitat.* Prohibit surface occupancy and use and apply SSR restrictions within 325 feet of the edge of the ordinary high-water mark (bank-full stage) of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout.

**Allowable Use (149):**
STIPULATION CSU-23/ SSR-26: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied between 325 and 500 feet from occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout.

**Special Status Terrestrial Wildlife**

**Allowable Use (153):**
STIPULATION NSO-29/SSR-28: *Federally Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat).* Prohibit surface occupancy and use and apply SSR restrictions within habitat for species designated as federally listed, proposed, or candidate threatened or endangered species.

BLM_0162010

**Table 3-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| Special Status Terrestrial Wildlife—Western Yellow-Billed Cuckoo |
| --- |

**Allowable Use (155):**
STIPULATION CSU-25/ SSR-29: *Wildlife ESA-Listed Species (Yellow-Billed Cuckoo Habitat)*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: within yellow-billed cuckoo habitat. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.

The lease area may now or hereafter contain habitat for wildlife listed as threatened or endangered or identified as candidates for listing under the ESA. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation.

| Special Status Terrestrial Wildlife—Canada Lynx |
| --- |

**Action (160):**
Follow management actions from the 2013 Lynx Conservation Assessment and Strategy or most recent guidance.

**Allowable Use (161):**
STIPULATION: CSU-27/ SSR-31: *Wildlife ESA-Listed Species (Canada Lynx Habitat)*.
Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: in mapped or identified Lynx Linkage Corridors and Canada lynx habitat within Lynx Analysis Units and to any activities that would negatively alter connectivity between and within Lynx Analysis Units. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.

An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation.

BLM_0162011

**Table 3-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| Special Status Terrestrial Wildlife—Gunnison Sage-Grouse |
|---|

**Allowable Use (163):**
STIPULATION Timing Limitation (TL)-16: *Gunnison Sage-Grouse Winter Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in mapped important Gunnison sage-grouse winter habitat, including, but not limited to, all USFWS designated critical habitat and areas also defined by the BLM, USFWS, and CPW, from December 1 to March 15.

**Allowable Use (164):**
STIPULATION TL-18: *Gunnison Sage-Grouse Breeding Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in USFWS designated occupied critical habitat, nesting habitat mapped and defined by the BLM, USFWS, and CPW, or within 4.0 miles of active Gunnison sage-grouse leks (if nesting habitat is not mapped) from March 1 to July 15.

**Allowable Use (165, 166):**
STIPULATION NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in USFWS Gunnison sage-grouse occupied critical habitat and non-designated occupied breeding habitat as mapped and defined by the BLM, USFWS, and CPW (including federal minerals).

**Allowable Use (167):**
STIPULATION CSU-29/ SSR-34: *Gunnison Sage-Grouse Potential Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in USFWS Gunnison sage-grouse unoccupied critical habitat or to protect Gunnison sage-grouse potential habitats as mapped and defined by the BLM, USFWS, and CPW (including federal minerals).

Conservation measures may be imposed as necessary. Special design, construction, and implementation measures, including relocation of operations from identified habitat features (e.g., seeps or relatively mesic zones critical to brood rearing) to maintain high-quality Gunnison sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to sage-grouse use in the area.

**Action (168):**
Manage Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius) (1,330 acres) as ROW exclusion and critical habitat as ROW avoidance (12,840 acres).

| Special Status Terrestrial Wildlife—Mexican Spotted Owl |
|---|

**Allowable Use (175):**
STIPULATION TL-23: Wildlife: *Mexican Spotted Owl Timing Limitation (Suitable Breeding Habitat).* Prohibit surface use and surface-disturbing and disruptive activities in mapped suitable Mexican spotted owl breeding habitat as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies, including as defined in the Mexican spotted owl recovery plan, that are analyzed and accepted by the BLM, from March 1 to August 31.

**Allowable Use (175):**
STIPULATION CSU-34/ SSR-40: *Mexican Spotted Owl Suitable Breeding Habitat.* Surface occupancy or use may be restricted or prohibited, and SSR restrictions applied, to Mexican spotted owl breeding habitat as defined in the Mexican spotted owl recovery plan. Manage in accordance with the current Mexican spotted owl recovery plan. Field Manager may require the proponent/ applicant to submit a plan of development that demonstrates that impacts on Mexican spotted owl habitat have been avoided to the extent practicable.

**Allowable Use (175):**
STIPULATION NSO-40/ SSR-41: *Mexican Spotted Owl.* Prohibit surface occupancy and use and apply SSR restrictions on lands identified as Protected Activity Centers for Mexican spotted owl.

BLM_0162012

**Table 3-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| Climate |
| --- |
| **GOAL (18):**<br>Manage native vegetation and wildlife species, soil and water resources, and wildlife habitats to maintain productivity, viability, and natural processes in response to stresses induced by climate change. |
| **Objective (19):**<br>Reduce impacts from climate change on soil and water resources, native vegetation and wildlife species and communities, and wildlife habitats. |
| **Action (20):**<br>Address climate change effects on soil and water resources, vegetation, and habitats and apply appropriate management to protect these resource values. Where feasible, coordinate with local or regional scientists and organizations in addressing climate change. |
| **Action (21):**<br>Plant 1-to 2-year seedlings or seed local native species into new habitats where needed to improve restoration and revegetation success and to improve long-term survival of plant populations. Emphasize pollinators and butterflies, especially monarchs. |
| **Action (22):**<br>Minimize unnatural (e.g., size and intensity) soil and vegetation disturbance in habitat management areas to reduce barriers to plant migration. |

| Land Health |
| --- |
| **Goal (24):**<br>Manage soils, riparian-wetland areas, native plant and animal communities, special status species, and water quality to meet land health standards. |
| **Objective (25):**<br>Manage Areas of Critical Environmental Concern (ACECs), Wilderness Study Areas (WSAs), lands managed to protect wilderness characteristics, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments to achieve BLM Colorado Public Land Health Standards (BLM 1997; Appendix C of the FEIS) on greater than 80 percent of upland and riparian vegetation communities with 80 percent confidence. On the remaining BLM-administered lands, manage to achieve BLM Colorado Public Land Health Standards on greater than 70 percent of upland and riparian vegetation communities with 80 percent confidence. Measure BLM Colorado Public Land Health Standards on uplands using foliar cover, species composition, canopy gap, soil stability, and other appropriate indicators, and use best available science to determine benchmarks for achieving standards. For aquatic and riparian systems, measure bank stability, floodplain connectivity, aquatic health, water quality, and other appropriate indicators, and use best available science to determine benchmarks for achieving standards. |
| **Action (26):**<br>Apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. This would apply to ACECs, WSAs, lands managed to protect wilderness characteristics, habitat management areas, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments with a vegetation ORV. In the remaining lands, streams, and wetlands, apply land and stream health improvement projects in areas rated as *not meeting* BLM Colorado Public Land Health Standards (BLM 1997; Appendix C of the FEIS). |
| **Action (27):**<br>Limit, modify, or manage the cause, where an activity has been demonstrated to be causing land health problems, to improve land health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C of the FEIS). Activities could include the following:<br>• Grazing |

BLM_0162013

**Table 3-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

- Plant material and wood collection
- Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection)
- Travel
- Camping and other recreational activities

**Action (28):**
Require that new projects and land use authorizations identify BMPs or conditions of approval that minimize conflicts with health-improvement measures for lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C of the FEIS).

| Soils and Geology |
|---|

**Goal (30):**
Manage for soil stability and productivity to maintain overall watershed health. Manage erosion to minimize downstream impacts from soil-related issues (e.g., sediment runoff, selenium, and salinity).

**Objective (31):**
Manage activities in the Colorado River Basin to minimize the yield of sediment, salt, and selenium contributions from BLM-administered lands to water resources.

**Action (32):**
Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This could include the following:
- Modifying livestock grazing practices to reduce sediment yield
- Managing recreational uses
- Planning and implementing comprehensive travel management

**Action (33):**
When feasible, inventory and assess stock ponds, check dams, and contour furrows and rehabilitate, repair, or remove those structures with severe/active erosion. Combine efforts with other projects (e.g., range water projects, road maintenance, and recreation projects) where feasible to increase efficiency.

**Allowable Use (35):**
STIPULATION CSU-3/ SSR-3: *Geology Soil: Saline/Selenium Soils*. Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: saline/selenium soils. Special design, construction, and implementation measures, including relocation of operation by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to avoid and minimize potential effects to soil productivity.

**Action (37):**
Manage 390 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in the Biological Soil Crust ACEC as a ROW avoidance area.

**Allowable Use (38):**
STIPULATION CSU-6/SSR-6: *Geology Soil; Potential Biological Soil Crust*. Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: biological soil crust only when high levels of crust development are found. Determine the level of crust development using best available techniques. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to soil productivity.

**Action (39):**
No similar action (land acquisitions would not be actively pursued).

**Action (40):**
Manage slopes of 30 percent or greater (174,540 acres) as ROW avoidance areas.

BLM_0162014

**Table 3-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| |
|---|
| **Allowable Use (41)** |
| STIPULATION NSO-6/ SSR-8: *Geology: Slope Greater than 40 Percent*. Prohibit surface occupancy and use and apply SSR restrictions on lands with steep slopes greater than 40 percent. |
| STIPULATION CSU-9/SSR-9: *Geology Slope, Slopes of 30 to 39 Percent*. Surface occupancy or use may be restricted and SSR restrictions applied on steep slopes of 30 to 39 percent. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to slope stability. |
| **Allowable Use (42):** |
| No similar allowable use. (A timing limitation [TL] for saturated soil would not exist.) |
| **Water Resources** |
| **Goal:** |
| Protect, restore, and enhance watershed function in the capture, retention, and release of water in quantity, quality, and timing, thereby ensuring aquatic and terrestrial ecosystem health and public uses. Maintain and restore the physical, chemical, and biological integrity of the aquatic system, including stream banks and bottom configurations; maintain and restore the sediment regime under which aquatic ecosystems evolved; maintain and restore the timing, variability, and duration of floodplain inundation and water table elevation in wetlands, seeps, and springs. |
| **Objective (43):** |
| Maintain and improve water quality by ensuring streams are in compliance with the Clean Water Act for greater than 80 percent of stream segments in ACECs, WSAs, suitable wild and scenic river segments, and lands managed to protect wilderness characteristics, and greater than 70 percent of stream segments on the remaining BLM-administered lands, with 80 percent confidence. Where not meeting these water quality goals, work toward meeting them in accordance with Land Health Standards. |
| **Action (44):** |
| Manage lands to improve water quality and promote the delisting of state impaired water bodies (303[d]-listed water bodies only) in areas where BLM management actions are contributing to impaired water quality. Develop a water and aquatic monitoring plan using the BLM aquatic assessment, inventory, and monitoring protocol, if necessary, to determine areas where adaptive management is needed. |
| **Allowable Use (45):** |
| STIPULATION NSO-9/ SSR-11: *Hydrology River*. Prohibit surface occupancy and use and apply SSR restrictions within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers:<br>• Gunnison<br>• North Fork Gunnison<br>• San Miguel<br>• Uncompahgre<br>• Dolores Rivers |
| **Action (46):** |
| Designate as ROW avoidance areas a 0.25-mile buffer along the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores river corridors. |
| **Action (47):** |
| Manage a 325-foot buffer along perennial streams as ROW avoidance areas. |

BLM_0162015

**Table 3-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

**Allowable Use (48):**
STIPULATION NSO-11/ SSR-13: *Hydrology Features.* Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (328 feet) from the mapped extent of perennial streams, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent.

STIPULATION CSU-12: *Hydrology Features.* Surface occupancy or use may be restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), from the extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources.

**Objective (52):**
Provide sufficient water quantity on BLM-administered lands for multiple use management and functioning, healthy riparian and aquatic ecosystems.

**Action (53):**
Make recommendations to the Colorado Water Conservation Board for protection or enlargements of instream flows on appropriate stream segments. Assist the Conservation Board in instream flow assessments and monitoring of current BLM instream flow stream reaches for compliance.

**Action (54):**
Maintain current water rights to benefit wildlife and livestock. Object to proposals that could jeopardize existing rights. File for new surface water rights on perennial and seasonal streams and new water rights for groundwater sources (i.e., springs/seeps, wells, reservoirs, streams) in adequate quantities to protect planning area resource needs and sustainability.

**Objective (58):**
Protect soil, water, and vegetation resources during periods of drought.

**Action (59):**
Implement drought management guidelines, outlined in Appendix I of the FEIS, Drought Management, during drought to maintain or achieve long-term resource productivity

**Vegetation**

**Goal (62):**
Manage vegetation for a mix of productive and resilient plant and biological soil crust communities that sustain native plant and animal species, including pollinators and butterflies, especially monarchs, at viable population levels. Manage shrub and woodland communities within the Historic Range of Natural Variability, maintaining successional processes and sustaining all structural stages across the landscape. Manage riparian and wetland systems to function properly, have the ability to recover from disturbance, and sustain native species at viable population levels.

**Objective (63):**
Maximize native vegetation and natural processes by ensuring upland vegetation communities are within the range of natural variability, with an appropriate mix of plant functional groups, cover, and diversity, according best available science on greater than 80 percent of vegetation communities in ACECs, WSAs, suitable wild and scenic river segments, lands managed to protect wilderness characteristics, and greater than 70 percent of vegetation communities on the remaining BLM-administered lands, over 10 years with 80 percent confidence.

**Action (64):**
Use locally derived native species for revegetation. If locally derived native species are not available, are cost prohibitive, or are not likely to succeed, allow use of native species from outside the area or

**Table 3-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| |
|---|
| nonnative species that are not invasive when all other native revegetation options have been determined to be ineffective. |
| **Action (65):** |
| On ACECs, WSAs, lands managed to protect wilderness characteristics, habitat management areas, and areas with rare vegetation, restore areas of degraded vegetation, including burned areas, where there is a high probability of success. Use test plots first for more difficult areas.<br><br>On other lands, revegetate areas that are impacted by wildfire or resource use and development to basic levels of ecologic functionality as on-site or off-site mitigation. |
| **Objective (66):** |
| Provide the public with commonly available and renewable native plant materials through the sale of native seed collecting permits, commercial and institutional seed-collecting permits, and permits for the collection of other plant products, while protecting other resources. |
| **Action (67):** |
| Make 631,060 acres available for permits for seed collection, wildings, and other plant materials. Except for research and revegetation purposes, close the following areas to permits:<br>• WSAs<br>• Occupied threatened and endangered plant habitat; collection of ESA-listed taxa will not be permitted<br>• Occupied special status plant species habitat |
| **Objective (68):** |
| Manage exemplary, ancient, and rare vegetation communities; and habitat management areas to maintain their integrity and functionality. (Refer to Wildlife—Terrestrial for actions related to habitat management areas.) |
| **Action: (69):** |
| Manage exemplary, ancient, and rare vegetation communities as ROW avoidance areas. |
| **Allowable Use (70):** |
| STIPULATION CSU-14/ SSR-14: *Plant Community.* Surface occupancy or use may be restricted and SSR restrictions applied within occupied habitat that meets BLM's criteria established in the RMP for significant and/or relict plant communities (exemplary, ancient, and rare vegetation communities). Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain the viability of significant or relict plant communities. |
| **Areas of Critical Environmental Concern** |
| **GENERAL** |
| **Goal (536):** |
| Manage ACECs to protect significant resource values and prevent damage to important natural, biological, cultural, recreational, or scenic resources and values, or to protect life and safety from natural hazards. |
| **Objective (537):** |
| Manage the following areas (31,310 acres) as ACECs:<br>• Adobe Badlands ACEC (6,370 acres)<br>• Biological Soil Crust ACEC (390 acres)<br>• Fairview South (BLM Expansion) ACEC (610 acres)<br>• Needle Rock ACEC (80 acres)<br>• Paradox Rock Art ACEC (1,080 acres)<br>• San Miguel River (22,780 acres) |

BLM_0162017

| **ADOBE BADLANDS ACEC/OUTSTANDING NATURAL AREA** |
| --- |

**Action (540)**

Manage 6,370 acres as the Adobe Badlands ACEC to protect federally listed (endangered, threatened, proposed, and candidate) and BLM-sensitive species and habitats, scenic values, and highly erodible soils; provide for semiprimitive, nonmotorized, recreation opportunities and use, and reduce active erosion. Management actions are as follows:

- Close to motorized and mechanized travel.
- Manage as Visual Resource Management (VRM) Class II.
- Provide such facilities as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, and fences as needed to protect resources.
- Prohibit campfires.
- Manage as ROW avoidance.
- Allowable Use: Close to coal leasing.
- Allowable Use: Close to mineral materials disposal.
- Allowable Use: Close to nonenergy solid mineral leasing.
- Allowable Use: STIPULATION NSO-58/ SSR-57: *Special Designation ACEC.* Prohibit surface occupancy and use in the ACEC. (Refer to Appendix B of the FEIS.)

| **FAIRVIEW SOUTH ACEC/RESEARCH NATURAL AREA** |
| --- |

**Action (542):**

Manage 610 acres as the Fairview South (BLM Expansion) ACEC to protect clay-loving wild buckwheat. Management actions are as follows:

- Continue monitoring studies in cooperation with Colorado Natural Areas Program.
- Close to sheep grazing.
- Close to cattle grazing.
- Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, fences, etc. as needed for resource protection.
- Close to motorized and mechanized travel.
- Manage as day use only; prohibit camping.
- Prohibit campfires.
- Manage as VRM Class III.

**Allowable Use (542):**

STIPULATION NSO-58/ SSR-57: *Special Designation ACEC.*

Prohibit surface occupancy and use and apply SSR restrictions in the ACEC. (Refer to Appendix B of the FEIS.)

- Allowable Use: Close to mineral materials disposal.
- Allowable Use: Close to nonenergy solid mineral leasing.
- Manage as ROW exclusion.

| **SAN MIGUEL RIVER ACEC** |
| --- |

**Action (546)**

Manage 22,780 acres as the San Miguel River ACEC to protect unique riparian resources, bird habitat, and scenic values. Management actions are as follows:

- Manage as VRM Class III.
- Allow on-site collection of dead and downed wood for campfires (fire pans, stoves, or grills required), unless monitoring indicates a need for change.
- Close to wood product sales and/or harvest.
- Limit camping to designated sites and areas.
- Limit camping to no longer than 7 consecutive days at any 1 location; after the 7 days has been reached, prohibit campers from returning to that location for 30 days and/or require them to move out of the ACEC.
- Limit campfires to existing fire pans, stoves, or grills in designated campsites.

BLM_0162018

- Limit motorized and mechanized travel to designated routes.
- Where possible, locate facility development outside the 100-year floodplain.
- Provide such facilities as informational and interpretive signs, designated trail systems and restrooms, barricades, and fences, as needed for enhanced visitor use, enjoyment, and safety and to protect sensitive species and their habitats.
- ROW exclusion.
- Allowable Use: Close to coal leasing.
- Allowable Use: Close to nonenergy solid mineral leasing.
- Allowable Use: STIPULATION NSO-58: *Special Designation ACEC*. Prohibit surface occupancy and use in the ACEC. (Refer to Appendix B of the FEIS.)
- Allowable Use: Close to mineral materials disposal.

**Fish and Wildlife**

**Action (104):**
Manage the following 90,050 acres as habitat management areas to preserve the continuity of habitats, vegetation communities, and native wildlife within, while following vegetation mosaic objectives:
- Jumbo Mountain/McDonald Creek Zones 1-4 (15,630 acres)
- La Sal Zones 2 and 3 (12,490 acres)
- Monitor-Potter-Roubideau Zones 1-3, 8, and 10 (20,400 acres)
- Ridgway Zones 1 and 2 (9,070 acres)
- Sims Mesa (19,650 acres)
- Tabeguache Zones 2, 4, 5, 6, and 9 (12,810 acres)

**Action (105):**
Manage all habitat management areas totaling 90,050 acres as ROW avoidance areas.

**Allowable Use (106):**
STIPULATION CSU-17/ SSR-18: *Habitat Management Areas.* Surface occupancy or use may be restricted and SSR restrictions applied within all habitat management areas (90,050 acres). Special design, construction, and implementation measures, including reasonable relocation of operations or facilities by more than 200 meters (656 feet) to accommodate placement outside of core and corridor habitats to maintain connectivity for identified Primary Benefiting Species, may be required.

**Action (107):**
Restore, enhance, conserve, and promote aquatic and terrestrial species conservation and ecosystem integrity and values in coordination with the CPW. Emphasize the management of native species (mammals, reptiles, amphibians, birds, fish, invertebrates, and plants), including objectives and improvements for ensuring habitat diversity, productivity, viability, and natural processes throughout the ecosystem, and striving for stable, sustainable wildlife populations.

Design land treatment projects and other facilities to improve the quality and quantity of wildlife habitats.

**Action (108):**
Coordinate with CPW during implementation to achieve desired habitat conditions for native species and to achieve BLM Colorado Public Land Health Standards (BLM 1997; Appendix C of the FEIS). Review this strategy every 5 years.

**Wildland Fire Ecology and Management**

**Goal (194):**
Manage wildland fire and fuels with the protection of human life as the highest priority while also protecting social and economic values, achieving resource management objectives, and enhancing natural ecosystem processes and ecological sustainability.

**Objective (200):**
Manage fire and fuels/vegetation to achieve specific resource management objectives, which include:
- Restore and enhance wildlife habitat.
- Improve vegetation condition for stand health, forage production, and watershed enhancement.
- Maintain and restore woodland and forest productivity.
- Maintain appropriate vegetation/age class mosaics and fuel complexes across the landscape.

BLM_0162019

- Work to restore Fire Regime Condition Classes 2 and 3 towards Class 1, and maintain areas of Class 1, consistent with fire and biological objectives.

**Action (201):**
Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives.

**Action (202):**
Use mechanical treatment, prescribed fire, seeding, herbicide, and pollinators in the most ecologically appropriate manner to achieve resource objectives.

**Action (203):**
Use managed fire throughout the planning area, except as precluded by other decisions in the RMP, as a natural process and to meet resource objectives using an ignition-by-ignition decision process.

| Forestry and Woodland Products |
|---|

**Goal (275):**
Provide forest and woodland products on a sustainable basis to meet local needs and promote ecological health.

**Objective (276):**
Manage forests and woodlands within the historic range of natural variability while ensuring ecological diversity, maintaining successional processes, maintaining sustainability (including the desired mix of structural stages and landscape/watershed functions), and providing for native plant and wildlife habitats.

**Action (278):**
Designate 675,800 acres of forest management units. Of those acres, only 519,620 acres are available for commercial wood harvest and 438,580 acres are open to general wood cutting. Forest management units with total acres and acres available for commercial harvest and general wood cutting are:

- North Fork—132,300 acres
  - General
    - Open to wood collection—82,460 acres
    - Closed to wood collection—49,840 acres
  - Commercial
    - Open to commercial wood collection—105,440 acres
    - Closed to commercial wood collection—26,860 acres
- Paradox—175,880 acres
  - General
    - Open to wood collection—123,010 acres
    - Closed to wood collection—52,870 acres
  - Commercial
    - Open to commercial wood collection—135,120 acres
    - Closed to commercial wood collection—40,760 acres
- San Miguel—189,030 acres
  - General
    - Open to wood collection—116,150 acres
    - Closed to wood collection—72,880 acres
  - Commercial
    - Open to commercial wood collection—133,230 acres
    - Closed to commercial wood collection—55,800 acres
- Storm King—41,700 acres
  - General
    - Open to wood collection—23,170 acres
    - Closed to wood collection—18,530 acres
  - Commercial
    - Open to commercial wood collection—28,860 acres
    - Closed to commercial wood collection—12,840 acres
- Uncompahgre Plateau—136,890 acres
  - General

BLM_0162020

- Open to wood collection—93,830 acres
- Closed to wood collection—43,060 acres
  - o Commercial
    - Open to commercial wood collection—116,970 acres
    - Closed to commercial wood collection—19,920 acres

**Action (282):**
Close the following areas (152,880 acres) to wood product sales and/or harvest (unless there is an exception shown below):

- ACECs (refer to the *Areas of Critical Environmental Concern* section for specific restrictions and allowed wood product use or harvest)
  - o Fairview South (BLM Expansion)
  - o Needle Rock
  - o San Miguel River
- Steep slopes (greater than 40 percent)
- Lands managed to protect wilderness characteristics—Roc Creek unit
- Riparian areas
- The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County
- Ancient woodlands and forest
- Exemplary, ancient, and rare vegetation
- Special Recreation Management Areas (SRMAs) (refer to Appendix J of the FEIS, [Description of Recreation Management Areas] for specific restrictions and allowed wood product use or harvest):
  - o Dolores River Canyon
  - o Dry Creek RMZs 1 and 2
  - o Jumbo Mountain RMZ 1
  - o North Delta
  - o Ridgway Trails RMZ 1
  - o Roubideau RMZs 1 and 2
  - o San Miguel River
  - o Spring Creek RMZ 2
- Tabeguache Area
- WSAs

Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives.

## Livestock Grazing

**Goal (298):**
Provide adequate forage for livestock while attaining healthy rangelands, in accordance with land health standards and in balance with other resources and uses, and to support local agricultural communities.

**Objective (299):**
Using best available science and monitoring data, at the implementation level, design grazing systems that will meet or make progress toward meeting BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997), seek appropriate opportunities to increase, decrease, or maintain grazing permitted use.

**Action (300):**
Make 614,120 acres available for livestock grazing. Provide 35,114 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions.

**Action (301):**
Make 61,680 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and un-allotted land. The purpose includes steep slopes, conflict with BLM recreation sites, or avoidance of sensitive resources, such as those described in the Fairview *Area of Critical Environmental Concern* section.

BLM_0162021

**Action (305):**

Periodically evaluate allotments or portions of allotments to identify grazing issues. Base potential closure to livestock grazing and/or reduction in permitted use on the following criteria, when management is insufficient to remedy the problem:

- Areas identified as BLM disposal tracts
- Small percentage (less than 10 percent) of BLM-administered lands in allotment
- Areas unsuitable for livestock grazing (such as steep slopes)
- Major impact on wildlife or threatened and endangered species (such as competition for forage, winter range, sage-grouse habitat), or sensitive fish habitat, as determined by data analysis
- Public health and safety
- High-intensity recreation areas/facilities
- Resource objectives for municipal watersheds
- Conflicts with adjoining private land development
- Impacts on cultural resource
- Areas with high soil selenium concentrations

**Recreation and Travel Management**

**Goal (365):**

Produce a diversity of quality recreational opportunities that support outdoor-oriented lifestyles and add to participants' quality of life, enhance the quality of local communities, and foster protection of natural and cultural resources.

**Objective (382):**

Manage administratively designated areas (SRMAs) to provide for targeted recreation, experiences, and settings for personal, community, environmental, and economic activities.

**Action (383):**

Manage 128,620 acres as SRMAs to provide targeted recreation opportunities, experiences, and benefits listed below:

- Dolores River Canyon (13,410 acres)
- Dry Creek (42,180 acres)
- Jumbo Mountain (1,600 acres)
- Ridgway Trails (1,130 acres)
- Roubideau (25,350 acres)
- San Miguel River (36,020 acres)
- Spring Creek (4,980 acres)
- North Delta (3,950 acres)

**Objective (438):**

Manage administratively designated areas (Extensive Recreation Management Areas, ERMAs) to provide for targeted recreation opportunities.

**Action (439):**

Manage 64,790 acres as ERMAs to specifically address local recreation issues:

- Burn Canyon (9,160 acres)
- Kinikin Hills (10,810 acres)
- Paradox Valley (44,820 acres)

**Goal (481):**

Manage travel to support the BLM's mission, achieve resource management objectives and provide appropriate, sustainable public and administrative access.

**Objective (482):**

Maintain and improve land health while promoting responsible use through active travel management. Within in each Travel Management Area, designate a comprehensive travel management system that achieves resource management objectives, provides appropriate, sustainable public and administrative access, communicates with the public about opportunities, and monitors the effects of use.

**Action (483):**

Designate travel areas as follows:

- Open: 3,950 acres

BLM_0162022

- Closed to motorized travel: 880 acres
- Closed to motorized and mechanized travel: 57,400 acres
- Limited yearlong to designated routes for motorized and mechanized travel: 613,570 acres
- Seasonal limitations: 28,570 acres

## Lands and Realty

**Goal (500):**
Meet public needs for land use authorizations (i.e., ROWs, communication sites, utility corridors, leases, permits, and renewable energy resources), land tenure adjustments, withdrawals, and easements in an environmentally responsible manner.

**Objective (501):**
Make lands available for land use authorizations, and apply stipulations to ensure the compatibility of multiple use with resource protection.

**Allowable Use (502):**
ROW Exclusion Areas (including renewable energy sites): Manage 51,700 acres as ROW exclusion areas that are closed to land use authorizations:

- ACECs
  - Fairview South (BLM Expansion)
  - San Miguel River
- Tabeguache Area
- WSAs
- Suitable wild and scenic river (WSR) segments classified as "wild"
- SRMAs
  - Roubideau RMZ 1
- Lands with wilderness characteristics

The following exceptions would apply to ROW exclusions:
- Designated West-wide Energy Corridors (section 368 corridors)
- Designated utility corridors
- 100-foot buffer from the center-line of county roads and highways (these areas would be managed as ROW avoidance)

Allow ROWs for private in-holdings or edge-holdings for reasonable access and utilities (these areas would be managed as ROW avoidance)

Recognize the valid existing rights of grant holders to continue to operate, maintain, and improve/upgrade facilities.

**Allowable Use (503):**
ROW Avoidance Areas (including renewable energy sites): Manage 265,110 acres as ROW avoidance areas:

- Slopes of 30 percent or greater
- Within 325 feet of perennial streams
- Within 325 feet of naturally occurring riparian and wetland areas, seeps, and springs
- Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake
- Exemplary, ancient, and rare vegetation communities
- Habitat management areas (see Wildlife—Terrestrial section);
- Occupied habitat of known populations of federally threatened and endangered species
- Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius)
- Sites listed on or eligible for listing on the National Register of Historic Places (NRHP)
- Lands managed to protect wilderness characteristics
- SRMAs
  - Dolores River Canyon

BLM_0162023

- o Dry Creek RMZ 5
  - o North Delta
  - o Roubideau RMZs 2 and 3
  - o San Miguel River RMZs 2 and 3
  - o Spring Creek RMZ 2
- ACECs
  - o Adobe Badlands
  - o Needle Rock
  - o Paradox Rock Art
  - o Biological Soil Crust
- Suitable WSR segments classified as "scenic"
- Lands within 100 meters (328 feet) of either side of centerline of National Trails

The following exceptions would apply to ROW avoidance areas:
- Designated West-wide Energy Corridors (section 368 corridors)
- Designated utility corridors
(allow all compatible uses in designated corridors)

Recognize the valid existing rights of grant holders to continue to operate, maintain, and improve/upgrade facilities.

| **Fluid Leasable Minerals (Oil and Gas and Geothermal Resources)** |
|---|

**Goal (335):**
Provide opportunities to develop fluid minerals consistent with other resource goals and uses to support local and national energy needs.

**Objective (336):**
Lease federal fluid mineral and geothermal resources to facilitate economically and environmentally responsible exploration, development, and reclamation using the best available technology.

**Allowable Use (337):**
NO LEASING (NL): *BLM Surface/Federal Mineral Estate.* Manage 44,220 acres of the federal mineral estate underlying BLM-administered surface as closed to fluid mineral leasing and geophysical exploration:
- Tabeguache Area
- WSAs

**Allowable Use (339):**
LEASING
Manage 871,810 acres of the federal mineral estate as open fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply):
- BLM surface/federal fluid mineral estate: 631,580 acres
- Private or State surface/federal fluid mineral estate: 240,230 acres

**Allowable Use (340):**
STIPULATION *NSO* (all NSOs): Prohibit surface occupancy on 248,170 acres of the federal mineral estate:
- BLM surface/federal fluid mineral estate: 188,860 acres
- Private or State surface/federal fluid mineral estate: 59,310 acres that are open to fluid mineral leasing:
- Slopes of 40 percent or greater
- Within 305 meters (1,000 feet) of a classified surface water supply stream segment (as measured from the average high-water mark) for a distance of 8 kilometers (5 miles) upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado.
- Within 2,640 feet (0.50-mile) buffer of all public water supplies that use a groundwater well and groundwater under the direct influence of surface water.
- Prohibit directional drilling within 1,500 vertical feet below a surface Public Water Supply or 1,500 vertical feet below the depth of a Public Water Supply that use a groundwater well or groundwater under the direct influence of surface water.

BLM_0162024

- Within 400 meters (1,312 feet) of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greater) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers
- Within 328 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams, fens and/or wetlands and water impoundments.
- Within 2,500 feet of the ordinary high-water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat
- Within 328 feet of the edge of the ordinary high water mark (bank-full stage) of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout
- Within occupied habitat for federally threatened endangered and proposed wildlife and bird species, except for Canada lynx, Mexican spotted owl, and yellow-billed cuckoo
- Gunnison Sage-Grouse Breeding (Lek) Habitat
- Gunnison Sage-Grouse Critical Habitat
- Within 0.25-mile of active and inactive bald eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)
- Within 0.25-mile of active and inactive golden eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)
- Within 0.50-mile of active and inactive ferruginous hawk, peregrine falcon, prairie falcon, and northern goshawk nest sites
- Within 0.25-mile of active and inactive nest sites of all other special status raptors and those that are not special status (except Mexican spotted owl)
- Within 0.25-mile of bald eagle winter roost sites
- Lands identified as Protected Activity Centers for Mexican spotted owl
- Within 200 meters (656 feet) of cultural resource sites allocated to Traditional Use
- Within 100 meters (328 feet) of known eligible cultural resources, traditional cultural properties, listed NRHP sites and districts, outstanding cultural resources to be nominated to the NRHP, interpreted and/or public use sites, and experimental-use sites
- Lands with wilderness characteristics—Roc Creek unit
- SRMAs
  - Dolores River Canyon RMZs 1, 2, and 3
  - Dry Creek RMZs 1, 2, 4, and 5
  - Jumbo Mountain RMZs 1 and 2
  - Ridgway Trails RMZs 1 and 2
  - Roubideau Zones RMZs 1 and 2
  - San Miguel River RMZs 1-4
  - Spring Creek RMZs 1-3
- Curecanti National Recreation Area
- State parks
- State wildlife areas
- Municipal Parks
- Within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia Dams) or their appurtenant structures
- ACEC
  - Adobe Badlands
  - Fairview South (BLM Expansion)
  - Needle Rock
  - San Miguel River
  - Biological Soil Crust
  - Paradox Rock Art
- Suitable WSR segments classified as "wild" or "scenic" (see Table 2-5 in PRMP (Summary of Wild and Scenic River Study Segments [Alternatives D and E])
- Within 200 meters (656 feet) of the center line of designated National Recreation Trails

BLM_0162025

- DOE Uranium Mill Tailings Remedial Action Area
- Within 305 meters (1,000 feet) from building units
- Bat roost sites and winter hibernacula
- Nominated National Register District
- Plant ESA-listed species

**Allowable Use (341):**

STIPULATION CSU (all CSUs): Apply CSU restrictions on 346,820 acres of the federal mineral estate:

- BLM surface/federal fluid mineral estate: 263,040 acres
- Private or State surface/federal fluid mineral estate: 83,780 acres that are open to fluid mineral leasing:
- Saline/selenium soils
- Potential biological soil crust
- Slopes of 30 to 39 percent
- Lands adjacent to perennial, intermittent, ephemeral streams, and riparian areas, fens, and/or wetlands and water impoundments.
- Within a distance greater than 1,000 feet but less than 2,640 feet of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply," and all public water supplies that use a groundwater well or spring
- Within 1,000 feet of domestic water wells
- Exemplary, ancient, and rare vegetation communities
- Habitat management areas (see *Wildlife—Terrestrial* section)
- Jumbo Mountain/ McDonald Creek Zones 1-4
- La Sal Zones 2-3
- Monitor-Potter-Roubideau Zones 1, 2, 3, and 8
- Ridgeway Zones 1-2
- Sims Mesa
- Tabeguache Zones 2, 4, 5, 6, and 9
- Desert and Rocky Mountain bighorn sheep summer range
- Within 100 meters (328 feet) of BLM sensitive plant species
- Between 325 and 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout
- Yellow-billed cuckoo habitat
- Canada lynx habitat
- Mexican spotted owl suitable breeding habitat
- Gunnison Sage-Grouse Breeding (Non-Lek) Habitat.
- Within 1.0 mile of accipiter, falcon (except kestrel), buteo, and owl (except Mexican spotted owl) nest sites
- Bald eagle habitat (winter concentration and communal roosts)
- Mexican spotted owl suitable breeding habitat
- Within 150 feet of active Gunnison and white-tailed prairie dog towns
- Within 200 meters (656 feet) of active kit fox dens
- Within 0.25-mile of Colorado state species of concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)
- Lands inventoried with identified wilderness characteristics that are managed for multiple uses
  - o  Adobe Badlands WSA Adjacent (6,180 acres)
  - o  Camel Back WSA Adjacent (6,950 acres)
  - o  Dolores River Canyon WSA Adjacent (550 acres)
  - o  Dry Creek Basin (7,030 acres)
  - o  Lower Tabeguache/ Campbell Creek (11,060 acres)
  - o  Shavano Creek (4,900 acres)
- ERMAs
  - o  Burn Canyon ERMA

BLM_0162026

- o Kinikin Hills ERMA
- o Paradox Valley ERMA
- SRMAs
  - o Dry Creek RMZ 3
  - o Roubideau RMZs 3 and 4
  - o North Delta SRMA
- Geology: coal mine
- Suitable WSR segments classified as "recreational" (see Table 2-5 in PRMP [Summary of Wild and Scenic River Study Segments (Alternatives D and E)])
- Within 5 miles of either side of the Old Spanish National Historic Trail
- Within 0.5 miles of scenic byways
- Plant ESA-listed species
- Protected cultural resources
- Paleontological resources

**Allowable Use (342):**
STIPULATION TLs (all TLs): Prohibit surface occupancy and surface-disturbing activities on 663,250 acres of the federal mineral estate (see the specific resource section and Appendix B of the FEIS for dates):
- BLM surface/federal fluid mineral estate: 522,160 acres
- Private or State surface/federal fluid mineral estate: 141,090 acres that are open to fluid mineral leasing:
- Saturated soils
- Coldwater sport and native fish
- Big game crucial winter range (severe winter range and winter concentration areas)
- Big game reproduction areas (elk, pronghorn antelope, Rocky Mountain and desert bighorn sheep, and moose calving/fawning/lambing areas)
- Wild turkey winter habitat
- Gunnison sage-grouse winter range habitat
- Gunnison sage-grouse breeding (lek and non-lek) habitat
- 0.5-mile radius around active nests of bald and golden eagle, ferruginous hawk, peregrine and prairie falcon, northern goshawk, and burrowing owl
- 0.25-mile radius around active nests of osprey; red-tailed, Swainson's, Cooper's, and sharp-shinned hawk; northern harrier; great horned owl; and other owls and raptors (except burrowing owl and kestrel)
- Bald eagle winter roost sites
- Bald eagle winter concentration areas
- Mexican spotted owl suitable breeding habitat
- Within 300 feet of active Gunnison and white-tailed prairie dog colonies
- Within 0.25-mile of active kit fox dens

**Mineral Materials and Nonenergy Leasable Minerals**

**Goal (348):**
Provide opportunities to develop locatable minerals, mineral materials, and nonenergy leasable minerals consistent with other resource goals and uses to support local and national energy and mineral needs.

**Mineral Materials**

**Objective (355):**
Facilitate environmentally responsible exploration and development of mineral materials.

**Allowable Use (356):**
Close 135,830 acres of federal mineral estate to mineral materials disposal:
- BLM surface/federal mineral estate: 132,750 acres
- Private or State surface/federal mineral estate: 3,080 acres

BLM_0162027

- Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"
- Lands within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring
- Lands within 100 feet of riparian areas
- Federally threatened, endangered, and proposed plant species' occupied habitat
- Lands managed to protect wilderness characteristics—Roc Creek unit
- SRMAs
  - o Dolores River Canyon
  - o Dry Creek RMZs 1, 2, and 4[1]
  - o Jumbo Mountain[1]
  - o Ridgway Trails[1]
  - o Roubideau RMZs 1-3
  - o San Miguel River RMZ 2-4
  - o Spring Creek RMZs 1 and 2
- ACECs
- Tabeguache Area
- WSAs
- Suitable WSR segments;
- Lands within 50 meters (164 feet) of congressionally designated National Trails
- DOE Uranium Mill Tailings Remedial Action Area

*[1]Only closed to commercial sales of mineral materials*

| **Nonenergy Solid Leasable Minerals** |
|---|

**Objective (361):**
Facilitate environmentally responsible exploration and development of nonenergy solid leasable minerals.

**Allowable Use (362):**
Close 171,290 acres:
- BLM surface/federal mineral estate: 168,280 acres
- Private or State surface/federal mineral estate: 3,010 acres in the following areas to nonenergy leasable mineral exploration and/or development:
- Lands managed to protect wilderness characteristics
- SRMAs
- ACECs
- Suitable WSR segments (see Table 2-5 in PRMP [Summary of Wild and Scenic River Study Segments (Alternatives D and E)])
- Within 1,000 feet on either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply."
- Within 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well and groundwater under the direct influence of surface water.

BLM_0162028

# 4.0 ACTION AREA DESCRIPTION

For the purposes of this consultation, the action area includes lands administered by the BLM in the UFO. The action area also includes lands within 1 mile that could be affected by noise, human presence, and visual disturbance associated with the proposed action. In the case of water depletions and the four endangered big river fish, the action area extends downstream for the entire range of each species in the Colorado River (**Figure 1**).

BLM-administered lands within the UFO encompass 675,800 acres in Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado. Adjacent lands within the action area are managed by the Forest Service, National Park Service, and CPW, as well as city, state, and private entities.

The action area is comprised of a high plateau continental region of mesas, mountains, and high desert, which falls primarily in the Colorado Plateau ecoregion, and secondarily in the Southern Rockies ecoregion (Chapman et al. 2006). Within the Colorado Plateau region, vegetation communities include grasslands, sagebrush steppe, riparian, pinyon-juniper, mountain scrub, and montane forest. Vegetation in the Southern Rockies region is similar, with the addition of subalpine forest and alpine communities. Over 1,100 plant species occur in and near the action area. Of these, more than 1,000 species are native. Fahrenheit

Climate is generally characterized by hot, sunny days and clear nights, with extreme daily temperature swings. Average daily temperatures range from around 50 degrees Fahrenheit up to 90 degrees Fahrenheit. During winter, temperatures range from a low of around 10 degrees Fahrenheit to a high of nearly 40 degrees Fahrenheit. Higher-elevation locations are cooler, with minimum winter temperatures approaching negative 40 degrees Fahrenheit, while lower elevations are warmer, with maximum summer temperatures near 110 degree Fahrenheit.

BLM_0162029

**Figure 1**
**Action Area Map**



Monthly precipitation is relatively uniform, with minimum precipitation typically occurring during June, followed by a period of maximum precipitation caused by summer convective thunderstorms. Higher-elevation monthly precipitation is more uniform but contains less moisture in mid-winter snow. Snowfall typically occurs from November through April (October through May at higher elevations), with light accumulation. Mountain snowpack, however, can become quite deep and remain well into spring.

According to the Colorado Water Conservation Board, temperatures in Colorado increased by approximately 2 degrees Fahrenheit between 1977 and 2006 (Colorado Water Conservation Board 2008). As reported in the 2007 Colorado Climate Action Plan developed by the state of Colorado (2007), climate change effects in Colorado have included the following:

- Shorter and warmer winters, with a thinner snowpack and earlier spring runoff
- Less precipitation overall, with more precipitation falling as rain
- Longer periods of drought
- More and larger wildfires
- Widespread beetle infestations
- Rapid spread of West Nile virus due to higher summer temperatures

## 5.0 PRE-FIELD REVIEW

A list of federally listed and proposed species and designated critical habitat in the action area was obtained from the USFWS Information for Planning and Consultation (IPaC) website on January 31, 2018 (USFWS 2018). Using this list, the BLM determined which of those species/critical habitats had a potential to occur within the action area (shown in **Table 5-1** below). Species not known or with no potential of occurring in the action area are documented with rationale in **Table 5-1** and in the narrative below the table. Such species will not be discussed further in this document. Excluded species have been dropped from further analysis by meeting one or more of the following conditions:

1. species does not occur, nor is expected in the action area during the time activities would occur;
2. occurs in habitats that are not present; and/or
3. is outside of the geographical or elevational range of the species.

In addition, **Table 5-1** below presents a very brief summary of federally listed species, designated/proposed critical habitat, species' habitat requirements, and known occurrence information of species that are known or may occur in the action area.

BLM_0162031

**Table 5-1**
**Threatened and Endangered, Candidate/Proposed Species with the Potential to Occur**
**within the Action Area and Designated/Proposed Critical Habitat**

| Species Common and Scientific Name | Status[1] | Potential to Occur | Critical Habitat | Rationale for Exclusion[2] | Habitat Description and Range in Action Area |
|---|---|---|---|---|---|
| **INVERTEBRATES** | | | | | |
| Uncompahgre fritillary butterfly *Boloria acrocnema* | E | NO | NO | HAB | Known to only occur above 12,000-foot elevation with extensive snow willow stands; habitat is very limited, and no known populations exist; known colonies are managed by the Forest Service and BLM Gunnison Field Office |
| **BIRDS** | | | | | |
| Gunnison sage-grouse *Centrocercus minimus* | T | YES | YES | N/A | Sagebrush communities for hiding and thermal cover, food, and nesting; open areas within sagebrush stands for leks; sagebrush-grass-forbs mix for nesting; wet meadows for brood rearing (year-round resident) |
| Mexican spotted owl *Strix occidentalis lucida* | T | YES | NO | N/A | Deep canyons with dense, old-growth conifers with high canopy cover and stand density; not known to exist, although suitable habitat is present |
| Western yellow-billed cuckoo *Coccyzus americanus* | T | YES | YES (Proposed) | N/A | Riparian, deciduous woodlands with dense undergrowth; nests in tall cottonwood and mature willow riparian, moist thickets, orchards, abandoned pastures; summer resident (breeding) |
| **MAMMALS** | | | | | |
| Canada lynx *Lynx canadensis* | T | YES | NO | HAB | Primary habitat of spruce/fir forest and secondary habitat of aspen and drier conifer forest; movement corridors between habitat areas is an important conservation concern |
| North American wolverine *Gulo luscus* | P | NO | NO | HAB | Remote subalpine and spruce/fir forested areas; overall, this mobile species uses a wide range of habitat types |
| **FISH** | | | | | |
| Bonytail chub *Gila elegans* | E | YES | NO | N/A | Colorado River downstream of the action area; historically were found in the Gunnison River up to about Delta, Colorado |
| Colorado pikeminnow (squawfish) | E | YES | YES | N/A | Critical habitat includes the Gunnison River and its 100-year floodplain from the mouth of the |

BLM_0162032

**Table 5-1**
**Threatened and Endangered, Candidate/Proposed Species with the Potential to Occur within the Action Area and Designated/Proposed Critical Habitat**

| Species Common and Scientific Name | Status[1] | Potential to Occur | Critical Habitat | Rationale for Exclusion[2] | Habitat Description and Range in Action Area |
|---|---|---|---|---|---|
| *Ptychocheilus lucius* | | | | | Uncompahgre River near Delta north to the action area boundary; Gunnison River below the Uncompahgre River, and the lower reaches of the Uncompahgre River; may exist in portions of the Dolores River |
| Greenback cutthroat trout *Oncorhynchus clarki stomias* | T | YES | NO | N/A | Cold-water streams and lakes with adequate spawning habitat in gravelly riffles, often with shading cover; young typically shelter in shallow backwaters |
| Humpback chub *Gila cypha* | E | YES | NO | N/A | Parts of the Colorado River downstream of the action area; historic range is similar to that of the Colorado pikeminnow; may still exist in the lower Gunnison River near the mouth; most are found in the Colorado River downstream of Grand Junction |
| Razorback sucker *Xyrauchen texanus* | E | YES | YES | N/A | Critical habitat includes the Gunnison River and its 100-year floodplain from the mouth of the Uncompahgre River near Delta north to the planning area boundary; historically inhabited as far upstream as the Gunnison and Uncompahgre River confluence; small populations are now found in the Colorado River and in the Gunnison River below the action area |
| **PLANTS** | | | | | |
| Clay-loving wild buckwheat *Eriogonum pelinophilum* | E | YES | YES | N/A | Confined to whitish alkaline, clay soils and soils of the Mancos shale Adobe Badlands; endemic to Montrose and Delta Counties; 22 known occurrences are found on less than 600 acres of occupied habitat |
| Colorado hookless cactus *Sclerocactus glaucus* | T | YES | NO | N/A | Rocky hills, mesa slopes, and alluvial benches in desert shrub communities at elevations from 4,500 to 6,000 feet; found primarily north of Montrose, Colorado, in the lower Uncompahgre River and |

BLM_0162033

**Table 5-1**
**Threatened and Endangered, Candidate/Proposed Species with the Potential to Occur within the Action Area and Designated/Proposed Critical Habitat**

| Species Common and Scientific Name | Status[1] | Potential to Occur | Critical Habitat | Rationale for Exclusion[2] | Habitat Description and Range in Action Area |
|---|---|---|---|---|---|
| | | | | | Gunnison River valleys, with most subpopulations found near the city of Delta, Colorado |
| Skiff milkvetch *Astragalus microcymbus* | C | NO | NO | ODR | Sagebrush or juniper-sagebrush communities on moderately steep to steep slopes. Often found in rocky areas with a variety of soil conditions from clay to cobbles, gray to reddish in color; Colorado endemic known from Gunnison County and extending into the edge of Saguache County |
| Ute ladies'-tresses *Spiranthes diluvialis* | T | NO | NO | ODR | Found on freshwater streams emerging from the flanks of mountains; colonizes such as point bars, sand bars, and low-lying gravelly, sandy, or cobbly edges; persists where the hydrology provides continual dampness, such as oxbows and side channels; distribution includes north-central and central Colorado; in the upper Colorado River Basin, particularly in the Uintah Basin |

Source: USFWS 2018

The USFWS species list (USFWS 2018) was obtained from IPaC website on January 31, 2018 and reviewed. Species and critical habitat not having the potential to occur were excluded from further review with a no effect determination with the below rationale.
[1] **Status Codes**: **E**=federally listed endangered; **T**=federally listed threatened; **P**= federally proposed for listing; **C**= federal candidate for listing; and **CH**=designated critical habitat
[2] **Exclusion Rationale Codes**: **N/A**=not applicable; **ODR**=outside known distributional range of the species; **HAB**= no habitat present in action area; **ELE**= outside of elevational range of species; and **SEA**=species not expected to occur during the season of use/effect

## 5.1 Species Considered and Evaluated

Table 5-1 above indicates if species from the USFWS official species list (dated January 31, 2018) are known or expected to occur within the action area, have suitable habitat present, or, if not, why they are excluded from further analysis (with rationale). Additional rationale for exclusion from further analysis is presented below the table.

BLM_0162034

Several species are excluded from detailed analysis, as follows:

Uncompahgre fritillary butterfly: In the action area, the BLM manages less than 10 acres of subsurface mineral estate (private surface) within habitat for the species. All other lands in the action area that could provide suitable habitat for the species are either private or state lands with no BLM mineral subsurface (4,380 acres) or National Forest Service lands where the BLM does manage the mineral estate (19,560 acres). For Forest Service mineral estate, the Forest Service has all surface use decisions; thus, the Forest Service will consult on any action that may affect this species. As such, management within the UFO would have a discountable effect on this species.

North American wolverine: Section 7 (a)(4) of the ESA requires conferencing with the USFWS only when a proposed action is likely to jeopardize the continued existence of a proposed species, or destroy or adversely modify proposed critical habitat. The wolverine is believed to have been extirpated from Colorado by the early 1900s, and the USFWS does not believe wolverine populations currently occur within the state. In addition, no critical habitat was proposed for designation.

Canada lynx: Canada lynx require conifer and conifer-hardwood boreal forests that support the species' large home range, between 12 and 83 square miles (7,680 to 53,120 acres), sufficient snowshoe hare density, and deep snow. The species is unlikely to use open habitats. A summary of Canada lynx habitat within the action area is provided in **Table 5-2**. Given the lack of suitable habitat, the patchy and isolated nature of what habitat there is makes it unlikely that populations or specific life stage needs of individual lynx would be supported; thus, the probability of use by lynx is very unlikely. As such, any potential effects are discountable.

**Table 5-2**
**Summary of Canada Lynx Habitat within the Action Area**

| Habitat Type | Acres |
|---|---|
| **Winter Habitat** | |
| Total within action area | 51,090 |
| Total on BLM-administered lands within action area | 1,070 |
| Average patch size on BLM-administered lands within action area | 35 |
| **Winter/Denning Habitat** | |
| Total within action area | 230,140 |
| Total on BLM-administered lands within action area | 8,700 |
| Average patch size on BLM-administered lands within action area | 82 |

Source: BLM GIS 2018

As indicated in **Table 5-1**, there are 10 federally listed threatened or endangered species with the potential to occur and be affected by the PRMP: Gunnison sage-grouse, Mexican spotted owl, western yellow-billed cuckoo, bonytail chub, Colorado pikeminnow, greenback cutthroat trout, humpback chub, razorback sucker, clay-loving wild buckwheat, and Colorado hookless cactus. There are four designated critical habitats in the action area: Gunnison sage-grouse, Colorado pikeminnow, razorback sucker, and clay-loving wild buckwheat, and one proposed critical habitat, for the western yellow-billed cuckoo; therefore, only those species and critical habitats will be addressed hereafter in this assessment (evaluated species). The remaining species/critical habitat shown above without a potential to occur are not analyzed further based on the rationale provided. The proposed action will have no effect on these other species or critical habitat.

BLM_0162035

# 6.0 EVALUATED SPECIES INFORMATION

## 6.1 Field Reconnaissance

Given the scale of the PRMP, comprehensive surveys have not been conducted for all listed species in the action area. Known surveys and monitoring activities are summarized below.

### Colorado hookless cactus

There are 314 distinct Colorado hookless cactus occurrences occupying greater than 0.25-acre that are documented, and 950 occurrences occupying less than 0.25-acre, within the action area. This does not include the Dominguez-Escalante or Gunnison Gorge National Conservation Areas (NCAs), both of which also contain significant occurrences adjacent to the action area. Currently identified Colorado hookless cactus occurrences occupy more than 3,000 acres within the action area.

Numerous point-in-time population estimates conducted between 2012 and 2017 suggest that historic Element Occurrence Records drastically underestimate the size of the occurrences. Since the publication of the 2010 USFWS Recovery Outline (USFWS 2010a), 94 new distinct occurrences have been documented within the action area, totaling well over 2,000 individuals. Continued survey is likely to add significantly more new occurrences within the action area.

### Clay-loving wild buckwheat

The BLM has conducted monitoring of the clay-loving wild buckwheat at four plots on Fairview South. The BLM also collaborated with USFWS to conduct inventories for clay-loving wild buckwheat. The following additional monitoring and protective/recovery actions for clay-loving wild buckwheat have been conducted since 2011:

- 2011–2012: BLM UFO worked with USFWS, Montrose Model Airplane Club, and Colorado Natural Heritage Program to establish three exclosures to protect clay-loving wild buckwheat occurrences from recreation and to study the effects of livestock grazing on clay-loving wild buckwheat with a no-grazing control
- 2013: BLM UFO established a 14-acre exclosure to protect clay-loving wild buckwheat from recreation effects in the Elephant Skin area in the Gunnison Gorge NCA adjacent to but outside the action area
- 2008–2013: BLM UFO established a long-term monitoring program for clay-loving wild buckwheat with five study plots: two in the action area in the Fairview South ACEC, and three adjacent to but outside the action area (in the Gunnison Gorge NCA)

### Western yellow-billed cuckoo

This species had not been reported in the region since the late 1980s until surveys in 2008 and 2009 documented nesting pairs on private land near the North Fork of the Gunnison River in Delta County. Summer observations of the species have been recently reported near the San Miguel River near Nucla, Colorado, and south of Montrose, Colorado, but no breeding has been documented in those areas.

### Mexican spotted owl

In the early 1990s, multiple spotted owl surveys were conducted by CPW along the Dolores and San Miguel main stems and major tributaries, all with negative results. Additional surveys have been conducted in the action area by other entities more recently, such as the Colorado

BLM_0162036

Department of Transportation in San Miguel Canyon, but also with negative results. To the BLM's knowledge, there have been no reports for this species in the action area.

## 6.2 Species Status and Biology

### Colorado hookless cactus
### *Species Description*

The Colorado hookless cactus is barrel-shaped and typically ranges from 1.2 to 4.8 inches tall, with exceptional plants up to 12 inches tall. The flowers are usually funnel shaped but sometimes are bell shaped. They usually have pink to violet tepals (USFWS 2010a).

The Colorado hookless cactus was formerly part of a complex of cactus species called the Uinta Basin hookless cactus, with the taxonomic name *Sclerocactus glaucus*. The species ranged from western Colorado and into portions of eastern Utah. A taxonomic review of the species in 2007 determined that *Sclerocactus glaucus* is actually three separate species: *S. glaucus*, *S. wetlandicus*, and *S. brevispinus* (74 Federal Register 47112). The Colorado hookless cactus occurs only in western Colorado and has been renamed as such. *S. wetlandicus* and *S. brevispinus* occur only in Utah.

### *Life History*

Populations of Colorado hookless cactus occur primarily on alluvial benches (soils deposited by water) along the Colorado and Gunnison Rivers and their tributaries. It generally occurs on gravelly or rocky surfaces on river terrace deposits, on mesa tops, and along the spines of ridges. Exposures vary, but the Colorado hookless cactus is more abundant on south-facing slopes at elevations from 3,900 to 6,000 feet (USFWS 2010a). Soils are usually coarse, gravelly river alluvium above the river floodplains. They usually consist of Mancos shale, with volcanic cobbles and pebbles on the surface.

Pollinators include the honeybee and native bees in the genera *Eucera*, *Ashmeadiella*, *Heriades*, *Agapostemon*, and *Lasioglossum* (Rechel et al. 1999). Seed dispersal is primarily by means of ants, which are attracted by nutritious seeds which the Colorado hookless cactus produces (Rechel et al. 1999).

### *Status and Distribution*

The Colorado hookless cactus is an endemic plant found in Delta, Montrose, Mesa, and Garfield Counties, Colorado. There are two population centers of Colorado hookless cactus. The first is on alluvial river terraces of the Gunnison River from near the City of Delta to southern Mesa County; the second is on alluvial river terraces and mesa slopes of the Colorado River, Plateau Creek, and Roan Creek drainages in the vicinity of DeBeque, Colorado (USFWS 2010a). The species has been documented at 93 occurrences, totaling approximately 23,000 individuals (CNHP 2014a). On BLM-administered lands in the action area, there are 7,420 acres of occupied Colorado hookless cactus habitat (**Figure 2**).

The Colorado hookless cactus was first listed as a threatened species in 1979 (44 Federal Register 58868) as Uinta Basin hookless cactus (*Sclerocactus glaucus*). On September 15, 2009 (74 Federal Register 47112), the USFWS officially recognized the taxonomic split of this species, as described above. Critical habitat has not been designated.

BLM_0162037

**Figure 2**
**Known Colorado Hookless Cactus Occurrences**



## Clay-loving wild buckwheat

### *Species Description*

Clay-loving wild buckwheat is a low, slow-growing, and long-lived subshrub with dark green needle-like leaves with in-rolled margins. Individuals may grow up to 6 to 8 inches in height and up to 12 inches across. Clay-loving wild buckwheat is adapted to harsh growing conditions and is found in undulating adobe (clay) badland hills and flats, with white alkaline clay barrens derived from the Mancos Shale Formation at elevations ranging from 5,180 to 6,350 feet. These unique soils which support clay-loving wild buckwheat populations, also likely limit its distribution. Within Mancos shale soils, this species occurs in mat saltbush (*Atriplex* spp.) or black sagebrush (*Artemisia nova*) dwarf shrublands (USFWS 1988).

### *Life History*

Clay-loving wild buckwheat flowers may be visited by more than 50 species of pollinators in a season. The species requires an insect pollinator to set seed, for both outcrossing and self-pollination. The species blooms from late May to early September and produces hermaphroditic white or cream-colored flowers with pink to brownish-red basal veins; petals are all the same length. Fruits are achenes, light brown, and triangular in cross-section.

### *Status and Distribution*

Clay-loving wild buckwheat was listed as endangered on July 13, 1984, with critical habitat designated concurrently (49 Federal Register 28562). The species is known only from Delta and Montrose counties, Colorado. Thought to be confined to one occurrence at the time of listing, this species is currently known from 14 element occurrences totaling approximately 278,600 individuals. Occupied habitat within the action area covers 890 acres (**Figure 3**).

### *Critical Habitat*

Critical habitat for clay-loving wild buckwheat was designated in 1984 (**Figure 4**). Primary constituent elements (PCEs) to provide for the species' life-history processes include:

- PCE 1—alkaline clay soils within PCE-2
- PCE 2—sparsely vegetated Mancos shale badlands

## Colorado pikeminnow

### *Species Description*

The Colorado pikeminnow is the largest cyprinid fish endemic to the Colorado River Basin. This species historically reached a maximum length of approximately 6 feet and a maximum weight of 80 pounds (USFWS 2002b). Young are silvery and usually have a dark wedge-shaped spot at the base of the caudal fin. Adults are strongly counter-shaded, with a dark olive back and a white belly. Today's fish rarely exceed 3 feet in length or weigh more than 18 pounds.

### *Life History*

The Colorado pikeminnow is a long-distance migrator and top ecosystem predator. It lives in warm water reaches of the Colorado River main stem and larger tributaries. It requires uninterrupted stream passage for spawning migrations and young dispersal (USFWS 2002b). The species is adapted to a hydrologic cycle characterized by large spring peaks of snowmelt runoff and low, relatively stable base flows. High spring flows create and maintain in-channel habitats and reconnect floodplain and riverine habitats; this phenomenon is described as the spring flood-pulse.

BLM_0162039

**Figure 3**
**Known Clay-Loving Wild Buckwheat Occurrences**



BLM_0162040

**Figure 4**
**Clay-Loving Wild Buckwheat Critical Habitat**



BLM_0162041

Throughout most of the year, juvenile, subadult, and adult Colorado pikeminnow use relatively deep, low-velocity eddies, pools, and runs that occur in nearshore areas of main river channels. In the spring, Colorado pikeminnow adults use floodplain habitats, flooded tributary mouths, flooded side canyons, and eddies that are available only during high flows. Such environments may be particularly beneficial for Colorado pikeminnow because other riverine fishes gather in floodplain habitats to exploit food and temperatures and may serve as prey. Such low-velocity environments also may serve as resting areas for Colorado pikeminnow. River reaches of high habitat complexity appear to be preferred. Young pikeminnow feed on insects and plankton, adults feed on other fishes (USWFS 2002b).

### Status and Distribution

The Colorado pikeminnow was included on the first list of endangered species issued by the Office of Endangered Species on March 11, 1967 (32 Federal Register 4001) and was considered endangered under provisions of the Endangered Species Conservation Act of 1969 (16 US Code [USC], Section 668aa). The Colorado pikeminnow was included on the United States List of Endangered Native Fish and Wildlife issued on June 4, 1973 (38 Federal Register 14678). It received protection as endangered under Section 4(c)(3) of the original ESA of 1973.

Colorado pikeminnow is currently restricted to the upper Colorado River Basin. It inhabits warm-water reaches of the Colorado, Green, San Juan, Yampa, and White Rivers and their associated tributaries. In Colorado, the species is found in the Gunnison and Colorado Rivers. Colorado pikeminnow prefer larger river habitats but are known to use smaller tributary habitats throughout the Colorado River Basin. Adults require pools, deep runs, and eddies maintained by high spring flows; young require nursery habitats, including backwaters restructured by high spring flows and maintained by relatively stable base flows. The "15-Mile Reach" in Grand Junction, along the Colorado River, is a known congregation area for spawning Colorado pikeminnow.

### Critical Habitat

Critical habitat for Colorado pikeminnow was designated in 1994 (**Figure 5**). Identified PCEs include:

- PCE 1—Water: This includes a quantity of water of sufficient quality (i.e., temperature, dissolved oxygen, lack of contaminants, nutrients, turbidity, etc.) that is delivered to a specific location in accordance with a hydrologic regime that is required for the particular life stage for each species.
- PCE 2—Physical Habitat: This includes areas of the Colorado River system that are inhabited or potentially habitable by fish for use in spawning, nursery, feeding, and rearing, or corridors between these areas. In addition to river channels, these areas also include bottom lands, side channels, secondary channels, oxbows, backwaters, and other areas in the 100-year flood plain, which when inundated provide spawning, nursery, feeding, and rearing habitats, or access to these habitats.
- PCE 3—Biological Environment: Food supply, predation, and competition are important elements of the biological environment and are considered components of this constituent element. Food supply is a function of nutrient supply, productivity, and availability to each life stage of the species. Predation and competition, although considered normal components of this environment, are out of balance due to introduced nonnative fish species in many areas.

BLM_0162042

**Figure 5**
**Colorado Pikeminnow Critical Habitat**



## Razorback sucker

### *Species Description*

The razorback sucker is a large catostomid fish endemic to the Colorado River Basin. It is the only sucker with a sharp-edged dorsal keel behind its head. In the lower Colorado River Basin, these fish have reached lengths of over 3 feet and can weigh as much as 10 pounds. Fish in the upper Colorado River Basin tend to be smaller than those in the lower Colorado River Basin. They may live for over 40 years (USFWS 2002c).

### *Life History*

Adult razorback suckers occupy different habitats seasonally. Spring habitats required by adults in rivers are deep runs, eddies, backwaters, and flooded off-channel environments; summer habitats are runs and pools, often in shallow water associated with submerged sandbars; and winter habitats are low-velocity runs, pools, and eddies. The species spawns in rivers during spring runoff, over bars of cobble, gravel, and sand substrates. Water flow range widely, and water temperatures are typically greater than 57 degrees Fahrenheit (USFWS 2002c). Razorback suckers breed in the spring, when flows in riverine environments are high typically. Their diet consists primarily of algae, plant debris, and aquatic insect larvae.

### *Status and Distribution*

The razorback sucker is currently listed as endangered under the ESA, under a final rule published on October 23, 1991 (56 Federal Register 54957). A recovery plan was approved on August 1, 2002 (USFWS 2002c); a previous recovery plan was dated December 23, 1998 (USFWS 1998b). The final rule for determination of critical habitat was published on March 21, 1994 (USFWS 1994), and the final designation became effective on April 20, 1994. The species is also state-listed as endangered.

Historically, razorback suckers were found in the main stem Colorado River and in its major tributaries in Arizona, California, Colorado, Nevada, New Mexico, Utah, Wyoming, and Mexico. This species was reportedly once so numerous that it was commonly used as food by early settlers; commercially marketable quantities were caught in Arizona as recently as 1949. In the upper basin, razorback suckers were reported in the Green River to be very abundant near Green River, Utah, in the late 1800s (USFWS 1991).

In the upper Colorado River Basin razorback suckers are currently found in limited numbers in both lentic (lake-like) and riverine environments. The largest populations of razorback suckers in the upper basin are found in the upper Green and lower Yampa Rivers (Tyus 1987). In the Colorado River, most razorback suckers occur in the Grand Valley area near Grand Junction, Colorado, but they are increasingly rare.

### *Critical Habitat*

Critical habitat for razorback sucker was designated in 1994 (**Figure 6**). Identified PCEs include:

- PCE 1—Water: This includes a quantity of water of sufficient quality (i.e., temperature, dissolved oxygen, lack of contaminants, nutrients, turbidity, etc.) that is delivered to a specific location in accordance with a hydrologic regime that is required for the particular life stage for each species.

BLM_0162044

**Figure 6
Razorback Sucker Critical Habitat**



BLM_0162045

- PCE 2—Physical Habitat: This includes areas of the Colorado River system that are inhabited or potentially habitable by fish for use in spawning, nursery, feeding, and rearing, or corridors between these areas. In addition to river channels, these areas also include bottom lands, side channels, secondary channels, oxbows, backwaters, and other areas in the 100-year flood plain, which when inundated provide spawning, nursery, feeding, and rearing habitats, or access to these habitats.
- PCE 3—Biological Environment: Food supply, predation, and competition are important elements of the biological environment and are considered components of this constituent element. Food supply is a function of nutrient supply, productivity, and availability to each life stage of the species. Predation and competition, although considered normal components of this environment, are out of balance due to introduced nonnative fish species in many areas.

## Bonytail chub

### *Species Description*

The bonytail chub is a large fish in the minnow family. It is endemic to the Colorado River Basin and can live for 50 years. Bonytail chub are gray or olive-colored on the back, with silvery sides and a white belly. The adult bonytail chub has an elongated body with a long, thin caudal peduncle (a stalk-like part). The head is small and compressed, compared to the rest of the body. The mouth is slightly overhung by the snout and there is a smooth low hump behind the head that is not as pronounced as that on humpback chub.

### *Life History*

Little is known about the specific habitat requirements of bonytail chub because the species was extirpated from most of its historic range before extensive fishery surveys. The bonytail chub is adapted to main stem rivers, where it has been observed in pools and eddies. Similar to other closely related *Gila* species, bonytail chub in rivers probably spawn in spring over rocky substrates. Spawning in reservoirs has been observed over rocky shoals and shorelines.

Similarly, little is known of the food habits of the bonytail chub. They are reportedly largely omnivorous, with a diet of terrestrial insects, plant matter, and fish. Several chubs were observed feeding on floating debris washed by heavy rainfall. Vanicek (1967) reported that "Colorado chubs" fed mainly on terrestrial insects (mostly adult beetles and grasshoppers), plant debris, leaves, stems, and woody fragments (USFWS 2002a).

### *Status and Distribution*

Until the 1950s, bonytail chub was historically common or abundant in warm-water reaches of large rivers in many states, including Arizona, California, Colorado, New Mexico, Utah, and Wyoming. However, it has since experienced abrupt declines throughout much of its range. This species was one of the first fishes to reflect changes that occurred in the Colorado River basin after the completion of the Hoover Dam in 1936. The bonytail chub was extirpated from the lower Colorado River Basin between 1926 and 1950. The last known riverine area where bonytail chub were common was the Green River in Dinosaur National Monument. They may still be found in the Green River of Utah and perhaps in the larger Colorado River water bodies. The bonytail chub was added to the US list of endangered species on April 23, 1980.

BLM_0162046

## Humpback chub

### *Species Description*

The humpback chub is a medium to large cyprinid fish endemic to the Colorado River Basin (Miller 1946). Adults have a pronounced dorsal hump, a narrow, flattened head, a fleshy snout, and small eyes. They are silvery, with a brown or olive back. Adults attain a maximum size of about 1.5 feet and a weight of about 2.5 pounds (Valdez and Ryel 1997). They can live for 30 years.

### *Life History*

The humpback chub is omnivorous, feeding on aquatic arthropods (insects), smaller fishes, and algae. Adults require eddies and sheltered shoreline habitats maintained by high spring flows. Young require low-velocity shoreline habitats, including eddies and backwaters. Humpback chub live and complete their entire life cycle in canyon-bound reaches of the Colorado River main stem and larger tributaries. These reaches are characterized by deep water, swift currents, and rocky substrates. Subadults use shallow, sheltered shoreline habitats, whereas adults use primarily offshore habitats of greater depths (USFWS 2002d).

### *Status and Distribution*

The humpback chub is currently listed as endangered under the ESA. It was included on the first List of Endangered Species issued by the Office of Endangered Species on March 11, 1967 (32 Federal Register 4001) and it was considered endangered under provisions of the Endangered Species Conservation Act of 1969 (16 USC, Section 668aa). The humpback chub was included in the United States List of Endangered Native Fish and Wildlife issued on June 4, 1973 (38 Federal Register 14678). It received protection as endangered under Section 4(c)(3) of the original ESA of 1973.

The historical distribution of the humpback chub is not well known because it was not described as a species until 1946; however, its original distribution was presumably limited to swift deep-water areas in the main stem Colorado River Basin, downstream to below the Hoover Dam site. In the upper basin in Colorado, the humpback chub has been found in the Yampa, Gunnison, Green, and Colorado Rivers. Today the largest populations of this species occur in the Little Colorado and Colorado Rivers in the Grand Canyon and in the Black Rocks and Westwater Canyon in the upper Colorado River.

## Greenback cutthroat trout

### *Species Description*

The true greenback cutthroat trout is a salmonid native to the headwaters of the South Platte River drainage. Adult greenback cutthroat trout are greenish brown to olive-colored on the back with silvery to yellow sides and a white belly (red during spawning). They have a crimson slash under each side of the lower jaw and low numbers of large spots concentrated toward the tail fin.

Recent research by Metcalf et al. (2012) provided new information on the native range of the greenback cutthroat trout in Colorado, and states that the only remaining population is found in Bear Creek in the Arkansas River drainage. Cutthroat trout on the west slope of Colorado are actually divided into two lineages; the native range of the Colorado River cutthroat, also referred to as Lineage Colorado River cutthroat trout, is located in the Yampa/White River drainages while another lineage, referred to as Lineage greenback cutthroat trout at this time, has a native range that is located in the Gunnison/Colorado River drainages. The USFWS has not taken a

BLM_0162047

position on the new information by Metcalf et al. (2012) and is awaiting completion of a meristic study of cutthroat trout in Colorado prior to conducting any reviews and to making decisions on listing status. Until such reviews and any warranted rulemaking is completed, all protection that is currently afforded to cutthroat populations that have been identified as greenback cutthroat trout, including Lineage greenback cutthroat trout on the western slope of Colorado, will remain in place, if necessary.

### Life History

The greenback cutthroat trout, like all cutthroat subspecies, inhabits cold-water streams and lakes with adequate spawning habitat present in the spring of the year. Spawning generally occurs when water temperatures reach 41 to 46.4 degrees Fahrenheit. This species is known to feed on a wide variety of organisms, though their primary source of food is aquatic and terrestrial insects. Size and growth of greenback cutthroat trout varies, based upon elevation and population size, typically 1 to 2 pounds maximum (USFWS 1998a).

### Status and Distribution

Greenback cutthroat trout distribution and numbers of fish declined rapidly beginning in the 1800s. By 1973, when the ESA was passed into law, greenback cutthroat trout were believed to only exist in two small headwater streams (Como Creek and South Fork, Cache La Poudre River). The subspecies was listed under the ESA as endangered in 1973 and downlisted to threatened in 1978 (USFWS 1978). Cooperative efforts between the CPW, Forest Service, BLM, USFWS and Rocky Mountain National Park have led to a large recovery effort for the greenback cutthroat trout. Today, it appears that only one true greenback cutthroat trout population exists in Bear Creek near Colorado Springs, Colorado (Metcalf et al. 2012); however, given the results of Metcalf et al. (2012) and a still pending determination by the USFWS, the BLM is considering all Lineage greenback cutthroat trout populations threatened and is providing appropriate management protections and analyses herein.

## Western yellow-billed cuckoo

### Species Description

The western yellow-billed cuckoo is brownish above and white below, with rust-colored flight feathers. The species has a slender long-tailed profile, with a fairly stout and slightly down-curved bill; the upper mandible is blue-black and the lower is yellow. The underside of the tail has pairs of large white spots.

This is a medium-sized bird of about 12 inches in length weighing about 2 ounces. The tail feathers are boldly patterned with black and white below. The legs are short and bluish-gray; adults have a narrow yellow eye ring. Juveniles resemble adults, except the tail patterning is less distinct and the lower bill may have little or no yellow. Males and females differ slightly. Males tend to have a slightly larger bill, and the white in the tail tends to form oval spots; in females the white spots tend to be connected and less distinct (USFWS 2011).

### Life History

Western yellow-billed cuckoos utilize relatively large blocks (greater than 50 acres) of multilayered riparian habitat during breeding season, particularly woodlands with cottonwoods (*Populus* spp.) and willows (*Salix* spp.). Migration and winter habitat are understudied and not well known. They are typically a cryptic and secretive bird, are known to hunker down motionlessly behind foliage, and may be best detected by its loud "Kowlp" call.

BLM_0162048

Unlike other insectivorous birds, with the possible exception of some raptors, western yellow-billed cuckoos are known to feed on larger insects (Laymon 1998). They are primarily foliage gleaners, though they can catch flying prey or drop to the ground to catch grasshoppers or tree frogs.

Western yellow-billed cuckoos usually arrive on the breeding grounds in early to mid-June. Horizontal branches in willow trees appear to be their favored nest platform, where both the male and female participate in nest construction. Clutch size is generally two or three eggs, and development of the young is rapid: 17 days from egg-laying to fledging. By late August, most individuals have begun their migration southward.

### Status and Distribution

The western yellow-billed cuckoo is a threatened species under the ESA. Those that occur in the western United States are a distinct population segment (USFWS 2014a).

Western yellow-billed cuckoos winter in South America. During summer, they are found along low- to mid-elevation river systems on the western slope of the Rocky Mountains; their eastern counterpart can be found east of the Continental Divide. Reports of single western yellow-billed cuckoos have come primarily from the Grand Junction area and Mesa County in 2001, 2002, 2005, 2008, 2011, and 2014 with a report of more than one cuckoo at Orchard Mesa Wildlife Area in 2006 (USFWS 2013a).

### Proposed Critical Habitat

Critical habitat for western yellow-billed cuckoo was proposed in 2014. Identified PCEs are as follows:

- PCE 1—Riparian woodlands: Riparian woodlands include mixed willow-cottonwood vegetation, mesquite-thorn-forest vegetation, or a combination of these that contain habitat for nesting and foraging in contiguous or nearly contiguous patches that are greater than 325 feet in width and 200 acres or more in extent. These habitat patches contain one or more nesting groves, which are generally willow-dominated; have above average canopy closure (greater than 70 percent); and have a cooler, more humid environment than the surrounding riparian and upland habitats.
- PCE 2—Adequate prey base: This means the presence of a prey base consisting of large insect fauna (for example, cicadas, caterpillars, katydids, grasshoppers, large beetles, and dragonflies) and tree frogs for adults and young in breeding areas during the nesting season and in post-breeding dispersal areas.
- PCE 3—Dynamic riverine processes: This includes river systems that are dynamic and provide hydrologic processes that encourage sediment movement and deposits that allow seedling germination and promote plant growth, maintenance, health, and vigor (e.g., lower-gradient streams and broad floodplains, elevated subsurface groundwater table, and perennial rivers and streams). This allows habitat to regenerate at regular intervals, leading to riparian vegetation with variously aged patches from young to old.

## Mexican spotted owl
### Species Description

The Mexican spotted owl is one of three subspecies of spotted owl that include the northern spotted owl (*S. o. caurina*) and the California spotted owl (*S. o. occidentalis*). The Mexican spotted owl is ashy-chestnut brown, with white and brown spots on its abdomen, back, and

BLM_0162049

head; its brown tail is marked with thin white bands. Its plumage is mottled, with irregular white and brown spots on its abdomen, back, and head. Young owls, less than five months old, have a downy appearance. Unlike most owls, spotted owls have dark eyes.

Females are larger than males (USFWS 2012a) and the sexes can be readily identified by voice. Juveniles, subadults, and adults can also be distinguished by plumage characteristics. It ranks among the largest owls in North America (USFWS 2014b).

### Life History

Mexican spotted owls are known to use a wide variety of habitats to forage, roost, and nest. In northern Arizona and New Mexico, and southern Utah and Colorado, they generally nest in rocky canyonlands with mature or old-growth stands of uneven-aged, multistoried mixed-conifer forests with high canopy closure. Outside of breeding season, individuals are solitary with home ranges that may exceed 500 acres. Some may migrate between wintering and breeding grounds.

The reproductive timeline varies across their range, though females generally lay two to four eggs in late March to early April. Females are the sole incubators, while the males do most or all of the foraging for small mammals such as mice, voles, and woodrats. Egg incubation typically lasts 30 days, with hatching occurring in early May. Fledging usually takes place within four to six weeks, and young are dependent on the parents until they eventually disperse in the fall.

Mexican spotted owls forage in a broader array of habitat than they nest, most commonly in Douglas-fir (*Pseudotsuga menziesii*). Patterns of habitat use seem to vary among individuals, making generalizations difficult. Though Mexican spotted owls most commonly forage for small mammals, they are also known to take other birds, bats, reptiles, and amphibians.

### Status and Distribution

The Mexican spotted owl is a threatened species, listed on March 16, 1993 (58 Federal Register 14248). A final rule designating critical habitat for the owl was published on June 6, 1995; this designation was successfully challenged in court (60 Federal Register 29914). On August 31, 2004, the USFWS published a new final rule designating critical habitat for the owl. Over 8.6 million acres of critical habitat is designated in Arizona, Colorado, New Mexico, and Utah (69 Federal Register 53182).

Mexican spotted owls occur throughout the southwestern United States and Mexico. The species' core range occurs in central Arizona and New Mexico. In Colorado, it occurs in lower-elevation forests, usually in deeply incised, rocky canyons in southern Colorado and along the Front Range. The populations nearest to the action area are in Mesa Verde National Park (approximately 40 miles to the south), Canyonlands National Park (approximately 30 miles to the west), Dinosaur National Monument (approximately 115 miles to the north), and the Canyon City area (approximately 115 miles to the east). The nearest critical habitat is approximately 25 miles to the west, in Canyonlands National Park. Populations do not occur uniformly throughout their range but rather in disjointed areas that correspond with isolated mountain ranges and canyon systems.

### Gunnison sage-grouse

### Species Description

The Gunnison sage-grouse is a large, rounded-winged, ground-dwelling bird, up to 20 inches long and 18 inches tall, weighing from two to four pounds. It is about one-third the size of the

BLM_0162050

greater sage-grouse (*Centrocercus urophasianus*). The birds are found at elevations ranging from 4,000 to over 9,000 feet and are highly dependent on sagebrush (*Artemisia* spp.) for cover and food.

### Life History

Sage-grouse is a sagebrush obligate species; it requires healthy, functioning sagebrush ecosystems for year-round survival. Due to high levels of natural variation in sagebrush habitat composition, sage-grouse are adapted to a variety of habitats to support their annual cycle. Adult Gunnison sage-grouse eat leafy vegetation and will also eat insects in summer. Although sagebrush leaves are their preferred food, grouse will also eat succulent forbs in summer. The winter diet is completely sagebrush-based, requiring that some plants in winter habitat reach above the snow. Chicks consume insects and some forbs during brood rearing.

### Status and Distribution

In November 2014, the USFWS determined the Gunnison sage-grouse warranted listing as a threatened species under the Endangered Species Act of 1973, as amended (USFWS 2014c).

Historically, Gunnison sage-grouse were found in the southwestern portion of Colorado, southeastern Utah, northeastern Arizona, and northwestern New Mexico. Currently, approximately 5,000 breeding Gunnison sage-grouse occur among seven separate populations in southwest Colorado and southeast Utah. The largest population—about 4,000 birds—inhabits the Gunnison Basin. The separate populations in Colorado are Piñon Mesa, Crawford, San Miguel Basin, Gunnison Basin, Dove Creek, Cerro Summit-Cimarron-Sims Mesa, and Poncha Pass. The Utah population is near Monticello (USFWS 2010b).

Three populations occur within the action area: Crawford, San Miguel Basin, and Cerro Summit-Cimarron-Sims Mesa. The Crawford population is located in Montrose and Delta Counties, about 8 miles southwest of the town of Crawford and north of the Gunnison River. The primary area this population uses is west of Poison Spring Gulch to Green Mountain, and between the Gunnison River on the south and Red Canyon on the north. Most of this population is in the Gunnison Gorge NCA RMP, where the habitat is limited. There are currently five known active leks; all are on BLM-administered land within this area. These leks have been monitored by the CPW for the past 27 years. Recently, the population trend appears to be declining (Crawford Area Gunnison Sage-Grouse Working Group 2011), which resulted in the CPW augmenting the population with 74 birds from Gunnison Basin (2011-2013).

The San Miguel Basin population is located in Montrose and San Miguel Counties in Colorado, though only 40 acres of habitat are on BLM-administered land in the action area. The population is patchy in this area and is separated into six subpopulations.

The Cerro Summit-Cimarron and Sims Mesa areas are considered two subpopulations. The Sims Mesa Area is located in Montrose County about 7 miles south of Montrose, Colorado, and is approximately 5,300 acres. Habitat consists of small patches of sagebrush that are heavily fragmented by pinyon-juniper, residential and recreational development, and agricultural lands. Land-use at Sims Mesa is primarily ranching. There is one known lek site in the Sims Mesa subpopulation, and it is on BLM-administered land (Gunnison Sage-Grouse Rangewide Steering Committee 2005). The current status of this lek is vacant (Phillips pers. comm.).[1]

---

[1] Evan Phillips, wildlife biologist, Colorado Parks and Wildlife. Personal communication with Ken Holsinger, Biologist, Bureau of Land Management.

BLM_0162051

The BLM has evaluated habitat for the Cerro Summit-Cimarron and Sims Mesa populations on BLM-administered lands within the UFO per the Habitat Assessment Framework (Stiver et al. 2015). BLM-administered lands in the Sims Mesa population were sampled in 2015, while the Cerro Summit-Cimarron area population was sampled in 2016. Habitat suitabilities for nesting/brood rearing, winter, and summer habitats for the Cerro Summit-Cimarron population are summarized in **Charts 6-1** through **6-3**. Sims Mesa habitat suitabilities are summarized in **Charts 6-4** through **6-6**. As shown in these charts, most nesting/brood rearing and winter habitats are marginal or unsuitable for both subpopulations. The Cerro Summit-Cimarron subpopulation has more suitable summer habitat, whereas most summer habitat is unsuitable or marginal for the Sims Mesa subpopulation.

**Chart 6-1**
**Nesting/Brood Rearing Habitat Suitability on BLM-administered Lands in the UFO for the Cerro Summit-Cimarron Gunnison Sage-Grouse Population**



BLM_0162052

**Chart 6-2**
**Winter Habitat Suitability on BLM-administered Lands in the UFO for the Cerro Summit-Cimarron Gunnison Sage-Grouse Population**



**Chart 6-3**
**Summer Habitat Suitability on BLM-administered Lands in the UFO for the Cerro Summit-Cimarron Gunnison Sage-Grouse Population**



BLM_0162053

**Chart 6-4**
**Nesting/Brood Rearing Habitat Suitability on BLM-administered Lands in the UFO for the Sims Mesa Gunnison Sage-Grouse Population**



**Chart 6-5**
**Winter Habitat Suitability on BLM-administered Lands in the UFO for the Sims Mesa Gunnison Sage-Grouse Population**



BLM_0162054

**Chart 6-6**
**Summer Habitat Suitability on BLM-administered Lands in the UFO for the Sims Mesa Gunnison Sage-Grouse Population**



### Critical Habitat

Critical habitat for Gunnison sage-grouse was designated in 2013 (**Figure 7**) (USFWS 2014d). PCEs to provide for the species' life-history processes include:

- PCE 1—Extensive sagebrush landscapes capable of supporting a population of Gunnison sage-grouse. In general, this includes areas with vegetation composed primarily of sagebrush plant communities (at least 25 percent of the land is dominated by sagebrush cover within a 0.9-mile radius of any given location), of sufficient size and configuration to encompass all seasonal habitats for a given population of Gunnison sage-grouse, and facilitate movements within and among populations. These areas also occur wholly within the potential historical range of Gunnison sage-grouse.

- PCE 2—Breeding habitat composed of sagebrush plant communities that, in general, have the structural characteristics within the ranges described in the following table. Habitat structure values are average values over a project area. Breeding habitat includes lek, nesting, and early brood-rearing habitats used typically March 15 through July 15. Early brood-rearing habitat may include agricultural fields. See **Table 6-1**.

**Table 6-1**
**Breeding Habitat Structure Guidelines for Gunnison Sage-grouse**

| Vegetation Variable | Amount in Habitat |
|---|---|
| Sagebrush canopy cover | 10–25 percent |
| Non-sagebrush canopy over | 5–15 percent |
| Total shrub canopy cover | 15–40 percent |
| Sagebrush height | 9.8–19.7 inches |
| Grass cover | 10–40 percent |
| Forb cover | 5–40 percent |
| Grass height | 3.9–5.9 inches |
| Forb height | 2.0–5.9 inches |

Source: USFWS 2013b

**Figure 7**
**Gunnison Sage-Grouse Critical Habitat**



BLM_0162056

- PCE 3—Summer-late fall habitat composed of sagebrush plant communities that, in general, have the structural characteristics within the ranges described in the following table. Habitat structure values are average values over a project area. Summer-fall habitat includes sagebrush communities having the referenced habitat structure values, as well as agricultural fields and wet meadow or riparian habitat types. Wet meadows and riparian habitats are also included qualitatively under PCE 5 below. See **Table 6-2**.

**Table 6-2**
**Summer-late Fall Habitat Structural Guidelines for Gunnison Sage-grouse**

| Vegetation Variable | Amount in Habitat |
|---|---|
| Sagebrush canopy cover | 5–20 percent |
| Non-sagebrush canopy over | 5–15 percent |
| Total shrub canopy cover | 10–35 percent |
| Sagebrush height | 9.8–19.7 inches |
| Grass cover | 10–35 percent |
| Forb cover | 5–35 percent |
| Grass height | 3.9–5.9 inches |
| Forb height | 1.2–3.9 inches |

Source: USFWS 2013b

- PCE 4—Winter habitat composed of sagebrush plant communities that, in general, have sagebrush canopy cover between 30 to 40 percent and sagebrush height of 15.8 to 21.7 inches. These habitat structure values are average values over a project area. Winter habitat includes sagebrush areas within currently occupied habitat that are available (i.e., not covered by snow) to Gunnison sage-grouse during average winters.
- PCE 5—Alternative, mesic habitats used primarily in the summer-late fall season, such as riparian communities, springs, seeps, and mesic meadows.

## 7.0 ENVIRONMENTAL BASELINE

As defined under the ESA, the environmental baseline includes past and present effects of all federal, state, and private actions in the action area; the anticipated effects of all proposed federal actions in the action area that have already undergone formal or early Section 7 consultation; and the effect of state and private actions which are contemporaneous with the Section 7 consultation process. Future actions and their potential effects are not included in the environmental baseline. This section in combination with the previous section defines the current status of the species and its habitat in the action area and provides a platform to assess the effects of the proposed action under consultation with the USFWS.

### 7.1 Previous Consultations with the USFWS within the Action Area

Past programmatic completed Section 7 consultations within the action area are summarized in **Table 7-1** below.

BLM_0162057

**Table 7-1**
**Past Consultations with the USFWS and Determinations for Actions within the Action Area**
**for all Federally Listed/Proposed Species and Designated/Proposed Critical Habitat**

| Project | BLM Field Office | Type of Project | Species Addressed | Determination[1] | Date |
|---|---|---|---|---|---|
| Management of the Federal Fluid Minerals Program in Western Colorado Water Depletion Effects in the Upper Colorado River Basin | Northwest District Office | Fluid Minerals Management | *Bonytail chub*<br>*Colorado pikeminnow*<br>*Humpback chub*<br>*Razorback sucker* | LAA for all species and critical habitats | 2017 |
| Programmatic Integrated Weed Management Plan, BLM Uncompahgre Field Office, Gunnison Gorge NCA, and Dominguez-Escalante NCA | UFO | Integrated Weed Management Plan | *Clay-loving wild buckwheat*<br>*Colorado hookless cactus*<br>*Canada lynx*<br>*Gunnison sage-grouse*<br>*Greenback cutthroat trout*<br>*Bonytail chub*<br>*Colorado pikeminnow*<br>*Humpback chub*<br>*Razorback sucker*<br>*Western yellow-billed cuckoo*<br>*Southwestern willow flycatcher*<br>*Gunnison's prairie dog*<br>*Uncompahgre fritillary butterfly*<br>*Mexican spotted owl*<br>*Black-footed ferret*<br>*North American wolverine* | LAA<br>LAA<br>NLAA<br>NLAA<br>NLAA<br>NLAA<br>NLAA<br>NLAA<br>NLAA<br>NLAA<br>NLAA<br>NE<br>NE<br>NE | 2013 |
| Livestock Grazing Program Effects on Three Listed Plants | UFO Grand Junction Field Office Colorado River Valley Field Office | Livestock Grazing | *Clay-loving wild buckwheat*<br>*Colorado hookless cactus* | LAA<br>LAA | 2012 |

[1] **ESA determinations**: NE = No effect, **NLAA** = May affect, not likely to adversely affect, **BE** = Beneficial Effect, and **LAA** = May affect, likely to adversely affect.

BLM_0162058

## 7.2 Past and Current Activities within the Action Area

### Colorado hookless cactus

Threats to the species within the UFO include habitat degradation as a result of livestock trampling and grazing, nonnative halogeton and cheatgrass encroachment, energy development, recreation, and unauthorized collection. Predation by rabbits and cactus-borer beetle (*Moneilema semipunctatum*) may also be a significant source of mortality (USFWS 2010a).

Within the last 10 years, two newly designated wilderness areas have effectively protected a substantial portion of the species' range from development-related effects, and the Dominguez-Escalante and Gunnison Gorge NCAs have added or are likely to add new protections specific to the conservation of the Colorado hookless cactus.

### Clay-loving wild buckwheat

Clay-loving wild buckwheat has an extremely limited range, and thus it is at a high risk of habitat loss. In fact, fragmentation of clay-loving wild buckwheat habitat and populations into potentially nonviable sizes is the greatest threat to the species (USFWS 1988). Habitat loss and degradation have resulted from irrigated agricultural land and residential development, as well as subsequent road building and off-road vehicle use. Other threats include ROWs for utilities and land access, pipelines, and new irrigation canals, which often skirt the bases of clay-loving wild buckwheat habitats (CNHP 2014b).

### Colorado pikeminnow

The following factors contributed historically to the decline of the Colorado pikeminnow:

- Changes in flow regime (especially the timing and amplitude of high flows) associated with construction of dams and irrigation diversions.
- Reduced flow volumes that prevent effective or efficient movement of sediment. This has resulted in river channel constriction, reduced spawning habitat, loss of habitat complexity and diversity, and effects on reproduction and recruitment.
- Elevated selenium concentrations due to watershed level inputs from the Mancos Shale-based soils within the action area.
- Interference with migration to and from spawning grounds from dams and other in-stream features.
- Competition or predation on eggs, larvae, and juvenile fish by introduced predatory game and non-game fishes.

The impoundment of water and water depletion from the Colorado River and its tributaries has also been a large factor in the decline of this species. Important micro-habitats such as backwaters can be dewatered or reduced in volume or lost due to reduced flows. The frequency of periodic flooding of river bottomlands located next to the river can be reduced. Flooded bottomlands are important for riparian regeneration and maintenance and as seasonal foraging habitat. Streamflow regulation includes main stem dams that have the following adverse effects on Colorado pikeminnow and its habitat:

- Block migration
- Change flow patterns (reduce peak flows, change timing of snowmelt runoff)
- Release cold water, making temperature regimes less than optimal

BLM_0162059

- Change river habitat into lake habitat
- Reduce flow volumes, which can prevent effective and efficient sediment movement

In the upper basin, 435 miles of Colorado pikeminnow habitat has been lost by reservoir inundation from Flaming Gorge Reservoir on the Green River, Lake Powell on the Colorado River, and Navajo Reservoir on the San Juan River. Coldwater releases from these dams have eliminated suitable habitat for native fishes, including Colorado pikeminnow, from river reaches downstream for approximately 50 miles below Flaming Gorge Dam and Navajo Dam.

In addition to main stem dams, many dams and water diversion structures occur in and upstream of critical habitat. This reduces flows and alters flow patterns, which adversely affect critical habitat. Diversion structures in critical habitat divert fish into canals and pipes where the fish are permanently lost to the river system. The number of endangered fish lost in irrigation systems is unknown, but in some years, in some river reaches, most of the river flow is diverted into unscreened canals. High spring flows that maintain habitat diversity have been reduced by dams regulating flow and by water diversions. Frequency and magnitude of peak flows have been reduced by dams, resulting in the loss of flushing sediments from spawning substrates, lowered invertebrate food production, lessened formation of gravel and cobble deposits important for spawning, and loss of backwater nursery habitats (McAda 2002; Muth et al. 2000).

Predation and competition from nonnative fishes have been clearly implicated in the population reductions or elimination of native fishes in the Colorado River Basin (Dill 1944; Osmundson and Kaeding 1989; Behnke 1980; Joseph et al. 1977; Lanigan and Berry 1979; Minckley and Deacon 1968; Meffe 1985; Propst and Bestgen 1991; Rinne 1992). Data collected by Osmundson and Kaeding (1991) indicate that during low-water years, the number of nonnative fish capable of preying on or competing with larval endangered fishes, greatly increased.

More than 50 nonnative fish species were intentionally introduced in the Colorado River Basin before 1980. The nonnatives were intended for sport fishing, forage fish, biological control, and ornamental purposes (Minckley 1982; Tyus et al. 1982; Carlson and Muth 1989). Nonnative fishes compete with native fishes in several ways, resulting in smaller populations and species size. Because the capacity of a particular area to support aquatic life is limited by physical habitat conditions, increasing the number of species in an area usually results in a smaller population of most species. The size of each species population is controlled by the ability of each life stage to compete for space and food resources and to avoid predation. Some nonnative fishes during certain life stages appear to have a greater ability to compete for space and food and to avoid predation in the altered habitat than do some native fishes in certain life stages.

The Colorado pikeminnow is one of four endangered native fishes in the upper Colorado River Basin, including the endangered humpback chub, bonytail chub, and razorback sucker, which are found only in the Colorado River system. In 1988, the Upper Colorado River Endangered Fish Recovery Program was established to help bring these four endangered species back from the brink of extinction. The Recovery Program is a unique partnership of local, state, and federal agencies, water and power interests, and environmental groups working toward the recovery of endangered fish in the upper Colorado River Basin, while water development proceeds in accordance with federal and state laws and interstate compacts. This major undertaking involves restoring and managing streamflows and habitat, boosting wild populations with hatchery-raised endangered fish, and reducing negative interactions with certain nonnative fish species. The goal of recovery is to achieve natural, self-sustaining populations of the endangered fish so they no longer require protection under the ESA.

BLM_0162060

The recovery program was initiated in 1988 with the signing of a cooperative agreement by the governors of Colorado, Utah, and Wyoming; the Secretary of the Interior; and the administrator of the Western Area Power Administration. In 2013, these parties agreed to extend the cooperative agreement through September 30, 2023. The program provides ESA compliance for continued operation of federal water and power projects, in accordance with project purposes.

With its demonstrated successes, the Upper Colorado River Endangered Fish Recovery Program has become a national model for its collaborative conservation efforts to protect endangered species.

## Razorback sucker

The abundance and distribution of the razorback sucker have been dramatically reduced because of water developments, such as dams and water diversions. Dams have altered the timing, magnitude, and duration of flows that characterize the variation in annual runoff in unaltered, large rivers. Altered flows resulting from dam operation can also affect the abundance and distribution of spawning and rearing habitats preferred by the razorback sucker.

Historical water depletions and any new water depletions are likely to negatively affect population and habitat conditions downstream, although assessing the effects on species' viability may be difficult.

In addition, incidental catch by recreational anglers may pose a threat from stress-caused direct and delayed mortality (USFWS 2002c). The impoundment of water and water depletion from the Colorado River and its tributaries has been a large factor in the decline of this fish.

## Bonytail chub

The past and current effects on bonytail chub are similar to those described above for Colorado pikeminnow.

## Humpback chub

The impoundment of water and water depletion from the Colorado River and its tributaries has been a large factor in the decline of humpback chub. The existing habitat has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. Survival rates in young humpback chub (less than 2 years) are thought to be less than 1 in 1,000 (USFWS 2017).

## Greenback cutthroat trout

The introduction of nonnative fish was a major factor in the decline of greenback cutthroat trout, primarily by salmonid species. Hybridization and competition has been documented across the species range; rainbow trout hybridize with native cutthroat trout and brook and brown trout tend to outcompete them in streams and rivers (USFWS 1998a).

Extirpation due to loss and degradation of habitat from mining, logging, grazing, and irrigation projects has also been documented (USFWS 1978).

## Western yellow-billed cuckoo

Western yellow-billed cuckoos have undergone catastrophic declines especially in western Colorado (Wiggins 2005). Direct loss and degradation of low elevation riparian woodland habitats are considered a primary cause for declines in the western portion of their range.

BLM_0162061

Available breeding habitat for cuckoos has been substantially reduced in both area and quality. Threats to the western yellow-billed cuckoo result from habitat destruction and modification, due to dam construction and operations; water diversions; river flow management; stream channelization and stabilization; conversion to agricultural uses, such as crops and livestock grazing; urban and transportation infrastructure; and increased incidence of wildfire. These factors also contribute to habitat fragmentation and promote invasion by nonnative plant species, particularly tamarisk (*Tamarix* spp.).

Most of the habitat for the cuckoo is on private lands and continues to be lost or significantly altered. The threats affecting the species and its habitat are ongoing; riparian habitat is continuing to be destroyed through land use conversion and grazing (Laymon 1998; Wiggins 2005; USFWS 2011; USFWS 2014a).

## Mexican spotted owl

When the Mexican spotted owl was listed in 1993, two primary reasons for listing were identified: 1) historical alteration of its habitat as the result of timber management practices and; 2) the threat of these practices continuing, as evidenced in existing national forest plans. Since that time, the primary threats to Mexican spotted owls in the US have transitioned from timber harvest to an increased risk of stand-replacing wildland fire. Recent forest management now emphasizes sustainable ecological function and a return toward pre-settlement fire regimes, both of which are more compatible with maintenance of spotted owl habitat conditions than the even-aged management regime practiced at the time of listing.

Further, southwestern forests have experienced larger and more severe wildland fires from 1995 to the present than previous to 1995. Climate variability combined with current forest conditions may also synergistically result in increased loss of habitat from fire. The intensification of natural drought cycles and the ensuing stress placed upon forested habitats could result in even larger and more severe wildland fires in Mexican spotted owl habitat (USFWS 2012a).

## Gunnison sage-grouse

The Crawford Area Gunnison Sage-Grouse Working Group identified the following factors affecting Gunnison sage-grouse habitat in the Crawford area. These likely also apply to the two other populations in the action area (there is no conservation plan for the Sims Mesa population, and the habitat in the San Miguel Basin population is only approximately 40 acres).

- Fragmentation of habitat components (i.e., too much distance between nesting and brooding areas, and wet areas)
- Invasion of pinyon and juniper into the sagebrush areas throughout most of the area
- Not enough grass and forbs in the sagebrush understory in certain areas
- Low vegetative age class diversity throughout the area (a homogeneous old-age stand exists)
- Low vegetation vigor in certain areas
- Poor vegetation conditions on leks (too much vegetation over 8 inches high)
- A short supply of wet areas and water sites (Crawford Area Gunnison Sage-Grouse Working Group 2011)

BLM_0162062

High threats to this population include:

- Risk of genetic problems
- Lack of habitat protection from permanent loss
- Risk from noxious and invasive weeds
- Risk from predation
- Risk from recreational activities
- Lack of research
- Risk from effects of weather/drought (Crawford Area Gunnison Sage-Grouse Working Group 2011)

Specific threats as identified in the 2014 listing decision for all populations of Gunnison sage-grouse (not just those that occur within the action area) include habitat decline due to human disturbance, small population size and structure, drought, climate change, and disease. Other threats that are affecting Gunnison sage-grouse to a lesser degree or in localized areas include grazing practices inconsistent with local ecological conditions; fences; invasive plants; fire; mineral development; pinyon-juniper encroachment; large-scale water development; predation, primarily in association with anthropogenic disturbance; habitat decline due to human disturbance; and recreation (USFWS 2014c).

## 8.0 EFFECTS ON EVALUATED SPECIES AND DETERMINATIONS

This BA analyzes the effects of a proposed discretionary federal action. A federal action is defined as anything authorized, funded, or carried out by a federal agency. The analysis of all effects includes the effects of interrelated and interdependent actions. The proposed action is to implement the PRMP as described in Section 3 of this BA. The proposed action is programmatic in nature, and as such, projects implemented under the jurisdiction of this PRMP would be subject to Section 7 ESA consultation at the project-specific level.

### Methods of Analysis and Assumptions

Although data on known locations and habitats in the action area are available, the data are neither complete nor comprehensive. Known and potential species and habitat locations were considered in the analysis; however, the potential for species to occur outside these areas was also considered. Effects were quantified when possible. In the absence of quantitative data, best professional judgment based on scientific reasoning was used. Additionally, the UFO RMP and this associated BA are programmatic documents, which do not address site-specific proposals or projects. As a result, some effects are discussed in more general terms.

No decision would be approved in the RMP or authorized on BLM-administered lands that would jeopardize the continued existence of species that are listed, proposed, or candidates for listing as threatened or endangered. Implementation of the BLM's special status species program is directed at preventing the need for listing of proposed or candidate species under the ESA, protecting special status species, and improving their habitats to a point where their special status recognition is no longer warranted (BLM 2008a).

The analysis is based on the following assumptions:

- Effects on listed species can occur from actions that result in direct mortality, loss of habitat or modifications to habitat suitability, and actions that displace individuals or

BLM_0162063

disrupt behavior. Because threatened and endangered species have specific habitat requirements, and their habitats are often diminishing, disturbance of the species or their habitat could result in population declines, which could adversely affect viability of local populations.

- The health of threatened and endangered species populations is directly related to the overall health and functional capabilities of upland, aquatic, riparian, and wetland resources, which in turn are a reflection of overall watershed health.

- Ground-disturbing activities could lead to positive or negative modification of habitat and loss or gain of individuals. This depends on the nature of the activity, the intensity of the surface disturbance, the amount of area disturbed, the location of the disturbance, and the species affected.

- Species' health, population levels, and habitat conditions fluctuate in response to natural factors. Periods of drought or excessive moisture and outbreaks of diseases that affect species directly or affect habitat (e.g., Ips beetle) would likely affect threatened and endangered species population levels.

- Implementation-level actions would be further assessed on an appropriate spatial and temporal scale. Additional field inventories would likely be needed to determine whether any such species could be present in the action area.

- Land uses would be managed to maintain or move toward meeting the BLM Colorado Public Land Health Standards (BLM 1997) on a landscape basis. Site-specific NEPA and ESA analysis would assess whether management actions would contribute to the maintenance or achievement of land health standards or risk causing a decline in land health conditions.

- All permitted activities that could affect federally threatened or endangered species would be required to undergo ESA Section 7 consultation with the USFWS. The activities would need to be mitigated to ensure that threatened or endangered species would not be jeopardized on a project-specific basis or at a cumulative level.

- The BLM would implement the standard operating procedures and mitigation measures from the UFO Weed Management Strategy (BLM 2010). These would mitigate the potential effects from herbicide treatments.

- Success of mitigation depends on the specific protective measures employed and the assumption that these measures would be properly implemented. Adaptive management, such as changing techniques, would be used until success is achieved.

- Many of the resources and uses have NSO or CSU stipulations that extend beyond or overlap the NSO or CSU stipulations listed for protection of special status species. Although NSO or CSU stipulations for other resources and uses may offer additional benefits (e.g., reduced erosion, sedimentation, and weed invasion) and indirectly support special status species management, in most cases, these benefits would be negligible or redundant to the protections provided by stipulations for special status species. For these reasons, effects on special status species from NSO or CSU stipulations associated with other resources will only be addressed if they are anticipated to provide substantial additional protection.

- Stipulations, including NSOs, CSUs, TLs, and SSRs, could be excepted, modified, or waived by the BLM Authorized Officer as described and defined in Appendix B of the FEIS. Waivers, exceptions, and modifications are rare in the UFO, and there is no known waiver, exception, or modification that was granted where listed species were present. It is assumed that no waiver, exception, or modification would be granted unless there

BLM_0162064

were changed conditions or new information leading to the conclusion that there would be no effect on listed species.

### *Listed Plants*

The types of effects that could occur on special status plant species include direct loss of individuals or occurrences, loss of vigor or reduced reproductive success, changes in habitat structure, direct and indirect competition, loss of pollinators or pollinator habitat, soil compaction, erosion or sedimentation, alteration of hydrologic conditions, and changes in fire regime.

#### Direct Loss of Individuals or Occurrences

Direct surface disturbance such as conventional and unconventional fluid mineral development, OHV use, and off-route recreation (permitted and unpermitted) can result in direct loss of special status plant individuals or occurrences. Permitted use is less likely to result in direct loss because pre-authorization clearances are conducted, and mitigation would reduce the likelihood of direct loss.

#### Loss of Vigor or Reduced Reproductive Success

Trampling and contact with chemicals may not always result in direct mortality but can reduce plant vigor, which affects the ability of the plant to reproduce and sustain the population. Herbivory (when animals consume inflorescences, seeds, or vegetative parts of special status plants) can reduce reproductive success, or in some cases, can cause plant death. Dust deposition on special status plants could reduce photosynthetic ability or the ability of pollinators to transfer pollen between plants.

#### Changes in Habitat Structure

The habitat structure provided by some vegetation can act as nurse habitats for other plant species. For example, a canopy cover of shrubs offers habitat characteristics that appear to be favorable for the germination and establishment of several special status plant species, such as Colorado hookless cactus. Vegetation could provide protection for some special status plants from herbivory or trampling and could provide improved moisture availability or reduced moisture loss under the canopy. Surface-disturbing activities that significantly reduce the percent canopy cover of vegetation could allow increased herbivory and trampling or moisture loss, resulting in decreased vigor or mortality of special status plants. In addition, surface-disturbing activities could facilitate weed invasion or spread, which would change habitat structure. However, increases in canopy cover may not always be beneficial, as some special status plant species require more open habitats.

#### Competition

Changes in species composition also affect special status plant populations. Proliferation of noxious weeds or other invasive plants could render habitat unsuitable by outcompeting special status plants for water and nutrients or by preventing seedling germination and establishment. Occupied Colorado hookless cactus habitat that is dominated by cheatgrass appears to inhibit germination of seedling cactus, thereby threatening the long-term viability of these populations. In some cases, increases in canopy cover and density of native species, particularly grasses, can compete with special status plants for limited water and nutrients.

Other special status plant species, such as the clay-loving wild buckwheat, thrive in environments where competition is low. Increases in vegetative cover (following disturbances such as fire or mechanical treatments or seeding) could cause competition with special status plants, resulting in decreased vigor or mortality.

BLM_0162065

Loss of Pollinators or Pollinator Habitat

Actions that disturb pollinators or destroy their habitat can have a detrimental effect on special status plant species that rely on them for reproduction. Long-term loss of pollinators can reduce the reproductive ability of these plant species and affect maintenance and genetic diversity of populations.

Soil Compaction

Soil compaction resulting from heavy equipment or vehicle travel could reduce soil pore size and water infiltration, reducing habitat suitability and water availability, thereby inhibiting maintenance or establishment of special status plants.

Erosion or Sedimentation

Special status plants could be washed away or have roots exposed by erosion resulting from surface-disturbing activities, such as blading or bulldozing roads. Special status plants could be buried by sedimentation resulting from disturbances that occur upslope of special status plant populations.

Changes in Fire Regime

Changes in species composition, either within special status plant habitat or in adjacent plant communities, could alter the natural fire regime to which the plants are adapted. Cheatgrass, a highly flammable annual grass, could drastically increase the fire frequency in special status plant habitat, affecting the survivability and viability of the population.

Together, these effects could lead to fewer and more fragmented special status plant populations that are more at risk for extirpation due to reduced habitat quality, diminished reproductive ability, and altered plant communities. Effects would be more likely to occur on undiscovered special status plant populations.

## Listed Fish and Wildlife

This analysis assumes that changes to listed fish and wildlife habitats would be caused by the following three types of disturbances: disruption from casual use, disruption from permitted activities, and disturbance to habitat condition.

Casual uses, such as recreation and motorized vehicle use, are not subject to site-specific environmental review and monitoring requirements. Some species may adapt to disturbances over time and could recolonize disturbed habitats. Effects are more likely to occur in easily accessible areas, where visitation would be high, and in areas open to intensive motorized use. Effects would still occur in areas limited to designated routes due to noise disturbance, human presence, potential for weed spread and habitat degradation, and potential for injury or mortality to wildlife from vehicle collisions. In general, the more acres of routes that are designated in the action area, the greater the likelihood of habitat fragmentation and disturbance to species and habitats.

Both short-term loud noise (such as from vehicles or construction) and long-term low-level noise (such as from industrial uses) cause stress responses in animals with variable responses among species and individuals (Radle 2007; Barber et al. 2009). Effects would be both short and long-term, depending on the type and source of noise.

Managing recreation within SRMAs is generally likely to cause greater effects on listed fish and wildlife in these areas because SRMAs concentrate recreational activities in a specific area, and

BLM_0162066

SRMA management emphasizes recreation over other uses. Effects would result from noise, human presence, and habitat disturbance, which could alter listed fish and wildlife use of certain areas. Management tools, such as designated campsites, permits, area closures, and duration of use limits, would help reduce effects to some degree. For example, seasonal route closure would prevent effects on species during sensitive or critical times of the year, such as during winter or birthing. Recreation in ERMAs would generally cause fewer effects, because recreation would be more dispersed in these areas, and lands would be managed with recreation having the same importance as other resources. There may be localized effects on listed fish and wildlife in ERMAs, but not likely as great as within SRMAs.

Permitted surface-disturbing activities, such as conventional and unconventional mineral development and ROWs, potentially result in short-term direct effects through mortality, injury, displacement, and noise or human disturbance caused by increased vehicle traffic and heavy machinery use. Long term, these activities can remove and fragment habitats due to construction of roads and facilities. Infrastructure, such as overhead transmission lines, provides perches for avian species, and thus may increase predation pressure on their prey. ROW avoidance and exclusion areas would be managed to reduce or avoid habitat effects, and utility corridors would be used to concentrate utility and facility development and reduce disturbance and habitat loss and fragmentation.

Disruption from permitted surface-disturbing activities could affect fisheries by altering the hydrology and sediment regimes that can change channel form and sediment inputs (Dauwalter et al. 2008). Increasing sediment and turbidity in fish-bearing aquatic environments could result in stress, habitat alteration and loss, and loss of population growth. Increased sediment and turbidity would affect individual species differently, depending on their habitat needs and tolerance to turbidity. Increased sediment is more likely to affect species in the higher gradient stream reaches, which are generally less turbid than the lower gradient stream reaches (Dauwalter et al. 2008).

During oil and gas production, wastewaters are most often injected back into deep water aquifers by means of designated disposal wells. However, there is a potential for accidental releases, which could result in water quality alterations, specifically increased concentrations of salts and total dissolved solids (Farag and Harper 2013). Large salt concentrations may disrupt ion balance and can result in toxic effects on aquatic organisms.

Direct effects on animals from roads, mineral developments, and off-road recreation may include injury or mortality, habitat avoidance, increased movement rates, and probabilities of flight response (Wisdom et al. 2004), as well as increased daily movements and home range (Rowland et al. 2004). Increased movement results in increased energy demands and could reduce fitness or reproduction if these demands are not met. For some species, such effects may extend to over a mile (Wyoming Game and Fish Department 2010).

ROW effects can include bird mortality or injury from electrocution or collision with transmission lines or other structures; collision hazards are most acute in areas where bird use is concentrated for feeding or migration. Degradation of habitat can occur by vegetation and soil disturbance and invasive plant spread. Tall structures in open habitats can provide nest sites and hunting perches beneficial to raptors and other birds but could increase raptor predation on some wildlife species. Effects would be reduced by siting ROWs in corridors and requiring stipulations where needed, such as installing flight diverters in bird concentration areas and adhering to Avian Power Line Interaction Committee (2006) guidelines for minimizing bird electrocution hazard.

BLM_0162067

Energy development and mining in the action area is likely to primarily include exploration and mining of fluid minerals (oil and gas), coal, and uranium/vanadium. Limited wind or solar developments may also be permitted. Surface mining, other than small mines for mineral materials, such as sand and gravel or dimension stone, are not likely to occur in the action area. Underground mining can cause effects on listed fish and wildlife from surface exploration, noise, dust, increased traffic on existing roads, and the construction and operation of new roads, facilities, waste rock storage areas, pipelines, utility lines, and surface vents. Underground mines may cause surface subsidence up to several feet, with disturbance to the natural land surface, vegetation, and hydrology, and water quality. Venting methane gas into the atmosphere is a common practice in coal mines. In the case of a surface coal mine, topsoil would be stockpiled for reclamation as mining progresses. Oil and gas development causes relatively small site disturbance at individual well pads but generally occurs over wide areas and results in networks of new roads, pipelines, and other facilities. Hydraulic fracturing could disturb surface water and groundwater hydrology and affect water quality.

The effects on listed fish and wildlife from energy development and mining are those associated with industrial developments, roads, utilities, and increased traffic described above. Direct and indirect habitat losses and fragmentation are most significant when the operations occur in specialized or sensitive habitats, or the development is widespread, as it is for oil and gas leasing. Greater sage-grouse in Wyoming and Montana have shown reduced lek attendance and nesting up to a mile of well pads and associated roads (Knick and Connelly 2011). Wastewater pits at drilling or mining sites could injure or kill birds and other wildlife attracted to the surface water. Birds that contact oil or other pollutants in pits could die or be injured from ingesting contaminants or from incurring reduced feather functions. Listed wildlife could also die or be injured from ingesting or coming into contact with contaminants.

If used, pipeline boring activities to cross roads or streams during construction phases could include a "frac-out," which is caused when excessive pressure builds up, forcing drilling mud to the surface (Department of Fisheries and Oceans 2007). A frac-out would result in short-term displacement of terrestrial and aquatic wildlife or habitat avoidance as a result of excessive mud (terrestrial) or increased sediment and turbidity, as well as reduced water quality (aquatic). Activities associated with stream borings could also result in bank destabilization in the short-term. In the long term, listed fish and wildlife species and their habitat would be at risk of hazardous materials contamination in the event of a pipeline rupture.

The greater the area that is open to leasing and development, the more likely effects, such as habitat fragmentation and avoidance described above, are to occur. Application of NSO, CSU, SSR, and TL stipulations would limit surface disturbance and associated effects on varying degrees in certain areas. During the permit application process, the BLM would provide site-specific environmental analysis and apply appropriate mitigation to authorizations to avoid and minimize effects on listed fish and wildlife. In addition, special designations or other specially managed areas that restrict surface disturbances would maintain existing listed fish and wildlife habitats and retain habitat connectivity, allowing listed species to move undisturbed across the landscape.

Listed fish and wildlife habitat could be affected by vegetation and weed management, and forest and woodland thinning or harvest. Vegetation treatments may be applied for wildfire/fuels management and livestock forage improvement, to improve ecosystem health, to benefit specific wildlife species, or for some combination of these reasons for multiple benefits. Short-term losses in habitat typically occur, followed by long-term improvement in habitat values as the desired vegetation develops.

BLM_0162068

Livestock grazing would be permitted on most BLM-administered lands in the action area. Livestock grazing can affect listed fish and wildlife by affecting vegetation, soils, and streams, water developments and other range improvements; by disruptive activities necessary for construction, maintenance, and monitoring of facilities; and by disease transmission to wildlife. Livestock grazing removes herbaceous vegetation, which can reduce wildlife food and cover, thermal protection, and nest sites. Livestock grazing can also cause long-term shifts in vegetation community structure due to selective removal of certain plants, trampling and soil compaction, and spread of invasive plants. Such vegetation community shifts tend to be most pronounced and most difficult to correct in lower-elevation arid sites. Grazing can also affect riparian vegetation and water quality in streams by bank destabilization from livestock trampling and browsing on palatable riparian shrubs and by increased downcutting of destabilized streams, resulting in loss of sub-irrigated riparian areas bordering streams.

Water developments, such as constructing stock ponds and piping springs to tanks, can benefit listed wildlife by providing additional drinking water sources and aquatic and riparian habitat, but this could also adversely affect listed wildlife by introducing invasive plants or altering natural spring and seep habitats. Water developments may also affect wildlife movement patterns, and concentrated livestock use around ponds often results in degraded vegetation and increased weeds. Because stock ponds are usually subject to heavy trampling and large fluctuations in water levels, they usually do not provide aquatic or riparian habitat of similar quality to natural ponds. Seeding rangelands with nonnative plants, such as crested wheatgrass, can adversely affect listed wildlife. Crested wheatgrass has been established in the past over wide areas of the action area; it tends to dominate bunchgrass communities and outcompetes other native species and provides less forage value and structural diversity for ground-dwelling wildlife and their invertebrate prey. Fences to manage livestock are common throughout the action area and can impede wildlife movements and injure or kill birds from collisions.

Unplanned fire ignitions could cause short- or long-term damage to habitats, depending on the seral type affected and fire extent and severity, especially in the lower-elevation, more-arid sites. In the short-term, fire removes forage and cover, and bare areas are susceptible to erosion and invasive weeds, which can significantly degrade aquatic habitats. In the long term and when they occur within the historic range of variability, wildland and prescribed fires improve habitat for some listed species by increasing vegetation structural diversity at both site and landscape scales. The BLM fire management program generally benefits listed fish and wildlife habitat and populations in the action area by restoring natural fuel loads and fire frequencies and by improving vegetation structure.

Management actions to protect cultural and visual resources generally restrict surface-disturbing activities and provide beneficial effects on listed fish and wildlife populations and habitats. VRM Classes I and II, which preserve or retain the existing character of the landscape, would restrict surface-disturbing activities, reduce direct effects on listed fish and wildlife, and retain habitats. Areas managed as VRM Class III or IV would be subject to actions that allow for greater landscape modification and therefore greater surface disturbance. Lease notices and condition of approvals would be applied where necessary to protect resources, reducing effects on listed fish and wildlife and their habitats. Management to protect wilderness characteristics in WSAs restricts site disturbance and motorized and mechanized travel, and similarly benefits listed fish and wildlife by minimizing disturbance and habitat loss.

Habitat management areas would protect listed fish and wildlife species and habitats in several ways. Habitat management areas identify the most important remaining examples of native vegetation and wildlife habitat, and provide the basis for establishing protections for these

BLM_0162069

areas. Habitat management areas are chosen to represent the most significant examples of high-quality vegetation communities and wildlife habitats in terms of size and location on the landscape, and also to provide connections across the landscape for short-term movement of wildlife and for long-term shift of plant and animal communalities in response to climate change.

ACECs protect listed fish and wildlife species and habitats in several ways. They can be recommended for withdrawal from locatable mineral entry, managed as ROW exclusion or avoidance areas, or managed for no net increase in travel routes. These special management prescriptions provide broad protection from habitat loss and help to protect and restore land health and ecosystem processes.

Realty actions, including land exchanges and disposals, could adversely affect listed fish and wildlife if key habitats were removed from BLM management. However, real estate actions receive environmental review under NEPA and generally would be authorized only where no significant effects are identified.

Suitable habitat exists for Mexican spotted owl in the UFO, but the species has not been observed here. Numerous Mexican spotted owl surveys over the past 20 years have been conducted in the UFO, all with negative results. The effects analysis, therefore, is based on how the PRMP would directly or indirectly affect the condition of habitat that is potentially suitable ponderosa pine and mixed conifer forest habitat and offer protections for the species should it occur in the UFO.

## Interrelated and Interdependent Actions and Their Effects

Interrelated activities are part of the proposed action that depends on the action for their justification, and interdependent activities have no independent utility apart from the action. There are no interrelated or interdependent actions associated with this action; therefore, there are no anticipated adverse effects on any species or critical habitat analyzed below.

## Cumulative Effects

ESA cumulative effects are defined as follows: those effects of future state or private activities, not involving federal activities, that are reasonably certain to occur in the action area of the federal action, subject to consultation (50 CFR 402.02). The USFWS is then responsible for formulating its biological opinion as to whether the action, together with cumulative effects, is likely to jeopardize the continued existence of listed species or result in the destruction or adverse modification of critical habitat (50 CFR 402.14(g)(4). The cumulative effects analysis area used to analyze cumulative effects on listed species is the same as the action area. For the four big river listed fish species, the cumulative effects analysis area is the action area and the Colorado River downstream to the Lake Powell inlet.

The PRMP is a broad-level plan that does not authorize any ground-disturbing activities. At such a scale, it is not possible to identify each cumulative effect, since it is not known exactly what activities will occur or where and when they will occur. As such, cumulative effects are identified at the project-specific level. In this BA, categories of cumulative effects are presented for each species, and a broad analysis of the potential effects is presented.

Below is a summary of future private, state, or tribal activities that are reasonably certain to occur within the action area that directly and indirectly affect species/critical habitat addressed in this assessment. These are added to the environmental baseline (discussed above).

- Mineral exploration and development
- Agricultural development
- ROW and infrastructure development
- Water diversion and withdrawals
- Livestock grazing
- Recreation
- Road construction
- Weed invasion and spread
- Prescribed and wildland fires
- Land planning
- Vegetation treatments
- Habitat improvement projects
- Insects and disease
- Drought
- Farming

## 8.1 Federally Listed Species

### Listed Plant Species—Colorado hookless cactus and Clay-loving wild buckwheat
### *Conservation Planning (Section 7 [a][1] of the ESA)*

The goals for biological resources management, including ESA-listed species, in the PRMP are summarized in **Table 3-1** of this BA. Additionally, **Table 3-1** includes the objectives, actions, and conservation measures proposed to achieve the goals. The PRMP is primarily a landscape-level, programmatic-level document. The stipulations, conservation measures, and BMPs described below for listed plants are not comprehensive. New conservation measures may be developed at the project level.

<u>Actions and Surface Disturbance Restrictions</u>

Three actions and surface disturbance restrictions directly related to listed plant species are included in the proposed action (**Table 3-1**):

- Close all federally threatened, endangered, and proposed plant species' occupied habitat (plant with a 200 meter/656 foot buffer) to mineral materials disposal and nonenergy solid mineral leasing.
- Stipulation CSU-19/ SSR-20: *BLM Sensitive Plant Species.* Surface occupancy or use may be restricted and SSR restrictions applied within 100 meters (328 feet) of BLM-sensitive plant species. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain sensitive plant species.
- Stipulation NSO-22/SSR-21: *Plant ESA-Listed Species.* Prohibit surface occupancy and use and apply SSR restrictions within a 200-meter (656-foot) buffer of the edge of habitat of federally listed, proposed, or candidate threatened or endangered plant

BLM_0162071

species as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM.

Additional management actions indirectly related to the protection of the listed plant species are described in **Table 3-1** and incorporated by reference.

BLM Colorado Public Land Health Standards

Land health assessments, coupled with permanent demographic trend monitoring plots, are used as indicators of special status plants' population health. While each of the BLM Colorado Public Land Health Standards (BLM 1997) ultimately benefits wildlife, plants, and habitats, Standard 4 specifically addresses special status wildlife and plant species and their habitats. Standard 4 requires stabilizing and increasing the population of endemic and protected species in suitable habitats and protecting suitable habitat for recovery. Other indicators include all those listed for healthy plant and animal communities under Standard 3 and riparian systems under Standard 2. The land health assessments employ both quantitative and qualitative methods for evaluating the standards for wildlife, rare plants, and habitats.

Healthy plant communities typically translate into healthy fish and wildlife habitats; therefore, most sites that meet Standard 3 (for healthy native plant and animal communities) are also found to meet Standard 4 (for special status species). However, because special status plant species are typically restricted in their range and have narrower habitat requirements, achieving Standard 3 does not necessarily guarantee that Standard 4 will be met. Conversely, an area may fail to meet Standard 3 but may meet Standard 4 because the narrow-niche habitats occupied by sensitive plant species are in relative good condition and are too small to be detectable at the landscape scale at which Standard 3 is evaluated, or the area being evaluated does not contain sensitive plants but does contain habitats suitable for other sensitive terrestrial wildlife species. Where a site fails to meet or falls short of meeting BLM Colorado Public Land Health Standards (BLM 1997), the causes include habitat loss and fragmentation, invasive species, overgrazing, ROW development, recreation, and other human disturbances. Natural causes, such as drought and fire, can also cause a site to fall short of BLM Colorado Public Land Health Standards (BLM 1997).

BMPs for Management Actions

**Appendix B** includes a number of BMPs and standard operating procedures that would benefit special status plant species by protecting soils, vegetation, and suitable habitat. These BMPs include but are not limited to application of recommended BMPs for plants of concern (Elliott et al. 2009) and applying appropriate sediment and erosion control and weed control. Additionally, various other practices designed to minimize surface disturbance are also included as BMPs.

## *Direct and Indirect Effects*

No effects on listed plants are expected from implementation of the goals, objectives, and management actions for the following resources and resource uses: air quality, cultural resources, forestry and woodland products, lands with wilderness characteristics, lands and realty (land tenure), paleontological resources, visual resources, National Trails and Byways, Native American tribal interests, public health and safety, watchable wildlife viewing sites, wild and scenic rivers, wild horses, and wilderness and wilderness study areas. Management of these resources and resource uses would either not occur in occupied or potentially suitable habitat, or would not change the character of the habitat.

BLM_0162072

Effects from Soils Resource Management

The goal of soil resource management in the UFO RMP is to manage for soil stability and productivity to maintain overall watershed health and to manage erosion to minimize downstream effects from soil-related issues (e.g., sediment runoff, selenium, and salinity). Adequate soil infiltration and permeability allows for optimal plant growth and vigor, and minimizes runoff and erosion. Included within the PRMP are BMPs, stipulations, and other actions that would protect vulnerable soils (e.g., saline/selenium soils and biological soil crust). This would include a CSU/SSR for saline/selenium soils, which would restrict all surface-disturbing activities on mapped saline or selenium soils. In addition, 28,310 acres of saline/selenium soil would be protected with an NSO stipulation.

Standard operating procedures and BMPs specific to soils include minimizing total surface disturbance on mapped Mancos shale areas, locating livestock on sites with low potential for biological crust development, and use of erosion control structures in highly erodible areas. NSO and SSR stipulations that prohibit surface occupancy and use on lands with steep slopes greater than 40 percent (which would cover 115,080 acres), as well as CSU and SSR stipulations on slopes of 30 to 39 percent, would minimize erosion and protect special status plant species found on or below steep inclines. Together, these management actions would support special status plant health and reduce the likelihood for injury, mortality, or reduced vigor associated with surface-disturbing activities.

Effects from Water Resource Management

To protect, restore, and enhance watershed functions, the PRMP would implement BMPs; NSO, CSU, and SSR stipulations; and other conservation measures within or near streams and rivers. The BLM would apply NSO and SSR stipulations around major river corridors (28,620 acres, of these, 2,830 acres are in No Leasing areas) and within 325 feet of perennial streams, fens, and wetlands. In addition, CSU and SSR stipulations would be applied on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas; fens; and wetlands. While the Colorado hookless cactus and clay-loving wild buckwheat are not known as riparian-obligate species, this stipulation could provide protection for those species that happen to occur within riparian corridors. This stipulation would provide additional protection to the 656-foot fluid mineral NSO stipulation for listed plant species.

Effects from Land Health and Vegetation Management

In general, vegetation management would emphasize managing vegetation to be productive and resilient, thereby sustaining native plant and animal species, including listed plant species. This would be accomplished through actions such as restoring areas of degraded vegetation, applying appropriate integrated noxious weed control methods, and restrictions on surface-disturbing and disruptive activities in certain locations.

Potential effects on listed plant species from vegetation treatments include crushing or trampling from heavy equipment, loss of vigor, reduced reproductive output, or mortality from herbicides. Vegetation treatments would cause short-term disturbance of potential listed plant habitat by removing vegetation and exposing soil. Over the long term, these activities would improve habitats for listed plants by removing competitor species and restoring native species.

The BLM determined and the USFWS concurred, that integrated weed management in the UFO is likely to adversely affect Colorado hookless cactus and clay-loving wild buckwheat. The determination was based on the need to manage weeds that either are threatening the species or limiting the species via competitive exclusion and plant community degradation. The BLM

BLM_0162073

and USFWS developed specific standard operating procedures s, mitigation measures, and conservation for avoiding or minimizing effects on these species, and these measures would be applied for all weed management activities. Weed control and prevention measures would help reduce the cover of weeds in the action area and prevent the introduction and spread of weeds over the long term. This would maintain and improve habitat for both listed plant species in the action area and reduce competition.

Effects from Fish and Wildlife Management

Fish and wildlife management under the PRMP would aim to restore, enhance, conserve, and promote aquatic and terrestrial species conservation and ecosystem integrity and values. In general, fish and wildlife management would improve and maintain habitat throughout the action area. Applying stipulations to reduce or mitigate surface-disturbing activities within wildlife corridors and wildlife priority habitats would likely provide some additional protection to overlapping habitat for listed plants.

Under the PRMP, unnatural soil and vegetation disturbance would be minimized in six habitat management areas (90,050 acres), which would be established to reduce barriers to plant migration that may be needed to adapt to changes in climate. While there is no currently occupied habitat for either Colorado hookless cactus habitat or clay-loving wild buckwheat habitat, habitat management areas could help improve habitat connectivity for listed plants and maintain genetic diversity in the future, thereby reducing the potential effects of climate change on listed plants.

Effects from Wildland Fire Management

Depending on the extent, location, severity, and seral type affected, unplanned ignitions would have adverse effects on listed plant species. Unplanned ignitions can remove or degrade habitat for some species and/or reduce population viability. Large or intense wildfires could damage large expanses of habitat or kill established populations. Indirect effects could result from increased erosion, and increased potential for noxious and invasive weed establishment.

Increased human activity via wildland fire management and prescribed fire could increase the likelihood of injury or death to listed plant species or changes to survival or reproduction. A large fire requiring extensive suppression, such as large-scale staging areas and fire line construction, could result in long-term loss of Colorado hookless cactus or clay-loving wild buckwheat occurrences and their habitats. Smaller fires, however, would require less extensive suppression operations and would generally avoid these long-term effects.

The PRMP emphasizes a suite of fuels treatments providing management flexibility in meeting resource objectives. Fuels treatments would be applied in the most ecologically appropriate manner to achieve resource objectives. Minimum-impact suppression tactics would be used to reduce surface disturbance associated with suppression, and Emergency Stabilization and Rehabilitation techniques would be implemented to meet BLM Colorado Public Land Health Standards. Together, these management actions would reduce the likelihood of effects on listed plant species from fuels treatments and wildland fires.

Effects from Livestock Grazing Management

The primary potential effects on listed plants from implementing the livestock grazing program can occur from trampling, alteration of habitat, herbicide application, and surface-disturbing actions related to range developments, (e.g. construction of fences, water pipelines, cattle guards, and livestock ponds). Potential effects of livestock grazing vary by plant species and

BLM_0162074

their habitats. Effects also depend on the class of livestock and the particular grazing system, with some species favored by particular systems and others responding negatively.

Listed plant habitats, such as Colorado hookless cactus habitats, have been historically affected by grazing, and populations are susceptible to trampling. In certain conditions (e.g., drought and overgrazing), effects on listed plants, such as clay-loving wild buckwheat, could increase as more palatable forage decreases. Livestock grazing activities can reduce the vigor of species, change the habitat structure, be a vector for weed spread, and compact soils. The potential for effects decreases as listed plant community locations are identified and avoidance or protection measures are implemented.

Under the PRMP, 5,800 acres of occupied Colorado hookless cactus and 230 acres of occupied clay-loving wild buckwheat habitat would be open to grazing, and effects could occur in these areas. Areas closed to livestock grazing would encompass 420 acres of occupied Colorado hookless cactus and 650 acres of occupied clay-loving wild buckwheat habitat. The conservation measures in the Biological Opinion for Livestock Grazing Program Effects on Three Listed Plants in the Bureau of Land Management Grand Junction, Colorado River Valley, and Uncompahgre Field Offices (USFWS 2012b) would be implemented to avoid, minimize, and/or remediate effects from livestock grazing on Colorado hookless cactus and clay-loving wild buckwheat.

Even under proper management, livestock grazing could affect listed plant species to varying degrees. Effects from poorly managed livestock grazing would be greater in magnitude and extent than those from properly managed grazing. Under the PRMP, the BLM would periodically evaluate possible livestock grazing closures on allotments or portions of allotments should major effects on listed plant species occur.

<u>Effects from Recreation and Travel Management</u>

Direct effects on listed plants from recreation include surface-disturbing activities, such as construction of developed recreation facilities, motorized or OHV use, and foot or horse travel. Dispersed recreation off existing roads or trails can result in direct mortality of listed plant species from crushing, trampling, or uprooting. Indirect effects may also occur from recreational use, such as soil compaction, changes in vegetation composition and structure, and loss of vegetation cover, all of which may degrade habitat. Additionally, increased disturbance can result in the spread and establishment of noxious weed populations. The levels of affect are related to the duration, intensity, and expanse of recreation, and are expected to increase with increased visitation. Managing recreation within SRMAs is generally likely to cause greater effects on listed plants in these areas because SRMAs concentrate recreation in a specific area, and SRMA management emphasizes recreation over other uses.

Recreation could affect clay-loving wild buckwheat and Colorado hookless cactus. These species, particularly clay-loving wild buckwheat, occur in areas where OHV use is popular and compliance with OHV travel regulations has been limited, so populations could be trampled and destroyed. OHVs can also introduce or spread weeds or disturb or destroy habitats. In addition, motorized vehicles compact soils, which could cause effects as described above under *Methods of Analysis and Assumptions*. The potential for effects decreases as the acreage closed to motorized vehicles increases.

The BLM would manage eight SRMAs on 128,620 acres and three ERMAs on 64,790 acres. Effects from recreation on listed plant species would be greater than those under current management due to the increased concentration and management of recreation in SRMAs. OHVs would be limited to designated trails on portions of the Kinikin Hills ERMA, which could

BLM_0162075

protect nearby occupied clay-loving wild buckwheat habitat. Due to the open nature of the landscape, however, this travel management action could be difficult to enforce, and effects on clay-loving wild buckwheat populations could result.

Open cross-country motorized use would be allowed on 3,950 acres within the action area (54 percent fewer than under current management), which would cause fewer effects on listed plant species than under current management; however, effects on Colorado hookless cactus could occur in the North Delta OHV area, where there are 430 acres of occupied habitat (**Figure 8**); only a fraction of the open OHV area has been surveyed, with the entire open area identified as suitable habitat. While areas closed to motorized travel would be reduced compared to current management (880 acres, 93 percent fewer acres than under current management), 57,400 acres would be closed to motorized and mechanized travel (30 percent more than under current management) and 613,570 acres would be limited to designated routes (4 times more acres than under current management). Overall, this management would reduce the potential for effects on listed plant species associated with motorized and mechanized travel to a greater extent than under current management and would support efforts to downlist or delist both species.

Effects from Lands and Realty Management

The goal of the UFO lands and reality management is to meet public needs for land use authorizations, land tenure adjustments, withdrawals, and easements in an environmentally responsible manner. New ROWs can result in habitat fragmentation, degradation of habitat, and direct mortality. Land disposal (e.g., though sale or exchange) of listed plant species habitat could result in loss of populations, unless lands leaving public ownership are guaranteed protection though a conservation easement or other agreement. Any acquired lands that contain habitat for listed plants would benefit those species by affording the protection of BLM guidelines and regulations.

ROW development could cause effects on the two listed plant species, particularly clay-loving wild buckwheat near Montrose and Colorado hookless cactus near Delta, as the greatest populations of these species are in these areas. ROWs would change habitat structure and could reduce habitat for pollinators and allow for weed introduction and spread. ROW avoidance and exclusion areas would reduce the potential for effects on special status plants by prohibiting or limiting development.

Under the PRMP, the BLM would designate 265,110 acres of ROW avoidance and 51,700 acres of ROW exclusion areas, which would not be available for ROW or other realty authorizations. Effects from ROW development would be eliminated in ROW exclusion areas, which would encompass 630 acres of Colorado hookless cactus habitat and 520 acres of clay-loving wild buckwheat habitat. ROW avoidance areas would encompass 5,990 acres of Colorado hookless cactus occupied habitat and 360 acres of clay-loving wild buckwheat habitat. In these areas, the potential for effects associated with ROW development would be reduced but not eliminated. No habitat occupied by listed plants would be open to ROW development.

Effects from Mineral Resource Management

Energy development is widespread throughout the action area, and oil and natural gas development in particular threatens populations of listed plants in the area. Direct effects associated with fluid mineral development include a reduction in population levels and density, and loss, degradation, or fragmentation of habitats, which could lead to a reduction in distribution, range, and flow of genetic material. Direct mortality could result from construction equipment, land clearing activities, and vehicle use. The construction of access roads, well pads, pipelines, buildings, holding tanks, and other infrastructure associated with oil and gas

BLM_0162076

development can fragment or degrade habitat, and result in indirect effects such as erosion, sedimentation, and establishment of noxious weeds. The potential for effects decreases as the acreage closed to fluid mineral leasing, and the acreage open subject to NSO stipulations, increase. CSU stipulations may not provide sufficient protection, as the locations of special status plant populations are often unknown.

**Figure 8**
**Colorado Hookless Cactus Occurrences in the Vicinity of the North Delta Open OHV Area**



BLM_0162077