Energy development threatens the Colorado hookless cactus, as described in detail within the recovery outline for the species (USFWS 2010a). No habitat for listed plants would be open to fluid mineral leasing, subject to standard lease terms and conditions, under the PRMP. In addition, the BLM would apply NSO/SSR stipulations on fluid mineral leasing for ESA-listed plant species. This would cover 6,780 acres of occupied Colorado hookless cactus and 890 acres of clay-loving wild buckwheat habitat. Further, 630 acres of Colorado hookless cactus fall within No Leasing areas. The use of an NSO stipulation would eliminate surface disturbance and prevent habitat fragmentation associated with mineral exploration and development, particularly for Colorado hookless cactus. By providing regulatory mechanisms to protect these species, the BLM would support efforts to downlist or delist Colorado hookless cactus and clay-loving wild buckwheat.

Locatable mineral development could similarly affect listed plant populations and habitats. Effects would be reduced on 28,060 acres that would be maintained as withdrawn from locatable mineral entry. The potential for effects would increase as the acreage available for locatable mineral exploration or development increases.

Under the PRMP, the BLM would close 135,830 acres (30 percent more acres than under current management) to mineral materials disposal. This includes all listed plant species' occupied habitat and any unoccupied habitats that occur in these areas. In addition, the closure of 171,290 acres (nearly 4 times more than current management), portions of which are Colorado hookless cactus and clay-loving wild buckwheat occupied habitat, to nonenergy solid leasable minerals would provide direct protections to these species.

Effects from ACEC Management

Two ACECs (one existing and one new which total 6,980 acres) would be designated to protect listed plant species:

- Adobe Badlands (existing)—Colorado hookless cactus
- Fairview South (BLM Expansion; 610 acres) (new)—clay-loving wild buckwheat

Together, these ACECs would protect 560 acres of occupied Colorado hookless cactus and 520 acres of clay-loving wild buckwheat populations (Fairview South only). Known and undiscovered populations of both species would receive direct protection from surface disturbance in the ACECs through such measures as closure to motorized and mechanized travel, mineral materials disposal, and nonenergy solid leasable mineral leasing; application of NSO and SSR stipulations; and management as ROW avoidance (Adobe Badlands) and exclusion (Fairview South). These measures may support the eventual downlisting or delisting for these species to a greater extent than under current management. For instance, the expansion of the Fairview South ACEC would protect 98 percent of the clay-loving wild buckwheat rangewide population, and thus would provide regulatory mechanisms to ensure continued long-term management and protection for the species.

*Cumulative Effects*

Many of the reasonably certain future activities described above create conditions that cause vegetation changes. For example, wildland fire removes vegetation, which makes affected areas more susceptible to weed invasion and soil erosion. Droughts reduce vegetation health, leaving it prone to insect infestation or disease. In general, resource use activities, such as mineral exploration, ROW development, and road construction, are likely to cumulatively cause vegetation removal, fragmentation, weed spread, soil compaction, and erosion. To counter

BLM_0162078

these effects, land planning and vegetation and weed treatments will be implemented, thereby improving vegetation connectivity, productivity, diversity, and health.

Climate change in the cumulative effects analysis area could increase or decrease temperatures and precipitation. This would affect soil conditions, vegetation distribution, water flows, water quality, and water temperature (Ficklin et al. 2010; Lenihan et al. 2003; McKenney et al. 2007; Hamann and Wang 2006). Such changes would alter the conditions to which vegetation communities are adapted, potentially creating conditions that favor certain species or communities, weeds, or pests (Hellmann et al. 2007). Recreation has emerged as an ever-increasing pursuit in the cumulative effects analysis area and is expected to increase. Popular and common pursuits in the analysis area are rafting, boating, hunting, fishing, hiking, camping, skiing, rock climbing, mountain biking, and four-wheeling. Levels of effect are related to the duration, intensity, and expanse of recreation, and are expected to increase with increased visitation.

### Effect Determination

The PRMP includes a number of protective measures for listed plants and their habitats, such as NSO and SSR stipulations, ACECs, and a focus on improving land health. As a result, implementation of the PRMP is expected to have long-term, beneficial effects on Colorado hookless cactus and clay-loving wild buckwheat and would support efforts to downlist or delist these species.

However, management for several resources may cause adverse effects, including livestock grazing and weed management, in occupied habitat. OHV use may directly affect occupied habitat for both species, causing damage to and loss of individuals; therefore, the effect determination for Colorado hookless cactus and clay-loving wild buckwheat is "**may affect, likely to adversely affect**."

### Listed Fish Species—Colorado pikeminnow, Bonytail chub, Humpback chub, and Razorback sucker

### Conservation Planning (Section 7 [a][1] of the ESA)

The goals for biological resources management, including ESA-listed species, in the PRMP are summarized in **Table 3-1** of this BA. Additionally, **Table 3-1** includes the objectives, actions, and conservation measures proposed to achieve the goals. The PRMP is primarily a landscape-level, programmatic-level document. The stipulations, conservation measures, and BMPs described below for listed fishes are not comprehensive. New conservation measures may be developed at the project level.

Actions and Surface Disturbance Restrictions

Two actions and surface disturbance restrictions directly related to listed fish species are included in the proposed plan (**Table 3-1**):

- Partner with CPW, the Forest Service, the USFWS, and others to remove nonnative trout and other fishes from occupied native cutthroat trout habitat
- Stipulation NSO-24/SSR-22: *Wildlife ESA-Listed Species (Occupied Federally Listed Fish Habitat).* Prohibit surface occupancy and use and apply SSR restrictions within 2,500 feet of the ordinary high-water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat

BLM_0162079

Additional management actions indirectly related to the protection of the listed fish species are described in **Table 3-1** and incorporated by reference.

BLM Colorado Public Land Health Standards

BLM Colorado Public Land Health Standards are applied on a landscape scale (Appendix C of the FEIS). Of the five listed standards, Standards 2, 4, and 5 would directly apply to conservation of listed fish species within the action area. Standard 2 applies to recovery of properly functioning lentic and lotic waters from disturbances such as fire, overgrazing, and floods. Standard 4 establishes standards for protecting and enhancing special status, threatened, and endangered species (federal and state), including big river fish. Standard 5 applies to all water bodies, including groundwater on or influenced by BLM-administered lands, to achieve or exceed the water quality standards established by the State of Colorado. Water quality standards for surface water and groundwater include the designated beneficial uses, numeric and narrative criteria, and antidegradation requirements set forth under 5 Colorado Code of Regulations 1002-8, as required by Section 303(c) of the Clean Water Act.

BMPs for Management Actions

**Appendix B** includes a number of BMPs and standard operating procedures that would benefit special status fish species by protecting soils, vegetation, and suitable habitat. These BMPs include but are not limited to replacing, modifying, or removing in-channel features that block fish movement, collocating utilities and infrastructure in existing corridors, and protecting and maximizing existing native vegetation.

### Direct and Indirect Effects

No effects on the four big river listed fish are expected from implementation of the following resources and resource uses: air quality, areas of critical environmental concern, cultural resources, lands with wilderness characteristics, land tenure, paleontological resources, visual resources, National Trails and Byways, Native American tribal interests, public health and safety, watchable wildlife viewing sites, wild horses, and wilderness and wilderness study areas. Management of these resources and resource uses would either not occur in occupied or potentially suitable habitat, or would not change the character of the habitat.

Water Depletion Programmatic BAs

The BLM determined and the USFWS concurred, that any water depletions in the Colorado River Basin are likely to adversely affect the four endangered Colorado River fishes and their critical habitats (BLM 2008b, 2017; USFWS 2009, 2017). Two programmatic BAs assessed the effects of activities administered by the BLM across eight administrative units and field offices in western Colorado that could deplete water from the upper Colorado River Basin. One BA assessed the BLM's fluid mineral program and consists of ongoing and projected fluid mineral development administered by the BLM in western Colorado, including all federal natural gas wells, oil wells, and coalbed methane natural gas wells, including split-estate (BLM 2017). This BA addressed water depletion activities such as water used for access road dust abatement, water used for hydrostatic testing of new pipelines, water used to drill and complete wells, water associated with connected federal actions, and water use associated with seismic activity. The second BA (BLM 2008b) addressed all other water-depleting projects, including impoundments, diversions, water wells, pipelines, and spring developments.

These programmatic BAs cover most BLM activities in the action area; therefore, the effects analysis contained in them is incorporated here by reference. The following effects analysis addresses only effects not included in the two programmatic BAs.

BLM_0162080

Effects from Soil Management

Stipulations, BMPs, and other conservation actions related to soils management would benefit the four big river-listed fish species by reducing erosion and sedimentation potential. While the big river fish species are somewhat sediment-tolerant, increased turbidity and altered flow regimes can still result in effects. Sediment loads beyond what water volumes can effectively and efficiently move can restrict channel width, reduce side-channel formation and maintenance, and result in reduced numbers and depth of important microhabitats such as backwaters. In general, sediment loads out of balance with flow regimes can result in reduced habitat complexity and diversity and reduce habitat quality for these species.

High concentrations of selenium may adversely affect the four big river-listed fish species. Selenium is a natural trace element that is a component of certain sedimentary deposited soils, primarily Mancos shale, a common formation in parts of western Colorado, and is a known water quality problem for the Colorado pikeminnow, bonytail chub, humpback chub, and razorback sucker. The Mancos shale formation occurs within the action area and experiences substantial instability. Selenium becomes an issue when upon saturation, it leaches into water. In larger rivers, it becomes concentrated and accumulates in low to zero velocity habitats and enters the food chain. Historical agricultural practices in particular have resulted in the Colorado River having higher-than-desired levels of selenium. Selenium concentrations of 4.9 to 7.0 micrograms per gram dry weight in whole body fish from the Colorado River basin have been among the highest in the nation (Hamilton et al. 2002).

Selenium bioaccumulates in fish tissue primarily via the consumption of food resources that contain elevated levels of the compound. All of the endangered big river fish species are at increased risk because they are all long-lived species, which increases bioaccumulation potential. Colorado pikeminnow are especially at risk given their piscivorous (fish eating) nature and status as the top predator. High selenium levels can affect reproduction and recruitment (Lemly 2002; Sorensen 1991). Tissue samples taken from Colorado pikeminnow in the Colorado River near Grand Junction, Colorado, showed selenium levels to be above the recommended toxicity threshold of 4 parts per million in the majority of fish (Osmundson et al. 2000).

One of the objectives for soil management included in the PRMP is to "manage activities in the Colorado River Basin to minimize the yield of sediment, salt, and selenium contributions from BLM-administered lands to water resources." Protective soil program stipulations would help to eliminate and reduce potential effects. For example, the CSU/SSR stipulations for saline/selenium soils would restrict all surface-disturbing activities on mapped saline or selenium soils. This could include special design, construction, and implementation measures, including relocation of operations by more than 625 feet. This stipulation would reduce the potential for selenium and salt contributions into the major waterways due to anthropogenic activity.

In addition, 28,310 acres of saline/selenium soil would be protected with an NSO stipulation. The BLM would also apply an NSO/SSR stipulation on lands with steep slopes greater than or equal to 40 percent (115,080 acres). This stipulation would protect inclined slopes that are particularly vulnerable to accelerated erosion. These measures, in combination with BMPs and other soil and geology stipulations, would help minimize or control elevated selenium levels. Selenium leaching is a naturally occurring process within the action area, and is expected to continue; however, implementation of the RMP is not expected to increase selenium contributions beyond current conditions. Soil management is not anticipated to adversely affect the four listed fish species.

BLM_0162081

<u>Effects from Water Resource Management</u>

Activities such as energy development, road use, active pipeline rights-of-way, and other construction activities can alter water quality by way of spills, leaks, or vehicular accidents. Effects on fish species can range from sublethal (stress, reduced feeding behavior, and reduced breeding success and recruitment) to direct mortality of individuals or populations.

To protect, preserve, and enhance watershed functions, the PRMP would implement BMPs; NSO, CSU, and SSR stipulations; and other conservation measures within or near streams and rivers. The BLM would apply NSO and SSR stipulations around major river corridors (28,620 acres; of these acres, 2,830 are within No Leasing areas) and within 325 feet of perennial streams, fens, and wetlands. In addition, CSU and SSR stipulations would be applied on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas; fens; and wetlands. Such stipulations would reduce the risk of water quality impairments (e.g., spills, leaks, fine sediments, and other contaminants) and would support efforts to downlist or delist affected listed fish species.

To protect water quality, operators would utilize standard operating procedures and BMPs as described in **Appendix B**. These include but are not limited to using closed-loop drilling systems, containing flowback and stimulation fluids in tanks on well pads with secondary containment mats/blankets, and collecting surface and groundwater quality data before, during, and after surface-disturbing activities.

Water depletion activities would result in adverse effects on the four big river-listed fish species. The primary actions and activities that result in water depletions include construction of water impoundments (stock ponds, and reservoirs), water diversions for agricultural and domestic uses, water use associated with natural gas development, and fire suppression. Effects on the four big river endangered species were analyzed in the two BAs for water depletion activities in western Colorado (BLM 2008b, 2017). The BAs concluded, and the USFWS concurred, that any water depletion activities would have an adverse effect on these four fish species.

<u>Effects from Land Health and Vegetation Management</u>

Vegetation management under the PRMP includes mechanical treatments, hand thinning, prescribed fire, and herbicide use. The types of effects on listed fish species from vegetation management include loss or reduced streamside vegetation cover, sediment transport, increased turbidity, and incidental exposure to herbicides.

The BLM would implement the integrated weed management using the UFO Weed Management Strategy (BLM 2010) and use herbicides according to the protocols and standard operating procedures described in the Programmatic Environmental Impact Statement for Vegetation Treatments Using Herbicides (BLM 2007). Together, such management would reduce effects on nontarget species from herbicide treatments by applying herbicides according to label requirements and applying measures to reduce herbicide introduction into aquatic habitats.

Loss of streamside vegetation cover and increased sedimentation and turbidity may occur as a result of vegetation treatments; however, these effects would generally be short-term and minor. The minimal amount of sediment transport that could result from vegetation management would be undetectable and well within the background levels carried by the Uncompahgre or Gunnison Rivers, and would therefore have no adverse effect on the four listed fish species within these water bodies.

BLM_0162082

Effects from Fish and Wildlife Management

Fish and wildlife management would benefit the four listed fish species that occur within the action area by applying stipulations and other actions that protect steam channels and river corridors. The in-channel stream work TL (**TL-5: *Wildlife Native and Sport Fish***) would help protect fish species during spring spawning seasons (April 1 to July 15).

Effects from Special Status Species Management

Special status species management would benefit the listed fish species. Conservation actions and stipulations, as described throughout this analysis (e.g., NSO stipulations, ACEC management, and route closures), would work toward maintaining or improving the quality of listed fish and sensitive fish habitat by managing public land activities to support species recovery and the benefit of those species. The PRMP includes partnerships to remove nonnative trout and other fishes, which would result in a reduced threat of competition or predation.

A stipulation would limit surface occupancy and site disturbance within 2,500 feet of habitat occupied by federally listed fish (**NSO-24/SSR-22: *Wildlife ESA-Listed Species [Occupied Federally Listed Fish Habitat]***), reducing effects from land uses in these areas, such as loss of or reduced streamside vegetation cover, sediment transport, and increased turbidity.

Effects from Forestry Management

Effects from forestry management are similar to those discussed under vegetation management. Closing riparian areas and other areas identified in the PRMP (a total of 281,390 acres) to wood product sales and harvest would limit sediment transport to nearby stream systems.

Effects from Livestock Grazing Management

Under the PRMP, 614,120 acres would be available to livestock grazing, which includes lands adjacent to streams and rivers utilized by listed fish species. Livestock often use riparian areas for water and shade, which may cause greater effects in these areas. Concentrating livestock in these areas could alter stream functionality and vegetation structural diversity. The loss or reduction of streamside vegetation can decrease available aquatic cover, increase water temperatures, and reduce the availability of insects to feed fish and other aquatic wildlife. Additionally, livestock use near riparian areas can contribute to the spread of invasive weed species downstream, thus increasing the fuel load.

Livestock grazing could change aquatic habitat connectivity by altering bank stabilization and water quality in certain areas. Water developments near tributary creeks could affect the hydrologic regime of these systems by withdrawing water. Range improvements, including the construction of stock ponds, could promote vegetation loss, soil compaction, and erosion in the areas around the ponds; however, depending on the placement of stock ponds, new livestock water sources may draw livestock away from existing natural water features and sensitive riparian habitat that have vulnerable soils.

To reduce the likelihood for effects on riparian and aquatic habitats, the BLM would periodically evaluate allotments or portions of allotments to identify grazing issues. The BLM would close areas to livestock grazing and/or reduce permitted use if grazing is found to be causing a major effect on threatened and endangered species or sensitive fish habitat. The BLM would also limit trailing in riparian areas identified by and only with a crossing permit in accordance with 43 CFR 4130.6-3.

BLM_0162083

Effects from Recreation and Travel Management

Recreation in riparian areas and waterways could alter aquatic wildlife movement patterns. The spread of aquatic disease vectors is also of concern; fishing equipment and boats can provide a means for transporting parasites to previously unaffected habitats.

Travel on routes can present a high risk of sediment effects on aquatic fish species. Sediments of less than 1 inch can affect spawning habitat and reproductive success for fish species that spawn in gravel substrates. Tiny sediments can fill the interstitial spaces in spawning gravels and reduce the flow of oxygenated water to developing embryos, which decreases survival (Quinn 2005). Although sediments and turbid waters may provide cover from predators for sediment-tolerant species, including razorback sucker (Johnson and Hines 1999), too much sediment could negatively affect spawning success of other fish species.

Travel routes may cross water bodies; these routes often require in-channel structures such as culverts and bridges, which remove aquatic habitat and may be barriers to fish passage (Bryant 1981; Barrett et al. 1992). The BLM would close 880 acres to motorized travel, 57,400 acres to motorized and mechanized travel, and limit 613,570 acres to designated routes. Motorized, off-route travel would be prohibited in riparian areas. In addition, the BLM would close areas to motorized or mechanized vehicles or aircraft where these vehicles are causing or will cause considerable adverse effects on threatened or endangered species. Together, these actions would decrease effects on the four big river fish and their habitat over the long-term and would support efforts to downlist or delist these species.

Riparian areas and waterways are popular recreation spots, and demand for access (e.g., more roads) to these areas is expected to increase over the long-term. This would cause greater effects on aquatic species. Some species may adapt to disturbances over time and could recolonize disturbed habitats. Effects are more likely to occur in easily accessible areas, where visitation would be high and concentrated.

Effects from Lands and Reality Management

Effects on listed fish species from lands and reality management would depend on the location and extent of the activity. ROW authorizations in proximity to or upstream of waterways with occupied listed fish species could result in increased sedimentation and turbidity; however, these effects would be reduced, since the BLM would apply ROW avoidance around major river corridors and within 325 feet of perennial streams, riparian and wetland areas, seeps, and springs.

Effects from Energy and Mineral Management

Effects on the four big river endangered fish species resulting from increased sediment and turbidity associated with energy development projects would be minor given the NSO, CSU, and SSR stipulations that would be applied (see Effects from Water Resource Management above). To further reduce effects, the BLM would close lands within 100 feet of riparian areas to mineral materials disposal. Any fluid mineral or other energy activity that results in water depletions would have adverse effects on these species; these activities and effects are addressed in the Programmatic BA and Biological Opinion for Water Depletions Associated with Bureau of Land Management's Fluid Mineral Program within the Upper Colorado River Basin in Colorado (BLM 2017).

BLM_0162084

<u>Effects from Wild and Scenic River Management</u>

Under the PRMP, 16 river segments (104.6 miles) would be determined suitable for inclusion in the National Wild and Scenic River System, and interim protective management guidelines would reduce effects on listed fish species.

## Cumulative Effects

Reasonably certain future activities that may affect river-related resources in the area are oil and gas exploration and development, irrigation, urban development, recreation, and industrial development. Implementation of these projects may affect both water quantity and quality. It is reasonable to expect that these activities and the associated impacts are likely to intensify in the foreseeable future on private, state, and other non-federal lands in the state. Colorado's human population is predicted to nearly double by 2050, which will require increased municipal water use. Data in the Colorado Water Plan (State of Colorado 2015) suggest that, by 2050, municipal and industrial water demand in the Gunnison River Basin is projected to increase to between 16,000 and 23,000 acre-feet per year (less than 1 percent of annual flow), even when including passive conservation. The Colorado River Basin's municipal and industrial water demands are anticipated to increase by 65,000 to 110,000 acre-feet by 2050, depending on population growth.

## Effect Determination

The PRMP includes a number of protective measures for the four big river listed fish and their habitats, such as NSO and SSR stipulations around waterways, in saline/selenium soils, and in steep slopes, and a focus on improving land health. As a result, implementation of the PRMP is expected to have long-term, beneficial effects on Colorado pikeminnow, bonytail chub, humpback chub, and razorback sucker and would support efforts to downlist or delist these species.

However, fluid minerals management would cause adverse effects due to water depletions; therefore, the effect determination for Colorado pikeminnow, bonytail chub, humpback chub, and razorback sucker is "**may affect, likely to adversely affect**."

### Greenback cutthroat trout

### Conservation Planning (Section 7 [a][1] of the ESA)

Conservation planning, including actions and surface-disturbing restrictions, BLM Colorado Public Land Health Standards, and BMPs, would be as described for the four big river-listed fish species in the previous section. Two additional stipulations would apply directly to greenback cutthroat trout:

- Stipulation NSO-26/SSR-25: *Occupied Native Cutthroat Trout Habitat.* Prohibit surface occupancy and use and apply SSR restrictions within 325 feet of the edge of the ordinary high-water mark (bank-full stage) of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout
- Stipulation CSU-23/SSR-26: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied between 325 and 500 feet from occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout

BLM_0162085

### *Direct and Indirect Effects*

Direct and indirect effects on greenback cutthroat trout would be similar to those described for the four big river-listed fish species in the previous section. Additional effects specific to greenback cutthroat trout are described below.

<u>Effects from Soil Management</u>

Stipulations, BMPs, and other conservation actions related to soils management would benefit greenback cutthroat trout by reducing erosion and sedimentation potential. These measures would be particularly beneficial to populations of green lineage cutthroat trout that are more susceptible to increased sediment and turbidity. Increased sediments in the cutthroat trout streams can reduce dissolved oxygen, raise stream temperature, and cover spawning and rearing areas, thereby reducing the survival of fish embryos and juveniles (Forest Service 2009). Excessive sedimentation can also fill in important pool habitats, reducing their depth and making them less usable. Pool habitats are important as oversummer and overwinter thermal refuge areas and, when coupled with streamflows, are often a limiting factor in many cutthroat trout streams.

<u>Effects from Water Resource Management</u>

While not analyzed in the Programmatic Biological Opinion , water depletions would also affect green lineage cutthroat trout populations. Reduced flow can result in increased water temperatures, reduced food supplies, reduced habitat complexity and diversity, and a loss of carrying capacity. Important microhabitats, such as spawning bars and pools, can be lost or altered. Reduced flows can result in habitat fragmentation and limit movement of cutthroat between preferred habitats. Holding habitats (pools) can be reduced in size and become less useable by fish or amphibians. Fish that congregate in limited pool habitats for long periods can incur increased stress and susceptibility to disease. The green lineage cutthroat trout, however, is a headwater species; therefore, water depletions along the Uncompahgre, Gunnison, and Dolores Rivers would have no effect. Activities resulting in water depletions from headwater streams where green lineage cutthroat trout are known or believed to occur would require separate consultation with the USFWS.

<u>Effects from Land Health and Vegetation Management</u>

Loss of streamside vegetation cover and increased sedimentation and turbidity may occur as a result of vegetation treatments; however, these effects would generally be short-term and minor. Short-term effects associated with streamside vegetation treatments would have a greater effect on greenback cutthroat trout; however, vegetation management actions would emphasize maintaining or improving riparian areas to a stable and properly functioning condition. As such, vegetation management would have long-term benefits to greenback cutthroat trout.

<u>Effects from Special Status Species Management</u>

The PRMP includes partnerships to remove nonnative trout and other fishes to protect native cutthroat trout populations, resulting in a reduced threat of competition and hybridization with greenback cutthroat trout.

In addition, the effects of sedimentation and increased turbidity would be more likely to affect populations of green lineage cutthroat trout compared with the big river fish. Actions that result in ground disturbance can increase soils available for off-site transport and increase sedimentation and turbidity in streams. The NSO, CSU, and SSR stipulations around occupied habitat for conservation populations of native cutthroat trout would limit effects associated with

BLM_0162086

surface-disturbing activities and unleased fluid mineral development on green lineage cutthroat trout populations and habitats.

### Cumulative Effects

Cumulative effects would be the same as described for the four big river-listed fish species above.

### Effect Determination

The PRMP includes a number of protective measures for greenback cutthroat trout and its habitats, such as NSO and SSR stipulations around waterways, in saline/selenium soils, and in steep slopes, and a focus on improving land health. As a result, implementation of the PRMP is expected to have long-term, beneficial effects on greenback cutthroat trout and would support efforts to downlist or delist this species.

However, fluid minerals management would cause adverse effects due to water depletions; therefore, the effect determination for greenback cutthroat trout is "**may affect, likely to adversely affect**."

## Western yellow-billed cuckoo
### Conservation Planning (Section 7 [a][1] of the ESA)

The goal of biological resources (including ESA-listed species) management in the PRMP is summarized in **Table 3-1**. The goals for protecting special status wildlife species, including western yellow-billed cuckoo, are also presented in **Table 3-1**. The goals presented are the same for all ESA-listed species considered in the PRMP and this BA. Additionally, **Table 3-1** includes the objectives, management actions, and conservation measures of the UFO proposed plan to achieve the goal.

The PRMP is primarily a landscape-level, programmatic-level document. The stipulations and conservation measures below for the western yellow-billed cuckoo, as well as the BMPs described in **Appendix B**, are not comprehensive. New conservation measures may be developed during Section 7 consultation at the project level.

Actions and Surface Disturbance Restrictions

The following stipulation from the PRMP is directly related to the western yellow-billed cuckoo (see **Table 3-1**):

- Stipulation CSU-25/SSR-29: Wildlife ESA-Listed Species (Yellow-Billed Cuckoo Habitat). Surface occupancy or use may be restricted or prohibited, and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: yellow-billed cuckoo. Special design, construction, and implementation measures, including relocation of operations by more than 656 feet, may be required.

  The lease area may now or hereafter contain habitat for wildlife listed as threatened or endangered or identified as candidates for listing under the ESA. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or

BLM_0162087

prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation).

The BLM may require modifications to or reject a proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation.

Colorado Standards for Public Land Health

The BLM Colorado Public Land Health Standards (Appendix C of the FEIS) are applied on a landscape scale and relate to the potential of the landscape. Standards 1, 2, 3, and 4 would directly apply for promoting the conservation of western yellow-billed cuckoo habitat.

Specifically, Standard 1 applies to the desire for upland soil moisture conditions to sustain optimal plant growth and vigor for vegetation that would support healthy habitats. Standard 2 monitors riparian systems associated with both running water and standing water to ensure they function properly and have the ability to recover from major disturbance, such as fire, severe grazing, and 100-year floods. Standard 3 promotes the health of native plant and animal communities at the community and population levels. Standard 4 establishes BLM standards for protecting and enhancing special status, threatened and endangered (federal and state), and other species.

BMPs for Management Actions

**Appendix B** includes a number of standard operating procedures and BMPs applicable to the implementation of management actions proposed under the PRMP. The BMPs and conditions of approval described in **Appendix B** that would benefit western yellow-billed cuckoo and riparian habitat include those aimed at protecting soils, vegetation, special status species, water resources, riparian habitat and wetlands, fire management, forestry, and livestock grazing.

### *Direct and Indirect Effects*

No effects on western yellow-billed cuckoo are expected from implementation of the following resources and resource uses: air quality, areas of critical environmental concern, cultural resources, lands with wilderness characteristics, land tenure, paleontological resources, visual resources, National Trails and Byways, Native American tribal interests, public health and safety, watchable wildlife viewing sites, wild horses, and wilderness and wilderness study areas. Management of these resources and resource uses would not occur in occupied or potentially suitable habitat, change the character of the habitat, or disturb western yellow-billed cuckoos.

Effects from Water Resource Management

Decisions related to water resource management would work toward protecting, restoring, and enhancing the watershed function. Under the PRMP, the BLM would apply NSO and SSR stipulations around major river corridors (28,620 acres; of these, 2,830 are within No Lease areas) and within 325 feet of perennial streams, fens, and wetlands. In addition, CSU and SSR stipulations would be applied on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas; fens; and wetlands. Such stipulations would limit loss of native vegetation along riparian corridors, which serve as nesting and foraging habitat for the species.

BLM_0162088

Effects from Land Health and Vegetation Management

Riparian vegetation management follows Land Health Standard 2, which emphasizes properly functioning riparian systems that capture sediment and provide forage habitat and biodiversity. Vegetation treatments would improve riparian function and potential western yellow-billed cuckoo habitat. Integrated weed management could include the removal of invasive species such as tamarisk and Russian olive *(Elaeagnus angustifolia)*. Invasive woody species can pose a serious threat to western yellow-billed cuckoo habitat by replacing native riparian vegetation structures (USFWS 2014a). As such, removal of this invasive species would benefit the western yellow-billed cuckoo and its habitat.

Stipulations that restrict or prohibit surface-disturbing activities within stream corridors would limit loss of native vegetation along riparian corridors, which serve as nesting and foraging habitat for the species. These include managing riparian areas as ROW avoidance, and applying NSO/SSR stipulations within 328 feet from perennial streams, fens, and/or wetlands. CSU stipulations would also be applied adjacent to these areas.

Effects from Fish and Wildlife Management

In general, fish and wildlife management would improve and maintain habitat throughout the action area. This includes actions specific to the protection of aquatic and riparian habitats. Actions intended to protect fish species (such as TL stipulations for in-channel stream work) would likely also benefit the western yellow-billed cuckoo by reducing surface disturbance in riparian habitat and reducing the likelihood for disturbance associated with human presence.

Designation of six habitat management areas (90,050 acres) would preserve the continuity of habitats, vegetation communities, and native wildlife within these areas. Where western yellow-billed cuckoo habitat occurs in habitat management areas, habitat disturbance would be reduced through ROW avoidance and applying CSU and SSR restrictions. The habitat management areas would also preserve habitat connectivity and provide corridors for species to move from low- to high-elevation areas if climate change rendered lower elevation habitats unsuitable.

Effects from Special Status Species Management

Actions and stipulations proposed for the benefit of special status species would provide short- and long-term benefits to western yellow-billed cuckoo. In particular, surface use and surface-disturbing and disruptive activities could affect western yellow-billed cuckoos and their potential habitats as described above under *Methods of Analysis and Assumptions*. The PRMP would apply CSU and SSR stipulations as well as a lease notice in suitable western yellow-billed cuckoo habitat, which would reduce potential mortality from tree clearing and noise disturbance from mineral extraction activities. NSO and SSR stipulations, when applied to other special status species, would also directly and indirectly affect western yellow-billed cuckoos by reducing habitat degradation and fragmentation associated with mineral development.

Effects from Wildland Fire Management

Depending on the extent, location, severity, and seral type affected, unplanned ignitions would have short-term effects on western yellow-billed cuckoo habitat. Unplanned fires could remove or degrade habitat for western yellow-billed cuckoo, subsequently reducing population viability.

A significant threat to the western yellow-billed cuckoo is habitat loss and degradation due to nonnative vegetation conversion. Fuels management could include removal of tamarisk and Russian olive. Such activities would result in short-term effects on the species (temporary

BLM_0162089

displacement and avoidance), with long-term benefits (establishment of native riparian woodland vegetation, which supplies essential food and cover).

Increased human activity and noise associated with wildland fire management, prescribed fire, and fuels management could increase the likelihood for disturbance or displacement. These activities could promote habitat avoidance or changes to survival or reproduction caused by changes to nesting, breeding, foraging, or roosting behavior. These effects, however, would be short in duration and limited in scope.

A large fire requiring extensive suppression operations could result in long-term effects on western yellow-billed cuckoo and its habitats. Smaller fires requiring less extensive suppression operations would generally avoid these long-term effects. Cottonwood galleries and areas with dense tamarisk infestations would generally be at a higher risk of fire. The PRMP would emphasize a suite of fuels treatments and would provide management flexibility to apply these tools in the most ecologically appropriate manner, resulting in increased protection for special status species (such as the western yellow-billed cuckoo) and their habitat from fire. Not all riparian corridors within the action area are potential habitat for the western yellow-billed cuckoo; therefore not all fire and fire suppression activities along streams and rivers would result in effects on the species.

### Effects from Forestry Management

Effects from forestry are similar to those described under *Effects from Vegetation Management*. Forestry practices would utilize a variety of silvicultural techniques and harvest systems to manage for healthy forests and woodlands while offering a variety of forest products and meeting other resource objectives. Areas closed to wood product sales and/or harvest (152,880 acres) would reduce the likelihood for changes to western yellow-billed cuckoo habitat and direct disturbance to individuals. These areas include riparian areas, which may contain potential western yellow-billed cuckoo habitat. As such, large scale forest harvest would not occur in riparian areas, and no adverse effects on the western yellow-billed cuckoo are anticipated from forestry management.

### Effects from Livestock Grazing Management

Livestock often use riparian areas for water and shade, which may cause greater effects on these areas through concentrated use. Livestock could alter stream functionality and vegetation structural diversity. The loss or reduction of streamside vegetation from grazing can affect the suitability of habitat for western yellow-billed cuckoo breeding and prey populations.

Range improvements, including the construction of stock ponds, could promote vegetation loss, soil compaction, and erosion in the areas around the ponds. The source would be livestock congregating around these areas that were previously less intensively grazed; however, depending on the placement of stock ponds, the development of livestock water sources may draw livestock away from existing natural water features and sensitive riparian habitat that have vulnerable soils and that livestock now use as a water source.

The PRMP includes measures to facilitate identifying issues and allowing for changes in livestock use through allotment management plans, grazing use agreements, and terms and conditions on grazing permits. Acres available and active grazing permitted use would be periodically evaluated and adjusted as needed based on monitoring and land health conditions. Changes to livestock grazing would occur if there were a major effect on listed species, including western yellow-billed cuckoo.

BLM_0162090

Effects from Recreation and Travel Management

Effects from recreation management are related to the duration, intensity, and expanse of recreation. Damage to riparian resources from recreation could affect habitat suitability for the western yellow-billed cuckoo. Use of trails to access fishing along streams and camping along waterways could disturb birds, causing habitat avoidance; compact soil; exacerbate erosion and sedimentation into waterways; and reduce vegetation cover. Furthermore, since riparian areas and waterways are popular recreation spots, increased demand for access to these areas is expected as the population increases, causing greater effects on riparian species.

However, the 2014 Determination of Threatened Status Final Rule (USFWS 2014a) found there were no known or anticipated threats to western yellow-billed cuckoos resulting from overutilization for recreational purposes. While recreation activities are anticipated to increase in the action area, effects on western yellow-billed cuckoo habitat would likely be localized and short-term.

Effects from Energy and Minerals Management

Energy exploration and mineral development along the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers could potentially affect the western yellow-billed cuckoo by means of habitat loss or degradation; however, NSO and SSR stipulations would prohibit surface occupancy or use within 1,312 feet of the ordinary high-water mark (bank-full stage) or within 328 feet of the 100-year floodplain (whichever is greatest) on the major rivers in the action area that contain suitable habitat for the western yellow-billed cuckoo. This would prevent loss of habitat from new leasing.

Additionally, closing lands within 100 feet of riparian areas to mineral materials and closure of 171,290 acres to nonenergy solid mineral leasing and development, which includes some riparian habitat, would help further reduce potential effects of energy development on western yellow-billed cuckoo and their habitats.

Effects from Wild and Scenic Rivers Management

Under the PRMP, 16 segments (104.6 miles) would be determined suitable for inclusion in the National Wild and Scenic Rivers System. Management in these areas would protect habitat for riparian-dependent listed species. It would do this by protecting the free-flowing nature of the segments, maintaining the outstandingly remarkable values for which the segment was found eligible, and prohibiting actions that would modify the setting or level of development such that the tentative classification would change.

## *Cumulative Effects*

Many of the reasonably certain future activities described above, such as agricultural developments, road construction, and wildland fires, cause vegetation changes. Effects would be similar to those described for listed plant species above. For some activities, effects may be concentrated in riparian areas, which are popular places for recreation and provide shade for livestock. Much of the development on private lands, such as subdivision and home construction in and around the Gunnison Gorge NCA planning area, oil and gas and uranium development in the western portion of the UFO, and all developments/disturbance along the major river corridors within the UFO, parallels or occurs within high-quality riparian habitat. These developments on private land have resulted in some fragmentation of the riparian corridor and sage-steppe, which has reduced or eliminated buffers from disturbance; therefore, any future disturbance to western yellow-billed cuckoos during the nesting season, or negative

BLM_0162091

changes in habitat quality resulting from weed treatments, would exacerbate the existing habitat effects.

Climate change in the cumulative effects analysis area could cause an increase or decrease in temperatures and precipitation, which would affect soil conditions, vegetation distribution, and overall riparian habitat health. Such changes would alter the conditions to which vegetation communities are adapted, potentially creating conditions that could favor certain species or communities, weeds, or pests (Hellmann et al. 2007).

### Effect Determination

The PRMP includes a number of protective measures for western yellow-billed cuckoo and its riparian habitats, such as NSO and SSR stipulations, closure to wood product sales and harvest, and a focus on improving land health. As a result, implementation of the PRMP is expected to have long-term, beneficial effects on western yellow-billed cuckoo and would support efforts to downlist or delist this species.

While there may be some localized effects on the species or potential habitat associated with vegetation, weed, or fuels treatments and resource uses, these would have insignificant effects on the species; therefore, the effect determination for western yellow-billed cuckoo is "**may affect, not likely to adversely affect**."

### Mexican spotted owl
### Conservation Planning (Section 7 [a][1] of the ESA)

The goal of biological resources management (including for ESA-listed species) in the PRMP is summarized in **Table 3-1**. The goals for protecting special status wildlife species, including Mexican spotted owl, are also presented in **Table 3-1**. The goals presented there are the same for all ESA-listed species considered in the PRMP and this BA. Additionally, **Table 3-1** includes the objectives, management actions, and conservation measures of the BLM proposed plan to achieve the goal.

The PRMP is primarily a landscape-level, programmatic-level document. The stipulations and conservation measures for the Mexican spotted owl and the BMPs described in **Appendix B** are not comprehensive. New conservation measures may be developed at the project level.

<u>Actions and Surface Disturbance Restrictions</u>

The following stipulations from the PRMP are directly related to the Mexican spotted owl (see **Table 3-1**):

- Stipulation TL-23: Wildlife *Mexican Spotted Owl Timing Limitation (Suitable Breeding Habitat)*. Prohibit surface use and surface-disturbing and disruptive activities in mapped suitable Mexican spotted owl breeding habitat as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies, including as defined in the Mexican spotted owl recovery plan, that are analyzed and accepted by the BLM, from March 1 to August 31.
- Stipulation CSU-34/SSR-40: *Mexican Spotted Owl Suitable Breeding Habitat*. Surface occupancy or use may be restricted or prohibited, and SSR restrictions applied, to Mexican spotted owl breeding habitat as defined in the Mexican spotted owl recovery plan. Manage in accordance with the current Mexican spotted owl recovery plan. The Field Manager may require the proponent/applicant to submit a plan of development that

BLM_0162092

demonstrates that effects on Mexican spotted owl habitat have been avoided to the extent practicable.

- Stipulation NSO-40/SSR-41: *Mexican Spotted Owl.* Prohibit surface occupancy and use and apply SSR restrictions on lands identified as Protected Activity Centers for Mexican spotted owl.

## BLM Colorado Standards for Public Land Health

The BLM Colorado Public Land Health Standards are applied on a landscape scale and relate to the potential of the landscape (Appendix C of the FEIS). Of the five standards listed, Standards 1, 3, and 4 would directly apply for promoting the conservation of Mexican spotted owl habitat. Specifically, Standard 1 applies to the desire for upland soil moisture conditions to sustain optimal plant growth and vigor for vegetation. This would then support healthy habitats. Standard 3 promotes the health of native plant and animal communities at the community and population levels. Standard 4 establishes BLM standards for protecting and enhancing special status, threatened and endangered (federal and state), and other species.

## BMPs for Management Actions

**Appendix B** includes a number of standard operating procedures and BMPs applicable to the management actions proposed under the PRMP. The BMPs and conditions of approval described in **Appendix B** that would benefit Mexican spotted owl habitat are those aimed at protecting soils, vegetation, and special status species.

### *Direct and Indirect Effects*

No effects on Mexican spotted owl or potential ponderosa pine or mixed conifer habitat are expected from implementation of the following resources and resource uses: air quality, cultural resources, lands with wilderness characteristics, land tenure, paleontological resources, visual resources, National Trails and Byways, Native American tribal interests, public health and safety, watchable wildlife viewing sites, wild horses, wild and scenic rivers, and wilderness and wilderness study areas. Management of these resources and resource uses would either not occur in potentially suitable habitat, or would not change the character of the forest.

## Effects from Soils Management

In general, actions related to soils management would strive to manage for soil stability and productivity, including managing erosion. As a result, Mexican spotted owl habitat would benefit from reduced erosion and sedimentation and increased water infiltration, which would generally maintain or improve habitat.

## Effects from Water Resource Management

Decisions related to water resource management would work toward protecting, restoring, and enhancing watershed function. Stipulations that restrict or prohibit surface-disturbing activities within stream corridors would help to maintain potential habitat for the Mexican spotted owl and its prey.

## Effects from Land Health and Vegetation Management

Vegetation within ACECs, WSAs, lands managed to protect wilderness characteristics, habitat management areas, and areas with exemplary, ancient, or rare vegetation would be managed to emphasize naturalness of the vegetation age-class distribution and to support sensitive species habitat, including habitat for Mexican spotted owl. Vegetation treatments may occur within suitable habitat for the Mexican spotted owl; however, because no individuals are known

BLM_0162093

to occur within the action area, no direct effects are anticipated. Vegetation management could cause short-term effects on potential habitats but over the long-term would promote forest health.

### Effects from Fish and Wildlife Management

In general, fish and wildlife management would improve and maintain habitat throughout the action area. Applying stipulations to reduce or mitigate surface-disturbing activities within wildlife corridors and wildlife priority habitats would likely benefit Mexican spotted owl habitat and habitat for prey species.

Designation of six habitat management areas (90,050 acres) would preserve the continuity of habitats, vegetation communities, and native wildlife within these areas. Where Mexican spotted owl habitat occurs in habitat management areas, habitat disturbance would be reduced through ROW avoidance and applying CSU and SSR restrictions. The habitat management areas would also preserve habitat connectivity and provide corridors for species to move from low- to high-elevation areas if climate change rendered lower elevation habitats unsuitable.

### Effects from Special Status Species Management

Actions and stipulations proposed for the benefit of special status species would provide short- and long-term benefits to Mexican spotted owl. In particular, surface use and surface-disturbing and disruptive activities could affect Mexican spotted owls and their potential habitats as described above under *Methods of Analysis and Assumptions*. Mexican spotted owls are sensitive to human disturbance while nesting. The PRMP would apply TL, CSU, and SSR stipulations in suitable breeding habitat and NSO and SSR stipulations in Protected Activity Centers, which would reduce potential mortality from tree clearing and noise disturbance from mineral extraction activities. NSO and SSR stipulations for other special status species would also directly and indirectly affect Mexican spotted owls by reducing habitat degradation and fragmentation associated with mineral development.

### Effects from Wildland Fire Management

Direct effects on Mexican spotted owl habitat as a result of wildland fire would include degradation or loss. The effects of wildland fire would depend on the severity and extent of the fire. A large fire that would require extensive suppression operations, such as large-scale staging areas and fire line construction, could result in long-term effects on Mexican spotted owl habitat within the action area. Fire and fuels management would aim to restore and enhance wildlife habitat, improve vegetation condition, and maintain and restore forest productivity.

While fire and fuels management could have short-term effects on Mexican spotted owl habitat by changing vegetation structure, removing standing dead trees, and reducing tree canopy, long-term benefits would include increased vegetation diversity with a more productive prey base over time.

### Effects from Forestry Management

Effects from forestry are similar to those described under *Effects from Vegetation Management*. Forestry practices would utilize a variety of silvicultural techniques and harvest systems to manage for healthy forests and woodlands while offering a variety of forest products and meeting other resource objectives. Areas closed to wood product sales and/or harvest (152,880 acres; 27,640 acres of ponderosa pine and mixed conifer vegetation) would reduce the likelihood for changes to Mexican spotted owl habitat and direct disturbance to individuals. These areas include riparian areas and ancient woodlands and forest, which may contain

BLM_0162094

potential Mexican spotted owl habitat; however, effects could occur in the areas available for commercial wood harvest and open to general wood cutting where these areas overlap with potential Mexican spotted owl habitat (6,400 acres of ponderosa pine and mixed conifer vegetation). Effects from human presence and surface-disturbing activities would be as described under *Methods of Analysis and Assumptions*.

Effects from Livestock Grazing Management

Livestock grazing management that results in heavy to severe utilization levels can reduce stubble height, which serves as a food source and protective cover for Mexican spotted owl prey species such as voles (Birney et al. 1976; Getz 1985; Peles and Barrett 1996). The PRMP includes measures to facilitate identifying issues and allowing for changes in livestock use through allotment management plans, grazing use agreements, and terms and conditions on grazing permits. Acres available and active grazing permitted use would be periodically evaluated and adjusted as needed based on monitoring and land health conditions. Changes to livestock grazing would occur if there were a major effect on listed species, including Mexican spotted owl. As such, no long-term, adverse effects on Mexican spotted owl habitat or prey from livestock grazing management are anticipated.

Effects from Recreation and Travel Management

Recreation activities such as OHV use can disturb soil and vegetation and contribute to the spread and establishment of noxious weeds, which would degrade potential Mexican spotted owl habitat. Under the PRMP, cross-country motorized use would be allowed on 3,950 acres. These areas do not coincide with potential Mexican spotted owl habitat, and no effects on the species or potential habitat are expected.

Other dispersed recreational activities, such as fishing, hiking, and camping, would have minimal disturbance to potential habitat, and thus management of SRMAs and ERMAs would have discountable effects on the species.

Effects from Lands and Realty Management

The nature and type of effects on Mexican spotted owl habitat from land tenure and land use authorizations would be similar to those described under *Effects from Land Health and Vegetation Management*. ROW exclusion and avoidance area designations would limit effects on potential habitat. Some areas that could provide potential habitat for the Mexican spotted owl, such as riparian areas; exemplary, ancient, and rare vegetation communities; and habitat management areas, would be managed as ROW avoidance, which would limit the number of land use authorizations that could potentially fragment or degrade suitable habitat.

Effects from Energy and Minerals Management

Energy development activities, such as construction of well pads, pipelines, and access roads, could affect potential Mexican spotted owl habitat within the action area by means of habitat removal or alteration (e.g., removal of trees, snags, logs, and shade canopy; see *Methods of Analysis and Assumptions*). Effects on potential habitat would be reduced by implementing NSO, CSU, SSR, and TL stipulations as described under *Effects from Special Status Species Management*.

Effects from Areas of Critical Environmental Concern Management

Six ACECs would be managed on 31,310 acres under the PRMP. Protection measures, including NSO stipulations, management as ROW avoidance or exclusion, and closure to mineral resource development and motorized and mechanized travel, would reduce effects from

BLM_0162095

land uses. Where these ACECs overlap potential Mexican spotted owl habitat, these actions would help to further protect owl and prey habitat.

### Cumulative Effects

Wildland fires, timber extraction, ski area development, urban development, and road construction are likely to continue to reduce the abundance of old-growth spruce-fir forest, which would affect Mexican spotted owl and its prey; however, those activities that occur in the action area are not likely to have a great effect on the species, as limited suitable habitat occurs within the UFO planning area.

### Effect Determination

The PRMP includes a number of protective measures for Mexican spotted owl and its forest and riparian habitats, such as NSO and SSR stipulations, fire management activities, and a focus on improving land health. As a result, implementation of the PRMP is expected to have long-term, beneficial effects on Mexican spotted owl and would support efforts to downlist or delist this species.

There is currently no documented occupation or breeding of Mexican spotted owls either currently or historically within the action area. While there may be some potential effects on the species or suitable habitat associated with vegetation, weed, or fuels treatments and resource uses, these would have insignificant effects on the species. The effect determination for Mexican spotted owl, therefore, is "**may affect, not likely to adversely affect**."

## Gunnison sage-grouse

### Conservation Planning (Section 7 [a][1] of the ESA)

The goal of biological resources management (including for ESA-listed species) in the PRMP is summarized in **Table 3-1**. The goals for protecting special status wildlife species, including Gunnison sage-grouse, are also presented in **Table 3-1**. The goals presented are the same for all ESA-listed species considered in the PRMP and this BA. Additionally, **Table 3-1** includes the objectives, management actions, and conservation measures of the BLM proposed plan to achieve the goal.

The PRMP is primarily a landscape-level, programmatic-level document. The stipulations and conservation measures for the Gunnison sage-grouse and the BMPs described in **Appendix B** are not comprehensive. New conservation measures may be developed at the project level.

Actions and Surface Disturbance Restrictions

Five actions and surface disturbance restrictions directly related to Gunnison sage-grouse are included in the proposed plan (**Table 3-1**):

- Stipulation TL-16: *Gunnison Sage-Grouse Winter Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in mapped important Gunnison sage-grouse winter habitat, including, but not limited to, all USFWS-designated critical habitat and areas also defined by the BLM, USFWS, and CPW, from December 1 to March 15.
- Stipulation TL-18: *Gunnison Sage-Grouse Breeding Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in USFWS-designated occupied critical habitat; in nesting habitat mapped and defined by the BLM, USFWS, and CPW; or within 4.0 miles of active Gunnison sage-grouse leks (if nesting habitat is not mapped) from March 1 to June 30.

BLM_0162096

- Stipulation NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in USFWS Gunnison sage-grouse occupied critical habitat and non-designated occupied breeding habitat as mapped and defined by the BLM, USFWS, and CPW (including federal minerals).
- Stipulation CSU-29/SSR-34: *Gunnison Sage-Grouse Potential Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in USFWS Gunnison sage-grouse unoccupied critical habitat or to protect Gunnison sage-grouse potential habitats as mapped and defined by the BLM, USFWS, and CPW (including federal minerals).
  - Conservation measures may be imposed as necessary. Special design, construction, and implementation measures, including relocation of operations from identified habitat features (e.g., seeps or relatively mesic zones critical to brood rearing), to maintain high-quality Gunnison sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to sage-grouse use in the area.
- Manage Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius; 1,330 acres) as ROW exclusion and critical habitat as ROW avoidance (12,840 acres).

<u>BLM Colorado Standards for Public Land Health</u>

The BLM Colorado Public Land Health Standards are applied on a landscape scale and relate to the potential of the landscape (Appendix C of the FEIS). Of the five standards listed, Standards 1, 3, and 4 would directly apply for promoting the conservation of Gunnison sage-grouse. Specifically, Standard 1 applies to the desire for upland soil moisture conditions to sustain optimal plant growth and vigor for vegetation. Standard 3 promotes the health of native plant and animal communities at the community and population levels. Standard 4 establishes standards for the BLM to protect and enhance special status, threatened and endangered (federal and state), and other species.

<u>BMPs for Management Actions</u>

**Appendix B** includes a number of standard operating procedures and BMPs applicable to the management actions proposed under the PRMP. The BMPs and conditions of approval described in **Appendix B** that would benefit Gunnison sage-grouse habitat are those aimed at protecting soils, vegetation, and special status species. There are a number of BMPs specific to Gunnison sage-grouse, including but not limited to, avoiding sagebrush eradication and treatment projects that would reduce sagebrush to below 20 percent on average, inventorying sagebrush habitat characteristics and quality, managing for critical habitat PCEs, and prioritizing the protection of large intact patches of sagebrush.

### *Direct and Indirect Effects*

No effects on Gunnison sage-grouse are expected from implementation of the following resources and resource uses: air quality, areas of critical environmental concern, cultural resources, lands with wilderness characteristics, land tenure, paleontological resources, visual resources, National Trails and Byways, Native American tribal interests, public health and safety, watchable wildlife viewing sites, wild horses, wild and scenic rivers, and wilderness and wilderness study areas. Management of these resources and resource uses would not occur in occupied or potentially suitable habitat, change the character of the habitat, or disturb Gunnison sage-grouse.

BLM_0162097

Effects from Soils Resource Management

The goal of soil resource management in the UFO PRMP is to manage for soil stability and productivity to maintain overall watershed health. Adequate soil stability and productivity allow for optimal plant growth and vigor, and actions would be taken to minimize runoff and erosion. As a result, this would support healthy sagebrush habitats for Gunnison sage-grouse.

Effects from Land Health and Vegetation Management

Under the PRMP, vegetation management and management to achieve BLM Colorado Public Land Health Standards would affect Gunnison sage-grouse habitats. Management to improve and protect vegetation conditions throughout the action area would improve vegetation cover, reduce the likelihood for erosion and sedimentation, and maintain seed banks. Most vegetation treatments would not affect Gunnison sage-grouse, as timing limitations and site-specific relocation would be applied to avoid effects during sensitive periods.

In the short-term, vegetation treatments could remove potential habitat or increase the potential for weed spread. In addition, human disturbance and noise associated with the use of heavy equipment for vegetation removal could temporarily displace Gunnison sage-grouse from foraging, breeding, nesting, and wintering habitats. Over the long-term, however, improved vegetation conditions would improve habitat for Gunnison sage-grouse by providing more opportunities for lekking, nesting, brood rearing, wintering, cover, and foraging.

Effects from Fish and Wildlife Management

The BLM would establish six habitat management areas on 90,050 acres to preserve the continuity of habitats, vegetation communities, and native wildlife within these areas. Habitat management areas would be managed as ROW avoidance, and CSU and SSR stipulations would be applied. This strategy would allow the BLM to focus its wildlife management efforts in the areas that would be most effective to preserve and protect fish and wildlife, including Gunnison sage-grouse. This is particularly true for the Sims Mesa Habitat Management Area, which encompasses the largest contiguous Gunnison sage-grouse habitat (currently occupied critical habitat) in the action area. Combined, these habitat management areas would encompass 2,680 acres of occupied critical habitat and 2,330 acres of unoccupied critical habitat on BLM-administered lands.

The habitat management areas would also preserve habitat connectivity and provide corridors for Gunnison sage-grouse to move from low-to high-elevation areas if climate change rendered lower elevation habitats unsuitable. Management of these areas could support efforts to downlist or delist Gunnison sage-grouse.

Effects from Special Status Species Management

Under the PRMP, stipulations would provide some level of protection from surface occupancy and site disturbance in all seasonal habitats. Although Gunnison sage-grouse critical habitat would be open to fluid mineral leasing, an NSO stipulation would be applied on 20,470 acres of occupied and 2,800 acres of unoccupied critical habitats. Gunnison sage-grouse occupied critical habitat and non-designated occupied breeding habitat would be protected with NSO and SSR stipulations. Lek habitat (lek area plus 0.6-mile radius) would be managed as ROW exclusion. While this would directly protect breeding habitats, only a timing limitation would be applied within 4 miles of active leks. This would not fully prevent surface-disturbing activities outside of where the NSO stipulation would be applied but within 4 miles of active leks; however, additional conservation measures could be applied as needed under the CSU stipulation within potential habitats (13,930 acres) to conserve high-quality sage-grouse habitat

BLM_0162098

and to avoid habitat fragmentation and cumulative effects, issues now recognized as critically important for sage-grouse conservation (Knick and Connelly 2011).

<u>Effects from Wildland Fire Management</u>

Depending on the extent, location, severity, and seral type affected, unplanned ignitions would have adverse effects on Gunnison sage-grouse by removing or degrading habitat and/or reducing population viability. Large or intense wildfires could damage large expanses of habitat. Indirect effects could result from increased erosion and increased potential for noxious and invasive weed establishment.

The PRMP would emphasize a suite of fuels treatments and provide management flexibility to apply these tools in the most ecologically appropriate manner, resulting in increased protection for Gunnison sage-grouse and their habitat from fire. Using a variety of fuels treatments would have short-term effects on Gunnison sage-grouse and habitats through vegetation removal, increased likelihood of erosion and sedimentation, human presence, and the potential for habitat avoidance. In the long-term, these activities would reduce the likelihood of uncharacteristically large or intense wildfires that could damage large expanses of habitat or kill or displace wildlife.

In addition, the condition of upland vegetation would be improved. Cheatgrass recolonization in prescribed burned areas is a notable concern, and reseeding efforts may be necessary to reduce the potential for invasive weeds (Gunnison Sage-Grouse Rangewide Steering Committee 2005). Emergency stabilization and rehabilitation treatments would help to reestablish vegetation and restore habitat for Gunnison sage-grouse.

Increased human activity and noise associated with wildland fire suppression and prescribed fire in areas occupied by Gunnison sage-grouse could affect lekking, nesting, brood rearing, wintering, or foraging behavior. Important habitats could be altered because of the use of heavy equipment, hand tools, and noise associated with intensive human activity; however, there is also a risk of habitat loss in areas where wildland fire suppression is absent or limited due to the increased potential for large and more severe wildfires. This, in turn, is balanced by the fact that a large fire could require extensive suppression operations, such as extensive staging areas and fire line construction, which could themselves result in long-term effects on Gunnison sage-grouse and their habitats. Smaller fires that would require less extensive suppression operations would generally avoid these long-term effects.

<u>Effects from Livestock Grazing Management</u>

Timing and intensity of livestock grazing may affect Gunnison sage-grouse nesting and brood-rearing success, as fall grazing can remove residual cover needed the following spring for nest and brood cover (Piñon Mesa Gunnison Sage Grouse Partnership 2000). Potential effects of grazing and associated activities on Gunnison sage-grouse include direct effects of herbivores, such as trampling of nests and eggs; altered sage-grouse behavior due to the presence of herbivores; and effects on their behavior from structures associated with grazing management (Beck and Mitchell 2000). Additionally, mortality associated with fence collisions has been documented in lesser prairie-chickens *(Tympanuchus pallidicinctus)* in Oklahoma (Wolfe et al. 2007) and greater sage-grouse in Idaho (Stevens 2011). No specific data regarding Gunnison sage-grouse fence-related mortalities is available; however it is assumed the species is also susceptible to fence collisions (USFWS 2013c).

In areas available for livestock grazing, there could be more effects on Gunnison sage-grouse than in areas where livestock grazing is excluded. Under the PRMP, 4,590 acres of occupied

BLM_0162099

critical habitat and 5,920 acres of unoccupied habitat would be open to grazing, resulting in an increased likelihood for effects in these areas. Areas closed to grazing would encompass 760 acres of occupied and 1,020 acres of unoccupied critical habitat.

The PRMP includes a number of management actions to meet or make progress toward meeting BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management. Such measures would help to improve the vegetation condition of Gunnison sage-grouse habitats and could reduce the likelihood of nonnative, invasive species introduction or spread.

Effects from Recreation and Travel Management

Effects from recreational use would include casual use activities such as nonmotorized recreation or dispersed camping. Such activities are not subject to site-specific environmental review, and vegetation effects would not be apparent until after damage has occurred. Examples of direct effects on Gunnison sage-grouse from casual use include habitat loss, fragmentation, and direct mortality from collisions with vehicles. Effects are more likely to occur in easily accessible areas where visitation would be high, and in areas open to intensive motorized use, as cross-country travel facilitates weed spread and increases habitat fragmentation.

Under the PRMP, 210 acres of occupied and 350 acres of unoccupied critical habitat would be within SRMAs. In addition, no occupied and 1,280 acres of unoccupied critical habitat would be within ERMAs. Off-highway vehicles would be limited to designated trails on portions of the Kinikin Hills and Dry Creek SRMAs, where there is Gunnison sage-grouse designated critical habitat. Due to the open nature of the landscape, however, this travel management action could be difficult to enforce, and effects on Gunnison sage-grouse designated critical habitat could result.

Habitat loss, degradation, and fragmentation from roads are a major threat to Gunnison sage-grouse (USFWS 2013c). The collective influences of fragmentation and disturbance from roads reduces the effective habitat, as they are avoided by sage-grouse (Knick and Connelly 2011; USFWS 2013c). Effects related to behavior disruption may occur (particularly along routes occurring in occupied habitat). Open cross-country motorized use would be allowed on 3,950 acres within the action area (54 percent fewer than under current management), which would cause fewer effects on Gunnison sage-grouse than under current management. While areas closed to motorized travel would be reduced compared to current management (880 acres, 93 percent fewer acres than under current management), 57,400 acres would be closed to motorized and mechanized travel (30 percent more than under current management) and 613,570 acres would be limited to designated routes (4 times more acres than under current management). Overall, this management would reduce the potential for effects on Gunnison sage-grouse associated with motorized and mechanized travel to a greater extent than under current management.

Activities authorized under Special Recreation Permits (SRP) could disrupt Gunnison sage-grouse, but all SRPs would contain standard stipulations appropriate for the type of activity and may include additional stipulations necessary to protect land or resources, including Gunnison sage-grouse.

Effects from Lands and Reality Management

Construction and operation of ROW facilities, such as pipelines, roads, and transmission lines, may result in habitat loss, fragmentation, and degradation. Surface disturbance during

BLM_0162100

construction removes vegetation and important habitat components for Gunnison sage-grouse and, in most cases, renders the habitat unsuitable. ROWs, such as those for roads and industrial facilities, may lead to permanent loss of Gunnison sage-grouse habitat. Other ROWs, such as those for pipelines or buried power lines, may lead to a more short-term loss of habitat if the area were reclaimed after construction; however, following natural succession regimes, sagebrush communities would take 20 to 30 years to return to preconstruction conditions. In addition to removing vegetation, long-term occupancy of structures and facilities leads to direct habitat loss.

ROWs may also lead to habitat fragmentation and degradation. ROW projects can reduce patch size and increase edge habitats. Since Gunnison sage-grouse require large blocks of intact habitat, linear disturbances reduce habitat quality. Surface disturbance can also lead to new weed infestations and spread weeds where infestations already occur. Noxious and invasive weeds are often of lower value to wildlife and degrade wildlife habitat by reducing optimal cover or food.

Sagebrush-steppe communities are among the ecosystems most vulnerable to invasion and degradation by invasive weeds. Not only can invasive species outcompete most native plants when moisture is limited, they can also change site-specific fire ecology and result in the loss of critical shrub communities. The loss and degradation of sagebrush habitat can reduce the carrying capacity of local breeding populations of Gunnison sage-grouse, especially in areas where high-quality sagebrush habitat is limited (Braun 1998; Connelly et al. 2000). As such, there would likely be more effects on Gunnison sage-grouse and their habitat in areas where ROWs are permitted compared with areas where ROWs are excluded or avoided.

*Disruption Effects.* Both the construction and operation phases of ROW projects can lead to disruption effects. Noise and an increase in human presence during construction may displace Gunnison sage-grouse into lower-quality habitat and may disrupt breeding and nesting (Holloran 2005). Although construction effects are generally short-term, many effects would continue during routine maintenance and operation of the ROWs. Gunnison sage-grouse would likely avoid habitat in the vicinity of infrastructure (Holloran et al. 2010), resulting in indirect habitat loss. In addition, noise and an increase in traffic during ROW operation and maintenance would disturb and likely displace Gunnison sage-grouse (Lyon and Anderson 2003; Holloran 2005). Avoidance of habitat would be most prevalent during levels of high human activity, such as ROW construction. Gunnison sage-grouse may avoid otherwise suitable habitat as the density of roads and infrastructure increases (Holloran 2005).

Avian predators, particularly raptors and corvids (i.e., crows, ravens, and magpies), are attracted to overhead utility lines because they provide perches for various activities, including hunting (Avian Power Line Interaction Committee 2006). Increased predation and harassment of Gunnison sage-grouse may occur from new ROW projects involving power lines or other tall structures (Connelly et al. 2004). In addition, road ROWs may increase mammalian predator densities.

Construction and operation of ROW facilities may also lead to direct mortality of Gunnison sage-grouse. The potential for Gunnison sage-grouse mortality from project construction would be low and likely limited to nesting hens or young chicks that have limited mobility. Direct mortality may occur from collisions with turbines, power lines, or meteorological towers or their supporting infrastructure, such as guy wires (Connelly et al. 2004; Beck et al. 2006). In addition, an increase of traffic on roads from ROW maintenance and operations can lead to direct mortality through vehicle collisions.

BLM_0162101

*Habitat Protection.* The PRMP would identify any areas within a 0.6-mile radius of any sage-grouse lek as a ROW exclusion area (1,330 acres). Additionally, all sage-grouse critical habitat would be identified as ROW avoidance areas (12,840 acres). ROW avoidance areas would encompass 3,860 acres of occupied and 3,830 acres of unoccupied critical habitat. These measures would reduce or eliminate the above described effects on Gunnison sage-grouse and their habitat by restricting new ROWs. Effects would be more likely to occur in areas open to ROWs, which include 1,490 acres of occupied and 3,110 acres of unoccupied critical habitat.

<u>Effects from Energy and Mineral Management</u>

Negative effects of fluid mineral development on sage-grouse populations are well documented (Connelly et al. 2000; Lyon and Anderson 2003; Holloran 2005; Doherty et al. 2008; Walker et al. 2007). Effects from management of fluid mineral stipulations in Gunnison sage-grouse habitats would be as described under ***Effects from Special Status Species Management***.

## Cumulative Effects

Many of the reasonably certain future activities described above create conditions that change habitat suitability. For example, fences around agricultural developments may increase perches available to Gunnison sage-grouse predators, thereby causing Gunnison sage-grouse to avoid these areas. Droughts reduce vegetation health, leaving it prone to insect infestation and increasing susceptibility to noxious weed invasion. In general, resource use activities, such as mineral exploration, ROW development, and road construction, are likely to cumulatively cause vegetation removal, fragmentation, weed spread, soil compaction, and erosion. To counter these effects, land planning and vegetation and weed treatments would be implemented, thereby improving vegetation connectivity, productivity, diversity, and health.

Climate change in the cumulative effects analysis area could increase or decrease temperatures and precipitation, as described above for listed plants. Such changes would alter the conditions to which vegetation communities are adapted, potentially creating conditions that favor certain species or communities, weeds, or pests (Hellmann et al. 2007). Recreation has emerged as an ever-increasing pursuit in the cumulative effects analysis area and is expected to increase. Popular and common pursuits in the analysis area are rafting, boating, hunting, fishing, hiking, camping, skiing, rock climbing, mountain biking, and four-wheeling. Levels of effect are related to the duration, intensity, and expanse of recreation and are expected to increase as visitation increases. Noise and human presence associated with recreation may cause Gunnison sage-grouse to avoid more populated areas.

## Effect Determination

The PRMP includes a number of protective measures for Gunnison sage-grouse, such as NSO and SSR stipulations, habitat management areas, and protection from ROW development. As a result, implementation of the PRMP is expected to have long-term, beneficial effects on Gunnison sage-grouse and would support efforts to downlist or delist this species; however, fluid minerals management may cause adverse effects, since only a timing limitation would be applied within 4 miles of active leks. This would not fully prevent surface-disturbing activities outside of where the NSO stipulation would be applied but within 4 miles of active leks. Further, fluid mineral development within the action area may cause increased fragmentation and reduce the likelihood that sage-grouse could travel between populations; therefore, the effect determination for Gunnison sage-grouse is "**may affect, likely to adversely affect**."

BLM_0162102

## 8.2 Critical Habitat

In general, effects on critical habitat would be similar to those effects described for each species' habitats in Section 8.1. This section focuses on effects from the PRMP as they relate to each species' critical habitat PCEs.

### Clay-loving wild buckwheat
#### *Direct and Indirect Effects*

Clay-loving wild buckwheat critical habitat is on private lands within the action area; thus, the PRMP would not have any direct effects on critical habitat. Indirect effects would primarily be beneficial, through soil protections for saline soils and other surface-disturbing stipulations that would be applied on adjacent BLM-administered lands, such as closure of listed plant species habitat to mineral materials disposal, nonenergy solid mineral leasing, and NSO/SSR stipulations. In addition, occupied habitat of known populations of federally listed species would be ROW avoidance areas, thereby reducing, but not eliminating, the potential for effects associated with ROW development. PRMP measures to protect PCEs for clay-loving wild buckwheat critical habitat are shown in **Table 8-1**.

**Table 8-1**
**PRMP Measures that Would Protect Clay-loving Wild Buckwheat PCEs**

| Management Action/Stipulation | PCE 1—Alkaline clay soils | PCE 2—Mancos shale badlands |
|---|---|---|
| Close all federally threatened, endangered, and proposed plant species' occupied habitat (plant with a 656-foot buffer) to mineral materials disposal and nonenergy solid mineral leasing. | X | X |
| STIPULATION NSO-22/SSR-21: *Plant ESA-Listed Species*. Prohibit surface occupancy and use and apply SSR restrictions within a 656-foot buffer of the edge of habitat of federally listed, proposed, or candidate threatened or endangered plant species as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. | X | X |
| Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This could include the following:<br>• Modifying livestock grazing practices to reduce sediment yield<br>• Managing recreational uses<br>• Planning and implementing comprehensive travel management | X | X |
| STIPULATION CSU-3/SSR-3: *Geology Soil: Saline/Selenium Soils*. Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: saline/selenium soils. Special design, construction, and implementation measures, including relocation of operation by more than 656 feet, may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to avoid and minimize potential effects on soil productivity. | X | X |
| Manage the following areas as ACECs:<br>• Fairview South (BLM Expansion) ACEC (610 acres) | X | X |

BLM_0162103

Potential indirect effects on clay-loving wild buckwheat critical habitat could potentially occur from habitat alterations or soil erosion caused by BLM-authorized grazing, road use, and recreation on lands adjacent to designated critical habitat.

BMPs will minimize the potential for indirect effects on clay-loving wild buckwheat critical habitat, though some effects on the PCEs from the PRMP will most likely be unavoidable. They are expected to be measurable in localized areas where concentrated uses (e.g., grazing or road use) cannot be fully avoided and less detectable in areas where dispersed use occurs (e.g., recreational effects).

### Cumulative Effects

Cumulative effects on clay-loving wild buckwheat critical habitat would be as described for the species in Section 8.1.

### Effect Determination

As described above in Section 8.1, the PRMP includes a number of protective measures for clay-loving wild buckwheat critical habitat, and these would also protect the PCEs associated with designated critical habitat for the species. However, management for several resources may cause adverse effects, including livestock grazing and weed management in occupied habitat. OHV use may indirectly affect critical habitat, causing degradation of PCEs. The effect determination for clay-loving wild buckwheat critical habitat, therefore, is "**may affect, likely to adversely affect**."

## Colorado pikeminnow and Razorback sucker

Since PCEs for these two species are the same, effects on designated critical habitat will be discussed together in this section. Effects on critical habitat from the PRMP would be as described for the big river fish habitats in a more general manner in Section 8.1. Surface-disturbing activities could change the three PCEs by adding nutrients or contaminants to waterways, removing streamside cover that may increase temperatures and reduce dissolved oxygen, and contributing sediments. These changes could also alter the physical habitat, change the food supply, and favor certain predators. Depending on the extent of these changes, PCEs could be degraded to the extent that critical habitat may no longer provide suitable habitat for Colorado pikeminnow and razorback sucker.

In general, management to protect water quality and reduce the likelihood for soil erosion and sediment transport to waterways would protect all three PCEs for these species: water quality/quantity, physical habitat, and biological environment. For instance, sedimentation and runoff could alter water quality through changes in turbidity, nutrients, and contaminants. Sediments of less than 1 inch can affect physical habitat used by Colorado pikeminnow and razorback sucker for spawning, as these small sediments can fill the interstitial spaces in spawning gravels, making them less suitable for use. Runoff and sedimentation may also affect the biological environment through changes to the food supply that result from increases in nutrients or contaminants. The PRMP includes measures to protect these PCEs, as shown in **Table 8-2**.

BLM_0162104

**Table 8-2
PRMP Measures that Would Protect Colorado Pikeminnow and Razorback Sucker PCEs**

| Management Action/Stipulation | Water | Physical Habitat | Biological Environment |
|---|---|---|---|
| Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This could include the following:<br>• Modifying livestock grazing practices to reduce sediment yield<br>• Managing recreational uses<br>• Planning and implementing comprehensive travel management | X | X | X |
| STIPULATION CSU-3/SSR-3: *Geology Soil: Saline/Selenium Soils*. Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: saline/selenium soils. Special design, construction, and implementation measures, including relocation of operation by more than 656 feet, may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to avoid and minimize potential effects on soil productivity. | X | X | X |
| Manage slopes of 30 percent or greater (174,540 acres) as ROW avoidance areas. | X | X | X |
| STIPULATION NSO-6/SSR-8: *Geology: Slope Greater than 40 Percent*. Prohibit surface occupancy and use and apply SSR restrictions on lands with steep slopes greater than 40 percent.<br><br>STIPULATION CSU-9/SSR-9: *Geology Slope, Slopes of 30 to 39 Percent*. Surface occupancy or use may be restricted, and SSR may be restrictions applied on steep slopes of 30 to 39 percent. Special design, construction, and implementation measures, including relocation of operations by more than 656 feet, may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to mitigate potential effects on slope stability. | X | X | X |
| Manage lands to improve water quality and promote the delisting of state-impaired water bodies (303[d]-listed water bodies only) in areas where BLM management actions are contributing to impaired water quality. Develop a water and aquatic monitoring plan using the BLM aquatic Assessment, Inventory, and Monitoring protocol, if necessary, to determine areas where adaptive management is needed. | X | X | X |
| STIPULATION NSO-9/SSR-11: *Hydrology River*. Prohibit surface occupancy and use and apply SSR restrictions within 1,312 feet of the ordinary high-water mark (bank-full stage) or within 328 feet of the 100-year floodplain (whichever area is greatest) on the following major rivers:<br>• Gunnison | X | X | X |

BLM_0162105

**Table 8-2**
**PRMP Measures that Would Protect Colorado Pikeminnow and Razorback Sucker PCEs**

| Management Action/Stipulation | Water | Physical Habitat | Biological Environment |
|---|---|---|---|
| • North Fork Gunnison<br>• San Miguel<br>• Uncompahgre<br>• Dolores | | | |
| Designate as ROW avoidance areas a 0.25-mile buffer along the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores River corridors. | X | X | X |
| Manage a 325-foot buffer along perennial streams as ROW avoidance areas. | X | X | X |
| STIPULATION NSO-11/SSR-13: *Hydrology Features.* Prohibit surface occupancy and use and apply SSR restrictions within 328 feet from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. | X | X | X |
| STIPULATION CSU-12: *Hydrology Features.* Surface occupancy or use may be restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 656 feet, from the extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources. | X | X | X |
| Make recommendations to the Colorado Water Conservation Board for protection or enlargements of instream flows on appropriate stream segments. Assist the Conservation Board in instream flow assessments and monitoring of current BLM instream flow stream reaches for compliance. | X | X | X |
| Maintain current water rights to benefit wildlife and livestock. Object to proposals that could jeopardize existing rights. File for new surface water rights on perennial and seasonal streams and new water rights for groundwater sources (i.e., springs/seeps, wells, reservoirs, and streams) in adequate quantities to protect planning area resource needs and sustainability. | X | X | X |
| Partner with CPW, the Forest Service, the USFWS, and others to remove nonnative trout and other fishes from occupied native cutthroat trout habitat. | | | X |

BLM_0162106

**Table 8-2**
**PRMP Measures that Would Protect Colorado Pikeminnow and Razorback Sucker PCEs**

| Management Action/Stipulation | Water | Physical Habitat | Biological Environment |
|---|---|---|---|
| STIPULATION NSO-24/SSR-22: *Wildlife ESA-Listed Species (Occupied Federally Listed Fish Habitat).* Prohibit surface occupancy and use and apply SSR restrictions within 2,500 feet of the ordinary high-water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat. | X | X | X |
| Close the following areas to wood product sales and/or harvest: <br>• Steep slopes (greater than 40 percent) <br>• Riparian areas <br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. <br><br>A total of 152,880 acres would be closed to wood product sales and/or harvest, which includes additional areas such as ACECs; exemplary, ancient, and rare vegetation; and WSAs (see the PRMP table in **Appendix A**). | X | X | X |

## *Cumulative Effects*

Cumulative effects on Colorado pikeminnow and razorback sucker critical habitat would be as described for the species in Section 8.1.

## *Effect Determination*

As described above in Section 8.1, the PRMP includes a number of protective measures for Colorado pikeminnow and razorback sucker critical habitat, and these would also protect the PCEs associated with designated critical habitat for both species. Fluid minerals management, however, would have adverse effects due to water depletions, causing degradation of PCEs; therefore, the effect determination for Colorado pikeminnow and razorback sucker critical habitat is "**may affect, likely to adversely affect**."

## Gunnison sage-grouse

Effects on critical habitat from the PRMP would be as described in Section 8.1. Effects from fluid minerals, lands and realty, fish and wildlife, livestock grazing, and recreation management are summarized in **Table 8-3** below.

**Table 8-3**
**Summary of PRMP Effects on Gunnison Sage-grouse Critical Habitat**

| Resource Management/Allocation | Unoccupied Habitat | Occupied Habitat |
|---|---|---|
| Closed to fluid mineral leasing | 0 | 0 |

BLM_0162107

**Table 8-3**
**Summary of PRMP Effects on Gunnison Sage-grouse Critical Habitat**

| Resource Management/Allocation | Unoccupied Habitat | Occupied Habitat |
|---|---|---|
| Open to fluid mineral leasing, subject to standard lease terms and conditions | 0 | 0 |
| Open to fluid mineral leasing, subject to NSO stipulation | 2,800 | 20,470 |
| | | |
| Open to ROW development | 3,110 | 1,490 |
| ROW avoidance areas | 3,830 | 3,860 |
| ROW exclusion areas | 0 | 0 |
| | | |
| Habitat management areas | 2,330 | 2,680 |
| | | |
| Open to livestock grazing | 5,920 | 4,590 |
| Closed to livestock grazing | 1,020 | 760 |
| | | |
| Acres within SRMAs | 350 | 210 |
| Acres within ERMAs | 1,280 | 0 |

Source: BLM GIS 2018

Management within the PRMP would not directly alter habitat composition, as specified in each of the five PCEs for Gunnison sage-grouse critical habitat. More generally, however, surface-disturbing activities could change the PCEs by changing components such as habitat size, species composition, structural characteristics, and canopy cover. Depending on the extent of these changes, PCEs could be degraded to the extent that critical habitat may no longer provide suitable habitat for Gunnison sage-grouse. The PRMP includes measures to protect these PCEs, as shown in **Table 8-4**; given their site-specificity, the individual PCEs have been omitted from this table.

**Table 8-4**
**PRMP Measures that Would Protect Gunnison sage-grouse PCEs**

| Management Action/Stipulation |
|---|
| STIPULATION NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding Habitat*. Prohibit surface occupancy and use and apply SSR restrictions in USFWS Gunnison sage-grouse occupied critical habitat and non-designated occupied breeding habitat as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). |
| STIPULATION NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding Habitat*. Prohibit surface occupancy and use and apply SSR restrictions in USFWS Gunnison sage-grouse occupied critical habitat and non-designated occupied breeding habitat as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). |
| STIPULATION CSU-29/SSR-34: *Gunnison Sage-Grouse Potential Habitat*. Surface occupancy or use may be restricted and SSR restrictions applied in USFWS Gunnison sage-grouse unoccupied critical habitat or to protect Gunnison sage-grouse potential habitats as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). |
| Conservation measures may be imposed as necessary. Special design, construction, and implementation measures, including relocation of operations from identified habitat features (e.g., seeps or relatively mesic zones critical to brood rearing) to maintain high-quality Gunnison sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to sage-grouse use in the area. |

BLM_0162108

**Table 8-4**
**PRMP Measures that Would Protect Gunnison sage-grouse PCEs**

| Management Action/Stipulation |
| --- |
| Manage Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius; 1,330 acres) as ROW exclusion and critical habitat as ROW avoidance (12,840 acres). |

## Cumulative Effects

Cumulative effects on Gunnison sage-grouse critical habitat would be as described for the species in Section 8.1.

## Effect Determination

As described above in Section 8.1, the PRMP includes a number of protective measures for Gunnison sage-grouse critical habitat, and these would also protect the PCEs associated with designated critical habitat for the species. Fluid minerals management, however, would have adverse effects, causing degradation of PCEs; therefore, the effect determination for Gunnison sage-grouse critical habitat is "**may affect, likely to adversely affect**."

## 8.3 Proposed Species and Proposed Critical Habitat

### Western yellow-billed cuckoo

Effects on proposed critical habitat from the PRMP would be as described for western yellow-billed cuckoo habitats in a more general manner in Section 8.1. Surface-disturbing activities could change the three PCEs by removing or degrading riparian woodland habitat or habitats that support the prey base. In addition, such activities could change riverine processes by removing streamside cover-contributing sediments, which may change a river's hydrology and indirectly affect riparian vegetation. Depending on the extent of these changes, PCEs could be degraded to the extent that proposed critical habitat may no longer provide suitable habitat for western yellow-billed cuckoo. In general, management to protect riparian areas and waterways from the effects associated with surface-disturbing activities would protect all three PCEs. Specific measures to protect these PCEs are included in the PRMP, as shown in **Table 8-5**.

**Table 8-5**
**PRMP Measures that Would Protect Western Yellow-Billed Cuckoo Proposed PCEs**

| Management Action/Stipulation | PCE 1— Riparian Woodlands | PCE 2— Adequate Prey Base | PCE 3— Dynamic Riverine Processes |
| --- | --- | --- | --- |
| STIPULATION NSO-29/SSR-28: *Federally Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat)*. Prohibit surface occupancy and use and apply SSR restrictions within habitat for species designated as federally listed, proposed, or candidate threatened or endangered species. | X | X | X |
| STIPULATION CSU-25/SSR-29: *Wildlife ESA-Listed Species (Yellow-Billed Cuckoo Habitat)*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, | X | X | X |

BLM_0162109

**Table 8-5**
**PRMP Measures that Would Protect Western Yellow-Billed Cuckoo Proposed PCEs**

| Management Action/Stipulation | PCE 1—Riparian Woodlands | PCE 2—Adequate Prey Base | PCE 3—Dynamic Riverine Processes |
|---|---|---|---|
| BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: yellow-billed cuckoo. Special design, construction, and implementation measures, including relocation of operations by more than 656 feet, may be required. | | | |
| The lease area may now or hereafter contain habitat for wildlife listed as threatened or endangered or identified as candidates for listing under the ESA. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. | | | |
| Manage slopes of 30 percent or greater (174,540 acres) as ROW avoidance areas. | | | X |
| STIPULATION NSO-6/SSR-8: *Geology: Slope Greater than 40 Percent*. Prohibit surface occupancy and use and apply SSR restrictions on lands with steep slopes greater than 40 percent. STIPULATION CSU-9/SSR-9: *Geology Slope, Slopes of 30 to 39 Percent*. Surface occupancy or use may be restricted and SSR restrictions applied on steep slopes of 30 to 39 percent. Special design, construction, and implementation measures, including relocation of operations by more than 656 feet, may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to mitigate potential effects on slope stability. | | | X |
| STIPULATION NSO-9/SSR-11: *Hydrology River*. Prohibit surface occupancy and use and apply SSR restrictions within 1,312 feet of the ordinary high-water | X | X | X |

BLM_0162110

**Table 8-5**
**PRMP Measures that Would Protect Western Yellow-Billed Cuckoo Proposed PCEs**

| Management Action/Stipulation | PCE 1—Riparian Woodlands | PCE 2—Adequate Prey Base | PCE 3—Dynamic Riverine Processes |
|---|---|---|---|
| mark (bank-full stage) or within 328 feet of the 100-year floodplain (whichever area is greatest) on the following major rivers:<br>• Gunnison<br>• North Fork Gunnison<br>• San Miguel<br>• Uncompahgre<br>• Dolores | | | |
| Designate as ROW avoidance areas a 0.25-mile buffer along the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores River corridors. | X | X | X |
| Manage a 325-foot buffer along perennial streams as ROW avoidance areas. | X | X | X |
| STIPULATION NSO-11/SSR-13: *Hydrology Features.* Prohibit surface occupancy and use and apply SSR restrictions within 328 feet from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. | X | X | X |
| STIPULATION CSU-12: *Hydrology Features.* Surface occupancy or use may be restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 656 feet, from the extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources. | X | X | X |
| Make recommendations to the Colorado Water Conservation Board for protection or enlargements of instream flows on appropriate stream segments. Assist the Conservation Board in instream flow assessments and monitoring of current BLM instream flow stream reaches for compliance. | | | X |
| Maintain current water rights to benefit wildlife and livestock. Object to proposals that could jeopardize existing rights. File for new surface water rights on perennial and seasonal streams and new water rights | | | X |

**Table 8-5**
**PRMP Measures that Would Protect Western Yellow-Billed Cuckoo Proposed PCEs**

| Management Action/Stipulation | PCE 1— Riparian Woodlands | PCE 2— Adequate Prey Base | PCE 3— Dynamic Riverine Processes |
|---|---|---|---|
| for groundwater sources (i.e., springs/seeps, wells, reservoirs, and streams) in adequate quantities to protect planning area resource needs and sustainability. | | | |
| Close the following areas to wood product sales and/or harvest:<br>• Steep slopes (greater than 40 percent)<br>• Riparian areas<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives.<br><br>A total of 152,880 acres would be closed to wood product sales and/or harvest, which includes additional areas such as ACECs; exemplary, ancient, and rare vegetation; and WSAs (see the PRMP table in **Appendix A**). | X | X | X |

### Cumulative Effects

Cumulative effects on western yellow-billed cuckoo proposed critical habitat would be as described for the species in Section 8.1.

### Effect Determination

As described above in Section 8.1, the PRMP includes a number of protective measures for western yellow-billed cuckoo habitat, and these would also protect the PCEs associated with proposed critical habitat for the species. While effects may occur from resource management and use, these would be insignificant; therefore, the effect determination for western yellow-billed cuckoo proposed critical habitat is "**will not adversely modify or destroy proposed critical habitat.**"

## 9.0 EFFECT DETERMINATION SUMMARY

**Table 9-1** provides a summary of the effect determinations for the PRMP analyzed in this BA.

**Table 9-1**
**Effect Determinations for Species Addressed**

| Common Name | Scientific Name | Status | Determinations of Effects[1] |
|---|---|---|---|
| Uncompahgre fritillary butterfly | *Boloria acrocnema* | Endangered | NE |
| Gunnison sage-grouse | *Centrocercus minimus* | Threatened | LAA |
| Gunnison sage-grouse | *C. minimus* | Critical habitat | LAA |
| Mexican spotted owl | *Strix occidentalis lucida* | Threatened | NLAA |

BLM_0162112

**Table 9-1**
**Effect Determinations for Species Addressed**

| Common Name | Scientific Name | Status | Determinations of Effects[1] |
|---|---|---|---|
| Western yellow-billed cuckoo | *Coccyzus americanus* | Threatened | NLAA |
| Western yellow-billed cuckoo | *C. americanus* | Proposed critical habitat | NLAA |
| Canada lynx | *Lynx canadensis* | Threatened | NE |
| North American wolverine | *Gulo gulo luscus* | Proposed | NE |
| Bonytail chub | *Gila elegans* | Endangered | LAA |
| Colorado pikeminnow (squawfish) | *Ptychocheilus lucius* | Endangered | LAA |
| Colorado pikeminnow (squawfish) | *P. lucius* | Critical habitat | LAA |
| Greenback cutthroat trout | *Oncorhynchus clarki stomias* | Threatened | LAA |
| Humpback chub | *Gila cypha* | Endangered | LAA |
| Razorback sucker | *Xyrauchen texanus* | Endangered | LAA |
| Razorback sucker | *X. texanus* | Critical habitat | LAA |
| Clay-loving wild buckwheat | *Eriogonum pelinophilum* | Endangered | LAA |
| Clay-loving wild buckwheat | *E. pelinophilum* | Critical habitat | LAA |
| Colorado hookless cactus | *Sclerocactus glaucus* | Threatened | LAA |
| Skiff milkvetch | *Astragalus microcymbus* | Candidate | NE |
| Ute ladies'-tresses | *Spiranthes diluvialis* | Threatened | NE |

[1] **NE**=no effect; **NLAA**=may affect, not likely to adversely affect/not likely to adversely modify; **LAA**=may affect, likely to adversely affect

## 10.0 ADDITIONAL CONSERVATION RECOMMENDATIONS

No additional conservation measures or mitigation are recommended for any species or critical habitat analyzed in this BA.

## 11.0 NEED FOR RE-ASSESSMENT BASED ON CHANGED CONDITIONS

This BA and findings above are based on the best current data and scientific information available. A new analysis and revised BA must be prepared if one or more of the following occurs: (1) new species information (including but not limited to a newly discovered activity area or other species information) reveals effects on threatened, endangered, proposed species, or designated/proposed critical habitat in a manner or to an extent not considered in this assessment; (2) the action is subsequently modified or it is not fully implemented as described herein which causes an effect that was not considered in this assessment; or (3) a new species is listed or critical habitat is designated which may be affected by the action that was not previously analyzed herein.

BLM_0162113

# 12.0 LITERATURE CITED

Avian Power Line Interaction Committee. 2006. Suggested Practices for Raptor Protection on Power Lines: The State of the Art in 1996. Edison Electric Institute, Avian Power Line Interaction Committee, and the California Energy Commission. Washington, DC, and Sacramento, California.

Barber, J. R., K. M. Fristrup, C. L. Brown, A. R. Hardy, L. M. Angeloni, and K. R. Crooks. 2009. "The costs of chronic noise exposure for terrestrial organisms." *Trends in Ecology and Evolution* 25(3): 180–89.

Barrett, J.C., G.D. Grossman, and J. Rosenfeld. 1992. Turbidity-induced changes in reactive distance of rainbow trout. Trans Amer. Fish. Soc., P. 121, pp. 437-443.

Beck, J. L., and D. L. Mitchell. 2000. "Influences of livestock grazing on sage-grouse habitat." *Wildlife Society Bulletin* 28: 993–1002.

Beck, J. L., K. P. Reese, J. W. Connelly, and M. B. Lucia. 2006. "Movements and survival of juvenile greater sage-grouse in southeastern Idaho." *Wildlife Society Bulletin* 34: 1070–1078.

Behnke, R. J. 1980. "Impacts of habitat alterations on the endangered and threatened fishes of the upper Colorado River Basin." Pp. 204–216. *In: Energy Development and the Water, Fish, and Wildlife in the Southwest: Problems of the Upper Colorado River Basin* (W. O. J. Spofford, A. L. Parker, and A. V. Kneese, editors). Resources for the Future, Washington, DC.

Birney, E. C., W. E. Grant, and D. D. Baird. 1976. "Importance of vegetative cover to cycles of *Microtus* populations." *Ecology* 57: 1043–1051.

BLM (United States Department of the Interior, Bureau of Land Management). 1985. San Juan/San Miguel Planning Area Resource Management Plan. BLM Montrose District, Colorado. September.

_____. 1989. Uncompahgre Basin Resource Management Area. BLM Montrose District, Colorado. July.

_____. 1997. BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado. BLM, Colorado State Office, Lakewood, Colorado. February 3.

_____. 2007. Final Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement. BLM, Nevada State Office, Reno. June 2007.

_____. 2008a. BLM Manual 6840, Special Status Species Management. December 12, 2008. Washington, DC.

BLM_0162114

_____. 2008b. Programmatic Biological Assessment for BLM Actions in Western Colorado re: Water Depletions and Effects on the Four Endangered Big River Fishes: Colorado pikeminnow (*Ptychocheilus lucius*), Humpback Chub (*Gila cypha*), Bonytail Chub (*Gila elegans*), and Razorback Sucker (*Xyrauchen texanus*). September 16, 2008. Lakewood, Colorado.

_____. 2010. Weed Management Strategy Including Strategy by Species for the Uncompahgre Field Office and Gunnison Gorge National Conservation Area. Compiled 2007-2008, Updated March 2010. BLM, Uncompahgre Field Office, Montrose, Colorado.

_____. 2017. Programmatic Biological Assessment. Management of the Federal Fluid Minerals Program in Western Colorado: Water Depletion Effects on the Four Endangered Big River Fishes: Bonytail (*Gila elegans*), Colorado Pikeminnow (*Ptychocheilus lucius*), Humpback Chub (*Gila cypha*), and Razorback Sucker (*Xyrauchen texanus*) in the Upper Colorado River Basin. BLM, Northwest District Office, Silt, Colorado.

BLM GIS (United States Department of the Interior, Bureau of Land Management, Geographic Information System). 2018. GIS data from Uncompahgre Field Office. Montrose, Colorado.

Braun, C. E. 1998. "Sage-grouse declines in western North America: What are the problems?" *Proceedings of the Western Association of State Game and Fish Commissioners* 78:139–156.

Bryant, M. D. 1981. Poorly constructed road crossings of small streams can block upstream movement of juvenile salmonids. USDA Forest Service, Research Note PNW-384.

Carlson, C. A., and R. T. Muth. 1989. "Lifeline of the American Southwest." Pp. 220-239. *In:* Proceedings of the International Large Rivers Symposium (D. P. Dodge, editor). *Canadian Special Publication of Fisheries and Aquatic Sciences* 106.

Chapman, S. S., G. E. Griffith, J. M. Omernik, A. B. Price, J. Freeouf, and D. L. Schrupp. 2006. Ecoregions of Colorado (color poster with map, descriptive text, summary tables, and photographs): Reston, Virginia. Internet website: ftp://ftp.epa.gov/wed/ecoregions/co/co_eco_pg.pdf.

CNHP (Colorado Natural Heritage Program). 2014a. *Sclerocactus glaucus* Element Global Rank Report 44168. Fort Collins, Colorado.

_____. 2014b. Buckwheat profile. Colorado rare plant guide. Internet website: http://cnhp.colostate.edu/rareplants/guide.asp?id=17458.

Colorado Water Conservation Board. 2008. Climate Change in Colorado. A Synthesis to Support Water Resource Management and Adaptation. A report by the Western Assessment for the Colorado Water Conservation Board. Boulder, Colorado.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun, 2000. "Guidelines to manage sage-grouse populations and their habitats." *Wildlife Society Bulletin* 28: 1–19

BLM_0162115

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. Stiver. 2004. Conservation assessment of greater sage-grouse and sagebrush habitats. Western Association of Fish and Wildlife Agencies. Internet website: www.wafwa.org.

Crawford Area Gunnison Sage-Grouse Working Group. 2011. Crawford Area Gunnison Sage-grouse Conservation Plan. Internet website: https://cpw.state.co.us/Documents/WildlifeSpecies/SpeciesOfConcern/GunnisonSageGrouse/GunnisonSageGrouseLocalPlan_Crawford.pdf.

Dauwalter, D. C., D. K. Splinter, W. L. Fisher, and R. A. Marston. 2008. "Biogeography, ecoregions, and geomorphology affect fish species composition in streams of eastern Oklahoma, USA." *Environ. Biol. Fish* 82: 237–249.

Department of Fisheries and Oceans. 2007. Directional Drilling. Quebec, Canada.

Dill, W. A. 1944. "Fishery of the lower Colorado River." *California Fish and Game* 30(3):109–211.

Doherty, K. E., D. E. Naugle, and B. L. Walker, and J. M. Graham. 2008. "Greater sage-grouse winter habitat selection and energy development." *Journal of Wildlife Management* 72: 187–195.

Elliott, B. A., B. Kurzel, and S. Spackman Panjabi. 2009. Recommended Best Management Practices for Plants of Concern. Practices Developed to Reduce the Impacts of Oil and Gas Development Activities to Plants of Concern. Unpublished report prepared by the Rare Plant Conservation Initiative for the National Fish and Wildlife Foundation. Internet website: http://www.oilandgasbmps.org/viewpub.php?id=187.

Farag, A. M., and D. D. Harper. 2013. "A review of environmental impacts of salts from produced waters on aquatic resources." *International Journal of Coal Geology* 126: 157–161.

Ficklin, D. L., Y. Luo, E. Luedeling, S. Gatzke, and M. Zhang. 2010. "Sensitivity of agricultural runoff loads to rising levels of $CO_2$ and climate change in the San Joaquin Valley watershed of California." *Environmental Pollution* 158: 223–234.

Getz, L. L. 1985. "Microtus habitats." Pp. 286–309. *In* "Biology of Microtus" (R. H. Tamarin, editor). American Society or Mammology, Special Publication No. 8.

Gunnison Sage-grouse Rangewide Steering Committee. 2005. Gunnison sage-grouse Rangewide Conservation Plan. Colorado Division of Wildlife, Denver, Colorado.

Hamann, A., and T. Wang. 2006. "Potential effects of climate change on ecosystem and tree species distribution in British Columbia." *Ecology* 87(11): 2773–2786.

Hamilton, S. J., K. M. Holley, K. J. Buhl, F. A. Bullard, L. K. Weston, and S. F. McDonald. 2002. "Impact of selenium and other trace elements on the endangered adult razorback sucker." *Environmental Toxicology* 17: 297–323.

BLM_0162116

Hellmann, J. J., J. E. Byers, B. G. Bierwagen, and J. S. Dukes. 2007. "Five potential consequences of climate change for invasive species." *Conservation Biology* 22(3): 534–543.

Holloran, M.J. 2005. "Greater sage-grouse (*Centrocercus urophasianus*) population response to natural gas field development in western Wyoming." Doctoral thesis, University of Wyoming, Laramie.

Holloran, M. J., R. C. Kaiser, and W. A. Hubert. 2010. "Yearling greater sage-grouse response to energy development in Wyoming." *Journal of Wildlife Management* 74: 65–72.

Interagency Lynx Biology Team. 2013. Canada Lynx Conservation Assessment and Strategy. Third edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication R1-13-19, Missoula, MT.

Johnson, J. E., and R. T. Hines. 1999. "Effect of suspended sediment on vulnerability of young razorback suckers to predation." *Transactions of the American Fisheries Society* 128: 648–655.

Joseph, T. W., J. A. Sinning, R. J. Behnke, and P. B. Holden. 1977. An Evaluation of the Status, Life History and Habitat Requirements of Endangered and Threatened Fishes of the Upper Colorado River System. Report 24, Part 2. US Fish and Wildlife Service, Office of Biological Services, Fort Collins, Colorado.

Knick, S. T., and J. W. Connelly (editors). 2011. "Greater sage-grouse: Ecology and conservation of a landscape species and its habitats." *Studies in Avian Biology Series* vol. 38, University of California Press, Berkeley.

Lanigan, S. H., and C. R. Berry, Jr. 1979. Distribution and abundance of endemic fishes in the White River in Utah. Utah Cooperative Fish and Wildlife Research Unit, Logan.

Laymon, S. A. 1998. Yellow-billed Cuckoo (*Coccycus americanus*). *In* The Riparian Bird Conservation Plan: A Strategy for Revising the Decline of Riparian-associated Birds in California. California Partners in Flight. Internet website: http://www.prbo.org/ calpif/htmldocs/riparian_v-2.html.

Lemly, D. A. 2002. *Selenium Assessment in Aquatic Ecosystems: A Guide for Hazard Evaluation and Water Quality Criteria*. Springer-Verlag. New York, New York.

Lenihan, J. M., R. Draypek, D. Bachelet, and R. P. Neilson. 2003. "Climate change effects on vegetation distribution, carbon, and fire in California." *Ecological Applications* 13(6): 1667–1681.

Lyon, A. G., and S. H. Anderson. 2003. "Potential gas development impacts on sage-grouse nest initiation and movement." *Wildlife Society Bulletin* 31: 486-–491.

McAda, C. W. 2002. Subadult and Adult Pikeminnow Monitoring; Summary of Results, 1986–2000. Recovery Program Project Number 22, final report. US Fish and Wildlife Service, Grand Junction, Colorado.

BLM_0162117

McKenney, D. W., J. H. Pedlar, K. Lawrence, K. Campbell, and M. F. Hutchinson. 2007. "Potential impacts of climate change on the distribution of North American trees." *BioScience* 57(11): 939–948.

Meffe, G. K. 1985. "Predation and species replacement in American southwestern fishes: a case study." *Southwestern Naturalist* 30(2): 173–187.

Metcalf et al. 2012. "Historical Stocking data and 19th century DNA reveal human-induced changes to native diversity and distribution of cutthroat trout." *Molecular Ecology* 21:5194–5207.

Miller, R. R. 1946. "Gila cypha, a remarkable new species of cyprinid fish from the Colorado River in Grand Canyon, Arizona." *Journal of the Washington Academy of Sciences* 36:409–415.

Minckley, W. L. 1982. "Trophic interrelations among introduced fishes in the lower Colorado River, Southwestern United States." *California Fish and Game* 68(2): 78–89.

Minckley, W. L., and J. E. Deacon. 1968. "Southwest fishes and the enigma of endangered species." *Science* 159: 1424–1432.

Muth, R. T., L. W. Crist, K. E. LaGory, J. W. Hayse, K. R. Bestgen, T. P. Ryan, J. K. Lyons, and R. A. Valdez. 2000. Flow and Temperature Recommendations for Endangered Fishes in the Green River Downstream of Flaming Gorge Dam. US Fish and Wildlife Service, Final Report FG-53 to the Upper Colorado River Endangered Fish Recovery Program, Denver.

Osmundson, D. B., and L. R. Kaeding. 1989. Colorado Squawfish and Razorback Sucker Grow-Out Pond Studies as part of Conservation Measures for the Green Mountain and Ruedi Reservoir Water Sales. Final report. US Fish and Wildlife Service, Colorado River Fishery Project, Grand Junction.

_____. 1991. Recommendations for flows in the 15-mile reach during October-June for maintenance and enhancement of endangered fish populations in the Upper Colorado River. Final Report. Grand Junction, Colorado.

Osmundson, B. C., T. W. May, and D. B. Osmundson. 2000. "Selenium concentrations in the Colorado pikeminnow (*Ptychocheilus lucius*): Relationship with flows in the upper Colorado River." *Archives of Environmental Contamination and Toxicology* 38: 479–485.

Peles, J. D., and G. W. Barrett. 1996. "Effects of vegetative cover on the population dynamics of meadow voles." *Journal of Mammalogy* 77: 857–869.

Propst, D. L., and K. R. Bestgen. 1991. "Habitat and biology of the loach minnow, *Tiaroga cobitis*, in New Mexico." *Copeia* 1991: 29–39.

Piñon Mesa Gunnison Sage Grouse Partnership. 2000. Gunnison Sage Grouse Conservation Plan, Piñon Mesa, Colorado: Final Plan. Internet website: http://ecos.fws.gov/docs/plan_documents/tcca/tcca_668.pdf.

BLM_0162118

Quinn, T. P. 2005. The behavior and ecology of Pacific salmon and trout. University of Washington Press. Seattle, Washington.

Radle, A. L. 2007. The Effect of Noise on Wildlife: A Literature Review. Report date: 3/2/2007. Available online: http://www.htoplanning.com/docs/Other/980000%20Radle,%20The%20Effect%20of%20 Noise%20on%20Wildlife_%20A%20Literature%20Review.PDF.

Rechel, E. A., R. G. Ballard, and T. J. Novotny. 1999. "Ecology of the threatened cactus, Sclerocactus glaucus." *Cactus and Succulent Journal* 71(3): 143–145.

Rinne, J. N. 1992. "Physical habitat utilization of fish in a Sonoran Desert stream, Arizona, southwestern United States." *Ecol. Freshwater Fishes* 1: 1–8.

Rowland, M. M., M. J. Wisdom, B. K. Johnson, and M. A. Penninger. 2004. "Effects of roads on elk: Implications for management in forested ecosystems." In: *Transactions of the 69th North American Wildlife and Natural Resources Conference*. Wildlife Management Institute, Washington, DC. Pp 491–508.

Sorensen, E. M. B. 1991. *Metal Poisoning in Fish*. CRC Press. Boca Raton, Florida.

State of Colorado. 2007. Colorado Climate Action Plan: A Strategy to Address Global Warming. Available online: http://sciencepolicy.colorado.edu/students/envs_4100/ritter_2007.pdf.

_____. 2015. Colorado's Water Plan. Available online.

Stevens, B. S. 2011. "Impacts of fences on greater sage-grouse in Idaho: Collision, mitigation, and spatial ecology." Master's thesis, University of Idaho, Moscow.

Stiver, S. J., E. T. Rinkes, D. E. Naugle, P. D. Makela, D. A. Nance, and J. W. Karl. 2015. Sage-Grouse Habitat Assessment Framework: A Multiscale Assessment Tool. Technical Reference 6710-1. Bureau of Land Management and Western Association of Fish and Wildlife Agencies. Denver, Colorado.

Tyus, H. M., B. D. Burdick, R. A. Valdez, C. M. Haynes, T. A. Lytle, and C. R. Berry. 1982. "Fishes of the upper Colorado River Basin: Distribution, abundance, and status." Pp. 12-70. *In:* "Fishes of the upper Colorado River system: Present and future" (W. H. Miller, H. M. Tyus, and C. A. Carlson, editors). Western Division, American Fisheries Society, Bethesda, Maryland.

Tyus, H. M. 1987. "Distribution, reproduction, and habitat use of the razorback sucker in the Green River, Utah, 1979-1986." *Transactions of the American Fisheries Society* 116: 111–116.

United States Department of Agriculture, Forest Service. 2009. Focus: Cutthroat trout and Climate. Rocky Mountain Research Station. Internet website: http://www.fs.fed.us/rm/boise/AWAE/briefing/Wenger_CutthroatClimate.pdf.

USFWS (US Fish and Wildlife Service). 1978. Endangered and Threatened Wildlife and Plants; Listing of the Greenback Cutthroat Trout as a Threatened Species. USFWS. 43 *Federal Register* 16343.

BLM_0162119

_____. 1988. Clay-loving Wild-buckwheat Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. November.

_____. 1991. Endangered and Threatened Wildlife and Plants; Final Rule to List the Razorback Sucker (*Xyrauchen texanus*) as a Threatened Species. 59(54) *Federal Register* 14248–14271.

_____. 1994. Endangered and Threatened Wildlife and Plants; Determination of Critical Habitat for the Colorado River Endangered Fishes: Razorback Sucker, Colorado Squawfish, Humpback Chub, and Bonytail Chub. Final Rule. 59(54) *Federal Register* 13374–13400.

_____. 1998a. Greenback Cutthroat Trout Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. March.

_____. 1998b. Razorback Sucker (*Xyrauchen texanus*) Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. December 23.

_____. 2002a. Bonytail Chub (*Gila elegans*) Recovery Goals: Amendment and Supplement to the Bonytail Chub Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. August 1.

_____. 2002b. Colorado Pikeminnow (*Ptychocheilus lucius*) Recovery Goals: Amendment and Supplement to the Colorado Squawfish Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. August 1.

_____. 2002c. Razorback Sucker (*Xyrauchen texanus*) Recovery Goals: Amendment and Supplement to the Razorback Sucker Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. August 1.

_____. 2002d. Humpback Chub (*Gila cypha*) Recovery Goals: Amendment and Supplement to the Humpback Chub Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. August 1.

_____. 2009. Programmatic Biological Opinion for Water Depletions Associated with BLM Projects (excluding Fluid Mineral Development) Authorized by BLM within the Upper Colorado River Basin in Colorado. USFWS, Ecological Services, Grand Junction, Colorado. February 25, 2009.

_____. 2010a. Recovery Outline for the Colorado Hookless Cactus (*Sclerocactus glaucus*). Colorado Ecological Services Field Office. Lakewood, Colorado. April.

_____. 2010b. Endangered and Threatened Wildlife and Plants; Determination for the Gunnison Sage-Grouse as a Threatened or Endangered Species; Proposed Rule. *Federal Register* 75(187). September 28.

_____. 2011. Species Assessment and Listing Priority Assignment Form, Yellow-billed cuckoo (*Coccyzus americanus*). California/Nevada Region 8. Sacramento, California. October 7.

_____. 2012a. Final Recovery Plan for Mexican Spotted Owl (*Strix occidentalis lucida*), First Revision. Region 2. Albuquerque, New Mexico. September.

BLM_0162120

_____. 2012b. Biological Opinion for Livestock Grazing Program Effects on Three Listed Plants in the Bureau of Land Management Grand Junction, Colorado River Valley, and Uncompahgre Field Offices. Grand Junction, Colorado.

_____. 2013a. Endangered and Threatened Wildlife and Plants; Proposed Threatened Status for the Western Distinct Population Segment of the Yellow-billed Cuckoo (*Coccyzus americanus*); Proposed Rule. *Federal Register* 78(187). October 3.

_____. 2013b. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for Gunnison Sage-Grouse; Proposed Rule. *Federal Register* 78(8). January 11.

_____. 2013c. Endangered and Threatened Wildlife and Plants; Endangered Status for Gunnison Sage-Grouse; Proposed Rule. *Federal Register* 78(8). January 11.

_____. 2014a. Endangered and Threatened Wildlife and Plants; Determination of Threatened Status for the Western Distinct Population Segment of the Yellow-Billed Cuckoo (*Coccyzus americanus*). 79 *Federal Register* 192. October 3.

_____. 2014b. Species Profile for Mexican Spotted Owl (*Strix occidentalis lucida*). Internet website: http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=B074# lifeHistory. Last Updated July 29, 2014.

_____. 2014c. Endangered and Threatened Wildlife and Plants; Threatened Status for Gunnison Sage-Grouse, Final Rule. *Federal Register* 79(224). November 20.

_____. 2014d. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for Gunnison Sage-Grouse, Final Rule. *Federal Register* 79(224). November 20, 2014.

_____. 2017. Programmatic Biological Opinion for Water Depletions Associated with BLM's Fluid Mineral Program within the Upper Colorado River Basin in Colorado. ES/GJ-6-CO-08-F-0006. TAILS 65413-2008-F-0073-R00I. Ecological Services. Grand Junction, Colorado. December 26, 2017.

_____. 2018. List of threatened and endangered species that may occur in your proposed project location, and/or may be affected by your proposed project. Internet website: https://ecos.fws.gov/ipac/.

Valdez, R. A., and R. J. Ryel. 1997. "Life history and ecology of the humpback chub population in the Colorado River in Grand Canyon, Arizona." Proceedings of the Third Biennial Conference on Research in Colorado Plateau National Parks, US Department of the Interior, National Park Service. Pp. 3–31.

Vanicek, C. D. 1967. "Ecological Studies of Native Green River Fishes Below Flaming Gorge Dam, 1964–1966." Unpublished doctoral dissertation, Utah State University, Logan, Utah.

Walker, B. L., D. E. Naugle, and K. E. Doherty. 2007. "Greater sage-grouse population response to energy development and habitat loss." *Journal of Wildlife Management* 71(8): 2644–2654.

BLM_0162121

Wiggins, David A. 2005. Yellow-Billed Cuckoo (*Coccycus americanus*): A Technical Conservation Assessment. Prepared for USFS, Rocky Mountain Region. Species Conservation Project. Strix Ecological Research, Oklahoma City, Oklahoma. March 25, 2005.

Wisdom, M. J., A. A. Ager, H. K. Preisler, N. J. Cimon, and B. K. Johnson. 2004. "Effects of off-road recreation on mule deer and elk." In: *Transactions of the 69th North American Wildlife and Natural Resources Conference*. Wildlife Management Institute, Washington, DC. Pp 531–550.

Wolfe, D. H., M. A. Patten, E. Schochat, C. L. Pruett, and S. K. Sherrod. 2007. "Causes and patterns of mortality in lesser prairie-chickens *Tympanuchus pallidicinctus* and implications for management." *Wildlife Biology* 13(Suppl. 1): 95–104.

Wyoming Game and Fish Department. 2010. Recommendations for Development of Oil and Gas Resources within Important Wildlife Habitats. Version 6.0. April 2010. Cheyenne, Wyoming.

BLM_0162122

# Appendix A
## Proposed Resource Management Plan

BLM_0162123

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Air Quality | Lands and Realty | Soils and Geology |
|---|---|---|
| Areas of Critical Environmental Concern | Communication Sites | Solid Leasable Minerals (Coal) |
| Climate | Utility Corridors | Special Status Species |
| Comprehensive Travel and Transportation Management | Land Tenure Adjustments | General |
| Cultural Resources | Disposal | Plants |
| Fish and Wildlife | Retention | Fish and Aquatic |
| Wildlife – General | Acquisition | Terrestrial |
|    Fish and Aquatic | Withdrawals | Gunnison Sage-Grouse |
|    Wildlife - Terrestrial | Renewable Energy | Vegetation |
|    Big Game | Livestock Grazing | General |
|    Raptors | Locatable Minerals, Mineral Materials, & Nonenergy Leasable Minerals | Riparian |
|    Upland Game Birds | Locatable Minerals | Weeds |
|    Migratory Birds | Mineral Materials | Visual Resources |
|    Bighorn Sheep | Nonenergy Solid Leasable Minerals | Watchable Wildlife Viewing Sites |
| Fluid Leasable Minerals (Oil and Gas and Geothermal Resources) | National Trails and Byways | Water Resources |
| Forestry and Woodland Products | Native American Tribal Interests | Wild and Scenic Rivers |
| Land Health | Paleontological Resources | Wild Horses |
| Lands with Wilderness Characteristics | Public Health and Safety | Wilderness and Wilderness Study Areas |
|  | Recreation and Visitor Services | Wildland Fire Ecology and Management |
|  |    Special Recreation Management Areas |  |
|  |    Extensive Recreation Management Areas |  |

* Implementation-level decisions are identified in Alternative E, the agency Proposed RMP, by an asterisk (*) following the decision.

BLM_0162124

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 1. | Management Common to All Alternatives | | | | |
| 2. | Comply with state and federal laws, regulations, policies, and standards, including FLPMA multiple use mandates. | | | | |
| 3. | Implement actions originating from laws, regulations, and policies and conform to day-to-day management, monitoring, and administrative functions not specifically addressed. | | | | |
| 4. | Preserve valid existing rights, which include any leases, claims, or other use authorizations established before a new or modified authorization, change in land designation, or new or modified regulation is approved. Existing fluid mineral leases are managed through conditions of approval outlined in the RMP. | | | | |
| 5. | Apply conditions of approval, best management practices (BMPs), standard operating procedures (shown in Appendix G), other site-specific mitigation, and/or off-site mitigation measures to all resource uses to promote rapid reclamation, maximize resource protection, and minimize soil erosion. | | | | |
| 6. | Seek to enhance collaborative opportunities, partnerships, and communications with other agencies and interested parties to implement the RMP, including education and outreach and project-specific activities (such as monitoring and trail development). | | | | |
| 7. | **Resources** | | | | |

| 8. | **AIR QUALITY** | | | | |
|---|---|---|---|---|---|
| 9. | **GOAL:**<br>Protect air resources from significant adverse impacts associated with BLM-authorized/permitted actions in accordance with the methodology and provisions outlined in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H). | | | | **GOAL:**<br>Protect air resources and related values, including visibility, from significant adverse impacts associated with BLM-authorized/permitted actions in accordance with the methodology and provisions outlined in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H). |

BLM_0162125

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 10. | **Objective:** Limit air quality degradation from authorized activities on BLM-administered lands by providing appropriate analyses for compliance with applicable Colorado and National Ambient Air Quality Standards, applicable federal, state, and local air quality laws, rules, regulations, and implementation plans, and applicable federal land management guidance documents (e.g., Federal Land Managers' Air Quality Related Values Work Group Phase 1 Report—Revised [2010] [Forest Service et al. 2010]). | | | | **Objective:** Limit air quality and related values degradation from authorized activities on BLM-administered lands (or related to BLM subsurface mineral development) by providing appropriate analyses for compliance with applicable Colorado and National Ambient Air Quality Standards, applicable federal, state, and local air quality laws, rules, regulations, and implementation plans, and applicable guidance documents (e.g., Federal Land Managers' Air Quality Related Values Work Group Phase 1 Report—Revised [2010] [Forest Service et al. 2010]). |
| 11. | **Action:** Participate in, conduct, or require air modeling analyses as described in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H) as part of a comprehensive strategy to prevent BLM-permitted activities from causing or contributing to violations of ambient air quality standards or causing significant adverse impacts on air quality-related values. | | | | |

BLM_0162126

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 12. | **Action:** Attach Lease Notice CO-56 to new oil and gas leasing agreements to provide notice to operators of air quality analysis and mitigation requirements that will be determined on a case-by-case basis at the permitting/development stage. | | | | |
| 13. | **Action:** Develop Conditions of Approval for project-specific surface-disturbing activities to prevent BLM-permitted actions from causing or contributing to exceedances of ambient air quality standards or causing significant adverse impacts on air quality-related values (on both a project level and contemporaneous cumulative basis). | | | | **Action:** Same as Alternative D, plus: Conditions of Approval will be developed using information from the BLM Air Resources Annual Report. |
| 14. | **Action:** Work cooperatively with local, state, federal, and tribal agencies to enhance air-monitoring efforts in order to provide a broader measure of spatially distributed air pollutant concentrations for the purposes of evaluating atmospheric conditions with respect to ambient air quality standards and air quality-related values. | | | | **Action:** Same as Alternative D, plus: Conduct air quality and meteorological monitoring siting analyses to determine locations needed to support future air quality assessments and regional modeling analysis. Routinely analyze the North Fork Valley for air quality and meteorological monitoring network siting. |
| 15. | **Action:** Implement the adaptive management strategy for protecting air resources as described in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H). Provide an annual activity summary report | | | | **Action:** Same as Alternative D, plus: Require mitigation if |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | of BLM-authorized actions (track project-specific emissions) for comparison against the most recent regional air quality model results to provide cumulative context for any analyzed contemporaneous development period. Produce the annual report as required in the Colorado BLM Comprehensive Air Resource Protection Protocol (Appendix H) to track progress toward meeting the defined goal and objectives. | | | | deemed necessary according to information in the BLM Colorado Air Resources Annual Report or other air quality and related values impacts analysis tools. |
| 16. | No similar action. | | | | **Action:** Conduct greenhouse gas and climate change analyses (e.g., quantify greenhouse gas emissions and assess potential impacts to climate for proposed actions) consistent with current policy/guidance, while following the overall BLM Colorado Air Resources adaptive management approach for protecting air resources and related values utilizing the most current data/information, trends and climate modeling studies. |

BLM_0162128

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 17. | **CLIMATE** | | | | |
| 18. | **GOAL:** No similar goal in current RMPs. | **GOAL:** Manage native vegetation and wildlife species, soil and water resources, and wildlife habitats to maintain productivity, viability, and natural processes in response to stresses induced by climate change. | | | |
| 19. | **Objective:** No similar objective in current RMPs. | **Objective:** Reduce impacts from climate change on soil and water resources, native vegetation and wildlife species and communities, and wildlife habitats. | | | |
| 20. | **Action:** No similar action in current RMPs. | **Action:** Address climate change effects on soil and water resources, vegetation, and habitats and apply appropriate management to protect these resource values. Where feasible, coordinate with local or regional scientists and organizations in addressing climate change. | **Action:** No similar action. (There would not be any required actions to reduce impacts from climate change.) | **Action:** Same as Alternative B. | |
| 21. | **Action:** No similar action in current RMPs. | **Action:** Plant 1- to 2-year seedlings or seed local native species into new habitats where needed to improve restoration and revegetation success and to improve long-term survival of plant populations. Emphasize providing habitat for | **Action:** Seed local native species into new habitats where needed to improve restoration and revegetation success, and to improve long-term survival of plant populations. | **Action:** Same as Alternative B. | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | pollinators and butterflies, especially monarchs. | | | |
| 22. | **Action:** No similar action in current RMPs. | **Action:** Minimize unnatural (e.g., size and intensity) soil and vegetation disturbance in habitat management areas to reduce barriers to plant migration. | **Action:** No similar action. (There would not be a similar requirement.) | **Action:** Same as Alternative B. | |
| 23. | **LAND HEALTH** | | | | |
| 24. | **GOAL:** Manage soils, riparian-wetland areas, native plant and animal communities, special status species, and water quality to meet land health standards. | | | | |
| 25. | **Objective:** Manage public lands according to BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | **Objective:** Manage lands, streams, and wetlands to *fully meet* or *exceed* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | **Objective:** Manage lands, streams, and wetlands to, at a minimum, *meet with problems* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C), provided that lands meeting with problems are stable or trend toward achievement of the BLM Colorado Public Land Health Standards. | **Objective:** Manage ACECs, WSAs, lands managed to protect wilderness characteristics, habitat management areas, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments with a vegetation Outstandingly Remarkable Value (ORV) to *fully meet* or *exceed* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | **Objective:** Manage ACECs, WSAs, lands managed to protect wilderness characteristics, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments to achieve BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) on greater than 80 percent of upland and riparian vegetation communities with 80 percent |

BLM_0162130

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | Manage the remaining lands, streams, and wetlands to *fully meet* the BLM Colorado Public Land Health Standards or to *meet with problems* where needed to support resource uses, provided that lands meeting with problems are stable or trend toward achieving the BLM Colorado Public Land Health Standards. | confidence. On the remaining BLM-administered lands, manage to achieve BLM Colorado Public Land Health Standards on greater than 70 percent of upland and riparian vegetation communities with 80 percent confidence. Measure BLM Colorado Public Land Health Standards on uplands using foliar cover, species composition, canopy gap, soil stability, and other appropriate indicators, and use best available science to determine benchmarks for achieving standards. For aquatic and riparian systems, measure bank stability, floodplain connectivity, aquatic health, water quality, and other appropriate indicators, and use best available science to determine benchmarks |

BLM_0162131

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | for achieving standards. |
| 26. | **Action:** No similar action in current RMPs. | **Action:** Apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. | **Action:** Apply land and stream health improvements on lands, streams, and wetlands rated as *not meeting* BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | **Action:** Apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. This would apply to ACECs, WSAs, lands managed to protect wilderness characteristics, habitat management areas, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments with a vegetation ORV. In the remaining lands, streams, and wetlands, apply land and stream health improvement projects in areas rated as *not meeting* BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | **Action:** Apply land and stream health improvement projects in areas likely to be stabilized or improved to a higher health condition, regardless of land health status. This would apply to ACECs, WSAs, lands managed to protect wilderness characteristics, habitat management areas, areas with exemplary, ancient, or rare vegetation, and Wild and Scenic River segments with a vegetation ORV. In the remaining lands, streams, and wetlands, apply land and stream health improvement projects in areas rated as *not meeting* BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). |

BLM_0162132

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 27. | **Action:** No similar action in current RMPs. | **Action:** Close, limit, or modify the causes, where an activity has been demonstrated to be causing land health problems, to improve the health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Activities could include the following: <br>• Grazing <br>• Plant material and wood collection <br>• Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection) <br>• Travel <br>• Camping | **Action:** Limit or modify the cause, where an activity has been demonstrated to be causing land health problems, to improve health of lands, streams, and wetlands rated as *meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) *with problems* with a downward trend. Activities could include the following: <br>• Grazing <br>• Plant material and wood collection <br>• Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection) <br>• Travel <br>• Camping | **Action:** Limit, modify, or manage the cause, where an activity has been demonstrated to be causing land health problems, to improve land health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Activities could include the following: <br>• Grazing <br>• Plant material and wood collection <br>• Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection) <br>• Travel <br>• Camping | **Action:** Limit, modify, or manage the cause, where an activity has been demonstrated to be causing land health problems, to improve land health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Activities could include the following: <br>• Grazing <br>• Plant material and wood collection <br>• Noncommercial mineral material collection (e.g., moss rock collection and decorative stone collection) <br>• Travel <br>• Camping and other recreational activities |

BLM_0162133

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 28. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Apply the following management, unless it can be demonstrated that new projects and land use authorizations do not reduce the opportunity to improve the health of lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C):<br>• ROW avoidance<br>• **STIPULATION** CSU-1/SSR-1: *Lands, Streams, and Wetlands "Not Meeting" BLM Colorado Public Land Health Standards*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied.<br>(Refer to Appendix B; Figures 2-20 and 2-29) | **Action:**<br>Same as Alternative A. | **Action:**<br>Require that new projects and land use authorizations identify BMPs or conditions of approval that minimize conflicts with health-improvement measures for lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). | **Action:**<br>Require that new projects and land use authorizations identify BMPs or conditions of approval that minimize conflicts with health-improvement measures for lands, streams, and wetlands rated as *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 29. | **SOILS AND GEOLOGY** | | | | |
| 30. | **GOAL:** Manage for soil stability and productivity to maintain overall watershed health. Manage erosion to minimize downstream impacts from soil-related issues (e.g., sediment runoff, selenium, and salinity). | | | | |
| 31. | **Objective:** Make management units available for erosion and salinity control objectives and projects that do not conflict with primary objectives of each unit. | **Objective:** Manage activities in the Colorado River Basin to minimize the yield of sediment, salt, and selenium contributions from BLM-administered lands to water resources. | | | |
| 32. | **Action:** Develop necessary erosion-control structures, vegetation improvements, or salinity/selenium-reduction measures to improve water quality (BLM 1985). Develop in-channel structures and land treatment projects designed to reduce runoff and soil erosion in places where it does not | **Action:** Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This could include the following: <br>• Modifying livestock grazing practices to reduce sediment yield <br>• Limiting recreational uses <br>• Planning and implementing comprehensive travel management | **Action:** Manage activities to minimize soil erosion and sediment yields to water bodies. | **Action:** Same as Alternative B. | **Action:** Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/selenium. This could include the following: <br>• Modifying livestock grazing practices to reduce sediment yield <br>• Managing recreational uses |

BLM_0162135

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | conflict with management of other resources (BLM 1989a). | | | | • Planning and implementing comprehensive travel management |
| 33. | **Action:**<br>Locate and assess nonfunctional, eroding, earthen check dams in the Mancos Shale areas north of Delta. | **Action:**<br>Inventory and assess stock ponds, check dams, and contour furrows and rehabilitate, repair, or remove those structures that are eroding soils with the highest salinity and selenium concentrations and containing severe weed infestations. Areas in need of improvements include, but are not limited to:<br>• Mancos shale areas north of Delta<br>• East side of the Uncompahgre Plateau, from 25 Mesa Road to Dry Creek Canyon (contour furrow area)<br>• Negro Creek/Dough Spoon Area | **Action:**<br>No similar action. (A similar activity is not required.) | **Action:**<br>When feasible, inventory and assess stock ponds, check dams, and contour furrows and rehabilitate, repair, or remove those structures with severe/active erosion. Combine efforts with other projects (e.g., range water projects, road maintenance, and recreation projects) where feasible to increase efficiency. | |
| 34. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage saline/selenium soils as ROW exclusion areas. | **Action:**<br>Manage saline/selenium soils as ROW avoidance areas. | **Action:**<br>No similar action. (Soils would be managed to meet the objective.) | |

BLM_0162136

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| 35. | Allowable Use: **STIPULATION** TL-UB-1 (BLM 1989a): *Highly Erodible and/or Saline Soil Areas.* Prohibit surface-disturbing activities from March 1 to May 31 when saturated soils are most vulnerable to damage. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>**Action:** Manage 24,180 acres of Mancos shale hills, commonly known as the "adobes," to reduce salinity loads in the Upper Colorado River Basin (BLM 1989a). | **Alternative B:** Allowable Use: **STIPULATION** NSO-1/NGD-1: *Geology Soil: Saline/ Selenium Soils.* Prohibit surface occupancy and use and apply NGD restrictions on lands with soils, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, with the following | **Alternative B.1** (North Fork area only): Allowable Use: **NO LEASING** (NL) NL-1: *Selenium Soils.* Close to oil and gas leasing and geophysical exploration soils with high and very high potential for selenium loading.<br><br>Allowable Use: **STIPULATION** NSO-2: *Selenium Soils.* Prohibit surface occupancy within 402 meters (0.25-mile) of soils with high and very high potential for | Allowable Use: **STIPULATION** CSU-2/ SSR-2: *Geology Soil: Saline/Selenium Soils.* Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: saline/selenium soils. Special design, construction, and implementation measures, including relocation of operation by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to avoid, minimize, and mitigate potential effects to soil productivity. | Allowable Use: **STIPULATION** CSU-3/ SSR-3: *Geology Soil: Saline/Selenium Soils.* Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: saline/selenium soils. Special design, construction, and implementation measures, including relocation of operation by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to avoid and minimize potential effects to soil productivity. (Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.) | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | | special character-istics: saline/selenium soils. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | selenium loading. (Refer to Appendix B; Figure 2-21, Appendix A.) | (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | | |
| 36. | Allowable Use: No similar allowable use in current RMPs. | **Alternative B:** Allowable Use: No similar allowable use. (There would not be a similar stipulation near agricultural operations.) | **Alternative B.1** (North Fork area only): Allowable Use: **STIPULA-TION** NSO-3: *Agricultural Operations.* Prohibit surface occupancy on, or within 0.25-mile of, any prime and unique farmlands, livestock operations, organic farm, conventional farm, ranch, orchard, and | Allowable Use: No similar allowable use. (There would not be a similar stipulation near agricultural operations.) | | |

BLM_0162138

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | the West Elks American Viticultural area. (Refer to Appendix B; Figure 2-21, Appendix A.) | | | |
| 37. | **Action:** No similar action in current RMPs. | **Action:** Manage 7,360 acres of potential biological soil crust in the East Paradox ACEC as a ROW exclusion area. | **Action:** Manage 360 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in East Paradox as ROW exclusion areas. | **Action:** Manage 1,900 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in the Biological Soil Crust ACEC as a ROW exclusion area, with the following additional exception (manage these areas as ROW avoidance): • Allow ROWs for private edge-holdings for reasonable access and utilities only if other access is not possible. | **Action:** Manage 390 acres of rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in the Biological Soil Crust ACEC as a ROW avoidance area. |
| 38. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** CSU-4/SSR-4: *Geology Soil; Potential Biological Soil Crust.* Surface occupancy or use | Allowable Use: **STIPULATION** CSU-5/SSR-5: *Geology Soil; East Paradox Biological Soil Crust.* Surface | Allowable Use: **STIPULATION** CSU-6/SSR-6: *Geology Soil; Potential Biological Soil Crust.* Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special | |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: potential biological soil crust. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: East Paradox biological soil crust. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | characteristics: biological soil crust only when high levels of crust development are found. Determine the level of crust development using best available techniques. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to soil productivity. (Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.) | |
| 39. | **Action:** No similar action in current RMPs. | **Action:** Protect rare biological soil crust in the East Paradox area by pursuing acquisition of private parcels from | **Action:** No similar action. (Land acquisition would not be actively pursued.) | **Action:** Same as Alternative B. | **Action:** Same as Alternative C. |

BLM_0162140

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | | willing sellers. (Also refer to *Lands and Realty* section.) | | | | |
| 40. | **Action:** No similar action in current RMPs. | **Action:** Manage slopes of 30 percent or greater (174,540 acres) as ROW exclusion areas. | | **Action:** Manage slopes of 40 percent or greater (115,080 acres) as ROW avoidance areas. | **Action:** Manage slopes of 30 percent or greater (174,540 acres) as ROW avoidance areas. | |
| 41. | Allowable Use: **STIPULATION** CSU-CO-27 (BLM 1991a): *Slopes of or Greater than 40 Percent.* Before disturbing the surface on slopes of 40 percent or greater, require a BLM Authorized Officer's approval of a professional engineering/reclamation plan. Require that such a plan demonstrate how the following will be accomplished: • Site productivity will be restored. | **Alternative B:** Allowable Use: **STIPULATION NSO-4/NGD-2:** *Geology: Slope Greater than 30 Percent.* Prohibit surface occupancy and use and apply NGD restrictions on lands with steep slopes greater than 30 percent. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | **Alternative B.1** (North Fork area only): Allowable Use: **STIPULA-TION NSO-5:** *High Geologic Hazard.* Prohibit surface occupancy on all areas with medium to high geologic hazard and on slopes greater than 30 percent. Allowable Use: **STIPULA-TION CSU-7:** *Moderate* | Allowable Use: **STIPULATION** CSU-8/ SSR-7: *Geology: Slope Greater than 40 Percent.* Surface occupancy or use may be restricted and SSR restrictions applied on steep slopes over 40 percent. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to slope stability. (Refer | Allowable Use: **STIPULATION** NSO-6/ SSR-8: *Geology: Slope Greater than 40 Percent.* Prohibit surface occupancy and use and apply SSR restrictions on lands with steep slopes greater than 40 percent. (Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.) **STIPULATION** CSU-9/SSR-9: *Geology Slope, Slopes of 30 to 39 Percent.* Surface occupancy or use may be restricted and SSR restrictions applied on steep slopes of 30 to 39 percent. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/ reclamation plan to mitigate potential effects to slope stability. (Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.) | |

BLM_0162141

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | • Surface runoff will be adequately controlled.<br>• Off-site areas will be protected from accelerated erosion, such as rilling, gullying, piping, and mass wasting.<br>• Surface-disturbing activities will not be conducted during extended wet periods.<br>(Refer to Appendix B; Figure 2-19, Appendix A.) | *Geologic Hazard.* Surface occupancy or use may be restricted on all areas with moderate geologic hazards. Special design, construction, and implementa-tion measures, including relocation of operations by more than 200 meters (656 feet), may be required. (Refer to Appendix B; Figure 2-21, Appendix A.) | to Appendix B; Figures 2-22 and 2-30, Appendix A.) | | |
| 42. | Allowable Use: **STIPULATION** TL-UB-1 (BLM 1989a): *Highly Erodible and/or Saline Soil Areas.* Prohibit | Allowable Use: **STIPULATION** TL-1: *Saturated Soils.* Prohibit surface occupancy and surface-disturbing activities in areas where soils are | Allowable Use: No similar allowable use. (A TL for saturated soil would not exist.) | Allowable Use: **STIPULATION** TL-2: *Saturated Soils.* Prohibit surface occupancy and surface-disturbing activities in areas where | Allowable Use: Same as Alternative C. |

BLM_0162142

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | surface-disturbing activities from March 1 to May 31 when saturated soils are most vulnerable to damage. (Refer to Appendix B; Figure 2-24, Appendix A.) | saturated or that demonstrate rutting of 2 inches or more. The BLM Authorized Officer would determine when soil conditions are appropriate for activities to resume. (Refer to Appendix B; Figure 2-25, Appendix A.) | | soils are saturated or that demonstrate rutting of 3 inches or more. The BLM Authorized Officer would determine when soil conditions are appropriate for activities to resume. (Refer to Appendix B; Figure 2-27, Appendix A.) | |

| | | | | | |
|---|---|---|---|---|---|
| | **WATER RESOURCES** | | | | |
| | **GOAL:** Protect, restore, and enhance watershed function in the capture, retention, and release of water in quantity, quality, and timing, thereby ensuring aquatic and terrestrial ecosystem health and public uses. Maintain and restore the physical, chemical and biological integrity of the aquatic system, including stream banks and bottom configurations; maintain and restore the sediment regime within which aquatic ecosystems evolved; maintain and restore the timing, variability, and duration of floodplain inundation and water table elevation in wetlands, seeps and springs. | | | | |
| 43. | **Objective:** Maintain or improve water quality in accordance with state and federal laws and approved standards, including consultation with state agencies on proposed projects that could significantly affect | **Objective:** Maintain and improve water quality by ensuring streams are in compliance with the Clean Water Act for biological, chemical, and physical constituents. | | | **Objective:** Maintain and improve water quality by ensuring streams are in compliance with the Clean Water Act for greater than 80 percent of stream segments in ACECs, WSAs, suitable wild and scenic river segments, and lands managed to protect |

BLM_0162143

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | water quality (BLM 1985). | | | | | wilderness characteristics, and greater than 70 percent of stream segments on the remaining BLM-administered lands, with 80 percent confidence where not meeting these water quality goals, work toward meeting them in accordance with Land Health Standards. |
| 44. | **Action:** No similar action in current RMPs. | **Action:** Manage lands to improve water quality and promote the delisting of state impaired water bodies (303[d]-listed and Monitoring and Evaluation list) in areas where BLM management actions are contributing to impaired water quality. | | **Action:** Manage lands to improve water quality and promote the delisting of state impaired water bodies (303[d]-listed water bodies only) in areas where BLM management actions are contributing to impaired water quality. Develop a water and aquatic monitoring plan using the BLM aquatic AIM protocol, if necessary, to determine areas where adaptive management is needed. | | |
| 45. | Allowable Use: **STIPULATION** NSO-CO-7 (BLM 1991a): *Waterfowl and Shorebird.* Prohibit surface occupancy and use | **Alternative B:** Allowable Use: **NO LEASING/ STIPULA-TION** NL- | **Alternative B.1** (North Fork area only): Allowable Use: **NO LEASING** | Allowable Use: **STIPULATION** CSU-10/ SSR-10: *Hydrology River.* Surface occupancy or use may be restricted and SSR restrictions may be applied within 402 | Allowable Use: **STIPULATION** NSO-9/ SSR-11: *Hydrology River.* Prohibit surface occupancy and use and apply SSR restrictions within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain | |

BLM_0162144

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|---|
| | on significant production areas; major areas are Waterfowl Habitat Management Areas and rookeries. (Refer to Appendix B; Figure 2-19, Appendix A.) | 2/NGD-3: *Hydrology River.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities within 402 meters (1,320 feet) (0.25-mile) the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, | NL-3: *Major River Corridors.* Close to oil and gas leasing and geophysical exploration within 0.50-mile mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers.<br><br>Allowable Use:<br>**STIPULA-TION** NSO-7: *Major River Corridors.* Prohibit surface occupancy within 0.50 to 1.0-mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers. | meters (1,320 feet) (0.25-mile) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | (whichever area is greatest) on the following major rivers:<br>• Gunnison<br>• North Fork Gunnison<br>• San Miguel<br>• Uncompahgre<br>• Dolores Rivers<br>(Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.) | |

BLM_0162145

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|---|
| | | Uncom-pahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: **STIPULA-TION** NSO-8: *Floodplains.* Prohibit surface occupancy within the 100-year floodplain of any stream or river system. (Refer to Appendix B; Figure 2-21, Appendix A.) | | | |
| 46. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate as ROW avoidance areas a 0.25-mile buffer along the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores river corridors. | | **Action:** No similar action. (The major river corridors would not be ROW avoidance or exclusion areas.) | **Action:**<br>Same as Alternative B. | |
| 47. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage a 325-foot buffer along perennial streams as ROW exclusion areas. | | **Action:**<br>No similar action. (Perennial streams would not be ROW avoidance or exclusion areas.) | **Action:**<br>Manage a 325-foot buffer along perennial streams as ROW avoidance areas. | |
| 48. | Allowable Use: | **Alternative B:** | **Alternative B.1** (North | Allowable Use: | Allowable Use: | Allowable Use: |

BLM_0162146

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | No similar allowable use in current RMPs. | Allowable Use: **STIPULA-TION** NSO-10/NGD-4: *Perennial Streams.* Prohibit surface occupancy and use and apply NGD restrictions within 152 meters (500 feet) of the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B; Figures 2-22 and 2-29, Appendix A.) | Fork area only): Allowable Use: **NO LEASING** NL-4: *Water Bodies.* Close to oil and gas leasing and geophysical exploration within 805 meters (2,640 feet) (0.50-mile) of lakes, ponds, naturally occurring wetlands and impounding reservoirs (not including stock ponds for livestock). Allowable Use: **NO LEASING** NL-5: *Water Ways:* Close to oil and gas leasing and | **STIPULATION** CSU-11/ SSR-12: *Perennial Streams.* Surface occupancy or use may be restricted and SSR restrictions may be applied on lands within 100 meters (325 feet) of the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | **STIPULATION** NSO-11/ SSR-13: *Hydrology Features.* Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (328 feet) from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) **STIPULATION** CSU-12: *Hydrology Features.* Surface occupancy or use may be restricted on lands adjacent to perennial, intermittent, | **STIPULATION** NSO-11/ SSR-13: *Hydrology Features.* Same as Alternative D. (Refer to Appendix B; Figures 2-91 and 2-93, Appendix A.) **STIPULATION** CSU-12: *Hydrology Features.* Surface occupancy or use may be restricted on lands adjacent to perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer |

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | geophysical exploration within 805 meters (2,640 feet) (0.50-mile) of all streams, watercourses, and waterways. (Refer to Appendix B; Figure 2-21, Appendix A.) | | and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For perennial, intermittent, and ephemeral streams, measure the extent from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent. For unmapped wetlands, determine the vegetation boundary (from which the buffer originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), from the extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources. | originates) in the field. Surface-disturbing activities may require special engineering design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet), from the extent of water impoundments, streams, riparian areas, and/or wetlands to protect water resources. (Refer to Appendix B; Figure 2-91, Appendix A.) |

BLM_0162148

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | | | | | Apply CSU restrictions from 325 to 500 feet of the edge of the ordinary high-water mark (bank-full stage) of perennial streams.-(Refer to Appendix B; Figure 2-23, Appendix A.) | |
| 49. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage lands within municipal watersheds and public water supply areas to provide clean drinking water to local communities. | | | | |
| 50. | **Action:** No similar action in current RMPs. | **Action:** Manage as ROW exclusion areas those lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake. | | **Action:** Manage as ROW avoidance areas those lands within 1,000 feet of either side of a classified surface water supply-stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake. | | |
| 51. | Allowable Use: **LEASE NOTICE** LN-UFO-1: *Municipal Water Supply.* If drilling is proposed, the operator is hereby notified that | **Alternative B:** **Action:** Apply the restrictions or closures specified below on the | **Alternative B.1** (North Fork area only): Allowable Use: **NO LEASING** | **Action:** Apply the restrictions or closures specified below on the following lands: • Within 1,000 feet on either side of a classified surface water- | **Action:** Apply the restrictions or closures specified below on the following lands: • Within 1,000 feet on either side of a classified surface water- | **Action:** Apply the restrictions or closures specified below on the following lands: • Within 1,000 feet on either side of a classified surface |

BLM_0162149

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | there are concerns about the municipal water source and water conveyance for the town of Norwood, Colorado. The lessee is hereby notified that special design, construction, and scheduling measures may be required in order to minimize the impacts of drilling and production. The overall goal of these measures is to protect Norwood's municipal water source (refer to Appendix B). | following lands:<br>• Within 2,640 feet (0.50-mile) on either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply."<br>• Within a 2,640-foot | NL-7: *Public Water Supplies.* Close to oil and gas leasing and geophysical exploration within 1,320 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and within a 1,320-foot buffer of all public water supplies that use a groundwater well or spring.<br><br>Allowable Use:<br>**STIPULA-TION** NSO- | supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply."<br>• Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring.<br><br>Apply the following restrictions or closures on these lands:<br>• Close to mineral materials disposal (e.g., sand and gravel).<br>• Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate).<br>• Close to coal leasing.<br>• Close to livestock grazing.<br>• Recommend to the Secretary of the | supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply."<br>• Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring.<br><br>Apply the following restrictions or closures on these lands:<br>• Close to mineral materials disposal (e.g., sand and gravel).<br>• Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate).<br>• Minimize impacts from livestock grazing on these lands.<br>• Recommend to the Secretary of the | water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply."<br>• Within 2,640 feet (0.50-mile) buffer of all public water supplies that use a groundwater well and groundwater under the direct influence of surface water.<br><br>Apply the following restrictions or closures on these lands:<br>• Close to mineral materials disposal (e.g., sand and gravel).<br>• Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate). |

BLM_0162150

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | (0.50-mile) buffer of all public water supplies that use a groundwater well or spring.<br><br>Apply the following restrictions or closures on these lands:<br>• Close to mineral materials disposal (e.g., sand and gravel).<br>• Close to nonenergy solid mineral leasing (e.g., potash, sodium, and phosphate). | 12: *Public Water Supplies.* Prohibit surface occupancy from 1,320 feet (0.25-mile) to 2,640 feet (0.50-mile) of a municipal water supply (classified surface water-supply stream segment), including intakes, and from 1,320 feet (0.25-mile) to 2,640 feet (0.50-mile) of all public water supplies that use a groundwater well or spring. (Refer to Appendix B; | Interior withdrawal from locatable minerals (e.g., gold, uranium, and other hard rock).<br>• **STIPULATION** NSO-13: *Hydrology Source.* Prohibit surface occupancy and use within 305 meters (1,000 feet) of a classified surface water supply stream segment (as measured from the average high water mark) for a distance of 8 kilometers (5 miles) upstream of a public water supply intake with the classification "*Water Supply*" by the State of Colorado.<br>• **STIPULATION** NSO-13b: *Hydrology Public Well.* Prohibit surface occupancy and use within 305 meters (1,000 feet) of groundwater public water supply wells. | Interior withdrawal from locatable minerals (e.g., gold, uranium, and other hard rock).<br>• Allowable Use:<br>**NO LEASING** NL-8: *Public Water Supplies.* Close to fluid mineral leasing and geophysical exploration 1,000 feet on either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply," and within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring.<br><br>If public water providers develop source water protection plans, apply | • Minimize impacts from livestock grazing on these lands.<br>• Require a mine plan for locatable mineral development.<br>Allowable Use:<br>**STIPULATION** NSO-69: *Public Water Supplies.* Prohibit surface occupancy and use within 305 meters (1,000 feet) on either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State of Colorado as a "water supply," and within 2,640 feet (0.50-mile) buffer of all public water supplies that use a groundwater well or groundwater under the direct influence of |

BLM_0162151

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | • Close to coal leasing. <br> • Close to livestock grazing. <br> • Recommend to the Secretary of the Interior withdrawal from locatable minerals (e.g., gold, uranium, and other hard rock). <br> • Allowable Use: **NO LEAS-ING** NL-6: *Public Water Supplies*. Close to fluid mineral leasing and geo-physical | Figure 2-21, Appendix A.) | If public water providers develop source water protection plans, apply this stipulation to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B; Figure 2-22, Appendix A.) | this "No Leasing" to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B; Figure 2-23, Appendix A.) | surface water. Also prohibit directional drilling within 457 vertical meters (1,500 vertical feet) below a surface Public Water Supply or 457 vertical meters (1,500 vertical feet) below the depth of a Public Water Supply that use a groundwater well or groundwater under the direct influence of surface water. (Refer to Appendix B; Figure 2-91, Appendix A.) Allowable Use: **STIPULATION** CSU-13: *Hydrology Source*. Surface occupancy or use may be restricted on lands located greater than 305 meters (1,000 feet) but less than 805 meters (2,640 feet) (0.50-mile) of a classified surface water supply stream segment (as measured from the |

BLM_0162152

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|--------|------|------|------|------|------|
|  |  | exploration within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply," and within a 2,640-foot (0.50- |  |  | average high-water mark) for a distance of 8.05 kilometers (5 miles) miles upstream of a public water supply intake classified by the State as a "water supply," and all public water supplies that use a groundwater well or spring. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a coordinated water resources monitoring plan to mitigate potential effects to the source water protection areas of public water supply. (Refer to Appendix B; |

BLM_0162153

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | mile) buffer of all public water supplies that use a ground-water well or spring.<br>• Allowable Use:<br>**STIPU-LATION** NGD-5: *Public Water Supplies.* Prohibit surface-disturbing activities on lands within 2,640 feet (0.50-mile) on either side of a classified surface water-supply stream segment (as | | | Figure 2-91, Appendix A.) |

BLM_0162154

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply" and within 2,640 feet (0.50-mile) of all public water supplies that use a groundwater well or spring.<br><br>If public water providers develop source water protection | | | |

BLM_0162155

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | plans, apply this "No Leasing" and NGD restriction to cover the appropriate designated area in the protection plan and apply these protection measures. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | | |
| 52. | **Objective:** No similar objective in current RMPs. | **Objective:** Provide sufficient water quantity on BLM-administered lands for multiple use management and functioning, healthy riparian, and aquatic ecosystems. | | | |
| 53. | **Action:** Work with Colorado Water Conservation Board to ensure a sufficient instream flow to benefit warm and cold water fish species on:<br>• 23 existing instream flow | **Action:** Make recommendations to the Colorado Water Conservation Board for protection or enlargements of instream flows on appropriate stream segments. Assist the Conservation Board in instream flow assessments | **Action:** No similar action. (Recommendations to the Colorado Water Conservation Board would not be required.) | **Action:** Same as Alternative B. | |

BLM_0162156

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | rights held by the Colorado Water Conservation Board and<br>• Streams where Colorado Water Conservation Board applications for instream flow water rights are pending, such as the Lower San Miguel River and Tabeguache Creek. | and monitoring of current BLM instream flow stream reaches for compliance. | | | |
| 54. | **Action:**<br>Maintain current water rights, including groundwater (e.g., wells and springs), to benefit wildlife and livestock, including:<br>• 54 surface water rights<br>• 2 ditches<br>• I well<br>• 15 reservoirs<br>• 121 springs/seeps | **Action:**<br>Maintain current water rights to benefit wildlife and livestock. Object to proposals that could jeopardize existing rights. File for new surface water rights on perennial and seasonal streams and new water rights for groundwater sources (i.e., springs/seeps, wells, reservoirs, streams) in adequate quantities to protect planning area resource needs and sustainability. | | | |
| 55. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Protect groundwater resources and recharge areas to maintain functioning condition of all parameters within the hydrologic cycle, including groundwater quantity and quality. | | | |

BLM_0162157

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| 56. | Allowable Use: No similar allowable use in current RMPs. | **Alternative B:** Allowable Use: **STIPULA-TION** NSO–14: Domestic Water Wells. Prohibit surface occupancy within 305 meters (1,000 feet) of all domestic water wells. (Refer to Appendix B; Figure 2-20, Appendix A.) | **Alternative B.1** (North Fork area only): Allowable Use: **NO LEASING** NL-9: *Domestic Water Wells and Private Water Systems.* Close to oil and gas leasing and geophysical exploration within 1,320 feet of all domestic water wells and private water systems, including ditches and domestic water decrees. | Allowable Use: No similar allowable use or action. (There would not be a stipulation or requirement on well bores.) | **Action:** Apply the following requirements to oil and gas well bores that are within 305 meters (1,000 feet) of a domestic water well, beginning at the ground surface and extending through the freshwater aquifer: • Extend surface casing through the freshwater aquifer. • Require freshwater mud for drilling the surface casing. | Allowable Use: **STIPULATION** CSU-59: *Domestic Water Wells.* Surface occupancy or use may be restricted on lands located within 305 meters (1,000 feet) of all domestic water wells. Special engineering design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Also prohibit directional drilling within 457 vertical meters (1,500 vertical feet) below the depth of a domestic water well. (Refer to Appendix B; Figure 2-91, Appendix A.) |

BLM_0162158

**Table 2-2**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | Allowable Use: **STIPULATION** NSO-15: *Domestic Water Wells and Private Water Systems.* Prohibit surface occupancy from 402 meters (1,320 feet) (0.25-mile) to 805 meters (2,640 feet) (0.50-mile) of all domestic water wells and private water systems, including ditches and domestic water decrees.<br><br>(Refer to Appendix B; | | | |

BLM_0162159