Changes in economic activity discussed above would also impact federal, state, and local tax revenues. Under all alternatives, grazing and leasable mineral royalties are likely to represent the major BLM contributions to county payments. In alternatives where billed AUMs or leasable mineral extraction increase, payments to counties would also increase.

In addition to contributions discussed above, livestock production, minerals production, and recreation spending all generate tax revenues under all alternatives.

Taxes generated for coal and recreation would be similar across all alternatives and are discussed in this section. Taxes associated with fluid mineral development and livestock grazing would vary by alternative and are discussed further under the impacts by alternative, below.

**Table 4-76** (Tax Impacts from Coal Development (2017 Dollars)) reports the tax impact from coal extraction in the Planning Area. These tax revenues are associated with the sales and income earned from extraction and transportation of coal. Note that these figures represent coal production on BLM-administered lands (Decision Area) only. These forecasts represent the total sales, income, property, and similar taxes collected over the expected RMP lifespan (10 years based on resource availability). These figures do not include severance taxes or royalties.

The tax impacts from recreation are shown in **Table 4-77** (Sales Tax Impacts from Recreation Activities: 2018, 2028, and 2038 (Thousands of 2017 Dollars)). These impacts would vary in their magnitude, as described under the general economic impacts discussion. While exact spending and tax impacts cannot be predicted, qualitative differences are discussed by alternative below.

**Table 4-76**
**Tax Impacts from Coal Development (2017 Dollars)**

| Federal | $21,007,261 |
| --- | --- |
| State and Local | $26,861,850 |

Source: IMPLAN calculations from BLM data
Note: Represents sales, income, and property tax. Excludes severance taxes and royalties.

**Table 4-77**
**Sales Tax Impacts from Recreation Activities: 2018, 2028, and 2038 (Thousands of 2017 Dollars)**

| | 2018 (Year 1) | 2028 (Year 10) | 2038 (Year 20) | Total |
| --- | --- | --- | --- | --- |
| Federal | $2,628 | $3,069 | $3,482 | $67,289 |
| State and Local | $2,727 | $3,185 | $3,614 | $69,853 |

Source: IMPLAN calculations from BLM data

### Alternative A

*Planning Area*

Livestock Grazing
Under Alternative A, the contribution of livestock grazing to the local economy would remain similar to current conditions. The future number of billed AUMs is difficult to predict, based on factors such as drought, unforeseen financial limitations on operators, market conditions, and the implementation of grazing practices designed to improve range conditions. All of these factors could impact the level of use. As a result, a high and low level of AUM use was examined to determine a range of economic impacts. The high value is represented by maximum permitted AUMs and the low value by the average of billed AUMs for the past 5 years (see **Table 4-78** [Projected Annual Low and High Livestock Grazing AUMs by Alternative]).

BLM_0163587

**Table 4-78**
**Projected Annual Low and High Livestock Grazing AUMs by Alternative**

| | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E |
|---|---|---|---|---|---|
| Average Billed AUMs (Low) | | | | | |
| Cattle | 16,208 | 14,003 | 17,126 | 16,220 | 16,208 |
| Sheep | 5,209 | 3,459 | 5,154 | 5,209 | 5,209 |
| *Total* | *21,417* | *17,461* | *22,280* | *21,429* | *21,417* |
| Maximum Permitted AUMs (High) | | | | | |
| Cattle | 26,881 | 23,222 | 28,403 | 26,919 | 26,881 |
| Sheep | 8,639 | 5,736 | 8,547 | 8,639 | 8,639 |
| *Total* | *35,520* | *28,958* | *36,950* | *35,558* | *35,520* |

Source: BLM 2018b

Quantitative impact analysis for livestock grazing as presented in the Draft RMP/EIS has been edited for all alternatives to: 1) include more recent livestock budgets for sheep and cattle in the Planning Area; 2) better account for the amount of AUMs required to produce marketable cattle or sheep; and 3) utilize updated AUM numbers corrected for minor clerical errors of allotment acres and AUMs, and correct any overlap with the Gunnison Gorge and Dominguez–Escalante NCAs in Alternative D. It should be noted that this quantitative economic analysis is limited to contributions from livestock grazing on BLM-administered lands. It is likely that grazing on private lands provides additional economic contributions. As noted in *Nature and Type of Effects*, BLM leases/permitees often rely on forage from both BLM-administered lands and private lands to support livestock operations.

Alternative A grazing use would likely range from 16,208 to 26,881 cattle AUMs and 5,209 to 8,639 domestic sheep AUMs. Over the planning period, it would support approximately an annual average of 24 to 29 total jobs. Planning Period total economic output is estimated at $39.89 to $51.34 million (**Table 4-79** [Regional Economic Impacts for Livestock Grazing by Alternative]). It should be noted that, currently, permittees in general are not using the total permitted AUMs. As a result, decreases in permitted AUMs could result in limited impacts on operators. In addition, some of the reduction in AUMs is due to the closure of allotments that are currently vacant. Impacts would, however, vary through the Planning Area, as AUMs are not evenly reduced across UFO allotments.

**Table 4-79**
**Regional Economic Impacts for Livestock Grazing by Alternative (2017 Dollars)**

| | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E |
|---|---|---|---|---|---|
| Average Billed AUMs (Low) | | | | | |
| Direct Output | $17,977,820 | $14,569,960 | $18,641,780 | $17,942,300 | $17,977,820 |
| Total Output | $39,886,320 | $25,119,640 | $32,156,440 | $30,955,640 | $39,886,320 |
| Total Labor Income | $10,725,540 | $10,438,200 | $8,107,320 | $7,834,300 | $10,725,540 |
| Total Jobs (average annual) | 24 | 14 | 18 | 18 | 24 |
| Maximum Permitted AUMs (High) | | | | | |
| Direct Output | $29,748,340 | $24,155,020 | $30,818,580 | $29,759,300 | $29,748,340 |
| Total Output | $51,324,400 | $41,646,600 | $53,174,720 | $51,342,920 | $51,324,400 |
| Total Labor Income | $12,989,500 | $10,386,140 | $13,364,800 | $12,994,260 | $12,989,500 |
| Total Jobs (average annual) | 29 | 23 | 30 | 29 | 29 |

Source: IMPLAN calculations from BLM data

BLM_0163588

**Table 4-80** (Sales and Property Tax Impacts from Livestock Grazing by Alternative (2017 Dollars)) shows the tax impact from livestock production on Decision Area lands for the estimated billed AUMs used and the maximum permitted AUMs. The table represents the sales and property tax impacts over the expected lifespan of the RMP (20 years).

### Table 4-80
### Sales and Property Tax Impacts from Livestock Grazing by Alternative (2017 Dollars)

|  | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E |
|---|---|---|---|---|---|
| **Billed AUMs** | | | | | |
| Federal | $2,337,160 | $1,389,980 | $1,796,080 | $1,734,680 | $2,337,160 |
| State and Local | $1,239,280 | $745,680 | $964,400 | $931,740 | $1,239,280 |
| **Permitted AUMs** | | | | | |
| Federal | $2,876,120 | $2,304,420 | $2,962,940 | $2,877,180 | $2,876,120 |
| State and Local | $1,544,840 | $1,236,260 | $1,590,020 | $1,545,400 | $1,544,840 |

Source: IMPLAN calculations from BLM data

The quantitative analysis above examines the level of economic activity associated with grazing on BLM-administered lands. In spite of differences in fees for grazing on BLM-administered versus private land, when other factors are considered (such as animal loss, rangeland improvement and maintenance, moving livestock, and herding), the cost of forage on BLM-administered land compared with private land is generally similar (Rimbey and Torell 2011). In addition, it should be noted that the economic activity presented above does not affect other resources or ecosystem services.

As described under **Nature and Type of Effects**, livestock grazing impacts are also broader than those portrayed by quantitative economic impacts, as grazing represents an important historical source of employment and way of life in the Planning Area

Recreation and Visitor Services
Under Alternative A, facilities would likely be strained if projected visitation levels for 10 or 20 years in the future were realized, and the limited number of SRMAs would provide a minimal level of targeted recreation. If visitors were to use other local lands in lieu of the Planning Area, due to these constraints, economic impacts could be limited; but if visitors decided to go to a different region, economic impacts on local communities and counties could occur.

Fluid and Solid Leasable Minerals
Fluid and solid leasable minerals extraction (coal, oil and gas, and geothermal resources) under Alternative A would continue on current trends, as described in **Chapter 3**.

Approximately 459,650 acres (53 percent of federal fluid mineral estate) are open in the higher development potential areas for conventional oil and gas, and 412,150 acres (47 percent of federal fluid mineral estate) are open in the lower development potential areas for conventional oil and gas. An additional 456,190 acres with coalbed gas potential are open to drilling.

The following tables present the level of predicted natural gas development (i.e., drilling and completion of wells) and associated economic impacts based on information outlined under **Assumptions**. This is followed by predicted level of natural gas production and associated economic impacts. Details of analysis methods are provided in **Appendix S**, Socioeconomics Technical Methodology.

As stated under **Assumptions**, these estimates represent only new natural gas wells on BLM-administered mineral estate in the Planning Area. The analysis excludes production from existing wells

BLM_0163589

on BLM-administered mineral estate, and new or existing wells on private or state minerals. Analysis also excludes development of wells on National Forest System lands.

The forecast level of annual well development for BLM-administered minerals is presented in **Table 4-81**, Projected Annual Natural Gas Well Development. Economic impacts associated with these forecasts, extrapolated over the planning period, are included in **Table 4-82**, Regional Economic Impacts for Natural Gas Development (Thousands of 2017 Dollars), 2018-2038.

**Table 4-81**
**Projected Annual Natural Gas Well Development**

|  | Alternative A | Alternative B | Alternative B.1 | Alternative C | Alternative D | Alternative E |
|---|---|---|---|---|---|---|
| Conventional/Shale | 5.2 | 6.7 | 5.4 | 8.6 | 8.4 | 9.2 |
| Coal Bed Natural Gas | 4.8 | 4.4 | 2 | 9.9 | 7.3 | 7.6 |
| Total | 10.0 | 11.1 | 7.3 | 18.5 | 15.7 | 16.8 |

Source: BLM UFO resource specialist estimates
Note: Includes wells on BLM-administered surface and federal mineral estate within the Decision Area only. Excludes wells on National Forest System lands.

**Table 4-82**
**Regional Economic Impacts for Natural Gas Development (Thousands of 2017 Dollars), 2018-2038**

|  | Alternative A | Alternative B | Alternative B.1 | Alternative C | Alternative D | Alternative E |
|---|---|---|---|---|---|---|
| Total jobs (Annual Average) | 138 | 158 | 111 | 259 | 217 | 234 |
| Total Labor Income | $151,126 | $174,223 | $122,752 | $284,175 | $239,299 | $257,501 |
| Direct Economic Output | $476,072 | $548,021 | $385,300 | $894,378 | $754,543 | $810,700 |
| Total Economic Output | $630,310 | $725,141 | $509,412 | $1,184,486 | $997,613 | $1,073,125 |

Source: IMPLAN calculations from BLM data
Note: Utilizes spending profiles for well drilling and completion specific well types based on the Reasonably Foreseeable Development Scenario for the UFO (BLM 2012) and BLM UFO specialist experience. Assumes 84 percent completion ratio for all wells. Assumes 50 percent local employment

Alternative A would result in development of approximately 10 wells on an annual basis. Over the planning period, it would support an average annual of 138 total jobs. 20-year planning period estimates are $476 million direct economic output and $630 million total economic output (see **Table 4-82**, Regional Economic Impacts for Natural Gas Development (Thousands of 2017 Dollars), 2018-2038).

Current factors influencing gas production are likely to continue, as discussed under **Chapter 3**. The forecast level of production is displayed in **Table 4-83**, Projected Gas Production (Thousand Cubic Feet). Production varies by year based on the number of productive wells and the level of production per well. Analysis is based on well development levels as specified in **Table 4-81**, Projected Annual Natural Gas Well Development, and assumes an initial production levels of 183,800 per well, and declines in production for similar well types in other BLM Colorado Field Offices. An 84 percent completion ratio is assumed for all wells.

BLM_0163590

**Table 4-83**
**Projected Gas Production (Thousand Cubic Feet)**

| | Alternative A | Alternative B | Alternative B.1 | Alternative C | Alternative D | Alternative E |
|---|---|---|---|---|---|---|
| Year 1 (2018) | 1,581,754 | 1,755,746 | 1,170,498 | 2,926,244 | 2,483,353 | 2,657,346 |
| Year 10 (2028) | 8,600,920 | 8,894,931 | 5,274,115 | 16,628,441 | 13,337,612 | 14,753,258 |
| Year 20 (2038) | 12,601,112 | 12,848,760 | 7,420,822 | 24,563,399 | 19,494,221 | 20,929,511 |
| Years 1-20 | 165,132,693 | 170,600,154 | 100,963,329 | 319,451,385 | 256,029,315 | 277,322,517 |

Source: Production levels based on BLM well estimates, and decline rations from IHS Enerdeq 2018
Note: Production varies by year based on the number of productive wells and the level of production per well. Analysis is based on well development levels as specified in **Table 4-87**, Projected Annual Natural Gas Well Development, initial production levels of 183,800 per well, and declines in production for similar well types in other BLM Colorado Field Offices. Assumes 84 percent completion ratio for all wells.

Economic impacts presented represent the total over the planning period. Annual economic impacts would vary each year according to the number of active wells and the rate of production of wells. Wells are assumed to be productive over the life of the RMP, with rates of production declining each year. The decline in production in wells is estimated based on rates of decline seen in similar well types for other BLM Colorado Field Offices. Details are provided in **Appendix S**, Socioeconomics Technical Methodology.

Under Alternative A, estimated production levels would support an average of 73 total average annual jobs. Over the 20-year planning period, production would support $114 million in direct economic output and $190 million in total economic output (**Table 4-84**, Regional Economic Impacts for Natural Gas Production (Thousands of 2017 Dollars), 2018-2038).

Based on the estimated level of development and production, contributions to federal and local sales taxes over the 20 year planning period are estimated in **Table 4-85**, Tax Impacts from Gas Production and Development (Thousands of 2017 Dollars). In addition, the estimated contribution to Colorado portion of federal mineral royalty revenue is included below. Royalty contributions are based on predicted level of production and do not include bonus payments.

**Table 4-84**
**Regional Economic Impacts for Natural Gas Production (Thousands of 2017 Dollars), 2018-2038**

| | Alternative A | Alternative B | Alternative B.1 | Alternative C | Alternative D | Alternative E |
|---|---|---|---|---|---|---|
| Total Jobs (average annual) | 73 | 76 | 45 | 141 | 113 | 123 |
| Total Labor Income | $70,220 | $72,544 | $42,933 | $135,842 | $108,872 | $117,927 |
| Direct Economic Output | $114,031 | $117,807 | $69,719 | $220,595 | $176,798 | $191,503 |
| Total Economic Output | $190,027 | $196,319 | $116,184 | $367,611 | $294,627 | $319,131 |

Source: IMPLAN calculations from BLM and US Energy Information Administration data
Note: Based on 2018 to 2038 average reference case natural gas price from the Dakotas/Rocky Mountain region (US Energy Information Administration 2018a)

BLM_0163591

**Table 4-85**
**Tax Impacts from Gas Production and Development (Thousands of 2017 Dollars)**

| | Alternative A | Alternative B | Alternative B.1 | Alternative C | Alternative D | Alternative E |
|---|---|---|---|---|---|---|
| **Development** | | | | | | |
| Federal Tax | $33,903 | $39,072 | $27,496 | $61,137 | $53,594 | $57,676 |
| State and Local Tax | $22,555 | $25,873 | $18,090 | $52,065 | $35,624 | $38,311 |
| **Production** | | | | | | |
| Federal Tax | $14,380 | $14,856 | $8,792 | $27,819 | $22,296 | $24,150 |
| State and Local Tax | $26,644 | $27,526 | $16,290 | $51,543 | $41,309 | $44,746 |
| Colorado Federal Mineral Royalty Share | $38,730 | $40,012 | $23,680 | $74,923 | $60,048 | $65,042 |

Source: IMPLAN calculations from BLM data for sales tax data
Taxes include employee compensation and proprietor income taxes, taxes on production and import (including property and severance tax), household tax (i.e., income tax), and corporation tax.
Note: Federal mineral royalties assumes current rate of royalty distributions and is based on estimated projection levels and average sales price from US Energy Information Administration 2018a.

It can also be anticipated that assuming current rates of ad valorem and severance, as presented in **Chapter 3**, increased production of gas on BLM-administered lands would result in a comparable increase in contributions to local counties and communities. It should be noted that severance tax distribution is related to the percentage of county residents employed in the natural resource-extraction industry; therefore, level of distributions can vary dependent on the percentage of local workers employed in development and operations. Operations that rely on nonlocal employees will result in lower level of distributions. In addition, severance tax revenue varies based on the size of the operation, costs of transportation, and property tax deductions. Ad valorem taxes would vary based on the tax rate of the local municipality and are not estimated here. As noted in *Nature and Type of Effects*, energy and mineral development could impact property values, as well as other land uses, such as organic farming. Impacts could also occur to local residents and communities from construction development and truck traffic. The level of impacts would depend on the timing and location of development. For property values, impacts would likely be concentrated on private lands within 1 mile of active wells. In term of organic farming, impacts could occur to area farms due to real or perceived impacts from development, particularly as related to water quality. Road repair costs would depend on the level of costs, which are not offset by increased tax payments.

Mineral resource management under Alternative A would continue to support current levels of salable, locatable, and leasable mineral resource uses. Local economies where mineral and energy development on BLM-administered lands supports jobs and businesses would not be impacted. Changes to visual landscapes would continue to occur as a result of development both on and off BLM-administered lands. The potential for social changes to local area communities would continue to be present, with intensity of development largely dependent on market value of resources.

Nonmarket values would reflect current conditions and trends, as described in **Chapter 3**. Levels of protected lands and resources would remain similar to current conditions, so effects on those that value resource protection would be minimal. Levels of nonlabor income and other indicators would follow recent trends, barring changes in the local economy outside of BLM management control.

BLM_0163592

*Socioeconomic Units*

Impacts under Alternative A are generally as described under **Nature and Type of Effects**. Current conditions would continue, and relative importance of economic sectors and social values in the five units is not expected to change.

### Alternatives B and B.1

*Planning Area*

Alternative B would continue the BLM's current practice of allowing multiple uses, but it would prioritize resource conservation over resource uses, such as energy development. Under this alternative, surface use restrictions would be increased, additional areas would be set aside as protected areas, and stipulations to protect air and water quality would be increased. As a result, the magnitude of development and additional structures associated with resource uses are likely to be less that that seen in historic trends and under Alternative A. This might be inconsistent with the management actions advocated by some interest groups (e.g., fluid mineral development interests) and could promote the desired values advocated by others (e.g., individuals interested in resource conservation or wilderness).

Livestock Grazing

Under Alternative B, the contribution of livestock grazing to the local economy would decrease due to a reduction in permitted AUMs and limitations on management, which could result in additional reductions in billed AUMs. Alternative B grazing use would likely range from 14,003 to 23,222 cattle AUMs and 3,459 to 5,736 domestic sheep AUMs (see **Table 4-78**). It would support an annual average of approximately 14 to 23 total jobs. Over the 20-year planning period, it would support $25.12 to $41.65 million in total economic output. Total changes in permitted AUMs represent a reduction of 6,562 AUMs from Alternative A. Similarly, average billed AUMs are estimated to be reduced by 3,956 AUMs from Alternative A.

Under Alternative B, subdivision of ranch land and related development and sale of ranchette parcels would continue. This could be more intense than historic trends because Alternative B would likely result in measurable economic impacts for many operations that use federal land for forage, including those who currently graze domestic sheep where allotments would be required to convert to cattle.

Recreation and Visitor Services

Under Alternative B, total number of area visitors would be influenced by population and economic changes, and visitation is expected to increase, as discussed for Alternative A. However, the activities conducted on BLM-administered lands and related area spending could be influenced by BLM management actions. Under Alternative B, 12 SRMAs would be developed, with an emphasis on targeted recreation experiences. Under Alternative B, travel and transportation management would limit additional areas to motorized and mechanized use (41,240 and 41,010 acres, respectively), reducing the opportunity for this type of recreation but improving the natural and cultural landscape and enhancing recreational outcomes and settings over the long term. Eliminating open area travel designations impacts OHV users, particularly in the North Delta OHV area. There would be impacts on residents who value recreating in this area, as well as potential economic impacts related to reduction in visits from out-of-area motorized users. Management of additional areas to protect lands with wilderness characteristics units could increase nonmotorized and primitive recreation in these areas; because nonmotorized visitor spending is typically lower than that of motorized users, there could be an overall impact on economic contributions.

Prohibition of SRPs for competitive events in specific SRMAs under Alternative B could result in some reduction of economic contributions, but this could improve the quality of recreation for those not

BLM_0163593

participating in such events. It is likely that sales tax receipts for recreation under Alternative B would be reduced from those under Alternative A, due to motorized recreation limitations.

Watchable Wildlife Viewing Sites

Management of watchable wildlife viewing sites could provide additional opportunities for visitors interested in general wildlife or bird watching and could increase related economic expenditures in the local economy.

Fluid and Solid Leasable Minerals

Approximately 12 percent of the Somerset coal field would be closed to mining under Alternative B. Very little change in coal production and associated economic impact would result from this closure. Quantitative economic impacts from this coal field would be the same as those under *Effects Common to All Alternatives*.

For oil and gas, closures to extraction would limit the area available for development. Approximately 696,450 acres of federal fluid mineral estate would be open to leasing, 20 percent less than under Alternative A. Approximately 219,580 acres of federal fluid mineral estate would be closed to fluid mineral leasing, nearly 5 times the acreage under Alternative A. Closures and stipulations, including NL and an NGD restriction within 0.50-mile of public water supplies (streams, wells, or springs), NSO near domestic water wells, NSO and NGD within 500 feet of perennial water bodies, and NL within 0.25-mile of major rivers, would be applied.

Alternative B would result in development of approximately 11.1 wells on an annual basis. Over the planning period, it would support average annual 158 total jobs. Over the planning period, development would support $548 million direct economic output, and $725 million total economic output (a 15 percent increase from Alternative A). These projections are based on the level of well development. Stipulations could alter development costs. Increased costs of development could lead to additional contributions to the local economy per well, but may influence the location and/or timing of development.

Under Alternative B, estimated production levels would support an annual average of 76 total jobs. Over the planning period production would support $117 million in direct economic output and $196 in total economic output (a 3 percent increase from Alternative A).

Locatable Minerals, Mineral Materials, and Nonenergy Leasable Minerals

Additional closures and permitting requirements would likely impact solid mineral extraction. Future mining of nonenergy solid minerals would be precluded on approximately 396,520 acres (43 percent) of the federal mineral estate, and additional SSR and TL limitations would apply. As a result, special constraints could be applied to the mining activity, or the activity could be shifted to a new location. Due to the lack of potential for exploration or development over the life of the RMP, economic impacts would be limited.

If fully withdrawn, locatable mineral entry would be prohibited on 415,330 acres of the federal mineral estate, or 46 percent of the federal mineral estate (7 times the acreage under Alternative A, and the most restrictive for locatable minerals). Current levels of jobs and income provided by this industry are low, but such closures and restrictions could prevent future increases in development.

Likewise, salable mineral material extraction would be limited by stipulations and closures, and costs to local communities could increase if they were required to find other sources of materials or to get materials from greater distances, as transportation costs of gravel and other salable minerals is high.

BLM_0163594

Areas of Critical Environmental Concern, Lands with Wilderness Characteristics, and Visual Resources
More acreage would be managed under protected areas (ACECs, protected lands with wilderness characteristics units, and VRM Class I and II acres) than under all other alternatives. Therefore, Alternative B would generally provide more protection of nonmarket values and natural amenities. Consequently, well-being associated with nonmarket values, and the potential contributions from new residents and tourists attracted by natural amenities, could be greater than under the other alternatives.

Fluid and Solid Leasable Minerals
Under Alternative B.1, additional restrictions would apply to oil and gas extraction in the North Fork area. Approximately 609,360 acres of federal mineral estate would be open to leasing, 31 percent less than Alternative A. Approximately 306,670 acres would be closed to fluid mineral leasing, 7 times greater than Alternative A. Closures and stipulations would be applied and include NL within 0.25-mile of public water supplies (streams, wells, or springs) and NSO between 0.25- and 0.50-mile of these supplies; NL within 0.25-mile of domestic water wells, ditches, canals, dams, and other water conveyance; NL within 0.50-mile of major rivers and NSO between 0.50- and 1 mile of these features; and NSO within 0.25-mile of agricultural operations. All additional restrictions under Alternative B.1 would occur in the North Fork area only; Alternative B.1 would close 104,750 acres (75 percent) of the North Fork area to oil and gas leasing, which is 94,140 acres more than Alternative B. These closures and stipulations on oil and gas development are intended to protect local water sources for North Fork Valley residents and to maintain water quality for local agricultural operations. Specific limitations on development in this portion of the Planning Area, including NSO stipulations and NL areas, could result in preferential development on adjacent lands where mineral resources are available. The specific impacts on the regional economy would depend on how much development occurred outside of the socioeconomic Planning Area and cannot be determined at the land use planning level; however, Alternative B.1 would be the most restrictive of fluid mineral development in the North Fork area and is therefore likely to have the greatest impact on economic contributions from the oil and gas industry in the Planning Area and in the North Fork area in particular.

Under the increased restrictions under Alternative B.1, economic impacts from development totals would be reduced to approximately 111 total average annual jobs. Over the planning period, development would support $385 direct economic output and $509 total output (a 19 percent decrease from Alternative A) (see **Table 4**-82, Regional Economic Impacts for Natural Gas Development (Thousands of 2017 Dollars), 2018-2038).

Under Alternative B.1, the inclusion of additional limitations on development in the North Fork Valley would result in a decreased level of production and associated economic impacts. Alternative B.1 would support annual average of 45 total jobs. Over the planning period, production would support $69.7 million in direct economic output and $116 million in total economic output, the lowest of all alternatives (a 2 percent decrease from Alternative A) (**Table 4-84**, Regional Economic Impacts for Natural Gas Production (Thousands of 2017 Dollars), 2018-2038).

As noted in **Nature and Type of Effects**, energy and mineral development could impact property values and other land uses, such as organic farming. Based on projected development levels, impacts under Alternative B would be slightly increased over Alternative A, and Alternative B.1 would be reduced from those under Alternative A. Similarly, impacts on local communities from construction, including road repair costs, would be slightly increased under Alternative B and decreased under Alternative B.1.

Contributions to state and local taxes, federal taxes, and royalties would increase slightly from those in Alternative A due to the projected levels of drilling and development in Alternative B. Alternative B.1

BLM_0163595

represents the lowest level of tax contributions of any alternatives (**Table 4-85**, Tax Impacts from Gas Production and Development (Thousands of 2017 Dollars)).

*Socioeconomic Units*

Under Alternative B, the RMP goals and objectives would emphasize resource protection and ecological preservation. As a result, socioeconomic units that are more dependent on tourism and other nonextractive uses (in particular, unit 4) are likely to see social and/or economic contributions from this alternative. This is because management would promote preservation of values important to attracting residents and visitors. Resource use under this alternative would be limited compared with Alternative A due to the addition of special designation areas, withdrawals, and leasing stipulations. As discussed under **Nature and Type of Effects**, leasing restrictions do not always result in decreased economic output, but socioeconomic units more dependent on resource extraction (socioeconomic units 1 and 5) could be impacted under this alternative if restrictions were to result in energy developers preferentially developing lands outside of the Planning Area. North Fork Valley area residents in socioeconomic unit 2 have noted conflicts with farming and recreational opportunities, as well as social energy development; these concerns could be reduced by some of the more-protective measures under this alternative. In addition, communities dependent on ranching (socioeconomic units 3 and 5), particularly those with domestic sheep ranches, could be impacted due to limitations on management opportunities and requirements to convert allotments to cattle, as discussed under **Alternative B – Planning Area**, above.

Under Alternative B.1, additional restrictions on oil and gas leasing would be placed on development in the North Fork area, primarily in socioeconomic unit 2. Impacts would be as discussed for Alternative B, with the potential for decreased economic contributions from resource extraction activities and increased contributions to nonextractive uses in socioeconomic unit 2.

### Alternative C

*Planning Area*

Alternative C would continue the BLM practice of allowing multiple uses but would prioritize the use of resources, such as energy development, over the conservation of resources, such as air quality and wildlife. This might be consistent with the culture advocated by some interest groups (e.g., developers) and inconsistent with the culture advocated by others (e.g., wilderness advocates).

Livestock Grazing

Under Alternative C, the contribution of livestock grazing to the local economy could decrease due to a lower level of permitted AUMs compared with Alternative A. Alternative C livestock grazing use would likely range from 17,126 to 28,403 cattle AUMs and 5,154 to 8,547 domestic sheep AUMs (see **Table 4-78**). It would support an annual average of approximately 18 to 30 jobs. Over the 20-year planning period, grazing would support $32.16 to $53.14 million in total economic output. Total changes in permitted AUMs represent a slight decrease compared with Alternative A, while billed AUM estimates are slightly higher than in Alternative A. Consequently, permittees could have slightly increased costs associated with grazing public versus private lands. Additionally, limitations on domestic sheep grazing could impact permittees on allotments running sheep. In general, fewer restrictions would be applied to grazing management under this alternative; therefore, permittees would be more likely to be able to utilize permitted level of AUMs, weather and other factors notwithstanding. As a result, overall economic contributions could trend towards the higher end of the predicted scale above. It is likely that BLM management actions under Alternative C would not promote the subdivision of ranches and loss of grazing traditional culture and would generally be consistent with historic trends.

BLM_0163596

## Recreation and Visitor Services, Comprehensive Travel and Transportation Management, and Special Designations

Under Alternative C, the total number of area visitors would be expected to increase, as discussed for Alternative A. Under Alternative C, targeted recreation would be reduced, as ERMAs would be established in place of SRMAs. Under this classification, other resources could be emphasized in addition to recreation. Specific valued outcomes desired by current visitors, service providers, and affected communities may not be available in the future. If visitors do not receive the desired experience, they are less likely to return to the area or spend money for local support services, thereby reducing potential contributions to the local economy in the long term. By having fewer restrictions on recreation for protection of air, water, and biological resources, there would be more opportunities to participate in activities; however, the recreational physical setting may be diminished due to affected habitat conditions and fewer opportunities to experience wildlife.

Under Alternative C, impacts on routes closed to motorized and mechanized use are similar to those described for Alternative B. Under Alternative C, however, open area designations would be permitted at approximately 1 percent above that under Alternative A. Increasing these open areas would have impacts on OHV use in the North Delta OHV area and the Kinikin Hills ERMA, increasing opportunities for local residents who desire this experience and promote spending for motorized vehicle use by area visitors. Similarly, areas closed to motorized use would be reduced, increasing options for those who prefer this form of recreation. No lands with wilderness characteristics units would be managed to protect those characteristics, and no lands would be determined eligible or suitable for inclusion in the NWSRS. Consequently, opportunities for those who desire a primitive recreation experience would be reduced, and economic contributions from this group could be reduced. Sales tax receipts from recreational activities could be reduced from those under Alternative A, due to reduced emphasis on targeted recreation opportunities.

## Fluid and Solid Leasable Minerals

Fluid and leasable minerals production under Alternative C would be higher than under the other alternatives.

Approximately 8 percent of the Somerset coal field would be closed to mining under Alternative C. As discussed under *Effect Common to All Alternatives*, very little change in coal production and associated economic impact would result from this closure.

Fewer stipulations and closures for oil and gas development and extraction, as compared with other action alternatives, could decrease costs for developers and encourage development. The amount of federal fluid mineral estate open and closed to leasing is the same as under Alternative A (871,810 acres and 44,220 acres, respectively). However, fewer acres would be open to leasing without NSO and CSU stipulations (392,390 acres, compared with 726,340 acres under Alternative A).

Alternative C would result in the highest number of annual wells developed, at approximately 18.5 per year. Alternative C would support an annual average of 259 total jobs. Over the planning period, this would result in 894 million direct economic output, and $1,184 million total economic output (1.9 times that of Alternative A) (see **Table 4-82**, Regional Economic Impacts for Natural Gas Development (Thousands of 2017 Dollars), 2018-2038).

Under Alternative C, estimated production levels would support an annual average of 141 total jobs. Production would support $221 million in direct economic output and $367 in total economic output over the 20-year planning period (a 93 percent increase from Alternative A) (**Table 4-84**, Regional Economic Impacts for Natural Gas Production (Thousands of 2017 Dollars), 2018-2038).

BLM_0163597

Likewise, contributions to state and local taxes, federal taxes, and royalties under Alternative C would be the highest of any alternative due to the projected levels of drilling and development (**Table 4-85, Tax Impacts from Gas Production and Development (Thousands of 2017 Dollars)**).

Also, similarly, fewer closures and permitting requirements would be likely to impact solid mineral extraction, with potential increases in uranium development, where permitted, if the Piñon Ridge uranium mill is completed.

Salable mineral material extraction would be similar to that under Alternative A, and local communities should be able to extract resources at low costs.

Due to increased development potential, this alternative represents the highest potential for impacts on property values, organic farming, construction, and other land uses due to energy and mineral development, as described under *Nature and Type of Effects.*

Alternative C would result in approximately the same economic opportunities in the Planning Area as Alternative A. However, because of the greater emphasis on resource use under Alternative C, it could result in additional impacts on air quality, wildlife, and other resources that contribute to quality of life related to natural characteristics. Under Alternative C, continued development of oil and gas wells, ROWs, and other human-made structures on the landscape and fewer VRM Class I and II areas and special protection areas would decrease nonmarket values associated with open space and wilderness. However, because this alternative emphasizes resource development, the magnitude of these decreases would be greater than historic trends and greater than impacts under Alternative A.

*Socioeconomic Units*

Under Alternative C, the RMP goals and objectives would emphasize natural resource consumption and commodity production. As a result, community visions for socioeconomic units that are more dependent on mining, oil and gas, and other extractive industries (units 1, 3, and 5) are likely to correspond with the management decisions under this alternative. This is because management would emphasize resources and resource use. Resource use would increase, compared with Alternative A, due to the increased acreage allowed for fluid minerals and mineral materials leasing.

Ecological protections and recreation areas would decrease, compared with Alternative A, since management actions would not designate any new ACECs or manage river segments as eligible or suitable for inclusion in the NWSRS. Many of the recreation areas would also be managed as ERMAs rather than SRMAs, allowing for other management objectives to take precedence over recreation. This could impact all socioeconomic units because scenic and recreation opportunities could be diminished by increased development, and values important to attracting nonlabor income groups and tourists could be decreased. This would be of particular importance for residents within socioeconomic unit 2, which have noted particular concerns with impacts of energy and mineral development on the tourism and organic farming industries. In addition, communities dependent on ranching (socioeconomic units 3 and 5), particularly those with domestic sheep ranches, could be impacted due to limitations on management opportunities and requirements to convert allotments to cattle, as discussed under *Alternative C – Planning Area.*

**Alternative D**

*Planning Area*

Alternative D would aim to balance resource uses, such as energy development, with resource conservation, resulting in economic opportunities associated with resource development and preserving scenic and environmental values.

BLM_0163598

<u>Livestock Grazing</u>
Under Alternative D, the permitted AUMs would be similar to those under Alternative C. Additional measures would impose some limits on livestock grazing operations and allocation of additional forage. Alternative D grazing use would likely range from 21,429 to 26,919 cattle AUMs and 5,209 to 8,639 domestic sheep AUMs (see **Table 4-78**). It would support an annual average of approximately 18 to 29 jobs. Over the planning period, grazing would support $30.96 to $51.34 million in total economic output. Total changes in permitted AUMs represent a slight increase from Alternative A. Domestic sheep grazing also would be limited in certain allotments that currently allow sheep and cattle, based on the likelihood of conflict with bighorn sheep. This would result in potential impacts on permittees grazing domestic sheep, although no allotments with only sheep grazing would be closed under this alternative. In addition, subdivision of ranches and loss of grazing traditional culture could occur and would generally be consistent with historic trends.

<u>Recreation and Visitor Services, Comprehensive Travel and Transportation Management, and Special Designations</u>
As under all other alternatives, the total number of area visitors would increase. Under Alternative D, seven SRMAs would provide long-term protection of specific targeted recreation outcomes in those areas, similar to Alternative B but at a reduced level. Similar to Alternative C, recreation decisions to manage four ERMAs would support principal recreation activities in these areas, and recreation would be managed commensurate with other resources. As a result, there would be a variety of recreation opportunities for residents, which would attract visitor spending in the area.

Under Alternative D, areas closed to motorized and mechanized use would be higher than that under Alternative A (30 percent more), and acres limited to designated routes would be similar to those under Alternative C. As under Alternative B, open areas would be limited to designated routes, with potential impacts on visitor experience and economic contributions.

Some recreation opportunities would be limited by restrictions for resource protection, but recreation experiences would be preserved in the long term. Lands with wilderness characteristics units managed to protect those characteristics, and stream segments managed as suitable for inclusion in the NWSRS, would present opportunities for those who desire a primitive recreation experience, as discussed under Alternative B; however, due to fewer acres restricted, more-flexible opportunities for recreation could represent potential economic contributions to local communities. Issuing SRPs and competitive events as discretionary actions would continue to provide economic opportunities for commercial outfitting services. Alternative D would prohibit motorized and nonmotorized competitive events in specific SRMAs, limiting impacts on visitors not interested in such events. Under Alternative D, tax receipts could increase slightly from those under Alternative A due to a variety of recreational opportunities, including targeted recreation experience in SRMAs and opportunities for motorized and nonmotorized recreation.

<u>Fluid and Solid Leasable Minerals</u>
Approximately 2 percent of the Somerset coal field would be closed to mining under Alternative D. Minimal change in coal production and associated economic impact would result from this closure, because of the area closed and its low potential for mining in the next 20 years. Economic impacts from this coal field would be similar to those described under Alternative A.

Under Alternative D, 50,060 acres of federal fluid mineral estate would be closed to fluid mineral leasing and approximately 865,970 acres of federal fluid mineral estate would be open to fluid mineral leasing, a slight decrease from Alternative A. A greater number of acres would have stipulations imposed on leasing; therefore, associated costs for development could be increased above that in Alternative A. As a result, the likelihood of development could be more greatly impacted by gas prices and market factors.

BLM_0163599

It is estimated that Alternative D would result in the development of approximately 15.7 gas wells per year. Over the planning period, it would support an annual average of 217 average total jobs. Development would result in $754 million direct economic output and $998 million total economic output over the planning period (1.6 times that of Alternative A) (see **Table 4-**82, Regional Economic Impacts for Natural Gas Development (Thousands of 2017 Dollars), 2018-2038).

Under Alternative D, estimated production levels would support an annual average of 113 total jobs. Over the planning period, production would support $177 million in direct economic output and $294 million in total economic output (a 55 percent increase from Alternative A) (**Table 4-84**, Regional Economic Impacts for Natural Gas Production (Thousands of 2017 Dollars), 2018-2038).

Contributions to state and local taxes, federal taxes, and royalties would increase from those under Alternative A due to the projected levels of drilling and development (**Table 4-85**, Tax Impacts from Gas Production and Development (Thousands of 2017 Dollars)).

Closures and permitting requirements would continue to impact solid mineral extraction, with potential increases in uranium development, where permitted. Likewise, salable mineral extraction would have limitations beyond that under Alternative A.

Due to continued fluid mineral development, this alternative represents continued potential for impacts on property values and the organic farming industry, as well as local residents and community road repair costs, with site-specific variation as discussed under *Nature and Type of Effects*. Although levels of development and production are projected to be slightly above those in Alternative A, inclusion of additional stipulations to limit impacts on water have the potential to reduce the impacts.

Alternative D would result in a variety of economic opportunities in the Planning Area, with a balance between resource use and preservation of resources. Under this alternative, continued development of energy and mineral resources would allow for economic contributions from resource extraction, while preserving values that impact quality of life nonmarket values and attract nonlabor income, such as that from visitors seeking open space and wilderness.

*Socioeconomic Units*

Under Alternative D, the RMP goals and objectives would balance resource consumption, human interests, and ecological conservation. Compared with Alternative A, this alternative provides significant lands for coal, fluid minerals, and mineral materials leasing, while creating more ecological emphasis areas and managing lands with wilderness characteristics units to protect those characteristics. As a result, socioeconomic units that depend on mineral extraction from federal lands (units 1, 3, and 5) would be able to use these resources, while preserving their scenic character. This alternative also proposes a mix of SRMAs and ERMAs, allowing all socioeconomic units to continue attracting recreationists. The livestock grazing opportunities would be similar to those under Alternative A, with only small acreages closed to all livestock. This would allow ranchers to remain near or at their current livestock levels, although impacts could still occur in those allotments where permittees would be required to convert to cattle from sheep grazing. Grazing and agriculture represents an important economic sector in socioeconomic units 3 and 5.

## *Alternative E*

*Planning Area*

Alternative E, the Proposed RMP, would allow for resource uses, such as energy development, while providing site-specific stipulations to limit impacts on resources, and would take into account input received in public comments on the Draft RMP/EIS.

BLM_0163600

Livestock Grazing

Under Alternative E, although a slight reduction in acres available to grazing would occur, the permitted and estimated billed AUMs would be the same as those under Alternative A. Alternative E grazing use would likely range from 16,208 to 26,881 cattle AUMs and 5,209 to 8,639 domestic sheep AUMs (see **Table 4-78**). As under Alternative A, this level of grazing on BLM-administered lands would support an annual average of approximately 24 to 29 jobs. Over the planning period, grazing would support $39.89 to $51.34 million in economic output. Additional measures could impose some site-specific limits on livestock grazing for the protection of other resources. Domestic sheep grazing could have limits imposed based on the likelihood of conflict with bighorn sheep, with impacts as discussed under Alternative D. Livestock grazing on Decision Area lands would continue to support grazing operations on private and public lands and contribute to local communities' social setting and historic values, as discussed in **Nature and Type of Effects**.

Recreation and Visitor Services, Comprehensive Travel and Transportation Management, and Special Designations

Under Alternative E, eight SRMAs (122,130 acres, compared with 49,320 acres in Alternative A) would provide long-term protection of specific targeted recreation outcomes in those areas, as discussed under Alternative B, but at a reduced level. In addition, management of three ERMAs would support principal recreation activities in these areas. Use of SRMAs and EMRAs would support a variety of recreation opportunities for residents and could support visitor spending in the area.

Alternative E would close approximately 26 percent more areas to motorized and mechanized use than Alternative A, but 615,200 acres would be available for motorized and mechanized use on designated routes. Areas open to cross-county travel would be reduced from Alternative A (from 8,560 to 3,950 acres) but would remain an option for those interested in off-road vehicle recreation. Overall, travel management designations under Alternative E would provide opportunities for a variety of visitor experiences, including more primitive recreation and motorized travel. As a result, economic contributions associated with all recreation types are likely to be preserved or increase. Likewise, tax receipts could increase slightly, compared with Alternative A.

Some recreation opportunities would be limited by resource-protection restrictions, but recreation experiences would be preserved in the long term due to the limited acres impacted. Lands with wilderness characteristics managed to minimize impacts, and stream segments suitable for inclusion in the NWSRS, could present opportunities for those who desire a primitive recreation experience, as discussed under Alternative B. Management direction for lands with wilderness characteristics under Alternative E would provide additional flexibility. Issuing SRPs and competitive events as discretionary actions would continue to provide economic opportunities for commercial outfitting services. Motorized and nonmotorized competitive events would be permitted with limited exceptions in SRMAs, minimizing impacts on visitors interested in such events.

Fluid and Solid Leasable Minerals

Total acres open and closed to federal mineral leasing under Alternative E would be the same as under Alternative A (44,220 acres of federal fluid mineral estate would be closed to fluid mineral leasing, and approximately 871,810 acres of federal fluid mineral estate would be open). However, fewer acres of the Decision Area would be open to leasing with standard terms and conditions (i.e., not subject to NSO or CSU stipulations) (373,760 acres under Alternative E, compared with 726,340 acres of federal mineral estate under Alternative A). Associated costs of development would be increased above those in Alternative A; therefore, the likelihood of development could be impacted by actual gas prices and market factors.

BLM_0163601

Alternative E would result in the development of approximately 16.8 gas wells per year. It would support an annual average of 234 total jobs. Over the planning period, development would support $811 million in direct economic output and $1,073 million total economic output (1.7 times more than Alternative A) (see **Table 4-82**, Regional Economic Impacts for Natural Gas Development (Thousands of 2017 Dollars), 2018-2038).

Under Alternative E, estimated production levels would support an annual average of 123 total jobs. Over the 20-year planning period, production would support $192 million in direct economic output and $319 million in total economic output (68 percent more than Alternative A) (**Table 4-84**, Regional Economic Impacts for Natural Gas Production (Thousands of 2017 Dollars), 2018-2038).

Contributions to state and local taxes, federal taxes, and royalties would increase over those in Alternative A due to the projected levels of drilling and development (**Table 4-85**, Tax Impacts from Gas Production and Development (Thousands of 2017 Dollars)).

Closures and permitting requirements would continue to impact solid mineral extraction, although uranium development potential would remain should the uranium mill be completed. Saleable mineral extraction would have limitations beyond those under Alternative A, which could impact economic contributions from this resource.

Due to the increased stipulations on fluid mineral development beyond Alternative A, this alternative represents decreased potential for impacts on property values and the organic farming industry, as discussed under Nature and Type of Effects. Due to potential effects on property values and organic farming from perceived impacts on water quality and public health from development, impacts on property values and the organic farming/agritourism industries would remain in areas where active development occurs.

Under Alternative E, continued development of energy and mineral resources would allow for economic contributions from resource extraction. However, this resource extraction could affect nonmarket values for local communities. Inclusion of stipulations would help limit impacts on the quality of life nonmarket values. In addition, allowing for a variety of recreational opportunities would also support quality of life factors for residents and visitors.

Socioeconomic Units
*Fluid and Solid Leasable Minerals.* Compared with Alternative A, Alternative E provides similar acres open to fluid mineral development and mineral materials leasing, while including additional stipulations to limit the impacts of these uses on other resources. Restrictions on surface-disturbing activities would also provide additional protections beyond those under Alternative A for specific wildlife habitat areas. As a result, socioeconomic units that depend on mineral extraction from federal lands (units 1 and 5) would be able to use these resources. Impacts would still occur on a site-specific basis due to energy development, and this issue is likely to remain a concern for some area residents and visitors, particularly in unit 2. The type of site-specific impacts could include changes to visual setting or short-term localized increases in construction traffic. Stipulations imposed should reduce the level of impacts, particularly related to impacts on air, water, and public health. Additional NEPA analysis prior to development would also determine any additional site-specific measures to limit development impacts.

Recreation and Visitor Services
This alternative would also designate a mix of SRMAs and ERMAs, as well as areas open to cross-county travel, closed to motorized travel, and limited to designated routes. This would allow all socioeconomic units to continue attracting recreationists interested in a variety of activities.

BLM_0163602

Livestock Grazing

Livestock grazing opportunities under Alternative E would be similar to those under Alternative A, with only small acreages closed to all livestock, although some additional acres could have limitations on the placement of structural range improvements or require adjustment to management practices to protect other resources. This would allow ranchers to remain at their current livestock use levels with the same level of economic contributions. Impacts on individuals or community social and economic contributions from livestock grazing could still occur in allotments where permittees would be required to convert to cattle from sheep grazing due to potential conflicts. Grazing and agriculture would continue to represent an important economic sector in socioeconomic units 3 and 5.

*Cumulative*

The cumulative impact analysis area used to analyze cumulative impacts on socioeconomics and environmental justice is the Uncompahgre RMP Planning Area counties. Past, present, and reasonably foreseeable future actions and conditions within the cumulative impact analysis area that have affected and will likely continue to affect socioeconomics and environmental justice are mineral exploration and development, unauthorized travel, forestry, livestock grazing, recreation, road construction, ROWs, water diversions, weed invasion and spread, weed control, prescribed fire and wildfire, land planning efforts, vegetation treatments, habitat improvement projects, insects and disease, and drought.

Trends discussed in **Chapter 3** are likely to continue with similar impacts. In addition, development and land use changes outside of the Decision Area could result in additional impacts. Energy and mineral development is likely to continue in some portions of the Planning Area counties, as described below.

Within the Planning Area, there has been a strong history of uranium mining. There are 31 actively permitted uranium mine projects in southwestern Colorado, and 1 new permit is under review. However, no major uranium ore production has been reported since 2009, and none of the actively permitted mine projects were producing as of 2016. This is likely as a result of declining uranium prices. As discussed in **Chapter 3**, Piñon Ridge Corporation purchased the mining assets from Energy Fuels in November 2014 for the Piñon Ridge Mill in Montrose County. The Radioactive Materials License for the Piñon Ridge Mill was approved by the Colorado Department of Public Health and Environment on April 25, 2013, and that license was transferred to the Piñon Ridge Corporation in November 2014. The project has not been constructed. If it is completed, it is anticipated to result in a surge in uranium exploration, mining, and permitting in the area. Initial estimates indicate that the Piñon Ridge Mill would directly create approximately 85 jobs with a salary range of $40,000 and $75,000 per year at full capacity. An estimated 80 percent of these jobs would be filled by local residents. An additional 200 jobs are expected to be created through the opening of uranium mines in the area, which can supply ore to the Piñon Ridge Mill (Energy Fuels Resource Corporation 2009). These jobs could provide direct and indirect economic opportunities to local communities. The timeline for development of this mill in unknown, and it may be unlikely to occur while uranium prices remain low. Increased uranium mining would likely be controversial due to associated environmental concerns. Development could also result in increased truck traffic, emissions, and impacts on local wildlife and scenic values, which could all impact social setting of local communities. Large-scale population changes are not anticipated based on initial estimates. Should population increases occur, local community services could also be affected.

The coal industry historically produced high-paying, stable jobs, with employees living in the area. Economic contributions from coal mining in the Planning Area have recently decreased due to the closure of areas mines. The Elk Creek Mine was closed in late 2013 after an underground fire closed much of the coal-mining operation, resulting in a 257-person reduction in work force in 2013. The Bowie No. 2 Mine ceased production in 2016 and entered into reclamation, resulting in an approximately 100-person reduction in workforce. As discussed in **Chapter 3**, the West Elk Mine, is

BLM_0163603

now the only active coal mine in the Planning Area. Between 2012 and 2017, it is estimated that the Planning Area lost over 700 coal mining jobs, based on the number of coal miners reported in Colorado Department of Natural Resources, Division of Reclamation, Mining, and Safety yearly summary reports (Colorado Department of Natural Resources 2013, 2017b). It is likely that additional supporting jobs were also reduced over this time period. The level of coal production and associated employment and economic contributions from this economic section will continue to be impacted by coal markets and shutdowns for safety concerns. The only private mining operation within the Planning Area, the New Horizon Mine Coal Mine in Nucla, Montrose County, which previously produced between 350,000 and 400,000 tons of coal annually to supply coal to the Nucla Station power plant, ceased production in 2017 and is in reclamation status.

Oil and gas development, while historically not a major presence within the Planning Area, does play a role in the cumulative impact analysis area, particularly as new drilling technologies are employed making previously inaccessible/uneconomical reserves available. As shown in **Table 4-1**, approximately 25 percent (224,950 acres) of the federal fluid mineral estate in the UFO is already leased, including 160,510 acres (24 percent) of BLM-administered surface and 64,440 acres (27 percent) of split-estate lands. No leasing has occurred on BLM-administered lands since 2012. As of March 2018, there are 35 producing wells in the UFO, including wells on BLM-administered, private, and National Forest System lands.

One area of intensified interest in development on BLM-administered minerals, National Forest System lands, and private estate over the past decade is the North Fork Valley. Within Delta county as a whole, including the North Fork Valley, as of March 2018 there are 17 active gas wells (all on private or National Forest System lands). Of these wells, 3 are presently producing natural gas, and 14 are shut-in but capable of production. Additional wells have been approved for development. The 146 natural gas well Master Development Plan for the Bull Mountain Unit was approved in October 2017 (BLM 2017d). The ROD (BLM 2017d) approved one application for permit to drill, the 12-89-7-1 well, and six additional applications for permit to drill have been approved as of March 2018. In addition, up to 25 total gas wells, which may be drilled within the next 5 years on the Gunnison Energy/SGI project, were approved in 2015. Two wells have been drilled as of March 2018. As described in **Table 4-1**, there are an additional four applications for permit to drill that have been submitted and are at various stages of permitting, as well as a master development plan for development on National Forest System lands.

Oil and gas development also continues to play an important role in Mesa County's economy, but changes in energy prices have impacted level of development in recent years. Just four wells were drilled in the county in 2016. There is some indication that drilling may now be increasing. According to Colorado Oil and Gas Conservation Commission data through December 2017, drilling began on 113 wells in Mesa County in 2017, the most since 225 well starts then in 2008, the peak year of drilling activity in western Colorado's Piceance Basin (Daily Sentinel 2017). The Whitewater Unit Master Development Plan of up to 108 oil/gas wells on 12 well pads over a 4-year program near Whitewater, Colorado, was approved in June 2014 (BLM 2014d), but was determined to require additional analysis. An updated environmental assessment was published in 2017, and a finding of no significant impact was issued in March 2018.

Because the intensity, timing, and location of development would depend on market demand for resources and other factors, quantitative analysis of cumulative mineral development is not possible. Should leases be developed, local economic activity could occur from the employment of area energy workers and spending of employees in area businesses, as well as the purchase of construction materials from the region. Level of impact would depend on the percentage of local workers employed and percentage of materials purchased in the local area. Lease sales, as well as production from operating wells, would contribute federal royalties and severance taxes to state and federal treasures with a

BLM_0163604

portion redirected to local communities. In addition, an influx of workers during the drilling phase can increase the impacts of changes in social structure, population, and housing availability in communities near concentrated energy development areas. Development could also add to the changes in the scenic values and other nonmarket commodities. The level of impacts from development in the oil and gas sector is determined by intensity and timing, which is determined by public policy and also market forces, including national and international energy demand.

Contributions to cumulative impacts from gas development in the Planning Area would vary by alternative. Additional closures to fluid mineral leasing and stipulations applied under Alternatives B.1 would reduce contributions to cumulative development levels and related local economic activity, compared with Alternative A. Conversely, Alternative C imposes the lowest level of restrictions on development and, therefore, would likely result in the highest contribution to cumulative development and associated economic activity, and is the most likely to meet predicted development levels in the UFO Reasonably Foreseeable Development Scenario (BLM 2012d). Alternatives D and E are predicted to result in increased contributions to cumulative impacts, compared, with Alternative A, based on estimated wells to be developed per year, but stipulations could reduce impacts on resources, particularly under Alternative D. It should also be noted that restrictions on development in the Planning Area could result in shifting development to adjacent lands with mineral resources outside of the Planning Area; therefore, exact cumulative impacts are difficult to predict.

Livestock grazing on private lands is expected to remain stable or to slightly decrease as residential development increases, following the recent trend in the agricultural sector. Many private farmers rely on the relatively inexpensive cost of forage on BLM-administered land to support their livestock operation. As profit margins get tighter, some private farmers are selling off sections of their property to real estate developers for additional income. In the Planning Area, most of the inputs for raising livestock are locally sourced, implying that most of the money that goes into raising livestock stays in the local economy. When land is sold to private developers, much of the money from livestock operations may leave the area, having a potential impact on the local economy. Should this land be developed for other uses that promote business development, promote tourism, attract retirees, or otherwise promote the local economy, these economic impacts may be offset.

Recreation is expected to increase as the Colorado population and the desire to live near or recreate on BLM-administered lands increase. This follows the trend of recent years seen across the state. Impacts would be the same as those discussed for Planning Area lands.

Fires within the Planning Area are both naturally occurring and used as a management tool. Naturally occurring fires have been widely distributed in terms of frequency and severity. Increasing recurrence and severity of drought conditions have been predicted for this area as a result of climate change. Several years of drought in western states have resulted in severe stress on pine trees. This stress has made the trees less able to fend off attacks by insects, such as mountain pine beetles. Mountain pine beetle infestation has been occurring in Colorado since 1996, and some pinyon pine stands in the Planning Area have experienced Ips beetle kill. Sudden Aspen Decline is also impacting parts of the Planning Area. If these die-offs and major forest fires keep occurring at an accelerated rate, this could cause a decrease in available forest products for both private and commercial purposes. While the forest products industry accounts for less than 1 percent of the employment in the area, a decrease in forest stock due to these effects would have a negative impact on the region.

Renewable energy projects have increased across the state over the past several years. Within the Planning Area, the major source is from small hydropower plants. The South Canal Hydropower Project in Montrose County produces approximately 27 million kilowatt hours of hydropower, while the operational small hydroplant in Ouray produces approximately 700,000 kilowatt hours. New renewable

BLM_0163605

energy projects bring in new money into an area, although the economic effects tend to be indirect and induced rather than direct. The economic gain from these types of projects comes from workers spending money in the local towns on commodities and services rather than producing direct jobs, since many companies bring in a specialized work force for construction.

## 4.6.4 Environmental Justice

This section discusses impacts on environmental justice from proposed management actions of other resources and resource uses. Existing conditions are described in **Section 3.4.4** (Environmental Justice).

### Methods and Assumptions

#### Indicators

The analysis of potential disproportionate adverse human health or environmental effects for identified environmental justice populations can be correlated to:

- Changes in access to resource and resource uses, which could potentially limit ability for traditional, subsistence, cultural, or economic use thereby affecting the social and economic well-being of environmental justice populations. Examples include changes in access that limit ability for firewood gathering or hunting and fishing.
- Resource and resource use effects, in particular the amount and location of surface-disturbing or other disruptive activities allowed under each alternative which could affect the social and economic well-being of environmental justice populations including potential human health and safety concerns. One example could be vegetation management actions that reduce availability of plants and other woodland products used by environmental justice populations for subsistence or that are culturally important. Another example could be potential health concerns associated with oil and gas development such as potential spills of oil and gas wastes and the chemicals used in production polluting surface and groundwater that's used by environmental justice populations.

#### Assumptions

Assumptions for the analysis of environmental justice impacts are the same as those provided in **Section 4.6.3** (Socioeconomics).

### Effects Common to All Alternatives

As indicated earlier in Section 3.4.4 there are minority populations and low-income populations within the study area that meet the criteria to be identified as environmental justice populations, with the potential to be impacted by proposed actives under all alternatives.

As noted in **Section 3.4.4**, the UFO has continued to consult and coordinate with Tribes to identify whether any Native American cultural values, religious beliefs, or traditional practices could be affected. As discussed above, the analysis of potential disproportionate adverse human health or environmental effects to environmental justice populations can be correlated to changes in access and resource and resource use effects caused by the alternatives.

Although there are identified environmental justice populations in the Planning Area, no particular UFO actions under any of the alternatives have been identified as causing disproportionate adverse impacts to these populations. This is due to the programmatic nature of the management plan alternatives, which do not identify exact locations of future implementation actions. Implementing decisions and authorizing on-the-ground activities would require appropriate site-specific NEPA review in order to proceed. Accordingly, additional screening to identify potential environmental justice populations relative to the

BLM_0163606

location of future actions and the determination of whether there would be disproportionately high and adverse human health or environmental effects to environmental justice populations would occur. The UFO will continue to ensure that opportunities for effective public participation by potentially affected low-income populations, minority populations, or Tribes are provided. If during future implementation related NEPA, disproportionately high and adverse effects are identified, the UFO will encourage members of affected environmental justice populations to help develop and comment on ways to modify the action(s) to avoid or mitigate these effects, and/or consider other actions that could mitigate the effects.

### Cumulative

The cumulative impact analysis area used to analyze cumulative impacts on environmental justice, as well as the past, present, and reasonably foreseeable future actions and conditions that have affected and will likely continue to affect environmental justice, are discussed in the **Cumulative** section of **Section 4.6.3** (Socioeconomics).

## 4.7 UNAVOIDABLE ADVERSE IMPACTS

Section 102(C) of NEPA requires disclosure of any adverse environmental effects that cannot be avoided should the proposal be implemented. Unavoidable adverse impacts are those that remain following the implementation of mitigation measures or impacts for which there are no mitigation measures. Some unavoidable adverse impacts occur as a result of implementing the RMP. Others are a result of public use of the Decision Area lands. This section summarizes major unavoidable impacts; discussions of the impacts of each management action (in the discussion of alternatives) provide greater information on specific unavoidable impacts.

Surface-disturbing activities would result in unavoidable adverse impacts under current BLM policy to foster multiple uses. Although these impacts would be mitigated to the extent possible, unavoidable damage would be inevitable. Long-term conversion of areas to other uses such as mineral and energy development would increase erosion and change the relative abundance of species within plant communities, the relative distribution of plant communities, and the relative occurrence of seral stages of those communities. Where ecological emphasis areas (under Alternatives B, C, and D) are not protected by stipulations, oil and gas development would result in unavoidable long-term wildlife habitat loss where developed. These activities would also introduce intrusions that could affect the visual landscape.

Unavoidable damage to cultural and paleontological resources from permitted activities could occur if resources undetected during surveys were identified during ground-disturbing activities. In these instances, standard condition of approvals would require ceasing further activities upon discovery, and the resource would be mitigated to minimize data loss. Unavoidable loss or destruction of cultural and paleontological resources would also occur in areas open to cross-country or intensive motorized use, specifically in areas of high cultural sensitivity or areas containing vertebrate or scientifically significant fossil resources. Unavoidable loss of cultural and paleontological resources due to nonrecognition, lack of information and documentation, erosion, casual collection, and inadvertent destruction or use would also occur. Unavoidable damage to buried cultural resources could occur, particularly in construction situations.

Wildlife and livestock would contribute to soil erosion, compaction, and vegetation loss, which could be extensive during drought cycles and dormancy periods. Conversely, unavoidable losses or damage to forage from resource development in the Planning Area would affect livestock and wildlife. Some level of competition for forage between these species, although mitigated to the extent possible, would be unavoidable. Instances of displacement, harassment, and injury could also occur.

BLM_0163607

Recreational activities, mineral resource development, and general use of the Planning Area would introduce additional ignition sources into the Planning Area, which would increase the probability of wildfire occurrence and the need for suppression activities. These activities, combined with continued fire suppression, would also affect the overall composition and structure of vegetation communities, which could increase the potential for high-intensity wildfires.

As recreation demand increases, recreation use would disperse, creating unavoidable conflicts as more users compete for a limited amount of space. In areas where development activities would be greater, the potential for displaced users would increase.

Numerous land use restrictions imposed throughout the Planning Area to protect sensitive resources and other important values, by their nature, affect the ability of operators, individuals, and groups who use BLM-administered lands to do so freely without limitations. These restrictions could also require closing roads or trails or limiting certain modes or seasons of travel. Although attempts would be made to minimize these impacts by limiting them to the level of protection necessary to accomplish management objectives, and providing alternative use areas for affected activities, unavoidable adverse impacts would occur under all alternatives.

## 4.8   IRREVERSIBLE AND IRRETRIEVABLE COMMITMENT OF RESOURCES

Section 102(C) of NEPA requires a discussion of any irreversible or irretrievable commitments of resources that are involved in the proposal should it be implemented. An irretrievable commitment of a resource is one in which the resource or its use is lost for a period of time (e.g., extraction of any locatable mineral ore or oil and gas). An irreversible commitment of a resource is one that cannot be reversed (e.g., the extinction of a species or disturbance to protected cultural resources). The air quality resource in the Planning Area is not irreversible or irretrievable.

Implementing the RMP management actions would result in surface-disturbing activities, including dispersed recreation, mineral and energy development, and ROW development, which result in a commitment to the loss of irreversible or irretrievable resources. Mineral extraction or sale eliminates a nonrenewable resource, thereby resulting in irreversible and irretrievable commitment of the resource. Surface disturbance associated with energy development is reclaimed after the resource is removed. However, surface disturbances from gas storage, geothermal development, road ROWs, wind and solar development, and recreational development are a long term encumbrance of the land. Although new soil can develop, soil development is a slow process in many parts of the Planning Area. Soil erosion or the loss of productivity and soil structure may be considered irreversible commitments to resources. Surface-disturbing activities, therefore, would remove vegetation and accelerate erosion that would contribute to irreversible soil loss; however, management actions and BMPs are intended to reduce the magnitude of these impacts and restore some of the soil and vegetation lost. Primarily because of the number of acres available for recreational travel, energy and mineral development, and ROW development, such disturbances would occur to the greatest degree under Alternative A; Alternative C would be similar but with more stipulations for surface-disturbing activities. Alternatives D and E, and to a greater extent Alternative B, contain additional conservation measures, mitigation measures, and stipulations to protect Planning Area resources.

Laws protecting cultural and paleontological resources would provide for mitigation of irreversible and irretrievable impacts on these resources from permitted activity. Across all alternatives, an irreversible commitment of nonrenewable fossil fuels (e.g., oil, gas, and coal), locatable minerals, and mineral materials would occur from development over the next 20 years.

BLM_0163608

## 4.9    RELATIONSHIP BETWEEN LOCAL SHORT-TERM USES AND LONG-TERM PRODUCTIVITY

Section 102(C) of NEPA requires discussion of the relationship between local, short-term uses of the human environment, and the maintenance and enhancement of long-term productivity of resources. As described in the introduction to this chapter, "short term" is defined as anticipated to occur within 1 to 5 years of the activity's implementation. "Long term" is defined as following the first 5 years of implementation, but within the life of the RMP (projected to be 20 years).

Short-term use of the air quality resource would not affect long-term productivity, except that air quality emissions in high enough concentrations could reduce vegetation and plant vigor. Across all alternatives, management actions would result in various short-term effects, such as increased localized soil erosion, fugitive dust emission, vegetation loss or damage, wildlife disturbance, and decreased visual resource quality. Surface-disturbing activities, including utility construction, mineral resource development, and developed recreation would result in the greatest potential for impacts on long-term productivity. Management prescriptions and BMPs are intended to minimize the effect of short-term commitments and reverse change over the long term. These prescriptions and the associated reduction of impacts would be greatest under Alternative B and are present to a lesser extent under Alternatives D and E for resources such as vegetation and wildlife habitat. However, BLM-administered lands are managed to foster multiple uses, and some impacts on long-term productivity could occur.

Short-term use of an area to foster energy and minerals, ROWs, and cross-country recreational use would result in long-term loss of soil productivity and vegetation diversity. Impacts would persist as long as surface disturbance and vegetation loss continue. In general, the loss of soil productivity would be directly at the point of disturbance, although long-term vegetation diversity and habitat value could be reduced due to fragmentation and the increased potential for invasive species to spread from the developments or disturbances. Alternatives A and C would have the greatest potential for short-term loss of productivity and diversity due to the high development potential and the lack of stringent mitigation and reclamation standards contained under Alternatives B, D, and E. Alternative B would provide the greatest long-term productivity by deferring development in many areas through closures or application of major restrictions on development activities.

The short-term use of big game severe winter range, calving areas, and/or migratory corridors for energy and minerals, ROWs, and cross-country recreational use could impair the long-term productivity of big game populations by displacing animals from primary habitats and removing components of these habitats that might not be restored for more than 20 years. These short-term uses could also affect the long-term sustainability of some special status species. Gunnison sage-grouse, as well as other terrestrial special status species, could be affected by habitat fragmentation associated with short-term resource uses and road construction and use. Likewise, habitat for special status fish species and aquatic wildlife could be degraded by sedimentation and pollution of waterways caused by short-term uses of nearby habitats.

BLM_0163609

# Chapter 5

## Consultation and Coordination

BLM_0163610

BLM_0163611

# CHAPTER 5
# CONSULTATION AND COORDINATION

This chapter describes the public outreach and participation opportunities made available through the development of this Uncompahgre Resource Management Plan (RMP)/Environmental Impact Statement (EIS) and consultation and coordination efforts between the Bureau of Land Management (BLM) and Native American Tribal Governments, federal, state, and local government agencies, and other stakeholders. This chapter also lists the tribal and local governments and agencies that received a copy of the Draft RMP and associated EIS, as well as public coordination on the Draft RMP/EIS. Public involvement and agency consultation and coordination, which have been at the heart of the planning process leading to this Proposed RMP/Final EIS, were achieved through *Federal Register* notices, public and informal meetings, individual contacts, media releases, planning bulletins, and the Uncompahgre RMP revision eplanning website (https://go.usa.gov/xnpgD).

## 5.1   PUBLIC INVOLVEMENT

Public involvement for the Uncompahgre RMP/EIS includes the following four phases:

1.  Public scoping before beginning the National Environmental Policy Act (NEPA) analysis to determine the scope of issues and alternatives to be addressed in the RMP/EIS
2.  Public outreach via newsletters and news releases
3.  Collaboration with federal, state, local, and tribal governments, the BLM Colorado Southwest Resource Advisory Council, and cooperating agencies
4.  Public review of and comment on the Draft RMP/EIS, which analyzes likely environmental effects and identifies the Agency-Preferred Alternative

The public scoping phase (phase 1) of the process has been completed and is described in **Section 5.1.1** (Scoping Process). The public outreach and collaboration phases (2 and 3) are ongoing throughout the RMP/EIS process and are described in **Section 5.2** (Consultation and Coordination) and **Section 5.2.5** (Cooperating Agencies). Phase 4 started with the 150-day public comment period on the Draft RMP/EIS (including a 60-day comment period extension based on public request). This phase is discussed under **Section 5.3** (Draft RMP/EIS Availability, Distribution, and Public Comment).

### 5.1.1   Scoping Process

The formal public scoping process for the Uncompahgre RMP/EIS began on February 25, 2010, with the publication of the Notice of Intent in the *Federal Register* (75 *Federal Register* 8739-8740, February 25, 2010). The Notice of Intent notified the public of the BLM's intent to develop an RMP for the Uncompahgre Field Office (UFO); it also initiated the formal public scoping period, which closed on March 29, 2010. Refer to the Uncompahgre RMP revision eplanning website at https://go.usa.gov/xnpgD for more information about the scoping process and to view the *Final Scoping Summary Report* (BLM 2010a).

BLM_0163612

## 5.2   CONSULTATION AND COORDINATION

In addition to formal scoping (**Section 5.1.1**), as summarized below, the BLM implemented an extensive collaborative outreach and public involvement process that has included conducting a community assessment (BLM 2009f), coordinating with cooperating agencies, and working closely with the Colorado Southwest Resource Advisory Council and a specially created and sanctioned subgroup of the resource advisory council. The BLM will continue to meet with interested agencies and organizations throughout the planning process, as appropriate, and will continue coordinating closely with cooperating agencies and the resource advisory council subgroup.

### 5.2.1   Native American Tribes

The UFO initiated consultation with Native American Tribal Governments identified as having interests or Traditional Cultural Properties in the Uncompahgre RMP Planning Area (Planning Area). Consultation is required by the National Historic Preservation Act and the American Indian Religious Freedom Act. The identified tribes are the Ute Indian Tribe of the Uinta and Ouray Reservation, Southern Ute Tribe, Ute Mountain Ute Tribe, and the Navajo Nation.

No written comments were received from tribal agencies during the scoping period; tribal concerns or issues have been typically presented in oral format. Government-to-government consultation will continue throughout the RMP process to ensure that the concerns of tribal groups are considered in development of the RMP.

The Draft RMP/EIS was provided to the four tribes concurrently with its release to the public.

### 5.2.2   Colorado State Historic Preservation Officer Consultation

The Draft RMP/EIS was provided to the State Historic Preservation Officer concurrently with its release to the public.

### 5.2.3   US Fish and Wildlife Service Consultation

To comply with Section 7(c) of the Endangered Species Act of 1973, the BLM coordinated with the US Fish and Wildlife Service early in the planning process as a cooperating agency. The US Fish and Wildlife Service provided input on planning issues, data collection and review, and alternatives development. The BLM consulted with US Fish and Wildlife Service while developing the Biological Assessment, which was initiated after public comments were received on the Draft RMP/EIS. The US Fish and Wildlife Service issued their Biological Opinion on December 17, 2018, concurring with the determinations that the Proposed RMP: 1) may affect, but is not likely to adversely affect, the greenback cutthroat trout, Mexican spotted owl, western yellow-billed cuckoo, Colorado pikeminnow, razorback sucker, bonytail, and humpback chub; and 2) may affect, and is likely to adversely affect, Colorado hookless cactus, clay-loving wild buckwheat (including designated critical habitat), and Gunnison sage-grouse (including designated critical habitat) (USFWS 2018d).

### 5.2.4   Cooperating Agencies

The BLM invites agency cooperation early in the RMP process using the process outlined in 43 CFR 1501.6. A cooperating agency is any federal, state, or local government agency or Indian tribe that enters into a formal agreement with the lead federal agency to help develop an environmental analysis. More specifically, cooperating agencies "work with the BLM, sharing knowledge and resources, to achieve desired outcomes for public lands and communities within statutory and regulatory frameworks" (BLM

BLM_0163613

Land Use Planning Handbook H-1601-1; BLM 2005a). The primary role of cooperating agencies during the planning process is to provide input on issues for which they have a special expertise or jurisdiction.

On January 23, 2009, the BLM invited 39 local, state, federal, and tribal representatives to participate as cooperating agencies for the Uncompahgre RMP revision. The BLM invited one additional agency in March 2013. Eighteen agencies are participating in the RMP as designated cooperating agencies, all of which have signed memoranda of understanding with the UFO (**Table 5-1** [Cooperating Agency Participation]).

### Table 5-1
### Cooperating Agency Participation

| Agencies and Tribes Invited to be Cooperators | Agencies that Signed MOUs |
|---|---|
| US Department of the Interior, Fish and Wildlife Service | ✓ |
| US Department of the Interior, Bureau of Reclamation | ✓ |
| US Department of the Interior, National Park Service – Black Canyon National Park | |
| US Department of Agriculture, Forest Service – Grand Mesa, Uncompahgre, and Gunnison National Forests | ✓ |
| US Department of Agriculture, Forest Service – San Juan National Forest | |
| US Department of Agriculture, National Resource Conservation Service – Colorado State Office | |
| US Department of Agriculture, Animal and Plant Health Inspection Service | |
| US Department of Energy | |
| Western Area Power Administration | |
| Colorado Department of Natural Resources (Division of Parks and Wildlife, Water Conservation Board, Natural Heritage Program, State Forest Service, Reclamation Division, Mining and Safety) | ✓ |
| Colorado Department of Transportation | |
| Colorado State Historical Preservation Office | |
| Delta Soil Conservation District | ✓ |
| Delta County | ✓ |
| Gunnison County | ✓ |
| Mesa County | |
| Montrose County | ✓ |
| Ouray County | ✓ |
| San Miguel County | ✓ |
| City of Delta | |
| City of Montrose | ✓ |
| City of Ouray | |
| Town of Cedaredge | ✓ |
| Town of Crawford | |
| Town of Hotchkiss* | ✓ |
| Town of Mountain Village* | ✓ |
| Town of Naturita | |
| Town of Norwood | ✓ |
| Town of Nucla | ✓ |
| Town of Olathe | ✓ |
| Town of Orchard City | ✓ |

BLM_0163614

| Agencies and Tribes Invited to be Cooperators | Agencies that Signed MOUs |
|---|---|
| Town of Paonia | ✓ |
| Town of Ridgway | ✓ |
| Town of Sawpit | |
| Town of Telluride | |
| Navajo Nation | |
| Northern Ute Indian Tribe | |
| Southern Ute Indian Tribe | |
| Ute Mountain Ute Indian Tribe | |

*Town signed MOU to be a cooperating agency. MOU was subsequently terminated.

Starting on May 27, 2010, the BLM conducted 12 meetings with cooperating agencies that signed an MOU with the BLM. Cooperating agencies were also encouraged to attend the scoping open houses and provide comments during the scoping period (**Section 5.1.1**). These agencies have been engaged throughout the planning process, including during alternatives development.

## 5.2.5   North Fork Advocacy Group

On February 26, 2013, the BLM received a letter from an advocacy group with preliminary documents depicting the "North Fork Alternative Plan for Oil and Gas Leasing/Development." The group provided the BLM a refined concept on April 2, 2013. The BLM and group representatives met on April 25, 2013, to discuss the proposal in more detail. The group provided the BLM a final concept in December 2013. The concept is Alternative B.1 (see **Chapter 2**, Alternatives).

## 5.2.6   Shooting Sports Roundtable

The 40 private organizations participating in the "Federal Lands Hunting, Fishing, and Shooting Sports Roundtable Memorandum of Understanding" (BLM Instruction Memorandum 2007-041; BLM 2007h) were notified of the availability of the Draft RMP/EIS and the comment opportunity.

Staff from BLM UFO met with representatives of the local Rod and Gun Club and other interested firearm shooters on March 13 and April 10, 2013. The purpose of the meeting was to discuss potential management alternatives in the RMP, including areas with limits on or closure to target shooting. As a result of the meetings, the alternatives were further developed and refined. The meeting attendees indicated that they generally agree with the actions carried forward in the Draft RMP/EIS Agency-Preferred Alternative, Alternative D.

## 5.3   DRAFT RMP/EIS AVAILABILITY, DISTRIBUTION, AND PUBLIC COMMENT

A notice of availability announcing the release of the Draft RMP/EIS was published in the *Federal Register* on June 3, 2016, initiating the formal 90-day public comment period. In response to public requests, the comment period was extended for an additional 60 days, to end on November 1, 2016. The extension of the comment period was announced via a press release on July 21, 2016.

The BLM maintains a project mailing list. All contacts on the mailing list at the time the Draft RMP/EIS was released received a newsletter announcing its availability. The newsletter also notified the public of upcoming Draft RMP/EIS meetings and announced the Draft RMP/EIS public review period. In addition to being available for download on the project website, paper copies of the Draft RMP/EIS were made available for public review at libraries in the Planning Area and at the BLM Colorado State Office in

BLM_0163615

Lakewood and UFO in Montrose, Colorado. All documents were available via the project website, https://go.usa.gov/xnpgD.

During the comment period, the BLM held a series of public open house meetings across the Planning Area. Refer to **Appendix R** for more information about these meetings.

## 5.4 PROPOSED RMP/EIS AVAILABILITY AND DISTRIBUTION

A notice of availability announcing the release of the Proposed RMP and Final EIS was published in the *Federal Register* to begin the formal 30-day protest period. All documents are available via the Uncompahgre RMP revision eplanning website (https://go.usa.gov/xnpgD).

All contacts on the mailing list at the time of the Proposed RMP/Final EIS, including cooperating agencies and tribal representatives, received a newsletter announcing its availability.

### 5.4.1   Proposed RMP/EIS Distribution

The BLM provided a copy (paper or CD) of the Proposed RMP/EIS to Native American Tribal Governments and local governments and agencies (**Table 5-2** [Proposed RMP/EIS Distribution]). A limited number of copies were printed. Individuals and organizations could download the documents from the Uncompahgre RMP revision eplanning website (https://go.usa.gov/xnpgD), review a paper copy at the BLM State Office or BLM Uncompahgre Field Office, or request a CD.

**Table 5-2**
**Proposed RMP/EIS Distribution**

| Tribal Governments | |
|---|---|
| • Navajo Nation | • Ute Indian Tribe of the Uinta and Ouray Reservation |
| • Southern Ute Tribe | • Ute Mountain Ute Tribe |

| Local Governments (Counties, Cities, Towns) | |
|---|---|
| • Delta County | • Town of Hotchkiss |
| • Gunnison County | • Town of Mountain Village |
| • Mesa County | • Town of Naturita |
| • Montrose County | • Town of Norwood |
| • Ouray County | • Town of Nucla |
| • San Miguel County | • Town of Olathe |
| • City of Delta | • Town of Orchard City |
| • City of Montrose | • Town of Paonia |
| • City of Ouray | • Town of Ridgway |
| • Town of Cedaredge | • Town of Sawpit |
| • Town of Crawford | • Town of Telluride |

| Colorado State Agencies, Boards, and Commissions | |
|---|---|
| • Department of Natural Resources | • Department of Public Health and the Environment |
|   o Colorado Parks and Wildlife |   o Air Pollution Control Division |
|     ▫ Headquarters, Denver |   o Water Quality Control Division |
|     ▫ Montrose, CO | • State Historic Preservation Officer |
|     ▫ Crawford State Park | |
|     ▫ Paonia State Park | |
|     ▫ Ridgway State Park | |
|   o Division of Reclamation Mining and Safety | |
|   o Oil and Gas Conservation Commission | |
|   o Colorado Water Conservation Board | |

BLM_0163616

### US Department of the Interior

- BLM
  - Colorado State Office
  - Southwest District
  - Washington, DC
  - Grand Junction Field Office
  - Gunnison Field Office
  - Moab Field Office
  - Monticello Field Office
  - Tres Rios Field Office
- US Bureau of Reclamation
  - Western Colorado Area Office

- National Park Service
  - Denver, CO
  - Washington, DC
  - Black Canyon National Park
  - Curecanti National Recreation Area
- Office of Environmental Policy and Compliance
- Office of Surface Mining
- USFWS
  - Denver, CO
  - Western Colorado Field Office

### Other Federal Agencies

- DOE, Western Area Power Administration
- EPA, Region VIII
- Natural Resources Conservation Service
- US Army Corps of Engineers

- Forest Service
  - Grand Mesa, Uncompahgre, and Gunnison National Forests
  - San Juan National Forest

## 5.5   LIST OF PREPARERS

This RMP/EIS was prepared by an interdisciplinary team of staff from the BLM and Environmental Management and Planning Solutions, Inc. (EMPSi), with their local supporting subcontractors Alpine Archaeology, Anchorpoint, BIO-Logic, Carter Lake Consulting, DOWL HKM (formerly Buckhorn Geotech), Ramboll–Environ, and Uinta Paleo. **Table 5-3** (RMP/EIS Preparers) displays a list of people that prepared or contributed to the development of the RMP and EIS. As discussed in **Section 5.2**, staff from numerous federal, state, and local agencies, industry, and nonprofit organizations also contributed to developing the RMP.

**Table 5-3**
**RMP/EIS Preparers**

| Name | Role/Responsibility |
|---|---|
| **BLM Uncompahgre Field Office** | |
| Matt Loscalzo | RMP Project Manager/Planning and Environmental Coordinator |
| Greg Larson | Uncompahgre Field Office Manager |
| Julie Jackson | Visual Resources; Recreation and Visitor Services; Comprehensive Travel and Transportation Management; National Trails and Byways |
| Thane Stranathan | Energy and Minerals (Fluid Minerals); Public Health and Safety |
| Lynae Rogers | Vegetation (Weeds), Livestock Grazing; Wild Horses |
| David Sinton | GIS |
| Desty Dyer | Energy and Minerals (Coal) |
| Edd Franz | Lands with Wilderness Characteristics; Wilderness and WSAs |
| Ken Holsinger | Vegetation; Special Status Species (Plants; Aquatic Wildlife); Forestry and Woodland Products; ACECs |
| Neil Perry | Fish and Wildlife; Special Status Species |
| Jedd Sondergard | Soils and Geology; Water Resources; ACECs; Wild and Scenic Rivers |
| Rusty Stark | Wildland Fire Ecology and Management; Forestry and Woodland Products |
| Angela LoSasso | Rangeland Management Specialist; Livestock Grazing |

BLM_0163617

| Name | Role/Responsibility |
|---|---|
| Nick Szuch | Lands and Realty; Renewable Energy |
| Helen Mary Johnson (Tres Rios Field Office) | Energy and Minerals (Locatable Minerals; Mineral Materials; Nonenergy Leasables) |
| Melissa Siders* | Biological Resources Supervisor; Fish and Wildlife; Special Status Species (Terrestrial Wildlife); Watchable Wildlife Viewing Sites |
| Teresa Pfifer* | Lands and Minerals Supervisor |
| Glade Hadden* | Cultural Resources; Paleontological Resources; ACECs; Native American Tribal Uses |
| Debbie Burch-Hawkes* | Livestock Grazing |
| Amanda Clements* | Vegetation (Uplands; Riparian and Wetlands) |
| Karen Tucker* | Recreation Supervisor |
| Dennis Murphy* | Wild and Scenic Rivers |
| Dave Kauffman* | Associate Field Manager; Wild Horses |
| Amanda Moore* | GIS |
| Linda Reed* | Lands and Realty |
| Joe Cain* | GIS |
| Dan Huisjen* | Wildland Fire Ecology and Management |
| Jeff Litteral* | Soils and Geology; Water Resources; Wild and Scenic Rivers |
| Charlie Sharp* | Fish and Wildlife; Special Status Species |
| Rob Ernst* | Energy and Minerals (Locatable Minerals; Mineral Materials; Nonenergy Leasables); Renewable Energy |
| Barb Sharrow* | Field Manager |
| **BLM Southwest District Office** | |
| Stephanie Connolly | District Manager |
| Dana Wilson* | District Manager |
| Lori Armstrong* | District Manager |
| Gina Phillips | Planner and NEPA Coordinator |
| D. Maggie Magee | Technical Writer-Editor; Planner |
| **BLM Colorado State Office** | |
| Bruce Krickbaum | State Office RMP Lead; ACECs; Public Health and Safety |
| Forrest Cook | Air Quality; Climate |
| Chad Meister | Air Quality; Climate |
| Jessica Montag | Socioeconomics; Environmental Justice |
| Aaron Worstell* | Air Quality; Climate |
| Scott Archer* | Air Quality; Climate |
| Angela Zahniser* | Air Quality; Climate |
| David Epstein* | Socioeconomics; Environmental Justice |
| Melissa Hovey* | Air Quality; Climate |
| **EMPSi: Environmental Management and Planning Solutions, Inc.** | |
| Angie Adams | Project Manager |
| Blake Busse* | Recreation and Visitor Services; Comprehensive Travel and Transportation Management |
| Kevin Doyle | Cultural Resources; Paleontological Resources; Native American Tribal Interests |

BLM_0163618

| Name | Role/Responsibility |
|---|---|
| Andrew Gentile* | Soils and Geology; Water Resources; Renewable Energy |
| Zoe Ghali | Wildland Fire Ecology and Management; Forestry and Woodland Products; Livestock Grazing; Wilderness and WSAs; Public Health and Safety; Socioeconomics; Environmental Justice; Comment Analysis Lead |
| Derek Holmgren | Soils and Geology; Water Resources; Lands with Wilderness Characteristics; Visual Resources; Lands and Realty; Renewable Energy; Wilderness and WSAs; Wild and Scenic Rivers; National Trails and Byways; Watchable Wildlife Viewing Sites |
| Julia Howe* | Visual Resources; Public Health and Safety |
| Kate Krebs | Wild Horses; Lands with Wilderness Characteristics; ACECs; Wild and Scenic Rivers; Watchable Wildlife Viewing Sites |
| Carol-Anne Murray* | Paleontological Resources |
| Katie Patterson | Energy and Minerals, ACECs |
| Holly Prohaska | Wild Horses; Livestock Grazing |
| Marcia Rickey | GIS |
| Chad Ricklefs | Recreation and Visitor Services; Comprehensive Travel and Transportation Management; National Trails and Byways |
| Shine Roshan* | Air Quality; Climate |
| Jennifer Thies | Lands and Realty; National Trails and Byways; Watchable Wildlife Viewing Sites |
| Drew Vankat* | Recreation and Visitor Services; Travel and Transportation Management |
| Jennifer Whitaker* | Energy and Minerals |
| Meredith Zaccherio | Vegetation; Fish and Wildlife; Special Status Species |
| Lauren Zielinski* | Socioeconomics; Environmental Justice |
| **Alpine Archaeology** | |
| Matt Landt | Cultural Resources; Native American Tribal Uses |
| **Anchorpoint** | |
| Rod Moraga* | Wildland Fire Ecology and Management |
| **BIO-Logic** | |
| Steve Boyle | Biological Resources Lead; Fish and Wildlife; Special Status Species (Terrestrial) |
| Shawn Conner | Vegetation (Forest and Woodlands); Rangelands |
| **Carter Lake Consulting** | |
| Jim Zapert | Air Quality; Climate |
| **DOWL HKM (formerly Buckhorn Geotech)** | |
| Laurie Brandt | Soils and Geology; Energy and Minerals |
| **Ramboll–Environ** | |
| John Grant | Air Quality; Climate |
| Ralph Morris | Air Quality; Climate |
| **Uinta Paleo** | |
| Kelli C. Trujillo | Paleontological Resources |

*Former employee*

BLM_0163619

# References

BLM_0163620

BLM_0163621

# REFERENCES

Abramzon, S., C. Samaras, A. Curtright, A. Litovitz, and N. Burger. 2014. Estimating the Consumptive Use Costs of Shale Natural Gas Extraction on Pennsylvania Roadways. Journal of Infrastructure Systems. Volume 20, Issue 3. September 2014.

Abt Associates, Inc. 2012. Modeled Attainment Software, User's Manual. Prepared for Office of Air Quality Planning and Standards US Environmental Protection Agency Research Triangle Park, NC.

Alpine Archaeological Consultants. 2010. Class I Cultural Resource Overview of the BLM Uncompahgre Field Office. Montrose, CO.

American Petroleum Institute. 2009. American Petroleum Institute Compendium of Greenhouse Gas Emissions Methodologies for the Oil and Natural Gas Industry. Prepared for American Petroleum Institute by URS Corporation: Austin, TX. August 2009.

American Sheep Industry Association. 2012. Colorado Sheep Statistics. Internet Web site: http://www.sheepusa.org/Home. Accessed on January 4, 2012.

Andren, H. 1994. Effects of habitat fragmentation on birds and mammals in landscapes with different proportions of suitable habitat: a review. Oikos 71:355-366.

Andrews, R., and R. Righter. 1992. Colorado Birds: A Reference to Their Distribution and Habitat. Denver Museum of Natural History, Denver, CO. 442 p.

Armour, C.L., D.A. Duff, and W. Elmore. 1991. The effects of livestock grazing on riparian and stream ecosystems. Fisheries 16(1):7-11.

Avian Power Line Interaction Committee. 2006. Suggested Practices for Raptor Protection on Power Lines: The State of the Art in 1996. Edison Electric Institute, Avian Power Line Interaction Committee, and the California Energy Commission. Washington, DC, and Sacramento, CA.

Bacigalupi. 2010. Ecosystem service, Their Economic Value and Place in Land Use Planning. Wild Connections. 2010.

Baker, W.L., and D.J. Shinneman. 2004. Fire and restoration of pinon-juniper woodlands in the western United States: a review. Forest Ecology and Management 189. 1-21.

Barber, J.R., K.M. Fristrup, C.L. Brown, A.R. Hardy, L.M. Angeloni, and K.R. Crooks. 2009. The costs of chronic noise exposure for terrestrial organisms. Trends in Ecology and Evolution 25 (3): 180-189.

Baron, J.S. 2006. Hindcasting nitrogen deposition to determine an ecological critical load. Ecological Applications, 16(2): pp. 433–439.

BLM_0163622

Batten, R.L., and W.L. Stoke. 1986. Early Triassic gastropods from the Sinbad Member of the Moenkopi Formation, San Rafael Swell, Utah: American Museum Novitates, v. 2864, p. 1–33.

Behnke, R.J. 1992. "Native trout of western North America." American Fisheries Society Monograph 6, Bethesda, Maryland.

Belnap, J., 2005. The Role of Grazing in Sediment and Water Production from Mancos Landscapes: annual US Geological Survey, US Department of the Interior, Bureau of Land Management, and US Department of the Interior, Bureau of Reclamation project meeting.

Belnap, J., R. Prasse and K.T. Harper. 2001. Influence of Biological Soil Crusts on Soil Environments and Vascular Plants. Ecological Studies, 2001, Volume 150, Part IV, 281-300, DOI: 10.1007/978-3-642-56475-8_21.

Bennet, A. 2013. The Impact of Hydraulic Fracturing on Housing Values in Weld County, Colorado: A Hedonic Analysis. Thesis in Fulfilment of Degree of Master of Science 9, Colorado State University, Fort Collins, CO.

BLM (United States Department of the Interior, Bureau of Land Management). 1984. Manual 8400—Visual Resource Management. Rel. 8-24, April 5, 1984. BLM, Washington, DC.

_____. 1985. San Juan/San Miguel Planning Area Resource Management Plan and Record of Decision. BLM, Montrose District, CO. September.

_____. 1986a. Handbook H-8410-1—Visual Resource Inventory. Rel. 8-28, January 17, 1986. BLM, Washington, DC.

_____. 1986b. Handbook H-8431-1—Visual Resource Contrast Rating. Rel. 8-30, January 17, 1986. BLM, Washington, DC.

_____. 1987. BLM Manual H-4120-1—Grazing Management. Rel. 4-85, August 24, 1987. BLM, Washington, DC.

_____. 1988. Manual 1613—Areas of Critical Environmental Concern. Rel. 1-1541, September 29, 1988. BLM, Washington, DC.

_____. 1989a. Uncompahgre Basin Resource Management Plan and Record of Decision. BLM, Montrose District, Uncompahgre Basin Resource Area, CO. July.

_____. 1989b. Final Wilderness EIS for the Uncompahgre Basin. BLM, Montrose District, Uncompahgre Basin Resource Area, CO. September.

_____. 1990. Manual 8160—Native American Coordination and Consultation. Rel. 8-58. BLM, Washington, DC. January 26.

_____. 1991a. Colorado Oil and Gas Development Final Environmental Impact Statement. BLM, Colorado State Office, Lakewood, CO. February 3.

_____. 1991b. Wilderness Study Report: Montrose District. BLM, Colorado State Office, Lakewood, CO. October.

BLM_0163623

_____. 1992a. Environmental Assessment for Fire Management, CO-030-U-92-20. BLM, Uncompahgre Basin Resource Area, Montrose, CO. June 30.

_____. 1993a. Environmental Assessment for the Proposed Area of Critical Environmental Concern and Special Recreation Management Area on the San Miguel River. BLM, Montrose District, San Juan/San Miguel Planning Area, CO. February.

_____. 1993b. Mesa Creek Coordinated Resource Management Plan and Environmental Assessment. BLM, Uncompahgre Basin Resource Area, Montrose District, CO. May 27.

_____. 1993c. Record of Decision and Approved Resource Management Plan for Gunnison Field Office. BLM, Gunnison Field Office, Gunnison, CO. February 1993.

_____. 1994a. Environmental Assessment for Land Disposal RMP Amendment, CO-034-94-23. BLM, Montrose District, Uncompahgre Basin Resource Area, CO. September.

_____. 1994b. Handbook H-8160-1—General Procedural Guidance for Native American Consultation. Rel. 8-65, November 3, 1994. BLM. Washington, DC.

_____. 1997. BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management. BLM, Colorado State Office, Lakewood, CO. February 3.

_____. 1998. Riparian Area Management, Process for Assessing Proper Functioning Condition (Technical Reference 1737-9). BLM, Denver Service Center. Denver, CO.

_____. 1999. Oil and Gas Leasing and Development Record of Decision and Resource Management Plan Amendment. BLM, Glenwood Springs Resource Area, Glenwood Springs, CO. March.

_____. 2000. Instruction Memorandum 2000-182—Mitigating and Remediating Physical Safety Hazards at Abandoned Mine Land Sites. BLM, Washington, DC. August 24, 2000.

_____. 2004a. BLM National Sage-grouse Habitat Conservation Strategy. BLM, Washington, DC. November.

_____. 2004b. Manual 8110—Identifying and Evaluating Cultural Resources. Rel. 8-73. BLM, Washington, DC. December 3.

_____. 2004c. Instruction Memorandum 2004-227—Bureau of Land Management's Biomass Utilization Strategy. BLM, Washington, DC. August 16.

_____. 2004d. Record of Decision and Approved Resource Management Plan for Gunnison Gorge National Conservation Area. BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2005a. Handbook H-1601-1—Land Use Planning Handbook. Rel. 1-1693, March 11, 2005. BLM, Washington, DC.

_____. 2005b. Record of Decision for Implementation of a Wind Energy Development Program and Associated Land Use Plan Amendments. BLM, Washington, DC. December 15.

_____. 2006a. Instruction Memorandum 2006-216—Wind Energy Development Policy. BLM, Washington, DC. August 24.

BLM_0163624

_____. 2006b. Roads and Trails Terminology Report. BLM, Washington, DC. April.

_____. 2007a. Final Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement. BLM, Nevada State Office, Reno, NV. June.

_____. 2007b. Instruction Memorandum 2008-009—Potential Fossil Yield Classification (PFYC) System for Paleontological Resources on Public Lands. BLM, Washington, DC. October 15.

_____. 2007c. Unpublished data. Uncompahgre Field Office's internal database for aquatic macroinvertebrate monitoring data (1998-2007). Lab analysis completed by the National Aquatic Monitoring Center, Logan, UT. BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2007d. Instruction Memorandum CO-2007-020—Comprehensive Travel Management Planning and OHV Designations. BLM, Lakewood, CO. February 12.

_____. 2007e. Travel Management in Colorado: Colorado – BLM Travel Management. Internet Web site: http://www.blm.gov/co/st/en/BLM_Programs/recreation/information_and_guidelines/Travel_Management.html. Accessed on December 4, 2013.

_____. 2007f. Instruction Memorandum 2007-097—Solar Energy Development Policy. BLM, Washington, DC. April 4.

_____. 2007g. Vegetation Treatments on Bureau of Land Management Lands in 17 Western States Final Programmatic Environmental Report. BLM, Nevada State Office, Reno, NV. June.

_____. 2007h. Instruction Memorandum 2007-041—Federal Lands Hunting, Fishing, and Shooting Sports Roundtable Memorandum of Understanding. BLM, Washington, DC. December 28, 2006.

_____. 2007i. Instruction Memorandum 2008-014—Clarification of Guidance and Integration of Comprehensive Travel and Transportation Management Planning into the Land Use Planning. BLM, Washington, DC. October 24.

_____. 2008a. Handbook H-1790-1—NEPA Handbook. Rel. 1-1710, January 30, 2008. BLM, Washington, DC.

_____. 2008b. Record of Decision and Resource Management Plan Amendments for Geothermal Leasing in the Western United States. BLM, Washington, DC. December.

_____. 2008c. Environmental Assessment for Withdrawal for Protection of Townsend's Big-eared Bat Maternity Roosting Sites. Environmental Assessment CO-150-2008-15. BLM, Uncompahgre Field Office, Grand Junction Field Office, and Tres Rios Field Office (formerly Dolores Public Lands Office), CO. December.

_____. 2008d. Fire Management Plan, Implementation Guide. BLM, Uncompahgre Field Office, Montrose, CO. Unsigned. June.

_____. 2008e. Record of Decision and Approved Resource Management Plan for Moab Field Office. BLM, Moab Field Office, Moab, Utah. October.

BLM_0163625

_____. 2008f. Record of Decision and Approved Resource Management Plan for Monticello Field Office. BLM, Monticello Field Office, Monticello, Utah. November.

_____. 2008g. Instruction Memorandum 2009-022—Geothermal Leasing under the Energy Policy Act of 2005 (EPAct). BLM, Washington, DC. October.

_____. 2008h. Instruction Memorandum 2009-043—Wind Energy Development Policy. BLM, Washington, DC. December 19.

_____. 2008i. Manual 6840—Special Status Species Management. Rel. 6-125, December 12, 2008. BLM, Washington, DC.

_____. 2008j. Instruction Memorandum 2008-074—Methods for Authorizing Shooting Range Areas on Public Lands. BLM, Washington, DC. February 21.

_____. 2009a. Environmental Assessment for Dry Creek Travel Management Plan, CO-150-2008-33 Environmental Assessment. BLM, Uncompahgre Field Office, Montrose, CO. December.

_____. 2009b. West Paradox Land Health Assessment 2008-2009. BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2009c. BLM Colorado State Director's Sensitive Species List. BLM, Colorado State Office, Lakewood, CO. November 20.

_____. 2009d. Recreation Management Information System. BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2009e. Community Assessment of the Uncompahgre Planning Area. BLM, Uncompahgre Field Office, Montrose, CO. 224 p.

_____. 2010a. Scoping Summary Report for the Uncompahgre Resource Management Plan. BLM, Uncompahgre Field Office, Montrose, CO. July.

_____. 2010b. Environmental Assessment for OHV Area Designations, DOI-BLM-CO-S050-2008-0064. BLM, Uncompahgre Field Office, Montrose, CO. February.

_____. 2010c. Weed Management Strategy Including Strategy by Species for the Uncompahgre Field Office and Gunnison Gorge NCA. Compiled 2007-2008, Updated March 2010. BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2010d. Final Wild and Scenic River Eligibility Report for the BLM Uncompahgre Planning Area. BLM, Uncompahgre Field Office, Montrose, CO. June.

_____. 2010e. Unpublished data. Colorado State Office's internal database for Instream Flow Water Rights in Colorado. BLM, Colorado State Office, Lakewood, CO.

_____. 2010f. BLM National List of Invasive Weed Species of Concern. Bureau of Land Management. BLM Colorado State Office, Lakewood , CO. Internet Web site: http://www.blm.gov/co/st/en/BLM_Programs/botany/invasiweed.html. Accessed on May 27, 2010.

BLM_0163626

_____. 2010g. Renewable Energy Potential Report. BLM, Uncompahgre Field Office, Montrose, CO. May.

_____. 2010h. Coal Resource and Development Potential Report. Prepared by Buckhorn Geotech for BLM, Uncompahgre Field Office, Montrose, CO. April.

_____. 2010i. RMP Planning Fact Sheet. Uranium and Other Mineral Resources. January. 2 p.

_____. 2010j. Uncompahgre Field Office Resource Management Plan Revision and Environmental Impact Statement, Socioeconomic Baseline Report, Final. BLM, Uncompahgre Field Office, Montrose, CO. July.

_____. 2010k. Fiscal Year 2009 Receipts Data. BLM, Uncompahgre Field Office, Montrose, CO. Unpublished data. March.

_____. 2010l. Managing for Livestock and Against Weeds. Scoping Fact sheet. BLM, Uncompahgre Field Office, Montrose, CO. January.

_____. 2010m. BLM and US Forest Service Announce 2010 Grazing Fee. Internet Web site: http://www.blm.gov/ca/st/en/info/newsroom/2010/january/WO0915_2010Grazing_Fees.html. Last updated January 29, 2010. Accessed on February 2, 2010.

_____. 2010n. Mineral Potential Report. BLM, Grand Junction Field Office, Grand Junction, CO. June 14.

_____. 2010o. Personal communication between Charles Sharp, Biologist, BLM, Uncompahgre Field Office, Montrose, CO, and Steve Boyle, Principal and Senior Scientist, BIO-Logic, Inc., Montrose, CO. May 28.

_____. 2010p. Colorado Instruction Memorandum 2010-028, Gunnison Sage-grouse and Greater Sage-grouse Habitat Management Policy on BLM-Administered Lands in Colorado. BLM, Colorado State Office, Lakewood, CO. August 17.

_____. 2011a. PowerPoint Presentation, "Coal and Fluid Minerals Potential Presentation." Presented for the Cooperating Agencies on June 23, 2011 by Rob Ernst, BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2011b. Mineral Potential Report for the Uncompahgre Planning Area. Prepared by Rob Ernst, Geologist. BLM, Uncompahgre Field Office, Montrose, CO. March. 61 p.

_____. 2011c. Notice of Public Scoping for Potassium Prospecting and Exploration. BLM, Tres Rios Field Office (formerly Dolores Public Lands Office), CO. June 27.

_____. 2011d. Sound Investment for America. BLM/WO-GI/011/033+1800. February.

_____. 2011e. Evaluation of Existing and Proposed Areas of Critical Environmental Concern for the Uncompahgre Planning Area. BLM, Uncompahgre Field Office, Montrose, CO. June. 94 p.

_____. 2011f. Draft Resource Management Plan and Draft Environmental Impact Statement, Colorado River Valley Field Office. Control Number DES 11-33. BLM, Colorado River Valley Field Office, Silt, CO. September.

BLM_0163627

_____. 2011g. Personal communication between Jim Zapert, Carter Lake Consulting, and Melissa Hovey, Air Resource Specialist, BLM, Wyoming State Office, regarding BLM, Wyoming State Office, Air Quality Related Values template and applicable projects in Wyoming, Colorado, and Utah. February 5.

_____. 2011h. North Rim Integrated Vegetation Management Plan. DOI-BLM-CO-S050-2011-0007 Environmental Assessment. BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2012a. GIS. Unpublished data. BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2012b. Manual 6330—Management of Wilderness Study Areas. Rel. 6-134. BLM, Washington, DC. July 13.

_____. 2012c. Approved Resource Management Plan Amendments/Record of Decision for Solar Energy Development in Six Southwestern States. BLM, Washington, DC. October.

_____. 2012d. Reasonable Foreseeable Development Scenario for Oil and Gas for the Uncompahgre Field Office, Colorado. Prepared by BLM Wyoming State Office, Reservoir Management Group for BLM, Uncompahgre Field Office, Montrose, CO. February.

_____. 2012e. BLM Manual 6310—Conducting Wilderness Characteristics Inventory on BLM Lands. Rel. 6-129. BLM, Washington, DC. March 15.

_____. 2012f. BLM Manual 6320—Considering Lands with Wilderness Characteristics in the BLM Land Use Planning Process. Rel. 6-130. BLM, Washington, DC. March 15.

_____. 2012g. Onshore Oil and Gas Orders and National Notices to Lessees. Internet Web site: www.blm.gov/nm/st/en/prog/energy/oil_and_gas/operations/onshore_orders.html. Accessed on July 13, 2012.

_____. 2012h. Manual 6400—Wild and Scenic Rivers – Policy and Program Direction for Identification, Evaluation, Planning, and Management. Rel. 6-136. BLM, Washington, DC. July 13.

_____. 2012i. Manual 6250—National Scenic and Historic Trail Administration. Rel. 6-133. BLM, Washington, DC. July 13.

_____. 2012j. Manual 8353—Trail Management Areas – Secretarially Designated National Recreation, Water, and Connecting and Side Trails. Rel. 8-83. BLM, Washington, DC. July 13.

_____. 2012k. Manual 6280—Management of National Scenic and Historic Trails and Trails Under Study or Recommended as Suitable for Congressional Designation. Rel. 6-139. BLM, Washington, DC. September 24.

_____. 2012l. Personal communication between Desty Dyer, Geologist, BLM, Uncompahgre Field Office, Montrose, CO, and Zoe Ghali, EMPSi, Boulder, CO. July 10.

_____. 2012m. Instruction Memorandum 2013-035, Requirements for Processing and Approving Temporary Public Land Closure and Restriction Orders. BLM, Washington, DC. December 20.

BLM_0163628

_____. 2012n. Personal communication between Christopher Pipkin, Outdoor Recreation Planner, BLM, Grand Junction Field Office, Grand Junction, CO, and John Grant, ENVIRON, Novato, CA. May 2.

_____. 2012o. White River Field Office Oil and Gas Development Draft Resource Management Plan Amendment and Draft Environmental Impact Statement. BLM, White River Field Office, Meeker, CO. August.

_____. 2012p. Environmental Assessment for the RM Potash Exploration Project. BLM, Tres Rios Field Office, Dolores, CO. October 2012. DOI-BLM-CO-S010-2009-0076. 140 pp.

_____. 2013a. Ridgway Comprehensive Travel Management Plan Environmental Assessment, DOI-BLM-CO-S050-2011-0011 Environmental Assessment. BLM, Uncompahgre Field Office, Montrose, CO. May.

_____. 2013b. Finding of No Significant Impact, Environmental Assessment, RM Potash Exploration Project. DOI-BLM-CO-S010-2009-0076-EA. BLM, Tres Rios Field Office, Dolores, CO. June 10, 2013. 5 pp.

_____. 2013c. Fram Whitewater Unit Master Development Plan Environmental Assessment. DOI-BLM-CO-130-2012-0003-EA. BLM, Grand Junction Field Office, Grand Junction, CO.

_____. 2013d. Black Hills DeBeque Exploratory Proposal Environmental Assessment. DOI-BLM-CO-130-2012-0021-EA. BLM, Grand Junction Field Office, Grand Junction, CO.

_____. 2013e. Evaluation of Existing and Proposed Areas of Critical Environmental Concern for the Uncompahgre Planning Area. BLM, Uncompahgre Field Office, Montrose, CO. February. 98 p.

_____. 2013f. Guidance on Estimating Nonmarket Environmental Values. Instruction Memorandum 2013-131, Guidance on Estimating Nonmarket Environmental Values. BLM, Washington, DC. September 12.

_____. 2014a. Instruction Memorandum 2014-100—Gunnison Sage-grouse Habitat Management Policy on Bureau of Land Management Administered Lands in Colorado and Utah. BLM, Washington, DC. May.

_____. 2014b. Colorado Air Resource Management Modeling Study (CARMMS), 2021 Modeling Results for the High, Low, and Medium Oil and Gas Development Scenarios (Draft Final). BLM, Colorado State Office, Lakewood, CO. December. Unpublished model.

_____. 2014c. Norwood–Burn Canyon Comprehensive Travel Management Plan Environmental Assessment. BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2015a. Grand Junction Field Office Record of Decision and Approved Resource Management Plan. BLM, Grand Junction Field Office, Grand Junction, CO. August.

_____. 2015b. Colorado River Valley Record of Decision and Approved Resource Management Plan. BLM, Colorado River Valley Field Office, Silt, CO. June.

BLM_0163629

_____. 2015c. Record of Decision for the Approved Resource Management Plan for Public Lands Administered by the BLM Tres Rios Field Office, Dolores, CO. BLM, Colorado Southwest District, Tres Rios Field Office.

_____. 2015d. Special Status Species and Birds of Conservation Concern in the BLM, Uncompahgre Field Office, Montrose, CO. Updated July 15.

_____. 2015e. BLM Colorado State Office's 2015 Annual Report on the Colorado Air Resource Protection Protocol. BLM, Colorado State Office, Lakewood, CO. May. Internet Web site: https://www.co.blm.gov/nepa/airreports/AR2015.html. Accessed on September 15, 2017.

_____. 2015f. Colorado River Valley Field Office Record of Decision and Approved Resource Management Plan. BLM, Colorado River Valley Field Office, Silt, CO. June.

_____. 2016c. Manual 1780—Tribal Relations. Rel. 1-1780. BLM, Washington, DC. December 15.

_____. 2016d. Handbook 1780-1—Improving and Sustaining BLM–Tribal Relations. Rel. 1-1781. BLM, Washington, DC. December 15.

_____. 2016e. BLM Manual 1730— Management of Domestic Sheep and Goats to Sustain Wild Sheep. Rel. 1-1771. BLM, Washington, DC. March 2.

_____. 2016f. Bull Mountain Unit Master Development Plan Final EIS. BLM, Uncompahgre Field Office, Montrose, CO. July.

_____. 2016g. Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS. BLM, Colorado State Office, Lakewood, CO, and BLM, Utah State Office, Salt Lake City, UT. August 2016. 985 pp.

_____. 2017a. Programmatic Biological Assessment. Management of the federal fluid minerals program in western Colorado: water depletion effects on the four endangered big river fishes: bonytail (*Gila elegans*), Colorado pikeminnow (*Ptychocheilus lucius*), humpback chub (*Gila cypha*), and razorback sucker (*Xyrauchen texanus*) in the Upper Colorado River Basin. BLM, Northwest District Office, Silt, CO.

_____. 2017b. Recreation Management Information System. Report No. 23b. BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2017c. 2017 fiscal year mineral material sales receipts as generated from LR2000. BLM, Uncompahgre Field Office, Montrose, CO. Unpublished data.

_____. 2017d. Dominguez–Escalante National Conservation Area Record of Decision and Approved Resource Management Plan. BLM, Dominguez–Escalante National Conservation Area, Grand Junction, CO. January.

_____. 2017e. Bull Mountain Unit Master Development Plan Record of Decision. BLM, Uncompahgre Field Office, Montrose, CO. October.

_____. 2017f. Current (fiscal year 2017) receipts data for timber, recreation, grazing fees, ROWs, and Saleable Mineral Materials. Unpublished Data. BLM, Uncompahgre Field Office, Montrose, CO. Unpublished data. March 2010.

BLM_0163630



———. 2017g. A Sound Investment for America. Fiscal Year 2015. Internet Web site: https://www.blm.gov/sites/blm.gov/files/AboutUs_SoundInvestmentsocioeconomicreport.pdf.

———. 2017h. A Sound Investment for America 2017. BLM economic contributions. Internet Web site: https://www.blm.gov/about/data/socioeconomic-impact-report.

———. 2017i. Tri-State Generation and Transmission Association, Montrose-Nucla-Cahone Transmission Line Improvement Project, Decision Record. BLM, Colorado Southwest District, Montrose, CO. February.

———. 2017j. BLM Record of Decision, US Forest Service Supplemental Final Environmental Impact Statement for Federal Coal Lease Modifications COC-1362 and COC-67232 (including on-lease exploration plan), Grand Mesa, Uncompahgre, and Gunnison National Forests, Paonia Ranger District. BLM, Colorado State Office, Lakewood, CO. December. Internet Web site: https://eplanning.blm.gov/epl-front-office/projects/nepa/94746/127905/155605/West_Elk_ROD_-_Signed_by_ASLM_12.15.2017.pdf.

———. 2018a. GIS. Unpublished data. BLM, Uncompahgre Field Office, Montrose, CO.

———. 2018b. Livestock grazing data for UFO allotments and historic billed AUM data. Unpublished.

———. 2018c. Personal communication between Matt Loscalzo, BLM, Uncompahgre Field Office and Angie Adams, EMPSi Environmental Management and Planning Solutions, Inc., regarding Stream Reaches Protected by Instream Flow Water Rights Held by The Colorado Water Conservation Board. July 16, 2018

———. 2018d. Final Environmental Assessment, Fram Operating, LLC. Updated Whitewater Unit Master Development Plan. DOI-BLM-CO-N040-2016-0054-EA. BLM, Colorado River Valley Field Office, Silt, CO.

———. 2019. GIS. Unpublished data. BLM, Uncompahgre Field Office, Montrose, CO.

BLM (US Department of the Interior, Bureau of Land Management) and BOR (US Department of the Interior). 1983. Interagency Agreement between the Bureau of Reclamation and the Bureau of Land Management, BOR/BLM Washington, DC.

BLM (US Department of the Interior, Bureau of Land Management) and DOE (US Department of Energy). 2003. Assessing the Potential for Renewable Energy on Public Lands. February.

BLM (US Department of the Interior, Bureau of Land Management), EPA (US Environmental Protection Agency), Mine Safety and Health Administration, National Park Service, Office of Surface Mining, Forest Service (US Department of Agriculture, National Forest Service), US Geological Survey, and US Army Corps of Engineers. 2009. About AMLs. Abandoned Mine Lands Portal. Internet Web site: http://www.abandonedmines.gov/aa.html. Accessed on May 27, 2009.

BLM (US Department of the Interior, Bureau of Land Management) and Forest Service (US Department of Agriculture, National Forest Service). 2007. San Juan Public Lands Draft Land Management Plan and Draft Environmental Impact Statement. San Juan Public Lands Center, Durango, CO. December.

BLM_0163631

_____. 2013. Final Environmental Impact Statement for the Land and Resource Management Plan for the BLM Tres Rios Field Office and San Juan National Forest. BLM, Tres Rios Field Office, Dolores, CO, and Forest Service, Region 2, San Juan National Forest.

_____. 2015a. Record of Decision for the Approved Resource Management Plan for Public Lands Administered by the Tres Rios Field Office, Dolores, Colorado, and for Adoption of the San Juan National Forest Oil and Gas Leasing Availability Decisions, San Juan National Forest, Colorado. BLM, Tres Rios Field Office, Dolores, CO, and Forest Service, Region 2, San Juan National Forest.

_____. 2015b. Northwest Colorado Greater Sage-Grouse RMP Amendment and Final EIS. Available online: https://eplanning.blm.gov/epl-front-office/eplanning/planAndProjectSite.do?methodName=dispatchToPatternPage&currentPageId=48134.

_____. 2017. BLM and Forest Service Announce 2017 Federal Grazing Fee. Press Release. January 31, 2017. Internet Web site: https://www.blm.gov/press-release/blm-and-forest-service-announce-2017-grazing-fee.

BLM (US Department of the Interior, Bureau of Land Management) and US Geological Survey. 2001. Biological Soil Crusts: Ecology and Management. Technical Reference 1730-2. BLM/ID/ST-01/001+1730. BLM, Denver, CO. 118 pp.

BOR (US Department of the Interior, Bureau of Reclamation). 2012. South Canal Hydropower Project, Final Environmental Assessment. Western Colorado Area Office, Upper Colorado Region. February.

_____. 2014. South Canal Drop 4 Hydropower Project, Final Environmental Assessment. Western Colorado Area Office, Upper Colorado Region. August.

_____. 2015. South Canal Drop 5 Hydropower Project, Final Environmental Assessment. Western Colorado Area Office, Upper Colorado Region. August.

_____. 2018. Paradox Valley Unit EIS. Western Colorado Area Office, Upper Colorado Region. Accessed on March 13.

Boxall, P., W.H. Chan, and M. McMillan. 2005. The Impact of Oil and Natural Gas Facilities on Rural Residential Property Values: A Spatial Hedonic Analysis. Resources and Energy Economics. Volume 27, 248-269.

Boyd, J., and S. Banzhaf. 2007. What are ecosystem services? The need for standardized environmental accounting units. Ecological Economics. 63(2007)616–626.

Boyle, S.A., and D.R. Reeder. 2005. Colorado Sagebrush: A Conservation Assessment and Strategy. Colorado Division of Wildlife, Grand Junction, CO.

Bradley, W.H. 1964. Geology of Green River Formation and Associated Eocene Rocks in Southwestern Wyoming and Adjacent Parts of Colorado and Utah. US Geological Survey Professional Paper 496-A. In: Steigers 1999.

BLM_0163632

Braun, C.E., O.O. Oedekoven, and C.L. Aldridge. 2002. Oil and gas development in western North America: effects on sagebrush steppe avifauna with particular emphasis on sage-grouse. Transactions of the North American Wildlife and Natural Resources Conferences 67:337-349.

Breithaupt, B.H. 1985. Non-mammalian Vertebrate Faunas from the Late Cretaceous of Wyoming, in Cretaceous of Wyoming. Wyoming Geological Association 36th Annual Field Conference Guidebook, p. 159–175.

Brooks, M.L., C.M. D'Antonio, D.M. Richardson, J.B. Grace, J.E. Keeley, J.M. DiTomaso, R.J. Hobbs, M. Pellant, and D. Pyke. 2004. Effects of invasive alien plants on fire regimes. Bioscience 54(7): 677-688.

Brooks, M.L, and D.A. Pike. 2001. Invasive plants and fire in the deserts of North America. Pages 1-14 in K.E.M. Galley and T.P. Wilson (eds.). Proceedings of the Invasive Species Workshop: the Role of Fire in the Control and Spread of Invasive Species. Fire Conference 2000: the First National Congress on Fire Ecology, Prevention, and Management. Miscellaneous Publication No. 11, Tall Timbers Research Station. Tallahassee, FL.

Bryce, S.A., J.R. Strittholt, B.C. Ward, and D.M. Bachelet. 2012. Colorado Plateau Rapid Ecoregional Assessment Report. Prepared for the US Department of the Interior, Bureau of Land Management, Denver, CO.

Burton, T.A., E.R. Cowley, and S.J. Smith. 2008. Monitoring Stream Channels and Riparian Vegetation – Multiple Indicators. Version 5.0. US Department of the Interior. Bureau of Land Management. Idaho State Office. Boise, ID.

Carsey, K., G. Kittel, K. Decker, D.J. Cooper, and D. Culver. 2003. Field Guide to the Wetland and Riparian Plant Associations of Colorado. Colorado Natural Heritage Program, Fort Collins, CO.

Center for Climate Strategies. 2007. Colorado Greenhouse Gas Inventory and Reference Case Projections 1990-2020. Spring 2007.

Chapman, S.S., G.E. Griffith, J. M. Omernik, A. B. Price, J. Freeouf, and D. L. Schrupp. 2006. Ecoregions of Colorado (color poster with map, descriptive text, summary tables, and photographs): Reston, VA. Internet Web site: ftp://ftp.epa.gov/wed/ecoregions/co/co_eco_pg.pdf. Accessed on May 26, 2010.

Citizens for a Healthy Community. 2013. The North Fork Alternative Plan: A Proposal to the BLM for Managing Oil and Gas Development in the North Fork Valley. December 2013. 103 pp. plus appendices.

_____. 2017. Economic Impact of Natural Gas Development on Delta County. Proposed Project: The North Fork Mancos Master Development Plan. July 2017. Internet Web site: http://www.chc4you.org/wp-content/uploads/2017/07/CHC_EconomicImpactOfNaturalGasDev_FINAL_June2017.pdf.

City of Delta. 2008. City of Delta Comprehensive Plan Update. City of Delta, CO. September 2008. 104 p.

City of Montrose. 2008. City of Montrose Comprehensive Plan. City of Montrose, CO. Adopted March 6, 2008. 167 p.

BLM_0163633

City of Ouray. 2004. Ouray Community Plan. Ouray, CO. Adopted March 15, 2004.

Collins, B.M., R.G. Everett, and S.L. Stephens. 2001. Impacts of fire exclusion and recent managed fire on forest structure in old growth Sierra Nevada mixed-conifer forests. Ecosphere 2(4): 1-14.

Colorado Department of Agriculture. 2012. Industry Information. Internet Web site: http://www.colorado.gov/cs/Satellite/Agriculture-Main/CDAG/1221475092115. Accessed on January 4, 2012.

Colorado Department of Local Affairs, Division of Local Government. 2009. Federal Mineral Lease Distribution. Internet Web site: http://dola.colorado.gov/dlg/fa/dd/history.html#data. Accessed on July 13, 2010.

_____. 2010. State Severance Tax Direct Distribution. Internet Web site: https://dola.colorado.gov/sdd/ddSDDTier1.jsf. Accessed on February 5, 2014.

_____. 2016. Severance Tax and Federal Mineral Lease Distribution. Internet Web site: https://www.colorado.gov/pacific/dola/direct-distribution-severance-tax-federal-mineral-lease.

Colorado Department of Local Affairs, Division of Property Taxation. 2011. State of Colorado 2010 Fortieth Annual Report to the Governor and General Assembly. Assessed Values and Tax Revenues for Colorado Counties. April 30, 2011.

_____. 2016. State of Colorado 2010 Forty-sixth Annual Report to the Governor and General Assembly. Assessed Values and Tax Revenues for Colorado Counties. Internet Web site: https://drive.google.com/file/d/0B-vz6H4k4SESN0VfRWpSX2VnQXc/view.

Colorado Department of Local Affairs, State Demography Office. 2012. State Demography Office Home Page. Internet Web site: http://www.dola.state.co.us/demog/index.html. Accessed on February 9, 2010, and April 11, 2012.

_____. 2016. Population Forecast by County. Internet Web site: https://demography.dola.colorado.gov/population/population-totals-counties/#population-totals-for-colorado-counties.

_____. 2018. Historic Census Data for 1980 and 1990. Internet Web site: https://demography.dola.colorado.gov/population/data/historical_census/.

Colorado Department of Natural Resources. 2012a. Billy Creek State Wildlife Area. Internet Web site: http://wildlife.state.co.us/Landwater/statewildlifeareas/Pages/swa.aspx. Accessed on August 7, 2012.

_____. 2012b. Colorado Parks and Wildlife, Ridgway, Wildlife. Internet Web site: http://www.parks.state.co.us/Parks/Ridgway/Nature/Wildlife/Pages/Wildlife.aspx. Accessed on August 7, 2012.

_____. 2012c. Uranium Mining in Colorado 2012. Colorado Department of Natural Resources, Division of Reclamation, Mining, and Safety. July 18, 2012.

_____. 2010d. County Operator Mining Data. 2010. Monthly Coal Summary Reports. Colorado Division of Reclamation, Mining, and Safety. Internet Web site: http://mining.state.co.us/Coal%20Reports.htm. Accessed on April 20, 2010.

BLM_0163634

_____. Annual Coal Report. 2013. Internet Web site: http://mining.state.co.us/SiteCollectionDocuments/2012RevisedDetail2013.pdf.

_____. 2016. Colorado Division of Reclamation, Mining, and Safety Monthly Coal Detail Report Period 1/2016 through 12/2016. Colorado Division of Reclamation, Mining and Safety. Internet Web site: http://mining.state.co.us/SiteCollectionDocuments/RevisedDetail16.pdf. Accessed on March 9, 2018.

_____. 2017a. Colorado Division of Reclamation, Mining, and Safety Monthly Coal Detail Report Period 1/2017 through 3/2017. Colorado Division of Reclamation, Mining and Safety. Internet Web site: http://mining.state.co.us/SiteCollectionDocuments/03Summary17.pdf. Accessed on March 9, 2018.

_____. 2017b. Colorado Division of Reclamation, Mining, and Safety Annual Coal Report. Colorado Division of Reclamation, Mining and Safety. Internet Web site: http://mining.state.co.us/SiteCollectionDocuments/2017%20Detail.pdf.

Colorado Department of Natural Resources, Forest Service (US Department of Agriculture, Forest Service), and DOI (US Department of the Interior), Bureau of Outdoor Recreation. 1976. Dolores River Wild and Scenic River Study Report. December 1975, revised March 1976.

Colorado Department of Public Health and Environment. 2000. Source Water Assessment and Protection Program Plan. Colorado Department of Public Health and Environment, Water Quality Control Division, Source Water Assessment and Protection Program, Denver, CO.

_____. 2004a. Source Water Assessment Report. Surface Water Sources and Ground Water Sources under the Direct Influence of Surface Water. Greely, Town of; Public Water System ID: CO0162321, Greeley, CO, Weld County, July 26, 2013. Colorado Department of Public Health and Environment, Water Quality Control Division, Source Water Assessment and Protection Program, Denver, CO. Internet Web site: http://www.cdphe.state.co.us/wq/sw/swapreports/swapreports.html.

_____. 2004b. Source Water Assessment Methodology for Surface Water Sources and Ground Water Sources under the Direct Influence of Surface Water. Colorado Department of Public Health and Environment, Water Quality Control Division, Source Water Assessment and Protection Program, Denver, CO. Internet Web site: http://www.cdphe.state.co.us/wq/sw/swapmethodology.html.

_____. 2007. Regulation #31: The Basic Standards and Methodologies for Surface Water (5 CCR 1002-31). Amended August 8, 2005; effective December 31, 2007. Colorado Department of Public Health and Environment, Water Quality Control Commission, Denver, CO.

_____. 2008a. 5 CCR 1002-93; Regulation #93: Colorado's Section 303(d) List of Impaired Waters. Adopted March 11, 2008; effective April 30, 2008. Colorado Department of Public Health and Environment, Water Quality Control Commission, Denver, CO.

_____. 2008b. 5 CCR 1002-94; Regulation #94: Colorado's Monitoring and Evaluation List. Adopted March 11, 2008; effective April 30, 2008. Colorado Department of Public Health and Environment, Water Quality Control Commission, Denver, CO.

BLM_0163635

_____. 2011a. Energy Fuels Piñon Ridge Uranium Mill License. Colorado Radioactive Materials License Number Colo. 1170-01. Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division Radiation Program, Denver, CO. March 7, 2011.

_____. 2011b. Decision Analysis and Environmental Impact Analysis for Energy Fuels Piñon Ridge Uranium Mill. Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division Radiation Program, Denver, CO. January 2011.

_____. 2011c. Regulation 35: Classifications and Numeric Standards for Gunnison and Lower Dolores River Basins. Amended June 13, 2011; effective January 1, 2012. Colorado Department of Public Health and Environment, Water Quality Control Commission, Denver, CO.

_____. 2012a. Meteorological observations collected at Montrose, Colorado, 2005-2009. Colorado Department of Public Health and Environment, Air Pollution Control Commission, Denver, CO. October 2012.

_____. 2012b. Regulation 7: Control of Ozone via Ozone Precursors (Emissions of Volatile Organic Compounds and Nitrogen Oxides). Adopted December 20, 2012; effective February 15, 2013. Colorado Department of Public Health and Environment, Air Quality Control Commission, Denver, CO.

_____. 2012c. Personal communication between Nancy Chick, Colorado Department of Public Health and Environment, Air Pollution Control Division and Susan Connell, Carter Lake Consulting, regarding summary of background concentration estimates for the area of the BLM Uncompahgre Field Office. October 16, 2012.

_____. 2012d. Personal communication between Emmett Malone, Colorado Department of Public Health and Environment, Air Pollution Control Division and Susan Connell, Carter Lake Consulting, regarding meteorological data for the BLM Uncompahgre Field Office Planning Area. October 10, 2012.

_____. 2013. Air Quality Standards, Designations and Emission Budgets, 5 CCR 1001-14 (Effective 02/15/2013). Colorado Department of Public Health and Environment, Air Pollution Control Commission.

_____. 2017. Assessment of Potential Public Health Effects from Oil and Gas Operations in Colorado. February 21, 2017. Internet Web site: https://drive.google.com/file/d/0B0tmPQ67k3NVVFc1TFg1eDhMMjQ/view.

_____. 2018a. Special representation of stream water quality standards (zip file with ArcGIS geodatabase). Colorado Department of Public Health and Environment, Water Quality Control Commission, Denver, CO. Internet Web site: https://www.colorado.gov/pacific/cdphe/clean-water-gis-maps.

_____. 2018b. Contact CDPHE. Colorado Department of Public Health and Environment, Water Quality Control Division, Source Water Assessment and Protection Program, Denver, CO. Internet Web site: https://www.colorado.gov/cdphe/wqcdcompliance. Specific information requested and received by Jedd Sondergard, BLM UFO Hydrologist.

BLM_0163636

Colorado Field Ornithologists. 2006. Colorado County Birding, Ouray County. Internet Web site: http://coloradocountybirding.com/county/bird_a_county.php?name=Ouray. Accessed on August 27, 2012.

Colorado Natural Areas Program 2010. Uncompahgre RMP Scoping Comments from Rob Billerbeck, Program Manager, Colorado Natural Areas Program, Colorado State Parks. Letter dated March 26, 2010.

Colorado Oil and Gas Conservation Commission. 2008. Regulatory Process for Permitting and Tracking an Oil or Gas Well. Denver, CO.

_____. 2012a. GIS well data. Updated daily. From http://oil-gas.state.co.us/.

_____. 2012b. US Natural Gas wellhead Value. Internet Web site: http://www.eia.gov/dnav/ng/ng_prod_whv_dcu_nus_a.htm. Accessed on June 24, 2012.

_____. 2017. Production Search 2012-2018. Internet Web site: http://cogcc.state.co.us/cogis/ProductionSearch.asp.

_____. 2018. Colorado Oil and Gas Conservation Commission Spill Analysis by Year 1999 – 4th Quarter 2017. Internet Web site: http://cogcc.state.co.us/documents/data/downloads/environmental/SpillAnalysisByYear.pdf. Accessed on March 25, 2018.

Colorado Plateau Mountain Bike Trail Association. 2012. Internet Web site: http://copmoba.org/page.cfm?pageid=14739. Accessed on July 5, 2012.

Colorado State Forest Service. 2005. The Health of Colorado's Forests: 2009 Report. Colorado State Forest Service, Fort Collins, CO. 27 p.

_____. 2009. Health of Colorado's Forests: 2009 Report. Colorado State Forest Service, Fort Collins, CO. 37 p.

_____. 2017. 2017 Report on the Health of Colorado's Forests. Colorado State Forest Service, Internet Web site: https://csfs.colostate.edu/media/sites/22/2018/02/2017_ForestHealthReport_FINAL.pdf.

Colorado State University. 2015. Colorado livestock enterprise budgets for cow-calf (2014–2015, 2009–2010, 2008–2009) and sheep-range (2014–2015, 2011–2012, and 2009–2010). Internet Web site: http://www.wr.colostate.edu/ABM/livestock.shtml.

Colorado Water Conservation Board. 2008. Climate change in Colorado. A synthesis to support Water Resource Management and Adaptation. A Report by the Western Assessment for the Colorado Water Conservation Board.

Congressional Research Service. 2012. Grazing Fees: Overviews and Issues. Cynthia Vincent. June 19, 2012. Internet Web site: https://fas.org/sgp/crs/misc/RS21232.pdf.

Connelly, J.W., S.T. Knick, M.A. Schroeder, and S.J. Stiver. 2004. Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats. Western Association of Fish and Wildlife Agencies. Unpublished Report. Cheyenne, Wyoming.

BLM_0163637

Council on Environmental Quality. 1997. Environmental Justice: Guidance under the National Environmental Policy Act. Washington, DC. 40 p.

CPW (Colorado Department of Natural Resources, Parks and Wildlife, formerly Colorado Division of Wildlife [CDOW]). 2006. Colorado's Comprehensive Wildlife Conservation Strategy and Wildlife Action Plans. Prepared for the Citizens of Colorado and its Sportsmen by the Colorado Division of Wildlife. Denver, CO. November 2, 2006.

_____. 2008a. Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors. Revised February 2008. 7 p.

_____, 2008b. The Economic Impacts of Hunting, Fishing and Wildlife Watching in Colorado. Prepared for the Colorado Division of Wildlife by BBC Research and Consulting. September 26, 2008.

_____. 2009. Species Activity Maps. Natural Diversity Information Source. Internet Web site: http://ndis.nrel.colostate.edu/ftp/ftp_response.asp. Accessed on October 18, 2009.

_____. 2010. Personal communication Brad Banulis, Colorado Department of Natural Resources, Parks and Wildlife, and Charlie Sharp, BLM, Uncompahgre Field Office, Montrose, CO. May 27, 2010.

Crone, E.E., M. Marler, and D.E. Pearson. 2009. Non-target effects of broadleaf herbicide on a native perennial forb: a demographic framework for assessing and minimizing impacts. Journal of Applied Ecology 46: 673-682.

Dauwalter, D.C., D.K. Splinter, W.L. Fisher, and R.A. Marston. 2008. Biogeography, ecoregions, and geomorphology affect fish species composition in streams of eastern Oklahoma, USA. Environ Biol Fish 82:237-249.

Delta Area Development Inc. 2010. Major Employers in Delta County. Internet Web site: http://www.deltaareadevelopment.org/major_employers.php. Accessed on April 13, 2010.

Delta County. 1996. Delta County Master Plan. Delta County, CO. October 1996.

_____. 2010. Noxious Weed Management Plan. Delta County, CO. April 5, 2010.

Department of Fisheries and Oceans. 2007. Directional Drilling. Quebec, Canada.

de Mazancourt, C., M. Loreau, and L. Abbadie. 1998. Grazing Optimization and Nutrient Cycling: When Do Herbivores Enhance Plant Production? Ecology 79(7): 2242-2252.

Denver Post. 2013. Elk Creek Mine in Somerset will go idle. Aldo Svaldi. December 2, 2013.

_____. 2017. Colorado coal jobs drop to fewer than 1,000 as Tri-State New Horizon mine shuts, but federal government's draft plan signals West Elk mine will expand into roadless forest. R.J. Sangosti. June 8, 2017.

Dickinson, R.G. 1965. Geologic Map of the Cerro Summit Quadrangle, Montrose County, Colorado. US Geological Survey Map GQ-486.

DOE (US Department of Energy). 2012. Preliminary Draft Uranium Leasing Program Programmatic Environmental Impact Statement; DOE/EIS 0472-D, Legacy Management Program. May 2012.

BLM_0163638

_____. 2014. Final Uranium Leasing Program Programmatic Environmental Impact Statement; DOE/EIS 0472, Legacy Management Program. March 2014.

DOE (US Department of Energy) and BLM (US Department of the Interior, Bureau of Land Management). 2009. Approved Resource Management Plan Amendments/Record of Decision (ROD) for Designation of Energy Corridors on Bureau of Land Management-Administered Lands in the 11 Western States (BLM/WO-GI-09-005-1800). January 2009. United States Department of the Interior, Bureau of Land Management, Washington, DC.

DOI (US Department of the Interior). 2001. Biological Soil Crusts: Ecology and Management, Technical Reference 1730-2. US Department of Interior, Denver, CO.

_____. 2010. Payment in Lieu of Taxes (PILT) Payment by States Data for Fiscal Year 2009. Internet Web site: http://www.nbc.gov/pilt/pilt/states.cfm. Accessed on January 19, 2010.

_____. 2011. Quality of water Colorado River Basin: progress report no. 23. Internet Web site: http://www.usbr.gov/uc/progact/salinity/. Accessed on July 13, 2012.

_____. 2017. PILT Payments. Internet Web site: https://www.nbc.gov/pilt/print_counties.cfm?fiscal_yr=2017&term=county&state_code=CO.

DOI (US Department of the Interior) and USDA (US Department of Agriculture). 2007. Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development. BLM/WO/ST-06/-21+3071/REV 07. BLM, Denver, CO. 84 p.

DOI (US Department of the Interior), Forest Service (US Department of Agriculture, National Forest Service), DOE (US Department of Energy), US Department of Defense, US Department of Commerce, EPA (US Environmental Protection Agency), Federal Emergency Management Agency, and National Association of State Foresters. 2001. Review and Update of the 1995 Federal Wildland Fire Management Policy. January 2001.

Driver, B.L., D. Bruns, and R. J. Virden. 2008. Case Study Evaluation of the Pilot Test Application of Benefits Based Management on the McInnis Canyons National Conservation Area: Final Report. BLM, Washington, DC.

Duncan, C.A., and J.K. Clark (eds.). 2005. Invasive Plants of Range and Wildlands and Their Environmental, Economic, and Societal Impacts. Weed Science Society of America.

Dunn, H. 1972. The Piceance Basin and Axial Basin Uplift. In Geologic Atlas of the Rocky Mountain Region. Rocky Mountain Association of Geologists. Colorado: Hirschfeld Press.

Durango Herald. 2013. Paradox Valley uranium mill on hold. Internet Web site: https://durangoherald.com/lms/loading.html#rotftwetu=aHR0cHMlM0EvL3d3dy5nb2nbGUuY29tLw%3D%3D&ibothsahtrtd=aHR0cHMlM0EvL2R1cmFuZ29oZXJhbGQuY29tL3N0YWZmLzI3OSlqb2UtaGFuZZWw%.

Eagles, P.F.J., S.F. McCool, and C.D.A. Haynes. 2002. Sustainable Tourism in Protected Areas: Guidelines for Planning and Management. IUCN Gland, Switzerland and Cambridge, UK. World commission on Protected Areas, Best Practice Protected Area Guidelines Series No. 8. Adrian Phillips, Series Editor. xv + 183p.

BLM_0163639

Eaton, J.G., and R.M. Scheller. 1996. Effects of climate warming on fish thermal habitat in streams of the United States. Limnology and Oceanography 41(5): 1109-1115.

Economic and Planning Systems 2010. Montrose County Socio-Economic Impacts: Community Presentation. March 10, 2010.

Eichman H., G.L. Hunt, J. Kerkvliet, and A.J. Plantinga. 2010. Local Employment Growth, Migration, and Public Land Policy: Evidence from the Northwest Forest Plan. Journal of Agricultural and Resource Economics 35(2):316–333

Eisenhart, K.S., 2004. Historic range of variability and stand development in pinon-juniper woodlands of western Colorado. Thesis. University of Colorado.

Ellsworth, W.L. 2015. Injection-Induced Earthquakes. Science. Volume 341. July 12, 2013.

Energy Fuels Resources Corporation. 2009. Piñon Ridge Project Environmental Report. Prepared by Edge Environmental, Inc. for Energy Fuels Resources Corporation, Lakewood CO. November 2009.

_____. 2012. Piñon Ridge Mill: Schedule. Internet Web site: http://www.pinonridgemill.com/ schedule.html. Accessed on May 7, 2012, and September 3, 2015.

ENVIRON International Corporation. 2014. Personal communication between Tejas Shah, ENVIRON International Corporation, and Jim Zapert, Carter Lake Consulting, regarding Colorado Air Resource Management Modeling Study (CARMMS) emissions data summary for Colorado. October 20, 2014.

_____. 2015. Emission Inventory Technical Support Document (Revised). Prepared for BLM, Uncompahgre Field Office, Montrose, CO. October.

EPA (US Environmental Protection Agency). 1995. AP-42, Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources, Fifth Edition. EPA, Office of Air Quality Planning and Standards. January 1995 with supplements. Internet Web site: http://www.epa.gov/ttn/ chief/ap42/. Accessed on November 22, 2013.

_____. 2007. Climate Change – Science – State of Knowledge (Last Modified: December 20, 2007). Internet Web site: http://www.epa.gov/climatechange/science/stateofknowledge.html. Accessed on November 26, 2013.

_____. 2009. Office of Transportation and Air Quality, Modeling and Inventories, NONROAD Model (nonroad engines, equipment, and vehicles). Internet Web site: http://www.epa.gov/otaq/nonrdmdl.htm. Accessed on November 22, 2013.

_____. 2010a. Office of Transportation and Air Quality, Modeling and Inventories, MOVES (Motor Vehicle Emission Simulator). Internet Web site: http://www.epa.gov/otaq/models/moves/ index.htm. Accessed on August 2, 2010.

_____. 2010b. Climate Change Indicators in the United States. EPA 430-R-10-007. April 2010.

_____. 2011. Prevention of Significant Deterioration of Air Quality, Environmental Protection Agency Code of Federal Regulations: 40 CFR 51.166, March 30, 2011.

BLM_0163640

_____. 2012a. 2008 National Emissions Inventory Data, EPA Technology Transfer Network, Clearinghouse for Inventories and Emissions Factors. Internet Web site: http://www.epa.gov/ttn/chief/net/2008inventory.html. Accessed on November 22, 2012.

_____. 2012b. Clean Air Status and Trends Network (CASTNET). Internet Web site: http://java.epa.gov/castnet/viewsiteinfo.do. Accessed in November 2012.

_____. 2012c. EPA's Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Resources. Office of Research and Development, US Environmental Protection Agency, Washington, DC. Document #EPA/600/R-11/122, November 2011. 190 pp. Internet Web site: http://www.epa.gov/hfstudy/. Accessed on July 13, 2012 and April 24, 2014.

_____. 2012d. Air and Radiation, Clean Air Markets – Data and Maps, 2009. Internet Web site: http://www.epa.gov/airmarkets/. Accessed on November 22, 2012.

_____. 2012e. Climate Change, Emissions, National Data, National Greenhouse Gas Emissions Data – Inventory of US Greenhouse Gas Emissions and Sinks: 1990-2010. EPA 430-R-12-001.

_____. 2014. 2014 National Emissions Inventory Data. Internet Web site: https://www.epa.gov/air-emissions-inventories/2014-national-emissions-inventory-nei-data. Accessed in March 2018.

_____. 2015a. National Ambient Air Quality Standards, Office of Air Quality Planning and Standards, Technology Transfer Network Website. Internet Web site: http://www.epa.gov/ttn/naaqs. Accessed on November 9, 2015.

_____. 2015b. National Ambient Air Quality Standards for Ozone, Environmental Protection Agency Final Rule (40 CFR Parts 50, 51, 52, 53, and 58). Federal Register Vol. 80, No. 206, p. 65292–65468.

_____. 2016. Hydraulic Fracturing for Oil and Gas: Impacts from the Hydraulic Fracturing Water Cycle on Drinking Water Resources in the United States. EPA-600-R-16-236ES. Office of Research and Development. Washington, DC. December.

_____. 2018a. Guidance on Significant Impact Levels for Ozone and Fine Particles in the Prevention of Significant Deterioration Permitting Program. Memorandum from Office of Air Quality Planning and Standards to Regional Air Division Directors, Regions 1-10. April 17, 2018. Internet Web site: https://www.epa.gov/sites/production/files/2018-04/documents/sils_policy_guidance_document_final_signed_4-17-18.pdf.

_____. 2018b. Proper Management of Oil and Gas Exploration and Production Waste. Internet Web site: https://archive.epa.gov/epawaste/nonhaz/industrial/special/web/html/hydrofrac.html.

Farag, A.M., and D.D. Harper. 2013. A review of environmental impacts of salts from produced waters on aquatic resources. International Journal of Coal Geology 126:157-161.

Ficklin, D.L., Y. Luo, E. Luedeling, S. Gatzke, and M. Zhang. 2010. Sensitivity of agricultural runoff loads to rising levels of CO2 and climate change in the San Joaquin Valley watershed of California. Environmental Pollution 158: 223-234.

Fitzgerald, J.P. 1996. Final Report-Status and Distribution of the Kit Fox (*Vulpes macrotis*) in Western Colorado. Colorado Division of Wildlife, Denver, CO. Product No. W-153-R-7.

BLM_0163641

Fitzgerald, J.P., C.A. Meaney, and D.M. Armstrong. 1994. Mammals of Colorado. Denver Museum of Natural History, and University Press of Colorado, Boulder, CO. 467 p.

Forest Service (US Department of Agriculture, National Forest Service). 1991. Amended Land and Resource Management Plan for Grand Mesa, Uncompahgre, and Gunnison National Forests. USDA, Forest Service, Delta, CO. July 1991.

_____. 1993. Grand Mesa, Uncompahgre and Gunnison National Forests Oil and Gas Leasing Final Environmental Impact Statement and Record of Decision. Delta, CO.

_____. 2000a. Protecting People and Sustaining Resources in Fire-adapted Ecosystems – A Cohesive Strategy. The Forest Service Management Response to the General Accounting Office Report GAO/RCED-99-65. October 13, 2000.

_____. 2000b. Policy Implications of Large Fire Management: A strategic assessment of factors influencing costs. USDA Forest Service. January 21, 2000. 43 p.

_____. 2007. Proposed Forest Plan for Grand Mesa, Uncompahgre, and Gunnison National Forests. Forest Service, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado. March 2007.

_____. 2013. San Juan National Forest Land and Resource Management Plan, Final Environmental Impact Statement, Record of Decision for the Forest Land and Resource Management Plan, and Record of Decision for Oil and Gas Leasing Availability. Forest Service, San Juan National Forest, Colorado. Internet Web site: http://www.fs.usda.gov/detail/sanjuan/landmanagement/planning/?cid=stelprdb5432707.

_____. 2011. Environmental Assessment, Coal Lease Modifications COC-1362 and COC-67232, Gunnison County, Colorado. US Department of Agriculture, Forest Service, Grand Mesa, Uncompahgre, and Gunnison National Forests, Paonia Ranger District. November. Internet Web site: https://www.fs.usda.gov/nfs/11558/www/nepa/68608_FSPLT2_062148.pdf.

_____. 2017a. Supplemental Final Environmental Impact Statement for Federal Coal Lease Modifications COC-1362 and COC-67232 (including on-lease exploration plan) US Department of Agriculture, Forest Service, Grand Mesa, Uncompahgre, and Gunnison National Forests, Paonia Ranger District. August. Internet Web site: https://www.fs.usda.gov/nfs/11558/www/nepa/68608_FSPLT3_4051445.pdf.

_____. 2017b. Final Record of Decision, Coal Lease Modifications COC-1362 and COC-67232, Gunnison County, Colorado. US Department of Agriculture, Forest Service, Grand Mesa, Uncompahgre, and Gunnison National Forests, Paonia Ranger District. November. Internet Web site: https://www.fs.usda.gov/nfs/11558/www/nepa/68608_FSPLT3_4111330.pdf.

Forest Service (US Department of Agriculture, Forest Service) and BLM (US Department of the Interior, Bureau of Land Management). 2001. Gunnison Travel Interim Restrictions. Forest Service, Grand Mesa, Uncompahgre, and Gunnison National Forests, and BLM, Gunnison and Uncompahgre Field Offices, CO. March 2001.

BLM_0163642

Forest Service (US Department of Agriculture, Forest Service), NPS (US Department of the Interior, National Park Service), and USFWS (US Department of Interior, Fish and Wildlife Service). 2010. Federal Land Managers' Air Quality Related Values Work Group (FLAG): Phase I Report—Revised (2010). Natural Resource Report NPS/NRPC/NRR—2010/232. National Park Service, Denver, CO.

Foreyt, W.J., and D.A. Jessup. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. Journal of Wildlife Diseases 18:163-168.

Foster, J.R., 2005. New juvenile sauropod material from Western Colorado, and the record of juvenile sauropods from the Upper Jurassic Morrison Formation, in Tidwell, V. and Carpenter, K., Thunder-Lizards: The Sauropodomorph Dinosaurs: Bloomington, Indiana University Press, p. 141–153.

Foster, J.R., R.K. Hunt, and L. King. 2007. Taphonomy of the Mygatt-Moore quarry, a large dinosaur bonebed in the Upper Jurassic Morrison Formation of western Colorado. Geological Society of America, 2007 annual meeting, Abstracts with Programs - Geological Society of America, vol. 39, no. 6, p.400

Fox, D., A.M. Bartuska, J.G. Byrne, E. Cowling, R. Fisher, G.E. Likens, S.E. Lindberg, R.A. Linthurst, J. Messer, and D.S. Nichols. 1989. A Screening Procedure to Evaluate Air Pollution Effects on Class I Wilderness Areas. General Technical Report RM-168. US Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 36 pp.

Gallegos, T.J., B.A. Varela, S.S. Haines, and M.A. Engle. 2015. Hydraulic fracturing water use variability in the United States and potential environmental implications. Water Resources Research, 51, 5839–5845, doi:10.1002/2015WR017278.

Gold Price History. 2012. Internet Web site: http://www.goldshark.com/gold-price-history.html. Accessed on January 3, 2012.

_____. 2017. Internet Web site: https://goldprice.org/spot-gold.html. Accessed on March 29, 2018.

Golder Associates. 2017. Greenhouse Gas and Climate Change Report. February.

Green, G.N. 1992. The Digital Geologic Map of Colorado in ARC/INFO Format: US Geological Survey Open-File Report 92-0507. 9 p.

Grauch, R.I., J.G. Elliott, G.W. Chong, J.J. Kosovich, P.B von Guerard, K. Tucker, D. Murphy, A. Clements, and J. Ferguson. 2005. Mancos Shale Landscapes: Science and Management of Black Shale Terrains – A Multi-Agency Project: US Geological Survey Public Colloquium Series.

Grauch, R.I., 2006. The effects of recreational activities on Mancos Shale landscapes: Mesa State College public lecture.

Gunnison County. 2003. North Fork Valley Coal Resource Special Area Regulations. Gunnison County, CO. November 18, 2003.

_____. 2004. Temporary Regulations for Oil and Gas Operations. Gunnison County, CO. May 18, 2004.

BLM_0163643

_____. 2009. Gunnison County Energy Action Plan. Gunnison County, CO. August 4, 2009.

_____. 2012a. A Resolution Amending the Gunnison County, Colorado Temporary Regulations for Oil and Gas Operations. Resolution No. 2012-25. Gunnison County, CO. September 2, 2012.

_____. 2012b. Gunnison River Watershed Integrated Weed Management Plan. Gunnison County, CO.

_____. 2016. Land Use Resolution. Gunnison County, CO. February 16, 2016.

Gunnison Sage-grouse Rangewide Steering Committee. 2005. Gunnison Sage-grouse Rangewide Conservation Plan. Colorado Department of Natural Resources, Parks and Wildlife (formerly Colorado Division of Wildlife), Denver, CO.

Hamann, A., and T. Wang. 2006. Potential Effects of Climate Change on Ecosystem and Tree Species Distribution in British Columbia. Ecology 87 (11): 2773-2786.

Hammerson, G.A. 1999. Amphibians and Reptiles in Colorado, Second Edition. University Press of Colorado, Boulder, and Colorado Division of Wildlife, Denver, CO. 484 p.

Hayes, M.A. 2008. Bats in the Paradox Valley Area and Gunnison Gorge National Conservation Area: Results of Mist-Netting and Acoustic Surveys During 2008. Unpublished Report, BLM, UFO.

_____. 2009. Bats in the Gunnison Gorge National Conservation Area and Wilderness and the Escalante Study Area: Results of Mist-Netting and Acoustic Surveys During 2008. Unpublished Report, BLM, UFO.

Hayes, G.F. and K.D. Holl. 2003. Cattle Grazing Impacts on Annual Forbs and Vegetation Composition of Mesic Grasslands in California. Conservation Biology 17(6): 1694-1702.

Hayes, M.A., K.W. Navo, L.R. Bonewell, C.J. Mosch, and R.A. Adams. 2009. Allen's Big-eared Bat (*Idionycteris phyllotis*) Documented in Colorado Based on Recordings of Its Distinctive Echolocation Call. Southwestern Naturalist 54(4):499-501.

Headwaters Economics. 2010. Economic Profile System (EPS) Socioeconomic Profiles produced for Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties. Internet Web site: http://www.headwaterseconomics.org/eps/. Accessed on February 22, 2010.

_____. 2013. Updated Economic Profile System (EPS) Socioeconomic Profiles produced for Delta, Gunnison, Montrose, Ouray, and San Miguel Counties. Internet Web site: http://www.headwaterseconomics.org/eps/. Accessed in November 2013.

_____. 2017. A Profile of Agriculture. Custom profile for socioeconomic study area. Produced by the Economic Profile System. Internet Web site: https://headwaterseconomics.org/tools/economic-profile-system/about/.

Hebblewhite, M. 2008. A literature review of the effects of energy development on ungulates: Implications for central and eastern Montana. Report prepared for Montana Fish, Wildlife and Parks, Miles City, MT.

Hellmann, J.J., J.E. Byers, B.G. Bierwagen, and J.S. Dukes. 2007. Five Potential Consequences of Climate Change for Invasive Species. Conservation Biology 22(3): 534-543.

Hitaj, C., A. Boslett, and J.G. Weber. 2014. Shale Development and Agriculture. Choices: The magazine of food, farm, and resource issues. The Agricultural and Applied Economics Association. Volume 29, Number 4. Internet Web site: http://ageconsearch.umn.edu/bitstream/190819/2/cmsarticle_399.pdf.

Howery, L.D. 1999. Rangeland Management Before, During, and After Drought. The University of Arizona College of Agriculture, Tucson, AZ.

Idaho National Engineering and Environmental Laboratory. 2003. Western United States Geothermal Resources Publication No. - INEEL/MISC-0301046 Rev. 1. November, 2003.

IHS Enerdeq. 2016. Well completion and energy production data. IHS Enerdeq Browser. Internet Web site: https://ihsmarkit.com/products/oil-gas-tools-enerdeq-browser.html.

Industrial Economics, Inc. 2017. Consumer surplus and energy substitutes for OCS oil and gas production: the 2017 revised Market Simulation Model (MarketSim). US Department of the Interior, Bureau of Ocean Energy Management. OCS Study BOEM 2017-039. Internet Web site: https://www.boem.gov/ESPIS/5/5612.pdf. Accessed on May 6, 2019.

Integra Realty Resources. 2010. Flower Mount Well Site Impact Study. Prepared for Kent Collins, P.E., Assistant Town Manager, Town Of Flower Mound, Texas. Summary Consultation Report. File Number 116-2010-0511.

Interagency Lynx Biology Team. 2013. Canada lynx conservation assessment and strategy, 3rd edition. US Department of Agriculture, Forest Service; US Department of the Interior, Fish and Wildlife Service, Bureau of Land Management, and National Park Service. Forest Service Publication R1-13-19, Missoula, MT. 128 pp. Internet Web site: https://www.fs.fed.us/biology/resources/pubs/wildlife/LCAS_revisedAugust2013.pdf.

Interagency Monitoring of Protected Visual Environments (IMPROVE). 2014. AQRV Summaries: Visibility Status and Trends Following the Regional Haze Rule Metrics. Summaries/reports customized for the Uncompahgre RMP planning area. Internet website: http://vista.cira.colostate.edu/Improve/aqrv-summaries/.

Intergovernmental Panel on Climate Change. 2014. Climate Change 2014 Synthesis Report. Contribution of Working Groups I, II, and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change (Core Writing Team, R.K. Pachauri and L.A. Meyer [eds.]). IPCC, Geneva, Switzerland. 151 pp.

International Fertilizer Development Center. 2008. World fertilizer prices drop dramatically after soaring to all-time highs; Fertilizer prices suddenly collapse in late 2008. Internet Web site: https://www.eurekalert.org/pub_releases/2008-12/i-wfp121608.php. Public Release. December 16, 2008.

Irmis, R.B. 2005. The vertebrate fauna of the Upper Triassic Chinle Formation in northern Arizona, in S.J. Nesbitt, W.G. Parker, and R.B. Irmis, eds., Guidebook to the Triassic Formations of the Colorado Plateau in northern Arizona: Geology, Paleontology, and History: Mesa Southwest Museum, Bulletin No. 9, p. 63–88.

BLM_0163645

Jackson R.B., B. Rainey Pearson, S.G. Osborn, N.R. Warner, and A. Vengosh. 2011. Research and policy recommendations for hydraulic fracturing and shale-gas extraction. Center on Global Change, Duke University, Durham, NC.

Jaffee, M. 2012. Denver Post. Colorado North Fork Valley residents, businesses fighting prospect of fuel leases. March 18, 2012.

Jessup, D.A. 1985. Disease of domestic livestock which threaten bighorn sheep populations. Desert Bighorn Counc. Trans. 29:29-33.

Karl, T.R., J.M. Melillo, and T.C. Peterson (eds.). 2009. Global Climate Change Impacts in the United States. Cambridge University Press.

Kass, M.S. 1999. Prognathodon stadtmani: (Mosasauridae) a new species from the Mancos Shale (Lower Campanian) of western Colorado. in Gillette, D.M., ed., Vertebrate Paleontology in Utah: Utah Geological Society Miscellaneous Publication 99-1, p. 275–294.

Keeley, J.E., D. Lubin, and C.J. Fotheringham. 2003. Fire and grazing impacts on plant diversity and alien plant invasions in the southern Sierra Nevada. Ecological Applications 13(5): 1355-1374.

Kingery, H.E., Editor. 1998. Colorado Breeding Bird Atlas. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, CO. 636 p.

Knick, S.T., and J.W. Connelly (eds). 2011. Greater Sage-Grouse: ecology and conservation of a landscape species and its habitats. Studies in Avian Biology Series (vol. 38), University of California Press, Berkeley, CA.

Kolm, K.E., and P.K.M. van der Heijde. 2012. Groundwater Systems in Delta County, Colorado: Oak Mesa Area. GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site Models. Prepared for Delta County Board of County Commissioners, Colorado. Integral Consulting Inc. Louisville, Colorado. August 31, 2012.

_____. 2013. Groundwater Systems in Delta County, Colorado: North Fork Valley and Terraces Area. GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site Models. Prepared for Delta County Board of County Commissioners, Colorado. Hydrologic Systems Analysis, LLC, Golden, Colorado, and Heath Hydrology, Inc., Boulder, Colorado. October 31, 2013.

Kramer, A. 2012. Public Affairs Manager, Tri-State Generation and Transmission Association, Inc. Personal communication with Lauren Zielinski, EMPSi. August 23, 2012.

Kurten, B., and E. Anderson. 1980. Pleistocene mammals of North America: New York, Columbia University Press. 442 p.

Lambeth, R.E., and D.R. Reeder. 2009. Migratory Bird Status Literature Review. Prepared by Rare Earth Science, LLC, for the BLM, Uncompahgre Field Office, Montrose, CO. 198 p.

BLM_0163646

Landres, P., C. Barns, J.G. Dennis, T. Devine, P. Geissler, C.S. McCasland, L. Merigliano, J. Seastrand, and R. Swain. 2008. Keeping It Wild: An Interagency Strategy to Monitor Trends in Wilderness Character across the National Wilderness Preservation System. General Technical Report RMRS-GTR-212. Fort Collins, CO: US Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Lee, W.T. 1912. Coal Fields of Grand Mesa and the West Elk Mountains, Colorado. US Geological Survey Bulletin 510. 237 p.

Leeds School of Business, Business Research Division. 2013. Assessment of Oil and Gas Industry 2012 Industry Economic and Fiscal Contributions in Colorado. July 2013. Internet Web site: https://www.coga.org/wp-content/uploads/2015/09/2012-Economic-Study-CU-Leeds-School-of-Business.pdf.

Lenihan, J.M., R. Draypek, D. Bachelet, and R.P. Neilson. 2003. Climate Change Effects on Vegetation Distribution, Carbon, and Fire in California. Ecological Applications 13(6): 1667-1681.

Liang, J.J., D.E. Calkin, K.M. Gebert, T.J. Venn, and R.P. Silverstein. 2008. Factors Influencing Large Wildland Fire Suppression Expenditures. International Journal of Wildland Fire, v. 17, no. 5, p. 650–659.

Lillegraven, J.A., and M.C. McKenna. 1986. Fossil Mammals from the "Mesaverde" Formation (Late Cretaceous, Judithian) of the Bighorn and Wind River Basins, Wyoming, with definitions of Late Cretaceous North American Land-Mammal "ages": American Museum Novitates, v. 2840. 68 p.

Lockley, M.G., and A.P. Hunt. 1995. Dinosaur tracks and other fossil footprints of the western United States: New York, Columbia University Press. 338 p.

Lorah, P., and R. Southwick. 2003. Environmental Protection, Population Change, and Economic Development in the Rural Western United States. Population and Environment, 24(3): 255–272.

Lusby, G.C. 1979. Effects of grazing on runoff and sediment yield from desert rangeland at Badger Wash in Western Colorado, 1953–1973. US Geol. Surv., Water-Supply Pap., 1532-I (1979), p. 134.

Lyon, A.G., and S.H. Anderson. 2003. Potential gas development impacts on sage-grouse nest initiation and movement. Wildlife Society Bulletin 31:486-491.

Lyon, P., and J. Sovell. 2000. A Natural Heritage Assessment, San Miguel and Western Montrose Counties, Colorado. Prepared for San Miguel County by Colorado Natural Heritage Program. Fort Collins, CO.

Marshall, R., M. List, and C. Enquist. 2006. Ecoregion-Based Conservation Assessment of the Southwestern United States and Northwestern Mexico: A Geodatabases for Six Ecoregions, Including the Apache Highlands, Arizona-New Mexico Mountains, Colorado Plateau, Mojave Desert, Sonoran Desert, and Southern Rocky Mountains. Prepared by The Nature Conservancy, Tucson, AZ. 37 p.

McGranahan, D.A. 1999. Natural Amenities Drive Rural Population Change. Food and Rural Economic Division, Economic Research Service, US Department of Agriculture. Agriculture Economic Report No. 781.

BLM_0163647

McKenney, D.W., J.H. Pedlar, K. Lawrence, K. Campbell, and M.F. Hutchinson. 2007. Potential Impacts of Climate Change on the Distribution of North American Trees. BioScience 57(11): 939-948.

McKenzie L.M., R. Guo, R.Z. Witter, D.A. Savitz, L.S. Newman, and J.L. Adgate. 2014. Birth outcomes and maternal residential proximity to natural gas development in rural Colorado. Environmental Health Perspectives 122:412–417.

McKenzie, L., R.Z. Witter, L.S. Newman, J.L. Adgate. 2012. Human Health Risk Assessment of Air Emissions from Development of Unconventional Natural Gas Resources, Science of the Total Environment, 424:79-87.

Meng, Q. 2015. Spatial analysis of environment and population at risk of natural gas fracking in the state of Pennsylvania, USA. Science of the Total Environment, Volumes 515–516, 2015, pp. 198-206.

Merriam, K.E., J.E. Keeley, and J.L. Beyers. 2006. Fuel breaks affect nonnative species abundance in Californian plant communities. Ecological Applications 16 (2): 515-527.

Merewether, E..A, D.A. Sawyer, and W.A. Cobban. Molluscan Fossils and Stratigraphic Descriptions From the Upper Cretaceous Mancos Shale, West-central Colorado. Version 1.0. US Geological Survey, Reston, VA. 2006.

Mesa County. 2000. Mesa Countywide Land Use Plan. Mesa County Planning Commission, Mesa County, CO. 2000 Edition.

_____. 2009. Mesa County Weed Management Plan. Division of Pest Management, Mesa County, CO. November 30, 2009.

_____. 2011. Mesa County Mineral and Energy Resources Master Plan. Mesa County, CO. Adopted February 2011.

_____. 2007. Mesa County Weed Management Plan. Division of Pest Management, Mesa County, CO. March 2017.

Metcalf, J.L., V. Pritchard, S. Silvestri, J. Jenkins, J. Wood, D. Cowley, R. Evans, et al. 2007. "Across the great divide: Genetic forensics reveals misidentification of endangered cutthroat trout populations." Molecular Ecology.

Metcalf, J.L., S.L. Stowell, C.M. Kennedy, K.B. Rogers, D. McDonald, J. Epp, K. Keepers, et al. 2012. "Historical stocking data and 19th century DNA Reveal Human-Induced Changes to Native Diversity and Distribution of Cutthroat Trout. Molecular Ecology 21:5194-5207.

Milchunas, D.G., and W.K. Lauenroth. 1993. Quantitative Effects of Grazing on Vegetation and Soils Over a Global Range of Environments. Ecological Monographs 63(4): 327-366.

Millennium Ecosystem Assessment. 2003. Ecosystems and Human Well-being: A Framework for Assessment. Internet Web site: http://millenniumassessment.org/en/Framework.html.

Montrose County. 2010. Montrose County Master Plan. Montrose County, CO. 2010.

_____. 2011. Weed Management Plan. Montrose County Weed Mitigation Department, Montrose CO. April 2011.

BLM_0163648

Mothershead, K., and R.J. Marquis. 2000. Fitness impacts of herbivory through indirect effects on plant-pollinator interactions in Oenothera macrocarpa. Ecology 81(1); 30-40.

Muehlenbachs, L., E. Spiller, and C. Timmins. 2012. Shale Gas Development and Property Values: Differences across Drinking Water Sources. National Bureau of Economic Research. Working Paper 18390. Internet Web site: http://www.nber.org/papers/w18390.

_____. 2015. The Housing Market Impacts of Shale Gas Development. American Economic Review 105(12): 3633–3659. Internet Web site: https://pubs.aeaweb.org/doi/pdfplus/10.1257/aer.20140079.

Myhre, G., D. Shindell, F.M. Bréon, W. Collins, J. Fuglestvedt, J. Huang, D. Koch, J.F. Lamarque, D. Lee, B. Mendoza, T. Nakajima, A. Robock, G. Stephens, T. Takemura, and H. Zhang. 2013. Anthropogenic and Natural Radiative Forcing. In: Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex, and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY.

National Audubon Society. 2012. San Miguel Area of Critical Concern Site Profile. Internet Web site: http://iba.audubon.org/iba/viewSiteProfile.do?siteId=457&navSite=state. Accessed on August 8, 2012.

National Mining Association. 2018. Most Requested Statistics – US Coal Industry. Internet Web site: https://nma.org/wp-content/uploads/2017/06/most_requested_coal_statistics_2016r.pdf. Accessed on March 9, 2018.

National Research Council. 2002. Riparian areas: functions and strategies for management. National Academy of Science. Washington, DC.

Natural Resources Conservation (US Department of Agriculture, Natural Resources Conservation Service). Undated. Soil Survey of Ridgway Area, Colorado – Parts of Delta, Montrose, Gunnison, and Ouray Counties. Web Soil Survey. Internet Web site: http://websoilsurvey.nrcs.usda.gov/. Accessed in July 2010.

_____. 1995. Soil Survey of Uncompahgre National Forest Area, Colorado – Parts of Mesa, Montrose, Ouray, and San Miguel Counties.

_____. 1997. Soil Survey of Grand Mesa-West Elk Area, Colorado – Parts of Delta, Montrose, Mesa, and Gunnison Counties. Web Soil Survey. Internet Web site: http://websoilsurvey.nrcs.usda.gov/. Accessed in July 2010.

_____. 2003. Soil Survey of San Miguel Area, Colorado – Parts of Dolores, Montrose, and San Miguel Counties.

_____. 2009. National Engineering Handbook, Title 210–VI. Part 630, Chapter 7 – Hydrologic Soil Groups. Washington, DC.

_____. 2010. Web Soil Survey. Internet Web site: http://websoilsurvey.nrcs.usda.gov/. Accessed in July 2010.

BLM_0163649

Navo, K.W., L.R. Bonewell, N. LaMantia-Olson, and L.A. Golten. 2003. Bats/Inactive Mines Project: 2003 BLM Mine Evaluations Report. Colorado Division of Wildlife, Denver, CO.

Navo, K.W., L.R. Bonewell, N. LaMantia-Olson, and S.R. Oglesby. 2005. Bats/Inactive Mines Project: 2005 BLM Mine Evaluations Report. Colorado Division of Wildlife, Denver, CO.

Neely, B., S. Panjabi, E. Lane, P. Lewis, C. Dawson, A. Kratz, B. Kurzel, T. Hogan, J. Handwerk, S. Krishnan, J. Neale, and N. Ripley. 2009. Colorado Rare Plant Conservation Strategy. Developed by the Colorado Rare Plant Conservation Initiative. The Nature Conservancy, Boulder, CO. 117 p.

North Fork Heart and Soul Survey. 2014. What Matters Most to The Future Of the North Fork Valley – A White Paper. Alexis Halbert for the North Fork Heart and Soul Project, with support by the Orton Family Foundation.

NPS (US Department of the Interior, National Park Service). 1997a. National Register Bulletin 15: How to Apply the National Register Criteria for Evaluation. US Department of Interior, National Park Service.

_____. 1997b. General Management Plan for the Black Canyon of the Gunnison National Monument and Curecanti National Recreation Area. 1997.

_____. 2001. Old Spanish Trail Feasibility Study and Environmental Impact Statement July 2001. US Department of the Interior, National Park Service, Washington D.C.

_____. 2008. Curecanti National Recreation Area Final Resource Protection Study and Environmental Impact Statement. Curecanti National Park, CO. August 2008.

_____. 2014. Personal communication between Andrea Stacy, US Department of the Interior, National Park Service, Air Resources Division, to Charis Tuers, Air Resource Specialist, BLM, Wyoming State Office, regarding applicable deposition critical load values for Wyoming and Colorado. August 15, 2014.

Office of Natural Resources Revenue. 2012. Statistical Information – Reported Disbursements for Fiscal Year 2009. US Department of the Interior, Office of Natural Resources Revenue. Internet Web site: http://statistics.onrr.gov/ReportTool.aspx. Accessed on December 6, 2012.

_____. 2016. Federal Royalty Revenue. US Department of the Interior, Office of Natural Resources Revenue. Internet Web site: https://revenuedata.doi.gov/explore/#federal-disbursements.

Old Spanish Trail Association. 2010. Old Spanish Trail History. Internet Web site: http://www.oldspanishtrail.org/trail_history.php. Accessed on May 17, 2010.

Ong, M. 2014. The Potential Impacts of Hydraulic Fracturing on Agriculture. European Journal of Sustainable Development Volume 3, Number 3, 63-72 Internet Web site: https://ecsdev.org/ojs/index.php/ejsd/article/view/138.

O'Sullivan, R.B., M.A. Carey, and S.C. Good. 2006. Fossils from the Middle Jurassic Wanakah Formation near Delta in Western Colorado: US Geological Survey Scientific Investigations Report 2006-5105. 10 p.

BLM_0163650

Otak. 2009. Visual Resource Inventory. Prepared for the BLM, Uncompahgre Field Office, Montrose, CO. September 2009.

Ott, R., B. Chapoose, C. Duncan, and T. G. Knight Sr. 2010. Perspectives on Ute Ethnohistory in West Central Colorado. Prepared by Dominguez Archaeological Research Group, Inc. for the Ute Indian Tribe of the Uintah and Ouray Reservation, the Ute Mountain Ute Tribe, the Southern Ute Indian Tribe, BLM Colorado State Office, BLM Glenwood Springs Field Office, BLM Grand Junction Field Office, and BLM Uncompahgre Field Office. 106 p.

Ouray County. 1999. Ouray County Master Plan. Ouray County Planning Commission and Ouray County Land Use and Planning Department, Ouray County, CO. December 1, 1999.

_____. 2005. Ouray County Land Use Code. Ouray County, CO. July 17, 2005.

_____. 2011. Ouray County 2011 Noxious Weed Management Plan. Ouray County, CO.

_____. 2018. Ouray County 2018 Noxious Weed Management Plan. Ouray County, CO.

Ouren, D.S., C. Haas, C.P. Melcher, S.C. Stewart, P.D. Ponds, N.R. Sexton, L. Burris, T. Fancher, and Z.H. Bowen. 2007. Environmental Effects of Off-Highway Vehicles on Bureau of Land Management Lands: A Literature Synthesis, Annotated Bibliographies, Extensive Bibliographies, and Internet Resources. US Department of the Interior, US Geological Survey, Open-File Report 2007-1353. 225 p.

Painter, T.H., A.P. Barrett, C.C. Landry, J.C. Neff, M.P. Cassidy, C.R. Lawrence, K.E. McBride, and G.L. 2007. Farmer. Impact of disturbed desert soils on duration of mountain snow cover. Geophysical Research Letters, Vol. 34, L12502, doi:10.1029/2007GL030284.

Painter, T.H., J. Deems, J. Belnap, A. Hamlet, C.C. Landry, and B. Udall. 2010. Response of Colorado River runoff to dust radiative forcing in snow. Proceedings of the National Academy of Sciences, published ahead of print September 20, 2010, doi:10.1073/ pnas.0913139107.

Pardo, L.H., M.J. Robin-Abbott, and C.T. Driscoll (eds.). 2011. Assessment of Nitrogen Deposition Effects and Empirical Critical Loads of Nitrogen for Ecoregions of the United States. General Technical Report NRS-80. US Dpeartment of Agriculture, Forest Service, Northern Research Station. Newtown Square, PA.

Phillips, S. 2004. Windfalls for Wilderness: Land Protection and Land Value in the Green Mountains. Ph.D. Dissertation. Virginia Polytechnic Institute and State University, Blacksburg, VA.

Powell, J. 2003. Distribution, habitat use patterns, and elk response to human disturbance in the Jack Morrow Hills, Wyoming. MS Thesis. University of Wyoming, Laramie, Wyoming, USA.

Radle, A.L. 2007. The effect of noise on wildlife: a literature review. Report date: 3/2/2007. 16 p.

Rabe, M.J., M.S. Siders, C.R. Miller, and T.K. Snow. 1998. Long foraging distance for a spotted bat (*Euderma maculatum*) in northern Arizona. The Southwestern Naturalist 43(2):266-269.

BLM_0163651

Raimi, D., and R.G. Newell. 2016. Local fiscal effects of oil and gas development in eight states. Duke University Energy Initiative. Internet Web site: https://energy.duke.edu/sites/default/files/attachments/3.%20Local%20fiscal%20effects%20of%20oil%20and%20gas%20devlopment%20in%20eight%20states%20SUMMARY%20FINAL.pdf.

Rasker, R.B., A.J. van den Noort, and R. Carter. 2004. Public Lands Conservation and Economic Well Being. The Sonoran Institute, Tucson, AZ.

Ray, A., J. Barsugli, and K. Averyt. 2008. Climate Change in Colorado: A Synthesis to Support Water Resources Management and Adaptation. CU-NOAA Western Water Assessment. Boulder, CO.

Reed-Eckert, M. 2009. 2008 Year-End Survey Report: Non-Invasive Sampling Survey Results for Kit Fox (Vulpes macrotis) in West-Central Colorado. Unpublished Report, Colorado Division of Wildlife, Montrose, CO.

Regmi, N., J.R. Giardino, and J.D. Vitek. 2008. Spatial Distribution of Mass Movement in the Paonia-McClure Pass Area, Colorado, USA, Geological Society of America Abstracts with Programs, Vol. 40, No. 6, p. 465.

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. Birds of Western Colorado Plateau and Mesa Country. Grand Valley Audubon Society, Grand Junction, CO. 214 p.

Rimbey, N., and L.A. Torell. 2011. Grazing Costs: What's the Current Situation? University of Idaho. Agricultural Economics Extension Series No 2011-02. March 22, 2011.

Robel, R.J., J.A. Harrison, C.A. Hagen, J.C. Pitman, and R.R. Reker. 2004. Effect of energy development and human activity on the use of sand sagebrush habitat by lesser prairie-chickens in southwestern Kansas. Transactions of the 69th North American Wildlife and Natural Resources Conferences.

Roehler, H.W. 1992. Correlation, composition, areal distribution, and thickness of Eocene stratigraphic units, Greater Green River Basin, Wyoming, Utah, and Colorado: US Geological Survey Professional Paper 1506-E. 54 p.

Rogers, K.B. 2012. "Piecing together the past: Using DNA to resolve the heritage of our state fish." Colorado Outdoors 61(5):28-32.

_____. 2010. "Cutthroat trout taxonomy: Exploring the heritage of Colorado's state fish." In Wild Trout X: Sustaining wild trout in a changing world (R.F. Carline and C. LoSapio, editors). Wild Trout Symposium, Bozeman, Montana. Pp. 152-157. Internet Web site: http://www.wildtroutsymposium.com/proceedings.php.

Rogers, K.B., and C.M. Kennedy. 2008. Seven Lakes and the Pike's Peak Native: History and Current Disposition of a Critical Cutthroat Trout Brood Stock. Colorado Division of Wildlife, Fort Collins, CO.

Romme, W.H., C.D. Allen, J.D. Bailey, W.L. Baker, B.T. Bestelmeyer, P.M. Brown, K.S. Eisenhart, L. Floyd-Hanna, D.W. Huffman, B.F. Jacobs, R.F. Miller, E.H. Muldavin, T.W. Swetnam, R.J. Tausch, and P.J. Weisberg. 2008. Historical and Modern Disturbance Regimes, Stand Structures, and Landscape Dynamics in Pinyon-Juniper Vegetation of the Western US Colorado Forest Restoration Institute, Colorado State University, Fort Collins, CO. 35 p.

BLM_0163652

Rosgen, D.L. 1996. A Geomorphological Approach to Restoration of Incised Rivers. Proceedings of the Conference on Management of Landscapes Disturbed by Channel Incision, 1997.

Rowland, M.M., M.J. Wisdom, B.K. Johnson, and M.A. Penninger. 2004. Effects of roads on elk: implications for management in forested ecosystems. In: Transactions of the 69th North American Wildlife and Natural Resources Conference. Wildlife Management Institute, Washington, DC. pp 491-508.

RPI Consulting. 2008. Road and Bridge Department Impact Fee Support Study. Prepared for Rio Blanco County, CO. April 2008.

Rubinstein, J.L., and A.B. Mahani. 2015. Myths and Facts on Wastewater Injection, Hydraulic Fracturing, Enhanced Oil Recovery, and Induced Seismicity. Seismological Research Letters. Volume 86. Number 4. July/August 2015.

Rudzitis, G., and R. Johnson. 2000. The Impact of Wilderness and Other Wildlands on Local Economies and Regional Development Trends. In: McCool, S.F., D.N. Cole, W.T. Borrie, J. O'Loughlin comps. 2000. Wilderness science in a time of change conference—Volume 2: Wilderness within the context of larger systems; 1999 May 23–27; Missoula, MT. Proceedings RMRS-P-15-VOL-2. Ogden, UT: US Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Ruediger, B., J. Claar, S. Gniadek, B. Holt, L. Lewis, S. Mighton, B. Naney, G. Patton, T. Rinaldi, J. Trick, A. Vandehey, F. Wahl, N. Warren, D. Wenger, and A. Williamson. 2000. Canada lynx conservation assessment and strategy. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Missoula, MT.

Rumbach, A. 2010. "Natural Gas Drilling in the Marcellus Shale: Potential Impacts on the Tourism Economy of the Southern Tier." Prepared for the Southern Tier Central Planning Board, Corning, NY.

Sakai, A.K., F.W. Allendorf, J.S. Holt, D.M. Lodge, J. Molofsky, K.A., with, S. Baughman, R.J. Cabin, J.E. Cohen, N.C. Ellstrand, D.E. McCauley, P. O'Neil, I.M. Parker, J.N. Thompson, and S.G. Weller. 2001. The population biology of invasive species. Annual Review of Ecology and Systematics 32: 305-332.

San Miguel Basin Gunnison Sage-grouse Working Group. 2009. San Miguel Basin Gunnison Sage-grouse Conservation Plan. December 2009. 57 p.

San Miguel County. 2008. San Miguel County Comprehensive Development Plan. San Miguel County, CO. Adopted August 3, 1978; Amended through February 13, 2008.

_____. 2009. San Miguel County Community Wildfire Protection Plan. Prepared by Anchor Point Group. January 2009. 165 p.

_____. 2012. San Miguel County Weed Control Program. Internet Web site: http://www.sanmiguelcounty.org/departments/weeds/. Accessed on July 3, 2012.

San Miguel Watershed Coalition. 1998. The San Miguel Watershed Plan: A Collaborative Management Framework for the San Miguel Basin, Colorado.

BLM_0163653

Saros, J.E., D.W. Clow, T. Blett, and A.P. Wolfe. 2010. Critical nitrogen deposition loads in high-elevation lakes of the western US inferred from paleolimnological records. Water, Air, and Soil Pollution. US Department of the Interior 10.1007/s11270-010-0526-6.

Sawyer, H., R.M. Nielson, F. Lindzey, and L.L. McDonald. 2006. Winter habitat selection of mule deer before and during development of a natural gas field. Journal of Wildlife Management 70 (2): 396-403.

Schoch, R.M. 1986. Systematics, functional morphology and macroevolution of the extinct mammalian order Taeniodonta: Peabody Museum of Natural History, v. 42. 307 p.

Seglund, A.E., A.E. Ernst, and D.M. O'Neill. 2005. Gunnison's prairie dog conservation assessment. Western Association of Fish and Wildlife Agencies. Laramie, Wyoming. Unpublished Report. 87 p.

Sertich, J.J.W., and M.A. Loewen. 2010. A new basal sauropodomorph dinosaur from the Lower Jurassic Navajo Sandstone of southern Utah: PLoS ONE 5(3): e9789. doi:10.1371/journal.pone.0009789.

Shelton, D.C., and D. Prouty. 1979. Natures' Building Codes: Geology and Construction in Colorado. Colorado Department of Natural Resources, Colorado Geological Survey. Special Publication 12. 72 p.

Siders, M.S., M.L. Rabe, T.K. Snow, and K. Yasuda. 1999. Long Foraging Distances in Two Uncommon Bat Species (*Euderma maculatum* and *Eumops perotis*) in Northern Arizona. Proceedings of 4th Biennial Conference of Research on the Colorado Plateau.

Soil Survey Division Staff. 1993. Soil survey manual. Soil Conservation Service. US Department of Agriculture Handbook 18.

Southwick and Associates. 2013a. The Economic Contributions of Outdoor Recreation in Colorado: A regional and county-level analysis. Prepared for Outdoor Industry Association and Colorado Parks and Wildlife. November 18, 2013. Internet Web site: http://c.ymcdn.com/sites/www.cpra-web.org/resource/resmgr/imported/Colorado%20SCORP%20Econ%20Report%2011-27-13.pdf.

_____. 2013b. Target Shooting in America. Produced for the National Shooting Sports Foundation. Newton, CT.

Spackman, S., B. Jennings, J. Coles, C. Dawson, M. Minton, A. Kratz, and C. Spurrier. 1997. Colorado Rare Plant Field Guide. Prepared for the Bureau of Land Management, the Forest Service and the US Fish and Wildlife Service by the Colorado Natural Heritage Program. Fort Collins, CO.

State of Colorado. 2007. Colorado Climate Action Plan: A Strategy to Address Global Warming.

Statwick, J., J. Ramp Neale, and A. Sher. 2016. A report to concerned parties on the taxonomy and conservation of the San Rafael milkvetch (*Astragalus rafaelensis* M.E. Jones) and Grand Junction milkvetch (*Astragalus linifolius* Osterh.) (*Fabaceae*). Denver Botanic Gardens. Denver, CO.

Tamarisk Coalition. 2010. Dolores River Riparian Action Plan: Recommendations for Implementing Tamarisk Control and Restoration Efforts. March 2010.

BLM_0163654

The Daily Sentinel. 2017. Drilling picks up in 2017, poised to grow. December 25, 2017. Internet Web site: https://www.gjsentinel.com/news/western_colorado/drilling-picks-up-in-poised-to-grow/article_99a28ae0-ea02-11e7-a03c-10604b9ffe60.html.

The Nature Conservancy. 2008. San Miguel/Lower Dolores River Project: Measures of Conservation Success. The Nature Conservancy, Boulder, CO.

Throupe, R., R.A. Simons, and X. Mao. 2013. A review of hydro "fracking" and its potential effects on real estate. Journal of Real Estate Literature. Volume 21, Number 2.

Torell, L.A., J.A. Tanaka, N. Rimbey, T. Darden, L. Van Tassell, and A. Harp. 2002. Ranch-Level impacts of changing grazing policies on BLM land to protect the Greater Sage-Grouse: Evidence from Idaho, Nevada and Oregon (Policy Paper SG-01-02). Policy Analysis Center for Western Public Lands, Caldwell, ID.

Town of Cedaredge. 2005. Master Plan. Town of Cedaredge, CO. Adopted April 26, 1999, revised January 2005.

Town of Norwood. 2008. Land Use Code, as amended. Town of Norwood, CO. November 12, 2008.

Town of Ridgway. 2008a. Northwest Area Master Plan. Town of Ridgway, CO. October 15, 2008.

_____. 2008b. Ridgway Municipal Code. Town of Ridgway, CO. January 2008.

_____. 2011. Ridgway Comprehensive Plan Integrated Weed Management and Native Plant Restoration. Town of Ridgway, CO. May 3, 2011.

_____. 2012. Master Plan. Town of Ridgway, CO. Internet Web site: http://www.town.ridgway.co.us/compplan.html. Accessed on July 7, 2014.

Tri-County Water. 2015. Hydro Power. Tri-County Water, Montrose, CO. Internet Web site: http://www.tricountywater.org/hydro.htm. Accessed on June 15, 2015.

Tri-State Generation and Transmission Association. 2017. New Horizon Mine reaches agreement with miners' union, will cease mining operations and begin reclamation activities. Internet Web site: https://www.tristategt.org/content/new-horizon-mine-reaches-agreement-miners'-union-will-cease-mining-operations-and-begin.

Trombulak, S.C., and C.A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. Conservation Biology 14 (1): 18-30.

Trujillo, K.C. 2010. Paleontologist, Geologist, Uinta Paleontological Associates, Inc. Written communication with Harley Armstrong, BLM Regional Paleontologist, BLM Colorado State Office, Lakewood, CO. June 1, 2010.

Turner, C.E. and F. Peterson. 1999. Biostratigraphy of dinosaurs in the Upper Jurassic Morrison Formation of the Western Interior, USA, in Gillette, D. G., ed., Vertebrate Paleontology in Utah: Utah Geologic Survey Miscellaneous Publication 99-1, p. 77–114.

BLM_0163655

Uncompahgre Plateau Project. 2007a. Horsefly Coordinated Weed Management Area Plan. Prepared by the Uncompahgre Plateau Project in coordination with Montrose County, Forest Service, Grand Mesa National Forest, BLM, Uncompahgre Field Office, and Colorado State University Extension.

_____. 2007b. Tabeguache Coordinated Weed Management Area Plan. Prepared by the Uncompahgre Plateau Project in coordination with Montrose County, Forest Service, Grand Mesa National Forest, BLM, Uncompahgre Field Office, and Colorado State University Extension.

_____. 2008. Paradox Coordinated Weed Management Area Plan. Prepared by the Uncompahgre Plateau Project in coordination with Montrose County, Forest Service, Grand Mesa National Forest, BLM, Uncompahgre Field Office, and Colorado State University Extension.

_____. 2010. Horsefly Coordinated Weed Management Strategy, including Strategy by Species. Prepared by the Uncompahgre Plateau Project in coordination with Montrose County, Forest Service, Grand Mesa National Forest, BLM, Uncompahgre Field Office, and Colorado State University Extension.

United Nations. 2017. World population projected to reach 9.8 billion in 2050, and 11.2 billion in 2100. Department of Economic and Social Affairs. Internet Web site: https://www.un.org/development/desa/en/news/population/world-population-prospects-2017.html. United Nations, Department of Economic and Social Affairs, New York. June 21, 2017.

Untermann, G.E., and B.R. Untermann. 1964. Geology of Uintah County: Utah Geological and Mineral Survey Bulletin 72. 112 p.

Upper Colorado River Endangered Fish Recovery Program. 2017. Recovery Implementation Program Recovery Action Plan (RIPRAP). Internet Web site: http://www.coloradoriverrecovery.org/documents-publications/foundational-documents/recovery-action-plan.html.

US Bureau of Labor Statistics. 2010. Local Area Unemployment Statistics. 1990-2009 data. Internet Web site: http://data.bls.gov/PDQ/servlet/SurveyOutputServlet. Accessed on January 27, 2010.

_____. 2011. Quarterly Census of Employment and Wages. Average Annual Wages by Industry. Internet Web site: http://data.bls.gov/pdq/SurveyOutputServlet. Accessed on February 5, 2014.

_____. 2012. Unemployment Data. Internet Web site: http://data.bls.gov/PDQ/servlet/SurveyOutputServlet. Accessed on April 11, 2012.

_____. 2017a. Quarterly Census of Employment and Wages. Internet Web site: https://www.bls.gov/cew/.

_____. 2017b. Unemployment rate by County. Internet website: https://www.bls.gov/lau/.

US Census Bureau. 2000. 2000 Census Summary Data (SF1, SF2). Internet Web site: http://www.census.gov/prod/cen2000. Accessed on February 11, 2010.

_____. 2001. Small Area Income and Poverty Estimates (SAIPE). County data files for 2001. Internet Web site: http://www.census.gov/did/www/saipe/downloads/estmod01/est01_CO.dat. Accessed on February 6, 2014.

BLM_0163656

_____. 2010a. 2010 Census Summary Data (SF1, SF2). Internet Web site: http://factfinder2.census.gov/faces/nav/jsf/pages/index.xhtml. Accessed on June 27, 2012.

_____. 2010b. Poverty Thresholds for 2010. Internet Web site: http://www.census.gov/hhes/www/poverty/data/threshld/. Accessed on June 27, 2012.

_____. 2011a. Small Area Income and Poverty Estimates (SAIPE). County data files for 2011. Internet Web site: http://www.census.gov/did/www/saipe/downloads/estmod11/est11_CO.dat. Accessed on February 6, 2014.

_____. 2011b. American Community Survey Data 2007-2011. Internet Web Site: http://factfinder2.census.gov/faces/tableservices/jsf/pages/productview.xhtml?pid=ACS_1. Accessed on February 5, 2014.

_____. 2012. American Community Survey Data 2008-2012. Internet Web Site: http://factfinder2.census.gov/faces/tableservices/jsf/pages/productview.xhtml?pid=ACS_1. Accessed on February 10, 2014.

_____. 2015. Small Area Poverty Estimates. Internet Web site: https://www.census.gov/data-tools/demo/saipe/saipe.html?s_appName=saipe&map_yearSelector=2016&map_geoSelector=aa_c.

_____. 2016a. American Community Survey Data. County and Community Data for 2012-2016. Internet Web site: https://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml.

_____. 2016b. Which Data Source to Use. Last revised April 13, 2016. US Census Bureau, Poverty Guidance for Data Users. Internet Web site: http://www.census.gov/topics/income-poverty/poverty/guidance/data-sources.html. Accessed on March 7, 2018.

_____. 2016c. State Exports from Colorado. Internet Web site: https://www.census.gov/foreign-trade/statistics/state/data/co.html.

_____. 2017a. 2016 Poverty and Median Household Income Estimates – Counties, States, and National. Small Area Income and Poverty Estimates Program. Release date November 2017. Internet Web site: https://www.census.gov/data/datasets/2016/demo/saipe/2016-state-and-county.html. Accessed on December 13, 2017.

_____. 2017b. Table PEPSR6H: Annual Estimates of the Resident Population by Sex, Race, and Hispanic Origin for the United States, States, and Counties: April 1, 2010 to July 1, 2016. Release date June 2017. US Census Bureau, Population Division. Internet Web site: http://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml. Accessed on December 13, 2017.

_____. 2017c. American Community Survey 2012-2016 5-Year Estimates: Table B17001 – Poverty Status in the Past 12 Months by Sex and Age. Release date December 7, 2017. Internet Web site: http://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml. Accessed on December 7, 2017.

_____. 2017d. American Community Survey 2012-2016 5-Year Estimates: Table B02001 – Race. Release date December 7, 2017. Internet Web site: http://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml. Accessed on March 7, 2018.

BLM_0163657

_____. 2017e. American Community Survey 2012-2016 5-Year Estimates: Table B03002 – Hispanic or Latino Origin by Race. Release date December 7, 2017. Internet Web site: http://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml. Accessed on March 7, 2018.

_____. 2017f. Annual Estimates of Housing Units for the United States, Regions, Divisions, States, and Counties: April 1, 2010 to July 1, 2016. US Census Bureau, Population Division. Released May 2017.

US Department of Agriculture, Economic Research Service. 2015. Economic Research Service Typology.

US Department of Agriculture, National Agricultural Statistical Service. 2010. 17 State Grazing Fees per Animal Unit. Internet Web site: http://www.nass.usda.gov/Charts_and_Maps/Grazing_Fees/gf_am.asp. Last updated January 2009. Accessed on January 19, 2010.

_____. 2012. 2012 Census of Agriculture – Colorado State and County Data. Issued in May 2014. 625 pp.

_____. 2014. 2012 Census of Agriculture. Colorado State and County data. Issued May 2014. Internet Web site: https://www.agcensus.usda.gov/Publications/2012/Full_Report/Volume_1,_Chapter_2_County_Level/Colorado/cov1.pdf.

_____. 2017. State Grazing Fee – Animal Unit fee for 17 states. Internet Web site: https://www.nass.usda.gov/Charts_and_Maps/Grazing_Fees/gf_am.php.

_____. 2018. Sheep and Goats. January 31, 2018. Internet Web site: http://usda.mannlib.cornell.edu/usda/current/SheeGoat/SheeGoat-01-31-2018.pdf.

US Department of Agriculture and DOI (US Department of the Interior). 2002. 10-Year Comprehensive Strategy.

US Department of Commerce, Bureau of Economic Analysis. 2009. Regional Economic Information System Data from tables Ca25N, Ca30, Ca1-3, and Ca05N. Updated April 2009. Internet Web site: http://www.bea.gov/regional/index.htm#state. Accessed on January 19, 2010, and April 20, 2010.

_____. 2016a. Local Areas Personal Income and Employment. Internet Web site: https://apps.bea.gov/itable/iTable.cfm?ReqID=70&step=1.

_____. 2016b. Table CA1 Personal Income Summary. Internet Web site: https://bea.gov/iTable/iTable.cfm?reqid=70&step=1&isuri=1&acrdn=7#reqid=70&step=30&isuri=1&7022=20&7023=7&7033=-1&7024=non-industry&7025=4&7026=08000,08029,08051,08077,08085,08091,08113&7027=2016,2010,2000&7001=720&7028=-1&7031=08000&7040=-1&7083=levels&7029=20&7090=70.

US Energy Information Administration. 2009. Colorado Energy Profile. Internet Web site: http://tonto.eia.doe.gov/state/state_energy_profiles.cfm?sid=CO. Accessed on February 2, 2010.

_____. 2012. US Natural Gas wellhead Value. Internet Web site: http://www.eia.gov/dnav/ng/ng_prod_whv_dcu_nus_a.htm. Accessed on June 24, 2012.

BLM_0163658

_____. 2016a. Environment; Carbon Dioxide Emissions Coefficients by Fuel. Internet Web site: https://www.eia.gov/environment/emissions/co2_vol_mass.cfm. Accessed on March 16, 2016.

_____. 2016b. Form EIA-7A, Annual Survey of Coal Production and Preparation. Table 33. Average Sales Price of US Coal by State and Disposition, 2016.

_____. 2017a. 2016 Domestic Uranium Production Report. May 2017. Internet Web site: https://www.eia.gov/uranium/production/annual/pdf/dupr.pdf.

_____. 2017b. 2016 Uranium Marketing Annual Report: Table S1b. Weighted-average price of uranium purchased by owners and operators of US civilian nuclear power reactors, 1994–2016. Internet Web site: https://www.eia.gov/uranium/marketing/pdf/umartableS1bfigureS2.pdf.

_____. 2018a. Lower 48 Natural Gas Price – Reference Condition. Internet Web site: https://www.eia.gov/outlooks/aeo/data/browser/#/?id=72-AEO2018&region=0-0&cases=ref2018&start=2016&end=2050&f=A&linechart=ref2018-d121317a.3-72-AEO2018&sid=ref2018-d121317a.125-72-AEO2018&sourcekey=0.

_____. 2018b. Frequently Asked Questions: What is US electricity generation by energy source? Internet Web site: https://www.eia.gov/tools/faqs/faq.php?id=427&t=3. Updated March 17, 2018.

USFWS (US Department of Interior, Fish and Wildlife Service). 1988a. Clay-Loving Wild Buckwheat. *Eriogonum pelinophilum* Reveal. Recovery Plan. US Department of the Interior, Fish and Wildlife Service, Region 6, Denver, CO. 22 p.

_____. 1988b. Recovery Plan for the Black-Footed Ferret (*Mustela nigripes*). Revision; original recovery plan approved in 1978. US Department of the Interior, Fish and Wildlife Service, Region 6, Denver, CO. 130 p.

_____. 1994. Endangered and Threatened Wildlife and Plants; Determination of Critical Habitat for the Colorado River Endangered Fishes: Razorback Sucker, Colorado Squawfish, Humpback Chub, and Bonytail Chub. US Department of the Interior, Fish and Wildlife Service, Washington, DC. Federal Register Vol. 59, No. 54, p. 13374–13400.

_____. 1998. Greenback Cutthroat Trout Recovery Plan. US Department of the Interior, Fish and Wildlife Service, Denver, CO. 62 p.

_____. 2000. Wildlife Mortality Risk in Oil Field Waste Pits. Internet Web site: https://www.fws.gov/mountain-prairie/contaminants/papers/pitrisk.pdf. US Department of the Interior, Fish and Wildlife Service, Cheyenne, WY.

_____. 2002. Colorado Pikeminnow (*Ptychocheilus lucius*) Recovery Goals: Amendment and Supplement to the Colorado Squawfish Recovery Plan. US Department of the Interior, Fish and Wildlife Service, Denver, CO. 111 p.

_____. 2005. Recovery Outline: Contiguous United States Distinct Population Segment of the Canada Lynx. US Department of the Interior, Fish and Wildlife Service, Helena, MT. 21 p.

_____. 2008. Birds of Conservation Concern 2008. United States Department of Interior, Fish and Wildlife Service, Division of Migratory Bird Management, Arlington, VA. 85 p.

BLM_0163659

_____. 2009a. 12-month Finding on a Petition tso Revise Critical Habitat for *Eriogonum pelinophilum* (Clay-Loving Wild Buckwheat). Federal Register, Volume 74 Number 187, p. 49835–49842. Internet Web site: http://frwebgate.access.gpo.gov/cgi-bin/getdoc.cgi?dbname=2009_register&docid=fr29se09-22. Accessed on May 24, 2010.

_____. 2009b. Taxonomic change of *Sclerocactus glaucus* to Three Separate Species. Federal Register. Volume 74, Number 177, p. 47112–47117. Internet Web site: http://frwebgate.access.gpo.gov/cgi-bin/getdoc.cgi?dbname=2009_register&docid=fr15se09-13. Accessed on May 24, 2010.

_____. 2009c. Endangered and Threatened Wildlife and Plants; Revised Designation of Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx. US Department of the Interior, Fish and Wildlife Service, Washington, DC. Federal Register Vol. 74, No. 36, p. 8616–8702.

_____. 2012. Biological Opinion for Livestock Grazing Program Effects on Three Listed Plants in the BLM Grand Junction, Colorado River Valley, and Uncompahgre Field Offices. US Department of the Interior, Fish and Wildlife Service, Ecological Services, Grand Junction, CO. November 15, 2012.

_____. 2017. Programmatic Biological Opinion for Water Depletions Associated with BLM's Fluid Mineral Program within the Upper Colorado River Basin in Colorado. ES/GJ-6-CO-08-F-0006. TAILS 65413-2008-F-0073-R00I. US Department of the Interior, Fish and Wildlife Service, Ecological Services, Grand Junction, CO. December 26, 2017.

_____. 2018a. Listed species believed to or known to occur in Colorado. Internet Web site: https://ecos.fws.gov/ecp0/reports/species-listed-by-state-report?state=CO&status=listed. US Department of the Interior, Fish and Wildlife Service, Environmental Conservation Online System. Accessed on June 13, 2018.

_____. 2018b. Uncompahgre Field Office RMP Amendment List of threatened and endangered species. Consultation Code: 06E24100-2018-SLI-0184 0. US Department of the Interior, Fish and Wildlife Service, Ecological Services, Grand Junction, CO.

_____. 2018c. Humpback chub (*Gila cypha*), 5-year review: summary and evaluation. US Department of the Interior, Fish and Wildlife Service, Mountain-Prairie Region, Lakewood, CO.

_____. 2018d. Biological Opinion – Revision of the Resource Management Plan for the Uncompahgre Field Office. Western Slope Supervisor, US Department of the Interior, Fish and Wildlife Service, Ecological Services, Grand Junction, CO. December 17, 2018.

USFWS (US Department of Interior, Fish and Wildlife Service) and NPS (US Department of Interior, National Park Service. 2012. Personal communication between both Sandra V. Silva, Chief, Branch of Air Quality, USFWS, and Carol McCoy, Chief, Air Resource Division, NPS, and Kelly Bott, Wyoming Department of Environment, regarding Cumulative Visibility Metric Approach. February 10, 2012.

US Geological Survey. 2018. Mineral Commodity Summaries, January 2018: Phosphate Rock. Prepared by S.M. Jasinski. US Geological Survey.

Van Leeuwen, W.J.D. 2008. Monitoring the effects of forest restoration treatments on post-fire vegetation recovery with MODIS multitemporal data. Sensors 8: 2017-2042.

BLM_0163660

Van Tassell, L.W., L.A. Torell, N.R. Rimbey, and E.T. Bartlett. 1997. Comparison of Forage Value on Private and Public Grazing Leases. Journal of Range Management Vol. 50, No. 3 (May 1997), p. 300–306.

Vaughn, P.P. 1962. Vertebrates from the Halgaito Tongue of the Cutler Formation, Permian, of San Juan County, Utah: Journal of Paleontology, v. 36, p. 529–539.

_____. 1964. Vertebrates from the Organ Rock Shale of the Cutler Group, Permian, of Monument Valley and vicinity, Utah and Arizona: Journal of Paleontology, v. 38, p. 567–583.

Vidic, R.D., S.L. Brantley, J.M. Vandenbossche, D. Yoxtheimer, and J.D. Abad. 2013. Impact of shale gas development on regional water quality. Science Volume 340. Issue 6134.

Vijayaraghavan, K., J. Grant, T. Shah, Z. Liu, L. Parker, T. Olevski, and R. Morris. 2016. Colorado Air Resource Management Modeling Study (CARMMS) with Updated Mancos Shale Modeling: 2021 Modeling Results for the High, Low, and Medium Oil and Gas Development Scenarios, CARMMS 1.5, Final Report. Prepared for BLM, New Mexico State Office, Santa Fe, NM. 501 pp.

Vijayaraghavan, K., Z. Liu, J. Grant, T. Shah, J. Jung, L. Huang, W.C. Hsieh, and R. Morris. 2017. Colorado Air Resource Management Modeling Study (CARMMS), 2025 CAMx Modeling Results for the High, Low, and Medium Oil and Gas Development Scenarios, CARMMS 2.0, Final Report. Prepared for BLM, Colorado State Office, Lakewood, CO. 431 pp.

Visibility Information Exchange Web System. 2012. Regional Haze Rule Summary Data. Means for Best, Middle, and Worst 20% Visibility Days. Internet Web site: http://vista.cira.colostate.edu/views/ Web/IMPROVE/SummaryData.aspx. Accessed in October 2012.

Wagner, S.,H. Fischer, and F. Huth. 2010. Canopy effects on vegetation caused by harvesting and regeneration treatments. European Journal of Forest Research 130: 17-40.

Watson, P., J. Wilson, D. Thilmany, and W. Winter. 2007. Determining economic contributions and impacts: What is the difference and why do we care? The Journal of Regional Analysis and Policy 37(2):140–146.

Weingarten, M., S. Ge, J.W. Godt, B.A. Bekins, and J.L. Rubinstein. 2015. High-rate injection is associated with the increase in US mid-continent seismicity. Science. Volume 348. Issue 6241. June 19, 2015.

Weishampel, D.B., P. Dodson, and H. Osmólska, eds. 1990. The Dinosauria. First edition. University of California Press, Berkeley, CA. xvi + 733 pp. Western Governors' Association, Western Regional Air Partnership. 2005. 2002 Fire Emission Inventory for the Western Regional Air Partnership Region – Phase II. July 2005. Internet Web site: http://www.wrapair.org/forums/fejf/documents/task7/PhaseIIEI/Wild_RX_20050701.zip. Accessed on November 22, 2013.

Western Regional Climate Center. 2012. Historical climate data for Cimmaron, Montrose, Norwood, Paonia, Ridgway, Telluride, and Uravan, Colorado. Internet Web site: http://www.wrcc.dri.edu/summary/Climsmco.html. Accessed in October 2012.

BLM_0163661

Wilbert, M., J. Thomson, and N. Wolff Culver. 2008. Analysis of Habitat Fragmentation from Oil and Gas Development and Its Impact on Wildlife: A Framework for Public Land Management Planning. Internet Web site: https://www.fws.gov/southwest/ES/Documents/Oil-Gas-Fragmentation-Wilbert%20et%20al%202008.pdf.

Wild Sheep Working Group. 2012. Recommendations for Domestic Sheep and Goat Management in Wild Sheep Habitat. Western Association of Fish and Wildlife Agencies. 28 p.

White, E.M. 2017. Spending Patterns of Outdoor Recreation Visitors to National Forests. US Department of Agriculture, Forest Service, Pacific Northwest Research Station, Seattle, WA.

White, J.L., T.C. Wait, and M.L. Morgan. 2008. Geologic Hazards Mapping Project for Montrose County, Colorado. Colorado Geological Survey, Department of Natural Resources, Denver, CO.

Williams, B.K., R.C. Szaro, and C.D. Shapiro. 2007. Adaptive Management: The US Department of the Interior Technical Guide. Adaptive Management Working Group. US Department of the Interior, Washington, DC.

Wilson, D.E. and S. Ruff. 1999. The Smithsonian Book of North American Mammals, Smithsonian Institution. pp 148-150.

Wisdom, M.J., A.A. Ager, H.K. Preisler, N.J. Cimon, and B.K. Johnson. 2004. Effects of off-road recreation on mule deer and elk. *In:* Transactions of the 69th North American Wildlife and Natural Resources Conference. Wildlife Management Institute, Washington, DC. p 531-550.

Witter, R., K. Stinson, H. Sackett, S. Putter, G. Kinney, D. Teitelbaum, and L. Newman. 2008. Potential Exposure-related Human Health Effects of Oil and Gas Development: A Literature Review (2003-2008). August 1, 2008. 32 p.

Wolovsky, E., and W. Anderson. 2016. OCS Oil and Natural Gas: Potential Lifecycle Greenhouse Gas Emissions and Social Cost of Carbon. BOEM OCS Report 2016-065. 44 pp. Internet Web site: https://www.boem.gov/ocs-oil-and-natural-gas/. Accessed on May 6, 2019.

Workman, J.P. 1986. Range Economics. Macmillan Publishing, Inc. New York, NY.

World Nuclear Association. 2017. World Nuclear Power Reactors and Uranium Requirements. Internet Web site: http://www.world-nuclear.org/information-library/facts-and-figures/world-nuclear-power-reactors-and-uranium-requireme.aspx. March 2018.

Wyoming Game and Fish Department. 2010. Recommendations for development of oil and gas resources within important wildlife habitats. Version 6.0. April 2010. Cheyenne, WY.

Yamane, D. 2017. The sociology of US gun culture. *Sociology Compass.* 2017:11.

BLM_0163662

This page intentionally left blank.

BLM_0163663

# Glossary

BLM_0163664

BLM_0163665

# GLOSSARY

**100-year floodplain.** The area inundated by a flood event with a one percent chance of occurring in any given year.

**2920 permits.** Land use authorizations processed under 43 CFR 2920 that can include agricultural, industrial, commercial, or residential uses, such as commercial filming, advertising displays, apiaries, commercial or noncommercial croplands, or temporary or permanent facilities for commercial purposes. Section 302 of the Federal Land Policy and Management Act provides BLM's authority to issue these types of leases and permits.

**Abandoned nest.** A nest that was occupied by breeding birds earlier in the breeding season but was abandoned at some point during breeding (e.g., failed eggs, death of young).

**Acquisition.** Acquisition of lands can be pursued to facilitate various resource management objectives. Acquisitions, including easements, can be completed through exchange, purchase, or donation.

**Active nest site.** A raptor nest site that is currently occupied by a pair of breeding raptors.

**Active movement.** Livestock movement from one grazing area to another, which involves the deliberate intent to keep livestock traveling, by the use of riding and herding, until they reach the next grazing area. Both crossing and trailing are forms of active movement. See also *Crossing* and *Trailing*.

**Activity plan.** A type of implementation plan (see *Implementation plan*); an activity plan usually describes multiple projects and applies best management practices to meet land use plan objectives. Examples of activity plans include interdisciplinary management plans, habitat management plans, recreation area management plans, and grazing plans.

**Actual use.** The amount of animal unit months consumed by livestock based on the numbers of livestock and grazing dates submitted by the livestock operator and confirmed by periodic field checks by the BLM.

**Adaptive equipment.** Devices that are used to assist with completing activities of daily living.

**Adaptive management.** A type of natural resource management in which decisions are made as part of an ongoing science-based process. Adaptive management involves testing, monitoring, and evaluating applied strategies, and incorporating new knowledge into management approaches that are based on scientific findings and the needs of society. Results are used to modify management policy, strategies, and practices.

BLM_0163666

**Administrative access.** Administrative access pertains to travel on routes that are limited to authorized users (typically motorized access). These are existing routes that lead to developments that have an administrative purpose, where the BLM or a permitted user must have access for regular maintenance or operation.

**Air basin.** A land area with generally similar meteorological and geographic conditions throughout. To the extent possible, air basin boundaries are defined along political boundary lines and include both the source and receptor areas.

**Air pollution.** Degradation of air quality resulting from unwanted chemicals or other materials occurring in the air.

**Air quality classes.** Classifications established under the Prevention of Significant Deterioration portion of the Clean Air Act, which limits the amount of air pollution considered significant within an area. Class I applies to areas where almost any change in air quality would be significant; Class II applies to areas where the deterioration normally accompanying moderate well-controlled growth would be insignificant; and Class III applies to areas where industrial deterioration would generally be insignificant.

**Airshed.** A subset of air basin, the term denotes a geographical area that shares the same air because of topography, meteorology and climate.

**Allotment.** An area of land in which one or more livestock operators graze their livestock. Allotments generally consist of BLM lands but may include other federally managed, state-owned, and private lands. An allotment may include or more separate pastures. Livestock numbers and periods of use are specified for each allotment.

**Allotment management plan.** A concisely written program of livestock grazing management, including supportive measures if required, designed to attain specific, multiple-use management goals in a grazing allotment. An AMP is prepared in consultation with the permittee(s), lessee(s), and other affected interests. Livestock grazing is considered in relation to other uses of the range and to renewable resources, such as watershed, vegetation, and wildlife. An AMP establishes seasons of use, the number of livestock to be permitted, the range improvements needed, and the grazing system.

**Allowable cut.** The amount of timber, which can be harvested on an annual or decadal basis consistent with the principle of sustained yield. The allowable cut includes all planned timber harvest volumes exclusive of such products as Christmas trees, branches, and cones.

**Allowable sale quantity.** The quantity of timber that may be sold from an area covered by a land management plan during a period specified by the plan, usually expressed as the average annual allowable sale quantity.

**All-terrain vehicle.** A motorized vehicle that is less than 50 inches in width and is capable of operating on roads, trails, or designed areas that are not maintained. A wheeled vehicle, other than a snowmobile, that has a wheelbase and chassis of 50 inches in width or less, generally has a dry weight of 800 to 1200 pounds or less, and travels on three or more low-pressure tires.

BLM_0163667

**Alluvial soil.** A soil developing from recently deposited alluvium and exhibiting essentially no horizon development or modification of the recently deposited materials.

**Alluvium.** Clay, silt, sand, gravel, or other rock materials transported by moving water. Deposited in comparatively recent geologic time as sorted or semi-sorted sediment in rivers, floodplains, lakes, and shores, and in fans at the base of mountain slopes.

**Alternate nest (inactive nest) site.** A raptor nest site that has been used in the past by and within the territory of a breeding pair of raptors. The nest site still maintains the characteristics of a nest structure and habitat features of a nest site but is not currently in use.

**Ambient air quality.** The state of the atmosphere at ground level as defined by the range of measured and/or predicted ambient concentrations of all significant pollutants for all averaging periods of interest.

**Ambient noise.** The all-encompassing noise level associated with a given environment, being a composite of sounds from all sources.

**Amendment.** The process for considering or making changes in the terms, conditions, and decisions of approved Resource Management Plans or management framework plans. Usually only one or two issues are considered that involve only a portion of the planning area.

**Analysis of the Management Situation.** Assessment of the current management direction. It includes a consolidation of existing data needed to analyze and resolve identified issues, a description of current BLM management guidance, and a discussion of existing problems and opportunities for solving them.

**Ancient (vegetation).** Very old woodlands or forests (450 years or more) with old growth stand structure that has persisted through multiple droughts.

**Animal unit month (AUM).** The amount of forage necessary to sustain one cow, five sheep, or five goats for a period of one month.

**Application for a permit to drill.** An application by which an oil and gas operator with a valid lease applies to the BLM or the Colorado Oil and Gas Conservation Commission to begin drilling. Onshore Oil and Gas Order No. 1 specifies what must be included in BLM applications for permit to drill.

**Aquatic**. Living or growing in or on the water.

**Area of Critical Environmental Concern (ACEC).** Special Area designation established through the BLM's land use planning process (43 CFR 1610.7-2) where special management attention is required (when such areas are developed or used or where no development is required) to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources, or other natural systems or processes, or to protect life and safety from natural hazards. The level of allowable use within an ACEC is established through

BLM_0163668

the collaborative planning process. Designation of an ACEC allows for resource use limitations in order to protect identified resources or values.

**Assets.** Term utilized to describe roads, primitive roads, and trails that comprise the transportation system. Also the general term utilized to describe all BLM constructed "Assets" contained within the Facility Asset Management System.

**Associated settings.** The geographic extent of the resources, qualities, and values or landscape elements within the surrounding environment that influence the trail experience and contribute to resource protection. Settings associated with a National Scenic or Historic Trail include scenic, historic, cultural, recreation, natural (including biological, geological, and scientific), and other landscape elements (see *resources, qualities, and values*).

**Atmospheric deposition.** Air pollution produced when acid chemicals are incorporated into rain, snow, fog, or mist and fall to the earth. Sometimes referred to as "acid rain" and comes from sulfur oxides and nitrogen oxides, products of burning coal and other fuels and from certain industrial processes. If the acid chemicals in the air are blown into the area where the weather is wet, the acids can fall to earth in the rain, snow, fog, or mist. In areas where the weather is dry, the acid chemicals may become incorporated into dust or smoke.

**Attainment area.** A geographic area in which levels of a criteria air pollutant meet the health-based National Ambient Air Quality Standard for that specific pollutant.

**Attenuation.** The reduction of sound intensity and energy as a function of distance traveled.

**Avoidance area.** See *"right-of-way avoidance area" definition*.

**Backcountry.** Lands which are remote from development and typically difficult to access.

**Backcountry byway.** Vehicle routes that traverse scenic corridors using secondary or backcountry road systems. National backcountry byways are designated by the type of road and vehicle needed to travel the byway.

**Badland.** A type of dry terrain where softer sedimentary rocks and clay-rich soils have been extensively eroded by wind and water. An example of badland terrain in the UFO is the Adobe Badlands Wilderness Study Area.

**Bank-full stage.** The water surface elevation that just fills the active channel to the top of its banks and at a point where the water begins to overflow onto a floodplain.

**Beneficial outcomes.** Also referenced as "recreation benefits;" improved conditions, maintenance of desired conditions, prevention of worse conditions, and realization of desired experiences.

**Best management practice (BMP)**. A method, process, or activity, or usually a combination of these, that are determined by a State or a designated planning agency to be the most effective and practicable means (including technological, economic, and institutional considerations) of

BLM_0163669

managing or controlling particular conditions or circumstances. BMPs are a suite of voluntary, accepted measures that may or may not be applied to or enforced for any given project.

**Big game.** Indigenous, ungulate (hoofed) wildlife species that are hunted, such as elk, deer, bison, bighorn sheep, and pronghorn antelope.

**Biodiversity (biological diversity).** The variety of life and its processes, and the interrelationships within and among various levels of ecological organization. Conservation, protection, and restoration of biological species and genetic diversity are needed to sustain the health of existing biological systems. Federal resource management agencies must examine the implications of management actions and development decisions on regional and local biodiversity.

**Biological Opinion.** A document prepared by USFWS stating their opinion as to whether or not a federal action will likely jeopardize the continued existence or adversely modify the habitat of a listed threatened or endangered species.

**Biological soil crust.** A complex association between soil particles and cyanobacteria, algae, microfungi, lichens, and bryophytes that live within or atop the uppermost millimeters of soil.

**BLM Sensitive Species.** Those species that are not federally listed as endangered, threatened, or proposed under the ESA, but that are designated by the BLM State Director under 16 USC 1536(a)(2) for special management consideration. By national policy, federally listed candidate species are automatically included as sensitive species. Sensitive species are managed so they will not need to be listed as proposed, threatened, or endangered under the ESA.

**Breccia.** A coarse-grained clastic composed of angular fragments of other rocks held together by cement or other fine-grained matrix. Can have a sedimentary breccia, fault breccia, collapse breccia, or volcanic breccia.

**Burned area rehabilitation.** Efforts undertaken within three years of containment of a wildfire to repair or improve fire-damaged lands unlikely to recover naturally to management approved conditions, or to repair or replace minor facilities damaged by fire.

**Candidate species.** Taxa for which the USFWS has sufficient information on their status and threats to propose the species for listing as endangered or threatened under the ESA, but for which issuance of a proposed rule is currently precluded by higher priority listing actions. Separate lists for plants, vertebrate animals, and invertebrate animals are published periodically in the Federal Register (BLM Manual 6840, Special Status Species Manual).

**Categorical Exclusion.** A category of actions (identified in agency guidance) that do not individually or cumulatively have a significant effect on the human environment, and for which neither an environmental assessment nor an environmental impact statement is required (40 CFR 1508.4), but a limited form of NEPA analysis is performed.

**Chemical vegetation treatment.** Application of herbicides to control invasive species/noxious weeds and/or unwanted vegetation. To meet resource objectives the

BLM_0163670

preponderance of chemical treatments would be used in areas where cheatgrass or noxious weeds have invaded sagebrush steppe.

**Chert**. A hard, dense microcrystalline sedimentary rock formed of microscopic, interlocking crystals of quartz. Can form concretions, nodules, or be bedded.

**Citizen Wilderness Proposal.** Areas that have been inventoried and proposed for Wilderness designation by citizens.

**Classified surface water supply segment.** A "public water system," as defined by the State of Colorado, beginning at the surface water point of intake and extending 5 miles upstream.

**Clastic**. A sedimentary rock composed of fragments of other rocks that are transported mechanically to their place of deposition. Shale, siltstone, sandstone, conglomerate are all classic rocks.

**Clay-loving wild buckwheat**. A habitat specialist occupying a specific soil type derived from Mancos shale. Often the species is further specialized, occupying a narrow range of slopes and aspects that facilitate moisture capture and retention. For the purposes of implementing NSO-22/SSR-21 for clay-loving wild buckwheat, "habitat" is defined as the specific soils, slopes, and aspects where a population of clay-loving wild buckwheat occur.

**Clean Air Act of 1963 (as amended).** Federal legislation governing air pollution control.

**Climate change.** Any significant change in measures of climate (such as temperature, precipitation, or wind) lasting for an extended period (decades or longer). Climate change may result from:

- natural factors, such as changes in the sun's intensity or slow changes in the Earth's orbit around the sun;

- natural processes within the climate system (e.g., changes in ocean circulation); and

- human activities that change the atmosphere's composition (e.g., driving automobiles) and the land surface (e.g., deforestation, reforestation, urbanization, desertification, etc.).

**Climax vegetative community.** The final vegetation community and highest ecological development of a plant community that emerges after a series of successive vegetational stages. The climax community perpetuates itself indefinitely unless disturbed by outside forces.

**Closed area.** An area where one or more uses are prohibited either temporarily or over the long term. Areas may be closed to uses such as, but not limited to, off-road vehicles, mineral leasing, mineral or vegetative material collection, or target shooting. In off-road vehicle use closed areas, motorized and mechanized off-road vehicle use is prohibited. Use of motorized and mechanized off-road vehicles in closed areas may be allowed for certain reasons; however, such use shall be made only with the approval of the authorized officer (43 CFR 8340.0-5).

BLM_0163671

**Collaboration.** A cooperative process in which interested parties, often with widely varied interests, work together to seek solutions with broad support for managing public and other lands. Collaboration may take place with any interested parties, whether or not they are a cooperating agency.

**Collaborative partnerships.** Refers to people working together, sharing knowledge and resources, to achieve desired outcomes for public lands and communities within statutory and regulatory frameworks.

**Colorado hookless cactus.** A habitat generalist that occupies nearly all ecological sites that support the salt desert ecosystem, from Roubideaux Canyon to the Bookcliffs. For the purposes of implementing NSO-22/SSR-21 for Colorado hookless cactus, "habitat" is defined as an individual plant or population plus 10 feet.

**Commercial wood collection.** Any type of wood collection producing merchantable material at least equal to the value of the cost of harvesting. Managed under a contract of sale for a prescribed volume of material generally in number of board feet and or biomass. The material is sold under a contract and the harvest and removal of material is managed or overseen by a BLM agency representative.

**Commercial wood product.** Larger timber materials that will be sent to a mill for further processing and resale.

**Common use area.** Areas designated to sell various mineral materials (gravel, moss rock, etc.) to the public through purchase of a permit from the BLM Field Office.

**Comprehensive trails and travel management.** The proactive interdisciplinary planning; on-the-ground management and administration of travel networks (both motorized and non-motorized) to ensure public access, natural resources, and regulatory needs are considered. It consists of inventory, planning, designation, implementation, education, enforcement, monitoring, easement acquisition, mapping and signing, and other measures necessary to provide access to public lands for a wide variety of uses (including uses for recreational, traditional, casual, agricultural, commercial, educational, landing strips, and other purposes).

**Concession leases.** Authorize the operation of recreation-oriented services and facilities by the private sector, on BLM-administered lands, in support of BLM recreation programs. The concessionaire is authorized through a concession lease administered on a regular basis. The lease requires the concessionaire to pay fees to the BLM in exchange for the opportunity to carry out business activity. BLM Handbook H-2930-1, Recreation Permit Administration, provides consistent and explicit direction to supplement the Recreation Permit Administration Manual 2930 and regulations set forth in 43 CFR 2930.

**Condition class (fire regimes).** Fire regime condition classes are a measure describing the degree of departure from historical fire regimes, possibly resulting in alterations of key ecosystem components, such as species composition, structural stage, stand age, canopy closure, and fuel loadings. One or more of the following activities may have caused this departure: fire

BLM_0163672

suppression, timber harvesting, livestock grazing, introduction and establishment of exotic plant species, introduced insects or disease, or other management activities.

**Condition of approval.** Condition or provision (requirement) under which an application for a permit to drill or sundry notice is approved.

**Conformance.** A proposed action shall be specifically provided for in the land use plan or, if not specifically mentioned, shall be clearly consistent with the goals, objectives, or standards of the approved land use plan.

**Conservation agreement.** A formal signed agreement between the USFWS or National Oceanographic and Atmospheric Administration-Fisheries and other parties that implement specific actions, activities, or programs designed to eliminate or reduce threats to, or otherwise improve the status of, a species. Conservation agreements can be developed at a state, regional, or national level and generally include multiple agencies at both the state and federal level, as well as tribes. Depending on the types of commitments the BLM makes in a conservation agreement and the level of signatory authority, plan revisions or amendments may be required before the conservation agreement is signed or subsequently in order to implement the conservation agreement.

**Conservation strategy.** A strategy outlining current activities or threats that are contributing to the decline of a species, along with the actions or strategies needed to reverse or eliminate such a decline or threats. Conservation strategies are generally developed for species of plants and animals that are designated as BLM sensitive species or that have been determined by the USFWS or National Oceanographic and Atmospheric Administration-Fisheries to be federal candidates under the ESA.

**Controlled surface use (CSU).** CSU is a category of moderate constraint stipulations that allows some use and occupancy of public land while protecting identified resources or values and is applicable to fluid mineral leasing and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads). CSU areas are open to fluid mineral leasing but the stipulation allows the BLM to require special operational constraints, or the activity can be shifted more than 200 meters (656 feet) to protect the specified resource or value.

**Cooperating Agency.** Assists the lead federal agency in developing an environmental assessment or environmental impact statement. These can be any agency with jurisdiction by law or special expertise for proposals covered by NEPA (40 CFR 1501.6). Any tribe or Federal, State, or local government jurisdiction with such qualifications may become a cooperating agency by agreement with the lead agency.

**Corridor.** A strip of land that aids in the movement of species between disconnected core areas of their natural habitat.

**Council on Environmental Quality.** An advisory council to the President of the US established by the National Environmental Policy Act of 1969. It reviews federal programs to analyze and interpret environmental trends and information.

BLM_0163673

**Criteria pollutant.** The US EPA uses six "criteria pollutants" as indicators of air quality, and has established for each of them a maximum concentration above which adverse effects on human health may occur. These threshold concentrations are called National Ambient Air Quality Standards. The criteria pollutants are ozone, carbon monoxide, nitrogen dioxide, sulfur dioxide, particulate matter and lead.

**Critical habitat.** An area: A) designated by the USFWS that is occupied by a threatened or endangered species "on which are found those physical and biological features (1) essential to the conservation of the species, and (2) which may require special management considerations or protection;" or B) on which are found those physical and biological features essential to the conservation of a species that may require special management consideration or protection.

**Crossing.** Active movement of livestock from one location to another, which is permitted under a crossing permit in accordance with §4130.6-3. A crossing permit may be issued by the BLM Authorized Officer to any applicant showing a need to cross BLM-administered land or other land under BLM control, or both, with livestock for proper and lawful purposes. A temporary use authorization for trailing livestock contains terms and conditions for the temporary grazing use that will occur as deemed necessary by the BLM Authorized Officer.

**Crucial habitat types.** The environment essential to plant or animal biodiversity and conservation at the landscape level. Crucial habitats include, but are not limited to, ecological emphasis areas, severe winter range, winter concentration areas, reproduction areas, and movement corridors.

**Crucial winter range.** That part of the overall range where 90 percent of the individuals are located during the average five winters out of 10 from the first heavy snowfall to spring green-up, or during a site-specific period of winter as defined for each Colorado Parks and Wildlife Data Analysis Unit.

**Cultural resource high priority sites**. Those sites which have been identified as being in some danger of modification (e.g., vandalism, erosion, heavy visitation, etc.) which would alter the site's eligibility for listing on the National Register of Historic Places.

**Cultural resources**. Locations of human activity, occupation, or use. Cultural resources include archaeological, historic, or architectural sites, structures, or places with important public and scientific uses, and locations of traditional cultural or religious importance to specified social and/or cultural groups.

**Cultural resources inventory.** An inventory to assess the potential presence of cultural resources. There are three classes of surveys:

- **Class I.** An existing data survey. This is an inventory of a study area to (1) provide a narrative overview of cultural resources by using existing information, and (2) compile existing cultural resources site record data on which to base the development of the BLM's site record system.

BLM_0163674

- **Class II.** A sampling field inventory designed to locate, from surface and exposed profile indications, all cultural resource sites within a portion of an area so that an estimate can be made of the cultural resources for the entire area.

- **Class III.** An intensive field inventory designed to locate, from surface and exposed profile indications, all cultural resource sites in an area. Upon its completion, no further cultural resources inventory work is normally needed.

**Cumulative effects.** The direct and indirect effects of a proposed project alternative's incremental impacts when they are added to other past, present, and reasonably foreseeable actions, regardless of who carries out the action.

**Cyanobacteria.** A blue-green algae or bacteria that obtain its energy through photosynthesis.

**Decision Area.** Lands and federal mineral estate within the planning area that are administered by the BLM.

**Deferred rotation.** Rotation grazing with regard to deferring pastures beyond the growing season, if they were used early the prior year, or that have been identified as needing deferment for resource reasons.

**Degraded vegetation.** Areas where the plant community is not complete or is under threat. Examples include missing components such as perennial forbs or cool season grasses, weed infestations, or lack of regeneration of key species such as sagebrush or cottonwoods trees.

**Designated roads and trails.** Specific roads and trails identified by the BLM (or other agency) where some type of motorized/nonmotorized use is appropriate and allowed, either seasonally or year-long (H-1601-1, BLM Land Use Planning Handbook).

**Desired future condition.** For rangeland vegetation, the condition of rangeland resources on a landscape scale that meet management objectives. It is based on ecological, social, and economic considerations during the land planning process. It is usually expressed as ecological status or management status of vegetation (species composition, habitat diversity, and age and size class of species) and desired soil qualities (soil cover, erosion, and compaction). In a general context, desired future condition is a portrayal of the land or resource conditions that are expected to result if goals and objectives are fully achieved.

**Desired outcomes.** A type of land use plan decision expressed as a goal or objective.

**Direct impacts.** Direct impacts are caused by an action or implementation of an alternative and occur at the same time and place.

**Directional drilling.** A drilling technique whereby a well is deliberately deviated from the vertical in order to reach a particular part of the oil- or gas-bearing reservoir. Directional drilling technology enables the driller to steer the drill stem and bit to a desired bottom hole location. Directional wells initially are drilled straight down to a predetermined depth and then gradually curved at one or more different points to penetrate one or more given target reservoirs. This specialized drilling usually is accomplished with the use of a fluid-driven

BLM_0163675

downhole motor, which turns the drill bit. Directional drilling also allows multiple production and injection wells to be drilled from a single surface location such as a gravel pad, thus minimizing cost and the surface impact of oil and gas drilling, production, and transportation facilities. It can be used to reach a target located beneath an environmentally sensitive area (Alaska Department of Natural Resources, Division of Oil and Gas 2009).

**Disposal lands.** Transfer of public land out of federal ownership to another party through sale, exchange, Recreation and Public Purposes Act of 1926, Desert Land Entry or other land law statutes.

**Disruptive activities.** Human-caused disturbances that induce stress on a population, community, or ecosystem and cause potential loss of species fitness (survival, reproduction, and recruitment) within crucial habitats or other sensitive areas during specified time periods; may or may not entail surface disturbance. This does not include regular background levels of activity, such as hiking, cross country skiing or livestock grazing, that individuals would be accustomed to. Examples of disruptive activities include:

- Commercial recreation activities, especially large groups;
- Abnormally loud or sustained noise; and
- Road maintenance.

**Diversity.** The relative abundance of wildlife species, plant species, communities, habitats, or habitat features per unit of area.

**Domestic well.** A well serving up to three single-family dwellings, irrigating one acre or less of lawn and garden, and providing water for the individual's domestic animals and livestock.

**Early detection.** As applied to invasive species, is a comprehensive, integrated system of active or passive surveillance to find and verify the identity of new invasive species as early after entry as possible, when eradication and control are still feasible and less costly. It may be targeted at areas where introductions are likely (such as near to pathways of introduction) and in sensitive ecosystems where impacts are likely to be great or invasion is likely to be rapid.

**Easement.** A right afforded a person or agency to make limited use of another's real property for access or other purposes.

**Ecologic functionality.** These levels include successional processes that are in place, energy and nutrients that are being cycled effectively, and soil that is being appropriately stabilized. An area can be functioning at a basic level of ecologic functionality without meeting land health standards.

**Ecological emphasis area.** The central and primary area of habitat for a population of a given species or group of species. These areas include corridors, which are strips of land that aid in the movement of species between disconnected emphasis areas of their natural habitat. Emphasis areas may be divided into smaller geographical zones.

BLM_0163676

**Ecosystem diversity.** The variety of habitats, living communities, and ecological processes in the living world. Ecosystem diversity refers to the diversity of a place at the level of ecosystem. Inherent in ecosystem diversity are both biotic (living) and abiotic (non-living) components. The term differs from biodiversity, which refers to variation in species rather than ecosystems.

**Element Occurrence Record.** A record of an individual plant or plant population present at a specific geographic location at a specific time.

**Eligible river.** A river or river segment found to meet criteria found in Sections 1(b) and 2(b) of the Wild and Scenic Rivers Act of being free flowing and possessing one or more outstandingly remarkable value (BLM Manual 6400, Wild and Scenic Rivers – Policy and Program Direction for Identification, Evaluation, Planning, and Management).

**Emergency stabilization.** Planned actions to stabilize and prevent unacceptable degradation to natural and cultural resources, to minimize threats to life or property resulting from the effects of a fire, or to repair/replace/construct physical improvements necessary to prevent degradation of land or resources. Emergency stabilization actions must be taken within one year following containment of a wildfire.

**Endangered species.** Any species that is in danger of extinction throughout all or a significant portion of its range (BLM Manual 6840, Special Status Species Manual). Under the ESA in the US, "endangered" is the more-protected of the two categories. Designation as endangered (or threatened) is determined by USFWS as directed by the ESA.

**Endangered Species Act of 1973 (ESA) (as amended).** Designed to protect critically imperiled species from extinction as a consequence of economic growth and development untempered by adequate concern and conservation. The Act is administered by two federal agencies, USFWS and the National Oceanic and Atmospheric Administration. The purpose of the Act is to protect species and also the ecosystems upon which they depend (16 US Code 1531-1544).

**Enhance.** Increase or improve in value, quality or desirability.

**Environmental assessment.** A concise public document prepared to provide sufficient evidence and analysis for determining whether to prepare an environmental impact statement or a finding of no significant impact. It includes a brief discussion of the need for the proposal, alternatives considered, environmental impact of the proposed action and alternatives, and a list of agencies and individuals consulted.

**Environmental impact statement (EIS).** A detailed statement prepared by the responsible official in which a major federal action that significantly affects the quality of the human environment is described, alternatives to the proposed action are provided, and effects are analyzed (BLM National Management Strategy for OHV Use on Public Lands).

**Evaluation (plan evaluation).** The process of reviewing the land use plan and the periodic plan monitoring reports to determine whether the land use plan decisions and National

BLM_0163677

Environmental Policy Act of 1969 analysis are still valid and whether the plan is being implemented.

**Exchange.** A transaction whereby the federal government receives land or interests in land in exchange for other land or interests in land.

**Exclusion area.** *See "right-of-way exclusion area" definition.*

**Exemplary (vegetation).** An area of vegetation that does not show signs of degradation and which may serve as a comparison to illustrate what the vegetation potential is for a given type of environment. Exemplary vegetation meets A-ranked viability criteria as described by the Colorado Natural Heritage Program.

**Existing routes.** The roads, trails, or ways that are used by motorized vehicles (jeeps, all-terrain vehicles, motorized dirt bikes, etc.), mechanized uses (mountain bikes, wheelbarrows, game carts), pedestrians (hikers), and/or equestrians (horseback riders) and are, to the best of BLM's knowledge, in existence at the time of RMP/EIS publication.

**Extensive recreation management area (ERMA).** Administrative units that require specific management consideration in order to address recreation use, demand, or Recreation and Visitor Services program investments. ERMAs are managed to support and sustain the principal recreation activities and the associated qualities and conditions of the ERMA. ERMA management is commensurate and considered in context with the management of other resources and resource uses.

**Extremely rare vegetation communities.** Unique combinations of plant species as identified by terminology and a classification system from the Colorado Natural Heritage Program. These are identified as Potential Conservation Areas with moderate or better Biodiversity Significance and fair or better Viability.

**Federal Land Policy and Management Act of 1976 (FLPMA).** Public Law 94-579, October 21, 1976, often referred to as the BLM's "Organic Act," which provides most of the BLM's legislated authority, direction policy, and basic management guidance.

**Federal mineral estate.** Subsurface mineral estate owned by the US and administered by the BLM.

**Fire frequency.** A general term referring to the recurrence of fire in a given area over time.

**Fire management plan (FMP).** A plan that identifies and integrates all wildland fire management and related activities within the context of approved land/resource management plans. It defines a program to manage wildland fires (wildfire, prescribed fire, and wildland fire use). The plan is supplemented by operational plans including, but not limited to, preparedness plans, preplanned dispatch plans, and prevention plans. Fire Management Plans assure that wildland fire management goals and components are coordinated.

BLM_0163678

**Fire Regime Condition Classification System.** Measures the extent to which vegetation departs from reference conditions, or how the current vegetation differs from a particular reference condition.

**Fire severity.** Degree to which a site has been altered or disrupted by fire; loosely, a product of fire intensity and residence time.

**Fire suppression.** All work and activities connected with control and fire-extinguishing operations, beginning with discovery and continuing until the fire is completely extinguished.

**Fluid minerals.** Oil, gas, coal bed natural gas, and geothermal resources.

**Fluvial.** Of or pertaining to rivers or produced by the action of rivers or streams.

**Forage.** All browse and herbaceous foods that are available to grazing animals.

**Forage base.** The amount of vegetation available for wildlife and livestock use.

**Forage reserve.** A parcel of land for which a term livestock grazing permit has not been issued but is available for livestock grazing authorization under special circumstances. Those circumstances may include but are not limited to instances where livestock grazing on permitted allotments is not available in a given year due to drought conditions or post fire rehabilitation and/or vegetation treatment grazing deferrals.

**Forest health.** The condition in which forest ecosystems sustain sufficient complexity, diversity, resiliency, and productivity to provide for specified human needs and values (BLM and US Forest Service 1997).

**Forest product disposal.** A term used in old BLM RMPs for the permitted or contractual sale of forest products.

**Four-wheel drive vehicle.** A passenger vehicle or truck having power available to all wheels. Any motorized vehicle that has generally higher clearance than a passenger car and has traction on all four wheels.

**Fragile soils.** Soils having a shallow depth to bedrock, minimal surface layer of organic material, textures that are more easily detached and eroded, or are on slopes over 35 percent.

**Fugitive dust.** Significant atmospheric dust arises from the mechanical disturbance of granular material exposed to the air. Dust generated from these open sources is termed "fugitive" because it is not discharged to the atmosphere in a confined flow stream. Common sources of fugitive dust include unpaved roads, agricultural tilling operations, aggregate storage piles, and heavy construction operations.

**Functional/structural group.** A group of species that because of similar shoot or root structure, rooting depth, woody or non-woody stems, plant height, photosynthetic pathways, nitrogen fixing ability, or life cycle perform similar roles or functions in the ecosystem and are grouped together on an ecological site basis.

BLM_0163679

**Functioning at risk.** Riparian-wetland areas that are in functional condition, but that have an existing soil, water, or vegetation attribute that makes them susceptible to degradation.

**Game fish.** Fish species such as trout, bass, pike, sunfish, and perch species that are pursued for sport by recreational anglers.

**General wood collection.** Managed under a contract of sale for a prescribed volume amount of material generally in number of cords. These contracts or sales does not require a BLM agency representative on site to manage collection of products and products are not available for resale on the open market.

**Geographic Information System (GIS).** A system of computer hardware, software, data, people, and applications that capture, store, edit, analyze, and display a potentially wide array of geospatial information.

**Geologic hazard, high**. Active mudflows, earthflows, and landslides, and areas prone to avalanche.

**Geologic hazard, moderate**. Failed slopes that are no longer active (stabilized earthflows, mudflows, and landslides); those slopes adjacent to failed slopes or active earthflows, mudflows or landslides and avalanche chutes; areas of rockfall; flash flood zones; and areas with potential mining-related problems (e.g., subsidence and acid drainage).

**Geomorphic balance.** Stream channel size, sinuosity, slope, and substrate are appropriate for its landscape setting and geology.

**Geophysical exploration.** Efforts to locate deposits of oil and gas resources and to better define the subsurface.

**Geothermal energy.** Natural heat from within the Earth captured for production of electric power, space heating, or industrial steam.

**Goal.** A broad statement of a desired outcome; usually not quantifiable and may not have established timeframes for achievement.

**Grandfathered right.** The right to use in a non-conforming manner due to existence prior to the establishment of conforming terms and conditions.

**Grazing district.** The specific area within which public lands are administered under Taylor Grazing Act Section 3. All Taylor Grazing Act Section 3 permits are contained in grazing districts.

**Grazing lease.** A document that authorizes grazing use of public lands under Taylor Grazing Act Section 15; it specifies grazing preference and the terms and conditions under which lessees make grazing use during the lease term. Public lands outside grazing district boundaries are administered under Taylor Grazing Act Section 15.

BLM_0163680

**Grazing permit.** A document that authorizes grazing use of public lands under Taylor Grazing Act Section 3; it specifies grazing preference and the terms and conditions under which permittees make grazing use during the term of the permit.

**Grazing permitted use.** Grazing permitted use or preference means the total number of animal unit months on public lands apportioned and attached to base property owned or controlled by a permittee, lessee, or an applicant for a permit or lease. Grazing permitted use includes active use and use held in suspension. Grazing permitted use holders have a superior or priority position against others for the purpose of receiving a grazing permit or lease (43 CFR 4100.0-5).

**Grazing preference.** The total number of livestock grazing AUMs on BLM-administered lands apportioned and attached to base property owned or controlled by a permittee or leasee.

**Grazing system.** Scheduled grazing use and non-use of an allotment to reach identified goals or objectives by improving the quality and quantity of vegetation. Include, but are not limited to, developing pastures, utilization levels, grazing rotations, timing and duration of use periods, and necessary range improvements.

**Green completion.** Methods that minimize the amount of natural gas and oil vapors that are released to the environment when a well is being flowed during the completion phase of a well.

**Groundwater.** Water held underground in soil or permeable rock, often feeding springs and wells.

**Guidelines.** Actions or management practices that may be used to achieve desired outcomes, sometimes expressed as BMPs. Guidelines may be identified during the land use planning process, but they are not considered a land use plan decision unless the plan specifies that they are mandatory. Guidelines for grazing administration must conform to 43 CFR 4180.2.

**Guzzler.** General term covering guzzler, wildlife drinker, or tenaja. A natural or artificially constructed structure or device to capture and hold rain water, and make it accessible to small and/or large animals. Most guzzlers involve above or below ground piping, storage tanks, and valves. Tenajas are natural depressions in rock, which trap and hold water. To some guzzlers, steps or ladders are sometimes added to improve access and reduce mortality from drowning.

**Habitat.** An environment that meets a specific set of physical, biological, temporal, or spatial characteristics that satisfy the requirements of a plant or animal species or group of species for part or all of their life cycle.

**Habitat management plan.** A written and approved activity plan for a geographical area which identifies habitat management activities to be implemented in achieving specific objectives of planning decisions.

**Hazardous material.** A substance, pollutant, or contaminant that, due to its quantity, concentration, or physical or chemical characteristics, poses a potential hazard to human health and safety or to the environment if released into the workplace or the environment.

BLM_0163681

**Healthy aquatic community.** Varies by species and numbers of target species present, and channel type, and is characterized by: proper amounts of sediment/silt; a diversity of instream habitat complexity; the development/maintenance of undercut bank habitats'; adequate canopy cover; appropriate holding habitat (pools/minimum pools depth) commensurate with the identified Rosgen channel type; reduced diurnal water temperature fluctuations; appropriate width to depth ratios; and represented by a healthy biological community (fish and macroinvertebrate diversity and abundance reflect water quality attaining a biological minimum).

**Herd management area.** Public land under the jurisdiction of the BLM that has been designated for special management emphasizing the maintenance of an established wild horse or burro herd.

**High-power communication site.** Sites that include broadcast types of uses (e.g., television, AM/FM radio, cable television, broadcast translator).

**High wind event.** The period of time and location covered by National Weather Service high wind warning; or when there are sustained surface winds greater than 40 miles per hour lasting more than an hour or winds over 58 miles per hour that are occurring for an unspecified period of time.

**Historic range of variability.** The range of conditions that are likely to have occurred prior to settlement of the project area by Euro-Americans (approximately the mid-1800's) which would have varied within certain limits over time (BLM and US Forest Service 1997).

**Historic resources.** Any prehistoric or historic district, site, building, structure, or object included in, or eligible for inclusion in, the National Register of Historic Places.

**Horizontal drilling.** A more-specialized type of directional drilling that allows a single well bore at the surface to penetrate oil- or gas-bearing reservoir strata at angles that parallel or nearly parallel the dip of the strata. The well bore is then open and in communication with the reservoir over much longer distances. In development wells, this can greatly increase production rates of oil and gas or volumes of injected fluids. Horizontal drilling may involve underbalanced drilling, coiled tubing, bit steering, continuous logging, multilateral horizontals, and horizontal completions. Lateral step-outs are directional wells that branch off a main borehole to access more of the subsurface. Conditions for successful horizontal wells include adequate pre-spud planning, reservoir descriptions, drillable strata that will not collapse, and careful cost control (Alaska Department of Natural Resources, Division of Oil and Gas 2009).

**Impact.** The effect, influence, alteration, or imprint caused by an action.

**Impairment.** The degree to which a distance of clear visibility is degraded by man-made pollutants.

**Implementation decisions.** Decisions that take action to implement land use planning; generally appealable to Interior Board of Land Appeals under 43 CFR 4.410.

BLM_0163682

**Implementation plan.** An area or site-specific plan written to implement decisions made in a land use plan. Implementation plans include both activity plans and project plans.

**Inactive nest site.** *See "alternate nest (inactive nest) site" definition.*

**Incompatible use.** An activity that affects (hinders or obstructs) the nature and purposes of a designated National Trail (see *substantial interference*).

**Indian Trust Assets.** Legal interests in property, physical assets, or intangible property rights held in trust by the United States for Indian tribes or individual Indians.

**Indicators.** Factors that describe resource condition and change and can help the BLM determine trends over time.

**Indirect impacts.** Indirect impacts result from implementing an action or alternative but usually occur later in time or are removed in distance and are reasonably certain to occur.

**Intermittent stream.** An intermittent stream is a stream that flows only at certain times of the year when it receives water from springs or from some surface sources such as melting snow in mountainous areas. During the dry season and throughout minor drought periods, these streams will not exhibit flow. Geomorphological characteristics are not well defined and are often inconspicuous. In the absence of external limiting factors, such as pollution and thermal modifications, species are scarce and adapted to the wet and dry conditions of the fluctuating water level.

**Introduced fish.** *See "nonnative fish" definition.*

**Invertebrate.** An animal lacking a backbone or spinal column, such as insects, snails, and worms. The group includes 97 percent of all animal species.

**K factor.** A soil erodibility factor used in the universal soil loss equation that is a measure of the susceptibility of soil particles to detachment and transport by rainfall and runoff. Estimation of the factor takes several soil parameters into account, including soil texture, percent of sand greater than 0.10 millimeter, soil organic matter content, soil structure, soil permeability, clay mineralogy, and coarse fragments. K factor values range from .02 to .64, the greater values indicating the highest susceptibilities to erosion.

**Key/priority habitat.** Habitat types or elements with unique or significant value to wildlife species. A priority habitat may consist of a unique vegetation type (e.g., shrub-steppe) or dominant plant species (e.g., juniper savannah), a described successional stage (e.g., old-growth forest), or a specific habitat feature (e.g., cliffs).

**Key/priority species.** A species that require protective measures for their survival due to their population status, and/or are sensitive to habitat alternation. Priority species include federally listed (endangered, threatened, sensitive, and candidate) and BLM-sensitive species.

**Lacustrine.** Pertaining to, produced by, or inhabiting a lake environment.

BLM_0163683

**Land classification.** When, under criteria of 43 CFR 2400, a tract of land has the potential for retention for multiple use management or for some form of disposal or for more than one form of disposal. The relative scarcity of the values involved and the availability of alternative means and sites for realization of those values will be considered. Long-term public benefits will be weighed against more immediate or local benefits. The tract will then be classified in a manner that will best promote the public interest.

**Land health condition.** BLM Regulation and policy direct lands to be classified in terms of Land Health (BLM Manual Section 4180). The UFO has subdivided the basic classifications of "Meeting Land Health Standard(s)" and "Not Meeting Land Health Standard(s)" into the following subcategories:

- Meeting Land Health Standard(s): Lands for which health indicators are currently in acceptable condition such that basic levels of ecological processes and functions are in place. This rating includes the following subcategories:

    – Fully Meeting Standard(s): Lands for which there are no substantive concerns with health indicators

    – Exceeding Standard(s): Lands for which health indicators are in substantially better conditions than acceptable levels.

    – Meeting Standard(s) with Problems: Lands which have one or more concerns with health indicators to the degree that they are categorized as meeting the Land Health Standards, but have some issues which make them at risk of becoming "not meeting."

- Not Meeting Land Health Standard(s): Lands for which one or more health indicators are in unacceptable conditions such that basic levels of ecological processes and functions are no longer in place.

Land health trend is used to describe these classes further. It includes these categories: upward, static, and downward.

- Upward Trend: lands which have shown improving indicator conditions over time.

- Static Trend: lands which have shown no clear improvement or decline in indicator conditions over time.

- Downward Trend: lands which have shown declining indicator conditions over time.

**Land health improvement projects.** Activities which are directed at increasing the levels and/or vigor of desirable species within the plant community so that it reaches a higher level of functioning. Activities include restoration or revegetation of areas of degraded vegetation; removal of weeds, and repair or retirement and rehabilitation of developments which are contributing to vegetation degradation.

**Landscape scale.** An approach that examines or considers issues at an extensive scale rather than the individual site scale. The term landscape refers to the scale of the approach (landscape as an area), rather than as a topic of interest.

BLM_0163684

**Land tenure adjustments.** Land ownership or jurisdictional changes. To improve the manageability of the BLM lands and their usefulness to the public, the BLM has numerous authorities for repositioning lands into a more consolidated pattern, disposing of lands, and entering into cooperative management agreements. These land pattern improvements are completed primarily through the use of land exchanges but also through land sales, through jurisdictional transfers to other agencies, and through the use of cooperative management agreements and leases.

**Land treatment.** All methods of artificial range improvement arid soil stabilization such as reseeding, brush control (chemical and mechanical), pitting, furrowing, water spreading, etc.

**Land use allocation.** The identification in a land use plan of the activities and foreseeable development that are allowed, restricted, or excluded for all or part of the planning area, based on desired future conditions (H-1601-1, BLM Land Use Planning Handbook).

**Land use plan.** A set of decisions that establish management direction for land within an administrative area, as prescribed under the planning provisions of FLPMA; an assimilation of land use plan level decisions developed through the planning process outlined in 43 CFR 1600, regardless of the scale at which the decisions were developed. The term includes both RMPs and management framework plans (H-1601-1, BLM Land Use Planning Handbook).

**Land use plan boundary.** The geographic extent of a resource management plan or management framework plans.

**Land use plan decision.** Establishes desired outcomes and actions needed to achieve them. Decisions are reached using the planning process in 43 CFR 1600. When they are presented to the public as proposed decisions, they can be protested to the BLM Director. They are not appealable to Interior Board of Land Appeals.

**Land utilization project lands.** Privately owned submarginal farmlands incapable of producing sufficient income to support the family of a farm owner and purchased under Title III of the Bankhead-Jones Farm Tenant Act of July 22, 1937. These acquired lands became known as land utilization projects and were subsequently transferred from jurisdiction of the US Department of Agriculture to the US Department of the Interior. They are now administered by the BLM.

**Late season.** Late summer or fall grazing.

**Leasable minerals.** Those minerals or materials designated as leasable under the Mineral Leasing Act of 1920. These include energy-related mineral resources such as oil, natural gas, coal, and geothermal, and some nonenergy minerals, such as phosphate, sodium, potassium, and sulfur. Geothermal resources are also leasable under the Geothermal Steam Act of 1970.

**Lease.** Section 302 of the Federal Land Policy and Management Act of 1976 provides the BLM's authority to issue leases for the use, occupancy, and development of public lands. Leases are issued for purposes such as a commercial filming, advertising displays, commercial or noncommercial croplands, apiaries, livestock holding or feeding areas not related to grazing permits and leases, native or introduced species harvesting, temporary or permanent facilities

BLM_0163685

for commercial purposes (does not include mining claims), residential occupancy, ski resorts, construction equipment storage sites, assembly yards, oil rig stacking sites, mining claim occupancy if the residential structures are not incidental to the mining operation, and water pipelines and well pumps related to irrigation and nonirrigation facilities. The regulations establishing procedures for processing these leases and permits are found in 43 CFR 2920.

**Lease notice.** Provides more-detailed information concerning limitations that already exist in law, lease terms, regulations, or operational orders. A lease notice also addresses special items that lessees should consider when planning operations but does not impose additional restrictions. Lease notices are not an RMP-level decision, and new lease notices may be added to fluid mineral leases at the time of sale. Lease notices apply only to leasable minerals (e.g., oil, gas, geothermal) and not to other types of leases, such as livestock grazing.

**Lease stipulation.** A modification of the terms and conditions on a standard lease form at the time of the lease sale.

**Lek.** An assembly area where birds, especially sage-grouse, carry on display and courtship behavior.

**Lentic.** Pertaining to standing water such as lakes and ponds.

**Limited area.** An area restricted at certain times, in certain areas, and/or to certain vehicular use. These restrictions may be of any type, but can generally be accommodated within the following type of categories: Numbers of vehicles; types of vehicles; time or season of vehicle use; permitted or licensed use only; use on existing roads and trails; use on designated roads and trails; and other restrictions (43 CFR 8340.0-5).

**Lithic site.** An archaeological site containing debris left from the manufacture, use, or maintenance of flaked stone tools.

**Livestock trailing.** Temporary herding of livestock from one location to another using a designated route.

**Locally derived.** Seeds or cuttings from native species that are collected close to the area in which they will be used for planting. For example, from the same ecoregion, or major watershed, and from similar elevational zones and soil textures as the planting site. This increases the chance that genetic characteristics will be best suited for the planting area and will not disrupt the genetic structure of nearby populations.

**Locatable minerals.** Minerals subject to exploration, development, and disposal by staking mining claims as authorized by the Mining Law of 1872, as amended. This includes deposits of gold, silver, and other uncommon minerals not subject to lease or sale.

**Long-term effect.** The effect could occur for an extended period after implementation of the alternative. The effect could last several years or more.

BLM_0163686

**Low-power communication site.** Sites that include to non-broadcast uses (e.g., commercial or private mobile radio service, cellular telephone, microwave, local exchange network, passive reflector).

**Low productivity forest lands.** Woodlands and forest stands producing less than 20 cubic feet per acre per year.

**Ma.** Millions of years ago.

**Managed fire.** Management of a wildfire (unplanned ignition) to meet the objectives of the RMP. Objectives could include protection of high-value resources such as subdivisions or cultural resources through suppression, enhancement of resources such as wildlife habitat by utilizing the fire, or managing the fire as a natural process on the landscape. Multiple objectives could apply to any single wildfire.

**Management decision.** A decision made by the BLM to manage public lands. Management decisions include both land use plan decisions and implementation decisions.

**Master development plan.** Information common to multiple planned wells, including drilling plans, Surface Use Plans of Operations, and plans for future production.

**Mechanical transport.** Any vehicle, device, or contrivance for moving people or material in or over land, water, snow, or air that has moving parts.

**Mechanical vegetation treatment.** Includes mowing, chaining, chopping, drill seeding, and cutting vegetation to meet resource objective. Mechanical treatments generally occur in areas where fuel loads or invasive species need to be reduced prior to prescribed fire application; when fire risk to resources is too great to use naturally started wildland fires or prescribed fires; or where opportunities exist for biomass utilization or timber harvest. Mechanical treatments may also be utilized to improve wildlife habitat conditions.

**Mechanized uses.** Equipment that is mechanized, including but not limited to mountain bikes, wheelbarrows, and game carts.

**Mexican spotted owl suitable breeding habitat.** Vegetation characteristics described in the current Mexican spotted owl recovery plan in areas where Mexican spotted owl breeding has been confirmed.

**Mineral.** Any naturally formed inorganic material, solid or fluid inorganic substance that can be extracted from the earth, any of various naturally occurring homogeneous substances (as stone, coal, salt, sulfur, sand, petroleum, water, or natural gas) obtained usually from the ground. Under federal laws, considered as locatable (subject to the general mining laws), leasable (subject to the Mineral Leasing Act of 1920), and salable (subject to the Materials Act of 1947).

**Mineral entry.** The filing of a claim on public land to obtain the right to any locatable minerals it may contain.

**Mineral estate.** The ownership of minerals, including rights necessary for access, exploration, development, mining, ore dressing, and transportation operations.

**Mineralize.** The process where a substance is converted from an organic substance to an inorganic substance.

**Mineral materials (salable minerals, salable mineral materials).** Common varieties of mineral materials such as soil, sand and gravel, stone, pumice, pumicite, and clay that are not obtainable under the mining or leasing laws but that can be acquired under the Materials Act of 1947, as amended.

**Mineral patent.** A claim on which title has passed from the federal government to the mining claimant under the Mining Law of 1872.

**Minimum impact suppression tactics**. The use of fire management tactics commensurate with the fire's potential or existing behavior while producing the least impact on the resource being protected.

**Mining claim.** A parcel of land that a miner takes and holds for mining purposes, having acquired the right of possession by complying with the Mining Law and local laws and rules. A mining claim may contain as many adjoining locations as the locator may make or buy. There are four categories of mining claims: lode, placer, millsite, and tunnel site.

**Mining Law of 1872.** Provides for claiming and gaining title to locatable minerals on public lands. Also referred to as the "General Mining Laws" or "Mining Laws."

**Minor wood products.** Materials that are sold under the rules of commercial wood collection that are not considered as saw logs or timber. Commercial fire wood, posts, and poles are minor wood products available through commercial wood collection.

**Mitigation.** Alleviation or lessening of possible adverse effects on a resource by applying appropriate protective measures or adequate scientific study. Mitigation may be achieved by avoidance, minimization, rectification, reduction, and compensation.

**Modification.** A change to the provisions of a lease stipulation, either temporarily or for the term of the lease. Depending on the specific modification, the stipulation may or may not apply to all sites within the leasehold to which the restrictive criteria are applied.

**Monitoring (plan monitoring).** The process of tracking the implementation of land use plan decisions and collecting and assessing data necessary to evaluate the effectiveness of land use planning decisions.

**Motorcycle.** A motorized vehicle with two tires and with a seat designed to be straddled by the operator.

**Motorized vehicles or uses.** Vehicles that are motorized, including but not limited to jeeps, all-terrain vehicles (all-terrain vehicles, such as four-wheelers and three-wheelers), trail motorcycles or dirt bikes, and aircrafts.

BLM_0163688

**Multiple-use.** The management of the public lands and their various resource values so that they are used in the combination that will best meet the present and future needs of the American people; making the most judicious use of the land for some or all of these resources or related services over areas large enough to provide sufficient latitude for periodic adjustments in use to changing needs and conditions; the use of some land for less than all of the resources; a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and nonrenewable resources, including recreation, range, timber, minerals, watershed, wildlife and fish, and natural scenic, scientific and historical values; and harmonious and coordinated management of the various resources without permanent impairment of the productivity of the land and the quality of the environment with consideration being given to the relative values of the resources and not necessarily to the combination of uses that will give the greatest economic return or the greatest unit output (FLPMA) (BLM Manual 6840, Special Status Species Manual).

**Municipal watershed.** A watershed area that provides water for use by a municipality as defined by the community and accepted by the State.

**National Environmental Policy Act of 1969 (NEPA).** Public Law 91-190. Establishes environmental policy for the nation. Among other items, NEPA requires federal agencies to consider environmental values in decision-making processes.

**National Historic Trail.** A congressionally designated trail that is an extended, long-distance trail, not necessarily managed as continuous, that follows as closely as possible and practicable the original trails or routes of travel of national historic significance. The purpose of a National Historic Trail is the identification and protection of the historic route and the historic remnants and artifacts for public use and enjoyment. A National Historic Trail is managed in a manner to protect the nationally significant resources, qualities, values, and associated settings of the areas through which such trails may pass, including the primary use or uses of the trail.

**National Register District.** A geographically definable area, urban or rural, possessing a significant concentration, linkage, or continuity of sites, buildings, structures, or objects united by past events or aesthetically by plan or physical development. Consists of contributing and non-contributing properties.

**National Register of Historic Places.** A listing of architectural, historical, archaeological, and cultural sites of local, state, or national significance, established by the Historic Preservation Act of, 1966 and maintained by the National Park Service.

**National Wild and Scenic Rivers System (NWSRS).** A system of nationally designated rivers and their immediate environments that have outstanding scenic, recreational, geologic, fish and wildlife, historic, cultural, and other similar values and are preserved in a free-flowing condition. The system consists of three types of streams: (1) recreation—rivers or sections of rivers that are readily accessible by road or railroad and that may have some development along their shorelines and may have undergone some impoundments or diversion in the past; (2) scenic—rivers or sections of rivers free of impoundments with shorelines or watersheds still largely undeveloped but accessible in places by roads; and (3) wild—rivers or sections of rivers

BLM_0163689

free of impoundments and generally inaccessible except by trails, with watersheds or shorelines essentially primitive and waters unpolluted.

**Native cutthroat trout.** Native populations include what current science and genetics tell us are Colorado River cutthroat or greenback cutthroat trout.

**Native fish.** Any species of fresh water fish that is found naturally among the waterways of the UFO, such as cutthroat trout (*Oncorhynchus clarki*), mottled sculpin (*Cottus bairdii*), bluehead sucker (*Catostomus discobolus*), roundtail chub (*Gila robusta*), and flannelmouth sucker (*Catostomus latipinnis*).

**Native nongame species.** Any species of freshwater fish that is found naturally among the waterways of the UFO that is not pursued for sport by recreational anglers.

**Native vegetation.** Plant species which were found here prior to European settlement, and consequently are in balance with these ecosystems because they have well developed parasites, predators, and pollinators.

**Naturalness.** Consistent with what would occur without human intervention. For vegetation structure, naturalness implies a pattern similar to what fire and climate would produce across the landscape.

**Natural processes.** Fire, drought, insect and disease outbreaks, flooding, and other events which existed prior to European settlement, and shaped vegetation composition and structure.

**Nature and purposes.** The term used to describe the character, characteristics, and congressional intent for a designated National Trail, including the resources, qualities, values, and associated settings of the areas through which such trails may pass; the primary use or uses of a National Trail; and activities promoting the preservation of, public access to, travel within, and enjoyment and appreciation of National Trail.

**No ground disturbance (NGD).** Areas restricted by NGD are closed to all surface-disturbing activities. Activities that are not considered surface disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel on designated routes, and use of the land by wildlife. An NGD stipulation cannot be applied to operations conducted under the 1872 Mining Law without a withdrawal. A withdrawal is not considered a land use planning decision because it must be approved by the Secretary of Interior. Therefore, unless withdrawn, areas identified as NGD are open to operations conducted under the mining laws subject only to TL and CSU stipulations that are consistent with the rights granted under the mining laws. In addition, the following actions or activities are not subject to the NGD stipulation because specific laws and program terminology constrain them. However, these actions or activities may be subject to SSR or TL stipulations: right-of-way location; coal leasing; nonenergy solid mineral leasing; and mineral material disposal.

BLM_0163690

**Nonenergy leasable minerals.** Those minerals or materials designated as leasable under the Mineral Leasing Act of 1920. Nonenergy minerals include resources such as <u>phosphate</u>, sodium, potassium, and sulfur.

**Nonfunctional condition.** Riparian-wetland areas that clearly are not providing adequate vegetation, landform, or woody debris to dissipate energies associated with flow events, and thus are not reducing erosion, improving water quality, etc.

**Nonnative fish.** Fish species that are introduced, alien, exotic, or nonindigenous to the UFO, such as brown trout (*Salmo trutta*), northern pike (*Esox lucius*), smallmouth bass (*Micropterus dolomieu*), and channel catfish (*Ictalurus punctatus*).

**North Fork area.** North Fork Alternative Plan area (63,390 acres of BLM-administered surface estate and 159,820 acres of federal mineral estate).

**No surface occupancy (NSO).** A major constraint where use or occupancy of the land surface for fluid mineral exploration or development and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads) are prohibited to protect identified resource values. Areas identified as NSO are open to fluid mineral leasing, but surface occupancy or surface-disturbing activities associated with fluid mineral leasing cannot be conducted on the surface of the land. Access to fluid mineral deposits would require horizontal drilling from outside the boundaries of the NSO area.

**Noxious weeds.** A plant species designated by federal or state law as generally possessing one or more of the following characteristics: aggressive and difficult to manage; parasitic; a carrier or host of serious insects or disease; or nonnative, new, or not common to the US.

**Objective.** A description of a desired outcome for a resource. Objectives can be quantified and measured and, where possible, have established timeframes for achievement.

**Off-highway vehicle (OHV) (off-road vehicle).** Any motorized vehicle capable of, or designated for travel on or immediately over land, water or other natural terrain, excluding: (1) any non-amphibious registered motorboat; (2) any military, fire, emergency, or law enforcement vehicle while being used for emergency purposes; (3) any vehicle whose use is expressly authorized by the authorized officer, or otherwise officially approved; (4) vehicles in official use; and (5) any combat or combat support vehicle when used for national defense emergencies (43 CFR 8340.0-5).

**Off-highway vehicle area designations.** BLM-administered lands in the CFO are designated as Open, Limited, or Closed for OHV use.

- **Open.** An area where all types of vehicle use is permitted at all times, anywhere in the area subject to the operating regulations and vehicle standards set forth in 43 CFR subparts 8341 and 8342 (43 CFR 8340.0-5).

- **Limited.** An area restricted at certain times, in certain areas, and/or to certain vehicular use. These restrictions may be of any type, but can generally be

BLM_0163691

accommodated within the following type of categories: Numbers of vehicles; types of vehicles; time or season of vehicle use; permitted or licensed use only; use on existing roads and trails; use on designated roads and trails; and other restrictions (43 CFR 8340.0-5).

- **Closed.** An area where off-road vehicle use is prohibited. Use of off-road vehicles in closed areas may be allowed for certain reasons; however, such use shall be made only with the approval of the authorized officer (43 CFR 8340.0-5).

**Old-growth forest stands.** Stands composed of trees that are generally in the late successional stages of development. The desired attributes of old-growth stands are older, large trees for the species and site; signs of decadence (broken or deformed tops or boles and some root decay); multiple layers of canopy; standing and down dead trees; a variation in tree age, size, and spacing; and gaps or patchiness in the canopy and understory (Mehl 1992).

**Open.** Generally denotes that an area is available for a particular use or uses. Refer to specific program definitions found in law, regulations, or policy guidance for application to individual programs. For example, 43 CFR 8340.0-5 defines the specific meaning of "open" as it relates to OHV use.

**Open area.** See "Off-highway vehicle area designations – Open" definition.

**Ordinary high water mark.** That line on the shore established by the fluctuations of water and indicated by physical characteristics such as clear, natural line impressed on the bank, shelving, changes in the character of soil, destruction of terrestrial vegetation, the presence of litter and debris, or other appropriate means that consider the characteristics of the surrounding areas.

**Organizer.** Any person who advertises for an activity on public lands whether via Internet or any other technology, flyers, club meetings, or other means.

**Outstandingly remarkable value (ORV).** Values among those listed in Section 1(b) of the Wild and Scenic Rivers Act of 1968: "scenic, recreational, geological, fish and wildlife, historical, cultural, or other similar values..." Other similar values that may be considered include ecological, biological, or botanical.

**Overstory.** That portion of a plant community consisting of the taller plants on the site; the forest or woodland canopy.

**Ozone.** A faint blue gas produced in the atmosphere from chemical reactions of burning coal, gasoline, and other fuels and chemicals found in products such as solvents, paints, and hairsprays.

**Paleontological resources.** The physical remains or other physical evidence of plants and animals preserved in soils and sedimentary rock formations. Paleontological resources are important for correlating and dating rock strata and for understanding past environments, environmental change, and the evolution of life.

BLM_0163692

**Particulate matter (PM).** One of the six "criteria" pollutants for which the US EPA established National Ambient Air Quality Standards. Particulate matter is defined as two categories, fine particulates, with an aerodynamic diameter of 10 micrometers ($PM_{10}$) or less, and fine particulates with an aerodynamic diameter of 2.5 micrometers or less ($PM_{2.5}$).

**Passenger vehicle.** Two-wheel-drive, low-clearance vehicles.

**Patent.** Instrument that conveys title to lands from federal ownership to another entity.

**Perennial stream.** A stream that flows continuously. Perennial streams are generally associated with a water table in the localities through which they flow.

**Permitted access.** *See "administrative access" definition.*

**Permitted use.** The forage allocated by, or under the guidance of, an applicable land use plan for livestock grazing in an allotment under a permit or lease and expressed in AUMs (43 CFR 4100.0-5) (from H-4180-1, BLM Rangeland Health Standards Manual).

**Permittee.** A person or company permitted to graze livestock on public land.

**Petroglyph.** A form of rock art created by incising, scratching or pecking designs into rock surfaces.

**Physiography.** The study and classification of the surface features of the earth.

**Pictograph.** A form of rock art created by applying mineral based or organic paint to rock surfaces.

**Planning Area.** The geographical area for which resource management plans are developed and maintained. The Uncompahgre planning area boundary defines the area assessed in this RMP. The planning area encompasses 3.1 million acres in Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel counties in southwestern Colorado. The BLM administers about 675,760 acres (less than one-percent) of the planning area, and 2.1 million acres of federal mineral estate.

**Planning criteria.** The standards, rules, and other factors developed by managers and interdisciplinary teams for their use in forming judgments about decision making, analysis, and data collection during planning. Planning criteria streamlines and simplifies the resource management planning actions.

**Planning issues.** Concerns, conflicts, and problems with the existing management of public lands. Frequently, issues are based on how land uses affect resources. Some issues are concerned with how land uses can affect other land uses, or how the protection of resources affects land uses.

**Point bar.** A depositional feature of streams, point bars are found in abundance in mature or meandering streams. They are crescent-shaped and located on the inside of a stream bend, being very similar to, though often smaller than, towheads (river islands).

BLM_0163693

**Potential Fossil Yield Classification (PFYC) system.** A system used by the BLM to classify geologic units based on the relative abundance of vertebrate fossils or scientifically significant invertebrate or plant fossils and their sensitivity to adverse impacts, with a higher class number indicating a higher potential.

**Potential vegetation group.** Potential vegetation types grouped on the basis of a similar general moisture or temperature environment.

**Prehistoric resources.** Any material remains, structures, and items used or modified by people before Euro-Americans established a presence in the region.

**Prescribed fire.** A wildland fire originating from a planned ignition to meet specific objectives identified in a written, approved, prescribed fire plan for which NEPA requirements (where applicable) have been met prior to ignition.

**Prevention of significant deterioration.** An air pollution permitting program intended to ensure that air quality does not diminish in attainment areas.

**Primary use(s).** Authorized mode or modes of travel, and/or activities identified in the National Trails System Act of 1968 (Public Law 90-543), enabling legislation, or legislative history, through the trailwide Comprehensive Plan or approved Resource Management Plan.

**Primitive and unconfined recreation.** Nonmotorized, nonmechanized (except as provided by law), and undeveloped types of recreational activities. Bicycles are considered mechanical transport, so their use is not considered primitive and unconfined recreation.

**Primitive route.** Any transportation linear feature located within areas that have been identified as having wilderness characteristics and not meeting the wilderness inventory road definition (BLM Manual 6310 – Conducting Wilderness Characteristics Inventory on BLM Lands).

**Probable sale quantity.** The probable sale quantity is the amount of timber, measured in thousand board feet, that could be produced on BLM lands where commercial forest uses are considered appropriate. Calculations are based on species, growth, mortality, land base, and sustainability. The probable sale quantity does not include volume removed for other purposes from other areas (such as recreation sites where hazard trees are removed). The probable sale quantity also is not a commitment to offer for sale a specific level of timber volume.

**Proper functioning condition.** A term describing stream health that is based on the presence of adequate vegetation, landform and debris to dissipate energy, reduce erosion and improve water quality.

**Proper functioning condition for lentic areas.** A riparian-wetland areas are functioning properly when adequate vegetation, landform, or debris is present to: dissipate energies associated with wind action, wave action, and overland flow from adjacent sites, thereby reducing erosion and improving water quality; filter sediment and aid floodplain development; improve flood-water retention and ground-water recharge; develop root masses that stabilize

islands and shoreline features against cutting action; restrict water percolation; develop diverse ponding characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterbird breeding, and other uses; and support greater biodiversity.

**Proper functioning condition for lotic areas.** A riparian-wetland area is considered to be in proper functioning condition when adequate vegetation, landform, or large woody debris is present to:

- dissipate stream energy associated with high waterflow, thereby reducing erosion and improving water quality;

- filter sediment, capture bedload, and aid floodplain development;

- improve flood-water retention and ground-water recharge;

- develop root masses that stabilize streambanks against cutting action;

- develop diverse ponding and channel characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterfowl breeding, and other uses;

- support greater biodiversity.

**Proposed critical habitat.** Those areas officially proposed for designations as critical habitat by the Secretary of Interior or Commerce.

**Proposed species.** A species for which a proposed rule to add the species to the federal list of threatened and endangered species has been published in the Federal Register.

**Public land.** Land or interest in land owned by the US and administered by the Secretary of the Interior through the BLM without regard to how the US acquired ownership, except lands located on the Outer Continental Shelf and land held for the benefit of Indians, Aleuts, and Eskimos (H-1601-1, BLM Land Use Planning Handbook).

**Public water supply.** As defined by the state of Colorado, a "public water system" is a system for the provision to the public of water for human consumption through pipes or other constructed conveyances, if such system has a least fifteen service connections or regularly serves an average of at least 25 individuals daily at least 60 days out of the year.

**Pyroclastic.** Fragments of rocks formed during volcanic eruptions or aerial expulsion from a volcanic vent.

**Range improvement project.** An authorized physical modification or treatment which is designed to improve production of forage; change vegetation composition; control patterns of use; provide water; stabilize soil and water conditions; restore, protect and improve the condition of rangeland ecosystems to benefit livestock, wild horses and burros, and fish and wildlife. This definition includes, but is not limited to: structures, treatment projects and use of mechanical devices, or modifications achieved through mechanical means.

BLM_0163695

**Rapid response.** A systematic effort to eradicate, contain or control invasive species while the infestation is still localized. It may be implemented in response to new introductions or to isolated infestations of a previously established, nonnative organism. Preliminary assessment and subsequent monitoring may be part of the response. It is based on a system and infrastructure, organized in advance so that the response is rapid and efficient.

**Raptor.** Bird of prey with sharp talons and strongly curved beaks, such as hawks, owls, falcons, and eagles.

**Rare vegetation.** Unique combinations of plant species as identified by terminology and a classification system from the Colorado Natural Heritage Program (CNHP). These are defined using CNHP's Global Rarity Ranks denoting scarcity on a global level and include the rankings of G1 and G2.

**Reasonable foreseeable development scenario.** The prediction of the type and amount of oil and gas activity that would occur in a given area. The prediction is based on geologic factors, past history of drilling, projected demand for oil and gas, and industry interest.

**Recharge areas.** Headwaters of perennial streams, contributing watersheds to springs and/or seeps, floodplains, all stream channels, municipal watersheds, and source water protection areas.

**Reclamation.** Returning disturbed lands to a form and productivity that will be ecologically balanced and in conformity with a predetermined land management plan.

**Recreation management area.** Includes special recreation management areas (SRMAs) and extensive recreation management areas (ERMAs); see SRMA and ERMA definitions.

**Recreational river.** Those rivers or sections of rivers that are readily accessible by road or railroad, that may have some development along their shorelines, and that may have undergone some impoundment or diversion in the past.

**Recreational mining.** Engaging in mining activities for hobby, sport, or recreation. Recreational activities undertaken using different types of mining equipment. Also referred to as "casual use," "casual mining," "recreational panning," "recreational gold panning," and "recreational mineral prospecting."

**Recreation and Public Purposes Act of 1926.** Provides for the lease and sale of public lands determined valuable for public purposes. The objective of the R&PP Act is to meet the needs of state and local government agencies and nonprofit organizations by leasing or conveying public land required for recreation and public purpose uses. Examples of uses made of R&PP lands are parks and greenbelts, sanitary landfills, schools, religious facilities, and camps for youth groups. The act provides substantial cost-benefits for land acquisition and provides for recreation facilities or historical monuments at no cost.

**Recreation experiences.** Psychological outcomes realized either by recreation-tourism participants as a direct result of their on-site leisure engagements and recreation-tourism activity participation or by nonparticipating community residents as a result of their interaction

BLM_0163696

with visitors and guests within their community or interaction with the BLM and other public and private recreation-tourism providers and their actions.

**Recreation management zones.** Subunits within an SRMA managed for distinctly different recreation products. Recreation products are composed of recreation opportunities, the natural resource and community settings within which they occur, and the administrative and service environment created by all affecting recreation-tourism providers, within which recreation participation occurs.

**Recreation niche.** The place or position within the strategically targeted recreation-tourism market for each SRMA that is most suitable (i.e., capable of producing certain specific kinds of recreation opportunities) and appropriate (i.e., most responsive to identified visitor or resident customers), given available supply and current demand, for the production of specific recreation opportunities and the sustainable maintenance of accompanying natural resource or community setting character.

**Recreation opportunities.** Favorable circumstances enabling visitors' engagement in a leisure activity to realize immediate psychological experiences and attain more lasting, value-added beneficial outcomes.

**Recreation opportunity spectrum.** One of the existing tools for classifying recreation environments (existing and desired) along a continuum, ranging from primitive, low-use, and inconspicuous administration to urban, high-use, and a highly visible administrative presence. This continuum recognizes variation among various components of any landscape's physical, social, and administrative attributes. Resulting descriptions of existing conditions and prescriptions of desired future conditions define recreation setting character.

**Recreation setting character conditions.** The distinguishing recreational qualities of any landscape, objectively defined along a continuum, ranging from primitive to urban landscapes, expressed in terms of the nature of the component parts of its physical, social, and administrative attributes. These recreational qualities can be both classified and mapped. This classification and mapping process should be based on variation that either exists (for example, setting descriptions) or is desired (for example, setting prescriptions) among component parts of the various physical, social, and administrative attributes of any landscape. The recreation opportunity spectrum is one of the tools for doing this.

**Recreation settings.** The collective distinguishing attributes of landscapes that influence and sometimes actually determine what kinds of recreation opportunities are produced.

**Recreation use permits.** Authorizations for use of developed facilities that meet the fee criteria established by the Land and Water Conservation Fund Act of 1964, as amended or subsequent authority (such as the pilot fee demonstration program). Recreation Use Permits are issued to ensure that US residents receive a fair and equitable return for the use of those facilities to help recover the cost of construction, operation, maintenance, and management of the permits.

BLM_0163697

**Rehabilitate.** Returning disturbed lands as near to its predisturbed condition as is reasonably practical or as specified in approved permits.

**Renewable Energy.** Energy resources that constantly renew themselves or that are regarded as practically inexhaustible. These include solar, wind, geothermal, hydro, and biomass. Although particular geothermal formations can be depleted, the natural heat in the Earth is a virtually inexhaustible reserve of potential energy.

**Research Natural Area.** A land management status which reserves the area for uses that are compatible with the resource of interest and research for which the area was designated.

**Resource Advisory Council.** A council established by the Secretary of the Interior to provide advice or recommendations to BLM management. The Southwest Colorado RAC covers issues within the UFO.

**Resource management plan (RMP).** A land use plan as prescribed by the Federal Land Policy and Management Act that establishes, for a given area of land, land-use allocations, coordination guidelines for multiple-use, objectives, and actions to be achieved.

**Resources, qualities, and values.** The significant scenic, historic, cultural, recreation, natural (including biological, geological, and scientific), and other landscape areas through which such trails may pass as identified in the National Trails System Act of 1968 (Public Law 90-543) (see *associated settings*).

**Restore/restoration.** The process of returning disturbed areas to a natural array of native plant and animal associations.

**Rest rotation.** A grazing rotation strategy that normally involves a multi-pasture system, where one pasture is given 12 months of nonuse each year, while the remaining pastures absorb all the grazing use. This grazing strategy can provide periodic rest for all pastures in the rotation system, or for pastures that have been identified as needing rest for resource reasons.

**Retard.** Measurably slow attainment of any identified objective level that is worse than the objective standard. Degradation of the physical/biological process or conditions that determine objective standards would be considered to retard attainment of specific objective standard.

**Revegetate/revegetation.** The process of putting vegetation back in an area where vegetation previously existed, which may or may not simulate natural conditions.

**Revision.** The process of completely rewriting the land use plan due to changes in the planning area affecting major portions of the plan or the entire plan.

**Right-of-way (ROW).** Public lands authorized to be used or occupied for specific purposes pursuant to a right-of-way grant, which are in the public interest and which require ROWs over, on, under, or through such lands.

BLM_0163698

**Right-of-way avoidance area.** An area identified through resource management planning to be avoided but may be available for ROW location with special stipulations. A ROW avoidance area is comparable to the SSR restriction applied to other resources.

**Right-of-way exclusion area.** An area identified through resource management planning that is not available for ROW location under any conditions. A ROW exclusion area is comparable to the NGD stipulation applied to other resources.

**Riparian/aquatic system.** Interacting system between aquatic and terrestrial situations. Identified by a stream channel and distinctive vegetation that requires or tolerates free or unbound water.

**Riparian area.** A form of wetland transition between permanently saturated wetlands and upland areas. Riparian areas exhibit vegetation or physical characteristics that reflect the influence of permanent surface or subsurface water. Typical riparian areas include lands along, adjacent to, or contiguous with perennially and intermittently flowing rivers and streams, glacial potholes, and the shores of lakes and reservoirs with stable water levels. Excluded are ephemeral streams or washes that lack vegetation and depend on free water in the soil.

**Riparian zone.** An area one-quarter mile wide encompassing riparian and adjacent vegetation.

**Road.** A linear route declared a road by the owner, managed for use by low-clearance vehicles having four or more wheels, and maintained for regular and continuous use.

**Roadless.** The absence of roads that have been constructed and maintained by mechanical means to ensure regular and continuous use.

**Rock art.** Petroglyphs (carvings) or pictographs (painting) used by native persons to depict their history and culture.

**Rotation.** Grazing rotation between pastures in the allotment for the permitted time.

**Routes.** Multiple roads, trails and primitive roads; a group or set of roads, trails, and primitive roads that represents less than 100 percent of the BLM transportation system. Generically, components of the transportation system are described as "routes."

**Sale (public land).** A method of land disposal pursuant to Section 203 of FLPMA, whereby the US receives a fair-market payment for the transfer of land from federal ownership. Public lands determined suitable for sale are offered on the initiative of the BLM. Lands suitable for sale must be identified in the RMP. Any lands to be disposed of by sale that are not identified in the current RMP, or that meet the disposal criteria identified in the RMP, require a plan amendment before a sale can occur.

**Salinity.** Refers to the solids such as sodium chloride (table salt) and alkali metals that are dissolved in water.

**Saturated soils.** Occur when the infiltration capacity of the soil is exceeded from above due to rainfall or snowmelt runoff. Soils can also become saturated from groundwater inputs.

BLM_0163699

**Scenic byways.** Highway routes that have roadsides or corridors of special aesthetic, cultural, or historical value. An essential part of the highway is its scenic corridor. The corridor may contain outstanding scenic vistas, unusual geologic features, or other natural elements.

**Scenic river.** A river or section of a river that is free of impoundments and whose shorelines are largely undeveloped but accessible in places by roads.

**Scoping process.** An early and open public participation process for determining the scope of issues to be addressed and for identifying the significant issues related to a proposed action.

**Season of use.** The time during which livestock grazing is permitted on a given range area, as specified in the grazing lease.

**Seeding.** Seeding is a vegetation treatment that includes the application of grass, forb, or shrub seed, either aerially or from the ground. In areas of gentle terrain, ground applications of seed are often accomplished with a rangeland drill. Seeding allows the establishment of native species or placeholder species and restoration of disturbed areas to a perennial-dominated cover type, thereby decreasing the risk of subsequent invasion by exotic plant species. Seeding would be used primarily as a follow-up treatment in areas where disturbance or the previously described treatments have removed exotic plant species and their residue.

**Setting character.** The condition of any recreation system, objectively defined along a continuum, ranging from primitive to urban in terms of variation of its component physical, social, and administrative attributes.

**Severe winter range.** That part of the overall range where 90 percent of the individuals are located when the annual snowpack is at its maximum and/or temperatures are at a minimum in the two worst winters out of ten. Severe winter range is defined for each Colorado Division of Wildlife Data Analysis Unit.

**Short-term effect.** The effect occurs only during or immediately after implementation of the alternative.

**Significant fossils.** Any vertebrate fossil remains or site with fossils of exceptional preservation or context.

**Site-specific relocation (SSR).** An SSR restriction is similar to a CSU restriction in that it allows some use and occupancy of public land while protecting identified resources or values. SSR areas are potentially open to surface-disturbing activities but the restriction allows the BLM to require special constraints, or the activity can be shifted to protect the specified resource or value. Activities that are not considered surface disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel on designated routes, and general use of the and by wildlife. Right-of-way location authorizations are not subject to the SSR restriction because it is constrained in other ways. The action may be subject to TL stipulations.

**Slash.** Downed vegetation.

BLM_0163700

**Sole-source aquifer.** Defined by the US EPA as an aquifer supplying at least 50 percent of the drinking water consumed in the area overlying the aquifer, where the surrounding area has no alternative drinking water source(s) that could physically, legally, and economically supply all those who depend upon the aquifer for drinking water.

**Solitude.** The state of being alone or remote from habitations; isolation. A lonely or secluded place. Factors contributing to opportunities for solitude may include size, natural screening, topographic relief, vistas, physiographic variety, and the ability of the user to find a secluded spot.

**Source water protection area.** The area delineated by a state for a public water supply or including numerous suppliers, whether the source is ground water or surface water or both.

**Special recreation management area (SRMA).** An administrative public lands unit identified in land use plans where the existing or proposed recreation opportunities and recreation setting characteristics are recognized for their unique value, importance, and/or distinctiveness, especially as compared to other areas used for recreation.

**Special recreation permit (SRP).** Authorization that allows for recreational uses of public lands and related waters. Issued as a means to control visitor use, protect recreational and natural resources, and provide for the health and safety of visitors. Commercial SRPs are also issued as a mechanism to provide a fair return for the commercial use of public lands.

**Special status species.** BLM special status species are: (1) species listed, candidate, or proposed for listing under the ESA; and (2) species requiring special management consideration to promote their conservation and reduce the likelihood and need for future listing under the ESA that are designated as BLM sensitive by the BLM State Director(s). All federally listed candidate species, proposed species, and delisted species in the five years following delisting are conserved as BLM sensitive species.

**Split estate.** Lands on which the mineral estate is owned by someone other than the surface estate owner. For example, the surface is in private ownership and the mineral resources are publicly held and managed by the federal government.

**Split season.** Removing livestock from the allotment and returning them later in the year within the permitted time.

**Sport fish.** *See "game fish" definition.*

**Stabilize.** The process of stopping further damage from occurring.

**Stacked loop.** Several interconnected, looped trails.

**Standard.** A description of the physical and biological conditions or degree of function required for healthy, sustainable lands (e.g., land health standards). To be expressed as a desired outcome (goal).

BLM_0163701

**Standard lease terms and conditions.** Areas may be open to leasing with no specific management decisions defined in a Resource Management Plan; however, these areas are subject to lease terms and conditions as defined on the lease form (Form 3100-11, Offer to Lease and Lease for Oil and Gas; and Form 3200-24, Offer to Lease and Lease for Geothermal Resources).

**State-listed noxious weed species.** Noxious weed species listed by the State of Colorado:

- List A species are designated by the Commissioner for eradication.

- List B weed species are species for which the Commissioner, in consultation with the state noxious weed advisory committee, local governments, and other interested parties, develops and implements state noxious weed management plans designed to stop the continued spread of these species.

- List C weed species are species for which the Commissioner, in consultation with the state noxious weed advisory committee, local governments, and other interested parties, will develop and implement state noxious weed management plans designed to support the efforts of local governing bodies to facilitate more effective integrated weed management on private and public lands. The goal of such plans will not be to stop the continued spread of these species but to provide additional education, research, and biological control resources to jurisdictions that choose to require management of List C species.

**State implementation plan.** A detailed description of the programs a state will use to carry out its responsibilities under the Clean Air Act. State implementation plans are collections of the regulations used by a state to reduce air pollution.

**Stationary source.** Refers to a stationary source of emissions. Prevention of Significant Deterioration permits are required for major new stationary sources of emissions that emit 100 tons or more per year of carbon monoxide, sulphur dioxide, nitrogen dioxide, ozone, or particulate matter.

**Stipulation (general).** A term or condition in an agreement or contract.

**Stipulation (oil and gas).** A provision that modifies standard oil and gas lease terms and conditions in order to protect other resource values or land uses and is attached to and made a part of the lease. Typical lease stipulations include No Surface Occupancy (NSO), Timing Limitations (TL), and Controlled Surface Use (CSU). Lease stipulations are developed through the land use planning (RMP) process.

**Streamside management zone.** Land adjacent to a waterbody where activities on land are likely to affect water quality.

**Substantial interference.** Determination that an activity or use affects (hinders or obstructs) the nature and purposes of a designated National Trail (see nature and purposes).

BLM_0163702

**Suitable river.** An eligible river segment found through administrative study to meet the criteria for designation as a component of the National System, as specified in Section 4(a) of the Wild and Scenic Rivers Act (BLM Manual 6400, Wild and Scenic Rivers – Policy and Program Direction for Identification, Evaluation, Planning, and Management).

**Surface-disturbing activities.** Surface-disturbing activities are those that normally result in more than negligible (immeasurable, not readily noticeable) disturbance to vegetation and soils on public lands and accelerate the natural erosive process. Surface disturbances could require reclamation and normally involve use and/or occupancy of the surface, causing disturbance to soils and vegetation. They include, but are not limited to: the use of mechanized earth-moving equipment; truck-mounted drilling, stationary drill rigs in unison, and geophysical exploration equipment off designated routes; off-road vehicle travel in areas designated as limited or closed to off-road vehicle use; construction of facilities such as range facilities and/or improvements, power lines, pipelines, oil and gas wells and/or pads; recreation sites; new road and trail construction; and use of pyrotechnics and explosives. Surface disturbance is not normally caused by casual-use activities. Activities that are not considered surface-disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, dispersed camping, installing signs, minimum impact filming, vehicular travel on designated routes, and general use of the land by wildlife.

**Sustained yield.** The achievement and maintenance in perpetuity of a high-level annual or regular periodic output of the various renewable resources of the public lands consistent with multiple uses.

**Technical.** Designated to challenge riders.

**Terrestrial.** Living or growing in or on the land.

**Threatened species.** Any species that is likely to become endangered within the foreseeable future throughout all or a significant portion of its range (BLM Manual 6840, Special Status Species Management). Under the ESA in the US, "threatened" is the lesser-protected of the two categories. Designation as threatened (or endangered) is determined by USFWS as directed by the ESA.

**Timber.** Standing trees, downed trees, or logs which are capable of being measured in board feet.

**Timing Limitation (TL).** The TL stipulation, a moderate constraint, is applicable to fluid mineral leasing, all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads), and other surface-disturbing activities (i.e., those not related to fluid mineral leasing). Areas identified for TL are closed to fluid mineral exploration and development, surface-disturbing activities, and intensive human activity during identified time frames. This stipulation does not apply to operation and basic maintenance activities, including associated vehicle travel, unless otherwise specified. Construction, drilling, completions, and other operations considered to be intensive in nature are not allowed. Intensive maintenance, such as workovers on wells, is not permitted. TLs can overlap spatially with NSO, NGD, CSU, SSR, as well as with areas that have no

BLM_0163703

other restrictions. Administrative activities are allowed at the discretion of the Authorized Officer.

**Total dissolved solids.** Salt, or an aggregate of carbonates, bicarbonates, chlorides, sulfates, phosphates, and nitrates of calcium, magnesium, manganese, sodium, potassium, and other cations that form salts.

**Total maximum daily load.** An estimate of the total quantity of pollutants (from all sources: point, nonpoint, and natural) that may be allowed into waters without exceeding applicable water quality criteria.

**Traditional cultural properties.** A property that derives significance from traditional values associated with it by a social or cultural group, such as an Indian tribe or local community. A traditional cultural property may qualify for the National Register of Historic Places if it meets the criteria and criteria exceptions at 36 CFR 60.4 (see National Register Bulletin 38).

**Traditional use.** Longstanding, socially conveyed, customary patterns of thought, cultural expression, and behavior, such as religious beliefs and practices, social customs, and land or resource uses. Traditions are shared generally within a social and/or cultural group and span generations. Usually traditional uses are reserved rights resulting from treaty and/or agreements with Native American groups.

**Trail.** A linear route managed for human-power (e.g., hiking or bicycling), stock (e.g., equestrian), or off-highway vehicle forms of transportation or for historical or heritage values. Trails are not generally managed for use by four-wheel drive or high-clearance vehicles.

**Trailing.** Used in the Uncompahgre Draft RMP/EIS to refer to movement of livestock between grazed areas. Since publication of the Uncompahgre Draft RMP/EIS, the BLM has clarified policy and corresponding terminology. Trailing is now defined as the active movement of livestock from one location to another, which is permitted under an existing grazing permit and is conducted by the permit holder within the dates specified in the permit, and is subject to all other terms and conditions of that permit. For active movement through a grazing allotment outside of the terms and conditions of an existing grazing permit, see also *Crossing*.

**Transmission.** The movement or transfer of electric energy over an interconnected group of lines and associated equipment between points of supply and points at which it is transformed for delivery to consumers, or is delivered to other electric systems. Transmission is considered to end when the energy is transformed for distribution to the consumer.

**Transportation linear features.** "Linear features" represents the broadest category of physical disturbance (planned and unplanned) on BLM land. Transportation related linear features include engineered roads and trails, as well as user-defined, non-engineered roads and trails created as a result of the public use of BLM land. Linear features may include roads and trails identified for closure or removal as well as those that make up the BLM's defined transportation system.

BLM_0163704

**Transportation system.** The sum of the BLM's recognized inventory of linear features (roads, primitive roads, and trails) formally recognized, designated, and approved as part of the BLM's transportation system.

**Travel management areas.** Polygons or delineated areas where a rational approach has been taken to classify areas open, closed or limited, and have identified and/or designated a network of roads, trails, ways, landing strips, and other routes that provide for public access and travel across the planning area. All designated travel routes within travel management areas should have a clearly identified need and purpose as well as clearly defined activity types, modes of travel, and seasons or timeframes for allowable access or other limitations (BLM Handbook H-1601-1 Land Use Planning Handbook).

**Trespass.** Any unauthorized use of public land.

**Tribal interests.** Native American or Native Alaskan economic rights such as Indian trust assets, resource uses and access guaranteed by treaty rights, and subsistence uses.

**Tuff.** A pyroclastic volcanic rock composed of ash-sized fragments.

**Unalloted.** Lands that currently are not committed to livestock grazing use.

**Understory.** That portion of a plant community growing underneath the taller plants on the site.

**Upland game birds.** Non-waterfowl game birds usually hunted with pointing breed, flushing spaniels, and retrievers. Upland game birds include grouse, chukar, quail, snipe, doves, pigeons, ptarmigan, and wild turkey.

**Utility corridor.** Tract of land varying in width forming passageway through which various commodities such as oil, gas, and electricity are transported.

**Valid existing rights.** Documented, legal rights or interests in the land that allow a person or entity to use said land for a specific purpose and that are still in effect. Such rights include but are not limited to fee title ownership, mineral rights, rights-of-way, easements, permits, and licenses. Such rights may have been reserved, acquired, leased, granted, permitted, or otherwise authorized over time.

**Vegetation manipulation.** Planned alteration of vegetation communities through use of mechanical, chemical, seeding, and/or prescribed fire or managed fire to achieve desired resource objectives.

**Vegetation structure.** The stage of plant community development, encompassing age of stand, height of vegetation, and spatial distribution of plants.

**Vegetation treatments.** Management practices which change the vegetation structure to a different stage of development. Vegetation treatment methods include managed fire, prescribed fire, chemical, mechanical, and seeding.

BLM_0163705

**Vegetation type.** A plant community with immediately distinguishable characteristics based upon and named after the apparent dominant plant species.

**Vertebrate.** An animal having a backbone or spinal column. Includes jawless fishes, bony fishes, sharks and rays, amphibians, reptiles, mammals, and birds.

**Viewshed.** The panorama from a given viewpoint that encompasses the visual landscape, including everything visible within a 360-degree radius.

**Visibility (air quality).** A measure of the ability to see and identify objects at different distances.

**Visitor day.** Twelve visitor hours that may be aggregated by one or more persons in single or multiple visits.

**Visitor use.** Visitor use of a resource for inspiration, stimulation, solitude, relaxation, education, pleasure, or satisfaction.

**Visual resource management (VRM).** The inventory and planning actions taken to identify visual resource values and to establish objectives for managing those values, and the management actions taken to achieve the visual resource management objectives.

**Visual resource management classes.** Define the degree of acceptable visual change within a characteristic landscape. A class is based on the physical and sociological characteristics of any given homogeneous area and serves as a management objective. Categories assigned to public lands are based on scenic quality, sensitivity level, and distance zones. Each class has an objective that prescribes the amount of change allowed in the characteristic landscape (from H-1601-1, BLM Land Use Planning Handbook).

The four classes are described below:

- **Class I** provides for natural ecological changes only. This class includes primitive areas, some natural areas, some wild and scenic rivers, and other similar areas where landscape modification activities should be restricted.

- **Class II** areas are those areas where changes in any of the basic elements (form, line, color, or texture) caused by management activity should not be evident in the characteristic landscape.

- **Class III** includes areas where changes in the basic elements (form, line, color, or texture) caused by a management activity may be evident in the characteristic landscape. However, the changes should remain subordinate to the visual strength of the existing character.

- **Class IV** applies to areas where changes may subordinate the original composition and character; however, they should reflect what could be a natural occurrence within the characteristic landscape.

BLM_0163706

**Visual resources.** The visible physical features on a landscape, (topography, water, vegetation, animals, structures, and other features) that comprise the scenery of the area.

**Visual sensitivity.** Visual sensitivity levels are a measure of public concern for scenic quality and existing or proposed visual change.

**Volatile organic compounds.** Chemicals that produce vapors readily at room temperature and at normal atmospheric pressure. Volatile organic compounds include gasoline, industrial chemicals such as benzene, solvents such as toluene and xylene, and tetrachloroethylene (perchloroethylene, the principal dry cleaning solvent).

**Waiver.** A permanent exemption from a lease stipulation. The stipulation no longer applies anywhere within the leasehold.

**Water body.** An area of open, standing water. Includes ponds and lakes.

**Watershed.** Topographical region or area delineated by water draining to a particular watercourse or body of water.

**Watershed condition indicators.** An integrated suite of aquatic, riparian, and hydrologic condition measures that are intended to be used at the watershed scale.

**Way.** Roadlike feature used by vehicles having four or more wheels but not declared a road by the owner and which receives no maintenance to guarantee regular and continuous use.

**Wild and scenic study river.** Rivers identified in Section 5 of the Wild and Scenic Rivers Act of 1968 for study as potential additions to the National Wild and Scenic Rivers System. The rivers will be studied under the provisions of Section 4 of the act (BLM Manual 6400, Wild and Scenic Rivers – Policy and Program Direction for Identification, Evaluation, Planning, and Management).

**Wilderness.** A congressionally designated area of undeveloped federal land retaining its primeval character and influence, without permanent improvements or human habitation, that is protected and managed to preserve its natural conditions and that (1) generally appears to have been affected mainly by the forces of nature, with human imprints substantially unnoticeable; (2) has outstanding opportunities for solitude or a primitive and unconfined type of recreation; (3) has at least 5,000 acres or is large enough to make practical its preservation and use in an unimpaired condition; and (4) may also contain ecological, geological, or other features of scientific, educational, scenic, or historic value. The definition is contained in Section 2(c) of the Wilderness Act of 1964 (78 Stat. 891).

**Wilderness characteristics.** Wilderness characteristics attributes include the area's size, its apparent naturalness, and outstanding opportunities for solitude or a primitive and unconfined type of recreation. They may also include supplemental values. Lands with wilderness characteristics are those lands that have been inventoried and determined by the BLM to contain wilderness characteristics as defined in section 2(c) of the Wilderness Act.

BLM_0163707

**Wilderness inventory road.** Any route outside of WSAs, designated wilderness and the Tabeguache Area that has been improved and maintained by mechanical means to insure relatively regular and continuous use (BLM Manual 6310 – Conducting Wilderness Characteristics Inventory on BLM Lands).

**Wilderness Study Area (WSA).** A designation made through the land use planning process of a roadless area found to have wilderness characteristics, as described in Section 2(c) of the Wilderness Act of 1964.

**Wilderness Study Area (WSA) Ways.** Existing vehicle routes identified during the BLM's original wilderness inventory; does not include illegal routes created in the interim. The miles of motorized routes in WSAs are only conditionally open to vehicle use. If use and/or non-compliance are found through monitoring efforts to impair the area's suitability for wilderness designation, the BLM would take further action to limit use of the routes or would close them. The continued use of these routes, therefore, is based on user compliance and non-impairment of wilderness values.

**Wildland fire.** Wildland fire is a general term describing any non-structure fire that occurs in the wildland. Wildland fires are categorized into two distinct types:

- Wildfires: Unplanned ignitions or prescribed fires that are declared wildfires.
- Prescribed fires: Planned ignitions.

**Wildland fire use.** *A term no longer used; the new terminology is "managed fire" (see "managed fire" definition).* ss

**Wildland-urban interface (WUI):** The line, area or zone where structures and other human development meet or intermingle with undeveloped wildland or vegetative fuels.

**Wild river.** Those rivers or sections of rivers that are free of impoundments and generally inaccessible except by trail, with watersheds or shorelines essentially primitive and unpolluted. These represent vestiges of primitive America.

**Winter concentration area:** That part of winter range where densities are at least 200 percent greater than the surrounding winter range density during the same period used to define winter range in the average five winters out of ten. Winter concentration areas are defined for each Colorado Division of Wildlife Data Analysis Unit.

**Withdrawal.** An action that restricts the use of public land and segregates the land from the operation of some or all of the public land and mineral laws. Withdrawals are also used to transfer jurisdiction of management of public lands to other federal agencies.

**Wood product sales/harvest.** Any wood-collection activity other than incidental use involving the severance and/or removal of any vegetative material for personal use requiring a permit or commercial use requiring a contract.

BLM_0163708

**Xeroriparian area.** An area or vegetative community that exists in arid environments and is characterized by dry washes exposed to only intermittent flows of water (ephemeral streams) associated with discrete precipitation events.

BLM_0163709

# Index

BLM_0163710

BLM_0163711

# INDEX

Acquired lands, 2-53, 3-121, T-180
Adaptive management, 1-6, 2-4, 2-20, 2-25, 2-36, 2-119, 3-11, 4-19, 4-225, 4-434, T-8, T-9, T-25, T-87
Air quality, 1-5, 2-19, 2-20, 2-41, 2-119, 2-162, 3-1, 3-2, 3-3, 3-4, 3-73, 3-90, 3-144, 4-4, 4-17, 4-18, 4-19, 4-20, 4-21, 4-23, 4-24, 4-25, 4-26, 4-27, 4-34, 4-35, 4-36, 4-37, 4-38, 4-39, 4-44, 4-68, 4-92, 4-151, 4-155, 4-156, 4-157, 4-158, 4-167, 4-173, 4-186, 4-197, 4-210, 4-221, 4-243, 4-315, 4-321, 4-330, 4-381, 4-383, 4-388, 4-391, 4-396, 4-405, 4-419, 4-426, 4-428, 4-431, 4-434, 4-443, 4-444, 4-461, 4-463, 4-473, 4-474, 5-7, 5-8, T-6, T-7, T-8, T-134, T-135
Antelope, pronghorn, T-65, T-69, T-80, T-81, T-194, T-258, T-462
Area of Critical Environmental Concern (ACEC), 1-7, 1-9, 2-3, 2-4, 2-12, 2-15, 2-17, 2-18, 2-21, 2-24, 2-44, 2-84, 2-85, 2-94, 2-99, 2-100, 2-101, 2-103, 2-104, 2-108, 2-111, 2-122, 2-123, 2-124, 2-125, 2-127, 2-128, 2-129, 2-131, 2-133, 2-134, 2-139, 2-150, 2-154, 2-155, 2-156, 2-157, 3-54, 3-55, 3-85, 3-93, 3-115, 3-118, 3-119, 3-120, 3-121, 3-122, 3-125, 3-134, 3-137, 3-155, 4-46, 4-47, 4-48, 4-50, 4-51, 4-52, 4-53, 4-55, 4-56, 4-57, 4-58, 4-59, 4-71, 4-74, 4-75, 4-77, 4-79, 4-80, 4-81, 4-83, 4-85, 4-94, 4-97, 4-98, 4-100, 4-101, 4-103, 4-104, 4-107, 4-114, 4-115, 4-116, 4-118, 4-120, 4-121, 4-131, 4-132, 4-133, 4-134, 4-136, 4-137, 4-139, 4-140, 4-142, 4-144, 4-146, 4-147, 4-148, 4-150, 4-154, 4-156, 4-157, 4-158, 4-159, 4-167, 4-172, 4-174, 4-175, 4-176, 4-177, 4-178, 4-186, 4-187, 4-189, 4-190, 4-191, 4-193, 4-196, 4-199, 4-202, 4-205, 4-209, 4-210, 4-211, 4-212, 4-213, 4-214, 4-221, 4-222, 4-224, 4-228, 4-230, 4-232, 4-235, 4-239, 4-244, 4-246, 4-249, 4-275, 4-278, 4-281, 4-282, 4-283, 4-289, 4-290, 4-291, 4-293, 4-294, 4-295, 4-300, 4-301, 4-302, 4-313, 4-315, 4-321, 4-324, 4-325, 4-326, 4-327, 4-328, 4-329, 4-330, 4-331, 4-332, 4-333, 4-334, 4-335, 4-336, 4-337, 4-338, 4-339, 4-340, 4-341, 4-342, 4-343, 4-344, 4-345, 4-346, 4-347, 4-348, 4-349, 4-350, 4-351, 4-352, 4-353, 4-354, 4-355, 4-356, 4-357, 4-358, 4-359, 4-360, 4-361, 4-362, 4-363, 4-364, 4-365, 4-366, 4-367, 4-368, 4-369, 4-370, 4-371, 4-372, 4-373, 4-374, 4-375, 4-376, 4-377, 4-378, 4-379, 4-382, 4-383, 4-384, 4-385, 4-386, 4-387, 4-390, 4-391, 4-396, 4-397, 4-399, 4-406, 4-407, 4-409, 4-410, 4-411, 4-412, 4-413, 4-414, 4-416, 4-417, 4-419, 4-420, 4-421, 4-422, 4-423, 4-430, 4-432, 4-442, 4-460, 4-463, 5-6, 5-7, 5-8, T-11, T-13, T-20, T-24, T-43, T-44, T-45, T-47, T-49, T-59, T-100, T-137, T-138, T-154, T-163, T-164, T-167, T-168, T-169, T-170, T-171, T-191, T-204, T-225, T-226, T-235, T-238, T-241, T-243, T-244, T-245, T-247, T-248, T-256, T-259, T-263, T-265, T-269, T-270, T-271, T-274, T-275, T-276, T-277, T-278, T-285, T-286, T-289, T-394, T-396, T-395, T-397, T-408, T-409, T-410, T-412, T-417, T-422, T-428, T-429, T-430, T-435, T-436, T-437, T-438, T-439, T-440, T-441, T-442, T-443, T-444, T-445, T-446, T-447, T-448, T-449, T-450, T-451, T-452, T-453, T-454, T-455, T-456, T-457, T-458, T-459, T-460, T-461, T-462, T-463, T-464, T-465, T-467, T-468, T-469, T-474, T-477, T-478, T-492
Best management practice (BMP), 2-19, 2-22, 2-75, 3-8, 3-11, 3-12, 4-23, 4-26, 4-33, 4-40, 4-44, 4-45, 4-68, 4-69, 4-84, 4-87, 4-102, 4-105, 4-126, 4-151, 4-172, 4-181, 4-182, 4-219, 4-221, 4-319, 4-429, 4-430, 4-435, 4-473, 4-474, T-5, T-15, T-144, T-261
Bighorn sheep, desert, 2-130, 3-63, 3-64, 4-217, 4-234, 4-328, 4-344, 4-345, 4-346, 4-347, 4-352, 4-354, 4-358, 4-360, 4-361, 4-362, 4-396, T-80, T-81, T-82, T-110, T-194, T-258, T-449, T-454, T-460

BLM_0163712

Bighorn sheep, Rocky Mountain, 2-61, 2-62, 2-63, 3-50, 3-63, 3-64, 4-114, 4-133, 4-138, 4-142, 4-145, 4-149, 4-217, 4-227, 4-234, T-81, T-194, T-216, T-217, T-218, T-219, T-253, T-254, T-255

Birds, migratory, 2-36, 3-45, 3-46, 3-47, 3-53, 4-109, 4-115, 4-117, 4-119, 4-121, 4-122, T-61, T-62, T-63, T-87, T-88, T-90

Birds, waterfowl, 2-34, 2-40, 2-130, 3-45, 3-46, 3-47, 4-92, 4-109, 4-129, 4-134, 4-138, 4-142, 4-145, T-25, T-69, T-132, T-133, T-244, T-258

Bureau of Reclamation (BOR), ES-1, 1-2, 1-9, 2-10, 2-15, 2-97, 3-7, 3-9, 3-12, 3-18, 3-116, 3-119, 4-10, 4-14, 4-16, 4-41, 4-246, 4-313, 5-3, 5-6, T-244, T-247, T-248, T-261, T-262, T-263, T-427, T-432, T-434

Candidate species, 2-32, 2-37, 2-129, 3-49, 3-53, 3-54, 3-56, 4-125, 4-126, 4-127, 4-138, 4-141, 4-142, 4-144, 4-148, T-64, T-89, T-91, T-92, T-94, T-100, T-244

Cheatgrass, 2-31, 3-37, 3-40, 3-41, 3-44, 3-51, 3-52, 3-73, 4-128, 4-151, 4-153, 4-217, 4-327, T-60

Clay-loving wild buckwheat, 2-129, 3-35, 3-54, 3-55, 3-56, 3-68, 3-119, 4-128, 4-130, 4-133, 4-137, 4-141, 4-144, 4-148, 4-150, 4-218, 4-223, 4-334, 4-335, 4-336, 5-2, T-100, T-402, T-437, T-439, T-440

Clean Water Act, 3-13, 4-68, 4-84, T-24

Coal, 1-5, 1-6, 2-8, 2-16, 2-26, 2-52, 2-53, 2-64, 2-65, 2-66, 2-102, 2-104, 2-107, 2-109, 2-144, 2-145, 2-158, 2-165, 3-6, 3-11, 3-15, 3-16, 3-19, 3-21, 3-23, 3-31, 3-68, 3-75, 3-93, 3-94, 3-96, 3-97, 3-98, 3-99, 3-120, 3-138, 3-141, 3-143, 3-145, 3-146, 3-157, 3-158, 3-159, 3-172, 4-6, 4-8, 4-10, 4-11, 4-19, 4-20, 4-21, 4-23, 4-25, 4-26, 4-27, 4-29, 4-30, 4-31, 4-32, 4-34, 4-38, 4-41, 4-43, 4-67, 4-68, 4-72, 4-92, 4-96, 4-112, 4-131, 4-135, 4-152, 4-160, 4-165, 4-173, 4-179, 4-196, 4-198, 4-201, 4-203, 4-204, 4-205, 4-207, 4-223, 4-224, 4-227, 4-229, 4-231, 4-235, 4-237, 4-239, 4-240, 4-241, 4-244, 4-245, 4-250, 4-251, 4-254, 4-256, 4-261, 4-265, 4-268, 4-269, 4-271, 4-275, 4-277, 4-285, 4-286, 4-303, 4-328, 4-330, 4-331, 4-332, 4-333, 4-334, 4-336, 4-337, 4-338, 4-340, 4-341, 4-342, 4-343, 4-344, 4-348, 4-351, 4-352, 4-355, 4-357, 4-358, 4-359, 4-360, 4-362, 4-363,

4-364, 4-365, 4-367, 4-369, 4-370, 4-372, 4-374, 4-376, 4-382, 4-391, 4-392, 4-395, 4-396, 4-398, 4-400, 4-402, 4-404, 4-406, 4-407, 4-409, 4-410, 4-411, 4-412, 4-413, 4-414, 4-415, 4-416, 4-428, 4-429, 4-431, 4-432, 4-433, 4-434, 4-436, 4-438, 4-439, 4-440, 4-444, 4-447, 4-448, 4-449, 4-452, 4-454, 4-455, 4-459, 4-462, 4-464, 4-465, 4-468, 4-473, 5-6, T-33, T-32, T-176, T-177, T-220, T-221, T-222, T-223, T-224, T-225, T-226, T-227, T-228, T-229, T-230, T-236, T-240, T-245, T-253, T-254, T-256, T-257, T-408, T-438, T-446, T-453, T-463, T-471, T-473, T-484, T-485, T-488, T-499

Colorado hookless cactus, 2-129, 3-35, 3-54, 3-56, 3-68, 3-120, 3-125, 4-127, 4-128, 4-130, 4-133, 4-137, 4-144, 4-148, 4-150, 4-218, 4-223, 5-2, T-100, T-402, T-437, T-462

Colorado Parks and Wildlife (CPW), 1-2, 1-5, 1-8, 2-32, 2-33, 2-34, 2-35, 2-36, 2-82, 2-90, 2-108, 3-45, 3-46, 3-47, 3-49, 3-50, 3-51, 3-53, 3-61, 3-64, 3-65, 3-66, 3-68, 3-102, 3-106, 3-136, 3-156, 4-109, 4-110, 4-115, 4-116, 4-117, 4-118, 4-119, 4-122, 4-125, 4-145, 4-419, 4-421, 4-424, 5-5, T-61, T-62, T-63, T-64, T-65, T-67, T-74, T-76, T-77, T-80, T-84, T-93, T-102, T-105, T-113, T-114, T-115, T-116, T-127, T-129, T-216, T-283, T-284, T-398, T-399, T-400, T-401, T-402, T-426, T-444, T-466, T-493

Colorado River, 1-6, 1-8, 2-22, 3-7, 3-12, 3-13, 3-18, 3-20, 3-22, 3-23, 3-59, 3-60, 3-61, 3-63, 3-64, 4-5, 4-10, 4-16, 4-42, 4-60, 4-65, 4-83, 4-84, 4-115, 4-123, 4-129, 4-130, 4-131, 4-149, T-16, T-18

Communication site, 2-83, 2-96, 3-72, 3-83, 3-113, 3-115, 3-117, 3-146, 4-151, 4-166, 4-183, 4-275, 4-290, 4-294, 4-301, 4-312, 4-313, T-134, T-137, T-284, T-285, T-407, T-419, T-420

Council on Environmental Quality (CEQ), ES-2, 1-2, 3-2, 3-164

County, Delta, 1-8, 3-15, 3-16, 3-17, 3-54, 3-58, 3-61, 3-62, 3-64, 3-67, 3-93, 3-98, 3-102, 3-119, 3-127, 3-138, 3-141, 3-143, 3-147, 3-148, 3-152, 3-153, 3-154, 3-156, 3-159, 3-160, 3-161, 3-162, 3-163, 3-165, 3-166, 4-6, 4-8, 4-11, 4-15, 4-16, 4-65, 4-271, 4-469, 5-3, 5-5

BLM_0163713

County, Gunnison, 1-8, 2-5, 2-107, 3-6, 3-49, 3-93, 3-98, 3-141, 3-142, 3-144, 3-147, 3-148, 3-152, 3-153, 3-154, 3-159, 3-160, 3-161, 3-163, 3-166, 3-168, 3-172, 4-10, 4-11, 4-15, 4-16, 4-414, 4-416, 4-448, 5-3, 5-5, T-164, T-165, T-168, T-171, T-172, T-252, T-256, T-490

County, Mesa, 1-8, 3-6, 3-67, 3-77, 3-140, 3-142, 3-147, 3-148, 3-152, 3-153, 3-157, 3-158, 3-159, 3-160, 3-161, 3-163, 3-166, 4-12, 4-15, 4-16, 4-436, 4-469, 5-3, 5-5

County, Montrose, 1-8, 3-6, 3-9, 3-12, 3-14, 3-44, 3-58, 3-59, 3-65, 3-66, 3-67, 3-85, 3-100, 3-101, 3-102, 3-132, 3-142, 3-144, 3-145, 3-147, 3-148, 3-151, 3-153, 3-154, 3-157, 3-159, 3-160, 3-161, 3-163, 3-165, 3-166, 3-168, 4-7, 4-14, 4-15, 4-16, 4-132, 4-200, 4-242, 4-272, 4-448, 4-468, 4-469, 4-470, 5-3, 5-5

County, Ouray, 1-8, 3-6, 3-58, 3-65, 3-102, 3-112, 3-134, 3-135, 3-142, 3-143, 3-144, 3-147, 3-148, 3-150, 3-151, 3-153, 3-159, 3-160, 3-161, 3-163, 3-166, 3-168, 4-6, 4-13, 4-15, 4-17, 5-3, 5-5, T-191, T-192

County, San Miguel, ES-1, 1-1, 1-8, 2-162, 3-6, 3-57, 3-66, 3-70, 3-91, 3-93, 3-95, 3-143, 3-144, 3-145, 3-146, 3-147, 3-148, 3-151, 3-152, 3-154, 3-156, 3-157, 3-158, 3-159, 3-160, 3-161, 3-162, 3-163, 3-165, 3-166, 4-6, 4-9, 4-15, 4-17, 4-436, 4-238, 4-448, 5-3, 5-5

Deer, mule, 3-45, 3-46, 3-49, 3-50, 3-51, 3-106, 4-112, 4-115, 4-117, 4-118, 4-119, 4-123, 4-209, 4-229, T-80, T-82, T-193, T-250, T-258

Dolores River, 1-8, 1-9, 2-6, 2-11, 2-12, 2-13, 2-14, 2-41, 2-42, 2-44, 2-48, 2-80, 2-82, 2-84, 2-85, 2-87, 2-99, 2-102, 2-103, 2-104, 2-111, 2-112, 2-117, 2-118, 2-124, 2-125, 2-156, 2-157, 3-4, 3-13, 3-18, 3-20, 3-23, 3-27, 3-28, 3-43, 3-57, 3-58, 3-59, 3-60, 3-63, 3-64, 3-65, 3-66, 3-67, 3-77, 3-84, 3-85, 3-101, 3-104, 3-106, 3-107, 3-113, 3-123, 3-126, 3-129, 3-130, 3-131, 4-6, 4-14, 4-16, 4-42, 4-50, 4-72, 4-82, 4-98, 4-101, 4-107, 4-115, 4-116, 4-122, 4-132, 4-144, 4-166, 4-168, 4-169, 4-170, 4-177, 4-187, 4-188, 4-196, 4-200, 4-202, 4-212, 4-213, 4-214, 4-242, 4-251, 4-255, 4-262, 4-266, 4-269, 4-275, 4-276, 4-277, 4-278, 4-279, 4-282, 4-283, 4-284, 4-290, 4-291, 4-292, 4-295, 4-296, 4-301, 4-302, 4-303, 4-306, 4-316, 4-330, 4-343, 4-344, 4-345, 4-346, 4-347, 4-349, 4-352, 4-353, 4-354, 4-370, 4-371, 4-372, 4-373, 4-375, 4-376, 4-377, 4-380, 4-383, 4-384, 4-385, 4-386, 4-387, 4-388, 4-393, 4-395, 4-397, 4-399, 4-401, 4-402, T-26, T-27, T-52, T-64, T-65, T-67, T-85, T-132, T-146, T-147, T-154, T-157, T-163, T-164, T-167, T-174, T-191, T-192, T-225, T-234, T-235, T-244, T-245, T-247, T-248, T-254, T-264, T-266, T-270, T-275, T-277, T-281, T-282, T-283, T-285, T-288, T-289, T-294, T-296, T-377, T-379, T-382, T-394, T-395, T-396, T-409, T-412, T-429, T-430, T-431, T-435, T-448, T-449, T-472, T-474, T-477, T-479, T-480, T-481

Eagle, bald, 2-39, 2-40, 2-113, 3-48, 3-63, 3-66, 3-68, 3-134, 4-118, 4-133, T-117, T-118, T-119, T-120, T-123, T-124, T-245, T-246, T-247, T-251, T-254, T-255, T-256, T-259

Elk, 2-33, 2-107, 2-160, 3-4, 3-6, 3-10, 3-17, 3-19, 3-22, 3-34, 3-45, 3-46, 3-49, 3-50, 3-51, 3-69, 3-70, 3-98, 3-106, 3-124, 3-125, 3-127, 3-131, 3-133, 3-134, 3-136, 3-141, 3-157, 3-158, 3-162, 4-4, 4-8, 4-11, 4-14, 4-25, 4-27, 4-29, 4-38, 4-39, 4-112, 4-115, 4-117, 4-118, 4-119, 4-123, 4-188, 4-209, 4-224, 4-226, 4-229, 4-231, 4-234, 4-271, 4-405, 4-407, 4-409, 4-410, 4-412, 4-414, 4-416, 4-417, 4-444, 4-468, T-70, T-74, T-77, T-79, T-80, T-81, T-82, T-83, T-110, T-164, T-165, T-167, T-168, T-170, T-172, T-193, T-250, T-252, T-256, T-258, T-397, T-398, T-431, T-490

Endangered species, 2-91, 2-139, 3-31, 3-53, 4-126, 4-127, 4-211, T-62, T-63, T-90, T-94, T-95, T-101, T-106, T-107, T-109, T-111, T-112, T-402, T-403

Endangered Species Act (ESA), 3-18, 3-53, 3-62, 3-64, 3-66, 4-125, 4-126, 4-127, 4-148, 4-236, 4-325, 5-2, T-45, T-62, T-63, T-90, T-93, T-94, T-96, T-99, T-102, T-106, T-108, T-109, T-110, T-111, T-248, T-413

Environmental justice, 1-4, 3-164, 3-165, 3-168, 4-424, 4-468, 4-471, 4-472

Extensive recreation management area (ERMA), 2-11, 2-15, 2-84, 2-86, 2-87, 2-88, 2-124, 2-126, 2-129, 2-135, 2-144, 2-150, 2-159, 2-160, 3-103, 3-104, 4-53, 4-77, 4-93, 4-96, 4-100, 4-101, 4-103, 4-106, 4-111, 4-119,

BLM_0163714

4-120, 4-122, 4-132, 4-135, 4-140, 4-141,
4-143, 4-144, 4-145, 4-147, 4-148, 4-149,
4-166, 4-172, 4-176, 4-177, 4-178, 4-190,
4-191, 4-192, 4-197, 4-198, 4-204, 4-219,
4-220, 4-222, 4-229, 4-273, 4-274, 4-288,
4-289, 4-290, 4-291, 4-292, 4-293, 4-294,
4-295, 4-296, 4-298, 4-300, 4-301, 4-302,
4-305, 4-314, 4-317, 4-318, 4-320, 4-323,
4-324, 4-329, 4-331, 4-334, 4-336, 4-337,
4-338, 4-339, 4-340, 4-343, 4-344, 4-348,
4-350, 4-351, 4-352, 4-355, 4-357, 4-359,
4-360, 4-362, 4-363, 4-365, 4-366, 4-367,
4-369, 4-371, 4-373, 4-375, 4-377, 4-378,
4-379, 4-398, 4-411, 4-412, 4-413, 4-414,
4-415, 4-422, 4-432, 4-433, 4-434, 4-462,
4-463, 4-464, 4-465, 4-466, 4-467, T-166,
T-168, T-256, T-257, T-277, T-288, T-290,
T-291, T-293, T-294, T-296, T-300, T-302,
T-304, T-306, T-311, T-315, T-317, T-319,
T-322, T-324, T-329, T-332, T-334, T-336,
T-339, T-342, T-344, T-347, T-350, T-351,
T-354, T-358, T-361, T-363, T-367, T-370,
T-372, T-379, T-380, T-381, T-382, T-383,
T-384, T-385, T-386, T-387, T-388, T-389,
T-390, T-391, T-394, T-395
Federal Land Policy and Management Act
(FLPMA), ES-2, I-2, I-5, I-6, I-9, 2-2, 2-16,
2-17, 2-19, 2-47, 3-26, 3-86, 3-90, 3-102,
3-116, 3-117, 3-118, 3-122, 3-126, 3-128,
4-194, 4-314, 4-380, 4-381, 4-384, T-5, T-61,
T-69, T-145, T-424, T-472
Federal mineral estate, ES-2, I-1, I-2, I-5, 2-5,
2-49, 2-50, 2-64, 2-65, 2-68, 2-69, 2-70, 2-71,
2-72, 2-73, 2-74, 2-75, 2-76, 2-77, 2-78,
2-120, 2-123, 3-95, 3-96, 3-97, 3-157, 3-159,
4-3, 4-8, 4-45, 4-46, 4-47, 4-48, 4-49, 4-52,
4-55, 4-58, 4-59, 4-79, 4-82, 4-97, 4-101,
4-103, 4-105, 4-244, 4-245, 4-246, 4-247,
4-248, 4-249, 4-251, 4-252, 4-253, 4-254,
4-255, 4-256, 4-257, 4-259, 4-260, 4-261,
4-262, 4-263, 4-264, 4-265, 4-266, 4-267,
4-268, 4-269, 4-270, 4-273, 4-440, 4-455,
4-459, 4-460, 4-466, T-161, T-162, T-223,
T-222, T-224, T-233, T-236, T-241, T-242,
T-243, T-249, T-253, T-255, T-258, T-260,
T-263, T-265, T-269, T-271, T-272, T-273,
T-276
Fire management, 2-41, 2-132, 3-69, 3-70, 3-71,
3-73, 3-74, 3-83, 4-89, 4-91, 4-93, 4-105,
4-114, 4-129, 4-135, 4-150, 4-151, 4-152,

4-153, 4-154, 4-159, 4-164, 4-193, 4-218,
4-389, T-134
Fire, prescribed, 2-130, 2-131, 3-69, 3-70, 3-71,
3-72, 3-74, 4-12, 4-45, 4-60, 4-69, 4-93, 4-99,
4-102, 4-108, 4-114, 4-143, 4-151, 4-152,
4-154, 4-155, 4-156, 4-158, 4-164, 4-179,
4-181, 4-189, 4-190, 4-192, 4-379, 4-389,
4-418, 4-428, 4-429, 4-468, T-135, T-136,
T-215
Fire, suppression, 2-41, 2-57, 2-131, 3-5, 3-18,
3-26, 3-69, 3-71, 3-72, 3-73, 4-25, 4-41, 4-67,
4-89, 4-90, 4-93, 4-95, 4-99, 4-102, 4-108,
4-126, 4-150, 4-151, 4-152, 4-153, 4-155,
4-156, 4-157, 4-158, 4-159, 4-160, 4-179,
4-195, 4-380, 4-381, 4-389, 4-473, T-134,
T-137, T-201
Forest Service, ES-1, I-1, I-2, I-7, I-8, 2-117,
2-118, 3-26, 3-58, 3-62, 3-71, 3-72, 3-89,
3-91, 3-111, 3-113, 3-122, 3-128, 3-129,
3-131, 3-132, 3-163, 4-5, 4-6, 4-10, 4-14,
4-15, 4-17, 4-27, 4-29, 4-128, 4-215, 4-306,
4-389, 4-440, 4-441, 4-451, 5-3, 5-6, T-6, T-7,
T-77, T-102, T-105, T-134
Fuel load, 2-130, 2-131, 3-73, 4-91, 4-114,
4-150, 4-151, 4-153, 4-154, 4-157, 4-158,
4-160
Fugitive dust, 2-119, 3-171, 4-20, 4-26, 4-60,
4-84, 4-183, 4-443, 4-474
Geothermal, I-7, 2-68, 2-69, 2-75, 2-115, 2-145,
2-147, 2-163, 3-93, 3-95, 3-96, 3-116, 3-117,
3-146, 3-159, 4-10, 4-25, 4-44, 4-63, 4-68,
4-78, 4-165, 4-183, 4-237, 4-238, 4-242,
4-247, 4-249, 4-251, 4-253, 4-254, 4-256,
4-258, 4-260, 4-261, 4-262, 4-264, 4-266,
4-268, 4-270, 4-300, 4-313, 4-319, 4-320,
4-329, 4-429, 4-430, 4-444, 4-449, 4-454,
4-473, T-232, T-233, T-241, T-261
Grazing, allotment, 2-15, 2-18, 2-58, 2-59, 2-62,
2-63, 3-90, 3-91, 3-92, 3-120, 3-121, 3-125,
3-126, 3-127, 3-128, 4-3, 4-13, 4-48, 4-73,
4-138, 4-145, 4-149, 4-157, 4-158, 4-200,
4-216, 4-217, 4-218, 4-219, 4-220, 4-221,
4-225, 4-231, 4-232, 4-233, 4-234, 4-380,
4-383, 4-389, 4-431, 4-433, 4-434, 4-439,
4-445, 4-447, 4-453, T-76, T-197, T-204,
T-205, T-206, T-207, T-209, T-210, T-212,
T-213, T-214, T-216, T-218, T-219, T-475
Grazing, management, I-6, 2-18, 2-58, 2-60,
2-61, 2-63, 2-64, 2-120, 2-143, 3-5, 3-90,
3-91, 3-111, 3-119, 3-138, 4-41, 4-45, 4-48,

BLM_0163715

4-52, 4-54, 4-58, 4-76, 4-79, 4-82, 4-85, 4-91,
4-96, 4-151, 4-165, 4-217, 4-218, 4-219,
4-220, 4-221, 4-223, 4-224, 4-225, 4-226,
4-227, 4-228, 4-229, 4-230, 4-231, 4-232,
4-234, 4-235, 4-236, 4-450, 4-461, T-202,
T-205, T-207, T-209, T-210, T-212, T-213

Grazing, preference, 4-96, 4-100, 4-135, 4-140,
4-216

Gunnison River, 2-5, 2-14, 2-82, 2-116, 3-4, 3-8,
3-13, 3-18, 3-19, 3-20, 3-21, 3-22, 3-23, 3-24,
3-27, 3-47, 3-50, 3-56, 3-58, 3-60, 3-62, 3-63,
3-64, 3-65, 3-66, 3-91, 3-93, 3-102, 3-112,
3-127, 3-129, 3-130, 3-172, 4-6, 4-14, 4-16,
4-65, 4-98, 4-131, 4-137, 4-144, 4-148, 4-238,
4-242, 4-275, 4-392, 4-402, T-26, T-27,
T-102, T-237, T-241, T-244, T-245, T-250,
T-264, T-480, T-481,

Hawk, ferruginous, 2-39, 3-48, 3-63, 3-66,
3-120, T-117, T-118, T-120, T-246, T-259,
T-462

Land tenure adjustments, 2-153, 3-113, 3-114,
3-169, 4-166, 4-275, 4-312, 4-313, 4-314,
4-318, T-407

Leasing, geothermal, 2-68, 2-69, 2-145, 2-146,
3-96, 4-78, 4-249, 4-254, 4-261, 4-264, 4-313,
T-233, T-241

Leasing, oil and gas, 2-5, 2-20, 2-66, 2-69, 2-70,
2-71, 2-72, 2-73, 2-74, 2-147, 3-93, 3-121,
4-9, 4-10, 4-47, 4-48, 4-49, 4-72, 4-73, 4-74,
4-97, 4-112, 4-136, 4-175, 4-256, 4-257,
4-258, 4-271, 4-349, 4-448, 4-460, 4-461, T-7,
T-18, T-26, T-28, T-29, T-31, T-40, T-55,
T-169, T-228, T-230, T-236, T-239, T-242,
T-243, T-249, T-253, T-255, T-258, T-260,
T-443

Lynx, Canada, 2-39, 2-130, 3-59, 3-61, 4-129,
4-133, 4-138, 4-141, 4-144, T-106, T-110,
T-111, T-245, T-254, T-255

Minerals, entry, 2-10, 2-38, 2-53, 2-75, 2-76,
2-82, 2-102, 2-134, 2-157, 3-128, 4-14, 4-46,
4-70, 4-71, 4-92, 4-93, 4-96, 4-97, 4-114,
4-115, 4-131, 4-132, 4-133, 4-134, 4-135,
4-136, 4-138, 4-140, 4-143, 4-147, 4-173,
4-199, 4-201, 4-203, 4-204, 4-205, 4-207,
4-241, 4-242, 4-245, 4-246, 4-247, 4-272,
4-277, 4-281, 4-325, 4-328, 4-330, 4-331,
4-334, 4-337, 4-338, 4-339, 4-340, 4-341,
4-342, 4-343, 4-344, 4-348, 4-349, 4-351,
4-352, 4-353, 4-355, 4-357, 4-359, 4-363,
4-365, 4-367, 4-368, 4-369, 4-378, 4-379,

4-382, 4-383, 4-385, 4-391, 4-395, 4-396,
4-398, 4-400, 4-401, 4-406, 4-407, 4-409,
4-410, 4-411, 4-412, 4-414, 4-416, 4-421,
4-423, 4-424, 4-442, 4-459, T-129, T-176,
T-262, T-263, T-266, T-280, T-432, T-437,
T-439, T-441, T-443, T-446, T-451, T-454,
T-453, T-459, T-461, T-471, T-484, T-485

Minerals, fluid, 1-2, 1-6, 2-5, 2-75, 2-115, 2-121,
2-160, 2-161, 2-162, 2-165, 3-55, 4-9, 4-25,
4-44, 4-45, 4-47, 4-48, 4-50, 4-52, 4-55, 4-58,
4-63, 4-68, 4-69, 4-73, 4-76, 4-79, 4-82, 4-91,
4-93, 4-97, 4-100, 4-103, 4-112, 4-130, 4-131,
4-132, 4-136, 4-140, 4-143, 4-204, 4-205,
4-206, 4-223, 4-239, 4-277, 4-280, 4-281,
4-287, 4-294, 4-296, 4-304, 4-305, 4-319,
4-320, 4-328, 4-332, 4-337, 4-339, 4-345,
4-347, 4-350, 4-351, 4-352, 4-353, 4-360,
4-361, 4-365, 4-366, 4-383, 4-385, 4-387,
4-391, 4-398, 4-400, 4-401, 4-404, 4-405,
4-408, 4-410, 4-411, 4-412, 4-413, 4-414,
4-415, 4-416, 4-429, 4-431, 4-444, 4-463,
4-465, 5-6, T-232, T-261

Minerals, leasable, 2-10, 2-64, 2-68, 3-93, 3-95,
3-96, 3-99, 3-157, 4-43, 4-49, 4-52, 4-55,
4-58, 4-59, 4-68, 4-70, 4-74, 4-77, 4-79, 4-82,
4-92, 4-106, 4-121, 4-131, 4-147, 4-153,
4-165, 4-170, 4-192, 4-206, 4-210, 4-227,
4-231, 4-235, 4-236, 4-237, 4-238, 4-240,
4-241, 4-242, 4-243, 4-244, 4-245, 4-247,
4-250, 4-251, 4-254, 4-255, 4-256, 4-258,
4-261, 4-262, 4-265, 4-266, 4-268, 4-269,
4-270, 4-271, 4-275, 4-277, 4-300, 4-302,
4-387, 4-401, 4-415, 4-416, 4-424, 4-426,
4-433, 4-448, 4-454, 4-459, 4-460, 4-462,
4-464, 4-466, 4-467, T-262

Minerals, locatable, 2-10, 2-26, 2-75, 2-81,
2-148, 3-93, 3-99, 3-100, 3-101, 3-158, 4-59,
4-82, 4-106, 4-132, 4-143, 4-147, 4-165,
4-206, 4-210, 4-235, 4-236, 4-237, 4-241,
4-242, 4-245, 4-246, 4-251, 4-255, 4-256,
4-262, 4-266, 4-269, 4-272, 4-300, 4-325,
4-328, 4-330, 4-351, 4-387, 4-396, 4-401,
4-415, 4-416, 4-424, 4-459, 4-473, 5-7, T-32,
T-33, T-262, T-279, T-432

Minerals, materials, 1-2, 2-10, 2-26, 2-30, 2-38,
2-52, 2-53, 2-75, 2-76, 2-77, 2-104, 2-107,
2-109, 2-124, 2-128, 2-129, 2-149, 2-156,
2-158, 3-55, 3-93, 3-101, 3-102, 3-119, 3-120,
3-154, 4-49, 4-52, 4-55, 4-59, 4-70, 4-72,
4-74, 4-77, 4-79, 4-82, 4-96, 4-97, 4-98,

BLM_0163716

4-101, 4-104, 4-105, 4-106, 4-112, 4-134, 4-135, 4-136, 4-137, 4-141, 4-144, 4-147, 4-148, 4-165, 4-173, 4-179, 4-196, 4-206, 4-235, 4-236, 4-237, 4-242, 4-247, 4-251, 4-255, 4-256, 4-262, 4-266, 4-269, 4-272, 4-275, 4-277, 4-285, 4-286, 4-289, 4-300, 4-303, 4-306, 4-313, 4-328, 4-330, 4-331, 4-334, 4-335, 4-336, 4-337, 4-338, 4-343, 4-344, 4-348, 4-349, 4-352, 4-355, 4-357, 4-358, 4-359, 4-363, 4-365, 4-366, 4-367, 4-369, 4-370, 4-372, 4-378, 4-383, 4-385, 4-387, 4-401, 4-409, 4-411, 4-413, 4-415, 4-416, 4-424, 4-436, 4-438, 4-442, 4-459, 4-463, 4-465, 4-467, 4-473, 5-7, T-32, T-50, T-99, T-98, T-176, T-262, T-269, T-271, T-273, T-437, T-438, T-439, T-441, T-442, T-443, T-446, T-447, T-451, T-453, T-454, T-459, T-461, T-471, T-473, T-474, T-476, T-484, T-488, T-487, T-497

Minerals, saleable, 2-134, 3-159, 4-173

Mining Law of 1872, 2-75, 4-237, 4-241, 4-251, 4-255, 4-262, 4-266, 4-269, 4-270, 4-272, 4-437, T-265

Mining operations, 2-8, 2-64, 2-65, 2-66, 2-68, 2-144, 2-145, 3-100, 3-113, 3-131, 4-23, 4-28, 4-31, 4-32, 4-38, 4-39, 4-219, 4-245, 4-250, 4-254, 4-261, 4-265, 4-269, 4-271, 4-272, 4-439, T-141, T-224, T-227, T-230, T-232, T-479, T-480, T-481

Mountain biking, 3-102, 3-103, 3-104, 3-108, 3-109, 3-111, 3-112, 3-113, 3-121, 3-146, 3-170, 4-13, 4-273, 4-291, 4-292, 4-293, 4-306, 4-307, 4-442, T-291, T-293, T-304, T-306, T-307, T-312, T-315, T-319, T-322, T-334, T-342, T-354, T-367, T-370, T-375, T-381, T-383, T-384, T-385, T-386, T-388, T-389, T-401

National Ambient Air Quality Standards, 3-73, 4-17, 4-427, T-7

National Environmental Policy Act of 1969 (NEPA), ES-2, 1-2, 1-3, 2-1, 2-2, 3-2, 3-22, 3-78, 3-135, 4-2, 4-17, 4-21, 4-24, 4-26, 4-41, 4-44, 4-68, 4-114, 4-126, 4-149, 4-175, 4-240, 4-246, 4-315, 4-382, 4-390, 4-425, 4-436, 4-437, 4-467, 4-471, 4-472, 4-473, 4-474, 5-1, 5-7, T-182, T-402

National Fire Plan, 3-89, 3-90

National Park Service (NPS), ES-1, 1-1, 1-2, 1-8, 2-135, 3-82, 3-103, 3-122, 3-132, 4-5, 4-181,

4-183, 4-185, 4-186, 4-405, 4-406, 4-417, 5-3, 5-6, T-134, T-486

National Register of Historic Places (NRHP), 2-42, 2-43, 2-44, 2-47, 4-160, 4-161, 4-163, 4-168, 4-169, 4-170, 4-368, T-140, T-141, T-142, T-143, T-147, T-151, T-154, T-156, T-247, T-402, T-411, T-412, T-426

National Wild and Scenic Rivers System (NWSRS), 1-9, 2-105, 2-124, 2-125, 2-133, 2-156, 2-157, 2-158, 3-129, 4-46, 4-50, 4-53, 4-56, 4-71, 4-75, 4-77, 4-80, 4-94, 4-98, 4-101, 4-104, 4-133, 4-137, 4-141, 4-144, 4-174, 4-176, 4-177, 4-178, 4-183, 4-187, 4-189, 4-190, 4-191, 4-201, 4-212, 4-213, 4-215, 4-221, 4-225, 4-228, 4-230, 4-232, 4-236, 4-295, 4-329, 4-339, 4-341, 4-342, 4-344, 4-345, 4-346, 4-347, 4-349, 4-352, 4-354, 4-358, 4-367, 4-382, 4-384, 4-386, 4-387, 4-390, 4-391, 4-392, 4-394, 4-396, 4-397, 4-398, 4-399, 4-400, 4-401, 4-402, 4-412, 4-462, 4-463, 4-464, 4-466, T-478, T-479, T-480, T-483

Navajo Nation, 3-168, 5-2, 5-4, 5-5

Northern Ute Indian Tribe, 2-109, 3-136, 5-4, T-495

Off-highway vehicle (OHV), 2-16, 2-18, 2-89, 2-91, 2-119, 2-120, 2-121, 2-129, 2-132, 2-133, 2-150, 3-8, 3-12, 3-22, 3-37, 3-41, 3-55, 3-59, 3-85, 3-102, 3-103, 3-105, 3-106, 3-108, 3-109, 3-110, 3-111, 3-113, 3-119, 3-120, 3-121, 3-146, 4-15, 4-46, 4-50, 4-53, 4-56, 4-62, 4-71, 4-75, 4-77, 4-80, 4-94, 4-127, 4-130, 4-131, 4-137, 4-141, 4-154, 4-156, 4-157, 4-167, 4-175, 4-219, 4-278, 4-279, 4-281, 4-289, 4-292, 4-293, 4-294, 4-301, 4-307, 4-309, 4-310, 4-334, 4-385, 4-441, 4-442, 4-458, 4-462, T-168, T-291, T-304, T-315, T-322, T-325, T-334, T-373, T-375, T-383, T-384, T-385, T-386, T-389, T-394, T-396, T-402, T-438, T-440, T-448

Old growth, 3-62, 4-209

Old Spanish National Historic Trail, 2-106, 2-158, 2-159, 3-131, 3-132, 3-134, 3-142, 4-403, 4-404, 4-405, 4-406, 4-408, 4-409, 4-410, 4-411, 4-413, 4-415, 4-417, T-142, T-143, T-165, T-167, T-221, T-222, T-245, T-248, T-249, T-255, T-257, T-412, T-413, T-486, T-487, T-488

Ozone (O$_3$), 2-119, 3-2, 3-3, 3-4, 4-19, 4-20, 4-21, 4-22, 4-26, 4-34, 4-36, 4-39, 4-428

Particulate matter (PM₂.₅, PM₁₀), 3-2, 4-17, 4-19, 4-20, 4-21, 4-22, 4-26, 4-34, 4-35, 4-36, 4-37, 4-38

Payments in lieu of taxes (PILT), 3-140, 3-163, 4-446

Phosphate, 2-26, 3-93, 3-99, 4-449, T-32, T-33

Planning issue, ES-2, 1-4, 1-5, 2-2, 2-3, 3-145, 4-3, 5-2

Plants, invasive, 3-135, 4-113, 4-116, 4-127

Proper functioning condition, 2-31, 2-111, 3-37, 3-43, 3-44, 4-217, T-49, T-50

Proposed species, 3-56, T-96, T-100, T-244

Public access, 2-45, 2-97, 3-108, 3-112, 3-138, 3-170, 4-152, 4-275, 4-308, 4-312, 4-403, 4-417, 4-418, 4-419, 4-428, T-130, T-155, T-417, T-427, T-432, T-488

Raptor, 2-39, 2-40, 2-113, 2-130, 3-45, 3-46, 3-47, 3-51, 4-109, 4-112, 4-116, 4-118, 4-119, 4-121, 4-123, 4-129, 4-138, 4-141, 4-145, 4-149, T-69, T-86, T-105, T-117, T-118, T-120, T-121, T-122, T-123, T-124, T-125, T-244, T-245, T-246, T-247, T-254, T-256, T-259, T-402

Reasonably Foreseeable Development Scenario (RFD), 4-2, 4-45, 4-52, 4-55, 4-58, 4-67, 4-69, 4-76, 4-79, 4-82, 4-93, 4-100, 4-103, 4-106, 4-115, 4-118, 4-120, 4-121, 4-132, 4-139, 4-142, 4-147, 4-167, 4-168, 4-169, 4-170, 4-174, 4-176, 4-177, 4-178, 4-200, 4-203, 4-205, 4-207, 4-247, 4-259, 4-263, 4-267, 4-437, 4-440, 4-455, 4-470

Record of Decision (ROD), 1-3, 1-7, 1-8, 2-96, 3-38, 3-109, 3-117, 3-123, 3-129, 4-10, 4-11, 4-27, 4-39, 4-394, 4-469, T-145, T-419

Renewable energy, 1-4, 1-5, 1-6, 2-5, 2-41, 2-93, 2-94, 2-96, 2-115, 2-153, 2-154, 3-96, 3-100, 3-113, 3-116, 3-117, 3-118, 3-138, 3-145, 3-159, 4-10, 4-13, 4-14, 4-68, 4-166, 4-196, 4-242, 4-275, 4-312, 4-313, 4-318, 4-319, 4-320, 4-321, 4-322, 4-323, 4-324, 4-329, 4-426, 4-449, 4-470, T-134, T-135, T-407, T-408, T-410, T-411, T-419

Research Natural Area (RNA), 2-99, 3-119, 4-133, T-100, T-435, T-439

Rights-of-way (ROW), 1-6, 2-4, 2-5, 2-12, 2-22, 2-24, 2-25, 2-26, 2-29, 2-30, 2-34, 2-35, 2-38, 2-39, 2-43, 2-47, 2-52, 2-56, 2-57, 2-93, 2-94, 2-95, 2-96, 2-97, 2-98, 2-101, 2-104, 2-106, 2-111, 2-115, 2-122, 2-123, 2-124, 2-126, 2-127, 2-128, 2-133, 2-134, 2-138, 2-151,

2-152, 2-153, 2-154, 2-160, 2-161, 3-12, 3-22, 3-111, 3-113, 3-115, 3-116, 3-117, 3-118, 3-119, 3-121, 3-132, 3-138, 3-141, 3-146, 3-154, 3-170, 4-3, 4-14, 4-15, 4-46, 4-47, 4-48, 4-50, 4-51, 4-53, 4-54, 4-57, 4-58, 4-60, 4-62, 4-71, 4-72, 4-73, 4-75, 4-76, 4-77, 4-78, 4-80, 4-81, 4-83, 4-89, 4-91, 4-92, 4-93, 4-94, 4-95, 4-96, 4-97, 4-99, 4-100, 4-101, 4-102, 4-103, 4-104, 4-105, 4-107, 4-108, 4-111, 4-112, 4-114, 4-115, 4-116, 4-117, 4-118, 4-120, 4-122, 4-125, 4-129, 4-130, 4-132, 4-134, 4-135, 4-136, 4-137, 4-139, 4-140, 4-142, 4-143, 4-144, 4-145, 4-146, 4-147, 4-148, 4-149, 4-153, 4-154, 4-155, 4-157, 4-158, 4-159, 4-166, 4-168, 4-169, 4-170, 4-173, 4-179, 4-183, 4-188, 4-190, 4-194, 4-198, 4-201, 4-204, 4-205, 4-207, 4-209, 4-220, 4-222, 4-224, 4-227, 4-229, 4-232, 4-235, 4-239, 4-275, 4-278, 4-281, 4-282, 4-285, 4-286, 4-290, 4-294, 4-296, 4-297, 4-298, 4-301, 4-304, 4-308, 4-312, 4-313, 4-314, 4-315, 4-316, 4-317, 4-318, 4-319, 4-320, 4-321, 4-323, 4-329, 4-330, 4-331, 4-332, 4-333, 4-334, 4-335, 4-336, 4-337, 4-338, 4-339, 4-340, 4-341, 4-342, 4-343, 4-344, 4-346, 4-347, 4-348, 4-349, 4-350, 4-351, 4-352, 4-353, 4-354, 4-355, 4-357, 4-358, 4-359, 4-360, 4-361, 4-363, 4-365, 4-366, 4-367, 4-369, 4-371, 4-373, 4-374, 4-377, 4-378, 4-379, 4-383, 4-384, 4-385, 4-386, 4-387, 4-390, 4-391, 4-395, 4-396, 4-398, 4-399, 4-401, 4-404, 4-406, 4-407, 4-408, 4-410, 4-411, 4-412, 4-413, 4-414, 4-415, 4-416, 4-417, 4-437, 4-445, 4-463, 4-468, 4-473, 4-474, T-15, T-17, T-20, T-22, T-27, T-28, T-30, T-46, T-50, T-70, T-71, T-94, T-98, T-117, T-148, T-151, T-175, T-199, T-407, T-408, T-409, T-410, T-411, T-413, T-414, T-419, T-421, T-422, T-432, T-436, T-438, T-440, T-441, T-442, T-446, T-451, T-453, T-455, T-458, T-461, T-463, T-470, T-473, T-476, T-477, T-482, T-483, T-487

Sage-grouse, Gunnison, 1-8, 1-9, 2-38, 2-113, 2-129, 2-130, 3-45, 3-48, 3-52, 3-59, 3-62, 4-13, 4-126, 4-128, 4-129, 4-133, 4-138, 4-141, 4-144, 4-148, 4-149, 4-176, 4-362, 4-363, 4-364, 4-365, 4-366, 4-370, 4-371, 4-372, 4-373, 4-374, 4-375, 4-376, 4-474, 5-2, T-113, T-114, T-115, T-116, T-117, T-235,

BLM_0163718

T-239, T-244, T-245, T-251, T-255, T-256,
T-259, T-408, T-409, T-412, T-464, T-465,
T-466
Selenium, 2-17, 2-18, 2-22, 2-23, 2-24, 2-114,
2-119, 2-120, 2-121, 2-143, 3-6, 3-7, 3-8,
3-12, 3-17, 3-18, 3-19, 3-20, 3-21, 3-22, 3-23,
3-24, 3-60, 4-16, 4-41, 4-43, 4-44, 4-47, 4-48,
4-49, 4-50, 4-51, 4-53, 4-54, 4-57, 4-69, 4-72,
4-73, 4-75, 4-76, 4-77, 4-78, 4-80, 4-94, 4-95,
4-99, 4-101, 4-104, 4-131, 4-226, 4-231,
4-234, T-16, T-17, T-18, T-207, T-238, T-241,
T-243, T-252, T-253, T-408, T-411, T-431
Sensitive species, 2-37, 3-31, 3-35, 3-53, 3-54,
3-56, 3-57, 3-61, 3-62, 3-67, 3-120, 4-124,
4-127, 4-132, 4-133, 4-142, 4-232, 4-345,
T-47, T-48, T-89, T-90, T-92, T-93, T-98,
T-94, T-126, T-129, T-128, T-415, T-437,
T-442, T-443, T-445, T-446, T-448, T-449,
T-453, T-460, T-461, T-465, T-466, T-469,
T-494
Snowmobile, 3-105, 3-109, 3-138, 4-67
Socioeconomics, 1-4, 3-1, 3-135, 3-140, 3-141,
3-143, 3-144, 3-145, 3-146, 3-148, 3-151,
3-155, 3-157, 3-158, 3-161, 4-4, 4-25, 4-236,
4-237, 4-424, 4-435, 4-436, 4-437, 4-438,
4-439, 4-440, 4-445, 4-447, 4-448, 4-450,
4-454, 4-456, 4-458, 4-460, 4-461, 4-463,
4-465, 4-467, 4-468, 4-471, 4-472, 5-7, 5-8
Soils, erodible, 4-71, 4-331, 4-332, 4-333, T-437
Soils, fragile, 2-120, 2-139, 3-7, 3-8, 4-40, 4-41,
4-43, 4-46, 4-47, 4-50, 4-51, 4-53, 4-56, 4-57,
4-62, 4-71, 4-211, 4-217, 4-222, 4-226, T-428,
T-430, T-431
Solid leasable minerals, 2-129, 3-93, 4-148,
4-196, 4-236, 4-237, 4-285, 4-286, 4-303,
4-436, 4-454, T-273
Southern Ute Indian Tribe, 2-109, 3-136, 3-168,
5-2, 5-4, 5-5, T-495
Special recreation management area (SRMA),
2-11, 2-15, 2-79, 2-80, 2-84, 2-85, 2-86, 2-88,
2-90, 2-102, 2-103, 2-124, 2-125, 2-126,
2-129, 2-132, 2-134, 2-135, 2-139, 2-142,
2-143, 2-144, 2-150, 2-151, 2-155, 2-156,
2-159, 2-160, 3-93, 3-103, 3-104, 3-106,
3-108, 3-111, 3-115, 3-119, 3-121, 4-50, 4-56,
4-59, 4-74, 4-75, 4-80, 4-82, 4-83, 4-88, 4-93,
4-94, 4-96, 4-98, 4-100, 4-101, 4-103, 4-104,
4-106, 4-107, 4-111, 4-117, 4-120, 4-122,
4-132, 4-135, 4-137, 4-138, 4-140, 4-143,
4-145, 4-147, 4-148, 4-149, 4-154, 4-155,

4-156, 4-157, 4-158, 4-166, 4-172, 4-174,
4-175, 4-176, 4-177, 4-178, 4-183, 4-187,
4-188, 4-190, 4-191, 4-192, 4-197, 4-198,
4-202, 4-204, 4-205, 4-207, 4-210, 4-211,
4-212, 4-213, 4-214, 4-219, 4-220, 4-222,
4-224, 4-227, 4-229, 4-231, 4-235, 4-273,
4-274, 4-276, 4-278, 4-279, 4-281, 4-282,
4-283, 4-284, 4-285, 4-286, 4-287, 4-288,
4-289, 4-293, 4-294, 4-295, 4-296, 4-297,
4-298, 4-300, 4-301, 4-302, 4-303, 4-304,
4-305, 4-306, 4-311, 4-314, 4-316, 4-317,
4-318, 4-320, 4-321, 4-322, 4-323, 4-324,
4-329, 4-331, 4-334, 4-337, 4-338, 4-341,
4-342, 4-343, 4-344, 4-348, 4-352, 4-355,
4-357, 4-359, 4-361, 4-363, 4-365, 4-367,
4-369, 4-371, 4-373, 4-375, 4-377, 4-379,
4-382, 4-384, 4-385, 4-387, 4-396, 4-397,
4-407, 4-408, 4-410, 4-412, 4-413, 4-414,
4-415, 4-416, 4-420, 4-421, 4-422, 4-423,
4-429, 4-430, 4-432, 4-433, 4-434, 4-450,
4-454, 4-458, 4-462, 4-463, 4-464, 4-465,
4-466, 4-467, T-163, T-164, T-166, T-168,
T-191, T-192, T-215, T-225, T-226, T-235,
T-245, T-247, T-256, T-264, T-270, T-275,
T-274, T-277, T-278, T-281, T-282, T-283,
T-285, T-288, T-289, T-290, T-294, T-300,
T-311, T-317, T-324, T-329, T-339, T-344,
T-354, T-367, T-374, T-376, T-377, T-378,
T-379, T-381, T-382, T-383, T-384, T-385,
T-386, T-387, T-388, T-389, T-390, T-391,
T-394, T-395, T-397, T-398, T-400, T-408,
T-409, T-411, T-412, T-422, T-428, T-429,
T-430, T-477
Split-estate, 2-70, 2-71, T-238, T-239
Stipulation, Controlled surface use (CSU), 2-5,
2-9, 2-22, 2-23, 2-27, 2-29, 2-36, 2-39, 2-40,
2-47, 2-48, 2-50, 2-51, 2-53, 2-66, 2-72, 2-73,
2-74, 2-86, 2-87, 2-101, 2-105, 2-107, 2-122,
2-123, 2-126, 2-127, 2-128, 2-134, 2-135,
2-136, 2-137, 2-138, 2-145, 2-146, 2-147,
2-148, 2-158, 2-159, 2-160, 2-161, 2-162,
2-163, 4-3, 4-40, 4-46, 4-49, 4-51, 4-52, 4-55,
4-58, 4-62, 4-70, 4-74, 4-76, 4-77, 4-78, 4-79,
4-80, 4-81, 4-82, 4-91, 4-92, 4-93, 4-94, 4-95,
4-96, 4-97, 4-99, 4-100, 4-101, 4-102, 4-103,
4-104, 4-105, 4-106, 4-113, 4-115, 4-117,
4-118, 4-119, 4-120, 4-121, 4-122, 4-130,
4-132, 4-134, 4-135, 4-136, 4-137, 4-138,
4-139, 4-140, 4-141, 4-142, 4-143, 4-144,
4-146, 4-147, 4-148, 4-168, 4-169, 4-170,

BLM_0163719

4-174, 4-176, 4-177, 4-178, 4-187, 4-188,
4-189, 4-191, 4-192, 4-198, 4-200, 4-203,
4-206, 4-226, 4-239, 4-243, 4-244, 4-247,
4-248, 4-249, 4-252, 4-253, 4-254, 4-256,
4-257, 4-258, 4-259, 4-260, 4-261, 4-263,
4-264, 4-265, 4-266, 4-267, 4-268, 4-270,
4-274, 4-275, 4-277, 4-279, 4-280, 4-281,
4-288, 4-289, 4-294, 4-297, 4-298, 4-299,
4-300, 4-303, 4-304, 4-328, 4-332, 4-333,
4-335, 4-336, 4-339, 4-340, 4-341, 4-342,
4-345, 4-347, 4-348, 4-349, 4-350, 4-351,
4-353, 4-356, 4-358, 4-360, 4-361, 4-364,
4-365, 4-368, 4-378, 4-379, 4-396, 4-398,
4-400, 4-401, 4-404, 4-405, 4-406, 4-407,
4-408, 4-409, 4-410, 4-412, 4-413, 4-414,
4-415, 4-416, 4-420, 4-421, 4-422, 4-424,
4-432, 4-433, 4-434, 4-462, 4-466, T-1, T-2,
T-15, T-18, T-20, T-22, T-25, T-28, T-29,
T-33, T-39, T-46, T-54, T-55, T-72, T-73,
T-85, T-99, T-103, T-104, T-106, T-108,
T-110, T-116, T-120, T-121, T-122, T-123,
T-124, T-125, T-126, T-128, T-130, T-131,
T-132, T-142, T-147, T-148, T-149, T-152,
T-158, T-169, T-171, T-179, T-227, T-253,
T-255, T-260, T-378, T-390, T-438, T-440,
T-445, T-483, T-484, T-488, T-489, T-491
Stipulation, No ground disturbance (NGD),
2-10, 2-23, 2-27, 2-29, 2-39, 2-40, 2-47, 2-50,
2-53, 2-86, 2-101, 2-104, 2-105, 2-110, 2-120,
2-121, 2-122, 2-123, 2-127, 2-128, 2-134,
2-138, 2-159, 2-161, 2-162, 4-3, 4-47, 4-48,
4-50, 4-52, 4-55, 4-57, 4-62, 4-74, 4-77, 4-79,
4-81, 4-91, 4-94, 4-95, 4-96, 4-97, 4-99,
4-102, 4-113, 4-123, 4-134, 4-135, 4-136,
4-137, 4-138, 4-139, 4-142, 4-159, 4-166,
4-168, 4-173, 4-174, 4-176, 4-199, 4-212,
4-222, 4-224, 4-274, 4-277, 4-279, 4-299,
4-311, 4-328, 4-329, 4-333, 4-334, 4-336,
4-339, 4-348, 4-349, 4-353, 4-355, 4-358,
4-360, 4-382, 4-385, 4-387, 4-404, 4-405,
4-408, 4-410, 4-415, 4-431, 4-459, T-1, T-18,
T-22, T-26, T-28, T-35, T-37, T-46, T-55,
T-99, T-102, T-106, T-108, T-115, T-116,
T-120, T-123, T-125, T-126, T-130, T-132,
T-138, T-142, T-147, T-148, T-169, T-177,
T-193, T-339, T-441, T-451, T-452, T-455,
T-457, T-458, T-461, T-463, T-465, T-467,
T-468, T-469, T-473, T-476, T-483, T-497
Stipulation, No surface occupancy (NSO), 2-5,
2-9, 2-23, 2-27, 2-29, 2-36, 2-39, 2-40, 2-47,

2-50, 2-51, 2-53, 2-66, 2-71, 2-72, 2-74, 2-75,
2-86, 2-101, 2-104, 2-105, 2-107, 2-110,
2-120, 2-121, 2-122, 2-123, 2-124, 2-126,
2-127, 2-128, 2-130, 2-133, 2-134, 2-135,
2-138, 2-145, 2-146, 2-147, 2-148, 2-158,
2-159, 2-160, 2-161, 2-162, 2-163, 3-55,
3-119, 3-120, 3-122, 4-3, 4-40, 4-45, 4-46,
4-47, 4-48, 4-49, 4-50, 4-52, 4-55, 4-58, 4-62,
4-63, 4-70, 4-72, 4-74, 4-75, 4-76, 4-77, 4-79,
4-81, 4-82, 4-91, 4-92, 4-93, 4-94, 4-95, 4-96,
4-97, 4-98, 4-99, 4-100, 4-101, 4-102, 4-103,
4-105, 4-106, 4-107, 4-113, 4-115, 4-116,
4-118, 4-121, 4-130, 4-131, 4-132, 4-133,
4-134, 4-135, 4-136, 4-137, 4-138, 4-139,
4-140, 4-141, 4-142, 4-143, 4-144, 4-145,
4-146, 4-147, 4-148, 4-155, 4-166, 4-168,
4-169, 4-170, 4-174, 4-176, 4-177, 4-178,
4-188, 4-198, 4-200, 4-203, 4-205, 4-206,
4-239, 4-243, 4-244, 4-247, 4-248, 4-249,
4-252, 4-253, 4-254, 4-256, 4-257, 4-258,
4-259, 4-260, 4-261, 4-263, 4-264, 4-266,
4-267, 4-268, 4-270, 4-274, 4-275, 4-276,
4-277, 4-279, 4-280, 4-281, 4-282, 4-283,
4-285, 4-289, 4-290, 4-291, 4-293, 4-294,
4-295, 4-296, 4-297, 4-298, 4-300, 4-302,
4-303, 4-304, 4-305, 4-328, 4-332, 4-334,
4-336, 4-338, 4-339, 4-341, 4-342, 4-348,
4-349, 4-350, 4-351, 4-353, 4-355, 4-357,
4-358, 4-359, 4-364, 4-365, 4-366, 4-368,
4-378, 4-379, 4-385, 4-386, 4-387, 4-396,
4-398, 4-400, 4-401, 4-404, 4-405, 4-406,
4-407, 4-408, 4-409, 4-410, 4-413, 4-415,
4-420, 4-421, 4-422, 4-424, 4-431, 4-432,
4-433, 4-434, 4-459, 4-460, 4-462, 4-466, T-1,
T-2, T-18, T-19, T-22, T-25, T-26, T-27, T-28,
T-32, T-33, T-39, T-40, T-41, T-46, T-54,
T-55, T-72, T-82, T-99, T-100, T-102, T-103,
T-104, T-106, T-108, T-114, T-115, T-116,
T-120, T-121, T-123, T-125, T-126, T-130,
T-132, T-142, T-147, T-148, T-153, T-154,
T-155, T-169, T-170, T-177, T-226, T-243,
T-248, T-260, T-261, T-377, T-378, T-438,
T-439, T-440, T-441, T-442, T-443, T-446,
T-448, T-449, T-451, T-452, T-453, T-455,
T-457, T-458, T-459, T-461, T-463, T-465,
T-467, T-468, T-469, T-476, T-483, T-488,
T-489, T-491, T-497
Stipulation, Site-specific relocation (SSR), 2-10,
2-22, 2-23, 2-27, 2-29, 2-36, 2-39, 2-40, 2-47,
2-50, 2-53, 2-101, 2-104, 2-105, 2-120, 2-121,

BLM_0163720

2-123, 2-126, 2-127, 2-134, 2-138, 2-149,
2-159, 2-161, 4-3, 4-48, 4-49, 4-50, 4-51,
4-52, 4-55, 4-56, 4-57, 4-59, 4-62, 4-74, 4-76,
4-77, 4-79, 4-80, 4-81, 4-83, 4-91, 4-94, 4-95,
4-96, 4-97, 4-99, 4-101, 4-102, 4-103, 4-104,
4-105, 4-113, 4-114, 4-117, 4-118, 4-120,
4-121, 4-122, 4-134, 4-135, 4-136, 4-137,
4-138, 4-139, 4-141, 4-142, 4-144, 4-145,
4-146, 4-147, 4-148, 4-168, 4-169, 4-170,
4-173, 4-174, 4-176, 4-199, 4-203, 4-205,
4-207, 4-211, 4-212, 4-213, 4-214, 4-222,
4-224, 4-226, 4-229, 4-230, 4-245, 4-255,
4-261, 4-262, 4-265, 4-266, 4-269, 4-270,
4-271, 4-277, 4-279, 4-288, 4-293, 4-299,
4-328, 4-332, 4-333, 4-335, 4-336, 4-340,
4-341, 4-342, 4-345, 4-348, 4-349, 4-350,
4-351, 4-353, 4-356, 4-358, 4-360, 4-361,
4-364, 4-365, 4-368, 4-378, 4-379, 4-386,
4-391, 4-392, 4-399, 4-401, 4-404, 4-405,
4-408, 4-410, 4-415, 4-420, 4-421, 4-422,
4-459, T-1, T-15, T-18, T-20, T-22, T-25,
T-28, T-46, T-54, T-72, T-73, T-85, T-99,
T-102, T-103, T-104, T-106, T-108, T-110,
T-114, T-115, T-116, T-120, T-121, T-122,
T-123, T-124, T-125, T-126, T-128, T-130,
T-131, T-132, T-142, T-147, T-148, T-149,
T-152, T-169, T-177, T-438, T-440, T-441,
T-442, T-443, T-446, T-451, T-453, T-459,
T-461, T-470, T-471, T-476, T-483, T-484
Stipulation, Timing limitation (TL), 2-5, 2-9,
2-10, 2-15, 2-23, 2-36, 2-39, 2-40, 2-56, 2-73,
2-74, 2-77, 2-101, 2-127, 2-130, 2-138, 2-139,
2-140, 2-141, 2-142, 2-143, 2-144, 2-145,
2-146, 2-147, 2-148, 2-149, 3-121, 4-3, 4-46,
4-48, 4-49, 4-50, 4-52, 4-55, 4-57, 4-59, 4-91,
4-92, 4-94, 4-99, 4-101, 4-104, 4-113, 4-115,
4-116, 4-117, 4-118, 4-119, 4-120, 4-121,
4-122, 4-123, 4-132, 4-133, 4-138, 4-142,
4-151, 4-154, 4-198, 4-200, 4-203, 4-210,
4-211, 4-212, 4-213, 4-214, 4-223, 4-224,
4-226, 4-229, 4-231, 4-234, 4-239, 4-244,
4-245, 4-247, 4-248, 4-249, 4-250, 4-252,
4-253, 4-254, 4-255, 4-256, 4-257, 4-258,
4-259, 4-260, 4-261, 4-262, 4-263, 4-264,
4-265, 4-266, 4-267, 4-268, 4-269, 4-270,
4-271, 4-274, 4-276, 4-277, 4-279, 4-299,
4-313, 4-328, 4-332, 4-333, 4-335, 4-340,
4-341, 4-342, 4-345, 4-348, 4-349, 4-352,
4-354, 4-356, 4-358, 4-360, 4-361, 4-364,
4-365, 4-366, 4-378, 4-379, 4-396, 4-404,

4-405, 4-420, 4-421, 4-422, 4-424, 4-459, T-1,
T-2, T-18, T-23, T-67, T-80, T-81, T-82, T-86,
T-87, T-108, T-113, T-114, T-118, T-119,
T-120, T-123, T-124, T-125, T-127, T-128,
T-132, T-193, T-257, T-260, T-273, T-453
Surface water, 2-25, 2-28, 2-121, 2-163, 3-13,
3-17, 3-18, 3-22, 3-24, 3-26, 3-28, 3-29, 3-30,
3-66, 4-61, 4-62, 4-63, 4-65, 4-66, 4-67, 4-68,
4-69, 4-70, 4-71, 4-72, 4-76, 4-78, 4-112,
4-113, 4-165, 4-328, 4-428, 4-430, 4-434,
T-30, T-31, T-32, T-34, T-36, T-39, T-225,
T-234, T-237, T-238, T-240, T-243, T-249,
T-254, T-263, T-266, T-269, T-274, T-275,
T-408, T-411
Tabeguache Area, 2-13, 2-17, 2-79, 2-80, 2-101,
2-112, 2-134, 2-139, 2-149, 2-155, 2-156,
3-84, 3-86, 3-107, 3-117, 3-122, 3-123, 3-128,
4-94, 4-97, 4-100, 4-103, 4-107, 4-114, 4-132,
4-135, 4-139, 4-142, 4-173, 4-194, 4-201,
4-204, 4-209, 4-210, 4-212, 4-214, 4-222,
4-230, 4-232, 4-235, 4-244, 4-249, 4-251,
4-276, 4-281, 4-282, 4-290, 4-295, 4-315,
4-321, 4-326, 4-330, 4-342, 4-343, 4-366,
4-367, 4-368, 4-380, 4-388, 4-389, 4-390,
4-391, 4-392, 4-395, 4-430, T-163, T-164,
T-168, T-191, T-192, T-192, T-221, T-233,
T-262, T-269, T-270, T-271, T-273, T-283,
T-286, T-395, T-396, T-408, T-409, T-410,
T-428, T-467, T-470, T-471, T-482
Tabeguache Trail, 2-158, 3-107, 3-111, 3-132,
4-403, 4-406, 4-408, 4-409, 4-411, 4-413,
4-415, 4-417, T-142, T-143
Threatened and endangered species, 2-37, 2-38,
3-103, 3-117, 3-120, 4-216, 4-219, T-89,
T-93, T-98, T-100, T-101, T-105, T-107,
T-109, T-111, T-112, T-192, T-206, T-409,
T-411, T-412, T-437, T-438, T-440
Threatened species, 3-53, 3-120
Timber harvest, 2-4, 2-54, 2-55, 2-140, 3-87,
4-15, 4-159, 4-211, 4-213, 4-214, 4-394,
T-190
Travel management, 1-4, 1-5, 2-33, 2-88, 2-89,
2-91, 2-92, 2-110, 2-126, 2-131, 2-132, 2-133,
2-163, 3-72, 3-86, 3-108, 3-109, 3-110, 3-111,
3-112, 3-170, 4-6, 4-14, 4-36, 4-37, 4-50,
4-53, 4-56, 4-59, 4-75, 4-80, 4-82, 4-83,
4-107, 4-122, 4-137, 4-138, 4-147, 4-152,
4-154, 4-155, 4-156, 4-158, 4-159, 4-166,
4-174, 4-178, 4-191, 4-193, 4-208, 4-210,
4-223, 4-224, 4-227, 4-229, 4-231, 4-234,

4-237, 4-242, 4-289, 4-291, 4-294, 4-299, 4-301, 4-302, 4-303, 4-307, 4-308, 4-309, 4-310, 4-311, 4-314, 4-316, 4-318, 4-321, 4-325, 4-383, 4-384, 4-385, 4-386, 4-387, 4-404, 4-406, 4-419, 4-433, 4-434, 4-450, 4-462, 4-464, 4-466, 5-6, 5-7, 5-8, T-16, T-17, T-54, T-62, T-83, T-392, T-396, T-397, T-398, T-401, T-402, T-404, T-405, T-499

Travel, mechanized, 2-12, 2-33, 2-45, 2-52, 2-88, 2-89, 2-90, 2-101, 2-102, 2-103, 2-104, 2-121, 2-132, 2-152, 3-110, 3-112, 3-124, 3-125, 3-126, 3-127, 3-128, 4-48, 4-50, 4-53, 4-54, 4-56, 4-59, 4-73, 4-75, 4-77, 4-78, 4-80, 4-82, 4-83, 4-93, 4-94, 4-96, 4-103, 4-107, 4-114, 4-132, 4-135, 4-142, 4-146, 4-147, 4-155, 4-156, 4-158, 4-159, 4-168, 4-172, 4-173, 4-175, 4-176, 4-177, 4-178, 4-195, 4-198, 4-200, 4-201, 4-204, 4-205, 4-207, 4-278, 4-282, 4-287, 4-293, 4-298, 4-300, 4-303, 4-305, 4-307, 4-308, 4-309, 4-310, 4-311, 4-314, 4-316, 4-317, 4-318, 4-320, 4-330, 4-331, 4-332, 4-334, 4-335, 4-336, 4-337, 4-338, 4-343, 4-344, 4-348, 4-350, 4-352, 4-355, 4-357, 4-358, 4-359, 4-362, 4-363, 4-365, 4-367, 4-369, 4-379, 4-383, 4-385, 4-391, 4-395, 4-434, T-83, T-155, T-175, T-393, T-394, T-395, T-396, T-401, T-437, T-440, T-442, T-445, T-449, T-450, T-452, T-453, T-454, T-456, T-458, T-460, T-462, T-464, T-466, T-467, T-469, T-470, T-474, T-475, T-476

Travel, motorized, 2-12, 2-88, 2-89, 2-102, 2-121, 2-136, 2-150, 2-151, 2-152, 3-109, 3-112, 3-127, 4-46, 4-48, 4-49, 4-53, 4-54, 4-56, 4-59, 4-71, 4-73, 4-75, 4-77, 4-78, 4-80, 4-82, 4-107, 4-108, 4-109, 4-115, 4-126, 4-129, 4-132, 4-172, 4-174, 4-183, 4-187, 4-189, 4-190, 4-193, 4-198, 4-214, 4-278, 4-291, 4-297, 4-301, 4-307, 4-309, 4-311, 4-318, 4-331, 4-334, 4-337, 4-338, 4-343, 4-344, 4-348, 4-352, 4-355, 4-357, 4-359, 4-363, 4-365, 4-367, 4-369, 4-383, 4-385, 4-466, 4-467, T-393, T-394, T-475, T-476

Travel, nonmotorized, 3-105, 4-292, 4-304, 4-309

Tribal treaty rights, 4-425

Trout, Colorado River cutthroat, 3-61, 3-63, 3-64

Trout, greenback cutthroat, 3-59, 3-61, 3-64, 4-124, 5-2, T-103

Ute Mountain Ute Indian Tribe, 2-109, 3-135, 3-136, 3-168, 4-425, 5-2, 5-4, 5-5, T-495

Utility corridor, 2-4, 2-12, 2-93, 2-94, 2-97, 2-136, 2-152, 3-83, 3-113, 3-115, 3-116, 3-121, 4-93, 4-97, 4-100, 4-103, 4-107, 4-111, 4-136, 4-140, 4-143, 4-147, 4-173, 4-175, 4-176, 4-177, 4-178, 4-187, 4-189, 4-191, 4-193, 4-201, 4-275, 4-278, 4-282, 4-290, 4-294, 4-301, 4-312, 4-313, 4-315, 4-317, 4-318, 4-322, 4-323, 4-324, 4-329, 4-405, 4-445, T-407, T-408, T-409, T-410, T-413, T-421, T-422

Vegetation, invasive species/noxious weed, 1-4, 2-125, 3-36, 3-38, 3-39, 3-44, 3-45, 3-51, 3-52, 3-119, 4-16, 4-86, 4-98, 4-101, 4-104, 4-107, 4-123, 4-125, 4-127, 4-151, 4-160, 4-181, 4-186, 4-187, 4-189, 4-192, 4-193, 4-219, 4-220, 4-405, 4-418, T-44, T-59, T-60

Vegetation, Riparian, 1-4, 1-8, 2-17, 2-27, 2-29, 2-30, 2-33, 2-61, 2-90, 2-91, 2-94, 2-111, 2-119, 2-121, 2-123, 2-124, 2-125, 2-129, 2-130, 2-139, 3-13, 3-14, 3-31, 3-32, 3-34, 3-36, 3-37, 3-40, 3-43, 3-44, 3-45, 3-47, 3-48, 3-49, 3-50, 3-53, 3-62, 3-65, 3-67, 3-68, 3-85, 3-92, 3-121, 3-122, 3-124, 3-134, 4-12, 4-16, 4-43, 4-45, 4-47, 4-48, 4-51, 4-52, 4-53, 4-54, 4-57, 4-58, 4-60, 4-61, 4-62, 4-67, 4-68, 4-69, 4-70, 4-71, 4-73, 4-76, 4-78, 4-80, 4-81, 4-83, 4-84, 4-85, 4-86, 4-88, 4-89, 4-91, 4-94, 4-97, 4-98, 4-101, 4-103, 4-104, 4-105, 4-107, 4-109, 4-113, 4-116, 4-121, 4-123, 4-124, 4-125, 4-133, 4-137, 4-138, 4-141, 4-144, 4-148, 4-152, 4-154, 4-156, 4-165, 4-208, 4-209, 4-211, 4-212, 4-214, 4-216, 4-217, 4-219, 4-223, 4-225, 4-226, 4-228, 4-230, 4-233, 4-280, 4-288, 4-299, 4-315, 4-326, 4-327, 4-328, 4-329, 4-330, 4-338, 4-339, 4-340, 4-341, 4-342, 4-343, 4-345, 4-346, 4-347, 4-358, 4-359, 4-360, 4-361, 4-362, 4-363, 4-394, 4-395, 4-396, 4-397, 4-398, 4-399, 4-402, 4-420, 4-421, 4-422, 4-423, 4-424, 5-7, T-11, T-12, T-28, T-29, T-38, T-42, T-45, T-46, T-49, T-50, T-51, T-52, T-53, T-54, T-55, T-56, T-57, T-58, T-65, T-66, T-67, T-69, T-91, T-92, T-105, T-108, T-191, T-192, T-205, T-207, T-208, T-213, T-215, T-244, T-253, T-254, T-269, T-270, T-402, T-406, T-408, T-409, T-411, T-417, T-422, T-428, T-430, T-431, T-444, T-445, T-446, T-447, T-460

BLM_0163722

Vegetation, wetlands, I-4, 2-21, 2-22, 2-29,
2-30, 2-90, 2-91, 2-111, 2-124, 3-19, 3-20,
3-22, 3-23, 3-26, 3-31, 3-34, 3-36, 3-37, 3-38,
3-43, 3-48, 3-50, 3-62, 4-51, 4-61, 4-62, 4-70,
4-75, 4-80, 4-83, 4-84, 4-85, 4-86, 4-91, 4-94,
4-97, 4-98, 4-101, 4-103, 4-104, 4-105, 4-133,
4-137, 4-141, 4-144, 4-148, 4-165, 4-208,
4-276, 4-299, 4-395, 5-7, T-11, T-12, T-13,
T-14, T-15, T-24, T-28, T-29, T-42, T-49,
T-50, T-51, T-54, T-55, T-56, T-57, T-237,
T-241, T-244, T-253, T-254, T-402, T-406,
T-408, T-411, T-417
Visual resource inventory (VRI), 2-15, 2-135,
2-136, 2-137, 3-82, 3-83, 4-180, 4-181, 4-183,
4-184, 4-186, 4-187, 4-188, 4-189, 4-190,
4-191, 4-192, 4-193, 4-250, T-169
Visual resource management (VRM), 2-3, 2-6,
2-49, 2-50, 2-51, 2-52, 2-101, 2-102, 2-104,
2-106, 2-107, 2-114, 2-131, 2-132, 2-134,
2-135, 2-136, 2-137, 2-138, 2-154, 2-159,
2-160, 3-73, 3-82, 3-83, 3-120, 3-121, 3-122,
3-155, 4-51, 4-56, 4-88, 4-93, 4-96, 4-99,
4-102, 4-105, 4-114, 4-132, 4-134, 4-135,
4-139, 4-143, 4-146, 4-154, 4-155, 4-156,
4-157, 4-158, 4-164, 4-167, 4-173, 4-175,
4-176, 4-177, 4-178, 4-180, 4-181, 4-182,
4-183, 4-184, 4-185, 4-186, 4-187, 4-188,
4-189, 4-190, 4-191, 4-192, 4-193, 4-195,
4-197, 4-198, 4-202, 4-203, 4-204, 4-206,
4-210, 4-211, 4-212, 4-213, 4-214, 4-218,
4-220, 4-221, 4-222, 4-223, 4-224, 4-227,
4-229, 4-231, 4-234, 4-239, 4-249, 4-250,
4-254, 4-258, 4-261, 4-265, 4-268, 4-270,
4-274, 4-277, 4-280, 4-282, 4-285, 4-289,
4-292, 4-293, 4-297, 4-298, 4-299, 4-303,
4-304, 4-305, 4-311, 4-313, 4-315, 4-316,
4-317, 4-318, 4-320, 4-321, 4-322, 4-323,
4-324, 4-327, 4-330, 4-331, 4-332, 4-334,
4-337, 4-338, 4-339, 4-340, 4-341, 4-342,
4-343, 4-344, 4-345, 4-346, 4-347, 4-348,
4-350, 4-351, 4-352, 4-354, 4-355, 4-357,
4-359, 4-363, 4-365, 4-367, 4-369, 4-370,
4-378, 4-379, 4-383, 4-384, 4-385, 4-387,
4-390, 4-395, 4-396, 4-397, 4-399, 4-401,
4-404, 4-406, 4-407, 4-408, 4-409, 4-411,
4-412, 4-413, 4-414, 4-415, 4-416, 4-420,
4-421, 4-422, 4-423, 4-460, 4-463, T-152,
T-160, T-161, T-162, T-163, T-166, T-167,
T-168, T-169, T-172, T-173, T-175, T-191,
T-216, T-247, T-254, T-437, T-438, T-440,

T-441, T-442, T-444, T-448, T-450, T-451,
T-452, T-455, T-456, T-458, T-460, T-462,
T-464, T-466, T-467, T-468, T-470, T-473,
T-475, T-476, T-482, T-483, T-487, T-490
Watchable wildlife, 2-161, 3-118, 3-134, 3-135,
4-44, 4-68, 4-173, 4-186, 4-197, 4-210, 4-221,
4-242, 4-282, 4-315, 4-321, 4-383, 4-391,
4-396, 4-405, 4-407, 4-418, 4-419, 4-420,
4-421, 4-422, 4-423, 4-424, 4-459, T-492,
T-493, T-494
Water quality, I-6, 2-24, 2-120, 2-121, 2-122,
2-139, 2-157, 2-158, 2-166, 3-6, 3-8, 3-13,
3-17, 3-18, 3-22, 3-24, 3-53, 3-60, 3-87,
3-128, 3-138, 3-146, 3-155, 4-50, 4-51, 4-53,
4-54, 4-56, 4-57, 4-60, 4-61, 4-62, 4-63, 4-66,
4-67, 4-68, 4-69, 4-70, 4-71, 4-72, 4-73, 4-74,
4-75, 4-76, 4-77, 4-78, 4-79, 4-80, 4-81, 4-82,
4-83, 4-84, 4-85, 4-108, 4-109, 4-110, 4-111,
4-112, 4-113, 4-151, 4-201, 4-202, 4-205,
4-210, 4-211, 4-217, 4-221, 4-225, 4-226,
4-274, 4-275, 4-276, 4-280, 4-326, 4-384,
4-392, 4-394, 4-395, 4-396, 4-399, 4-404,
4-405, 4-431, 4-443, 4-444, 4-446, 4-457,
4-458, 4-460, 4-467, T-11, T-13, T-16, T-24,
T-25, T-431, T-479, T-483
Water, groundwater, 2-25, 2-26, 2-27, 2-28,
2-29, 2-121, 2-162, 2-163, 3-10, 3-13, 3-14,
3-15, 3-16, 3-17, 3-26, 3-28, 3-29, 3-30, 3-31,
4-14, 4-61, 4-62, 4-63, 4-65, 4-66, 4-67, 4-68,
4-69, 4-70, 4-71, 4-72, 4-78, 4-84, 4-85,
4-112, 4-226, 4-229, 4-428, 4-431, 4-432,
4-433, 4-434, 4-443, 4-471, T-31, T-32, T-33,
T-34, T-39, T-225, T-234, T-237, T-239,
T-240, T-244, T-250, T-254, T-264, T-270,
T-274, T-275
Water, rights, 2-27, 2-28, 3-26, 3-27, 3-31, 3-43,
3-95, 4-16, 4-163, T-38, T-39, T-431
Water, surface water, 2-25, 2-28, 2-121, 2-163,
3-13, 3-17, 3-18, 3-22, 3-24, 3-26, 3-28, 3-29,
3-30, 3-66, 4-61, 4-62, 4-63, 4-65, 4-66, 4-67,
4-68, 4-69, 4-70, 4-71, 4-72, 4-76, 4-78,
4-112, 4-113, 4-165, 4-328, 4-428, 4-430,
4-434, T-30, T-31, T-32, T-34, T-36, T-39,
T-225, T-234, T-237, T-238, T-240, T-243,
T-249, T-254, T-263, T-266, T-269, T-274,
T-275, T-408, T-411
Watershed, I-8, 2-41, 2-57, 2-122, 3-9, 3-12,
3-13, 3-14, 3-17, 3-22, 3-27, 3-30, 3-31, 3-40,
3-41, 3-44, 3-47, 3-50, 3-59, 3-62, 3-63, 3-64,
3-67, 3-71, 3-72, 3-73, 3-89, 3-102, 4-16,

4-48, 4-60, 4-61, 4-62, 4-63, 4-67, 4-68, 4-73,
4-76, 4-79, 4-82, 4-83, 4-85, 4-86, 4-107,
4-159, 4-163, 4-217, 4-232, 4-404, 4-405,
4-428, 4-430, T-16, T-24, T-30, T-134, T-135,
T-137, T-138, T-183, T-201, T-202, T-207,
T-431

Wild and scenic river (WSR), 1-5, 2-124, 2-157,
3-118, 3-128, 3-129, 4-47, 4-60, 4-83, 4-104,
4-107, 4-148, 4-193, 4-209, 4-301, 4-313,
4-321, 4-396, 4-400, 4-405, T-25, T-43, T-49,
T-163

Wilderness Characteristics, 2-6, 2-17, 2-21,
2-51, 2-52, 2-53, 2-85, 2-114, 2-122, 2-123,
2-131, 2-137, 2-138, 2-139, 2-155, 2-156,
2-157, 3-1, 3-84, 3-85, 3-86, 3-123, 3-155,
4-18, 4-48, 4-54, 4-57, 4-73, 4-78, 4-81, 4-94,
4-96, 4-99, 4-101, 4-102, 4-104, 4-105, 4-114,
4-132, 4-134, 4-135, 4-139, 4-142, 4-146,
4-153, 4-154, 4-155, 4-156, 4-157, 4-173,
4-175, 4-177, 4-182, 4-186, 4-188, 4-189,
4-190, 4-192, 4-194, 4-195, 4-196, 4-197,
4-198, 4-199, 4-200, 4-201, 4-202, 4-203,
4-204, 4-205, 4-206, 4-207, 4-209, 4-211,
4-212, 4-222, 4-227, 4-229, 4-231, 4-235,
4-238, 4-239, 4-280, 4-281, 4-285, 4-293,
4-299, 4-313, 4-315, 4-321, 4-329, 4-332,
4-356, 4-361, 4-367, 4-380, 4-381, 4-382,
4-383, 4-384, 4-385, 4-386, 4-387, 4-390,
4-391, 4-392, 4-396, 4-397, 4-405, 4-419,
4-430, 4-458, 4-460, 4-462, 4-464, 4-465,
4-466, 5-6, 5-8, T-11, T-13, T-25, T-43, T-44,
T-45, T-47, T-49, T-59, T-138, T-163, T-173,
T-174, T-175, T-176, T-177, T-178, T-179,
T-180, T-181, T-191, T-225, T-226, T-235,
T-247, T-256, T-264, T-270, T-274, T-275,
T-285, T-289, T-395, T-409, T-412, T-417,
T-428, T-430, T-431, T-471, T-472, T-476

Wilderness study area (WSA), 1-5, 1-6, 2-3,
2-6, 2-7, 2-13, 2-17, 2-21, 2-42, 2-46, 2-79,
2-85, 2-101, 2-102, 2-103, 2-104, 2-112,
2-117, 2-134, 2-139, 2-144, 2-149, 2-156,
2-157, 3-64, 3-84, 3-85, 3-86, 3-115, 3-117,
3-118, 3-122, 3-123, 3-124, 3-125, 3-126,
3-127, 3-130, 3-133, 4-44, 4-68, 4-88, 4-92,
4-101, 4-104, 4-107, 4-114, 4-116, 4-152,
4-153, 4-159, 4-167, 4-168, 4-169, 4-170,
4-173, 4-186, 4-188, 4-194, 4-196, 4-200,
4-201, 4-202, 4-203, 4-204, 4-205, 4-209,
4-210, 4-212, 4-214, 4-221, 4-222, 4-225,
4-228, 4-230, 4-231, 4-232, 4-235, 4-244,

4-249, 4-251, 4-254, 4-261, 4-265, 4-269,
4-276, 4-281, 4-282, 4-290, 4-295, 4-301,
4-308, 4-315, 4-321, 4-325, 4-326, 4-330,
4-331, 4-332, 4-333, 4-344, 4-345, 4-346,
4-347, 4-352, 4-353, 4-354, 4-355, 4-356,
4-358, 4-359, 4-360, 4-361, 4-380, 4-381,
4-382, 4-383, 4-384, 4-385, 4-386, 4-387,
4-388, 4-393, 4-395, 4-397, 4-404, 4-406,
4-419, 4-430, 4-448, 5-6, 5-8, T-11, T-13,
T-24, T-43, T-44, T-45, T-47, T-49, T-59,
T-65, T-70, T-85, T-138, T-147, T-163,
T-164, T-167, T-174, T-178, T-180, T-191,
T-192, T-192, T-225, T-226, T-233, T-256,
T-270, T-271, T-273, T-283, T-286, T-289,
T-395, T-396, T-408, T-409, T-410, T-416,
T-421, T-428, T-429, T-430, T-437, T-449,
T-471, T-472, T-473, T-474, T-475, T-476,
T-477, T-478, T-482

Wildland fire, 1-4, 2-41, 2-130, 3-69, 3-70, 3-71,
3-72, 3-73, 3-74, 3-75, 4-17, 4-18, 4-47, 4-51,
4-54, 4-57, 4-67, 4-73, 4-76, 4-78, 4-81, 4-84,
4-89, 4-95, 4-108, 4-150, 4-151, 4-152, 4-153,
4-154, 4-155, 4-157, 4-159, 4-160, 4-164,
4-165, 4-188, 4-193, 4-195, 4-209, 4-215,
4-218, 4-224, 4-227, 4-229, 4-231, 4-234,
4-236, 4-276, 4-315, 4-321, 4-396, 4-405,
4-419, 4-424, 4-426, T-51, T-134, T-138

Wildland urban interface, 3-72, 3-73

Winter range, big game, 2-34, 2-56, 3-37, 3-41,
3-45, 3-49, 3-51, 3-52, 3-74, 3-89, 3-107,
3-146, 4-109, 4-111, 4-112, 4-114, 4-115,
4-117, 4-118, 4-119, 4-120, 4-122, 4-151,
4-210, 4-217, 4-296, 4-305, 4-345, 4-352,
4-358, 4-419, 4-442, 4-474, T-48, T-69, T-80,
T-81, T-83, T-86, T-137, T-193, T-196,
T-208, T-251, T-258, T-401, T-402, T-493

Withdrawal, 1-4, 1-7, 2-10, 2-26, 2-38, 2-52,
2-75, 2-82, 2-97, 2-98, 2-122, 2-148, 2-149,
3-15, 3-113, 3-116, 3-117, 4-14, 4-46, 4-66,
4-71, 4-84, 4-93, 4-96, 4-97, 4-100, 4-103,
4-106, 4-114, 4-115, 4-116, 4-132, 4-134,
4-135, 4-136, 4-138, 4-140, 4-143, 4-147,
4-165, 4-199, 4-201, 4-203, 4-204, 4-205,
4-207, 4-237, 4-242, 4-245, 4-246, 4-251,
4-255, 4-262, 4-266, 4-269, 4-270, 4-272,
4-277, 4-281, 4-289, 4-313, 4-328, 4-330,
4-331, 4-334, 4-337, 4-338, 4-339, 4-341,
4-343, 4-344, 4-348, 4-349, 4-351, 4-352,
4-353, 4-355, 4-357, 4-359, 4-363, 4-365,
4-367, 4-369, 4-370, 4-372, 4-374, 4-376,

4-394, 4-395, 4-396, 4-398, 4-400, 4-401,
4-406, 4-409, 4-410, 4-411, 4-412, 4-414,
4-416, 4-421, 4-423, 4-424, 4-442, 4-461,
T-32, T-33, T-129, T-176, T-262, T-263,
T-280, T-407, T-427, T-432, T-433, T-434,
T-437, T-439, T-441, T-443, T-446, T-451,
T-453, T-454, T-459, T-461

BLM_0163725

# Appendix A
## Figures

BLM_0163726

BLM_0163727

# APPENDIX A

# FIGURES

Figures are available electronically on the CD-ROM enclosed with this RMP. They are also available on the Uncompahgre RMP revision eplanning website (https://go.usa.gov/xnpgD). Figures for Alternative E, the Proposed RMP, are either the same as a figure for another alternative, or begin with Figure 2-87.

1-1     Uncompahgre RMP Planning Area
1-2     Federal Mineral Estate

2-1     North Fork Alternative (Alternative B.1) Area
2-2     Alternative B: Ecological Emphasis Areas
2-3     Alternative C: Ecological Emphasis Areas
2-4     Alternative D: Ecological Emphasis Areas
2-5     Alternative A: Visual Resource Management
2-6     Alternative B: Visual Resource Management
2-7     Alternative B.1: Visual Resource Management
2-8     Alternative C: Visual Resource Management
2-9     Alternative D: Visual Resource Management
2-10    Alternatives B and D: Lands Managed to Protect Wilderness Characteristics
2-11    Alternative A: Grazing Allotments
2-12    Alternative B: Grazing Allotments
2-13    Alternative C: Grazing Allotments
2-14    Alternative D: Grazing Allotments
2-15    Alternative A: Coal Leasing
2-16    Alternative B: Coal Leasing
2-17    Alternative C: Coal Leasing
2-18    Alternative D: Coal Leasing
2-19    Alternative A: Fluid Minerals Leasing
2-20    Alternative B: Fluid Minerals Leasing
2-21    Alternative B.1: Fluid Minerals Leasing
2-22    Alternative C: Fluid Minerals Leasing
2-23    Alternative D: Fluid Minerals Leasing

BLM_0163728

2-24     Alternative A: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities

2-25     Alternative B: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities

2-26     Alternative C: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities

2-27     Alternative D: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities

2-28     Alternative A: Restrictions for Other Surface-disturbing Activities

2-29     Alternative B: Restrictions for Other Surface-disturbing Activities

2-30     Alternative C: Restrictions for Other Surface-disturbing Activities

2-31     Alternative D: Restrictions for Other Surface-disturbing Activities

2-32     Alternative A: Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry

2-33     Alternative B: Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry

2-34     Alternative C: Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry

2-35     Alternative D: Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry

2-36     Alternative A: Mineral Materials

2-37     Alternative B: Mineral Materials

2-38     Alternative C: Mineral Materials

2-39     Alternative D: Mineral Materials

2-40     Alternative A: Nonenergy Solid Leasable Minerals

2-41     Alternative B: Nonenergy Solid Leasable Minerals

2-42     Alternative C: Nonenergy Solid Leasable Minerals

2-43     Alternative D: Nonenergy Solid Leasable Minerals

2-44     Alternative A: Recreation Management Areas

2-45     Alternative B: Recreation Management Areas

2-46     Alternative C: Recreation Management Areas

2-47     Alternative D: Recreation Management Areas

2-48     Alternative A: Comprehensive Travel and Transportation Management

2-49     Alternative B: Comprehensive Travel and Transportation Management

2-50     Alternative C: Comprehensive Travel and Transportation Management

2-51     Alternative D: Comprehensive Travel and Transportation Management

2-52     Alternative A: Right-of-Way Exclusion and Avoidance Areas

2-53     Alternative B: Right-of-Way Exclusion and Avoidance Areas

2-54     Alternative C: Right-of-Way Exclusion and Avoidance Areas

2-55     Alternative D: Right-of-Way Exclusion and Avoidance Areas

2-56     Alternative A: Designated Utility Corridors

2-57     Alternatives B, D, and E: Designated Utility Corridors

2-58     Alternative C: Designated Utility Corridors

2-59     Alternative A: Lands Identified for Disposal

2-60     Alternative B: Lands Identified for Disposal

2-61     Alternative C: Lands Identified for Disposal

BLM_0163729

2-62     Alternatives D and E: Lands Identified for Disposal
2-63     Alternative A: Areas of Critical Environmental Concern
2-64     Alternative B: Areas of Critical Environmental Concern
2-65     Alternative C: Areas of Critical Environmental Concern
2-66     Alternative D: Areas of Critical Environmental Concern
2-67     Alternatives A, B, C, D, and E: Tabeguache Area and Wilderness Study Areas
2-68     Alternatives A and B: Segments Eligible (Alternative A) or Suitable (Alternative B) for Inclusion
         in the National Wild and Scenic Rivers System
2-69     Alternatives D and E: Segments Suitable for Inclusion in the National Wild and Scenic Rivers
         System
2-70     Alternatives B and E: Watchable Wildlife Viewing Sites
2-71     Alternative A: Forest Management
2-72     Alternative B: Forest Management
2-73     Alternative C: Forest Management
2-74     Alternative D: Forest Management
2-75     Alternatives A, B, C, D, and E: Moss Rock Common Use Area
2-76     Alternative A: No Target Shooting Areas
2-77     Alternative B: No Target Shooting Areas
2-78     Alternative C: No Target Shooting Areas
2-79     Alternative D: No Target Shooting Areas
2-80     Alternatives A, B, C, D, and E: Designated Routes in the Dry Creek Travel Management Area
2-81     Alternatives B, C, D, and E: Travel Management Areas for Future Route Designation
2-82     Land Withdrawals and Powersite Classifications
2-83     Alternative A: National Historic Trails and State and BLM Byways
2-84     Alternative B: National Scenic, Historic, and Recreational Trails and State and BLM Byways
2-85     Alternative C: National Scenic, Historic, and Recreational Trails and State and BLM Byways
2-86     Alternative D: National Scenic, Historic, and Recreational Trails and State and BLM Byways
2-87     Alternative E: Visual Resource Management
2-88     Alternative E: Lands Managed to Minimize Impacts on Wilderness Characteristics
2-89     Alternative E: Grazing Allotments
2-90     Alternative E: Coal Leasing
2-91     Alternative E: Fluid Minerals Leasing
2-92     Alternative E: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-
         disturbing Activities
2-93     Alternative E: Restrictions for Other Surface-disturbing Activities
2-94     Alternative E: Lands Withdrawn and to be Recommended for Withdrawal from Locatable
         Mineral Entry
2-95     Alternative E: Mineral Materials
2-96     Alternative E: Nonenergy Solid Leasable Minerals
2-97     Alternative E: Recreation Management Areas
2-98     Alternative E: Comprehensive Travel and Transportation Management
2-99     Alternative E: Right-of-Way Exclusion and Avoidance Areas
2-100    Alternative E: Areas of Critical Environmental Concern
2-101    Alternative E: Forest Management
2-102    Alternative E: No Target Shooting Areas

BLM_0163730

A. Figures

2-103   Alternative E: National Scenic, Historic, and Recreational Trails and State and BLM Byways

3-1      Major Soil Units
3-2      Potential Biotic Soil Crust Locations
3-3      Saline and Selenium Enriched Soils
3-4      Wind Erosion Areas
3-5      Soil Erosion Capacity
3-6      Droughty Soil Areas
3-7      Flood Hazard Areas
3-8      Geology of the Uncompahgre RMP Planning Area
3-9      Major Geologic Structural Features
3-10     Major Hydrologic Units
3-11     Distribution of Hydrologic Soil Groups
3-12     Key Water Features
3-13     Naturita Ridge Herd Area
3-14     Fire Management Units
3-15     Wildland Urban Interface
3-16     Cultural Resource Units
3-17     Potential Fossil Yield Classification Distribution
3-18     Visual Resource Inventory
3-19     Vegetation Types
3-20     Grazing Allotments
3-21     Oil and Gas Well Locations
3-22     Coal Fields
3-23     Active Uranium Exploration Sites in the Morrison Formation
3-24     SRMAs and Developed Recreation Sites
3-25     Right-of-Way Locations and Corridors
3-26     Unexploded Ordinance
3-27     Socioeconomic Units
3-28     Existing and Designated BLM Roads and Trails
3-29     Oil and Gas Potential (Noncoalbed Methane)

BLM_0163731



Figure 1-1:     Uncompahgre RMP Planning Area

BLM_0163732

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163733



Figure 1-2:     Federal Mineral Estate

BLM_0163734

This page intentionally left blank.

BLM_0163735



Figure 2-1:      North Fork Alternative (Alternative B.1) Area

BLM_0163736

This page intentionally left blank.

BLM_0163737



Figure 2-2:      Alternative B: Ecological Emphasis Areas

BLM_0163738

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163739



Figure 2-3:      Alternative C: Ecological Emphasis Areas

BLM_0163740

This page intentionally left blank.

BLM_0163741



Figure 2-4:      Alternative D: Ecological Emphasis Areas

BLM_0163742

This page intentionally left blank.

BLM_0163743



Figure 2-5:     Alternative A: Visual Resource Management

BLM_0163744

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163745



Figure 2-6:      Alternative B: Visual Resource Management

BLM_0163746

This page intentionally left blank.

BLM_0163747



Figure 2-7:        Alternative B.1: Visual Resource Management

BLM_0163748

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163749



Figure 2-8:       Alternative C: Visual Resource Management

BLM_0163750

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*



Figure 2-9:       Alternative D: Visual Resource Management

A. Figures

This page intentionally left blank.

BLM_0163753



Figure 2-10:     Alternatives B and D: Lands Managed to Protect Wilderness Characteristics

BLM_0163754

This page intentionally left blank.

BLM_0163755



Figure 2-11:    Alternative A: Grazing Allotments

BLM_0163756

This page intentionally left blank.

BLM_0163757



Figure 2-12:    Alternative B: Grazing Allotments

This page intentionally left blank.

BLM_0163759



Figure 2-13:     Alternative C: Grazing Allotments

A. Figures

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163761



Figure 2-14:     Alternative D: Grazing Allotments

BLM_0163762

This page intentionally left blank.

BLM_0163763



Figure 2-15:     Alternative A: Coal Leasing

BLM_0163764

This page intentionally left blank.

BLM_0163765

A. Figures



Figure 2-16:      Alternative B: Coal Leasing

BLM_0163766

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163767



Figure 2-17:     Alternative C: Coal Leasing

BLM_0163768

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163769



Figure 2-18:      Alternatives D and E: Coal Leasing

BLM_0163770

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163771



Figure 2-19:      Alternative A: Fluid Minerals Leasing

A. Figures

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163773



Figure 2-20:     Alternative B: Fluid Minerals Leasing

BLM_0163774

This page intentionally left blank.

BLM_0163775