

Figure 2-21:      Alternative B.1: Fluid Minerals Leasing

BLM_0163776

This page intentionally left blank.

BLM_0163777



Figure 2-22:    Alternative C: Fluid Minerals Leasing

BLM_0163778

This page intentionally left blank.

BLM_0163779



Figure 2-23:     Alternative D: Fluid Minerals Leasing

BLM_0163780

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163781



Figure 2-24:      Alternative A: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities

BLM_0163782

This page intentionally left blank.

BLM_0163783



Figure 2-25:     Alternative B & B.1: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities

BLM_0163784

This page intentionally left blank.

BLM_0163785



Figure 2-26:    Alternative C: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities

BLM_0163786

This page intentionally left blank.

BLM_0163787



Figure 2-27:    Alternative D: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities

BLM_0163788

This page intentionally left blank.

BLM_0163789



Figure 2-28:    Alternative A: Restrictions for Other Surface-disturbing Activities

BLM_0163790

This page intentionally left blank.

BLM_0163791



Figure 2-29:    Alternative B: Restrictions for Other Surface-disturbing Activities

BLM_0163792

This page intentionally left blank.



Figure 2-30:    Alternative C: Restrictions for Other Surface-disturbing Activities

BLM_0163794

This page intentionally left blank.

BLM_0163795



Figure 2-31:    Alternative D: Restrictions for Other Surface-disturbing Activities

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163797



Figure 2-32:    Alternative A: Lands Withdrawn and to be Recommended for Withdrawal from Locatable
Mineral Entry

BLM_0163798

This page intentionally left blank.



Figure 2-33:    Alternative B: Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry

BLM_0163800

This page intentionally left blank.



Figure 2-34:   Alternative C: Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry

This page intentionally left blank.

BLM_0163803



Figure 2-35:     Alternative D: Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry

BLM_0163804

This page intentionally left blank.

BLM_0163805



Figure 2-36:      Alternative A: Mineral Materials

BLM_0163806

This page intentionally left blank.

BLM_0163807

A. Figures



Figure 2-37:   Alternative B: Mineral Materials

BLM_0163808

This page intentionally left blank.

BLM_0163809



Figure 2-38:     Alternative C: Mineral Materials

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*



Figure 2-39:      Alternative D: Mineral Materials

BLM_0163812

This page intentionally left blank.



Figure 2-40:     Alternative A: Nonenergy Solid Leasable Minerals

This page intentionally left blank.

BLM_0163815



Figure 2-41:     Alternative B: Nonenergy Solid Leasable Minerals

BLM_0163816

This page intentionally left blank.

BLM_0163817



Figure 2-42:    Alternative C: Nonenergy Solid Leasable Minerals

BLM_0163818

This page intentionally left blank.

BLM_0163819



Figure 2-43:     Alternative D: Nonenergy Solid Leasable Minerals

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163821



Figure 2-44:      Alternative A: Recreation Management Areas

BLM_0163822

This page intentionally left blank.

BLM_0163823



Figure 2-45:     Alternative B: Recreation Management Areas

BLM_0163824

This page intentionally left blank.

BLM_0163825



Figure 2-46:      Alternative C: Recreation Management Areas

BLM_0163826

This page intentionally left blank.

BLM_0163827



Figure 2-47:       Alternative D: Recreation Management Areas

BLM_0163828

This page intentionally left blank.

A. Figures



Figure 2-48:     Alternative A: Comprehensive Travel and Transportation Management

BLM_0163830

This page intentionally left blank.

BLM_0163831



Figure 2-49:    Alternative B: Comprehensive Travel and Transportation Management

BLM_0163832

This page intentionally left blank.

BLM_0163833



Figure 2-50:     Alternative C: Comprehensive Travel and Transportation Management

BLM_0163834

This page intentionally left blank.

BLM_0163835



Figure 2-51:     Alternative D: Comprehensive Travel and Transportation Management

BLM_0163836

This page intentionally left blank.

BLM_0163837



Figure 2-52:    Alternative A: Right-of-Way Exclusion and Avoidance Areas

This page intentionally left blank.

BLM_0163839



Figure 2-53:    Alternative B: Right-of-Way Exclusion and Avoidance Areas

BLM_0163840

This page intentionally left blank.

BLM_0163841



Figure 2-54:     Alternative C: Right-of-Way Exclusion and Avoidance Areas

BLM_0163842

This page intentionally left blank.

BLM_0163843



Figure 2-55:      Alternative D: Right-of-Way Exclusion and Avoidance Areas

BLM_0163844

This page intentionally left blank.

BLM_0163845



Figure 2-56:    Alternative A: Designated Utility Corridors

BLM_0163846

This page intentionally left blank.

BLM_0163847



Figure 2-57:      Alternatives B, D, and E: Designated Utility Corridors

BLM_0163848

This page intentionally left blank.

BLM_0163849



Figure 2-58:    Alternative C: Designated Utility Corridors

This page intentionally left blank.

BLM_0163851



Figure 2-59:     Alternative A: Lands Identified for Disposal

This page intentionally left blank.

BLM_0163853



Figure 2-60:      Alternative B: Lands Identified for Disposal

BLM_0163854

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163855



Figure 2-61:     Alternative C: Lands Identified for Disposal

This page intentionally left blank.

BLM_0163857



Figure 2-62:     Alternatives D and E: Lands Identified for Disposal

BLM_0163858

This page intentionally left blank.

BLM_0163859



Figure 2-63:    Alternative A: Areas of Critical Environmental Concern

BLM_0163860

This page intentionally left blank.

BLM_0163861



Figure 2-64:      Alternative B: Areas of Critical Environmental Concern

BLM_0163862

This page intentionally left blank.

BLM_0163863



Figure 2-65:     Alternative C: Areas of Critical Environmental Concern

BLM_0163864

This page intentionally left blank.

BLM_0163865



Figure 2-66:      Alternative D: Areas of Critical Environmental Concern

BLM_0163866

This page intentionally left blank.

BLM_0163867



Figure 2-67:     Alternatives A, B, C, D, and E: Tabeguache Area and Wilderness Study Areas

BLM_0163868

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163869



| # | Segment Name |
|---|---|
| **Wild Segments** | |
| 7 | Monitor Creek |
| 8 | Potter Creek |
| 10 | Roubideau Creek Segment 1 |
| 15 | Dry Creek |
| 17 | Saltado Creek |
| 19 | San Miguel River Segment 2 |
| 23 | Tabeguache Creek Segment 1 |
| 31 | La Sal Creek Segment 3 |
| 34 | Dolores River Segment 1a |
| **Scenic Segments** | |
| 11 | Roubideau Creek Segment 2 |
| 12 | Deep Creek |
| 13 | West Fork Terror Creek |
| 14 | Beaver Creek |
| 16 | Naturita Creek |
| 20 | San Miguel River Segment 3 |
| 25 | Lower Dolores River |
| 26 | North Fork Mesa Creek |
| 28 | Ice Lake Creek, Segment 2 |
| 30 | La Sal Creek Segment 2 |
| 32 | Lion Creek, Segment 2 |

| # | Segment Name |
|---|---|
| **Recreational Segments** | |
| 5 | Gunnison River Segment 2 |
| 18 | San Miguel River Segment 1 |
| 21 | San Miguel River Segment 5 |
| 22 | San Miguel River Segment 6 |
| 24 | Tabeguache Creek Segment 2 |
| 27 | Dolores River Segment 2 |
| 29 | La Sal Creek Segment 1 |
| 33 | Spring Creek |
| 34 | Dolores River Segment 1b |

**Suitability Classification**
- Wild
- Scenic
- Recreational

Figure 2-68:   Alternatives A and B: Segments Eligible (Alternative A) or Suitable (Alternative B) for Inclusion in the National Wild and Scenic Rivers System

BLM_0163870

This page intentionally left blank.



| # | Segment Name |
|---|---|
| **Wild Segments** | |
| 7 | Monitor Creek |
| 8 | Potter Creek |
| 10 | Roubideau Creek Segment 1 |
| 17 | Saltado Creek |
| 19 | San Miguel River Segment 2 |
| 23 | Tabeguache Creek Segment 1 |
| 31 | La Sal Creek Segment 3 |
| 34 | Dolores River Segment 1a |
| **Scenic Segments** | |
| 25 | Lower Dolores River |
| **Recreational Segments** | |
| 14 | Beaver Creek |
| 18 | San Miguel River Segment 1 |
| 20 | San Miguel River Segment 3 |
| 21 | San Miguel River Segment 5 |
| 22 | San Miguel River Segment 6 |
| 27 | Dolores River Segment 2 |
| 30 | La Sal Creek Segment 2 |

**Suitability Classification**

Wild
Scenic
Recreational

Figure 2-69:     Alternatives D and E: Segments Suitable for Inclusion in the National Wild and Scenic Rivers System

BLM_0163872

This page intentionally left blank.



Figure 2-70:     Alternatives B and E: Watchable Wildlife Viewing Sites

BLM_0163874

This page intentionally left blank.

BLM_0163875

A. Figures



Figure 2-71:      Alternative A: Forest Management

BLM_0163876

This page intentionally left blank.

BLM_0163877

A. Figures



Figure 2-72:     Alternative B: Forest Management

BLM_0163878

This page intentionally left blank.

BLM_0163879



Figure 2-73:      Alternative C: Forest Management

BLM_0163880

This page intentionally left blank.

BLM_0163881



Figure 2-74:      Alternative D: Forest Management

BLM_0163882

This page intentionally left blank.

BLM_0163883



Figure 2-75:     Alternatives A, B, C, D, and E: Moss Rock Common Use Area

BLM_0163884

This page intentionally left blank.

BLM_0163885



Figure 2-76:     Alternative A: No Target Shooting Areas

BLM_0163886

A. Figures

This page intentionally left blank.



Figure 2-77:    Alternative B: No Target Shooting Areas

BLM_0163888

This page intentionally left blank.

BLM_0163889



Figure 2-78:      Alternative C: No Target Shooting Areas

BLM_0163890

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163891



Figure 2-79:    Alternative D: No Target Shooting Areas

BLM_0163892

This page intentionally left blank.

BLM_0163893

A. Figures



Figure 2-80:    Alternatives A, B, C, D, and E: Designated Routes in the Dry Creek Travel Management Area

BLM_0163894

This page intentionally left blank.

BLM_0163895



Figure 2-81:      Alternatives B, C, D, and E: Travel Management Areas for Future Route Designation

BLM_0163896

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

A. Figures



Figure 2-82:     Land Withdrawals and Powersite Classifications

BLM_0163898

This page intentionally left blank.

BLM_0163899



Figure 2-83:     Alternative A: National Historic Trails and State and BLM Byways

BLM_0163900

This page intentionally left blank.

BLM_0163901



Figure 2-84:      Alternative B: National Scenic, Historic, and Recreational Trails and State and BLM Byways

This page intentionally left blank.

BLM_0163903

A. Figures



Figure 2-85:     Alternative C: National Scenic, Historic, and Recreational Trails and State and BLM Byways

BLM_0163904

This page intentionally left blank.

BLM_0163905



Figure 2-86:      Alternative D: National Scenic, Historic, and Recreational Trails and State and BLM Byways

BLM_0163906

This page intentionally left blank.

BLM_0163907

A. Figures



Figure 2-87:       Alternative E: Visual Resource Management

BLM_0163908

This page intentionally left blank.

BLM_0163909

A. Figures



Figure 2-88:     Alternative E: Lands Managed to Minimize Impacts on Wilderness Characteristics

BLM_0163910

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

A. Figures



Figure 2-89:     Alternative E: Grazing Allotments

BLM_0163912

This page intentionally left blank.

BLM_0163913



Figure 2-90:     Alternative E: Coal Leasing

BLM_0163914

This page intentionally left blank.

BLM_0163915



Figure 2-91: Alternative E: Fluid Minerals Leasing

This page intentionally left blank.

BLM_0163917



Figure 2-92:     Alternative E: Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities

BLM_0163918

This page intentionally left blank.

BLM_0163919

A. Figures



Figure 2-93:    Alternative E: Restrictions for Other Surface-disturbing Activities

BLM_0163920

A. Figures

This page intentionally left blank.

BLM_0163921



Figure 2-94:    Alternative E: Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry

BLM_0163922

This page intentionally left blank.

BLM_0163923



Figure 2-95:     Alternative E: Mineral Materials

BLM_0163924

This page intentionally left blank.

BLM_0163925

A. Figures



Figure 2-96:     Alternative E: Nonenergy Solid Leasable Minerals

BLM_0163926

This page intentionally left blank.

BLM_0163927



Figure 2-97:      Alternative E: Recreation Management Areas

BLM_0163928

This page intentionally left blank.

BLM_0163929

A. Figures



Figure 2-98:     Alternative E: Comprehensive Travel and Transportation Management

BLM_0163930

This page intentionally left blank.

BLM_0163931



Figure 2-99:    Alternative E: Right-of-Way Exclusion and Avoidance Areas

BLM_0163932

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*



Figure 2-100:    Alternative E: Areas of Critical Environmental Concern

BLM_0163934

This page intentionally left blank.

BLM_0163935

A. Figures



Figure 2-101:    Alternative E: Forest Management

BLM_0163936

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163937



Figure 2-102:       Alternative E: No Target Shooting Areas

BLM_0163938

This page intentionally left blank.

BLM_0163939



Figure 2-103:     Alternative E: National Scenic, Historic, and Recreational Trails and State and BLM Byways

This page intentionally left blank.

BLM_0163941



Figure 3-1:      Major Soil Units

BLM_0163942

This page intentionally left blank.

BLM_0163943



Figure 3-2:       Potential Biotic Soil Crust Locations

BLM_0163944

A. Figures

This page intentionally left blank.

BLM_0163945



Figure 3-3:      Saline and Selenium Enriched Soils

BLM_0163946

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163947

A. Figures



Figure 3-4:      Wind Erosion Areas

BLM_0163948

This page intentionally left blank.

BLM_0163949



Figure 3-5:      Soil Erosion Capacity

BLM_0163950

This page intentionally left blank.

BLM_0163951



Figure 3-6:       Droughty Soil Areas

BLM_0163952

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163953



Figure 3-7:      Flood Hazard Areas

BLM_0163954

This page intentionally left blank.

BLM_0163955



Figure 3-8:    Geology of the Uncompahgre RMP Planning Area

This page intentionally left blank.

BLM_0163957



Figure 3-9:     Major Geologic Structural Features

BLM_0163958

This page intentionally left blank.

A. Figures



Figure 3-10:     Major Hydrologic Units

This page intentionally left blank.

BLM_0163961



Figure 3-11:     Distribution of Hydrologic Soil Groups

BLM_0163962

This page intentionally left blank.

BLM_0163963

A. Figures



Figure 3-12:    Key Water Features

BLM_0163964

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163965



Figure 3-13:   Naturita Ridge Herd Area

BLM_0163966

This page intentionally left blank.

BLM_0163967



Figure 3-14:     Fire Management Units

BLM_0163968

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163969



Figure 3-15:     Wildland Urban Interface

This page intentionally left blank.

BLM_0163971

A. Figures



Figure 3-16:     Cultural Resource Units

This page intentionally left blank.

BLM_0163973



Figure 3-17:    Potential Fossil Yield Classification Distribution

BLM_0163974

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163975



Figure 3-18:    Visual Resource Inventory

A. Figures

This page intentionally left blank.

BLM_0163977



Figure 3-19:    Vegetation Types

BLM_0163978

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163979



Figure 3-20:    Grazing Allotments

BLM_0163980

This page intentionally left blank.

BLM_0163981



Figure 3-21:    Oil and Gas Well Locations

BLM_0163982

This page intentionally left blank.

BLM_0163983



Figure 3-22:    Coal Fields

BLM_0163984

This page intentionally left blank.

BLM_0163985



Figure 3-23:     Active Uranium Exploration Sites in the Morrison Formation

BLM_0163986

A. Figures

This page intentionally left blank.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0163987



Figure 3-24:      SRMAs and Developed Recreation Sites

BLM_0163988

This page intentionally left blank.

BLM_0163989