| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | The canyons contain three perennial streams that provide available water sources for the desert bighorn sheep and other wildlife, and also provide important movement corridors from the desert and Gunnison River up to the forest on the Uncompahgre Plateau. These corridors are important for wildlife, and were important for early settlers as well. Several historic structures are found along Roubideau Creek. The area is rated as a VRI Class II. |
| Roubideau-Potter-Monitor ACEC Nominated: 20,430 acres | External Proposal | Yes | Botanical: *Riparian Vegetation and BLM Sensitive Species* Fish and Wildlife: *Aquatic and BLM Sensitive Species* Historical: *Early Settlement* | I, 2, 3 | I, 2, 3 | The nominated Roubideau-Potter-Monitor ACEC overlays the nominated Roubideau Corridors ACEC, and would include all of the Camel Back WSA, as well as the Roubideau Creek Potential Conservation Area recommended by the CNHP. The canyons and streams have very high biodiversity significance, supporting good to excellent examples of narrowleaf cottonwood/skunkbrush riparian forests, montane and lower montane riparian forests with blue spruce, Douglas fir, narrowleaf cottonwood, and red osier dogwood. Foothills riparian shrublands are characterized by river birch and coyote willow. |

BLM_0164528

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | BLM sensitive species, including Grand Junction milkvetch, peregrine falcon, desert bighorn sheep and northern leopard frog, are found there. Golden eagle nests also occur in the area. A recent fish survey conducted by the BLM indicates that Potter Creek supports, and Monitor Creek is likely to support, viable populations of BLM sensitive species bluehead sucker *(Catostomus discobolus)* and flannelmouth sucker *(Catostomus latipinnis)*.<br><br>The canyons contain three perennial streams that provide an available water source for the desert bighorn sheep and other wildlife, and form important movement corridors from the desert and Gunnison River up to the forest on the Uncompahgre Plateau. These corridors are important for wildlife, and were important for early settlers as well. Several historic structures are found along Roubideau Creek.<br>The uplands afford protection to the integrity of the canyons below, as well as offer spectacular views down into the canyons and to mountains and mesas in the distance. With a depth of 750 to 1,000 feet from the rim to the creeks, the area is geographically |

BLM_0164529

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | configured to offer a sense of isolation for wildlife and human visitors. Archeological and historical sites abound in this area, including a rare collection of thirteen Ute wickiups, petroglyphs perhaps 6,000 years old, an historic inscription in Roubideau Canyon that may date back to the time of the American Revolution, and sheep herder cabins and structures more than 100 years old. The area is rated as a VRI Class II. |
| Lower Uncompahgre Plateau Cultural ACEC Nominated: 31,810 acres | External Proposal | Yes | Cultural | I | I, 2 | The nominated Lower Uncompahgre Plateau Cultural ACEC contains important rock art and archaeological sites from three different transitional time periods of occupation that are not represented elsewhere. The area was a central part of the early homeland of the Ute Indians, and has many localities of traditional cultural and sacred site interest to modern Utes. The area has many scattered important archaeological sites that include archaic to historic Ute occupation in the 1880s (including the Harris site, rock art sites, and wickiups). The archaeological sites are nationally significant. |
| San Miguel River ACEC | Existing | Yes | Botanical: *Riparian Vegetation* | I, 2, 3 | I, 2, 3 | The San Miguel River ACEC was designated through an amendment of the San Juan/San Miguel RMP in 1993. The ACEC protects high |

BLM_0164530

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| Existing: 22,780 acres | | | Wildlife: *Important Bird Area* <br><br> Scenic | | | quality native riparian communities that are mainly due to the undammed San Miguel River and its intact hydrology. Such communities are becoming increasingly rare in Colorado. The ACEC preserves the high quality riparian vegetation resources, habitat for many bird species, and the scenic value of the corridor. <br><br> The ACEC has been designated as an Important Bird Area by the Audubon Society, and represents one of the finest protected southwest canyon riparian habitat in the United States (US). This area provides breeding sites for a wide variety of species and primary migratory routes for nearly all of the West's songbirds. More than 300 bird species have been observed in this area. The expanding black phoebe (*Sayornis nigricans*) population, which has been moving up the San Miguel River, reached the lower end of the ACEC in 1999. The San Miguel River also provides habitat for the yellow-billed cuckoo (*Coccyzus americanus*). <br><br> The ACEC's scenic values include the Unaweep Tabeguache Scenic and Historic Byway, which runs along the San Miguel River. This area inventoried at VRI Class II. |

BLM_0164531

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| San Miguel River ACEC, Expanded<br><br>Existing: 22,780 acres<br>Nominated expansion: 35,480 acres | BLM and External Proposal | Yes | Botanical: *Riparian Vegetation*<br><br>Wildlife: *Important Bird Area*<br><br>Scenic | 1, 2, 3 | 1, 2, 3 | The nominated San Miguel River ACEC is the existing San Miguel River ACEC, with additional acreage. The nominated ACEC would protect high quality native riparian communities that are mainly due to the undammed San Miguel River and its intact hydrology. Such communities are becoming increasingly rare in Colorado. The ACEC preserves the high quality riparian vegetation resources, habitat for many bird species, and the scenic value of the corridor.<br><br>The nominated ACEC expansion would extend protection to additional areas that have been recognized by the BLM and the CNHP as having high biodiversity significance. The CNHP has proposed the San Miguel River at Cottonwood Creek as a Potential Conservation Area, which hosts skunkbrush/coyote willow riparian shrubland, narrowleaf cottonwood/skunkbrush riparian woodland, and coyote willow/mesic graminoid riparian shrubland; all are good to excellent examples of these community types.<br><br>The existing ACEC has been designated as an Important Bird Area by the Audubon Society, and represents one of the finest protected southwest canyon riparian habitats in the US. The area provides breeding sites for a wide |

BLM_0164532

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | variety of species and primary migratory routes for nearly all of the West's songbirds. More than 300 Habitat for BLM bird species have been observed in this area. The expanding black phoebe population, which has been moving up the San Miguel River, reached the lower end of the existing ACEC in 1999.<br><br>The ACEC's scenic values include the Unaweep Tabeguache Scenic and Historic Byway, which follows the San Miguel River downstream from Placerville, and the San Juan Skyway, which follows the San Miguel River upstream from Placerville. These areas inventoried at VRI Class II. |
| San Miguel Gunnison Sage-grouse ACEC<br><br>Nominated: 470 acres | External Proposal | Yes | Wildlife Resource: *Habitat for BLM Sensitive Species* | 2 | 2, 3 | The nominated San Miguel Gunnison Sage-grouse ACEC is located on several small parcels of BLM-administered land in San Miguel County. This area contains potential, historic, and occupied Gunnison sage-grouse (*Centrocercus minimus*) habitat, as defined by CPW. This area also contains proposed critical habitat (460 acres) for Gunnison sage-grouse, as designated by USFWS.<br><br>Gunnison sage-grouse currently occur in what have previously been considered eight widely scattered and isolated populations in Colorado and Utah. The San Miguel Basin |

BLM_0164533

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | population exhibits a patchy distribution of Gunnison sage-grouse. As a result, there are six separate subpopulations identified within San Miguel Basin. This nominated ACEC is the northern end of what is considered part of the San Miguel (Miramonte Reservoir) population of Gunnison sage-grouse. The core of this population is found in the BLM Dolores Field Office to the south, but small portions of occupied habitat exist in this nominated ACEC.<br><br>Historically, Dove Creek – Monticello, San Miguel, Crawford, and Piñon Mesa all had much more sagebrush habitat and probably larger Gunnison sage-grouse populations that were somewhat connected through more contiguous areas of sagebrush habitat. An estimated 20 percent loss of sagebrush habitat between the late 1950's and the early 1990's and fragmentation of sagebrush habitat in southwestern Colorado is thought to have led to the current isolation of these populations. The protection of the small BLM portions of occupied habitat adjacent to private, state, and Forest Service lands being managed for Gunnison sage-grouse, provide additional protection for the species. |

BLM_0164534

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| West Montrose County Gunnison Sage-Grouse Sites ACEC<br><br>Nominated: 22,930 acres | External Proposal | No | Wildlife Resource: *Habitat for BLM Sensitive Species* | None | 3 | The nominated West Montrose County Gunnison Sage-grouse Sites ACEC does not meet the relevance criterion. The nominated ACEC contains areas of potential habitat which have not been occupied for more than 50 years.<br><br>The nominated ACEC contains historic and potential Gunnison sage-grouse habitat in western Montrose County, and also contains a small portion of proposed critical habitat (approx. 290 acres) for Gunnison sage-grouse, as designated by USFWS. It is located on several small parcels of BLM-administered land containing historic Gunnison sage-grouse habitat, as defined by CPW.<br><br>Gunnison sage-grouse currently occur in what have previously been considered eight widely scattered and isolated populations in Colorado and Utah. The San Miguel Basin population exhibits a patchy distribution of Gunnison sage-grouse. As a result, there are six separate subpopulations identified within San Miguel Basin. This nominated ACEC area is at the northern end of what is considered part of the San Miguel population of Gunnison sage-grouse. The core of this population is found in the Dolores Field Office to the south, but small portions of |

BLM_0164535

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | occupied habitat exist in this nominated ACEC.

Historically, Dove Creek – Monticello, San Miguel, Crawford, and Piñon Mesa all had much more sagebrush habitat and probably larger Gunnison sage-grouse populations that were somewhat connected through more contiguous areas of sagebrush habitat. An estimated 20 percent loss of sagebrush habitat between the late 1950's and the early 1990's and fragmentation of sagebrush habitat in southwestern Colorado is thought to have led to the current isolation of these populations. |
| Sims Cerro Gunnison Sage-grouse ACEC

Nominated: 25,620 acres | External Proposal | Yes | Wildlife Resource: *Habitat for BLM Sensitive Species* | 2 | 2, 3 | The nominated Sims Cerro Gunnison Sage-grouse Sites ACEC is located on a large parcel of BLM-administered land southeast of Montrose, and on smaller BLM parcels about 10 miles east of Montrose near Cerro Summit. The ACEC contains historic, potential, and occupied Gunnison sage-grouse habitat, as defined by CPW. This area also contains proposed critical habitat (6,970 acres) for Gunnison sage-grouse, as designated by USFWS.

Gunnison sage-grouse currently occur in what have previously been considered eight |

BLM_0164536

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | widely scattered and isolated populations in Colorado and Utah. The Cerro Summit-Cimarron-Sims Mesa population exhibits a patchy distribution of Gunnison sage-grouse. As a result, there are two subpopulations identified within Cerro Summit-Cimarron-Sims Mesa: Cerro Summit-Cimarron; and Sims Mesa. This area includes the BLM-administered lands within the Sims Mesa subpopulation, and a very small portion of the Cerro Summit-Cimarron subpopulation that is within the planning area. |
| | | | | | | The Sims Mesa lek locations have been periodically occupied by a few grouse as recently as 2002. While no Gunnison sage-grouse have been seen on the Sims Mesa leks in many years, Gunnison sage-grouse have been seen in the area in 2011 and 2012. Other lek sites in the area include Coal Hill (6 birds seen in 2004), Hairpin (1 bird seen in 2010), Cimarron (5 birds seen 2009), Cerro (last seen 2000) (CPW 2010). While no Gunnison sage-grouse have been seen on the Cerro lek in recent years, a Gunnison sage-grouse was seen in the Cerro Summit area in 2009 (CPW 2010). |
| | | | | | | An estimated 20 percent loss of sagebrush habitat between the late 1950's and the early |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0164537

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | 1990's and fragmentation of sagebrush habitat in southwestern Colorado is thought to have led to the current isolation of these populations. The protection of the small BLM portions of occupied/historic habitat provides additional protection for the species. |
| Dolores River Slickrock Canyon ACEC<br><br>Nominated: 9,780 acres | BLM Proposal | Yes | Botanical: *Riparian Communities and BLM Sensitive Species*<br><br>Fish and Wildlife: *BLM Sensitive Species*<br><br>Scenic | 1, 2, 3 | 1, 2, 3 | The nominated Dolores River Slickrock Canyon ACEC includes the Dolores River, La Sal Creek, and Coyote Wash, which have carved a spectacular, deep canyon through Jurassic and Triassic sandstones. Steep vertical cliffs dominate the canyon sides, broken only where tributaries enter the canyon. Most of this area is roadless and accessible only by raft, canoe or kayak.<br><br>This area includes the riparian zone and adjacent uplands along the Dolores River, from Slick Rock Canyon north almost to Bedrock. There are good to excellent occurrences of the globally common coyote willow/mesic graminoids. Typical vegetation along the river and creeks includes a band of coyote willow, mixed with giant reed at the water's edge between the low and high water marks. La Sal Creek has a critically imperiled plant association consisting of box elder and river birch. Colorado's largest population of |

BLM_0164538

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | Kachina daisy (*Erigeron kachinensis*), a G2/S1 BLM sensitive species, occurs along drainages feeding into Coyote Wash and Slick Rock Canyon.<br><br>The canyon bottoms support a nearly continuous occurrence of the riparian plant association known as New Mexico privet foothills riparian shrubland. The area supports two excellent (A-ranked) occurrences of a globally imperiled (G2/S1) New Mexico privet riparian shrub community (*Forestiera pubescens*) along the Dolores River. The New Mexico privet plant community is known only from the major rivers in the Four Corners area.<br><br>There are a few hanging garden communities (*Aquilegia micrantha – Mimulus eastwoodiae*), imperiled to vulnerable on a global scale (G2G3/S2S3), containing small populations of the globally vulnerable (G3/S1) Eastwood monkeyflower (*Mimulus eastwoodiae*).<br><br>The nominated ACEC also has a good (B-ranked) occurrence of the Naturita milkvetch (*Astragalus naturitensis*), a BLM sensitive species and considered to be imperiled to vulnerable both globally and in Colorado (G2G3/S2S3). |

BLM_0164539

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | The Dolores River throughout the length of the site supports populations of roundtail chub (*Gila robusta*), which is a BLM sensitive species and globally vulnerable (G3/S2). Populations of the chub are at the upstream margin of the species' range and comprise the majority of occurrences for this species. The La Sal Creek tributary harbors exemplary populations of three BLM and Colorado sensitive species: flannelmouth suckers (*Catostomus latipinnis*), bluehead suckers (*Catostomus discobolus*), and roundtail chubs (*Gila robusta*); this is one of a very few spawning tributaries for these species within the Dolores River Basin. . Other animal species with conservation significance are desert bighorn sheep and peregrine falcon. Cultural sites (rock art panels and historic structures) are in the area, as is a paleontological study area. |
| Dolores Slickrock Canyon ACEC Nominated: 10,670 acres | BLM Proposal | Yes | Botanical: *Riparian Communities and BLM Sensitive Species* | 1, 2, 3 | 1, 2, 3 | The nominated Dolores River Slickrock Canyon ACEC includes the Dolores River, La Sal Creek, and Coyote Wash, which have carved a spectacular, deep canyon through Jurassic and Triassic sandstones. Steep vertical cliffs dominate the canyon sides, broken only where tributaries enter the |

BLM_0164540

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | Fish and Wildlife: *BLM Sensitive Species* Scenic | | | canyon. Most of this area is roadless and accessible only by raft, canoe or kayak. This area includes the riparian zone and adjacent uplands along the Dolores River, from Slick Rock Canyon north almost to Bedrock. There are good to excellent occurrences of the globally common coyote willow/mesic graminoids. Typical vegetation along the river and creeks includes a band of coyote willow, mixed with giant reed at the water's edge between the low and high water marks. La Sal Creek has a critically imperiled plant association consisting of box elder and river birch. Colorado's largest population of Kachina daisy (*Erigeron kachinensis*), a G2/S1 BLM sensitive species, occur along drainages feeding into Coyote Wash and Slick Rock Canyon. The canyon bottoms support a nearly continuous occurrence of the riparian plant association known as New Mexico privet foothills riparian shrubland. The area supports two excellent (A-ranked) occurrences of a globally imperiled (G2/S1) New Mexico privet riparian shrub community (*Forestiera pubescens*) along the Dolores River. The New Mexico privet plant community is |

BLM_0164541

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | known only from the major rivers in the Four Corners area. |
| | | | | | | There are a few hanging garden communities (*Aquilegia micrantha* – *Mimulus eastwoodiae*), imperiled to vulnerable on a global scale (G2G3/S2S3), containing small populations of the globally vulnerable (G3/S1) Eastwood monkeyflower (*Mimulus eastwoodiae*). |
| | | | | | | The nominated ACEC also has a good (B-ranked) occurrence of the Naturita milkvetch (*Astragalus naturitensis*), a BLM sensitive species and considered to be imperiled to vulnerable both globally and in Colorado (G2G3/S2S3). |
| | | | | | | The Dolores River throughout the length of the site supports populations of roundtail chub (*Gila robusta*), which is a BLM sensitive species and globally vulnerable (G3/S2). Populations of the chub are at the upstream margin of the species' range and comprise the majority of occurrences for this species. The La Sal Creek tributary harbors exemplary populations of three BLM and Colorado sensitive species: flannelmouth suckers (*Catostomus latipinnis*), bluehead suckers (*Catostomus discobolus*), and roundtail chubs (*Gila robusta*; this is one of a very few |

BLM_0164542

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | spawning tributaries for these species within the Dolores River Basin. Other animal species with conservation significance are desert bighorn sheep and peregrine falcon.<br><br>Cultural sites (rock art panels and historic structures) are in the area, as is a paleontological study area. |
| La Sal Creek ACEC<br>Nominated: 10,490 acres | External Proposal | Yes | Botanical: *Unique Vegetation Communities and BLM Sensitive Species*<br><br>Fish and Wildlife: *BLM Sensitive Species* | 2, 3 | 1, 2, 3 | The nominated La Sal Creek ACEC includes La Sal Creek, as well as uplands. La Sal Creek cuts a spectacular canyon of entrenched meanders through red Triassic and Jurassic sandstones and siltstones. The narrow floodplain supports a critically imperiled plant association consisting of box elder and river birch. In the narrow band of riparian vegetation, box elder accounts for as much as 70 percent cover, with river birch providing 25 to 60 percent cover. Only a few other small occurrences of this community are known to exist.<br><br>New Mexico privet, coyote willow, red-osier dogwood, giant reed, and wild rose are also common. Although there are some introduced pasture grasses, including Kentucky bluegrass, there is no tamarisk along the upper part of the creek. |

BLM_0164543

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | Eroding shale slopes support populations of rare plants: Paradox breadroot (*Pediomelum aromaticum*), a G3/S2 BLM sensitive species; and Paradox Valley lupine (*Lupinus crassus*), a G2/S2, BLM sensitive species. |
| | | | | | | Upland vegetation consists of pinyon-juniper woodland with both true and dwarf mountain mahogany, cliffrose, Gambel's oak, yucca, cacti, and rabbitbrush. A good-sized population of Paradox breadroot, with several hundred |
| | | | | | | plants, was found on a dry bench overlooking La Sal Creek. |
| | | | | | | La Sal Creek harbors exemplary populations of three BLM and Colorado sensitive species: flannelmouth suckers *(Catostomus latipinnis)*, bluehead suckers *(Catostomus discobolus)*, and roundtail chubs *(Gila robusta)*. This is one of a very few spawning tributaries for these species within the Dolores River Basin. |
| Coyote Wash ACEC Nominated: 2,100 acres | External Proposal | Yes | Botanical: BLM Sensitive Species | 3 | 1, 2, 3 | The nominated Coyote Wash ACEC is a steep-sided tributary canyon that joins the Dolores Canyon. Its flat sandy bottom has a small meandering stream that occasionally floods. Colorado's largest population of Kachina daisy, a G2/S1 BLM sensitive species, |

BLM_0164544

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | occurs along drainages feeding into the wash and canyon; hanging gardens in the canyon walls support Eastwood monkeyflower (*Mimulus eastwoodiae*) a BLM sensitive species. The banks of the Dolores River also have box-elder, river birch, and red-osier dogwood communities. Isolated benches in the canyon support Great Basin grassland communities that are in excellent condition. The south boundary of the ACEC is the UFO boundary. Because of this, the nominated ACEC does not include the bottom of the drainage. |
| East Paradox ACEC  Nominated: 7,360 acres | BLM Proposal | Yes | Botanical: *Unique Vegetation Communities, rare species of biological soil crusts, and BLM Sensitive Species*  Fish and Wildlife: *BLM Sensitive Species* | 2, 3 | 1, 2, 3 | The nominated East Paradox ACEC has the best known occurrence of the BLM sensitive species Paradox Valley lupine. This species is known only to occur in Colorado and is globally imperiled (G2/S2). There are two excellent occurrences (A-ranked) of the Paradox breadroot, a BLM sensitive and globally vulnerable (G3/S2) plant. There are well developed cryptogamic crusts found between plants. During the spring of 2009, an inventory of biological soil crusts was conducted by Jessie Salix (BLM Vernal Field Office Botanist) in the Paradox Valley, at the request of the UFO. The survey |

BLM_0164545

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | discovered that the soils in the inventory area are derived from the Paradox Formation, and are highly gypsiferous. These soils tend to support a higher than normal density and species diversity of biological soil crusts. |
| | | | | | | The inventory also resulted in the documentation of the occurrence of two species of biological soil crusts that are somewhat rare and typically found only on gypsiferous soils. The two species are: *Lecanora gypsicola* and *Gypsoplaca macrophylla*. The identification of these species was verified by Dr. Larry St. Clair, Lichenologist at Brigham Young University. Dr. St. Clair conveyed via e-mail to Jessie Salix that he felt the lichens were in need of protection for two reasons: 1) they occur exclusively on gypsiferous soils, a limited habitat that is commonly mined, 2) Dr. St. Clair has only observed these two species on less than half of the gypsiferous sites he has inventoried. The location is also the type locality for the Paradox cateye (*C. paradoxa*). |
| | | | | | | This area has a number of occurrences of wildlife species with conservation significance. The two rarest are the roundtail chub and flannelmouth sucker, both BLM sensitive fish |

BLM_0164546

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | species. Nesting peregrine falcons also occur at this site. |
| Biological Soil Crust ACEC<br><br>Nominated: 1,900 acres | BLM Proposal | Yes | Botanical: *Rare species of biological soil crusts* | 2, 3 | 1, 2, 3 | There are well developed cryptogamic crusts found between plants. During the spring of 2009, an inventory of biological soil crusts was conducted by Jessie Salix (BLM Vernal Field Office Botanist) in the Paradox Valley, at the request of the UFO. The survey discovered that the soils in the inventory area are derived from the Paradox Formation, and are highly gypsiferous. These soils tend to support a higher than normal density and species diversity of biological soil crusts.<br><br>The inventory also resulted in the documentation of the occurrence of two species of biological soil crusts that are somewhat rare and typically found only on gypsiferous soils. The two species are: *Lecanora gypsicola* and *Gypsoplaca macrophylla*. The identification of these species was verified by Dr. Larry St. Clair, Lichenologist at Brigham Young University. Dr. St. Clair conveyed via e-mail to Jessie Salix that he felt the lichens were in need of protection for two reasons: 1) they occur exclusively on gypsiferous soils, a limited habitat that is commonly mined, 2) Dr. St. Clair has only |

BLM_0164547

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | observed these two species on less than half of the gypsiferous sites he has inventoried. |
| West Paradox ACEC Nominated: 5,190 acres | BLM Proposal | Yes | Botanical: *Unique Vegetation Communities and BLM Sensitive Species* Fish and Wildlife: *BLM Sensitive Species* | 2, 3 | 1, 2, 3 | The nominated West Paradox ACEC is located on the north side of Paradox Valley and west of the Dolores River, on dark red soils derived from the Chinle Formation. This site contains an excellent (A-ranked) and historical occurrences of the BLM sensitive species Paradox Valley lupine, a globally imperiled (G2/S2) species. It also contains Paradox breadroot, a BLM sensitive and globally vulnerable (G3/S2) plant. The Paradox Valley lupine and Paradox breadroot are both locally common in the bottoms and on the sides of draws at the base of the south-facing slopes. There are many thousands of individuals of each species, with a variety of ages represented. Other vegetation consists of Utah juniper woodland, with galleta and snakeweed. The plant community is in good condition with few exotic species present. |

BLM_0164548

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| Paradox Rock Art ACEC<br><br>Nominated: 1,080 acres | External Proposal | Yes | Cultural | 1 | 1, 2 | The nominated Paradox Rock Art ACEC is located in the eastern part of Paradox Valley. It contains important rock art and archaeological sites, including several outstanding examples of Ancestral Puebloan style petroglyphs, Formative period and earlier occupations, features and isolates, and settled village sites dating more than five hundred to a thousand years old. The site is rare for its northern extent of Anasazi rock art and occupation. |
| Tabeguache Pueblo/ Tabeguache Caves ACEC<br><br>Nominated: 26,300 acres | External Proposal | Yes | Cultural | 1 | 1, 2 | The nominated Tabeguache Pueblo/Tabeguache Caves ACEC contains important archaeological sites that show a relationship between the Fremont and Anasazi cultures. The Tabeguache Pueblos and Tabeguache Caves are important both to the prehistory of the region and to the history of archaeology in Colorado, being some of the earliest explored and described archaeological sites in the state. In addition to their historic interest, both Tabeguache caves and the pueblos still contain intact archaeological deposits dating to the Formative period Anasazi, or Ancestral Puebloan people. There is some evidence of farming (corn production). |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0164549

| Name of ACEC | Status | Relevant and Important (carried forward)? | Values Assessed | Relevance Criteria Supported (see text above for relevance criterion) | Importance Criteria Supported (see text above for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| Tabeguache Creek ACEC/ONA<br><br>Existing: 560 acres | Existing | Yes | Cultural | 1 | 1, 2 | The Tabeguache Creek ACEC and ONA is designated to protect cultural resources and aquatic/riparian values. The ACEC/ONA is completely within the Tabeguache Special Management Area. It contains important archaeological sites that show a relationship between the Fremont and Anasazi cultures. The Tabeguache Creek ACEC/ONA is important both to the prehistory of the region and to the history of archaeology in Colorado. It has some of the earliest explored and described archaeological sites in the state. The ACEC contains intact archaeological deposits dating to the Formative period Anasazi, or Ancestral Puebloan people. |
| Young Egg Locality ACEC<br><br>Nominated: 120 acres | External Proposal | No | | | | The nominated ACEC is within the Dominguez-Escalante National Conservation Area, which is not within the Uncompahgre RMP planning area. Because the nominated ACEC is outside of the planning area, it will not be considered in the Uncompahgre RMP. |

BLM_0164550

This page intentionally left blank.

BLM_0164551

# Appendix P
## Final Wild and Scenic River Suitability Report

BLM_0164552

BLM_0164553



**Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401**

**2018
June**

FINAL WILD AND SCENIC RIVER
SUITABILITY REPORT
*for the BLM* Uncompahgre Planning Area

BLM_0164554

BLM_0164555

# TABLE OF CONTENTS

ACRONYMS AND ABBREVIATIONS ..................................................................6

A. INTRODUCTION ........................................................................................7
   The Study Area .........................................................................................7

B. WILD AND SCENIC RIVER STUDY PROCESS...........................................7
   *Figure 1 - WSR Study Process Flowchart*.........................................................9
   Eligibility Analysis....................................................................................10
      *Table 1 - Eligible Segments by Hydrologic Unit*..........................................10
      *Table 2 - National Register of Historic Places Evaluation Criteria*...................13
      *Table 3 - Colorado Natural Heritage Program Element Imperilment Ranks*..........14
   Suitability Analysis ..................................................................................15
   Actions in Response to Recommendations ..............................................19
      *Table 4 - Interim Protection for Suitable Segments*....................................20
      *Figure 2 - Map of Classifications for Suitable Segments*.............................21
      *Table 5 - Summary of Segment Suitability*...............................................22
      *Table 6 - Segment Changes from Eligibility to Suitability*...........................24

C. SUITABLE SEGMENTS:.............................................................................27

ASSESSMENT & SUITABILITY DETERMINATION........................................27
      *Figure 3 - (7) Monitor Creek*..................................................................28
   7 ~ Monitor Creek....................................................................................30
      *Figure 4 - (8) Potter Creek*....................................................................32
   8 ~ Potter Creek......................................................................................33
      *Figure 5 - (10) Roubideau Creek, Segment 1*............................................36
   10 ~ Roubideau Creek, Segment 1 ............................................................37
      *Figure 6 - (14) Beaver Creek*.................................................................41
   14 ~ Beaver Creek....................................................................................43
      *Figure 7 - (17) Saltado Creek*................................................................47
   17 ~ Saltado Creek...................................................................................48
      *Figure 8 - (18) San Miguel River, Segment 1*............................................52
   18 ~ San Miguel River, Segment 1 ............................................................54
      *Figure 9 - (19) San Miguel River, Segment 2*............................................60
   19 ~ San Miguel River, Segment 2 ............................................................62
      *Figure 10 - (20) San Miguel River, Segment 3*...........................................67
   20 ~ San Miguel River, Segment 3 ............................................................69
      *Figure 11 - (21) San Miguel River, Segment 5*...........................................74
   21 ~ San Miguel River, Segment 5 ............................................................76
      *Figure 12 - (22) San Miguel River, Segment 6*...........................................81

BLM_0164556

**Final Wild and Scenic River Suitability**

22 ~ San Miguel River, Segment 6 ....................................................................................83

    *Figure 13 - (23) Tabeguache Creek, Segment 1* .............................................. 88

23 ~ Tabeguache Creek, Segment 1 ..............................................................................90

    *Figure 14 - (25) Lower Dolores River* ................................................................ 93

25 ~ Lower Dolores River.....................................................................................................95

    *Figure 15 - (27) Dolores River, Segment 2*......................................................100

27 ~ Dolores River, Segment 2 ........................................................................................102

    *Figure 16 - (30) La Sal Creek, Segment 2*.......................................................107

30 ~ La Sal Creek, Segment 2...........................................................................................109

    *Figure 17 - (31) La Sal Creek, Segment 3*........................................................112

31 ~ La Sal Creek, Segment 3...........................................................................................114

    *Figure 18 - (34) Dolores River, Segment 1*......................................................118

34 ~ Dolores River, Segment 1 ........................................................................................120

**D. NOT SUITABLE SEGMENTS:  ASSESSMENT & SUITABILITY**

**DETERMINATION** ........................................................................................................124

    *Figure 19 - Gunnison River, Segment 2*.............................................................125

5 ~ Gunnison River, Segment 2.......................................................................................126

    *Figure 20 - (11) Roubideau Creek, Segment 2* ............................................129

11 ~ Roubideau Creek, Segment 2 ................................................................................130

    *Figure 21 - (12) Deep Creek*...............................................................................132

12 ~ Deep Creek....................................................................................................................133

    *Figure 22 - (13) West Fork Terror Creek* .......................................................135

13 ~ West Fork Terror Creek...........................................................................................136

    *Figure 23 - (15) Dry Creek*..................................................................................139

15 ~ Dry Creek .......................................................................................................................140

    *Figure 24 - (16) Naturita Creek*.........................................................................142

16 ~ Naturita Creek.............................................................................................................143

    *Figure 25 - (24) Tabeguache Creek, Segment 2*...........................................147

24 ~ Tabeguache Creek, Segment 2 ..............................................................................148

    *Figure 26 - (26) North Fork Mesa Creek*.......................................................151

26 ~ North Fork Mesa Creek ...........................................................................................152

    *Figure 27 - (28) Ice Lake Creek, Segment 2*..................................................155

28 ~ Ice Lake Creek, Segment 2.....................................................................................156

    *Figure 28 - (29) La Sal Creek, Segment 1*......................................................159

29 ~ La Sal Creek, Segment 1...........................................................................................160

    *Figure 29 - (32) Lion Creek, Segment 2*..........................................................163

32 ~ Lion Creek, Segment 2..............................................................................................164

    *Figure 30 - (33) Spring Creek*.............................................................................167

33 ~ Spring Creek..................................................................................................................168

BLM_0164557

## E. DOLORES-SAN MIGUEL STAKEHOLDER ANALYSIS & RECOMMENDATIONS...........................................................................171
### Southwest Resource Advisory Council ...............................................171
Table 7 - Summary of Southwest Resource Advisory Council Suitability Recommendations .........172

## F. GUNNISON BASIN STAKEHOLDER ANALYSIS & RECOMMENDATIONS ............180
### Stakeholder Group One Recommendations .....................................181
Table 8 - Gunnison River, Segment 2 Stakeholder Assessment...........................................186
Table 9 - Monitor Creek Stakeholder Assessment ................................................................188
Table 10 - Potter Creek Stakeholder Assessment .................................................................189
Table 11 - Roubideau Creek, Segment One Stakeholder Assessment..................................190
Table 12 - Roubideau Creek, Segment Two Stakeholder Assessment..................................192
Table 13 - Deep Creek Stakeholder Assessment ..................................................................193
Table 14 - West Fork Terror Creek Stakeholder Assessment..............................................196
### Stakeholder Group Two Recommendations .....................................199

## G. SUITABILITY STUDY PARTICIPANTS.........................................................205

## H. BIBLIOGRAPHY ............................................................................................206
Table 15 - Suitable Segments in the UFO Planning Area.......................................................209

BLM_0164558

## ACRONYMS AND ABBREVIATIONS

| ACRONYM OR ABBREVIATION | COMPLETE PHRASE |
|---|---|
| ACEC | Area of Critical Environmental Concern |
| ATV | all-terrain vehicle |
| BLM | United States Department of the Interior, Bureau of Land Management |
| BOR | United States Department of the Interior, Bureau of Reclamation |
| cfs | cubic feet per second (water flow measurement) |
| CNHP | Colorado Natural Heritage Program |
| CWCB | Colorado Water Conservation Board |
| EIS | Environmental Impact Statement |
| ESA | Endangered Species Act |
| NCA | National Conservation Area |
| NWSRS | National Wild and Scenic Rivers System |
| ORV | Outstandingly Remarkable Value |
| RMP | Resource Management Plan |
| ROW | Right-of-Way |
| T/R/Sec | Township/Range/Section (Public Land Survey System) |
| UFO | United States Department of the Interior, Bureau of Land Management, Uncompahgre Field Office |
| USFS | United States Department of Agriculture, Forest Service |
| WSA | Wilderness Study Area |
| WSR | Wild and Scenic Rivers |
| WSR Act | Wild and Scenic Rivers Act |

BLM_0164559

## A. INTRODUCTION

This report presents an analysis of and recommendations regarding the suitability of 29 eligible river segments within the Bureau of Land Management (BLM) Uncompahgre Planning Area (planning area) for inclusion in the National Wild and Scenic Rivers System (NWSRS). An 11.88-mile segment of the Dolores River within the planning area was identified as eligible in the San Juan Public Lands Draft Land Management Plan and is among the 29 segments evaluated for this report.

After considering information, comments, and recommendations from BLM resource staff, the BLM Southwest Resource Advisory Council, cooperating agencies, stakeholder groups, landowners, and other interested parties, the BLM identified 16 of the 29 segments as suitable for NWSRS consideration. The findings are used to develop the preferred alternative for the Uncompahgre Resource Management Plan (RMP) and to make NWSRS recommendations to Congress.

### THE STUDY AREA

The United States Department of the Interior, BLM, Uncompahgre Field Office (UFO) manages public land in Delta, Mesa, Montrose, Gunnison, Ouray, and San Miguel counties in southwestern Colorado. The planning area for the RMP consists of over 675,000 acres of BLM-administered public land within the UFO, excluding the Gunnison Gorge National Conservation Area (NCA) and the Dominguez-Escalante NCA, which operate under separate RMPs.

The BLM completed an evaluation of 174 river segments in the planning area and released the *Final Wild and Scenic River Eligibility Report for the BLM Uncompahgre Planning Area* on July 15, 2010. The report identifies 34 segments as eligible for inclusion in the NWSRS, including six segments within the UFO portion of the Dominguez-Escalante NCA. These segments will be evaluated for suitability during development of the Dominguez-Escalante NCA RMP and are not included in this report:

- Cottonwood Creek
- Dry Fork Escalante Creek, Segment 2
- Escalante Creek, Segment 1
- Escalante Creek, Segment 2
- Gunnison River, Segment 3
- Rose Creek

## B. WILD AND SCENIC RIVER STUDY PROCESS

Section 5(d) (1) of the 1968 Wild and Scenic Rivers Act (WSR Act) requires federal agencies to evaluate potential wild and scenic rivers when preparing resource management plans: "In all planning for the use and development of water and related land resources, consideration shall be given by all federal agencies involved to potential national wild, scenic, and recreational river areas."

As shown in the flowchart below, the Wild and Scenic River (WSR) study process consists of evaluating segments for *eligibility* and *suitability*. Both studies are conducted in accordance with

BLM_0164560

the WSR Act, BLM Manual 8351 and the revised BLM Manual 6400: *Wild and Scenic Rivers–Policy and Program Direction for Identification, Evaluation, and Management* (1992 and 2012), and *The Wild and Scenic River Study Process Technical Report* (1999) issued by the Interagency Wild and Scenic Rivers Coordinating Council.

BLM_0164561

**Identify river segments for initial
Wild and Scenic River consideration**

**Evaluate ELIGIBILITY of each segment, using
established standards and the knowledge
of resource specialists to determine:**
- Is the segment free-flowing?
- Does the segment have one or more
  *Outstandingly Remarkable Values (ORVs)*?

 **NO** → **Drop segment
from further
Wild and
Scenic River
consideration**

**YES**

**For each ELIGIBLE segment:**
- **Document ORV(s) and basis of determination**
- **Assign a preliminary classification of *Wild*,
  *Scenic*, or *Recreational***

**Submit DRAFT ELIGIBILITY results for
public review and comment**

**Incorporate public comments into
FINAL ELIGIBILITY REPORT**

**Evaluate segment SUITABILITY, using public
input and land status records to determine:**
- Should the segment's free-flowing character, water
  quality, and ORVs be protected, or do certain uses
  warrant other forms of protection?
- Will the segment's free-flowing character, water
  quality, and ORVs be best protected through
  designation?
- Is there a demonstrated commitment to protect the
  segment by nonfederal entities partially responsible
  for implementing protective management?

 **NO** → **Drop segment
from further
Wild and
Scenic River
consideration**

 **YES**

**Document segment SUITABILITY results in
Draft Resource Management Plan**

**Recommend SUITABLE segments to
Congress for further consideration**

FIGURE 1 - **WSR** STUDY PROCESS FLOWCHART

BLM_0164562

**Final Wild and Scenic River Suitability**

## ELIGIBILITY ANALYSIS

### FIELD SURVEYS

Extensive field inventories were conducted throughout the planning area between 2006 and 2009. An interdisciplinary team of BLM employees identified 174 river and stream segments from within seven hydrologic units.

#### TABLE 1 - ELIGIBLE SEGMENTS BY HYDROLOGIC UNIT

| HYDROLOGIC UNIT | ELIGIBLE SEGMENTS |
|---|---|
| Upper Gunnison | 0 |
| Lower Gunnison | 5 |
| Uncompahgre | 0 |
| North Fork of the Gunnison | 2 |
| San Miguel | 11 |
| Lower Dolores | 2 |
| Upper Dolores[1] | 9 |
| **TOTAL SEGMENTS** | **29** |

[1]**Includes one reach of the Dolores River determined to be eligible in the San Juan Public Lands Draft Land Management Plan.**

### ANALYSIS

The team evaluated each segment to determine whether it meets the two criteria required for NWSRS eligibility:  the stream (1) is free-flowing and (2) possesses any of several outstandingly remarkable values (ORVs) adopted and specifically tailored for application within the planning area prior to the assessment. As shown in Table 1 above, 29 planning area segments within five of the seven hydrologic units analyzed were found to possess the eligibility criteria. In addition, one Upper Dolores segment within the planning area was identified as eligible in the San Juan Public Lands Draft Land Management Plan. No eligible segments were identified within either the Upper Gunnison or Uncompahgre hydrologic units.

### OUTSTANDINGLY REMARKABLE VALUES

Presented below are the nine ORVs used in the analysis. While values must be river-related, eligible ORVs may be scenic, recreational, geologic, fish, wildlife, cultural, historic, vegetation, or other similar value (such as paleontological). In addition, in order to be considered outstandingly

BLM_0164563

remarkable, a value must be unique, rare, or exemplary, as well as significant within a defined region of comparison.

### Regions of Comparison

A region of comparison is used to compare the special values for which a river is being considered against comparable elements within a defined geographic area. The area, region, or scale used for comparison is not fixed, and should be that which best serves as a basis for meaningful analysis—it might vary, depending on the value being considered. The scale of a region could consist of a portion of a state or other appropriately scaled geographic area or hydrologic unit (Interagency WSR Coordinating Council 1999).

The following standards and regions of comparison for each ORV category were developed by UFO resource specialists, and used to evaluate the WSR eligibility of UFO rivers:

## 1. SCENIC

**Standard** - The landscape elements of landform, vegetation, water, color, and related factors must result in notable or exemplary visual features and/or attractions within the geographic region. The BLM Visual Resource Inventory Handbook (H8410-1) may be used to assess visual quality and evaluate the extent to which development impacts an area's scenic values. The area must have a Scenic Quality Classification of A, as defined in H8410-1. When analyzing scenic values, additional factors such as seasonal variations in vegetation, scale of cultural modifications, and length of time negative intrusions are viewed may be considered. Scenery and visual attractions may be highly diverse over the majority of the river segment length and not common to other rivers in the geographic region.

**Region of Comparison** - The landscape has a Scenic Quality Classification of "A" within either the Southern Rockies or Colorado Plateau ecologic region.

## 2. RECREATIONAL

**Standard** - Recreational opportunities are or have the potential to be unusual enough to attract visitors to the geographic region. Visitors are willing to travel long distances to use the river resources for recreational purposes. Recreation-related opportunities could include, but are not be limited to, sightseeing, wildlife observation, camping, photography, hiking, fishing, hunting, and boating. Interpretive opportunities may be exceptional and attract or have the potential to attract visitors from outside the geographic area. The river may provide or have the potential to provide settings for national or regional commercial usage or competitive events. In addition, the river may be eligible if it is determined to provide a critically important regional recreation opportunity, or be a significant component of a regional recreation opportunity spectrum setting.

**Region of Comparison** - The area possesses recreational opportunities popular enough to attract visitors from throughout or beyond the state of Colorado, and/or that are unique or rare within either the Southern Rockies or Colorado Plateau ecologic region. Opportunities could include Gold Medal fisheries, rafting, and others.

BLM_0164564

### 3. GEOLOGIC

*Standard* - The river or the area within the river corridor contains one or more examples of a geologic feature, process, or phenomenon that is rare, unusual, or unique to the geographic region. The feature or features may be in an unusually active stage of development, represent a textbook example and/or represent a unique or rare combination of geologic features (erosional, volcanic, glacial, and other geologic structures).

*Region of Comparison* - The feature is unique or rare within either the Southern Rockies or Colorado Plateau ecologic region.

### 4. FISH

*Standard* - Fish values may be judged on the relative merits of either fish populations or habitat, or a combination of these river-related conditions.

a) Populations:  The river is nationally or regionally one of the top producers of resident, indigenous, and/or anadromous fish species. Of particular significance may be the presence of wild or unique stocks, or populations of Colorado State and/or federally listed or candidate threatened and endangered species.

b) Habitat:  The river provides exceptionally high quality habitat for fish species indigenous to the region. Of particular significance is habitat for Colorado State and/or federally listed or candidate threatened and endangered species.

*Region of Comparison* - Distribution of native species across their entire range, within either the Southern Rockies or Colorado Plateau ecologic region.

### 5. WILDLIFE

*Standard* - Wildlife values may be judged on the relative merits of either wildlife populations or habitat, or a combination of these conditions.

a) Populations:  The river or area within the river corridor contains nationally or regionally important populations of resident or indigenous wildlife species dependent on the river environment. Of particular significance may be species considered to be unique or populations of Colorado State and/or federally listed or candidate threatened and endangered species.

b) Habitat:  The river or area within the river corridor provides exceptionally high quality, occupied habitat for wildlife of national or regional significance, or may provide a unique or critical habitat link for special status species known to occur in the area. Contiguous habitat conditions are such that the biological needs of the species are met.

*Region of Comparison* - Distribution of native species across their entire range, within either the Southern Rockies or Colorado Plateau ecologic region.

BLM_0164565

## 6. CULTURAL

**Standard** - The river or area within the river corridor contains one or more sites where there is evidence of occupation or use by Native Americans. Sites must be rare, have unusual characteristics, or exceptional human interest values. Sites may have national or regional importance for interpreting prehistory, may be rare, may represent an area where culture or cultural period was first identified and described, may have been used concurrently by two or more cultural groups, or may have been used by cultural groups for rare, sacred, tribal, or spiritual purposes.

**Region of Comparison** - A site that is on, or could be eligible for, the National Register of Historic Places (NRHP).

## 7. HISTORIC

**Standard** - The river or area within the corridor contains one or more sites or features associated with a significant event, person, or cultural activity of the past that was rare or unusual in the region. Historic and/or Native American sites or features in most cases are 50 years old or older. Sites or features listed in, or eligible for inclusion in, the NRHP may be of particular significance.

**Region of Comparison** - A site that is unique or rare within the state of Colorado, and is on or could be eligible for the NRHP (as shown in Table 2).

### TABLE 2 - NATIONAL REGISTER OF HISTORIC PLACES EVALUATION CRITERIA

| The quality of significance in American history, architecture, archeology, engineering, and culture is present in districts, sites, buildings, structures, and objects that possess integrity of location, design, setting, materials, workmanship, feeling, and association, and: | |
|---|---|
| **CRITERION** | **DESCRIPTION** |
| A | Are associated with events that have made a significant contribution to the broad patterns of our history |
| B | Are associated with the lives of persons significant in our past |
| C | Embody the distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction |
| D | Have yielded, or may be likely to yield, information important in history or prehistory |

BLM_0164566

## 8. VEGETATION

*Standard* - The river or stream segment supports a riparian vegetation community that is a superior occurrence or is rare on a global basis:

> a) Superior occurrence:  For this standard, a superior community is defined as having received an Element Occurrence Ranking of A by the Colorado Natural Heritage Program (CNHP). An A ranking denotes that a community has excellent estimated ecological integrity based on size, condition, and landscape context.

> b) Rare on a global basis:  For this standard, rareness is defined as a ranking of G1 or G2 (as determined by CNHP and described in Table 3).

Riparian vegetation that is located in a Potential Conservation Area (as determined by CNHP) has enhanced value because it has been identified as highly important for conserving regional and global biodiversity.

*Region of Comparison* - The river or area within the river corridor provides exceptional vegetative species or communities of significance within either the Southern Rockies or Colorado Plateau ecologic region. Consideration should be given to habitats and rare plants identified by CNHP as being of global importance (such as exceptional riparian areas and hanging gardens).

The element imperilment ranks shown in the table below are assigned in terms of an element's imperilment over its entire range (its Global-rank or G-rank):

### TABLE 3 - COLORADO NATURAL HERITAGE PROGRAM ELEMENT IMPERILMENT RANKS

| RANK | DESCRIPTION |
|------|-------------|
| G1 | Critically imperiled globally because of rarity (5 or fewer occurrences in the world or 1,000 or fewer individuals), or because some factor of its biology makes it especially vulnerable to extinction. |
| G2 | Imperiled globally because of rarity (6 to 20 occurrences or 1,000 to 3,000 individuals), or because other factors demonstrably make it very vulnerable to extinction throughout its range. |
| G3 | Vulnerable through its range or found locally in a restricted range (21 to 100 occurrences or 3,000 to 10,000 individuals). |
| G4 | Apparently secure globally, though it may be quite rare in parts of its range, especially at the periphery. Usually more than 100 occurrences and 10,000 individuals. |
| G5 | Demonstrably secure globally, though it may be quite rare in parts of its range, especially at the periphery. |

## 9. OTHER SIMILAR VALUES

*Standard* - While no specific evaluation guidelines have been established for the "other similar values" category, additional values deemed relevant to the eligibility of the river segment should be

BLM_0164567

considered in a manner consistent with the foregoing guidance including, but not limited to, paleontologic, and scientific study opportunities.

*Region of Comparison* - Unique or rare within the Southern Rockies or Colorado Plateau ecologic region. For paleontological resources, these regions would be defined based on geological associations.

### PRELIMINARY CLASSIFICATION

As defined in the WSR Act, the eligible segments were then assigned a preliminary classification of *wild*, *scenic,* or *recreational* based upon the amount of access to, and level of shoreline and water resource development within the corridor.

For a complete description of the segments analyzed and methods used, the eligibility report is available for review at the Montrose Public Lands Center in Montrose, Colorado.

## SUITABILITY ANALYSIS

During the suitability process, the BLM weighed protective measures for eligible river segments and the corresponding corridor in relation to current and potential identified uses. Possible environmental and economic consequences of, management issues resulting from, and reasonable alternatives to WSR designation were considered. Preliminary segment boundaries and classifications were reevaluated in response to public input. Geographic information systems data was recalculated, at times resulting in modified segment lengths and land ownership measures.

The portions of the eligible stream segment that are not included within the suitable stream segment boundaries, both in terms of stream miles and acreage within the eligible stream corridor, are found to be not suitable.

According to the Interagency WSR Coordinating Council (1999), a suitability evaluation should address three primary considerations:

- Should the river's free-flowing character, water quality, and ORVs be protected, or are one or more other uses important enough to warrant doing otherwise?

- Will the river's free-flowing character, water quality, and ORVs be protected through designation? Is designation the best method for protecting the river corridor? In answering these questions, the benefits and impacts of WSR designation must be evaluated and alternative protection methods considered.

- Is there a demonstrated commitment to protect the river by any nonfederal entities partially responsible for implementing protective management?

### UFO SUITABILITY CRITERIA

Criteria used to evaluate eligible planning area segments for suitability were derived from BLM Manual 8351, *Wild and Scenic Rivers - Policy and Program Direction for Identification, Evaluation, and Management* (1992), as well as from guidelines issued by the Interagency Wild and Scenic Rivers

BLM_0164568

Coordinating Council (1999). Suitability criteria in the recently revised 8351 manual (now BLM Manual 6400 [2012]) were also considered. The following suitability criteria were formulated to elicit focused responses from BLM staff and the public useful in analyzing individual segments:

1.  Characteristics that do, or do not, make the area a worthy addition to the NWSRS. These characteristics (free flow and ORVs) are described in the WSR Act and may include additional factors.

2.  The current status of land ownership and use in the area.

3.  The reasonably foreseeable potential uses of the land and water that would be enhanced, foreclosed, or curtailed if the area were included in the NWSRS.

4.  The federal agency that will administer the area should it be added to the NWSRS.

5.  The extent to which the agency proposes that administration of the river, including the costs thereof, is shared by state and local agencies.

6.  The estimated cost to the United States of acquiring necessary lands or interests in land within the corridor, as well as the cost of administering the area should it be added to the NWSRS.

7.  A determination of the extent that other federal agencies, the state, or its political subdivisions might participate in the preservation and administration of the river should it be proposed for inclusion in the NWSRS.

8.  An evaluation of local zoning and other land use controls in protecting the river's ORVs and preventing incompatible development.

9.  The state/local government's capacity to manage and protect the ORVs on nonfederal lands. This factor requires an evaluation of the river protection mechanisms available through the authority of state and local governments. Such mechanisms may include, for example, statewide programs related to population growth management, vegetation management, water quantity or quality, or protection of river-related values such as open space and historic areas.

10. The existing support or opposition of designation. Assessment of this factor will define the political context. The interest in designation or nondesignation by federal agencies; state, local, and tribal governments; national and local publics; and the state's congressional delegation should be considered.

11. The consistency of designation with other agency plans, programs, and policies in meeting regional objectives. Designation may help or impede the goals of tribal governments or other federal, state, or local agencies. For example, designation of a river may contribute to state or regional protection objectives for fish and wildlife resources. Similarly, adding a river that includes a scarce recreation activity or setting to the NWSRS may help meet statewide recreation goals. Designation might, however, limit irrigation and/or flood control measures in a manner inconsistent with regional socioeconomic goals.

BLM_0164569

12. The contribution to river system or basin integrity. This factor reflects the benefits of a "systems" approach (e.g., expanding the designated portion of a river in the NWSRS or developing a legislative proposal for an entire river system—headwaters to mouth—or watershed). Numerous benefits may result from managing an entire river or watershed, including the ability to design a holistic protection strategy in partnership with other agencies and the public.

13. The potential for water resources development. Identify any proposed water resource projects that may be foregone, as designation may limit development of water resources projects as diverse as irrigation and flood control measures, hydropower facilities, dredging, diversion, bridge construction, and channelization.

## BLM INTERDISCIPLINARY TEAM

For each eligible segment, an interdisciplinary team of BLM resource specialists (listed on page 205) compiled information from within their particular area(s) of expertise. The specialists met as a group to evaluate the segments in relation to the suitability criteria. Following their preliminary review, the team collected additional data to fill information gaps.

## INFORMATION SOURCES

BLM staff utilized a variety of resources to analyze and make recommendations for each segment, including:

Geographic Information Systems data
U.S. Geological Survey stream gauge data and minerals maps
Land status maps
State and federal agency agreements and management plans
Local and county government land use plans and zoning documents
Colorado Water Conservation Board (CWCB) project data
Colorado Water Plan and Basin Implementation Plans
Water district planning documents
Published books and reports
River guides
Water rights tabulations

## PUBLIC PARTICIPATION

The suitability comment period was announced through a press release issued July 15, 2010. Letters inviting participation and requesting input regarding eligible segments were mailed to potential interested parties. Response forms were disseminated at public meetings and via mail and email, and available through the UFO Wild and Scenic River Studies webpage.

BLM_0164570

### Public Comments

The UFO received hundreds of forms and letters containing unique comments, as well as numerous form letters. Substantive comments received during the formal suitability comment period (ending August 20, 2010) were summarized by segment and suitability criteria and considered in the suitability analysis. Comments received during the stakeholder process ending January 24, 2011 were also considered when they provided new information. In addition, comments received during the eligibility period that pertained more closely to suitability were included. Eligibility-related comments were not considered during the suitability analysis. Original comments are on file at the UFO administrative headquarters in Montrose, Colorado.

### Stakeholder Groups

Input from public stakeholder groups was critical in evaluating the suitability of each segment. Separate stakeholder processes were initiated for segments in the Gunnison River Basin and those in the Dolores and San Miguel river basins. Stakeholder groups held public meetings during late 2010 and early 2011. BLM staff participated in the meetings to provide information and data and answer questions pertaining to the WSR process and specific segments, but did not offer recommendations. Results of both stakeholder processes were forwarded to the BLM for consideration.

### Gunnison Basin Stakeholder Process

The Gunnison Basin stakeholder process was initiated by the Colorado River Water Conservation District. The stakeholder group contracted with a team of co-facilitators and held nine public meetings pertaining to Gunnison Basin segments outside of the Dominguez-Escalante NCA. The stakeholder group was unable to reach a consensus and two sets of recommendations were forwarded to the BLM for consideration.

### Dolores and San Miguel Basin Stakeholder Process

The Dolores-San Miguel process was coordinated by the RMP Subgroup for the Southwest Resource Advisory Council (SWRAC). The subgroup contracted with a facilitator early in the process and held ten public meetings. In addition, the subgroup opened a second public comment period to gather additional suitability input.

The subgroup considered BLM analysis and public input and developed recommendations for each of the Dolores-San Miguel segments. The full BLM Colorado Southwest Resource Advisory Council reviewed and adopted the subgroup recommendations at the Colorado Statewide Resource Advisory Council meeting held on February 25, 2011.

### Cooperating and Other Public Agency Input

State and federal agencies were invited to participate as cooperating agencies in the RMP process, providing information and reviewing preliminary findings during and between monthly meetings. Agencies opting not to serve as cooperating agencies provided input through correspondence and during public meetings.

BLM_0164571

## ACTIONS IN RESPONSE TO RECOMMENDATIONS

Results of the suitability analysis were used to formulate a range of alternatives for the Draft RMP/Environmental Impact Statement (EIS). The range of alternatives consists of a no action alternative that would maintain all rivers at the eligible stage, an alternative that would find all eligible rivers suitable, an alternative that would find all segments not suitable, and an alternative that would find some or portions of some eligible rivers suitable. Following publication of the Notice of Availability in the *Federal Register* for the Draft RMP/EIS, the public had 90 days to comment on the draft suitability determinations. The public comment period was extended by an additional 60 days due to public request and ended on November 1, 2016. The final suitability determinations will be documented in the Approved RMP/Record of Decision. Segments found not suitable will be dropped from further consideration and revert to management according to objectives and prescriptions in the Approved RMP.

## NWSRS CONGRESSIONAL CONSIDERATION

Neither the suitability evaluation nor the RMP planning process result in designation of a river segment as part of the NWSRS. Following completion of the Uncompahgre RMP, the findings are forwarded to Congress for consideration. Congress (or the Secretary of the Interior upon application by a state governor) has the final authority to designate waterways. Members of Congress craft the legislative language for designated segments and develop water protection strategies and measures in support of the WSR Act.

## INTERIM MANAGEMENT OF SUITABLE SEGMENTS

The WSR Act and BLM guidelines require the BLM to develop and implement interim management to protect the free-flowing nature, water quality, ORVs, and recommended classification of suitable segments until Congress takes formal action regarding NWSRS designation. Table 4 on page 20 provides interim guidelines for managing suitable rivers, as adapted by the Interagency Wild and Scenic Rivers Coordinating Council from the WSR Act. Once final determinations have been made, the BLM will draft protective management measures for each suitable segment.

While congressionally authorized study rivers are protected under the WSR Act, agency-identified rivers receive protection through other authorities, including the National Environmental Policy Act, the Federal Lands Policy and Management Act, the Clean Water Act, and the Endangered Species Act. For example, potential effects on the free-flowing condition, water quality, and ORVs of eligible river segments would be considered when proposing federal or federally permitted actions subject to the National Environmental Policy Act.

Following release of the Approved RMP/Record of Decision, suitable segments will be managed to maintain their free-flowing character and ORVs in support of the selected alternative until designated or released from consideration by Congress.

BLM_0164572

*Final Wild and Scenic River Suitability*

### TABLE 4 - INTERIM PROTECTION FOR SUITABLE SEGMENTS

| ISSUE | PROTECTION UNDER SUITABLE DESIGNATION |
|---|---|
| Study Boundary | • Corridor width is generally one-quarter mile from ordinary high water mark on both sides of active channel<br>• Boundary may include adjacent areas needed to protect identified values |
| Preliminary Classification WSR Act Section (2b) | • Wild, Scenic, and Recreational classes as defined by statute (classification criteria described in Interagency Guidelines)<br>• Manage segment at recommended classification |
| Study Report Review Procedures | • Notice of study report/Draft EIS published in *Federal Register*<br>• Comments/responses from federal, state, and local agencies, and public included in study report/Final EIS transmitted to President and Congress |
| Private Land:<br>• Administration<br>• Acquisition | • Affects private land uses only through voluntary partnerships with state/local governments and landowners<br>• No regulatory authority over private land<br>• Evaluation of local zoning and land use control adequacy is typically a component of suitability determination[1]<br>• BLM has no authority to acquire interest in land under WSR Act prior to designation |
| Water Resources Project | • River's free-flowing condition protected to the extent of other BLM authorities and not under the WSR Act |
| Land Disposition | • Agency discretion to retain lands within river corridor in federal ownership |
| Mining and Mineral Leasing | • Protect free flow, water quality, and ORVs through other BLM authorities |
| Actions of Other Agencies | • Affect actions of other agencies through voluntary partnerships |
| Protect Outstandingly Remarkable Values (ORVs) | • No regulatory authority conferred by WSR Act; agency protects through other authorities<br>• Section 11(b)(1):  Limited financial or other assistance to encourage participation in acquisition, protection, and management of river resources[2] |

[1]Agency-identified study rivers that include private land typically require an evaluation of existing state and local land use controls and the willingness of state and local governments to protect river values.

[2]Section 11(b)1 authorizes the Secretary of the Interior and Secretary of Agriculture, or the head of any other federal agency to provide for "limited financial or other assistance to encourage participation in the acquisition, protection, and management of river resources." This authority "applies within or outside a federally administered area and applies to rivers which are components of the NWSRS and to other rivers." Recipients of federal assistance include states or their political subdivisions, landowners, private organizations, or individuals. Examples of assistance under this section include riparian restorations, riparian fencing to protect water quality and riparian vegetation, and vegetative screening to enhance scenery and/or the recreation experience.

Source: Interagency Wild and Scenic Rivers Coordinating Council (1999)

BLM_0164573



**FIGURE 2 - MAP OF CLASSIFICATIONS FOR SUITABLE SEGMENTS**

BLM_0164574

### TABLE 5 - SUMMARY OF SEGMENT SUITABILITY

| # | RIVER SEGMENT | SUITABLE MILES | BLM MILES | OUTSTANDINGLY REMARKABLE VALUES | RECOMMENDED CLASSIFICATION |
|---|---|---|---|---|---|
| | | **SUITABLE SEGMENTS** | | | |
| | **Lower Gunnison River** | | | | |
| 7 | Monitor Creek | 9.4 | 9.4 | Fish, Vegetation | Wild |
| 8 | Potter Creek | 9.8 | 9.8 | Fish, Vegetation | Wild |
| 10 | Roubideau Creek, Segment 1 | 10.0 | 10.0 | Recreational, Wildlife, Cultural, Vegetation | Wild |
| | **San Miguel River** | | | | |
| 14 | Beaver Creek | 14.3 | 14.2 | Vegetation | Recreational |
| 17 | Saltado Creek | 5.6 | 4.1 | Vegetation | Wild |
| 18 | San Miguel River, Segment 1 | 27.2 | 17.3 | Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology | Recreational |
| 19 | San Miguel River, Segment 2 | 4.0 | 3.6 | Scenic, Recreational, Wildlife, Vegetation | Wild |
| 20 | San Miguel River, Segment 3 | 4.5 | 4.5 | Recreational, Fish, Wildlife, Vegetation | Recreational |
| 21 | San Miguel River, Segment 5 | 7.5 | 1.3 | Recreational, Fish, Historic, Vegetation | Recreational |
| 22 | San Miguel River, Segment 6 | 2.1 | 2.1 | Recreational, Fish, Historic, Vegetation | Recreational |
| 23 | Tabeguache Creek, Segment 1 | 3.4 | 3.4 | Vegetation | Wild |
| | **Lower Dolores River** | | | | |
| 25 | Lower Dolores River | 4.2 | 4.2 | Scenic, Recreational, Geologic, Fish, Wildlife | Scenic |
| | **Upper Dolores River** | | | | |
| 27 | Dolores River, Segment 2 | 5.3 | 5.3 | Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation | Recreational |
| 30 | La Sal Creek, Segment 2 | 3.3 | 3.3 | Fish, Vegetation | Recreational |
| 31 | La Sal Creek, Segment 3 | 3.4 | 3.4 | Scenic, Recreational, Fish, Cultural, Vegetation | Wild |
| 34 | Dolores River, Segment 1 | 8.7 | 8.7 | Recreation, Scenery, Fish, Wildlife, Geology, Ecology, Archaeology[**] | Wild |

BLM_0164575

| # | RIVER SEGMENT | SUITABLE MILES | BLM MILES | OUTSTANDINGLY REMARKABLE VALUES | RECOMMENDED CLASSIFICATION |
|---|---|---|---|---|---|
| | **NOT SUITABLE SEGMENTS** | | | | |
| | **Lower Gunnison River** | | | | |
| 5 | Gunnison River, Segment 2 | 0.4 | 0.4 | Fish | Recreational |
| 11 | Roubideau Creek, Segment 2 | 7.6 | 3.5 | Wildlife, Vegetation | Scenic |
| | **North Fork of the Gunnison River** | | | | |
| 12 | Deep Creek | 2.6 | 0.6 | Fish | Scenic |
| 13 | West Fork Terror Creek | 1.2 | 0.5 | Fish | Scenic |
| | **San Miguel River** | | | | |
| 15 | Dry Creek | 10.5 | 10.4 | Scenic, Geologic | Wild |
| 16 | Naturita Creek | 25.0 | 10.0 | Fish | Scenic |
| 24 | Tabeguache Creek, Segment 2 | 11.6 | 7.9 | Cultural, Vegetation | Recreational |
| | **Lower Dolores River** | | | | |
| 26 | North Fork Mesa Creek | 8.5 | 5.8 | Vegetation (not supported following review) | Scenic |
| | **Upper Dolores River** | | | | |
| 28 | Ice Lake Creek, Segment 2 | 0.6 | 0.3 | Scenic | Scenic |
| 29 | La Sal Creek, Segment 1 | 4.8 | 0.6 | Fish, Vegetation | Recreational |
| 32 | Lion Creek, Segment 2 | 1.6 | 1.3 | Vegetation | Scenic |
| 33 | Spring Creek | 2.7 | 1.5 | Vegetation | Recreational |

**ORVs for (34) Dolores River, Segment 1 were identified by the BLM Dolores Field Office and documented on page D-16 of the San Juan Public Lands Draft Land Management Plan, Appendix D.

BLM_0164576

**Final Wild and Scenic River Suitability**

TABLE 6 - SEGMENT CHANGES FROM ELIGIBILITY TO SUITABILITY

| HYDROLOGIC UNIT | RIVER SEGMENT | CHANGES FROM ELIGIBILITY TO SUITABILITY |
|---|---|---|
| **LOWER GUNNISON** | **7 - Monitor Creek** | • A fish survey conducted by the BLM indicates viable populations of Bluehead Sucker *(Catostomus discobolus)* and Flannelmouth Sucker *(Catostomus latipinnis)*, warranting the addition of a Fish ORV.<br>• A Colorado Natural Heritage Program review lowered the rarity rankings of the narrowleaf cottonwood/strapleaf willow/silver buffaloberry and Fremont cottonwood/ skunkbush sumac plant communities to G3 (although the Vegetation ORV is still supported). |
| | **8 - Potter Creek** | • A fish survey conducted by the BLM indicates viable populations of Bluehead Sucker *(Catostomus discobolus)* and Flannelmouth Sucker *(Catostomus latipinnis)*, warranting the addition of a Fish ORV.<br>• A Colorado Natural Heritage Program review lowered the rarity ranking of the narrowleaf cottonwood/strapleaf willow/silver buffaloberry plant community to G3 (although the Vegetation ORV is still supported). |
| | **10 - Roubideau Creek, Segment 1** | • A Colorado Natural Heritage Program review lowered the rarity ranking of the Fremont cottonwood/skunkbush sumac plant communities to G3 (although the Vegetation ORV is still supported).<br>• Reduced segment length to begin at UFO boundary and exclude private land upstream. |
| | **11 - Roubideau Creek, Segment 2** | • Following a review by the Colorado Natural Heritage Program that lowered the rarity ranking of the Fremont cottonwood/skunkbush sumac plant community to G3, the segment no longer possesses a Vegetation ORV and the remaining Wildlife ORV could not be adequately substantiated to support WSR eligibility. |

BLM_0164577

| HYDROLOGIC UNIT | RIVER SEGMENT | CHANGES FROM ELIGIBILITY TO SUITABILITY |
|---|---|---|
| SAN MIGUEL | 14 - Beaver Creek | • Changed classification from *Scenic* to *Recreational* to allow for protection of the ORV, while providing reasonable certainty that future water development projects could move forward with minimal difficulty. |
| | 19 - San Miguel River, Segment 2 | • Reduced segment length to end at the Bennett property in order to protect landowner interests at Horsefly Creek.<br>• Modified corridor boundaries to follow the natural topography of the canyon rims. |
| | 20 - San Miguel River, Segment 3 | • Changed classification from *Scenic* to *Recreational* due to the presence of the CC Ditch, two BLM campgrounds, and many number of mining claims along the stretch, as well as a dirt road running parallel to the river.<br>• Reduced segment length to exclude the Bennett property, as well as private land, at the lower end of the segment. |
| | 21 - San Miguel River, Segment 5 | • Reduced segment length to begin downstream from the Richards property, run the length of The Nature Conservancy property, and terminate at the confluence with Tabeguache Creek.<br>• Modified corridor boundaries to extend rim to rim and follow existing developments and barriers (such as the state highway). |
| | 22 - San Miguel River, Segment 6 | • Reduced segment length to begin downstream of Umetco Minerals Corporation property and terminate at the confluence with the Dolores River. |
| | 23 - Tabeguache Creek, Segment 1 | • Reduced segment length to begin at the USFS boundary and end above water diversion. |
| LOWER DOLORES | 25 - Lower Dolores River | • Reduced segment length to end at and exclude the Weimer property.<br>• Modified corridor to circumvent mining claims, using Highway 141 to delineate the east boundary and natural topographic features such as the canyon rim to delineate the west boundary. |
| | 26 - North Fork Mesa Creek | • Following a review by the Colorado Natural Heritage Program that lowered the rarity ranking of the narrowleaf cottonwood/ strapleaf willow/silver buffaloberry plant community to G3, the segment no longer possesses a Vegetation ORV to support WSR eligibility. |

BLM_0164578

**Final Wild and Scenic River Suitability**

| HYDROLOGIC UNIT | RIVER SEGMENT | CHANGES FROM ELIGIBILITY TO SUITABILITY |
|---|---|---|
| **UPPER DOLORES** | **27 - Dolores River, Segment 2** | • Modified segment corridor to exclude Buck Shot Mine and associated ROWs and to follow the cliff line if less than one-quarter mile from the river center. |
| | **30 - La Sal Creek, Segment 2** | • Changed classification from *Scenic* to *Recreational* in order to accommodate potential future mining activities and road improvements.<br>• Reduced segment length to end at and exclude the Cashin Mine. |
| | **34 - Dolores River, Segment 1** | • Reduced segment length to begin at the UFO boundary, terminate at the private land boundary south of Bedrock, and exclude the entire portion classified as *Recreational*.<br>• Delineated corridor boundary from rim to rim or one-quarter mile from high water mark (whichever measure is less). |

BLM_0164579

# C. SUITABLE SEGMENTS:
# ASSESSMENT & SUITABILITY
# DETERMINATION

BLM_0164580

**Final Wild and Scenic River Suitability**



**FIGURE 3 - (7) MONITOR CREEK**

BLM_0164581

## SUMMARY OF RATIONALE FOR DETERMINATION

Monitor Creek was found to be **suitable** for WSR designation, with a classification of **Wild**. The BLM made this determination because:

- This segment is part of several interconnected stream segments in the Roubideau Creek watershed that support exceptionally high-quality riparian communities, some of which are vulnerable at a global scale. Interconnected riparian systems of this quality and extent are very unusual in the southern Rocky Mountain ecoregion. The land management standards associated with a suitability determination and with designation would help ensure the long-term sustainability of this ORV.

- Many of the stakeholders in the Gunnison River watershed stakeholder group are opposed to a determination of suitable because they believed it would impact water rights and grazing rights. However, the BLM concludes that a suitable determination and potential designation would not be likely to conflict with current or future uses of the segment. The BLM administers all lands within the segment. Upstream water rights are limited to small reservoirs and have priority dates that would be senior to any instream flow water rights for the segments. Current grazing practices have allowed the ORVs to persist, and a suitability determination would not require changes to grazing permits. Finally, the segment is largely in a natural, undeveloped state, and there are no existing mineral claims or leases.

- The Gunnison watershed stakeholder group expressed concern that other BLM administrative designations that could be used to protect the ORV, such as ACEC and SRMA designations, could impact human uses of the area, because such designations would extend far beyond the stream corridor. A suitable determination would protect the ORVs and would be restricted to 0.25-mile on each side of the stream, minimizing impacts on other uses.

- There is currently no instream flow protection for this segment, and the vegetation ORV is highly dependent on natural flow regimes. A suitability determination and designation would substantially increase the likelihood of obtaining permanent flow protection for riparian and fish values. The BLM is in the process of formulating an instream flow recommendation to the CWCB that is designed to protect both riparian and fish values. If this recommendation is ultimately adopted by the CWCB, it could serve as a template for flow protection on other streams that support a riparian ORV. To acknowledge this collaborative effort, the BLM's suitability determination includes the following finding:

    *If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the flow-related ORVs on Monitor Creek, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment if it is ultimately designated into the NWSRS.*

BLM_0164582

**Final Wild and Scenic River Suitability**



# 7 ~ MONITOR CREEK

## ~SUITABLE SEGMENT~

*Classification:* **Wild**
*ORVs:* **Fish, Vegetation**
*Suitable Length:* **9.4 miles**
*BLM-administered:* **9.4 miles**
*Key Considerations:*

- Protecting a stream flow regime that mimics natural seasonal changes needed to sustain a healthy riparian vegetation community within the segment might only be achieved through federal WSR designation, but an opportunity exists to collaborate with the CWCB on flow protection.

- The small percentage of private land is primarily consolidated near the upper terminus and predominantly outside of areas containing the Vegetation ORV.



## LOWER GUNNISON HYDROLOGIC UNIT

### Public Input

Public support for suitability focused on providing a reliable and enduring form of protection for the continued health of rare plant communities and the riparian ecosystem, as well as citing values not considered for suitability (such as wilderness character and recreation opportunities). The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

Public comments opposing suitability cited existing protections, including a proposed conservation easement for adjacent land and a citizen-proposed wilderness area designation.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

*Fish*
A recent fish survey conducted by the BLM indicates that Monitor Creek is likely to support viable populations of both Bluehead Sucker *(Catostomus discobolus)* and Flannelmouth Sucker *(Catostomus latipinnis)*, warranting the addition of a Fish ORV.

*Vegetation*
This segment supports a superior (A-ranked) occurrence of the common coyote willow riparian shrubland *(Salix exigua/mesic graminoids)*. Monitor Creek is within the Roubideau Creek Potential Conservation Area designated by the CNHP.

### WATER RIGHTS AND USES

Monitor Creek is a small headwater drainage managed primarily by the BLM and USFS. Flows can cease during extended dry periods, making the potential for future water development low. The segment has no existing instream flow water right protection.

BLM_0164583

Flow from Monitor Creek contributes heavily to Potter and Roubideau creeks downstream, providing spring spawning habitat for native warm water fishes.

There are no absolute or conditional water rights or impoundments in this segment, and absolute water rights upstream would not be affected by designation. A couple of small reservoirs (totaling 184 acre-feet of storage) occur above the upper terminus and have a slight potential to influence the flow regime through the segment.

## LAND OWNERSHIP AND USES

The BLM manages all of the land within the corridor, with private land primarily consolidated adjacent to the upper terminus. Because of the limited amount of adjacent private land and remote location, non-restrictive zoning in the area is not expected to have much of an impact on the segment. Travel along Monitor Creek is restricted to non-motorized vehicles on designated roads and trails.

### Special Designations
The segment is within a proposed Special Recreation Management Area, as well as two potential Areas of Critical Environmental Concern (ACEC) being considered within separate alternatives for the Uncompahgre RMP.

### Energy and Mineral Leasing
No existing oil and gas leases or mining claims occur within the segment.

## ADMINISTRATION

WSR designation would be consistent with actions pertaining to the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)* and would complement the BLM Colorado Public Land Health Standard for riparian vegetation.

Because of the predominance of public land, few additional resources and facilities would be needed to effectively manage and support the ORV.

State and local governments have not indicated an interest in sharing administration or funding of a designated river segment.

### Potential Costs Associated with WSR Designation
As a result of the suitability finding, the stream and corridor will be managed to protect the ORV, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

### Alternative Protective Measures Considered
ACEC designation would provide some protection for the segment, but would not confer the flow protection needed to support the Vegetation ORV. BLM staff determined that a state-based instream flow water right would very likely be sufficient to protect the Fish ORV, but that a state-based instream flow right sufficient to protect riparian values was an uncertain outcome because such rights are uncommon in Colorado.

BLM_0164584

**Final Wild and Scenic River Suitability**



FIGURE 4 - (8) POTTER CREEK

BLM_0164585

**Uncompahgre Field Office Planning Area**

## SUMMARY OF RATIONALE FOR DETERMINATION

Potter Creek was found to be *suitable* for WSR designation, with a classification of *Wild*. The BLM made this determination because:

- This segment is part of several interconnected stream segments in the Roubideau Creek watershed that support riparian communities that are globally vulnerable and are of very high quality. Interconnected stream systems of this quality and extent are very unusual in the southern Rocky Mountain ecoregion. The land management standards associated with a suitability determination and with designation would help ensure the long-term sustainability of this ORV.

- Many of the stakeholders in the Gunnison River watershed stakeholder group are opposed to a determination of suitable because they believe it would impact water rights and grazing rights. However, the BLM concludes that a suitable determination and potential designation would not be likely to conflict with current or future uses of the segment. The BLM administers all lands within the segment. There are no water rights within or upstream from this segment. Current grazing practices have allowed the ORVs to persist, and a suitability determination would not require changes to grazing permits. Finally, the segment is largely in a natural, undeveloped state, and there are no existing mineral claims or leases.

- The Gunnison watershed stakeholder group expressed concern that other BLM administrative designations that could be used to protect the ORV, such as ACEC and SRMA designations, could impact human uses of the area, because such designations would extend far beyond the stream corridor. A suitable determination would protect the ORVs and would be restricted to 0.25-mile on each side of the stream, minimizing impacts on other uses.

### 8 ~ POTTER CREEK



### ~SUITABLE SEGMENT~

*Classification:* **Wild**

*ORV:* **Fish, Vegetation**

*Eligible Length:* **9.8 miles**

*BLM-Administered:* **9.8 miles**

*Key Considerations:*

- Most private land is relatively consolidated in one parcel near the lower terminus and predominantly outside of areas containing the Vegetation ORV. The segment would require few additional resources and facilities to manage effectively and support the ORV.

- Protecting a stream flow regime that mimics natural seasonal changes needed to sustain a healthy riparian vegetation community might only be secured through federal WSR designation, but an opportunity exists to collaborate with the CWCB on instream flow protection.



**LOWER GUNNISON HYDROLOGIC UNIT**

BLM_0164586

- This segment currently has instream flow protection, but the instream flow water right is not structured to protect the peak flow necessary to sustain the riparian community. A suitability determination and designation would substantially increase the likelihood of obtaining permanent flow protection for riparian values. The BLM is in the process of formulating an instream flow recommendation to the CWCB that is designed to protect both riparian and fish values. If this recommendation is ultimately adopted by the CWCB, it could serve as a template for flow protection on other streams that support a riparian ORV. To acknowledge this collaborative effort, the BLM's suitability determination includes the following finding:

> *If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the flow-related ORVs on Potter Creek, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment if it is ultimately designated into the NWSRS.*

### Public Input

Public support for suitability focused on providing a reliable and enduring form of protection for the continued health of the riparian ecosystem extending from USFS lands upstream, as well as outstanding opportunities for solitude and a primitive and unconfined form of recreation. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

Public comments opposing suitability cited existing protections, including a proposed conservation easement for adjacent lands and a citizen-proposed wilderness area designation.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

#### Fish

Fish surveys conducted by the BLM indicate that Potter Creek supports viable populations of both bluehead sucker *(Catostomus discobolus)* and Flannelmouth Sucker *(Catostomus latipinnis)*, warranting the addition of a Fish ORV.

#### Vegetation

This segment supports areas of narrowleaf cottonwood/ strapleaf willow/silver buffaloberry riparian forest *(Populus angustifolia/Salix ligulifolia/Shepherdia argentea)*. While the CNHP lowered the rarity ranking to G3, the BLM determined that the quality and extensiveness of the plant community warrants retaining the Vegetation ORV until a review determines whether or not the occurrence is superior (A-ranked). This segment is included in the Roubideau Creek Potential Conservation Area designated by the Colorado Natural Heritage Program.

BLM_0164587

## WATER RIGHTS AND USES

There are no absolute or conditional water rights or impoundments on or upstream of this segment. The CWCB holds an instream flow water right with 2004 priority date. The water right is decreed for 1.8 cfs (from March 1 to March 31), 4 cfs (from April 1 to June 15), 1.8 cfs (from June 16 to July 31), and 1.4 cfs (from August 1 to February 28), helping to sustain the Vegetation ORV.

Flow from Potter Creek contributes to the proper hydrologic function of Roubideau Creek and the Gunnison River downstream.

## LAND OWNERSHIP AND USES

All land within the corridor is managed by the federal government. One parcel of private land is adjacent to the lower terminus.

### Energy and Mineral Leasing
There are no existing oil and gas leases or mining claims within the segment.

## ADMINISTRATION

WSR designation would be consistent with actions pertaining to the Range-wide Conservation Agreement and Strategy for Roundtail Chub (*Gila robusta*), Bluehead Sucker (*Catostomus discobolus*), and Flannelmouth Sucker (*Catostomus latipinnis*) and would complement the BLM Colorado Public Land Health Standard for riparian vegetation.

State and local governments have not indicated an interest in sharing administration or funding of a designated river segment.

### Potential Costs Associated with WSR Designation
As a result of the suitable finding, the stream and corridor will be managed to protect the ORV, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

### Alternative Protective Measures Considered
The segment is within a proposed Special Recreation Management Area and two versions of a potential Area of Critical Environmental Concern are being considered during development of the Uncompahgre RMP.

BLM_0164588



**FIGURE 5 - (10) ROUBIDEAU CREEK, SEGMENT 1**

BLM_0164589

**Uncompahgre Field Office Planning Area**

## SUMMARY OF RATIONALE FOR DETERMINATION

Roubideau Creek was found to be *suitable* for WSR designation, with a classification of *Wild*. The BLM made this determination because:

- This segment is part of several interconnected stream segments in the Roubideau Creek watershed that support riparian communities that are globally vulnerable and are of very high quality. Interconnected stream systems of this quality and extent are very unusual in the southern Rocky Mountain ecoregion. The land management standards associated with a suitability determination and with designation would help ensure the long-term sustainability of this ORV.

- Many of the stakeholders in the Gunnison River watershed stakeholder group are opposed to a determination of suitable because they believe it would impact water rights and grazing rights. However, the BLM concludes that a suitable determination and potential designation would not be likely to conflict with current or future uses of the segment. The BLM administers all lands within the segment. There are no water rights within the segment, and there is only one diversion above the segment that has water rights that are senior to the existing instream flow water right. Current grazing practices have allowed the ORVs to persist, and a suitability determination would not require changes to grazing permits. Finally, the segment is largely in a natural, undeveloped state, and there are no existing mineral claims or leases.

- The Gunnison watershed stakeholder group expressed concern that other BLM administrative designations that could be used to protect the ORV, such as ACEC and SRMA designations, could impact human uses of the area, because such designations would extend far beyond the stream corridor. A suitable determination would protect the ORVs and would be restricted to 0.25-mile on each side of the stream, minimizing impacts on other uses.

### 10 ~ ROUBIDEAU CREEK, SEGMENT 1



### ~SUITABLE SEGMENT~

***Classification:*** **Wild**

***ORVs:*** **Recreational, Wildlife, Cultural, Vegetation**

***Suitable Length:*** **10.0 miles**

***BLM-Administered:*** **10.0 miles**

***Key Considerations:***

- The segment contains a wide array of ORVs.
- The segment is within the Camel Back WSA.
- Private land is consolidated into one parcel near the upper terminus.
- Protection of a streamflow regime that mimics the natural seasonal changes needed to sustain a healthy riparian vegetation community for this segment might only be protected through WSR designation, but an opportunity exists to collaborate with the CWCB on instream flow protection.



**LOWER GUNNISON HYDROLOGIC UNIT**

BLM_0164590

**Final Wild and Scenic River Suitability**

- This segment currently has instream flow protection, but the instream flow water right is not structured to protect the peak flow necessary to sustain the riparian community. A suitability determination and designation would substantially increase the likelihood of obtaining permanent flow protection for riparian values. The BLM is in the process of formulating an instream flow recommendation to the CWCB that is designed to protect both riparian and fish values. If this recommendation is ultimately adopted by the CWCB, it could serve as a template for flow protection on other streams that support a riparian ORV. To acknowledge this collaborative effort, the BLM's suitability determination includes the following finding:

  *If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the flow-related ORVs on Roubideau Creek, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment if it is ultimately designated into the NWSRS.*

- Even though this segment is within the Camelback Wilderness Study Area (WSA), that designation does not provide permanent protection of the ORVs. Even if the area were ultimately designated by Congress as wilderness, there is no guarantee that the wilderness designation would contain water rights to protect flow-dependent values.

*Public Input*

Public support for suitability focused on providing a reliable and enduring form of protection for the continued health of the riparian ecosystem extending from USFS lands upstream, as well as outstanding opportunities for solitude and a primitive and unconfined form of recreation. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

Public comments opposing suitability cited existing protections, including a proposed conservation easement for adjacent lands and a citizen-proposed wilderness area designation.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

*Recreational*

The perennial creek flows within a highly scenic, wilderness-quality canyon, offering superior opportunities for non-mechanized recreation in a primitive setting. Activities include hiking, backpacking, horseback riding, photography, nature study, and other non-mechanized uses, with vehicle access at the lower terminus.

*Wildlife*

The area has been designated as a potential conservation area for the northern leopard frog *(Rana pipiens)*, a species currently under review by the Fish and Wildlife Service. This segment also provides regionally important habitat for desert bighorn sheep *(Ovis Canadensis)*, which use the lower end of the creek extensively as a water source and the cliffs above for lambing.

BLM_0164591

*Cultural*
The stream flows past an inscription panel of extreme historic significance. The site has been nominated to the National Register of Historic Places under *Criteria A, B,* and *D.* In 1769, Juan Maria Rivera visited the site at the behest of the king of Spain and carved his name and a date into a rock face. The panel also contains a prehistoric mountain sheep figure.

*Vegetation*
The segment lies within the CNHP-designated Roubideau Creek Potential Conservation Area, supporting areas of globally imperiled (G2) skunkbush sumac/sandbar willow riparian shrubland *(Rhus trilobata/Salix exigua).*

## WATER RIGHTS AND USES

The entire stream channel is federally managed. There are no absolute or conditional water rights or impoundments within the segment. In the headwaters, a water diversion known as Spruce Spring Ditch (decreed for up to 9.3 cfs) transfers water from Roubideau Creek to the Dry Creek drainage (typically limited to the snowmelt period). The diversion diminishes spring and early summer flow through the segment.

The CWCB holds an instream flow water right with a 2004 priority date. The water right is decreed for 5 cfs (from March 1 to March 31), 21 cfs (from April 1 to June 15), 5 cfs (from June 16 to July 31), and 1.9 cfs (from August 1 to February 28) and structured to preserve the natural environment to a reasonable degree. The instream flow provides partial protection of flows necessary to support the recreation, wildlife, and vegetation ORVs. .

This section of Roubideau Creek in turn contributes flow to the proper hydrologic function of Lower Roubideau Creek and the Gunnison River downstream, providing habitat for native warm water fishes consistent with actions in the Range-wide Conservation Agreement and Strategy for Roundtail Chub *(Gila robusta)*, Bluehead Sucker *(Catostomus discobolus)*, and Flannelmouth Sucker *(Catostomus latipinnis)*.

## LAND OWNERSHIP AND USES

The entire corridor is managed by the BLM. One parcel of private agricultural land is adjacent to the corridor's upper terminus.

*Special Designations*
The segment lies almost entirely within the Camel Back WSA.

*Energy and Mineral Leasing*
There are no existing oil and gas leases or mining claims within the segment.

## ADMINISTRATION

WSR designation would complement the BLM Colorado Public Land Health standard for riparian vegetation. The segment would require few additional resources and facilities to effectively manage in support of the ORV.

BLM_0164592

**Final Wild and Scenic River Suitability**

State and local governments have not indicated an interest in sharing administration or funding of a designated river segment.

### Potential Costs Associated with WSR Designation

As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

### Alternative Protective Measures Considered

Although the segment is within a WSA, the designation is provisional and may not offer the long-term flow protection necessary for sustaining the Vegetation ORV. In addition, the segment is within two versions of a potential Area of Critical Environmental Concern being considered within separate alternatives for the Uncompahgre RMP.

BLM_0164593



**F**IGURE **6 - (14) B**EAVER **C**REEK

**Final Wild and Scenic River Suitability**

## SUMMARY OF RATIONALE FOR DETERMINATION

Beaver Creek was found to be *suitable* for WSR designation, with a classification of *Recreational*. The BLM made this determination because:

- This segment is part of several interconnected stream segments in the San Miguel River watershed that support riparian communities that are "A" ranked by the CNHP, indicating unusually high-quality riparian habitat. Interconnected stream systems of this quality are very unusual in the southern Rocky Mountain ecoregion. The land management standards associated with a suitability determination and with designation would help ensure the long-term sustainability of this ORV.

- BLM's Southwest Resource Advisory Council Subgroup, which included a broad array of stakeholders within the basin, recommended that this segment be determined suitable. In addition, there was strong public support for suitable determination.

- A suitable determination and potential designation would be consistent with potential development of mineral resources and protection of WSR values. Current mineral leases and mining claims may be developed, but will be subject to conditions to minimize impacts on WSR values. The suitable river corridor would remain open to mineral leasing, but leases would be subject to stipulations that prohibit surface disturbance within the suitable river corridor.

- While the current CWCB instream flow water right from Goat Creek to the San Miguel River provides some base flow protection for the vegetation ORV, it does not provide full protection because it does not protect peak flows that are necessary to support riparian communities, and it does not cover the entire length of the segment. The federal reserved water right that comes with designation would allow the BLM to file for a water right that provides full protection. However, it is also possible that BLM could work collaboratively with the CWCB to increase the instream flow water right to fully support the vegetation ORV. To acknowledge current instream flow protection and the potential to protect riparian flows by increasing the existing instream flow water right or by using other methods, the BLM's suitability determination includes the following finding:

  *If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the flow-related ORVs on Beaver Creek, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment if it is ultimately designated into the NWSRS.*

- The suitability determination has been structured to minimize conflict with long-term water supply initiatives. The stream segment has been classified as recreational, a classification that provides the greatest level of flexibility to allow for construction of infrastructure in the segment. Such infrastructure may be necessary for construction and operation of future water supply projects in upstream locations.

BLM_0164595

- Designation would be consistent with the programs and policies of other agencies. The Southwest Basin Roundtable Basin Implementation Plan identifies a suitable determination as a process that can be used to manage the nonconsumptive, water-dependent values associated with this segment.

### Public Input

There was strong public support for suitability, including from the primary private landowner and San Miguel County, with protection of riparian vegetation and predominance of federal ownership most commonly cited as the rationale for support. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUE

#### Vegetation

This segment supports an occurrence of narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest *(Populus angustifolia/Picea pungens/Alnus tenuifolia)* along several miles of the corridor ranked as superior (A) by the CNHP. The BLM has designated an area that includes this segment as part of the San Miguel ACEC, primarily in order to protect this outstanding riparian community.

#### WATER RIGHTS AND USES

Beaver Creek provides flow for the proper hydrologic function of the San Miguel River system and river-dependent resource values (including aquatic and riparian plant and animal species).

The CWCB holds an instream flow water right along a portion of the segment from the confluence with Goat Creek to the confluence with San Miguel River. This water right holds a 1993 priority date and is decreed for 5 cfs (from May 1 to June 30) and 2.5 cfs (from July 1 to April 30). The instream flow provides some base flow protection to sustain the Vegetation ORV. A 2.7-mile portion of the segment from the upper terminus to the

### 14 ~ BEAVER CREEK



### ~SUITABLE SEGMENT~

**Classification:** Recreational
**ORV:** Vegetation
**Suitable Length:** 14.3 miles
**BLM-Administered:** 14.2 miles
**Key Considerations:**

- Water supply projects have been proposed for locations upstream from the segment. If the segment is designated and federal permits are required for the proposed water supply projects, project proponents would be required to avoid and minimize impacts on WSR values.

- A stream flow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian vegetation community for this segment might only be achieved through WSR designation, but an opportunity exists to collaborate with the CWCB on flow protection.

- The principal private landowner within the corridor has expressed support for WSR designation.

**SAN MIGUEL HYDROLOGIC UNIT**

BLM_0164596

**Final Wild and Scenic River Suitability**

confluence with Goat Creek has no direct protection from instream flow water rights. However, this portion of the segment receives indirect protection the CWCB instream flow water right downstream. While there are no absolute or conditional water rights or impoundments within the segment, ditch diversions totaling 28 cfs and decreed storage rights totaling 203 acre-feet located upstream of the segment diminish flow through the segment, primarily during irrigation season.

The Naturita Canal presently diverts water from Beaver Creek upstream of the segment. The diversion is presently limited to a portion (approximately 60%) of the full decree due to water conveyance limitations of the canal system. As the infrastructure is improved to increase the water carrying capacity of the canal, more of the decree will be diverted, further depleting flows through the segment (based upon personal communication with Colorado Division of Water Resources Water Commissioner Aaron Todd). This water right is senior to both the existing state instream flow and any federal water right associated with WSR designation

Conditional water rights for direct flow totaling 10 cfs and 6,043 acre-feet of storage rights occur upstream of the segment and on tributaries. Some of these water rights are senior to the existing CWCB instream flow water rights.

According to the 2010 Statewide Water Supply Initiative, demand for municipal and industrial water supplies in San Miguel and Montrose Counties will increase from 5,900 acre-feet (low estimate) to 11,000 acre-feet (high estimate). Most future water demand will be met through conservation practices and development of existing water rights. However, the 2015 Southwest Basin Roundtable Basin Implementation Plan lists multiple projects that could be developed to meet future demand, including increased irrigation water demand. If these projects require federal agency permits for construction, they could be impacted by WSR designation of this segment, because the permitting agency would be required to consider downstream impacts on this segment. Three proposed projects have the potential to divert water upstream from this segment:

- Straw Reservoir – The Farmers Water Development Company holds a 6,000 acre-foot conditional storage right for a proposed dam immediately downstream from the existing Gurley Reservoir. The reservoir would be filled with diversions from Beaver Creek.

- Enlargement of Gurley Reservoir – The Farmers Water Development Company has proposed an enlargement of the existing Gurley Reservoir, which diverts water from Beaver Creek. Water rights have not yet been secured for this project.

- Enlargement of Lone Cone Reservoir – The Lone Cone Ditch and Reservoir Company and the Norwood Water Commission have obtained a 4,000 acre-foot conditional water right enlargement of the reservoir. The conditional water right is junior to the 1993 CWCB instream flow water right, but the conditional water right would be senior to any federal reserved water that comes with WSR designation. The water supply for the enlargement would be diverted from Naturita Creek and Goat Creek, which is a tributary to Beaver Creek.

BLM_0164597

## LAND OWNERSHIP AND USES

Land ownership is primarily federal within an approximately one quarter-mile buffer of the creek. Approximately 13% of land in the San Miguel County portion of the corridor is private. Private lands on the east side of Beaver Creek are in the Forestry, Agriculture, and Open Zone District, which is intended to preserve large, relatively remote areas of the county for resource, agricultural, open space, and recreational proposes. These areas currently have minimal public facilities and services and are considered inappropriate for substantial development. Development and/or special uses are encouraged to be located away from environmentally sensitive land.

Private lands on the west side of the corridor are within the Wright's Mesa Zone District. The district is intended to preserve the rural and agricultural character of Wright's Mesa while encouraging compatible, diverse economic opportunities that complement the rural landscape. Wright's Mesa has a history of coexisting agricultural, ranching, residential, and small business uses that comprise its rural character. The district discourages sprawl patterns typically created by 35-acre lots by offering reasonable alternatives and incentives to cluster buildings, retain open lands, and keep large parcels intact.

The Beaver Creek corridor is closed to OHV use.

### ROWs
Numerous BLM ROW authorizations cross or run adjacent to the creek, including distribution and transmission powerlines operated by Western Area Power Administration (WAPA)/Tri-State, a gas pipeline, a Colorado Department of Transportation (CDOT) highway, and a county road. These ROWs are primarily concentrated near the confluence of Beaver Creek with the San Miguel River.

### Energy and Mineral Resources
There are existing oil and gas leases within the segment, and these leases could be developed pursuant to lease stipulations included at the time of leasing. All future oil and gas leases would be subject to stipulation NSO-11, which would allow the minerals to be developed, but would prohibit surface occupancy within 325 feet of the stream. Active mining claims for locatable minerals occur within the segment corridor and have a prior existing right to mineral deposits. Any existing or future mining claims could be developed pursuant to regulations found under 43 CFR 3809 and the BLM Wild and Scenic Rivers Manual 6400, Section 3.6, which require the BLM to allow mineral development but to minimize impacts on WSR values.

## ADMINISTRATION

Although compatible with WSR designation, neither the existing ACEC and Special Recreation Management Area designations secure sufficient instream flow protection to sustain the Vegetation ORV.

Segment access is somewhat restricted by limited existing roads and trails.

WSR designation would complement the BLM Colorado Public Land Health standard for riparian vegetation.

BLM_0164598

State and local governments have not indicated an interest in sharing administration or funding of a designated river segment.

*Potential Costs Associated with WSR Designation*
As a result of the suitability finding, the stream and corridor will be managed to protect the ORV, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Costs for administering and managing this segment for the Vegetation ORV are not likely to increase much above current funding levels. Factors that assist in protecting the ORV include: remoteness of the segment, limited trail access, and the predominance of federal land managed as an ACEC for riparian protection. It is unlikely that additional facilities would be needed to enhance management.

*Alternative Protective Measures Considered*
WSR designation would provide the highest level of protection for the Vegetation ORV because designation would include a federal reserved water right that protects flow rates that mimic natural, seasonal variation in flows. However, even if a federal reserved water right is created, it would be junior to all existing water rights on the creek, and could not ensure adequate flows to support riparian values under all hydrologic conditions.

Several existing authorities and segment features provide a lesser level of ORV protection, including an ACEC designation that protects riparian values, an existing state-based instream flow water right, environmentally supportive San Miguel County land use codes, and a high percentage of federally managed land within the corridor.

BLM_0164599



**FIGURE 7 - (17) SALTADO CREEK**

*Final Wild and Scenic River Suitability*

## 17 ~ SALTADO CREEK



### ~SUITABLE SEGMENT~

**Classification:** **Wild**
**ORV:** **Vegetation**
**Suitable Length:** **5.6 miles**
**BLM-Administered:** **4.1 miles**
**Key Considerations:**

- A stream flow regime that mimics natural seasonal changes necessary for sustaining a healthy riparian community might only be achieved through designation, but an opportunity exists to collaborate with the CWCB on instream flow protection.
- San Miguel County and a local homeowners association have expressed support for WSR designation.
- The majority of the segment is comprised of contiguous BLM-administered land, allowing for efficient management if designated.
- There are no roads or water right diversions within the segment.



**SAN MIGUEL HYDROLOGIC UNIT**

### SUMMARY OF RATIONALE FOR DETERMINATION

Saltado Creek was found to be *suitable* for WSR designation, with a classification of *Wild*. The BLM made this determination because:

- This segment is part of several interconnected stream segments in the San Miguel River watershed that support riparian communities that are ranked as superior (A) by the CNHP, indicating unusually high-quality riparian habitat. Interconnected stream systems of this quality are very unusual in the southern Rocky Mountain ecoregion. The land management standards associated with a suitability determination and with designation would help ensure the long-term sustainability of this ORV.

- The BLM's Southwest Resource Advisory Council Subgroup, which included a broad array of stakeholders within the basin, recommended that this segment be determined suitable. In addition, there was strong public support for suitable determination.

- A suitable determination and potential designation would be consistent with potential development of mineral resources and protection of WSR values. Current mineral leases and mining claims could be developed, but would be subject to conditions to minimize impacts on WSR values. The suitable river corridor would remain open to mineral leasing, but leases would be subject to stipulations that prohibit surface disturbance within the suitable river corridor.

- While the current CWCB instream flow water right provides some base flow protection for the riparian ORV, it does not provide full protection because it does not protect peak flows that are necessary to support riparian communities. The federal reserved water right that comes with designation would allow the BLM to file for a water right that provides full protection. However, it is also possible that the BLM could work collaboratively with the CWCB to increase the instream flow water right to fully support the riparian ORV. To acknowledge current instream flow protection and the potential to protect

BLM_0164601

riparian flows by increasing the existing instream flow water right or by using other methods, the BLM's suitability determination includes the following finding:

*If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the flow-related ORVs on Beaver Creek, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment if it is ultimately designated into the NWSRS.*

- The BLM is not aware of any major water supply projects that are proposed within the Saltado Creek watershed, so a suitability determination and designation would not be in conflict with long-term water supply initiatives.

- Designation would be consistent with the programs and policies of other agencies. The Southwest Basin Roundtable Basin Implementation Plan identifies a suitable determination as a process that can be used to manage the nonconsumptive, water-dependent values associated with this segment.

*Public Input*
There was strong public support for suitability, including from a local homeowners association and San Miguel County, with the protection of riparian vegetation and stream-related values most commonly cited as the rationale for designation. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUE

*Vegetation*
This segment supports an occurrence of narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest *(Populus angustifolia/ Picea pungens/Alnus incana ssp. tenuifolia)* along several miles of its length ranked as superior (A) by the CNHP. The BLM has designated an area that includes this segment as part of the San Miguel ACEC, primarily in order to protect this outstanding riparian community.

### WATER RIGHTS AND USES

The CWCB holds an instream flow water right along the entire segment with a 1993 priority date. The water right is decreed for 2 cfs (from May 1 to June 30) and 1 cfs (from July 1 to April 30).

Water yield through the segment contributes to the proper hydrologic function of the San Miguel River.

There are no water diversions or impoundments within the segment. Absolute water rights upstream of the segment include ditch diversions totaling 39 cfs and storage rights totaling 11.4 acre-feet. These water rights cause some depletion of streamflow through the segment, especially during the irrigation season.

**Final Wild and Scenic River Suitability**

Conditional water rights above the upper terminus include flow diversions totaling 5 cfs and storage rights totaling 15 acre-feet. If developed, these water rights would have seniority over the existing instream flow and any water right established as part of WSR designation, and could further diminish flow through the segment.

## LAND OWNERSHIP AND USES

Approximately 18% of the corridor consists of private land within the Forestry, Agriculture, and Open Zone District of San Miguel County. The district is intended to preserve large, relatively remote areas of the county for resource, agricultural, open space, and recreational proposes. These areas currently have minimal public facilities and services and are considered inappropriate for substantial development. Development and special uses are encouraged to be located outside of environmentally sensitive areas.

### Special Designations
The segment is within the San Miguel Special Recreation Management Area and ACEC. The area is closed to OHV use.

### ROWs and Withdrawals
Numerous BLM ROW authorizations cross or briefly run adjacent to the creek, including distribution and telephone lines, a CDOT highway, two WAPA transmission lines, and the Tri-State Nucla-Sunshine 115 kV transmission project.

While portions of the segment are within an area identified as a Powersite Classification, the classification does not preclude WSR designation. The federal government acquired public access easement across private lands adjacent to the creek in the southern upper reach of the segment.

### Energy and Mineral Leasing
There are existing oil and gas leases within the segment, and these leases could be developed pursuant to lease stipulations included at the time of leasing. All future oil and gas leases would be subject to stipulation NSO-11, which would allow the minerals to be developed, but would prohibit surface occupancy within 325 feet of the stream. Active mining claims for locatable minerals occur within the segment corridor and have a prior existing right to mineral deposits. Any existing or future mining claims could be developed pursuant to regulations found under 43 CFR 3809 and the BLM Wild and Scenic Rivers Manual 6400, Section 3.6, which require the BLM to allow mineral development but to minimize impacts on WSR values.

## ADMINISTRATION

The northern lower reach of the segment has contiguous public land and lack of development, while along the southern upper reach, land ownership is split. WSR designation would be consistent with the BLM Colorado Public Land Health standard for riparian vegetation.

State and local governments have not indicated an interest in sharing administration or funding of a designated river segment.

BLM_0164603

### Potential Costs Associated with WSR Designation

As a result of the suitability finding, the stream and corridor will be managed to protect the ORV, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

Administering and managing this segment for the Vegetation ORV would require a moderate increase in funding over current levels. The segment is remote, has no developed access, and 82% of the corridor is federal land managed as an ACEC for riparian protection, factors that assist in protecting the ORV.

It is unlikely that additional facilities would be necessary as a result of WSR designation. If available for purchase from willing sellers, private land parcels within the corridor would have added value for ORV protection.

### Alternative Protective Measures Considered

Several existing authorities and segment features provide a lesser level of ORV protection, including: an ACEC designation intended to protect riparian values, an existing state-based instream flow water right, environmentally supportive San Miguel County land use codes, and a high percentage of federally managed land within the corridor.

BLM_0164604

**Final Wild and Scenic River Suitability**



FIGURE 8 - (18) SAN MIGUEL RIVER, SEGMENT 1

BLM_0164605

## SUMMARY OF RATIONALE FOR DETERMINATION

San Miguel River Segment 1 was found to be *suitable* for WSR designation, with a classification of *Recreational*. The BLM made this determination because:

- The segment supports a very high number of ORVs. The land management standards associated with a suitability determination and with designation would help ensure the long-term sustainability of the ORVs.

- Even though this segment is presently managed under ACEC and SRMA designations, those designations are focused on protecting riparian and recreational resources. They are not designed to comprehensively protect all of the ORVs. Designation would provide permanent protection and additional resources for management of all of the identified ORVs.

- The BLM's Southwest Resource Advisory Council Subgroup, which included a broad array of stakeholders within the basin, recommended that this segment be determined suitable. While concerns were raised regarding uranium and recreational placer mining within the segment, the Resource Advisory Council Subgroup believed that a *Recreational* classification would allow for the continuation of these activities.

- A suitable determination and potential designation would be consistent with potential development of mineral resources and protection of WSR values. Current mineral leases and mining claims could be developed, but would be subject to conditions to minimize impacts on WSR values. The suitable river corridor would remain open to mineral leasing, but leases would be subject to stipulations that prohibit surface disturbance within the suitable river corridor.

- The BLM can rely upon the instream flow water right appropriated by the CWCB that covers this segment to protect water-dependent environmental values, avoiding a potential conflict between State of Colorado water interests and a federal reserved water right that comes with designation. The CWCB does not have the authority to appropriate flows to protect recreational values, but there are other potential processes, including applications by local governments for recreational water rights, that could protect recreational values. To acknowledge current instream flow protection and the potential to protect recreation flows by using other methods, the BLM's suitability determination includes the following finding:

  *If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the flow-related ORVs on the San Miguel River, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment is it is ultimately designated into the NWSRS.*

- Designation would be consistent with long-term water supply initiatives. The BLM has determined that management under suitable status or designated status would not be likely to interfere with future upstream water supplies for municipal, industrial, and agricultural use.

BLM_0164606

## 18 ~ SAN MIGUEL RIVER, SEGMENT 1



### ~SUITABLE SEGMENT~

**Classification:** Recreational

**ORV:** Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology

**Suitable Length:** 27.2 miles

**BLM-Administered:** 17.3 miles

**Key Considerations:**

- The current CWCB instream flow water right for this segment provides base flow protection for the vegetation ORV. However, the CWCB is not authorized to appropriate flows to support recreation uses. Recreation flows could potentially be protected by water rights held by local governments or by a federal water right associated with designation.

- Over 80% of land within the segment is public. Most of the segment is within San Miguel County, which has expressed support for WSR designation. A small portion of the segment is within Montrose County, which opposes designation.

**SAN MIGUEL HYDROLOGIC UNIT**

- Designation would be consistent with the programs and policies of other agencies. The Southwest Basin Roundtable Basin Implementation Plan identifies a suitable determination as a process that can be used to manage the nonconsumptive, water-dependent values associated with this segment.

### Public Input

The segment received much support for and opposed to suitability, with supporters (including San Miguel County) citing the unparalleled scenery and natural and cultural features within the corridor and opponents (including the Montrose County Board of Commissioners) expressing concern over potential restrictions on historic uses. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

#### Scenic

An interdisciplinary BLM field inventory team evaluated and assigned this section of the San Miguel a *Scenic Quality Classification* of A. The river here is boulder-strewn, with a strong and constant gradient. The energetic, splashy flow is the keystone to the scenic quality of the reach. The color and contrast provided by steep canyon walls and interesting erosional patterns add to the visual appeal. Thick, diverse riparian vegetation provides additional scenic interest, changing in color and density throughout the growing season. From Deep Creek to Leopard Creek, stunning views of the San Juan mountain range enhance the landscape. A few modifications, including power lines and roads, are a minor detraction from the scenery.

#### Recreational

This entire segment of the San Miguel is within the San Miguel River Special Recreation Management Area and provides superior opportunities for river-related recreation. The river is easily accessed via paved highway and contains a number of high-quality BLM recreation

BLM_0164607

sites, including six developed boat launches, six picnic areas, a campground, and an interpretive center. During snowmelt, whitewater rafters and kayakers are challenged by the swift currents and complex hydraulics of this boulder-strewn river. Outside of the snowmelt season, the river provides excellent opportunities for trout fishing on complex pocket water. Fishing enthusiasts may access the river via foot or raft.

The river's reputation for outstanding recreation, combined with the availability of commercial guide services, consistently draws visitors from around the world. This section also offers exceptional opportunities for sightseeing and photography along the Unaweep-Tabeguache Byway. The byway is marketed to visitors both within and outside of Colorado by the Unaweep-Tabeguache Byway Committee and the Colorado Office of Tourism.

### Wildlife
Portions of the river corridor in this segment represent one of the finest protected Southwest Canyon Riparian Habitat sites in the United States. The Southwest Canyon Riparian Habitat is recognized as the richest terrestrial bird habitat type in North America, providing breeding sites for a wide variety of species, and primary migratory routes for nearly all songbirds throughout the western United States. According to the National Audubon Society, more than 300 bird species have been observed in the San Miguel River corridor.

### Historic
Remnants of an old railroad grade follow along much of this section. The Rio Grande Southern Railroad operated a fleet of seven unusual railcars along a narrow gauge track from the 1930s until service ended in 1952, at which point the line was decommissioned. The rail line was known as the Galloping Goose. Built from car, truck, and bus parts, the lightweight "motors" proved to be an economical method for transporting mail and passengers between Durango and Ridgway.

The remains of historic uranium ore processing loadout areas are also present along this stretch. The site qualifies for nomination to the National Register of Historic Places under *Criterion A*.

### Vegetation
This reach supports occurrences of four riparian communities, river birch/mesic graminoid riparian shrubland *(Betula occidentalis/mesic graminoids)*, narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest *(Populus angustifolia/Picea pungens/Alnus incana ssp. tenuifolia)*, narrowleaf cottonwood/thinleaf alder riparian woodland *(Populus angustifolia/Alnus incana ssp. tenuifolia)*, and thinleaf alder/mesic graminoid riparian shrubland *(Alnus incana ssp. tenuifolia/mesic graminoids)*, ranked as Superior (A) by the CNHP. The reach falls within the Middle San Miguel Potential Conservation Area and the BLM has designated an area which includes this segment as part of the San Miguel ACEC, primarily to protect these outstanding riparian communities.

### Paleontology
For many miles, the canyon formed by the San Miguel River exposes chunks of the Morrison Formation, remnants of a one hundred million-year old river bed. This Jurassic-age river meandered eastward from the ancestral Rocky Mountains into immense inland seas. Many fossils, including rare fish, plants, and fragmentary dinosaur bones, can be found along this stretch.

BLM_0164608

**Final Wild and Scenic River Suitability**

## WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of the lower San Miguel River and Dolores River downstream.

The CWCB holds two instream flow water rights structured to preserve the natural environment to a reasonable degree. The instream flow water right from Deep Creek to Fall Creek holds a 1984 priority date and provides for a year-round flow of 20 cfs. The instream flow water right from Fall Creek to Horsefly Creek holds a 2002 priority and protects 93 cfs from May 1 to October 14 and 61 cfs for the remainder of the year. These flow rates were established to support cold water fisheries, and may not be fully protective of riparian values. The CWCB does not have legal authority to appropriate instream flow water rights for recreational purposes.

According to the 2010 Statewide Water Supply Initiative, demand for municipal and industrial water supplies in San Miguel County will increase from 2,900 acre-feet (low estimate) to 6,000 acre-feet (high estimate) annually. Most future water demand will be met through conservation practices and development of existing water rights. However, the 2015 Southwest Basin Roundtable Basin Implementation Plan lists multiple projects that could be developed to meet future demand, including increased irrigation water demand. If these projects require federal agency permits for construction, they could be impacted by WSR designation of this segment, because the permitting agency would be required to consider downstream impacts on this segment. These upstream projects include:

- Straw Reservoir – The Farmers Water Development Company holds a 6,000 acre-foot conditional storage right for a proposed dam immediately downstream from the existing Gurley Reservoir. The reservoir would be filled with diversions from Beaver Creek.

- Enlargement of Gurley Reservoir – The Farmers Water Development Company has proposed an enlargement of the existing Gurley Reservoir, which diverts water from Beaver Creek. Water rights have not yet been secured for this project.

- Enlargement of Lone Cone Reservoir – The Lone Cone Ditch and Reservoir Company and the Norwood Water Commission have obtained a 4,000 acre-foot conditional water right enlargement of the reservoir. The water supply for the enlargement would be diverted from Naturita Creek and Goat Creek.

Approximately six water diversions scattered along the segment are not prominent features in the corridor and do not detract from the natural character of the river. Impoundments upstream of the segment include Trout Lake and Hope Lake on the Lake Fork tributary. There are a few off-channel impoundments within the segment associated with Cascabel Ranch near the lower terminus.

According to a draft BLM San Miguel instream flow assessment, senior water rights on the mainstem of the San Miguel River between Horsefly Creek and Naturita Creek divert water downstream of the segment. Much of this water demand is conveyed through the segment, but the demand is limited primarily to the irrigation season.

BLM_0164609

Estimates from the Colorado HydroBase Decision Support System indicate that there are more than 160,000 acre-feet of conditional storage water rights within and upstream of the segment. If developed, these rights could influence flow through the segment.

## LAND OWNERSHIP AND USES

### Zoning

A portion of the segment within Montrose County is zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a special use permit. Many of these uses are not related to agriculture and have the potential to conflict with the intent of the WSR Act.

Portions of the corridor downstream of Beaver Creek and on the southwest side of the San Miguel River are within the Wright's Mesa Zone District in San Miguel County. The district is intended to preserve the rural and agricultural character of Wright's Mesa while encouraging diverse economic opportunities compatible with the rural landscape. Wright's Mesa has a history of coexisting agriculture, ranching, residential, and small business uses that comprise its rural character. The district discourages large-lot patterns of sprawl (typically created through 35-acre developments) by offering alternatives and incentives to cluster buildings, retain open lands, and keep large parcels intact.

The remaining portions of the corridor within San Miguel County are primarily in the Forestry, Agriculture, and Open Zone District. The district is intended to preserve large, relatively remote areas of the county for resource, agricultural, open space, and recreational purposes. These areas currently have minimal public facilities and services and are considered inappropriate for substantial development. Development and/or special uses are encouraged to be located away from environmentally sensitive land.

The incorporated town of Placerville is zoned into two districts: The Placerville Residential Zone District provides areas and design standards for single-family residences surrounding the Placerville Commercial Zone District. The Placerville Commercial Zone District provides standards for commercial establishments located on Front Street in Placerville and at the southwest corner of the intersection of State Highways 62 and 145 west of Placerville. The size of the district cannot be increased.

There are a few planned unit developments along the San Miguel River in the vicinity of the incorporated town of Sawpit. The allowed uses within the planned unit developments are primarily single family housing on large lots (with a minimum of 35 acres). Other uses, such as multi-family housing and neighborhood commercial development, are allowed upon approval from the Board of County Commissioners.

### ROWs and Withdrawals

ROWs within the segment include four power and nine telephone lines, gas pipelines, private access roads, county roads, a highway, an historic ditch, two WAPA 345-kilovolt power lines, the McKeever drift fence to the USFS boundary, and C-64335 river diversion weirs.

BLM_0164610

**Final Wild and Scenic River Suitability**

While portions of the segment are within an area identified by the Federal Energy Regulatory Commission as having potential for hydropower development, classification as a Power Site does not preclude WSR designation.

### Energy and Mineral Leasing

There are existing oil and gas leases within the segment, and these leases could be developed pursuant to lease stipulations included at the time of leasing. All future oil and gas leases would be subject to stipulation NSO-9, which would allow the minerals to be developed, but would prohibit surface occupancy within 400 meters from of stream. Active mining claims for locatable minerals occur within the segment corridor and have a prior existing right to mineral deposits. Any existing or future mining claims could be developed pursuant to regulations found under 43 CFR 3809 and the BLM Wild and Scenic Rivers Manual 6400, Section 3.6, which require the BLM to allow mineral development but to minimize impacts on WSR values.

## ADMINISTRATION

Several private land parcels are scattered throughout the corridor. A small portion of the segment is within Montrose County, which has adopted a resolution opposing WSR designation.

WSR designation would complement BLM Colorado Public Land Health standards for riparian vegetation and wildlife.

State and local governments have not indicated an interest in sharing administration or funding of a designated river segment.

### Special Designations

Most of the segment is within a Special Recreation Management Area and an ACEC.

### Potential Costs Associated with WSR Designation

As a result of the suitability finding, the stream and corridor will be managed to protect the ORVs, with little additional funding needed. Formal WSR designation would require additional funding for signage, public education, ranger patrols, and maintenance, the amount of which would vary depending upon projected increases in visitor use, as well as the segment's size, location, and other attributes.

The costs for managing this segment for the Scenic, Recreational, Wildlife, Historic, Vegetation, and Paleontologic ORVs would be moderately higher than current funding levels. The segment is within an existing Special Recreation Management Area and an ACEC from Placerville downstream, both of which have resulted in additional funding and resource protection actions along the river corridor.

A state highway parallels most of this reach, providing for easy access and use of the river and riparian area.

The segment includes several scattered parcels of private land. The BLM would pursue land acquisition from willing sellers as funding and opportunities arose, which would add value toward management and protection of the ORVs.

BLM_0164611

*Alternative Protective Measures Considered*

While WSR designation would provide the most comprehensive protection for the ORVs, several existing authorities and segment features provide some lesser level of ORV protection:

- ACEC and Special Recreation Management Area designations emphasize management for riparian and recreation values.

- An existing state-based instream flow water right in the San Miguel River helps to sustain the water-dependent ORVs.

- Development objectives on private lands in most of the segment are within the San Miguel County Land Use Code, which promotes preserving large remote areas for resource, agricultural, open space, and recreational purposes.

- A large portion of private land within the corridor is managed by The Nature Conservancy, which supports a finding of suitability.

In addition, conservation easements could be pursued on select private portions of the corridor, which would be value added in providing protection for the ORVs.



**FIGURE 9 - (19) SAN MIGUEL RIVER, SEGMENT 2**

BLM_0164613

## SUMMARY OF RATIONALE FOR DETERMINATION

San Miguel River Segment 2 was found to be *suitable* for WSR designation, with a classification of *Wild*. The BLM made this determination because:

- The segment supports a very high number of ORVs. The land management standards associated with a suitability determination and with designation would help ensure the long-term sustainability of the ORVs. In addition, this segment is the only segment along the San Miguel River classified as *Wild*, so the segment provides a unique recreational opportunity for solitude and primitive and unconfined recreation.

- Even though this segment is presently managed under ACEC and SRMA designations, those designations are focused on protecting riparian and recreational resources. They are not designed to comprehensively protect all of the ORVs. Designation would provide permanent protection and additional resources for management of all of the identified ORVs.

- The BLM's Southwest Resource Advisory Council Subgroup, which included a broad array of stakeholders within the basin, recommended that this segment be determined suitable. The Resource Advisory Council Subgroup considered overall land health within the segment to be of primary concern. While the impact of grazing on the Vegetation ORV is addressed to some extent through the current ACEC and SRMA designations, it was determined that WSR designation would provide longer-lasting protections. The BLM shortened the segment to end at the Bennett property in order to protect landowner interests at Horsefly Creek, and the natural topography of the canyon rims would be used to delineate the corridor.

- A suitable determination and potential designation would be consistent with potential development of mineral resources and protection of WSR values. Current mineral leases and mining claims could be developed, but would be subject to conditions to minimize impacts on WSR values. The suitable river corridor would remain open to mineral leasing, but leases would be subject to stipulations that prohibit surface disturbance within the suitable river corridor.

- The BLM can rely upon the instream flow water right appropriated by the CWCB that covers this segment to protect water-dependent environmental values, avoiding a potential conflict between State of Colorado water interests and a federal reserved water right that comes with designation. The CWCB does not have the authority to appropriate flows to protect recreational values, but there are other potential processes, including applications by local governments for recreational water rights, that could protect recreational values. To acknowledge current instream flow protection and the potential to protect recreation flows by using other methods, the BLM's suitability determination includes the following finding:

  *If scientific studies conclude that alternative forms of flow protection are in place and are sufficient to fully protect the flow-related ORVs on the San Miguel River, the BLM will determine it is unnecessary to quantify, assert, or adjudicate a federal reserved water right for this segment is it is ultimately designated into the NWSRS.*

BLM_0164614

*Final Wild and Scenic River Suitability*



## 19 ~ SAN MIGUEL RIVER, SEGMENT 2

### ~SUITABLE SEGMENT~

*Classification:* **Wild**

*ORVs:* **Scenic, Recreational, Wildlife, Vegetation**

*Suitable Length:* **4.0 miles**

*BLM-Administered:* **4.0 miles**

*Key Considerations:*

- The segment contains a wide array of ORVs.
- The segment is comprised entirely of public lands.
- The current CWCB instream flow water right for this segment provides base flow protection for the vegetation ORV. However, the CWCB is not authorized to appropriate flows to support recreation uses. Recreation flows could potentially be protected by water rights held by local governments or by a federal water right associated with designation.



## SAN MIGUEL HYDROLOGIC UNIT

- Designation would be consistent with long-term water supply initiatives. The BLM has determined that management under suitable status or designated status would not be likely to interfere with future upstream water supplies for municipal, industrial, and agricultural use.

- Designation would be consistent with the programs and policies of other agencies. The Southwest Basin Roundtable Basin Implementation Plan identifies a suitable determination as a process that can be used to manage the nonconsumptive, water-dependent values associated with this segment.

### Public Input

The segment received much support for and opposition to suitability. Supporters identified the outstanding canyon setting and river-related values, and generally supported the results of Southwest Resource Advisory Council stakeholder process. Opponents, which included the Montrose County Board of Commissioners, expressed concern about restrictions on historic and future uses of water within the segment. The State of Colorado communicated that it would not oppose a suitability determination, provided that its concerns about water rights, permitting, and classification were addressed.

## SEGMENT ASSESSMENT

### OUTSTANDINGLY REMARKABLE VALUES

#### Scenic

An interdisciplinary BLM field inventory team evaluated the area and assigned a *Scenic Quality Classification of A*. The San Miguel River flows clear and is a dominant element in this section. Complex erosional patterns combine with a diverse riparian plant community to form a varied landscape in contrasting hues of green, red, yellow, orange, gray, tan, and blue. This section of river is boulder-strewn and has a consistent gradient. The constant, energetic, splashy flow creates visually pleasing hydraulic features that are rare in the region of comparison. Adjacent scenery contributes to the setting.

BLM_0164615

### Recreational

This section of the San Miguel River offers a rare and extraordinary opportunity for primitive river recreation, as the riparian surroundings transition from the Rocky Mountain physiographic region of the upper San Miguel to the Colorado Plateau physiographic region of the lower San Miguel. With no roads or developments, this section appears primitive and natural. River recreation in this section includes rafting, kayaking and trout fishing, as part of long day or multi-day trips. This and the adjacent downstream segment support the best population of self-sustaining trout in the San Miguel. There are several primitive BLM campsites along the reach. The entire reach lies within the San Miguel Special Recreation Management Area, used by private and commercial river runners and trout fishers.

### Wildlife

Portions of the river corridor in this segment represent one of the finest examples of protected Southwest Canyon Riparian Habitat in the United States. The Southwest Canyon Riparian Habitat is recognized as the richest terrestrial bird habitat type in North America, providing breeding sites for a wide variety of bird species and primary migratory routes for nearly all songbirds throughout the western United States. According to the National Audubon Society, more than 300 bird species have been observed in the San Miguel River corridor.

### Vegetation

This segment supports five distinct and outstanding riparian communities. These include four superior (A-ranked) occurrences of communities classified as globally vulnerable (G3) thinleaf alder/mesic graminoid riparian shrubland *(Alnus incana ssp. tenuifolia/mesic graminoids)*, narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest *(Populus angustifolia/Picea pungens/Alnus incana ssp. tenuifolia)*, narrowleaf cottonwood/thinleaf alder riparian woodland *(Populus angustifolia/Alnus incana ssp. tenuifolia)*, and river birch/mesic graminoid riparian shrubland *(Betula occidentalis/mesic graminoids)*. In addition, a superior (A-ranked) occurrence of blue spruce/red osier dogwood riparian forest *(Picea pungens/Cornus sericea)*, ranked as apparently secure (G4), occurs here as well. The site is included within the CNHP-designated San Miguel River, Clay Creek to Horsefly Creek Potential Conservation Area. The BLM has also designated an area that includes this segment as part of the San Miguel ACEC, primarily in order to protect these outstanding riparian communities.

### WATER RIGHTS AND USES

Water yield through the segment contributes to the proper hydrologic function of the lower San Miguel River and Dolores River downstream.

The CWCB holds an instream flow water right along the entire segment decreed for 93 cfs from May 1 to October 14 and 61 cfs the remainder of the year structured to preserve the natural environment to a reasonable degree.

There are no absolute or conditional water rights or impoundments within the segment.

According to the 2010 Statewide Water Supply Initiative, demand for municipal and industrial water supplies in San Miguel and Montrose Counties will increase from 5,900 acre-feet (low estimate) to 11,000 acre-feet (high estimate). Most future water demand will be met through conservation

BLM_0164616

**Final Wild and Scenic River Suitability**

practices and development of existing water rights. However, the 2015 Southwest Basin Roundtable Basin Implementation Plan lists multiple projects that could be developed to meet future demand, including increased irrigation water demand. If these projects require federal agency permits for construction, they could be impacted by WSR designation of this segment, because the permitting agency would be required to consider downstream impacts on this segment. These upstream projects include:

- Straw Reservoir – The Farmers Water Development Company holds a 6,000 acre-foot conditional storage right for a proposed dam immediately downstream from the existing Gurley Reservoir. The reservoir would be filled with diversions from Beaver Creek.

- Enlargement of Gurley Reservoir – The Farmers Water Development Company has proposed an enlargement of the existing Gurley Reservoir, which diverts water from Beaver Creek. Water rights have not yet been secured for this project.

- Enlargement of Lone Cone Reservoir – The Lone Cone Ditch and Reservoir Company and the Norwood Water Commission have obtained a 4,000 acre-foot conditional water right enlargement of the reservoir. The water supply for the enlargement would be diverted from Naturita Creek and Goat Creek.

If developed, conditional water rights upstream of the segment could influence flow through the segment. Colorado Decision Support System HydroBase estimates indicate that there are more than 160,000 acre-feet of conditional storage water rights upstream of the segment, on either the mainstem or tributaries.

There are a few impoundments upstream of the segment, including Trout Lake and Hope Lake (on the Lake Fork tributary), and a few off-channel impoundments associated with Cascabel Ranch immediately upstream of the segment.

Senior rights on the mainstem of the San Miguel River divert irrigation water between Horsefly Creek and Naturita Creek downstream of this segment. Much of the water demanded by these diversions is conveyed through the segment.

According to San Miguel legal and institutional analysis, potential dam sites on the San Miguel River (downstream of Leopard Creek near the confluence with Beaver Creek and above Horsefly Creek) and major tributaries (including Horsefly Creek and Maverick Draw) identified in the 2004 Statewide Water Supply Initiative are unlikely to be developed, given current costs and concern over environmental impacts. Saltado Reservoir (with a conditional fill and refill right totaling over 140,000 acre-feet on the San Miguel River downstream of Specie Creek) is included in this assessment.

## LAND OWNERSHIP AND USES

Approximately 1.7% of the corridor consists of private land zoned as General Agriculture in the Montrose County Master Plan. As presently defined in the Montrose County Zoning Resolution, the zone is relatively non-restrictive regarding allowable uses-by-right and uses requiring a fee or

BLM_0164617