**Table T-I**
**Description of Alternatives A, B, B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 126. | *Terrestrial Wildlife – Migratory Birds* | | | | |
| 127. | **Action:** No similar action in current RMPs. | **Action:** Use adaptive management to conserve and avoid impacts on populations of Birds of Conservation Concern, Partners-in-Flight priority species, and other species of concern. | | | |
| 128. | Allowable Use: Avoid large-scale disrupting land use activities, such as surface disturbance, from May 15 to July 15 in migratory bird habitats. Focus these protection efforts on USFWS Birds of Conservation Concern. | Allowable Use: **STIPULATION** TL-13: *Wildlife Migratory Bird.* Prohibit surface use and surface-disturbing and disruptive activities, including vegetation-altering projects, on lands where nesting migratory birds are present during the following time period: April 1 to July 15. (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use: No similar allowable use. (There would not be a TL stipulation.) | Allowable Use: Same as Alternative B. (Refer to Appendix B; Figure 2-27, Appendix A.) | **LEASE NOTICE** LN-UFO-1: *Migratory Birds.* The lessee is hereby notified that prior to and during all lease operations, including development and utilization of oil and gas resources, the lessee must comply year-round with applicable provisions of the Migratory Bird Treaty Act of 1918, 16 USC 703–712, and other state and local statutes, rules, and regulations, now in existence or as may be modified in the future, consistent with lease rights. Migratory birds nest throughout the UFO, and seasonal timing restrictions for ground-disturbing activities may occur |

BLM_0166018

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | within the April 1 to July 15 period when migratory birds may be nesting in the area. |
| 129. | **Action:** No similar action in current RMPs. | **Action:** Apply appropriate restrictions and mitigation to minimize impacts on migratory birds. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and other conservation priority habitats. This is to protect breeding and nesting migratory bird species and to comply with the Migratory Bird Treaty Act of 1918. | | | **Action:** Using best available science, apply appropriate restrictions and mitigation to minimize impacts on migratory birds. Focus protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and habitat for other conservation priority bird species. This is to protect breeding and nesting migratory bird species and to comply with the Migratory Bird Treaty Act of 1918. |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166019

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 130. | **SPECIAL STATUS SPECIES** | | | | |
| 131. | *SPECIAL STATUS SPECIES – GENERAL* | | | | |
| 132. | **GOAL:** Protect and enhance special status species and habitats to promote their conservation, recovery, and persistence. | | | | |
| 133. | **Objective:** Maintain or improve historically occupied or potentially suitable threatened and endangered species habitat. Maintain or improve habitat for sensitive plant species and wildlife species of high federal interest (emphasis area A; BLM 1985). Require in all land use activity plans measures designed to protect threatened and endangered species and their habitat (BLM 1989a). Protect, maintain, and enhance crucial habitats for nongame species of special | **Objective:** Restore and enhance special status species and habitats. Preserve and promote special status species conservation. Prohibit any activity that would have measurable impacts on subpopulations, populations, or habitats over the short or long term. Prohibit land use activities in specific areas. Manage all federally threatened, endangered, candidate, and BLM sensitive species as key/priority species. | **Objective:** Maintain special status terrestrial and aquatic species populations and habitats. Maintain special status plant populations and habitats while maximizing land use activities and commodity production. Provide reasonable exceptions to restrictions to facilitate land use and development. Manage all federally threatened, endangered, and candidate species as key/priority species. | **Objective:** Restore, enhance, preserve, and promote special status species (aquatic and terrestrial) conservation and ecosystem integrity and values. Emphasis is on special status species habitat and population (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring population and habitat diversity, productivity, viability, and natural processes throughout the ecosystem(s). Design land treatment projects and other facilities to improve the | **Objective:** (See also Vegetation and Water Quality Objectives.) Restore, enhance, preserve, and promote special status species (aquatic and terrestrial) conservation and ecosystem integrity and values. Emphasis is on special status species habitat and population (mammals, reptiles, amphibians, birds, fish, invertebrates and plants) management, including objectives and improvements for ensuring population and habitat diversity, productivity, viability, and natural processes throughout the ecosystem, and striving |

BLM_0166020

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | interest or concern to state and other federal agencies (BLM 1985). | | | quality and quantity of special status species (aquatic and terrestrial) habitats.<br><br>Protect endangered species and migratory birds to the extent required by the Endangered Species Act and the Migratory Bird Treaty Act of 1918. | for stable, sustainable wildlife populations.<br><br>Manage all federally threatened, endangered, candidate, and BLM sensitive species as key/priority species.<br><br>Provide for effective special status species habitat throughout the Planning Area with abundance and distribution commensurate with the capability of the land to sustain special status species populations. Habitat continuity and travel corridors exist and persist to facilitate species movement and establishment into newly suitable areas as a result of changing habitats. Utilize current conservation (recovery) plans, agreements, and strategies, including state |

BLM_0166021

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | habitat and species management and action plans to direct management. (See Section 1.7, Related Plans and Authorities, bullet 1.7.4 for examples of other plans.)  Design land treatment projects and other facilities to improve the quality and quantity of special status species (aquatic and terrestrial) habitats. Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species. |
| 134. | **Action:** No similar action in current RMPs. | **Action:** Recognize the following as key/priority habitats for special status terrestrial wildlife: • Major perennial rivers • Mixed conifer and aspen | **Action:** Recognize the following as key/priority habitats for special status terrestrial wildlife: • Major perennial rivers • Riparian areas | **Action:** Recognize the following as key/priority habitats for special status terrestrial wildlife: • USFWS-designated critical habitats • Occupied and suitable habitat for USFWS endangered, threatened, proposed, and candidate species | |

BLM_0166022

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | • Riparian areas<br>• Salt-desert<br>• Sagebrush<br>• Cliff and canyon areas<br><br>Recognize the following priority habitats for special status fish and aquatic wildlife:<br>• Perennial water sources<br>• Riparian areas<br>• Intermittent streams and ponds<br>• Ephemeral/seasonal waters<br><br>Recognize USFWS-designated critical habitats as key/priority areas. | Recognize the following priority habitats for fish and aquatic wildlife:<br>• Perennial water sources<br>• Riparian areas | • Occupied and suitable habitat for BLM sensitive species | |
| 135. | **Action:**<br>Allow authorization of supplemental releases and reintroduction of federal and state-listed endangered, threatened, and candidate species following environmental analysis and consultation with | **Action:**<br>No similar action (allowed by policy and law). | | | |

BLM_0166023

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| | USFWS, CPW, and other affected parties (emphasis area A; BLM 1989a). | | | | |
| 136. | **Action:** No similar action in current RMPs. | **Action:** Pursue opportunities to enhance, protect, or restore federally threatened and endangered species habitats, including structural and vegetation improvements. | **Action:** Pursue opportunities to improve habitat, including structural and vegetation improvements, to benefit primarily game species and popular fisheries. Consider projects that would also enhance nongame species. | **Action:** Pursue opportunities to enhance, protect, or restore federally threatened and endangered species habitats. | |
| 137. | **Action:** Maintain species of special importance to maintain viable population levels (emphasis area L; BLM 1989a). | **Action:** Manage for sensitive species that are recognized by the State but not the BLM, endemic, rare, or imperiled species or those species otherwise important to achieve resource goals and to prevent the need to protect them under BLM sensitive species designation or federal listing. | **Action:** No similar action. (Sensitive species are not a key/priority species under this alternative.) | **Action:** Promote BLM-sensitive species conservation to reduce the likelihood and need for species to be listed pursuant to the Endangered Species Act (BLM Manual 6840). | |

BLM_0166024

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 138. | Allowable Use:<br>**LEASE NOTICE**<br>LN-CO-34 (BLM 1991a): *Endangered Species Act Section 7 Consultation.* The lease area may now or hereafter contain plants, animals, or their habitats determined to be threatened or endangered or other special status species. The BLM may recommend modifications to exploration and development proposals to further its conservation and management objective to avoid a BLM-approved activity that would contribute to a need to list such a species or its habitat. The BLM may require modifications to or may disapprove | **Action:**<br>Attach the following standard stipulations to any BLM-issued permit in which there may be surface-disturbing activities:<br>• To avoid impacts on federally listed threatened, endangered, proposed, or candidate species or designated critical habitat and BLM special status species: project proponents, lessees, operators, and ROW holders must contact the BLM before any surface-disturbing activities. Additional inventories may be required to ensure that there are no protected species on the proposed disturbance sites. The BLM may recommend, require modifications to, or disapprove proposed activities to avoid an activity that may affect a federally listed or BLM-sensitive species. Modification or disapproval may also be required on a proposed activity that is likely to jeopardize the continued existence of a proposed or listed threatened or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. This could include completion of any required conference or consultation with USFWS. | | | Allowable Use:<br>**STIPULATION** *Exhibit CO-34 ESA Section 7 Consultation:* The lease area may now or hereafter contain plants, animals, or their habitats determined to be threatened, endangered, or other special status species. The BLM may recommend modifications to exploration and development proposals to further its conservation and management objective to avoid BLM-approved activity that will contribute to a need to list such a species or their habitat. BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species or |

BLM_0166025

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | proposed activity that is likely to jeopardize the continued existence of a proposed or listed threatened or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act as amended, 16 United States Code (USC) 1531, et seq., including completion of any required procedure for conference or | | | | result in the destruction or adverse modification of a designated or proposed critical habitat. BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act as amended, 16 U.S.C. § 1531 et seq., including completion of any required procedure for conference or consultation. |

BLM_0166026

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | consultation. (Refer to Appendix B.)<br><br>Allowable Use:<br>**LEASE NOTICE**<br>LN-UB-2: *Special Status Plants.* The lease area is known to contain populations of endangered plants and may hereafter contain other species protected under the Endangered Species Act or other special status species. To avoid impacts on endangered, threatened, proposed species, designated critical habitat, or BLM special status species, lessees must contact the UFO before any surface activities associated with this lease. The lessee may also be required to conduct additional inventories to ensure | | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166027

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | that there are no protected species on the proposed disturbance sites. The BLM may recommend modifications to exploration and development proposals to avoid impacts on any species listed under the Endangered Species Act or proposed for listing under the Endangered Species Act or designated or proposed critical habitat. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act, as amended, 16 USC 1531 et seq. This | | | | |

BLM_0166028

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | could include completing any required conference or consultation with the USFWS. Additionally, project modifications may be required to avoid impacts on BLM-sensitive species. (Refer to Appendix B.) | | | | |
| 139. | **Action:** Conduct on-site biological surveys by qualified individuals (BLM 1991a). | **Action:** To protect key wildlife species, special status species, and their habitats, surveys conducted by qualified individuals may be required during the period appropriate to the species and before surface disturbance, habitat treatments, or similar activities. | | | |
| 140. | **Action:** No similar action in current RMPs. | **Action:** Designate occupied habitat of known populations of federally threatened and endangered species as ROW exclusion. | **Action:** Designate occupied habitat of known populations of federally threatened and endangered species as ROW avoidance. Surveys may be required before surface disturbance. | | |
| 141. | *SPECIAL STATUS PLANTS* | | | | |
| 142. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: Close all federally threatened, endangered, proposed, and candidate plant species' occupied habitat (plant with a 200 | Allowable Use: Close all federally threatened, endangered, and proposed plant species' occupied habitat (plant with a 200 meter/656 foot buffer) to mineral materials disposal and non-energy solid mineral leasing. | | |

BLM_0166029

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | meter/656 foot buffer) to mineral materials disposal and non-energy solid mineral leasing. | | | |
| 143. | Allowable Use: Promote BLM-sensitive plant conservation and reduce the likelihood and need for species to be listed pursuant to the Endangered Species Act (BLM Manual 6840). | Allowable Use: Prohibit any land use that would damage, injure, or remove a sensitive plant element occurrence or subpopulation. Also prohibit any activity that would detrimentally alter connectivity between subpopulations. | Allowable Use: Prohibit any land use activity that would damage, injure, or remove more than 10 percent of a sensitive plant element occurrence or subpopulation, either by total number of individual plants or acres of occupied habitat within the activity area. Prohibit more than 10 percent cumulative disturbance of sensitive plant element occurrences or subpopulations at any one time. | Allowable Use: **STIPULATION** CSU-19/ SSR-20: *BLM Sensitive Plant Species.* Surface occupancy or use may be restricted and SSR restrictions applied within 100 meters (328 feet) of BLM-sensitive plant species. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain sensitive plant species. (Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.) | |
| 144. | Allowable Use: **STIPULATION** NSO-UB-2 (BLM 1989a): *Threatened, Endangered, Candidate, and Sensitive Plant Areas.* Prohibit surface occupancy in the | Allowable Use: **STIPULATION** NSO-22/NGD-8: *Plant ESA-Listed Species.* Prohibit surface occupancy and use and apply NGD restrictions within a 200-meter (656-foot) buffer of the edge of | Allowable Use: No similar allowable use. (There would not be a stipulation.) | Allowable Use: **STIPULATION** CSU-20/ SSR-21: *Plant ESA-Listed Species.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for | Allowable Use: **STIPULATION** NSO-22/SSR-21: *Plant ESA-Listed Species.* Prohibit surface occupancy and use and apply SSR restrictions within a 200-meter (656-foot) buffer |

BLM_0166030

Table T-1
Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | Fairview South ACEC/Research Natural Area to protect the threatened, endangered, candidate, and sensitive plants and their potential habitat. (Refer to Appendix B; Figure 2-19, Appendix A.)

**STIPULATION** NSO-CO-8 (BLM 1991a): *Special Status Plant Species*. Prohibit surface occupancy in special status plant species habitat (including federally listed and proposed species for listing and candidate species). (Refer to Appendix B; Figure 2-19, Appendix A.) | habitat of federally listed, proposed, or candidate threatened or endangered plant species as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | federally listed, proposed, or candidate threatened or endangered plant species as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.

An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing | of the edge of habitat of federally listed, proposed, or candidate threatened or endangered plant species as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-91 and 2-93, Appendix A; see Glossary for definitions of clay-loving wild buckwheat and Colorado hookless cactus habitats.) |

BLM_0166031

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | | vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation).<br><br>The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements | |

BLM_0166032

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Special Status Species])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 145. | **Action:** Protect sensitive plant species in the Coyote Wash area of Dolores Canyon (emphasis area D; BLM 1985). | **Action:** No similar action; this is addressed by other actions that protect sensitive plants. | | | |
| 146. | *SPECIAL STATUS FISH AND AQUATIC WILDLIFE (see also WILDLIFE – FISH AND AQUATIC)* | | | | |
| 147. | **Action:** No similar action in current RMPs. | **Action:** Partner with CPW, Forest Service, USFWS, and others to remove nonnative trout and other fishes from occupied native cutthroat trout habitat. | **Action:** No similar action. (Nonnative trout and other fishes would not be removed from occupied native cutthroat trout habitat.) | **Action:** Same as Alternative B. | |
| 148. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-23/NGD-9: *Wildlife ESA-Listed Species (Occupied Federally Listed Fish Habitat)*. Prohibit surface occupancy and use and apply NGD restrictions within 1.0 mile | Allowable Use: No similar allowable use. (There would not be a stipulation.) | Allowable Use: **STIPULATION** NSO-24/ SSR-22: *Wildlife ESA-Listed Species (Occupied Federally Listed Fish Habitat)*. Prohibit surface occupancy and use and apply SSR restrictions within 2,500 feet of the ordinary high-water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat. (Refer to Appendix B; | |

BLM_0166033

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | | of federally listed fish occupied habitat as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | | Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.) | |
| 149. | Allowable Use: No similar allowable use in current RMPs. | **Alternative B:** Allowable Use: **STIPULA-TION** CSU-21/SSR-23: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 0.25-mile of | **Alternative B.1** (North Fork area only): Allowable Use: **STIPULA-TION** NSO-25: *Occupied Native Cutthroat Trout Habitat.* Prohibit surface occupancy within 0.50-mile of stream segments occupied by native | Allowable Use: **STIPULATION** CSU-22/ SSR-24: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use: **STIPULATION** NSO-26/ SSR-25: *Occupied Native Cutthroat Trout Habitat.* Prohibit surface occupancy and use and apply SSR restrictions within 325 feet of the edge of the ordinary high-water mark (bank-full stage) of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) Allowable Use: | Allowable Use: **STIPULATION** NSO-26/ SSR-25: *Occupied Native Cutthroat Trout Habitat.* Prohibit surface occupancy and use and apply SSR restrictions within 325 feet of the edge of the ordinary high-water mark (bank-full stage) of occupied habitat for conservation populations (90 percent Lineage Greenback Cutthroat Trout) of native cutthroat trout. (Refer to Appendix B; Figures 2-91 and 2-93, Appendix A.) |

BLM_0166034

**Table T-1**

**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | | occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | cutthroat trout. (Refer to Appendix B; Figure 2-21, Appendix A.) | | **STIPULATION** CSU-23/ SSR-26: *Occupied Native Cutthroat Trout Habitat.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied between 325 and 500 feet from occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 150. | Allowable Use: No similar allowable use in current RMPs. | **Alternative B:** Allowable Use: No similar allowable use. (There would not be a similar stipulation for northern leopard frog). | **Alternative B.1** (North Fork area only): Allowable Use: **STIPULA-TION** NSO-27: *Northern Leopard Frog Breeding Sites.* Prohibit surface-occupancy within 0.25-mile of northern | Allowable Use: No similar allowable use. (There would not be a similar stipulation for northern leopard frog). | | |

BLM_0166035

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | leopard frog breeding sites. (Refer to Appendix B; Figure 2-21, Appendix A.) | | | |
| 151. | *SPECIAL STATUS TERRESTRIAL WILDLIFE* | | | | |
| 152. | **Action:** Develop habitat management plans for key species and their related habitat. Several key habitats in which plans might be developed are winter raptor concentration areas, aquatic/riparian habitats, and threatened and endangered species habitat. Closely coordinate development of habitat management plans for terrestrial and aquatic species with CPW, Forest Service, and, where appropriate, USFWS (BLM 1985). | **Action:** No similar action; this is addressed by the Objective. | | | |

BLM_0166036

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 153. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-28/NGD-10: Federally *Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat).* Prohibit surface occupancy and use and apply NGD restrictions within habitat for federally listed wildlife and bird species, except for Canada lynx and yellow-billed cuckoo, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: **STIPULATION** CSU-24/SSR-27: Federally *Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat).* Surface occupancy or use may be restricted or prohibited within habitat for federally listed, proposed, or candidate threatened or endangered wildlife and bird species (except for Canada lynx), as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of habitat may be required before drilling and | Allowable Use: **STIPULATION** NSO-29/SSR-28: *Federally Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat).* Prohibit surface occupancy and use and apply SSR restrictions within habitat for federally listed, proposed, or candidate threatened or endangered wildlife and bird species, except for Canada lynx, Mexican spotted owl, and yellow-billed cuckoo, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Allowable Use: **STIPULATION** NSO-29/SSR-28: *Federally Wildlife ESA-Listed Species (Wildlife and Bird Species' Occupied Habitat).* Prohibit surface occupancy and use and apply SSR restrictions within habitat for federally listed, proposed, or candidate threatened or endangered species. (Refer to Appendix B; Figures 2-91 and 2-93, Appendix A.) |

BLM_0166037

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, | | |

BLM_0166038

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | | |
| 154. | *Special Status Terrestrial Wildlife – Yellow Billed Cuckoo* | | | | |
| 155. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-30/ NGD-11: *Wildlife ESA-Listed Species (Yellow-Billed Cuckoo Habitat)*. Prohibit surface occupancy and use and apply NGD restrictions in yellow-billed cuckoo habitat. (Refer to Appendix B; | Allowable Use: **STIPULATION** TL-14: *Yellow-Billed Cuckoo Habitat*. Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of yellow-billed cuckoo habitat within riparian areas from May 15 to August 5. (Refer to | **STIPULATION** CSU-25/ SSR-29: *Wildlife ESA-Listed Species (Yellow-Billed Cuckoo Habitat)*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: within yellow-billed cuckoo habitat. Special design, construction, and implementation measures, including | |

BLM_0166039

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A
*Current Management (No Action)* | Alternative B | Alternative C | Alternative D
*Agency Preferred in Draft RMP* | Alternative E
*Agency Proposed* |
|---|---|---|---|---|---|
| | | Figures 2-20 and 2-29, Appendix A.) | Appendix B; Figure 2-26, Appendix A.) | relocation of operations by more than 200 meters (656 feet), may be required.

The lease area may now or hereafter contain habitat for wildlife listed as threatened or endangered or identified as candidates for listing under the ESA. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation.

(Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.) | |

BLM_0166040

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 156. | *Special Status Terrestrial Wildlife – Desert and Rocky Mountain Bighorn Sheep* | | | | |
| 157. | Refer to the *Terrestrial Wildlife – Big Game (Mule Deer, Elk, Pronghorn Antelope, Bighorn Sheep, Moose, Black Bear, and Mountain Lion)*, and *Livestock Grazing* sections. | | | | |
| 158. | **Action:** Make habitat available in the Camel Back-Roubideau Creek area for possible introduction of desert bighorn sheep to increase population numbers and genetic diversity (management unit 1; BLM 1989a). | **Action:** No similar action; this action has been completed. | | | |
| 159. | *Special Status Terrestrial Wildlife – Canada Lynx* | | | | |
| 160. | **Action:** No similar action in current RMPs. | **Action:** Follow management actions from the most current Lynx Management Plan approved by USFWS. | | | Follow management actions from the 2013 Lynx Conservation Assessment and Strategy or most recent guidance. |
| 161. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** CSU-26/SSR-30: *Wildlife ESA-Listed Species (Canada Lynx Habitat)*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally | Allowable Use: No similar allowable use. (There would not be a stipulation.) | Allowable Use: **STIPULATION**: CSU-27/ SSR-31: *Wildlife ESA-Listed Species (Canada Lynx Habitat)*. Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: | |

BLM_0166041

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: in mapped or identified Canada lynx habitat in Lynx Analysis Units and to any activities that would negatively alter connectivity between and within Lynx Analysis Units. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the | | in mapped or identified Lynx Linkage Corridors and Canada lynx habitat within Lynx Analysis Units and to any activities that would negatively alter connectivity between and within Lynx Analysis Units. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; | |

BLM_0166042

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat | | Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.) | |

BLM_0166043

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | until it completes its obligations under applicable requirements of the ESA, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | | |
| 162. | *Special Status Terrestrial Wildlife – Gunnison Sage-Grouse* | | | | |
| 163. | Allowable Use: **STIPULATION** TL-CO-15 (BLM 1991a): *Grouse.* Prohibit surface occupancy and surface-disturbing activities in grouse (sage-grouse and mountain sharp-tailed grouse) crucial winter habitat (now termed "severe and winter concentration areas") from December 16 to March 15. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use: **STIPULATION** TL-15: *Gunnison Sage-Grouse Winter Habitat.* Prohibit surface use and surface-disturbing and disruptive activities within occupied winter habitat for Gunnison sage-grouse from October 1 to March 15. If winter habitats are not mapped or identified, this stipulation would apply to the entire area within 6.0 miles of leks (courtship areas). (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use: No similar allowable use. (There would not be a TL stipulation.) | Allowable Use: **STIPULATION** TL-16: *Gunnison Sage-Grouse Winter Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in mapped important Gunnison sage-grouse winter range, as defined by the BLM and CPW, from December 1 to March 15. (Refer to Appendix B; Figure 2-27, Appendix A.) | Allowable Use: **STIPULATION** TL-16: *Gunnison Sage-Grouse Winter Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in mapped important Gunnison sage-grouse winter habitat, including, but not limited to, all USFWS designated critical habitat and areas also defined by the BLM, USFWS, and CPW, from December 1 to March 15. (Refer to Appendix B; Figure 2-92, Appendix A. |

BLM_0166044

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 164. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** TL-17: *Gunnison Sage-Grouse Breeding (Non-lek) Habitat.* Prohibit surface use and surface-disturbing and disruptive activities within 6.0 miles of Gunnison sage-grouse leks from March 1 to June 30. (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use: No similar allowable use. (There would not be a TL.) | Allowable Use: **STIPULATION** TL-18: *Gunnison Sage-Grouse Breeding (Lek and Non-lek) Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in suitable habitat that is within mapped nesting habitat or within 4.0 miles of active Gunnison sage-grouse leks (if nesting habitat is not mapped) from March 1 to June 30. (Refer to Appendix B; Figure 2-27, Appendix A.) | Allowable Use: **STIPULATION** TL-18: *Gunnison Sage-Grouse Breeding Habitat and Gunnison Sage-Grouse Critical Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in USFWS designated occupied critical habitat, nesting habitat mapped and defined by the BLM, USFWS, and CPW, and within 4.0 miles of active Gunnison sage-grouse leks (if nesting habitat is not mapped) from March 1 to July 15. (Refer to Appendix B; Figure 2-92, Appendix A.) |
| 165. | Allowable Use: **STIPULATION** NSO-CO-2 (BLM 1991a): *Grouse.* Prohibit surface occupancy within a 0.25-mile radius of a lek site for grouse (sage-grouse, | Allowable Use: **NO LEASING** NL-10: *Gunnison Sage-Grouse Critical Habitat and Breeding (Lek) Habitat.* Close to fluid mineral leasing and geophysical exploration all Gunnison sage-grouse critical habitat and all | Allowable Use: **STIPULATION** NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding (Lek) Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius). (Refer to Appendix B; Figures 2-22 and 2-30 [Alternative C] and 2-23 and 2-31 [Alternative D], Appendix A.) | | Allowable Use: **STIPULATION** NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in USFWS Gunnison sage-grouse occupied critical |

BLM_0166045

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | mountain sharp-tailed grouse, and lesser and greater prairie chickens). (Refer to Appendix B; Figure 2-19, Appendix A.) | Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius). When existing leases expire, do not offer to lease Gunnison sage-grouse critical habitat, as defined by BLM, CPW, and USFWS. (Refer to Appendix B; Figure 2-20, Appendix A.) | | | habitat and non-designated occupied breeding habitat as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). (Refer to Appendix B; Figures 2-91 and 2-93, Appendix A.) |
| 166. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NGD-12: *Gunnison Sage-Grouse Breeding (Lek) Habitat.* Prohibit surface-disturbing activities in all Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius), as defined by BLM and CPW. (Refer to Appendix B; Figure 2-29, Appendix A.) | Allowable Use: **STIPULATION** NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding (Lek) Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius). (Refer to Appendix B; Figures 2-22 and 2-30 [Alternative C] and 2-23 and 2-31 [Alternative D], Appendix A.) | | Allowable Use: **STIPULATION** NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding Habitat and Critical Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in USFWS Gunnison sage-grouse occupied critical habitat and non-designated occupied breeding habitat as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). (Refer to Appendix B; Figures 2-91 and 2-93, Appendix A.) |

BLM_0166046

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| 167. | Allowable Use: **LEASE NOTICE** LN-CO-30 (BLM 1991a): *Grouse*. In order to protect nesting grouse species, surface-disturbing activities proposed from March 1 to June 30 will be relocated, consistent with lease rights granted and Section 6 of standard lease terms, out of grouse nesting habitat.

Sage-grouse nesting habitat is described as sage stands with sagebrush plants between 30 and 100 centimeters in height and a mean canopy cover between 15 and 40 percent (BLM 1991a). (Refer to Appendix B.) | **Alternative B:** Allowable Use: **NO LEASING** NL-10: *Gunnison Sage-Grouse Critical Habitat and Breeding (Lek) Habitat.* (See NL-10, above.)

**STIPULATION** NSO-32/NGD-13: *Gunnison Sage-Grouse Breeding (Non-Lek) Habitat.* Prohibit surface occupancy and use and apply NGD restrictions within 4.0 miles of an active lek or | **Alternative B.1** (North Fork area only): Allowable Use: **STIPULATION** NSO-33: *Gunnison Sage-Grouse Habitat.* Prohibit surface occupancy within 4.0 miles of any known lek, and within mapped Gunnison sage-grouse breeding, summer, and winter habitat outside of the 4.0-mile buffer. (Refer to Appendix B; Figure 2-21, Appendix A.) | Allowable Use: **STIPULATION** CSU-28/ SSR-33: *Gunnison Sage-Grouse Breeding (Non-Lek) Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in suitable habitat that is within 4.0 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat. To the degree possible, avoid construction of permanent structures or facilities. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use: **STIPULATION** CSU-29/ SSR-34: *Gunnison Sage-Grouse Breeding (Non-Lek) Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in suitable habitat that is within 4.0 miles of a lek to protect Gunnison sage-grouse mapped seasonal habitats (non-lek breeding, late brood-rearing, and winter habitat) or suitable sagebrush habitat.

Conservation measures may be imposed as necessary to maintain high-quality Gunnison sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to sage- | Allowable Use: **STIPULATION** CSU-29/ SSR-34: *Gunnison Sage-Grouse Potential Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in USFWS Gunnison sage-grouse unoccupied critical habitat or to protect Gunnison sage-grouse potential habitats as mapped and defined by the BLM, USFWS, and CPW (including federal minerals).

Conservation measures may be imposed as necessary. Special design, construction, and implementation measures, including relocation of operations from identified habitat features (e.g., seeps or relatively mesic zones critical to brood rearing) to maintain high-quality |

BLM_0166047

Table T-1
Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | | within mapped Gunnison sage-grouse nesting and early brood-rearing habitat. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | | grouse use in the area. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Gunnison sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to sage-grouse use in the area. (Refer to Appendix B; Figures 2-91 and 2-93, Appendix A.) |
| 168. | **Action:** No similar action in current RMPs. | **Action:** Manage Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius) and critical habitat as ROW exclusion (12,840 acres). | | **Action:** No similar action. | **Action:** Manage Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius) (1,330 acres) as ROW avoidance. | **Action:** Manage Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius) (1,330 acres) as ROW exclusion and critical habitat (12,840 acres) as ROW avoidance. |
| 169. | *Raptors* | | | | | |
| 170. | This section includes both special status raptors and non-special status raptors from the Terrestrial Wildlife – Raptors section. Special status raptors, including Birds of Conservation Concern, are Mexican spotted owl, peregrine falcon, northern goshawk, ferruginous hawk, burrowing owl, bald eagle, golden eagle, prairie falcon, and flammulated owl. Non-special status raptors are American kestrel, osprey, red-tailed hawk, Swainson's hawk, Cooper's hawk, sharp-shinned hawk, rough-legged hawk, northern harrier, merlin, barn owl, boreal owl, northern pygmy owl, northern saw-whet owl, short-eared owl, western screech owl, and great-horned owl. | | | | |

BLM_0166048

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 171. | Allowable Use: **STIPULATION** TL-CO-18 (BLM 1991a): *Raptor Nesting and Fledgling Habitat (Golden Eagle, Accipiters, Falcons [except the Kestrel], Buteos, and Owls).* Prohibit surface occupancy and use within 0.25-mile of a nest site from February 1 to August 15. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use: **STIPULATION** TL-CO-20 (BLM 1991a): *Osprey Nesting and Fledgling Habitat.* April 1 to August 31. The sensitivity of osprey to human associated disturbance activities requires a half-mile buffer zone to avoid nest abandonment. | Allowable Use: **STIPULATION** TL-19: *Raptor Breeding and Nesting Sites.* Prohibit surface use and surface-disturbing and disruptive activities as follows:<br>● Special Status Raptors: Within 0.5-mile of active special status raptor nest sites and associated alternate nests from nest territory establishment to dispersal of young from nest (see Appendix B, Table B-8, Raptor Species Breeding Periods)<br>● Non-Special Status Raptors (*except American kestrel*): Within 0.25-mile of active raptor nest sites and associated alternate nests from nest territory establishment to dispersal of young from nest (see Appendix B, Table B-8, Raptor Species Breeding Periods) | Allowable Use: No similar allowable use. (There would not be a TL stipulation.) | Allowable Use: **STIPULATION** TL-20: *Wildlife Sensitive Raptor Nest.* Prohibit surface use and surface-disturbing and disruptive activities within an 805-meter (0.50-mile) radius of active raptor nests as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following time periods, or until fledging and dispersal of young:<br>● Bald Eagle: November 15 to July 31<br>● Golden Eagle: December 15 to July 15<br>● Ferruginous Hawk: February 1 to August 15<br>● Peregrine and Prairie Falcon: March 15 to July 31<br>● Northern Goshawk: March 1 to August 31<br>● Burrowing Owl: March 15 to August 15<br><br>*Wildlife Raptor Nest.* Prohibit surface use within a 402-meter (0.25-mile) radius of active raptor nests as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following time period(s), or until fledging and dispersal of young:<br>● Osprey: April 1 to August 31<br>● Red-Tailed Hawk: February 15 to August 15<br>● Swainson's Hawk, Cooper's Hawk, Sharp-Shinned Hawk, and Northern Harrier: April 1 to August 15<br>● Great Horned Owl: February 1 to August 15<br>● Other Owls and Raptors (Excluding Kestrel): March 1 to August 15 | |

BLM_0166049

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use: **STIPULATION** TL-CO-22 (BLM 1991a): *Bald Eagle Nesting Habitat.* Prohibit surface use within 0.5-mile of a nest site from December 15 to June 15. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>Allowable Use: **STIPULATION** TL-CO-24 (BLM 1991a): *Peregrine Falcon Cliff Nesting Complex.* Prohibit surface use within 0.5-mile of peregrine falcon cliff nesting complex from March 16 to July 31. (Refer to Appendix B; Figure 2-24, Appendix A.) | (Refer to Appendix B; Figure 2-25, Appendix A.) | | (Refer to Appendix B; Figure 2-27 [Alternative D] and 2-92 [Alternative E], Appendix A.) | |

BLM_0166050

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | Allowable Use: **STIPULATION** TL-CO-19 (BLM 1991a): *Ferruginous Hawk.* Prohibit use within 1.0 mile of nesting and fledgling habitat from February 1 to August 15. (Refer to Appendix B; Figure 2-24, Appendix A.) | | | | | |
| 172. | Allowable Use: **STIPULATION** NSO-CO-3 (BLM 1991a): *Raptors (Golden Eagle, Osprey, Accipiters, Falcons [Except Kestrel], Buteos, and Owls).* Prohibit surface occupancy and use within 0.125-mile of nest sites. (Refer to Appendix B; Figure 2-19, Appendix A.) Allowable Use: **STIPULATION** NSO-CO-4 (BLM 1991a): *Bald Eagle.* Prohibit surface | **Alternative B:** Allowable Use: **STIPULA-TION** NSO-34/NGD-14: *Raptor Nest Sites.* ● Special Status Raptors: Prohibit surface occupancy and surface-disturbing and disruptive activities | **Alternative B.1** (North Fork area only): Allowable Use: **STIPULA-TION** NSO-35: *Bald Eagle, Golden Eagle, and Peregrine Falcon Nest Sites.* Prohibit surface occupancy within 0.25-mile of any active or historic bald eagle or | Allowable Use: **STIPULATION** CSU-31: *Raptor Nest Sites.* ● Special Status Raptors: Apply CSU restrictions within the following areas: o Bald Eagle: Within 0.25-mile of bald eagle roost or nest sites o Golden Eagle, Osprey, Accipiters, Falcons (Except Kestrel), Buteos, and Owls: Within 0.125-mile of nest sites | Allowable Use: **STIPULATION** NSO-36/ SSR-36: *Raptor Nest Sites (Except Mexican Spotted Owl).* Prohibit surface occupancy and use and apply SSR restrictions in the following areas: ● Bald Eagle: Within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining) ● Golden Eagle: Within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining) ● Ferruginous Hawk, Peregrine Falcon, Prairie Falcon, and Northern Goshawk: Within 0.50-mile of active and inactive nest sites | |

BLM_0166051

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | occupancy and use within 0.25-mile of bald eagle roost or nest sites. (Refer to Appendix B; Figure 2-19, Appendix A.)<br><br>Allowable Use:<br>**STIPULATION** NSO-CO-5 (BLM 1991a): *Peregrine Falcons.* Prohibit surface occupancy and use within 0.25-mile of cliff nesting complex. (Refer to Appendix B; Figure 2-19, Appendix A.) | within 0.25-mile of active/inactive special status raptor nest sites and associated alternate nests.<br>• Non-Special Status Raptors *(except kestrel):* Prohibit surface occupancy and surface-disturbing and disruptive activities within 0.125-mile of active nest sites and associated | golden eagle nest site and within 0.50-mile of any active or historic peregrine falcon nest site. (Refer to Appendix B; Figure 2-21, Appendix A.) | o Peregrine Falcons: Within 0.25-mile of cliff nesting complex<br>• Non-Special Status Raptors identified in the Migratory Bird Treaty Act of 1918 *(Except American Kestrel, Red-Tailed Hawk, and Great-Horned Owl):* Within 330 feet of active nest sites and associated alternate nests. (Refer to Appendix B; Figure 2-22, Appendix A.) | • All other Special Status and Non-Special Status Raptors (except Mexican spotted owl): Within 0.25-mile of active and inactive nest sites (Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.)<br><br>Allowable Use:<br>**STIPULATION** CSU-32/ SSR-37: *Raptor Breeding Habitat (Acipiters, Falcons [Except Kestrel], Buteos, and Owls [Except Mexican Spotted Owl]).* Apply CSU and SSR restrictions within 1.0 mile of nest sites. (Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.) |

BLM_0166052

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | alternate nests. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.)<br><br>Allowable Use: **STIPULA-TION** CSU-30/SSR-35: *Raptor Breeding Habitat.* Apply CSU and SSR restrictions within the following areas:<br>● Special Status Raptors (including Mexican spotted owl): Within 1.0 mile of nest sites. | | | |

BLM_0166053

Table T-1
Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | | • Non-Special Status Raptors (except American kestrel): Within 0.5-mile of nest sites. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | | | |
| 173. | Allowable Use: **STIPULATION** TL-CO-23 (BLM 1991a): *Bald Eagle Winter Roost Sites.* Prohibit surface use within 0.5-mile of bald eagle winter roost sites from November 16 to April 15. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use: **STIPULATION** NSO-37/NGD-15: *Bald Eagle Winter Roost Sites.* Prohibit surface occupancy and use and apply NGD restrictions are applied, within 0.5-mile of bald eagle winter roost sites. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | Allowable Use: No similar allowable use; this is addressed by CSU-31: *Raptor Nest Sites.* | Allowable Use: **STIPULATION** NSO-38/ SSR-38: *Bald Eagle Winter Roost Sites.* Prohibit surface occupancy and use and apply SSR restrictions within 0.25-mile of bald eagle winter roost sites. (Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.)  Allowable Use: **STIPULATION** TL-21: *Bald Eagle Winter Roost Sites.* Prohibit surface use and surface-disturbing activities within an 805-meter (0.50-mile) radius of an active bald eagle winter roost as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, from November 15 to March | |

BLM_0166054

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | 15. (Refer to Appendix B; Figure 2-27 [Alternative D] and 2-92 [Alternative E], Appendix A.) | |
| 174. | Allowable Use: **STIPULATION** TL-SJ-7 (BLM 1991a): *Bald Eagle Winter Concentration Areas.* Prohibit surface use from December 1 to April 15. (Refer to Appendix B; Figure 2-24, Appendix A.)  **STIPULATION** TL-UB-3 (BLM 1989a): *Bald Eagle Winter Concentration Areas.* Prohibit development (e.g., exploration and drilling) from December 1 to April 30. (Refer to Appendix B; Figure 2-24, Appendix A.) | Allowable Use: **STIPULATION** CSU-33/SSR-38: *Bald Eagle Habitat (Winter Concentration and Communal Roosts).* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied in bald eagle habitat to protect winter concentration areas and communal roost sites. Incorporate applicable conservation measures from the USFWS National Bald Eagle Management Guidelines. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.)  Allowable Use: **STIPULATION** TL-22: *Bald Eagle Winter Concentration Areas.* Prohibit surface use and surface-disturbing and disruptive activities within | Allowable Use: No similar allowable use; this is addressed by CSU-31: *Raptor Nest Sites.* | **Action:** Same as Alternative B. (Refer to Appendix B; Figure 2-27 [Alternative D] and 2-92 [Alternative E], Appendix A.) | |

BLM_0166055

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | bald eagle winter concentration areas from November 15 to April 1. (Refer to Appendix B; Figure 2-25, Appendix A.) | | | |
| 175. | Allowable Use: **STIPULATION** TL-CO-21 (BLM 1991a): *Mexican Spotted Owl Nesting and Fledgling Habitat.* Prohibit surface use in core area of territory from February 1 to July 31. Mexican spotted owl habitat is restricted by use of a timing limitation applied to core areas within the owl habitat territory. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>**STIPULATION** NSO-CO-6 (BLM 1991a): *Mexican Spotted Owl.* Prohibit surface occupancy and use within 0.25-mile of | Allowable Use: **STIPULATION** NSO-39/NGD-16: *Mexican Spotted Owl.* Prohibit surface occupancy and use and apply NGD restrictions within 1.0 mile of confirmed roost and nesting sites. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: No similar allowable use; this is addressed by CSU-31: *Raptor Nest Sites.* | Allowable Use: **STIPULATION** TL-23: Wildlife: *Mexican Spotted Owl Timing Limitation (Suitable Breeding Habitat).* Prohibit surface use and surface-disturbing and disruptive activities in mapped suitable Mexican spotted owl breeding habitat as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies, including as defined in the Mexican spotted owl recovery plan, that are analyzed and accepted by the BLM, from March 1 to August 31. (Refer to Appendix B; Figure 2-27 [Alternative D] and 2-92 [Alternative E], Appendix A.)<br><br>Allowable Use: **STIPULATION** CSU-34/ SSR-40: *Mexican Spotted Owl Suitable Breeding Habitat.* Surface occupancy or use may be restricted or prohibited, and SSR restrictions applied, to Mexican spotted owl breeding habitat as defined in the Mexican spotted owl recovery plan. Manage in accordance with the current Mexican spotted owl recovery plan. Field Manager may require the proponent/ applicant to submit a plan of development that demonstrates that impacts on Mexican spotted owl habitat have been | |

BLM_0166056

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | confirmed roost and nesting sites. (Refer to Appendix B; Figure 2-19, Appendix A.) | | | avoided to the extent practicable. (Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.)<br><br>Allowable Use:<br>**STIPULATION** NSO-40/ SSR-41: *Mexican Spotted Owl.* Prohibit surface occupancy and use and apply SSR restrictions on lands identified as Protected Activity Centers for Mexican spotted owl. (Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.) | |
| 176. | *Special Status Terrestrial Wildlife- Gunnison's and White-Tailed Prairie Dog* | | | | |
| 177. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-41/NGD-17: *Wildlife BLM Sensitive Species (Gunnison and White-Tailed Prairie Dogs).* Prohibit surface occupancy and use and apply NGD restrictions within 150 feet of active prairie dog towns. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>**STIPULATION** NSO-42/ NGD-18: *Wildlife BLM Sensitive Species (Gunnison and White-Tailed Prairie Dogs).* Prohibit surface occupancy and surface-disturbing activities of more than 1.0 acre in active prairie dog towns that are less than 10 acres. Relocate these activities that require more than 1.0 acre so they are outside the active prairie dog town. (Refer to Appendix B; | Allowable Use:<br>**STIPULATION** CSU-35/ SSR-42: *Wildlife BLM Sensitive Species (Gunnison and White-Tailed Prairie Dogs).* Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: Within 150 feet of active Gunnison and white-tailed prairie dog towns. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). (Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.) | |

BLM_0166057

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | Figures 2-22 and 2-30, Appendix A.) | | |
| 178. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** TL-24: *Gunnison and White-Tailed Prairie Dog.* Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of active prairie dog colonies from March 1 to July 15. (Refer to Appendix B; Figure 2-25, Appendix A.) | Allowable Use: No similar allowable use. (There would not be a TL.) | Allowable Use: **STIPULATION** TL-25: *Gunnison and White-Tailed Prairie Dog.* Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of active prairie dog colonies from April 1 to July 15 to protect reproduction. (Refer to Appendix B; Figure 2-27, Appendix A.) | Allowable Use: **STIPULATION** TL-24: *Gunnison and White-Tailed Prairie Dog.* Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of active prairie dog colonies from March 1 to June 15. (Refer to Appendix B; Figure 2-92, Appendix A.) |
| 179. | **Action:** No similar action in current RMPs. | **Action:** Designate prairie dog colonies with burrowing owls as "no shooting zones." Allow hunting in accordance with CPW regulations. | **Action:** No similar action. (Prairie dog colonies would not be "no shooting zones.") | | |
| 180. | **Action:** No similar action in current RMPs. | **Action:** In cooperation with CPW, develop and manage prairie dog release areas on BLM-administered lands where private interest groups could be permitted to relocate | **Action:** No similar action. (Prairie dog release sites would not be developed on BLM-administered lands.) | | **Action:** If requested by CPW, develop and manage prairie dog release areas on BLM-administered lands where private interest groups could be permitted to relocate |

BLM_0166058

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | prairie dogs from areas threatened by development on private lands. | | | prairie dogs from areas threatened by development on private lands, subject to site-specific analysis. |
| 181. | *Special Status Terrestrial Wildlife – Kit Fox* | | | | |
| 182. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** CSU-36/SSR-43: *Wildlife BLM Sensitive Species (Active Kit Fox Dens)*. Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: within 0.25-mile of active kit fox dens. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive | Allowable Use: **STIPULATION** TL-26: *Active Kit Fox Dens.* Prohibit surface use and surface disturbing and disruptive activities within 400 feet of active kit fox dens nesting and feeding habitat areas from February 15 to August 30 (Wilson and Ruff 1999). (Refer to Appendix B; Figure 2-26, Appendix A.) | Allowable Use: **STIPULATION** CSU-37/SSR-44: *Wildlife BLM Sensitive Species (Active Kit Fox Dens)*. Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: Within 200 meters (656 feet) of active kit fox dens. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). (Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 and 2-93 [Alternative E], Appendix A.)

**STIPULATION** TL-27: *Active Kit Fox Dens.* Prohibit surface use and surface-disturbing and disruptive activities within 0.25-mile of active dens from February 1 to May 1. (Refer to Appendix B; Figure 2- | |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | 27 [Alternative D] and 2-92 [Alternative E], Appendix A.) | |
| 183. | *Special Status Terrestrial Wildlife – Bats* | | | | |
| 184. | **Action:** Maintain the Cory Lode Mine (17.7 acres) as withdrawn from locatable mineral entry to protect sensitive bats. | **Action:** Maintain the Cory Lode Mine (17.7 acres) as withdrawn from locatable mineral entry to protect sensitive bats. Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry for sensitive bat species' significant maternity roost or hibernaculum. | **Action:** Same as Alternative A. | **Action:** Same as Alternative B. | **Action:** Maintain the Cory Lode Mine (17.7 acres) as withdrawn from locatable mineral entry to protect sensitive bats (BLM sensitive bat species and Colorado State Species of Concern bat species). Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry for sensitive bat species' significant maternity roost or hibernaculum, as defined by CPW or USFWS. |

BLM_0166060

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 185. | **Action:** No similar action in current RMPs. | **Action:** In the event of a disease outbreak such as White-nose Syndrome, caves and other structures utilized by bats will be closed to public access, except for permitted scientific research. Permits for scientific research access to these areas will follow current quarantine and sterilization procedures. | **Action:** No similar action. | **Action:** In the event of a disease outbreak such as White-nose Syndrome, caves and other structures utilized by bats will be closed to public access, except for permitted scientific research or permitted recreational activities. Permits for scientific research or recreational access to these areas will follow current quarantine and sterilization procedures. | |
| 186. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-43/NGD-19: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula.* Prohibit surface occupancy and use and apply NGD restrictions within a 0.25-mile radius of the entrance of maternity roosts or hibernacula of federally listed, BLM sensitive, and Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided by | Allowable Use: **STIPULATION** CSU-38/SSR-45: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula.* Surface occupancy or use may be restricted and SSR restrictions applied within 0.25-mile radius of the entrance of maternity roosts or hibernacula of federally listed, BLM sensitive, and Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided | Allowable Use: **STIPULATION** NSO-44/SSR-46: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula (Federally Listed and BLM Sensitive Species).* Prohibit surface occupancy and use and apply SSR restrictions within a 0.25-mile radius of the entrance of maternity roosts or hibernacula of federally listed and BLM sensitive bat species, as mapped in the BLM's GIS database or other maps provided | Allowable Use: **STIPULATION** CSU-39/SSR-47: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula (Colorado State Species of Concern).* Surface occupancy or use may be restricted and SSR restrictions applied within a 0.25-mile radius of the entrance of maternity roosts or hibernacula of Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided by local, |

BLM_0166061

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.)<br><br>**STIPULATION** CSU-39/SSR-47: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula (Colorado State Species of Concern).* Surface occupancy or use may be restricted and SSR restrictions applied within 0.25-mile radius of the entrance of maternity roosts or hibernacula of Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 2-91 and 2-93, Appendix A.) |

BLM_0166062

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 187. | *Special Status Terrestrial Wildlife – Waterfowl and Shorebirds* | | | | |
| 188. | Allowable Use:<br>**STIPULATION** NSO-CO-7 (BLM 1991a): *Waterfowl and Shorebird.* Prohibit surface occupancy and use on significant production areas (major areas are Waterfowl Ecological Emphasis Areas and rookeries; refer to Appendix B; Figure 2-19, Appendix A.)<br><br>Allowable Use:<br>**STIPULATION** TL-CO-17 (BLM 1991a): *White Pelican.* Prohibit use within white pelican nesting and feeding habitat areas from March 16 to September 30. (Refer to Appendix B; Figure 2-24, Appendix A.)<br><br>**STIPULATION** TL-UB-6 (BLM 1989a): | Allowable Use:<br>**NO LEASING/ STIPULATION** NL-2/NGD-3: *Hydrology River.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities within 402 meters (1,320 feet) (0.25-mile) the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use:<br>**STIPULATION** CSU-10/SSR-10: *Hydrology River.* Surface occupancy or use may be restricted and SSR restrictions applied within 402 meters (1,320 feet) (0.25-mile) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-22 and 2-30, Appendix A.) | Allowable Use:<br>**STIPULATION** NSO-9/SSR-11: *Hydrology River.* Prohibit surface occupancy and use and apply SSR restrictions within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-23 and 2-31 [Alternative D] and 2-91 Appendix A.) | Allowable Use:<br>**STIPULATION** CSU-10/SSR-10: *Hydrology River.* Surface occupancy or use may be restricted and SSR restrictions may be applied within 122 meters (400 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B; Figures 2-91 and 2-93.) |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166063

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | *Waterfowl Habitat.* Prohibit development in waterfowl habitats from March 15 to June 30. (Refer to Appendix B; Figure 2-24, Appendix A.) | | | | |

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 189. | **WILD HORSES** | | | | |
| 190. | **GOAL:** Manage the Naturita Ridge Herd Area to maintain an ecological balance of resources and uses. | | | | |
| 191. | **Objective:** Manage a single wild horse herd on the Spring Creek Basin area, and totally remove all wild horses from the Naturita Ridge herd area. | **Objective:** Continue herd area designation for Naturita Ridge and maintain the closure to wild horses. | | | |
| 192. | **Action:** Remove all wild horses from the Naturita Ridge Wild Horse Area. This action has been accomplished. | **Action:** Do not reintroduce wild horses to the Naturita Ridge Wild Horse Area. | | | |

BLM_0166064

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Wildland Fire Ecology and Management])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 193. | **WILDLAND FIRE ECOLOGY AND MANAGEMENT** | | | | |
| 194. | **GOAL:** Manage wildland fire and fuels with the protection of human life as the highest priority while also protecting social and economic values, achieving resource management objectives, and enhancing natural ecosystem processes and ecological sustainability. | | | | |
| 195. | **Objective:** Collaborate with other federal agencies; state, county, and city governments; and fire protection districts regarding prevention, mitigation, and fire suppression activities. | | | | **Objective:** Collaborate with other federal agencies; state, county, and city governments; and fire protection districts regarding prevention, mitigation, and fire management activities. |
| 196. | **Action:** Maintain an FMP that supports interagency fire management across the Planning Area (including the BLM, Forest Service, US DOI National Park Service, and Colorado State Forest Service). | | | | |
| 197. | **Objective:** Utilize fire-protection and fuels-management activities to prevent or reduce negative impacts on social and resource values, including human life, private property and improvements, power transmission lines, communication sites, developed recreation sites, cultural resources, special status species habitat, areas with mineral and energy development, renewable energy projects, municipal watersheds, public water supplies, and, to the extent practical, air quality. | | | | **Objective:** Utilize fire-protection and fuels-management activities to prevent or reduce negative impacts on social and resource values, including human life, private property and improvements, public utility lines, communication sites, developed recreation sites, cultural resources, special status species |

BLM_0166065

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Wildland Fire Ecology and Management])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | habitat, areas with mineral and energy development, renewable energy projects, municipal watersheds, public water supplies, and, to the extent practical, air quality. |
| 198. | **Action:** Respond to and suppress fires or portions of fires that are threatening social, economic, or resource values. | | | | **Action:** Respond to all fires. Take actions necessary to address threats to social, economic, or resource values, while considering risks to firefighters. |
| 199. | **Action:** Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide to reduce fire occurrence, behavior, and resistance to control. | **Action:** Modify fuel complexes to meet the objective, emphasizing the use of prescribed fire as an ecological process over the use of mechanical treatments and other methods. | **Action:** Modify fuel complexes to meet the objective, emphasizing the use of mechanical treatments over the use of prescribed fire and other methods. | **Action:** Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to reduce fire occurrence, behavior, and resistance to control. | **Action:** Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to reduce fire behavior and resistance to control. |
| 200. | **Objective:** Manage fire and fuels/vegetation to achieve specific resource management objectives, which include: <br> ● Restore and enhance wildlife habitat. <br> ● Improve vegetation condition for stand health, forage production, and watershed enhancement. <br> ● Maintain and restore woodland and forest productivity. | | | | |

BLM_0166066

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | ● Maintain appropriate vegetation/age class mosaics and fuel complexes across the landscape. ● Work to restore Fire Regime Condition Classes 2 and 3 towards Class 1, and maintain areas of Class 1, consistent with fire and biological objectives. | | | | |
| 201. | **Action:** Design fuels/vegetation projects to meet multiple interdisciplinary objectives. | **Action:** Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives, with an emphasis on natural processes and intact landscapes. | **Action:** Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives, with an emphasis on supporting resource uses. | **Action:** Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives. | |
| 202. | **Action:** Use mechanical, biological, or herbicide treatments when prescribed and managed fire cannot be used to safely achieve desired objectives or where the fuels complex needs to be modified before introducing fire, to achieve resource objectives. | **Action:** Use prescribed and managed fire to achieve resource objectives. | **Action:** Emphasize minimal mechanical, biological, and herbicide treatments and managed fire to achieve resource objectives. | **Action:** Use mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to achieve resource objectives. | **Action:** Use mechanical treatment, prescribed fire, seeding, herbicide, and pollinators in the most ecologically appropriate manner to achieve resource objectives. |
| 203. | **Action:** Use managed fire, except in areas with high social values (e.g., wildland urban | **Action:** Use managed fire, except in ancient forests, as a natural process and to meet resource objectives | **Action:** Use managed fire only in more remote locations to meet resource objectives using an | **Action:** Use managed fire throughout the Planning Area, except as precluded by other decisions in the RMP, as a natural process and to meet resource objectives using an ignition-by-ignition decision process. | |

BLM_0166067

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | interface, power line corridors, developed recreation sites, and communication sites) as a natural process and to meet resource objectives using an ignition-by-ignition decision process. | using an ignition-by-ignition decision process. | ignition-by-ignition decision process. Do not use managed fire in areas with high social values (e.g., wildland urban interface, energy corridors, developed recreation sites, and communication sites) or in areas with management concerns (e.g., occupied sage-grouse habitat, big game severe winter range/winter concentration areas). | | |
| 204. | **Objective:** No similar objective in current RMPs. | **Objective:** In all fire-management activities, utilize appropriate strategies and tactics commensurate with values at risk. | | | |
| 205. | **Action:** No similar action in current RMPs. | **Action:** Use minimum impact suppression tactics to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to soils, watersheds, ACECs, | **Action:** Allow for unrestricted fire suppression tactics when a fire threatens an area with high social or economic values. | **Action:** Use minimum-impact suppression tactics to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to soils, watersheds, ACECs, | **Action:** Use minimum-impact suppression tactics, where values at risk dictate, to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to soils, |

BLM_0166068

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | WSAs, NGD areas, and exotic species. | | NGD areas, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with ancient or rare vegetation, and exotic or noxious species. | watersheds, ACECs, NGD areas, WSAs, lands managed to minimize impacts on wilderness characteristics, areas with ancient or rare vegetation, and exotic or noxious species. |
| 206. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage lands affected by wildland fire to maintain successional pathways capable of achieving the climax vegetation community. | | **Objective:** Revegetate or manage lands affected by wildland fire to maintain vegetation appropriate to ecological site potential within the natural range of variability. | |
| 207. | **Action:** No similar action in current RMPs. | **Action:** Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, in areas that are *not meeting* BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) vegetation and habitat objectives, or areas where human life or property are at risk from post-fire impacts. | **Action:** Implement Emergency Stabilization and Rehabilitation techniques on wildfires or portions of wildfires where human life or property is at risk from post-fire impacts. | **Action:** Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, as necessary to meet BLM Colorado Public Land Health Standards (BLM 1997; Appendix C), vegetation and habitat objectives, or where human life or property are at risk from post-fire impacts. | |

BLM_0166069

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 208. | **CULTURAL RESOURCES** | | | | |
| 209. | **GOAL:** Identify, preserve, and protect significant cultural resources to ensure that they are available for appropriate purposes by present and future generations (i.e., for research, education, and preservation of cultural heritage). | | | | |
| 210. | **Objective:** Manage cultural resources for protection, preservation, investigation, and public use (i.e., development and interpretation), where appropriate (BLM 1985). | **Objective:** Preserve the nature and value of cultural resources, focusing on high-priority sites[1]. [1]High-priority sites are eligible properties whose eligibility is under threat due to natural or human-caused alterations. | | | |
| 211. | **Action:** No similar action in current RMPs. | **Action:** Allocate cultural resources currently recorded, or projected to occur on the basis of existing data synthesis, to use allocations according to their nature and relative preservation value (BLM Manual 8110.42). Cultural use allocations include: | | | |

| Use Allocation | Management Action | Desired Outcome |
|---|---|---|
| a. Scientific use | Permit appropriate research including data recovery. | Preserved until research or data recovery potential is realized |
| b. Conservation for future use | Propose protective measures/designation | Preserved until conditions for use are met |
| c. Traditional use | Consult with tribes, determine limitations | Long-term preservation |
| d. Public use | Determine permitted use | Long-term preservation, on-site interpretation |
| e. Experimental use | Determine nature of experiment | Protected until used |
| f. Discharge from management | Remove protective measures | No use after recordation; not preserved |

BLM_0166070

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 212. | **Action:** No similar action in current RMPs. | **Action:** Assign use category allocations to all current and newly discovered cultural resource sites and/or areas upon completion of site evaluation, and apply appropriate management actions to achieve the desired outcome. | | | |
| 213. | **Action:** No similar action in current RMPs. | **Action:** Use category allocations may be revised in response to changing site conditions or as additional data and information are obtained. Criteria allowing for revising allocation are 1) environmental change or human-caused impacts that alter the significance or scientific potential; 2) changes brought about by mitigation and/or data recovery; 3) new discovery that adds to the site's potential and changes its eligibility for listing on the National Register of Historic Places (NRHP); 4) new information or techniques that reveal a new scientific value that was not previously recognized; and 5) new information shared through Native American consultation. | | | |
| 214. | **Action:** No similar action in current RMPs. | **Action:** Prioritize Scientific Use sites and/or areas and Conservation Use sites for listing on the National Register of Historic Places and develop a Cultural Resource Management Plan for Scientific Use sites that outlines specific management objectives and actions for protection. Scientific Use sites include stratified open occupations and rock shelters, site complexes, and sites within landscape-based prehistoric and historic use areas. | | | **Action:** Prioritize Scientific Use sites and/or areas and Conservation Use sites for listing on the National Register of Historic Places and develop a Cultural Resource Project Plan for Scientific Use sites that outlines specific management objectives and actions for protection. Scientific Use sites include stratified open occupations and rock shelters, site complexes, and sites within landscape-based |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166071

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | prehistoric and historic use areas. |
| 215. | **Action:** No similar action in current RMPs. | **Action:** Prioritize Conservation Use sites for listing on the National Register of Historic Places, and within 2 years from the listing develop a Cultural Resource Management Plan for Conservation Use sites that outlines specific management objectives and actions for protection. Conservation use sites include rock art sites, prehistoric structures, and historic buildings and/or structures, such as the Hanging Flume, Paradox Rock art, historic Ute wickiups, and important historic mining operations. | | | **Action:** Prioritize Conservation Use sites for listing on the National Register of Historic Places, and within 2 years from the listing develop a Cultural Resource Project Plan for Conservation Use sites that outlines specific management objectives and actions for protection. Conservation use sites include rock art sites, prehistoric structures, and historic buildings and/or structures, such as the Hanging Flume, Paradox Rock art, historic Ute wickiups, and important historic mining operations. |
| 216. | **Action:** No similar action in current RMPs. | **Action:** Set aside cultural resource sites and/or areas (Traditional Use category) for long-term preservation because of their cultural and religious value to Native American Tribes. Sites/areas are identified as traditional cultural properties and sacred sites in consultation with Native American Tribes. | | | |

BLM_0166072

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 217. | Allowable Use: No similar allowable use in current RMP. | Allowable Use: **STIPULATION** NSO-45/NGD-20: *Allocation to Traditional Use.* Prohibit surface occupancy and use and apply NGD restrictions within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. (Refer to Appendix B.) | Allowable Use: **STIPULATION** CSU-40/SSR-47: *Allocation to Traditional Use.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. In addition, consider visual impacts that projects may have on sites allocated to this use, and apply appropriate mitigation, which may include redesign. (Refer to Appendix B.) | Allowable Use: **STIPULATION** NSO-46/SSR-49: *Allocation to Traditional Use.* Prohibit surface occupancy and use and apply SSR restrictions within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. In addition, consider visual impacts that projects may have on sites allocated to this use, and apply appropriate mitigation, which may include redesign. (Refer to Appendix B.) | |
| 218. | **Action:** No similar action in current RMPs. | **Action:** Assign historical sites in the Uravan Mining Belt (e.g., the Wild Steer complex, Long Park, Monogram Mesa, and the Uravan area), historical buildings that may be suitable for adaptive use, historical roads and trails (e.g., Old Spanish National Historic Trail, Tabeguache Trail), The Hanging Flume (NRHP) and select rock art sites, e.g., the Paradox Rock art Complex, Dolores Canyon, Uncompahgre Plateau) to Public Use for environmental and heritage education. | | | **Action:** Assign historical sites in the Uravan Mining Belt (e.g., the Wild Steer complex, Long Park, Monogram Mesa, and the Uravan area), historical buildings that may be suitable for adaptive use, historical roads and trails |

BLM_0166073

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | (e.g., Old Spanish National Historic Trail, Tabeguache Trail), The Hanging Flume (NRHP) and select rock art sites after consultation with the appropriate tribal entities (e.g., the Paradox Rock art Complex, Dolores Canyon, Uncompahgre Plateau) to Public Use for environmental and heritage education. |
| 219. | **Action:**<br>No similar action in current RMPs | **Action:**<br>Develop a Cultural Resource Management Plan that develops site-specific management actions for all Public Use sites. In the plan, outline specific management objectives and actions for Heritage Tourism including retrieval of scientific information, hardening for public use, interpretation, and long-term protection. | | | **Action:**<br>Develop a Cultural Resource Project Plan that develops site-specific management actions for all Public Use sites. In the plan, outline specific management objectives and actions for Heritage Tourism including retrieval of scientific information, hardening for public use, interpretation, and long-term protection. |

BLM_0166074

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 220. | **Action:** No similar action in current RMPs. | **Action:** Manage and protect cultural resources allocated to Public Use, including traditional cultural properties with a secondary allocation to Public Use by implementing the following actions, including but not limited to: • Developing heritage tourism at sites designated to Public Use using Best Management Practices • Interpreting sites • Organizing and conducting ongoing educational programs for tribal groups, the public, school groups, vocational archaeology groups, project proponents, permittees, contractors, and others about cultural resource ethics, and encouraging their assistance in reporting new | **Action:** No similar action. | **Action:** Same as Alternative B. | **Action:** Manage and protect cultural resources allocated to Public Use, including traditional cultural properties with a secondary allocation to Public Use by implementing the following actions, including but not limited to: • Developing heritage tourism at sites designated to Public Use using Best Management Practices • Interpreting sites • Organizing and conducting ongoing educational programs for tribal groups, the public, school groups, vocational archaeology groups, project proponents, permittees, contractors, and others about cultural resource ethics, and |

BLM_0166075

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | discoveries and vandalism incidents | | | encouraging their assistance in reporting new discoveries and vandalism incidents<br>• Consulting with tribes when appropriate |
| 221. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Within 2 years of signing the ROD, develop a Cultural RMP for allowable use on all Experimental Use sites to outline research objectives. | | | **Action:**<br>Develop a Cultural Resource Project Plan to outline research objectives for allowable use on all Experimental Use sites. |
| 222. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Develop and annually update a list of sites to allocate to the Discharge Use category; reevaluate as needed and compile supporting documentation. Submit for consultation with the State Historic Preservation Office. | | | |
| 223. | **GOAL:**<br>Seek to reduce imminent threats and resolve potential conflicts from natural or human-caused deterioration or potential conflict with other resource uses (FLPMA Sec. 103(c); National Historic Preservation Act Section 106, 110(a)(2)) by ensuring that all authorizations for land use and resource use will comply with Section 106 of the National Historic Preservation Act. | | | | |
| 224. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage individual cultural resources in accordance with the use allocation finding for each cultural and historic property. | | | |
| 225. | **Action:**<br>Emphasize management and develop cultural management plans on the following cultural | **Action:**<br>Evaluate all cultural resources for use allocation and desired outcome (scientific use, conservation for future use, traditional use, public | **Action:**<br>Evaluate all cultural resources for use allocation and desired outcome (scientific use, conservation for future use, traditional use, public | **Action:**<br>Same as Alternative B. | |

BLM_0166076

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | sites/areas (BLM 1985): <br> • Dolores Cave <br> • Hamilton Mesa <br> • Hanging Flume <br> • Indian Henry's Cabin <br> • Tabeguache Canyon <br> • Tabeguache Pueblo | use, experimental use, or discharged from management). <br> Prioritize the following areas for inventory and evaluation: <br> • Roc Creek (Anasazi rock art) <br> • Uravan historic mining district <br> • Paradox Valley <br> • Dolores River Canyon <br> • Uncompahgre Plateau <br> • Tabeguache/Dolores Canyons <br> • Hanging Flume | use, experimental use, or discharged from management). | | |
| 226. | **Action:** <br> In recreation emphasis areas, develop and protect suitable cultural resource properties for public enjoyment through such practices as interpretive signing and stabilization (BLM 1985). | **Action:** <br> Develop and protect suitable cultural resource properties for public enjoyment through such practices as interpretive signing and stabilization. Priority areas include the Hanging Flume, Paradox Valley Rock Art Complex, and Roc Creek rock art. | **Action:** <br> No similar action. (Do not emphasize developing cultural resource properties for public enjoyment.) | **Action:** <br> Same as Alternative B. | |

BLM_0166077

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 227. | **Action:** Protect and interpret unique and significant values in the Dolores River Canyon WSA (BLM 1985). | **Action:** Identify, inventory, and evaluate prioritized individual sites and areas within the Dolores River Canyon WSA for nomination to the NRHP. | **Action:** Identify, inventory, and evaluate known sites within the Dolores River Canyon WSA for eligibility for listing on the NRHP. | **Action:** Identify, inventory, and evaluate individual sites within the Dolores River Canyon WSA for interpretation and public enjoyment. | **Action:** Identify, inventory, and evaluate individual sites within the Dolores River Canyon WSA for eligibility for listing on the NRHP. |
| 228. | **Action:** No similar action in current RMPs. | **Action:** Identify potential trails to link individual sites and develop an interpretive program. | | | **Action:** Same as Alternative A. |
| 229. | **Action:** In Wilderness Areas allow the use of cultural resource properties only for religious or research purposes, or for stabilization of "at risk" properties, and only use when such use will not degrade wilderness values (BLM 1985). | **Action:** Same as Alternative A. | **Action:** In Wilderness Areas, allow the use of cultural resource properties only for religious purposes and only when such use will not degrade wilderness values. | **Action:** Same as Alternative A. | **Action:** In Wilderness Areas and WSAs allow the use of cultural resource properties only for religious or research purposes, or for stabilization of "at risk" properties, and only when such use will not degrade wilderness values. |
| 230. | Allowable Use: **STIPULATION** NSO-SJ-1 (BLM 1991a): *Scenic, Natural, and Cultural Values and Resources.* Prohibit surface occupancy | Allowable Use: **STIPULATION** NSO-47/NGD-21: *Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon.* Prohibit surface occupancy and use and | Allowable Use: No similar allowable use. (There would not be any stipulations.) | Allowable Use: **STIPULATION** CSU-41/SSR-50: *Tabeguache Pueblos Area and Tabeguache Canyon.* Surface occupancy or use may be restricted or | Allowable Use: Same as Alternative C. |

BLM_0166078

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | within the following areas:<br>● Tabeguache Cave II and Tabeguache Canyon<br>● Tabeguache Pueblo<br>● Dolores Cave<br>(Refer to Appendix B; Figure 2-19, Appendix A.) | apply NGD restrictions in the Tabeguache Pueblos area and Tabeguache Canyon. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | prohibited and SSR restrictions applied in the Tabeguache Pueblos area and Tabeguache Canyon. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 231. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage the Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon as ROW exclusion. | **Action:**<br>No similar action. (ROWs would be allowed without avoidance or exclusion restrictions.) | **Action:**<br>Manage the Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon as ROW avoidance. | Allowable Use:<br>Same as Alternative A. |
| 232. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-48/NGD-22: *Cultural.* Prohibit surface occupancy and use and apply NGD restrictions within 200 meters (656 feet) of eligible cultural properties, traditional cultural properties listed National or State Registers of Historic Places (sites or districts), outstanding cultural resources to be | Allowable Use:<br>**STIPULATION** CSU-42/SSR-51: *Sites Listed on the National or State Register of Historic Places.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within 100 meters (328 feet) of sites listed on the National or State Registers of Historic Places. (Refer to | Allowable Use:<br>**STIPULATION** NSO-49/SSR-52: *Cultural.* Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (328 feet) of known eligible cultural resources, traditional cultural properties, listed National Registers of Historic Places sites/districts, outstanding | Allowable Use:<br>Same as Alternative A; this action addressed by other actions. |

BLM_0166079

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | nominated to the National or State Registers of Historic Places, interpreted and/or public use sites, and experimental-use sites. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Appendix B; Figures 2-22 and 2-30, Appendix A.) | cultural resources to be nominated to the National Registers of Historic Places, interpreted and/or public use sites, and experimental-use sites (BLM Manual 8110.42 [A-E]). (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 233. | Allowable Use: No similar allowable use is stated in current RMPs. | Allowable Use: **STIPULATION** CSU-43/SSR-53: Cultural. Surface occupancy or use may be restricted and SSR restrictions applied due to historic properties and/or resources protected under the National Historic Preservation Act (NHPA), American Indian Religious Freedom Act, Native American Graves Protection and Repatriation Act, Executive Order 13007, or other statutes and executive orders. Special design, construction, and | Allowable Use: No similar allowable use. (There would not be any stipulations.) | Allowable Use: Same as Alternative B. | Allowable Use: **STIPULATION** CSU-43/SSR-53: *Cultural.* Surface occupancy or use may be restricted and SSR restrictions applied due to historic properties and/or resources protected under the National Historic Preservation Act (NHPA), American Indian Religious Freedom Act, Native American Graves Protection and Repatriation Act, Executive Order 13007, or other statutes and executive orders. Special |

BLM_0166080

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The BLM will not approve any ground-disturbing activities that may affect any such properties or resources until it completes its obligations (e.g., State Historic Preservation Office and tribal consultation) under applicable requirements of the NHPA and other authorities. The BLM may require modification to exploration or development proposals to protect such properties, or disapprove any activity that is likely to result in adverse effects that cannot be successfully avoided, minimized, or mitigated. | | | design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The BLM will not approve any ground-disturbing activities that may affect any such properties or resources until it completes its obligations (e.g., State Historic Preservation Office and tribal consultation) under applicable requirements of the NHPA and other authorities. The BLM may require modification to exploration or development proposals to protect such properties, including indirect effects including audible, atmospheric and setting impacts on the significant qualities of a historic property and visual impacts as |

BLM_0166081

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | determined through consultation with SHPO and the appropriate tribal entities, or disapprove any activity that is likely to result in adverse effects that cannot be successfully avoided, minimized, or compensated. |
| 234. | **Action:** No similar action in current RMPs. | **Action:** Manage sites listed on or eligible for listing on the NRHP as ROW avoidance. | | | |
| 235. | **Action:** No similar action in current RMPs. | **Action:** Manage 31,870 acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek as a National Register District to protect unique cultural resource values. Management actions are as follows:<br>● Nominate the lower Uncompahgre National Register District based on high site densities | **Action:** Manage 31,870 acres in the area of the Lower Uncompahgre Plateau, between the Dry Creek Basin and Roubideau Creek, as an area of archaeological significance. Management actions are as follows:<br>● Nominate individual sites in the area to the NRHP as required for additional status based on site significance and eligibility, | **Action:** Manage 31,870 acres in the area of the Lower Uncompahgre Plateau, between the Dry Creek Basin and Roubideau Creek, as an area of archaeological significance. Management actions are as follows:<br>● Nominate individual sites in the area to the NRHP as required for additional status based on site significance and eligibility. | **Action:** Same as Alternative A. |

BLM_0166082

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| | | and rare or significant site types. <br>● Manage for enhanced protection of localities of high archaeological site densities near Dry Creek and Coalbank Canyon. <br>● Manage for the enhanced protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon. <br>● Manage for the enhanced protection of historic Ute occupations and sacred sites. <br>● Manage for the enhanced protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek. <br>● Manage as VRM Class III <br>● Conduct inventories for cultural properties and | ● Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon. <br>● Emphasize the use of alternative mitigation for development, including off-site mitigation and site avoidance. <br>● Manage for the protection of historic Ute occupations and sacred sites. <br>● Manage for the protection of numerous rock art panels in the region, including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek. | ● Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon. <br>● Manage for the protection of historic Ute occupations and sacred sites. <br>● Manage for the protection of numerous rock art panels in the region, including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek. <br>● Allowable Use: **STIPULATION** CSU-44/ SSR-54: *Area of Archaeological Significance.* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied to emphasize site avoidance and project redesign during | |

BLM_0166083

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | establish research and monitoring studies.<br>● Allowable Use:<br>**STIPULATION** NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B; Figure 2-20, Appendix A.) | | development. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | |
| 236. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Develop a cultural resource management plan to guide research and long term protection of cultural properties associated with the Paradox Rock Art Complex, Uravan Mineral Belt, Dolores Canyon, the Uncompahgre Plateau and other areas as determined by new information, research strategies and resource protection needs. | **Action:**<br>No similar action. (A cultural resource management plan for these properties would not be required.) | **Action:**<br>Same as Alternative B. | |

BLM_0166084

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| 237. | **Action:** No similar action in current RMPs. | **Action:** Nominate National Register Districts. Consider individual sites within each district for nomination to the State and/or National Registers of Historic Places. Potential National Register Districts are as follows: <br>● Uravan Uranium Mining District <br>● Paradox Valley Rock Art District <br>● Tabeguache Pueblos District <br>● Dolores River Rock Art District | **Action:** Evaluate individual sites for eligibility for National or State Registers of Historic Places nominations. Do not consider individual sites for nomination to the NRHP unless such sites need additional protection that may be afforded by such listing. | **Action:** Nominate individual sites to the National or State Registers of Historic Places. Individual sites with the potential for nomination are as follows: <br>● Ute Wickiup Project <br>● Uravan Uranium Mining District <br>● Squint Moore Complex Harris site on the Uncompahgre Plateau <br>● Paradox Valley Rock Art Complex <br>● Also nominate other sites that meet the NRHP criteria. | **Action:** Nominate individual sites that meet National Register of Historic Places criteria to the National or State Registers of Historic Places. |
| 238. | **Action:** No similar action in current RMPs. | **Action:** No similar action (refer to the *Areas of Critical Environmental Concern* section, Paradox Rock Art ACEC). | **Action:** Manage 1,080 acres in the Paradox Rock Art Complex area as a National Register District to protect unique cultural resource values. Management actions are as follows: <br>● Manage for protection of the numerous | **Action:** Manage 1,080 acres in the Paradox Rock Art Complex area as a National Register District to protect unique cultural resource values. (Refer to the *Areas of Critical Environmental Concern* section, Paradox Rock Art ACEC.) <br><br>Allowable Use: <br>**STIPULATION** NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B; Figure 2-23 | |

BLM_0166085

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | prehistoric petroglyphs and pictographs in the area.<br>● Close to motorized and mechanized travel above the level of the Paradox Valley bottom; limit motorized and mechanized travel to designated routes in the Paradox Valley bottom.<br>● Develop a system of public access trails to the various rock art panels.<br>● Develop and implement an interpretive plan.<br>● Conduct a complete inventory for cultural properties.<br>● Allowable Use:<br>**STIPULATION**<br>NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B; | [Alternative D] and 2-91 [Alternative E], Appendix A.) | |

BLM_0166086

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | Figure 2-22, Appendix A.) | | |
| 239. | **Action:**<br>Attach the following standard stipulations to any BLM-issued permit in which there may be ground-disturbing activities or the potential for the inadvertent discovery or effects on any NRHP or otherwise eligible historic or archaeological cultural property:<br>● If historic or archaeological materials are uncovered during permitted activities, the operator is to immediately stop activities in the immediate area of the find that might further disturb such materials and must immediately contact the BLM Authorized Officer. Within 5 working days, the BLM Authorized Officer will inform the operator as to whether the materials appear eligible for the NRHP and what mitigation measures the operator will likely have to undertake before the construction may proceed.<br>● The permittee is responsible for informing all persons who are associated with the project that they will be subject to prosecution for knowingly disturbing archaeological sites or for collecting artifacts.<br>In accordance with 43 CFR 10.4(g), the holder of the authorization must notify the BLM Authorized Officer, by telephone, with written confirmation, immediately after the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony. Further, in accordance with 43 CFR 10.4(c) and (d), the holder of the authorization must stop activities in the vicinity of the discovery and protect it for 30 days or until notified to proceed by the BLM Authorized Officer. (Refer to Appendix B.) | | | | |

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 240. | **PALEONTOLOGICAL RESOURCES** | | | | |
| 241. | **GOAL:**<br>Identify, protect, and manage paleontological resources for the preservation, interpretation, and scientific uses by present and future generations. | | | | |
| 242. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage paleontological resources for their scientific, educational, and recreational values. | | | |
| 243. | **Action:**<br>Manage paleontological resources according | **Action:**<br>Require that land use authorizations consider actions on public lands according to their Potential Fossil Yield Classification. | | | |

BLM_0166087

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | to their Potential Fossil Yield Classification (Paleontological Resources Preservation Act of 2009). | | | | |
| 244. | **Action:** Provide protective management of the unique fossils in the Placerville area through the use of stipulations on a case-by-case basis in environmental documents (BLM 1985). | **Action:** Develop a Paleontological Site Management Plan for known localities, including: ● Potter Creek ● San Miguel Canyon ● Placerville Jurassic Fish Locality ● Dolores River Canyon ● Atkinson Mesa/Mesa Creek area | **Action:** No similar action. (Paleontological Site-Management Plans would not be developed.) | **Action:** Same as Alternative B. | |
| 245. | **Action:** Inventory paleontological resources and develop appropriate protective measures if necessary; develop protective measures as this resource is discovered. As information is obtained, identify | **Action:** In Potential Fossil Yield Classification Class 2, 3, 4, and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. | **Action:** In Potential Fossil Yield Classification Class 4 and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. | | |

BLM_0166088

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | specific management (BLM 1989a). | | | | |
| 246. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** CSU-45: *Paleontological*. Surface occupancy or use may be restricted due to paleontological resources. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. An inventory of paleontological resources may be required before construction and drilling may commence. The Authorized Officer may require that a qualified paleontologist be present to monitor operations during surface-disturbing activities. | Allowable Use:<br>No similar allowable use. (There would not be any stipulations.) | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>**LEASE NOTICE** LN-UFO-3: *High Potential Paleontological Resources*: The lessee/operator is given notice that lands in this lease have been identified as having high potential for paleontological resources. Planned projects should be consistent with the Paleontological Resources Preservation Act and BLM Manual and Handbook H-8270-1, Chapter III (A) and III (B), to avoid areas where significant fossils are known or predicted to occur or to provide for other mitigation of possible adverse effects (RX, NF, ESR). Mitigation of impacts on scientifically important paleontological resources |

BLM_0166089

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | may include avoidance, monitoring, collection, excavation, or sampling. Mitigation of discovered scientifically important paleontological resources may require the relocation of the surface disturbance activity over 200 meters (656 feet). Inventory and any subsequent mitigation shall be conducted by a BLM permitted paleontologist. Modifications to the Surface Use Plan of Operations may be required in order to protect paleontological resources from surface-disturbing activities in accordance with Section 6 of the lease terms and 43 CFR 3101.1-2. |
| 247. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Where project development threatens significant paleontological resources, require proponents to avoid by project redesign or to conduct scientific data recovery excavation. | | | |

BLM_0166090

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 248. | Allowable Use:<br>**LEASE NOTICE LN-CO-29 (BLM 1991a):** *Paleontological Areas.* Before authorizing surface-disturbing activities in Class I and II Paleontological Areas [now known as PFYC Class 4 and 5], an inventory will be performed by an accredited paleontologist approved by the BLM Authorized Officer. (Refer to Appendix B.) | **Action:**<br>**LEASE NOTICE** LN-UFO-4: *Paleontological Areas.* Require an accredited paleontologist approved by the BLM Authorized Officer to perform an inventory of areas of surface-disturbing activities in Potential Fossil Yield Classification Class 4 and 5 (previously known as Class I and II) paleontological areas, in accordance with BLM Instruction Memorandum No. 2008-009: Potential Fossil Yield Classification System for Paleontological Resources on Public Lands (BLM 2007b). (Refer to Appendix B.) | | | |

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 249. | **VISUAL RESOURCES** | | | | |
| 250. | **GOAL:**<br>Maintain the scenic quality and natural aesthetics of river canyons, open space landscapes, cultural landscapes, and other areas with high-quality visual resources that are considered important as social, economic, and environmental values. | | | | |
| 251. | **Objective:**<br>Manage public lands under visual resource management | **Objective:**<br>Manage visual resources for overall multiple use in accordance with VRM classifications. | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166091

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | classifications and guidelines (BLM 1989a) to protect and preserve scenic values, enhance viewing opportunities, and increase variety, where appropriate. | | | | |
| 252. | **Action:** Adopt the VRM classes as follows (Figure 2-5, Appendix A). Modify, relocate, mitigate, or deny proposed projects that conflict with the objectives of these classes. <br>• BLM surface: <br>○ VRM Class I = 44,220 acres <br>○ VRM Class II = 21,930 acres <br>○ VRM Class III = 280,520 acres <br>○ VRM Class IV = 9,260 acres <br>○ Undesignated = 319,770 acres | **Action:** **Alternative B:** Designate VRM classes as follows (Figure 2-6, Appendix A): <br>• BLM surface: <br>○ VRM Class I = 53,870 acres <br>○ VRM Class II = 176,010 acres <br>○ VRM Class III = 427,580 acres <br>○ VRM Class IV = 18,340 acres <br>• Recommend the following VRM classes for private or state surface/ federal mineral estate: <br>○ VRM Class I = 100 acres <br>○ VRM Class II = 135,030 acres | **Action:** Designate VRM classes as follows (Figure 2-8, Appendix A): <br>• BLM surface: <br>○ VRM Class I = 44,220 acres <br>○ VRM Class II = 31,260 acres <br>○ VRM Class III = 431,330 acres <br>○ VRM Class IV = 168,990 acres <br>• Recommend the following VRM classes for private or State surface/ federal mineral estate: <br>○ VRM Class I = 20 acres <br>○ VRM Class II = 69,040 acres | **Action:** Designate VRM classes as follows (Figure 2-9, Appendix A): <br>• BLM surface: <br>○ VRM Class I = 46,440 acres <br>○ VRM Class II = 112,540 acres <br>○ VRM Class III = 398,410 acres <br>○ VRM Class IV = 118,410 acres <br>• Recommend the following VRM classes for private or State surface/ federal mineral estate: <br>○ VRM Class I = 20 acres <br>○ VRM Class II = 94,250 acres | **Action:** Designate VRM classes, as mapped, as follows (Figure 2-87, Appendix A): <br>• BLM surface: <br>○ VRM Class I = 46,440 acres <br>○ VRM Class II = 105,490 acres <br>○ VRM Class III = 370,600 acres <br>○ VRM Class IV = 153,260 acres <br>• Recommend the following VRM classes for private or State surface/ federal mineral estate: <br>○ VRM Class I = 0 acres |

BLM_0166092

**Table T-I**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred in Draft RMP_ | Alternative E _Agency Proposed_ |
|---|---|---|---|---|---|
| | ● Private or State surface/ federal mineral estate:<br>o VRM Class I = 20 acres<br>o VRM Class II = 10 acres<br>o VRM Class III = 243,410 acres<br>o VRM Class IV = 420 acres<br>o Undesignated = 51,560 acres | o VRM Class III = 139,390 acres<br>o VRM Class IV = 13,050 acres<br>o Undesignated = 7,850 acres<br><br>**Alternative B.1** (North Fork area only): Designate VRM classes as follows (Figure 2-7, Appendix A):<br>● BLM surface:<br>o VRM Class I = 53,860 acres<br>o VRM Class II = 181,650 acres<br>o VRM Class III = 421,290 acres<br>o VRM Class IV = 18,990 acres<br>● Recommend the following VRM classes for private or state surface/ federal mineral estate:<br>o VRM Class I = 100 acres<br>o VRM Class II = 142,710 acres | o VRM Class III = 196,120 acres<br>o VRM Class IV = 22,230 acres<br>o Undesignated = 8,010 acres | o VRM Class III = 173,300 acres<br>o VRM Class IV = 20,000 acres<br>o Undesignated = 7,850 acres | o VRM Class II = 92,680 acres<br>o VRM Class III = 172,500 acres<br>o VRM Class IV = 30,250 acres<br>o Undesignated = 0 acres |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | | o VRM Class III = 131,720 acres<br>o VRM Class IV = 13,050 acres<br>o Undesignated = 7,850 acres | | | | |
| 253. | **Action:**<br>Manage 44,220 acres as VRM Class I (Figure 2-5, Appendix A):<br>● ACECs<br>  o Adobe Badlands<br>  o Needle Rock<br>● Tabeguache Area<br>● WSAs | **Action:**<br>Manage 53,870 acres as VRM Class I (Figure 2-6, Appendix A):<br>● Tabeguache Area<br>● WSAs<br>● Suitable wild and scenic river (WSR) segments classified as "wild" (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)]). | | **Action:**<br>Manage 44,220 acres as VRM Class I (Figure 2-8, Appendix A):<br>● Tabeguache Area<br>● WSAs | **Action:**<br>Manage 46,440 as VRM Class I (Figures 2-9 [Alternative D] and 2-87 [Alternative E], Appendix A):<br>● Same as Alternative C, plus<br>  o Suitable WSR segments classified as "wild" with a scenic ORV or within a WSA or the Tabeguache Area<br>   - Roubideau Creek Segment 1<br>   - San Miguel River Segment 2<br>   - Tabeguache Creek Segment 1<br>   - Dolores River Segment 1a<br>   - La Sal Creek Segment 3<br>   - | |
| 254. | **Action:**<br>Manage 21,930 acres as VRM Class II to protect scenic qualities (Figure 2-5, Appendix A):<br>● San Miguel River ACEC, except for the forest management areas | **Alternative B:**<br>**Action:**<br>Manage 176,010 acres as VRM Class II, including the following (Figure 2-6, Appendix A): | **Alternative B.1** (North Fork area only):<br>**Action:**<br>Manage 181,650 acres as VRM Class II, including the following | **Action:**<br>Manage 31,260 acres as VRM Class II, including the following (Figure 2-8, Appendix A):<br>● ACECs<br>  o Needle Rock<br>  o Adobe Badlands | **Action:**<br>Manage 112,540 acres as VRM Class II, including the following (Figure 2-9, Appendix A):<br>● Lands managed to protect wilderness characteristics<br>● SRMAs | **Action:**<br>Manage 105,490 acres, as mapped, as VRM Class II, including the following (Figure 2-87, Appendix A):<br>● SRMAs<br>  o Dolores River Canyon RMZs 1 and |

BLM_0166094

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | identified in the San Juan/San Miguel RMP (BLM 1993a, 1985) | • Lands managed to protect wilderness character-istics<br>• SRMAs<br>  o Burn Canyon RMZs 1 and 3<br>  o Dolores River Canyon<br>  o Dry Creek RMZ 2<br>  o Paradox Valley RMZs 1 and 4<br>  o Roubideau RMZs 1, 2, and 3<br>  o San Miguel River RMZs 2 and 3<br>  o Spring Creek RMZ 2<br>• ACECs<br>  o Needle Rock | (Figure 2-7, Appendix B):<br>• Face of Jumbo Mountain<br>• Youngs Peak<br>• "H" Hill<br>• Near flanks of the West Elks<br>• Needle Rock ACEC<br>• Within 1.0 mile of:<br>  o West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Rd 12)<br>  o 3100 Road<br>  o North Road<br>  o Crawford Road<br>  o Back River Road<br>• Lands visible from | | o Dolores River Canyon RMZs 1 and 2<br>o Roubideau RMZ 1<br>o San Miguel River RMZ 3<br>o Spring Creek RMZ 2<br>• ACECs<br>  o Same as Alternative C, plus<br>    - Dolores River Slickrock Canyon<br>    - Paradox Rock Art<br>    - Biological Soil Crust<br>• Suitable WSR segments classified as "wild" without a scenic ORV and not within a WSA or the Tabeguache Area<br>  o Monitor Creek<br>  o Potter Creek<br>  o Saltado Creek<br>• Suitable WSR segments classified as "scenic" and suitable WSR segments classified as "recreational" with a scenic ORV (see Table | 2 (if released from WSA designation)<br>o Roubideau RMZ 1 (if released from WSA designation [Camel Back WSA])<br>o San Miguel River RMZ 3<br>o Spring Creek RMZ 2<br>o Dry Creek RMZ 5<br>• ACECs<br>  o Same as Alternative C<br>• Suitable WSR segments classified as "wild" without a scenic ORV and not within a WSA or the Tabeguache Area<br>  o Monitor Creek<br>  o Potter Creek<br>  o Saltado Creek<br>• Suitable WSR segments classified as "scenic" and suitable WSR segments classified as "recreational" with a scenic ORV (see Table 2-5 [Summary of Wild |

BLM_0166095

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
|  |  | o Roubideau -Potter- Monitor<br>o Dolores Slickrock Canyon<br>o La Sal Creek<br>o Coyote Wash<br>o Paradox Rock Art<br>o Portion of Tabe- guache Pueblo and Tabe- guache Caves (5,310 acres within Tabe- guache Area)<br>● Suitable WSR segments classified as "scenic" (see Table 2-4 [Summary | important vistas and travel corridors |  | 2-5 [Summary of Wild and Scenic River Study Segments (Alternatives D and E)])<br>● Lands within 0.5-mile of National Historic Trails, except for the Old Spanish National Historic Trail<br>● Lands within 0.5-mile of the following National and BLM Byways<br>o Grand Mesa Scenic Byway<br>o Portion of West Elk Scenic Byway from Northeast UFO boundary to Gunnison County Road 12 | and Scenic River Study Segments (Alternatives D and E)])<br>● Lands within 0.5-mile of National Historic Trails, except for the Old Spanish National Historic Trail<br>● Lands within 0.5-mile of the following National and BLM Byways<br>o Grand Mesa Scenic Byway<br>o Portion of West Elk Scenic Byway from Northeast UFO boundary to Gunnison County Road 12 |

BLM_0166096

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | of Wild and Scenic River Study Segments (Alternatives A and B)])<br>● Lands within 0.5-mile of National Historic Trails<br>● Lands within 0.5-mile of National and BLM Byways | | | |
| 255. | **Action:**<br>Manage 280,520 acres as VRM Class III to protect its scenic qualities while permitting some intrusion, including (Figure 2-5, Appendix A) the San Miguel River SRMA (BLM 1993a). | **Action:**<br>Manage 427,580 acres as VRM Class III[a], including, but not limited to, the following (Figure 2-6, Appendix A):<br>● Area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek<br>● SRMAs<br>  o Burn Canyon RMZ 2 | **Action:**<br>Manage 431,330 acres as VRM Class III, including, but not limited to, the following (Figure 2-8, Appendix A):<br>● ERMAs<br>  o Burn Canyon<br>  o Paradox Valley<br>  o Ridgway Trails<br>  o Roubideau | **Action:**<br>Manage 398,410 acres as VRM Class III, including, but not limited to, the following (Figure 2-9, Appendix A):<br>● ERMAs<br>  o Burn Canyon<br>  o Kinikin Hills<br>● SRMAs<br>  o Dry Creek<br>  o Jumbo Mountain<br>  o Ridgway Trails | **Action:**<br>Manage 370,600 acres, as mapped, as VRM Class III, including, but not limited to, the following (Figure 2-87, Appendix A):<br>● ERMAs<br>  o Burn Canyon<br>  o Kinikin Hills<br>  o Paradox Valley<br>● SRMAs |

BLM_0166097

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | o Dry Creek RMZs 1, 3, and 4<br>o Jumbo Mountain<br>o Kinikin Hills<br>o North Delta<br>o Paradox Valley RMZs 2 and 3<br>o Ridgway Trails<br>o Roubideau RMZ 4<br>o San Miguel River RMZs 1 and 4<br>o Spring Creek RMZs 1 and 3<br>● ACECs<br>o Salt Desert Shrub Ecosystem<br>o Fairview South (CNHP Expansion)<br>o Lower Uncompahgre Plateau<br>o San Miguel Gunnison Sage-Grouse<br>o San Miguel River Expansion<br>o Sims-Cerro Gunnison Sage-Grouse<br>o East Paradox<br>o Portion of Tabeguache Pueblo and Tabeguache Caves (21,100 acres | ● San Miguel River ACEC<br>● Lands within 0.5-mile of National Historic Trails<br>● Lands within 0.25-mile of National and BLM Byways | o Roubideau RMZs 2-4<br>o San Miguel River RMZs 1, 2 and 4<br>o Spring Creek RMZs 1 and 3<br>● ACECs<br>o Fairview South (BLM Expansion)<br>o Roubideau Corridors<br>o San Miguel River<br>● North of County Road 12 outside of West Elk Scenic Highway buffer<br>● Oak Ridge<br>● McDonald Creek area<br>● Youngs Peak<br>● Smith Fork (40s)<br>● Billy Creek area<br>● Wray Mesa<br>● Lion Creek<br>● Lands within 0.5-mile of the Old Spanish National Historic Trail<br>● Lands within 0.50-mile of the following National and BLM Byways<br>o Portion of the West Elk Scenic Byway | o Dolores River Canyon RMZ 3<br>o Dry Creek RMZ 1-4<br>o Jumbo Mountain<br>o Ridgway Trails<br>o Roubideau RMZs 2-4 (portions of RMZ 2 overlapping the Camel Back WSA would be managed as VRM III if WSA is released from designation)<br>o San Miguel River RMZs 1, 2 and 4<br>o Spring Creek RMZs 1 and 3<br>● ACECs<br>o Fairview South (BLM Expansion)<br>o San Miguel River<br>● Lands within 0.5-mile of the Old Spanish National Historic Trail<br>● Lands within 0.50-mile of the following National and BLM Byways<br>o Portion of the West Elk Scenic Byway |

BLM_0166098

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | outside of Tabeguache Area)<br>o West Paradox<br>● Suitable WSR segments classified as "recreational" (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>● Shinn Park<br>● Hamilton Mesa area<br>● Naturita-Nucla Complex<br><br>*ªUnder **Alternative B.1**, 421,290 acres would be managed as VRM Class III as portions of some of the above areas would be managed as VRM Class II.* | | west of Gunnison County Road 12<br>o San Juan Skyway<br>o Unaweep/Tabeguache Byway | west of Gunnison County Road 12<br>o San Juan Skyway<br>o Unaweep/ Tabeguache Byway<br>Other areas as mapped including:<br>● Oak Ridge<br>● McDonald Creek area<br>● Youngs Peak<br>● Smith Fork (40s)<br>● Billy Creek area<br>● Wray Mesa<br>● Lion Creek<br>● North of County Road 12 outside of West Elk Scenic Highway buffer |
| 256. | **Action:**<br>Manage 9,260 acres as VRM Class IV to allow substantial change, as follows (Figure 2-5, Appendix A):<br>● North Delta OHV area (BLM 1989a)<br>● Forest management areas within the San | **Action:**<br>Manage 18,340 acres as VRM Class IV, as follows (Figure 2-6, Appendix A):<br>● All other areas not identified as VRM Class I, II, or III, or undesignated | **Action:**<br>Manage 168,990 acres as VRM Class IV, as follows (Figure 2-8, Appendix A):<br>● North Delta Open OHV area<br>● Fairview South ACEC<br>● All other areas not identified as VRM | **Action:**<br>Manage 118,410 acres as VRM Class IV, as follows (Figure 2-9, Appendix A):<br>● North Delta ERMA<br>● All other areas not identified as VRM Class I, II, or III, or undesignated | **Action:**<br>Manage 153,260 acres, as mapped, as VRM Class IV, as follows (Figure 2-87, Appendix A):<br>● North Delta SRMA<br>● Private edge-holdings and inholdings on National Forest System lands that do |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|---|
| | Miguel River ACEC (BLM 1993a, 1985) | | | Class I, II, or III, or undesignated | | not have a Visual Resource Inventory ● All other areas not identified as VRM Class I, II, or III |
| 257. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-51/NGD-23: *Visual Class I.* Prohibit surface occupancy and use and apply NGD restrictions in VRM Class I areas. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | | Allowable Use: No similar allowable use. (There would be no stipulations for VRM Class I areas.) | | |
| 258. | Allowable Use: No similar allowable use in current RMPs. | **Alternative B:** Allowable Use: **STIPULA-TION** CSU-46/SSR-55: *Visual: VRM Class II and III.* Surface occupancy or use may be restricted and SSR restrictions applied in VRM Class II and III areas. | **Alternative B.1** (North Fork area only): Apply the following restrictions to VRM Class II areas: Allowable Use: **NO LEASING** NL-11: *Prominent Landmarks.* Close to oil and gas leasing | Allowable Use: No similar allowable use. (There would be no stipulations for VRM Class II or Class III areas.) | | |

BLM_0166100

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | | Special design, construction, and implementa-tion measures, including relocation of operations by more than 200 meters (656 feet), may be required. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | and geophysical exploration the following prominent landmarks: face of Jumbo Mountain, Youngs Peak, "H" Hill, Saddle Mountain, near flanks of the West Elks, and Needle Rock ACEC.<br><br>Allowable Use: **STIPULA-TION** NSO-52: *Travel and Scenic Corridors.* Prohibit surface occupancy within 1.0 mile of: West Elk Scenic Byway (Colorado Highways 92 and 133, and | | | |

BLM_0166101

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | Gunnison County Rd 12)<br>● 3100 Road<br>● North Road<br>● Crawford Road<br>● Back River Road<br><br>Allowable Use:<br>**STIPULA-TION** CSU-47: *Vistas.* Apply CSU restrictions to BLM-administered and split-estate lands visible from important vistas and travel corridors:<br>● Jumbo Mountain<br>● Youngs Peak<br>● "H" Hill<br>● Flanks of the West Elks<br>● Needle Rock ACEC | | | |

BLM_0166102

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | • Beyond 1.0 mile of:<br>o West Elk Scenic Byway (Colorado Highways 92 and 133, and Gunnison County Road 12)<br>o 3100 Road<br>o North Road<br>o Crawford Road<br>o Back River Road<br>(Refer to Appendix B; Figure 2-21, Appendix A.) | | | |
| 259. | **Objective:**<br>No similar objective in current RMPs. | **Objective:** Maintain dark night sky conditions in areas that are generally unaffected by man-made light sources. | | | |
| 260. | **Action:**<br>No similar action in current RMPs. | **Action:** Prohibit permanent artificial outdoor lighting | **Action:** Prohibit permanent artificial outdoor lighting in VRM Class I areas. | | |

BLM_0166103

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred in Draft RMP_ | Alternative E _Agency Proposed_ |
|---|---|---|---|---|---|
| | | in VRM Class I and II areas. | | | |
| 261. | **Action:** No similar action in current RMPs. | **Action:** **LEASE NOTICE** LN-UFO-6: _Night Skies._ Require that permanent and temporary artificial outdoor lighting be shielded and downward-facing ("full cut-off" fixtures) to minimize impacts on naturally dark night skies. An exception, with mitigation, may be granted for temporary lighting if the requirement will create a hazard. (Refer to Appendix B.) | **Action:** No similar action. (There would not be a requirement that artificial outdoor lighting be shielded and downward-facing.) | **Action:** Same as Alternative B. | |
| 262. | **Action:** No similar action in current RMPs. | **Action:** **LEASE NOTICE** LN-UFO-6 (Alternatives B, D, and E) / LN-UFO-7 (Alternative C): _Night Skies._ Require that permanent artificial outdoor lighting be turned off when it is not needed. (Refer to Appendix B.) | | | |

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred in Draft RMP_ | Alternative E _Agency Proposed_ |
|---|---|---|---|---|---|
| 263. | **LANDS WITH WILDERNESS CHARACTERISTICS** | | | | |
| 264. | **GOAL 1:** No similar goal in current RMPs. | **GOAL 1:** Manage lands with wilderness characteristics that are identified for protection to maintain those characteristics. | | | **GOAL 1:** Same as Alternative A. |

BLM_0166104

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 265. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Identify lands with wilderness characteristics. Manage lands possessing wilderness characteristics to maintain those characteristics. Manage activities to maintain each area's roadless size, natural quality, opportunities for solitude and primitive recreation, and supplemental values where present. | **Objective:**<br>Identify lands with wilderness characteristics but do not manage those characteristics. | **Objective:**<br>Identify lands with wilderness characteristics. In specific areas, manage activities to maintain the natural quality of the area, and to maintain opportunities for solitude and primitive recreation where they occur in these areas. | **Objective:**<br>Same as Alternative A. |
| 266. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 42,150 acres in the following areas with wilderness characteristics (Figure 2-10, Appendix A):<br>● Adobe Badlands WSA Adjacent (6,180 acres)<br>● Camel Back WSA Adjacent (6,950 acres)<br>● Dolores River Canyon WSA Adjacent (550 acres)<br>● Dry Creek Basin (7,030 acres) | **Action:**<br>No similar action. (Areas with wilderness characteristics would not be managed to maintain those characteristics.) | **Action:**<br>Manage 18,320 acres in the following areas with wilderness characteristics (Figure 2-10, Appendix A):<br>● Camel Back WSA Adjacent (6,950 acres)<br>● Dry Creek Basin (7,030 acres)<br>● Roc Creek (4,340 acres).<br><br>Refer to Appendix F, Summary of Uncompahgre Planning | **Action:**<br>Same as Alternative A.. |

BLM_0166105

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | ● Lower Tabeguache/Campbell Creek (11,060 acres)<br>● Roc Creek (5,480 acres)<br>● Shavano Creek (4,900 acres)<br><br>Refer to Appendix F, Summary of Uncompahgre Planning Area Wilderness Characteristics Inventory: 2011 Update. | | Area Wilderness Characteristics Inventory: 2015 Update | |
| 267. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Apply the following management to lands managed to protect wilderness characteristics:<br>● VRM Class II<br>● ROW exclusion<br>● Exclusion area for wind, solar and hydropower projects<br>● Closed to motorized and mechanized travel<br>● Prohibit new or expanded range improvements<br>● Prohibit target shooting *(see Recreation section for more information)* | **Action:**<br>No similar action. (Areas with wilderness characteristics would not be managed to protect those characteristics.) | **Action:**<br>Apply the following management to lands managed to protect wilderness characteristics:<br>● VRM Class II<br>● ROW avoidance<br>● Exclusion area for wind, solar and hydropower projects<br>● Limit motorized and mechanized travel to designated routes<br>● Allow route maintenance and improvements in a manner consistent with | **Action:**<br>Same as Alternative A. |

BLM_0166106

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 90 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Lands with Wilderness Characteristics])

**Table T-1**
**Description of Alternatives A, B, B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | • Closed to wood product sales or harvest<br>• Allowable Use: Close to mineral materials disposal<br>• Allowable Use: Close to nonenergy solid mineral leasing<br>• Allowable Use: Close to coal leasing<br>• Recommend to the Secretary of the Interior withdrawal from locatable mineral entry<br>• Prohibit road maintenance<br>• Issue no SRPs for competitive events | | the long-term preservation of wilderness characteristics<br>• Permit new range improvement projects to support land health objectives only if it can be shown that they will protect or enhance wilderness characteristics<br>• Allow maintenance of existing range improvement facilities in a manner consistent with the long-term preservation of wilderness characteristics<br>• Closed to wood product sales or harvest<br>• Allowable Use: Close to mineral materials disposal<br>• Allowable Use: Close to nonenergy solid mineral leasing | |

BLM_0166107

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 91 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Lands with Wilderness Characteristics])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | | ● Allowable Use: Close to coal leasing<br>● Require a mine plan for locatable mineral development | |
| 268. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **NO LEASING** NL-12/NGD-24: *Lands with Wilderness Characteristics.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities on lands identified to be managed to protect inventoried wilderness characteristics. (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A.) | Allowable Use: No similar action. (Areas with wilderness characteristics would not be managed to maintain those characteristics.) | Allowable Use: **STIPULATION** NSO-53/SSR-56: *Lands with Wilderness Characteristics.* Prohibit surface occupancy and use and apply SSR restrictions to lands identified to be managed to protect inventoried wilderness characteristics. (Refer to Appendix B; Figures 2-23 and 2-31, Appendix A.) | Allowable Use: Same as Alternative A. |
| 269. | **GOAL 2:**<br>No similar goal. | | | | **GOAL 2:**<br>Provide protection when possible to preserve inventoried wilderness characteristics of areas determined to possess wilderness characteristics (e.g., appearance of naturalness, outstanding |

BLM_0166108

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | opportunities for primitive and unconfined recreation, or solitude), while allowing for competing resource uses. |
| 270. | **Objective:** No similar objective | | | | **Objective:** Through project analysis, analyze and disclose impacts on lands inventoried and found to possess wilderness characteristics, and minimize impacts on those values. |
| 271. | **Action:** No similar action. | | | | **Action:** Manage 18,320 acres to minimize impacts on wilderness characteristics, while managing for other uses. <br>• Camel Back WSA Adjacent (6,950 acres) <br>• Dry Creek Basin (7,030 acres) <br>• Roc Creek/Carpenter Ridge (4,340 acres) <br>Conserve wilderness characteristics where possible through |

BLM_0166109

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | relocation, design criteria, and/or mitigation.<br>Maintain an ongoing, up-to-date inventory of lands with wilderness characteristics. |
| 272. | Allowable Use:<br>No similar allowable use. | | | | Allowable Use:<br>**STIPULA-TION** CSU-60: *Lands Identified as Having Wilderness Characteristics While Managing for Other Uses.* On lands identified as possessing wilderness characteristics, special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing disturbance activities in the following areas, the proponent may be required to submit a plan of development that demonstrates that |

BLM_0166110

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | identified wilderness characteristics will be conserved:<br>• Camel Back WSA Adjacent (6,950 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Roc Creek/Carpenter Ridge (4,340 acres) |
| 273. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, manage those lands for wilderness characteristics.<br>• Consider adjacent other federal lands to determine whether the acquired lands if combined with the other federal lands constitute a piece that possesses wilderness characteristics. If so, then manage those lands | **Action:**<br>Inventory acquired lands for wilderness characteristics to maintain a current inventory only. | **Action:**<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, determine whether to manage wilderness characteristics on a case-by-case basis consistent with BLM manuals 6310 and 6320.<br>• Consider adjacent other federal lands to determine whether the acquired lands if combined with the other federal lands constitute a piece that | **Action:**<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, determine whether to manage wilderness characteristics on a case-by-case basis consistent with BLM manuals 6310 and 6320.<br>• Consider adjacent other federal lands to determine whether the acquired lands if combined with the other federal lands |

BLM_0166111

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | for wilderness characteristics. | | possesses wilderness characteristics. If so, then determine whether to manage for wilderness characteristics on a case-by-case basis consistent with BLM manuals 6310 and 6320. | constitute a piece that possesses wilderness characteristics. In the case of acquired lands inventoried and determined to possess wilderness characteristics, the BLM Authorized Officer must determine if these lands warrant specific management or protection not already provided for by the RMP. If the BLM Authorized Officer determines that protection is warranted for the area, then determine whether existing resource protection measures are sufficient to mitigate impacts from any proposed activity (on a case-by-case basis) or if planning-level decisions are necessary to |

BLM_0166112

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 96 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Lands with Wilderness Characteristics])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| | | | | | protect the area. The BLM Authorized Officer will consider potential adverse impacts on lands with wilderness characteristics through the NEPA process for a proposed project. A NEPA process considering potential impacts on an area not previously considered for protection in a land use planning process should analyze alternative management options for the area, including an alternative that analyzes protection of wilderness characteristics. |

BLM_0166113

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 97 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Forestry and Woodland Products])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | **Resource Uses** | | | | |
| 274. | **FORESTRY AND WOODLAND PRODUCTS** | | | | |
| 275. | **GOAL:**<br>Provide forest and woodland products on a sustainable basis to meet local needs. | | | | **GOAL:**<br>Provide forest and woodland products on a sustainable basis to meet local needs and promote ecological health. |
| 276. | **Objective:**<br>Manage suitable commercial forest lands and pinyon-juniper woodlands for sustained yield production within the allowable cut restrictions determined by the Timber Production Capabilities Classification inventory (BLM 1989a). | **Objective:**<br>Manage forests and woodlands within the historic range of natural variability while ensuring ecological diversity, maintaining successional processes, maintaining sustainability (including the desired mix of structural stages and landscape/watershed functions), and providing for native plant and wildlife habitats. | | | |
| 277. | **Action:**<br>Make public land within forest management areas available for a full range of forest management activities. | **Action:**<br>No similar action; this is addressed by other individual actions and the objective. | | | |

BLM_0166114

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 98 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Forestry and Woodland Products])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | Generally require major forest activity plans before allowing those activities in such areas. Pending completion of the activity plan, evaluate timber and woodland stand treatments by an environmental assessment and implement on a case-by-case basis. Make forested areas within other emphasis areas available for a full range of forest management activities; modify plans to be compatible with the management emphasis areas. Permit firewood harvesting on most accessible forest land available for harvesting forest products (BLM 1985).

On 40,500 acres (management unit 3), | | | | |

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 99 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Forestry and Woodland Products])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | prepare Forest Management Plans and, if needed, establish plantations to increase forest product availability (BLM 1989a). | | | | |
| 278. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate 675,800 acres of forest management units (Figure 2-74 [Alternative D], Appendix A):<br>● North Fork (132,300 acres)<br>● Paradox (175,880 acres)<br>● San Miguel (189,030 acres)<br>● Storm King (41,700 acres)<br>● Uncompahgre Plateau (136,890 acres) | | | **Action:**<br>Same as Alternatives B, C, and D. Of those acres, 503,830 acres are available for commercial wood harvest and 444,220 acres are open to general wood cutting. Forest management units with total acres and acres available for commercial harvest and general wood cutting are:<br>● North Fork – 132,300 acres<br> o General<br>  - Open to general wood collection – 83,890 acres<br>  - Closed to general wood collection – 48,410 acres |

BLM_0166116

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| | | | | | o Commercial<br>  - Open to commercial wood collection – 98,260 acres<br>  - Closed to commercial wood collection – 34,040 acres<br>● Paradox – 175,880 acres<br>o General<br>  - Open to wood collection – 123,710 acres<br>  - Closed to wood collection – 52,170 acres<br>o Commercial<br>  - Open to commercial wood collection – 135,890 acres<br>  - Closed to commercial wood collection – 39,990 acres<br>● San Miguel – 189,030 acres<br>o General |

BLM_0166117

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | - Open to wood collection – 119,300 acres<br>- Closed to wood collection – 69,730 acres<br>o Commercial<br>　- Open to commercial wood collection – 130,110 acres<br>　- Closed to commercial wood collection – 58,920 acres<br>● Storm King – 41,700 acres<br>o General<br>　- Open to wood collection – 23,020 acres<br>　- Closed to wood collection – 18,680 acres<br>o Commercial<br>　- Open to commercial wood collection – 28,760 acres |

BLM_0166118

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | - Closed to commercial wood collection – 12,940 acres<br>● Uncompahgre Plateau – 136,890 acres<br>o General<br>  - Open to wood collection – 94,300 acres<br>  - Closed to wood collection – 42,590 acres<br>o Commercial<br>  - Open to commercial wood collection – 110,810 acres<br>  - Closed to commercial wood collection – 26,080 acres |
| 279. | **Action:** Manage approximately 6,700 acres (emphasis area J) to provide woodland products (such as firewood, posts, poles). Provide an estimated allowable | **Action:** Manage approximately 279,125 acres to provide minor (noncommercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable | **Action:** Manage approximately 631,270 acres to provide minor (noncommercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable | **Action:** Manage approximately 394,530 acres to provide minor (noncommercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable | **Action:** No similar action (see Action 278). |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166119

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 103 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Forestry and Woodland Products])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-71, Appendix A; BLM 1985).<br><br>**Action:**<br>Manage lands suitable for timber production. Invest necessary funds to provide for intensive management of the forest resource. Provide firewood, Christmas trees, and other wood products (BLM 1985). | harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-72, Appendix A). | harvest of 9.6 MMBF (19,200 cords) per decade (Figure 2-73, Appendix A). | harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-74, Appendix A). | |
| 280. | **Action:**<br>Intensively manage 40,500 acres (management unit 3) for woodland product harvest within sustained yield production limits to increase available woodland products (BLM 1989a). | **Action:**<br>Allow harvest of minor (noncommercial timber) forest and woodland products in the following forest management units (units are shown on Figures 2-72 [Alternative B], 2-73 [Alternative C], and 2-74 [Alternative D], and 2-101 [Alternative E], Appendix A):<br>● Pinyon-juniper<br>  o North Fork<br>  o Paradox<br>  o San Miguel<br>  o Storm King<br>  o Uncompahgre Plateau<br>● Ponderosa pine<br>  o Paradox<br>  o Uncompahgre Plateau | | | |

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 104 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Forestry and Woodland Products])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | ● Aspen<br>　o Storm King<br>● Spruce and subalpine fir<br>　o Storm King<br>● Douglas fir<br>　o San Miguel<br>　o Storm King | | | |
| 281. | **Action:**<br>No similar action in current RMPs. (The commercial harvest of all vegetation types is currently allowed.) | **Action:**<br>Allow commercial timber harvest of pinyon-juniper only; permit such harvest in all forest management units.<br><br>Exception: Commercial harvest activities may be used for other forest cover types to improve forest health, to restore ecology, or to meet identified resource objectives. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B, where consistent with land health and vegetation mosaic objectives. | **Action:**<br>Allow commercial timber harvest of pinyon-juniper only; permit such harvest in all forest management units where consistent with land health and vegetation mosaic objectives.<br><br>Exception: Commercial harvest activities may be used for other forest cover types to improve forest health, to restore ecology, or to meet identified resource objectives. |
| 282. | **Action:**<br>Prohibit forest product disposal (i.e., wood product sales and/or harvest) in the | **Action:**<br>Close the following areas (397,160 acres) to wood product sales and/or harvest (unless there is an | **Action:**<br>Close the following areas (44,530 acres) to wood product sales and/or | **Action:**<br>Close the following areas (281,390 acres) to wood product sales and/or harvest (unless there is an | **Action:**<br>Close the following areas (171,970 acres) to commercial wood product sales and/or |

BLM_0166121

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | following areas (110,160 acres; Figure 2-71, Appendix A):<br>• Tabeguache Area<br>• WSAs (BLM 1985)<br>• San Miguel River ACEC/SRMA: 20,166 acres of the ACEC and 298 acres of the San Miguel SRMA (BLM 1993a)<br>• Dolores River SRMA (BLM 1985)<br>• Perennial and intermittent streams in the Uncompahgre Basin Resource Area (BLM 1989a)<br>• Needle Rock ACEC/ Outstanding Natural Area (BLM 1989a)<br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County (BLM 1989a) | exception shown below; Figure 2-72, Appendix A):<br>• Tabeguache Area<br>• WSAs<br>• ACECs (refer to the *Areas of Critical Environmental Concern* section for specific restrictions and allowed wood product use or harvest)<br>  o Fairview South (CNHP Expansion)<br>  o Needle Rock<br>  o San Miguel River Expansion<br>  o Dolores Slickrock Canyon<br>  o Roubideau-Potter-Monitor<br>• Steep slopes (greater than 30 percent)<br>• VRM Class I areas<br>• Lands managed to protect wilderness characteristics<br>• Ecological emphasis areas<br>• Ancient woodlands and forest | harvest (Figure 2-73, Appendix A):<br>• Tabeguache Area<br>• WSAs<br>• Fairview South ACEC<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated to improve forest and land health conditions or to achieve vegetation mosaic objectives. | exception shown below; Figure 2-74, Appendix A):<br>• ACECs (refer to the *Areas of Critical Environmental Concern* section for specific restrictions and allowed wood product use or harvest)<br>  o Fairview South (BLM Expansion)<br>  o Needle Rock<br>  o San Miguel River<br>  o Dolores River Slickrock Canyon<br>  o Roubideau Corridors<br>• Steep slopes (greater than 40 percent)<br>• VRM Class I areas<br>• Lands managed to protect wilderness characteristics<br>• Riparian areas<br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County<br>• Ecological emphasis areas (prohibit | harvest (unless there is an exception shown below; Figure 2-101, Appendix A):<br>• ACECs (refer to the *Areas of Critical Environmental Concern* section for specific restrictions and allowed wood product use or harvest)<br>  o Fairview South (BLM Expansion)<br>  o Needle Rock<br>  o San Miguel River<br>• Steep slopes (greater than 40 percent)<br>• Riparian areas<br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County<br>• Ancient woodlands and forest<br>• Exemplary, ancient, and rare vegetation<br>• SRMAs (refer to Appendix J, [Description of |

BLM_0166122

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | • Exemplary, ancient, and rare vegetation<br>• Riparian areas<br>• Threatened and endangered species' habitat<br>• The reserved federal timber on land deeded to Ouray County<br>• SRMAs (refer to Appendix J, [Description of Recreation Management Areas] for specific restrictions and allowed wood product use or harvest)<br>o Burn Canyon RMZ 1<br>o Dolores River Canyon<br>o Dry Creek RMZs 1, 2, and 4<br>o Jumbo Mountain RMZ 1<br>o Kinikin Hills RMZs 1 and 2<br>o North Delta<br>o Paradox Valley RMZs 1 and 2<br>o Ridgway Trails RMZ 1<br>o Roubideau<br>o San Miguel River | | commercial sales and harvest only)<br>• Ancient woodlands and forest<br>• Exemplary, ancient, and rare vegetation<br>• SRMAs (refer to Appendix J, [Description of Recreation Management Areas] for specific restrictions and allowed wood product use or harvest):<br>o Dolores River Canyon<br>o Dry Creek RMZs 1, 2, and 4<br>o Jumbo Mountain RMZs 1 and 2<br>o Ridgway Trails RMZ 1<br>o Roubideau RMZs 1 and 2<br>o San Miguel River<br>o Spring Creek<br>• Tabeguache Area<br>• WSAs | Recreation Management Areas] for specific restrictions and allowed wood product use or harvest):<br>o Dolores River Canyon<br>o Dry Creek RMZs 1 and 2<br>o Jumbo Mountain RMZ 1<br>o North Delta<br>o Ridgway Trails RMZ 1<br>o Roubideau RMZs 1 and 2<br>o San Miguel River<br>o Spring Creek RMZ 2<br>• Tabeguache Area<br>• WSAs<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166123

Case No. 1:20-cv-02484-MSK    Document 77-12    filed 04/29/21    USDC Colorado    pg 107 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Forestry and Woodland Products])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | o Spring Creek<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. | | ● NGD areas (except for private firewood permits)<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. | vegetation mosaic objectives. |
| 283. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>● Crucial winter range<br>o Elk and mule deer: December 1 to April 30<br>o Moose: November 15 to May 30<br>● Big game reproduction areas<br>o Elk and mule deer: May 15 to June 30 | Allowable Use:<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>● Crucial winter range<br>o Elk and mule deer: January 1 to March 31<br>● Big game reproduction areas<br>o Elk and mule deer: May 15 to June 15 | Allowable Use:<br>Prohibit personal use firewood and other special forest product harvest from December 31 to April 30.※<br><br>Subject commercial activities to spatial TLs, as described in Appendix B. | |

BLM_0166124

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | o Pronghorn antelope: May 1 to July 15<br>o Desert bighorn sheep: March 15 to June 15 for lambing range<br>o Desert bighorn sheep: August 1 to September 30 for rutting grounds<br>o Rocky Mountain bighorn sheep: May 1 to July 15 for lambing range<br>o Rocky Mountain bighorn sheep: October 15 to December 15 for rutting grounds<br>o Moose: May 15 to July 15<br>o Migratory bird breeding habitat: May 1 to July 31<br>o When soils are saturated | | | |
| 284. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Make byproducts from forest management activities available for | **Action:**<br>In appropriate forest cover types, allow biomass production | **Action:**<br>In appropriate forest cover types, allow biomass production and use where compatible with | **Action:**<br>In appropriate forest cover types, allow biomass production and use where compatible |

BLM_0166125

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 109 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Forestry and Woodland Products])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | biomass use or for insect and disease control. | where compatible with other uses. | vegetation mosaics and other resource uses.<br><br>Make byproducts from forest management activities available for biomass use or for insect and disease control. | with vegetation mosaics and other resource uses.<br><br>Make byproducts from forest management activities and woodlands affected by insect and disease available for biomass. |
| 285. | **Action:**<br>Provide reasonable opportunity to salvage forest products before and after range and wildlife habitat improvement treatments (BLM 1985). | **Action:**<br>Encourage, where feasible, the harvest of woodland products in areas of proposed or existing vegetative treatments to lessen the need for additional treatment or land disturbance and in areas that need restoration for ecological benefits. | | | |
| 286. | **Action:**<br>In livestock management emphasis areas (228,240 acres), manage woodland products and timber to enhance range resources and for insect and disease control (BLM 1985). | **Action:**<br>Manage forest and woodlands where compatible to achieve other resource objectives. | | | |

BLM_0166126

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | **Action:** Plan wood product sales in wildlife areas (23,100 acres) to improve big game forage and other wildlife needs (BLM 1985). **Action:** Manage forest lands to enhance wildlife resources. Plan wood product sales in wildlife areas to improve big game forage and other wildlife needs (BLM 1985). | | | | |
| 287. | **Action:** In livestock management emphasis areas (228,240 acres), manage timber species at a stocking level that maintains moderate to high herbage production. Use woodland products to the maximum extent | **Action:** No similar action; this is addressed by other actions and objectives. | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166127

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | practicable through commercial sales under the principle of sustained yield. Manage aspen forest types to perpetuate aspen, using even-aged silviculture. Limit clear-cuts in aspen to a maximum of 40 acres or the size of an aspen clone, whichever is smaller (BLM 1985). | | | | |
| 288. | **Action:**<br>On 121,710 acres (management unit 1), manage woodland harvest areas for increased forage production and to be compatible with allotment management plans and wildlife habitat management objectives (BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions and objectives. | | | |
| 289. | **Action:**<br>Incorporate non-conflicting wildlife | **Action:**<br>No similar action; this is addressed by other actions and objectives. | | | |

BLM_0166128

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | habitat management objectives, projects, and mitigating measures into new and existing forest management plans (area identified as a productive pinyon-juniper woodland important to wildlife and livestock; management units 1 and 3; BLM 1989a). | | | | |
| 290. | **Action:** Coordinate forestry and woodland products management on a case-by-case basis to ensure aquatic resources are protected and, in some cases, improved (BLM 1985). | **Action:** No similar action; this is addressed by the objective. | | | |
| 291. | **Action:** Manage lands suitable for timber and woodland production to enhance recreational opportunities and to | **Action:** No similar action; this is addressed by other actions and objectives. | | | |

BLM_0166129

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | maintain healthy stand conditions (BLM 1985). | | | | |
| 292. | **Action:** Manage forest products and woodlands to meet goals and objectives of the soil and water program for specific areas (BLM 1985). | **Action:** No similar action; this is addressed by other actions and objectives. | | | |
| 293. | **Action:** Allow for the sale or disposal of forest products or timber that could be lost in mineral development or that is needed for managing the resource. Meet demand without degradation or conflict (BLM 1985). | **Action:** Before removing any commercial or noncommercial woodland products as a result of permitted activities (e.g., mining, oil and gas production, sodium mining, and ROW), appraise and require the proponent to purchase the woodland products. The BLM could waive this requirement if the quantity of woodland product is of a small enough quantity to make the requirement unfeasible. | **Action:** Same as Alternative A. | **Action:** Same as Alternative B. | **Action:** Before removing any commercial or noncommercial forest and woodland products as a result of permitted activities (e.g., mining, oil and gas production, sodium mining, and ROW), appraise and require the proponent to purchase the woodland products. The BLM could waive this requirement if the quantity of woodland product is of a small enough quantity to make the requirement unfeasible. |

BLM_0166130

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 294. | **Action:**<br>Allow removal of forest products only when compatible with cultural, wildlife, or recreation values or when done to improve safety (BLM 1985). | **Action:**<br>No similar action; this action is not needed (future projects need to be compatible with the RMP). | | | |
| 295. | **Action:**<br>Manage timber and woodland species on all available and capable lands with a combination of even- and uneven-age systems. Manage aspen under an even-age system. Limit open patch cuts to 20 acres or less in commercial forest types and 40 acres in woodland types. Regenerate all patch cuts, shelter wood, and selection harvest cuts, naturally or artificially, within 15 years. Continue managing all operable | **Action:**<br>No similar action (patch size, structure, and vegetation treatments are identified in other actions). | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166131

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | woodland and commercial saw timber in other emphasis areas (BLM 1985). | | | | |
| 296. | **Action:** When carrying out projects using Healthy Forest Restoration Act authority, fully maintain or contribute toward the restoration of the structure and composition of old-growth stands according to the pre-fire suppression old-growth conditions characteristic of the forest type, taking into account the contribution of the stand to landscape fire adaptation and watershed health and retaining the large trees contributing to old-growth structure. | | | | **Action:** When carrying out projects to restore forest and woodlands, fully maintain or contribute toward the restoration of the structure and composition of historic stand composition according to the pre-fire suppression conditions characteristic of the forest type, taking into account the contribution of the stand to landscape fire adaptation and watershed health and retaining the large trees contributing to old-growth structure in appropriate forest/woodland types. |

BLM_0166132

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Livestock Grazing])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 297. | **LIVESTOCK GRAZING** | | | | |
| 298. | **GOAL:** Provide adequate forage for livestock while attaining healthy rangelands, in accordance with land health standards and in balance with other resources and uses, and to support local agricultural communities. | | | | |
| 299. | **Objective:** Manage to increase forage on livestock production on a sustained yield basis. Emphasis is upon increasing forage, red meat, and animal fiber production, and improving forage composition and watershed conditions. Make significant investments in livestock improvements, which will be multiple-use oriented (e.g., wildlife and watershed). Minimize investments for other resources but continue resource management activities compatible with livestock production (BLM 1985). | **Objective:** While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs) based on long-term studies and land health conditions. Place emphasis on decreasing grazing permitted use. | **Objective:** While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs) based on long-term studies and land health conditions. Place emphasis on increasing grazing permitted use. | **Objective:** While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C), seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs) based on long-term studies and land health conditions. | **Objective:** Using best available science and monitoring data, at the implementation level, design grazing systems that will meet or make progress toward meeting BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). Seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs) at permit renewal. |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166133

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | Make suitable public lands available for livestock grazing use (BLM 1989a). | | | | |
| 300. | **Action:** Make 619,500 acres available for livestock grazing (Figure 2-11, Appendix A). Provide 35,520 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. Complete a detailed monitoring and evaluation plan. When undesirable and unintended changes in resource values are discovered and the causes are determined, take | **Action:** Make 517,580 acres available for livestock grazing (Figure 2-12, Appendix A). Provide 28,958 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 653,270 acres available for livestock grazing (Figure 2-13, Appendix A). Provide 36,950 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 617,140 acres available for livestock grazing (Figure 2-14, Appendix A). Provide 35,558 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 616,640 acres available for livestock grazing (Figure 2-89, Appendix A). Provide 35,520 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997; Appendix C). Periodically evaluate acres available and active grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. |

BLM_0166134

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | corrective actions (BLM 1985). | | | | |
| 301. | **Action:** Make 56,300 acres of allotments, portions of allotments, and areas unavailable for livestock grazing. Refer to Appendix E, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 158,220 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes steep slopes, conflict with BLM recreation sites, precipitation zone (16 inches) below which salts and carbonates are present in the Mancos shale soil profile, or avoidance of sensitive resources, such as those described in the *Areas of Critical Environmental Concern* section. Refer to Appendix E, Livestock Grazing Allotments. | **Action:** Make 22,530 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes suitability of grazing and private land conflict. Refer to Appendix E, Livestock Grazing Allotments. | **Action:** Make 58,660 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and unallotted land. The purpose includes steep slopes, conflict with BLM recreation sites, or avoidance of sensitive resources, such as those described in the *Areas of Critical Environmental Concern* section. Refer to Appendix E, Livestock Grazing Allotments. | **Action:** Make 59,160 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and un-allotted land. The purpose includes steep slopes, conflict with BLM recreation sites, or avoidance of sensitive resources, such as those described in the Fairview South *Area of Critical Environmental Concern* section. Refer to Appendix E, Livestock Grazing Allotments. |
| 302. | **Action:** Keep closed portions (2,680 acres) of the Camel Back pasture in the Winter-Monitor allotment. | **Action:** Make approximately 2,680 acres available for cattle grazing by reactivating the previously closed Camel Back pasture in the | | **Action:** Make approximately 2,680 acres available for livestock trailing by reactivating the previously closed Camel Back pasture in the Winter-Monitor allotment. This availability is for trailing only. Provide no additional AUMs of grazing permitted use. Trailing in the entire canyon is limited by time and is managed | |

BLM_0166135

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred in Draft RMP_ | Alternative E _Agency Proposed_ |
|---|---|---|---|---|---|
| | | | Winter-Monitor allotment. Provide 75 additional AUMs of grazing permitted use. | within the riparian objective and the BLM Colorado Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | |
| 303. | **Action:** On 3,720 acres (management unit 9), limit trailing use as much as possible and confine it to established roads; prohibit trailing livestock from bedding in riparian zones unless absolutely necessary (BLM 1989a). | **Action:** Limit livestock trailing use to established roads and trails to the extent possible. Prohibit trailing livestock from overnighting or bedding in sensitive areas, such as riparian zones and occupied federally listed plant habitat. | **Action:** Limit livestock trailing use to established roads and trails to the extent possible. Permit trailing livestock to overnight or bed in sensitive areas, such as riparian zones and in occupied federally listed plant habitat, only with prior approval from the BLM. | **Action:** Limit livestock trailing use to established roads and trails to the extent possible. Permit trailing livestock to overnight or bed in riparian zones in areas identified by and only with prior approval. | |
| 304. | **Action:** No similar action in the current RMP. | **Action:** Exclude livestock grazing for a minimum of 3 years on disturbed areas (e.g., a fire, reclamation of disturbed lands, seedings, and surface-disturbing vegetation treatments). | **Action:** Exclude livestock grazing on disturbed areas (e.g., fire, reclamation of disturbed lands, seedings, and surface-disturbing vegetation treatments) to the extent needed to comply with BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | | |
| 305. | **Action:** No similar action in current RMPs. | **Action:** Periodically evaluate allotments or portions of allotments to identify grazing issues. Base | **Action:** No similar action. (Closure to livestock grazing and/or reduction in permitted use would | **Action:** Same as Alternative B. | |

BLM_0166136

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | potential closure to livestock grazing and/or reduction in permitted use on the following criteria, when management is insufficient to remedy the problem:<br>● Areas identified as BLM disposal tracts<br>● Small percentage (less than 10 percent) of BLM-administered lands in allotment<br>● Areas unsuitable for livestock grazing (such as steep slopes)<br>● Major impact on wildlife or threatened and endangered species (such as competition for forage, winter range, sage-grouse habitat), or sensitive fish habitat, as determined by data analysis<br>● Public health and safety<br>● High-intensity recreation areas/facilities | not occur, unless identified in other actions.) | | |

BLM_0166137

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | • Resource objectives for municipal watersheds<br>• Conflicts with adjoining private land development<br>• Impacts on cultural resource<br>• Areas with high soil selenium concentrations | | | |
| 306. | **Action:**<br>Most often make livestock use adjustments by changing one or more of the following: the kind or class of livestock grazing the allotment, the season of use, the stocking rate, or the grazing pattern.<br><br>Make most livestock use adjustments in the "I" allotments, but also make use adjustments for allotments in the C and M categories (BLM 1985). | **Action:**<br>Adjust grazing management (e.g., AUMs, periods of use, allotments, class of livestock, and distribution) using an interdisciplinary process when the following data indicate that change is needed:<br>• Utilization levels or patterns of use in uplands and riparian areas and/or apparent trend data<br>• Long-term trend data<br>• Land Health Assessment data<br>• Other pertinent information, including that obtained from consultation with permittees, interested publics, and other agencies | | | |

BLM_0166138

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | On 39,790 acres (emphasis areas B, E, F, and K), reduce number of livestock and change season-of-use where needed to accomplish the following:<br>● Provide sufficient forage for wildlife and to protect aquatic/riparian resources, especially on big game winter and spring ranges.<br>● Minimize impacts on mineral operations and revegetation efforts or to minimize erosion from site.<br>● Achieve soil and water program objective.<br>● Protect cultural resources (BLM 1985). | | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166139

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 307. | **Action:** Develop 71 allotment management plans (332,340 acres; BLM 1985). <br>● Update existing allotment management plans as needed, and develop new allotment management plans (BLM 1989a). <br><br>*Note: The UFO has gradually moved away from completing formal allotment management plans since the current RMPs were written. Allotment management actions are currently identified as "Terms and Conditions" on grazing permits and are the product of regular resource condition monitoring, Landscape Health Assessments, and the BLM Colorado* | **Action:** Implement allotment management actions through "terms and conditions" on grazing permits, resource activity plans (such as joint management area plans, coordinated resource management plans, wildlife habitat management plans), and guidance from existing or new allotment management plans. Base actions on resource monitoring, Land Health Assessments, and the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | | | **Action:** Implement allotment management actions through "terms and conditions" on grazing permits, resource activity plans (such as joint management area plans, coordinated resource management plans, wildlife habitat management plans), and guidance from existing or new allotment management plans. Base actions on resource monitoring, including data provided via partners or cooperators (e.g., Colorado Cattlemen's and Colorado Wool Growers Associations, Colorado Department of Agriculture, and livestock grazing permittees/lessees). Other data may include BLM Land Health Assessments in |

BLM_0166140

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | *Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C).* | | | | compliance with the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). |
| 308. | **Action:** Base development of grazing systems on the following factors: allotment-specific management actions; resource characteristics, including vegetation's potential and water availability; general management actions; operator's needs; and implementation costs (BLM 1985). Use improved management systems, such as rest-rotation and deferred-rotation, if appropriate. Invest in range improvements | **Action:** When developing grazing management strategies, place greater emphasis on improving rangeland health. Include other considerations, such as water availability, vegetation potential, topography and elevation, and implementation costs. | **Action:** When developing grazing management strategies, place greater emphasis on increasing available forage (AUMs) for domestic livestock and, where appropriate, increasing stocking rates, while maintaining land health standards. Include other considerations, such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs. | **Action:** When developing grazing management strategies, place greater emphasis on improving rangeland health and forage quality. Include other considerations, such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs or mitigation of resource conflicts. | **Action:** When developing grazing management strategies, place greater emphasis on improving rangeland health and forage quality and quantity. Include other considerations, such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs or mitigation of resource conflicts. |

BLM_0166141

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | necessary to implement management systems (BLM 1985). | | | | |
| 309. | **Action:**<br>On 121,710 acres (management unit 1), develop land treatment projects designed to improve livestock forage. As additional forage becomes available, give allocation priority to livestock (BLM 1989a).<br><br>On 121,710 acres (management unit 1), give wildlife first priority for all additional forage made available as a result of rangeland improvement projects designed to improve wildlife habitat funded by non-BLM sources (BLM 1989a). | **Action:**<br>Do not allocate additional forage to livestock. | **Action:**<br>Allocate increases in forage (AUMs) availability to livestock. These increases could come from, but are not limited to, wildfire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. | **Action:**<br>Allocate increases in forage (AUMs) where applicable and feasible to livestock, wildlife, land health, or a combination of these. Consider sustainability, multiple use management objectives, and other pertinent information. These increases could come from, but are not limited to, wildfire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. | |

BLM_0166142

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | On 92,180 acres (management units 2 and 3), divide additional forage equally between livestock grazing and wildlife to provide forage for both resources (BLM 1989a). | | | | |
| 310. | **Action:** Follow the general procedures in implementing typical range improvements, in accordance with the San Juan/San Miguel Planning Area Draft RMP (BLM 1985), Appendix Nine – F. Base the extent, location, and timing of such actions on the allotment-specific management objectives adopted through the allotment management plan process, interdisciplinary | **Action:** Prohibit new range improvement projects. Maintain existing range improvements to avoid major ecological damage. | **Action:** Construct, modify, or remove range improvement projects and land treatments as appropriate to support livestock grazing management and other resource objectives. | | |

BLM_0166143

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Livestock Grazing])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | development and review of proposed actions, contributions from operators and others, and BLM funding capability (BLM 1985).<br><br>Develop new livestock facilities and land treatment projects if needed to achieve allotment management plan objectives (BLM 1989a). | | | | |
| 311. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Allow for establishment of forage reserves on vacated or relinquished allotments to provide for increased management options. | **Action:**<br>Evaluate combining vacated or relinquished allotments with active allotments where feasible to provide for increased management options. | **Action:**<br>To provide for increased management options, allow for establishment of forage reserves on vacated or relinquished allotments and evaluate combining vacated or relinquished allotments with active allotments, as guided by BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997; Appendix C). | |
| 312. | **Action:**<br>To improve the condition of riparian zones, establish management practices and principles in activity plans. Use as | **Action:**<br>No similar action; this is addressed by other actions. | | | |

BLM_0166144

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | general guidance for improvement the utilization of 35 percent by weight of key forage species; this may vary depending on the individual riparian system (BLM 1989a). | | | | |
| 313. | **Action:** Develop multiple use management actions for each allotment in the "I" category. Tailor future management actions, including developing allotment management plans, to meet these objectives after consulting with livestock operators (BLM 1985). | **Action:** No similar action; this is addressed by other actions. | | | |
| 314. | **Action:** On 12,560 acres (emphasis area C), use "rustic" range improvements near developed recreation areas (BLM 1985). | **Action:** No similar action. (Range improvements that are rustic in nature would not be required.) | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166145

**Table T-1**

**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 315. | **Action:** Manage 13,950 acres (emphasis area D) for improved range condition (BLM 1985). | **Action:** No similar action; this is addressed by other actions. | | | |
| 316. | **Action:** In the San Miguel River SRMA, manage livestock to protect riparian system values and to prevent degradation of recreation values. With the exception of prescribed fire, do not use vegetation treatments to improve forage production. Prohibit range management improvements that negatively affect riparian system or scenic values. Where range improvements are near visitor concentration areas, design the improvements to enhance the | **Action:** No similar action; this is addressed by other actions. | | | |

BLM_0166146

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | recreation experience (BLM 1993a). | | | | |
| 317. | **Action:** Prohibit construction of facilities, such as livestock control fences, that create safety hazards or impede free vehicle use (BLM 1989a). | **Action:** No similar action. (Facilities and improvements would have environmental analysis completed before approval.) | | | |
| 318. | **Action:** On 6,360 acres (management unit 15), prohibit new livestock improvement projects or maintenance of existing projects to protect scenic values (BLM 1989a). | **Action:** No similar action; improvements would be designed according to the VRM class for the area. | | | |
| 319. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage grazing allotments to protect and mitigate effects of domestic sheep grazing on desert and Rocky Mountain bighorn sheep populations and disease transmission. | **Objective:** Manage grazing allotments to minimize contact and mitigate effects of domestic sheep grazing on desert and Rocky Mountain bighorn sheep populations and disease transmission. | | **Objective:** Manage grazing allotments to maintain desert and Rocky Mountain bighorn sheep populations, in cooperation with CPW. |
| 320. | **Action:** No similar action in current RMPs. | **Action:** Until current science can mitigate risk associated | **Action:** Until current science can mitigate risk associated | **Action:** | **Action:** Until current science can mitigate risk associated |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166147

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | with disease transmission, cancel current and deny proposed domestic goat or sheep grazing and trailing permits within a 9-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | with disease transmission, exclude domestic goat grazing within a 5-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat.<br><br>Manage to minimize contact between domestic sheep and desert and Rocky Mountain bighorn sheep within the 3-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | Until current science can mitigate risk associated with disease transmission:<br>• Exclude domestic goat grazing in occupied and suitable desert and Rocky Mountain bighorn sheep habitat.<br>• Manage domestic sheep grazing to minimize contact between domestic sheep and desert and Rocky Mountain bighorn sheep, in accordance with the completed Probability of Interaction Assessment. (Refer to **Appendix K** for the Bighorn/Domestic Sheep Risk of Association Modeling, management criteria, and maps.)<br><br>The Bighorn/Domestic Sheep Risk of Association Modeling (**Appendix K**) is the preliminary | with disease transmission:<br>• Exclude domestic goat grazing in occupied and suitable desert and Rocky Mountain bighorn sheep habitat.<br>• Manage domestic sheep grazing to minimize contact between domestic sheep and desert and Rocky Mountain bighorn sheep, using currently accepted peer-reviewed modeling techniques and best available data, in accordance with BLM policy (currently Manual 1730, Management of Domestic Sheep and Goats to Sustain Wild Sheep [BLM 2016e]. (Refer to **Appendix K** for the Bighorn/Domestic Sheep RoC modeling, management criteria, and maps.) |

BLM_0166148

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | | assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the probability of interaction for each individual allotment; results will direct management for permit renewal. | The Bighorn/Domestic Sheep RoC modeling (**Appendix K**) is the preliminary assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the probability of interaction for each individual allotment; results will direct management for permit renewal. |
| 321. | **Action:**<br>No similar action in current RMPs, although partially addressed. | **Action:**<br>Until current science can mitigate the risk of disease transmission to bighorn sheep, prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing within a 9-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:**<br>Until current science can mitigate the risk of disease transmission to bighorn sheep, prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing within a 3-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:**<br>Until current science can mitigate the risk of disease transmission to bighorn sheep, prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing where Probability of Interaction Assessment depicts allotments are high probability for disease transmission. The Domestic/Bighorn Sheep | **Action:**<br>Until current science can mitigate the risk of disease transmission to bighorn sheep, prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing unless effective separation results in a high confidence that there will be a low to no risk of contact with wild sheep. |

BLM_0166149

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | Probability of Interaction Assessment is the preliminary assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the probability of interaction for each individual allotment; results will direct management for permit renewal. | The Domestic/Bighorn Sheep Risk of Contact modeling (**Appendix K**) is the preliminary assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the probability of interaction for each individual allotment; results will direct management for grazing permit renewal. |
| 322. | **Action:** No similar action in current RMPs, although partially addressed. | **Action:** Prohibit domestic sheep and goat trailing permits within a 9-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. | **Action:** Manage domestic sheep and goat trailing to minimize contact between domestic sheep/goats and desert and Rocky Mountain bighorn sheep in areas within a 3-mile buffer of occupied desert and Rocky Mountain bighorn sheep habitat. Limit trailing to 1 to 2 days. | **Action:** Manage domestic sheep and goat trailing to minimize contact between domestic sheep/goats and desert and Rocky Mountain bighorn sheep, in accordance with the completed Probability of Interaction Assessment in areas where the assessment shows high or | **Action:** Manage domestic sheep and goat trailing to minimize contact between domestic sheep/goats and desert and Rocky Mountain bighorn sheep, in accordance with BLM Manual 1730. Management of Domestic Sheep and Goats to Sustain Wild |

BLM_0166150

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | moderate risk for contact with bighorn sheep. Limit trailing to 1 to 2 days. | Sheep (BLM 2016e). Where allotments are predicted to have an unacceptable likelihood for disease transmission, limit trailing to 1 to 2 days. |

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 323. | **SOLID LEASABLE MINERALS (COAL)** | | | | |
| 324. | **GOAL:** Provide opportunities for environmentally sound exploration and development of coal resources. | | | | |
| 325. | **Objective:** Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts on other resource values (BLM 1985). Coal development will be considered on a site-specific basis after consultation with affected entities and | **Objective:** In areas identified as suitable for additional coal exploration and/or leasing, allow federal exploration and/or leasing while providing protective stipulations to limit impacts on other resource values. | | | |

BLM_0166151

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | formulation of mitigating measures. Development of existing coal leases will continue, and unleased federal coal will be identified as acceptable for further coal leasing consideration with a minimum of multiple-use restrictions (BLM 1989a). | | | | |
| 326. | **Action:** Manage 580 acres of split-estate in the coal resource development potential area as closed to coal leasing, in accordance with congressional mandates (Figures 2-15, Appendix A): <br>● Tabeguache Area (PL 103-77)[1] <br>● Curecanti National Recreation Area (43 CFR, 3400.2[a][8])[2] <br>● Congressionally designated National | **Action:** Manage 1,910 acres (including 580 acres of split-estate) in the coal resource development potential area as closed to coal leasing, in accordance with congressional mandates (Figures 2-16 [Alternative B], 2-17 [Alternative C], 2-18 [Alternative D], and 2-90 [Alternative E]. Appendix A): <br>● Tabeguache Area (PL 103-77)[1] <br>● Curecanti National Recreation Area (43 CFR, 3400.2[a][8])[2] <br>● Congressionally designated National Trails (i.e., Old Spanish National Historic Trail; 43 CFR, 3400.2[a][4]; 200-meter [656 feet] buffer from center line). <br>[1]*A portion of the area is within the coal resource development potential area* <br>[2]*Not within the coal resource development potential area* | | | |

BLM_0166152

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 136 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Solid Leasable Minerals (Coal)])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | Trails (i.e., Old Spanish National Historic Trail; 43 CFR, 3400.2[a][4]; 200-meter [656 feet] buffer from center line). ¹A portion of the area is within the coal resource development potential area ²Not within the coal resource development potential area | | | | |
| 327. | **Action:** Allow coal leasing on 1,480 acres in the Nucla Known Recoverable Coal Resource Area. The remaining coal lands determined to be suitable or identified as priorities for future leasing will be managed for other multiple use considerations. These lands would be made available for future | **Action:** Manage 320,440 acres (Figure 2-16, Appendix A) in the coal resource development potential area as acceptable for further consideration of leasing and development. ● BLM surface/federal mineral estate: 168,700 acres ● Private or State surface/federal mineral estate: 151,740 acres | **Action:** Manage 405,230 acres (Figure 2-17, Appendix A) in the coal resource development potential area as acceptable for further consideration of leasing and development. ● BLM surface/federal mineral estate: 249,620 acres ● Private or State surface/federal mineral estate: 155,610 acres | **Action:** Manage 371,400 acres (Figure 2-18, Appendix A) in the coal resource development potential area as acceptable for further consideration of leasing and development. ● BLM surface/federal mineral estate: 214,070 acres ● Private or State surface/federal mineral estate: 157,330 acres | **Action:** Manage 371,250 acres (Figure 2-90, Appendix A) in the coal resource development potential area as acceptable for further consideration of leasing and development. ● BLM surface/federal mineral estate: 215,050 acres ● Private or State surface/federal mineral estate: 156,200 acres |

BLM_0166153

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
|  | leasing only when the coal priority area has been depleted or a significant demand is expressed that could not be met by the existing coal priority area (BLM 1985).<br><br>Identify 144,780 acres as acceptable for further coal leasing consideration on a site-specific basis after consultation with affected entities and formulation of mitigating measures designed to protect identified resources (BLM 1989a).<br>● BLM surface/federal mineral estate: 33,880 acres<br>● Private or State surface/ federal mineral estate: 110,900 acres<br>(Refer to Figure 2-15, Appendix A.) |  |  |  |  |

BLM_0166154

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 138 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Solid Leasable Minerals (Coal)])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 328. | **Action:**<br>Manage 490 acres of BLM surface/federal mineral estate in the coal resource development potential area (BLM 1985, 1989a) identified in Screen 2 criteria, set forth in 43 CFR, 3461.5, as unsuitable for surface mining and surface mining operations (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area; Figure 2-15, Appendix A). | **Action:**<br>Manage 2,500 acres in the coal resource development potential area identified in Screen 2 criteria, set forth in 43 CFR, 3461.5, as unsuitable for surface mining and surface mining operations (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area; Figures 2-16 [Alternative B], 2-17 [Alternative C], 2-18 [Alternative D], and 2-90 [Alternative E],, Appendix A):<br>● BLM surface/federal mineral estate: 2,170 acres<br>● Private or State surface/federal mineral estate: 330 acres | | | |
| 329. | **Action:**<br>Manage the following areas as unacceptable for further consideration of leasing and development, in accordance with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal | **Action:**<br>Manage 96,650 acres<br>● BLM surface/federal mineral estate: 88,890 acres<br>● Private or State surface/federal mineral estate: 7,760 acres (Figure 2-16, Appendix A) in the coal resource development potential | **Action:**<br>Manage 11,860 acres<br>● BLM surface/federal mineral estate: 7,960 acres<br>● Private or State surface/federal mineral estate: 3,900 acres (Figure 2-17, Appendix A) in the coal resource development potential | **Action:**<br>Manage 45,690 acres<br>● BLM surface/federal mineral estate: 43,510 acres<br>● Private or State surface/federal mineral estate: 2,180 acres (Figure 2-18, Appendix A) in the coal resource development potential | **Action:**<br>Manage 44,570 acres as follows:<br>● BLM surface/federal mineral estate: 42,530 acres<br>● Private or State surface/federal mineral estate: 2,040 acres (Figure 2-90, Appendix A) in the coal resource |

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 139 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Solid Leasable Minerals (Coal)])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | Screening Criteria for the Uncompahgre Planning Area): <br>● Adobe Badlands ACEC[1] <br>● WSAs[1] <br>[1]*Not within the coal resource development potential area.* | area as unacceptable for further consideration of leasing and development, in accordance with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area): <br>● Lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply" <br>● Public water supplies that use a groundwater well or spring, a 2,640-foot (0.50-mile) buffer <br>● State parks <br>● State wildlife areas <br>● Municipal parks | area as unacceptable for further consideration of leasing and development, in accordance with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area): <br>● Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply" <br>● Public water supplies that use a groundwater well or spring, a 1,000-foot buffer <br>● State parks <br>● State wildlife areas <br>● Municipal parks <br>● WSAs | area as unacceptable for further consideration of leasing and development, in accordance with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area): <br>● State parks <br>● State wildlife areas <br>● Municipal parks <br>● Lands managed to protect wilderness characteristics <br>● SRMAs <br>● ACECs <br>○ Adobe Badlands <br>○ San Miguel River <br>● Suitable WSR segments WSAs | development potential area as unacceptable for further consideration of leasing and development, in accordance with Screen 3, set forth in 43 CFR, 3420.1 (Appendix L, Coal Screening Criteria for the Uncompahgre Planning Area). These areas include: <br>● State parks <br>● State wildlife areas <br>● Municipal parks <br>● SRMAs <br>○ Dolores River Canyon <br>○ Dry Creek <br>○ Jumbo Mountain <br>○ North Delta <br>○ Ridgway Trails <br>○ Roubideau <br>○ San Miguel River <br>○ Spring Creek <br>● ACECs <br>○ Adobe Badlands <br>○ San Miguel River <br>● Suitable WSR segments |

BLM_0166156

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | ● Lands managed to protect wilderness characteristics<br>● SRMAs<br>● ACECs<br>  o Salt Desert Shrub<br>  o San Miguel River Expansion<br>  o East Paradox<br>● WSAs<br>● Suitable WSR segments classified as wild (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)]) | | | ● WSAs |
| 330. | Allowable Use:<br>**STIPULATION**<br>NSO-CO-1 (BLM 1991a): *Coal Lands.* Prohibit surface occupancy on leases within the area of federally leased coal lands where oil and gas development would likely be incompatible with coal extraction. (Refer to | Allowable Use:<br>No similar allowable use. | | | |

BLM_0166157

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | Appendix B; Figures 2-19, Appendix A.) | | | | |
| 331. | Allowable Use: **STIPULATION** CSU-CO-25 (BLM 1991a): *Federally Leased Coal*. Where oil and gas operations are proposed within the area of federally leased coal, relocate them outside the area to be mined or so as to accommodate room and pillar mining operations. (Refer to Appendix B; Figure 2-19, Appendix A.) | Allowable Use: **STIPULATION** CSU-48: *Geology Coal Mine*. Surface occupancy or use may be restricted due to surface or underground coal mines. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Operations proposed within the area of an approved surface or underground coal mine will be relocated outside the area to be mined or to accommodate room and pillar and long wall mining operations. This stipulation does not apply to operations that vent, pipe, or capture mine methane for miner safety or for beneficial use. (Refer to Appendix B; Figures 2-20 [Alternative B], 2-22 [Alternative C], 2-23 [Alternative D], and 2-91 [Alternative E], Appendix A.) | | | |
| 331a. | **Action:** No similar action in current RMPs. | **Alternative B:** Allowable Use: No similar allowable use. (Active and existing coal leases may be available for fluid mineral leasing.) | **Alternative B.1** (North Fork area only): Allowable Use: **NO LEASING** NL-13: *Active (and Future) and Existing (Inactive, Retired) Coal* | **Action:** Same as Alternative A. | |

BLM_0166158

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | *Leases.* Close to oil and gas leasing areas within 0.25-mile of active (and future) and existing (inactive, retired) coal leases. This NL does not apply to operations that capture methane for commercial use.[1] (Refer to Appendix B; Figure 2-21, Appendix A.) | | | |
| 332. | **Action:** No similar action in current RMPs. | **Action:** Prior to lease or modification, require the proponent of a new federal coal lease or of a federal coal lease modification to evaluate | **Action:** Same as Alternative A. (There would not be similar requirement on a coal lease or modification.) | | |

[1] This NL is shown as submitted by the proponents of the North Fork Alternative Plan; however, it is not implementable as described. It is being analyzed for illustrative purposes. The BLM oil and gas regulations do not provide for gas to be leased, regardless of the source or reason, in an area that is closed to leasing.

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166159

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | the technical and economic feasibility of destroying, converting, capturing and using, or otherwise mitigating the release of coal mine methane to the atmosphere by all components of the mine ventilation system.<br><br>If coal mine methane release is not mitigated with the issue of a new lease, require the recipient of a federal coal lease or federal coal lease modification to annually provide the BLM with a report (prepared by a neutral third party) evaluating the technical and economic feasibility of destroying, converting, capturing and using, or otherwise mitigating the release of coal mine methane to the atmosphere by all components of the mine | | | |

BLM_0166160

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | ventilations system. The report will have a summary of known projects that do mitigate methane, the effectiveness of the projects, and the adaptability to the local mine. | | | |
| 333. | Allowable Use: **LEASE NOTICE** LN-UB-10/CO-33: *Coal Areas.* Within the Paonia-Somerset Known Recoverable Coal Resource Area, coal and oil and gas leasing and development will be managed consistent with land use plans and lease terms. More specifically, the portions of the Known Recoverable Coal Resource Area where the overburden above the B-Seam of the Mesaverde coals is less than 3,500 feet will be managed | **Action:** **LEASE NOTICE** LN-UFO-5: *Coal Areas.* The portions of the coal potential area where the overburden above the coal is less than 3,500 feet will be managed primarily for the exploration and development of coal resources. Oil and gas operators anticipating exploration or development operations are required to consult and coordinate their activities with the BLM Authorized Officer to first determine the status of the coal resource then what course of action is in the public's interest. Under no circumstances would the BLM approve any oil and gas operations that compromises maximum economic coal recovery or the safety of underground mining operations. Where the coal is in place but is neither licensed for exploration nor leased for mining, oil and gas operators may expect the BLM to scrutinize and adjust well placement and hydraulic fracturing activities to avoid ruining coal resources. Where the coal is either licensed for exploration or leased for mining the oil and gas, operators must consult with the affected coal operators on proposed oil and gas exploration or development. In the event that the oil and gas and coal operators are unable to agree on any proposal, the BLM Authorized Officer would intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. This applies even if actual exploration and mining has ceased. Where the BLM has determined the coal to be completely mined out and all licenses and leases terminated, the oil and gas operator is required to become informed about historic mine maps and mine-related drill holes. (Refer to Appendix B.) | | | |

BLM_0166161

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 145 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Solid Leasable Minerals (Coal)])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | primarily for the exploration and development of the coal resources. Oil and gas operators anticipating exploration or development operations are encouraged to consult and coordinate their activities with the affected coal operators. In the event that the oil and gas and coal operators are unable to agree on proposed oil and gas exploration or development, the BLM Authorized Officer would intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. However, under no circumstances will the | | | | |

BLM_0166162

Table T-1
Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations. (Refer to Appendix B.) | | | | |

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 334. | **FLUID LEASABLE MINERALS** *(Oil and Gas and Geothermal Resources)* | | | | |
| 335. | **GOAL:** Provide opportunities to develop fluid minerals consistent with other resource goals and uses to support local and national energy needs. | | | | |
| 336. | **Objective:** Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts on other resource values (BLM 1985). Continue oil, gas, and carbon dioxide operations in areas | **Objective:** Lease federal fluid mineral and geothermal resources to facilitate economically and environmentally responsible exploration, development, and reclamation using the best available technology. | | | |

BLM_0166163

### Table T-1
### Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | designated as Known Geologic Structures (BLM 1985).<br><br>Facilitate orderly, economic, and environmentally-sound exploration and development of oil and gas resources using balanced multiple use management (BLM 1993a). | | | | |
| 337. | Allowable Use:<br>**NO LEASING** (NL): *BLM Surface/Federal Mineral Estate.* Manage 44,220 acres of the federal mineral estate underlying BLM-administered surface as closed to fluid mineral leasing and geophysical exploration (Figure 2-19, Appendix A):<br>● Tabeguache Area<br>● WSAs<br>(Refer to Appendix B.) | **Alternative B:**<br>Allowable Use:<br>**NO LEASING** (NL): *BLM Surface/Federal Mineral Estate.* Manage 181,220 acres of the federal mineral estate underlying BLM-administered surface as closed to fluid mineral leasing, geothermal leasing, and geophysical exploration (Figure 2-20, Appendix A):<br>● Same as Alternative A plus: | Allowable Use:<br>Same as Alternative A (Figure 2-22, Appendix A). | Allowable Use:<br>**NO LEASING** (NL): *BLM Surface/Federal Mineral Estate.* Manage 48,510 acres of the federal mineral estate underlying BLM-administered surface as closed to fluid mineral leasing, geothermal leasing, and geophysical exploration (Figure 2-23, Appendix A):<br>● Same as Alternative A plus: | Allowable Use:<br>Same as Alternative A (Figure 2-91, Appendix A). |

BLM_0166164

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | o Within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greater) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers<br>o Within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>o Within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring | | o Within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>o Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring<br>(Refer to Appendix B.) | |

BLM_0166165

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | o Gunnison sage-grouse critical habitat and lek habitat (lek area plus a 0.6-mile radius)<br>o Lands managed to protect wilderness characteristics<br>o SRMAs<br>  - Dolores River Canyon<br>  - Dry Creek RMZs 1, 2, and 4<br>  - Jumbo Mountain RMZ 1<br>  - Paradox Valley RMZ 4<br>  - Ridgway Trails RMZ 1<br>  - Roubideau<br>  - San Miguel River<br>  - Spring Creek RMZs 1<br>o ACECs<br>  - Dolores Slickrock Canyon<br>  - Roubideau-Potter-Monitor<br>  - San Miguel River Expansion<br>(Refer to Appendix B.) | | | |

BLM_0166166

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | **Alternative B.1** (North Fork area only): Allowable Use: **NO LEASING** (NL): *BLM Surface/Federal Mineral Estate.* Manage 221,570 acres (51,370 acres of which are in the North Fork area) of the federal mineral estate underlying BLM-administered surface as closed to oil and gas leasing and geophysical exploration (Figure 2-21, Appendix A): <br>• Within 0.50-mile of the Paonia, Hotchkiss, and Crawford town limits <br>• Within 0.25-mile of active (and future) and existing (inactive, retired) coal leases. This NL does not apply to operations that capture methane for commercial use. (See footnote to row 327.) | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166167

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | ● Within 1,320 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and within a 1,320-foot buffer of all public water supplies that use a groundwater well or spring<br>● Within 1,320 feet of all domestic water wells and private water systems, including ditches and domestic water decrees<br>● Within 0.50-mile mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers<br>● Within 2,640-feet (0.50-mile) of all streams, watercourses and waterways<br>● Within 2,640-feet (0.50-mile) of lakes, ponds, naturally occurring wetlands, and impounding reservoirs | | | |

BLM_0166168

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | (not including stock ponds for livestock) <br>● Soils with high and very high potential for selenium loading <br>● Prominent landmarks: face of Jumbo Mountain, Youngs Peak, "H" Hill, near flanks of the West Elks, Needle Rock ACEC <br>(Refer to Appendix B.) | | | |
| 338. | Allowable Use: No similar allowable use in current RMPs. | **Alternative B:** <br>Allowable Use: <br>**NO LEASING** (NL): <br>*Split-estate.* Manage 38,360 acres of private and State surface/federal fluid mineral estate as closed to fluid mineral leasing and geophysical exploration (Figure 2-20, Appendix A): <br>● Within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a | Allowable Use: <br>No similar allowable use; there are no areas identified as No Leasing in this alternative. | Allowable Use: <br>**NO LEASING** (NL): <br>*Split-estate.* Manage 1,550 acres of private and State surface/federal fluid mineral estate as closed to fluid mineral leasing and geophysical exploration (Figure 2-23, Appendix A): <br>● Within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a | Allowable Use: <br>Same as Alternative A. |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | public water supply intake classified by the State as "water supply" <br>• Within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring <br>• Gunnison sage-grouse critical habitat and lek habitat (lek area plus a 0.6-mile radius) <br>• Curecanti National Recreation Area <br>• State parks <br>• State wildlife areas <br><br>**Alternative B.1** (North Fork area only): <br>Allowable Use: <br>**NO LEASING** (NL): <br>*Split-estate.* Manage 85,100 acres (53,380 acres of which are in the North Fork area) of private and State surface/federal fluid mineral estate as closed to oil and gas leasing and geophysical exploration (Figure 2-21, Appendix A): | | public water supply intake classified by the State as "water supply" <br>• Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring | |

BLM_0166170

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | • Within 0.50-mile of the Paonia, Hotchkiss and Crawford town limits<br>• Within 0.25-mile of active (and future) and existing (inactive, retired) coal leases. This NL does not apply to operations that capture methane for commercial use<br>• Within 1,320 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and within a 1,320-foot buffer of all public water supplies that use a groundwater well or spring<br>• Within 1,320 feet of all domestic water wells and private water systems, including ditches and domestic water decrees<br>• Within 0.50-mile mile of the North Fork of the Gunnison and Smith | | | |

BLM_0166171

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | Fork of the Gunnison Rivers<br>● Within 2,640-feet (0.50-mile) of all streams, watercourses and waterways<br>● Within 2,640-feet (0.50-mile) of lakes, ponds, naturally occurring wetlands and impounding reservoirs (not including stock ponds for livestock)<br>● Soils with high and very-high potential for selenium loading<br>● Prominent landmarks: face of Jumbo Mountain, Youngs Peak, "H" Hill, near flanks of the West Elks, Needle Rock ACEC | | | |
| 339. | Allowable Use: LEASING<br>Manage 871,810 acres of the federal mineral estate as open to fluid mineral leasing and geophysical exploration, subject to | Allowable Use: LEASING<br>Manage 696,450 acres of the federal mineral estate as open to fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to | Allowable Use: LEASING<br>Same as Alternative A. Manage 871,810 acres of the federal mineral estate as open fluid mineral leasing, geothermal leasing, and geophysical | Allowable Use: LEASING<br>Manage 865,970 acres of the federal mineral estate as open to fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to | Allowable Use: LEASING<br>● Same as Alternatives A and C (Figure 2-91, Appendix A). |

BLM_0166172

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | standard lease terms and conditions (stipulations may apply) to protect existing resources (Figure 2-19, Appendix A):<br>● BLM surface/federal fluid mineral estate: 631,580 acres<br>● Private or State surface/federal fluid mineral estate: 240,230 acres | standard lease terms and conditions (stipulations may apply) (Figure 2-20, Appendix A):<br>● BLM surface/federal fluid mineral estate: 494,580 acres<br>● Private or State surface/federal fluid mineral estate: 201,870 acres<br><br>**Alternative B.1** (North Fork area only):<br>Allowable Use: LEASING<br>Manage 609,360 acres (34,790 acres of which are in the North Fork area) of the federal mineral estate as open to oil and gas leasing and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) (Figure 2-21, Appendix A):<br>● BLM surface/federal fluid mineral estate: 454,230 acres | exploration, subject to standard lease terms and conditions (stipulations may apply) (Figure 2-22, Appendix A):<br>● BLM surface/federal fluid mineral estate: 631,580 acres<br>● Private or State surface/federal fluid mineral estate: 240,230 acres | standard lease terms and conditions (stipulations may apply) (Figure 2-23, Appendix A):<br>● BLM surface/federal fluid mineral estate: 627,290 acres<br>● Private or State surface/federal fluid mineral estate: 238,680 acres | |

BLM_0166173

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | • Private or State surface/federal fluid mineral estate: 155,130 acres | | | |
| 340. | Allowable Use: **STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 25,610 acres of the federal mineral estate: • BLM surface/federal fluid mineral estate: 24,890 acres • Private or State surface/federal mineral estate: 720 acres that are open to oil and gas leasing (BLM 1985, 1989a; refer to Appendix B; Figure 2-19, Appendix A) • ACECs   o Adobe Badlands   o Fairview South   o Needle Rock  Within the San Juan/San Miguel RMP | **Alternative B:** Allowable Use: **STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 452,930 acres of the federal mineral estate: • BLM surface/federal fluid mineral estate: 354,970 acres • Private or State surface/federal fluid mineral estate: 97,960 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-20, Appendix A): • Saline/selenium soils • Slopes of 30 percent or greater • Within 500 feet of the edge of the ordinary high-water mark (bank-full stage) of perennial streams | Allowable Use: **STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 22,300 acres of the federal mineral estate: • BLM surface/federal fluid mineral estate: 14,680 acres • Private or State surface/federal fluid mineral estate: 7,620 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-22, Appendix A): • Within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply | Allowable Use: **STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 238,140 acres of the federal mineral estate: • BLM surface/federal fluid mineral estate: 187,560 acres • Private or State surface/federal fluid mineral estate: 50,580 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-23, Appendix A): • Slopes of 40 percent or greater • Within 400 meters (1,312 feet) of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greater) on the Gunnison, | Allowable Use: **STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 103,460 acres of the federal mineral estate: • BLM surface/federal fluid mineral estate: 74,580 acres • Private or State surface/federal fluid mineral estate: 28,880 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-91, Appendix A): • Within 305 meters (1,000 feet) on either side of a classified surface water-supply stream segment (as measured from the average high high-water mark) for a distance of 5 miles |

BLM_0166174

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | area only, the following: <br>● Significant waterfowl and shorebird production areas (major areas are Waterfowl Habitat Management Areas and rookeries) <br>● Special status plant species habitat (including federally listed and proposed species for listing and candidate species) <br>● Within 0.25-mile radius of a lek site for sage-grouse and mountain sharp-tailed grouse and lesser and greater prairie chickens <br>● Raptors (golden eagle, osprey, accipiters, falcons [except kestrel], buteos, and owls, within 0.125-mile of nest sites) | ● Within 1,000 feet of all domestic water wells <br>● Exemplary, ancient, and rare and relict vegetation communities <br>● Within 660 feet of the edge of perennial, intermittent and ephemeral streams; riparian areas, fens and/or wetlands; and water impoundments <br>● Portions of ecological emphasis areas (see *Wildlife – Terrestrial* section) <br>● Within 200 meters (656 feet) of edge of habitat of federally listed, proposed, or candidate threatened or endangered plant species; <br>● Within 1.0 mile of federally listed fish occupied habitat <br>● Within known occupied habitat for federally threatened, endangered, proposed, and candidate | intake classified by the State as "water supply" <br>● Within a 805 meters (0.5-mile) of all public water supplies that use a groundwater well or spring <br>● Within 0.6-mile of Gunnison sage-grouse leks <br>● Activities that are more than 1.0 acre within active Gunnison and white-tailed prairie dog towns that are less than 10 acres <br>● Within 200 meters (656 feet) of eligible or potentially eligible cultural sites allocated to Traditional Use <br>● National Register Districts <br>● Within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia dams) or their appurtenant structures <br>● Needle Rock ACEC | North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers <br>● Within 325 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams <br>● Within 325 feet of perennial, intermittent and ephemeral streams; riparian areas, fens and/or wetlands; and water impoundments. Within 2,500 feet of the ordinary high water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat <br>● Within 325 feet of the edge of the ordinary high water mark (bank-full stage) of occupied habitat for conservation populations (90 percent | upstream of a public water supply intake classified by the State of Colorado as a "water supply," and within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or groundwater under the direct influence of surface water. Also prohibit directional drilling within 457 vertical meters (1,500 vertical feet) below a surface public water supply or 457 vertical meters (1,500 vertical feet) below the depth of a public water supply that use a groundwater well or groundwater under the direct influence of surface water. <br>● Within 2,500 feet of the ordinary high-water mark of the |

BLM_0166175

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Fluid Leasable Minerals])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | • Within 0.25-mile of bald eagle roost or nest sites<br>• Within 0.25-mile of peregrine falcon cliff nesting complexes<br>• Within 0.25-mile of confirmed Mexican spotted owl roost and nesting sites<br>• Tabeguache Cave II and Tabeguache Canyon<br>• Tabeguache Pueblo<br>• Dolores Cave<br>• Dolores River Canyon SRMA<br>• Tabeguache Creek ACEC<br>• Within the area of federally leased coal lands where oil and gas development would likely be incompatible with coal extraction | wildlife and bird species, except for Canada lynx and yellow billed cuckoo<br>• Yellow-billed cuckoo habitat<br>• Within 4.0 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat<br>• Within 0.25-mile of active special status raptor nest sites and associated alternate nests<br>• Within 0.125-mile of active nest sites and associated alternate nests of raptors that are not special status (except kestrel)<br>• Within 0.5-mile of bald eagle winter roost sites<br>• Within 1.0 mile of confirmed Mexican spotted owl roost and nesting sites<br>• Within 150 feet of active Gunnison and white-tailed prairie dog towns | • Within a 50-meter buffer (164 feet) of the center line of the Old Spanish National Historic Trail<br>• Within 200 meters (656 feet) of the center line of designated National Recreation Trails<br>• DOE Uranium Mill Tailings Remedial Action Area | pure or greater) of native cutthroat trout<br>• Within known habitat for federally threatened endangered and proposed wildlife and bird species, except for Canada lynx, Mexican spotted owl, and yellow-billed cuckoo<br>• Within a 0.6-mile radius of Gunnison sage-grouse leks<br>• Within 0.25-mile of active and inactive bald eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>• Within 0.25-mile of active and inactive golden eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years | Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat<br>• Within 325 feet of the edge of the ordinary high water mark (bank-full stage) of occupied habitat for conservation populations (90 percent Lineage Green Cutthroat Trout) of native cutthroat trout<br>• Within occupied habitat for federally threatened endangered and proposed wildlife and bird species, except for Canada lynx, Mexican spotted owl, and yellow-billed cuckoo<br>• Gunnison sage-grouse breeding (lek) habitat<br>• Gunnison sage-grouse critical habitat |

BLM_0166176

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | ●Within 0.25-mile of federally listed, BLM sensitive, and Colorado state species of concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network) ●Within 200 meters (656 feet) of cultural resource sites allocated to Traditional Use ●Tabeguache Pueblos area and Tabeguache Canyon ●Within 200 meters (656 feet) of eligible cultural properties, traditional cultural properties listed National or State Registers of Historic Places (sites or districts), outstanding cultural resources to be nominated to the National or State Registers of Historic Places, interpreted and/or public use sites, | | but with all or part of the nest remaining) ●Within 0.50-mile of active and inactive ferruginous hawk, peregrine falcon, prairie falcon, and northern goshawk nest sites ●Within 0.25-mile of active and inactive nest sites of all other special status raptors and those that are not special status (except Mexican spotted owl) ●Within 0.25-mile of bald eagle winter roost sites ●Lands identified as Protected Activity Centers for Mexican spotted owl ●Within 0.25-mile of federally listed and BLM sensitive bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network) | ●Within 0.25-mile of active and inactive bald eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining) ●Within 0.25-mile of active and inactive golden eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining) ●Within 0.50-mile of active and inactive ferruginous hawk, peregrine falcon, prairie falcon, and northern goshawk nest sites ●Within 0.25-mile of active and inactive nest sites of all other |

BLM_0166177

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | and experimental-use sites<br>● National Register Districts<br>● VRM Class I areas<br>● SRMAs<br>o Burn Canyon<br>o Dry Creek RMZ 3<br>o Jumbo Mountain RMZ 2<br>o Kinikin Hills<br>o North Delta<br>o Paradox Valley RMZs 1-3<br>o Ridgway Trails RMZ 2<br>o Spring Creek RMZ 3<br>● Within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia dams) or their appurtenant structures<br>● ACECs (except Dolores Slickrock Canyon, Roubideau-Potter-Monitor, and San Miguel River Expansion, which are No Leasing)<br>● Suitable WSR segments classified as "wild" (see Table 2-4 [Summary of | | ● Within 200 meters (656 feet) of cultural resource sites allocated to Traditional Use<br>● Within 100 meters (328 feet) of known eligible cultural resources, traditional cultural properties, listed NRHP sites and districts, outstanding cultural resources to be nominated to the NRHP, interpreted and/or public use sites, and experimental-use sites<br>● Lands with wilderness characteristics<br>● SRMAs<br>o Dolores River Canyon<br>o Dry Creek RMZs 2 and 4<br>o Jumbo Mountain<br>o Ridgway Trails<br>o Roubideau<br>o San Miguel River RMZs 1-3<br>o Spring Creek | special status raptors and those that are not special status (except Mexican spotted owl)<br>● Within 0.25-mile of bald eagle winter roost sites<br>● Lands identified as Protected Activity Centers for Mexican spotted owl<br>● Within 200 meters (656 feet) of cultural resource sites allocated to Traditional Use<br>● Paradox Rock Art Complex<br>● SRMAs<br>o Dolores River Canyon RMZs 1, 2, 3<br>o San Miguel River RMZs 1, 2, 3, 4<br>● Curecanti National Recreation Area<br>● State parks<br>● State wildlife areas<br>● Municipal Parks<br>● Within 1,500 feet of a BOR dam (i.e., |

BLM_0166178

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | Wild and Scenic River Study Segments (Alternatives A and B)]) <br>• Within a 0.5-mile buffer of the center line of the Old Spanish National Historic Trail <br>• Within 0.5-mile of the center line of designated National Recreation Trails <br>• Within the viewshed of scenic byways, up to 0.5-mile <br>• DOE Uranium Mill Tailings Remedial Action Area <br>• Within 152 meters (500 feet) of occupied dwellings and building units or within 305 meters (1,000 feet) from high occupancy buildings <br><br>**Alternative B.1** (North Fork area only): <br>Allowable Use: <br>**STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on 404,690 | | • Curecanti National Recreation Area <br>• State parks <br>• State wildlife areas <br>• Municipal parks <br>• Within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia dams) or their appurtenant structures <br>• ACEC <br> o Adobe Badlands <br> o Fairview South (BLM Expansion) <br> o Needle Rock <br> o San Miguel River <br> o Dolores River Slickrock Canyon <br> o Biological Soil Crust <br> o Roubideau Corridors <br> o Paradox Rock Art <br>• Suitable WSR segments classified as "wild" or "scenic" (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternatives D and E)]) | Ridgway, Crawford, and Paonia dams) or their appurtenant structures <br>• ACEC <br> o Adobe Badlands <br> o Fairview South (BLM Expansion) <br> o Needle Rock <br> o San Miguel River <br> o Biological Soil Crust <br> o Paradox Rock Art <br>• Suitable WSR segments classified as "wild" or "scenic" (see Table 2-5 (Summary of Wild and Scenic River Study Segments [Alternatives D and E]) <br>• DOE Uranium Mill Tailings Remedial Action Area <br>• Within 305 meters (1,000 feet) from building units. <br>• Nominated National Register District <br>• Plant ESA-listed species (200 meter buffer from |

BLM_0166179

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred in Draft RMP_ | Alternative E _Agency Proposed_ |
|---|---|---|---|---|---|
| | | acres (27,280 acres of which are in the North Fork area) of federal mineral estate:<br>● BLM surface/federal fluid mineral estate: 318,630 acres<br>● Private or state surface/federal fluid mineral estate: 86,060 acres that are open to oil and gas leasing (refer to Appendix B; Figure 2-21, Appendix A):<br>● Within 0.25-mile of any prime and unique farmlands, livestock operations, organic farm, conventional farm, ranch, orchard, and the West Elks American Viticultural area<br>● From 1,320 feet to 2640 feet of a municipal water supply (classified surface water-supply stream segment), including intakes, and from 1,320 feet to 2640 feet of all public water supplies | | ● Within a 0.5-mile buffer of the center line of the congressionally designated portion of the Old Spanish National Historic Trail<br>● Within 200 meters (656 feet) of the center line of designated National Recreation Trails<br>● DOE Uranium Mill Tailings Remedial Action Area<br>● Within 152 meters (500 feet) of occupied dwellings and building units or within 305 meters (1,000 feet) from high-occupancy buildings | the edge of the mapped habitat) |

BLM_0166180

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | that use a groundwater well or spring<br>• From 1,320 feet to 2640 feet of all domestic water wells and private water systems, including ditches and domestic water decrees<br>• Within 1,320 feet of any dam, ditch, irrigation intake, canal, or other water conveyance<br>• Within 0.50- to 1.0 mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers<br>• Within 0.50- to 1.0 mile of the North Fork of the Gunnison and Smith Fork of the Gunnison Rivers<br>• Within the 100-year floodplain of any stream or river system<br>• In mule deer and elk crucial winter range, including severe winter range and winter concentration areas, and | | | |

BLM_0166181

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | in elk reproduction areas<br>● In big game migration corridors<br>● In Gunnison sage-grouse lek habitat (lek area plus a 0.6-mile radius)<br>● Within 4.0 miles of any known lek, and within mapped Gunnison sage-grouse breeding, summer, and winter habitat outside of the 4.0-mile buffer<br>● Within 0.25-mile of any active or historic bald eagle or golden eagle nest site and within 0.50-mile of any active or historic peregrine falcon nest site<br>● Within 0.25-mile of northern leopard frog breeding sites<br>● Within 0.50-mile of stream segments occupied by native cutthroat trout<br>● Within 0.25-mile of soils with high and very high | | | |

BLM_0166182

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | potential for selenium loading<br>● On all areas with medium to high geologic hazard<br>● Within 1.0 mile of:<br>o West Elk Scenic Byway (Colorado Highways 92 and 133 and Gunnison County Road 12)<br>o 3100 Road<br>o North Road<br>o Crawford Road<br>o Back River Road<br>● Within 0.25-mile of schools and community facilities:<br>o North Fork Swimming Pool<br>o Crawford School<br>o Hotchkiss High School<br>o North Fork Community Montessori School<br>o North Fork Recycling Center | | | |

BLM_0166183

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 341. | Allowable Use: **STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on 119,860 acres of the federal mineral estate within the San Juan/San Miguel RMP area:<br>● BLM surface/federal fluid mineral estate: 110,180 acres<br>● Private or State surface/federal fluid mineral estate: 9,680 acres that are open to oil and gas leasing (BLM 1985; refer to Appendix B; Figure 2-19, Appendix A):<br>● Slopes of 40 percent or greater<br>● Riparian vegetation zone<br>● Federally leased coal | Allowable Use: **STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on 238,010 acres of the federal mineral estate:<br>● BLM surface/federal fluid mineral estate: 139,560 acres<br>● Private or State surface/federal fluid mineral estate: 98,450 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-20, Appendix A):<br>● Lands, streams, and wetlands *not meeting* BLM Colorado Public Land Health Standards<br>● Potential biological soil crust<br>● Ecological emphasis areas (see *Wildlife – Terrestrial* section)<br>● Desert and Rocky Mountain bighorn sheep summer range | Allowable Use: **STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on 457,120 acres of the federal mineral estate:<br>● BLM surface/federal fluid mineral estate: 365,810 acres<br>● Private or State surface/federal fluid mineral estate: 91,310 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-22, Appendix A):<br>● Saline/selenium soils<br>● East Paradox biological soil<br>● Slopes of 40 percent or greater<br>● Within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greater) on the Gunnison, North Fork Gunnison, San Miguel, | Allowable Use: **STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on 333,330 acres of the federal mineral estate:<br>● BLM surface/federal fluid mineral estate: 265,140 acres<br>● Private or State surface/federal fluid mineral estate: 68,190 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-23, Appendix A):<br>● Saline/selenium soils<br>● Potential biological soil crust<br>● Slopes of 30 to 39 percent<br>● From 325 to 500 feet of the edge of the ordinary high-water mark (bank-full stage) of perennial streams<br>● Within a distance greater than 1,000 feet but less than 2,640 feet | Allowable Use: **STIPULATION** CSU (all CSUs): Apply CSU restrictions on 386,820 acres of the federal mineral estate:<br>● BLM surface/federal fluid mineral estate: 290,880 acres<br>● Private or State surface/federal fluid mineral estate: 95,940 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-91, Appendix A):<br>● Bat roost sites and winter hibernacula<br>● Saline/selenium soils<br>● Potential biological soil crust<br>● Steep slopes over 40 percent<br>● Slopes of 30 to 39 percent<br>● Within a distance greater than 1,000 feet but less than 2,640 feet of a classified surface |

BLM_0166184

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | • Within 0.25-mile of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>• Canada lynx habitat<br>• Within 1.0 mile of special status raptor (including Mexican spotted owl) nest sites<br>• Within 0.5-mile of nest sites of raptors that are not special status (except American kestrel)<br>• Bald eagle habitat (winter concentration and communal roosts)<br>• Within 0.25-mile of active kit fox dens<br>• VRM Class II and III areas<br>• Federally leased coal<br>• Suitable WSR segments classified as scenic and recreational (see Table 2-4 [Summary of Wild and Scenic River Study | Uncompahgre, and Dolores Rivers<br>• Within 325 feet of the edge of the ordinary high-water mark (bank-full stage) of perennial streams<br>• Within a distance greater than 1,000 feet but less than 2,640 feet of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply," and all public water supplies that use a groundwater well or spring<br>• Within 100 feet from the edge of the riparian zone along perennial and intermittent waters and naturally occurring wetlands, springs, and seeps | of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply," and all public water supplies that use a groundwater well or spring<br>• Exemplary, ancient, and rare vegetation communities<br>• From 325 to 500 feet of the perennial and intermittent waters and naturally occurring wetlands, springs, and seeps<br>• Ecological emphasis areas (see *Wildlife – Terrestrial* section)<br>• Desert and Rocky Mountain bighorn sheep summer range | water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply," and all public water supplies that use a groundwater well or spring<br>• Within 400 feet of bank-full stage on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores rivers<br>• Lands within 50 feet of perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments, including within 50 feet from the edge of the ordinary high-water |

BLM_0166185

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | Segments (Alternatives A and B)])<br>● From 0.50- to 5.0 miles of either side of the Old Spanish National Historic Trail<br><br>**Alternative B.1** (North Fork area only):<br>Allowable Use:<br>**STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on 199,170 acres (1,380 acres of which are in the North Fork area) of federal mineral estate:<br>● BLM surface/federal fluid mineral estate: 135,950 acres<br>● Private or State surface/federal fluid mineral estate: 63,620 acres that are open to oil and gas leasing (refer to Appendix B; Figure 2-21, Appendix A):<br>● All areas with moderate geologic hazards | ● Ecological emphasis areas (see *Wildlife – Terrestrial* section)<br>● Within 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>● Federally threatened, endangered, proposed, and candidate wildlife and bird species' occupied habitat (except Canada lynx)<br>● Within 0.25-mile of bald eagle roost or nest sites<br>● Within 0.125-mile of golden eagle, osprey, accipiter, falcon (except kestrel), buteo, and owl nest sites<br>● Within 0.25-mile of peregrine falcons cliff nesting complex<br>● Within 330 feet of active nest sites and associated alternate | ● Within 100 meters (328 feet) of BLM sensitive plant species<br>● Within habitat for individuals or populations of federally listed plant species<br>● Between 325 and 500 feet of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout<br>● Yellow-billed cuckoo habitat<br>● Canada lynx habitat<br>● Within 4.0 miles of a lek to protect Gunnison sage-grouse mapped seasonal habitats (non-lek breeding, late brood-rearing, and winter habitat) or suitable sagebrush habitat<br>● Within 1.0 mile of accipiter, falcon (except kestrel), buteo, and owl (except Mexican spotted owl) nest sites | mark (bank-full stage) of perennial streams<br>● Within 1,000 feet of domestic water wells<br>● Desert and Rocky Mountain bighorn sheep summer range<br>● Within 328 feet of BLM sensitive plant species<br>● Yellow-billed cuckoo habitat<br>● Canada lynx habitat<br>● Gunnison sage-grouse breeding (lek) and critical habitat<br>● Gunnison sage-grouse potential habitat<br>● Within 1.0 mile of accipiter, falcon (except kestrel), buteo, and owl (except Mexican spotted owl) nest sites<br>● Bald eagle habitat (winter concentration and communal roosts)<br>● Mexican spotted owl suitable breeding habitat |

BLM_0166186

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | • Lands visible from important vistas and travel corridors:<br>o Jumbo Mountain<br>o Youngs Peak<br>o "H" Hill<br>o Flanks of the West Elks<br>o Needle Rock ACEC<br>o Beyond 1.0 mile of:<br>▪ West Elk Scenic Byway (Colorado Highways 92 and 133 and Gunnison County Road 12)<br>▪ 3100 Road<br>▪ North Road<br>▪ Crawford Road<br>▪ Back River Road | nests of raptors that are not special status (except American kestrel, red-tailed hawk, and great-horned owl)<br>• Within 4.0 miles of an active Gunnison sage-grouse lek<br>• Within 0.25-mile of federally listed, BLM sensitive, and Colorado state species of concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)<br>• Within 100 meters (328 feet) of sites listed on the National or State Registers of Historic Places<br>• Federally leased coal<br>• Curecanti National Recreation Area<br>• State parks<br>• State wildlife areas<br>• ACECs<br>o Adobe Badlands | • Bald eagle habitat (winter concentration and communal roosts)<br>• Mexican spotted owl suitable breeding habitat<br>• Within 150 feet of active Gunnison and white-tailed prairie dog towns<br>• Within 200 meters (656 feet) of active kit fox dens<br>• Within 0.25-mile of Colorado state species of concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network)<br>• Tabeguache Pueblos Area and Tabeguache Canyon<br>• Area of archaeological significance<br>• ERMAs<br>• SRMAs<br>o Dry Creek RMZs 1 and 3 | • Within 150 feet of active Gunnison and white-tailed prairie dog towns<br>• Within 200 meters (656 feet) of active kit fox dens<br>• Lands inventoried with identified wilderness characteristics that are managed for multiple uses, while minimizing impacts on wilderness characteristics<br>o Camel Back WSA Adjacent (6,950 acres)<br>o Dry Creek Basin (7,030 acres)<br>o Roc Creek (4,340 acres)<br>• SRMAs<br>o Dry Creek RMZs, 1-5<br>o Jumbo Mountain RMZs 1 and 2<br>o Roubideau RMZs 1–4<br>o North Delta SRMA |

BLM_0166187

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | o Fairview South<br>o San Miguel River<br>• From 50 meters (164 feet) to 5 miles of either side of the Old Spanish National Historic Trail<br>• Within 0.25-mile of scenic byways | o San Miguel River RMZ 4<br>• Federally leased coal<br>• Suitable WSR segments classified as "recreational" (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternatives D and E)])<br>• From 0.5 to 5 miles of either side of the Old Spanish National Historic Trail<br>• Within 0.5-mile of scenic byways | o Ridgway Trails RMZs 1 and 2<br>o Spring Creek RMZs 1, 2, and 3<br>• ERMAs<br>• Geology: coal mine<br>• Suitable WSR segments classified as "recreational" (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternatives D and E)])<br>• Within 0.5-mile of either side of the Old Spanish National Historic Trail<br>• National Recreation Trails<br>• Within 0.5-mile of scenic byways<br>• Protected cultural resources |
| 342. | Allowable Use: **STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and, in some cases, surface-disturbing | Allowable Use: **STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on 696,450 acres[1] of the | Allowable Use: **STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on 582,390 acres of the | Allowable Use: **STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on 865,970 acres of the | Allowable Use: **STIPULATION** TLs (all TLs): Prohibit surface occupancy and surface-disturbing activities on 635,430 acres of the |

BLM_0166188

### Table T-1
### Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | activities, on 501,100 acres of the federal mineral estate (see the specific resource section and Appendix B for dates): <br>● BLM surface/federal fluid mineral estate: 423,900 acres <br>● Private or State surface/federal fluid mineral estate: 77,200 acres that are open to oil and gas leasing (BLM 1985, 1989a; refer to Appendix B; Figure 2-24, Appendix A): <br>● Highly erodible and/or saline soil areas <br>● White pelican <br>● Waterfowl habitat <br>● Big game species (mule deer, elk, pronghorn antelope, and bighorn sheep) <br>● Big game birthing areas | federal mineral estate (see the specific resource section and Appendix B for dates): <br>● BLM surface/federal fluid mineral estate: 494,580 acres[1] <br>● Private or State surface/federal fluid mineral estate: 201,870 acres[1] that are open to fluid mineral leasing (refer to Appendix B; Figure 2-25, Appendix A): <br>● Saturated soils <br>● Coldwater sport and native fish <br>● Big game crucial winter range (elk, mule deer, pronghorn antelope, moose, and Rocky Mountain and desert bighorn sheep) <br>● Big game reproduction areas (elk, pronghorn antelope, Rocky Mountain and desert bighorn sheep, and moose | federal mineral estate (see the specific resource section and Appendix B for dates): <br>● BLM surface/federal fluid mineral estate: 475,220 acres <br>● Private or State surface/federal fluid mineral estate: 107,170 acres that are open to fluid mineral leasing (refer to Appendix B; Figure 2-26, Appendix A): <br>● Coldwater sport fish <br>● Big game crucial winter range (elk and mule deer) <br>● Elk reproduction areas <br>● Yellow-billed cuckoo habitat <br>● Active kit fox dens | federal mineral estate (see the specific resource section and Appendix B for dates): <br>● BLM surface/federal fluid mineral estate: 627,290 acres <br>● Private or State surface/federal fluid mineral estate: 238,680 acres that are open to fluid mineral leasing (Refer to Appendix B; Figure 2-27, Appendix A): <br>● Saturated soils <br>● Coldwater sport and native fish <br>● Big game crucial winter range (severe winter range and winter concentration areas) <br>● Big game reproduction areas (elk, pronghorn antelope, Rocky Mountain and desert bighorn sheep, and moose calving/fawning/lambing areas) | federal mineral estate (see the specific resource section and Appendix B for dates): <br>● BLM surface/federal fluid mineral estate: 494,340 acres <br>● Private or State surface/federal fluid mineral estate: 141,090 acres that are open to fluid mineral leasing (Refer to Appendix B; Figure 2-92, Appendix A): <br><br>● Coldwater sport and native fish <br>● Big game crucial winter range (severe winter range and winter concentration areas) <br>● Big game reproduction areas (elk, pronghorn antelope, Rocky Mountain and desert bighorn sheep, and moose calving/fawning/lambing areas) |

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Fluid Leasable Minerals])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | • Grouse<br>• Raptor nesting and fledgling habitat (golden eagle, accipiters, falcons [except kestrel], buteos, and owls)<br>• Osprey nesting and fledgling habitat<br>• Bald eagle nesting habitat<br>• Peregrine falcon cliff nesting complex<br>• Ferruginous hawk<br>• Bald eagle winter roost sites<br>• Bald eagle winter concentration areas<br>• Mexican spotted owl nesting and fledgling habitat | calving/fawning/lambing areas)<br>• Wild turkey winter habitat<br>• Migratory bird breeding habitat<br>• Gunnison sage-grouse winter habitat<br>• Gunnison sage-grouse breeding (non-lek) habitat<br>• Within 0.5-mile of active special status raptor nest sites and associated alternate nests<br>• Within 0.25-mile of active nest sites and associated alternate nests of raptors that are not special status (except kestrel)<br>• Bald eagle winter concentration areas<br>• Within 300 feet of active Gunnison and white-tailed prairie dog colonies<br>• East Paradox ACEC | | • Wild turkey winter habitat<br>• Migratory bird breeding habitat<br>• Gunnison sage-grouse winter habitat<br>• Gunnison sage-grouse breeding (lek and non-lek) habitat<br>• 0.5-mile radius around active nests of bald and golden eagle, ferruginous hawk, peregrine and prairie falcon, and northern goshawk<br>• 0.25-mile radius around active nests of osprey; red-tailed, Swainson's, Cooper's, and sharp-shinned hawk; northern harrier; burrowing and great horned owl; and other owls and raptors (except kestrel)<br>• Bald eagle winter roost sites<br>• Bald eagle winter concentration areas | • Wild turkey winter habitat<br>• Gunnison sage-grouse winter range habitat<br>• Gunnison sage-grouse breeding (lek and non-lek) and critical habitat<br>• 0.5-mile radius around active nests of bald and golden eagle, ferruginous hawk, peregrine and prairie falcon, northern goshawk, and burrowing owl<br>• 0.25-mile radius around active nests of osprey; red-tailed, Swainson's, Cooper's, and sharp-shinned hawk; northern harrier; great horned owl; and other owls and raptors (except burrowing owl and kestrel)<br>• Bald eagle winter roost sites<br>• Bald eagle winter concentration areas |

BLM_0166190

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | [1]*Under **Alternative B.1**, portions of some of the above areas would be closed to oil and gas leasing. As such, 609,360 acres of the federal mineral estate would be subject to TL stipulations:*<br>● *BLM surface/federal fluid mineral estate: 454,230 acres*<br>● *Private or State surface/federal fluid mineral estate: 155,130 acres* | | ● Mexican spotted owl suitable breeding habitat (nesting and fledgling habitat)<br>● Within 300 feet of active Gunnison and white-tailed prairie dog colonies<br>● Active kit fox dens | ● Mexican spotted owl suitable breeding habitat<br>● Within 300 feet of active Gunnison and white-tailed prairie dog colonies<br>● Within 0.25-mile of active kit fox dens |
| 343. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**NO LEASING** NL-14: *Recreation Park*. Close to fluid mineral leasing and geophysical exploration the following areas where the BLM holds the fluid mineral rights:<br>● Curecanti National Recreation Area<br>● State parks<br>● State wildlife areas<br>(Refer to Appendix B; Figure 2-20, Appendix A.) | Allowable Use:<br>**STIPULATION** CSU-49: *Recreation Park*. Surface occupancy or use may be restricted where the BLM holds the fluid mineral rights under the following areas:<br>● Curecanti National Recreation Area<br>● State parks<br>● State wildlife areas<br>Special design, construction, and implementation measures, including | Allowable Use:<br>**STIPULATION** NSO-54: *Recreation Park*. Prohibit surface occupancy and use within the boundaries of:<br>● Curecanti National Recreation Area<br>● State parks<br>● State wildlife areas<br>● Municipal parks<br>(Refer to Appendix B; Figures 2-23 [Alternative D] and 2-91 [Alternative E], Appendix A.) | |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | relocation of operations by more than 200 meters (656 feet), may be required. (Refer to Appendix B; Figure 2-22, Appendix A.) | | |
| 344. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-55: *Bureau of Reclamation Dams or Appurtenant Structures.* Prohibit surface occupancy and use within 1,500 feet of a BOR dam (i.e., Ridgway, Crawford, and Paonia dams) or their appurtenant structures. Also, prohibit directional drilling within 1,500 vertical feet below a BOR dam or its appurtenant structures. (Directional drilling could be conducted more than 1,500 feet below these dams and structures from outside the 1,500-foot radius of the structures; refer to Appendix B; Figures 2-20 [Alternative B], 2-22 [Alternative C], 2-23 [Alternative D], and 2-91 [Alternative E], Appendix A.) | | | |
| 345. | **Action:** Require operators to meet the current BLM Gold Book standards for soil and water protection and plans for surface reclamation, plus other BMPs (Appendix G), as applicable, for all permitted fluid minerals (i.e., oil and gas and geothermal) actions. | | | | |
| 346. | **Action:** No similar action in current RMPs. | **Action:** Where appropriate and feasible, require installation of central liquids gathering and production facilities to reduce the total number of sources and to minimize truck traffic during fluid minerals development. | | | **Action:** Same as Alternative A. |

BLM_0166192

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Locatable Minerals, Mineral Materials, & Nonenergy Leasable Materials])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 347. | **LOCATABLE MINERALS, MINERAL MATERIALS, and NONENERGY LEASABLE MATERIALS** | | | | |
| 348. | **GOAL:**<br>Provide opportunities to develop locatable minerals, mineral materials, and nonenergy leasable minerals consistent with other resource goals and uses to support local and national energy and mineral needs. | | | | |
| 349. | *LOCATABLE MINERALS* | | | | |
| 350. | **Objective:**<br>Minimize public land withdrawn from mining. Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts on other resource values (BLM 1985). | **Objective:**<br>Facilitate environmentally responsible exploration and development of locatable minerals. | | | |
| 351. | **Action:**<br>Maintain the following areas as withdrawn from locatable mineral entry (28,060 acres; Figures 2-32 [Alternative A], 2-33 [Alternative B], 2-34 [Alternative C], and 2-35 [Alternative D], Appendix A):<br>● Tabeguache Area | **Action:**<br>Maintain the following areas as withdrawn from locatable mineral entry (28,060 acres[1]; Figures 2-33 [Alternative B], 2-34 [Alternative C], 2-35 [Alternative D], and 2-94 [Alternative E], Appendix A):<br>● Tabeguache Area (8,060 acres)<br>● Cory Lode mine for bat roosting (20 acres; BLM 2008c)<br>● BOR withdrawals (9,010 acres)<br>● FERC withdrawals (1,610 acres)<br>● DOE lease tracts (9,620 acres; BLM 1985)<br>[1]The total sum includes overlapping acres. | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166193

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Locatable Minerals, Mineral Materials, & Nonenergy Leasable Materials])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | • Cory Lode mine for bat roosting (20 acres; BLM 2008c)<br>• BOR withdrawals (9,010 acres)<br>• FERC withdrawals (1,610 acres)<br>DOE lease tracts (9,620 acres; BLM 1985) | | | | |
| 352. | **Action:**<br>Recommend to the Secretary of the Interior withdrawal from mineral entry the following areas totaling 27,690 acres (Figure 2-32, Appendix A):<br>• Dolores Cave (BLM 1985)<br>• Tabeguache Pueblo (BLM 1985)<br>• Important cultural resource properties (BLM 1985)<br>• ACECs<br>  o Needle Rock (BLM 1989a) | **Action:**<br>Recommend to the Secretary of the Interior withdrawal from mineral entry the following areas totaling 387,270 acres:<br>• BLM surface/federal mineral estate: 382,900 acres<br>• Private or State surface/federal mineral estate: 4,370 acres (Figure 2-33, Appendix A):<br>• Lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a | **Action:**<br>Recommend to the Secretary of the Interior withdrawal from mineral entry the following areas totaling 11,250 acres:<br>• BLM surface/federal mineral estate: 9,550 acres<br>• Private or State surface/federal mineral estate: 1,700 acres (Figure 2-34, Appendix A):<br>• Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water | **Action:**<br>Recommend to the Secretary of the Interior withdrawal from mineral entry the following areas totaling 55,880 acres:<br>• BLM surface/federal mineral estate: 54,090 acres<br>• Private or State surface/federal mineral estate: 1,790 acres (Figure 2-35, Appendix A):<br>• Same as Alternative C, plus:<br>  o Recreational sites (100-foot buffer)<br>  o ACECs<br>    • Needle Rock | **Action:**<br>Recommend to the Secretary of the Interior withdrawal from mineral entry the following areas totaling 15,790 acres.<br>• BLM surface/federal mineral estate: 15,790 acres<br>• Private or State surface/federal mineral estate: 0 acres (Figure 2-35, Appendix A):<br>• Recreational sites (100-foot buffer)<br>• ACECs<br>  o Needle Rock<br>  o Biological Soil Crust<br>  o Paradox Rock Art |

BLM_0166194

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | o Adobe Badlands (BLM 1989a) <br> o Fairview South (BLM 1989a) | distance of 5 miles upstream of a public water supply intake classified by the State as "water supply" <br> • Lands within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring <br> • Sensitive bat species' significant maternity roost or hibernaculum <br> • Lands managed to protect wilderness characteristics <br> • San Miguel River, Uncompahgre River, North Fork Gunnison River, Gunnison River, and Dolores River, plus a 0.25-mile buffer each side of center <br> • SRMAs <br> o Burn Canyon <br> o Dolores River Canyon <br> o Dry Creek <br> o Jumbo Mountain <br> o Kinikin Hills | mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply" <br> • Lands within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring | • Dolores River Slickrock Canyon <br> • San Miguel River <br> • Biological Soil Crust <br> • Paradox Rock Art <br> • Roubideau Corridors <br> o Suitable WSR segments classified as wild (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternatives D and E)]) <br> o Sensitive bat species' significant maternity roost or hibernaculum | • Suitable WSR segments classified as "wild" (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternatives D and E)]) |

BLM_0166195

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Locatable Minerals, Mineral Materials, & Nonenergy Leasable Materials])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred in Draft RMP_ | Alternative E _Agency Proposed_ |
|---|---|---|---|---|---|
| | | o North Delta<br>o Paradox Valley<br>o Ridgway Trails<br>o Roubideau<br>o San Miguel River<br>o Spring Creek<br>• ACECs<br>• Suitable WSR segments classified as wild (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)]) | | | |
| 353. | **Action:** Allow locatable mineral exploration and development on the remaining 840,440 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 620,050 acres<br>• Private or State surface/ federal mineral estate: 220,390 acres | **Action:** Allow locatable mineral exploration and development on the remaining 480,860 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 264,840 acres<br>• Private or State surface/federal mineral estate: 216,020 acres | **Action:** Allow locatable mineral exploration and development on the remaining 856,880 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 638,190 acres<br>• Private or State surface/ federal mineral estate: 218,690 acres | **Action:** Allow locatable mineral exploration and development on the remaining 812,250 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 593,650 acres<br>• Private or State surface/ federal mineral estate: 218,600 acres | **Action:** Allow locatable mineral exploration and development on the remaining 853,460 acres under the General Mining Law of 1872:<br>• BLM surface/federal mineral estate: 633,070 acres<br>• Private or State surface/ federal mineral estate: 220,390 acres<br><br>• Require a Plan of Operations for locatable mineral development in |

BLM_0166196

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | Continue approved operations of hard rock mining on 12,790 acres (emphasis area E) under 43 CFR, 3809, regulations (BLM 1985).<br><br>Open 309,720 acres (management units 1-3, 5, 7-11, 15, 16) to mineral entry and location due to the lack of resource conflicts. | | | | state classified surface water supply segments<br>• To avoid further cumulative effects within the San Miguel or Dolores Rivers, when an individual or group intends to conduct suction dredging activities, the activity will constitute casual use, as defined in 43 CFR 3809.5(1), when suction dredging is used only in the following manner: 1) Below the existing water surface, and 2) is conducted outside the period from April 1 to July 15 (for spring spawning of native cutthroat trout, rainbow trout and native warm water fish (flannelmouth sucker, bluehead sucker and roundtail chub)). If suction dredging activities are proposed outside of these parameters, then the |

BLM_0166197

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | activity will not constitute casual use and the individual or group must contact the Uncompahgre Field Office a minimum of 15 calendar days before beginning activities in order to determine whether a notice or plan needs to be submitted. • The following management practices ordinarily result in no or negligible disturbance and qualify as casual use: 1. Conduct all activities within stream channels at least two feet away from stream banks and inter-river islands with established vegetation. 2. Do not disturb material too large to be moved by hand or hand tools. |

BLM_0166198

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | 3. Do not disturb more than two cubic yards of material per day.<br>4. If using an anchoring system, do not span waterways or restrict the free passage of water craft.<br>5. Fill all excavations (including those within the stream channel) within 14 days of completing activities.<br>6. Ensure that suction dredging equipment does not exceed a 4-inch diameter intake nozzle and a 10-horsepower motor.<br>7. Conduct dredging activities at least 100 feet away from bridge supports. |

BLM_0166199

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Locatable Minerals, Mineral Materials, & Nonenergy Leasable Materials])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 354. | *MINERAL MATERIALS* | | | | |
| 355. | **Objective:**<br>Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts on other resource values (BLM 1985). | **Objective:**<br>Facilitate environmentally responsible exploration and development of mineral materials. | | | |
| 356. | Allowable Use:<br>Identify 104,690 acres of federal mineral estate<br>● BLM surface/federal mineral estate: 102,190 acres<br>● Private or State surface/federal mineral estate: 2,500 acres<br>as closed to mineral materials disposal (BLM 1989a; Figure 2-36, Appendix A):<br>● Riparian zones<br>● ACECs<br>● Tabeguache Area<br>● Needle Rock ISA | Allowable Use:<br>Close 567,590 acres of federal mineral estate<br>● BLM surface/federal mineral estate: 499,340 acres<br>● Private or State surface/federal mineral estate: 68,250 acres<br>to mineral materials disposal (Figure 2-37, Appendix A):<br>● Lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a | Allowable Use:<br>Close 58,610 acres of federal mineral estate<br>● BLM surface/federal mineral estate: 56,350 acres<br>● Private or State surface/federal mineral estate: 2,260 acres<br>to mineral materials disposal (Figure 2-38, Appendix A):<br>● Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from average high water mark) for a distance of | Allowable Use:<br>Close 135,370 acres of federal mineral estate<br>● BLM surface/federal mineral estate: 132,520 acres<br>● Private or State surface/federal mineral estate: 2,850 acres<br>to mineral materials disposal (Figure 2-39, Appendix A):<br>● Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of | Allowable Use:<br>Close 125,780 acres of federal mineral estate<br>● BLM surface/federal mineral estate: 121,740 acres<br>● Private or State surface/federal mineral estate: 4,040 acres<br>to mineral materials disposal (Figure 2-95, Appendix A):<br>● Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a |

BLM_0166200

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Locatable Minerals, Mineral Materials, & Nonenergy Leasable Materials])

## Table T-1
## Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | • Portion of Adobe Badlands WSA (6,380 acres)<br>• In the San Miguel SRMA outside the ACEC (13,210 acres), the San Miguel River, creeks, and their riparian corridors (BLM 1993a) | distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Lands within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring<br>• Ecological emphasis areas<br>• Lands within 500 feet of riparian areas<br>• Federally threatened, endangered, proposed, and candidate plant species' occupied habitat<br>• Potential Fossil Yield Classification 5a areas (270,070 acres)<br>• Lands managed to protect wilderness characteristics<br>• SRMAs<br>　o Burn Canyon<br>　o Dolores River Canyon<br>　o Dry Creek<br>　o Jumbo Mountain | 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Lands within a 1,000-foot buffer of all public water supplies using a groundwater well or spring<br>• Federally threatened, endangered, and proposed plant species' occupied habitat<br>• Tabeguache Area<br>• WSAs<br>• Lands within 50 meters (164 feet) of congressionally designated National Trails<br>• DOE Uranium Mill Tailings Remedial Action Area | 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Lands within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring<br>• Lands within 100 feet of riparian areas<br>• Federally threatened, endangered, and proposed plant species' occupied habitat<br>• Lands managed to protect wilderness characteristics<br>• SRMAs<br>　o Dolores River Canyon<br>　o Dry Creek RMZs 1, 2, and 4<br>　o Jumbo Mountain<br>　o Ridgway Trails<br>　o Roubideau RMZs 1-3<br>　o A portion of San Miguel River RMZ 1 (13,660 acres) and | distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>• Lands within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring<br>• Lands within 100 feet of riparian areas<br>• Federally threatened, endangered, and proposed plant species' occupied habitat<br>• SRMAs<br>　o Dolores River Canyon<br>　o Dry Creek RMZs 1, 2, and 4[1]<br>　o Jumbo Mountain[1]<br>　o Ridgway Trails[1]<br>　o Roubideau RMZs 1-3<br>　o San Miguel River RMZ 2-4<br>　o Spring Creek RMZs 1 and 2<br>• ACECs |

BLM_0166201

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Locatable Minerals, Mineral Materials, & Nonenergy Leasable Materials])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | o Kinikin Hills<br>o North Delta<br>o Paradox Valley<br>o Ridgway Trails<br>o Roubideau<br>o San Miguel River<br>o Spring Creek<br>● ACECs<br>● Tabeguache Area<br>● WSAs<br>● Suitable WSR segments classified as wild (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>● Lands within 0.50-mile of congressionally designated National Trails<br>● DOE Uranium Mill Tailings Remedial Action Area | | San Miguel River RMZs 2-4<br>o Spring Creek RMZs 1 and 2<br>● ACECs<br>● Tabeguache Area<br>● WSAs<br>● Suitable WSR segments;<br>● Lands within 50 meters (164 feet) of congressionally designated National Trails<br>● DOE Uranium Mill Tailings Remedial Action Area | ● Tabeguache Area<br>● WSAs<br>● Suitable WSR segments;<br>● Lands within 50 meters (164 feet) of congressionally designated National Trails<br>● DOE Uranium Mill Tailings Remedial Action Area<br><br>*[1]Only closed to commercial sales of mineral materials* |
| 357. | Allowable Use:<br>Allow disposal of mineral materials on 791,500 acres of federal mineral estate: | Allowable Use:<br>Allow disposal of mineral materials on 328,600 acres of federal mineral estate:<br>● BLM surface/federal mineral estate: 176,460 acres | Allowable Use:<br>Allow disposal of mineral materials on 837,580 acres of federal mineral estate: | Allowable Use:<br>Allow disposal of mineral materials on 760,820 acres of federal mineral estate: | Allowable Use:<br>Allow disposal of mineral materials on 770,410 acres of federal mineral estate: |

BLM_0166202

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Locatable Minerals, Mineral Materials, & Nonenergy Leasable Materials])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
|  | ● BLM surface/federal mineral estate: 573,610 acres<br>● Private or State surface/federal mineral estate: 217,890 acres (BLM 1985, 1989a). Continue sand and gravel operations (BLM 1985; refer to Figure 2-36, Appendix A.) | ● Private or State surface/federal mineral estate: 152,140 acres (Refer to Figure 2-37, Appendix A.) | ● BLM surface/federal mineral estate: 619,450 acres<br>● Private or State surface/federal mineral estate: 218,130 acres (Refer to Figure 2-38, Appendix A.) | ● BLM surface/federal mineral estate: 543,280 acres<br>● Private or State surface/federal mineral estate: 217,540 acres (Refer to Figure 2-39, Appendix A.) | ● BLM surface/federal mineral estate: 554,060 acres<br>● Private or State surface/federal mineral estate: 216,350 acres (Refer to Figure 2-95, Appendix A.) |
| 358. | **Action:**<br>Manage 120,260 acres as a common use area for moss rock (refer to Figure 2-75, Appendix A). | **Action:**<br>Manage 120,260 acres as a common use area for moss rock (refer to Figure 2-75, Appendix A). | **Action:**<br>Manage 120,260 acres as a common use area for moss rock (refer to Figure 2-75, Appendix A). Establish common use areas in appropriate locations and with sufficient capacity, while avoiding proliferation of sites for similar materials in a given area. | **Action:**<br>Same as Alternative B.* |  |

BLM_0166203

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Locatable Minerals, Mineral Materials, & Nonenergy Leasable Materials])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 359. | Allowable Use: **STIPULATION** *TL* (all TLs): Apply TLs to 146,050 acres (management units 2 and 5) that are open to mineral materials disposal (BLM 1989a; refer to Appendix B.) | Allowable Use: No similar allowable use. TLs are applied through other programs. | | | |
| 360. | *NONENERGY SOLID LEASABLE MINERALS (e.g., sodium and potassium)* | | | | |
| 361. | **Objective:** Allow mineral development on all areas open to such development. Provide protective stipulations to limit impacts on other resource values (BLM 1985). | **Objective:** Facilitate environmentally responsible exploration and development of nonenergy solid leasable minerals. | | | |
| 362. | Allowable Use: Close 44,220 acres in the following areas to nonenergy solid leasable mineral exploration and/or development (Figure 2-40, Appendix A): ● Tabeguache Area ● WSAs | Allowable Use: Close 395,900 acres ● BLM surface/federal mineral estate: 386,400 acres ● Private or State surface/federal mineral estate: 9,500 acres in the following areas to nonenergy leasable mineral exploration | Allowable Use: Close 57,390 acres ● BLM surface/federal mineral estate: 55,570 acres ● Private or State surface/federal mineral estate: 1,820 acres in the following areas to nonenergy leasable mineral exploration | Allowable Use: Close 170,490 acres ● BLM surface/federal mineral estate: 168,130 acres ● Private or State surface/federal mineral estate: 2,360 acres in the following areas to nonenergy leasable mineral exploration | Allowable Use: Close 167,330 acres ● BLM surface/federal mineral estate: 163,300 acres ● Private or State surface/federal mineral estate: 4,030 acres in the following areas to nonenergy leasable mineral exploration |

BLM_0166204

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Locatable Minerals, Mineral Materials, & Nonenergy Leasable Materials])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | and/or development (Figure 2-41, Appendix A): <br>● Same as Alternative A, plus <br>o Lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply" <br>o Lands within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or spring <br>o Federally threatened, endangered, proposed, and candidate plant species' occupied habitat | and/or development (Figure 2-42, Appendix A): <br>● Same as Alternative A, plus <br>o Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply" <br>o Lands within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring <br>o Federally threatened, endangered, and proposed plant species' occupied habitat | and/or development (Figure 2-43, Appendix A): <br>● Same as Alternative C, plus <br>o Lands managed to protect wilderness characteristics <br>o SRMAs <br>o ACECs <br>o Suitable WSR segments (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternatives D and E)]) <br>● Within 1,000 feet on either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply." | and/or development (Figure 2-96, Appendix A): <br>● Same as Alternative A, plus: <br>o SRMAs <br>o ACECs <br>o Suitable WSR segments (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternatives D and E)]) <br>o Within 1,000 feet on either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply." |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166205

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | o Lands managed to protect wilderness characteristics<br>o SRMAs<br>▪ Burn Canyon<br>▪ Dolores River Canyon<br>▪ Dry Creek<br>▪ Jumbo Mountain<br>▪ Kinikin Hills<br>▪ North Delta<br>▪ Paradox Valley<br>▪ Ridgway Trails<br>▪ Roubideau<br>▪ San Miguel River<br>▪ Spring Creek<br>o ACECs<br>o Suitable WSR segments classified as wild (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>o Lands within 0.50-mile of congressionally designated National Trails | o Lands within 50 meters (164 feet) of congressionally designated National Trails | ● Within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring. | o Within 2,640 feet (0.50-mile) buffer of all public water supplies that use a groundwater well and groundwater under the direct influence of surface water. |

BLM_0166206

## Table T-1
## Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 363. | Allowable Use: Continue nonenergy solid leasable mineral leasing on 631,480 acres (BLM 1985). | Allowable Use: Manage 500,290 acres as open for consideration of nonenergy solid leasable mineral exploration and/or development, subject to stipulations in Appendix B: • BLM surface/federal mineral estate: 289,400 acres • Private or State surface/federal mineral estate: 210,890 acres | Allowable Use: Manage 838,800 acres as open for consideration of nonenergy solid leasable mineral exploration and/or development, subject to stipulations in Appendix B: • BLM surface/federal mineral estate: 620,230 acres • Private or State surface/federal mineral estate: 218,570 acres | Allowable Use: Manage 725,700 acres as open for consideration of nonenergy solid leasable mineral exploration and/or development, subject to stipulations in Appendix B: • BLM surface/federal mineral estate: 507,670 acres • Private or State surface/federal mineral estate: 218,030 acres | Allowable Use: Manage 728,860 acres as open for consideration of nonenergy solid leasable mineral exploration and/or development, subject to stipulations in Appendix B: • BLM surface/federal mineral estate: 512,500 acres • Private or State surface/federal mineral estate: 216,360 acres |

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 364. | **RECREATION AND VISITOR SERVICES** | | | | |
| 365. | **GOAL:** Produce a diversity of quality recreational opportunities that support outdoor-oriented lifestyles and add to participants' quality of life, enhance the quality of local communities, and foster protection of natural and cultural resources. | | | | |
| 366. | **Objective:** Manage public lands for a variety of targeted and dispersed recreation opportunities in natural settings | **Objective:** Provide quality recreational opportunities and increase awareness, understanding, and a sense of stewardship in recreational users so their conduct safeguards cultural and natural resources as defined by Colorado Standards for Public Land Health and area-specific (e.g., ACECs and WSRs) objectives. | | | |

BLM_0166207

Table T-1
Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | consistent with classifications determined in Recreational Opportunity Spectrum inventories (BLM 1985). | Increase collaboration with community partners to maintain appropriate activity-based recreation opportunities in community growth areas (BLM-administered lands adjacent to, between, and surrounding communities; also referred to as wildland-urban interface areas). | | | |
| 367. | **Action:** No similar action in current RMPs. | **Action:** Close the following areas to dispersed camping:<br>● Day use areas<br>● SRMAs<br>  o Burn Canyon<br>  o Dolores River Canyon<br>  o Dry Creek RMZ 1<br>  o Jumbo Mountain RMZ 2<br>  o Kinikin Hills RMZ 3<br>  o North Delta RMZ 2<br>  o Paradox Valley RMZs 1, 2, and 3<br>  o Roubideau RMZs 2, 3, and 4<br>  o San Miguel River<br>  o Spring Creek RMZs 2 and 3<br>● ACECs<br>  o Dolores Slickrock Canyon<br>  o La Sal Creek | **Action:** Close the following areas to dispersed camping:<br>● Day use areas<br>● San Miguel River ERMA | **Action:** Close the following areas to dispersed camping:<br>● Same as Alternative C, plus<br>  o SRMAs<br>   - Dry Creek RMZs 1 and 2<br>   - Roubideau RMZ 4<br>   - San Miguel River<br>   - Spring Creek RMZ 3<br>  o ERMAs<br>   - Kinikin Hills<br>   - North Delta<br>  o Within 200 meters (656 feet) of Scenic Byways<br>  o Within 0.50-mile of rock climbing and bouldering areas<br>  o ACECs<br>   - Paradox Rock Art | **Action:** Close the following areas to dispersed camping*:<br>● SRMAs<br>  o San Miguel River RMZs 1, 3, and 4<br>  o Dolores River Canyon RMZ 3<br>● Within 200 meters (656 feet) of Scenic Byways<br>● ACECs<br>  o Paradox Rock Art |

BLM_0166208

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | o Paradox Rock Art<br>o San Miguel River<br>o West Paradox | | - San Miguel | |
| 368. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close the following areas to overnight use:<br>● All developed recreation sites along the San Miguel River, with the exception of Lower Beaver and Caddis Flats<br>● SRMAs<br>o Dry Creek RMZs 1, 2, and 4<br>o Jumbo Mountain RMZ 1<br>o Kinikin Hills RMZs 1 and 2<br>o North Delta RMZ 1<br>o Ridgway Trails<br>o Spring Creek RMZ 1<br>● ACECs<br>o East Paradox<br>o Fairview South (CNHP Expansion)<br>o Needle Rock<br>o Salt Desert Shrub | **Action:**<br>Close the following areas to overnight use:<br>● ACECs<br>o Needle Rock<br>o Adobe Badlands<br>o Fairview South | **Action:**<br>Close the following areas to overnight use:<br>● Same as Alternative C, plus<br>o San Miguel Recreation Sites: Beaver, Deep Creek, Placerville, and Specie Creek<br>o SRMAs<br>- Dry Creek RMZ 4<br>- Jumbo Mountain RMZ 1<br>- Ridgway Trails<br>- Spring Creek RMZ 1<br>o Biological Soil Crust ACEC | **Action:**<br>Close the following areas to overnight use*:<br>o San Miguel Recreation Sites: Upper Beaver, Deep Creek, and Specie Creek<br>o SRMAs<br>- Dry Creek RMZ 4<br>- Jumbo Mountain RMZs 1 and 2<br>- Ridgway Trails<br>- Spring Creek RMZ 1<br>● ACECs<br>o Biological Soil Crust ACEC<br>o Fairview South (BLM Expansion) ACEC<br>o Needle Rock ACEC |
| 369. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Provide new and maintain existing facilities where needed to meet management objectives. | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166209

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 370. | Allowable Use: Allow recreational mining. | Allowable Use: Prohibit recreational mining. | Allowable Use: Prohibit recreational mining in developed recreational sites. | Allowable Use: Prohibit mining in the following areas: <br>● In occupied streams during spawning periods to protect native fish <br>○ April 1 to July 15 for spring spawning native cutthroat trout, rainbow trout, and native warm water fish (flannelmouth sucker, bluehead sucker, and roundtail chub) <br>● Within 100 feet of developed recreation sites, roadways, and boat ramps | Allowable Use: Allow casual use mining. |
| 371. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: No similar allowable use (prohibit by the allowable use above). | Allowable Use: Recreational mining must adhere to the following practices: <br>● All recreational mining activities must take place within the stream channel, no closer than 2 feet from any stream bank (and /or inter- | Allowable Use: Recreational mining must adhere to the following practices: <br>● Prohibit motorized recreational mining (e.g., motorized dredge); | Allowable Use: Same as Alternative A. (See *Locatable Minerals* for restrictions on casual use mining.) |

BLM_0166210

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | river island) with established vegetation, and shall be conducted to prevent undercutting of banks;<br>● Material too large to be moved by hand shall remain undisturbed;<br>● All excavations shall have materials replaced upon completion of operations, and no sites shall be left open in excess of 14 days;<br>● Operations shall not disturb in excess of 2 cubic yards of material per day; and<br>● Anchorage systems (if used) shall not span the stream if it will restrict the free passage of water craft. | ● All activities shall be conducted below existing water surface;<br>● Material too large to be moved by hand, including using hand tools such as crowbars and pry-bars, shall remain undisturbed;<br>● All excavations shall have materials replaced upon completion of operations, and no sites shall be left open in excess of 14 days; and<br>● Operations shall not disturb in excess of 1 cubic yard of material per day. | |
| 372. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: Recommend to the Secretary of the Interior to withdraw from locatable mineral entry the San Miguel River, Uncompahgre River, | Allowable Use: No similar allowable use. (Recreation sites would not be recommended for withdrawal from locatable mineral entry.) | Allowable Use: Recommend to the Secretary of the Interior to withdraw from locatable mineral entry all developed recreational sites plus a 100-foot buffer. | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166211

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | North Fork Gunnison River, Gunnison River, and Dolores River, plus a 0.25-mile buffer each side of center. | | | |
| 373. | **Objective:** No similar objective | **Objective:** Ensure that visitors are not exposed to unhealthy or unsafe human-created conditions, and achieve a minimum level of conflict between recreation participants and between recreation and other resource uses. | | | |
| 374. | **Action:** Issue SRPs as a discretionary action to manage commercial, competitive, vending, special area use, organized groups, and event permits under the UFO Special Recreation Permit Policy and BLM Handbook H-2930-1, Recreation Permit Administration. | **Action:** Issue SRPs and competitive events as a discretionary action unless otherwise restricted.＊ Issue SRPs for a wide variety of uses that are consistent with resource/program objectives and within budgetary/workload constraints.＊ Prohibit vending permits outside of special events on BLM-administered lands.＊ Apply cost-recovery procedures for issuing SRPs, where appropriate. | | | |
| 375. | **Action:** Issue SRPs as a discretionary action to manage commercial, competitive, vending, special area use, organized groups, and event permits under | **Action:** Unless otherwise restricted through other RMP actions, same as Alternative A. Prohibit all competitive events in the following SRMAs:<br>● Burn Canyon | **Action:** Unless otherwise restricted through other RMP actions, same as Alternative A. | **Action:** Unless otherwise restricted through other RMP actions, same as Alternative A. Prohibit all competitive events in the following SRMAs:<br>● Dolores River Canyon | **Action:** Unless otherwise restricted through other RMP actions, issue SRPs as a discretionary action to manage commercial, competitive, vending, special area use, |

BLM_0166212

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | the UFO Special Recreation Permit Policy and BLM Handbook H-2930-1, Recreation Permit Administration. | ● Dolores River Canyon<br>● Dry Creek RMZs 1, 2, and 4<br>● Jumbo Mountain<br>● Kinikin Hills<br>● North Delta<br>● Paradox Valley RMZs 1 and 4<br>● Ridgway Trails<br>● Roubideau RMZs 1, 2, and 3<br>● San Miguel River<br>● Spring Creek RMZs 1 and 2<br><br>Prohibit motorized competitive events (allow nonmotorized competitive events) in the following SRMAs:<br>● Dry Creek RMZ 3<br>● Paradox Valley RMZs 2 and 3<br>● Roubideau RMZ 4<br>● Spring Creek RMZ 3 | | ● San Miguel River RMZs 2 and 3<br>Prohibit motorized competitive events (allow nonmotorized competitive events) in the following SRMAs:<br>● Dry Creek RMZ 4<br>● Jumbo Mountain RMZ 1<br>● Ridgway Trails RMZ 1<br>● Roubideau RMZs 1, 2, and 3<br>● San Miguel River RMZs 1 and 4<br>● Spring Creek RMZ 1<br><br>Prohibit motorized and mechanized competitive events (allow nonmotorized/ nonmechanized competitive events) in Spring Creek SRMA, RMZ 2. | organized groups, and event permits under current policies and BLM Handbook H-2931-1, Recreation Permit Administration.*<br><br>Prohibit all competitive events in the following SRMAs:*<br>● Dolores River Canyon Zone 1 and 2<br>● San Miguel River RMZs 2<br><br>Prohibit motorized competitive events (at the discretion of the BLM Authorized Officer, and allow for nonmotorized competitive events if compatible with experiences and benefits for SRMA) in the following SRMAs:*<br>● Ridgway Trails RMZ 1 and 2<br>● Roubideau RMZs 1, 2, and 3 |

BLM_0166213

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | • San Miguel River RMZs 1, 3, and 4<br>• Spring Creek RMZ 1 |
| 376. | **Action:**<br>No similar action in current RMPs, although organized group permits are required to be obtained by the organizer. Vehicle and participant, including spectator, limits are determined on a case-by-case basis. In the Dolores River Canyon SRMA, group size is limited to no more than 16 people. | **Action:**<br>Unless otherwise restricted or allowed through other RMP actions, require the organizer to obtain organized group permits for groups with or expecting 50 people, including spectators. Adjust numbers if monitoring indicates the need. An additional restriction for SRMAs is:<br>• Dolores River: No more than 12 people, including guides | **Action:**<br>Unless otherwise restricted or allowed through other RMP actions, require the organizer to obtain organized group permits for groups with or expecting more than 150 people, including spectators. Adjust numbers if monitoring indicates the need. | **Action:**<br>Unless otherwise restricted or allowed through other RMP actions, require the organizer to obtain organized group permits for groups with or expecting more than 16 people in a WSA, wilderness, or Tabeguache Area and groups with or expecting more than 75 people in all other areas. An additional restriction for SRMAs is:<br>• Dolores River: No more than 16 people, including guides. | **Action:**<br>Unless otherwise restricted or allowed through other RMP actions, require the organizer to obtain organized group permits for groups with 16 or more people in a WSA, wilderness, or Tabeguache Area, and groups with 75 or more people in all other areas*. An additional restriction for SRMAs is:<br>• Dolores River: Group size limit is 16 people, including guides.* |
| 377. | Allowable use:<br>Allow hunting in accordance with CPW regulations. | | | | |
| 378. | Allowable Use:<br>*Target Shooting.* Prohibit (close) target shooting in developed recreation sites (340 | Allowable use:<br>*Target Shooting.* The purpose of the limits and closures is for visitor and | Allowable use:<br>*Target Shooting.* The purpose of the closure is for visitor and public | Allowable use:<br>*Target Shooting.* The purpose of the limits and closures is for visitor and public safety and to | Allowable use:<br>*Target Shooting.* The purpose of the limits and closures is for visitor and public safety and to |

BLM_0166214

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | acres) (43 CFR, 8365.2-5; Figure 2-76, Appendix A). | public safety and to protect facilities from damage.<br><br>Allow hunting in accordance with CPW regulations.<br><br>Limit target shooting within the following areas:<br>● Do not target shoot towards an intended target that is located across a designated route (roads and designated trails).<br>● If within the range of the firearm, do not target shoot toward or in the direction of any developed recreation site.<br><br>Prohibit (close) target shooting in the following areas (248,170 acres) (Figure 2-77, Appendix A):<br>● Same as Alternative A, plus<br>  o Do not shoot within 0.25-mile of a | safety and to protect facilities from damage.<br><br>Allow hunting in accordance with CPW regulations.<br><br>Prohibit (close) target shooting in developed recreation sites (340 acres) (Figure 2-78, Appendix A). | protect facilities from damage.<br><br>Allow hunting in accordance with CPW regulations.<br><br>Limit target shooting within the following areas:<br>● If within the range of the firearm, do not target shoot toward or in the direction of any developed site or facility (e.g., recreation site, communication site, and power substation).<br>● Do not target shoot towards an intended target that is located across a designated route (roads and designated trails).<br><br>Prohibit (close) target shooting in the following areas: (49,370 acres) | protect facilities from damage.<br><br>Limit target shooting within the following areas:<br>● If within the range of the firearm, do not target shoot toward or in the direction of any developed site or facility (e.g., recreation site, communication site, and power substation).<br>● Do not target shoot towards an intended target that is located across a designated route (roads and designated trails).<br><br>Prohibit (close) target shooting in the following areas: (310 acres) (Figure 2-102, Appendix A):<br>● Do not shoot within 150 yards of any developed recreation site. |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166215

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | residence, occupied building, or developed site or facility (e.g., recreation sites, substations, power lines, and communication sites).<br>o Do not shoot at prairie dog colonies with burrowing owls.<br>o Do not shoot within lands managed to protect wilderness characteristics.<br>o Do not shoot within the following SRMAs:<br>  - Burn Canyon<br>  - Dolores River Canyon<br>  - Dry Creek<br>  - Jumbo Mountain<br>  - Kinikin Hills<br>  - North Delta<br>  - Paradox Valley RMZs 1 and 2<br>  - Ridgway Trails<br>  - Roubideau<br>  - San Miguel River<br>  - Spring Creek | | (Figure 2-79, Appendix A):<br>● Do not shoot within 150 yards of any developed recreation site.<br>● Do not shoot within 200 feet of a residence or occupied building.<br>● Do not shoot within the following ACECs:<br>  - San Miguel River<br>  - Paradox Rock Art<br>● Do not shoot within the following SRMAs:<br>  - Dry Creek RMZs 1, 2, and 4<br>  - Jumbo Mountain<br>  - Ridgway Trails<br>  - Roubideau RMZ 4<br>  - San Miguel River<br>  - Spring Creek RMZs 1 and 3 | |

BLM_0166216

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | o Do not shoot within the following ACECs:<br>　- Roubideau-Potter-Monitor<br>　- San Miguel River<br>　- Paradox Rock Art<br>o Do not shoot within the Tabeguache Area or WSAs. | | | |
| 379. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use:<br>The discharge of firearms for recreational target shooting is permitted on BLM-administered lands, considering areas with firearm use restrictions or closures, provided that the firearm is discharged toward a proper backstop sufficient to stop the projectile's forward progress beyond the intended target. Targets shall be constructed of wood, cardboard, and paper or similar unbreakable materials. Discharge of firearms at any appliance, television, object containing glass, or other target material that can shatter and cause a public safety hazard is prohibited. All shooting materials, including targets, shell boxes, shells, shell casings, and clay targets (e.g., trap and skeet), are considered litter and must be removed and properly disposed of. Refer to the *Extensive Recreation Management Area, Special Recreation Management Area,* and *Areas of Critical Environmental Concern* sections for firearm use restrictions within these areas. | | | Allowable Use:<br>The discharge of firearms for recreational target shooting is permitted on BLM-administered lands, considering areas with firearm use restrictions or closures, provided that the firearm is discharged toward a proper backstop sufficient to stop the projectile's forward progress beyond the intended target. Targets shall be constructed of wood, cardboard, and paper or similar unbreakable materials. Discharge of firearms at any appliance, television, |

BLM_0166217

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | object containing glass, or other target material that can shatter and cause a public safety hazard is prohibited. To reduce the probability of igniting a fire, avoid shooting any hard objects or against backstops surrounded by dry grass, especially with steel or copper ammunition. All shooting materials are considered litter and must be removed and properly disposed of. When fire danger is high, the BLM may issue public use closures and prevention measures that must be followed. |
| 380. | **Action:** No similar action in current RMPs. | **Action:** No similar action. (Designated shooting areas and ranges would not be allowed.) | **Action:** Allow designated shooting areas and ranges. | **Action:** Same as Alternative B. | **Action:** Same as Alternative A. |

BLM_0166218

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 381. | *SPECIAL RECREATION MANAGEMENT AREAS (SRMAs; Refer to Appendix J for details on settings and complete list of actions)* | | | | |
| 382. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage administratively designated areas (SRMAs) to provide for targeted recreation, experiences, and settings for personal, community, environmental, and economic activities. | | | |
| 383. | **Action:**<br>Manage 49,320 acres as SRMAs to provide targeted recreation opportunities, visitor experiences, and benefits. Investments in SRMAs include facilities, visitor management, interpretation and environmental education, and increased on-the-ground BLM presence for enhanced visitor services and resource protection (Figure 2-44, Appendix A; also refer to Appendix J, Description of Recreation Management Areas, for figures of each SRMA): | **Action:**<br>Manage 246,760 acres as SRMAs to provide recreation opportunities, experiences, and benefits listed below (Figure 2-45, Appendix A; also refer to Appendix J, Description of Recreation Management Areas, for settings and actions of each SRMA):<br>● Burn Canyon (9,160 acres)<br>● Dolores River Canyon (13,380 acres)<br>● Dry Creek (42,180 acres)<br>● Jumbo Mountain (5,020 acres)<br>● Kinikin Hills (11,320 acres)<br>● North Delta (8,520 acres)<br>● Paradox Valley (86,990 acres) | **Action:**<br>No similar action.<br>(Manage no areas as SRMAs; see ERMAs.) | **Action:**<br>Manage 124,400 acres as SRMAs to provide targeted recreation opportunities, experiences, and benefits listed below (Figure 2-47, Appendix A; also refer to Appendix J, Description of Recreation Management Areas, for settings and actions of each SRMA):<br>● Dolores River Canyon (13,380 acres)<br>● Dry Creek (42,180 acres)<br>● Jumbo Mountain (1,360 acres)<br>● Ridgway Trails (1,130 acres)<br>● Roubideau (25,350 acres)<br>● San Miguel River (36,020 acres) | **Action:**<br>Manage 122,130 acres as SRMAs to provide targeted recreation opportunities, experiences, and benefits listed below (Figure 2-97, Appendix A; also refer to Appendix J, Description of Recreation Management Areas, for settings and actions of each SRMA):<br>● Dolores River Canyon 13,410 acres)<br>● Dry Creek (42,180 acres)<br>● Jumbo Mountain (1,600 acres)<br>● Ridgway Trails (1,130 acres)<br>● Roubideau (25,350 acres)<br>● San Miguel River (29,530 acres) |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166219

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | ● Dolores River Canyon (13,380 acres)<br>● San Miguel River (35,940 acres)<br><br>Refer to Appendix J, Description of Recreation Management Areas. | ● Ridgway Trails (1,130 acres)<br>● Roubideau (25,350 acres)<br>● San Miguel River (36,020 acres)<br>● Spring Creek (4,980 acres)<br>● Youngs Peak (2,710)<br><br>Refer to Appendix J, Description of Recreation Management Areas. | | ● Spring Creek (4,980 acres)<br><br>Refer to Appendix J, Description of Recreation Management Areas. | ● Spring Creek (4,980 acres)<br>● North Delta (3,950 acres)<br><br>Refer to Appendix J, Description of Recreation Management Areas. |
| 384. | **Action:**<br>No similar action. | **Action:**<br>Within SRMAs, allow activities that benefit biological values (including fire) to support the management objectives of the overlying ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, and suitable WSR segments with a fish, wildlife, or vegetation ORV. | **Action:**<br>No similar action (there would be no SRMAs under this alternative). | **Action:**<br>Within SRMAs, allow activities that benefit biological values (including fire) to support the management objectives of the overlying ACECs, WSAs, lands managed to protect wilderness characteristics, ecological emphasis areas, areas with exemplary, ancient, or rare vegetation, and suitable WSR segments with a fish, wildlife, or vegetation ORV, if | **Action:**<br>Within SRMAs, allow activities that benefit biological values (including fire) if consistent with SRMA objectives in the long term. |

BLM_0166220

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | consistent with SRMA objectives in the long term. | |
| 385. | *Burn Canyon SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | | |
| 386. | **Objective:** No similar objective. | *Zone 1* **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in nonmotorized/ nonmechanized, quiet trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* Target the following Activities: *Horseback riding and hiking* Experiences *– Enjoying nature and escaping personal-social pressures.* Benefits *– Improve physical fitness and health maintenance; improve capacity for outdoor physical activity; develop a more outdoor-oriented lifestyle; improve* | **Objective:** *No similar objective (see Burn Canyon ERMA).* | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166221

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | appreciation of nature's splendor. | | | |
| 387. | *Objective:* No similar objective. | *Zone 2 Objective: Through the life of the plan, manage Zone 2 for visitors to engage in motorized and nonmotorized trail activities, including challenging natural surfaced disabled accessible trails with adaptive equipment so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* Target the following Activities: OHV use, mountain biking, and accessible trails through the use of current and emerging adaptive equipment. Experiences – Enjoying nature; being able to frequently participate in desired activities and settings; enjoying easy | *Objective:* No similar objective (See Burn Canyon ERMA). | | |

BLM_0166222

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 206 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | access to natural landscapes; gaining a greater sense of self-confidence; developing skills and abilities; and increasing quality of life.<br>*Benefits* – Improve local economic stability and physical fitness and health maintenance; enhanced quality of life; improve capacity for outdoor physical activity; improve outdoor knowledge and self-confidence; develop a more outdoor-oriented lifestyle; more positive contributions to local and regional economy; increased local tax revenue from visitors; increased local job opportunities; increased desirability as a place to live or retire; increased local tourism revenue; greater diversification of local job offerings; and improve appreciation of nature's splendor. | | | |

BLM_0166223

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 388. | **Objective:** No similar objective. | *Zone 3* **Objective:** *Through the life of the plan, manage Zone 3 for visitors to engage in backcountry activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*: Mountain biking, hiking, and horseback riding* <u>*Experiences*</u> *– Enjoying getting some needed physical rest; enjoying exploring; and feeling good about solitude.* <u>*Benefits*</u> *– Restore mind from unwanted stress; improve mental well-being; improve outdoor knowledge and self-confidence; improve appreciation of nature's splendor; and improve local economic stability.* | **Objective:** No similar objective (see Burn Canyon ERMA). | | |

BLM_0166224

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 389. | Dolores River Canyon SRMA (Refer to Appendix J for prescribed setting character conditions) | | | | |
| 390. | **Objective:** No similar objective. | Zone 1 **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in quiet water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Rafting, kayaking, fishing, educational programs, and hiking. *Experiences* – Being able to tell others about the trip; enjoying risk-taking adventure; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; escaping everyday responsibilities for a while; and just | **Objective:** No similar objective (see Dolores River Canyon ERMA). | Zone 1 **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in quiet water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* *Target the following Activities:* Rafting, kayaking, fishing, educational programs, and hiking. *Experiences* – Being able to tell others about the trip; enjoying risk-taking adventure; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; escaping everyday responsibilities for a | Zone 1 **Objective:** *Within 5 to 7 years of RMP approval, the mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1 = not at all, 2 = somewhat, 3 = moderate, 4 = complete/total realization attainment of the following experiences and benefits.* *The RMZ would provide opportunities primarily for visitors to engage in non-motorized water-based activity, challenging whitewater boating, and similar activities in a primitive backcountry setting.* *Target the following Activities:* Whitewater rafting, boating, fishing, and camping. *Experiences* – Opportunities to develop skills and |

BLM_0166225

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 209 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | knowing this attraction is here. *Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater awareness of outdoor ethics (e.g., "leave no trace"); a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater freedom from urban living; restored body from fatigue; enhanced lifestyle; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | | while; and just knowing this attraction is here. *Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater awareness of outdoor ethics (e.g., "leave no trace"); a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater freedom from urban living; restored body from fatigue; enhanced lifestyle; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | abilities, enjoy strenuous outdoor physical exercise, and gain a greater sense of self-confidence. These opportunities help produce desired outcomes such as improved health and self-confidence, stronger family connections, and stewardship of private and public lands. *Benefits* – Personal: Improved skills and abilities, greater competence, greater confidence, improved cardiovascular and muscle strength, improved capacity for outdoor physical activity, improved understanding of our community's dependence and impact on public lands and adjoining private lands. *Community/Social*: Enhanced outdoor-oriented lifestyle. |

BLM_0166226

## Table T-1
## Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| | | | | | bonding with friends and family, opportunity to contribute to stewardship efforts that benefit society. Environmental: Improved stewardship of public and privately owned lands. Economic: Reduced health maintenance costs, economic activity from visitor purchases. |
| 391. | Objective: No similar objective. | Zone 2 Objective: Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized, quiet trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized): Target the following Activities: Hiking and backpacking. Experiences – Developing skills and abilities; enjoying | Objective: No similar objective (see Dolores River Canyon ERMA). | Zone 2 Objective: Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized, quiet trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized): Target the following Activities: Hiking and backpacking. Experiences – Developing skills and abilities; | Zone 2 Objective: Within 5 to 7 years of RMP approval, the mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1 = not at all, 2 = somewhat, 3 = moderate, 4 = complete/total realization) attainment of the following experiences and benefits: The RMZ would provide opportunities to experience spectacular natural scenery, camping, and other quiet use activities in |

BLM_0166227

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | exploring; enjoying risk-taking adventure; learning more about things here; savoring the total sensory experience of a natural landscape; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; and just knowing this attraction is here.<br>*Benefits* – Improved mental well-being; greater self-reliance; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; enhanced sense of personal freedom; greater sense of adventure; improved appreciation of nature's splendor; greater freedom from urban living; restored body from fatigue; lifestyle improvement or | | enjoying going exploring; enjoying risk-taking adventure; learning more about things here; savoring the total sensory experience of a natural landscape; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; and just knowing this attraction is here.<br>*Benefits* – Improved mental well-being; greater skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; enhanced sense of personal freedom; greater sense of adventure; improved appreciation of nature's splendor; greater freedom from urban living; restored body | a Middle to Front Country setting. Target the following Activities: Boating, camping, and educational programs. Experiences – Opportunities to enjoy high-quality canyon landscapes, learning more about things here; greater sensitivity to and awareness of natural beauty, and enjoy exploring. Benefits – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater awareness of outdoor ethics (e.g., "leave no trace"); improved appreciation of nature's splendor; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes |

BLM_0166228

Case No. 1:20-cv-02484-MSK   Document 77-12   filed 04/29/21   USDC Colorado   pg 212 of 214

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | maintenance; enhanced lifestyle; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | | from fatigue; lifestyle improvement or maintenance; enhanced lifestyle; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | |
| 392. | **Objective:**<br>*No similar objective* | | | | *Zone 3:*<br>*Within 5 to 7 years of RMP approval, the mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1 = not at all, 2 = somewhat, 3 = moderate, 4 = complete/total realization) attainment of the following experiences and benefits. The RMZ would provide opportunities to experience spectacular natural scenery, camping, and other quiet use activities in a Middle to Front Country setting.*<br>*Target the following Activities:* |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166229

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | Boating, camping, and educational programs. *Experiences* – Opportunities to enjoy high-quality canyon landscapes, learning more about things here. These opportunities help produce desired outcomes such as greater sensitivity to and awareness of natural beauty, and enjoy exploring. *Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater awareness of outdoor ethics (e.g., "leave no trace"); improved appreciation of nature's splendor; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes |

BLM_0166230

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 393. | *Dry Creek SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | | |
| 394. | **Objective:**<br>No similar objective, | Zone 1 **Objective:**<br>*Through the life of the plan, manage Zone 1 for visitors to engage in motorized and mechanized technical riding activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcome (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Rock Crawling and Trials Bike Riding<br>*Experiences* – Developing skills and abilities; being able to tell others about the trip; enjoying risk-taking adventure; talking to others about equipment; relishing group affiliation and togetherness; enjoying meeting new people with similar interests; having easy access to natural | **Objective:**<br>No similar objective (see Dry Creek ERMA). | Zone 1 **Objective:**<br>*Through the life of the plan, manage Zone 1 for visitors to engage in motorized and mechanized technical riding activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Rock Crawling and Trials Bike Riding<br>*Experiences* – Developing skills and abilities; being able to tell others about the trip; enjoying risk-taking adventure; talking to others about equipment; relishing group affiliation and togetherness; enjoying meeting new people with similar interests; enjoying easy access to natural | Zone 1 **Objective:**<br>*Through the life of the plan, manage Zone 1 for visitors to engage in motorized and mechanized technical riding activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Rock Crawling and Trials Bike Riding<br>*Experiences* – Developing skills and abilities; being able to tell others about the trip; enjoying risk-taking adventure; talking to others about equipment; relishing group affiliation and togetherness; enjoying meeting new people with similar interests; and |

BLM_0166231