**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | landscapes; escaping everyday responsibilities for a while; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater sense of adventure; improved understanding of the community's dependence and impact on public lands; improved physical capacity to do favorite recreation activities; enhanced quality of life; positive contributions to local/regional economic stability; increased local tourism revenue; and greater retention of | | landscapes; escaping everyday responsibilities for a while; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater sense of adventure; improved understanding of the community's dependence and impact on public lands; improved physical capacity to do favorite recreation activities; enhanced quality of life; positive contributions to local/regional economic stability; increased local tourism revenue; and greater retention of | enjoying easy access to natural landscapes. *Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater sense of adventure; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; positive contributions to local/regional economic stability; and increased local tourism revenue. |

BLM_0166232

## Table T-1
### Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| | | distinctive natural landscape features. | | distinctive natural landscape features. | |
| 395. | **Objective:** No similar objective. | Zone 2 **Objective:** Through the life of the plan, manage Zone 2 for visitors to engage in rock climbing and observing natural landscapes activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized): _Target the following Activities_: Rock climbing for beginners, overlook viewing, and picnicking. _Experiences_ – Developing skills and abilities; gaining a greater sense of self-confidence; enjoying risk-taking adventure; relishing group affiliation and togetherness; enjoying meeting new people with similar interests; enjoying easy access to natural | **Objective:** No similar objective (see Dry Creek ERMA). | Zone 2 **Objective:** Through the life of the plan, manage Zone 2 for visitors to engage in rock climbing and observing natural landscapes activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized): _Target the following Activities_: Rock climbing for beginners, overlook viewing, and picnicking. _Experiences_ – Developing skills and abilities; gaining a greater sense of self-confidence; enjoying risk-taking adventure; relishing group affiliation and togetherness; enjoying meeting new people with similar interests; enjoying easy access to natural | Zone 2 **Objective:** Through the life of the plan, manage Zone 2 for visitors to engage in rock climbing and observing natural landscapes activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized): _Target the following Activities_: Rock climbing for beginners, overlook viewing, and picnicking. _Experiences_ – Developing skills and abilities; gaining a greater sense of self-confidence; enjoying risk-taking adventure; relishing group affiliation and togetherness; enjoying easy access to natural landscapes; |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166233

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

## Table T-1
## Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | landscapes; escaping everyday responsibilities for a while; enjoying getting some needed physical exercise; enjoying access to close-to-home outdoor amenities; just knowing this attraction is here.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity awareness of outdoor aesthetics; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the community's dependence | | landscapes; escaping everyday responsibilities for a while; enjoying getting some needed physical exercise; enjoying access to close-to-home outdoor amenities; just knowing this attraction is here.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity awareness of outdoor aesthetics; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the community's dependence | enjoying getting some needed physical exercise; and enjoying access to close-to-home outdoor amenities.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; and improved local economic stability. |

BLM_0166234

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | and impact on public lands; enhanced quality of life; improved local economic stability; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | | and impact on public lands; enhanced quality of life; improved local economic stability; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | |
| 396. | **Objective:** No similar objective. | **Zone 3 Objective:** *Through the life of the plan, manage Zone 3 for visitors to engage in wide variety of recreational activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* Target the following Activities: OHV riding, mountain biking, hiking, and horseback riding. Experiences – Enjoying exploring; learning more about things here; | **Objective:** No similar objective (see Dry Creek ERMA). | **Zone 3 Objective:** *Through the life of the plan, manage Zone 3 for visitors to engage in wide variety of recreational activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* Target the following Activities: OHV riding, mountain biking, hiking, and horseback riding. Experiences – Enjoying exploring; learning more | **Zone 3 Objective:** *Through the life of the plan, manage Zone 3 for visitors to engage in quality multi-use trail riding opportunities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* Target the following Activities: OHV use, mountain biking, hiking, and horseback riding. Experiences – Enjoying exploring; enjoying |

BLM_0166235

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | enjoying easy access to natural landscapes; enjoying a wide variety of environments within a recreation area; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; just knowing this attraction is here; and encouraging visitors to help safeguard lifestyle and quality of life. Benefits – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the community's dependence and impact on public lands; improved physical | | about things here; enjoying easy access to natural landscapes; enjoying a wide variety of environments within a recreation area; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; just knowing this attraction is here; and encouraging visitors to help safeguard lifestyle and quality of life. Benefits – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the community's dependence and impact on public | access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; just knowing this attraction is here; and encouraging visitors to help safeguard lifestyle and quality of life. Benefits – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; and increased awareness and |

BLM_0166236

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; positive contributions to local/regional economic stability; and increased awareness and protection of natural landscapes. | | lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; positive contributions to local/regional economic stability; and increased awareness and protection of natural landscapes. | protection of natural landscapes. |
| 397. | **Objective:** No similar objective. | **Zone 4 Objective:** *Through the life of the plan, manage Zone 4 for visitors of all abilities to engage in close to town nonmotorized activities, including natural surfaced, disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>: | **Objective:** No similar objective (see Dry Creek ERMA). | **Zone 4 Objective:** *Through the life of the plan, manage Zone 4 for visitors of all abilities to engage in close to town nonmotorized activities, including natural surfaced, disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>: Mountain biking, running, hiking, horseback riding, and accessible trails through the use of current and emerging adaptive equipment. <u>*Experiences*</u> – Developing skills and abilities; enjoying going exploring; learning more about things here; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities and | |

BLM_0166237

**Table T-I**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | Mountain biking, running, hiking, horseback riding, and accessible trails through the use of current and emerging adaptive equipment. *Experiences* – Developing skills and abilities; enjoying going exploring; learning more about things here; enjoying access to hands-on environmental learning; enjoying learning outdoor ethics; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying a wide variety of environments within a single park or recreation area; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; escaping everyday responsibilities for a while; increasing the quality of | | settings; escaping everyday responsibilities for a while; and increasing the quality of life *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment, a more outdoor-oriented lifestyle, greater opportunity for people with different skills to exercise in the same place, enhanced quality of life, and improved economic stability. | |

BLM_0166238

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred in Draft RMP_ | Alternative E _Agency Proposed_ |
|---|---|---|---|---|---|
| | | life; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. _Target the following Activities_: Hunting, hiking, and horseback riding, attraction is being used and enjoyed. _Benefits_ – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the | | | |

_Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement_

BLM_0166239

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | community's dependence and impact on public lands; greater opportunity for people with different skills to exercise in the same place; lifestyle improvement or maintenance; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | | | |
| 398. | **Objective:**<br>*No similar objective.* | | | | Zone 5 **Objective:**<br>*Through the life of the plan, manage Zone 5 for visitors to engage in hunting and canyon viewing in a natural appearing setting through minimal quality trail activities so that they report an average 4.0 realization of the following targeted* |

BLM_0166240

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | *experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized). Target the following Activities:* Hunting and scenic viewing. *Experiences* – Enjoying going exploring; developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more |

BLM_0166241

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; increased desirability as a place to live or retire; and increased awareness and protection of natural landscapes. |
| 399. | Jumbo Mountain SRMA (Refer to Appendix J for prescribed setting character conditions) | | | | |
| 400. | **Objective:** No similar objective. | Zone 1 **Objective:** Through the life of the plan, manage Zone 1 for visitors to engage in day use, stacked loop, nonmotorized trail activities, including challenging natural surfaced disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a | **Objective:** No similar objective (see Jumbo Mountain ERMA). | Zone 1 **Objective:** Through the life of the plan, manage Zone 1 for visitors to engage in day use stacked loop nonmotorized trail activities including challenging natural surfaced disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a | Zone 1 **Objective:** Through the life of the plan, manage Zone 1 for visitors to engage in day-use stacked loop family friendly (easy) single track trail activities including challenging natural surfaced disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and |

BLM_0166242

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

### Table T-1
### Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | *probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Day use mountain biking, horseback riding, running, hiking, and accessible trails through the use of current and emerging adaptive equipment.<br>*Experiences* – Developing skills and abilities; enjoying meeting new people with similar interests; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental | | *probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Day use mountain biking, horseback riding, running, hiking, and accessible trails through the use of current and emerging adaptive equipment.<br>*Experiences* – Developing skills and abilities; enjoying meeting new people with similar interests; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; | *benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Day use mountain biking, running, hiking, and accessible trails through the use of current and emerging adaptive equipment and educational programs.<br>*Experiences* – Developing skills and abilities; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; releasing or reducing |

BLM_0166243

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

## Table T-1
## Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A<br>Current Management<br>(No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred in<br>Draft RMP | Alternative E<br>Agency Proposed |
|---|---|---|---|---|---|
| | | tensions; escaping everyday responsibilities for a while; increasing/maintaining the quality of life here; feeling that this community is a special place to live; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. _Benefits_ – Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater awareness that this community is a special place; improved understanding of the | | releasing or reducing some built-up mental tensions; escaping everyday responsibilities for a while; increasing/maintaining the quality of life here; feeling that this community is a special place to live; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. _Benefits_ – Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater awareness that this | some built-up mental tensions; escaping everyday responsibilities for a while; and increasing/maintaining the quality of life here _Benefits_ – Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; improved understanding of the community's dependence and impact on public lands; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; |

BLM_0166244

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

Table T-1
Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | community's dependence and impact on public lands; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | | community is a special place; improved understanding of the community's dependence and impact on public lands; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; and increased desirability as a place to live or retire. |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166245

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

### Table T-1
### Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 401. | **Objective:** No similar objective. | Zone 2 **Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in motorized and mechanized trail riding so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>Target the following Activities</u>: OHV use, mountain biking, hunting, and backpacking <u>Experiences</u> – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; escaping | **Objective:** No similar objective (see Jumbo Mountain ERMA). | Zone 2 **Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in motorized and mechanized trail riding so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>Target the following Activities</u>: Motorcycle riding, mountain biking, hunting, and backpacking <u>Experiences</u> – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; escaping | Zone 2 **Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in day-use stacked loop technical (intermediate to difficult) single track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>Target the following Activities</u>: Day-use mountain biking, running, and hiking. <u>Experiences</u> – Developing skills and abilities; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; escaping everyday responsibilities |

BLM_0166246

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | everyday responsibilities for a while; increasing/maintaining the quality of life here; feeling that this community is a special place to live; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; improved understanding of the community's dependence and impact on | | everyday responsibilities for a while; increasing/maintaining the quality of life here; feeling that this community is a special place to live; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; improved understanding of the community's dependence | for a while; and increasing/maintaining the quality of life here. *Benefits* – Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; enhanced lifestyle; improved local economic stability; and positive contributions to local/regional economic stability. |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166247

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | public lands; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; enhanced lifestyle; improved local economic stability; positive contributions to local/regional economic stability; and increased awareness and protection of natural landscapes. | | and impact on public lands; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; enhanced lifestyle; improved local economic stability; positive contributions to local/regional economic stability; and increased awareness and protection of natural landscapes. | |
| 402. | *Kinikin Hills SRMA (Refer to Appendix J for prescribed setting character conditions* | | | | |
| 403. | ***Objective:***<br>*No similar objective.* | ***Zone 1 Objective:***<br>*Through the life of the plan, manage Zone 1 for visitors to engage in day use nonmotorized/ nonmechanized single-track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* | ***Objective:***<br>*No similar objective (see Kinikin Hills ERMA).* | | |

BLM_0166248

Case No. 1:20-cv-02484-MSK   Document 77-13   filed 04/29/21   USDC Colorado   pg 18 of 36

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| | | *Target the following Activities*: Day use horseback riding, running, and hiking. *Experiences* – Learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying teaching others about the outdoors; and feeling good about how natural resources and facilities are being managed. *Benefits* – Improved outdoor knowledge; increased quality of life; greater sensitivity awareness of outdoor aesthetics; enhanced awareness and understanding of nature; enlarged sense of personal accountability for acting responsibly on public lands; improved appreciation of nature's splendor; greater personal | | | |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | enrichment through involvement with other people; greater cultivation of natural resource stewardship ethic; greater protection of plant habitat from growth, development, and public use impacts; and increased awareness and protection of natural landscapes. | | | |
| 404. | *Objective:* No similar objective. | *Zone 2 Objective: Through the life of the plan, manage Zone 2 for visitors to engage in day use nonmotorized stacked loop single-track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* Target the following Activities: Day use mountain biking, running, hiking, and horseback riding.* | *Objective: No similar objective (see Kinikin Hills ERMA).* | | |

BLM_0166250

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | *Experiences* – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; increasing/maintaining quality of life; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation | | | |

BLM_0166251

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | and tourism to the community; enlarged understanding of the responsibility to help care for this community and keep it clean; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; improved physical capacity to do favorite recreation activities; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved | | | |

BLM_0166252

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred in Draft RMP_ | Alternative E _Agency Proposed_ |
|---|---|---|---|---|---|
| | | respect for privately owned lands; and reduced negative human impacts, such as litter, vegetative trampling, and unplanned trails. | | | |
| 405. | **Objective:** _No similar objective._ | _Zone 3_ **Objective:** _Through the life of the plan, manage Zone 3 for visitors to engage in a variety of day use motorized and mechanized trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):_ <u>Target the following Activities</u>: Day use OHV riding and mountain biking. <u>Experiences</u> – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying being able to frequently participate in desired | **Objective:** _No similar objective (see Kinikin Hills ERMA)._ | | |

BLM_0166253

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | activities and settings; escaping everyday responsibilities for a while; just knowing this attraction is here; increasing/maintaining quality of life; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater understanding of the importance of recreation and tourism to the community; enlarged sense of personal accountability for acting responsibly on public lands; enlarged understanding of my responsibility to help care for this community and keep it clean; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater respect for private | | | |

BLM_0166254

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | property and local lifestyles; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; increased desirability as a place to live or retire; improved respect for privately owned lands; and reduced negative human impacts, such as litter, vegetative trampling, and unplanned trails. | | | |
| 406. | North Delta SRMA (Refer to Appendix J for prescribed setting character conditions) | | | | |
| 407. | **Objective:** No similar objective. | Zone 1 **Objective:** Through the life of the plan, manage Zone 1 for visitors to engage in day use nonmotorized/ nonmechanized single-track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized): | **Objective:** No similar objective (see North Delta ERMA). | | Zone 1 **Objective:** Through the life of the plan, manage North Delta SRMA for visitors to engage in motorized activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized): |

BLM_0166255

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | *Target the following Activities:*<br>Day use hiking, running, and horseback riding<br>*Experiences* – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; increasing/maintaining quality of life; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved appreciation of nature's splendor; greater awareness that this community is a special place; greater respect for private property and local | | | *Target the following Activities:*<br>OHV use and educational trainings and programs<br>*Experiences* – Talking to others about equipment; relishing group affiliation and togetherness; enjoying learning ethical and proper riding skills; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; escaping everyday responsibilities for a while; just knowing this attraction is here; safeguarding the lifestyle and quality of life.<br>*Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater understanding of the importance of recreation and tourism |

BLM_0166256

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | lifestyles; improved understanding of how this community's dependence and impact on public lands; improved physical fitness and health maintenance; enhance quality of life; improved local economic stability; positive contributions to local/regional economic stability; improved respect for privately owned lands; and reduced negative human impacts such as litter, vegetative trampling, and unplanned trails. | | | to the community; a more outdoor-oriented lifestyle; greater opportunity for people with different skills to enjoy the same place; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; greater community ownership and stewardship of recreation and natural resources. |
| 408. | **Objective:** No similar objective. | Zone 2 **Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in motorized single and two-track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* | **Objective:** *Same as Alternative A.* | | |

BLM_0166257

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | *Target the following Activities:* *Utility terrain vehicles and all-terrain vehicles (ATVs) (50 inches or less), motorcycles, and educational trainings and programs.* <u>Experiences</u> – Talking to others about equipment; relishing group affiliation and togetherness; enjoying learning ethical and proper riding skills; enjoying easy access to natural landscapes; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; escaping everyday responsibilities for a while; just knowing this attraction is here; appreciating personal interaction with visitors; safeguarding the lifestyle and quality of life; increasing/ maintaining the quality of life; and feeling | | | |

BLM_0166258

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | good about how this attraction is being used and enjoyed. *Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; enhanced awareness and understanding of nature; greater understanding of the importance of recreation and tourism to the community; enlarged sense of personal accountability for acting responsibly on public lands; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved understanding of the community's dependence and impact on public lands; greater opportunity for people with different skills to enjoy the same place; enhanced quality of life; improved local economic stability; | | | |

BLM_0166259

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | positive contributions to local/regional economic stability; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately owned lands; increased awareness and protection of natural landscapes; and reduced negative human impacts, such as litter, vegetative trampling, and unplanned trails. | | | |
| 409. | *Paradox Valley SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | | |
| 410. | **Objective:** *No similar objective.* | *Zone 1* **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in water-based and scenic/historical touring activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* | **Objective:** *No similar objective (see Paradox Valley ERMA).* | | |

BLM_0166260

Case No. 1:20-cv-02484-MSK   Document 77-13   filed 04/29/21   USDC Colorado   pg 30 of 36

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | *Target the following Activities*:<br>*Scenic/historical road touring and river running activities.*<br>*Experiences* – Being able to tell others about the trip; enjoying exploring; relishing group affiliation and togetherness; learning more about things here; enjoying access to environmental learning; enjoying some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; enjoying telling visitors what makes this a special place; and feeling good about how this attraction is being used and enjoyed.<br>*Benefits* – Restored mind from unwanted stress; improved outdoor knowledge and self-confidence; enhanced awareness and understanding of nature; | | | |

BLM_0166261

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | greater understanding of the importance of recreation and tourism to the community; improved appreciation of nature's splendor; greater personal enrichment through involvement with other people; increased appreciation of area's cultural history; greater awareness that this community is a special place; an improved stewardship ethic; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; more positive contributions to local/regional economy; increased local tourism revenue; greater retention of distinctive natural landscape features; greater protection of area historic structures and archaeological sites; and increased awareness and | | | |

BLM_0166262

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | protection of natural landscapes. | | | |
| 411. | *Objective:*<br>No similar objective. | *Zone 2 Objective:*<br>*Through the life of the plan, manage Zone 2 for visitors to engage in rock climbing and observing natural landscapes activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:*<br>Rock climbing, camping, and educational/training programs.<br>*Experiences* – Developing skills and abilities; being able to tell others about the trip; enjoying risk-taking adventure; enjoying access to environmental learning; relishing group affiliation and togetherness; enjoying getting some needed | *Objective:*<br>No similar objective (see Paradox Valley ERMA). | | |

BLM_0166263

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | physical exercise; escaping everyday responsibilities for a while; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater personal enrichment through involvement with other people; improved physical fitness and health maintenance; improved group cooperation; enhanced quality of life; more positive contributions to local/regional economy; increased local tourism revenue; greater community ownership and stewardship of park, | | | |

BLM_0166264

Case No. 1:20-cv-02484-MSK   Document 77-13   filed 04/29/21   USDC Colorado   pg 34 of 36

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | recreation, and natural resources; and increased awareness and protection of natural landscapes. | | | |
| 412. | **Objective:** No similar objective. | **Zone 3 Objective:** *Through the life of the plan, manage Zone 3 for visitors to engage in a wide variety of motorized and nonmotorized activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*:* OHV riding, mountain biking, and dispersed camping. <u>Experiences</u> – Developing skills and abilities; enjoying exploring; enjoying some needed physical rest; releasing or reducing some built-up mental tensions; escaping | **Objective:** *No similar objective (see Paradox Valley ERMA).* | | |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | everyday responsibilities for a while; enjoying an escape from crowds of people; just knowing this attraction is here; and feeling good about how natural resources and facilities are being managed.<br>_Benefits_ – Improved mental well-being; improved skills for outdoor enjoyment; greater sensitivity to and awareness of outdoor aesthetics; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; enhanced quality of life; more positive contributions to local/regional economy; increased local tourism revenue; greater retention | | | |

BLM_0166266

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | of distinctive natural landscape features; and increased awareness and protection of natural landscapes. | | | |
| 413. | *Objective:* No similar objective. | *Zone 4 Objective:* Through the life of the plan, manage Zone 4 for visitors to engage in quiet nonmotorized/ nonmechanized activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized): <u>Target the following</u> <u>Activities:</u> Backcountry educational programs, backcountry hiking/ backpacking and horseback riding. <u>Experiences</u> – Being able to tell others about the trip; enjoying exploring; learning more about things here; savoring the total | *Objective:* No similar objective (see Paradox Valley ERMA). | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166267