**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| | | sensory—sight, sound, and smell—experience of a natural landscape; enjoying some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. <br> _Benefits_ – Improved mental well-being; improved skills for outdoor enjoyment; greater sensitivity to and awareness of outdoor aesthetics; enhanced awareness and understanding of nature; enlarged sense of personal accountability for acting responsibly on public lands; a more outdoor- | | | |

BLM_0166268

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater freedom from urban living; greater cultivation of natural resource stewardship ethic; improved physical fitness and health maintenance; enhanced quality of life; reduced wildlife disturbance from recreation facility development; reduced wildlife harassment by recreation users; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; increased awareness and protection of natural landscapes; and reduced negative human impacts, such as litter, vegetative trampling, and unplanned trails. | | | |

BLM_0166269

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 414. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NGD-25: *SRMAs.* Prohibit surface-disturbing activities within RMZ 4 of Paradox Valley SRMA. (Refer to Appendix B; Figure 2-29, Appendix A.) | Allowable Use: No similar allowable use *(see Paradox Valley ERMA).* | | |
| 415. | *Ridgway Trails SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | | |
| 416. | **Objective:** *No similar objective.* | *Zone I* **Objective:** *Through the life of the plan, manage Zone I for visitors of all abilities to engage in day use nonmotorized and educational activities, including disabled accessible trails, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where I=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>: Day use outdoor living classroom, biking, horseback riding, | **Objective:** *No similar objective (see Ridgway Trails ERMA).* | *Zone I* **Objective:** *Through the life of the plan, manage Zone I for visitors of all abilities to engage in day use nonmotorized and educational activities, including disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where I=not at all realized to 5=totally realized):* *Target the following Activities:* *Day use outdoor living classroom, biking, horseback riding, accessible trails, running, and hiking.* | *Zone I* **Objective:** *Through the life of the plan, manage Zone I for visitors of all abilities to engage in day use nonmotorized and educational activities, including disabled accessible trails, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where I=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>: Day use outdoor living classroom, biking, |

BLM_0166270

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

## Table T-1
## Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | accessible trails, running, and hiking. *Experiences* – Enjoying meeting new people with similar interests; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; enhanced awareness and understanding of nature; | | *Experiences* – Enjoying meeting new people with similar interests; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; enhanced awareness and understanding of nature; greater environmental awareness and sensitivity; a more outdoor-oriented lifestyle; improved | accessible trails, running, and hiking. *Experiences* – Enjoying meeting new people with similar interests; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in desired settings; and releasing or reducing some built-up mental tensions. *Benefits* – Improved mental well-being; enhanced awareness and understanding of nature; greater environmental awareness and sensitivity; a more outdoor-oriented |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166271

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| | | greater environmental awareness and sensitivity; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased | | appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | lifestyle; greater cultivation of a natural resource stewardship ethic; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; and increased local tourism revenue. |

BLM_0166272

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

### Table T-1
### Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | awareness and protection of natural landscapes. | | | |
| 417. | **Objective:** No similar objective. | *Objective: Through the life of the plan, manage Zone 2 for visitors to engage in day use, stacked loop, nonmotorized, trail activities, including challenging, natural surfaced, disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>Target the following Activities</u>: Day use mountain biking, horseback riding, running, hiking, and accessible trails through the use of current and emerging adaptive equipment. <u>Experiences</u> – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying some | *Objective:* No similar objective (see Ridgway Trails ERMA). | Zone 2 **Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in day use, stacked loop, nonmotorized, trail activities, including challenging, natural surfaced, disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>Target the following Activities</u>: Day use mountain biking, horseback riding, running, hiking, and accessible trails through the use of current and emerging adaptive equipment. <u>Experiences</u> – Developing skills and abilities; enjoying easy access to natural landscapes; | Zone 2 **Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in day use, stacked loop, <u>single-track</u> trail activities, including challenging, natural surfaced, disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>Target the following Activities</u>: Day use mountain biking, running, and hiking. <u>Experiences</u> – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in |

BLM_0166273

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

## Table T-1
### Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; increasing/ maintaining quality of life; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public | | enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; increasing/maintaining quality of life; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community | desired activities in desired settings; increasing/maintaining quality of life; releasing or reducing some built-up mental tensions. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, |

BLM_0166274

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | lands; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | | dependency on public lands; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. | recreation, and natural resources. |
| 418. | *Roubideau SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | | |
| 419. | **Objective:** No similar objective. | *Zone 1* **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in nonmotorized/ nonmechanized backcountry activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* | **Objective:** No similar objective (see Roubideau ERMA). | *Zone 1* **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in nonmotorized/ nonmechanized backcountry activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* | *Zone 1* **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in nonmotorized/ nonmechanized backcountry activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where* |

BLM_0166275

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

### Table T-1
### Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | *Target the following Activities:* Backcountry educational programs, backcountry hiking/ backpacking and horseback riding. *Experiences* – Gaining a greater sense of self-confidence; being able to tell others about the trip; enjoying going exploring; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; increasing/ maintaining quality of life; knowing that things are not going to change too much; and feeling good about how natural | | *Target the following Activities:* Backcountry educational programs, backcountry hiking/ backpacking and horseback riding. *Experiences* – Gaining a greater sense of self-confidence; being able to tell others about the trip; enjoying going exploring; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; increasing/ maintaining quality of life; knowing that things are not going to change too much; and | 1=not at all realized to 5=totally realized): *Target the following Activities:* Backcountry educational programs, backcountry hiking/ backpacking, hunting, and horseback riding. *Experiences* – Gaining a greater sense of self-confidence; enjoying going exploring; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; feeling good about solitude; enjoying an escape from crowds of people; increasing/ maintaining quality of life; knowing that things are not going to change too much; and enjoy being able to participate in traditional use |

BLM_0166276

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | resources and facilities are being managed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility | | feeling good about how natural resources and facilities are being managed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from | opportunities in desired settings. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility development; increased awareness and protection of natural |

BLM_0166277

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | **Alternative C** | **Alternative D** *Agency Preferred in Draft RMP* | **Alternative E** *Agency Proposed* |
|---|---|---|---|---|---|
| | | development; increased awareness and protection of natural landscapes; and greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts. | | recreation facility development; increased awareness and protection of natural landscapes; and greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts. | landscapes; and greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts. |
| 420. | **Objective:** No similar objective. | *Zone 2* **Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*:* Horseback riding, day use hiking, and overnight backpacking. <u>*Experiences*</u> *– Gaining a greater sense of self-confidence; developing* | **Objective:** No similar objective (see Roubideau ERMA). | *Zone 2* **Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*:* Horseback riding, day use hiking, and overnight backpacking. <u>*Experiences*</u> *– Gaining a greater sense of self-confidence; developing* | *Zone 2* **Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*:* Horseback riding, day use hiking, and overnight backpacking. <u>*Experiences*</u> *– Gaining a greater sense of self-* |

BLM_0166278

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | skills and abilities; enjoying exploring; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor | | skills and abilities; enjoying exploring; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; releasing or reducing some built-up mental tensions; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater | confidence; developing skills and abilities; enjoying exploring; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; feeling good about solitude; enjoying an escape from crowds of people; and enjoy being able to participate in traditional use opportunities in desired settings. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved |

BLM_0166279

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | aesthetics; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; enhanced quality of life; increased desirability as a place to live or retire; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility development; greater awareness that this community is a special place; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; and increased awareness and protection of natural landscapes. | | sensitivity to and awareness of outdoor aesthetics; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; enhanced quality of life; increased desirability as a place to live or retire; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility development; greater awareness that this community is a special place; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; and increased awareness and | physical fitness and health maintenance; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility development; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts. |

BLM_0166280

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | protection of natural landscapes. | |
| 421. | **Objective:** No similar objective. | **Zone 3 Objective:** *Through the life of the plan, manage Zone 3 for visitors to engage in quiet use nonmotorized recreation, with the exception of a few existing motorized trails, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>: Hunting, scenic viewing, and horseback riding. <u>*Experiences*</u> – Being able to tell others about the trip; enjoying exploring; enjoying some needed physical rest; releasing or reducing some built-up mental tensions; and feeling good about how | **Objective:** No similar objective (see Roubideau ERMA). | **Zone 3 Objective:** *Through the life of the plan, manage Zone 3 for visitors to engage in quiet use nonmotorized recreation, with the exception of a few existing motorized trails, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>: Hunting, scenic viewing, and horseback riding. <u>*Experiences*</u> – Being able to tell others about the trip; enjoying exploring; enjoying some needed physical rest; releasing or reducing some built-up mental tensions; and feeling good about how | **Zone 3 Objective:** *Through the life of the plan, manage Zone 3 for visitors to engage in quiet use nonmotorized recreation, with the exception of a few existing motorized trails, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>: Hunting, scenic viewing, and horseback riding. <u>*Experiences*</u> –Enjoying exploring; developing skills and abilities, and enjoy being able to participate in traditional use opportunities in desired settings. <u>*Benefits*</u> – Improved mental well-being; |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166281

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; and increased awareness and protection of natural landscapes. | | this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; and increased awareness and protection of natural landscapes. | improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; enhanced quality of life; more positive contributions to local/regional economy. |
| 422. | **Objective:** *No similar objective.* | **Zone 4 Objective:** *Through the life of the plan, manage Zone 4 for visitors to engage in canyon overlook activities so that they report* | **Objective:** *No similar objective (see Roubideau ERMA).* | **Zone 4 Objective:** *Through the life of the plan, manage Zone 4 for visitors to engage in canyon overlook activities so that* | **Zone 4 Objective:** *Through the life of the plan, manage Zone 4 for visitors to engage in canyon viewing activities so that* |

BLM_0166282

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

## Table T-1
## Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | *an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>Target the following Activities</u>: Motorized and nonmotorized scenic viewing, camping, and environmental learning. <u>Experiences</u> – Being able to tell others about the trip; enjoying exploring; enjoying some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; feeling good about how this attraction is being used and enjoyed; learning more about things here; enjoying easy access to natural landscapes; encouraging visitors to help safeguard the lifestyle and quality of life; and | | they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized): <u>Target the following Activities</u>: Motorized and nonmotorized scenic viewing, camping, and environmental learning. <u>Experiences</u> – Being able to tell others about the trip; enjoying exploring; enjoying some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; feeling good about how this attraction is being used and enjoyed; learning more about things here; enjoying easy access to natural landscapes; encouraging visitors to help safeguard the lifestyle and quality of | they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized): <u>Target the following Activities</u>: Motorized and nonmotorized scenic viewing, camping, and environmental learning. <u>Experiences</u> – Enjoying exploring; enjoying some needed physical rest; learning more about things here; enjoying easy access to natural landscapes; encouraging visitors to help safeguard the lifestyle and quality of life; and enjoying access to environmental learning. <u>Benefits</u> – Improved mental well-being; improved outdoor knowledge and self-confidence; greater |

BLM_0166283

Table T-1
Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | enjoying access to environmental learning.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; increased local tourism | | life; and enjoying access to environmental learning.<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; | sensitivity to and awareness of outdoor aesthetics; enhanced awareness and understanding of nature; improved appreciation of nature's splendor; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; more positive contributions to local/regional economy; increased desirability as a place to live or retire; greater retention of distinctive natural landscape features; increased awareness and protection of natural landscapes. |

BLM_0166284

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | revenue; increased desirability as a place to live or retire; greater retention of distinctive natural landscape features; increased awareness and protection of natural landscapes. | | increased local tourism revenue; increased desirability as a place to live or retire; greater retention of distinctive natural landscape features; increased awareness and protection of natural landscapes. | |
| 423. | San Miguel River SRMA (Refer to Appendix J for prescribed setting character conditions) | | | | |
| 424. | **Objective:** No similar objective. | *Zone 1* **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in motorized and nonmotorized scenic touring and nonmotorized water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>: *Rafting, kayaking, fishing, hiking, mountain biking, camping, nonmotorized trail use, educational* | **Objective:** No similar objective (see San Miguel River ERMA). | *Zone 1* **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in motorized and nonmotorized scenic touring and nonmotorized water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>: *Rafting, kayaking, fishing, hiking, mountain biking, camping, nonmotorized trail use, educational* | *Zone 1* **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in motorized and nonmotorized scenic touring and nonmotorized water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>: *Rafting, kayaking, fishing, hiking, mountain biking,* |

BLM_0166285

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | programs, and scenic driving.<br>*Experiences* – Developing skills and abilities; seeking solitude; seeking challenge and adventure; socializing with friends and family; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying extensive open space; enjoying outdoor exercise; enjoying a wide variety of environments within a single park or recreation area; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions; and escaping urban environments.<br>*Benefits* – Restored mind from unwanted stress; improved mental well- | | programs, and scenic driving.<br>*Experiences* – Developing skills and abilities; seeking solitude; seeking challenge and adventure; socializing with friends and family; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying extensive open space; enjoying outdoor exercise; enjoying a wide variety of environments within a single park or recreation area; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions; and escaping urban environments.<br>*Benefits* – Restored mind from unwanted stress; | camping, nonmotorized trail use, educational programs, and scenic driving.<br>*Experiences* – Developing skills and abilities; seeking challenge and adventure; socializing with friends and family; learning more about things here; enjoying easy access to natural landscapes; enjoying outdoor exercise; enjoying being able to frequently participate in desired activities in desired settings; and releasing or reducing some built-up mental tensions.<br>*Benefits* – Improved mental well-being; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity to and awareness of outdoor aesthetics; greater |

BLM_0166286

Table T-1

Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity to and awareness of outdoor aesthetics; greater sensitivity to and respect for other visitors; enhanced awareness and understanding of nature; greater environmental awareness and sensitivity; enlarged sense of personal accountability for acting responsibly on public lands; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater personal enrichment through involvement with other people; greater cultivation of natural resource stewardship ethic; | | improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity to and awareness of outdoor aesthetics; greater sensitivity to and respect for other visitors; enhanced awareness and understanding of nature; greater environmental awareness and sensitivity; enlarged sense of personal accountability for acting responsibly on public lands; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater personal enrichment through involvement with other people; greater | environmental awareness and sensitivity; a more outdoor-oriented lifestyle; greater sense of adventure; greater personal enrichment through involvement with other people; greater cultivation of natural resource stewardship ethic; increased appreciation of area's cultural history; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; greater opportunity for people with different skills to exercise in the same place; enhanced lifestyle; enlarged sense of community dependency on public lands; improved local economic stability; more positive contributions to local/regional economy; |

BLM_0166287

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | **Alternative A** *Current Management (No Action)* | **Alternative B** | **Alternative C** | **Alternative D** *Agency Preferred in Draft RMP* | **Alternative E** *Agency Proposed* |
|---|---|---|---|---|---|
| | | increased appreciation of area's cultural history; greater respect for private property and local lifestyles; an improved stewardship ethic towards adjoining host communities; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; reduced demands on local health care system; greater opportunity for people with different skills to exercise in the same place; improved community integration; improved group cooperation; strengthened family relationships; enhanced lifestyle; enlarged sense of community dependency on public lands; improved local economic stability; more positive contributions to | | cultivation of natural resource stewardship ethic; increased appreciation of area's cultural history; greater respect for private property and local lifestyles; an improved stewardship ethic towards adjoining host communities; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; reduced demands on local health care system; greater opportunity for people with different skills to exercise in the same place; improved community integration; improved group cooperation; strengthened family relationships; enhanced lifestyle; enlarged sense of community dependency | increased awareness and protection of natural landscapes; improved respect for privately owned lands; and greater community ownership and stewardship of park, recreation, and natural resources. |

BLM_0166288

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | local/regional economy; increased local tax revenue from visitors; increased local tourism revenue; increased desirability as a place to live or retire; increased awareness and protection of natural landscapes; greater retention of distinctive natural landscape features; sustainability of community's cultural heritage; improved respect for privately owned lands; and greater community ownership and stewardship of park, recreation, and natural resources. | | on public lands; improved local economic stability; more positive contributions to local/regional economy; increased local tax revenue from visitors; increased local tourism revenue; increased desirability as a place to live or retire; increased awareness and protection of natural landscapes; greater retention of distinctive natural landscape features; sustainability of community's cultural heritage; improved respect for privately owned lands; and greater community ownership and stewardship of park, recreation, and natural resources. | |
| 425. | **Objective:** *No similar objective.* | **Zone 2 Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized canyon* | **Objective:** *No similar objective (see San Miguel River ERMA).* | **Zone 2 Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized canyon* | **Zone 2 Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/* |

BLM_0166289

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | *exploring, with the exception of a few motorized routes, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*:* Backcountry hiking and backpacking and fishing. <u>*Experiences*</u> – Enjoying exploring; being able to tell others about the trip; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; knowing that things are not going | | *exploring, with the exception of a few motorized routes, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*:* Backcountry hiking and backpacking and fishing. <u>*Experiences*</u> – Enjoying exploring; being able to tell others about the trip; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; enjoying an escape from crowds of people; just knowing this attraction is here; | *nonmechanized canyon exploring, with the exception of a few designated motorized routes, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*:* Backcountry hunting, hiking, and backpacking, and fishing. <u>*Experiences*</u> – Enjoying exploring; savoring the total sensory—sight, sound, and smell— experience of a natural landscape; enjoying getting some needed physical exercise; feeling good about solitude; <u>*Benefits*</u> – Improved physical fitness and health maintenance; improved outdoor |

BLM_0166290

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | to change too much; and feeling good about how natural resources and facilities are being managed.<br>*Benefits* – Improved physical fitness and health maintenance; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; greater sense of adventure; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; greater protection of fish, wildlife, and plant habitat from growth, development, and public | | knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed.<br>*Benefits* – Improved physical fitness and health maintenance; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; greater sense of adventure; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; greater protection of fish, wildlife, and plant habitat from growth, | knowledge and self-confidence; greater sense of adventure; improved appreciation of nature's splendor; greater retention of distinctive natural landscape features; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; increased awareness and protection of natural landscapes; and restored mind from unwanted stress. |

BLM_0166291

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

### Table T-1
### Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | use impacts; increased awareness and protection of natural landscapes; and restored mind from unwanted stress. | | development, and public use impacts; increased awareness and protection of natural landscapes; and restored mind from unwanted stress. | |
| 426. | **Objective:** No similar objective. | *Zone 3 Objective: Through the life of the plan, manage Zone 3 for visitors to engage in nonmotorized/ nonmechanized remote river canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*:* Hiking, backpacking, rafting, kayaking, fishing, and camping. <u>*Experiences*</u> *– Developing skills and abilities; being able to tell others about the trip; enjoying going exploring; enjoying getting* | **Objective:** No similar objective (see San Miguel River ERMA). | *Zone 3 Objective: Through the life of the plan, manage Zone 3 for visitors to engage in nonmotorized/ nonmechanized remote river canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*:* Hiking, backpacking, rafting, kayaking, fishing, and camping. <u>*Experiences*</u> *– Developing skills and abilities; being able to tell others about the trip; enjoying going exploring; enjoying* | *Zone 3 Objective: Through the life of the plan, manage Zone 3 for visitors to engage in nonmotorized/ nonmechanized remote river canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>*Target the following Activities*</u>*:* Hiking, backpacking, rafting, kayaking, fishing, and camping. <u>*Experiences*</u> *– Developing skills and abilities; enjoying going exploring; enjoying getting some* |

BLM_0166292

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater cultivation of natural | | getting some needed physical exercise; escaping everyday responsibilities for a while; feeling good about solitude; just knowing this attraction is here; knowing that things are not going to change too much; and feeling good about how natural resources and facilities are being managed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; closer relationship with the natural world; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater | needed physical exercise; escaping everyday responsibilities for a while; just knowing this attraction is here; knowing that things are not going to change too much. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes. |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166293

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | resource stewardship ethic; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; greater retention of distinctive natural landscape features; reduced wildlife disturbance from recreation facility development; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. | | cultivation of natural resource stewardship ethic; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; greater retention of distinctive natural landscape features; reduced wildlife disturbance from recreation facility development; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. | |
| 427. | **Objective:** No similar objective. | Zone 4 **Objective:** *Through the life of the plan, manage Zone 4 for visitors to engage in scenic viewing through camping and nonmotorized water-based activities so that they report* | **Objective:** No similar objective (see San Miguel River ERMA). | Zone 4 **Objective:** *Through the life of the plan, manage Zone 4 for visitors to engage in scenic viewing through camping and nonmotorized water-based activities so that they report* | Zone 4 **Objective:** *Through the life of the plan, manage Zone 4 for visitors to engage in scenic viewing through camping and nonmotorized water-based activities so that they* |

BLM_0166294

**Table T-1**

**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | *an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1= not at all realized to 5=totally realized):*<br>*Target the following Activities:* Rafting, kayaking, fishing, camping, and educational programs. *Experiences* – Developing skills and abilities; relishing group affiliation and togetherness; learning more about things here; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; enjoying getting some needed physical rest; releasing or reducing some built-up mental tensions; just knowing this attraction is here; | | *an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:* Rafting, kayaking, fishing, camping, and educational programs. *Experiences* – Developing skills and abilities; relishing group affiliation and togetherness; learning more about things here; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; enjoying some needed physical rest; releasing or reducing some built-up mental tensions; just | *report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities:* Rafting, kayaking, fishing, camping, and educational programs. *Experiences* – Developing skills and abilities; relishing group affiliation and togetherness; learning more about things here; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying some needed physical rest. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self- |

BLM_0166295

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | appreciating personal interaction with visitors; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; enlarged sense of personal accountability for acting responsibly on public lands; closer relationship with the natural world; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; enhanced | | knowing this attraction is here; appreciating personal interaction with visitors; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; enlarged sense of personal accountability for acting responsibly on public lands; closer relationship with the natural world; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater cultivation of natural resource stewardship ethic; greater respect for private property | confidence; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; increased awareness and protection of natural landscapes; enhanced awareness and understanding of nature; and more positive contributions to local/regional economy. |

BLM_0166296

Case No. 1:20-cv-02484-MSK   Document 77-14   filed 04/29/21   USDC Colorado   pg 30 of 38

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | quality of life; improved local economic stability; increased awareness and protection of natural landscapes; increased local tourism revenue; greater community ownership and stewardship of park, recreation, and natural resources; greater retention of distinctive natural landscape features; enhanced awareness and understanding of nature; improved understanding of the community's dependence and impact on public lands; greater opportunity for people with different skills to exercise in the same place; improved respect for privately owned lands; and more positive contributions to local/regional economy. | | and local lifestyles; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; increased awareness and protection of natural landscapes; increased local tourism revenue; greater community ownership and stewardship of park, recreation, and natural resources; greater retention of distinctive natural landscape features; enhanced awareness and understanding of nature; improved understanding of the community's dependence and impact on public lands; greater opportunity for people with different skills to exercise in the same place; improved respect for privately owned lands; and more positive | |

BLM_0166297

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

## Table T-1
## Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | contributions to local/regional economy. | |
| 428. | Spring Creek SRMA (Refer to Appendix J for prescribed setting character conditions) | | | | |
| 429. | **Objective:** No similar objective. | *Zone 1* **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in day use, nonmotorized single-track, stacked loop, trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>Target the following Activities</u>: Day use mountain biking, running, hiking, and environmental learning. <u>Experiences</u> – Developing skills and abilities; enjoying meeting new people with similar interests; enjoying easy access to natural landscapes; enjoying access to hands-on environmental learning; | **Objective:** No similar objective (see Spring Creek ERMA). | *Zone 1* **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in day use, nonmotorized, single-track, stacked loop, trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>Target the following Activities</u>: Day use mountain biking, running, and hiking. <u>Experiences</u> – Developing skills and abilities; enjoying meeting new people with similar interests; enjoying easy access to natural landscapes; enjoying access to hands-on environmental learning; | *Zone 1* **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in day use, nonmotorized, single-track, stacked loop, trail activities and accessible trails through the use of current and emerging adaptive equipment so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <u>Target the following Activities</u>: Day use mountain biking, running, hiking, and educational programs. <u>Experiences</u> – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying learning |

BLM_0166298

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | enjoying learning outdoor social skills; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; appreciating personal interaction with visitors; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and respect for other visitors; greater understanding of the importance of recreation and tourism to the community; enlarged understanding of the responsibility to help care | | enjoying learning outdoor social skills; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; appreciating personal interaction with visitors; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and respect for other visitors; greater understanding of the importance of recreation and tourism to the community; enlarged understanding of the | outdoor social skills; enjoying some needed physical exercise; and enjoying being able to frequently participate in desired activities in desired settings. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and respect for other visitors; enlarged understanding of the responsibility to help care for this community and keep it clean; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166299

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | for this community and keep it clean; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. | | responsibility to help care for this community and keep it clean; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. | maintenance; enhanced quality of life; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources |

BLM_0166300

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

### Table T-1
### Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 430. | **Objective:** No similar objective. | Zone 2 **Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in canyon viewing through nonmotorized, single-track, trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* Target the following Activities: Mountain biking, hiking, and horseback riding. Experiences – Being able to tell others about the trip; enjoying going exploring; developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; releasing | **Objective:** No similar objective (see Spring Creek ERMA). | Zone 2 **Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in canyon viewing through single-track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* Target the following Activities: Motorcycle riding, mountain biking, hiking, and horseback riding. Experiences – Being able to tell others about the trip; enjoying going exploring; developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in | Zone 2 **Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in canyon viewing through quality single-track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* Target the following Activities: Motorcycle riding, mountain biking, hiking, and horseback riding. Experiences – Enjoying going exploring; developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired |

BLM_0166301

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

### Table T-1
### Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local | | desired settings; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how this attraction is being used and enjoyed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public | settings; releasing or reducing some built-up mental tensions. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; increased desirability as a place to live or retire; and increased awareness and protection of natural landscapes. |

BLM_0166302

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. | | lands; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. | |
| 431. | **Objective:** No similar objective. | **Zone 3 Objective:** *Through the life of the plan, manage Zone 3 for visitors to engage in camping and scenic viewing through motorized and nonmotorized trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* | **Objective:** No similar objective (see Spring Creek ERMA). | **Zone 3 Objective:** *Through the life of the plan, manage Zone 3 for visitors to engage in camping and scenic viewing through motorized and nonmotorized trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* | **Zone 3 Objective:** *Through the life of the plan, manage Zone 3 for visitors to engage in camping and scenic viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* Target the following Activities: |

BLM_0166303

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | *Target the following Activities:* OHV use, scenic viewing, and camping. *Experiences* – Enjoying easy access to natural landscapes; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in desired settings; enjoying some needed physical rest; increasing or maintaining quality of life; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how natural resources and facilities are being managed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self- | | *Target the following Activities:* OHV use, scenic viewing, and camping. *Experiences* – Enjoying easy access to natural landscapes; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in desired settings; enjoying some needed physical rest; increasing or maintaining quality of life; releasing or reducing some built-up mental tensions; just knowing this attraction is here; and feeling good about how natural resources and facilities are being managed. *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self- | Scenic viewing and camping. *Experiences* – Enjoying access to close-to-home outdoor amenities; enjoying some needed physical rest; increasing or maintaining quality of life. *Benefits* – Improved mental well-being; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; enhanced quality of life; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes. |

BLM_0166304

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | confidence; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; enhanced quality of life; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. | | confidence; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; enhanced quality of life; improved local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; improved respect for privately owned lands; and increased awareness and protection of natural landscapes. | |
| 432. | *Youngs Peak SRMA (Refer to Appendix J for prescribed setting character conditions)* | | | | |
| 433. | **Objective:** *No similar objective.* | *Zone 1* **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in wide variety of* | **Objective:** *Same as Alternative A.* | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166305