**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | *recreational activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized).*<br>*Target the following Activities:* OHV riding, mountain biking, hiking, and horseback riding.<br>*Experiences* – Enjoying exploring; learning more about things here; enjoying easy access to natural landscapes; enjoying a wide variety of environments within a recreation area; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; just knowing this attraction is here; and encouraging visitors to help safeguard lifestyle and quality of life. | | | |

BLM_0166306

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | *Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater awareness that this community is a special place; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; enlarged sense of community dependency on public lands; improved local economic stability; positive contributions to local/regional economic stability; and increased awareness and protection of natural landscapes. | | | |
| 434. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NL-15: *SRMAs.* Close the following SRMAs to fluid mineral | Allowable Use: No similar allowable use. (Areas would not be managed as SRMAs under Alternative C; SRMAs under Alternative D and Alternative E would not be closed to fluid mineral leasing.) | | |

BLM_0166307

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | | leasing and geophysical exploration:<br>• Dolores River Canyon<br>• Dry Creek RMZs 1, 2, 4<br>• Jumbo Mountain RMZ 1<br>• Paradox Valley RMZ 4<br>• Ridgway Trails RMZ 1<br>• Roubideau<br>• San Miguel River<br>• Spring Creek<br>(Refer to Appendix B; Figure 2-20, Appendix A.) | | | | |
| 435. | Allowable Use: **STIPULATION** NSO-SJ-3 (BLM 1991a): *SRMAs.* Prohibit surface occupancy and use within the following SRMAs: Dolores River Canyon SRMA. (Refer to Appendix B; Figure 2-19, Appendix A.) | **Alternative B:** Allowable Use: **STIPULATION** NSO-56: *Recreation SRMA.* Prohibit surface occupancy and use within the following SRMAs:<br>• Burn Canyon<br>• Dry Creek RMZ 3 | **Alternative B.1** (North Fork area only): Allowable Use: **STIPULATION** NSO-57: *Recreation Jumbo Mountain SRMA.* Prohibit surface occupancy and or use within the Jumbo Mountain SRMA. (Refer | Allowable Use: No similar allowable use. (There would be no SRMAs in this alternative.) | Allowable Use: **STIPULATION** NSO-56: *Recreation SRMA.* Prohibit surface occupancy and use within the following SRMAs:<br>• Dolores River Canyon<br>• Dry Creek RMZs 2 and 4<br>• Jumbo Mountain<br>• Ridgway Trails<br>• Roubideau<br>• San Miguel River RMZs 1, 2, and 3<br>• Spring Creek<br>(Refer to Appendix B; Figure 2-23, Appendix A.) | Allowable Use: **STIPULATION** NSO-56: *Recreation SRMA.* Prohibit surface occupancy and use within the following SRMAs:<br>• Dolores River Canyon RMZs 1,2,3<br>• San Miguel River RMZs 1,2,3,4<br>(Refer to Appendix B; Figure 2-91, Appendix A.) |

BLM_0166308

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | | ● Jumbo Mountain RMZ 2 ● Kinikin Hills ● North Delta ● Paradox Valley RMZs 1, 2, and 3 ● Ridgway Trails RMZ 2 ● Spring Creek RMZ 3 (Refer to Appendix B; Figure 2-20, Appendix A.) | to Appendix B; Figure 2-21, Appendix A.) | | | |
| 436. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: No similar allowable use. (SRMAs would be either closed to fluid mineral leasing or would have an NSO stipulation applied to fluid mineral leases under Alternative B; areas would not be managed as SRMAs under Alternative C.) | | | Allowable Use: **STIPULATION** CSU-50: *Recreation SRMAs.* Apply CSU restrictions in the following SRMAs: ● Dry Creek RMZs 1 and 3 ● San Miguel River RMZ 4 (Refer to Appendix B; Figure 2-23, Appendix A.) | Allowable Use: **STIPULATION** CSU-50: *Recreation SRMAs.* Apply CSU restrictions in the following SRMAs: ● Dry Creek RMZs 1,2,3,4,5 ● Jumbo Mountain RMZs 1 and 2 ● North Delta |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166309

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | ● Ridgway Trails RMZs 1 and 2<br>● Roubideau RMZs 1,2,3,4<br>● Spring Creek RMZs 1,2,3<br>(Refer to Appendix B; Figure 2-91, Appendix A.) |
| 437. | *EXTENSIVE RECREATION MANAGEMENT AREAS (ERMAs)* | | | | |
| 438. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage administratively designated areas (ERMAs) to provide for targeted recreation opportunities. | | | |
| 439. | **Action:** No similar action in current RMPs. Planning guidance that was in place when the San Juan/San Miguel and Uncompahgre Basin RMPs were written directed that all BLM-administered land not designated as a SRMA should be designated as an ERMA. Under today's recreation guidance, what was formerly the Uncompahgre ERMA | **Action:** No similar action. (ERMAs would not be designated; see SRMAs.) | **Action:** Manage 215,880 acres as ERMAs to specifically address local recreation issues (Figure 2-46, Appendix A; also refer to Appendix J, Description of Recreation Management Areas, for actions of each ERMA):<br>● Adobe Badlands (6,370 acres)<br>● Burn Canyon (9,160 acres)<br>● Dolores River Canyon (13,380 acres) | **Action:** Manage 73,310 acres as ERMAs to specifically address local recreation issues (Figure 2-47, Appendix A; also refer to Appendix J, Description of Recreation Management Areas, for actions of each ERMA):<br>● Burn Canyon (9,160 acres)<br>● Kinikin Hills (10,810 acres)<br>● North Delta (8,520 acres) | **Action:** Manage 64,790 acres as ERMAs to specifically address local recreation issues (Figure 2-97, Appendix A; also refer to Appendix J, Description of Recreation Management Areas, for actions of each ERMA):<br>● Burn Canyon (9,160 acres)<br>● Kinikin Hills (10,810 acres)<br>● Paradox Valley (44,820 acres) |

BLM_0166310

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | would be considered undesignated (i.e., neither an ERMA nor a SRMA. As such, the terminology has been updated to reflect more closely the recreation guidance under which this RMP was written to avoid unequal comparisons. | | ● Dry Creek (41,290 acres)<br>● Jumbo Mountain (5,020 acres)<br>● Kinikin Hills (11,310 acres)<br>● North Delta (8,520 acres)<br>● Paradox Valley (44,820 acres)<br>● Ridgway Trails (1,130 acres)<br>● Roubideau (25,350 acres)<br>● San Miguel River Corridor (36,020 acres)<br>● Spring Creek (13,510 acres) | ● Paradox Valley (44,820 acres) | |
| 440. | *Adobe Badlands ERMA* | | | | |
| 441. | **Objective:** No similar objective in current RMPs. | **Objective:** No similar objective. (Adobe Badlands is not identified as an ERMA under this alternative.) | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to participate in a variety of backcountry nonmotorized/ nonmechanized recreation (e.g., hiking, | **Objective:** Same as Alternative B. | |

BLM_0166311

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | horseback riding, hunting, and camping). | | |
| 442. | **Action:** No similar action in current RMPs. | **Action:** No similar action. (Adobe Badlands is not identified as an ERMA under this alternative.) | **Action:** Provide a recreation setting commensurate with other uses that 1) retains a low level of contrast between developments and the natural surroundings, while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (e.g., trails and trailheads) to facilitate activity participation; 3) provide basic, on-site visitor services (e.g., signs and maps), and 4) clearly posts conditions of use throughout the area. | **Action:** Same as Alternative B. | |
| 443. | *Burn Canyon ERMA* | | | | |
| 444. | **Objective:** No similar objective in current RMPs. | **Objective:** No similar objective (see Burn Canyon SRMA). | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of quality sustainable motorized and nonmotorized trails (e.g., ATV and motorcycle riding, mountain biking, and hiking). | | |

BLM_0166312

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 445. | **Action:** No similar action in current RMPs. | **Action:** No similar action (see Burn Canyon SRMA). | **Action:** Provide a recreation setting commensurate with other uses that: 1) retains a natural-appearing landscape while allowing for activities that would maintain biological values and functional wildlife habitat; 2) provides the necessary recreation facilities (e.g., trails, trailheads, and staging areas) to facilitate activity participation; 3) provides basic, on-site visitor services (e.g., signs and maps), and 4) clearly posts conditions of use throughout the area. | | |
| 446. | *Dolores River Canyon ERMA* | | | | |
| 447. | **Objective:** No similar objective in current RMPs. | **Objective:** No similar objective (see Dolores River Canyon SRMA). | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to participate in a nonmotorized/nonmechanized trail and water-based activities (e.g., hiking, rafting, kayaking, and fishing). | **Objective:** Same as Alternative B. | |
| 448. | **Action:** No similar action in current RMPs. | **Action:** No similar action (see Dolores River Canyon SRMA). | **Action:** Provide a recreation setting commensurate with other uses that 1) retain an undisturbed natural landscape while allowing for activities that would benefit biological values; 2) provide the necessary recreation facilities (e.g., trails and | **Action:** Same as Alternative B. | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166313

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-I**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | trailheads) to facilitate activity participation; 3) provide basic, on-site visitor services (e.g., signs and maps), and 4) clearly post conditions of use throughout the area. | | |
| 449. | *Dry Creek ERMA* | | | | |
| 450. | **Objective:** No similar objective in current RMPs. | **Objective:** No similar objective (see Dry Creek SRMA). | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established recreation activities (e.g., OHV riding, mountain biking, hiking, hunting, and scenic driving). | **Objective:** Same as Alternative B. | |
| 451. | **Action:** No similar action in current RMPs. | **Action:** No similar action (see Dry Creek SRMA). | **Action:** Provide a recreation setting commensurate with other uses that 1) retain a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provide the necessary recreation facilities (e.g., trails, trailheads, staging | **Objective:** Same as Alternative B. | |

BLM_0166314

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | areas, and camping) to facilitate activity participation; 3) provide basic on-site visitor services (e.g., signs and maps), and 4) clearly post conditions of use throughout the area. | | |
| 452. | *Jumbo Mountain ERMA* | | | | |
| 453. | **Objective:** No similar objective in current RMPs. | **Objective:** No similar objective (see Jumbo Mountain SRMA). | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established recreation activities (e.g., OHV riding, mountain biking, hiking, and hunting). | **Objective:** Same as Alternative B. | |
| 454. | **Action:** No similar action in current RMPs. | **Action:** No similar action (see Jumbo Mountain SRMA). | **Action:** Provide a recreation setting commensurate with other uses that 1) retain a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provide the necessary recreation facilities (e.g., trails, trailheads, staging | **Action:** Same as Alternative B. | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166315

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | areas, and camping) to facilitate activity participation; 3) provide basic on-site visitor services (e.g., signs and maps), and 4) clearly post conditions of use throughout the area. | | |
| 455. | *Kinikin Hills ERMA* | | | | |
| 456. | **Objective:** No similar objective in current RMPs. | **Objective:** No similar objective (see Kinikin Hills SRMA). | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of quality and sustainable motorized and nonmotorized trail activities (e.g., OHV riding, mountain biking, and hiking). | | |
| 457. | **Action:** No similar action in current RMPs. | **Action:** No similar action (see Kinikin Hills SRMA). | **Action:** Provide a recreation setting commensurate with other uses that: 1) retains a natural-appearing landscape while allowing for activities that would maintain biological values and functional wildlife habitat; 2) provides the necessary recreation facilities (e.g., trails, trailheads, staging areas, and camping) to facilitate activity participation; 3) provides basic, on-site visitor services (e.g., signs and maps), and 4) clearly posts conditions of use throughout the area. | | |
| 458. | *North Delta ERMA* | | | | |
| 459. | **Objective:** No similar objective in current RMPs. | **Objective:** No similar objective (see North Delta SRMA). | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established motorized-recreation activities. | | **Objective:** No similar objective (see North Delta SRMA) |
| 460. | **Action:** No similar action in current RMPs. | **Action:** No similar action (see North Delta SRMA). | **Action:** Provide a recreation setting commensurate with other uses that: 1) retains a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provides the necessary | | **Action:** No similar action (see North Delta SRMA). |

BLM_0166316

**Table T-1**

**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | recreation facilities (e.g., trails, trailheads, staging areas, and camping) to facilitate activity participation; 3) provides basic, on-site visitor services (e.g., signs and maps), and 4) clearly posts conditions of use throughout the area. | | |
| 461. | *Paradox Valley ERMA* | | | | |
| 462. | **Objective:** No similar objective in current RMPs. | **Objective:** No similar objective (see Paradox Valley SRMA). | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established recreation activities (e.g., OHV riding, mountain biking, hiking, rock climbing and bouldering, rafting, scenic touring, and hunting). | | |
| 463. | **Action:** No similar action in current RMPs. | **Action:** No similar action (see Paradox Valley SRMA). | **Action:** Provide a recreation setting commensurate with other uses that: 1) retains a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (e.g., trails, trailheads, staging areas, and camping) to facilitate activity participation; 3) provides basic, on-site visitor services (e.g., signs and maps), and 4) clearly posts conditions of use throughout the area. | | |
| 464. | *Ridgway Trails ERMA* | | | | |
| 465. | **Objective:** No similar objective in current RMPs. | **Objective:** No similar objective (see Ridgway Trails SRMA). | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established recreation activities (e.g., OHV riding, mountain biking, hiking, and hunting). | **Objective:** Same as Alternative B. | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166317

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 466. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>No similar action (see Ridgway Trails SRMA). | **Action:**<br>Provide a recreation setting commensurate with other uses that: 1) retain a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provide the necessary recreation facilities (e.g., trails, trailheads, staging areas, and camping) to facilitate activity participation; 3) provide basic, on-site visitor services (e.g., signs and maps), and 4) clearly post conditions of use throughout the area. | **Action:**<br>Same as Alternative B. | |
| 467. | *Roubideau ERMA* | | | | |
| 468. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>No similar objective (see Roubideau SRMA). | **Objective:**<br>Focus recreation and visitor services on protecting and facilitating visitor opportunities to participate in a variety of backcountry recreation activities (e.g., hiking, horseback riding, hunting, and camping). | **Objective:**<br>Same as Alternative B. | |

BLM_0166318

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 469. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>No similar action (See Roubideau SRMA). | **Action:**<br>Provide a recreation setting commensurate with other uses that: 1) retains a low level of contrast between developments and the natural surrounding while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (e.g., trails and trailheads) to facilitate activity participation; 3) provides basic, on-site visitor services (e.g., signs and maps), and 4) clearly posts conditions of use throughout the area. | **Action:**<br>Same as Alternative B. | |
| 470. | *San Miguel River ERMA* | | | | |
| 471. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>No similar objective (see San Miguel River SRMA). | **Objective:**<br>Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established recreation activities (e.g., mountain biking, hiking, rafting, and scenic touring). | **Objective:**<br>Same as Alternative B. | |

BLM_0166319

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| 472. | **Action:** No similar action in current RMPs. | **Action:** No similar action (See San Miguel River SRMA). | **Action:** Provide a recreation setting commensurate with other uses that: 1) retain a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provide the necessary recreation facilities (e.g., trails, trailheads, staging areas, and camping) to facilitate activity participation; 3) provide basic, on-site visitor services (e.g., signs and maps), and 4) clearly post conditions of use throughout the area. | **Action:** Same as Alternative B. | |
| 473. | *Spring Creek ERMA* | | | | |
| 474. | **Objective:** No similar objective in current RMPs. | **Objective:** No similar objective (see Spring Creek SRMA). | **Objective:** Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established recreation activities (e.g., OHV riding, mountain biking, hiking, hunting, and camping). | **Objective:** Same as Alternative B. | |

BLM_0166320

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 475. | **Action:** No similar action in current RMPs. | **Action:** No similar action (See Spring Creek SRMA). | **Action:** Provide a recreation setting commensurate with other uses that: 1) retain a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provide the necessary recreation facilities (e.g., trails, trailheads, staging areas, and camping) to facilitate activity participation; 3) provide basic, on-site visitor services (e.g., signs and maps), and 4) clearly post conditions of use throughout the area. | **Action:** Same as Alternative B. | |
| 476. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: No similar allowable use. (ERMAs would not be designated under Alternative B; a CSU would not apply to ERMAs under Alternative C.) | | Allowable Use: **STIPULATION** CSU-51: *Recreation ERMAs.* Apply CSU restrictions in ERMAs. (Refer to Appendix B; Figures 2-23 [Alternative D] and 2-91 [Alternative E], Appendix A.) | |
| 477. | *PUBLIC LANDS NOT DESIGNATED AS RECREATION MANAGEMENT AREAS* | | | | |
| 478. | **Objective:** No similar objective in current RMPs | **Objective:** Provide for a diversity of quality, sustainable recreational opportunities consistent with other resources and uses, and contribute to local economies. | | | |

BLM_0166321

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 479. | **Action:** Manage 626,480 acres as public lands not designated as recreation management areas to provide a wide range of diverse recreational opportunities to meet public demands for dispersed recreation. Emphasize providing access, visitor information, and facilities needed to address public health and safety standards (BLM 1985, 1989a; Figure 2-44, Appendix A). *Note: Planning guidance in place when the San Juan/San Miguel and Uncompahgre Basin RMPs were written directed that all BLM-administered land not designated as an SRMA should be designated as an ERMA. Under today's* | **Action:** Manage 432,880 acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs; Figure 2-45, Appendix A). | **Action:** Manage 459,920 acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs; Figure 2-46, Appendix A). | **Action:** Manage 479,220 acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs; Figure 2-47, Appendix A). | **Action:** Manage 488,880 acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs; Figure 2-97, Appendix A). |

BLM_0166322

Case No. 1:20-cv-02484-MSK   Document 77-15   filed 04/29/21   USDC Colorado   pg 18 of 153

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Recreation and Visitor Services])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | *recreation guidance, what was formerly the Uncompahgre ERMA would be considered "undesignated" (i.e., neither an ERMA nor an SRMA). As such, the terminology has been updated to reflect more closely the recreation guidance under which this RMP was written to avoid unequal comparisons.* | | | | |

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 480. | **COMPREHENSIVE TRAVEL AND TRANSPORTATION MANAGEMENT** | | | | |
| 481. | **GOAL:** Manage travel to support the BLM's mission, achieve resource management objectives and provide appropriate, sustainable public and administrative access. | | | | |
| 482. | **Objective:** Maintain and improve land health while promoting responsible use through active travel management (BLM 2009a). | **Objective:** Maintain and improve land health while promoting responsible use through active travel management. Within in each Travel Management Area, designate a comprehensive travel management system that achieves resource management objectives, provides appropriate, sustainable public and administrative access, communicates with the public about opportunities, and monitors the effects of use. (Refer to Appendix M, Travel Management, for further information.) | | | |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | Prioritize travel planning, including the designation of areas open, limited to existing roads and trails, limited to designated roads and trails, and closed to motorized vehicle access (BLM 1985). | | | | |
| 483. | **Action:**<br>Identify off-road vehicle designations as follows (Figure 2-48, Appendix A):<br>• Open: 8,560 acres<br>• Closed to motorized travel: 11,950 acres<br>• Closed to motorized and mechanized travel: 44,200 acres<br>• Limited yearlong to existing routes for motorized and mechanized travel: 465,790 acres<br>• Limited yearlong to designated routes | **Action:**<br>Designate travel areas as follows (Figure 2-49, Appendix A):<br>• Open: 0 acres<br>• Closed to motorized travel: 12,180 acres<br>• Closed to motorized and mechanized travel: 102,790 acres<br>• Limited yearlong to designated routes for motorized and mechanized travel: 560,830 acres<br>• Seasonal limitations: 218,230 acres | **Action:**<br>Designate travel areas as follows (Figure 2-50, Appendix A):<br>• Open: 16,070 acres<br>• Closed to motorized travel: 0 acres<br>• Closed to motorized and mechanized travel: 45,170 acres<br>• Limited yearlong to designated routes for motorized and mechanized travel: 614,560 acres<br>• Seasonal limitations: 19,580 acres | **Action:**<br>Designate travel areas as follows (Figure 2-51, Appendix A):<br>• Open: 0 acres<br>• Closed to motorized travel: 1,160 acres<br>• Closed to motorized and mechanized travel: 57,400 acres<br>• Limited yearlong to designated routes for motorized and mechanized travel: 617,240 acres<br>• Seasonal limitations: 104,940 acres | **Action:**<br>Designate travel areas as follows (Figure 2-98, Appendix A):<br>• Open: 3,950 acres<br>• Closed to motorized travel: 880 acres<br>• Closed to motorized and mechanized travel: 55,770 acres<br>• Limited yearlong to designated routes for motorized and mechanized travel: 615,200 acres<br>• Seasonal limitations: 28,550 acres |

BLM_0166324

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | for motorized and mechanized travel: 145,300 acres<br>• Seasonal limitations: 59,070 acres | | | | |
| 484. | **Action:**<br>Identify the North Delta OHV Area (8,560 acres) as open to OHV use. | **Action:**<br>Manage 0 acres as open to OHV use. (The North Delta OHV area would be limited to designated routes; until a future route-designation process is completed, the preliminary route network would include all existing routes.) | **Action:**<br>Manage 16,070 acres as Open to OHV use:<br>• Portion of North Delta ERMA (5,250 acres)<br>• Kinikin Hills ERMA (10,810 acres) | **Action:**<br>Same as Alternative B. | **Action:**<br>Manage 3,950 acres as Open to OHV use:<br>• Portion of North Delta SRMA (3,950 acres) |
| 485. | **Action:**<br>Identify 11,950 acres as closed to motorized travel (except for administrative and permitted use).<br>• Dolores River Canyon SRMA<br>• ACECs<br>○ Adobe Badlands<br>○ Fairview South<br>○ Portions of San Miguel River | **Action:**<br>Manage 12,180 acres as closed to motorized travel, except for administrative and permitted vehicular access (which would be limited to authorized routes), and with mechanized travel limited to designated routes:<br>• SRMAs<br>○ Jumbo Mountain RMZ 1 | **Action:**<br>No similar action. | **Action:**<br>Manage 1,160 acres as closed to motorized travel, except for with administrative and permitted vehicular access (which would be limited to authorized routes), and with mechanized travel limited to designated routes:<br>• SRMAs<br>○ Jumbo Mountain RMZ 1 | **Action:**<br>Manage 880 acres as closed to motorized travel, except for administrative and permitted vehicular access (which would be limited to authorized routes), and with mechanized travel limited to designated routes:<br>• SRMAs |

BLM_0166325

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | - Beaver Canyon<br>- Norwood Canyon (Clay Creek to Horsefly Creek)<br>• Potter Creek<br>• Saltado Creek | o Kinikin Hills RMZ 2<br>o North Delta RMZ 1<br>o Ridgway Trails<br>o Spring Creek RMZs 1 and 2 | | o Ridgway Trails RMZ 1<br>o Spring Creek RMZ 1 | o Ridgway Trails RMZ 1<br>o Spring Creek RMZ 1 |
| 486. | **Action:**<br>Manage 44,200 acres as closed to motorized and mechanized travel, except for administrative and permitted vehicular access:<br>• Tabeguache Area<br>• WSAs | **Action:**<br>Manage 102,080 acres as closed to motorized and mechanized travel, except for administrative and permitted vehicular access, which would be limited to authorized routes:<br>• Lands managed to protect wilderness characteristics<br>• SRMAs<br>o Burn Canyon RMZ 1<br>o Dolores River Canyon<br>o Kinikin Hills RMZ 1<br>o Paradox Valley RMZ 4<br>o Roubideau RMZs 1 and 2 (no exceptions for administrative and permitted vehicular access in RMZ 2) | **Action:**<br>Manage 45,170 acres as closed to motorized and mechanized travel, except for administrative and permitted vehicular access, which would be limited to authorized routes:<br>• Portion of Paradox Rock Art Complex National Register District above Paradox Valley bottom (920 acres)<br>• ERMAs<br>o Adobe Badlands<br>o Dolores River Canyon<br>• Adobe Badlands ACEC<br>• Tabeguache Area<br>• WSAs | **Action:**<br>Manage 57,400 acres as closed to motorized and mechanized travel, except for administrative and permitted vehicular access, which would be limited to authorized routes:<br>• SRMAs<br>o Dolores River Canyon<br>o Roubideau RMZs 1 and 2 (no exceptions for administrative and permitted vehicular access in RMZ 2)<br>o Portion of San Miguel River RMZ 2 (Saltado Canyon; 2,570 acres)<br>o San Miguel River RMZ 3<br>• ACECs | **Action:**<br>Manage 55,770 acres as closed to motorized and mechanized travel, except for administrative and permitted vehicular access, which would be limited to authorized routes:<br>• SRMAs<br>o Dolores River Canyon RMZ 1 and 2<br>o Roubideau RMZs 1 and 2<br>o Portion of San Miguel River RMZ 2 (Saltado Canyon; 2,490 acres)<br>o San Miguel River RMZ 3<br>• ACECs<br>o Adobe Badlands |

BLM_0166326

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Comprehensive Travel and Transportation Management])

## Table T-1
## Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | o San Miguel River RMZs 2 and 3<br>• Portion of Dolores Slickrock Canyon ACEC (9,790 acres)<br>• Tabeguache Area<br>• WSAs | | o Adobe Badlands<br>o Fairview South (BLM Expansion)<br>o Dolores River Slickrock Canyon<br>• Tabeguache Area<br>• WSAs | o Fairview South (BLM Expansion)<br>• Tabeguache Area<br>• WSAs |
| 487. | **Action:** Identify 145,300 acres as limited to designated routes for motorized and mechanized travel. Manage areas without designated routes (465,790 acres) as limited to existing routes, according to the OHV Area Designations (BLM 2010b; Figure 2-48, Appendix A). | **Action:** Manage the remaining portion of the Planning Area (560,830 acres; including landing strips) as limited to designated routes for motorized and mechanized travel. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths, as shown on Figure 2-49, Appendix A. | **Action:** Manage the remaining portion of the Planning Area (614,560 acres; including landing strips) as limited to designated routes for motorized and mechanized travel. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths, as shown on Figure 2-50, Appendix A. | **Action:** Manage the remaining portion of the Planning Area (617,240 acres and including landing strips) as limited to designated routes for motorized and mechanized travel. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths, as shown on Figure 2-51, Appendix A. | **Action:** Manage the remaining portion of the Planning Area (615,200 acres and including landing strips) as limited to designated routes for motorized and mechanized travel. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths, as shown on Figure 2-98, Appendix A. |
| 488. | **Action:** Prohibit motorized and mechanized travel seasonally, except for administrative and permitted vehicular access, on 59,070 acres, as follows | **Action:** Prohibit motorized and/or mechanized travel seasonally, except for administrative and permitted vehicular access, on 218,230 acres, | **Action:** Prohibit motorized and/or mechanized travel seasonally, except for administrative and permitted vehicular access, on 19,580 acres, | **Action:** Prohibit motorized and/or mechanized travel seasonally, except for administrative and permitted vehicular access, on 103,840 acres, | **Action:** Prohibit travel seasonally, except for administrative and permitted vehicular access, on 28,550 acres, as follows (Figure 2-98, Appendix A): |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166327

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | (Figure 2-48, Appendix A):<br>• The Storm King area (May 15 to June 15)<br>• Closure areas identified in the Dry Creek Travel Management Plan and EA (May 15 to June 15; BLM 2009a)<br>• Closure areas identified in the Uncompahgre Basin RMP (BLM 1989a) | as follows (Figure 2-49, Appendix A):<br>ACECs (motorized and mechanized)<br>o San Miguel Gunnison Sage-Grouse (April 1 to July 15)<br>o Sims-Cerro Gunnison Sage-Grouse (April 15 to July 15)<br>• Ecological emphasis areas (motorized) totaling 207,310 acres from December 1 to April 30 (dates may vary depending on data when area travel management plans are completed)<br>o A portion of Adobe (Zone 1, 11,520 acres)<br>o A portion of Dry Creek (Zones 1-4, 14,340 acres)<br>o Jumbo Mountain/McDonald Creek<br>o La Sal<br>o Monitor-Potter-Roubideau | as follows (Figure 2-50, Appendix A):<br>• La Sal ecological emphasis area from January 1 to March 31 (dates may vary depending on data when area travel management plans are completed)<br>• Elk production/ calving areas (motorized and mechanized; May 15 to June 15)<br>• Add other areas as appropriate through future site-specific travel management analyses.<br><br>The Field Manager may modify the size and time frames:<br>• if monitoring information indicates that plant seasonal cycles or animal use patterns are inconsistent with dates established, or | as follows (Figure 2-51, Appendix A):<br>• Ecological emphasis areas totaling 82,120 acres from December 1 to April 30 (dates may vary depending on data when area travel management plans are completed)<br>o A portion of Adobe (Zone 1, 11,480 acres)<br>o A portion of Dry Creek (Zone 1, 8,940 acres)<br>o A portion of Jumbo Mountain/ McDonald Creek (Zones 2 and 3, 4,670 acres)<br>o A portion of La Sal (Zone 1, 9,860 acres)<br>o A portion of Monitor-Potter-Roubideau (Zones 1, 2, and 10, 14,260 acres) | • Jumbo Mountain SRMA Zone 2<br>• Area closures identified in Dry Creek Travel Management Plan and EA (BLM 2009a)<br>o December 1 to April 15 (11,010 acres)*<br>o December 1 to March 31 (11,810 acres)*<br>• Add other areas as appropriate through future site-specific travel management analyses. |

BLM_0166328

Case No. 1:20-cv-02484-MSK   Document 77-15   filed 04/29/21   USDC Colorado   pg 24 of 153

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Comprehensive Travel and Transportation Management])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | o Naturita Canyon<br>o Ridgway<br>o San Miguel<br>o Sims Mesa<br>o Spring Canyon<br>o Tabeguache<br>o Terror Creek<br>● Elk production/ calving areas (motorized and mechanized; April 15 to June 30)<br>● Add other areas as appropriate through future site-specific travel management analyses<br><br>The Field Manager may modify the size and time frames upon consultation with CPW:<br>● if monitoring information indicates that plant seasonal cycles or animal use patterns are inconsistent with dates established, or<br>● under mild winter conditions for the last 60 days of the closure | ● under mild winter conditions for the last 60 days of the closure (severity of the winter will be determined on the basis of snow depth, snow crusting, daily mean temperature, and whether the animals were concentrated on the crucial winter range during winter months).<br>● where necessary, extend seasonal closures to include pedestrian or equestrian traffic. | o A portion of San Miguel (Zones 1-3, 9,880 acres)<br>o Sims Mesa (19,650 acres<br>o Spring Canyon (3,380 acres)<br>● Area closures identified in Dry Creek Travel Management Plan and EA (BLM 2009a)<br>o December 1 to April 15 (11,010 acres)<br>o December 1 to March 31 (11,810 acres)<br>● Add other areas as appropriate through future site-specific travel management analyses.<br><br>Prohibit all travel (including motorized, mechanized, foot, and equestrian) seasonally in the Ridgway Trails SRMA, RMZ 2, from December 1 to April 30, except for administrative and | |

BLM_0166329

**Table T-I**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | (severity of the winter will be determined on the basis of snow depth, snow crusting, daily mean temperature, and whether the animals were concentrated on the crucial winter range during winter months). <br>● where necessary, extend seasonal closures to include pedestrian or equestrian traffic. | | permitted access (1,100 acres). <br><br>The Field Manager may modify the size and time frames upon consultation with CPW: <br>● if monitoring information indicates that plant seasonal cycles or animal use patterns are inconsistent with dates established, or <br>● under mild winter conditions for the last 60 days of the closure (severity of the winter will be determined on the basis of snow depth, snow crusting, daily mean temperature, and whether the animals were concentrated on the crucial winter range during winter months). <br>● where necessary, extend seasonal closures to include | |

BLM_0166330

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | | pedestrian or equestrian traffic. | |
| 489. | **Action:**<br>No similar action | | | | **Action:**<br>Prohibit all travel (including motorized, mechanized, foot, and equestrian) seasonally in Ridgway Trails SRMA RMZ 2 from December 1 to April 30, except for administrative and permitted access (1,100 acres).* |
| 490. | **Action:**<br>No similar action | | | | **Action:**<br>The BLM Field Manager may modify the size and time frames for seasonal travel limitations upon consultation with CPW*:<br>● If monitoring information indicates that plant seasonal cycles or animal use patterns are inconsistent with dates established.<br>● Where necessary, extend seasonal closures to include pedestrian or equestrian traffic. |

BLM_0166331

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 491. | **Action:** Use the following guidance for areas that are limited to existing routes until travel management plans to designate routes are completed: <br> • Unless otherwise restricted, limit recreational motorized and mechanized travel to existing routes, and aircraft to existing routes and backcountry air strips, as displayed on Figure 2-48 (Appendix A) and the BLM's 2009 aerial photography (on file at the UFO) until route-by-route analysis is complete. <br> • Permit pedestrian or equestrian travel year-round on existing routes and cross-country travel on public lands throughout the Planning Area where available for public use. <br> • Prohibit motorized or mechanized modes of travel on existing routes if the following would result: <br> o Convert or upgrade a single-track route (maximum of 36 inches wide) to a two-track route, such as driving an ATV or full-size passenger vehicle on a route consisting of a single track used by hikers, horseback riders, motorcycles, mountain bikes, game, or livestock. <br> o Convert or upgrade a route (maximum of 50 inches wide) used by and established for use by an ATV to a wider two-track route, such as would occur if a full-size passenger vehicle were used to travel along a route narrower than its wheelbase. <br> • Address any BLM administrative functions related to resource management objectives that require cross-country travel using motorized vehicles or equipment at the project level on a case-by-case basis and potentially require additional environmental documentation and analysis for certain administrative functions. <br> • Subject the use of motorized or mechanized modes of travel (including over snow travel) during the execution of BLM-issued authorizations or permits to the terms and conditions or stipulations of each individual authorization on a case-by-case basis. | | | **Action:** Use the following guidance for areas that are limited to existing routes until travel management plans to designate routes are completed: <br> Same as Alternative A, plus <br> • Require that travel modes adhere to the following width restrictions on existing routes: <br> o Single track: 36 inches or less <br> o ATV/utility-terrain vehicle: 50 inches or less and weighing no more than 1,200 pounds <br> o Roads: wider than 50 inches <br> • Prohibit cross-country motorized/mechanized travel for big game retrieval. Allow hand-held, wheeled, game retrieval carts off | **Action:** Use the following guidance for areas that are limited to existing routes until travel management plans to designate routes are completed: <br> Same as Alternative A, plus <br> • Require that travel modes adhere to the following width restrictions on existing routes: <br> o Single track: 36 inches or less ATV/utility-terrain vehicle: 50 inches or less <br> o Roads: wider than 50 inches <br> • Prohibit cross-country motorized/mechanized travel for big game retrieval. Allow electric, hand-held, wheeled game retrieval carts off routes only during CPW. |

BLM_0166332

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | • Avoid impacts on known eligible cultural properties, or minimize or mitigate such impacts in consultation with the State Historical Preservation Office. Where NRHP-eligible sites are known to be in danger or are currently being impacted by travel activities, close routes to travel as necessary until the appropriate mitigation has been implemented. <br> • To mitigate impacts on Colorado hookless cactus (*Sclerocactus glaucus*) and clay-loving wild buckwheat (*Eriogonum pelinophilum*) or other special status species listed in the future, apply appropriate protections to especially sensitive areas where travel-related impacts are occurring on these species. <br> • Further restrict travel and use by vehicle type or season on any route in order to protect natural or other resources or infrastructure from being impacted by vehicle use in the event of extreme winters and wet conditions to reduce safety hazards, or in other unforeseeable situations, or to better manage or protect other values, such as wetlands, riparian areas, rare plant communities and species, big game, nesting raptors, or other important resources. These actions could include permanent or seasonal route closures or relocations. Take these actions following appropriate emergency closure or other procedures and/or after appropriate site-specific NEPA analysis. <br> • Over time, changes to the route network may be necessary, including adding, designating, relocating, closing, maintaining, and/or changing seasonal or other use restrictions on routes, as well as adding necessary travel management support facilities. Document such changes using appropriate BLM land use planning regulations and NEPA procedures. | | routes only during CPW-authorized big game and mountain lion hunting seasons. <br> • Unless otherwise restricted, allow users to park motorized or mechanized vehicles next to and parallel to available existing routes. | authorized big game and mountain lion hunting seasons, at the discretion of the BLM Authorized Officer. <br> • Unless otherwise restricted, allow users to park motorized or mechanized vehicles next to and parallel to available existing routes. |
| 492. | **Action:** No similar action in current RMPs. | **Action:** Where off-highway vehicles or aircraft are causing or will cause considerable adverse effects on soil, vegetation, wildlife, wildlife habitat, cultural resources, historical resources, threatened or endangered species, wilderness suitability, other authorized uses, or other resources, immediately close the affected areas to the type(s) of vehicle causing the adverse effect until the adverse effects are eliminated and measures implemented to prevent recurrence. | | | **Action:** Where motorized and mechanized vehicles or aircraft are causing or will cause considerable adverse effects on soil, roads, trails, vegetation, |

BLM_0166333

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | wildlife, wildlife habitat, cultural resources, historical resources, threatened or endangered species, wilderness suitability, other authorized uses, or other resources, immediately close the affected areas to the type(s) of vehicle causing the adverse effect until the adverse effects are eliminated and measures implemented to prevent recurrence. Prohibit travel in areas where soils are saturated or that demonstrate rutting of 3 inches or more. The BLM Authorized Officer would determine when soil conditions are appropriate for activities to resume. |
| 493. | **Action:** Bring forward the decisions from the Dry Creek Travel Management Plan (BLM 2009a) in the Dry Creek Travel Management Area and the Ridgway Travel Management Plan (BLM 2013a) (Figure 2-80, Appendix A). | | | | **Action:** Bring forward the decisions from the Dry Creek Travel Management Plan (BLM |

BLM_0166334

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | 2009a) in the Dry Creek Travel Management Area, the Ridgway Travel Management Plan (BLM 2013a), and the Burn Canyon Travel Management Plan (BLM 2018d). |
| 494. | **Action:** No similar action in current RMPs. | **Action:** Establish Travel Management Areas and initiate comprehensive travel management plans within each the following Travel Management Areas and in the following order unless a change is deemed necessary by the BLM Authorized Officer (Figure 2-81, Appendix A): 1. North Fork (71,020 acres) 2. South Montrose (66,180 acres) 3. North Delta (61,270 acres) 4. San Miguel (74,960 acres) 5. West End (289,960 acres) Refer to Appendix M, Travel Management, for information and guidance on comprehensive travel management planning. Travel Management Areas are a planning and management tool and may be altered. At the time of comprehensive travel management planning, the Travel Management Area may be broken down into subareas to address different resource management objectives. A travel management plan is not intended to provide evidence bearing on or addressing the validity of any RS 2477 assertions. RS 2477 rights are determined through a process that is entirely independent of the BLM's planning process. Consequently, travel management planning should not take into consideration RS 2477 assertions or evidence. Travel management planning should be founded on an independently determined purpose and need that is based on resource uses and associated access to public lands and waters. At such time as a decision is made on RS 2477 assertions, the BLM will adjust its travel routes accordingly. | | | |

BLM_0166335

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 495. | **Action:** Develop facilities to support the travel management plan, including staging areas, hardened camping areas, trailheads, and portal signs. Allow up to a maximum of 3 acres of disturbed surface for these facilities. Facilities could include restrooms, loading and unloading ramps, kiosks, hardened graveled parking areas and camping spurs, fencing, hitching rails, picnic tables and cabanas, vehicular control devices, native landscape islands, erosion and drainage control devices, hardened access trails, and limited hardened egress and ingress points for all technical | **Action:** Develop facilities as needed to support the travel management plan goals and objectives, including staging areas, hardened camping areas, trailheads, and portal signs. Facilities could include restrooms, loading and unloading ramps, kiosks, hardened graveled parking areas and camping spurs, fencing, hitching rails, picnic tables and cabanas, vehicular control devices, native landscape islands, erosion and drainage control devices, hardened access trails, and limited hardened egress, ingress, and winch points where needed for all technical four-wheel-drive routes. | | | |

BLM_0166336

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | four-wheel-drive routes. | | | | |
| 496. | **Action:** No similar action in current RMPs. | **Action:** Prohibit mechanized and motorized off-route travel in areas with riparian or wetland vegetation. | **Action:** Prohibit mechanized and motorized off-route travel in areas with riparian or wetland vegetation, with the exception of camping, collecting rock, wood products, and other plant products, and retrieving large game during hunting seasons. | **Action:** Prohibit motorized off-route travel in riparian and wetland areas, including for camping and collecting rock, wood products, and other plant products. | |
| 497. | **Action:** No similar action in current RMPs. | **Action:** Any emergency or administrative motorized vehicle or equipment use off designated routes on BLM-administered lands would require prior notification and approval. Should prior notification not be possible, contact would be made with the authorized BLM official within 72 hours following emergency entry. | | | **Action:** Any administrative motorized vehicle or equipment use off designated routes on BLM-administered lands would require prior notification of and approval from the BLM Authorized Officer. Any emergency motorized vehicle or equipment use off designated routes on BLM-administered lands would require notification of the BLM |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166337

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Comprehensive Travel and Transportation Management])

**Table T-I**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | Authorized Officer within 72 hours following emergency entry. |
| 498. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>In cooperation with the local communities, counties, and other partners, secure access to and manage a network of roads and trails that ensure management objectives are met and provide connectivity to the surrounding communities. | | | |

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 499. | **LANDS AND REALTY** | | | | |
| 500. | **GOAL:**<br>Meet public needs for land use authorizations (i.e., ROWs, communication sites, utility corridors, leases, permits, and renewable energy resources), land tenure adjustments, withdrawals, and easements in an environmentally responsible manner. | | | | |
| 501. | **Objective:**<br>Ensure compatibility of the various multiple uses with environmental protection of natural resources (BLM 1985).<br><br>Generally make public land available for utility corridor development (BLM 1985). | **Objective:**<br>Make lands available for land use authorizations, and apply stipulations to ensure the compatibility of multiple use with resource protection. | | | |

BLM_0166338

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | Open the majority of public lands to development of major utility facilities (BLM 1989a). | | | | |
| 502. | Allowable Use: ROW Exclusion Areas (including renewable energy sites): Manage 85,080 acres as ROW exclusion areas that are not available for locating ROWs or other land use authorizations under any conditions, to include the following (Figure 2-52, Appendix A):<br>● On 3,890 acres (emphasis area F) to protect cultural resources, generally disallow major utility corridors (BLM 1985)<br>● A portion of the federal coal estate (17,350 acres; a portion of emphasis | Allowable Use: ROW Exclusion Areas (including renewable energy sites): Manage 431,040 acres as ROW exclusion areas that are closed to land use authorizations (Figure 2-53, Appendix A):<br>● Saline/selenium soils<br>● Slopes of 30 percent or greater<br>● Lands within 325 feet of perennial streams<br>● Lands within 100 feet of naturally occurring riparian and wetland areas, seeps, and springs<br>● Lands within 2,640 feet (0.50-mile) of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a | Allowable Use: ROW Exclusion Areas (including renewable energy sites): Manage 44,550 acres as ROW exclusion areas that are closed to land use authorizations (Figure 2-54, Appendix A):<br>● Rare biological soil crust (*Lecanora gypsicola* and *Gypsoplaca macrophylla*) in East Paradox (360 acres)<br>● Tabeguache Area<br>● WSAs<br><br>The following exceptions would apply to ROW exclusions:<br>● Designated West-wide Energy | Allowable Use: ROW Exclusion Areas (including renewable energy sites): Manage 53,700 acres as ROW exclusion areas that are closed to land use authorizations (Figure 2-55, Appendix A):<br>● Roubideau SRMA, RMZ 1<br>● ACECs<br>○ Fairview South (BLM Expansion)<br>○ Biological Soil Crust<br>● Tabeguache Area<br>● WSAs<br>● Suitable WSR segments classified as "wild" (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternatives D and E)])<br><br>The following exceptions would apply to ROW exclusions: | Allowable Use: ROW Exclusion Areas (including renewable energy sites): Manage 53,040 acres as ROW exclusion areas that are closed to land use authorizations (Figure 2-99, Appendix A):<br>● ACECs<br>○ Fairview South (BLM Expansion)<br>● Tabeguache Area<br>● WSAs<br>● Gunnison sage-grouse lek and brooding habitat<br>● Suitable WSR segments classified as "wild" (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternatives D and E)]). |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166339

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | area 7), except for those needed for coal development (BLM 1989a)<br>● Tabeguache Area<br>● WSAs<br>● ACECs<br>  o Adobe Badlands<br>  o Needle Rock<br>  o San Miguel River Corridor; close to the development of major utilities, with the exception of those already established with San Miguel Power Association. In addition, do not authorize ROWs in the relic riparian communities (BLM 1993a)<br>  o Fairview South (exclusion area for new pipelines) | distance of 5 miles upstream of a public water supply intake<br>● Exemplary, ancient, and rare vegetation communities<br>● Ecological emphasis areas (see *Wildlife – Terrestrial* section);<br>● Occupied habitat of known populations of federally threatened and endangered species (see *Special Status Species – General* section)<br>● Gunnison sage-grouse critical habitat<br>● Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon<br>● Lands managed to protect wilderness characteristics<br>● SRMAs<br>  o Dolores River Canyon<br>  o Paradox Valley RMZ 4<br>  o Roubideau RMZs 1 and 2<br>● ACECs | Corridors (section 368 corridors)<br>● 100-foot buffer from the center line of county roads and highways (these areas would be managed as ROW avoidance)<br>● Allow ROWs for private in-holdings or edge-holdings for reasonable access and utilities (these areas would be managed as ROW avoidance) | ● Designated West-wide Energy Corridors (section 368 corridors)<br>● Designated utility corridors<br>● 100-foot buffer from the center-line of county roads and highways (these areas would be managed as ROW avoidance)<br>● Allow ROWs for private in-holdings or edge-holdings for reasonable access and utilities (these areas would be managed as ROW avoidance) | The following exceptions would apply to ROW exclusions:<br>● Designated West-wide Energy Corridors (section 368 corridors)<br>● Designated utility corridors<br>● 100-foot buffer from the center-line of county roads and highways (these areas would be managed as ROW avoidance)<br><br>Allow ROWs for private in-holdings or edge-holdings for reasonable access and utilities (these areas would be managed as ROW avoidance)<br><br>Recognize the valid existing rights of grant holders to continue to operate, maintain, and improve/upgrade facilities. |

BLM_0166340

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | ● Tabeguache Area<br>● WSAs<br>● Suitable WSR segments classified as wild (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br><br>The following exceptions would apply to ROW exclusions (these areas would be managed as ROW avoidance):<br>● Designated West-wide Energy Corridors (section 368 corridors)<br>● Designated utility corridors<br>● 100-foot buffer from the center line of county roads and highways<br>● Allow ROWs for private in-holdings or edge-holdings for reasonable access and utilities | | | |
| 503. | Allowable Use: In the San Miguel River ACEC (22,780 | Allowable Use: ROW Avoidance Areas (including renewable | Allowable Use: ROW Avoidance Areas (including | Allowable Use: ROW Avoidance Areas (including renewable energy | Allowable Use: ROW Avoidance Areas (including renewable |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | acres) outside of relic riparian communities, restrict ROW authorizations to only those with an overriding public need that will not create long-term visual impacts or damage the riparian system (BLM 1993a). | energy sites): Manage 195,460 acres as ROW avoidance areas (Figure 2-53, Appendix A): <br>● Lands, streams, and wetlands *not meeting* the BLM Colorado Public Land Health Standards (BLM 1997; Appendix C) <br>● Within 0.25-mile along major river corridors (i.e., Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores) <br>● Ecological emphasis areas (see *Wildlife – Terrestrial* section) <br>● Sites listed or eligible for listing on the NRHP <br>● SRMAs: <br>  o Burn Canyon <br>  o Dry Creek <br>  o Jumbo Mountain <br>  o Kinikin Hills <br>  o North Delta <br>  o Paradox Valley RMZs 1-3 <br>  o Ridgway Trails | renewable energy sites): Manage 210,390 acres as ROW avoidance areas (Figure 2-54, Appendix A): <br>● Saline/selenium soils <br>● Slopes of or greater than 40 percent <br>● Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake <br>● Exemplary, ancient, and rare vegetation communities <br>● Ecological emphasis areas (see *Wildlife – Terrestrial* section) <br>● Occupied habitat of known populations of federally | sites): Manage 276,500 acres as ROW avoidance areas (Figure 2-55, Appendix A): <br>● Slopes of 30 percent or greater <br>● Within 325 feet of perennial streams <br>● Within 325 feet of naturally occurring riparian and wetland areas, seeps, and springs <br>● Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake <br>● Exemplary, ancient, and rare vegetation communities <br>● Ecological emphasis areas (see *Wildlife – Terrestrial* section) <br>● Occupied habitat of known populations of federally threatened and endangered species | energy sites): Manage 66,030 acres as ROW avoidance areas (Figure 2-99, Appendix A): <br>● Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake <br>● Lands within a 50-foot buffer along perennial streams <br>● Lands within a 50-foot buffer from the edge of riparian and wetland areas, seeps, and springs unless it can be determined that the project would not diminish hydrologic or vegetation conditions <br>● Within 0.25-mile along major river corridors (i.e., Gunnison, North Fork Gunnison, San |

BLM_0166342

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | o Roubideau RMZ 3<br>o San Miguel River<br>o Spring Creek<br>● Suitable WSR segments classified as scenic and recreational (see Table 2-4 [Summary of Wild and Scenic River Study Segments (Alternatives A and B)])<br>● Lands within 0.5-mile of either side of centerline of National Trails, except for the Old Spanish National Historic Trail<br>● Lands within 100 meters (328 feet) of either side of centerline of the Old Spanish National Historic Trail | threatened and endangered species<br>● Sites listed or eligible for listing on the NRHP<br>● ACECs:<br>o Needle Rock<br>o Adobe Badlands<br>o Fairview South<br>● Lands within 100 meters (328 feet) of either side of centerline of National Trails. | ● Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius)<br>● Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon<br>● Sites listed on or eligible for listing on the NRHP<br>● Lands managed to protect wilderness characteristics<br>● SRMAs<br>o Dolores River Canyon<br>o Roubideau RMZs 2 and 3<br>o San Miguel River RMZs 2 and 3<br>o Spring Creek RMZ 2<br>● ACECs<br>o Adobe Badlands<br>o Needle Rock<br>o Roubideau Corridors<br>o Dolores River Slickrock Canyon<br>o Paradox Rock Art<br>● Suitable WSR segments classified as scenic (see Table 2-5 [Summary of Wild and Scenic River | Miguel, Uncompahgre, and Dolores)<br>● Occupied habitat of known populations of federally threatened and endangered species<br>● Gunnison sage-grouse critical habitat<br>● Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius)<br>● Sites listed on or eligible for listing on the NRHP<br>● Lands managed to minimize impacts on wilderness characteristics<br>● SRMAs<br>o Dolores River Canyon<br>o Dry Creek RMZ 5<br>o North Delta<br>o Roubideau RMZs 2 and 3<br>o San Miguel River RMZs 2 and 3<br>o Spring Creek RMZ 2<br>● ACECs |

BLM_0166343

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | Study Segments (Alternatives D and E)]) <br>• Lands within 100 meters (328 feet) of either side of centerline of National Trails | o Adobe Badlands <br>o Needle Rock <br>o Paradox Rock Art <br>o Biological Soil Crust <br>• Suitable WSR segments classified as "scenic" (see Table 2-5 [Summary of Wild and Scenic River Study Segments (Alternatives D and E)]) <br>• Lands within 100 meters (328 feet) of either side of centerline of National Trails <br>• Old Spanish Trail <br>• Plants – ESA Listed Species <br><br>The following exceptions would apply to ROW avoidance areas: <br>• Designated West-wide Energy Corridors (section 368 corridors) <br>• Designated utility corridors |

BLM_0166344

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | (allow all compatible uses in designated corridors)<br><br>Recognize the valid existing rights of grant holders to continue to operate, maintain, and improve/upgrade facilities. |
| 504. | **Action:**<br>Make every reasonable effort to authorize primary access to private landowners via ROWs, when such access will not cause significant adverse impacts on other resources. While county road standards may be required when environmental impacts can in no other way be mitigated, do not grant additional ROWs when reasonable access already exists, unless | **Action:**<br>Provide reasonable access and utilities to private landowners in an environmentally responsible manner. New ROWs would not be permitted if there is other reasonable access. | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166345

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | there is a compelling public need (BLM 1985). | | | | |
| 505. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>No similar action. | | | **Action:**<br>Limit applications for filming permits and still photography involving motorized, mechanized, or other intensive uses to existing highways and pullouts; designated routes, roads, and trails; and previously disturbed or cleared areas. Accept applications for filming permits, and encourage applicants to adhere to the following criteria considered in this alternative.<br>● Project will not impact sensitive species.<br>● Project will not impact cultural resources or traditional cultural properties and natural resources of importance to Native Americans. |

BLM_0166346

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| | | | | | • Project will not involve use of pyrotechnics.<br>• Project will not involve more than minimum impacts on land, air, or water. (Minimum is defined as temporary impact only and does not include permanent impacts or surface disturbance that cannot be raked out or rehabilitated so that there is no sign of activity at the end of the filming.)<br>• Project will not involve use of explosives.<br>• Project will not involve use of exotic plant or animal species that could cause danger of introduction into the area.<br>• Project will not involve surface disturbance within WSAs or lands |

BLM_0166347

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | managed for wilderness characteristics.<br>● Project will not involve adverse impacts on sensitive surface resource values including paleontological sites; sensitive soils; relict environments; wetlands or riparian areas; or ACECs.<br>● Project will not involve substantial restriction of public access.<br>● Project will not involve substantial use of domestic livestock.<br>● Project will not exceed 10 production vehicles within sensitive areas.<br>● Project will not involve 60 or more people within sensitive areas.<br>● Filming activity within sensitive areas will not |

BLM_0166348

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | continue in excess of 10 days. |
| | | | | | ● Refueling will not occur within sensitive areas. |
| | | | | | ● Aircraft/Drone use in area with wildlife concerns is not proposed during crucial wildlife periods. |
| | | | | | ● Aircraft/Drone use in area with no wildlife concerns will be limited to such duration and frequency that it will not meaningfully interfere with other multiple uses of public lands. |
| | | | | | ● Use of aircraft/drone is not proposed within 0.5-mile of a designated campground located within a sensitive area, and the number of low-elevation passes will not exceed four passes per day. |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166349

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | • Filming activities are not proposed in developed recreation sites on weekends or during times of anticipated high use. |
| 506. | *RENEWABLE ENERGY* | | | | |
| 507. | **Action:** The ROD for the Solar Energy Development Programmatic EIS was signed on October 12, 2012 and excluded all lands within the UFO for solar development for projects 20 megawatts or greater. | **Action:** Allow renewable energy projects (such as wind, solar under 20 megawatts, and hydropower) development and operation, except in ROW exclusion areas and areas identified as exclusion in Table 2-3 (Renewable Energy Exclusion and Avoidance Areas[1]). The ROD for the Solar Energy Development Programmatic EIS was signed on October 12, 2012 and excluded all lands within the UFO for solar development for projects 20 megawatts or greater. | | | |
| 508. | *COMMUNICATION SITES (LAND USE AUTHORIZATIONS)* | | | | |
| 509. | **Action:** Manage existing communication sites. | **Action:** Same as Alternative A, plus: • Designate all existing sites for low-power uses (i.e., 1,000 watts effective radiated power or less), except for high-power uses that currently exist. | **Action:** Same as Alternative A, plus: • Evaluate and allow new low- or high-power communication site locations on a case-by-case basis. | **Action:** Same as Alternative B. | |

BLM_0166350

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | ● Evaluate and allow new low- or high-power communication site locations on a case-by-case basis. | | | |
| 510. | *UTILITY CORRIDORS (LAND USE AUTHORIZATIONS)* | | | | |
| 511. | **Action:** Manage the designated West-wide Energy Corridor (26,880 acres) according to existing policy (Appendix B of the West-wide Energy Corridor Programmatic EIS) (Figure 2-56, Appendix A). | **Action:** Same as Alternative A, plus: Designate and manage an additional 14 corridors (37,420 acres) for public utilities and facilities (Figure 2-57, Appendix A): ● Dry Creek: 2,500 feet wide ● Highway 90: 2,500 feet wide ● Highway 92: 1,320 feet wide (from the northern edge of highway) ● Highway 141: 2,500 feet wide ● Highway 145/62: 2,500 feet wide ● Hotchkiss-Crawford: 2,500 feet wide ● Hotchkiss-North Fork: 2,500 feet wide | **Action:** Same as Alternative A (Figure 2-58, Appendix A). | **Action:** Same as Alternative B. | |

BLM_0166351

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | • North Delta: generally 2,500 feet wide, except 1,320 feet wide on small parcels next to the WSA<br>• Oxbow-Hubbard Creek: 1,300 feet wide<br>• South Canal: 200 feet wide (from western edge of canal)<br>• Spring Creek Mesa: 2,500 feet wide<br>• Stevens Gulch Road: 600 feet wide<br>• Western Area Power Association Curecanti-Hayden: 2,500 feet wide<br>• Western Area Power Association Curecanti-Shiprock: 2,500 feet wide | | | |
| 512. | **Action:**<br>Identify 297,930 acres (management units 1, 2, 3, 5, portion of 7, 8, 9, 10, 11, 16) as open to development of major utility corridors, including the following: | **Action:**<br>Allow ROW development and operation except in ROW exclusion areas. ROWs must follow existing facilities and routes. | **Action:**<br>Allow ROW development and operation except in ROW exclusion areas. Preferred locations are next to existing facilities and routes. | | **Action:**<br>Allow ROW development and operation except in ROW exclusion areas. Preferred locations are next to existing facilities and routes. |

BLM_0166352

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | • On 2,510 acres (management unit 7), corridors 0.25-mile wide and located on each side of Colorado Highway 133 (BLM 1989a)<br>• Fairview South ACEC (210 acres), except pipelines and any surface disturbance that would affect threatened or endangered plant species or their potential habitat (BLM 1989a)<br>• San Miguel River SRMA, subject to visual impact mitigation. Open to major utilities the area downstream of Horsefly Creek until construction and maintenance impacts on the riparian zone reach 5 percent of | | | | The following exceptions would apply to ROW exclusions:<br>• Designated West-wide Energy Corridors (section 368 corridors)<br>• Designated utility corridors<br>• 100-foot buffer from the center line of county roads and highways (these areas would be managed as ROW avoidance)<br>• Allow ROWs for private in-holdings or edge-holdings for reasonable access and utilities (these areas would be managed as ROW avoidance)<br><br>Recognize the valid existing rights of grant holders to continue to operate, maintain, and improve/upgrade facilities. |

BLM_0166353

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | the total riparian acreage (BLM 1993a)<br>● West-wide Energy corridors (3,500 feet wide, 27,460 acres) for oil, gas, and hydrogen pipelines, and electricity transmission and distribution facilities (DOE and BLM 2009) | | | | |
| 513. | *LAND TENURE ADJUSTMENTS – DISPOSAL* | | | | |
| 514. | **Objective:** No similar objective in current RMPs. | **Objective:** Consider disposal of lands that would consolidate public ownership for greater management efficiency while serving the public interest, including communities and their expanding needs. | | | |
| 515. | **Action:** No similar action in current RMPs. | **Action:** Desert Land Entry Act/Carey Act Applications: Do not accept new Desert Land Entry or Carey Act applications. | | | |
| 516. | **Action:** Identify 9,850 acres as available for disposal (Figure 2-59, Appendix A) (refer to Appendix N, Legal Descriptions of Lands Available for Disposal): | **Action:** Identify 2,650 acres as available for disposal by any method (Figure 2-60, Appendix A) (refer to Appendix N, Legal Descriptions of Lands Available for Disposal). | **Action:** Identify 9,850 acres as available for disposal by any method (Figure 2-61, Appendix A) (refer to Appendix N, Legal Descriptions of Lands Available for Disposal). | **Action:** Identify 1,930 acres as available for disposal by any method (Figure 2-62, Appendix A) (refer to Appendix N, Legal Descriptions of Lands Available for Disposal). | **Action:** Identify 1,930 acres as available for disposal by any method, including exchanges, state selections, boundary adjustments, Recreation and Public Purposes Act leases and patents, leases |

BLM_0166354

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | • Allow disposal through exchange, boundary adjustment, and the Recreation and Public Purposes Act (BLM 1993a) • Dispose of approximately 2,645 acres through sales, exchanges, or any other title transfer means (BLM 1985) • Identify 84 tracts totaling 7,200 acres for consideration for disposal through sale or exchange (BLM 1994a) | | | | under Section 302 of FLPMA, sales under Sections 203 and 209 of FLPMA, and sales authorized by other Congressional Acts and special legislation (Figure 2-62, Appendix A) (refer to Appendix N, Legal Descriptions of Lands Identified for Disposal). |
| 517. | **Action:** Land would be considered for disposal on a case-by-case basis. Intend to retain lands in public ownership, but consider disposal that would enhance management goals and serve public interest. | **Action:** Consider additional lands suitable for disposal by any method if they meet one or more of the following criteria: • Enhance management goals. • Consolidate BLM ownership. | **Action:** Consider additional lands suitable for disposal by any method if they meet one or more of the following criteria: • Same as Alternative B plus: o Resolve unintentional trespass where disposal is the best | **Action:** Consider additional lands suitable for disposal by any method if they enhance management goals, meet one or more of the following criteria, and do not meet the criteria for retention: • Consolidate BLM ownership. | **Action:** Consider other lands suitable for disposal by any method, including exchanges, state selections, boundary adjustments, Recreation and Public Purposes Act leases and patents, FLPMA Section 302 leases, FLPMA Sections |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | Allow disposal through exchange, boundary adjustment, and the Recreation and Public Purposes Act (BLM 1993a).<br><br>Allow for disposal of parcels that are not significant or not needed for cultural values, mineral development, water and soil, livestock, wildlife, wild horses, forestry, natural resources, or recreation management (BLM 1985). | ● Serve local community or other government agency needs when in the public interest. | tool to meet management objectives.<br>○ Do not provide public or administrative access. | ● Serve local community or other government agency needs when in the public interest.<br>● Resolve unintentional trespass where disposal is the best tool to meet management objectives. | 203 and 209 sales, and sales authorized by other Congressional Acts and special legislation, if they enhance management goals, meet one or more of the following criteria, and do not meet the criteria for retention:<br>● Are lands suitable for public purposes adjacent to or of special importance to local communities and to state or federal agencies for purposes such as community expansion, extended community services, or economic development.<br>● Are isolated parcels that are small or so located as to make effective and efficient management impractical.<br>● Are unintentional occupancy trespasses where disposal is the |

BLM_0166356

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | best tool to meet management objectives.<br>• Are not parcels containing or integral to significant habitat for special status species; these parcels may be disposed of only if the habitat for the species of concern can be maintained and if USFWS and CPW concur.<br>• Are not parcels containing or integral to NRHP eligible cultural resources; these parcels may be disposed of only if the resources can be mitigated through data recovery and if the SHPO concurs with the proposed mitigation.<br>• Additional lands may be identified for disposal in urbanizing areas on a case-by- |

BLM_0166357

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | case basis to meet community expansion needs and where the public interest will be well served. <br> • Are lands without legal public access. |
| 518. | **Action:** No similar action in current RMPs. | **Action:** Do not dispose of lands within existing withdrawals, powersite classifications, or powersite reserves (19,710 acres) (Figure 2-82, Appendix A) without concurrence from the managing agency (e.g., BOR and DOE). | | | |
| 519. | *LAND TENURE ADJUSTMENTS – RETENTION* | | | | |
| 520. | **Objective:** No similar objective in current RMPs. | **Objective:** Retain lands in public ownership when it will serve the public interest, protect valuable resources, or achieve management goals. | | | |
| 521. | **Action:** Retain in federal ownership a total of 665,950 acres (BLM 1994, 1985; Figure 2-59, Appendix A); consider these lands for disposal on a case-by-case basis (BLM 1994a). | **Action:** Retain public lands not identified for disposal (673,150 acres), except for those lands that meet the criteria for disposal, for long-term management (Figure 2-60, Appendix A). | **Action:** Retain public lands not identified for disposal (665,950 acres), except for those lands that meet the criteria for disposal, for long-term management (Figure 2-61, Appendix A). | **Action:** Retain public lands not identified for disposal (673,870 acres), except for those lands that meet the criteria for disposal, for long-term management (Figure 2-62, Appendix A). | |
| 522. | **Action:** No similar action in current RMPs. | **Action:** Retain lands that meet one or more of the following criteria: <br> • Lands containing valuable resources | **Action:** Retain lands that meet one or more of the following criteria: <br> • Lands containing valuable resources | **Action:** Retain lands that meet one or more of the following criteria: <br> • Lands containing valuable resources | **Action:** Retain lands that meet one or more of the following criteria: <br> • Lands containing valuable resources |

BLM_0166358

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A
Current Management
(No Action) | Alternative B | Alternative C | Alternative D
Agency Preferred in Draft RMP | Alternative E
Agency Proposed |
|---|---|---|---|---|---|
| | | ● Lands within key/priority habitats
● Lands within or next to areas with special designation (i.e., Tabeguache Area, WSAs, lands managed to protect wilderness characteristics, NCAs, ACECs, WSRs, SRMAs)
● Lands near communities that would better serve the public interest as open space
● Lands that provide public or administrative access
● Lands that consolidate BLM ownership
● Lands suitable for trail construction to link communities
● Lands containing National Historic Trail segments | ● Lands within or next to special designation areas (i.e., Tabeguache Area, WSAs, NCAs, ACECs)
● Lands suitable for trail construction to link communities
● Lands containing National Historic Trail segments | ● Lands within or next to special designation areas (i.e., Tabeguache Area, WSAs, lands managed to protect wilderness characteristics, NCAs, ACECs, WSRs, SRMAs)
● Lands near communities that would better serve the public interest as open space
● Lands that provide public or administrative access
● Lands that consolidate BLM ownership
● Lands suitable for trail construction to link communities
● Lands containing National Historic Trail segments | (e.g., recreational, cultural, special status species, riparian, fragile soils, and rare biological soil crusts);
● Lands within or next to special designation areas (i.e., Tabeguache Area, WSAs, lands managed to protect wilderness characteristics, NCAs, ACECs, WSRs. (Lands within SRMAs must meet the criteria for disposal and would be managed with similar objectives to current use to be considered for disposal);
● Lands near communities that would better serve the public interest as open space
● Lands that provide public or administrative access
● Lands that consolidate BLM ownership |

**Table T-1**
**Description of Alternatives A, B, B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | • Lands suitable for trail construction to link communities<br>• Lands containing National Historic Trail segments |
| 523. | *LAND TENURE ADJUSTMENTS – ACQUISTION* | | | | |
| 524. | **Objective:**<br>Acquire private lands, if available, to facilitate resource goals and objectives (BLM 1989a).<br><br>Acquire easements needed to facilitate management (BLM 1993a). | | | **Objective:**<br>Allow acquisition of nonfederal lands and easements to facilitate resource goals and objectives. | |
| 525. | **Action:**<br>Acquire lands that contain sensitive, critical, crucial, and rare habitats to improve and benefit public lands and resources (BLM 1994a).<br><br>Acquire or exchange land and subsurface mineral estate when mineral development, cultural resources, water and soil, livestock, wildlife, forestry, natural | **Action:**<br>As opportunities arise, acquire lands or easements as follows:<br>• Access to Jumbo Mountain near Paonia<br>• Access to Ridgway SRMA<br>• Private inholding in Camel Back WSA (Section 3 of Township 49 North, Range 12 West; 160 acres)<br>• Easement to Paradox Rock Art ACEC<br>• Between Bedrock and the Dolores River Canyon WSA | **Action:**<br>No similar action. (Specific lands or easements have not been identified under this alternative.) | **Action:**<br>Same as Alternative B. | |

BLM_0166360

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | resources, ACECs, wilderness values or manageability, or recreation management opportunities will be enhanced (BLM 1985). ● Acquire fishing easements associated with priority streams (emphasis area B; BLM 1985) ● Acquire easements between Bedrock and the northern boundary of the Dolores River Canyon WSA (BLM 1985) | | | | |
| 526. | **Action:** Acquire private lands, if available, if they would meet any of the following criteria: ● Improve livestock management. ● Increase crucial (now termed severe and winter | **Action:** Consider acquiring lands or easements that meet the following criteria: ● Lands within or next to areas with special designations (e.g., WSAs, NCAs, ACECs, WSRs, and SRMAs) | **Action:** Consider acquiring lands or easements that meet the following criteria: ● Lands containing valuable resources (e.g., recreational, cultural, special status species, riparian, fragile soils, | **Action:** Consider acquiring lands or easements that meet the following criteria: ● Same as Alternative C, plus: o Lands within or next to areas with special designations (e.g., WSAs, NCAs, ACECs, and WSRs) o Lands managed to protect wilderness characteristics o Lands that provide public or administrative access | |

BLM_0166361

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | concentration areas) deer and elk winter range.<br>● Improve riparian management (BLM 1989a).<br><br>In land exchanges, acquire sensitive or critical habitats, where possible (BLM 1994a). | ● Lands within key/priority habitats<br>● Lands managed to protect wilderness characteristics<br>● Lands containing valuable resources (e.g., recreational, cultural, special status species, riparian, fragile soils, and rare biological soil crusts)<br>● Lands that provide public or administrative access<br>● Lands that consolidate BLM ownership and/or enhance management goals<br>● Riverside parcels and/or associated water rights along the Gunnison, San Miguel, and Dolores Rivers with important riparian values or that provide watershed or water quality protection values (e.g., salinity/selenium and sedimentation) | and rare biological soil crusts);<br>● Lands suitable for trail construction to link communities<br>● Lands that enhance recreation opportunities | o Lands that consolidate BLM ownership and/or enhance management goals | |

BLM_0166362

**Table T-1**
**Description of Alternatives A, B, B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | • Lands suitable for trail construction to link communities <br> • Lands that enhance recreation opportunities | | | |
| 527. | **Action:** No similar action in current RMPs. | **Action:** Reserve public access easements on lands transferred from public ownership (patents) when it would benefit management goals or the public. | | | |
| 528. | *WITHDRAWALS* | | | | |
| 529. | **Objective:** No similar objective in current RMPs. | **Objective:** Meet resource and other agency needs by withdrawing lands from the public land laws and/or mining laws. | | | |
| 530. | Refer to the *Locatable Minerals* section for withdrawals | | | | **Action:** Continue to manage approximately 28,060 acres as withdrawn from mineral entry; including DOE, Federal Energy Regulatory Commission, and BOR withdrawals (Figure 2-94, Appendix A). Refer to the *Locatable Minerals* section for withdrawals. |
| 531. | **Action:** Where applicable, replace existing withdrawals with ROWs, leases, | **Action:** Where applicable, issue ROWs, leases, other authorizations, or agreements in lieu of withdrawals. | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166363

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | permits or cooperative agreements (BLM 1985). | | | | |
| 532. | **Action:** Upon withdrawal modification or revocation, revert part or all of the withdrawn land to the BLM (BLM 1985). | **Action:** Upon revocation of existing withdrawals, manage the lands consistent with the objectives of adjacent or comparable public lands. | | | **Action:** Review withdrawals, as needed, and recommend their extension, continuation, termination, or revocation, as per applicable legislation, order, regulation, or agencies' needs. Continue all existing withdrawals initiated by other agencies unless the initiating agency requests that the withdrawal be terminated. Following revocation of a withdrawal and issuance of an opening order, manage the lands in a manner consistent with adjacent or comparable public land within the Planning Area. |

BLM_0166364

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | Existing BOR withdrawals include: BOR Project Land <br>• Aspinall Unit <br>• Bostwick Park Project <br>• Dallas Creek Project <br>• Fruitgrowers Project <br>• Paonia Project <br>• Smith Fork Project <br>• Uncompahgre Valley Project <br>• Paradox Valley Unit <br><br>BOR Nonproject Land[1] <br>• Dominguez Project <br>• Fruitland Mesa Project <br>*[1]Projects not authorized for construction* |
| 533. | **Action:** <br>Maintain existing power site withdrawals pending determination of potential. Do not consider these lands for disposal (BLM 1989a). | **Action:** <br>Maintain existing power site classifications and power site reserves pending determination of potential for power or reservoir-related projects. | | | |

BLM_0166365

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | **SPECIAL DESIGNATIONS** | | | | |
| 535. | **AREAS OF CRITICAL ENVIRONMENTAL CONCERN** | | | | |
| 536. | **GOAL:** Manage ACECs to protect significant resource values and prevent damage to important natural, biological, cultural, recreational, or scenic resources and values, or to protect life and safety from natural hazards. Refer to Appendix O, Summary of Areas of Critical Environmental Concern Report. | | | | |
| 537. | **Objective:** Manage the following areas (30,000 acres) as ACECs and RNAs or outstanding natural areas (Figure 2-63, Appendix A): <br>● Adobe Badlands ACEC/ Outstanding Natural Area (6,370 acres) <br>● Fairview South ACEC/ Research Natural Area (210 acres) <br>● Needle Rock ACEC/ Outstanding Natural Area (80 acres) <br>● San Miguel River ACEC (22,780 acres) <br>● Tabeguache Creek ACEC/ Outstanding | **Objective:** Manage the following areas (215,940 acres) as ACECs (Figure 2-64, Appendix A): <br>● Coyote Wash ACEC (2,100 acres) <br>● Dolores Slickrock Canyon ACEC (10,670 acres) <br>● East Paradox ACEC (7,360 acres) <br>● Fairview South (CNHP Expansion) ACEC (4,250 acres) <br>● La Sal Creek ACEC (10,490 acres) <br>● Lower Uncompahgre Plateau ACEC (31,810 acres) <br>● Needle Rock ACEC (80 acres) <br>● Paradox Rock Art ACEC (1,080 acres) | **Objective:** Manage the following areas (29,440 acres) as ACECs (Figure 2-65, Appendix A): <br>● Adobe Badlands ACEC (6,370 acres) <br>● Fairview South ACEC (210 acres) <br>● Needle Rock ACEC (80 acres) <br>● San Miguel River (22,780 acres) | **Objective:** Manage the following areas (51,320 acres) as ACECs (Figure 2-66, Appendix A): <br>● Adobe Badlands ACEC (6,370 acres) <br>● Biological Soil Crust ACEC (1,900 acres) <br>● Dolores River Slickrock Canyon ACEC (9,780 acres) <br>● Fairview South (BLM Expansion) ACEC (610 acres) <br>● Needle Rock ACEC (80 acres) <br>● Paradox Rock Art ACEC (1,080 acres) <br>● Roubideau Corridors ACEC (8,720 acres) <br>● San Miguel River (22,780 acres) | **Objective:** Manage the following areas (30,190 acres) as ACECs (Figure 2-100, Appendix A): <br>● Adobe Badlands ACEC (6,370 acres) <br>● Biological Soil Crust ACEC (390 acres) <br>● Fairview South (BLM Expansion) ACEC (610 acres) <br>● Needle Rock ACEC (80 acres) <br>● Paradox Rock Art ACEC (1,080 acres) <br>● San Miguel River (21,660 acres) |

BLM_0166366

Case No. 1:20-cv-02484-MSK   Document 77-15   filed 04/29/21   USDC Colorado   pg 62 of 153

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | Natural Area (560 acres) | • Roubideau-Potter-Monitor ACEC (20,430 acres)<br>• Salt Desert Shrub Ecosystem ACEC (34,510 acres; includes the existing Adobe Badlands ACEC)<br>• San Miguel Gunnison Sage-Grouse ACEC (470 acres)<br>• San Miguel River Expansion ACEC (35,480 acres)<br>• Sims-Cerro Gunnison Sage-Grouse ACEC (25,620 acres)<br>• Tabeguache Pueblo and Tabeguache Caves ACEC (26,400 acres)<br>• West Paradox ACEC (5,190 acres) | | | |
| 538. | **Action:** No similar action in current RMPs. | **Action:** Apply the following management prescriptions to all ACECs:<br>• Manage as ROW exclusion<br>• Recommend to the Secretary of the Interior | **Action:** No similar action; all management prescriptions are identified below within each ACEC. | | |

BLM_0166367

Case No. 1:20-cv-02484-MSK   Document 77-15   filed 04/29/21   USDC Colorado   pg 63 of 153

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | for withdrawal from locatable mineral entry<br>● Allowable Use: Close to mineral materials disposal<br>● Allowable Use: Close to nonenergy solid mineral leasing | | | |
| 539. | ADOBE BADLANDS ACEC/OUTSTANDING NATURAL AREA | | | | |
| 540. | **Action:**<br>Manage 6,370 acres of the Adobe Badlands WSA as an ACEC/Outstanding Natural Area to protect unique scenic qualities; threatened and endangered species' habitats (Colorado hookless cactus [formerly Uinta Basin hookless cactus], clay-loving wild buckwheat, and Adobe Hills beardtongue (*Penstemon retrorsus*)); provide for semiprimitive, nonmotorized, recreation | **Action:**<br>No similar action (see Salt Desert Shrub ACEC). | **Action:**<br>Manage 6,370 acres as the Adobe Badlands ACEC to protect federally threatened and BLM-sensitive species and habitats, scenic values, and highly erodible soils; provide for semiprimitive, nonmotorized, recreation opportunities and use, and reduce active erosion. Management actions are as follows:<br>● Manage for primitive nonmotorized and nonmechanized recreational uses.<br>● Close to motorized and mechanized travel. | **Action:**<br>Manage 6,370 acres as the Adobe Badlands ACEC to protect federally threatened and BLM-sensitive species and habitats, scenic values, and highly erodible soils; provide for semiprimitive, nonmotorized, recreation opportunities and use, and reduce active erosion. Management actions are as follows:<br>● Close to motorized and mechanized travel.<br>● Manage as VRM Class II.<br>● Provide such facilities as informational and interpretive signs, | **Action:**<br>Manage 6,370 acres as the Adobe Badlands ACEC to protect federally listed (endangered, threatened, proposed, and candidate) and BLM-sensitive species and habitats, scenic values, and highly erodible soils; provide for semiprimitive, nonmotorized, recreation opportunities and use, and reduce active erosion. Management actions are as follows:<br>● Close to motorized and mechanized travel.<br>● Manage as VRM Class II. |

BLM_0166368

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | opportunities and use, and reduce active erosion. Management actions are as follows:<br>● Close to off-highway vehicles.<br>● Manage as VRM Class I.<br>● Allowable Use: Close to major utility development.<br>● Prohibit erosion and salinity control measures from using structures or land treatments that would alter scenic values.<br>● Conduct a complete inventory for threatened and endangered species and establish research and monitoring studies.<br>● Allowable Use: Close to coal leasing.<br>● Allowable Use: Recommend for | | ● Manage as VRM Class II.<br>● Provide such facilities as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanical travel, restrooms, barricades, and fences as needed to protect resources.<br>● Manage for day use only; prohibit camping.<br>● Prohibit campfires.<br>● Manage as ROW avoidance.<br>● Allowable Use: **STIPULATION** CSU-52/ SSR-57: *Special Designation ACEC:* Surface occupancy or use may be restricted and SSR restrictions applied in the ACEC. (Refer to Appendix B.) | designated trail systems for nonmotorized and nonmechanical travel, restrooms, barricades, and fences as needed to protect resources.<br>● Manage for day use only; prohibit camping.<br>● Prohibit campfires.<br>● Manage as ROW avoidance.<br>● Allowable Use: Close to coal leasing.<br>● Allowable Use: Close to mineral materials disposal.<br>● Allowable Use: Close to nonenergy solid mineral leasing.<br>● Allowable Use: **STIPULATION** NSO-58/ SSR-57: *Special Designation ACEC.* Prohibit surface occupancy and use in the ACEC. (Refer to Appendix B.) | ● Provide such facilities as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanical travel, restrooms, barricades, and fences as needed to protect resources.<br>● Prohibit campfires.✱<br>● Manage as ROW avoidance.<br>● Allowable Use: Close to coal leasing.<br>● Allowable Use: Close to mineral materials disposal.<br>● Allowable Use: Close to nonenergy solid mineral leasing.<br>● Allowable Use: **STIPULATION** NSO-58/ SSR-57: *Special Designation ACEC.* Prohibit surface occupancy and use in the ACEC. (Refer to Appendix B.) |

BLM_0166369

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | withdrawal from locatable mineral entry.<br>● Allowable Use: Close to mineral materials disposal.<br>● Allowable Use: **STIPULATION** NSO-UB-7 (BLM 1989a): *Areas of Critical Environmental Concern/Outstanding Natural Areas.* Prohibit surface occupancy and use in the ACEC. (Refer to Appendix B.) | | | | |
| 541. | *FAIRVIEW SOUTH ACEC/RESEARCH NATURAL AREA* | | | | |
| 542. | **Action:** Manage 210 acres as the Fairview South ACEC/Research Natural Area to protect clay-loving wild buckwheat and Adobe Hills beardtongue (*penstemon retrorsus*). Management actions are as follows: | **Action:** Manage 4,250 acres as the Fairview South (CNHP Expansion) ACEC to protect clay-loving wild buckwheat, Colorado desert parsley, Adobe Hills beardtongue, and good-neighbor bladderpod. Management actions are as follows: | **Action:** Manage 210 acres as the Fairview South ACEC to protect clay-loving wild buckwheat. Management actions are as follows:<br>●Continue monitoring studies in cooperation with Colorado Natural Areas Program.<br>●Provide facilities such as informational and | **Action:** Manage 610 acres as the Fairview South (BLM Expansion) ACEC to protect clay-loving wild buckwheat. Management actions are as follows:<br>● Continue monitoring studies in cooperation with Colorado Natural Areas Program. | **Action:** Manage 610 acres as the Fairview South (BLM Expansion) ACEC to protect clay-loving wild buckwheat. Management actions are as follows:<br>● Continue monitoring studies in cooperation with Colorado Natural Areas Program.<br>● Close to sheep grazing. |

BLM_0166370

Case No. 1:20-cv-02484-MSK   Document 77-15   filed 04/29/21   USDC Colorado   pg 66 of 153

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | • Develop plant monitoring studies in cooperation with the Colorado Natural Areas Program.<br>• Close to OHV use.<br>• Close to development of new pipelines.<br>• Restrict surface-disturbing activities to protect the threatened and endangered species and their potential habitat.<br>• Continue to allow livestock to graze at current levels unless studies determine threatened and endangered plant species or their potential habitats are being degraded.<br>• Allowable Use: **STIPULATION** NSO-UB-7 (BLM 1989a): *Areas of* | • Continue monitoring studies in cooperation with Colorado Natural Areas Program.<br>• Close to sheep grazing unless research shows sheep grazing is beneficial or has no impact on clay-loving wild buckwheat.<br>• Allow research on impacts from sheep to clay-loving wild buckwheat.<br>• Close to cattle grazing.<br>• Provide such facilities as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, and fences as needed for resource protection.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage for day use only; prohibit camping.<br>• Prohibit campfires. | interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage as day use only; prohibit camping.<br>• Prohibit campfires.<br>• Prohibit wood collecting.<br>• Close to wood product sales and/or harvest.<br>• Manage as VRM Class IV.<br>• Manage as ROW avoidance.<br>• Allowable Use: **STIPULATION** CSU-52/ SSR-57: *Special Designation ACEC*: Surface occupancy or use may be restricted and SSR restrictions | • Close to sheep grazing except for research.<br>• Allow research on sheep impacts on clay-loving wild buckwheat.<br>• Allow sheep grazing if approved research clearly demonstrates that effects of sheep grazing are beneficial or have no impact on clay-loving wild buckwheat, through consultation with USFWS.<br>• Close to cattle grazing.<br>• Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Close to motorized and mechanized travel.<br>• Manage as day use only; prohibit camping.<br>• Prohibit campfires. | • Close to cattle grazing.<br>• Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Close to motorized and mechanized travel.<br>• Manage as day use only; prohibit camping✶.<br>• Prohibit campfires.✶<br>• Manage as VRM Class III.<br>• Manage as ROW exclusion.<br>Allowable Use: **STIPULATION** NSO-58/ SSR-57: *Special Designation ACEC*. Prohibit surface occupancy and use and apply SSR restrictions in the ACEC. (Refer to Appendix B.) |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | *Critical Environmental Concern/Outstanding Natural Areas.* Prohibit surface occupancy and use in the ACEC (Refer to Appendix B.) ● Allowable Use: Recommend for withdrawal from locatable mineral entry and location. ● Allowable Use: Close to mineral materials disposal. | ● Prohibit wood collecting. ● Close to wood product sales and/or harvest. ● Manage as VRM Class III ● Manage as ROW exclusion with additional exceptions; manage these exceptions as ROW avoidance: o 200 feet of the edge of South Canal, Kinikin Road, and Pahgre Road o 600-foot buffer on private lands in the Kinikin/Cedar portion (south unit of the ACEC) ● Allowable Use: **STIPULATION** NSO-58/NGD-26: *Special Designation ACEC:* Prohibit surface occupancy and use and apply NGD restrictions in the ACEC. (Refer to Appendix B.) | applied in the ACEC. (Refer to Appendix B.) | ● Prohibit wood collecting. ● Close to wood product sales and/or harvest. ● Manage as VRM Class III. ● Allowable Use: **STIPULATION** NSO-58/ SSR-57: *Special Designation ACEC.* Prohibit surface occupancy and use and apply SSR restrictions in the ACEC. (Refer to Appendix B.) ● Allowable Use: Close to mineral materials disposal. ● Allowable Use: Close to nonenergy solid mineral leasing. ● Manage as ROW exclusion. | ● Allowable Use: Close to mineral materials disposal. ● Allowable Use: Close to nonenergy solid mineral leasing. |

BLM_0166372

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 543. | *NEEDLE ROCK ACEC/OUTSTANDING NATURAL AREA* | | | | |
| 544. | **Action:**<br>Manage 80 acres as the Needle Rock ACEC/Outstanding Natural Area ISA to protect the scientific, interpretive, and scenic qualities of this site. Management actions are as follows:<br>● Manage as unallotted for livestock grazing use.<br>● Limit travel to designated road and trails.<br>● Manage as VRM Class I.<br>● Close to development of major utility facilities.<br>● Manage as a roaded natural area for recreation opportunities, including sightseeing, | **Action:**<br>Manage 80 acres as the Needle Rock ACEC ISA to protect the scientific, interpretive, and scenic qualities of this site. Management actions are as follows:<br>● Close to livestock grazing.<br>● Limit motorized and mechanized travel to designated routes.<br>● Manage as VRM Class II.<br>● Provide such facilities as informational and interpretive signs and maintain existing trails as needed to provide enhanced visitor use, enjoyment, and safety. Maintain existing trail systems and interpretive signs.<br>● Provide adequate protection (e.g., signing, use stipulations, barricades, and fences, as needed) to protect | **Action:**<br>Manage 80 acres as the Needle Rock ACEC ISA to protect the scientific, interpretive, and scenic qualities of this site. Management actions are as follows:<br>● Close to livestock grazing.<br>● Limit motorized and mechanized travel to designated routes.<br>● Manage as VRM Class II.<br>● Manage for day use only: prohibit camping.<br>● Prohibit open campfires; require use of stoves or grills.<br>● Prohibit wood collecting.<br>● Manage as ROW avoidance.<br>● Allowable Use: **STIPULATION** NSO-58: *Special Designation ACEC. No* | **Action:**<br>Manage 80 acres as the Needle Rock ACEC ISA to protect the scientific, interpretive, and scenic qualities of this site. Management actions are as follows:<br>● Close to livestock grazing.<br>● Limit motorized and mechanized travel to designated routes.<br>● Manage as VRM Class II.<br>● Provide such facilities as informational and interpretive signs and maintain existing trails as needed to provide enhanced visitor use, enjoyment, and safety. Maintain existing trail systems and interpretive signs.<br>● Provide adequate protection (signing, use stipulations, barricades, and fences, as needed) to protect sensitive species and their habitats.<br>● Manage for day use only; prohibit camping*.<br>● Prohibit open campfires; require use of stoves or grills.*<br>● Prohibit wood collecting.<br>● Close to wood product sales and/or harvest.<br>● Prohibit rock climbing.<br>● Manage as ROW avoidance.<br>● Allowable Use: **STIPULATION** NSO-58/ SSR-57: *Special Designation ACEC.* No surface occupancy or use is allowed, and SSR restrictions are applied, in the ACEC. (Refer to Appendix B.)<br>● Allowable Use: Close to mineral materials disposal. | |

BLM_0166373

**Table T-I**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|---|
| | picnicking, and geologic study. <br>● Allowable Use: **STIPULATION** NSO-UB-7 (BLM 1989a): *Areas of Critical Environmental Concern/ Outstanding Natural Areas.* Prohibit surface occupancy and use in the ACEC. (Refer to Appendix B.) <br>● Allowable Use: Recommend for withdrawal from locatable mineral entry. <br>● Allowable Use: Close to mineral materials disposal. | sensitive species and their habitats. <br>● Manage for day use only: prohibit camping. <br>● Prohibit open campfires: require use of stoves or grills. <br>● Prohibit wood collecting. <br>● Close to wood product sales and/or harvest. <br>● Prohibit rock climbing. | | surface occupancy or use is allowed in the ACEC. (Refer to Appendix B.) | ● Allowable Use: Close to nonenergy solid mineral leasing. <br>● Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry. | |
| | | **Alternative B:** Allowable Use: **STIPULATION** NSO-58/SSR-57: *Special Designation ACEC.* Prohibit surface occupancy and use and apply SSR restrictions in the Needle Rock ACEC. | **Alternative B.1** (North Fork area only): Allowable Use: **NO LEASING** NL-11: *Prominent Landmarks.* Close to oil and gas leasing and geophysical exploration the Needle Rock ACEC. (Refer to Appendix B.) | | | |

BLM_0166374

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | (Refer to Appendix B.) | | | |
| 545. | *SAN MIGUEL RIVER ACEC* | | | | |
| 546. | **Action:** Manage 22,780 acres as the San Miguel River ACEC to protect unique riparian resources, bird habitat, and scenic values. Management actions are as follows (BLM 1993a): ● Continue cooperating with The Nature Conservancy and CPW to study suitability of the San Miguel River for river otter reintroduction. Support reintroduction into suitable habitat. ● Manage as VRM Class II, except for the forest management areas | **Action:** Manage 35,480 acres as the San Miguel River Expansion ACEC to protect unique riparian resources, bird habitat, and scenic values. Management actions are as follows: ● Manage as VRM Class III. ● Allow on-site collection of dead and downed wood for campfires (fire pans, stoves, or grills required), unless monitoring indicates a need for change. ● Close to wood product sales and/or harvest. ● Close to livestock grazing. ● Limit camping to designated sites and areas. ● Limit camping to no longer than 7 consecutive days at any | **Action:** Manage 22,780 acres as the San Miguel River ACEC to protect unique riparian resources, bird habitat, and scenic values. Management actions are as follows: ● Manage as VRM Class III. ● Allow on-site collection of dead and downed wood for campfires (fire pans, stoves, or grills required), unless monitoring indicates a need for change. ● Prohibit vegetation projects to improve livestock forage production. ● Limit camping to designated sites and areas. ● Prohibit open campfires: require use | **Action:** Manage 22,780 acres as the San Miguel River ACEC to protect unique riparian resources, bird habitat, and scenic values. Management actions are as follows: ● Manage as VRM Class III. ● Allow on-site collection of dead and downed wood for campfires (fire pans, stoves, or grills required), unless monitoring indicates a need for change. ● Close to wood product sales and/or harvest. ● Limit camping to designated sites and areas. ● Limit camping to no longer than 7 consecutive days at any 1 location; after the 7 days has been reached, | **Action:** Manage 21,660 acres as the San Miguel River ACEC to protect unique riparian resources, bird habitat, and scenic values. Management actions are as follows: ● Manage as VRM Class III. ● Allow on-site collection of dead and downed wood for campfires (fire pans, stoves, or grills required), unless monitoring indicates a need for change. ● Close to wood product sales and/or harvest. ● Limit camping to designated sites and areas*. ● Limit camping to no longer than 7 consecutive days at any |

BLM_0166375

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | from the original RMP (BLM 1985), which is VRM Class IV.<br>• With exception of three forest management areas designated in the original RMP (BLM 1985), close the ACEC to forest product disposal unless criteria of improving riparian values and maintaining forest health are met.<br>• Do not attempt to improve forage production through vegetation projects.<br>• Limit camping along the river between Placerville and Sanborn Park Road to two designated sites only.<br>• Limit maximum length of stay to 14 days. | 1 location; after the 7 days has been reached, prohibit campers from returning to that location for 30 days and/or require them to move out of the ACEC.<br>• Prohibit open campfires; require use of fire pans, stoves, or grills.<br>• Prohibit target shooting *(see Recreation section for more information).*<br>• Close to recreational mining.<br>• Limit motorized and mechanized travel to designated routes.<br>• Where possible, locate facility development outside the 100-year floodplain.<br>• Provide such facilities as informational and interpretive signs, designated trail systems and restrooms, barricades, and fences, as needed for enhanced visitor use, enjoyment, | of fire pans, stoves, or grills.<br>• Limit motorized and mechanized travel to designated routes.<br>• Where possible, locate facility development outside the 100-year floodplain.<br>• Provide such facilities as informational and interpretive signs, designated trail systems and restrooms, barricades, and fences, as needed for enhanced visitor use, enjoyment, and safety and to protect sensitive species and their habitats. Allowable Use: **STIPULATION** CSU-52: *Special Designation ACEC:* Surface occupancy or use may be restricted in the ACEC. (Refer to Appendix B.) | prohibit campers from returning to that location for 30 days and/or require them to move out of the ACEC.<br>• Prohibit open campfires; require use of fire pans, stoves, or grills.<br>• Prohibit target shooting *(see Recreation section for more information).*<br>• Limit motorized and mechanized travel to designated routes.<br>• Where possible, locate facility development outside the 100-year floodplain.<br>• Provide such facilities as informational and interpretive signs, designated trail systems and restrooms, barricades, and fences, as needed for enhanced visitor use, enjoyment, and safety and to protect sensitive | 1 location; after the 7 days has been reached, prohibit campers from returning to that location for 30 days and/or require them to move out of the ACEC.*<br>• Limit campfires to existing fire pans, stoves, or grills in designated campsites.*<br>• Limit motorized and mechanized travel to designated routes.<br>• Where possible, locate facility development outside the 100-year floodplain.<br>• Provide such facilities as informational and interpretive signs, designated trail systems and restrooms, barricades, and fences, as needed for enhanced visitor use, enjoyment, and safety and to protect |

BLM_0166376

Case No. 1:20-cv-02484-MSK   Document 77-15   filed 04/29/21   USDC Colorado   pg 72 of 153

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | • Limit travel to designated routes. <br>• Require that all facility construction protects riparian and scenic values. Where possible, locate facility development outside the 100-year floodplain. <br>• Authorize upgrades to existing electric transmission lines in San Miguel Canyon (BLM 1993a). <br>• Close to development of major utilities, with the exception of those already established by the San Miguel Power Association. <br>• Prohibit BLM-permitted actions, such as ROWs, bike trails, and camping areas, in relic riparian | and safety and to protect sensitive species and their habitats. <br>• Allowable Use: Close to coal leasing. <br>• Allowable Use: **NO LEASING/STIPULA-TION** NL-16/SSR-57: Special Designation *ACEC.* Close to fluid mineral leasing and geophysical exploration and apply SSR restrictions in the ACEC. (Refer to Appendix B.) | • Recreational mining must adhere to the following practices: <br>o All recreational mining activities must take place within the stream channel, no closer than 2 feet from any stream bank (and/or inter-river island) with established vegetation, and shall be conducted to prevent undercutting of banks; Material too large to be moved by hand shall remain undisturbed; <br>o All excavations shall have materials replaced upon completion of operations, and no sites shall be left open in excess of 14 days; <br>o Operations shall not disturb in excess of 2 | species and their habitats. <br>• Allowable Use: Close to coal leasing. <br>• Allowable Use: Close to nonenergy solid mineral leasing. <br>• Allowable Use: **STIPULATION** NSO-58: *Special Designation ACEC.* Prohibit surface occupancy and use in the ACEC. (Refer to Appendix B.) <br>• Allowable Use: Close to mineral materials disposal. <br>• Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry. <br>• Ensure that recreational mining adheres to the following practices: <br>o Prohibit motorized recreational mining (e.g., motorized dredging); | sensitive species and their habitats. <br>• Allowable Use: Close to coal leasing. <br>• Allowable Use: Close to nonenergy solid mineral leasing. <br>• Allowable Use: **STIPULATION** NSO-58: *Special Designation ACEC.* Prohibit surface occupancy and use in the ACEC. (Refer to Appendix B.) <br>• Allowable Use: Close to mineral materials disposal. |

BLM_0166377

**Table T-I**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | communities within the ACEC.<br>● Allowable Use: Close to mineral materials disposal unless disposal is needed to meet management goals for the river or riparian area.<br>● Allowable Use: Close to mineral materials disposal.<br>● Manage mineral development to minimize impacts on riparian and recreation values. | | cubic yards of material per day; and<br>○ Anchorage systems (if used) shall not span the stream if it will restrict the free passage of water craft. | ○ All activities shall be conducted below existing water surface;<br>○ Material too large to be moved by hand shall remain undisturbed.<br>○ All excavations shall have materials replaced on completion of operations, and no sites shall be left open in excess of 14 days.<br>○ Operations shall not disturb in excess of 2 cubic yards of material per day. | |
| 547. | *TABEGUACHE CREEK ACEC/OUTSTANDING NATURAL AREA* | | | | |
| 548. | **Action:**<br>Manage 560 acres as the Tabeguache Creek ACEC/ONA to protect cultural resources and aquatic/riparian values. Management actions | **Action:**<br>No similar action (Tabeguache Creek is not proposed as an ACEC). | | | |

BLM_0166378

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | are as follows (BLM 1985): <br> ● Closed to OHV use <br> ● VRM Class II <br> ● Allowable Use: <br> **STIPULATION** NSO-UB-7 (BLM 1989a): *Areas of Critical Environmental Concern/ Outstanding Natural Areas.* Prohibit surface occupancy and use in the ACEC. (Refer to Appendix B.) | | | | |
| 549. | *COYOTE WASH ACEC* | | | | |
| 550. | **Action:** No similar action in current RMPs. | **Action:** Manage 2,100 acres as the Coyote Wash ACEC to protect BLM sensitive species. Management actions are as follows: <br> ● Manage as VRM Class II. <br> ● Provide such facilities as informational and interpretive signs, designated trail systems, camping areas, restrooms, barricades, | **Action:** No similar action (Coyote Wash is not proposed as an ACEC under this alternative). | **Action:** No similar action (this area is within the Dolores River Slickrock Canyon ACEC). | **Action:** Same as Alternative C. |

BLM_0166379

Case No. 1:20-cv-02484-MSK   Document 77-15   filed 04/29/21   USDC Colorado   pg 75 of 153

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | and fences, as needed for resource protection.<br>● Allowable Use:<br>**STIPULATION** NSO-58: *Special Designation ACECs.* Prohibit surface occupancy and use in the ACEC. (Refer to Appendix B.) | | | |
| 551. | *DOLORES (RIVER) SLICKROCK CANYON ACEC* | | | | |
| 552. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 10,670 acres as the Dolores Slickrock Canyon ACEC to protect scenic values, cultural and paleontological resources, desert bighorn sheep, peregrine falcon, roundtail chub, and plant communities, and the BLM sensitive species Kachina daisy and Naturita milkvetch. Management actions are as follows:<br>● Close 9,800 acres (overlapping Dolores Canyon WSA) to motorized and mechanized travel. | **Action:**<br>No similar action (Dolores [River] Slickrock Canyon is not proposed as an ACEC under this alternative). | **Action:**<br>Manage 9,780 acres as the Dolores River Slickrock Canyon ACEC to protect scenic values, cultural and paleontological resources, desert bighorn sheep, peregrine falcon, roundtail chub, and plant communities and the BLM sensitive species Kachina daisy and Naturita milkvetch. Management actions are as follows:<br>● Close to motorized and mechanized travel.<br>● Provide such facilities as informational and | **Action:**<br>Same as Alternative C. |

BLM_0166380

Case No. 1:20-cv-02484-MSK   Document 77-15   filed 04/29/21   USDC Colorado   pg 76 of 153

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | • In the remaining portion of the ACEC (870 acres), limit motorized and mechanized travel to designated routes.<br>• Provide such facilities as informational and interpretive signs, designated trail systems and camping areas, restrooms, barricades, and fences as needed for resource protection.<br>• Allow camping only in designated sites and areas.<br>• Prohibit open campfires: require use of fire pans, stoves, or grills.<br>• Allow on-site collection of dead and downed wood for campfires (fire pans, stoves, or grills required), unless monitoring indicates a need for change.<br>• Close to wood product sales and/or harvest.<br>• Require firepans and porta-potties for | | interpretive signs, designated trail systems and camping areas, restrooms, barricades, and fences, as needed for resource protection.<br>• Allow dispersed camping unless otherwise posted.<br>• Prohibit open campfires: require use of fire pans, stoves, or grills.<br>• Allow on-site collection of dead and downed wood for campfires (fire pans, stoves, or grills required), unless monitoring indicates a need for change.<br>• Close to wood product sales and/or harvest.<br>• Require porta-potties for overnight use if restroom is not available.<br>• Manage as VRM Class II. | |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | overnight use if restroom is not available.<br>● Manage as VRM Class II.<br>● Close to recreational mining.<br>● Allowable Use: **NO LEASING/ STIPULATION** NL-16/NGD-26: *Special Designation ACEC*: Close to fluid mineral leasing and geophysical exploration and apply NGD restrictions in the ACEC. (Refer to Appendix B.) | | ● Allowable Use: **STIPULATION** NSO-58/ SSR-57: *Special Designation ACEC*. Prohibit surface occupancy and use and apply SSR restrictions in the ACEC. (Refer to Appendix B.)<br>● Manage as ROW avoidance.<br>● Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry.<br>● Allowable Use: Close to mineral materials disposal.<br>● Allowable Use: Close to nonenergy solid mineral leasing. | |
| 553. | *BIOLOGICAL SOIL CRUST/ EAST PARADOX ACEC* | | | | |
| 554. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 7,360 acres as the East Paradox ACEC to protect potential and known rare biological soil crusts, unique vegetation communities, and BLM | **Action:**<br>No similar action (East Paradox/Biological Soil Crust is not proposed as an ACEC under this alternative). | **Action:**<br>Manage 1,900 acres as the Biological Soil Crust ACEC to protect biological soil crusts. Management actions are as follows: | **Action:**<br>Manage 390 acres as the Biological Soil Crust ACEC to protect biological soil crusts. Management actions are as follows: |

BLM_0166382

Case No. 1:20-cv-02484-MSK   Document 77-15   filed 04/29/21   USDC Colorado   pg 78 of 153

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | sensitive plant, aquatic, and terrestrial wildlife species, including Paradox Valley lupine, Paradox breadroot, roundtail chub, flannelmouth sucker, and peregrine falcon. Management actions are as follows:<br>● Manage as VRM Class III.<br>● Limit motorized and mechanized travel to designated routes.<br>● On 1,810 acres of biological soil crust and gypsipherous plant communities, limit all travel (motorized, mechanized, pedestrian, and equestrian) to designated routes.<br>● Close to camping.<br>● Allowable Use:<br>**STIPULATION** NSO-58/NGD-26: *Special Designation ACEC.* Prohibit surface occupancy and use and apply NGD restrictions | | ● Manage as VRM Class II.<br>● Emphasize management and long-term preservation of the biological soil crust community.<br>● Allow surface-disturbing activities associated with research for biological soil crust and gypsipherous plant communities. Conduct a complete inventory for biological soil crust and gypsipherous plant communities.<br>● Locate livestock salt/mineral supplement sites and water sites farther than 0.25-mile from the boundary of the gypsipherous soils (gypsum land and gypsiothorids).<br>● Allow existing livestock watering reservoirs closer than 0.25-mile from the gypsipherous | ● Emphasize management and long-term preservation of the biological soil crust community.<br>● Allow surface-disturbing activities associated with research for biological soil crust and gypsipherous plant communities. Conduct a complete inventory for biological soil crust and gypsipherous plant communities.<br>● Locate livestock salt/mineral supplement sites and water sites farther than 0.25-mile from the boundary of the gypsipherous soils (gypsum land and gypsiothorids).<br>● Allow existing livestock watering reservoirs closer than 0.25-mile from the gypsipherous soils to |

BLM_0166383

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | in the ACEC. (Refer to Appendix B.)<br>● Allowable Use: **STIPULATION** TL-28: *East Paradox ACEC.* Close the East Paradox ACEC to rock climbing during peregrine falcon breeding season (March 1 to August 15) if peregrine falcons are present. (Refer to Appendix B.)<br>● Allowable Use: Close to coal leasing.<br>● Allow surface-disturbing activities associated with research for biological soil crust and gypsipherous plant communities.<br>● Provide adequate protection (signs, use stipulations, barricades, and fences, as needed) to protect sensitive species and their habitats. | | soils to remain; prohibit new reservoirs within 0.25-mile of the gypsipherous soils.<br>● Limit motorized and mechanized travel to designated routes.<br>● Manage for day use only; prohibit camping.<br>● Manage as ROW exclusion with the following additional exception:<br>o Allow private edge-holding ROWs for reasonable access and utilities, only if other access is not possible (these areas would be managed as ROW avoidance).<br>● Allowable Use: **STIPULATION** NSO-58/ SSR-57: *Special Designation ACEC.* Prohibit surface occupancy and use and apply SSR restrictions in the ACEC. (Refer to Appendix B.) | remain; prohibit new reservoirs within 0.25-mile of the gypsipherous soils.<br>● Limit motorized and mechanized travel to designated routes.<br>● Manage for day use only; prohibit camping.*<br>● Manage as ROW avoidance.<br>● Allowable Use: **STIPULATION** NSO-58/ SSR-57: *Special Designation ACEC.* Prohibit surface occupancy and use and apply SSR restrictions in the ACEC. (Refer to Appendix B.)<br>● Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry.<br>● Allowable Use: Close to mineral materials disposal. |

BLM_0166384

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | • Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry.<br>• Allowable Use: Close to mineral materials disposal.<br>• Allowable Use: Close to nonenergy solid mineral leasing. | • Allowable Use: Close to nonenergy solid mineral leasing. |
| 555. | *LA SAL CREEK ACEC* | | | | |
| 556. | **Action:** No similar action in current RMPs. | **Action:** Manage 10,490 acres as the La Sal Creek ACEC to protect unique vegetation communities and BLM sensitive plant, fish, and wildlife species, including Paradox breadroot, Paradox Valley lupine, desert bighorn sheep, and peregrine falcon. Management actions are as follows:<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide such facilities as informational and | **Action:** No similar action (La Sal Creek is not proposed as an ACEC). | | |

BLM_0166385

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred in Draft RMP_ | Alternative E _Agency Proposed_ |
|---|---|---|---|---|---|
| | | interpretive signs, designated trail systems and camping areas, restrooms, barricades, and fences, as needed for resource protection. <br>● Allow camping only in designated sites and areas. <br>● Manage as VRM Class II. <br>● Manage with additional exceptions for ROW exclusion, including: <br>o 0.25-mile buffer along private lands on the north side of the ACEC <br>● Allowable Use: **STIPULATION** NSO-58/NGD-26: _Special Designation ACEC:_ Prohibit surface occupancy and use and apply NGD restrictions in the ACEC. (Refer to Appendix B.) | | | |
| 557. | _LOWER UNCOMPAHGRE PLATEAU ACEC_ | | | | |
| 558. | **Action:** No similar action in current RMPs. | **Action:** Manage 31,810 acres in the area of the Lower | **Action:** No similar action (Lower Uncompahgre Plateau is not proposed as an ACEC). | | |

BLM_0166386

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek as an ACEC to protect unique cultural resource values. Management actions are as follows:<br>● Manage as VRM Class III.<br>● Limit motorized and mechanized travel to designated routes.<br>● Provide such facilities as informational and interpretive signs, designated trail systems, camping areas, restrooms, barricades, and fences, as needed to provide resource protection.<br>● Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon.<br>● Manage for the protection of historic | | | |

BLM_0166387

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | Ute occupations and sacred sites.<br>● Manage for the protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek.<br>● Allowable Use: **STIPULATION** NSO-58/NGD-26: *Special Designation ACEC.* Prohibit surface occupancy and use and apply NGD restrictions in the ACEC. (Refer to Appendix B.) | | | |
| 559. | *PARADOX ROCK ART ACEC* | | | | |
| 560. | **Action:** No similar action in current RMPs. | **Action:** Manage 1,080 acres in the area of Paradox Rock Art Complex as an ACEC to protect unique cultural resource values, including numerous prehistoric petroglyphs and pictographs. Management actions are as follows: | **Action:** No similar action (Paradox Rock Art is not proposed as an ACEC under this alternative). | **Action:** Manage 1,080 acres in the area of Paradox Rock Art Complex as an ACEC to protect unique cultural resource values, including numerous prehistoric petroglyphs and pictographs in the area. | **Action:** Manage 1,080 acres in the area of Paradox Rock Art Complex as an ACEC to protect unique cultural resource values, including numerous prehistoric petroglyphs and pictographs in the |

BLM_0166388

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | • Manage as VRM Class II.<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide such facilities as informational and interpretive signs, designated trail systems and camping areas, and restrooms, as needed for resource protection.<br>• Provide adequate protection (signs, use stipulations, barricades, and fences, as needed) to protect sites.<br>• Allow camping only in designated sites and areas.<br>• Prohibit target shooting *(see Recreation section for more information)*.<br>• Close to rock climbing.<br>• Issue no SRPs.<br>• Allowable Use: **STIPULATION** NSO-58/NGD-26: *Special Designation ACEC.* Prohibit surface occupancy and use and | | Management actions are as follows:<br>• Manage as VRM Class II.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage as ROW avoidance.<br>• Provide such facilities as informational and interpretive signs, designated trail systems and camping areas, and restrooms, as needed for resource protection.<br>• Provide adequate protection (signs, use stipulations, barricades, and fences, as needed) to protect sensitive sites.<br>• Allow camping only in designated sites and areas.<br>• Prohibit target shooting *(see Recreation section for more information)*. | area. Management actions are as follows:<br>• Manage as VRM Class II.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage as ROW avoidance.<br>• Provide such facilities as informational and interpretive signs, designated trail systems and camping areas, and restrooms, as needed for resource protection.<br>• Provide adequate protection (signs, use stipulations, barricades, and fences, as needed) to protect sensitive sites.<br>• Allow camping only in designated sites and areas.*<br>• Permit rock climbing in designated areas only.<br>• Issue no SRPs for competitive events.* |

BLM_0166389

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | apply NGD restrictions are applied, in the ACEC. (Refer to Appendix B.) | | • Prohibit rock climbing, except for in designated areas.<br>• Issue no SRPs for competitive events.<br>• Allow organized SRPs for groups up to 25 people.<br>• If resource damage occurs, close to the action that is causing the damage.<br>• Allowable Use: **STIPULATION** NSO-58/ SSR-57: *Special Designation ACEC.* Prohibit surface occupancy and use and apply SSR restrictions in the ACEC. (Refer to Appendix B.)<br>• Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry.<br>• Allowable Use: Close to mineral materials disposal. | • Allow organized SRPs for groups up to 25 people.*<br>• If resource damage occurs, limit the appropriate public activity at or near the locality where the damage occurs.<br>• Allowable Use: **STIPULATION** NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B.)<br>• Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry.<br>• Allowable Use: Close to mineral materials disposal.<br>Allowable Use: Close to nonenergy solid mineral leasing. |

BLM_0166390

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | ● Allowable Use: Close to nonenergy solid mineral leasing. | |
| 561. | *ROUBIDEAU CORRIDORS AND ROUBIDEAU-POTTER-MONITOR ACEC* | | | | |
| 562. | **Action:** No similar action in current RMPs. | **Action:** Manage 20,430 acres as the Roubideau-Potter-Monitor ACEC to protect narrowleaf cottonwood/skunkbrush riparian forests, montane and lower montane riparian forests, BLM-sensitive species (peregrine falcon, Grand Junction milkvetch, desert bighorn sheep, and northern leopard frog), and historic resources. Management actions are as follows: ● Manage as VRM Class II. ● Limit motorized and mechanized travel to designated routes, in accordance with the Dry Creek Travel Management Plan (BLM 2009a). | **Action:** No similar action (Roubideau Corridors and Roubideau-Potter-Monitor are not proposed as an ACEC under this alternative). | **Action:** Manage 8,720 acres as the Roubideau Corridors ACEC to protect narrowleaf cottonwood/skunkbrush riparian forests, montane and lower montane riparian forests, BLM-sensitive species (Grand Junction milkvetch, desert bighorn sheep, and northern leopard frog), and historic resources. Management actions are as follows: ● Manage as VRM Class III. ● Limit motorized and mechanized travel to designated routes, in accordance with the Dry Creek Travel Management Plan (BLM 2009a). | **Action:** Same as Alternative C. |

BLM_0166391

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | • Provide adequate protection (signs, use stipulations, barricades, and fences, as needed) to protect sensitive species and their habitats.<br>• Issue no SRPs for competitive events.<br>• Prohibit target shooting *(see Recreation section for more information).*<br>• Close to wood product sales and/or harvest and Christmas tree cutting.<br>• Allowable use: Close to recreational mining.<br>• Allowable Use: **NO LEASING/STIPULATION** NL-16/NGD-26: *Special Designation ACEC.* Close to fluid mineral leasing and geophysical exploration and apply NGD restrictions in the ACEC. (Refer to Appendix B.) | | • Provide adequate protection (signs, use stipulations, barricades, and fences, as needed) to protect sensitive species and their habitats.<br>• Close to wood product sales and/or harvest and Christmas tree cutting.<br>• Manage as ROW avoidance.<br>• Allowable Use: **STIPULATION** NSO-58/ SSR-57: *Special Designation ACEC.* Prohibit surface occupancy and use and apply SSR restrictions in the ACEC. (Refer to Appendix B.)<br>• Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry.<br>• Allowable Use: Close to mineral materials disposal. | |

BLM_0166392

**Table T-I**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | ● Allowable Use: Close to nonenergy solid mineral leasing. | |
| 563. | *SALT DESERT SHRUB ECOSYSTEM ACEC/RESEARCH NATURAL AREA* | | | | |
| 564. | **Action:** No similar action in current RMPs. | **Action:** Manage 34,510 acres as the Salt Desert Shrub Ecosystem ACEC to protect federally threatened plant species: Colorado hookless cactus; the globally vulnerable and locally imperiled salt desert shrubland; and BLM-sensitive wildlife species, white-tailed prairie dog, burrowing owl, kit fox, ferruginous hawk, and pronghorn antelope. Management actions are as follows: ● Manage as VRM Class III. ● Limit motorized and mechanized travel to designated routes. ● Provide such facilities as informational and interpretive signs, barricades, and fences, | **Action:** No similar action (Salt Desert Shrub Ecosystem is not proposed as an ACEC under Alternatives C and D or the BLM Proposed Alternative; see Adobe Badlands ACEC). | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | as needed to protect resources.<br>• Manage for day use only: prohibit camping.<br>• Prohibit open campfires; require use of stoves or grills.<br>• Prohibit wood collecting.<br>• Allowable Use: Close to coal leasing.<br>• Manage with additional exceptions for ROW exclusion:<br>o 0.25-mile ROW buffer zone along Highway 50 and 200 feet along existing roads<br>o 0.25-mile ROW buffer zone along the south, southeast, and southwest eastern boundaries with private lands.<br>• Allowable Use: **STIPULATION** NSO-58/NGD-26: *Special Designation ACEC.* Prohibit surface occupancy and use and | | | |

BLM_0166394

Case No. 1:20-cv-02484-MSK   Document 77-15   filed 04/29/21   USDC Colorado   pg 90 of 153

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| | | apply NGD restrictions in the ACEC. (Refer to Appendix B.) | | | |
| 565. | SAN MIGUEL GUNNISON SAGE-GROUSE ACEC | | | | |
| 566. | **Action:** No similar action in current RMPs. | **Action:** Manage 470 acres as the San Miguel Gunnison Sage-Grouse ACEC for greater protection and enhancement of Gunnison sage-grouse habitat and to reduce wildlife harassment by other users. ● Manage as VRM Class III. ● Limit motorized and mechanized travel to designated routes. ● Close to motorized and mechanized travel during strutting, nesting, and brood-rearing season (April 1 to July 15) to prevent disturbance to breeding sage-grouse. ● Follow recommendations in San Miguel Basin Gunnison Sage-Grouse Conservation Plan (San Miguel Basin Gunnison | **Action:** No similar action (San Miguel Gunnison Sage-Grouse is not proposed as an ACEC under Alternatives C and D or the BLM Proposed Alternative). | | |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | Sage-Grouse Working Group 2009). Manage vegetation for optimal Gunnison sage-grouse habitat. <br>● Provide adequate protection (signs, use stipulations, barricades, and fences, as needed) to protect sensitive species and their habitats. <br>● Allowable Use: **STIPULATION** NSO-58/NGD-26: *Special Designation ACEC.* Prohibit surface occupancy and use and apply NGD restrictions in the ACEC. (Refer to Appendix B.) | | | |
| 567. | *SIMS-CERRO GUNNISON SAGE-GROUSE ACEC* | | | | |
| 568. | **Action:** No similar action in current RMPs. | **Action:** Manage 25,620 acres as the Sims-Cerro Gunnison Sage-Grouse ACEC for greater protection and enhancement of Gunnison sage-grouse habitat and to reduce wildlife harassment | **Action:** No similar action (Sims-Cerro Gunnison Sage-Grouse is not proposed as an ACEC under Alternatives C and D or the BLM Proposed Alternative). | | |

BLM_0166396

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | by other users. Management includes the following: <br> • Manage as VRM Class III. <br> • Manage vegetation for optimal Gunnison sage-grouse habitat. <br> • Limit motorized and mechanized travel to designated routes. <br> • Close to motorized and mechanized travel during strutting, nesting, and brood-rearing season (April 1 to July 15) to prevent disturbance to breeding sage-grouse. <br> • Provide adequate protection (signs, use stipulations, barricades, and fences, as needed) to protect sensitive species and their habitats. <br> • In cooperation with CPW, develop a Sims-Cerro Gunnison Sage-Grouse Conservation Plan. | | | |

BLM_0166397

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| | | ● Allowable Use: **STIPULATION** NSO-58/NGD-26: *Special Designation ACEC.* Prohibit surface occupancy and use and apply NGD restrictions in the ACEC. (Refer to Appendix B.) | | | |
| 569. | *TABEGUACHE PUEBLO AND TABEGUACHE CAVES ACEC* | | | | |
| 570. | **Action:** No similar action in current RMPs. | **Action:** Manage 26,400 acres in the area of Tabeguache Pueblos and Tabeguache Caves as an ACEC to protect unique cultural resource values and to protect the Tabeguache Caves. Management actions are as follows: ● Manage 5,260 acres within the Tabeguache Area as VRM Class II. ● Manage the remaining 21,140 acres as VRM Class III. ● Limit motorized and mechanized travel to designated routes. | **Action:** No similar action (Tabeguache Pueblo and Tabeguache Caves is not proposed as an ACEC under Alternatives C and D or the BLM Proposed Alternative). | | |

BLM_0166398

Case No. 1:20-cv-02484-MSK   Document 77-15   filed 04/29/21   USDC Colorado   pg 94 of 153

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| | | ● Provide adequate protection (signs, use stipulations, barricades, and fences, as needed) to protect sensitive sites. <br> ● Allowable Use: **STIPULATION** NSO-58/NGD-26: *Special Designation ACEC.* Prohibit surface occupancy and use and apply NGD restrictions in the ACEC. (Refer to Appendix B.) | | | |
| 571. | *WEST PARADOX ACEC* | | | | |
| 572. | **Action:** No similar action in current RMPs. | **Action:** Manage 5,190 acres as the West Paradox ACEC to protect unique vegetation communities and BLM sensitive plant and terrestrial wildlife species, including Paradox Valley lupine, Paradox breadroot, and peregrine falcon. Management actions are as follows: <br> ● Manage as VRM Class III. | **Action:** No similar action (West Paradox is not proposed as an ACEC under Alternatives C and D or the BLM Proposed Alternative). | | |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | • Limit motorized and mechanized travel to designated routes.<br>• Allowable Use: Close to rock climbing during peregrine falcon breeding season (March 1 to August 15) if they are present.<br>• Provide such facilities as informational and interpretive signs, designated trail systems and camping areas, and restrooms, as needed for resource protection.<br>• Provide adequate protection (signs, use stipulations, barricades, and fences, as needed) to protect sensitive species and their habitats.<br>• Allow camping only in designated sites and areas.<br>• Allowable Use: **STIPULATION** NSO-58/NGD-26: *Special Designation ACEC.* | | | |

BLM_0166400

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Areas of Critical Environmental Concern])

## Table T-1
## Description of Alternatives A, B/B.1, C, D, and E

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | Prohibit surface occupancy and use and apply NGD restrictions in the ACEC. (Refer to Appendix B.) | | | |

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 573. | **WILDERNESS AND WILDERNESS STUDY AREAS** | | | | |
| 574. | **GOAL:** Preserve the wilderness character of the Tabeguache Area. | | | | |
| 575. | **Objective:** Provide protection and management of the Tabeguache Area (8,060 acres) to maintain wilderness character and potential for inclusion in the National Wilderness Preservation System as directed by Congress in the Colorado Wilderness Act of 1993 (PL 103-77, August 13, 1993). | | | | |
| 576. | **Action:** Apply the following management actions to the Tabeguache Area (8,060 acres) (Figure 2-67, Appendix A): <br>● Manage as VRM Class I. <br>● Close to motorized and mechanized travel. <br>● Manage as ROW exclusion. | **Action:** Apply the following management actions to the Tabeguache Area (8,060 acres) (Figure 2-67, Appendix A): <br>● Same as Alternative A, plus: <br>○ Prohibit target shooting *(see Recreation section for more information)* <br>○ Allowable Use: **STIPULATION** | **Action:** Apply the following management actions to the Tabeguache Area (8,060 acres) (Figure 2-67, Appendix A): <br>● Same as Alternative A, plus: <br>Allowable Use: **STIPULATION** SSR-58: *Tabeguache Area.* Apply SSR restrictions. (Refer to Appendix B; Figures 2-30 [Alternative C], 2-31 [Alternative D], and 2-93 [Alternative E], Appendix A.) | | |

BLM_0166401

Case No. 1:20-cv-02484-MSK   Document 77-15   filed 04/29/21   USDC Colorado   pg 97 of 153

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Wilderness and Wilderness Study Areas])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | • Closed to wood cutting and wood product sales and harvest<br>• Allowable Use: Withdrawn from locatable mineral entry.<br>• Allowable Use: Close to coal leasing.<br>• Allowable Use: **NO LEASING** NL-17: *Tabeguache Area.* Close to fluid mineral leasing and geophysical exploration. (Refer to Appendix B; Figure 2-19, Appendix A.)<br>• Allowable Use: Close to nonenergy solid mineral leasing.<br>• Allowable Use: Close to mineral materials disposal. | SSR-58: *Tabeguache Area.* Apply SSR restrictions. (Refer to Appendix B; Figure 2-20, Appendix A.) | | | |
| 577. | **GOAL:**<br>Preserve the wilderness characteristics of WSAs. | | | | |

BLM_0166402

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Wilderness and Wilderness Study Areas])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 578. | **Objective:** Preserve wilderness characteristics in WSAs in accordance with nonimpairment standards, as defined in BLM Manual 6330, Management of Wilderness Study Areas until Congress either designates these lands as wilderness or releases them for other purposes. | | | | |
| 579. | **Action:** Manage 36,160 acres in the following WSAs according to BLM Manual 6330, Management of Wilderness Study Areas until Congress either designates them as wilderness or releases them for other uses (Figure 2-67, Appendix A):<br>● Adobe Badlands (10,320 acres)<br>● Camel Back (10,680 acres)<br>● Dolores River Canyon (13,340 acres)<br>● Needle Rock ISA (80 acres)<br>● Sewemup Mesa (1,740 acres) | | | | |
| 580. | **Action:** Recommend 13,350 acres of the Dolores River Canyon WSA as suitable for wilderness designation under Section 603 of FLPMA (BLM 1985). | **Action:** No similar action; this action has been completed. | | | |
| 581. | **Action:** Recommend 22,740 acres as unsuitable for wilderness designation under Section 603 of FLPMA:<br>● Adobe Badlands WSA (10,320 acres; BLM 1989a) | **Action:** No similar action; this action has been completed. | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166403

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | ● Camel Back WSA (10,680 acres; BLM 1989a) <br> ● Sewemup Mesa WSA (1,740 acres; BLM 1991b) | | | | |
| 582. | **Action:** <br> Apply the following management prescriptions to all WSAs: <br> ● Manage as VRM Class I. <br> ● Manage as ROW exclusion. <br> ● Closed to wood cutting and wood product sales and harvest. <br> ● Allowable Use: Close to coal leasing. <br> ● Allowable Use: Close to nonenergy solid mineral leasing. <br> Allowable Use: **NO LEASING/STIPULATION** NL-18/NGD-27: *WSAs:* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities. (Refer to Appendix B; Figures 2-19 [Alternative A], 2-20 and 2-29 [Alternative B], 2-22 and 2-30 [Alternative C], 2-23 and 2-31 [Alternative D], and 2-91 and 2-93 [Alternative E], Appendix A.) | | | | |
| 583. | **Action:** <br> In addition to the above, no similar action. | **Action:** <br> In addition to the above, apply the following management prescriptions to all WSAs: <br> ● Prohibit competitive events. <br> ● Prohibit target shooting *(see Recreation section for more information).* <br> ● Allowable Use: Close to mineral materials disposal. | **Action:** <br> In addition to the above, apply the following management prescription to all WSAs: <br> ● Allowable Use: Close to mineral materials disposal. | **Action:** <br> In addition to the above, apply the following management prescriptions to all WSAs: <br> ● Prohibit competitive events. <br> ● Allowable Use: Close to mineral materials disposal. | **Action:** <br> In addition to the above, apply the following management prescriptions to all WSAs: <br> ● Allowable Use: Close to mineral materials disposal. |

BLM_0166404

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 584. | Allowable Use: Close Needle Rock ISA and a portion of Adobe Badlands WSA (6,380 acres [Adobe Badlands ACEC/Outstanding Natural Area and Needle Rock ACEC/Outstanding Natural Area]) to mineral materials disposal. | Allowable Use: No similar allowable use; see management prescriptions for all WSAs. | | | |
| 585. | **Action:** Close WSAs to motorized and mechanized travel: ● Adobe Badlands ● Camel Back ● Dolores River Canyon ● Sewemup Mesa (BLM 2009a, 2010b)  In the Dolores River Canyon WSA: ● Prohibit motorized river activities. ● Close ways (BLM 1985). | **Action:** Close WSAs to motorized and mechanized travel: ● Adobe Badlands ● Camel Back ● Dolores River Canyon ● Sewemup Mesa  Limit motorized and mechanized travel in Needle Rock ISA to designated routes. | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166405

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | Limit motorized and mechanized travel in Needle Rock ISA to the one existing county road (BLM 2010b). Issue special permits for vehicle use for administration of livestock grazing allotments in Sewemup Mesa WSA. | | | | |
| 586. | **GOAL:** No similar goal in current RMPs. | **GOAL:** Implement management strategies for lands within WSAs, should Congress release one or more of these areas from wilderness consideration. | | | |
| 587. | **Objective:** No similar objective in current RMPs. | **Objective:** If Congress releases one or more WSAs from wilderness consideration, manage those lands consistent with underlying land use designations. | | | |
| 589. | **Action:** No similar action in current RMPs. | **Action:** If Congress releases Sewemup Mesa WSA from wilderness consideration: ● Manage as VRM Class II. ● Close to motorized travel, including over-the-snow travel. | **Action:** If Congress releases Sewemup Mesa WSA from wilderness consideration, manage the lands consistent with the goals and objectives in the RMP for adjacent areas. | **Action:** If Congress releases Sewemup Mesa WSA from wilderness consideration: ● Manage as VRM Class II. ● Close to motorized travel, including over-the-snow travel. | **Action:** If Congress releases Sewemup Mesa WSA from wilderness consideration, manage the UFO portion to be consistent with the Grand Junction Field Office portion of the WSA: |

BLM_0166406

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | • Limit mechanized travel to designated routes.<br>• Allowable Use: **NO LEASING/STIPULATION** NL-19/NGD-28: *Sewemup Mesa WSA if Released from Wilderness Consideration.* Close to fluid mineral leasing and geophysical exploration and apply NGD restrictions. (Refer to Appendix B.)<br>• Allowable use: Close to nonenergy solid mineral leasing.<br>• Allowable use: Close to mineral materials disposal.<br>• Issue no SRPs for competitive events.<br>• Prohibit wood cutting.<br>• Open to livestock grazing.<br>• Manage as ROW exclusion. | | • Limit mechanized travel to designated routes.<br>• Allowable Use: **NO LEASING/ STIPULATION** NL-19/SSR-59: *Sewemup Mesa WSA if Released from Wilderness Consideration.* Close to fluid mineral leasing and geophysical exploration and apply SSR restrictions. (Refer to Appendix B.)<br>• Allowable use: Close to nonenergy solid mineral leasing.<br>• Allowable use: Close to mineral materials.<br>• Issue no SRPs for competitive events.<br>• Prohibit wood cutting.<br>• Open to livestock grazing.<br>• Manage as ROW avoidance. | • Manage as VRM Class II.<br>• Close to motorized travel, including over-the-snow travel.<br>• Limit mechanized travel to designated routes.<br>• Allowable Use: **STIPULATION** NSO-53/SSR-56. *Lands with Wilderness Characteristics.* Prohibit surface occupancy and use and apply SSR restrictions on identified lands being managed to protect inventoried wilderness characteristics. (Refer to Appendix B.)<br>• Allowable use: Close to nonenergy solid mineral leasing.<br>• Allowable use: Close to mineral materials.<br>• Issue no SRPs for competitive events.*<br>• Prohibit wood cutting. |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166407

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Wilderness and Wilderness Study Areas])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | ● Open to livestock grazing.<br>● Manage as ROW avoidance. |
| 590. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>If Congress releases Dolores River Canyon WSA from wilderness consideration, manage the lands consistent with the Dolores River SRMA and Dolores Slickrock Canyon ACEC. | **Action:**<br>If Congress releases Dolores River Canyon WSA from wilderness consideration, manage the lands for multiple uses consistent with the goals and objectives in the RMP. | **Action:**<br>If Congress releases Dolores River Canyon WSA from wilderness consideration, manage the lands consistent with the Dolores River SRMA and Dolores River Slickrock Canyon ACEC. | **Action:**<br>If Congress releases Dolores River Canyon WSA from wilderness consideration, manage the lands consistent with the underlying land use designations (i.e., suitable Dolores River Segment 1a, suitable LaSal Creek Segment 3, and Dolores River Canyon SRMA). |
| 591. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>If Congress releases Camel Back WSA from wilderness consideration, manage those lands consistent with Roubideau SRMA and Roubideau-Potter-Monitor ACEC. | **Action:**<br>If Congress releases Camel Back WSA from wilderness consideration, manage those lands consistent with management prescriptions of adjacent public lands. | **Action:**<br>If Congress releases Camel Back WSA from wilderness consideration, manage those lands consistent with Roubideau SRMA and Roubideau Corridors ACEC. | **Action:**<br>If Congress releases Camel Back WSA from wilderness consideration, manage those lands consistent with the underlying land use designations (i.e., suitable Roubideau Creek Segment 1, suitable Monitor Creek, suitable Potter Creek, and Roubideau SRMA). |

BLM_0166408

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 592. | **Action:** No similar action in current RMPs. | **Action:** If Congress releases Adobe Badlands WSA from wilderness consideration, manage those lands consistent with Salt Desert Shrub ACEC. | **Action:** If Congress releases Adobe Badlands WSA from wilderness consideration, manage those lands consistent with Adobe Badlands ACEC. | **Action:** If Congress releases Adobe Badlands WSA from wilderness consideration, manage those lands consistent with Adobe Badlands ACEC. | **Action:** If Congress releases Adobe Badlands WSA from wilderness consideration, manage those lands consistent with the underlying land use designation (i.e., Adobe Badlands ACEC). |
| 593. | **Action:** No similar action in current RMPs. | **Action:** If Congress releases Needle Rock ISA from wilderness consideration, manage those lands consistent with Needle Rock ACEC. | | | **Action:** If Congress releases Needle Rock ISA from wilderness consideration, manage those lands consistent with the underlying land use designation (i.e., Needle Rock ACEC). |

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 594. | **WILD AND SCENIC RIVERS** | | | | |
| 595. | **GOAL:** Protect NWSRS-eligible segments in accordance with the Wild and Scenic Rivers Act and BLM | **GOAL:** Evaluate eligible river segments to determine suitability for inclusion in the NWSRS, protecting them in accordance with the Wild and Scenic Rivers Act and BLM guidance (BLM Manual 6400). | | | |

BLM_0166409

T. Description of Alternatives (Management Guidance for Alternatives A, B/B.1, C, D, and E [Wild and Scenic Rivers])

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | guidance (BLM Manual 6400). | | | | |
| 596. | **Objective:** Preserve the preliminary classification of each eligible segment by protecting its free-flowing nature, water quality, and ORVs, pending congressional action. | **Objective:** Preserve the recommended classification of each suitable segment by maintaining the level of development allowed under the recommended classification. In addition, maintain the free-flowing condition, water quality, and ORVs associated with suitable segments. | | | |
| 597. | **Action:** The following 29 stream segments are eligible for inclusion in the NWSRS (Figure 2-68, Appendix A). See Table 2-4 (Summary of Wild and Scenic River Study Segments (Alternatives A and B)) (a description of each segment is provided in Appendix P, Summary of Draft Wild and Scenic River Suitability Report): ● Segments classified as wild: | **Action:** Determine that the following 29 stream segments are suitable for inclusion in the NWSRS (Figure 2-68, Appendix A). See Table 2-4 (Summary of Wild and Scenic River Study Segments (Alternatives A and B)) (a description of each segment is provided in Appendix P, Summary of Draft Wild and Scenic River Suitability Report): ● Same as Alternative A. | **Action:** Determine that all 29 eligible stream segments are not suitable for inclusion in the NWSRS and release them from interim management protections afforded eligible segments. Note: The northernmost downstream portion of the Dolores River classified as Recreational was excluded from the segment in order to circumvent mining operations. Additionally, | **Action:** Determine that the following 16 stream segments are suitable for inclusion in the NWSRS (Figure 2-69, Appendix A). See Table 2-5 (Summary of Wild and Scenic River Study Segments (Alternatives D and E)) (a description of each segment is provided in Appendix P, Summary of Draft Wild and Scenic River Suitability Report): ● Segments classified as wild: o Monitor Creek o Potter Creek o Roubideau Creek Segment 1 o Saltado Creek o San Miguel River Segment 2 o Tabeguache Creek Segment 1 o Dolores River Segment 1 o La Sal Creek Segment 3 ● Segments classified as scenic: | |

BLM_0166410

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in*<br>*Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | o Monitor Creek<br>o Potter Creek<br>o Roubideau Creek Segment 1<br>o Dry Creek<br>o Saltado Creek<br>o San Miguel River Segment 2<br>o Tabeguache Creek Segment 1<br>o Dolores River Segment 1*<br>o La Sal Creek Segment 3<br>● Segments classified as scenic:<br>o Roubideau Creek Segment 2<br>o Deep Creek<br>o West Fork Terror Creek<br>o Beaver Creek<br>o Naturita Creek<br>o San Miguel River Segment 3<br>o Lower Dolores River<br>o Ice Lake Creek Segment 2 | Note: The northernmost downstream portion of the Dolores River classified as Recreational was excluded from the segment in order to circumvent mining operations. Additionally, the segment was shortened to begin at the UFO boundary and terminate at the private land boundary south of Bedrock, due to management feasibility. | the segment was shortened to begin at the UFO boundary and terminate at the private land boundary south of Bedrock, due to management feasibility. | o Lower Dolores River<br>● Segments classified as recreational:<br>o Beaver Creek<br>o San Miguel River Segments 1, 3, 5, and 6<br>o Dolores River Segment 2<br>o La Sal Creek Segment 2<br><br>Determine that the following 13 stream segments are not suitable for inclusion in the NWSRS:<br>● Dry Creek<br>● Roubideau Creek Segment 2<br>● Deep Creek<br>● West Fork Terror Creek<br>● Naturita Creek<br>● Ice Lake Creek Segment 2<br>● Lion Creek Segment 2<br>● Gunnison River Segment 2<br>● Tabeguache Creek Segment 2<br>● Dolores River Segment 1b<br>● North Fork Mesa Creek<br>● La Sal Creek Segment 1<br>● Spring Creek<br><br>For eligible streams in which only a portion was determined to be suitable, stream miles and acreage that are not within the mapped boundary of the suitable stream segment are determined to be not suitable. | |

BLM_0166411

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | o North Fork Mesa Creek<br>o La Sal Creek Segment 2<br>o Lion Creek Segment 2<br>● Segments classified as recreational:<br>o Gunnison River Segment 2<br>o San Miguel River Segments 1, 5, and 6<br>o Tabeguache Creek Segment 2<br>o Dolores River Segments 1b* and 2<br>o La Sal Creek Segment 1<br>o Spring Creek<br><br>*The northernmost downstream portion classified as Recreational was excluded from the segment in order to circumvent mining operations. | | | All stream miles and acreage determined to be not suitable are released from further protection under the provisions of the Wild and Scenic Rivers Act. | |

BLM_0166412

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | Additionally, the segment was shortened to begin at the UFO boundary and terminate at the private land boundary south of Bedrock, due to management feasibility. | | | | |
| 598. | **Action:** Establish the following interim protective management guidelines for all eligible segments pending congressional action (all interim protective management is subject to valid existing rights): <br>● Approve no actions altering the free-flowing nature of eligible segments through impoundments, diversions that have the effect of impounding water, | **Action:** Establish the following interim protective management guidelines for all suitable segments pending congressional action (all interim protective management is subject to valid existing rights): <br>● The same management of eligible segments as described under Alternative A would be carried forward for suitable segments under Alternative B, plus: <br>o Manage wild segments as VRM Class I. | **Action:** No similar action (there are not any suitable segments under this alternative). | **Action:** Establish the following interim protective management guidelines for all suitable segments pending congressional action (all interim protective management is subject to valid existing rights): <br>● The same management of eligible segments as described under Alternative A would be carried forward for suitable segments under Alternative D and the BLM Proposed Alternative, plus: <br>o Manage wild segments with scenic ORV or within a WSA or the Tabeguache Area as VRM Class I. <br>o Manage wild segments without a scenic ORV and not within a WSA or the Tabeguache Area as VRM Class II. <br>o Manage scenic segments as VRM Class II. <br>o Manage recreational segments with a scenic ORV as VRM Class II. <br>o Manage recreational segments without a scenic ORV according to the background VRM class in that area. <br>o Manage wild segments as ROW exclusion areas. | |

BLM_0166413

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | channeling, or riprapping. <br>• Approve no action that would have an adverse effect on an eligible segment's identified ORV(s). Enhance identified ORV(s) to the extent practicable. <br>• Approve no action that would modify an eligible segment or its corridor to the degree that its eligibility or tentative classification would be affected. <br>• Approve no action that would diminish water quality to the point that the water quality would no longer support the ORV(s). | o Manage scenic segments as VRM Class II. <br>o Manage recreational segments as VRM Class III. <br>o Manage wild segments as ROW exclusion areas. <br>o Manage scenic and recreational segments as ROW avoidance areas. <br>o Allowable Use: **STIPULATION** NSO-59/NGD-29: *Special Designation WSR ("Wild").* No surface occupancy or use is allowed, and NGD restrictions are applied, within the WSR study corridor, as defined in Appendix B of the Uncompahgre Wild and Scenic River Suitability Report of segments determined have the classification of "Wild" (Figures 2- | | o Manage scenic segments as ROW avoidance areas. <br><br>Allowable Use: **STIPULATION** NSO-60: *Special Designation WSR ("Wild" or "Scenic").* Prohibit surface occupancy and use within the WSR study corridor, as defined in Appendix B of the Uncompahgre Wild and Scenic River Suitability Report, of segments determined to be suitable for inclusion in the National Wild and Scenic Rivers System with the classification of "Wild" or "Scenic." (Refer to Appendix B; Figure 2-23 [Alternative D] and 2-91 [Alternative E], Appendix A.) <br><br>Allowable Use: **STIPULATION** CSU-54: *Special Designation WSR ("Recreational").* Surface occupancy or use may be restricted within the WSR study corridor, as defined in Appendix B of the Uncompahgre Wild and Scenic River Suitability Report, of segments determined to have the classification of "Recreational." (Refer to Appendix B; Figure 2-23 [Alternative D] and 2-91 [Alternative E], Appendix A.) <br><br>Allowable Use: **STIPULATION** SSR-61: *Special Designation WSR.* Apply SSR restrictions within the WSR study corridor, as defined in Appendix B of the Uncompahgre Wild and Scenic River Suitability Report. (Refer to Appendix B; Figure 2-31 | |

BLM_0166414

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | 20 and 2-29, Appendix A).<br>o Allowable Use:<br>**STIPULATION**<br>CSU-53/SSR-60:<br>*Special Designation<br>WSR ("Scenic" or<br>"Recreational").* Surface occupancy or use may be restricted and SSR restrictions applied within the WSR study corridor, as defined in Appendix B of the Uncompahgre Wild and Scenic River Suitability Report, of segments determined to have the classification of "Scenic" or "Recreational." (Refer to Appendix B; Figures 2-20 and 2-29, Appendix A).<br>o Allowable use: Close wild segments to mineral material disposal. | | [Alternative D] and 2-91 [Alternative E], Appendix A.)<br>o Allowable use: Close to nonenergy solid mineral leasing<br>o Allowable use: Close all segments to mineral materials disposal.<br>o Allowable use: Close all segments to coal leasing.<br>o Recommend to the Secretary of the Interior to withdraw wild segments from locatable mineral entry. | |

BLM_0166415

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | o Allowable use: Close wild segments to nonenergy solid mineral leasing.<br>o Allowable use: Close wild segments to coal leasing.<br>o Recommend to the Secretary of the Interior to withdraw wild segments from locatable mineral entry. | | | |

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| 599. | **NATIONAL TRAILS AND BYWAYS** | | | | |
| 600. | *NATIONAL TRAILS* | | | | |
| 601. | **GOAL:**<br>Enhance, promote, and protect the scenic, natural, and cultural resource values associated with current and future designated National Scenic, Historic, and Recreation Trails. | | | | |
| 602. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Identify and manage National Historic Trails. Identify the nature and purposes of National Historic Trails, and, to the greatest extent possible, manage the trails in a manner so as to safeguard the nature and purpose of the trail and in a manner that protects the values for which the trail was designated. Manage congressionally designated National Historic Trails in consideration of the developed trail-wide comprehensive administrative strategy. | | | **Objective:**<br>Identify and manage National Historic Trails. Identify the nature and purposes of National Historic Trails, and, to the greatest extent possible, manage the |

BLM_0166416

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | trails in a manner so as to safeguard the nature and purpose of the trail and in a manner that protects the values for which the trail was designated. Management will be consistent with the Old Spanish National Historic Trail Comprehensive Management Strategy (2017). |
| 603. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Identify known historic trails and/or trail segments (e.g., Old Spanish National Historic Trail-northern branch, Ute Trail, Rivera Expedition trail, Dominguez/Escalante Trail, Loring Military Expedition Trail, and Gunnison Expedition Trail; (Figures 2-84 [Alternative B], 2-85 [Alternative C], 2-86 [Alternative D], and 2-103 [Alternative E], Appendix A)). | | | |
| 604. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Establish the National Trail Management Corridor for the Old Spanish National Historic Trail. Class III inventory has identified the Old Spanish National Historic Trail corridor in the UFO as roughly centered along US Highway 50. The congressionally designated Old Spanish National Historic Trail route is based on completed field inventories; however, additional Class III inventory may be required to locate and document existing traces located outside the corridor on all BLM-administered parcels. Pursue partners for grant funding where practical to conduct surveys on adjacent lands with landowner permission. The National Historic Trail designation allows for small location changes without congressional authorization (as approved by the Trail Administrators, NPS-BLM). If the location of the trail changes as a result of Class III inventory, then the management actions in this RMP would apply to the newly mapped location(s) and may be modified to better address the inventory findings. That land no longer identified as trail location, as proven through the | | | |

*Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement*

BLM_0166417

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred in<br>Draft RMP* | Alternative E<br>*Agency Proposed* |
|---|---|---|---|---|---|
| | | archaeological survey, would be managed for similar purposes and with similar VRM class to the adjacent public land. | | | |
| 605. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage all National Trails, except for the Old Spanish National Historic Trail, as ROW avoidance areas (0.5-mile management corridor on either side of centerline). Manage the Old Spanish National Historic Trail as ROW avoidance (100-meter [328 feet] management corridor on either side of centerline of US Highway 50). | **Action:**<br>Manage all National Trails as ROW avoidance areas (100-meter [328 feet] corridor). Class III cultural resource inventory will be required for all ROW applications within these corridors, with avoidance of existing traces being the preferred mitigation. | | |
| 606. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage all National Historic Trails as VRM Class II within 0.5-mile of either side of centerline. | **Action:**<br>Manage all National Historic Trails as VRM Class III within 0.5-mile of either side of centerline. | **Action:**<br>Manage all National Historic Trails (except the Old Spanish National Historic Trail) as VRM Class II within 0.5-mile of either side of centerline.<br><br>Manage the Old Spanish National Historic Trail as VRM Class III within 0.5-mile of either side of the centerline of US Highway 50. | |
| 607. | **Allowable Use:**<br>Close all congressionally designated National | **Allowable Use:**<br>Same as Alternative A, plus close all congressionally designated National Trails to mineral | **Allowable Use:**<br>Same as Alternative A, plus close all National Trails to mineral materials disposal and nonenergy solid mineral leasing (50-meter [164 feet] buffer). | | |

BLM_0166418

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | Trails to coal leasing (43 CFR 3400.2[a][4]). | materials disposal and nonenergy solid mineral leasing (0.5-mile buffer). | | | |
| 608. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-61: *Special Designation Trail (Old Spanish National Historic Trail)*. Prohibit surface occupancy and use within 805 meters (0.50-mile) of the centerline of the following: Old Spanish National Historic Trail. (Refer to Appendix B; Figure 2-20, Appendix A.) | Allowable Use: **STIPULATION** NSO-62: *Special Designation Trail (Old Spanish National Historic Trail)*. Prohibit surface occupancy and use within 50 meters (164 feet) of the centerline of the following: Old Spanish National Historic Trail. (Refer to Appendix B; Figure 2-22, Appendix A.) | Allowable Use: Same as Alternative B. (Refer to Appendix B; Figure 2-23, Appendix A.) | Allowable Use: **STIPULATION** CSU-55: *Special Designation Trail (Old Spanish National Historic Trail)*. Surface occupancy or use may be restricted up to (.5 miles) of the centerline of the following: Old Spanish National Historic Trail. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. (Refer to Appendix B; Figure 2-91, Appendix A.) |
| 609. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage the Tabeguache and Paradox Trails to provide for the ever-increasing outdoor recreation needs of an expanding urban population and to promote the preservation of public access to, travel within, and enjoyment and appreciation of the scenic, natural, and cultural resources. | | | |

BLM_0166419

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 610. | **Action:** No similar action in current RMPs. | **Action:** Proposed to the Secretary of Interior to designate the Tabeguache and Paradox Trails as National Recreation Trails, as described in the National Trails System Act of 1968 (Public Law 90-543; Figures 2-84 [Alternative B], 2-85 [Alternative C], 2-86 [Alternative D], and 2-103 [Alternative E], Appendix A). | | | |
| 611. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-63: *Special Designation Trail (National Recreation Trails).* Prohibit surface occupancy and use within 805 meters (0.50-mile) of the centerline of designated National Recreation Trails. (Refer to Appendix B; Figure 2-20, Appendix A.) | Allowable Use: **STIPULATION** NSO-64: *Special Designation Trail (National Recreation Trails).* Prohibit surface occupancy and use within 200 meters (656 feet) of the centerline of designated National Recreation Trails. (Refer to Appendix B; Figures 2-22 [Alternative C], 2-23 [Alternative D] Appendix A.) | | Allowable Use: **STIPULATION CSU-61:** *Special Designation Trail (National Recreation Trails).* Surface occupancy or use may be restricted within 200 meters (656 feet) of the center line of designated National Recreation trails. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet) of the center line of designated National |

BLM_0166420

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | | | Recreation trails may be required. (Refer to Appendix B; Figures Figure 2-91 [Alternative E], |
| 612. | *NATIONAL AND BLM BYWAYS* | | | | |
| 613. | **GOAL:** Enhance, promote, and protect the scenic, natural, and cultural resource values associated with current and future designated byways. | | | | |
| 614. | **Objective:** No similar objective in current RMPs. | **Objective:** Support efforts of designated byway corridor management plans and provide assistance in the development of byway facilities: <br>● Grand Mesa Scenic and Historic Byway <br>● San Juan Skyway (National Scenic Byway and All-American Road) <br>● Unaweep-Tabeguache Scenic and Historic Byway (Colorado Scenic and Historic Byway) <br>● West Elk Scenic and Historic Byway (Colorado Scenic and Historic Byway) <br>(Refer to Figures 2-84 [Alternative B], 2-85 [Alternative C], 2-86 [Alternative D], and 2-103 [Alternative E], Appendix A.) | | | |
| 615. | **Action:** No similar action in current RMPs. | **Action:** Designate all National and BLM Byways as VRM Class II within 0.5-mile of either side of centerline. | **Action:** Designate all National and BLM Byways as VRM Class III within 0.25-mile of either side of centerline. | **Action:** Within 0.5-mile of either side of centerline, designate: <br>● Grand Mesa Scenic Byway as VRM Class II <br>● West Elk Scenic Byway, from Northeast UFO boundary to Gunnison County Road 12, as VRM Class II <br>● Remaining portion of West Elk Scenic Byway as VRM Class III <br>● San Juan Skyway as VRM Class III <br>● Unaweep/Tabeguache Byway as VRM Class III | |

BLM_0166421

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 616. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-65: *Special Designation Byway (Scenic Byways).* Prohibit surface occupancy and use within the viewshed of designated scenic byways up to a distance of 805 meters (0.50-mile). (Refer to Appendix B; Figure 2-20, Appendix A.) | Allowable Use: **STIPULATION** CSU-57: *Scenic Byways).* Surface occupancy or use may be restricted within 402 meters (0.25-mile) of designated scenic byways. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required to protect the scenic (visual) values. (Refer to Appendix B; Figure 2-22, Appendix A.) | Allowable Use: **STIPULATION** CSU-58: *Special Designation Byway (Scenic Byways).* Surface occupancy or use may be restricted within 805 meters (0.50-mile) of designated scenic byways. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required to protect the scenic (visual) values. (Refer to Appendix B; Figure 2-23 [Alternative D] and 2-91 [Alternative E], Appendix A.) | |

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 617. | **WATCHABLE WILDLIFE VIEWING SITES** | | | | |
| 618. | **GOAL:** Provide opportunities for publics to see and enjoy native wildlife. | | | | |
| 619. | Objective: No similar objective in current RMPs. | Objective: Designate and provide information to the public on Watchable Wildlife Viewing Sites. | Objective: No similar objective. (Watchable Wildlife Viewing Sites are not | Objective: Evaluate areas for possible designation as Watchable Wildlife Viewing Sites. | Objective: Same as Alternative B. |

BLM_0166422

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | | considered under this alternative.) | | |
| 620. | **Action:** No similar action in current RMPs. | **Action:** Designate the following as Watchable Wildlife Viewing Sites; focus management on enhancing wildlife habitat in these areas and providing opportunities for the public to view and learn about the wildlife of these areas: <br>● Uncompahgre Riverway <br>● Billy Creek <br>● San Miguel River ACEC (IBA) <br><br>(Figure 2-70, Appendix A) | **Action:** No similar action (watchable wildlife viewing sites are not designated under Alternatives C and D). | **Action:** No similar action in current RMPs. | **Action:** Same as Alternative B. |
| 621. | **Action:** Where feasible, complete wildlife habitat improvements to enhance wildlife viewing in association with cultural values (emphasis area F; BLM 1985). | **Action:** Where feasible, complete wildlife habitat improvements to enhance fish/wildlife viewing opportunities, while maintaining protection of fish/wildlife. | **Action:** No similar action (watchable wildlife viewing sites are not designated under Alternatives C and D). | | **Action:** Same as Alternative B. |

BLM_0166423

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 622. | **Action:** No similar action in current RMPs. | **Action:** Manage 20 acres of Uncompahgre Riverway Watchable Wildlife Viewing Site to protect and enhance migratory and breeding bird and native fish habitat. | **Action:** No similar action (watchable wildlife viewing sites are not designated under Alternatives C and D). | | **Action:** Same as Alternative B. |
| 623. | **Action:** No similar action in current RMPs. | **Action:** Manage 2,990 acres of Billy Creek Watchable Wildlife Viewing Site, in coordination with CPW, to protect and enhance migratory and breeding bird and big game habitat. | **Action:** No similar action (watchable wildlife viewing sites are not designated under Alternatives C and D). | | **Action:** Same as Alternative B. |
| 624. | **Action:** No similar action in current RMPs. | **Action:** Manage 22,780 acres of San Miguel Watchable Wildlife Viewing Site to protect and enhance migratory and breeding bird and native fish habitat. | **Action:** No similar action (watchable wildlife viewing sites are not designated under Alternatives C and D). | | **Action:** Same as Alternative B. |
| 625. | **Action:** No similar action in current RMPs. | **Action:** In coordination with CPW and local wildlife-related organizations (e.g., Black Canyon Audubon, Colorado Breeding Bird Atlas, Colorado Natural | **Action:** No similar action (watchable wildlife viewing sites are not designated under Alternatives C and D). | | **Action:** Same as Alternative B. |

BLM_0166424

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | Areas Program, and hunting groups), evaluate known wildlife concentration areas or areas with special wildlife interest for possible additional designation as Watchable Wildlife Viewing Sites. | | | |
| 626. | **Action:** No similar action in current RMPs. | **Action:** Provide such facilities as informational and interpretive signs, designated trail systems, and restrooms, as needed for enhanced visitor use, enjoyment, and safety. Provide adequate protection (e.g., signs, use stipulations, barricades, and fences), as needed to protect sensitive species and their habitats. | **Action:** No similar action (watchable wildlife viewing sites are not designated under Alternatives C and D). | | **Action:** Same as Alternative B. |

BLM_0166425

**Table T-1**

**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 627. | **Social and Economic** | | | | |
| 628. | **NATIVE AMERICAN TRIBAL INTERESTS** | | | | |
| 629. | **GOAL:** Manage public lands to reduce hazardous risks to protect lives, resources, and property. Enhance public health in cooperation with local communities. Provide a process for Native American involvement in the federal decision making process. | | | | |
| 630. | **Objective:** Consult on a government-to-government basis with all appropriate federally recognized tribes regarding developments or projects on public lands that may affect historic properties, sacred sites, traditional cultural properties, or traditional use areas of interest or concern to them. | | | | |
| 631. | **Action:** Follow current management practices, as guided by directives contained in BLM 8120, American Indian Religious Freedom Act (42 USC, 1996), Native American Graves Protection and Repatriation Act (25 USC, 3001), Executive Order 13007 (Indian Sacred Sites), and Executive Order 13084 (Tribal Consultation). | | | | |
| 632. | **Action:** During project planning, consult with tribes regarding visual resources in connection with Native American religious values and practices. If the visual resources in the project area are important to traditional and religious tribal values, consider modifying or mitigating the project. Consultations with tribes would include proposed programs of avoidance and mitigation, including off-site mitigation. If the project modification, mitigation, or treatment measures cannot be accomplished to the satisfaction of the concerned parties, consider canceling the project at the discretion of the BLM Authorized Officer. | | | | |
| 633. | **Action:** Continue and expand consulting and educational program partnerships with the Northern Ute Tribe, Southern Ute Tribe, and Ute Mountain Ute tribes. | | | | |
| 634. | **Action:** Continue government-to-government consultation with Indian tribes to identify traditional cultural properties, sacred/religious sites, or traditional use areas through face-to-face meetings, letters, phone calls, emails, and on-site visits. If any areas are identified or become known through the Native American notification or consultation process, address their concerns through site- and project-specific modification and/or mitigation. | | | | |

BLM_0166426

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred in Draft RMP_ | Alternative E _Agency Proposed_ |
|---|---|---|---|---|---|
| 635. | **Action:** Protect and preserve Native American cultural and sacred sites and Native American access to these sites whenever possible. Take no action that would adversely affect these areas or locations without consultation with the appropriate Native American tribes (Executive Orders 13007 and 13084). | | | | |
| 636. | **Action:** In cooperation with tribal entities, allow qualified Native Americans appropriate access to public lands in order to practice spiritual traditions and beliefs and to gather resources needed for these practices. | | | | |

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred in Draft RMP_ | Alternative E _Agency Proposed_ |
|---|---|---|---|---|---|
| 637. | **PUBLIC HEALTH AND SAFETY** | | | | |
| 638. | **GOAL:** Manage public lands to reduce hazardous risks to protect lives, resources, and property. Enhance public health in cooperation with local communities. | | | | |
| 639. | **Objective:** No similar objective in current RMPs. | **Objective:** Reduce risks from potential hazard sites and pursue the reduction of hazards. | | | |
| 640. | **Action:** Post caution signs for the public in the North Delta unexploded ordnance area. | | | | |
| 641. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: Continue to work with the Army National Guard to remedy unexploded ordnance in support of land use and management specified in this RMP. | | | |
| 642. | **Action:** Require project proponents in the North Delta unexploded ordnance area to clear the affected project area on a project-specific basis. Clear and dispose of identified unexploded ordnance in accordance with applicable US Army policies and procedures. | | | | |

BLM_0166427

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred in Draft RMP | Alternative E Agency Proposed |
|---|---|---|---|---|---|
| 643. | Allowable Use:<br>**LEASE NOTICE** LN-UB-8 (Alternative A)/LN-UFO-2 (Alternatives B– E): *Unexploded Ordnance.* The lease area is known to contain unexploded ordnance. The Colorado National Guard and Army Reserve used the lease area as a practice area for military training in the past. Periodic surface searches for ordnance may not have located and removed all of the ordnance. Prior to any new activity on the lease area, a survey for surface and subsurface unexploded ordnance is required to avoid impacts on health and safety. Lessees must contact the UFO prior to any surface activities associated with this lease. The lessee will be required to coordinate with the Colorado National Guard, Army Reserve, and the Colorado Department of Public Health and Environment to conduct additional surveys to ensure that there is no unexploded ordnance present on the proposed disturbance sites and appropriate actions are taken to be sure the sites are safe for use. The BLM may recommend modifications to exploration and development proposals to avoid impacts on health and safety. The lease holder agrees to indemnify the United States against any liability arising from the lease holder's and its agents' activities on the lease area. | | | | |
| 644. | **Action:**<br>To the extent possible, conduct hazardous material response and reclaim sites in accordance with the National Oil and Hazardous Substances Pollution Contingency Plan (40 CFR, 300) and the Comprehensive Environmental Response, Compensation, and Liability Act. | | | | |
| 645. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>Close the DOE Uranium Mill Tailings Remedial Action Area to mineral materials disposal. | | | |
| 646. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-66/NGD-30: *DOE Uranium Mill Tailings Remedial Action Area.* Prohibit surface occupancy and use and surface-disturbing activities in the supplemental standard area around Uravan associated with the US DOE Uranium Mill Tailings Remedial Action Area. (Refer to Appendix B; Figures 2-20 and 2-29 [Alternative B], 2-22 and 2-30 [Alternative C], 2-23 and 2-31 [Alternative D], and 2-91 and 2-93 [Alternative E], Appendix A.) | | | |
| 647. | Allowable Use:<br>No similar allowable use in current RMPs. | **Alternative B:**<br>Allowable Use:<br>**STIPULA-TION** NSO-67: *Dwellings and High Occupancy* | **Alternative B.1** (North Fork area only):<br>**STIPULA-TION** NSO-68: *Community Facilities.* Prohibit | Allowable Use:<br>No similar allowable use. (There would be no similar stipulations.) | Allowable Use:<br>Same as Alternative B (Figure 2-23, Appendix A). | Allowable Use:<br>**STIPULATION** NSO-67: *Dwellings and High Occupancy Buildings.* Prohibit surface occupancy and use within 305 meters (1,000 feet) of occupied |

BLM_0166428

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| | | *Buildings.* Prohibit surface occupancy and use within 152 meters (500 feet) of occupied dwellings and building units (as defined by the State of Colorado), or within 305 meters (1,000 feet) from high-occupancy buildings (as defined by the State of Colorado). (Refer to Appendix B; Figure 2-20, Appendix A.) | surface occupancy and use within: <br>• 402 meters (0.25-mile) of schools and community facilities: <br>• North Fork Swimming Pool <br>• Crawford School <br>• Hotchkiss High School <br>• North Fork Community Montessori School <br>• North Fork Recycling Center (Appendix B; Figure 2-21, Appendix A.) | | | dwellings and building units (as defined by the State of Colorado). (Refer to Appendix B; Figure 2-91, Appendix A.) |

**Table T-1**
**Description of Alternatives A, B/B.1, C, D, and E**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred in Draft RMP* | Alternative E *Agency Proposed* |
|---|---|---|---|---|---|
| 648. | **Action:** No similar action. | **Action:** Manage new and abandoned mine lands projects to include road closures and rehabilitation to reduce active erosion. | **Action:** Manage abandoned mine lands projects to include rehabilitation to reduce active erosion. | **Action:** Manage new and abandoned mine lands projects to include rehabilitation to reduce active erosion. Consider closing routes as part of comprehensive travel management planning. | **Action:** Same as Alternative D. |
| 649. | **Action:** No similar action. | **Action:** Provide for public safety in the event of a burning or smoldering coal seam. | | | |

\* Implementation-level decisions are identified in Alternative E, the Agency-Proposed RMP, by an asterisk (\*) following the decision.

BLM_0166430

This page intentionally left blank.

BLM_0166431



**UNCOMPAHGRE
RESOURCE MANAGEMENT PLAN AND
ENVIRONMENTAL IMPACT STATEMENT**

**Uncompahgre Proposed RMP and Final EIS Now Available**

The Uncompahgre Proposed Resource Management Plan (RMP) and
Final Environmental Impact Statement (EIS) will be available beginning
on June 28, 2019. It can be downloaded from the BLM's website:

## https://go.usa.gov/xnpgD

The <u>third RMP newsletter</u> will also be on the website.
Throughout the RMP/EIS process, new information, updated schedules,
RMP/EIS documents, and other project details will be available for
review and download.

*If you would like to be removed from the mailing list, update your address, or have
postcards or other updates sent electronically, please send your request, full name, and
email address to uformp@blm.gov.*

BLM_0166432



US Department of the Interior
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

**Official Business**
**Penalty for Private Use, $300**

FIRST-CLASS MAIL
U.S. POSTAGE & FEES PAID
BUREAU OF LAND MANAGEMENT
PERMIT NO. G-76

BLM_0166433

**ufo- ar**

| | |
|---|---|
| **From:** | Loscalzo, Matthew <mloscalzo@blm.gov> |
| **Sent:** | Thursday, June 27, 2019 7:33 PM |
| **To:** | ufo- ar |
| **Subject:** | Fwd: BLM Uncompahgre Proposed Resource Management Plan and Final Environmental Impact Statement |

---------- Forwarded message ---------
From: **Larson, Gregory** <glarson@blm.gov>
Date: Tue, Jun 18, 2019 at 4:59 PM
Subject: Fwd: BLM Uncompahgre Proposed Resource Management Plan and Final Environmental Impact Statement
To: Loscalzo, Matthew <mloscalzo@blm.gov>

Just went to this list:

bcc:   Creed Clayton
       <creed_clayton@fws.gov>,
       Kurt Broderdorp
       <kurt_broderdorp@fws.gov>,
       "Timberman, Ann"
       <ann_timberman@fws.gov>,
       "Bockus, Danguole"
       <danguole_bockus@nps.gov>,
       Lesley McWhirter
       <lmcwhirter@usbr.gov>,
       Alan Schroeder
       <aschroeder@usbr.gov>,
       "Broyles, Levi -FS" <lbroyles@fs.fed.us>,
       cstewart@fs.fed.us,
       r2_gmug_visitor_information@fs.fed.us,
       "Gardunio, Dana - FS"
       <danagardunio@fs.fed.us>,
       Dan.Gibbs@state.co.us,
       Renzo Delpiccolo - DNR
       <renzo.delpiccolo@state.co.us>,
       "Phillips - DNR, Evan"
       <evan.phillips@state.co.us>,
       Brad Banulis
       <brad.Banulis@state.co.us>,
       Amy Laughlin - DNR
       <amy.moyer@state.co.us>,
       "Magee - DNR, Brian"
       <brian.magee@state.co.us>,
       David.Anderson@colostate.edu,
       mike.lester@colostate.edu,
       Ginny.brannon@state.co.us,
       steve.turner@state.co.us,
       deltaconservationd@gmail.com,
       Robbie LeValley
       <rlevalley@deltacounty.com>,
       Don Suppes

1

BLM_0166434

<dsuppes@deltacounty.com>,
Mark Roeber
<mroeber@deltacounty.com>,
mlane@deltacounty.com,
Jonathan Houck
<jhouck@gunnisoncounty.org>,
mbirnie@gunnisoncounty.org,
rmason@gunnisoncounty.org,
bocc@gunnisoncounty.org,
John Messner
<jmessner@gunnisoncounty.org>,
knorrisa@montrosecounty.net,
Jon Waschbusch
<jwaschbusch@montrosecounty.net>,
Roger Rash
<rrash@montrosecounty.net>,
shansen@montrosecounty.net,
Keith Caddy
<kcaddy@montrosecounty.net>,
Ben Tisdel
<btisdel@ouraycountyco.gov>,
Don Batchelder
<dbatchelder@ouraycountyco.gov>,
Connie Hunt
<chunt@ouraycountyco.gov>,
John Peters
<jpeters@ouraycountyco.gov>,
Hilary Cooper
<hilaryc@sanmiguelcountyco.gov>,
lancew@sanmiguelcountyco.gov,
krish@sanmiguelcountyco.gov,
lynnb@sanmiguelcountyco.gov,
dbowman@ci.montrose.co.us,
bbynum@ci.montrose.co.us,
jfiles@ci.montrose.co.us,
dglaspell@ci.montrose.co.us,
randerson@ci.montrose.co.us,
cedaredgemayor@gmail.com,
parrino@norwoodtown.com,
Katie Sapp
<katie@ampedlightingdesign.com>,
dawna@nntc.bz,
mark.jones@nntcwireless.com,
paula.brown@nntcwireless.com,
toni.carter@nntcwireless.com,
penni.barry@nntcwireless.com,
nucla@usa.com,
rsmith@olatheco.us,
pgabriel@olatheco.us,
planning@kaycee.net,
orchardcity@kaycee.net,
finance@kaycee.net,
townofpaonia@tds.net,
Ken Knight
<kdknight@townofpaonia.com>,
corinne@townofpaonia.com,
jcoates@town.ridgway.co.us,
scoburn@town.ridgway.co.us,
Stephanie Connolly
<sconnolly@blm.gov>,
"Tibbetts, Gloria" <gtibbetts@blm.gov>,

BLM_0166435

"Stouffer, Megan"
<magilbert@blm.gov>,
"John (Bruce) Krickbaum"
<bkrickba@blm.gov>,
Jayson Barangan <jbaranga@blm.gov>


---------- Forwarded message ---------
From: **Larson, Gregory** <glarson@blm.gov>
Date: Tue, Jun 18, 2019 at 4:58 PM
Subject: BLM Uncompahgre Proposed Resource Management Plan and Final Environmental Impact Statement
To: Loscalzo, Matthew <mloscalzo@blm.gov>


Dear Uncompahgre RMP Cooperating Agencies,

The Bureau of Land Management has received approval from the Department of Interior to publish the Uncompahgre Field Office Proposed Resource Management Plan (PRMP) and Final Environmental Impact Statement (FEIS). We anticipate a publication date of June 28, 2019.

We would like to discuss the PRMP/FEIS and remaining steps in the planning process, and <u>invite you to join us on Thursday June 27, 2019, between 2:00 and 3:30 pm at the Montrose Public Lands Center</u>. There will be a conference line available for those who cannot attend in person, and a brief presentation will be distributed in advance. Please respond to Matt Loscalzo RMP Project lead (included on this email); at mloscalzo@blm.gov by Friday, June 21 to let us know if you plan to attend so we can plan accordingly. Matt will then follow up with a calendar invitation.

We appreciate your involvement with the Uncompahgre RMP planning effort to-date and look forward to continued collaboration as we move towards the completion of an effective land use plan.

Please let me know if you have any questions. I can be reached via this email or phone at (970) 240-5338.

Sincerely,

Greg Larson

--
Greg Larson
Field Manager
Uncompahgre Field Office
Bureau of Land Management
970.240.5338
970.596.1515 (c)



--
Greg Larson
Field Manager
Uncompahgre Field Office
Bureau of Land Management
970.240.5338
970.596.1515 (c)



--
Greg Larson
Field Manager

3

BLM_0166436

Uncompahgre Field Office
Bureau of Land Management
970.240.5338
970.596.1515 (c)

--

**Gina Phillips**
NEPA Coordinator
BLM CO - Southwest District
2465 S. Townsend Ave
Montrose, CO 81401
Office: 970-240-5381
Mobile: 970-589-9852
gphillips@blm.gov

--

Matt Loscalzo
Planning & Environmental Coordinator
Uncompahgre Field Office
Bureau of Land Management
Office: 970-240-5305
mloscalzo@blm.gov

4

## ufo- ar

| | |
|---|---|
| **From:** | Loscalzo, Matthew <mloscalzo@blm.gov> |
| **Sent:** | Thursday, June 27, 2019 7:01 PM |
| **To:** | ufo- ar |
| **Subject:** | Fwd: Email 1 of 2: Meeting Material Attached: BLM Uncompahgre Proposed Resource Management Plan and Final Environmental Impact Statement |
| **Attachments:** | UFO RMP CA Meeting PPT_062519.pdf |

Cooperating agency meeting held on 6/27/2019

---------- Forwarded message ---------
From: **Gregory Larson** <glarson@blm.gov>
Date: Thu, Jun 27, 2019 at 9:54 AM
Subject: Fwd: Email 1 of 2: Meeting Material Attached: BLM Uncompahgre Proposed Resource Management Plan and Final Environmental Impact Statement
To: <mloscalzo@blm.gov>

For record

Sent from my iPhone

Begin forwarded message:

> **From:** "Phillips, Gina" <gphillips@blm.gov>
> **Date:** June 27, 2019 at 9:45:52 AM MDT
> **To:** undisclosed-recipients:;
> **Subject: Email 1 of 2: Meeting Material Attached: BLM Uncompahgre Proposed Resource Management Plan and Final Environmental Impact Statement**
>
> Dear Cooperating Agencies -
>
> Thank you in advance for your participation in the BLM meeting for the Uncompahgre Field Office Proposed Resource Management Plan and Final Environmental Impact Statement today, Thurs June 27,  at 2:00. If you plan to call in, the **conference line is 877-985-9764 - code 6135205#.**
>
> I'm sending the meeting material to you in two emails due to the large file size. Please find Part 1, presentation material attached - UFO RMP CA Meeting PPT_062519
>
> Thanks,
>
> -Gina
>
>
>
> --
> **Gina Phillips**
> NEPA Coordinator
> BLM CO - Southwest District

1

BLM_0166438

2465 S. Townsend Ave
Montrose, CO 81401
Office: 970-240-5381
Mobile: 970-589-9852
gphillips@blm.gov

--
Matt Loscalzo
Planning & Environmental Coordinator
Uncompahgre Field Office
Bureau of Land Management
Office: 970-240-5305
mloscalzo@blm.gov

BLM_0166439



BLM_0166440



U.S. Department of the Interior
Bureau of Land Management

**UNCOMPAHGRE FIELD OFFICE**
**Proposed RMP**

# Agenda

- General overview of PRMP Decisions.

- RMP Schedule Update.

- Remaining Steps.

BLM_0166441



U.S. Department of the Interior
Bureau of Land Management

**UNCOMPAHGRE FIELD OFFICE**
**Proposed RMP**

# The Planning Area

**Total Surface Acres:** 3,096,780

## SURFACE ADMINISTRATION

- **USFS (40%)** - 1,248,390 acres
- **Private (36%)** - 1,125,350 acres
- **BLM (22%) - 675,800 acres**
- **NPS (1%)** - 27,130 acres
- **State (1%)** - 20,110 acres

Two NCAs within the Uncompahgre
Field Office are managed under
separate RMPs.

.

## SUBSURFACE MINERAL ESTATE

971,220 acres of BLM-administered
federal mineral estate underlying 33%
of surface lands.

## BLM DECISION AREA

675,800 acres of BLM land within:

- **Montrose County (66%)**
- **Delta County (18%)**
- **San Miguel County (8%)**
- **Ouray County (4%)**
- **Gunnison County (2%)**
- **Mesa County (2%)**

Refer to Map 1

BLM_0166442

# DESCRIPTION OF ALTERNATIVES

| Alternative | Management Themes |
|---|---|
| Alternative A (No Action) | • Current management, as prescribed in the 1985 San Juan/San Miguel RMP and the 1989 Uncompahgre Basin RMP. |
| Alternative B | • Emphasis on improving, rehabilitating, and restoring resources<br>• Most restrictive alternative. |
| Alternative B.1 | • Specific to oil and gas leading and development in the North Fork Valley<br>   • 63,390 acres of surface land;<br>   • 159,820 Federal mineral estate;<br>      • 139,540 of which are Federal fluid minerals. |
| Alternative C | • Maximizing resource use while mitigating impacts on land health.<br>• Least restrictive alternative. |
| Alternative D (DEIS Preferred) | • Balancing resources and resource use among competing human interests, land uses, and conservation of natural and cultural resource values. |
| Alternative E (Proposed RMP) | • Blend of alternatives.<br>• Balance resource use, economic growth, and resource protection. |

BLM_0166443

U.S. Department of the Interior
Bureau of Land Management

UNCOMPAHGRE FIELD OFFICE
Proposed RMP

# INTRODUCTION TO BLM PROPOSED RMP



**Uncompahgre Proposed Resource Management Plan**

- Areas of Critical Environmental Concern
- Lands Managed to Minimize Impacts on Wilderness Character While Managing for Other Uses
- Extensive Recreation Management Areas
- Special Recreation Management Areas
- Tabeguache Area
- WSAs
- Wild and Scenic Rivers

BLM_0166444

**U.S. Department of the Interior**
**Bureau of Land Management**

**UNCOMPAHGRE FIELD OFFICE**
**Proposed RMP**

# FLUID LEASABLE MINERALS

| | No Action Alternative A | DEIS Alternative B1 (N.F. Citizen) | DEIS Alternative C (Development) | DEIS Preferred Alternative D | Proposed Alternative E |
|---|---|---|---|---|---|
| **Land Status** | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) |
| *Decision Area for Fluid Minerals – 916,030 acres* | | | | | |
| **Closed to Leasing*** | 44,220 (5%) | 306,670 (33%) | 44,220 (5%) | 50,060 (6%) | **44,220 (5%)** |
| **Open for Leasing** | 871,810 (95%) | 609,360 (67%) | 871,810 (95%) | 865,970 (94%) | **871,810 (95%)** |
| **Open – NSO**** | 25,610 (3%) | 404,690 (44%) | 22,300 (2%) | 238,140 (26%) | **103,460 (11%)** |
| **Open – CSU**** | 119,860 (13%) | 199,170 (22%) | 457,120 (50%) | 333,330 (36%) | **386,320 (42%)** |
| **TL Only** | 400,040 (44%) | 5,500 (<1%) | 266,890 (29%) | 294,500 (32%) | **272,160 (30%)** |
| **Open – Standard Stipulations** | 326,300 (36%) | 0 | 125,500 (14%) | 0 | **109,360 (12%)** |

* Includes Wilderness Study Areas and Tabeguache (Wilderness) Area (44,220); **Most stringent stipulation

**NSO:**
- SRMAs (Dolores/San Miguel); ACECs; Gunnison Sage Grouse (GUSG) Critical Habitat; WSRs; State Parks, National Recreation Areas; raptor nests; ESA plant habitat; Source Water Protection Areas (surface); GUSG leks; Bald Eagle roosts; Green lineage trout streams; ESA-listed fish rivers; Source Water Protection Areas (ground); BOR withdrawals; uranium mill tailings

**CSU:**
- Slopes >30%; saline/selenium soils; SRMAs; Scenic Byways; bighorn habitat; domestic wells; GUSG leks; raptors; national trails; WSRs; GUSG critical habitat; coal leases; surface water protection areas; sensitive plants, yellow billed cuckoo; rivers; lynx habitat; state wildlife areas, streams, bat hibernacula, groundwater source protection areas.

Refer to Map 2

**U.S. Department of the Interior**
**Bureau of Land Management**

**UNCOMPAHGRE FIELD OFFICE**
**Proposed RMP**

# COAL

| Resource Status | No Action Alternative A | DEIS Alternative B | DEIS Alternative C | DEIS Preferred Alternative D | Proposed Alternative E |
|---|---|---|---|---|---|
| | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) |
| Coal Resource Development Potential Area | 145,860 | 421,500 | 421,500 | 421,500 | **421,500** |
| Congressionally Closed | 1,910 (<1%) * | 1,910 (<1%) | 1,910 (<1%) | 1,910 (<1%) | **1,910 (<1%)** |
| Unsuitable | 490 (<1%) | 2,500 (<1%) | 2,500 (<1%) | 2,500 (<1%) | **2,500 (<1%)** |
| Unacceptable | 0 (0%) | 96,650 (23%) | 11,860 (3%) | 45,690 (11%) | **44,570 (10%)** |
| Acceptable | 144,790 (99%) | 320,440 (76%) | 405,230 (96%) | 371,400 (88%) | **371,250 (88%)** |

* Includes new coal development potential area in Tabeguache Area

- Moderate to high coal mineral potential in the UFO is limited. The PRMP keeps these limited areas open to leasing.

Refer to Map 3

BLM_0166446

# Fish & Wildlife — T&E & SSS

- Bighorn and Domestic Sheep
  - MS 1730 – *Management of Domestic Sheep and Goats to Sustain Wild Sheep*, released in March 2016
  - BLM UFO ran the Risk of Contact (ROC) Model to comply with MS 1730 – Appendix K of DRMP/DEIS

- Gunnison Sage Grouse (GUSG)
  - The GUSG Proposed Resource Management Plan Amendment (PRMPA) will not be completed before the UFO RMP.
  - UFO reevaluated all GUSG management actions to be ready for PRMPA
    - Timing Limitation for winter range habitat and occupied critical and mapped nesting habitat or within 4 miles of active lek (if not mapped)
    - NSO in occupied critical habitat and non-designated occupied breeding habitat
    - CSU in unoccupied critical habitat and non-designated occupied habitat
    - ROW Exclusion in lek area + 0.6-mile radius; ROW Avoidance in critical habitat





BLM_0166447

U.S. Department of the Interior
Bureau of Land Management

UNCOMPAHGRE FIELD OFFICE
Proposed RMP

# Uranium and other Locatable & Non-Energy Leasable Minerals

|  | No Action Alternative A | DEIS Alternative B | DEIS Alternative C | DEIS Preferred Alternative D | Proposed Alternative E |
|---|---|---|---|---|---|
| Resource Status | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) |
| Currently withdrawn | 28,060 (3%) | 28,060 (3%) | 28,060 (3%) | 28,060 (3%) | 28,060 (3%) |
| Recommended for Withdrawal | 27,690 (3%) | 387,270 (43%) | 11,250 (1%) | 55,880 (6%) | 15,790 (2%) |
| Open for Location | 840,440 (94%) | 496,410 (55%) | 856,880 (96%) | 812,250 (91%) | 853,460 (95%) |

**Refer to Map 4**

BLM_0166448

**U.S. Department of the Interior**
**Bureau of Land Management**

# LIVESTOCK GRAZING

| | No Action Alternative A | DEIS Alternative B | DEIS Alternative C | DEIS Preferred Alternative D | Proposed Alternative E |
|---|---|---|---|---|---|
| **Land Status** | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) |
| **Available for Grazing** | 619,500 (92%) | 517,670 (77%) | 653,270 (97%) | 617,050 (91%) | **616,640 (91%)** |
| **Unavailable for Grazing** | 56,300 (8%) | 158,130 (23%) | 22,530 (3%) | 58,750 (9%) | **59,160 (9%)** |
| **Closed to Livestock Trailing** | 2,680 (0.4%) | 2,680 (0.4%) | 0 | 0 | **0** |
| **AUMS** | 35,520 | 28,958 | 36,950 | 35,558 | **35,520** |

- PRMP increases access by opening 2,680 acres of currently closed lands to livestock trailing in the Camel Back WSA.

- Carries forward **99.5%** of currently grazed lands for continued use and has no change in AUMs.
  - 610 acres in the proposed Fairview ACEC, home to one of the largest populations of federally endangered clay-loving buckwheat, and 2,250 acres in the proposed North Delta OHV Open Play Area would be closed to grazing. These have no AUMs available.

BLM_0166449

**U.S. Department of the Interior**
**Bureau of Land Management**

**UNCOMPAHGRE FIELD OFFICE**
**Proposed RMP**

# RECREATION DESIGNATIONS

| | No Action Alternative A | DEIS Alternative B | DEIS Alternative C | DEIS Preferred Alternative D | Proposed Alternative E |
|---|---|---|---|---|---|
| **Land Status** | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) |
| **SRMA** | 49,320 (7%) | 246,760 (37%) | 0 | 124,400 (18%) | **122,130 (18%)** |
| **ERMA** | 0 | 0 | 215,880 (32%) | 73,310 (11%) | **64,790 (10%)** |
| **Total** | 49,320 | 246,760 | 215,880 | 197,710 | **186,920** |
| **OHV Open Play Area** | 8,560 | 0 | 16,070 | 0 | **3,950** |

- Maintained large portion of OHV Open Play Area focused on areas of highest use, despite populations of ESA-listed Hookless Cactus in this area.
- Manages the North Delta OHV Open Play Area as an SRMA to highlight OHV use and provide enhanced access and infrastructure.
- PRMP does not otherwise change travel management in the planning area.

- *SRMAs: Dolores River Canyon, Dry Creek, Jumbo Mountain, North Delta, Ridgeway Trails, Roubideau, San Miguel River, Spring Creek*
- *ERMAs: Burn Canyon, Kinikin Hills, Paradox Valley*

Refer to Map 5

BLM_0166450



**U.S. Department of the Interior**
**Bureau of Land Management**

UNCOMPAHGRE FIELD OFFICE
Proposed RMP

# Rights-of-Way (ROW) & Designated Utility Corridors

|  | No Action Alternative A | DEIS Alternative B | DEIS Alternative C | DEIS Preferred Alternative D | Proposed Alternative E |
|---|---|---|---|---|---|
| **Status** | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) |
| **Utility Corridors** | 26,880 (4%) | 64,180 (9%) | 26,880 (4%) | 64,180 (9%) | **64,180 (9%)** |
| **ROW Exclusion** | 85,080 (13%) | 431,040 (64%) | 44,550 (7%) | 53,700 (8%) | **53,040 (8%)** |
| **ROW Avoidance** | 22,780 (3%) | 195,460 (29%) | 210,390 (31%) | 276,500 (41%) | **66,030 (10%)** |

**Exclusion:**

- WSAs, "Wild" WSRs, Wilderness, Gunnison Sage Grouse leks, some ACECs

**Avoidance:**

- SRMAs; some ACECs; ESA plants; rivers; surface water source areas; streams; national trails; Gunnison Sage Grouse leks and critical habitat; "scenic and recreational" WSRs.

Refer to Map 6

BLM_0166451

**U.S. Department of the Interior**
**Bureau of Land Management**

**UNCOMPAHGRE FIELD OFFICE**
**Proposed RMP**

# SPECIAL DESIGNATIONS

| | No Action Alternative A | DEIS Alternative B | DEIS Alternative C | DEIS Preferred Alternative D | Proposed Alternative E |
|---|---|---|---|---|---|
| Special Designation | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) |
| ACEC | 30,000 (4%) | 215,940 (32%) | 29,440 (4%) | 51,320 (8%) | **30,190 (4%)** |
| Wild & Scenic Rivers | 29 Eligible Segments (154 miles) | | | | |
| | 0 | 16 Suitable Segments (105 miles) | | | |

- **Adobe Badlands** (6,370 acres) – Existing ACEC within a WSA and important hookless cactus refuge to promote its delisting and allow for North Delta OHV Open Play Area.
- **Biological Soil Crust** [new – (390 acres)] - Extremely unique assemblage with limited resource development conflicts.
- **Fairview South** (610 acres) - Existing ACEC managed to protect endangered plant habitat.
- **Needle Rock** (80 acres) - Existing ACEC managed to protect a unique volcanic formation with high-value scientific, scenic, and interpretive characteristics.
- **Paradox Rock Art** [new – (1,080 acres)] - Regionally important to consulting Tribes.
- **San Miguel River** (21,660 acres) - Existing ACEC supported by San Miguel County; important to tourism economy.

Refer to Map 7

BLM_0166452

**U.S. Department of the Interior**
**Bureau of Land Management**

**UNCOMPAHGRE FIELD OFFICE**
**Proposed RMP**

# LANDS WITH WILDERNESS CHARACTERISTICS

| | No Action Alternative A | DEIS Alternative B | DEIS Alternative C | DEIS Preferred Alternative D | Proposed Alternative E |
|---|---|---|---|---|---|
| **Land Status** | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) | Acres (percent) |
| **Managed to preserve wilderness characteristics** | 0 (0%) | 42,150 (6%) | 0 | 18,320 (3%) | **0 (0%)** |
| **Managed for multiple uses, reducing impacts to wilderness characteristics** | 0 | 0 | 0 | 0 | **18,320 (3%)** |
| **Managed to prioritize other multiple uses** | 42,150 (6%) | 0 | 42,150 (6%) | 23,830 (4%) | **23,830 (3%)** |

- None of the inventoried units would be managed to preserve their wilderness characteristics.
- 18,320 acres would be managed for other multiple uses, with impacts to wilderness characteristics minimized as feasible (CSU, ROW avoidance, and design features).
- 23,830 acres would prioritize other multiple uses over wilderness characteristics.
- Minimizing impacts to wilderness characteristics, where it can be accomplished in a multiple-use framework, may benefit other associated values, like wildlife, hunting, and recreation.

Refer to Map 8



**U.S. Department of the Interior**
**Bureau of Land Management**

**UNCOMPAHGRE FIELD OFFICE**
**Proposed RMP**

# UFO PRMP/FEIS Schedule

Notice of Intent
February 2010

Public Scoping
Feb/March 2010

Develop Administrative
Draft RMP/EIS
April 2010 – Nov 2013

Develop Administrative
Draft RMP/EIS with
North Fork Alternative and
with Sage Grouse consideration
Dec 2013 – Sept 2015

Extended 90-day Public Review
June 3, 2016 – November 1, 2016

Proposed RMP
Fall 2017 – Fall 2018

Analyze Effects of PRMP
Spring 2018 – Spring 2019

We are here

Issue NOA for PRMP/FEIS
June 2019

30-day Protest Period
and
Governor's Consistency
Review (July-August 2019)

Resolve Protests
August 2019

Record of Decision and
Approved RMP
September  2019

BLM_0166454



**U.S. Department of the Interior**
**Bureau of Land Management**

**UNCOMPAHGRE FIELD OFFICE**
**Proposed RMP**

# QUESTIONS AND COMMENTS



## CONTACT
## MATT LOSCALZO, RMP LEAD
## MLOSCALZO@BLM.GOV
## (970)244-5305

BLM_0166455



## Planning Area Land Ownership - 3,096,780 Total Acres

Map 1



| | |
|---|---|
| ☐ Uncompahgre RMP Planning Area | ▨ NPS (27,130 acres, 1%) |
| ▨ National Conservation Area | ☐ Private (1,125,350 acres, 36%) |
| ▨ WSAs (36,160 acres, 1%) | ▨ State (20,110 acres, 1%) |
| ▨ Tabeguache Area (8,060 acres, <1%) | ▨ US Forest Service (1,248,390 acres, 40%) |
| ▨ BLM (675,800 acres, 22%) | ▨ Federal Mineral Estate (971,220 acres, 31%) |

BLM_0166456



## Fluid Leasable Minerals (Oil & Gas and Geothermal) - Proposed RMP



- ☐ Uncompahgre RMP Planning Area
- ■ No Leasing - 44,220 ac.
- ■ No Surface Occupancy - 103,460 ac.
- ☐ Controlled Surface Use - 386,320 ac.
- ■ Only Timing Limitations - 272,160 ac.
- ■ Standard Leasing Terms & Conditions - 109,360 ac.

Map 2

BLM_0166457



**Uncompahgre Field Office**



Junction
Paonia
Delta
Montrose
Norwood
Ouray

**Colorado**

Uncompahgre
Field Office

## Coal - Proposed RMP

☐ Uncompahgre RMP Planning Area
🟥 Congressionally Closed to Coal Leasing - 1,910 ac.
🟦 Unsuitable for surface mining and surface mining operations 2,500 ac.
▨ Unacceptable for Coal Leasing - 44,570 ac.
⬛ Acceptable for Coal Leasing - 371,250 ac.

Map 3

BLM_0166458