

Uncompahgre Field Office

Colorado

Uncompahgre Field Office

## Uranium and Other Locatable Minerals - Proposed RMP



☐ Uncompahgre RMP Planning Area

🟥 Withdrawn from Locatable Mineral Entry - 28,060 ac.

🟦 Recommend for Withdrawal from Locatable Mineral Entry - 15,790 ac.

⬛ Open to Uranium and Other Locatable Minerals - 853,460 ac.

Map 4

BLM_0166459



## Recreation Designations - Proposed RMP



Uncompahgre RMP Planning Area

Special Recreation Management Area (SRMA) - 122,130 ac.

Extensive Recreation Managment Area (ERMA) - 64,790 ac.

Open OHV Area - 3,950 ac.

Map 5

BLM_0166460





## Rights of Way and Designated Utility Corridors - PRMP

☐ Uncompahgre RMP Planning Area

Utility Corridors - 64,180 ac.

Right of Way Exclusion Areas - 53,040 ac.

Right of Way Avoidance Areas - 66,030 ac.

Map 6

BLM_0166461



## Special Designations - Proposed RMP



☐ Uncompahgre RMP Planning Area   Suitable Wild and Scenic Rivers (WSR) - 35,090 ac.

🟥 ACEC - 30,190 ac.

🟦 Recreational (19,930 ac.)

🟩 Scenic (630 ac.)

🟫 Wild (14,530 ac.)

Map 7

BLM_0166462



**Uncompahgre Field Office**

**Lands with Wilderness Characteristics - Proposed RMP**

▢ Uncompahgre RMP Planning Area

▮ Managed to Preserve Wilderness Characteristics - 0 ac.

▮ Managed for Multiple Uses, Reducing Impacts to Wilderness Characteristics - 18,320 ac.

▮ Managed to Prioritize Other Multiple Uses - 23,830 ac.

Map 8

BLM_0166463

**ufo- ar**

| | |
|---|---|
| **From:** | gphillips@blm.gov on behalf of UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov> |
| **Sent:** | Friday, June 28, 2019 11:02 AM |
| **Subject:** | Uncompahgre Field Office - Proposed Resource Management Plan and Final Environmental Impact Statement |
| **Attachments:** | Uncompahgre RMP Newsletter3 2019-0625.pdf |

Dear Interested Party/ Stakeholder/ Partner,

I am pleased to announce the release of the Proposed RMP/Final EIS available June 28, 2019 on the RMP eplanning project website: https://go.usa.gov/xnpgD.

Attached is the third newsletter which provides new information, an updated schedule, and other project details.

Thank you for your continued interest in the Proposed Resource Management Plan (RMP) and Final Environmental Impact Statement (EIS) for the Bureau of Land Management Uncompahgre Field Office.

Have a great day!

RMP Project Manager
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401

BLM_0166464

**U.S. DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**

# Uncompahgre RMP Newsletter

**Issue 3 • June 2019**                     https://go.usa.gov/xnpgD

## Proposed Resource Management Plan and Final Environmental Impact Statement Available

Dear Interested Party/Stakeholder/Partner,

Thank you for your continued interest in the Proposed Resource Management Plan (RMP) and Final Environmental Impact Statement (EIS) for the Bureau of Land Management Uncompahgre Field Office. I am pleased to announce our release of the Proposed RMP/Final EIS and wanted to share some of the major decisions and next steps, as well as remind you to use the BLM RMP ePlanning website as a source of information.

The BLM appreciates the considerable time and effort you invested in reviewing the analysis and submitting comments throughout the planning process. We will officially announce the Proposed RMP/Final EIS in the Federal Register on June 28, 2019. The RMP will guide public land use in the Planning Area over the next 20 years, contributing approximately $2.5 billion in regional economic output and supporting approximately 950 jobs. We expect to release a final decision later this year and want to thank everyone who participated in the planning process.

Sincerely,
Greg Larson, Uncompahgre Field Manager

## Proposed RMP

The Proposed RMP blends elements from the alternatives analyzed in the Draft RMP/EIS. In developing the Proposed RMP, the BLM made modifications based on public comments on the Draft RMP/EIS, input from cooperating agencies, consultation with the US Fish and Wildlife Service, ongoing coordination with stakeholders, new information and best available science, the need for clarification, and extensive internal BLM reviews. The BLM received 2,566 unique, substantive public comments on the Draft RMP/EIS from over 52,000 submissions. The BLM considered this input in formulating the Proposed RMP, which responds to local community needs, while aligning with Administration priorities like public lands access, sustainable energy development, economic growth, and conservation stewardship. Notable decisions contained in the Proposed RMP include:



The Uncompahgre RMP Planning Area is the Uncompahgre Field Office, but excludes the Gunnison Gorge National Conservation Area (NCA) and Dominguez-Escalante NCA, which are managed under separate RMPs. The Planning Area includes 675,800 acres of BLM-administered lands. The RMP also makes decisions on 971,220 acres of federal mineral estate. Management direction and actions outlined in the RMP apply only to BLM-administered lands and to federal mineral estate under BLM jurisdiction.

- Allocating 616,640 acres as available and 59,160 acres as unavailable for livestock grazing
- Retaining 44,220 acres as closed and 871,810 acres as open to fluid mineral leasing, with stipulations on some open areas
- Managing 122,130 acres in eight Special Recreation Management Areas
- Retaining 3,950 acres currently designated as Open to cross-country motorized travel
- Designating 30,190 acres as Areas of Critical Environmental Concern
- Managing over 18,000 acres to minimize impacts on wilderness characteristics, while managing for other appropriate uses
- Recommending 104 miles on 16 river segments as suitable for inclusion in the National Wild and Scenic Rivers System

BLM_0166465

## How to Review the Proposed RMP and Final EIS

To learn more about the Uncompahgre Field Office Proposed RMP/Final EIS or to view a copy of the plan, please visit the RMP ePlanning project website at https://go.usa.gov/xnpgD or contact Matt Loscalzo, RMP Project Manager, at (970) 240-5305 or mloscalzo@blm.gov. Hard copies are available for review at the BLM Colorado State Office in Lakewood (2850 Youngfield Street), the Montrose Public Lands Center (2505 South Townsend Avenue), and public libraries in Delta, Hotchkiss, Montrose, Naturita, Norwood, Ouray, Paonia, Ridgway, and Telluride, Colorado. A limited number of CDs are also available by request.

## Next Steps

The BLM Director will issue a decision on protests received for the Proposed RMP. After protests are resolved, the BLM will issue an Approved RMP and Record of Decision (ROD), which will be publicly available on the RMP ePlanning project website. The BLM expects to issue the Approved RMP and ROD in fall 2019.

## How to Protest

The BLM encourages you to review the Uncompahgre Field Office Proposed RMP/Final EIS. Instructions for filing a protest with the BLM Director are online at https://www.blm.gov/programs/planning-and-nepa/public-participation/filing-a-plan-protest. All protests must be in writing to the BLM Director, either by regular or overnight mail, or electronically via the RMP ePlanning project website: https://go.usa.gov/xnpgD. To submit a protest electronically, go to the project website and follow the



**Planning Process Timeline**

- Notice of Intent in Federal Register February 25, 2010
- Public Scoping Period February 25 to March 29, 2010
- Public Scoping Meetings January and February 2010
- Scoping Summary Report July 2010
- Formulate Alternatives and Prepare Draft RMP/EIS Summer 2010 to Fall 2014

*Shading indicates steps completed*

- Draft RMP/EIS available for 150-day Public Review and Comment June 3 to November 1, 2016
- Prepare Proposed RMP and Final EIS October 2016 to April 2019
- 30-day Public Review and Protest Period for Proposed RMP/Final EIS June 28 to July 28, 2019
- Resolve Protests Summer 2019
- Record of Decision and Approved RMP Fall 2019

protest instructions highlighted at the top of the Homepage. Protests submitted electronically by any means other than the project website protest section will be invalid unless a hard copy is also submitted. Protests submitted by fax will also be invalid unless submitted either through the project website protest section or by hard copy.

## Navigating the Proposed RMP/Final EIS

The Proposed RMP/Final EIS contains five chapters and 20 appendices, and generally follows the same outline in the Draft RMP/EIS. New or modified text since the Draft RMP/EIS has been shaded in gray. The list below includes key sections of the Proposed RMP and Final EIS:

☐ **Acronyms and Abbreviations**
Lists the acronyms and abbreviations used in the RMP/EIS
☐ **Chapter 1, Introduction**
Summarizes the proposed action, purpose and need, and decisions to be made in this RMP/EIS
☐ **Chapter 2, Alternatives**
Summarizes Alternatives A through D (from the Draft RMP/EIS) and the Proposed RMP. A detailed description of the alternatives (including goals, objectives, actions, and allowable uses) is provided in a new appendix, Appendix T.
☐ **Chapter 3, Affected Environment**
Describes the existing biological, physical, and socioeconomic characteristics of the Uncompahgre RMP Planning Area, including human uses that could be affected by implementing the alternatives described in Chapter 2
☐ **Chapter 4, Environmental Consequences**
Evaluates potential environmental, social, and economic consequences to the human and natural environment from implementing the alternatives
☐ **Glossary**
Provides definitions for important terms used in the RMP/EIS
☐ **Appendix A, Maps**
☐ **Appendix R, Public Comments on the Draft RMP/EIS**
The printed version contains public comment summaries and responses to those summaries. Individual public comment excerpts are available online.



# DEPARTMENT OF THE INTERIOR

## Bureau of Land Management

[LLCOS05000.L16100000.
DQ0000.LXSS053C0000.19X]

**Notice of Availability of the Proposed Resource Management Plan and Final Environmental Impact Statement for the Uncompahgre Field Office, Colorado**

**AGENCY:** Bureau of Land Management.

**ACTION:** Notice of availability.

**SUMMARY:** In accordance with the National Environmental Policy Act of 1969, as amended, and the Federal Land Policy and Management Act of 1976, as amended, the Bureau of Land Management (BLM) prepared a Proposed Resource Management Plan (RMP) and Final Environmental Impact Statement (EIS) for the Uncompahgre Planning Area and by this notice, is announcing its availability.

**DATES:** BLM planning regulations state that any person who meets the conditions as described in the regulations may protest the BLM's Proposed RMP. A person who meets the conditions and files a protest must file the protest within 30 days of the date that the Environmental Protection Agency publishes its Notice of Availability in the **Federal Register**.

**ADDRESSES:** The Proposed RMP/Final EIS is available on the BLM ePlanning project website at *https://go.usa.gov/xnpgD*. Click on the Documents and Reports link on the left side of the screen to find the electronic version of this material. Hard copies of the Proposed RMP/Final EIS are also available for public inspection at the Uncompahgre Field Office, 2505 South Townsend Avenue, Montrose, CO 81401. All protests must be in writing and filed with the BLM Director, either as a hard copy or electronically via the BLMS's ePlanning project website listed previously. To submit a protest electronically, go to the ePlanning project website and follow the protest instructions highlighted at the top of the home page. If submitting a protest in hard copy, it must be mailed to one of the following addresses:

*Regular Mail:* BLM Director (210) Attention: Protest Coordinator, P.O. Box 71383, Washington, DC 20024–1383.

*Overnight Delivery:* BLM Director (210) Attention: Protest Coordinator, 20 M Street SE, Room 2134LM, Washington, DC 20003.

**FOR FURTHER INFORMATION CONTACT:** Matthew Loscalzo, Planning and Environmental Coordinator; telephone 970–240–5300; address 2465 South Townsend Avenue, Montrose, CO 81401; email *uformp@blm.gov*. Persons who use a telecommunications device for the deaf (TDD) may call the Federal Relay Service (FRS) at 1–800–877–8339 to contact the above individual during normal business hours. The FRS is available 24 hours a day, seven days a week, to leave a message or question with the above individual. You will receive a reply during normal business hours.

**SUPPLEMENTARY INFORMATION:** The BLM prepared the Uncompahgre Proposed RMP/Final EIS to evaluate and revise the management strategy for resources, resource uses, and special designations within the Uncompahgre Planning Area. The Uncompahgre Planning Area includes approximately 3.1 million acres of public land managed by the BLM Uncompahgre Field Office, U.S. Forest Service (portions of the Grand Mesa, Uncompahgre and Gunnison National Forest), National Park Service (Black Canyon of the Gunnison National Park, and portions of Curecanti National Recreation Area), U.S. Bureau of Reclamation, State of Colorado (including Ridgway, Crawford, and Paonia State Parks), and local and private lands—all of which are located in southwestern Colorado, in Montrose, Delta, Gunnison, Ouray, San Miguel and Mesa counties. While the Gunnison Gorge National Conservation Area (NCA) and the Dominguez-Escalante NCA are geographically within the Uncompahgre Planning Area, they are not part of this planning effort as they are managed under separate RMPs. The Uncompahgre RMP will determine management for approximately 675,800 acres of BLM-administered surface lands and 971,220 acres of Federal mineral estate. When approved, the Uncompahgre RMP will replace the 1985 San Juan/San Miguel RMP, as amended; and the 1989 Uncompahgre Basin RMP, as amended.

The Proposed RMP/Final EIS describes and analyzes five management alternatives (Alternatives A, B, C, D, E) and one sub-alternative (Alternative B.1). Each includes goals, objectives, allowable uses and management actions to address new management challenges, issues, and changes in BLM regulations, guidance and policy.

Alternative A is the No Action Alternative and retains the current goals, objectives, and direction specified in the existing 1985 San Juan/San Miguel RMP and 1989 Uncompahgre Basin RMP.

Alternative B emphasizes improving, rehabilitating and restoring resources;

sustaining the ecological integrity of habitats for all priority plant, wildlife and fish species; and allowing appropriate development scenarios for allowable uses (such as mineral leasing, locatable mineral development, recreation, communication sites and livestock grazing).

Alternative B.1 is a subset of Alternative B, and specifically addresses oil and gas leasing and development in the North Fork and Smith Fork drainages of the Gunnison River. This sub-alternative would close certain areas to oil and gas leasing and would impose development setbacks with strict surface use restrictions in places where leasing may be allowed.

Alternative C emphasizes a mix of uses that maximize utilization of resources, while mitigating impacts on land health. The appropriate development scenarios for allowable uses emphasize maximizing resource production in an environmentally responsible manner, while maintaining the basic protection needed to sustain resources.

Alternative D is the Agency-Preferred Alternative from the Draft RMP/Draft EIS and emphasizes balancing resource protection and resource use among competing human interests, land uses, and the conservation of natural and cultural resource values, while sustaining and enhancing ecological integrity across the landscape, including plant, wildlife and fish habitat.

Alternative E is the Agency's Proposed RMP and is a reasonable combination of goals, objectives, allowable uses and management actions from the alternatives presented in the Draft RMP/Draft EIS. The Proposed RMP would provide comprehensive, long-range decisions for the use and management of resources in the Uncompahgre Planning Area administered by the BLM, focusing on the principles of multiple use and sustained yield.

The Uncompahgre Draft RMP/Draft EIS public comment period began on June 3, 2016, and was extended for an additional 60 days, at the request of local governments and interest groups, to November 1, 2016. The total comment period encompassed 152 days. The BLM held six public open house meetings across the Uncompahgre Planning Area during the public comment period. The BLM considered and incorporated in the Proposed RMP/Final EIS, as appropriate, comments received from the public, cooperating agencies, and internal BLM review. Public comments resulted in the addition of clarifying text, but did not

BLM_0166467

significantly change proposed land use plan decisions.

Instructions for filing a protest with the Director of the BLM regarding the Proposed RMP may be found online at *https://www.blm.gov/programs/ planning-and-nepa/public- participation/filing-a-plan-protest* and at 43 CFR 1610.5–2. All protests must be in writing and mailed to the appropriate address, as set forth in the **ADDRESSES** section above or submitted electronically through the BLM ePlanning project website as described above. Protests submitted electronically by any means other than the ePlanning project website protest section will be invalid unless a protest is also submitted in hard copy. Protests submitted by fax will also be invalid unless also submitted either through the ePlanning project website protest section or in hard copy.

Before including your phone number, email address, or other personal identifying information in your protest, you should be aware that your entire protest—including your personal identifying information—may be made publicly available at any time. While you can ask us in your protest letter to withhold your personal identifying information from public review, we cannot guarantee that we will be able to do so.

**Authority:** 40 CFR 1506.6, 40 CFR 1506.10, 43 CFR 1610.2, 43 CFR 1610.5.

**Jamie E. Connell,**
*BLM Colorado State Director.*
[FR Doc. 2019–13857 Filed 6–27–19; 8:45 am]
**BILLING CODE 4310–JB–P**

# DEPARTMENT OF THE INTERIOR

## National Park Service

**[NPS–WASO–NAGPRA–NPS0028125; PPWOCRADN0–PCU00RP14.R50000]**

## Notice of Inventory Completion: Carter County Museum, Ekalaka, MT

**AGENCY:** National Park Service, Interior.
**ACTION:** Notice.

**SUMMARY:** The Carter County Museum has completed an inventory of human remains and associated funerary objects, in consultation with the appropriate Indian Tribes or Native Hawaiian organizations, and has determined that there is no cultural affiliation between the human remains and associated funerary objects and any present-day Indian Tribes or Native Hawaiian organizations. Representatives of any Indian Tribe or Native Hawaiian organization not identified in this notice

that wish to request transfer of control of these human remains and associated funerary objects should submit a written request to the Carter County Museum. If no additional requestors come forward, transfer of control of the human remains and associated funerary objects to the Indian Tribes or Native Hawaiian organizations stated in this notice may proceed.

**DATES:** Representatives of any Indian tribe or Native Hawaiian organization not identified in this notice that wish to request transfer of control of these human remains and associated funerary objects should submit a written request with information in support of the request to the Carter County Museum at the address in this notice by July 29, 2019.

**ADDRESSES:** Sabre Moore, Carter County Museum, 306 North Main Street, Ekalaka, MT 59324, telephone (406) 775–6886, email *smoore@ cartercountymuseum.org.*

**SUPPLEMENTARY INFORMATION:** Notice is here given in accordance with the Native American Graves Protection and Repatriation Act (NAGPRA), 25 U.S.C. 3003, of the completion of an inventory of human remains and associated funerary objects under the control of the Carter County Museum, Ekalaka, MT. The human remains and associated funerary objects were removed from the Arthur Walker, Beach, Jardee, Turbiville, WPA Crew, Medicine Rocks, and Chalk Buttes Sites in Carter County, MT, and the Frank Sparks Site in Fallon County, MT.

This notice is published as part of the National Park Service's administrative responsibilities under NAGPRA, 25 U.S.C. 3003(d)(3) and 43 CFR 10.11(d). The determinations in this notice are the sole responsibility of the museum, institution, or Federal agency that has control of the Native American human remains and associated funerary objects. The National Park Service is not responsible for the determinations in this notice.

## Consultation

A detailed assessment of the human remains was made by the Carter County Museum professional staff in consultation with representatives of the Arapaho Tribe of the Wind River Reservation, Wyoming; Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation, Montana; Cheyenne River Sioux Tribe of the Cheyenne River Reservation, South Dakota; Crow Creek Sioux Tribe of the Crow Creek Reservation, South Dakota; Flandreau Santee Sioux Tribe of South Dakota; Fort Belknap Indian Community of the

Fort Belknap Reservation of Montana; Lower Brule Sioux Tribe of the Lower Brule Reservation, South Dakota; Lower Sioux Indian Community in the State of Minnesota; Oglala Sioux Tribe (previously listed as the Oglala Sioux Tribe of the Pine Ridge Reservation, South Dakota); Prairie Island Indian Community in the State of Minnesota; Rosebud Sioux Tribe of the Rosebud Indian Reservation, South Dakota; Santee Sioux Nation, Nebraska; Shakopee Mdewakanton Sioux Community of Minnesota; Sisseton-Wahpeton Oyate of the Lake Traverse Reservation, South Dakota; Spirit Lake Tribe, North Dakota; Standing Rock Sioux Tribe of North & South Dakota; Three Affiliated Tribes of the Fort Berthold Reservation, North Dakota; Upper Sioux Community, Minnesota; and the Yankton Sioux Tribe of South Dakota, hereafter referred to as "The Tribes."

## History and Description of the Remains

In 1948, human remains representing, at minimum, one individual were removed from the Arthur Walker Site, nine miles northwest of Albion, in Carter County, MT. A skull and partial skeleton were exposed 2.3 meters below the surface in a bentonite bank on Blacktail Creek. The exposure was about 1.2 meters above the water level and immediately over the water due to undercutting. The bones were completely encased in bentonite clay that had washed down from a steep slope several yards to the north. The human remains entered the Carter County Museum collection in 1948, and consist of the skull, portions of all 24 ribs, left and right clavicles, left and right scapula, vertebra, sacrum, coccyx, left and right humerus, left ulna, left femur, left tibia, right and left pelvis, right and left calcaneus, hands, and feet. They show signs of severe, chronic periodontal disease and arthritis. Based on molar wear, the individual, a male, was 35–45 years old at the time of death. No known individuals were identified. The six associated funerary objects are three Dentalium shells and three broken or cut gastropod shells.

In June 1985, human remains representing, at minimum, one individual were removed by a rancher's son from the Beach Site, located on the slope of a steep hillside below a sandstone cliff in Carter County, MT. The human remains consist of a skull. One month later, a burial site in a cleft of sandstone outcrop approximately 50 yards upslope from the skull was located and the human remains of a second individual were removed. The osteological material from this second

BLM_0166468

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

# Uncompahgre RMP Newsletter

**Issue 3 • June 2019**                    https://go.usa.gov/xnpgD

## Proposed Resource Management Plan and Final Environmental Impact Statement Available

Dear Interested Party/Stakeholder/Partner,

Thank you for your continued interest in the Proposed Resource Management Plan (RMP) and Final Environmental Impact Statement (EIS) for the Bureau of Land Management Uncompahgre Field Office. I am pleased to announce our release of the Proposed RMP/Final EIS and wanted to share some of the major decisions and next steps, as well as remind you to use the BLM RMP ePlanning website as a source of information.

The BLM appreciates the considerable time and effort you invested in reviewing the analysis and submitting comments throughout the planning process. We will officially announce the Proposed RMP/Final EIS in the Federal Register on June 28, 2019. The RMP will guide public land use in the Planning Area over the next 20 years, contributing approximately $2.5 billion in regional economic output and supporting approximately 950 jobs. We expect to release a final decision later this year and want to thank everyone who participated in the planning process.

Sincerely,
Greg Larson, Uncompahgre Field Manager

## Proposed RMP

The Proposed RMP blends elements from the alternatives analyzed in the Draft RMP/EIS. In developing the Proposed RMP, the BLM made modifications based on public comments on the Draft RMP/EIS, input from cooperating agencies, consultation with the US Fish and Wildlife Service, ongoing coordination with stakeholders, new information and best available science, the need for clarification, and extensive internal BLM reviews. The BLM received 2,566 unique, substantive public comments on the Draft RMP/EIS from over 52,000 submissions. The BLM considered this input in formulating the Proposed RMP, which responds to local community needs, while aligning with Administration priorities like public lands access, sustainable energy development, economic growth, and conservation stewardship. Notable decisions contained in the Proposed RMP include:



The Uncompahgre RMP Planning Area is the Uncompahgre Field Office, but excludes the Gunnison Gorge National Conservation Area (NCA) and Dominguez-Escalante NCA, which are managed under separate RMPs. The Planning Area includes 675,800 acres of BLM-administered lands. The RMP also makes decisions on 971,220 acres of federal mineral estate. Management direction and actions outlined in the RMP apply only to BLM-administered lands and to federal mineral estate under BLM jurisdiction.

- Allocating 616,640 acres as available and 59,160 acres as unavailable for livestock grazing
- Retaining 44,220 acres as closed and 871,810 acres as open to fluid mineral leasing, with stipulations on some open areas
- Managing 122,130 acres in eight Special Recreation Management Areas
- Retaining 3,950 acres currently designated as Open to cross-country motorized travel
- Designating 30,190 acres as Areas of Critical Environmental Concern
- Managing over 18,000 acres to minimize impacts on wilderness characteristics, while managing for other appropriate uses
- Recommending 104 miles on 16 river segments as suitable for inclusion in the National Wild and Scenic Rivers System

BLM_0166469

## How to Review the Proposed RMP and Final EIS

To learn more about the Uncompahgre Field Office Proposed RMP/Final EIS or to view a copy of the plan, please visit the RMP ePlanning project website at https://go.usa.gov/xnpgD or contact Matt Loscalzo, RMP Project Manager, at (970) 240-5305 or mloscalzo@blm.gov. Hard copies are available for review at the BLM Colorado State Office in Lakewood (2850 Youngfield Street), the Montrose Public Lands Center (2505 South Townsend Avenue), and public libraries in Delta, Hotchkiss, Montrose, Naturita, Norwood, Ouray, Paonia, Ridgway, and Telluride, Colorado. A limited number of CDs are also available by request.

## Next Steps

The BLM Director will issue a decision on protests received for the Proposed RMP. After protests are resolved, the BLM will issue an Approved RMP and Record of Decision (ROD), which will be publicly available on the RMP ePlanning project website. The BLM expects to issue the Approved RMP and ROD in fall 2019.

## How to Protest

The BLM encourages you to review the Uncompahgre Field Office Proposed RMP/Final EIS. Instructions for filing a protest with the BLM Director are online at https://www.blm.gov/ programs/planning-and-nepa/public-participation/filing-a-plan-protest. All protests must be in writing to the BLM Director, either by regular or overnight mail, or electronically via the RMP ePlanning project website: https://go.usa.gov/xnpgD. To submit a protest electronically, go to the project website and follow the



**Planning Process Timeline**

Notice of Intent in Federal Register February 25, 2010

Public Scoping Period February 25 to March 29, 2010

Public Scoping Meetings January and February 2010

Scoping Summary Report July 2010

Formulate Alternatives and Prepare Draft RMP/EIS Summer 2010 to Fall 2014

*Shading indicates steps completed*

Draft RMP/EIS available for 150-day Public Review and Comment June 3 to November 1, 2016

Prepare Proposed RMP and Final EIS October 2016 to April 2019

30-day Public Review and Protest Period for Proposed RMP/Final EIS June 28 to July 28, 2019

Resolve Protests Summer 2019

Record of Decision and Approved RMP Fall 2019

protest instructions highlighted at the top of the Homepage. Protests submitted electronically by any means other than the project website protest section will be invalid unless a hard copy is also submitted. Protests submitted by fax will also be invalid unless submitted either through the project website protest section or by hard copy.

## Navigating the Proposed RMP/Final EIS

The Proposed RMP/Final EIS contains five chapters and 20 appendices, and generally follows the same outline in the Draft RMP/EIS. New or modified text since the Draft RMP/EIS has been shaded in gray. The list below includes key sections of the Proposed RMP and Final EIS:

☐ **Acronyms and Abbreviations**
Lists the acronyms and abbreviations used in the RMP/EIS

☐ **Chapter 1, Introduction**
Summarizes the proposed action, purpose and need, and decisions to be made in this RMP/EIS

☐ **Chapter 2, Alternatives**
Summarizes Alternatives A through D (from the Draft RMP/EIS) and the Proposed RMP. A detailed description of the alternatives (including goals, objectives, actions, and allowable uses) is provided in a new appendix, Appendix T.

☐ **Chapter 3, Affected Environment**
Describes the existing biological, physical, and socioeconomic characteristics of the Uncompahgre RMP Planning Area, including human uses that could be affected by implementing the alternatives described in Chapter 2

☐ **Chapter 4, Environmental Consequences**
Evaluates potential environmental, social, and economic consequences to the human and natural environment from implementing the alternatives

☐ **Glossary**
Provides definitions for important terms used in the RMP/EIS

☐ **Appendix A, Maps**

☐ **Appendix R, Public Comments on the Draft RMP/EIS**
The printed version contains public comment summaries and responses to those summaries. Individual public comment excerpts are available online.



**United States Department of the Interior**

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
www.co.blm.gov



JUL 1 0 2019

In Reply Refer To:
1610 (CON000)

The Honorable Jared Polis
Governor of Colorado
136 State Capitol Bldg
Denver, CO 80203

Dear Governor Polis:

The Bureau of Land Management (BLM) Uncompahgre Field Office has developed the Uncompahgre Proposed Resource Management Plan Revision and Final Environmental Impact Statement (Uncompahgre Proposed RMP/ Final EIS) for BLM-administered lands in Montrose, Mesa, Gunnison, Ouray, San Miguel, and Delta counties.

The purpose of the Uncompahgre Proposed RMP/ Final EIS is to update and combine the existing 1985 San Juan/San Miguel RMP and the 1989 Uncompahgre Basin RMP to address regional population increases and significant changes in land uses and impacts to resources and provide broad-scale direction for the management of public lands administered by the BLM Uncompahgre Field Office. BLM regulations require that existing land use plans be revised when necessary to address current resource conditions to meet the BLM's multiple use/sustained yield mission and provide land use decisions as required by the Federal Land Policy and Management Act of 1976 and consistent with the National Environmental Policy Act of 1976.

A notice of availability announcing the release of the Draft RMP/EIS was published in the Federal Register on June 3, 2016, initiating the formal 90-day public comment period. In response to public requests, the comment period was extended for an additional 60 days, ending on November 1, 2016. The BLM received over 52,000 comment letters and approximately 2,500 unique, substantive public comments during the public review. The EIS describes and analyzes five management alternatives and one sub-alternative, including a No Action Alternative.

BLM planning regulations in 43 CFR 1610.3-2(e) provide a state Governor 60 days to identify inconsistencies with approved state or local plans, policies, or programs and to provide written recommendations to the BLM State Director. If the BLM State Director does not accept the Governor's recommendations on plan consistency, the Governor may appeal to the BLM Director.

The Uncompahgre Proposed RMP/Final EIS is available at the Uncompahgre Field Office or on the BLM project website at: https://go.usa.gov/xnpgD and was published in the Federal Register on June 28, 2019. CD copies of these documents are also enclosed.

You need only respond if you find inconsistencies. If no response is received by September 9, 2019 the BLM will assume the Uncompahgre Proposed RMP/ Final EIS is consistent with the State of Colorado's approved plans, policies, and programs.

If you or your staff has any questions about the Uncompahgre Proposed RMP/ Final EIS or the Governor's Consistency Review process, please contact Matthew Loscalzo at (970) 240-5305 or by email at mloscalzo@blm.gov.

Sincerely,

*Acting for*

Gregory Larson
Field Manager

Enclosure

BLM_0166472

**ufo- ar**

| | |
|---|---|
| **From:** | Loscalzo, Matthew <mloscalzo@blm.gov> |
| **Sent:** | Monday, July 22, 2019 12:25 PM |
| **To:** | ufo- ar |
| **Subject:** | Fwd: Your Comment Letter on the Uncompahgre Draft RMP/EIS |

Email to public re: verification that comment letter was received by the BLM during the UFO RMP formal public comment period.

---------- Forwarded message ---------
From: **Loscalzo, Matthew** <mloscalzo@blm.gov>
Date: Mon, Jul 22, 2019 at 9:44 AM
Subject: Your Comment Letter on the Uncompahgre Draft RMP/EIS
To: <megan.e.randall@gmail.com>

Hi Megan,
I am the project manager for the UFO Proposed RMP/ Final EIS. I am writing to let you know that the BLM received your comment letter submitted on 10/30/16 on the Uncompahgre Draft RMP/EIS.

Thank you.

Best,
Matt

--
Matt Loscalzo
Planning & Environmental Coordinator
Uncompahgre Field Office
Bureau of Land Management
Office: 970-240-5305
mloscalzo@blm.gov

--
Matt Loscalzo
Planning & Environmental Coordinator
Uncompahgre Field Office
Bureau of Land Management
Office: 970-240-5305
mloscalzo@blm.gov

BLM_0166473

## Angie Adams

| | |
|---|---|
| **From:** | Loscalzo, Matthew <mloscalzo@blm.gov> |
| **Sent:** | Tuesday, July 23, 2019 9:32 AM |
| **To:** | ufo- ar |
| **Subject:** | Fwd: [EXTERNAL] RMP Lands identified for Disposal |
| **Attachments:** | land_disposal.zip; land_disposal.kmz |

Correspondence with Cooperating Agency.

---------- Forwarded message ---------
From: **Sinton, David** <dsinton@blm.gov>
Date: Tue, Jul 23, 2019 at 7:49 AM
Subject: Re: [EXTERNAL] RMP Lands identified for Disposal
To: Ben Tisdel <btisdel@ouraycountyco.gov>
Cc: Loscalzo, Matthew <mloscalzo@blm.gov>

Hi Ben,

Attached are the shapefile and the KMZ for land disposals for the RMP. Please let me know if you have any questions.

David

---

David Sinton
GIS Specialist
Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401
970-240-5328
BLM Colorado GIS data
dsinton@blm.gov

---

On Mon, Jul 22, 2019 at 4:58 PM Ben Tisdel <btisdel@ouraycountyco.gov> wrote:

> Thanks Matt.   I found the correct figure, but want to see it in more granularity.
>
>
> David, could you please send me the shape file and the KML or KMZ files relevant to this request?
>
>
> Thanks,
>
>
> Ben

1

BLM_0166474

Ben Tisdel

Commissioner, District 2

Ouray County Board of County Commissioners

541 4th St / PO Box C    Ouray, CO 81427

Cell:  970.318.1037

**From:** Loscalzo, Matthew <mloscalzo@blm.gov>
**Sent:** Monday, July 22, 2019 4:39 PM
**To:** Ben Tisdel <btisdel@ouraycountyco.gov>
**Cc:** Sinton, David <dsinton@blm.gov>
**Subject:** Re: [EXTERNAL] RMP Lands identified for Disposal

Hi Ben,

Figure 2-62 on page A-127 in Volume II in Appendix A contains the map of lands identified for disposal for Alternatives D & E. Our GIS Specialist is included on this email, so please reply to all if you would like a shapefile or KML file of this information.

Thanks.

Best,

Matt

On Mon, Jul 22, 2019 at 2:08 PM Ben Tisdel <btisdel@ouraycountyco.gov> wrote:

Hi Matt,

Going through the 4 volumes and 4 thousand pages of the RMP now.

2

BLM_0166475

I am trying to locate a map or shapefiles or a kmz file that shows lands identified for disposal in the BLM UFO RMP.... I see the legal descriptions in Volume III, but it would be so helpful to have a map.   Does that data exist, and can I have a look at it please?


Thanks,


Ben


Ben Tisdel

Commissioner, District 2

Ouray County Board of County Commissioners

541 4th St / PO Box C    Ouray, CO 81427

Cell:  970.318.1037


--

Matt Loscalzo

Planning & Environmental Coordinator

Uncompahgre Field Office

Bureau of Land Management

Office: 970-240-5305

mloscalzo@blm.gov


--

BLM_0166476

Matt Loscalzo
Planning & Environmental Coordinator
Uncompahgre Field Office
Bureau of Land Management
Office: 970-240-5305
mloscalzo@blm.gov

BLM_0166477

| From: | Phillips, Gina M |
|---|---|
| To: | Larson, Gregory P |
| Subject: | Fwd: [EXTERNAL] Uncompahgre FO RMP Final EIS |
| Date: | Thursday, July 25, 2019 9:42:00 AM |
| Attachments: | Uncompahgre RMP FEIS Comment Letter 07.24.19_final.pdf |
| Importance: | High |

---------- Forwarded message ---------
From: **Aumann, Ethan** <Aumann.Ethan@epa.gov>
Date: Thu, Jul 25, 2019 at 9:18 AM
Subject: [EXTERNAL] Uncompahgre FO RMP Final EIS
To: mloscalzo@blm.gov <mloscalzo@blm.gov>
Cc: gphillips@blm.gov <gphillips@blm.gov>


Dear Mr. Loscalzo,


Please find EPA's comment letter on the Proposed RMP and Final EIS for the Uncompahgre
Field Office attached to this email. A hard copy of this letter went out in the mail today.


Thank you,


Ethan Aumann


Ethan Aumann, Ph.D., NEPA Reviewer

US EPA Region 8, 1595 Wynkoop St. (8OAR-N)

Denver, CO 80202-1129

aumann.ethan@epa.gov

303-312-6773


--
Gina Phillips

NEPA Coordinator
BLM CO - Southwest District
2465 S. Townsend Ave
Montrose, CO 81401
Office: 970-240-5381
Mobile: 970-589-9852
gphillips@blm.gov

BLM_0166479



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 8**
1595 Wynkoop Street
Denver, CO   80202-1129
Phone 800-227-8917
www.epa.gov/region08

Ref: 8ORA-N

**JUL 2 4 2019**

Greg Larson, Field Manager
Attn: Uncompahgre RMP
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

Dear Mr. Larson:

The U.S. Environmental Protection Agency Region 8 reviewed the Bureau of Land Management's Proposed Resource Management Plan (RMP) and Final Environmental Impact Statement (EIS) for the Uncompahgre Field Office (UFO) in Colorado (CEQ No. 20190145) pursuant to our responsibilities under Section 309 of the Clean Air Act (CAA) and the National Environmental Policy Act (NEPA).

The Uncompahgre Planning Area includes approximately 3.1 million acres of public land managed by the BLM UFO, U.S. Forest Service, National Park Service, Bureau of Reclamation, State of Colorado, and local and private lands. The Proposed RMP will determine management for approximately 675,800 acres of BLM-administered surface lands and 971,220 acres of Federal mineral estate. The alternatives analyzed in the Final EIS include: the No Action Alternative (Alternative A); Alternative B (emphasizing improving and restoring resources); sub-alternative B-1 (addressing oil and gas leasing in the North Fork and Smith Fork drainages); Alternative C (emphasizing maximum resource use); Alternative D (the Agency-Preferred Alternative from the Draft EIS, emphasizing balanced resource conservation and use); and Alternative E (the Agency-Proposed Alternative, a new combination of actions and uses developed from the other alternatives).

EPA's November 1, 2016 comment letter primarily focused on Alternative D, the Agency-Preferred Alternative at that time. Our comments and recommendations covered the following topics: air resources and climate change; solid leasable minerals; groundwater resources; surface water resources; public drinking water supply sources; water management and waste resource monitoring; and wetlands, riparian areas and floodplains.

We appreciate the BLM's responses to our comments and the inclusion of additional or updated information in areas where current data were lacking. Specifically, we note the inclusion of additional air quality analyses, recent groundwater studies in the area, an updated list of 303(d) impaired waters in the Planning Area, information on public water sources, and other updates.

Based on our review of the Final EIS and new Alternative E, which opens more land for potential development and scales back some resource protections compared to Alternative D, we have additional comments about potential impacts in the Planning Area. We also provide recommendations on adaptive

BLM_0166480

management and monitoring as you prepare the Record of Decision (ROD). Please see the enclosure for a detailed discussion of these topics.

We appreciate the opportunity to participate in the review of the Final EIS. If you have any questions or comments, please contact me at (303) 312-6704, or Ethan Aumann of my staff at (303) 312-6773 or aumann.ethan@epa.gov.

Sincerely,

Philip S. Strobel
Chief, NEPA Branch

Enclosure

cc: Matthew Loscalzo, BLM
    Planning and Environmental Coordinator

2

BLM_0166481

**EPA's Detailed Comments on the Uncompahgre Proposed RMP and Final EIS**

*Agency-Proposed Alternative E*

The Agency-Proposed Alternative E in the Final EIS is more protective of some resources in the Planning Area than the current management Alternative A. It also includes additional air quality protections that are more robust than the Agency-Preferred Alternative D from the Draft EIS. For other resources (including water resources, soils and geology, fish and wildlife, land with wilderness characteristics, fluid leasable minerals, locatable minerals, and Areas of Critical Environmental Concern), Alternative E appears to include fewer protections than Alternative D.

Some of the changes between the Agency-Preferred Alternative D and Agency-Proposed Alternative E include:
- A reduction in the number of acres closed to fluid mineral leasing;
- An increase in the number of acres open to fluid/mineral leasing that have standard terms and conditions, along with a substantial decrease in acres with no surface occupancy (NSO) and timing limitations protections;
- Shorter setback distances from perennial and ephemeral streams and wetlands and increased reliance on controlled surface use (CSU) rather than NSO stipulations (e.g., for soils and geology, NSO-6/SSR-3 was replaced with CSU-8/SSR-7; for water resources, NSO-9/SSR-11 was replaced with CSU-10/SSR-10 and NSO-11/SSR-13 was replaced with CSU-12/SSR-13, etc.);
- The elimination of requirements to install central liquids gathering and production facilities to reduce the total number of air emission sources and to minimize truck traffic during fluid mineral development;
- A reduction in the number of acres closed to non-fluid mineral development, subject to right of way (ROW) avoidance, and surface-disturbing activities subject to site-specific relocation or timing limitations;
- 18,320 acres of lands managed to protect wilderness characteristics re-designated as lands managed to minimize impacts, while managing for other uses;
- The elimination of all 12 ecological emphasis areas encompassing 177,700 acres; and
- A reduction or elimination of several existing Areas of Critical Environmental Concern (ACEC).

In general, the Final EIS did not provide the rationale for why BLM believes these changes in stipulations and other management actions would meet BLM's desired resource conditions in the Planning Area. We recommend the ROD include support for the selected alternative's ability to sustain water and other resource conditions.

Table 2-5 (p. 2-26) seems to indicate that only Alternative D includes requirements to extend surface casing through the freshwater aquifer and freshwater mud for drilling the surface casing. Through an MOU with Colorado Oil and Gas Conservation Commission (COGCC; https://cogcc.state.co.us/documents/gov/federal/MOU-BLM.htm), BLM defers to COGCC rules and COGCC permits would be required. Although not explicit in the rules, COGCC requires freshwater mud for drilling the surface casing as part of applications for permit to drill (APD). In addition, COGCC requires surface casing through freshwater aquifers in all wells (pursuant to rule 317). We recommend

3

BLM_0166482

clarifying in the ROD that these requirements are in fact part of management actions common to all alternatives.

Based on our water resource experience, EPA provides recommended stipulations and setback distances to protect those resources. Consistent with our comments on Alternative D in the Draft EIS, we note that Alternative E also includes lease stipulations and setback distances from water resources, riparian areas, and wetlands that are less protective than EPA's recommendations. For example, based on our experience in spill response and remediation, EPA recommended a 500-foot NSO setback from wetland and riparian areas while Alternative E includes a 50-foot CSU setback from these and other types of water resources. BLM's response to our comment did not identify analysis to support that a 50-ft CSU will be protective of water resources. The response indicates appropriate protections will be determined at the site-specific planning level prior to project implementation. We recommend including protections at the RMP stage that will reliably avoid impacts from spills and sediment transport across the variety of topography and soil conditions that occur in the Planning Area, and then providing site-specific waivers to those setbacks where site-specific conditions warrant.

In our comment letter on the Draft EIS, we supported the Agency-Preferred Alternative D for several ACECs that protect riparian and wetland resources and aquatic species values. We recommended BLM consider broadening those protections by including additional or expanded ACECs identified under Alternative B to sustain the functions provided by these resources. We were unable to find a response to this comment in the Final EIS. Further, the Agency-Proposed Alternative E in the Final EIS reduces the size of or eliminates several ACECs that had been included in Alternative D; the total acreage of ACECs decreases from 51,320 acres under Alternative D to 30,190 acres under Alternative E. We recommend including a description in the ROD of why additional ACECs were not carried forward under the Agency-Proposed Alterative E.

*Adaptive Management*

The Final EIS states adaptive management will be used for managing air resources (p. 2-20), water resources (p. 2-25), fish and wildlife (p. 2-36), soils (p. 3-11), and grazing (p. 4-225). We note that only the air resources adaptive management plan in Appendix H specifies the adaptive management plan components that would be utilized for managing the resource.

Section 2.3.1 of the Final EIS states adaptive management will be guided by the US Department of the Interior Technical Guide (Williams et al. 2007). The technical guide states:

> "An EIS incorporating adaptive management, whether as a "stand-alone" alternative or part of another alternative, needs to clearly describe how the approach would be implemented. This not only includes what types of actions are proposed initially, but also the results that are expected from monitoring and assessment, and future actions that may be implemented based on those results. Decision makers and the public must be able to see how the adaptive management approach would be implemented, including potential future actions and anticipated impacts on the environment." (p. 40)

Our comment letter on the Draft EIS recommended including additional details on the adaptive management strategy. BLM's response to our comment indicates that adaptive management would be

BLM_0166483

further addressed in future site- or project-specific planning decisions. Because this RMP relies on adaptive management to ensure resource protections, we recommend the ROD include enough detail to understand which decisions are subject to adaptive management, what monitoring will be done to evaluate the effectiveness of those decisions in protecting resources, what the thresholds for adaptive action are, and what adaptive actions would be considered. We recognize that adaptive management plans will need to be site-specifically detailed as each project is planned. We therefore recommend the programmatic aspects of the adaptive management plans be described in the ROD for the RMP as was included for the air resource plan.

BLM_0166484

U.S. Department of the Interior
Bureau of Land Management

# News Release

Uncompahgre Field Office

FOR IMMEDIATE RELEASE: July 28, 2019

Contact: Jayson Barangan, BLM Colorado Lead Public Affairs Specialist, (303) 239-3681

## BLM releases Uncompahgre Field Office Resource Management Plan

*The proposed plan is expected to contribute $2.5 billion in total economic output to the region,
supporting up to 950 jobs over the next 20 years.*

**MONTROSE, Colo.** – Today, the Bureau of Land Management released its Proposed Resource Management Plan (RMP) and Final Environmental Impact Statement (EIS) for the Uncompahgre Field Office. The proposed plan is expected to contribute approximately $2.5 billion in total economic output to the region, supporting up to 950 jobs over the next 20 years.

"We listened and took the public's valuable input into account, which will help us move forward in a way that balances use, resources and conservation," **said Uncompahgre Field Manager Greg Larson**. "This plan will continue BLM's tradition of supporting the local economies while maintaining the quality of life and recreational opportunities we all enjoy."

The Proposed RMP updates and combines the 1985 San Juan/San Miguel RMP and the 1989 Uncompahgre Basin RMP, guiding public land use on approximately 675,800 acres of BLM-managed surface lands and 971,220 acres of federal mineral estate in southwest Colorado. The plan includes elements of alternatives analyzed in the Draft RMP/EIS.

The anticipated economic benefits to the region come from energy and mineral development, primarily in natural gas development, grazing, and recreational opportunities from mountain biking to hunting that have made the area one of Colorado's premier recreation destinations. Having a completed RMP allows future land use decisions to be more efficient and streamlined as industry, stakeholders, and recreational users continue to pursue opportunities on their public lands.

The Proposed RMP/Final EIS was published today in the *Federal Register.* The plan and its associated documents are available for review online at https://go.usa.gov/xnpgD.

-BLM-

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. Diverse activities authorized on these lands generated $96 billion in sales of goods and services throughout the American economy in fiscal year 2017. These activities supported more than 468,000 jobs.*

BLM_0166485

To:  Jamie Connell, BLM State Director
From:  Viva Kellogg
RE:  Protest FEIS and Proposed RMP for Uncompahgre Field Office
Date:  July 29, 2019

Dear Director Connell,

As a resident of the North Fork Valley who has previously submitted comments
on the Draft RMP (Reference Comment Submission #000560_KelloggV_20161016
Comment Submission #000559_KelloggV_20161030), I respectfully submit the
following protest.

My contact information is:
Viva Kellogg
218 Minnesota Ave.
Paonia, CO 81428
970-527-7559
viva8686@gmail.com

My protest addresses the following issues that I have raised in my previous
comments:
- Alternative E in its entirety
  - The " No Leasing" alternative is reasonable and must be
    considered
- Public Health & Safety
  - Impact of increased noise, larger waste volumes, and thousands of
    additional round trips of truck traffic per well
  - Spills which endanger ground, surface water, water wells and
    livestock
  - Risks of exposure to radioactive waste
  - Rural gas gathering lines which are exempt from federal pipeline
    safety regulations and the lack of pipeline safety inspections
  - Pipeline safety impacts on hikers, campers, hunters and anglers
  - Forest fire risks from pipeline explosions in a forested state with
    high fire risk
  - Heavy truck traffic on two lane roads and rural emergency
    response with a long drive to hospital/medical facilities
- Air Quality & Climate
  - Impact on greenhouse gas and climate change
  - Impact of new drilling technology with up to 333% increase in air
    pollutant emissions involving 12 more tons of VOCs and 1
    additional ton of HAPs per well
- Soils & Geology

Page **1** of **4**

BLM_0166486

- o Impacts of extreme weather, flooding, landslides and geological instability
- o Impact of drilling on earthquakes
- Water Resources
  - o Lack of regulation over the oil and gas industry which is exempt from critical sections of the Clean Water Act, the Safe Drinking Water Act, and other laws designed to protect our water resources
  - o Impact of permanent withdrawal of water from hydrologic cycle or insufficient water supplies necessary to support fracking and other drilling operations, particularly in a period of persistent drought
  - o Impact on water sources including hundreds of domestic wells and over 25 drinking water springs
- Socioeconomics and Environmental Justice
  - o Impacts to growing the local economy in the areas of ecotourism, recreational activities and the arts
  - o Impacts of oil and gas drilling to healthy food shed, clean water, clean air and public health
- Recreation
  - o Impact to Jumbo Mountain Special Recreation Management Area
- Wildlife
  - o Wildlife habitat fragmentation and loss

Those issues are addressed in the following sections of the RMP:

- Section 2.3 Alternatives Considered for Detailed Analysis
  Alternative E was improperly adopted and was not subject to public comments.
- Section 3.4.2 Public Health & Safety
  The Proposed RMP which opens 95% of the area to oil and gas drilling will negatively impact the public health and safety of every person living in or near the area, with major impacts to air & water quality, risk of oil and gas spills, increased noise levels, dangerous increases in truck traffic, risks of forest fires from pipeline explosions and other pipeline safety risks including the lack of pipeline safety inspections, and potential exposure to radioactive waste.
- Section 4.3.1 Air Quality & Climate
  The Proposed RMP will negatively impact air quality in this area and will exacerbate climate change.
- Section 4.3.2 Soils & Geology
  The Proposed RMP does not adequately address the risks of oil and gas activity in this area of steep slopes and unstable soil conditions, including the risks of flooding, mudslides and earthquakes.
- Section 4.3.3 Water Resources

Page **2** of **4**

BLM_0166487

The Proposed RMP does not provide adequate setbacks and other protections for the drinking water sources of this area.

- Section 4.3.5 Fish & Wildlife
  The Proposed RMP does not provide adequate protections to mitigate wildlife habitat fragmentation and loss.

- Section 4.4.4 Recreation
  The Proposed RMP, while creating the Jumbo Mountain Special Recreation Management Area, only provided one third of the requested area and leaves the entire area open to oil and gas development, thereby providing absolutely no protection for the SRMA from incompatible uses.

- Section 4.6.3 Socioeconomics and Environmental Justice
  The Proposed RMP gives no consideration to the pre-existing surrounding area's economy, especially the uniqueness of ranching, farming, organic food production, ecotourism and recreational activities.

I believe the BLM has erred in adopting the Proposed RMP for the following reasons:

- Alternative E was improperly adopted and was not subject to public comments. This alternative is more extreme than any previously alternative proposed for public comment. Adopting a wholly new alternative at this stage is unacceptable and a violation of the National Environmental Policy Act (NEPA). The public has not had a meaningful opportunity to comment on this proposal. The BLM cannot adopt an alternative that the public has not been able to provide comments on.

- The Proposed RMP drastically reduces the protective stipulations originally created in the community request for the highest levels of protections, including a No-Leasing Alternative.

- The Proposed RMP downplays the public health risks and ignores significant evidence we have provided that shows increased oil and gas development can have serious adverse impacts on public health.

- The Proposed RMP does not consider the potential for irreparable damage to clean air, abundant fresh water and food sheds, including Colorado's largest concentration of organic farms which supply food to the Western Slope and the Front Range.

- The Proposed RMP drastically decreases the stipulations in Alternative B1 and even the BLM's Preferred Alternative D that were designed to protect resources of value from oil and gas development. It increases lands available for oil and gas leasing with "standard stipulations" from 0% to 12%. It drastically decreases the amount of land with No Surface Occupancy (NSO) from 26% to 11% compared to Preferred Alternative D.

BLM_0166488

- The Proposed RMP reduces setbacks from water supplies, waterways, areas with highly erodible and saline soils. The RMP allows oil and gas surface use on lands with steep slopes greater than 40 percent.
- The Proposed RMP eliminates Ecological Emphasis Areas entirely, reduces Areas of Critical Environment Concern, and significantly weakens the proposed protections for the Jumbo Mountain Special Recreation Management Area, and does not include any "No Surface Occupancy" stipulations in that area, effectively opening Jumbo Mountain SRMA to oil and gas development.
- The Proposed RMP opened more of the federal mineral estate to oil and gas development without giving adequate consideration to the impact this will have on infrastructure maintained by the State and other local governments.
- The Proposed RMP weakens CSU stipulations and reduces Timing Limitations near critical wildlife habitat.
- The Proposed RMP anticipates over 1,000 new hydraulically fractured wells in the UFO, but does not address the Programmatic Biological Opinion from the US Fish and Wildlife Service that caps surface water withdrawals on the North Fork of the Gunnison River at approximately 600 acre-feet per year for energy development purposes. Current oil and gas development in this area is already pushing that threshold. The BLM has failed to acknowledge that there is simply not enough water in the North Fork to sustain the level of oil and gas development anticipated in the Proposed RMP.

I respectfully protest the Proposed RMP and the sections I have outlined above. Without considering the No Leasing Alternative or considering how the North Fork Alternative Plan (B1) could be integrated into the final proposed alternative, the BLM fails in its duty to consider the full range of reasonable management possibilities. Alternative E does not support the BLM's Mission "to sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations".

Sincerely,

Viva Kellogg     Date: 7/29/19

Viva Kellogg

BLM_0166489

## Angie Adams

| | |
|---|---|
| **From:** | Loscalzo, Matthew <mloscalzo@blm.gov> |
| **Sent:** | Thursday, August 1, 2019 5:13 PM |
| **To:** | ufo- ar |
| **Subject:** | Fwd: [EXTERNAL] Revised paragraph regarding Lower Dolores River Segment |
| **Attachments:** | Findings of Fact  Conclusions of Law Judgment and Decree of the Water Court - Corrected to Attach Exhibits.pdf |

Correspondence with CO DNR.

---------- Forwarded message ---------
From: **Bassi - DNR, Linda** <linda.bassi@state.co.us>
Date: Tue, May 29, 2018 at 3:16 PM
Subject: [EXTERNAL] Revised paragraph regarding Lower Dolores River Segment
To: <glarson@blm.gov>, <mloscalzo@blm.gov>, Roy Smith <r20smith@blm.gov>
Cc: Carlee Brown - DNR <carlee.brown@state.co.us>

Hi - thanks for the conversation today. As we discussed, below is a revised paragraph addressing the Lower Dolores River Segment (Item # 6 in comment and response document):

Based upon the Colorado Division 4 Water Court's entry of a decree in Case No. 15CW3111 for an instream flow water right on the Dolores River from its confluence with the San Miguel River down to a point just above its confluence with West Creek at the flow rates and timing confirmed in that decree, and provided that the instream flow right is vigorously enforced by the CWCB, the BLM does not believe it would be necessary to quantify, assert, or adjudicate a federal reserved water right if this segment is ultimately designated into the National Wild and Scenic Rivers system.

ORIGINAL VERSION:
If the Colorado water court system decrees an ISF water right for the lower Dolores River in the locations, flow rates, and timing appropriated by the CWCB at its March 2014 Board meeting, and if the instream flow right is vigorously enforced by the CWCB, the BLM does not believe it would be necessary to quantify, assert, or adjudicate a federal reserved water right if this segment is ultimately designated into the National Wild and Scenic Rivers system.

The decree is attached for your information.

**Linda J. Bassi**
**Chief, Stream and Lake Protection Section**
COLORADO
Colorado Water
Conservation Board
Department of Natural Resources
O 303-866-3441 x3204| F 303-866-4474
1313 Sherman St., Rm. 721, Denver, CO 80203
linda.bassi@state.co.us | http://cwcb.state.co.us

BLM_0166490

--
Matt Loscalzo
Planning & Environmental Coordinator
Uncompahgre Field Office
Bureau of Land Management
Office: 970-240-5305
mloscalzo@blm.gov

BLM_0166491

| | |
|---|---|
| **DISTRICT COURT, WATER DIVISION 4**<br>Montrose County Justice Center<br>1200 N. Grand Ave., Bin A<br>Montrose, CO 81401 | DATE FILED: April 10, 2018<br>CASE NUMBER: 2015CW3111 |
| **CONCERNING THE APPLICATION FOR WATER RIGHTS OF:**<br><br>**COLORADO WATER CONSERVATION BOARD, IN DOLORES RIVER, A NATURAL STREAM,**<br><br>**IN THE LOWER DOLORES WATERSHED,**<br><br>**IN MESA AND MONTROSE COUNTIES, COLORADO.** | ▲ **COURT USE ONLY** ▲<br><br>Case No.: 2015CW3111<br><br>Div. 4 |
| **FINDINGS OF FACT, CONCLUSIONS OF LAW, JUDGMENT, AND DECREE OF THE WATER COURT** | |

THIS MATTER comes before the Water Judge by Application of the Colorado Water Conservation Board ("CWCB") for a water right to preserve the natural environment to a reasonable degree. The Application was filed on December 30, 2015.

The Water Judge, having made such investigations as are necessary to determine whether or not the statements in the Application are true, having consulted with the Division Engineer for Water Division 4, having reviewed the administrative record filed on November 16, 2017, and being fully advised in the premises, does hereby make the following Findings of Fact, Conclusions of Law, and Judgment and Decree in this matter:

### FINDINGS OF FACT

1.  <u>The name and address of Applicant</u>:

    Colorado Water Conservation Board
    1313 Sherman Street, Suite 718
    Denver, CO 80203
    (303) 866-3441

BLM_0166492

2.   <u>Notice and Jurisdiction</u>:  All notices of this matter required by law have been fulfilled and the Court has jurisdiction over the Application and all parties affected thereby, whether or not they have chosen to appear.

3.   <u>Statements of Opposition</u>: Statements of opposition were filed by Southwestern Water Conservation District, Dolores Water Conservancy District, Colorado River Water Conservation District, San Juan Citizens Alliance, Western Resource Advocates and Conservation Colorado Education Fund in this matter. The Court approved a stipulation between the CWCB and Dolores Water Conservancy District on May 11, 2017.  The time for filing additional Statements of Opposition has expired.

4.   <u>Summary of Consultation</u>: The Division Engineer filed a Summary of Consultation pursuant to section 37-92-302(4) C.R.S. (2017), dated March 7, 2016. No response was required to the Summary of Consultation.  The Court has given the Summary due consideration.

5.   <u>Name of Water Right</u>:  Dolores River Instream Flow Water Right.

6.   <u>Legal Description</u>:  The Dolores River Instream Flow Water Right is located in the natural stream channel of the Dolores River from the confluence with the San Miguel River to a private road bridge, a distance of approximately 33.15 miles. This segment of the Dolores River can be located on the Gateway, Juanita Arch, Red Canyon and Roc Creek U.S.G.S. quadrangles. A map of the Dolores River Instream Flow Water Right reach is attached as **Exhibit 1**.

   A. <u>Upstream Terminus</u>: Confluence with San Miguel River:

      1. UTM: Northing: 4254788.25 Easting: 167728.07 (NAD 1983 Zone 13 North)

      2. Lat/Long: latitude 38° 22' 46.6"N and longitude 108° 48' 12.89"W

   B. <u>Downstream Terminus</u>: Private Road Bridge:

      1. UTM: Northing: 4287421.12 Easting: 154980.05 (NAD 1983 Zone 13 North)

      2. Lat/Long: latitude 38° 40' 5.44"N and longitude 108° 57' 55.03"W

Findings of Fact, Conclusions of Law, Ruling,
Judgment and Decree of the Water Court
Case No. 2015CW3111
Page 2 of 7

BLM_0166493

C.   The Universal Transverse Mercator (UTM) and geographical descriptions (e.g., confluences) of the upstream and downstream termini will be used as the legal description for the decree in this matter. The Lat/Long coordinates are provided as cross-reference locations only. The UTM and Lat/Long locations for the upstream and downstream termini were derived from CWCB GIS using the National Hydrography Dataset (NHD).

7.   <u>Source</u>:  Dolores River.

8.   A.   <u>Date of initiation of appropriation</u>:  January 28, 2014.

B.   How appropriation was initiated:  Appropriation and beneficial use occurred on January 28, 2014, by the action of the CWCB pursuant to sections 37-92-102(3) and (4) and 37-92-103(3), (4) and (10).. On September 15, 2015, the CWCB confirmed the appropriation and made the findings required in section 37-92- 102(3)(c).

C.   <u>Date applied to beneficial use</u>:  January 28, 2014.

9.   <u>Amount of water claimed</u>:  Instream flow of 900 cfs (4/15-6/14), 400 cfs (6/15-7/15), 200 cfs (7/16-8/14), 100 cfs (8/15-3/15), and 200 cfs (3/16-4/14), absolute.

10.   <u>Use of the Water</u>:  Instream flow uses to preserve the natural environment to a reasonable degree.

11.   The following terms and conditions were developed between Applicant, CWCB, and John S. Hendricks with Western Sky Investments, LLC (collectively, "Western Sky") through the CWCB's administrative process to resolve issues with the CWCB's instream flow appropriation. The intent of CWCB and Western Sky is to include these terms and conditions in the final water court decree in this case. Pursuant to section 37-92-102(3)(b), the CWCB acknowledges and agrees that the instream flow water right decreed herein on the Dolores River is subject to the following water uses existing at the time the CWCB made its appropriation on January 28, 2014. A full summary of Western Sky's water rights is included on the attached **Exhibit 2**.

BLM_0166494

A.   CWCB acknowledges the pre-existing diversions (prior to January 1, 2002) and use of the following water rights at the existing diversion points for the Blue Creek Ditch, the Willow Ditch, and the West Ditch, subject to the limitations in the following table. All of the pre-existing use acknowledgments by CWCB described for the Blue Creek Ditch and the Blue Creek Ditch No. 2 are limited to irrigation of up to a total of 108 acres, and for the West Ditch and the Willow Ditch combined are limited to irrigation of up to a total of 66 acres.

B.   Based on historical diversion records, the pre-existing use acknowledgements by CWCB pursuant to section 37-92-102(3)(b), are limited to the following the maximum daily diversion rates (cfs) and monthly volumetric diversion limits in acre-feet (AF) at each structure:

| Diversion Structure | Maximum Diversion Rate (cfs) | Volumetric Limit (AF) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | March | April | May | June | July | Aug. | Sept. | Oct. |
| *Blue Ck Ditch | 4.68 | 94 | 138 | 250 | 176 | 159 | 129 | 110 | 56 |
| West Ditch | 5.62 | 35 | 100 | 181 | 134 | 98 | 85 | 72 | 80 |
| Willow Ditch | 4.00 | 24 | 128 | 224 | 115 | 94 | 95 | 80 | 39 |

* Both the Blue Creek Ditch and the Blue Creek Ditch #2 water rights divert from the Blue Creek Ditch diversion structure.

C.   The subordination of the Dolores River instream flow water right to the Western Sky's points of diversion and uses described above pursuant to section 37-92-102(3)(b) will not interfere with the administration of the Western Sky water rights in priority as against other water rights, and will not result in general subordination of the CWCB's Dolores River instream flow water right to any other junior water rights. While the CWCB's Dolores River instream flow water right decreed herein is subject to Western Sky's diversions and uses described above under section 37-92-102(3)(b), the water rights approved in this decree will be administered subject to the prior appropriation system in relation to all other water rights.

D.   Applicant recognizes that: (1) the water rights and appropriative rights of exchange decreed in Case No. 10CW207 are senior to the Dolores

Findings of Fact, Conclusions of Law, Ruling,
Judgment and Decree of the Water Court
Case No. 2015CW3111
Page 4 of 7

BLM_0166495

ISF and protected under section 37-92-102(3)(b); and (2) that, pursuant to paragraph 35 of the decree in Case No. 10CW207, Western Sky is not obligated to maintain the continuation or replacement of historical return flows to the Dolores River after cessation of irrigation under the water rights identified therein, including the Castro Pumping Plant and the Red Cross Ditch. Subsection (2) of the provision applies solely to the changed water rights confirmed by said decree and not to any future water changes of those water rights.

E. Applicant recognizes that Western Sky owns water rights originating in Utah, Rights Nos. 05-179 and 05-289, "Utah Water Rights." These water rights do not provide a legal source of water for the Dolores River ISF, and the CWCB has no right to continuation of existing irrigation practices or return flows accruing as a result of diversions pursuant to the Utah Water Rights.

12. Applicant recognizes and is bound by the terms of the Stipulation between the Dolores Water Conservancy District and the Colorado Water Conservation Board Staff, fully executed on August 31, 2015, as a part of the CWCB's administrative process to resolve issues with the CWCB's instream flow appropriation (In the Matter of the CWCB Staff's Recommendation for an Instream Flow Appropriation on the Dolores River, Water Division 4), the terms and conditions of which were approved by the CWCB. Provision C of the August 31, 2015 stipulation is included in the stipulation between the CWCB and DWCD in this Case No. 15CW3111, as required by the terms of the August 31, 2015 stipulation. A copy of the August 31, 2015 stipulation is attached as **Exhibit 3**.

## CONCLUSIONS OF LAW

13. <u>Incorporation</u>: The foregoing Findings of Fact are incorporated herein to the extent they constitute conclusions of law.

14. <u>Notice and Jurisdiction</u>: The Water Court for Water Division 4 has jurisdiction over the subject matter of these proceedings and over all persons, owners of property and water rights that may be affected hereby, whether or no they have chosen to appear. The Application in this matter and the resume publication of the Application placed such persons on notice of the relief requested by the Application and granted by this Decree. §§ 37-92-203 and 302.

Findings of Fact, Conclusions of Law, Ruling,
Judgment and Decree of the Water Court
Case No. 2015CW3111
Page 5 of 7

BLM_0166496

15. <u>Legal Requirements</u>:  The CWCB has fulfilled all legal requirements for a decree for water rights, including sections 37-9-302, 304 and 305.

16. <u>Burden of Proof</u>:  The CWCB has complied with all requirements and has met its burden of proof to adjudicate the water rights requested in the Application and is therefore entitled to a decree approving the requested water rights.

## JUDGMENT AND DECREE

17. The foregoing Findings of Fact and Conclusions of Law are hereby approved and incorporated as the Decree of the Court by this reference.

18. The Application is granted and a decree in the amount of 900 cfs (4/15-6/14), 400 cfs (6/15-7/15), 200 cfs (7/16-8/14), 100 cfs (8/15-3/15), and 200 cfs (3/16-4/14), absolute, is hereby entered to preserve the natural environment to a reasonable degree in the reach of the Dolores River between the upstream and downstream termini described in paragraph 6 above.  The appropriation date for this water right is January 28, 2014.

19. The priority herein confirmed was filed in the water court in the year of 2015 and shall be junior to all priorities filed in previous years.  As between all rights filed in the same calendar year, priorities shall be determined by the historical date of appropriation and shall not be affected by the date of entry of this decree.

20. The CWCB shall install and maintain such measuring devices and keep such records as the Division Engineer may require for administration of this right.

IT IS ACCORDINGLY ORDERED that this decree shall be filed with the water clerk subject to judicial review.

Findings of Fact, Conclusions of Law, Ruling,
Judgment and Decree of the Water Court
Case No. 2015CW3111
Page 6 of 7

BLM_0166497

IT IS FURTHER ORDERED that a copy of this Decree shall be filed with the Division Engineer for Water Division 4 and the State Engineer.

BY THE COURT:

DATED April 10, 2018

J. Steven Patrick, Water Judge
Water Division 4, State of Colorado

Findings of Fact, Conclusions of Law, Ruling,
Judgment and Decree of the Water Court
Case No. 2015CW3111
Page 7 of 7

BLM_0166498



Exhibit #1
Dolores River ISF

**EXHIBIT 1**

BLM_0166499

## Exhibit 2. CWCB Dolores River ISF Application.

## Western Sky Water Rights Under Section 37-92-102(3)(b), C.R.S.

| Name | Decree | Stream | Priority | Rate | Approp Date | Adjud Date | Decreed Uses | POD Current Location (UTM Zone 13, NAD83) | Uses at new POD[1] Under 102(3)(b) |
|------|--------|--------|----------|------|-------------|------------|--------------|-------------------------------------------|------------------------------------|
| Blue Ck Ditch #1 (aka Blue Ck Ditch) | CA1394 | Blue Ck | (#1 in decree); (#5 in SSR[2]) | 100 statute inches (2.6 cfs in SSR & affidavit[3]) | 1887 | 1903 | Irrigation Domestic | UTM X: 166570 UTM Y: 4272432 | Irrig during irrig season (March 13-Oct 26) |
| Blue Ck Ditch #2 | CA4952 | Blue Ck | 26; none | 0.21 cfs 0.42 cfs (as avail, 1 statutory in/ac) | 1896; NA | 1939; 1939 | Irrig of 8 ac; Irrig "flood water" (per SSR) | UTM X: 166570 UTM Y: 4272432 | Irrig during irrig season (March 13-Oct 26); Irrig (Flood right[4]) (Apr 15-June 3) |
| Blue Ck Ditch (un-decreed uses) | -na- | Blue ck | -na- | 1.45 cfs | -na- | -na- | -na- | UTM X: 166570 UTM Y: 4272432 | Irrig (Flood use[5]) (Apr 15-June 3) |
| West Ditch | CA4952 | Roc (Rock) Ck | 34; none | 1.17 cfs; 2.34 cfs (as avail, 1 statutory in/ac) | 1896; NA | 1939; 1939 | Irrig of 45 ac; Irrig "excess water (per SSR) | UTM X: 162309 UTM Y: 4262761 | Irrig during irrig season (March 21-Oct 31); Irrig (Flood right) (Apr 16-Sept 19) |
| West Ditch (un-decreed uses) | -na- | Blue ck | -na- | 1.45 cfs | -na- | -na- | -na- | UTM X: 162309 UTM Y: 4262761 | Irrig (Flood use) (May 23-June 12) |
| Willow Ditch | CA3262 | Roc (Rock) Ck | (#2; #3 in decree); (#7; #8 in SSR) | 1.04 cfs; 0.52 cfs | 1888; 1899 | 1926 | Irrig of land under the 2562 ft long ditch | UTM X: 161785 UTM Y: 4262132 | Irrig during irrig season (March 20 -Oct 17) |
| Willow Ditch (un-decreed uses) | -na- | Blue ck | -na- | 2.44 cfs | -na- | -na- | -na- | UTM X: 161785 UTM Y: 4262132 | Irrig (Flood use)(Apr15-Aug 22) |

---

[1] "POD" refers to Point of Diversion
[2] "SSR" refers to the Structure Summary Report
[3] "Affidavit by Western Sky's water engineer, Peter R. Foster, P.E., of Wright Water Engineers, Inc. dated December 21, 2015
[4] "Flood right" refers to an decreed early season water right (generally April-May or June)
[5] "Flood use" refers to an un-decreed practice of using water to irrigate in the early season (generally April-May or June)

**EXHIBIT 2**

BLM_0166500

BEFORE THE COLORADO WATER CONSERVATION BOARD
STATE OF COLORADO

DATE FILED: April 9, 2018 10:39 AM

**STIPULATION BETWEEN THE COLORADO WATER CONSERVATION BOARD STAFF AND THE DOLORES WATER CONSERVANCY DISTRICT**

IN THE MATTER OF THE CWCB STAFF'S RECOMMENDATION FOR AN INSTREAM FLOW APPROPRIATION ON THE DOLORES RIVER, WATER DIVISION 4

The Dolores Water Conservancy District ("District") and the Colorado Water Conservation Board Staff ("CWCB staff"), by and through their respective counsel, hereby stipulate and agree as follows:

A. In January 2014, the Colorado Water Conservation Board ("CWCB" or "Board") declared its intent to appropriate an instream flow ("ISF") water right on the Dolores River from the confluence with the San Miguel River to the confluence with West Creek ("Dolores River ISF"). Because a Notice to Contest was filed by the deadline of March 31, 2015, the Board will hold a hearing on the Dolores River ISF in September 2015 pursuant to Rule 5j(1) of the Rules Concerning the Colorado Instream Flow and Natural Lake Level Program ("ISF Rules").

B. The District filed a Notice of Party Status in the Dolores River ISF proceeding on April 28, 2015 and a Prehearing Statement on June 29, 2015. The District and CWCB staff have negotiated terms and conditions to be included in a stipulation in the CWCB's water court application for the Dolores River ISF. On July 16, 2015, the Board approved the terms and conditions for inclusion in a stipulation in its water court application for the Dolores River ISF.

C. In the water court case adjudicating the Dolores River ISF, the District and the CWCB staff shall enter into and file with the court a stipulation that includes the following terms and conditions:

1.      The CWCB shall not file Statements of Opposition based upon this ISF water right in applications for water rights above McPhee Dam that would add augmented structures to DWCD's augmentation and/or exchange plans in Case Nos. 95CW104, 96CW49, and 05CW44.

2.      This ISF, if decreed, will be junior to all existing senior decrees on the Dolores and San Miguel Rivers and will be administered within the priority system. Therefore, a call by the CWCB for this junior right will not adversely affect the operation of the existing senior augmentation plans as outlined in Case Nos. 95CW104, 96CW49, and 05CW44.

3.      The ISF water right decreed herein is not intended to deprive the people of the State of Colorado of the beneficial use of those waters available pursuant to interstate compact. The CWCB agrees that this ISF water right will be administered by the State Engineer in accordance with rules duly promulgated by the State Engineer in accordance with applicable law related to the curtailment of Colorado River

basin water uses within Colorado in order to comply with the Colorado River Compact of 1922 and the Upper Colorado River Basin Compact of 1948, including any such rules intended to avoid, delay, or limit the severity of such a compact curtailment.

4.      As required by Colorado law, the CWCB staff will conduct reasonable reviews of water court applications made after the date of this ISF that may impact this ISF water right.

5.      It is the Board's intent that this ISF water right is adequate to meet all requirements as a stream flow standard or guideline in federal administrative or regulatory permitting contexts.

6.      In accordance with Rules 8e and 8f of the Rules Concerning the Instream Flow and Natural Lake Level Program (2009), for applications seeking new water rights, diligence for conditional water rights, or changes of water rights on the Dolores River, the CWCB will not file any Statements of Opposition to applications that will result in depletions that do not exceed a total of one percent (1%) depletive effect on the Dolores River ISF. This term and condition does not preclude the CWCB from enforcing this ISF appropriation in accordance with the priority system.

7.      Pursuant to CRS 37-92-102(3)(b), this ISF is subject to present uses or exchanges in existence on the date of the ISF appropriation, whether or not confirmed by court order at the time of the court filing.

8.      The CWCB shall not unreasonably deny injury with mitigation proposals for this ISF under Injury Accepted with Mitigation Rule 8i(3) of the Rules Concerning the Instream Flow and Natural Lake Level Program (2009).

9.      This Stipulation is entered into by way of compromise and settlement of this litigation. Any agreements or terms and conditions herein are due solely to the unique circumstances of this case. This Stipulation shall not establish any precedent and shall not be construed as a commitment to include any specific Findings of Fact, Conclusions of Law, or specific engineering methodologies or administrative practices in future stipulations or decrees.

D. Upon execution by both parties of this Stipulation, any and all of the District's objections to the Dolores ISF shall be settled and the District shall not participate in the hearing on the Dolores River ISF.

E. The District may file a Statement of Opposition to the Board's water court application for the Dolores River ISF for the sole purpose of entering into the above-described stipulation with the CWCB.

SIGNATURES ON NEXT PAGE

Stipulated and agreed to this _____ day of August, 2015.

DOLORES WATER CONSERVANCY DISTRICT

By _____     8/13/15
        Michael Preston, General Manager          Date

COLORADO WATER CONSERVATION BOARD

By _____     8.31.2015
        James Eklund, Director                    Date

BLM_0166503

| | |
|---|---|
| **From:** | Lauren Hibbard |
| **To:** | UFO_RMP, BLM_CO |
| **Subject:** | [EXTERNAL] BLM Protests |
| **Date:** | Thursday, August 1, 2019 9:16:27 AM |
| **Importance:** | High |

Good Morning,

I am looking for a way to view the Protests that have been submitted to the BLM regarding RMP/EIS. I called the Field Office directly but have not been able to determine an answer as of yet.

Your assistance is greatly appreciated,

*Lauren Hibbard*

Administrative Assistant III

Gunnison County Attorney's Office

200 E Virginia Ave

Gunnison, CO 81230

Direct Line 970-641-7615

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION CONFIDENTIALITY NOTICE

This electronic transmission may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify our office to arrange for return of the documents.

BLM_0166504

## Angie Adams

| | |
|---|---|
| **From:** | Loscalzo, Matthew <mloscalzo@blm.gov> |
| **Sent:** | Monday, September 9, 2019 9:22 AM |
| **To:** | ufo- ar |
| **Subject:** | Fwd: [EXTERNAL] Fw: BHA protest letter on the RMP for Uncompahgre Field Office |

For project record in the Protest section.

---------- Forwarded message ---------
From: **Larson, Gregory** <glarson@blm.gov>
Date: Fri, Sep 6, 2019 at 1:50 PM
Subject: Re: [EXTERNAL] Fw: BHA protest letter on the RMP for Uncompahgre Field Office
To: Craig Grother <craiggrother@yahoo.com>
Cc: Matt Loscalzo <matt.los888@gmail.com>

Craig,

BHA's protest was received and is being considered. Our protest review process is led by our Washington Office and is ongoing. Our Land Use Planning Handbook specifies that protesters will be notified with a letter about how their protests are resolved.

Unfortunately, I don't know exactly when it will be complete. I expect it will likely be at least the end of the month. Best,

Greg

On Fri, Sep 6, 2019 at 11:32 AM Craig Grother <craiggrother@yahoo.com> wrote:
> Would you please update me on the status of the protest we submitted on the Final EIS and Proposed RMP for the Uncompahgre Field office on July 27, 2019?  I had submitted the attached documents through the BLM ePlanning website.
>
> Thank You -

--
Greg Larson
Field Manager
Uncompahgre Field Office
Bureau of Land Management
DOI Upper Colorado River Region 7
970.240.5338
970.596.1515 (c)

--
Matt Loscalzo
Planning & Environmental Coordinator

BLM_0166505

Uncompahgre Field Office
Bureau of Land Management
Office: 970-240-5305
mloscalzo@blm.gov

BLM_0166506



# COLORADO
### Governor Jared Polis

September 9, 2019

Jamie E. Connell, Director
Colorado State Office
Bureau of Land Management
2850 Youngfield Street
Lakewood, CO 80125-7093

RE:   Governor's consistency review of the Proposed Uncompahgre Field Office Resource
      Management Plan and Final Environmental Impact Statement

Dear Ms. Connell:

Thank you for your continued cooperation and collaboration with the State of Colorado
(State or Colorado) on public lands management.

In accordance with regulations 43 C.F.R. § 1610.3-2, Colorado is submitting the
following comments and recommendations to correct inconsistencies between the Proposed
Uncompahgre Field Office (UFO) Resource Management Plan/Final Environmental Impact
Study (Collectively, PRMP/FEIS) and Colorado laws, plans, programs, and policies. The State
has concerns related to the planning process for the PRMP/FEIS revision.

Public lands contribute immensely to the quality of life and economy in Colorado. State
officials work closely with the Bureau of Land Management (BLM), and other federal land
management agencies, through the State's cooperating agency status to improve federal land
management in Colorado. While the current UFO Manager and District Manager have made
significant efforts to address Colorado's concerns with the 2016 Draft RMP and Draft
Environmental Impact Study (DRMP/DEIS), Colorado has ongoing concerns with the
PRMP/FEIS as discussed below.

The PRMP/FEIS provides an important framework for the future management direction
and use of BLM-administered lands in Montrose, Ouray, Gunnison, Delta, San Miguel, and
Mesa Counties in Colorado (Counties). The Counties represent a wide diversity of land uses,
environmental and wildlife resources, and associated economic drivers. The Counties within the
PRMP/FEIS planning area (Planning Area) depend on responsible stewardship of our public
lands to protect environmental resources, local economies, and the health of Colorado's
communities. As proposed, the PRMP/FEIS will impact the Counties' unique recreation
characteristics and economic interests.

Colorado has a diverse landscape and Coloradans across the State have diverse views on
how to best use our State's public lands. My administration highly values our consultations with
the Counties and localities within the Planning Area. Accordingly, there is varied feedback on
the PRMP/FEIS that the State has gathered in close consultation with local governments. The



BLM_0166507

Counties of Montrose, Delta, and Mesa support the PRMP/FEIS. On the other hand, Ouray, Gunnison, and San Miguel have substantive concerns with both the process and the substance of the PRMP/FEIS. My administration supports the position of all six Counties, and seeks to ensure that the items of Statewide concern, including State laws around air quality, State wildlife plans, big game migration corridors, and habitat protection, are addressed. It is important to note that the State laws, plans, programs, and policies described below account for and balance the perspectives of all Coloradans. We submit these comments to express the inconsistencies between the PRMP/FEIS and carefully vetted State laws, plans, programs, and policies that Coloradans have developed collaboratively.

Outdoor recreation is important to Coloradans. For example, over 80 percent of Coloradans participate in trail-related activities on a regular basis and 90 percent of Coloradans participate in outdoor recreation annually. Across the State, outdoor recreation provides $35 billion to Colorado's gross domestic product, which supports 511,000 jobs and contributes $9 billion in local, State, and federal tax revenues.[1]

Our State's public lands also support critical water resources. Our State is striving to meet water supply demands of our growing population while fostering a strong and resilient natural environment. To that end, engagement with our federal partners reflects a dual purpose of addressing Colorado's water-related needs while continuing to afford the appropriate environmental protections. Water resources are also critical to agriculture and the growing agritourism industry in the Planning Area.

Protecting our State's air quality and combating climate change depends on reducing emissions from the oil and gas sector Statewide. While local air quality monitoring data within the Planning Area indicate that ozone concentrations are below the federal 8-hour ozone standard, increased energy production in the Planning Area could increase ozone pollution from emissions of volatile organic compounds (VOCs) and nitrogen oxides (NOx). Oil and gas emissions in the UFO area contribute to ozone in the Four Corners region, which often approach National Ambient Air Quality Standards.

Exploration and production emissions from the oil and gas industry, and more broadly by emissions from the transport and use of those fuels, significantly contribute to regional haze. CDPHE is in the process of developing Colorado's Regional Haze State Implementation Plan (Regional Haze Rule) for the second 10-year implementation period. The Regional Haze Rule requires that Colorado submit a Long-Term Strategy (LTS) that addresses regional haze visibility impairment for Class I Areas in Colorado and outside the State. Designated Class I Areas in and near the Planning Area include Mesa Verde, Great Sand Dunes, and Black Canyon of the Gunnison National Parks, as well as Weminuche, West Elk, Maroon Bells-Snowmass, and La Garita Wilderness Areas. LTS planning requirements for the Regional Haze Rule will include emissions limitations and control measures for point and area source categories. Simply put, regional haze and visibility problems do not respect BLM field office, state, and tribal

---

[1]  Colorado's 2019 Statewide Comprehensive Outdoor Recreation Plan (SCORP), *available at* https://cpw.state.co.us/Documents/Trails/SCORP/Final-Plan/2019-SCORP-Report.pdf.

boundaries, and therefore increased emissions resulting from the PRMP/FEIS will affect haze in the Planning Area and regionally.

Methane emissions from the Planning Area also contribute considerably to State greenhouse gas inventories and the large elevated methane dome over the Four Corners. Methane is a potent greenhouse gas and its control is critical for achieving State, national, and global climate targets. The U.S. Geological Survey released its first inventory of greenhouse gas emissions from federal lands in 2018 that showed that Colorado already has disproportionate emissions from fossil fuel development on federal lands. The study showed that federal lands in Colorado emitted an estimated 13% of total U.S. methane emissions, even before the large increase in oil and gas development proposed in the PRMP/FEIS.[2]

In addition to expressing the above-mentioned considerations and concerns, I would like to bring the following inconsistencies to your attention:

**Inconsistency 1: Recently Enacted State Legislation**

In the PRMP/FEIS, BLM's preferred alternative (Alternative E) estimates a 27% increase in direct greenhouse gas (GHG) emissions over a ten-year planning period.[3] Out of all the alternatives considered by BLM, Alternative E resulted in the second highest increase in GHG emissions. Colorado's 2019 legislative session resulted in two successful legislative measures that could present inconsistencies with the PRMP/FEIS: (1) House Bill 19-1261 (HB19-1261); and (2) Senate Bill 19-181 (SB19-181).

HB19-1261 developed several GHG reduction targets compared to a 2005 baseline for the State: (1) 26% by 2025; (2) 50% by 2030; and (3) 90% by 2050. SB19-181 enacted a broad set of reforms to oil and gas development in the State. SB19-181 empowers locally impacted governments to participate in decision-making concerning oil and gas development within their jurisdictions. Additionally, SB19-181 includes direction to minimize emissions, including methane, hydrocarbons, VOCs, hazardous air pollutants (HAPs), and $NO_x$ emissions from oil and gas development. As we implement HB19-1261 and SB19-181, State agencies will also be closely engaging local governments across Colorado to analyze avenues to reduce emissions, and protect community health and environmental resources. This work extends to our public and federal lands, including the BLM-administered lands contemplated in this PRMP/FEIS. To mitigate potential inconsistency with the above-mentioned legislation and the PRMP/FEIS, I make the following recommendations:

- Ensure that any oil and gas activities occurring on federal lands in Colorado implement best management practices to the maximum extent practicable, including but not limited to:

[2] USGS, Federal Lands Greenhouse Gas Emissions and Sequestration in the United States: Estimates for 2005–14 (2018) at 9.
[3] PRMP/FEIS at 4-22 and 4-23.

BLM_0166509

○ Compliance with applicable State air quality, water quality, and waste management rules, regulations and permitting requirements;
○ Construction of adequate pipeline infrastructure for produced water, natural gas, crude oil, and condensate prior to commencement of commercial production;
○ Compliance with Colorado's 2014 methane rule and rules under SB19-181 to minimize methane emissions; and
○ Public participation, including public hearings, as required by the Federal Land Policy and Management Act, the National Environmental Policy Act, SB19-181, and all relevant rules, regulations, and laws.

**Inconsistency 2: State Wildlife Plans**

The PRMP/FEIS is inconsistent with several of Colorado's species management plans and agreements. In its 2016 comments regarding the DRMP/DEIS, Colorado Parks and Wildlife (CPW) noted that the draft failed to incorporate the objectives and commitments of the following State plans and agreements, some of which BLM is a party to:

- Gunnison Sage-grouse Rangewide Conservation Plan (2006);
- Rangewide Conservation Agreement and Strategy for Roundtail Chub, Bluehead Sucker and Flannelmouth Sucker (2006);
- Conservation Agreement for Colorado River Cutthroat Trout in the States of Colorado, Utah and Wyoming (2006);
- Gunnison and White-tailed Prairie Dog Conservation Strategy (2010);
- Colorado Bighorn Sheep Management Plan (2009-2019);
- Colorado State Wildlife Action Plan (2015);
- Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors (2008);
- Uncompahgre Plateau Deer Management Plan;
- Uncompahgre Plateau Elk Management Plan; and
- RBS-21 West San Juan bighorn sheep DAU Plan.

Previously identified inconsistencies with the above-mentioned plans, policies, and agreements were not rectified in the PRMP/FEIS. The PRMP/FEIS still lacks specific goals and objectives for resource conditions and desired conditions of wildlife populations and wildlife habitat across the Planning Area.

Since CPW filed comments in 2016, Colorado has adopted two relevant policies and plans regarding big game winter range and migration corridors: (1) Executive Order D-2019-011, Conserving Colorado's Gig Game Winter Range and Migration Corridors; and (2) Colorado's Action Plan for Implementing Secretarial Order 3362 (submitted to BLM September 6, 2019). *See* Attachments A and B. These two documents are consistent with comments on previous drafts of the PRMP/FEIS that urged BLM to adopt limits on development in big game winter range and migration corridors.

BLM_0166510

The PRMP/FEIS's failure to adopt commitments consistent with these State plans, policies, and agreements hinders Colorado's ability to meet its own goals and objectives for wildlife in the Planning Area. To remedy inconsistencies between the PRMP/FEIS and the plans and policies listed above, I recommend that the PRMP/FEIS be revised to incorporate explicitly the goals, objectives, and commitments in the above-mentioned State plans, policies, and agreements. In addition, the PRMP/FEIS should be revised to include the goals and actions discussed below to ensure consistency with Colorado's species-specific management plans, including (1) Big Game Habitat and Migration Corridors; and (2) Gunnison Sage-grouse Rangewide Conservation Plan.

1. *Big Game Habitat and Migration Corridors*

Big game migration corridors, severe winter range, winter concentration areas, production areas (calving or lambing areas), and desert bighorn sheep summer ranges are capable of supporting populations that meet State of Colorado population objectives. These areas provide sustainable forage and habitat in areas with acceptable levels of human disturbance that do not reduce habitat effectiveness.

To provide for healthy ungulate populations capable of meeting State population objectives, anthropomorphic activity and improvements across the Planning Area should be designed to maintain habitat components that support critical life functions. This includes providing connectivity to seasonal habitats (migration corridors), production areas (calving or lambing areas), critical winter range, severe winter range, and winter concentration areas, along with other habitat components necessary to support herd viability.

Projects or activities in important big game habitats should be designed and conducted in a manner that does not reduce habitat effectiveness. Habitat effectiveness is considered maintained when road and trail densities within CPW-mapped big game migration corridors, production areas (calving or lambing areas), elk and deer severe winter range, elk and deer winter concentration areas, and bighorn sheep summer concentration areas on UFO lands are less than or equal to one linear mile/square mile. If route densities exceed one linear mile/square mile within these CPW mapped areas on UFO lands, compensatory mitigation designed to maintain habitat effectiveness should be required.

The Uncompahgre mule deer and elk herds are a significant resource for the citizens of Colorado. On August 21, 2019, I signed Executive Order (EO) D-2019-011, Conserving Colorado's Big Game Winter Range and Migration Corridors. This EO recognizes the contribution that big game species make to the economy and quality of life for every Coloradan, and empowers CPW to identify important migration corridors and seasonal habitats for big game. Due to the local and Statewide significance of the Uncompahgre Plateau's big game population, and consistent with Executive Order D-2019-011, CPW has nominated the Plateau as a high priority landscape for the State of Colorado's Action Plan for implementing Department of Interior Secretarial Order 3362, Improving Habitat Quality in Western Big-Game Winter Range and Migration Corridors.

BLM_0166511

Incorporation of the ungulate goals, objectives, and actions outlined above is critical for meeting the herd population objectives outlined in CPW's Uncompahgre Plateau deer and elk Herd Management Plans. The current population objective for this deer herd (D-19) is 36,000-38,000 deer (CPW 2006). The graph (Figure 1) below shows the deer population decline since 1980; the current population is well below CPW's Herd Management Plan objective.



**Figure 1. Post-hunt population estimates of mule deer from 1980-2018 on the Uncompahgre Plateau (DAU D-19).**

Due to the population declines and low recruitment of juvenile deer into the population, the number of deer licenses has been significantly reduced over the years (limited to license draw only). The decline in mule deer population numbers is associated with the drought impacts, loss of habitat due to fragmentation (road/trail density) and development, predation, competition for quality forage, and increased density and intensity of recreation activities forcing animals to disperse into lower quality habitat and onto private lands.

The Uncompahgre elk herd (E-20) is comprised of Game Management Units (GMUs) 61 and 62. The current population objective for this elk herd is 8,500-9,500 (CPW 2006). Figure 2, below, shows the elk population's decline since 1980. More importantly, the graph also shows the negative trend and continued decline of calf/cow ratios indicating low recruitment of young into the elk population. This troubling trend signifies a stagnant or declining elk population.



**Figure 2. Post-hunt population estimates and observed calf:cow ratios from 1980-2018 on the Uncompahgre Plateau (DAU E-20).**

CPW manages portions of the Uncompahgre Herd (GMU 61) for a quality elk hunting experience with limited licenses only. Due to limited availability, hunters are waiting for up to 25 years to draw a GMU 61 elk license, and CPW continues to reduce the number of licenses available in both GMU 61 and 62 due to declining herd numbers. Similar to mule deer, the decline in the elk population is attributable to drought impacts (forage quality), loss of habitat to fragmentation (roads/trail density) and development, predation, competition for quality forage, and increased density and intensity of recreation activities forcing animals to lower quality habitat and onto private lands.

In order to maintain existing deer and elk populations on the Uncompahgre Plateau consistent with CPW's Herd Management Plans, proactive goals, objectives and actions need to be adopted by BLM in the PRMP/FEIS. There are few unfragmented, road/trail-free areas remaining on the Uncompahgre Plateau to provide security from disturbance for wildlife. Private lands on the south end and along the eastern and southeastern side of the Uncompahgre Plateau adjacent to BLM lands are being developed for agriculture, residences, and golf courses. This loss of habitat further increases the value of the remaining unfragmented public lands on the Plateau as a stronghold for wildlife.

CPW recommended the following in its protest of the DRMP/DEIS, and the State reiterates CPW's recommendation here as a way to address the inconsistency between the PRMP/FEIS and Colorado's ungulate plans:

BLM_0166513

---

**Controlled Surface Use (CSU)/Site-Specific Relocation (SSR) – Big Game Severe Winter Range, Winter Concentration Areas, Production Areas and Migration Corridors**

Surface occupancy or use is subject to the following special operating constraints: In order to provide for healthy ungulate populations capable of meeting State population objectives, anthropogenic activity and permanently constructed facilities shall be designed to maintain habitat function, permeability, and landscape connectivity between seasonal habitats. This includes limiting the density of permanently constructed facilities requiring daily access to one facility per square mile (640 acres) or less and limiting the density of open roads and trails designed for daily access to one linear mile per square mile (640 acres).

For the purposes of: Protecting and improving priority big game winter range and migratory habitats consistent with SO 3362, and in order to maintain reproductive success and recruitment necessary to sustain healthy big game populations capable of meeting State population objectives.

Rationale: There is an established body of evidence that timing limitation stipulations on oil and gas and other development activities are not adequate to maintain the functionality of big game habitats. Managing the concentration and intensity of development is necessary to maintain big game populations in areas subject to landscape-scale anthropogenic development. This may include requiring collocation of facilities to minimize traffic and road/trail densities.

---

2. *Gunnison Sage-grouse Rangewide Conservation Plan*

The PRMP/FEIS is inconsistent with the 2006 Gunnison sage-grouse rangewide conservation plan (State Sage-Grouse Plan), particularly Section V, Conservation Strategy. Parts of the Planning Area overlap with Gunnison sage-grouse habitat. To be consistent, the PRMP/FEIS should incorporate the conservation strategies cited in the State Sage-Grouse Plan in identified sage-grouse habitat. To remedy these inconsistencies, I recommend the following:

- Include the State Sage-Grouse Plan's strategies in mapped sage-grouse habitat in the PRMP/FEIS for the following uses:
  - Grazing (State Sage-Grouse Plan at 211-213), specifically incorporate the grazing management guidelines (State Sage-Grouse Plan at 212) that list practices that benefit Gunnison sage-grouse and their habitat and the specific habitat objectives (State Sage-Grouse Plan at Appendix H) into Land Health Assessments on BLM-administered lands;
  - Human infrastructure (State Sage-Grouse Plan at 225-228);
  - Oil and gas development and mining (State Sage-Grouse Plan at 233-238); and
  - Pesticides (State Sage-Grouse Plan at 239-240).

BLM_0166514

- Incorporate the structural habitat guidelines delineated in Appendix H of the State Sage-Grouse Plan for grazing, habitat restoration and improvement, and fuels and fire management plans into the PRMP/FEIS;
- To protect the Gunnison sage-grouse satellite populations in the Planning Area, prohibit any additional impacts to the species and its habitat pending completion of a final Gunnison sage-grouse Recovery Plan by the Fish and Wildlife Service;
- Replace the standard Exceptions, Modifications, and Waivers in NSO-31 with criteria similar to those cited by the U.S. Fish and Wildlife Service in its Biological Opinion on the PRMP/FEIS (mirroring the standards in the Northwest Colorado Greater Sage-grouse RMPA, as amended in 2019); and
- Work with CPW to establish and include clearly described and prioritized targets for Gunnison sage-grouse habitat restoration in the PRMP/FEIS.

I appreciate your willingness to acknowledge and incorporate Colorado's laws, plans, programs, and policies into the PRMP/FEIS. Pursuant to 43 C.F.R. § 1610.3-2(e), if any of the above recommendations were not considered during the public comment process for the PRMP/FEIS, please provide the public the opportunity to comment on them as you resolve the inconsistencies I have identified above.

Sincerely,

Jared Polis
Governor

CC:     Senator Michael Bennet
        Senator Cory Gardner
        Representative Diana DeGette
        Representative Joe Neguse
        Representative Scott Tipton
        Representative Ken Buck
        Representative Doug Lamborn
        Representative Jason Crow
        Representative Ed Perlmutter

# Label: "RMP/RMP Record 11.5.19/Priv. (deliberative)"

**Created by:glarson@blm.gov**

Total Messages in label:46 (10 conversations)

Created: 11-05-2019 at 15:58 PM

BLM_0166516

# Conversation Contents

**Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS**

**Attachments:**

/2. Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS/1.1 Governor Polis - Colorado's Consistency Review UFO PRMP_FEIS - 20190909.pdf
/2. Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS/1.2 Attachment A - Final Wildlife Corridors EO - D 2019 011 (1).pdf
/2. Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS/1.3 Attachment B - Colorado Action Plan.pdf
/2. Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS/2.1 Governor Polis - Colorado's Consistency Review UFO PRMP_FEIS - 20190909.pdf
/2. Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS/2.2 Attachment A - Final Wildlife Corridors EO - D 2019 011 (1).pdf
/2. Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS/2.3 Attachment B - Colorado Action Plan.pdf
/2. Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS/7.1 CPW_BLM_Nov 2016_UFO Draft RMP comments_110116.pdf
/2. Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS/7.2 CPW 2010 Statewide Stip Recommendations.pdf
/2. Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS/8.1 CPW_BLM_Nov 2016_UFO Draft RMP comments_110116.pdf
/2. Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS/8.2 CPW 2010 Statewide Stip Recommendations.pdf
/2. Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS/12.1 Proposed Big Game Route_Pad Density Stip_102119.docx
/2. Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS/14.1 Proposed Big Game Route_Pad Density Stip_102119.docx
/2. Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS/17.1 34-60-128.png

## Jamie Connell <jconnell@blm.gov>

| | |
|---|---|
| **From:** | Jamie Connell <jconnell@blm.gov> |
| **Sent:** | Tue Sep 10 2019 00:36:41 GMT-0600 (MDT) |
| **To:** | Gregory Shoop <gshoop@blm.gov>, Brian St George <bstgeorg@blm.gov>, Stephanie Connolly <sconnolly@blm.gov>, glarson@blm.gov, Jayson Barangan <jbaranga@blm.gov>, "cc: Richard Fields" <rafields@blm.gov> |
| **Subject:** | Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS |
| **Attachments:** | Governor Polis - Colorado's Consistency Review UFO PRMP_FEIS - 20190909.pdf Attachment A - Final Wildlife Corridors EO - D 2019 011 (1).pdf Attachment B - Colorado Action Plan.pdf |

FYI and (for some of us) follow-up action.

Jamie

Sent from my iPhone

Begin forwarded message:

> **From:** "Polis - GOVOffice, Governor" <governorpolis@state.co.us>
> **To:** <jconnell@blm.gov>
> **Cc:** Dan Gibbs - DNR <dan.gibbs@state.co.us>, Jill Hunsaker Ryan - CDPHE <jill.hunsakerryan@state.co.us>
> **Subject:** [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS
>
> Director Connell:
>
> In this email you will find a letter regarding Colorado's consistency review of the proposed Uncompahgre Field Office Resource Management Plan and Final Environmental Impact Statement, along with two attachments referenced within the letter.
>
> A hard copy of this letter will be sent via US Mail.
>
> Regards,
>
> Jared Polis
> Governor

## "Larson, Gregory" <glarson@blm.gov>

| | |
|---|---|
| **From:** | "Larson, Gregory" <glarson@blm.gov> |
| **Sent:** | Tue Sep 10 2019 10:53:43 GMT-0600 (MDT) |
| **To:** | "Loscalzo, Matthew" <mloscalzo@blm.gov>, "Jones, Gina" <gphillips@blm.gov>, "Deborah (Maggie) Magee" <dmagee@blm.gov>, "Stouffer, Megan" <magilbert@blm.gov> |
| **Subject:** | Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS |
| **Attachments:** | Governor Polis - Colorado's Consistency Review UFO PRMP_FEIS - 20190909.pdf Attachment A - Final Wildlife Corridors EO - D 2019 011 (1).pdf Attachment B - Colorado Action Plan.pdf |

---------- Forwarded message ---------
From: **Jamie Connell** <jconnell@blm.gov>
Date: Tue, Sep 10, 2019 at 12:36 AM
Subject: Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS
To: Gregory Shoop <gshoop@blm.gov>, Brian St George <bstgeorg@blm.gov>, Stephanie Connolly <sconnolly@blm.gov>, <glarson@blm.gov>, Jayson Barangan <jbaranga@blm.gov>,

cc: Richard Fields <rafields@blm.gov>

FYI and (for some of us) follow-up action.

Jamie

Sent from my iPhone

Begin forwarded message:

> **From:** "Polis - GOVOffice, Governor" <governorpolis@state.co.us>
> **To:** <jconnell@blm.gov>
> **Cc:** Dan Gibbs - DNR <dan.gibbs@state.co.us>, Jill Hunsaker Ryan - CDPHE <jill.hunsakerryan@state.co.us>
> **Subject: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS**
>
> Director Connell:
>
> In this email you will find a letter regarding Colorado's consistency review of the proposed Uncompahgre Field Office Resource Management Plan and Final Environmental Impact Statement, along with two attachments referenced within the letter.
>
> A hard copy of this letter will be sent via US Mail.
>
> Regards,
>
> Jared Polis
> Governor

--
Greg Larson
Field Manager
Uncompahgre Field Office
Bureau of Land Management
DOI Upper Colorado River Region 7
970.240.5338
970.596.1515 (c)

---

## "Gilbert, Megan" <magilbert@blm.gov>

| | |
|---|---|
| **From:** | "Gilbert, Megan" <magilbert@blm.gov> |
| **Sent:** | Thu Sep 19 2019 15:34:47 GMT-0600 (MDT) |
| **To:** | "St George, Brian" <bstgeorg@blm.gov> |
| **CC:** | "Vilsack - DNR, Douglas" <douglas.vilsack@state.co.us>, Tim Mauck - DNR <Tim.mauck@state.co.us>, Reid DeWalt - DNR <reid.dewalt@state.co.us>, Amy Laughlin - DNR <amy.moyer@state.co.us>, Gregory Larson <glarson@blm.gov> |
| **Subject:** | Re: [EXTERNAL] Re: Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS |

BLM_0166519

Hi Doug,

Thanks for getting back to us. I look forward to working with you on the UFO RMP follow-up. I spoke to our Field Manager Greg Larson and looks like we are both free Monday afternoon (9/23) between 1 and 4 if there is a time that works for you. If that doesn't work, let me know and I can try to work something out for Tuesday. We can set up a conference line.

Best,
Megan

**Megan Gilbert**
*Branch Chief for Planning and Assessment*
*BLM Colorado State Office*
*(303) 239-3936 (desk)*

On Thu, Sep 19, 2019 at 12:17 PM St George, Brian <bstgeorg@blm.gov> wrote:
Hi Doug. Gentle reminder to work on scheduling for this follow-up discussion.

I'm officially transitioning out today and Megan Gilbert is stepping in as acting Deputy State Director. She will work on any additional coordination, scheduling and negotiation.

I can imagine and appreciate how busy y'all are. We are schedule conscious here given our Departmental expectations and pressure to keep NEPA documents moving through a tight timeframe. We hope sincerely to resolve as many issues as possible informally, and avoid surprises in the Record of Decisions.
~ bsg

Brian St George
Deputy State Director, Resources and Fire
Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768

On Mon, Sep 16, 2019 at 8:50 PM Brian St George <bstgeorg@blm.gov> wrote:
Sure thing Doug. We can find some time next week as your schedules allow.

Unfortunately, I'm going on a temporary assignment to DC for a couple months - starting on the 23rd. However, I have a very capable team behind me stepping up to fill in. And Director Connell has impressed on me that she wants our work to continue.

~ bsg

Sent from my iPad so please excuse the typos!

On Sep 16, 2019, at 6:18 PM, Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Brian,

   Thanks for reaching back out.  We'll compare our schedules tomorrow, but for the sake of moving things along, do you have any open times on the 23rd or

BLM_0166520

24th?  It seems like there is a little daylight on our calendars on those days.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Fri, Sep 13, 2019 at 9:50 AM St George, Brian <bstgeorg@blm.gov> wrote:
Gentlemen,

On behalf of Jamie, I'd like to offer a follow-up discussion about the
Governors letter and where we might work toward greater consistency
between the UFO RMP and State law, policy and plans.

Do you have opportunity next week? And would you share the request with
our colleagues at CDPHE if appropriate? I don't have a contact person there.

Cheers
~ bsg

Brian St George
Deputy State Director, Resources and Fire
Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768

---------- Forwarded message ---------
From: **Jamie Connell** <jconnell@blm.gov>
Date: Tue, Sep 10, 2019 at 12:36 AM
Subject: Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's
Consistency Review UFO PRMP/FEIS
To: Gregory Shoop <gshoop@blm.gov>, Brian St George
<bstgeorg@blm.gov>, Stephanie Connolly <sconnolly@blm.gov>,
<glarson@blm.gov>, Jayson Barangan <jbaranga@blm.gov>, cc: Richard
Fields <rafields@blm.gov>

FYI and (for some of us) follow-up action.

Jamie

Sent from my iPhone

Begin forwarded message:

> **From:** "Polis - GOVOffice, Governor"

<governorpolis@state.co.us>
**To:** <jconnell@blm.gov>
**Cc:** Dan Gibbs - DNR <dan.gibbs@state.co.us>, Jill Hunsaker
Ryan - CDPHE <jill.hunsakerryan@state.co.us>
**Subject: [EXTERNAL] Letter from Governor Polis - Colorado's
Consistency Review UFO PRMP/FEIS**


Director Connell:

In this email you will find a letter regarding Colorado's consistency
review of the proposed Uncompahgre Field Office Resource
Management Plan and Final Environmental Impact Statement,
along with two attachments referenced within the letter.

A hard copy of this letter will be sent via US Mail.

Regards,

Jared Polis
Governor


# "Larson, Gregory" <glarson@blm.gov>

| | |
|---|---|
| **From:** | "Larson, Gregory" <glarson@blm.gov> |
| **Sent:** | Thu Sep 19 2019 15:43:04 GMT-0600 (MDT) |
| **To:** | Stephanie Connolly <sconnolly@blm.gov>, Elizabeth Dawson <edawson@blm.gov>, "Loscalzo, Matthew" <mloscalzo@blm.gov>, "Jones, Gina" <gphillips@blm.gov> |
| **Subject:** | Fwd: [EXTERNAL] Re: Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS |

FYI.

---------- Forwarded message ---------
From: **Gilbert, Megan** <magilbert@blm.gov>
Date: Thu, Sep 19, 2019 at 3:35 PM
Subject: Re: [EXTERNAL] Re: Letter from Governor Polis - Colorado's Consistency Review
UFO PRMP/FEIS
To: St George, Brian <bstgeorg@blm.gov>
Cc: Vilsack - DNR, Douglas <douglas.vilsack@state.co.us>, Tim Mauck - DNR
<Tim.mauck@state.co.us>, Reid DeWalt - DNR <reid.dewalt@state.co.us>, Amy Laughlin -
DNR <amy.moyer@state.co.us>, Gregory Larson <glarson@blm.gov>


Hi Doug,

Thanks for getting back to us. I look forward to working with you on the UFO RMP follow-up. I
spoke to our Field Manager Greg Larson and looks like we are both free Monday afternoon
(9/23) between 1 and 4 if there is a time that works for you. If that doesn't work, let me know
and I can try to work something out for Tuesday. We can set up a conference line.

Best,

Megan

**Megan Gilbert**
*Branch Chief for Planning and Assessment*
*BLM Colorado State Office*
*(303) 239-3936 (desk)*

On Thu, Sep 19, 2019 at 12:17 PM St George, Brian <bstgeorg@blm.gov> wrote:
Hi Doug. Gentle reminder to work on scheduling for this follow-up discussion.

I'm officially transitioning out today and Megan Gilbert is stepping in as acting Deputy State Director. She will work on any additional coordination, scheduling and negotiation.

I can imagine and appreciate how busy y'all are. We are schedule conscious here given our Departmental expectations and pressure to keep NEPA documents moving through a tight timeframe. We hope sincerely to resolve as many issues as possible informally, and avoid surprises in the Record of Decisions.
~ bsg

Brian St George
Deputy State Director, Resources and Fire
Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768

On Mon, Sep 16, 2019 at 8:50 PM Brian St George <bstgeorg@blm.gov> wrote:
Sure thing Doug. We can find some time next week as your schedules allow.

Unfortunately, I'm going on a temporary assignment to DC for a couple months - starting on the 23rd. However, I have a very capable team behind me stepping up to fill in. And Director Connell has impressed on me that she wants our work to continue.

~ bsg

Sent from my iPad so please excuse the typos!

On Sep 16, 2019, at 6:18 PM, Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Brian,

Thanks for reaching back out.  We'll compare our schedules tomorrow, but for the sake of moving things along, do you have any open times on the 23rd or 24th?  It seems like there is a little daylight on our calendars on those days.

Best,
Doug

Doug Vilsack
Assistant Director - Parks, Wildlife and Lands



**COLORADO**
Department of
Natural Resources

P 303.866.3311 x8664 | C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us | www.colorado.gov/DNR

On Fri, Sep 13, 2019 at 9:50 AM St George, Brian <bstgeorg@blm.gov> wrote:
Gentlemen,

On behalf of Jamie, I'd like to offer a follow-up discussion about the
Governors letter and where we might work toward greater consistency
between the UFO RMP and State law, policy and plans.

Do you have opportunity next week? And would you share the request with
our colleagues at CDPHE if appropriate? I don't have a contact person there.

Cheers
~ bsg

Brian St George
Deputy State Director, Resources and Fire
Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768

---------- Forwarded message ---------
From: **Jamie Connell** <jconnell@blm.gov>
Date: Tue, Sep 10, 2019 at 12:36 AM
Subject: Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's
Consistency Review UFO PRMP/FEIS
To: Gregory Shoop <gshoop@blm.gov>, Brian St George
<bstgeorg@blm.gov>, Stephanie Connolly <sconnolly@blm.gov>,
<glarson@blm.gov>, Jayson Barangan <jbaranga@blm.gov>, cc: Richard
Fields <rafields@blm.gov>

FYI and (for some of us) follow-up action.

Jamie

Sent from my iPhone

Begin forwarded message:

> **From:** "Polis - GOVOffice, Governor"
> <governorpolis@state.co.us>
> **To:** <jconnell@blm.gov>
> **Cc:** Dan Gibbs - DNR <dan.gibbs@state.co.us>, Jill Hunsaker
> Ryan - CDPHE <jill.hunsakerryan@state.co.us>
> **Subject: [EXTERNAL] Letter from Governor Polis - Colorado's
> Consistency Review UFO PRMP/FEIS**

BLM_0166524

Director Connell:

In this email you will find a letter regarding Colorado's consistency review of the proposed Uncompahgre Field Office Resource Management Plan and Final Environmental Impact Statement, along with two attachments referenced within the letter.

A hard copy of this letter will be sent via US Mail.

Regards,

Jared Polis
Governor

--
Greg Larson
Field Manager
Uncompahgre Field Office
Bureau of Land Management
DOI Upper Colorado River Region 7
970.240.5338
970.596.1515 (e)

## "Vilsack - DNR, Douglas" <douglas.vilsack@state.co.us>

| | |
|---|---|
| **From:** | "Vilsack - DNR, Douglas" <douglas.vilsack@state.co.us> |
| **Sent:** | Fri Sep 20 2019 14:13:40 GMT-0600 (MDT) |
| **To:** | "Gilbert, Megan" <magilbert@blm.gov> |
| **CC:** | "St George, Brian" <bstgeorg@blm.gov>, Tim Mauck - DNR <Tim.mauck@state.co.us>, Reid DeWalt - DNR <reid.dewalt@state.co.us>, Amy Laughlin - DNR <amy.moyer@state.co.us>, Gregory Larson <glarson@blm.gov> |
| **Subject:** | Re: [EXTERNAL] Re: Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS |

Hi Megan,

   1pm on Monday works for Amy Moyer and me, so let's just plan on that.  Send over a conference number if that works for you.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

BLM_0166525

On Thu, Sep 19, 2019 at 3:35 PM Gilbert, Megan <magilbert@blm.gov> wrote:

Hi Doug,

Thanks for getting back to us. I look forward to working with you on the UFO RMP follow-up. I spoke to our Field Manager Greg Larson and looks like we are both free Monday afternoon (9/23) between 1 and 4 if there is a time that works for you. If that doesn't work, let me know and I can try to work something out for Tuesday. We can set up a conference line.

Best,
Megan

**Megan Gilbert**
*Branch Chief for Planning and Assessment*
*BLM Colorado State Office*
*(303) 239-3936 (desk)*

On Thu, Sep 19, 2019 at 12:17 PM St George, Brian <bstgeorg@blm.gov> wrote:

Hi Doug. Gentle reminder to work on scheduling for this follow-up discussion.

I'm officially transitioning out today and Megan Gilbert is stepping in as acting Deputy State Director. She will work on any additional coordination, scheduling and negotiation.

I can imagine and appreciate how busy y'all are. We are schedule conscious here given our Departmental expectations and pressure to keep NEPA documents moving through a tight timeframe. We hope sincerely to resolve as many issues as possible informally, and avoid surprises in the Record of Decisions.
~ bsg

Brian St George
Deputy State Director, Resources and Fire
Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768

On Mon, Sep 16, 2019 at 8:50 PM Brian St George <bstgeorg@blm.gov> wrote:

Sure thing Doug. We can find some time next week as your schedules allow.

Unfortunately, I'm going on a temporary assignment to DC for a couple months - starting on the 23rd. However, I have a very capable team behind me stepping up to fill in. And Director Connell has impressed on me that she wants our work to continue.

~ bsg

Sent from my iPad so please excuse the typos!

On Sep 16, 2019, at 6:18 PM, Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Brian,

Thanks for reaching back out.  We'll compare our schedules tomorrow, but

for the sake of moving things along, do you have any open times on the 23rd or 24th?  It seems like there is a little daylight on our calendars on those days.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR


On Fri, Sep 13, 2019 at 9:50 AM St George, Brian <bstgeorg@blm.gov> wrote:

> Gentlemen,
>
> On behalf of Jamie, I'd like to offer a follow-up discussion about the Governors letter and where we might work toward greater consistency between the UFO RMP and State law, policy and plans.
>
> Do you have opportunity next week? And would you share the request with our colleagues at CDPHE if appropriate? I don't have a contact person there.
>
> Cheers
> ~ bsg
>
> Brian St George
> Deputy State Director, Resources and Fire
> Colorado State Office
> Bureau of Land Management
> m (970) 275-2215
> o (303) 239-3768
>
>
> ---------- Forwarded message ---------
> From: **Jamie Connell** <jconnell@blm.gov>
> Date: Tue, Sep 10, 2019 at 12:36 AM
> Subject: Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS
> To: Gregory Shoop <gshoop@blm.gov>, Brian St George <bstgeorg@blm.gov>, Stephanie Connolly <sconnolly@blm.gov>, <glarson@blm.gov>, Jayson Barangan <jbaranga@blm.gov>, cc: Richard Fields <rafields@blm.gov>
>
>
> FYI and (for some of us) follow-up action.
>
> Jamie
>
> Sent from my iPhone
>
> Begin forwarded message:

**From:** "Polis - GOVOffice, Governor"
<governorpolis@state.co.us>
**To:** <jconnell@blm.gov>
**Cc:** Dan Gibbs - DNR <dan.gibbs@state.co.us>, Jill Hunsaker
Ryan - CDPHE <jill.hunsakerryan@state.co.us>
**Subject: [EXTERNAL] Letter from Governor Polis -
Colorado's Consistency Review UFO PRMP/FEIS**


Director Connell:

In this email you will find a letter regarding Colorado's
consistency review of the proposed Uncompahgre Field Office
Resource Management Plan and Final Environmental Impact
Statement, along with two attachments referenced within the
letter.

A hard copy of this letter will be sent via US Mail.

Regards,

Jared Polis
Governor


# "Gilbert, Megan" <magilbert@blm.gov>

| | |
|---|---|
| **From:** | "Gilbert, Megan" <magilbert@blm.gov> |
| **Sent:** | Thu Oct 03 2019 07:42:52 GMT-0600 (MDT) |
| **To:** | "Vilsack - DNR, Douglas" <douglas.vilsack@state.co.us> |
| **CC:** | "St George, Brian" <bstgeorg@blm.gov>, Tim Mauck - DNR <Tim.mauck@state.co.us>, Reid DeWalt - DNR <reid.dewalt@state.co.us>, Amy Laughlin - DNR <amy.moyer@state.co.us>, Gregory Larson <glarson@blm.gov>, Samuel Dearstyne <sdearsty@blm.gov> |
| **Subject:** | Re: [EXTERNAL] Re: Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS |

Hi Doug,

I wanted to follow up my voicemail on Monday with an email to check in with you and your team on the issues relating to the Governor's Consistency Review for Uncompahgre RMP. During our call you noted that you needed to check in with a few other teams on our recommendations and previous coordination. I was hoping you had made some progress on that front.

As you know, we have some pressing demands on schedule from the Department and, while we feel that our coordination is certainly a reason to delay the schedule, we do want to make  be able to report progress towards a resolution. If you think we should set up another group call we can do that or just feel free to give me a call with any updates.

Much appreciated,

Megan Gilbert
**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

On Fri, Sep 20, 2019 at 2:14 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:
Hi Megan,

1pm on Monday works for Amy Moyer and me, so let's just plan on that.  Send over a conference number if that works for you.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Thu, Sep 19, 2019 at 3:35 PM Gilbert, Megan <magilbert@blm.gov> wrote:
Hi Doug,

Thanks for getting back to us. I look forward to working with you on the UFO RMP follow-up. I spoke to our Field Manager Greg Larson and looks like we are both free Monday afternoon (9/23) between 1 and 4 if there is a time that works for you. If that doesn't work, let me know and I can try to work something out for Tuesday. We can set up a conference line.

Best,
Megan

**Megan Gilbert**
*Branch Chief for Planning and Assessment*
*BLM Colorado State Office*
*(303) 239-3936 (desk)*

On Thu, Sep 19, 2019 at 12:17 PM St George, Brian <bstgeorg@blm.gov> wrote:
Hi Doug. Gentle reminder to work on scheduling for this follow-up discussion.

I'm officially transitioning out today and Megan Gilbert is stepping in as acting Deputy State Director. She will work on any additional coordination, scheduling and negotiation.

I can imagine and appreciate how busy y'all are. We are schedule conscious here given our Departmental expectations and pressure to keep NEPA documents moving through a tight timeframe. We hope sincerely to resolve as many issues as possible informally, and avoid surprises in the Record of Decisions.
~ bsg

BLM_0166529

Brian St George
Deputy State Director, Resources and Fire
Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768

On Mon, Sep 16, 2019 at 8:50 PM Brian St George <bstgeorg@blm.gov> wrote:
Sure thing Doug. We can find some time next week as your schedules allow.

Unfortunately, I'm going on a temporary assignment to DC for a couple months - starting on the 23rd. However, I have a very capable team behind me stepping up to fill in. And Director Connell has impressed on me that she wants our work to continue.

~ bsg

Sent from my iPad so please excuse the typos!

On Sep 16, 2019, at 6:18 PM, Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Brian,

Thanks for reaching back out.  We'll compare our schedules tomorrow, but for the sake of moving things along, do you have any open times on the 23rd or 24th?  It seems like there is a little daylight on our calendars on those days.

Best,
Doug

Doug Vilsack
Assistant Director - Parks, Wildlife and Lands

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Fri, Sep 13, 2019 at 9:50 AM St George, Brian <bstgeorg@blm.gov> wrote:
Gentlemen,

On behalf of Jamie, I'd like to offer a follow-up discussion about the Governors letter and where we might work toward greater consistency between the UFO RMP and State law, policy and plans.

Do you have opportunity next week? And would you share the request with our colleagues at CDPHE if appropriate? I don't have a contact person there.

Cheers
~ bsg

Brian St George
Deputy State Director, Resources and Fire
Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768


---------- Forwarded message ---------
From: **Jamie Connell** <jconnell@blm.gov>
Date: Tue, Sep 10, 2019 at 12:36 AM
Subject: Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's
Consistency Review UFO PRMP/FEIS
To: Gregory Shoop <gshoop@blm.gov>, Brian St George
<bstgeorg@blm.gov>, Stephanie Connolly <sconnolly@blm.gov>,
<glarson@blm.gov>, Jayson Barangan <jbaranga@blm.gov>, cc:
Richard Fields <rafields@blm.gov>

FYI and (for some of us) follow-up action.

Jamie

Sent from my iPhone

Begin forwarded message:

> **From:** "Polis - GOVOffice, Governor"
> <governorpolis@state.co.us>
> **To:** <jconnell@blm.gov>
> **Cc:** Dan Gibbs - DNR <dan.gibbs@state.co.us>, Jill Hunsaker
> Ryan - CDPHE <jill.hunsakerryan@state.co.us>
> **Subject: [EXTERNAL] Letter from Governor Polis -
> Colorado's Consistency Review UFO PRMP/FEIS**
>
> Director Connell:
>
> In this email you will find a letter regarding Colorado's
> consistency review of the proposed Uncompahgre Field Office
> Resource Management Plan and Final Environmental Impact
> Statement, along with two attachments referenced within the
> letter.
>
> A hard copy of this letter will be sent via US Mail.
>
> Regards,
>
> Jared Polis
> Governor

**"Vilsack - DNR, Douglas" <douglas.vilsack@state.co.us>**

| | |
|---|---|
| **From:** | "Vilsack - DNR, Douglas" <douglas.vilsack@state.co.us> |
| **Sent:** | Thu Oct 03 2019 22:10:30 GMT-0600 (MDT) |
| **To:** | "Gilbert, Megan" <magilbert@blm.gov> |
| **CC:** | "St George, Brian" <bstgeorg@blm.gov>, Tim Mauck - DNR <Tim.mauck@state.co.us>, Reid DeWalt - DNR <reid.dewalt@state.co.us>, Amy Laughlin - DNR <amy.moyer@state.co.us>, Gregory Larson <glarson@blm.gov>, Samuel Dearstyne <sdearsty@blm.gov> |
| **Subject:** | Re: [EXTERNAL] Re: Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS |
| **Attachments:** | CPW_BLM_Nov 2016_UFO Draft RMP comments_110116.pdf CPW 2010 Statewide Stip Recommendations.pdf |

Megan,

Thanks for reaching back out. As I said in my voicemail this morning, I think it does make sense to set up a group call/meeting next week to continue our discussion. Next Wednesday is fairly open for me for a call or meeting, and I could make a call work on Thursday afternoon as well. Let us know what works for you and your team.

I have spoken with CDPHE and will leave it to John Putnam and Sean Hackett to provide any substantive comments to you on 1261/181, and I will circle back with our Sage Grouse folks before next week to get you any additional feedback on that front.

With regard to our conversation about density limitations, I have attached some additional documentation to make it clear that this issue did not just come up in the last 3-6 months, as was suggested on our last call. Our 2016 comments on the Draft RMP (attached) addressed the density issue, as have numerous comment letters on other RMPs and lease sales from as far back as a 2010 letter (also attached) attempting to comprehensively address many of the same issues we continue to discuss today.

In addition to attempting to resolve DNR's concerns about big game corridors/habitat with the Uncompahgre RMP, it likely makes sense to spend some time next week continuing the conversation that Brian initiated over the summer about a joint effort/agreement to address these concerns on a statewide basis. We'll take a look back at Brian's suggested LOI language and will be prepared the discuss next week.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Thu, Oct 3, 2019 at 7:43 AM Gilbert, Megan <magilbert@blm.gov> wrote:

Hi Doug,

I wanted to follow up my voicemail on Monday with an email to check in with you and your team on the issues relating to the Governor's Consistency Review for Uncompahgre RMP. During our call you noted that you needed to check in with a few other teams on our

recommendations and previous coordination. I was hoping you had made some progress on that front.

As you know, we have some pressing demands on schedule from the Department and, while we feel that our coordination is certainly a reason to delay the schedule, we do want to make be able to report progress towards a resolution. If you think we should set up another group call we can do that or just feel free to give me a call with any updates.

Much appreciated,

Megan Gilbert
**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

On Fri, Sep 20, 2019 at 2:14 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:
> Hi Megan,
>
>    1pm on Monday works for Amy Moyer and me, so let's just plan on that.  Send over a conference number if that works for you.
>
> Best,
> Doug
>
> Doug Vilsack
> Assistant Director - Parks, Wildlife and Lands
>
> P 303.866.3311 x8664  |  C 720.456.8956
> 1313 Sherman Street #718, Denver, CO 80203
> douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Thu, Sep 19, 2019 at 3:35 PM Gilbert, Megan <magilbert@blm.gov> wrote:
> Hi Doug,
>
> Thanks for getting back to us. I look forward to working with you on the UFO RMP follow-up. I spoke to our Field Manager Greg Larson and looks like we are both free Monday afternoon (9/23) between 1 and 4 if there is a time that works for you. If that doesn't work, let me know and I can try to work something out for Tuesday. We can set up a conference line.
>
> Best,
> Megan
>
> **Megan Gilbert**
> *Branch Chief for Planning and Assessment*
> *BLM Colorado State Office*
> *(303) 239-3936 (desk)*

On Thu, Sep 19, 2019 at 12:17 PM St George, Brian <bstgeorg@blm.gov> wrote:

Hi Doug. Gentle reminder to work on scheduling for this follow-up discussion.

I'm officially transitioning out today and Megan Gilbert is stepping in as acting Deputy State Director. She will work on any additional coordination, scheduling and negotiation.

I can imagine and appreciate how busy y'all are. We are schedule conscious here given our Departmental expectations and pressure to keep NEPA documents moving through a tight timeframe. We hope sincerely to resolve as many issues as possible informally, and avoid surprises in the Record of Decisions.
~ bsg

Brian St George
Deputy State Director, Resources and Fire
Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768

On Mon, Sep 16, 2019 at 8:50 PM Brian St George <bstgeorg@blm.gov> wrote:
Sure thing Doug. We can find some time next week as your schedules allow.

Unfortunately, I'm going on a temporary assignment to DC for a couple months - starting on the 23rd. However, I have a very capable team behind me stepping up to fill in. And Director Connell has impressed on me that she wants our work to continue.

~ bsg

Sent from my iPad so please excuse the typos!

On Sep 16, 2019, at 6:18 PM, Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Brian,

    Thanks for reaching back out.  We'll compare our schedules tomorrow, but for the sake of moving things along, do you have any open times on the 23rd or 24th?  It seems like there is a little daylight on our calendars on those days.

Best,
Doug

Doug Vilsack
Assistant Director - Parks, Wildlife and Lands

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Fri, Sep 13, 2019 at 9:50 AM St George, Brian <bstgeorg@blm.gov>

BLM_0166534

wrote:
Gentlemen,

On behalf of Jamie, I'd like to offer a follow-up discussion about the Governors letter and where we might work toward greater consistency between the UFO RMP and State law, policy and plans.

Do you have opportunity next week? And would you share the request with our colleagues at CDPHE if appropriate? I don't have a contact person there.

Cheers
~ bsg

Brian St George
Deputy State Director, Resources and Fire
Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768


---------- Forwarded message ---------
From: **Jamie Connell** <jconnell@blm.gov>
Date: Tue, Sep 10, 2019 at 12:36 AM
Subject: Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS
To: Gregory Shoop <gshoop@blm.gov>, Brian St George <bstgeorg@blm.gov>, Stephanie Connolly <sconnolly@blm.gov>, <glarson@blm.gov>, Jayson Barangan <jbaranga@blm.gov>, cc: Richard Fields <rafields@blm.gov>


FYI and (for some of us) follow-up action.

Jamie

Sent from my iPhone

Begin forwarded message:


> **From:** "Polis - GOVOffice, Governor"
> <governorpolis@state.co.us>
> **To:** <jconnell@blm.gov>
> **Cc:** Dan Gibbs - DNR <dan.gibbs@state.co.us>, Jill
> Hunsaker Ryan - CDPHE <jill.hunsakerryan@state.co.us>
> **Subject: [EXTERNAL] Letter from Governor Polis -
> Colorado's Consistency Review UFO PRMP/FEIS**
>
>
> Director Connell:
>
> In this email you will find a letter regarding Colorado's
> consistency review of the proposed Uncompahgre Field
> Office Resource Management Plan and Final

Environmental Impact Statement, along with two attachments referenced within the letter.

A hard copy of this letter will be sent via US Mail.

Regards,

Jared Polis
Governor

## "Gilbert, Megan" <magilbert@blm.gov>

| | |
|---|---|
| **From:** | "Gilbert, Megan" <magilbert@blm.gov> |
| **Sent:** | Fri Oct 04 2019 07:41:54 GMT-0600 (MDT) |
| **To:** | Gregory Larson <glarson@blm.gov> |
| **Subject:** | Fwd: [EXTERNAL] Re: Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS |
| **Attachments:** | CPW_BLM_Nov 2016_UFO Draft RMP comments_110116.pdf CPW 2010 Statewide Stip Recommendations.pdf |

Give me a call when you get in about setting something up here. I think we might need to dig in a bit deeper with the conversations that happened around the Draft RMP. I know that it was a different time and we didn't have the same standards for including every request from the State carte blanche but I am hoping we have some more documentation on how we considered their letter.

Whether or not we adequately considered it previously isn't the end of the conversation though, we still have future considerations with the letter of intent and other commitments we can make.

Best,
Megan

**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*


---------- Forwarded message ---------
From: **Vilsack - DNR, Douglas** <douglas.vilsack@state.co.us>
Date: Thu, Oct 3, 2019 at 10:13 PM
Subject: Re: [EXTERNAL] Re: Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS
To: Gilbert, Megan <magilbert@blm.gov>
Cc: St George, Brian <bstgeorg@blm.gov>, Tim Mauck - DNR <Tim.mauck@state.co.us>, Reid DeWalt - DNR <reid.dewalt@state.co.us>, Amy Laughlin - DNR <amy.moyer@state.co.us>, Gregory Larson <glarson@blm.gov>, Samuel Dearstyne <sdearsty@blm.gov>


Megan,

Thanks for reaching back out.  As I said in my voicemail this morning, I think it does make sense to set up a group call/meeting next week to continue our discussion.  Next Wednesday is fairly open for me for a call or meeting, and I could make a call work on Thursday afternoon as well.  Let us know what works for you and your team.

I have spoken with CDPHE and will leave it to John Putnam and Sean Hackett to provide any substantive comments to you on 1261/181, and I will circle back with our Sage Grouse folks before next week to get you any additional feedback on that front.

With regard to our conversation about density limitations, I have attached some additional documentation to make it clear that this issue did not just come up in the last 3-6 months, as was suggested on our last call.  Our 2016 comments on the Draft RMP (attached) addressed the density issue, as have numerous comment letters on other RMPs and lease sales from as far back as a 2010 letter (also attached) attempting to comprehensively address many of the same issues we continue to discuss today.

In addition to attempting to resolve DNR's concerns about big game corridors/habitat with the Uncompahgre RMP, it likely makes sense to spend some time next week continuing the conversation that Brian initiated over the summer about a joint effort/agreement to address these concerns on a statewide basis.  We'll take a look back at Brian's suggested LOI language and will be prepared the discuss next week.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Thu, Oct 3, 2019 at 7:43 AM Gilbert, Megan <magilbert@blm.gov> wrote:

Hi Doug,

I wanted to follow up my voicemail on Monday with an email to check in with you and your team on the issues relating to the Governor's Consistency Review for Uncompahgre RMP. During our call you noted that you needed to check in with a few other teams on our recommendations and previous coordination. I was hoping you had made some progress on that front.

As you know, we have some pressing demands on schedule from the Department and, while we feel that our coordination is certainly a reason to delay the schedule, we do want to make be able to report progress towards a resolution. If you think we should set up another group call we can do that or just feel free to give me a call with any updates.

Much appreciated,

Megan Gilbert
**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

BLM_0166537

On Fri, Sep 20, 2019 at 2:14 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

> Hi Megan,
>
>     1pm on Monday works for Amy Moyer and me, so let's just plan on that.  Send over a conference number if that works for you.
>
> Best,
> Doug
>
> **Doug Vilsack**
> **Assistant Director - Parks, Wildlife and Lands**
>
> P 303.866.3311 x8664  |  C 720.456.8956
> 1313 Sherman Street #718, Denver, CO 80203
> douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Thu, Sep 19, 2019 at 3:35 PM Gilbert, Megan <magilbert@blm.gov> wrote:

> Hi Doug,
>
> Thanks for getting back to us. I look forward to working with you on the UFO RMP follow-up. I spoke to our Field Manager Greg Larson and looks like we are both free Monday afternoon (9/23) between 1 and 4 if there is a time that works for you. If that doesn't work, let me know and I can try to work something out for Tuesday. We can set up a conference line.
>
> Best,
> Megan
>
> **Megan Gilbert**
> *Branch Chief for Planning and Assessment*
> *BLM Colorado State Office*
> *(303) 239-3936 (desk)*

On Thu, Sep 19, 2019 at 12:17 PM St George, Brian <bstgeorg@blm.gov> wrote:

> Hi Doug. Gentle reminder to work on scheduling for this follow-up discussion.
>
> I'm officially transitioning out today and Megan Gilbert is stepping in as acting Deputy State Director. She will work on any additional coordination, scheduling and negotiation.
>
> I can imagine and appreciate how busy y'all are. We are schedule conscious here given our Departmental expectations and pressure to keep NEPA documents moving through a tight timeframe. We hope sincerely to resolve as many issues as possible informally, and avoid surprises in the Record of Decisions.
> ~ bsg
>
> Brian St George
> Deputy State Director, Resources and Fire
> Colorado State Office
> Bureau of Land Management

m (970) 275-2215
o (303) 239-3768


On Mon, Sep 16, 2019 at 8:50 PM Brian St George <bstgeorg@blm.gov> wrote:
Sure thing Doug. We can find some time next week as your schedules allow.

Unfortunately, I'm going on a temporary assignment to DC for a couple months - starting on the 23rd. However, I have a very capable team behind me stepping up to fill in. And Director Connell has impressed on me that she wants our work to continue.

~ bsg

Sent from my iPad so please excuse the typos!

On Sep 16, 2019, at 6:18 PM, Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Brian,

    Thanks for reaching back out.  We'll compare our schedules tomorrow, but for the sake of moving things along, do you have any open times on the 23rd or 24th?  It seems like there is a little daylight on our calendars on those days.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR


On Fri, Sep 13, 2019 at 9:50 AM St George, Brian <bstgeorg@blm.gov> wrote:
Gentlemen,

On behalf of Jamie, I'd like to offer a follow-up discussion about the Governors letter and where we might work toward greater consistency between the UFO RMP and State law, policy and plans.

Do you have opportunity next week? And would you share the request with our colleagues at CDPHE if appropriate? I don't have a contact person there.

Cheers
~ bsg

Brian St George
Deputy State Director, Resources and Fire

Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768


---------- Forwarded message ---------
From: **Jamie Connell** <jconnell@blm.gov>
Date: Tue, Sep 10, 2019 at 12:36 AM
Subject: Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS
To: Gregory Shoop <gshoop@blm.gov>, Brian St George <bstgeorg@blm.gov>, Stephanie Connolly <sconnolly@blm.gov>, <glarson@blm.gov>, Jayson Barangan <jbaranga@blm.gov>, cc: Richard Fields <rafields@blm.gov>


FYI and (for some of us) follow-up action.

Jamie

Sent from my iPhone

Begin forwarded message:

> **From:** "Polis - GOVOffice, Governor" <governorpolis@state.co.us>
> **To:** <jconnell@blm.gov>
> **Cc:** Dan Gibbs - DNR <dan.gibbs@state.co.us>, Jill Hunsaker Ryan - CDPHE <jill.hunsakerryan@state.co.us>
> **Subject: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS**
>
>
> Director Connell:
>
> In this email you will find a letter regarding Colorado's consistency review of the proposed Uncompahgre Field Office Resource Management Plan and Final Environmental Impact Statement, along with two attachments referenced within the letter.
>
> A hard copy of this letter will be sent via US Mail.
>
> Regards,
>
> Jared Polis
> Governor

---

## "Gilbert, Megan" <magilbert@blm.gov>

**From:**          "Gilbert, Megan" <magilbert@blm.gov>

| | |
|---|---|
| **Sent:** | Fri Oct 04 2019 15:19:11 GMT-0600 (MDT) |
| **To:** | "Vilsack - DNR, Douglas" <douglas.vilsack@state.co.us> |
| **CC:** | "St George, Brian" <bstgeorg@blm.gov>, Tim Mauck - DNR <Tim.mauck@state.co.us>, Reid DeWalt - DNR <reid.dewalt@state.co.us>, Amy Laughlin - DNR <amy.moyer@state.co.us>, Gregory Larson <glarson@blm.gov>, Samuel Dearstyne <sdearsty@blm.gov> |
| **Subject:** | Re: [EXTERNAL] Re: Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS |

Hi Doug,

Sorry for the delayed response. Took me some time to coordinate on schedules with our folks. We would like to set up a call next week and looks like Wednesday morning, anytime before 1pm, would work for us. Please let us know a time that works for you.

I appreciate the suggestion to continue looking at the Letter of Intent because I think that is our best bet for codifying some resolution on the issue in the short term and addressing the issue across several planning efforts. Thanks for providing the additional materials, we will review prior to the meeting.

Best,
Megan

**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

On Thu, Oct 3, 2019 at 10:13 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:
Megan,

Thanks for reaching back out. As I said in my voicemail this morning, I think it does make sense to set up a group call/meeting next week to continue our discussion. Next Wednesday is fairly open for me for a call or meeting, and I could make a call work on Thursday afternoon as well. Let us know what works for you and your team.

I have spoken with CDPHE and will leave it to John Putnam and Sean Hackett to provide any substantive comments to you on 1261/181, and I will circle back with our Sage Grouse folks before next week to get you any additional feedback on that front.

With regard to our conversation about density limitations, I have attached some additional documentation to make it clear that this issue did not just come up in the last 3-6 months, as was suggested on our last call. Our 2016 comments on the Draft RMP (attached) addressed the density issue, as have numerous comment letters on other RMPs and lease sales from as far back as a 2010 letter (also attached) attempting to comprehensively address many of the same issues we continue to discuss today.

In addition to attempting to resolve DNR's concerns about big game corridors/habitat with the Uncompahgre RMP, it likely makes sense to spend some time next week continuing the conversation that Brian initiated over the summer about a joint effort/agreement to address these concerns on a statewide basis. We'll take a look back at Brian's suggested LOI language and will be prepared the discuss next week.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Thu, Oct 3, 2019 at 7:43 AM Gilbert, Megan <magilbert@blm.gov> wrote:

Hi Doug,

I wanted to follow up my voicemail on Monday with an email to check in with you and your team on the issues relating to the Governor's Consistency Review for Uncompahgre RMP. During our call you noted that you needed to check in with a few other teams on our recommendations and previous coordination. I was hoping you had made some progress on that front.

As you know, we have some pressing demands on schedule from the Department and, while we feel that our coordination is certainly a reason to delay the schedule, we do want to make be able to report progress towards a resolution. If you think we should set up another group call we can do that or just feel free to give me a call with any updates.

Much appreciated,

Megan Gilbert
**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

On Fri, Sep 20, 2019 at 2:14 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Hi Megan,

1pm on Monday works for Amy Moyer and me, so let's just plan on that.  Send over a conference number if that works for you.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Thu, Sep 19, 2019 at 3:35 PM Gilbert, Megan <magilbert@blm.gov> wrote:

Hi Doug,

Thanks for getting back to us. I look forward to working with you on the UFO RMP follow-up. I spoke to our Field Manager Greg Larson and looks like we are both free Monday afternoon (9/23) between 1 and 4 if there is a time that works for you. If that doesn't work, let me know and I can try to work something out for Tuesday. We can set up a conference line.

Best,
Megan

**Megan Gilbert**
*Branch Chief for Planning and Assessment*
*BLM Colorado State Office*
*(303) 239-3936 (desk)*

On Thu, Sep 19, 2019 at 12:17 PM St George, Brian <bstgeorg@blm.gov> wrote:
Hi Doug. Gentle reminder to work on scheduling for this follow-up discussion.

I'm officially transitioning out today and Megan Gilbert is stepping in as acting Deputy State Director. She will work on any additional coordination, scheduling and negotiation.

I can imagine and appreciate how busy y'all are. We are schedule conscious here given our Departmental expectations and pressure to keep NEPA documents moving through a tight timeframe. We hope sincerely to resolve as many issues as possible informally, and avoid surprises in the Record of Decisions.
~ bsg

Brian St George
Deputy State Director, Resources and Fire
Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768


On Mon, Sep 16, 2019 at 8:50 PM Brian St George <bstgeorg@blm.gov> wrote:
Sure thing Doug. We can find some time next week as your schedules allow.

Unfortunately, I'm going on a temporary assignment to DC for a couple months - starting on the 23rd. However, I have a very capable team behind me stepping up to fill in. And Director Connell has impressed on me that she wants our work to continue.

~ bsg

Sent from my iPad so please excuse the typos!

On Sep 16, 2019, at 6:18 PM, Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:


Brian,

Thanks for reaching back out.  We'll compare our schedules tomorrow, but for the sake of moving things along, do you have any open times on the 23rd or 24th?  It seems like there is a little daylight on our calendars on those days.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Fri, Sep 13, 2019 at 9:50 AM St George, Brian <bstgeorg@blm.gov> wrote:

> Gentlemen,
>
> On behalf of Jamie, I'd like to offer a follow-up discussion about the Governors letter and where we might work toward greater consistency between the UFO RMP and State law, policy and plans.
>
> Do you have opportunity next week? And would you share the request with our colleagues at CDPHE if appropriate? I don't have a contact person there.
>
> Cheers
> ~ bsg
>
> Brian St George
> Deputy State Director, Resources and Fire
> Colorado State Office
> Bureau of Land Management
> m (970) 275-2215
> o (303) 239-3768
>
>
>
> ---------- Forwarded message ---------
> From: **Jamie Connell** <jconnell@blm.gov>
> Date: Tue, Sep 10, 2019 at 12:36 AM
> Subject: Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS
> To: Gregory Shoop <gshoop@blm.gov>, Brian St George <bstgeorg@blm.gov>, Stephanie Connolly <sconnolly@blm.gov>, <glarson@blm.gov>, Jayson Barangan <jbaranga@blm.gov>, cc: Richard Fields <rafields@blm.gov>
>
>
> FYI and (for some of us) follow-up action.
>
> Jamie

Sent from my iPhone

Begin forwarded message:

> **From:** "Polis - GOVOffice, Governor"
> <governorpolis@state.co.us>
> **To:** <jconnell@blm.gov>
> **Cc:** Dan Gibbs - DNR <dan.gibbs@state.co.us>, Jill
> Hunsaker Ryan - CDPHE
> <jill.hunsakerryan@state.co.us>
> **Subject: [EXTERNAL] Letter from Governor Polis -
> Colorado's Consistency Review UFO PRMP/FEIS**
>
>
> Director Connell:
>
> In this email you will find a letter regarding Colorado's
> consistency review of the proposed Uncompahgre Field
> Office Resource Management Plan and Final
> Environmental Impact Statement, along with two
> attachments referenced within the letter.
>
> A hard copy of this letter will be sent via US Mail.
>
> Regards,
>
> Jared Polis
> Governor

---

## "Vilsack - DNR, Douglas" <douglas.vilsack@state.co.us>

| | |
|---|---|
| **From:** | "Vilsack - DNR, Douglas" <douglas.vilsack@state.co.us> |
| **Sent:** | Mon Oct 07 2019 21:20:36 GMT-0600 (MDT) |
| **To:** | "Gilbert, Megan" <magilbert@blm.gov> |
| **CC:** | "St George, Brian" <bstgeorg@blm.gov>, Tim Mauck - DNR <Tim.mauck@state.co.us>, Reid DeWalt - DNR <reid.dewalt@state.co.us>, Amy Laughlin - DNR <amy.moyer@state.co.us>, Gregory Larson <glarson@blm.gov>, Samuel Dearstyne <sdearsty@blm.gov>, "Holst - DNR, Jon" <jon.holst@state.co.us> |
| **Subject:** | Re: [EXTERNAL] Re: Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS |

Megan,

Let's do a call at 11am on Wednesday if that still works for you and your team.  We can use our conference line at 303-866-3311 (ext: 7678).

Best,
Doug

Doug Vilsack
Assistant Director - Parks, Wildlife and Lands

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Fri, Oct 4, 2019 at 3:19 PM Gilbert, Megan <magilbert@blm.gov> wrote:

Hi Doug,

Sorry for the delayed response. Took me some time to coordinate on schedules with our folks. We would like to set up a call next week and looks like Wednesday morning, anytime before 1pm, would work for us. Please let us know a time that works for you.

I appreciate the suggestion to continue looking at the Letter of Intent because I think that is our best bet for codifying some resolution on the issue in the short term and addressing the issue across several planning efforts.  Thanks for providing the additional materials, we will review prior to the meeting.

Best,
Megan

**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

On Thu, Oct 3, 2019 at 10:13 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Megan,

Thanks for reaching back out.  As I said in my voicemail this morning, I think it does make sense to set up a group call/meeting next week to continue our discussion.  Next Wednesday is fairly open for me for a call or meeting, and I could make a call work on Thursday afternoon as well.  Let us know what works for you and your team.

I have spoken with CDPHE and will leave it to John Putnam and Sean Hackett to provide any substantive comments to you on 1261/181, and I will circle back with our Sage Grouse folks before next week to get you any additional feedback on that front.

With regard to our conversation about density limitations, I have attached some additional documentation to make it clear that this issue did not just come up in the last 3-6 months, as was suggested on our last call.  Our 2016 comments on the Draft RMP (attached) addressed the density issue, as have numerous comment letters on other RMPs and lease sales from as far back as a 2010 letter (also attached) attempting to comprehensively address many of the same issues we continue to discuss today.

In addition to attempting to resolve DNR's concerns about big game corridors/habitat with the Uncompahgre RMP, it likely makes sense to spend some time next week continuing the conversation that Brian initiated over the summer about a joint effort/agreement to address these concerns on a statewide basis.  We'll take a look back at Brian's suggested LOI language and will be prepared the discuss next week.

Best,

BLM_0166546

Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Thu, Oct 3, 2019 at 7:43 AM Gilbert, Megan <magilbert@blm.gov> wrote:

Hi Doug,

I wanted to follow up my voicemail on Monday with an email to check in with you and your team on the issues relating to the Governor's Consistency Review for Uncompahgre RMP. During our call you noted that you needed to check in with a few other teams on our recommendations and previous coordination. I was hoping you had made some progress on that front.

As you know, we have some pressing demands on schedule from the Department and, while we feel that our coordination is certainly a reason to delay the schedule, we do want to make be able to report progress towards a resolution. If you think we should set up another group call we can do that or just feel free to give me a call with any updates.

Much appreciated,

Megan Gilbert
**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

On Fri, Sep 20, 2019 at 2:14 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Hi Megan,

1pm on Monday works for Amy Moyer and me, so let's just plan on that.  Send over a conference number if that works for you.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Thu, Sep 19, 2019 at 3:35 PM Gilbert, Megan <magilbert@blm.gov> wrote:

Hi Doug,

BLM_0166547

Thanks for getting back to us. I look forward to working with you on the UFO RMP follow-up. I spoke to our Field Manager Greg Larson and looks like we are both free Monday afternoon (9/23) between 1 and 4 if there is a time that works for you. If that doesn't work, let me know and I can try to work something out for Tuesday. We can set up a conference line.

Best,
Megan

**Megan Gilbert**
*Branch Chief for Planning and Assessment*
*BLM Colorado State Office*
*(303) 239-3936 (desk)*

On Thu, Sep 19, 2019 at 12:17 PM St George, Brian <bstgeorg@blm.gov> wrote:
Hi Doug. Gentle reminder to work on scheduling for this follow-up discussion.

I'm officially transitioning out today and Megan Gilbert is stepping in as acting Deputy State Director. She will work on any additional coordination, scheduling and negotiation.

I can imagine and appreciate how busy y'all are. We are schedule conscious here given our Departmental expectations and pressure to keep NEPA documents moving through a tight timeframe. We hope sincerely to resolve as many issues as possible informally, and avoid surprises in the Record of Decisions.
~ bsg

Brian St George
Deputy State Director, Resources and Fire
Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768

On Mon, Sep 16, 2019 at 8:50 PM Brian St George <bstgeorg@blm.gov> wrote:
Sure thing Doug. We can find some time next week as your schedules allow.

Unfortunately, I'm going on a temporary assignment to DC for a couple months - starting on the 23rd. However, I have a very capable team behind me stepping up to fill in. And Director Connell has impressed on me that she wants our work to continue.

~ bsg

Sent from my iPad so please excuse the typos!

On Sep 16, 2019, at 6:18 PM, Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Brian,

BLM_0166548

Thanks for reaching back out.  We'll compare our schedules tomorrow, but for the sake of moving things along, do you have any open times on the 23rd or 24th?  It seems like there is a little daylight on our calendars on those days.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Fri, Sep 13, 2019 at 9:50 AM St George, Brian <bstgeorg@blm.gov> wrote:

> Gentlemen,
>
> On behalf of Jamie, I'd like to offer a follow-up discussion about the Governors letter and where we might work toward greater consistency between the UFO RMP and State law, policy and plans.
>
> Do you have opportunity next week? And would you share the request with our colleagues at CDPHE if appropriate? I don't have a contact person there.
>
> Cheers
> ~ bsg
>
> Brian St George
> Deputy State Director, Resources and Fire
> Colorado State Office
> Bureau of Land Management
> m (970) 275-2215
> o (303) 239-3768
>
>
> ---------- Forwarded message ---------
> From: **Jamie Connell** <jconnell@blm.gov>
> Date: Tue, Sep 10, 2019 at 12:36 AM
> Subject: Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS
> To: Gregory Shoop <gshoop@blm.gov>, Brian St George <bstgeorg@blm.gov>, Stephanie Connolly <sconnolly@blm.gov>, <glarson@blm.gov>, Jayson Barangan <jbaranga@blm.gov>, cc: Richard Fields <rafields@blm.gov>
>
>
> FYI and (for some of us) follow-up action.
>
> Jamie

Sent from my iPhone

Begin forwarded message:

> **From:** "Polis - GOVOffice, Governor"
> <governorpolis@state.co.us>
> **To:** <jconnell@blm.gov>
> **Cc:** Dan Gibbs - DNR <dan.gibbs@state.co.us>, Jill
> Hunsaker Ryan - CDPHE
> <jill.hunsakerryan@state.co.us>
> **Subject: [EXTERNAL] Letter from Governor Polis -
> Colorado's Consistency Review UFO PRMP/FEIS**
>
> Director Connell:
>
> In this email you will find a letter regarding Colorado's
> consistency review of the proposed Uncompahgre
> Field Office Resource Management Plan and Final
> Environmental Impact Statement, along with two
> attachments referenced within the letter.
>
> A hard copy of this letter will be sent via US Mail.
>
> Regards,
>
> Jared Polis
> Governor

---

## "Gilbert, Megan" <magilbert@blm.gov>

| | |
|---|---|
| **From:** | "Gilbert, Megan" <magilbert@blm.gov> |
| **Sent:** | Tue Oct 08 2019 07:16:17 GMT-0600 (MDT) |
| **To:** | "Vilsack - DNR, Douglas" <douglas.vilsack@state.co.us> |
| **CC:** | "St George, Brian" <bstgeorg@blm.gov>, Tim Mauck - DNR <Tim.mauck@state.co.us>, Reid DeWalt - DNR <reid.dewalt@state.co.us>, Amy Laughlin - DNR <amy.moyer@state.co.us>, Gregory Larson <glarson@blm.gov>, Samuel Dearstyne <sdearsty@blm.gov>, "Holst - DNR, Jon" <jon.holst@state.co.us> |
| **Subject:** | Re: [EXTERNAL] Re: Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS |

Thanks. I think that will work just fine.

**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

On Mon, Oct 7, 2019 at 9:21 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Megan,

Let's do a call at 11am on Wednesday if that still works for you and your team.  We can use our conference line at 303-866-3311 (ext: 7678).

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Fri, Oct 4, 2019 at 3:19 PM Gilbert, Megan <magilbert@blm.gov> wrote:

Hi Doug,

Sorry for the delayed response. Took me some time to coordinate on schedules with our folks. We would like to set up a call next week and looks like Wednesday morning, anytime before 1pm, would work for us. Please let us know a time that works for you.

I appreciate the suggestion to continue looking at the Letter of Intent because I think that is our best bet for codifying some resolution on the issue in the short term and addressing the issue across several planning efforts.  Thanks for providing the additional materials, we will review prior to the meeting.

Best,
Megan

**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

On Thu, Oct 3, 2019 at 10:13 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Megan,

Thanks for reaching back out.  As I said in my voicemail this morning, I think it does make sense to set up a group call/meeting next week to continue our discussion.  Next Wednesday is fairly open for me for a call or meeting, and I could make a call work on Thursday afternoon as well.  Let us know what works for you and your team.

I have spoken with CDPHE and will leave it to John Putnam and Sean Hackett to provide any substantive comments to you on 1261/181, and I will circle back with our Sage Grouse folks before next week to get you any additional feedback on that front.

With regard to our conversation about density limitations, I have attached some additional documentation to make it clear that this issue did not just come up in the last 3-6 months, as was suggested on our last call.  Our 2016 comments on the Draft RMP (attached) addressed the density issue, as have numerous comment letters on other RMPs and lease sales from as far back as a 2010 letter (also attached) attempting to

comprehensively address many of the same issues we continue to discuss today.

   In addition to attempting to resolve DNR's concerns about big game corridors/habitat with the Uncompahgre RMP, it likely makes sense to spend some time next week continuing the conversation that Brian initiated over the summer about a joint effort/agreement to address these concerns on a statewide basis.  We'll take a look back at Brian's suggested LOI language and will be prepared the discuss next week.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Thu, Oct 3, 2019 at 7:43 AM Gilbert, Megan <magilbert@blm.gov> wrote:

Hi Doug,

I wanted to follow up my voicemail on Monday with an email to check in with you and your team on the issues relating to the Governor's Consistency Review for Uncompahgre RMP. During our call you noted that you needed to check in with a few other teams on our recommendations and previous coordination. I was hoping you had made some progress on that front.

As you know, we have some pressing demands on schedule from the Department and, while we feel that our coordination is certainly a reason to delay the schedule, we do want to make  be able to report progress towards a resolution. If you think we should set up another group call we can do that or just feel free to give me a call with any updates.

Much appreciated,

Megan Gilbert
**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

On Fri, Sep 20, 2019 at 2:14 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Hi Megan,

   1pm on Monday works for Amy Moyer and me, so let's just plan on that.  Send over a conference number if that works for you.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

BLM_0166552

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Thu, Sep 19, 2019 at 3:35 PM Gilbert, Megan <magilbert@blm.gov> wrote:

Hi Doug,

Thanks for getting back to us. I look forward to working with you on the UFO RMP follow-up. I spoke to our Field Manager Greg Larson and looks like we are both free Monday afternoon (9/23) between 1 and 4 if there is a time that works for you. If that doesn't work, let me know and I can try to work something out for Tuesday. We can set up a conference line.

Best,
Megan

**Megan Gilbert**
*Branch Chief for Planning and Assessment*
*BLM Colorado State Office*
*(303) 239-3936 (desk)*

On Thu, Sep 19, 2019 at 12:17 PM St George, Brian <bstgeorg@blm.gov> wrote:

Hi Doug. Gentle reminder to work on scheduling for this follow-up discussion.

I'm officially transitioning out today and Megan Gilbert is stepping in as acting Deputy State Director. She will work on any additional coordination, scheduling and negotiation.

I can imagine and appreciate how busy y'all are. We are schedule conscious here given our Departmental expectations and pressure to keep NEPA documents moving through a tight timeframe. We hope sincerely to resolve as many issues as possible informally, and avoid surprises in the Record of Decisions.
~ bsg

Brian St George
Deputy State Director, Resources and Fire
Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768

On Mon, Sep 16, 2019 at 8:50 PM Brian St George <bstgeorg@blm.gov> wrote:

Sure thing Doug. We can find some time next week as your schedules allow.

Unfortunately, I'm going on a temporary assignment to DC for a couple months - starting on the 23rd. However, I have a very capable team behind me stepping up to fill in. And Director Connell has impressed on me that she wants our work to continue.

BLM_0166553

~ bsg

Sent from my iPad so please excuse the typos!

On Sep 16, 2019, at 6:18 PM, Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

> Brian,
>
>     Thanks for reaching back out.  We'll compare our schedules tomorrow, but for the sake of moving things along, do you have any open times on the 23rd or 24th?  It seems like there is a little daylight on our calendars on those days.
>
> Best,
> Doug
>
> **Doug Vilsack**
> **Assistant Director - Parks, Wildlife and Lands**
>
> P 303.866.3311 x8664  |  C 720.456.8956
> 1313 Sherman Street #718, Denver, CO 80203
> douglas.vilsack@state.co.us  |  www.colorado.gov/DNR
>
>
> On Fri, Sep 13, 2019 at 9:50 AM St George, Brian <bstgeorg@blm.gov> wrote:
>> Gentlemen,
>>
>> On behalf of Jamie, I'd like to offer a follow-up discussion about the Governors letter and where we might work toward greater consistency between the UFO RMP and State law, policy and plans.
>>
>> Do you have opportunity next week? And would you share the request with our colleagues at CDPHE if appropriate? I don't have a contact person there.
>>
>> Cheers
>> ~ bsg
>>
>> Brian St George
>> Deputy State Director, Resources and Fire
>> Colorado State Office
>> Bureau of Land Management
>> m (970) 275-2215
>> o (303) 239-3768
>>
>>
>> ---------- Forwarded message ---------
>> From: **Jamie Connell** <jconnell@blm.gov>
>> Date: Tue, Sep 10, 2019 at 12:36 AM
>> Subject: Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS

To: Gregory Shoop <gshoop@blm.gov>, Brian St George <bstgeorg@blm.gov>, Stephanie Connolly <sconnolly@blm.gov>, <glarson@blm.gov>, Jayson Barangan <jbaranga@blm.gov>, cc: Richard Fields <rafields@blm.gov>

FYI and (for some of us) follow-up action.

Jamie

Sent from my iPhone

Begin forwarded message:

> **From:** "Polis - GOVOffice, Governor" <governorpolis@state.co.us>
> **To:** <jconnell@blm.gov>
> **Cc:** Dan Gibbs - DNR <dan.gibbs@state.co.us>, Jill Hunsaker Ryan - CDPHE <jill.hunsakerryan@state.co.us>
> **Subject: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS**
>
> Director Connell:
>
> In this email you will find a letter regarding Colorado's consistency review of the proposed Uncompahgre Field Office Resource Management Plan and Final Environmental Impact Statement, along with two attachments referenced within the letter.
>
> A hard copy of this letter will be sent via US Mail.
>
> Regards,
>
> Jared Polis
> Governor

---

## "Holst - DNR, Jon" <jon.holst@state.co.us>

| | |
|---|---|
| **From:** | "Holst - DNR, Jon" <jon.holst@state.co.us> |
| **Sent:** | Mon Oct 21 2019 07:08:47 GMT-0600 (MDT) |
| **To:** | "Gilbert, Megan" <magilbert@blm.gov> |
| | "Vilsack - DNR, Douglas" <douglas.vilsack@state.co.us>, "St George, Brian" <bstgeorg@blm.gov>, Reid DeWalt - DNR <reid.dewalt@state.co.us>, Amy Laughlin - DNR <amy.moyer@state.co.us>, Samuel Dearstyne |
| **CC:** | <sdearsty@blm.gov>, Cory Chick - DNR <cory.chick@state.co.us>, "Magee, Brian" <brian.magee@state.co.us>, Karen Voltura - DNR |

|  | <karen.voltura@state.co.us>, Gregory Larson <glarson@blm.gov> |
| **Subject:** | Re: [EXTERNAL] Re: Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS |
| **Attachments:** | Proposed Big Game Route_Pad Density Stip_102119.dccx |

Megan,

Per our conversation on the 9th, please see the attached revised proposed lease stipulation/SSR to address well pad and route density for the Uncompahgre RMP. Hopefully this revision will provide BLM additional flexibility. To clarify, our intent is that this stipulation/SSR apply to new leases and authorizations.

Both Doug and I will need to attend today's call remotely. Do you have a call in number?

Thank you,

Jon

On Mon, Oct 14, 2019 at 12:10 PM Gilbert, Megan <magilbert@blm.gov> wrote:

Hi Doug,

I wanted to reach out to see if you or anyone else we have been discussing the broader issues with would be interested and available to attend a meeting we are having with CPW on the Eastern Colorado RMP next Monday October 21st from 1pm to 3pm at the BLM Colorado office in lakewood. I believe that several CPW folks will be there including the energy liaisons but in the interest of keeping everyone on the same page with these conversations I thought perhaps someone from DNR would like to attend. We might have some options for the Eastern Colorado RMP that are broader than the UFO RMP but we are in a similar place with the current analysis. Let me know your thoughts.

Best,
Megan

**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

On Mon, Oct 7, 2019 at 9:21 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

Megan,

Let's do a call at 11am on Wednesday if that still works for you and your team. We can use our conference line at 303-866-3311 (ext: 7678).

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Fri, Oct 4, 2019 at 3:19 PM Gilbert, Megan <magilbert@blm.gov> wrote:
> Hi Doug,
>
> Sorry for the delayed response. Took me some time to coordinate on schedules with our folks. We would like to set up a call next week and looks like Wednesday morning, anytime before 1pm, would work for us. Please let us know a time that works for you.
>
> I appreciate the suggestion to continue looking at the Letter of Intent because I think that is our best bet for codifying some resolution on the issue in the short term and addressing the issue across several planning efforts.  Thanks for providing the additional materials, we will review prior to the meeting.
>
> Best,
> Megan
>
> **Megan Gilbert**
> *Deputy State Director for Resources and Fire (Acting)*
> *BLM Colorado State Office*
> *(303) 239-3768 (desk)*
>
>
> On Thu, Oct 3, 2019 at 10:13 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:
>> Megan,
>>
>> Thanks for reaching back out.  As I said in my voicemail this morning, I think it does make sense to set up a group call/meeting next week to continue our discussion.  Next Wednesday is fairly open for me for a call or meeting, and I could make a call work on Thursday afternoon as well.  Let us know what works for you and your team.
>>
>> I have spoken with CDPHE and will leave it to John Putnam and Sean Hackett to provide any substantive comments to you on 1261/181, and I will circle back with our Sage Grouse folks before next week to get you any additional feedback on that front.
>>
>> With regard to our conversation about density limitations, I have attached some additional documentation to make it clear that this issue did not just come up in the last 3-6 months, as was suggested on our last call.  Our 2016 comments on the Draft RMP (attached) addressed the density issue, as have numerous comment letters on other RMPs and lease sales from as far back as a 2010 letter (also attached) attempting to comprehensively address many of the same issues we continue to discuss today.
>>
>> In addition to attempting to resolve DNR's concerns about big game corridors/habitat with the Uncompahgre RMP, it likely makes sense to spend some time next week continuing the conversation that Brian initiated over the summer about a joint effort/agreement to address these concerns on a statewide basis.  We'll take a look back at Brian's suggested LOI language and will be prepared the discuss next week.
>>
>> Best,
>> Doug
>>
>> Doug Vilsack
>> Assistant Director - Parks, Wildlife and Lands

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Thu, Oct 3, 2019 at 7:43 AM Gilbert, Megan <magilbert@blm.gov> wrote:
Hi Doug,

I wanted to follow up my voicemail on Monday with an email to check in with you and your team on the issues relating to the Governor's Consistency Review for Uncompahgre RMP. During our call you noted that you needed to check in with a few other teams on our recommendations and previous coordination. I was hoping you had made some progress on that front.

As you know, we have some pressing demands on schedule from the Department and, while we feel that our coordination is certainly a reason to delay the schedule, we do want to make  be able to report progress towards a resolution. If you think we should set up another group call we can do that or just feel free to give me a call with any updates.

Much appreciated,

Megan Gilbert
**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

On Fri, Sep 20, 2019 at 2:14 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:
Hi Megan,

    1pm on Monday works for Amy Moyer and me, so let's just plan on that.  Send over a conference number if that works for you.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Thu, Sep 19, 2019 at 3:35 PM Gilbert, Megan <magilbert@blm.gov> wrote:
Hi Doug,

Thanks for getting back to us. I look forward to working with you on the UFO RMP follow-up. I spoke to our Field Manager Greg Larson and looks like we are

both free Monday afternoon (9/23) between 1 and 4 if there is a time that works
for you. If that doesn't work, let me know and I can try to work something out
for Tuesday. We can set up a conference line.

Best,
Megan

**Megan Gilbert**
*Branch Chief for Planning and Assessment*
*BLM Colorado State Office*
*(303) 239-3936 (desk)*


On Thu, Sep 19, 2019 at 12:17 PM St George, Brian <bstgeorg@blm.gov>
wrote:

> Hi Doug. Gentle reminder to work on scheduling for this follow-up discussion.
>
> I'm officially transitioning out today and Megan Gilbert is stepping in as acting
> Deputy State Director. She will work on any additional coordination,
> scheduling and negotiation.
>
> I can imagine and appreciate how busy y'all are. We are schedule conscious
> here given our Departmental expectations and pressure to keep NEPA
> documents moving through a tight timeframe. We hope sincerely to resolve as
> many issues as possible informally, and avoid surprises in the Record of
> Decisions.
> ~ bsg
>
> Brian St George
> Deputy State Director, Resources and Fire
> Colorado State Office
> Bureau of Land Management
> m (970) 275-2215
> o (303) 239-3768
>
>
>
> On Mon, Sep 16, 2019 at 8:50 PM Brian St George <bstgeorg@blm.gov>
> wrote:
>
>> Sure thing Doug. We can find some time next week as your schedules
>> allow.
>>
>> Unfortunately, I'm going on a temporary assignment to DC for a couple
>> months - starting on the 23rd. However, I have a very capable team behind
>> me stepping up to fill in. And Director Connell has impressed on me that
>> she wants our work to continue.
>>
>> ~ bsg
>>
>> Sent from my iPad so please excuse the typos!
>>
>> On Sep 16, 2019, at 6:18 PM, Vilsack - DNR, Douglas
>> <douglas.vilsack@state.co.us> wrote:
>>
>>> Brian,

Thanks for reaching back out.  We'll compare our schedules tomorrow, but for the sake of moving things along, do you have any open times on the 23rd or 24th?  It seems like there is a little daylight on our calendars on those days.

Best,
Doug

**Doug Vilsack**
**Assistant Director - Parks, Wildlife and Lands**

P 303.866.3311 x8664  |  C 720.456.8956
1313 Sherman Street #718, Denver, CO 80203
douglas.vilsack@state.co.us  |  www.colorado.gov/DNR

On Fri, Sep 13, 2019 at 9:50 AM St George, Brian <bstgeorg@blm.gov> wrote:

Gentlemen,

On behalf of Jamie, I'd like to offer a follow-up discussion about the Governors letter and where we might work toward greater consistency between the UFO RMP and State law, policy and plans.

Do you have opportunity next week? And would you share the request with our colleagues at CDPHE if appropriate? I don't have a contact person there.

Cheers
~ bsg

Brian St George
Deputy State Director, Resources and Fire
Colorado State Office
Bureau of Land Management
m (970) 275-2215
o (303) 239-3768


---------- Forwarded message ---------
From: **Jamie Connell** <jconnell@blm.gov>
Date: Tue, Sep 10, 2019 at 12:36 AM
Subject: Fwd: [EXTERNAL] Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS
To: Gregory Shoop <gshoop@blm.gov>, Brian St George <bstgeorg@blm.gov>, Stephanie Connolly <sconnolly@blm.gov>, <glarson@blm.gov>, Jayson Barangan <jbaranga@blm.gov>, cc: Richard Fields <rafields@blm.gov>


FYI and (for some of us) follow-up action.

BLM_0166560

Jamie

Sent from my iPhone

Begin forwarded message:

> **From:** "Polis - GOVOffice, Governor"
> <governorpolis@state.co.us>
> **To:** <jconnell@blm.gov>
> **Cc:** Dan Gibbs - DNR <dan.gibbs@state.co.us>,
> Jill Hunsaker Ryan - CDPHE
> <jill.hunsakerryan@state.co.us>
> **Subject: [EXTERNAL] Letter from Governor
> Polis - Colorado's Consistency Review UFO
> PRMP/FEIS**
>
>
> Director Connell:
>
> In this email you will find a letter regarding
> Colorado's consistency review of the proposed
> Uncompahgre Field Office Resource Management
> Plan and Final Environmental Impact Statement,
> along with two attachments referenced within the
> letter.
>
> A hard copy of this letter will be sent via US Mail.
>
> Regards,
>
> Jared Polis
> Governor

--
**Jon Holst**
SW Region Energy Liaison

P 970.375.6713  |  F 970.375.6705  |  C 970.759.9588
415 Turner Drive, Durango CO 81303
jon.holst@state.co.us  |  www.cpw.state.co.us
*"Even if you're on the right track, you'll get run over if you just sit there"* - Will Rogers

---

## "Gilbert, Megan" <magilbert@blm.gov>

| | |
|---|---|
| **From:** | "Gilbert, Megan" <magilbert@blm.gov> |
| **Sent:** | Mon Oct 21 2019 07:23:39 GMT-0600 (MDT) |
| **To:** | "Holst - DNR, Jon" <jon.holst@state.co.us> |
| | "Vilsack - DNR, Douglas" <douglas.vilsack@state.co.us>, "St George, Brian" <bstgeorg@blm.gov>, Reid DeWalt - DNR |

| | |
|---|---|
| **CC:** | <reid.dewalt@state.co.us>, Amy Laughlin - DNR <amy.moyer@state.co.us>, Samuel Dearstyne <sdearsty@blm.gov>, Cory Chick - DNR <cory.chick@state.co.us>, "Magee, Brian" <brian.magee@state.co.us>, Karen Voltura - DNR <karen.voltura@state.co.us>, Gregory Larson <glarson@blm.gov> |
| **Subject:** | Re: [EXTERNAL] Re: Letter from Governor Polis - Colorado's Consistency Review UFO PRMP/FEIS |

Thanks Jon,

We will take a look at this and compare it to what we have considered for ECRMP. There is call in information for the meeting. I have copied it below and will add you both to the invite

Call In Available   888-921-6805  4913217#

Talk to you this afternoon,

Megan

**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

On Mon, Oct 21, 2019 at 7:20 AM Holst - DNR, Jon <jon.holst@state.co.us> wrote:

> Megan,
>
> Per our conversation on the 9th, please see the attached revised proposed lease stipulation/SSR to address well pad and route density for the Uncompahgre RMP. Hopefully this revision will provide BLM additional flexibility. To clarify, our intent is that this stipulation/SSR apply to new leases and authorizations.
>
> Both Doug and I will need to attend today's call remotely. Do you have a call in number?
>
> Thank you,
>
> Jon
>
> On Mon, Oct 14, 2019 at 12:10 PM Gilbert, Megan <magilbert@blm.gov> wrote:
>
>> Hi Doug,
>>
>> I wanted to reach out to see if you or anyone else we have been discussing the broader issues with would be interested and available to attend a meeting we are having with CPW on the Eastern Colorado RMP next Monday October 21st from 1pm to 3pm at the BLM Colorado office in lakewood. I believe that several CPW folks will be there including the energy liaisons but in the interest of keeping everyone on the same page with these conversations I thought perhaps someone from DNR would like to attend. We might have some options for the Eastern Colorado RMP that are broader than the UFO RMP but we are in a similar place with the current analysis. Let me know your thoughts.
>>
>> Best,
>> Megan

**Megan Gilbert**
*Deputy State Director for Resources and Fire (Acting)*
*BLM Colorado State Office*
*(303) 239-3768 (desk)*

On Mon, Oct 7, 2019 at 9:21 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:

> Megan,
>
> Let's do a call at 11am on Wednesday if that still works for you and your team.  We can use our conference line at 303-866-3311 (ext: 7678).
>
> Best,
> Doug
>
> **Doug Vilsack**
> **Assistant Director - Parks, Wildlife and Lands**
>
> P 303.866.3311 x8664  |  C 720.456.8956
> 1313 Sherman Street #718, Denver, CO 80203
> douglas.vilsack@state.co.us  |  www.colorado.gov/DNR
>
> On Fri, Oct 4, 2019 at 3:19 PM Gilbert, Megan <magilbert@blm.gov> wrote:
>
>> Hi Doug,
>>
>> Sorry for the delayed response. Took me some time to coordinate on schedules with our folks. We would like to set up a call next week and looks like Wednesday morning, anytime before 1pm, would work for us. Please let us know a time that works for you.
>>
>> I appreciate the suggestion to continue looking at the Letter of Intent because I think that is our best bet for codifying some resolution on the issue in the short term and addressing the issue across several planning efforts.  Thanks for providing the additional materials, we will review prior to the meeting.
>>
>> Best,
>> Megan
>>
>> **Megan Gilbert**
>> *Deputy State Director for Resources and Fire (Acting)*
>> *BLM Colorado State Office*
>> *(303) 239-3768 (desk)*
>>
>> On Thu, Oct 3, 2019 at 10:13 PM Vilsack - DNR, Douglas <douglas.vilsack@state.co.us> wrote:
>>
>>> Megan,
>>>
>>> Thanks for reaching back out.  As I said in my voicemail this morning, I think it does make sense to set up a group call/meeting next week to continue our discussion.  Next Wednesday is fairly open for me for a call or meeting, and I could make a call work on Thursday afternoon as well.  Let us know what works for you and your team.

BLM_0166563