| | SPECIAL STATUS SPECIES |
|---|---|
| | that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act, including completion of any required procedure for conference or consultation. (Refer to Appendix B; Figures 7 and 9, Appendix A.) |
| | *Special Status Terrestrial Wildlife – Gunnison Sage-Grouse* |
| SSS–GSG-AU-01 | Allowable Use:<br>**STIPULATION** TL-16: *Gunnison Sage-Grouse Winter Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in mapped important Gunnison sage-grouse winter habitat, including, but not limited to, all USFWS designated critical habitat and areas also defined by the BLM, USFWS, and CPW, from December 1 to March 15. (Refer to Appendix B; Figure 8, Appendix A. |
| SSS–GSG-AU-02 | Allowable Use:<br>**STIPULATION** TL-18: *Gunnison Sage-Grouse Breeding Habitat and Gunnison Sage-Grouse Critical Habitat.* Prohibit surface use and surface-disturbing and disruptive activities in USFWS designated occupied critical habitat, nesting habitat mapped and defined by the BLM, USFWS, and CPW, and within 4.0 miles of active Gunnison sage-grouse leks (if nesting habitat is not mapped) from March 1 to July 15. (Refer to Appendix B; Figure 8, Appendix A.) |
| SSS–GSG-AU-03 | Allowable Use:<br>**STIPULATION** NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in USFWS Gunnison sage-grouse occupied critical habitat and nondesignated occupied breeding habitat as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). (Refer to Appendix B; Figures 7 and 9, Appendix A.) |
| SSS–GSG-AU-04 | Allowable Use:<br>**STIPULATION** NSO-31/SSR-32: *Gunnison Sage-Grouse Breeding Habitat and Critical Habitat.* Prohibit surface occupancy and use and apply SSR restrictions in USFWS Gunnison sage-grouse occupied critical habitat and nondesignated occupied breeding habitat as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). (Refer to Appendix B; Figures 7 and 9, Appendix A.) |
| SSS–GSG-AU-05 | Allowable Use:<br>**STIPULATION** CSU-29/ SSR-34: *Gunnison Sage-Grouse Potential Habitat.* Surface occupancy or use may be restricted and SSR restrictions applied in USFWS Gunnison sage-grouse unoccupied critical habitat or to protect Gunnison sage-grouse potential habitats as mapped and defined by the BLM, USFWS, and CPW (including federal minerals).<br><br>Conservation measures may be imposed as necessary. Special design, construction, and implementation measures, including relocation of operations from identified habitat features (e.g., seeps or relatively mesic zones critical to brood rearing) to maintain high-quality Gunnison sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to sage-grouse use in the area. |

BLM_0167600

| | SPECIAL STATUS SPECIES |
|---|---|
| | Sound levels at leks, due to new project noise individually or cumulatively from anthropogenic sources, should not exceed 10 decibels above baseline sound levels at the perimeter of a lek during the breeding season (March 1 to May 15), 6 PM to 8 AM. Baseline sound levels should be determined prior to project initiation. Sound level measurement and monitoring protocols will be coordinated with CPW. (Refer to Appendix B; Figures 7 and 9, Appendix A.) |
| SSS–GSG-MA-01 | **Action:** <br> Manage Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius) (1,330 acres) as ROW exclusion and critical habitat (12,840 acres) as ROW avoidance. |
| | *Raptors* |
| | *This section includes both special status raptors and non-special status raptors from the Terrestrial Wildlife – Raptors section.* <br><br> *Special status raptors, including Birds of Conservation Concern, are Mexican spotted owl, American peregrine falcon (Falco peregrinus anatum), northern goshawk (Accipter gentilis), ferruginous hawk (Buteo regalis), burrowing owl (Athene cunicularia), bald eagle (Haliaeetus leucocephalus), golden eagle (Aquila chrysaetos), and prairie falcon (Falco mexicanus), and flammulated owl (Psiloscops flammeolus).* <br><br> *Non-special status raptors are American kestrel (Falco sparverius), osprey (Pandion haliaetus), red-tailed hawk (Buteo jamaicensis), Swainson's hawk (Buteo swainsoni), Cooper's hawk (Accipiter cooperii), sharp-shinned hawk (Accipiter striatus), rough-legged hawk (Buteo lagopus), northern harrier (Circus cyaneus), merlin (Falco columbarius), barn owl (Tyto alba), boreal owl (Aegolius funereus), northern pygmy owl (Glaucidium californicum), northern saw-whet owl (Aegolius acadicus), short-eared owl (Asio flammeus), western screech owl (Megascops kennicottii), and great-horned owl (Bubo virginianus).s* |
| SSS–RPT-AU-01 | Allowable Use: <br> **STIPULATION** TL-20: *Wildlife Sensitive Raptor Nest.* Prohibit surface use and surface-disturbing and disruptive activities within an 805-meter (0.50-mile) radius of active raptor nests as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following time periods, or until fledging and dispersal of young: <br> • Bald Eagle: November 15 to July 31 <br> • Golden Eagle: December 15 to July 15 <br> • Ferruginous Hawk : February 1 to August 15 <br> • American Peregrine Falcon and Prairie Falcon: March 15 to July 31 <br> • Northern Goshawk: March 1 to August 31 <br> • Burrowing Owl: March 15 to August 15 <br><br> *Wildlife Raptor Nest.* Prohibit surface use within a 402-meter (0.25-mile) radius of active raptor nests as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following time period(s), or until fledging and dispersal of young: |

BLM_0167601

| | SPECIAL STATUS SPECIES |
|---|---|
| | • Osprey: April 1 to August 31<br>• Red-Tailed Hawk: February 15 to August 15<br>• Swainson's Hawk, Cooper's Hawk, Sharp-Shinned Hawk, and Northern Harrier: April 1 to August 15<br>• Great-horned Owl: February 1 to August 15<br>• Other owls and raptors (excluding kestrel): March 1 to August 15<br>(Refer to Appendix B; Figure 8, Appendix A.) |
| SSS–RPT-AU-02 | Allowable Use:<br>**STIPULATION** NSO-36/ SSR-36: *Raptor Nest Sites (Except Mexican Spotted Owl).* Prohibit surface occupancy and use and apply SSR restrictions in the following areas:<br>• Bald Eagle: Within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>• Golden Eagle: Within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>• Ferruginous Hawk, American Peregrine Falcon, Prairie Falcon, and Northern Goshawk: Within 0.50-mile of active and inactive nest sites<br>• All other Special Status and Non-Special Status Raptors (except Mexican spotted owl): Within 0.25-mile of active and inactive nest sites<br>(Refer to Appendix B; 7 and 9, Appendix A.) |
| SSS–RPT-AU-03 | Allowable Use:<br>**STIPULATION** CSU-32/ SSR-37: *Raptor Breeding Habitat (Accipiters, Falcons [Except Kestrel], Buteos, and Owls [Except Mexican Spotted Owl]).* Apply CSU and SSR restrictions within 1.0 mile of nest sites. (Refer to Appendix B; Figures 7 and 9, Appendix A.) |
| SSS–RPT-AU-04 | Allowable Use:<br>**STIPULATION** NSO-38/ SSR-38: *Bald Eagle Winter Roost Sites.* Prohibit surface occupancy and use and apply SSR restrictions within 0.25-mile of bald eagle winter roost sites. (Refer to Appendix B; Figures 7 and 9 , Appendix A.) |
| SSS–RPT-AU-05 | Allowable Use:<br>**STIPULATION** TL-21: *Bald Eagle Winter Roost Sites.* Prohibit surface use and surface-disturbing activities within an 805-meter (0.50-mile) radius of an active bald eagle winter roost as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, from November 15 to March 15. (Refer to Appendix B; Figure 8, Appendix A.) |
| SSS–RPT-AU-06 | Allowable Use:<br>**STIPULATION** CSU-33/SSR-38: *Bald Eagle Habitat (Winter Concentration and Communal Roosts).* Surface occupancy or use may be restricted or prohibited and SSR restrictions applied in bald eagle habitat to protect winter concentration areas and |

BLM_0167602

| | SPECIAL STATUS SPECIES |
|---|---|
| | communal roost sites. Incorporate applicable conservation measures from the USFWS National Bald Eagle Management Guidelines. (Refer to Appendix B; Figures 7 and 9, Appendix A.) |
| SSS–RPT-AU-07 | Allowable Use: **STIPULATION** TL-22: *Bald Eagle Winter Concentration Areas*. Prohibit surface use and surface-disturbing and disruptive activities within bald eagle winter concentration areas from November 15 to April 1. (Refer to Appendix B; Figure 8, Appendix A.) |
| SSS–RPT-AU-08 | Allowable Use: **STIPULATION** TL-23: Wildlife: *Mexican Spotted Owl Timing Limitation (Suitable Breeding Habitat)*. Prohibit surface use and surface-disturbing and disruptive activities in mapped suitable Mexican spotted owl breeding habitat as mapped in the RMP, BLM's GIS database, or other data provided by local, state, federal, or tribal agencies, including as defined in the Mexican spotted owl recovery plan, that are analyzed and accepted by the BLM, from March 1 to August 31. (Refer to Appendix B; Figure 8, Appendix A.) |
| SSS–RPT-AU-09 | Allowable Use: **STIPULATION** CSU-34/SSR-40: *Mexican Spotted Owl Suitable Breeding Habitat*. Surface occupancy or use may be restricted or prohibited, and SSR restrictions applied, to Mexican spotted owl breeding habitat as defined in the Mexican spotted owl recovery plan. Manage in accordance with the current Mexican spotted owl recovery plan. Field Manager may require the proponent/ applicant to submit a plan of development that demonstrates that impacts on Mexican spotted owl habitat have been avoided to the extent practicable. (Refer to Appendix B; Figures 7 and 9, Appendix A.) |
| SSS–RPT-AU-10 | Allowable Use: **STIPULATION** NSO-40/SSR-41: *Mexican Spotted Owl*. Prohibit surface occupancy and use and apply SSR restrictions on lands identified as Protected Activity Centers for Mexican spotted owl. (Refer to Appendix B; Figures 7 and 9, Appendix A.) |
| | *Special Status Terrestrial Wildlife- Gunnison's and White-Tailed Prairie Dog* |
| SSS–DOG-AU-01 | Allowable Use: **STIPULATION** CSU-35/ SSR-42: *Wildlife BLM Sensitive Species (Gunnison and White-Tailed Prairie Dogs)*. Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: Within 150 feet of active Gunnison's prairie dog (*Cynomys gunnisoni*) and white-tailed prairie dog (*Cynomys leucurus*) towns. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). (Refer to Appendix B; Figures 7 and 9, Appendix A.) |
| SSS–DOG-AU-02 | Allowable Use: **STIPULATION** TL-24: *Gunnison and White-Tailed Prairie Dog*. Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of active prairie dog colonies from March 1 to June 15. (Refer to Appendix B; Figure 8, Appendix A.) |

BLM_0167603

| | SPECIAL STATUS SPECIES |
|---|---|
| SSS–DOG-MA-01 | **Action:**<br>If requested by CPW, develop and manage prairie dog release areas on BLM-administered lands where private interest groups could be permitted to relocate prairie dogs from areas threatened by development on private lands, subject to site-specific analysis. |
| | *Special Status Terrestrial Wildlife – Kit Fox* |
| SSS–FOX-AU-01 | Allowable Use:<br>**STIPULATION** CSU-37/SSR-44: *Wildlife BLM Sensitive Species (Active Kit Fox Dens)*. Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: Within 200 meters (656 feet) of active kit fox (*Vulpes macrotis*) dens. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation). (Refer to Appendix B; Figures 7 and 9, Appendix A.) |
| SSS–FOX-AU-02 | Allowable Use:<br>**STIPULATION** TL-27: *Active Kit Fox Dens*. Prohibit surface use and surface-disturbing and disruptive activities within 0.25-mile of active dens from February 1 to May 1. (Refer to Appendix B; Figure 8, Appendix A.) |
| | *Special Status Terrestrial Wildlife – Bats* |
| SSS–BAT-MA-01 | **Action:**<br>Maintain the Cory Lode Mine (17.7 acres) as withdrawn from locatable mineral entry to protect sensitive bats (BLM sensitive bat species and Colorado State Species of Concern bat species). Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry for sensitive bat species' significant maternity roost or hibernaculum, as defined by CPW or USFWS. |
| SSS–BAT-MA-02 | **Action:**<br>In the event of a disease outbreak such as White-nose Syndrome, caves and other structures utilized by bats will be closed to public access, except for permitted scientific research or permitted recreational activities. Permits for scientific research or recreational access to these areas will follow current quarantine and sterilization procedures. |
| SSS–BAT-AU-01 | Allowable Use:<br>**STIPULATION** CSU-39/SSR-47: *Wildlife Bat: Bat Roost Sites and Winter Hibernacula (Colorado State Species of Concern)*. Surface occupancy or use may be restricted and SSR restrictions applied within 0.25-mile radius of the entrance of maternity roosts or hibernacula of Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. (Refer to Appendix B; Figures 7 and 9, Appendix A.) |

BLM_0167604

| | **SPECIAL STATUS SPECIES** |
|---|---|
| | *Special Status Terrestrial Wildlife – Waterfowl and Shorebirds* |
| SSS–WSB-AU-01 | Allowable Use: <br> **STIPULATION NSO-9/SSR-11:** *Hydrology River.* Prohibit surface occupancy and use and apply SSR restrictions within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: <br> • Gunnison <br> • North Fork Gunnison <br> • San Miguel <br> • Uncompahgre <br> • Dolores Rivers <br> (Refer to Appendix B; Figures 7 and 9, Appendix A.) |

| | **WILD HORSES** |
|---|---|
| WHS-GOAL-01 | **GOAL:** <br> Manage the Naturita Ridge Herd Area to maintain an ecological balance of resources and uses. |
| WHS-OBJ-01 | **Objective:** <br> Continue herd area designation for Naturita Ridge and maintain the closure to wild horses. |
| WHS-MA-01 | **Action:** <br> Do not reintroduce wild horses to the Naturita Ridge Wild Horse Area. |

| | **WILDLAND FIRE ECOLOGY AND MANAGEMENT** |
|---|---|
| FIR-GOAL-01 | **GOAL:** <br> Manage wildland fire and fuels with the protection of human life as the highest priority while also protecting social and economic values, achieving resource management objectives, and enhancing natural ecosystem processes and ecological sustainability. |
| FIR-OBJ-01 | **Objective:** <br> Collaborate with other federal agencies; state, county, and city governments; and fire protection districts regarding prevention, mitigation, and fire management activities. |
| FIR-MA-01 | **Action:** <br> Maintain a Fire Management Plan that supports interagency fire management across the Planning Area (including the BLM, Forest Service, US DOI National Park Service, and Colorado State Forest Service). |

BLM_0167605

| | WILDLAND FIRE ECOLOGY AND MANAGEMENT |
|---|---|
| FIR-OBJ-02 | **Objective:**<br>Utilize fire-protection and fuels-management activities to prevent or reduce negative impacts on social and resource values, including human life, private property and improvements, public utility lines, communication sites, developed recreation sites, cultural resources, special status species habitat, areas with mineral and energy development, renewable energy projects, municipal watersheds, public water supplies, and, to the extent practical, air quality. |
| FIR-MA-02 | **Action:**<br>Respond to all fires. Take actions necessary to address threats to social, economic, or resource values, while considering risks to firefighters. |
| FIR-MA-03 | **Action:**<br>Modify fuel complexes to meet the objective using mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to reduce fire behavior and resistance to control. |
| FIR-OBJ-03 | **Objective:**<br>Manage fire and fuels/vegetation to achieve specific resource management objectives, which include:<br>• Restore and enhance wildlife habitat.<br>• Improve vegetation condition for stand health, forage production, and watershed enhancement.<br>• Maintain and restore woodland and forest productivity.<br>• Maintain appropriate vegetation/age class mosaics and fuel complexes across the landscape.<br>• Work to restore Fire Regime Condition Classes 2 and 3 towards Class 1, and maintain areas of Class 1, consistent with fire and biological objectives. |
| FIR-MA-04 | **Action:**<br>Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives. |
| FIR-MA-05 | **Action:**<br>Use mechanical treatment, prescribed fire, seeding, herbicide, and pollinators in the most ecologically appropriate manner to achieve resource objectives. |
| FIR-MA-06 | **Action:**<br>Use managed fire throughout the Planning Area, except as precluded by other decisions in the RMP, as a natural process and to meet resource objectives using an ignition-by-ignition decision process. |
| FIR-OBJ-04 | **Objective:**<br>In all fire-management activities, utilize appropriate strategies and tactics commensurate with values at risk. |
| FIR-MA-07 | **Action:**<br>Use minimum-impact suppression tactics, where values at risk dictate, to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to soils, watersheds, ACECs, no ground disturbance (NGD) areas, WSAs, lands managed to minimize impacts on wilderness characteristics, areas with ancient or rare vegetation, and exotic or noxious species. |

BLM_0167606

| | **WILDLAND FIRE ECOLOGY AND MANAGEMENT** |
|---|---|
| FIR-OBJ-05 | **Objective:** Revegetate or manage lands affected by wildland fire to maintain vegetation appropriate to ecological site potential within the natural range of variability. |
| FIR-MA-08 | **Action:** Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, as necessary to meet BLM Colorado Public Land Health Standards (BLM 1997), vegetation and habitat objectives, or where human life or property are at risk from post-fire impacts. |

| | **CULTURAL RESOURCES** |
|---|---|
| CUL-GOAL-01 | **GOAL:** Identify, preserve, and protect significant cultural resources to ensure that they are available for appropriate purposes by present and future generations (i.e., for research, education, and preservation of cultural heritage). |
| CUL-OBJ-01 | **Objective:** Preserve the nature and value of cultural resources, focusing on high-priority sites[1]. <br><br> [1]High-priority sites are eligible properties whose eligibility is under threat due to natural or human-caused alterations. |
| CUL-MA-01 | **Action:** Allocate cultural resources currently recorded, or projected to occur on the basis of existing data synthesis, to use allocations according to their nature and relative preservation value (BLM Manual 8110.42). Cultural use allocations include: <br><br> <table><tr><td>Use Allocation</td><td>Management Action</td><td>Desired Outcome</td></tr><tr><td>a. Scientific use</td><td>Permit appropriate research including data recovery.</td><td>Preserved until research or data recovery potential is realized</td></tr><tr><td>b. Conservation for future use</td><td>Propose protective measures/designation</td><td>Preserved until conditions for use are met</td></tr><tr><td>c. Traditional use</td><td>Consult with tribes, determine limitations</td><td>Long-term preservation</td></tr><tr><td>d. Public use</td><td>Determine permitted use</td><td>Long-term preservation, on-site interpretation</td></tr><tr><td>e. Experimental use</td><td>Determine nature of experiment</td><td>Protected until used</td></tr><tr><td>f. Discharge from management</td><td>Remove protective measures</td><td>No use after recordation; not preserved</td></tr></table> |
| CUL-MA-02 | **Action:** Assign use category allocations to all current and newly discovered cultural resource sites and/or areas upon completion of site evaluation, and apply appropriate management actions to achieve the desired outcome. |

BLM_0167607

| CULTURAL RESOURCES | |
|---|---|
| CUL-MA-03 | **Action:**<br>Use category allocations may be revised in response to changing site conditions or as additional data and information are obtained. Criteria allowing for revising allocation are 1) environmental change or human-caused impacts that alter the significance or scientific potential; 2) changes brought about by mitigation and/or data recovery; 3) new discovery that adds to the site's potential and changes its eligibility for listing on the National Register of Historic Places; 4) new information or techniques that reveal a new scientific value that was not previously recognized; and 5) new information shared through Native American consultation. |
| CUL-MA-04 | **Action:**<br>Prioritize Scientific Use sites and/or areas and Conservation Use sites for listing on the National Register of Historic Places and develop a Cultural Resource Project Plan for Scientific Use sites that outlines specific management objectives and actions for protection. Scientific Use sites include stratified open occupations and rock shelters, site complexes, and sites within landscape-based prehistoric and historic use areas. |
| CUL-MA-05 | **Action:**<br>Prioritize Conservation Use sites for listing on the National Register of Historic Places, and within 2 years from the listing develop a Cultural Resource Project Plan for Conservation Use sites that outlines specific management objectives and actions for protection. Conservation use sites include rock art sites, prehistoric structures, and historic buildings and/or structures, such as the Hanging Flume, Paradox Rock art, historic Ute wickiups, and important historic mining operations. |
| CUL-MA-06 | **Action:**<br>Set aside cultural resource sites and/or areas (Traditional Use category) for long-term preservation because of their cultural and religious value to Native American Tribes. Sites/areas are identified as traditional cultural properties and sacred sites in consultation with Native American Tribes. |
| CUL-AU-01 | Allowable Use:<br>**STIPULATION** NSO-46/SSR-49: *Allocation to Traditional Use.* Prohibit surface occupancy and use and apply SSR restrictions within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. In addition, consider visual impacts that projects may have on sites allocated to this use, and apply appropriate mitigation, which may include redesign. (Refer to Appendix B.) |
| CUL-MA-07 | **Action:**<br>Assign historical sites in the Uravan Mining Belt (e.g., the Wild Steer complex, Long Park, Monogram Mesa, and the Uravan area), historical buildings that may be suitable for adaptive use, historical roads and trails (e.g., Old Spanish National Historic Trail, Tabeguache Trail), The Hanging Flume (National Register of Historic Places) and select rock art sites after consultation with the appropriate tribal entities (e.g., the Paradox Rock art Complex, Dolores Canyon, Uncompahgre Plateau) to Public Use for environmental and heritage education. |

BLM_0167608

| | **CULTURAL RESOURCES** |
|---|---|
| CUL-MA-08 | **Action:**<br>Develop a Cultural Resource Project Plan that develops site-specific management actions for all Public Use sites. In the plan, outline specific management objectives and actions for Heritage Tourism including retrieval of scientific information, hardening for public use, interpretation, and long-term protection. |
| CUL-MA-09 | **Action:**<br>Manage and protect cultural resources allocated to Public Use, including traditional cultural properties with a secondary allocation to Public Use by implementing the following actions, including but not limited to:<br>• Developing heritage tourism at sites designated to Public Use using Best Management Practices<br>• Interpreting sites<br>• Organizing and conducting ongoing educational programs for tribal groups, the public, school groups, vocational archaeology groups, project proponents, permittees, contractors, and others about cultural resource ethics, and encouraging their assistance in reporting new discoveries and vandalism incidents<br>• Consulting with tribes when appropriate |
| CUL-MA-10 | **Action:**<br>Develop a Cultural Resource Project Plan to outline research objectives for allowable use on all Experimental Use sites. |
| CUL-MA-11 | **Action:**<br>Develop and annually update a list of sites to allocate to the Discharge Use category; reevaluate as needed and compile supporting documentation. Submit for consultation with the State Historic Preservation Office. |
| CUL-GOAL-02 | **GOAL:**<br>Seek to reduce imminent threats and resolve potential conflicts from natural or human-caused deterioration or potential conflict with other resource uses (FLPMA Sec. 103(c); National Historic Preservation Act Section 106, 110(a)(2)) by ensuring that all authorizations for land use and resource use will comply with Section 106 of the National Historic Preservation Act. |
| CUL-OBJ-02 | **Objective:**<br>Manage individual cultural resources in accordance with the use allocation finding for each cultural and historic property. |

BLM_0167609

| | **CULTURAL RESOURCES** |
|---|---|
| CUL-MA-12 | **Action:**<br>Evaluate all cultural resources for use allocation and desired outcome (scientific use, conservation for future use, traditional use, public use, experimental use, or discharged from management).<br>Prioritize the following areas for inventory and evaluation:<br>• Roc Creek (Anasazi rock art)<br>• Uravan historic mining district<br>• Paradox Valley<br>• Dolores River Canyon<br>• Uncompahgre Plateau<br>• Tabeguache/Dolores Canyons<br>• Hanging Flume |
| CUL-MA-13 | **Action:**<br>Develop and protect suitable cultural resource properties for public enjoyment through such practices as interpretive signing and stabilization. Priority areas include the Hanging Flume, Paradox Valley Rock Art Complex, and Roc Creek rock art. |
| CUL-MA-14 | **Action:**<br>Identify, inventory, and evaluate individual sites within the Dolores River Canyon WSA for eligibility for listing on the National Register of Historic Places. |
| CUL-MA-15 | **Action:**<br>In Wilderness Areas and WSAs allow the use of cultural resource properties only for religious or research purposes, or for stabilization of "at risk" properties, and only when such use will not degrade wilderness values. |
| CUL-AU-02 | Allowable Use:<br>**STIPULATION** CSU-43/SSR-53: *Cultural.* Surface occupancy or use may be restricted and SSR restrictions applied due to historic properties and/or resources protected under the National Historic Preservation Act, American Indian Religious Freedom Act, Native American Graves Protection and Repatriation Act, Executive Order 13007, or other statutes and executive orders. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The BLM will not approve any ground-disturbing activities that may affect any such properties or resources until it completes its obligations (e.g., State Historic Preservation Office and tribal consultation) under applicable requirements of the National Historic Preservation Act and other authorities. The BLM may require modification to exploration or development proposals to protect such properties, including indirect effects including audible, atmospheric and setting impacts on the significant qualities of a historic property and visual impacts as determined through consultation with SHPO and the appropriate tribal entities, or disapprove any activity that is likely to result in adverse effects that cannot be successfully avoided, minimized, or compensated. |
| CUL-MA-16 | **Action:**<br>Manage sites listed on or eligible for listing on the National Register of Historic Places as ROW avoidance. |

BLM_0167610

| | CULTURAL RESOURCES |
|---|---|
| CUL-MA-17 | **Action:**<br>Develop a cultural resource management plan to guide research and long term protection of cultural properties associated with the Paradox Rock Art Complex, Uravan Mineral Belt, Dolores Canyon, the Uncompahgre Plateau and other areas as determined by new information, research strategies and resource protection needs. |
| CUL-MA-18 | **Action:**<br>Nominate individual sites that meet National Register of Historic Places criteria to the National or State Registers of Historic Places. |
| CUL-MA-19 | **Action:**<br>Manage 1,080 acres in the Paradox Rock Art Complex area as a National Register District to protect unique cultural resource values. (Refer to the *Areas of Critical Environmental Concern* section, Paradox Rock Art ACEC.) |
| CUL-AU-03 | Allowable Use:<br>**STIPULATION** NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B; Figure 7, Appendix A.) |
| CUL-MA-20 | **Action:**<br>Attach the following standard stipulations to any BLM-issued permit in which there may be ground-disturbing activities or the potential for the inadvertent discovery or effects on any National Register of Historic Places or otherwise eligible historic or archaeological cultural property:<br>• If historic or archaeological materials are uncovered during permitted activities, the operator is to immediately stop activities in the immediate area of the find that might further disturb such materials and must immediately contact the BLM Authorized Officer. Within 5 working days, the BLM Authorized Officer will inform the operator as to whether the materials appear eligible for the National Register of Historic Places and what mitigation measures the operator will likely have to undertake before the construction may proceed.<br>• The permittee is responsible for informing all persons who are associated with the project that they will be subject to prosecution for knowingly disturbing archaeological sites or for collecting artifacts.<br>In accordance with 43 CFR 10.4(g), the holder of the authorization must notify the BLM Authorized Officer, by telephone, with written confirmation, immediately after the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony. Further, in accordance with 43 CFR 10.4(c) and (d), the holder of the authorization must stop activities in the vicinity of the discovery and protect it for 30 days or until notified to proceed by the BLM Authorized Officer. (Refer to Appendix B.) |

BLM_0167611

| | PALEONTOLOGICAL RESOURCES |
|---|---|
| PAL-GOAL-01 | **GOAL:**<br>Identify, protect, and manage paleontological resources for the preservation, interpretation, and scientific uses by present and future generations. |
| PAL-OBJ-01 | **Objective:**<br>Manage paleontological resources for their scientific, educational, and recreational values. |
| PAL-MA-01 | **Action:**<br>Require that land use authorizations consider actions on public lands according to their Potential Fossil Yield Classification. |
| PAL-MA-02 | **Action:**<br>Develop a Paleontological Site Management Plan for known localities, including:<br>• Potter Creek<br>• San Miguel Canyon<br>• Placerville Jurassic Fish Locality<br>• Dolores River Canyon<br>• Atkinson Mesa/Mesa Creek area |
| PAL-MA-03 | **Action:**<br>In Potential Fossil Yield Classification Class 4 and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. |
| PAL-LN-01 | **LEASE NOTICE** LN-UFO-3: *High Potential Paleontological Resources*: The lessee/operator is given notice that lands in this lease have been identified as having high potential for paleontological resources. Planned projects should be consistent with the Paleontological Resources Preservation Act and BLM Manual and Handbook H-8270-1, Chapter III (A) and III (B), to avoid areas where significant fossils are known or predicted to occur or to provide for other mitigation of possible adverse effects (RX, NF, ESR). Mitigation of impacts on scientifically important paleontological resources may include avoidance, monitoring, collection, excavation, or sampling. Mitigation of discovered scientifically important paleontological resources may require the relocation of the surface disturbance activity over 200 meters (656 feet). Inventory and any subsequent mitigation shall be conducted by a BLM permitted paleontologist.<br>Modifications to the Surface Use Plan of Operations may be required in order to protect paleontological resources from surface-disturbing activities in accordance with Section 6 of the lease terms and 43 CFR 3101.1-2. |
| PAL-MA-04 | **Action:**<br>Where project development threatens significant paleontological resources, require proponents to avoid by project redesign or to conduct scientific data recovery excavation. |

BLM_0167612

| PALEONTOLOGICAL RESOURCES | |
|---|---|
| PAL-LN-02 | **LEASE NOTICE** LN-UFO-4: *Paleontological Areas.* Require an accredited paleontologist approved by the BLM Authorized Officer to perform an inventory of areas of surface-disturbing activities in Potential Fossil Yield Classification Class 4 and 5 (previously known as Class I and II) paleontological areas, in accordance with BLM Instruction Memorandum No. 2008-009: Potential Fossil Yield Classification System for Paleontological Resources on Public Lands (BLM 2007b). (Refer to Appendix B.) |

| VISUAL RESOURCES | |
|---|---|
| VIS-GOAL-01 | **GOAL:**<br>Maintain the scenic quality and natural aesthetics of river canyons, open space landscapes, cultural landscapes, and other areas with high-quality visual resources that are considered important as social, economic, and environmental values. |
| VIS-OBJ-01 | **Objective:**<br>Manage visual resources for overall multiple use in accordance with visual resource management (VRM) classifications. |
| VIS-MA-01 | **Action:**<br>Designate VRM classes, as mapped, as follows (Figure 3, Appendix A):<br>• BLM surface:<br>  o VRM Class I = 46,440 acres<br>  o VRM Class II = 105,490 acres<br>  o VRM Class III = 370,600 acres<br>  o VRM Class IV = 153,260 acres<br>• Recommend the following VRM classes for private or state surface/ federal mineral estate:<br>  o VRM Class I = 0 acres<br>  o VRM Class II = 92,680 acres<br>  o VRM Class III = 172,500 acres<br>  o VRM Class IV = 30,250 acres<br>  o Undesignated = 0 acres |

BLM_0167613

| | VISUAL RESOURCES |
|---|---|
| VIS-MA-02 | **Action:**<br>Manage 46,440 as VRM Class I (Figures 3, Appendix A):<br>• Tabeguache Area<br>• WSAs<br>• Suitable WSR segments classified as "wild" with a scenic outstandingly remarkable value (see Table II-5 [Summary of Wild and Scenic River Study Segments]) or within a WSA or the Tabeguache Area<br>　o Roubideau Creek Segment 1<br>　o San Miguel River Segment 2<br>　o Tabeguache Creek Segment 1<br>　o Dolores River Segment 1a<br>　o La Sal Creek Segment 3 |
| VIS-MA-03 | **Action:**<br>Manage 105,490 acres, as mapped, as VRM Class II, including the following (Figure 3, Appendix A):<br>• SRMAs<br>　o Dolores River Canyon recreation management zones (RMZs) 1 and 2 (if released from WSA designation)<br>　o Roubideau RMZ 1 (if released from WSA designation [Camel Back WSA])<br>　o San Miguel River RMZ 3<br>　o Spring Creek RMZ 2<br>　o Dry Creek RMZ 5<br>• ACECs<br>　o Needle Rock<br>　o Adobe Badlands<br>• Suitable WSR segments classified as "wild" without a scenic outstandingly remarkable value and not within a WSA or the Tabeguache Area<br>　o Monitor Creek<br>　o Potter Creek<br>　o Saltado Creek<br>• Suitable WSR segments classified as "scenic" and suitable WSR segments classified as "recreational" with a scenic outstandingly remarkable value (see Table II-5 [Summary of Wild and Scenic River Study Segments])<br>• Lands within 0.5-mile of National Historic Trails, except for the Old Spanish National Historic Trail<br>• Lands within 0.5-mile of the following National and BLM Byways<br>　o Grand Mesa Scenic Byway<br>　o Portion of West Elk Scenic Byway from Northeast UFO boundary to Gunnison County Road 12 |

*Uncompahgre Field Office Approved Resource Management Plan*

BLM_0167614

| | VISUAL RESOURCES |
|---|---|
| VIS-MA-04 | **Action:**<br>Manage 370,600 acres, as mapped, as VRM Class III, including, but not limited to, the following (Figure 3, Appendix A):<br>• Extensive recreation management areas (ERMAs)<br> o Burn Canyon<br> o Kinikin Hills<br> o Paradox Valley<br>• SRMAs<br> o Dolores River Canyon RMZ 3<br> o Dry Creek RMZ 1-4<br> o Jumbo Mountain<br> o Ridgway Trails<br> o Roubideau RMZs 2-4 (portions of RMZ 2 overlapping the Camel Back WSA would be managed as VRM III if WSA is released from designation)<br> o San Miguel River RMZs 1, 2 and 4<br> o Spring Creek RMZs 1 and 3<br>• ACECs<br> o Fairview South (BLM Expansion)<br> o San Miguel River<br>• Lands within 0.5-mile of the Old Spanish National Historic Trail<br>• Lands within 0.50-mile of the following National and BLM Byways<br> o Portion of the West Elk Scenic Byway west of Gunnison County Road 12<br> o San Juan Skyway<br> o Unaweep/ Tabeguache Byway<br>Other areas as mapped including:<br>• Oak Ridge<br>• McDonald Creek area<br>• Youngs Peak<br>• Smith Fork (40s)<br>• Billy Creek area<br>• Wray Mesa<br>• Lion Creek<br>• North of County Road 12 outside of West Elk Scenic Highway buffer |

BLM_0167615

| VISUAL RESOURCES | |
|---|---|
| VIS-MA-05 | **Action:**<br>Manage 153,260 acres, as mapped, as VRM Class IV, as follows (Figure 3, Appendix A):<br>• North Delta SRMA<br>• Private edge-holdings and inholdings on National Forest System lands that do not have a Visual Resource Inventory<br>• All other areas not identified as VRM Class I, II, or III |
| VIS-OBJ-02 | **Objective:**<br>Maintain dark night sky conditions in areas that are generally unaffected by man-made light sources. |
| VIS-MA-06 | **Action:**<br>Prohibit permanent artificial outdoor lighting in VRM Class I areas. |
| VIS-LN-01 | **LEASE NOTICE** LN-UFO-6: *Night Skies*. Require that permanent and temporary artificial outdoor lighting be shielded and downward-facing ("full cut-off" fixtures) to minimize impacts on naturally dark night skies. An exception, with mitigation, may be granted for temporary lighting if the requirement will create a hazard. (Refer to Appendix B.) |
| VIS-LN-02 | **LEASE NOTICE** LN-UFO-6: *Night Skies*. Require that permanent artificial outdoor lighting be turned off when it is not needed. (Refer to Appendix B.) |

| LANDS WITH WILDERNESS CHARACTERISTICS | |
|---|---|
| LWC-GOAL-01 | **GOAL:**<br>Provide protection when possible to preserve inventoried wilderness characteristics of areas determined to possess wilderness characteristics (e.g., appearance of naturalness, outstanding opportunities for primitive and unconfined recreation, or solitude), while allowing for competing resource uses. |
| LWC-OBJ-01 | **Objective:**<br>Through project analysis, analyze and disclose impacts on lands inventoried and found to possess wilderness characteristics, and minimize impacts on those values. |
| LWC-MA-01 | **Action:**<br>Manage 18,320 acres to minimize impacts on wilderness characteristics, while managing for other uses.<br>• Camel Back WSA Adjacent (6,950 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Roc Creek/Carpenter Ridge (4,340 acres)<br>Conserve wilderness characteristics where possible through relocation, design criteria, and/or mitigation.<br>Maintain an ongoing, up-to-date inventory of lands with wilderness characteristics. |

BLM_0167616

| LANDS WITH WILDERNESS CHARACTERISTICS | |
|---|---|
| LWC-AU-01 | Allowable Use:<br>**STIPULATION** CSU-60: *Lands Identified as Having Wilderness Characteristics While Managing for Other Uses.* On lands identified as possessing wilderness characteristics, special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing disturbance activities in the following areas, the proponent may be required to submit a plan of development that demonstrates that identified wilderness characteristics will be conserved:<br>• Camel Back WSA Adjacent (6,950 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Roc Creek/Carpenter Ridge (4,340 acres) |
| LWC-MA-02 | **Action:**<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, determine whether to manage wilderness characteristics on a case-by-case basis consistent with BLM Manual 6310, Conducting Wilderness Characteristics Inventory on BLM Lands, and BLM Manual 6320, Considering Lands with Wilderness Characteristics in the BLM Land Use Planning Process.<br>• Consider adjacent other federal lands to determine whether the acquired lands if combined with the other federal lands constitute a piece that possesses wilderness characteristics. In the case of acquired lands inventoried and determined to possess wilderness characteristics, the BLM Authorized Officer must determine if these lands warrant specific management or protection not already provided for by the RMP. If the BLM Authorized Officer determines that protection is warranted for the area, then determine whether existing resource protection measures are sufficient to mitigate impacts from any proposed activity (on a case-by-case basis) or if planning-level decisions are necessary to protect the area. The BLM Authorized Officer will consider potential adverse impacts on lands with wilderness characteristics through the NEPA process for a proposed project. A NEPA process considering potential impacts on an area not previously considered for protection in a land use planning process should analyze alternative management options for the area, including an alternative that analyzes protection of wilderness characteristics. |

BLM_0167617

| | RESOURCE USES |
|---|---|
| | **FORESTRY AND WOODLAND PRODUCTS** |
| FOR-GOAL-01 | **GOAL:**<br>Provide forest and woodland products on a sustainable basis to meet local needs and promote ecological health. |
| FOR-OBJ-01 | **Objective:**<br>Manage forests and woodlands within the historic range of natural variability while ensuring ecological diversity, maintaining successional processes, maintaining sustainability (including the desired mix of structural stages and landscape/watershed functions), and providing for native plant and wildlife habitats. |
| FOR-MA-01 | **Action:**<br>Designate 675,800 acres of forest management units (Figure 22, Appendix A):<br>● North Fork (132,300 acres)<br>● Paradox (175,880 acres)<br>● San Miguel (189,030 acres)<br>● Storm King (41,700 acres)<br>● Uncompahgre Plateau (136,890 acres)<br>Of those acres, 503,830 acres are available for commercial wood harvest and 444,220 acres are open to general wood cutting. Forest management units with total acres and acres available for commercial harvest and general wood cutting are:<br>● North Fork – 132,300 acres<br>  o General<br>    - Open to general wood collection – 83,890 acres<br>    - Closed to general wood collection – 48,410 acres<br>  o Commercial<br>    - Open to commercial wood collection – 98,260 acres<br>    - Closed to commercial wood collection – 34,040 acres<br>● Paradox – 175,880 acres<br>  o General<br>    - Open to wood collection – 123,710 acres<br>    - Closed to wood collection – 52,170 acres<br>  o Commercial<br>    - Open to commercial wood collection – 135,890 acres<br>    - Closed to commercial wood collection – 39,990 acres<br>● San Miguel – 189,030 acres<br>  o General<br>    - Open to wood collection – 119,300 acres<br>    - Closed to wood collection – 69,730 acres<br>  o Commercial |

BLM_0167618

—

| | **FORESTRY AND WOODLAND PRODUCTS** |
|---|---|
| | - Open to commercial wood collection – 130,110 acres |
| | - Closed to commercial wood collection – 58,920 acres |
| | ● Storm King – 41,700 acres |
| | o General |
| | - Open to wood collection – 23,020 acres |
| | - Closed to wood collection – 18,680 acres |
| | o Commercial |
| | - Open to commercial wood collection – 28,760 acres |
| | - Closed to commercial wood collection – 12,940 acres |
| | ● Uncompahgre Plateau – 136,890 acres |
| | o General |
| | - Open to wood collection – 94,300 acres |
| | - Closed to wood collection – 42,590 acres |
| | o Commercial |
| | - Open to commercial wood collection – 110,810 acres |
| | - Closed to commercial wood collection – 26,080 acres |
| FOR-MA-02 | **Action:**<br>Allow harvest of minor (noncommercial timber) forest and woodland products in the following forest management units (units are shown on Figure 22, Appendix A):<br>● Pinyon-juniper<br>o North Fork<br>o Paradox<br>o San Miguel<br>o Storm King<br>o Uncompahgre Plateau<br>● Ponderosa pine<br>o Paradox<br>o Uncompahgre Plateau<br>● Aspen<br>o Storm King<br>● Spruce and subalpine fir<br>o Storm King<br>● Douglas fir<br>o San Miguel<br>o Storm King |

BLM_0167619

| FORESTRY AND WOODLAND PRODUCTS | |
|---|---|
| FOR-MA-03 | **Action:**<br>Allow commercial timber harvest of pinyon-juniper only; permit such harvest in all forest management units where consistent with land health and vegetation mosaic objectives.<br><br>Exception: Commercial harvest activities may be used for other forest cover types to improve forest health, to restore ecology, or to meet identified resource objectives. |
| FOR-MA-04 | **Action:**<br>Close the following areas (171,970 acres) to commercial wood product sales and/or harvest (unless there is an exception shown below; Figure 22, Appendix A):<br>● ACECs (refer to the *Areas of Critical Environmental Concern* section for specific restrictions and allowed wood product use or harvest)<br>  o Fairview South (BLM Expansion)<br>  o Needle Rock<br>  o San Miguel River<br>● Steep slopes (greater than 40 percent)<br>● Riparian areas<br>● The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County<br>● Ancient woodlands and forest<br>● Exemplary, ancient, and rare vegetation<br>● SRMAs (refer to Appendix E, [Description of Recreation Management Areas] for specific restrictions and allowed wood product use or harvest):<br>  o Dolores River Canyon<br>  o Dry Creek RMZs 1 and 2<br>  o Jumbo Mountain RMZ 1<br>  o North Delta<br>  o Ridgway Trails RMZ 1<br>  o Roubideau RMZs 1 and 2<br>  o San Miguel River<br>  o Spring Creek RMZ 2<br>● Tabeguache Area<br>● WSAs<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest and land health conditions, or to achieve vegetation mosaic objectives. |

BLM_0167620

| | FORESTRY AND WOODLAND PRODUCTS |
|---|---|
| FOR-MA-05 | **Action:**<br>Prohibit personal use firewood and other special forest product harvest from December 31 to April 30.<br>Subject commercial activities to spatial TLs, as described in Appendix B. |
| FOR-MA-06 | **Action:**<br>In appropriate forest cover types, allow biomass production and use where compatible with vegetation mosaics and other resource uses.<br>Make byproducts from forest management activities and woodlands affected by insect and disease available for biomass. |
| FOR-MA-07 | **Action:**<br>Encourage, where feasible, the harvest of woodland products in areas of proposed or existing vegetative treatments to lessen the need for additional treatment or land disturbance and in areas that need restoration for ecological benefits. |
| FOR-MA-08 | **Action:**<br>Manage forest and woodlands where compatible to achieve other resource objectives. |
| FOR-MA-09 | **Action:**<br>Before removing any commercial or noncommercial forest and woodland products as a result of permitted activities (e.g., mining, oil and gas production, sodium mining, and ROW), appraise and require the proponent to purchase the woodland products. The BLM could waive this requirement if the quantity of woodland product is of a small enough quantity to make the requirement unfeasible. |
| FOR-MA-10 | **Action:**<br>When carrying out projects to restore forest and woodlands, fully maintain or contribute toward the restoration of the structure and composition of historic stand composition according to the pre-fire suppression conditions characteristic of the forest type, taking into account the contribution of the stand to landscape fire adaptation and watershed health and retaining the large trees contributing to old-growth structure in appropriate forest/woodland types. |

| | LIVESTOCK GRAZING |
|---|---|
| GRZ-GOAL-01 | **GOAL:**<br>Provide adequate forage for livestock while attaining healthy rangelands, in accordance with land health standards and in balance with other resources and uses, and to support local agricultural communities. |
| GRZ-OBJ-01 | **Objective:**<br>Using best available science and monitoring data, at the implementation level, design grazing systems that will meet or make progress toward meeting BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997). Seek appropriate opportunities to increase, decrease, or maintain grazing permitted use (AUMs) at permit renewal. |
| GRZ-MA-01 | **Action:**<br>Make 616,640 acres available for livestock grazing (Figure 5, Appendix A). Provide 35,520 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997). Periodically evaluate acres available and active |

BLM_0167621

| LIVESTOCK GRAZING | |
|---|---|
| | grazing permitted use (e.g., AUMs, periods of use, and class of livestock) and adjust as needed based on monitoring and land health conditions. Refer to Appendix F, Livestock Grazing Allotments and Allotment Levels. |
| GRZ-MA-02 | **Action:**<br>Make 59,160 acres unavailable for livestock grazing, which includes allotments, portions of allotments, and un-allotted land. The purpose includes steep slopes, conflict with BLM recreation sites, or avoidance of sensitive resources, such as those described in the Fairview South *Area of Critical Environmental Concern* section. Refer to Appendix F, Livestock Grazing Allotments. |
| GRZ-MA-03 | **Action:**<br>Make approximately 2,680 acres available for livestock trailing by reactivating the previously closed Camel Back pasture in the Winter-Monitor allotment. This availability is for trailing only. Provide no additional AUMs of grazing permitted use. Trailing in the entire canyon is limited by time and is managed within the riparian objective and the BLM Colorado Guidelines for Livestock Grazing Management (BLM 1997). |
| GRZ-MA-04 | **Action:**<br>Limit livestock trailing use to established roads and trails to the extent possible. Permit trailing livestock to overnight or bed in riparian zones in areas identified by and only with prior approval. |
| GRZ-MA-05 | **Action:**<br>Exclude livestock grazing on disturbed areas (e.g., fire, reclamation of disturbed lands, seedings, and surface-disturbing vegetation treatments) to the extent needed to comply with BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997). |
| GRZ-MA-06 | **Action:**<br>Periodically evaluate allotments or portions of allotments to identify grazing issues. Base potential closure to livestock grazing and/or reduction in permitted use on the following criteria, when management is insufficient to remedy the problem:<br>• Areas identified as BLM disposal tracts<br>• Small percentage (less than 10 percent) of BLM-administered lands in allotment<br>• Areas unsuitable for livestock grazing (such as steep slopes)<br>• Major impact on wildlife or threatened and endangered species (such as competition for forage, winter range, Gunnison sage-grouse habitat), or sensitive fish habitat, as determined by data analysis<br>• Public health and safety<br>• High-intensity recreation areas/facilities<br>• Resource objectives for municipal watersheds<br>• Conflicts with adjoining private land development<br>• Impacts on cultural resource<br>Areas with high soil selenium concentrations |

| | LIVESTOCK GRAZING |
|---|---|
| GRZ-MA-07 | **Action:**<br>Adjust grazing management (e.g., AUMs, periods of use, allotments, class of livestock, and distribution) using an interdisciplinary process when the following data indicate that change is needed:<br>• Utilization levels or patterns of use in uplands and riparian areas and/or apparent trend data<br>• Long-term trend data<br>• Land Health Assessment data<br>• Other pertinent information, including that obtained from consultation with permittees, interested publics, and other agencies |
| GRZ-MA-08 | **Action:**<br>Implement allotment management actions through "terms and conditions" on grazing permits, resource activity plans (such as joint management area plans, coordinated resource management plans, wildlife habitat management plans), and guidance from existing or new allotment management plans. Base actions on resource monitoring, including data provided via partners or cooperators (e.g., Colorado Cattlemen's and Colorado Wool Growers Associations, Colorado Department of Agriculture, and livestock grazing permittees/lessees). Other data may include BLM Land Health Assessments in compliance with the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997). |
| GRZ-MA-09 | **Action:**<br>When developing grazing management strategies, place greater emphasis on improving rangeland health and forage quality and quantity. Include other considerations, such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs or mitigation of resource conflicts. |
| GRZ-MA-10 | **Action:**<br>Allocate increases in forage (AUMs) where applicable and feasible to livestock, wildlife, land health, or a combination of these. Consider sustainability, multiple use management objectives, and other pertinent information. These increases could come from, but are not limited to, wildfire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. |
| GRZ-MA-11 | **Action:**<br>Construct, modify, or remove range improvement projects and land treatments as appropriate to support livestock grazing management and other resource objectives. |
| GRZ-MA-12 | **Action:**<br>To provide for increased management options, allow for establishment of forage reserves on vacated or relinquished allotments and evaluate combining vacated or relinquished allotments with active allotments, as guided by BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997). |
| GRZ-OBJ-02 | **Objective:**<br>Manage grazing allotments to maintain desert and Rocky Mountain bighorn sheep populations, in cooperation with CPW. |
| GRZ-MA-13 | **Action:**<br>Until current science can mitigate risk associated with disease transmission:<br>• Exclude domestic goat grazing in occupied and suitable desert and Rocky Mountain bighorn sheep habitat. |

BLM_0167623

| | **LIVESTOCK GRAZING** |
|---|---|
| | • Manage domestic sheep grazing to minimize contact between domestic sheep and desert and Rocky Mountain bighorn sheep, using currently accepted peer-reviewed modeling techniques and best available data, in accordance with BLM policy (currently Manual 1730, Management of Domestic Sheep and Goats to Sustain Wild Sheep [BLM 2016]. (Refer to Appendix G for the bighorn/domestic sheep risk of contact modeling, management criteria, and maps.)<br>The bighorn/domestic sheep risk of contact modeling (Appendix G) is the preliminary assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the probability of interaction for each individual allotment; results will direct management for permit renewal. |
| GRZ-MA-14 | **Action:**<br>Until current science can mitigate the risk of disease transmission to bighorn sheep, prohibit conversion of cattle grazing allotments to domestic sheep/goat grazing unless effective separation results in a high confidence that there will be a low to no risk of contact with wild sheep.<br><br>The bighorn/domestic sheep risk of contact modeling (Appendix G) is the preliminary assessment for RMP analysis. At permit renewal, these assessments will be reviewed with more detailed on-the-ground data to assess the probability of interaction for each individual allotment; results will direct management for grazing permit renewal. |
| GRZ-MA-15 | **Action:**<br>Manage domestic sheep and goat trailing to minimize contact between domestic sheep/goats and desert and Rocky Mountain bighorn sheep, in accordance with BLM Manual 1730, Management of Domestic Sheep and Goats to Sustain Wild Sheep (BLM 2016). Where allotments are predicted to have an unacceptable likelihood for disease transmission, limit trailing to 1 to 2 days. |

| | **SOLID LEASABLE MINERALS (COAL)** |
|---|---|
| COA-GOAL-01 | **GOAL:**<br>Provide opportunities for environmentally sound exploration and development of coal resources. |
| COA-OBJ-01 | **Objective:**<br>In areas identified as suitable for additional coal exploration and/or leasing, allow federal exploration and/or leasing while providing protective stipulations to limit impacts on other resource values. |
| COA-MA-01 | **Action:**<br>Manage 1,910 acres (including 580 acres of split-estate) in the coal resource development potential area as closed to coal leasing, in accordance with congressional mandates (Figure 6, Appendix A):<br>• Tabeguache Area (Public Law 103-77)[1]<br>• Curecanti National Recreation Area (43 CFR 3400.2[a][8])[2]<br>• Congressionally designated National Trails (i.e., Old Spanish National Historic Trail; 43 CFR 3400.2[a][4]; 200-meter [656 feet] buffer from center line).<br>[1]A portion of the area is within the coal resource development potential area   [2]Not within the coal resource development potential area |

BLM_0167624

| | SOLID LEASABLE MINERALS (COAL) |
|---|---|
| COA-MA-02 | **Action:**<br>Manage 371,250 acres (Figure 6, Appendix A) in the coal resource development potential area as acceptable for further consideration of leasing and development.<br>● BLM surface/federal mineral estate: 215,050 acres<br>● Private or state surface/federal mineral estate: 156,200 acres |
| COA-MA-03 | **Action:**<br>Manage 2,500 acres in the coal resource development potential area identified in Screen 2 criteria, set forth in 43 CFR 3461.5, as unsuitable for surface mining and surface mining operations (Appendix H, Coal Screening Criteria for the Uncompahgre Planning Area; Figure 6, Appendix A):<br>● BLM surface/federal mineral estate: 2,170 acres<br>● Private or state surface/federal mineral estate: 330 acres |
| COA-MA-04 | **Action:**<br>Manage 44,570 acres as follows:<br>● BLM surface/federal mineral estate: 42,530 acres<br>● Private or state surface/federal mineral estate: 2,040 acres<br>(Figure 6, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development, in accordance with Screen 3, set forth in 43 CFR 3420.1 (Appendix H, Coal Screening Criteria for the Uncompahgre Planning Area). These areas include:<br>● State parks<br>● State wildlife areas<br>● Municipal parks<br>● SRMAs<br>  o Dolores River Canyon<br>  o Dry Creek<br>  o Jumbo Mountain<br>  o North Delta<br>  o Ridgway Trails<br>  o Roubideau<br>  o San Miguel River<br>  o Spring Creek<br>● ACECs<br>  o Adobe Badlands<br>  o San Miguel River<br>● Suitable WSR segments<br>● WSAs |

BLM_0167625

| SOLID LEASABLE MINERALS (COAL) | |
|---|---|
| COA-AU-01 | Allowable Use:<br>**STIPULATION** CSU-48: *Geology Coal Mine.* Surface occupancy or use may be restricted due to surface or underground coal mines. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Operations proposed within the area of an approved surface or underground coal mine will be relocated outside the area to be mined or to accommodate room and pillar and long wall mining operations. This stipulation does not apply to operations that vent, pipe, or capture mine methane for miner safety or for beneficial use. (Refer to Appendix B; Figure 7, Appendix A.) |
| COA-LN-01 | **LEASE NOTICE** LN-UFO-5: *Coal Areas.* The portions of the coal potential area where the overburden above the coal is less than 3,500 feet will be managed primarily for the exploration and development of coal resources. Oil and gas operators anticipating exploration or development operations are required to consult and coordinate their activities with the BLM Authorized Officer to first determine the status of the coal resource then what course of action is in the public's interest. Under no circumstances would the BLM approve any oil and gas operations that compromises maximum economic coal recovery or the safety of underground mining operations. Where the coal is in place but is neither licensed for exploration nor leased for mining, oil and gas operators may expect the BLM to scrutinize and adjust well placement and hydraulic fracturing activities to avoid ruining coal resources. Where the coal is either licensed for exploration or leased for mining the oil and gas, operators must consult with the affected coal operators on proposed oil and gas exploration or development. In the event that the oil and gas and coal operators are unable to agree on any proposal, the BLM Authorized Officer would intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. This applies even if actual exploration and mining has ceased. Where the BLM has determined the coal to be completely mined out and all licenses and leases terminated, the oil and gas operator is required to become informed about historic mine maps and mine-related drill holes. (Refer to Appendix B.) |

| FLUID LEASABLE MINERALS (Oil and Gas and Geothermal Resources) | |
|---|---|
| FLD-GOAL-01 | **GOAL:**<br>Provide opportunities to develop fluid minerals consistent with other resource goals and uses to support local and national energy needs. |
| FLD-OBJ-01 | **Objective:**<br>Lease federal fluid mineral and geothermal resources to facilitate economically and environmentally responsible exploration, development, and reclamation using the best available technology. |
| FLD-MA-01 | **Action:**<br>**NO LEASING** (NL): *BLM Surface/Federal Mineral Estate.* Manage 44,220 acres of the federal mineral estate underlying BLM-administered surface as closed to fluid mineral leasing and geophysical exploration:<br>● Tabeguache Area<br>● WSAs<br>(Refer to Appendix B; Figure 7, Appendix A.) |

BLM_0167626

| FLUID LEASABLE MINERALS (Oil and Gas and Geothermal Resources) | |
|---|---|
| FLD-MA-02 | **Action:**<br>**LEASING**<br>Manage 871,810 acres of the federal mineral estate as open to fluid mineral leasing and geophysical exploration, subject to standard lease terms and conditions (stipulations may apply) to protect existing resources:<br>● BLM surface/federal fluid mineral estate: 631,580 acres<br>● Private or state surface/federal fluid mineral estate: 240,230 acres<br>(Refer to Figure 2-7, Appendix A.) |
| FLD-AU-01 | Allowable Use:<br>**STIPULATION** NSO (all NSOs): Prohibit surface occupancy on 136,080 acres of the federal mineral estate:<br>● BLM surface/federal fluid mineral estate: 97,830 acres<br>● Private or state surface/federal fluid mineral estate: 38,250 acres that are open to fluid mineral leasing:<br>● Within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers<br>● Within 100 meters (328 feet) from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent.<br>● Within 305 meters (1,000 feet) on either side of a classified surface water-supply stream segment (as measured from the average high high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State of Colorado as a "water supply," and within a 2,640-foot (0.50-mile) buffer of all public water supplies that use a groundwater well or groundwater under the direct influence of surface water. Also prohibit directional drilling within 457 vertical meters (1,500 vertical feet) below a surface public water supply or 457 vertical meters (1,500 vertical feet) below the depth of a public water supply that use a groundwater well or groundwater under the direct influence of surface water.<br>● Within 2,500 feet of the ordinary high-water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat<br>● Within 325 feet of the edge of the ordinary high water mark (bank-full stage) of occupied habitat for conservation populations (90 percent lineage green cutthroat trout) of native cutthroat trout<br>● Within occupied habitat for federally threatened endangered and proposed wildlife and bird species, except for Canada lynx, Mexican spotted owl, and yellow-billed cuckoo<br>● Gunnison sage-grouse breeding (lek) habitat<br>● Gunnison sage-grouse critical habitat<br>● Within 0.25-mile of active and inactive bald eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining)<br>● Within 0.25-mile of active and inactive golden eagle nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining) |

BLM_0167627

| **FLUID LEASABLE MINERALS** *(Oil and Gas and Geothermal Resources)* |
|---|
| • Within 0.50-mile of active and inactive ferruginous hawk, American peregrine falcon, prairie falcon, and northern goshawk nest sites<br>• Within 0.25-mile of active and inactive nest sites of all other special status raptors and those that are not special status (except Mexican spotted owl)<br>• Within 0.25-mile of bald eagle winter roost sites<br>• Lands identified as Protected Activity Centers for Mexican spotted owl<br>• Within 200 meters (656 feet) of cultural resource sites allocated to Traditional Use<br>• Paradox Rock Art Complex<br>• SRMAs<br>  o Dolores River Canyon RMZs 1, 2, 3<br>  o San Miguel River RMZs 1, 2, 3, 4<br>• Curecanti National Recreation Area<br>• State parks<br>• State wildlife areas<br>• Municipal Parks<br>• Within 1,500 feet of a US DOI, Bureau of Reclamation dam (i.e., Ridgway, Crawford, and Paonia dams) or their appurtenant structures<br>• ACEC<br>  o Adobe Badlands<br>  o Fairview South (BLM Expansion)<br>  o Needle Rock<br>  o San Miguel River<br>  o Biological Soil Crust<br>  o Paradox Rock Art<br>• Suitable WSR segments classified as "wild" or "scenic" (see Table II-5 (Summary of Wild and Scenic River Study Segments])<br>• US Department of Energy Uranium Mill Tailings Remedial Action Area<br>• Within 305 meters (1,000 feet) from building units.<br>• Nominated National Register District<br>• Plant Endangered Species Act-listed species (200 meter buffer from the edge of the mapped habitat)<br>(Refer to Appendix B; Figure 7, Appendix A.) |

BLM_0167628

| | **FLUID LEASABLE MINERALS (Oil and Gas and Geothermal Resources)** |
|---|---|
| FLD-AU-02 | Allowable Use:<br>**STIPULATION** CSU (all CSUs): Apply CSU restrictions on 641,750 acres of the federal mineral estate:<br>● BLM surface/federal fluid mineral estate: 492,920 acres<br>● Private or state surface/federal fluid mineral estate: 148,830 acres that are open to fluid mineral leasing:<br>● Bat roost sites and winter hibernacula<br>● Saline/selenium soils<br>● Potential biological soil crust<br>● Steep slopes over 40 percent<br>● Slopes of 30 to 39 percent<br>● Within a distance greater than 1,000 feet but less than 2,640 feet of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply," and all public water supplies that use a groundwater well or spring<br>● Within 1,000 feet of domestic water wells<br>● Desert and Rocky Mountain bighorn sheep summer range<br>● Within 328 feet of BLM sensitive plant species<br>● Yellow-billed cuckoo habitat<br>● Canada lynx habitat<br>● Gunnison sage-grouse breeding (lek) and critical habitat<br>● Gunnison sage-grouse potential habitat<br>● Within 1.0 mile of accipiter, falcon (except kestrel), buteo, and owl (except Mexican spotted owl) nest sites<br>● Bald eagle habitat (winter concentration and communal roosts)<br>● Mexican spotted owl suitable breeding habitat<br>● Within 150 feet of active Gunnison and white-tailed prairie dog towns<br>● Within 200 meters (656 feet) of active kit fox dens<br>● Lands inventoried with identified wilderness characteristics that are managed for multiple uses, while minimizing impacts on wilderness characteristics<br>  o Camel Back WSA Adjacent (6,950 acres)<br>  o Dry Creek Basin (7,030 acres)<br>  o Roc Creek (4,340 acres)<br>● SRMAs<br>  o Dry Creek RMZs, 1-5<br>  o Jumbo Mountain RMZs 1 and 2<br>  o Roubideau RMZs 1–4<br>  o North Delta SRMA<br>  o Ridgway Trails RMZs 1 and 2 |

| | FLUID LEASABLE MINERALS (Oil and Gas and Geothermal Resources) |
|---|---|
| | o Spring Creek RMZs 1, 2, and 3<br>● ERMAs<br>● Geology: coal mine<br>● Suitable WSR segments classified as "recreational" (see Table II-5 [Summary of Wild and Scenic River Study Segments])<br>● Within 0.5-mile of either side of the Old Spanish National Historic Trail<br>● National Recreation Trails<br>● Within 0.5-mile of scenic byways<br>● Protected cultural resources<br>(Refer to Appendix B; Figure 7, Appendix A.) |
| FLD-AU-03 | Allowable Use:<br>**STIPULATION** TLs (all TLs): Prohibit surface occupancy and surface-disturbing activities on 635,430 acres of the federal mineral estate (see the specific resource section and Appendix B for dates):<br>● BLM surface/federal fluid mineral estate: 494,340 acres<br>● Private or state surface/federal fluid mineral estate: 141,090 acres that are open to fluid mineral leasing:<br><br>● Coldwater sport and native fish<br>● Big game crucial winter range (severe winter range and winter concentration areas)<br>● Big game reproduction areas (elk, pronghorn, Rocky Mountain and desert bighorn sheep, and moose calving/fawning/lambing areas)<br>● Wild turkey winter habitat<br>● Gunnison sage-grouse winter range habitat<br>● Gunnison sage-grouse breeding (lek and non-lek) and critical habitat<br>● 0.5-mile radius around active nests of bald and golden eagle, ferruginous hawk, American peregrine falcon, prairie falcon, northern goshawk, and burrowing owl<br>● 0.25-mile radius around active nests of osprey; red-tailed, Swainson's, Cooper's, and sharp-shinned hawk; northern harrier; great horned owl; and other owls and raptors (except burrowing owl and kestrel)<br>● Bald eagle winter roost sites<br>● Bald eagle winter concentration areas<br>● Mexican spotted owl suitable breeding habitat<br>● Within 300 feet of active Gunnison and white-tailed prairie dog colonies<br>● Within 0.25-mile of active kit fox dens<br>(Refer to Appendix B; Figure 8, Appendix A.) |

BLM_0167630

| | **FLUID LEASABLE MINERALS** *(Oil and Gas and Geothermal Resources)* |
|---|---|
| FLD-AU-04 | Allowable Use:<br>**STIPULATION** NSO-54: *Recreation Park*. Prohibit surface occupancy and use within the boundaries of:<br>● Curecanti National Recreation Area<br>● State parks<br>● State wildlife areas<br>● Municipal parks<br>(Refer to Appendix B; Figure 7, Appendix A.) |
| FLD-AU-05 | Allowable Use:<br>**STIPULATION** NSO-55: *Bureau of Reclamation Dams or Appurtenant Structures*. Prohibit surface occupancy and use within 1,500 feet of a US DOI, Bureau of Reclamation dam (i.e., Ridgway, Crawford, and Paonia dams) or their appurtenant structures. Also, prohibit directional drilling within 1,500 vertical feet below a US DOI, Bureau of Reclamation dam or its appurtenant structures. (Directional drilling could be conducted more than 1,500 feet below these dams and structures from outside the 1,500-foot radius of the structures; refer to Appendix B; Figure 7, Appendix A.) |
| FLD-MA-03 | **Action:**<br>Require operators to meet the current BLM Gold Book standards for soil and water protection and plans for surface reclamation, plus other BMPs (Appendix C), as applicable, for all permitted fluid minerals (i.e., oil and gas and geothermal) actions. |

| | **LOCATABLE MINERALS, MINERAL MATERIALS, and NONENERGY LEASABLE MATERIALS** |
|---|---|
| LOC/SAL/NEL-GOAL-01 | **GOAL:**<br>Provide opportunities to develop locatable minerals, mineral materials, and nonenergy leasable minerals consistent with other resource goals and uses to support local and national energy and mineral needs. |
| | *LOCATABLE MINERALS* |
| LOC-OBJ-01 | **Objective:**<br>Facilitate environmentally responsible exploration and development of locatable minerals. |
| LOC-MA-01 | **Action:**<br>Maintain the following areas as withdrawn from locatable mineral entry (28,060 acres[1]; Figure 10, Appendix A):<br>● Tabeguache Area (8,060 acres)<br>● Cory Lode mine for bat roosting (20 acres; BLM 2008b)<br>● US DOI, Bureau of Reclamation withdrawals (9,010 acres)<br>● Federal Energy Regulatory Commission withdrawals (1,610 acres)<br>● US Department of Energy lease tracts (9,620 acres; BLM 1985)<br><br>[1]The total sum includes overlapping acres. |

BLM_0167631

| | **LOCATABLE MINERALS, MINERAL MATERIALS, and NONENERGY LEASABLE MATERIALS** |
|---|---|
| LOC-MA-02 | **Action:**<br>Recommend to the Secretary of the Interior withdrawal from mineral entry the following areas totaling 15,790 acres (Figure 10, Appendix A):<br>● BLM surface/federal mineral estate: 15,790 acres<br>● Private or state surface/federal mineral estate: 0 acres<br>● Recreational sites (100-foot buffer)<br>● ACECs<br>　o Needle Rock<br>　o Biological Soil Crust<br>　o Paradox Rock Art<br>● Suitable WSR segments classified as "wild" (see Table II-5 [Summary of Wild and Scenic River Study Segments]) |
| LOC-MA-03 | **Action:** Allow locatable mineral exploration and development on the remaining 853,460 acres under the General Mining Law of 1872:<br>● BLM surface/federal mineral estate: 633,070 acres<br>● Private or state surface/ federal mineral estate: 220,390 acres<br>● Require a Plan of Operations for locatable mineral development in state classified surface water supply segments<br>● To avoid further cumulative effects within the San Miguel or Dolores Rivers, when an individual or group intends to conduct suction dredging activities, the activity will constitute casual use, as defined in 43 CFR 3809.5(1), when suction dredging is used only in the following manner: 1) Below the existing water surface, and 2) is conducted outside the period from April 1 to July 15 (for spring spawning of native cutthroat trout, rainbow trout and native warm water fish (flannelmouth sucker, bluehead sucker and roundtail chub)). If suction dredging activities are proposed outside of these parameters, then the activity will not constitute casual use and the individual or group must contact the Uncompahgre Field Office a minimum of 15 calendar days before beginning activities in order to determine whether a notice or plan needs to be submitted.<br>● The following management practices ordinarily result in no or negligible disturbance and qualify as casual use:<br>　1. Conduct all activities within stream channels at least two feet away from stream banks and inter-river islands with established vegetation.<br>　2. Do not disturb material too large to be moved by hand or hand tools.<br>　3. Do not disturb more than two cubic yards of material per day.<br>　4. If using an anchoring system, do not span waterways or restrict the free passage of watercraft.<br>　5. Fill all excavations (including those within the stream channel) within 14 days of completing activities.<br>　6. Ensure that suction dredging equipment does not exceed a 4-inch diameter intake nozzle and a 10-horsepower motor.<br>　7. Conduct dredging activities at least 100 feet away from bridge supports. |

BLM_0167632

| | **LOCATABLE MINERALS, MINERAL MATERIALS, and NONENERGY LEASABLE MATERIALS** |
|---|---|
| | *MINERAL MATERIALS (SALABLE MINERALS)* |
| SAL-OBJ-01 | **Objective:**<br>Facilitate environmentally responsible exploration and development of mineral materials. |
| SAL-MA-01 | **Action:**<br>Close 125,780 acres of federal mineral estate to mineral materials disposal (Figure 11, Appendix A):<br>● BLM surface/federal mineral estate: 121,740 acres<br>● Private or state surface/federal mineral estate: 4,040 acres<br>● Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as "water supply"<br>● Lands within a 1,000-foot buffer of all public water supplies that use a groundwater well or spring<br>● Lands within 100 feet of riparian areas<br>● Federally threatened, endangered, and proposed plant species' occupied habitat<br>● SRMAs<br>　o Dolores River Canyon<br>　o Dry Creek RMZs 1, 2, and 4[1]<br>　o Jumbo Mountain[1]<br>　o Ridgway Trails[1]<br>　o Roubideau RMZs 1-3<br>　o San Miguel River RMZ 2-4<br>　o Spring Creek RMZs 1 and 2<br>● ACECs<br>● Tabeguache Area<br>● WSAs<br>● Suitable WSR segments<br>● Lands within 50 meters (164 feet) of congressionally designated National Trails<br>● US Department of Energy Uranium Mill Tailings Remedial Action Area<br>*[1]Only closed to commercial sales of mineral materials* |
| SAL-MA-02 | **Action:**<br>Allow disposal of mineral materials on 770,410 acres of federal mineral estate:<br>● BLM surface/federal mineral estate: 554,060 acres<br>● Private or state surface/federal mineral estate: 216,350 acres<br>(Refer to Figure 11, Appendix A.) |
| SAL-MA-03 | **Action:**<br>Manage 120,260 acres as a common use area for moss rock (refer to Figure 23, Appendix A). |

BLM_0167633

| | **LOCATABLE MINERALS, MINERAL MATERIALS, and NONENERGY LEASABLE MATERIALS** |
|---|---|
| | *NONENERGY SOLID LEASABLE MINERALS (e.g., sodium and potassium)* |
| NEL-OBJ-01 | **Objective:**<br>Facilitate environmentally responsible exploration and development of nonenergy solid leasable minerals. |
| NEL-MA-01 | **Action:**<br>Close 167,330 acres in the following areas to nonenergy leasable mineral exploration and/or development (Figure 12, Appendix A):<br>● BLM surface/federal mineral estate: 163,300 acres<br>● Private or state surface/federal mineral estate: 4,030 acres<br>● Tabeguache Area<br>● WSAs<br>o SRMAs<br>o ACECs<br>o Suitable WSR segments (see Table II-5 [Summary of Wild and Scenic River Study Segments])<br>o Within 1,000 feet on either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State as a "water supply."<br>o Within 2,640 feet (0.50-mile) buffer of all public water supplies that use a groundwater well and groundwater under the direct influence of surface water. |
| NEL-MA-02 | **Action:**<br>Manage 728,860 acres as open for consideration of nonenergy solid leasable mineral exploration and/or development, subject to stipulations in Appendix B:<br>● BLM surface/federal mineral estate: 512,500 acres<br>● Private or state surface/federal mineral estate: 216,360 acres |

| | **RECREATION AND VISITOR SERVICES** |
|---|---|
| REC-GOAL-01 | **GOAL:**<br>Produce a diversity of quality recreational opportunities that support outdoor-oriented lifestyles and add to participants' quality of life, enhance the quality of local communities, and foster protection of natural and cultural resources. |
| REC-OBJ-01 | **Objective:**<br>Provide quality recreational opportunities and increase awareness, understanding, and a sense of stewardship in recreational users so their conduct safeguards cultural and natural resources as defined by Colorado Standards for Public Land Health and area-specific (e.g., ACECs and WSRs) objectives.<br><br>Increase collaboration with community partners to maintain appropriate activity-based recreation opportunities in community growth areas (BLM-administered lands adjacent to, between, and surrounding communities; also referred to as wildland-urban interface areas). |

BLM_0167634

| RECREATION AND VISITOR SERVICES | |
|---|---|
| REC-MA-01 | **Action:**<br>Close the following areas to dispersed camping:<br>● SRMAs<br>  o San Miguel River RMZs 1, 3, and 4<br>  o Dolores River Canyon RMZ 3<br>● Within 200 meters (656 feet) of Scenic Byways<br>● ACECs<br>  o Paradox Rock Art |
| REC-MA-02 | **Action:**<br>Close the following areas to overnight use:<br>● San Miguel Recreation Sites: Upper Beaver, Deep Creek, and Specie Creek<br>● SRMAs<br>  o Dry Creek RMZ 4<br>  o Jumbo Mountain RMZs 1 and 2<br>  o Ridgway Trails<br>  o Spring Creek RMZ 1<br>● ACECs<br>  o Biological Soil Crust ACEC<br>  o Fairview South (BLM Expansion) ACEC<br>  o Needle Rock ACEC |
| REC-MA-03 | **Action:**<br>Provide new and maintain existing facilities where needed to meet management objectives. |
| REC-MA-04 | **Action:**<br>Allow casual use mining. |
| REC-MA-05 | **Action:**<br>Recommend to the Secretary of the Interior to withdraw from locatable mineral entry all developed recreational sites plus a 100-foot buffer. |
| REC-OBJ-02 | **Objective:**<br>Ensure that visitors are not exposed to unhealthy or unsafe human-created conditions, and achieve a minimum level of conflict between recreation participants and between recreation and other resource uses. |
| REC-MA-06 | **Action:**<br>Issue special recreation permits (SRPs) and competitive events as a discretionary action unless otherwise restricted. Issue SRPs for a wide variety of uses that are consistent with resource/program objectives and within budgetary/workload constraints. Prohibit vending permits outside of special events on BLM-administered lands. Apply cost-recovery procedures for issuing SRPs, where appropriate. |

BLM_0167635

| | **RECREATION AND VISITOR SERVICES** |
|---|---|
| REC-MA-07 | **Action:**<br>Unless otherwise restricted through other RMP actions, issue SRPs as a discretionary action to manage commercial, competitive, vending, special area use, organized groups, and event permits under current policies and BLM Handbook H-2931-1, Recreation Permit Administration.<br><br>Prohibit all competitive events in the following special recreation management areas (SRMAs):<br>● Dolores River Canyon Zone 1 and 2<br>● San Miguel River RMZs 2<br><br>Prohibit motorized competitive events (at the discretion of the BLM Authorized Officer, and allow for nonmotorized competitive events if compatible with experiences and benefits for SRMA) in the following SRMAs:<br>● Ridgway Trails RMZ 1 and 2<br>● Roubideau RMZs 1, 2, and 3<br>● San Miguel River RMZs 1, 3, and 4<br>● Spring Creek RMZ 1 |
| REC-MA-08 | **Action:**<br>Unless otherwise restricted or allowed through other RMP actions, require the organizer to obtain organized group permits for groups with 16 or more people in a WSA, wilderness, or Tabeguache Area, and groups with 75 or more people in all other areas. An additional restriction for SRMAs is:<br>● Dolores River: Group size limit is 16 people, including guides. |
| REC-MA-09 | **Action:**<br>Allow hunting in accordance with CPW regulations. |
| REC-MA-10 | **Action:**<br>*Target Shooting.* The purpose of the limits and closures is for visitor and public safety and to protect facilities from damage.<br><br>Limit target shooting within the following areas:<br>● If within the range of the firearm, do not target shoot toward or in the direction of any developed site or facility (e.g., recreation site, communication site, and power substation).<br>● Do not target shoot towards an intended target that is located across a designated route (roads and designated trails).<br><br>Prohibit (close) target shooting in the following areas: (310 acres) (Figure 24, Appendix A):<br>● Do not shoot within 150 yards of any developed recreation site. |
| REC-MA-11 | **Action:**<br>The discharge of firearms for recreational target shooting is permitted on BLM-administered lands, considering areas with firearm use restrictions or closures, provided that the firearm is discharged toward a proper backstop sufficient to stop the |

BLM_0167636

| | RECREATION AND VISITOR SERVICES |
|---|---|
| | projectile's forward progress beyond the intended target. Targets shall be constructed of wood, cardboard, and paper or similar unbreakable materials. Discharge of firearms at any appliance, television, object containing glass, or other target material that can shatter and cause a public safety hazard is prohibited. To reduce the probability of igniting a fire, avoid shooting any hard objects or against backstops surrounded by dry grass, especially with steel or copper ammunition. All shooting materials are considered litter and must be removed and properly disposed of. When fire danger is high, the BLM may issue public use closures and prevention measures that must be followed. |
| | *PUBLIC LANDS NOT DESIGNATED AS RECREATION MANAGEMENT AREAS* |
| REC-OBJ-03 | **Objective:**<br>Provide for a diversity of quality, sustainable recreational opportunities consistent with other resources and uses, and contribute to local economies. |
| REC-MA-12 | **Action:**<br>Manage 488,880 acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs; Figure 13, Appendix A). |
| | *SPECIAL RECREATION MANAGEMENT AREAS (SRMAs; Refer to Appendix E for details on settings and complete list of actions)* |
| REC–SRMA-OBJ-01 | **Objective:**<br>Manage administratively designated areas (SRMAs) to provide for targeted recreation, experiences, and settings for personal, community, environmental, and economic activities. |
| REC–SRMA-MA-01 | **Action:**<br>Manage 122,130 acres as SRMAs to provide targeted recreation opportunities, experiences, and benefits listed below (Figure 13, Appendix A; also refer to Appendix E, Description of Recreation Management Areas, for settings and actions of each SRMA):<br>● Dolores River Canyon 13,410 acres)<br>● Dry Creek (42,180 acres)<br>● Jumbo Mountain (1,600 acres)<br>● Ridgway Trails (1,130 acres)<br>● Roubideau (25,350 acres)<br>● San Miguel River (29,530 acres)<br>● Spring Creek (4,980 acres)<br>● North Delta (3,950 acres)<br>Refer to Appendix E, Description of Recreation Management Areas. |
| REC–SRMA-MA-02 | **Action:**<br>Within SRMAs, allow activities that benefit biological values (including fire) if consistent with SRMA objectives in the long term. |

BLM_0167637

| | RECREATION AND VISITOR SERVICES |
|---|---|
| | *Dolores River Canyon SRMA (Refer to Appendix E for prescribed setting character conditions)* |
| REC–SRMA-OBJ-02 | *Zone 1* **Objective:** *Within 5 to 7 years of RMP approval, the mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1 = not at all, 2 = somewhat, 3 = moderate, 4 = complete/total realization) attainment of the following experiences and benefits.* *The RMZ would provide opportunities primarily for visitors to engage in nonmotorized water-based activity, challenging whitewater boating, and similar activities in a primitive backcountry setting.* *Target the following Activities* – Whitewater rafting, boating, fishing, and camping *Experiences* – Opportunities to develop skills and abilities, enjoy strenuous outdoor physical exercise, and gain a greater sense of self-confidence; these opportunities help produce desired outcomes such as improved health and self-confidence, stronger family connections, and stewardship of private and public lands *Benefits* – Personal: Improved skills and abilities, greater competence, improved cardiovascular and muscle strength, improved capacity for outdoor physical activity, improved understanding of our community's dependence and impact on public lands and adjoining private lands *Community/Social*: Enhanced outdoor-oriented lifestyle, bonding with friends and family, opportunity to contribute to stewardship efforts that benefit society Environmental: Improved stewardship of public and privately owned lands *Economic:* Reduced health maintenance costs, economic activity from visitor purchases |
| REC–SRMA-OBJ-03 | *Zone 2* **Objective:** *Within 5 to 7 years of RMP approval, the mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1 = not at all, 2 = somewhat, 3 = moderate, 4 = complete/total realization) attainment of the following experiences and benefits.* *The RMZ would provide opportunities to experience spectacular natural scenery, camping, and other quiet use activities in a Middle to Front Country setting.* *Target the following Activities* – Boating, camping, and educational programs *Experiences* – Opportunities to enjoy high-quality canyon landscapes, learning more about things here; greater sensitivity to and awareness of natural beauty, and enjoy exploring *Benefits* – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater awareness of outdoor ethics (e.g., "leave no trace"); improved appreciation of nature's splendor; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes |
| REC–SRMA-OBJ-04 | *Zone 3* **Objective:** *Within 5 to 7 years of RMP approval, the mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1 = not at all, 2 = somewhat, 3 = moderate, 4 = complete/total realization) attainment of the following experiences and benefits. The RMZ would provide opportunities to experience spectacular natural scenery, camping, and other quiet use activities in a Middle to Front Country setting.* *Target the following Activities* – Camping and educational programs |

BLM_0167638

| | **RECREATION AND VISITOR SERVICES** |
|---|---|
| | _Experiences_ – Opportunities to enjoy high-quality canyon landscapes, learning more about things here; these opportunities help produce desired outcomes such as greater sensitivity to and awareness of natural beauty and enjoying exploring<br>_Benefits_ – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater awareness of outdoor ethics (e.g., "leave no trace"); improved appreciation of nature's splendor; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes |
| | _Dry Creek SRMA (Refer to Appendix E for prescribed setting character conditions)_ |
| REC–SRMA-OBJ-05 | _Zone 1_ **Objective:**<br>_Through the life of the plan, manage Zone 1 for visitors to engage in motorized and mechanized technical riding activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):_<br>_Target the following Activities_ – Rock Crawling and Trials Bike Riding<br>_Experiences_ – Developing skills and abilities; being able to tell others about the trip; enjoying risk-taking adventure; talking to others about equipment; relishing group affiliation and togetherness; enjoying meeting new people with similar interests; and enjoying easy access to natural landscapes<br>_Benefits_ – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater sense of adventure; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; positive contributions to local/regional economic stability; and increased local tourism revenue |
| REC–SRMA-OBJ-06 | _Zone 2_ **Objective:**<br>_Through the life of the plan, manage Zone 2 for visitors to engage in rock climbing and observing natural landscapes activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):_<br>_Target the following Activities_ – Rock climbing for beginners, overlook viewing, and picnicking<br>_Experiences_ – Developing skills and abilities; gaining a greater sense of self-confidence; enjoying risk-taking adventure; relishing group affiliation and togetherness; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; and enjoying access to close-to-home outdoor amenities.<br>_Benefits_ – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; and improved local economic stability |

BLM_0167639

| | **RECREATION AND VISITOR SERVICES** |
|---|---|
| REC–SRMA-OBJ-07 | *Zone 3* **Objective:** <br> *Through the life of the plan, manage Zone 3 for visitors to engage in quality multi-use trail riding opportunities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <br> <u>*Target the following Activities*</u> – Off-highway vehicle (OHV) use, mountain biking, hiking, and horseback riding <br> <u>*Experiences*</u> – Enjoying exploring; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; just knowing this attraction is here; and encouraging visitors to help safeguard lifestyle and quality of life <br> <u>*Benefits*</u> – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; and increased awareness and protection of natural landscapes |
| REC–SRMA-OBJ-08 | *Zone 4* **Objective:** <br> *Through the life of the plan, manage Zone 4 for visitors of all abilities to engage in close to town nonmotorized activities, including natural surfaced, disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <br> <u>*Target the following Activities*</u> – Mountain biking, running, hiking, horseback riding, and accessible trails through the use of current and emerging adaptive equipment <br> <u>*Experiences*</u> – Developing skills and abilities; enjoying going exploring; learning more about things here; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities and settings; escaping everyday responsibilities for a while; and increasing the quality of life <br> <u>*Benefits*</u> – Improved mental well-being; improved skills for outdoor enjoyment, a more outdoor-oriented lifestyle, greater opportunity for people with different skills to exercise in the same place, enhanced quality of life, and improved economic stability |

BLM_0167640

| | **RECREATION AND VISITOR SERVICES** |
|---|---|
| REC–SRMA-OBJ-09 | Zone 5 **Objective:**<br>_Through the life of the plan, manage Zone 5 for visitors to engage in hunting and canyon viewing in a natural appearing setting through minimal quality trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):_<br>_Target the following Activities_ – Hunting and scenic viewing<br>_Experiences_ – Enjoying going exploring; developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions<br>_Benefits_ – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; increased desirability as a place to live or retire; and increased awareness and protection of natural landscapes |
| | _Jumbo Mountain SRMA (Refer to Appendix E for prescribed setting character conditions)_ |
| REC–SRMA-OBJ-10 | Zone 1 **Objective:**<br>_Through the life of the plan, manage Zone 1 for visitors to engage in day-use stacked loop family friendly (easy) single track trail activities including challenging natural surfaced disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):_<br>_Target the following Activities_ – Day use mountain biking, running, hiking, and accessible trails through the use of current and emerging adaptive equipment and educational programs<br>_Experiences_ – Developing skills and abilities; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; escaping everyday responsibilities for a while; and increasing/maintaining the quality of life here<br>_Benefits_ – Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; improved understanding of the community's dependence and impact on public lands; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; greater opportunity for people with different skills to exercise in the same place; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; and increased desirability as a place to live or retire |

BLM_0167641

| | **RECREATION AND VISITOR SERVICES** |
|---|---|
| REC–SRMA-OBJ-11 | Zone 2 **Objective:**<br>*Through the life of the plan, manage Zone 2 for visitors to engage in day-use stacked loop technical (intermediate to difficult) single track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>Target the following Activities – Day-use mountain biking, running, and hiking<br>Experiences – Developing skills and abilities;-enjoying getting some needed physical exercise; enjoying being able to frequently participate in desired activities and settings; releasing or reducing some built-up mental tensions; escaping everyday responsibilities for a while; and increasing/maintaining the quality of life here<br>Benefits – Restored mind from unwanted stress; improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; improved physical fitness and health maintenance; improved capacity for outdoor physical activity; enhanced lifestyle; improved local economic stability; and positive contributions to local/regional economic stability |
| | *North Delta SRMA (Refer to Appendix E for prescribed setting character conditions* |
| REC–SRMA-OBJ-12 | Zone 1 **Objective:**<br>*Through the life of the plan, manage North Delta SRMA for visitors to engage in motorized activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>Target the following Activities – OHV use and educational trainings and programs<br>Experiences – Talking to others about equipment; relishing group affiliation and togetherness; enjoying learning ethical and proper riding skills; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities and settings; escaping everyday responsibilities for a while; just knowing this attraction is here; safeguarding the lifestyle and quality of life<br>Benefits – Restored mind from unwanted stress; improved skills for outdoor enjoyment; greater understanding of the importance of recreation and tourism to the community; a more outdoor-oriented lifestyle; greater opportunity for people with different skills to enjoy the same place; enhanced quality of life; improved local economic stability; positive contributions to local/regional economic stability; greater community ownership and stewardship of recreation and natural resources |

BLM_0167642

| | RECREATION AND VISITOR SERVICES |
|---|---|
| | *Ridgway Trails SRMA (Refer to Appendix E for prescribed setting character conditions)* |
| REC–SRMA-OBJ-13 | *Zone 1* **Objective:**<br>*Through the life of the plan, manage Zone 1 for visitors of all abilities to engage in day use nonmotorized and educational activities, including disabled accessible trails, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br><u>*Target the following Activities*</u> – Day use outdoor living classroom, biking, accessible trails, running, and hiking<br><u>*Experiences*</u> – Enjoying meeting new people with similar interests; learning more about things here; enjoying access to hands-on environmental learning; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying access to close-to-home outdoor amenities; enjoying being able to frequently participate in desired activities in desired settings; and releasing or reducing some built-up mental tensions<br><u>*Benefits*</u> – Improved mental well-being; enhanced awareness and understanding of nature; greater environmental awareness and sensitivity; a more outdoor-oriented lifestyle; greater cultivation of a natural resource stewardship ethic; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; and increased local tourism revenue |
| REC–SRMA-OBJ-14 | *Zone 2* **Objective:**<br>*Through the life of the plan, manage Zone 2 for visitors to engage in day use, stacked loop, single-track trail activities, including challenging, natural surfaced, disabled accessible trails so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br><u>*Target the following Activities*</u> – Day use mountain biking, running, and hiking<br><u>*Experiences*</u> – Developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; increasing/maintaining quality of life; releasing or reducing some built-up mental tensions<br><u>*Benefits*</u> – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; more positive contributions to local/regional economy; increased local tourism revenue; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources |

BLM_0167643

| | **RECREATION AND VISITOR SERVICES** |
|---|---|
| | *Roubideau SRMA (Refer to Appendix E for prescribed setting character conditions)* |
| REC–SRMA-OBJ-15 | *Zone 1* **Objective:** <br> *Through the life of the plan, manage Zone 1 for visitors to engage in nonmotorized/ nonmechanized backcountry activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <br> <u>*Target the following Activities*</u> – Backcountry educational programs, backcountry hiking/ backpacking, hunting, and horseback riding <br> <u>*Experiences*</u> – Gaining a greater sense of self-confidence; enjoying going exploring; learning more about things here; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; feeling good about solitude; enjoying an escape from crowds of people; increasing/ maintaining quality of life; knowing that things are not going to change too much; and enjoy being able to participate in traditional use opportunities in desired settings <br> <u>*Benefits*</u> – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; enhanced awareness and understanding of nature; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility development; increased awareness and protection of natural landscapes; and greater protection of fish. wildlife, and plant habitat from growth, development, and public use impacts |
| REC–SRMA-OBJ-16 | *Zone 2* **Objective:** <br> *Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <br> <u>*Target the following Activities*</u> – Horseback riding, day use hiking, and overnight backpacking <br> <u>*Experiences*</u> – Gaining a greater sense of self-confidence; developing skills and abilities; enjoying exploring; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; feeling good about solitude; enjoying an escape from crowds of people; and enjoy being able to participate in traditional use opportunities in desired settings <br> <u>*Benefits*</u> – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; enhanced quality of life; greater retention of distinctive natural landscape features; reduced wildlife harassment by recreation users; reduced wildlife disturbance from recreation facility development; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts |

BLM_0167644

| | RECREATION AND VISITOR SERVICES |
|---|---|
| REC–SRMA-OBJ-17 | *Zone 3* **Objective:**<br>*Through the life of the plan, manage Zone 3 for visitors to engage in quiet use nonmotorized recreation, with the exception of a few existing motorized trails, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities* – Hunting, scenic viewing, and horseback riding<br>*Experiences* –Enjoying exploring; developing skills and abilities, and enjoy being able to participate in traditional use opportunities in desired settings<br>*Benefits* – Improved mental well-being; improved skills for outdoor enjoyment; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; enhanced quality of life; more positive contributions to local/regional economy |
| REC–SRMA-OBJ-18 | *Zone 4* **Objective:**<br>*Through the life of the plan, manage Zone 4 for visitors to engage in canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities* – Motorized and nonmotorized scenic viewing, camping, and environmental learning<br>*Experiences* – Enjoying exploring; enjoying some needed physical rest; learning more about things here; enjoying easy access to natural landscapes; encouraging visitors to help safeguard the lifestyle and quality of life; and enjoying access to environmental learning<br>*Benefits* – Improved mental well-being; improved outdoor knowledge and self-confidence; greater sensitivity to and awareness of outdoor aesthetics; enhanced awareness and understanding of nature; improved appreciation of nature's splendor; improved understanding of the community's dependence and impact on public lands; enhanced quality of life; more positive contributions to local/regional economy; increased desirability as a place to live or retire; greater retention of distinctive natural landscape features; increased awareness and protection of natural landscapes |

BLM_0167645

| | RECREATION AND VISITOR SERVICES |
|---|---|
| | *San Miguel River SRMA (Refer to Appendix E for prescribed setting character conditions)* |
| REC–SRMA-OBJ-19 | Zone 1 **Objective:**<br>*Through the life of the plan, manage Zone 1 for visitors to engage in motorized and nonmotorized scenic touring and nonmotorized water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities* – Rafting, kayaking, fishing, hiking, mountain biking, camping, nonmotorized trail use, educational programs, and scenic driving<br>*Experiences* – Developing skills and abilities; seeking challenge and adventure; socializing with friends and family; learning more about things here; enjoying easy access to natural landscapes; enjoying outdoor exercise; enjoying being able to frequently participate in desired activities in desired settings; and releasing or reducing some built-up mental tensions<br>*Benefits* – Improved mental well-being; improved outdoor knowledge and self-confidence; improved outdoor recreation skills; greater sensitivity to and awareness of outdoor aesthetics; greater environmental awareness and sensitivity; a more outdoor-oriented lifestyle; greater sense of adventure; greater personal enrichment through involvement with other people; greater cultivation of natural resource stewardship ethic; increased appreciation of area's cultural history; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; greater opportunity for people with different skills to exercise in the same place; enhanced lifestyle; enlarged sense of community dependency on public lands; improved local economic stability; more positive contributions to local/regional economy; increased awareness and protection of natural landscapes; improved respect for privately owned lands; and greater community ownership and stewardship of park, recreation, and natural resources |
| REC–SRMA-OBJ-20 | Zone 2 **Objective:**<br>*Through the life of the plan, manage Zone 2 for visitors to engage in nonmotorized/ nonmechanized canyon exploring, with the exception of a few designated motorized routes, so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities* – Backcountry hunting, hiking, and backpacking, and fishing<br>*Experiences* – Enjoying exploring; savoring the total sensory—sight, sound, and smell—experience of a natural landscape; enjoying getting some needed physical exercise; feeling good about solitude<br>*Benefits* – Improved physical fitness and health maintenance; improved outdoor knowledge and self-confidence; greater sense of adventure; improved appreciation of nature's splendor; greater retention of distinctive natural landscape features; greater protection of fish, wildlife, and plant habitat from growth, development, and public use impacts; increased awareness and protection of natural landscapes; and restored mind from unwanted stress |

BLM_0167646

| | **RECREATION AND VISITOR SERVICES** |
|---|---|
| REC–SRMA-OBJ-21 | *Zone 3* **Objective:**<br>*Through the life of the plan, manage Zone 3 for visitors to engage in nonmotorized/ nonmechanized remote river canyon viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br><u>*Target the following Activities*</u> – Hiking, backpacking, rafting, kayaking, fishing, and camping<br><u>*Experiences*</u> – Developing skills and abilities; enjoying going exploring; enjoying getting some needed physical exercise; escaping everyday responsibilities for a while; just knowing this attraction is here; knowing that things are not going to change too much<br><u>*Benefits*</u> – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sense of adventure; improved appreciation of nature's splendor; improved physical fitness and health maintenance; greater retention of distinctive natural landscape features; and increased awareness and protection of natural landscapes |
| REC–SRMA-OBJ-22 | *Zone 4* **Objective:**<br>*Through the life of the plan, manage Zone 4 for visitors to engage in scenic viewing through camping and nonmotorized water-based activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br><u>*Target the following Activities*</u> – Rafting, kayaking, fishing, camping, and educational programs<br><u>*Experiences*</u> – Developing skills and abilities; relishing group affiliation and togetherness; learning more about things here; enjoying easy access to natural landscapes; enjoying getting some needed physical exercise; enjoying some needed physical rest<br><u>*Benefits*</u> – Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; increased awareness and protection of natural landscapes; enhanced awareness and understanding of nature; and more positive contributions to local/regional economy |

BLM_0167647

| | RECREATION AND VISITOR SERVICES |
|---|---|
| | *Spring Creek SRMA (Refer to Appendix E for prescribed setting character conditions)* |
| REC–SRMA-OBJ-23 | *Zone 1* **Objective:** *Through the life of the plan, manage Zone 1 for visitors to engage in day use, nonmotorized, single-track, stacked loop, trail activities and accessible trails through the use of current and emerging adaptive equipment so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <br> <u>*Target the following Activities*</u> *– Day use mountain biking, running, hiking, and educational programs* <br> <u>*Experiences*</u> *– Developing skills and abilities; enjoying easy access to natural landscapes; enjoying learning outdoor social skills; enjoying some needed physical exercise; and enjoying being able to frequently participate in desired activities in desired settings* <br> <u>*Benefits*</u> *– Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; greater sensitivity to and respect for other visitors; enlarged understanding of the responsibility to help care for this community and keep it clean; a more outdoor-oriented lifestyle; greater respect for private property and local lifestyles; improved understanding of the community's dependence and impact on public lands; improved physical fitness and health maintenance; enhanced quality of life; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources* |
| REC–SRMA-OBJ-24 | *Zone 2* **Objective:** *Through the life of the plan, manage Zone 2 for visitors to engage in canyon viewing through quality single-track trail activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):* <br> <u>*Target the following Activities*</u> *– Motorcycle riding, mountain biking, hiking, and horseback riding* <br> <u>*Experiences*</u> *– Enjoying going exploring; developing skills and abilities; enjoying easy access to natural landscapes; enjoying some needed physical exercise; enjoying being able to frequently participate in desired activities in desired settings; releasing or reducing some built-up mental tensions* <br> <u>*Benefits*</u> *– Improved mental well-being; improved skills for outdoor enjoyment; improved outdoor knowledge and self-confidence; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; greater respect for private property and local lifestyles; improved physical fitness and health maintenance; enhanced quality of life; improved local economic stability; increased desirability as a place to live or retire; and increased awareness and protection of natural landscapes* |

BLM_0167648

| | RECREATION AND VISITOR SERVICES |
|---|---|
| REC–SRMA-OBJ-25 | *Zone 3 Objective:*<br>*Through the life of the plan, manage Zone 3 for visitors to engage in camping and scenic viewing activities so that they report an average 4.0 realization of the following targeted experiences and benefit outcomes (4.0 on a probability scale, where 1=not at all realized to 5=totally realized):*<br>*Target the following Activities* – Scenic viewing and camping<br>*Experiences* – Enjoying access to close-to-home outdoor amenities; enjoying some needed physical rest; increasing or maintaining quality of life<br>*Benefits* – Improved mental well-being; a more outdoor-oriented lifestyle; improved appreciation of nature's splendor; enhanced quality of life; increased local economic stability; increased desirability as a place to live or retire; greater community ownership and stewardship of park, recreation, and natural resources; and increased awareness and protection of natural landscapes |
| REC–SRMA-AU-01 | Allowable Use:<br>**STIPULATION** NSO-56: *Recreation SRMA.* Prohibit surface occupancy and use within the following SRMAs:<br>● Dolores River Canyon RMZs 1, 2, 3<br>● San Miguel River RMZs 1, 2, 3, 4<br>(Refer to Appendix B; Figure 7, Appendix A.) |
| REC–SRMA-AU-02 | Allowable Use:<br>**STIPULATION** CSU-50: *Recreation SRMAs.* Apply CSU restrictions in the following SRMAs:<br>● Dry Creek RMZs 1, 2, 3, 4, 5<br>● Jumbo Mountain RMZs 1 and 2<br>● North Delta<br>● Ridgway Trails RMZs 1 and 2<br>● Roubideau RMZs 1, 2, 3, 4<br>● Spring Creek RMZs 1, 2, 3<br>(Refer to Appendix B; Figure 7, Appendix A.) |
| | *EXTENSIVE RECREATION MANAGEMENT AREAS (ERMAs)* |
| REC–ERMA-OBJ-01 | **Objective:**<br>Manage administratively designated areas (ERMAs) to provide for targeted recreation opportunities. |
| REC–ERMA-MA-01 | **Action:**<br>Manage 64,790 acres as ERMAs to specifically address local recreation issues (Figure 13, Appendix A; also refer to Appendix E, Description of Recreation Management Areas, for actions of each ERMA):<br>● Burn Canyon (9,160 acres)<br>● Kinikin Hills (10,810 acres)<br>● Paradox Valley (44,820 acres) |

BLM_0167649

| | **RECREATION AND VISITOR SERVICES** |
|---|---|
| | *Burn Canyon ERMA* |
| REC–ERMA-OBJ-02 | **Objective:**<br>Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of quality sustainable motorized and nonmotorized trails (e.g., all-terrain vehicle and motorcycle riding, mountain biking, and hiking). |
| REC–ERMA-MA-02 | **Action:**<br>Provide a recreation setting commensurate with other uses that: 1) retains a natural-appearing landscape while allowing for activities that would maintain biological values and functional wildlife habitat; 2) provides the necessary recreation facilities (e.g., trails, trailheads, and staging areas) to facilitate activity participation; 3) provides basic, on-site visitor services (e.g., signs and maps), and 4) clearly posts conditions of use throughout the area. |
| | *Kinikin Hills ERMA* |
| REC–ERMA-OBJ-03 | **Objective:**<br>Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of quality and sustainable motorized and nonmotorized trail activities (e.g., OHV riding, mountain biking, and hiking). |
| REC–ERMA-MA-03 | **Action:**<br>Provide a recreation setting commensurate with other uses that: 1) retains a natural-appearing landscape while allowing for activities that would maintain biological values and functional wildlife habitat; 2) provides the necessary recreation facilities (e.g., trails, trailheads, staging areas, and camping) to facilitate activity participation; 3) provides basic, on-site visitor services (e.g., signs and maps), and 4) clearly posts conditions of use throughout the area. |
| | *Paradox Valley ERMA* |
| REC–ERMA-OBJ-04 | **Objective:**<br>Focus recreation and visitor services on protecting and facilitating visitor opportunities to provide a variety of established recreation activities (e.g., OHV riding, mountain biking, hiking, rock climbing and bouldering, rafting, scenic touring, and hunting). |
| REC–ERMA-MA-04 | **Action:**<br>Provide a recreation setting commensurate with other uses that: 1) retains a natural-appearing landscape while allowing for activities that would benefit biological values; 2) provides the necessary recreation facilities (e.g., trails, trailheads, staging areas, and camping) to facilitate activity participation; 3) provides basic, on-site visitor services (e.g., signs and maps), and 4) clearly posts conditions of use throughout the area. |
| REC–ERMA-AU-01 | Allowable Use:<br>**STIPULATION** CSU-51: *Recreation ERMAs.* Apply CSU restrictions in ERMAs. (Refer to Appendix B; Figure 7, Appendix A.) |

| | **COMPREHENSIVE TRAVEL AND TRANSPORTATION MANAGEMENT** |
|---|---|
| TRV-GOAL-01 | **GOAL:**<br>Manage travel to support the BLM's mission, achieve resource management objectives and provide appropriate, sustainable public and administrative access. |

BLM_0167650

| | COMPREHENSIVE TRAVEL AND TRANSPORTATION MANAGEMENT |
|---|---|
| TRV-OBJ-01 | **Objective:**<br>Maintain and improve land health while promoting responsible use through active travel management. Within in each Travel Management Area, designate a comprehensive travel management system that achieves resource management objectives, provides appropriate, sustainable public and administrative access, communicates with the public about opportunities, and monitors the effects of use. (Refer to Appendix I, Travel Management, for further information.) |
| TRV-MA-01 | **Action:**<br>Manage 3,950 acres as Open to OHV use (Figure 14, Appendix A):<br>• Portion of North Delta SRMA (3,950 acres) |
| TRV-MA-02 | **Action:**<br>Manage 880 acres as closed to motorized travel (Figure 14, Appendix A), except for administrative and permitted vehicular access (which would be limited to authorized routes), and with mechanized travel limited to designated routes:<br>• SRMAs<br>  o Ridgway Trails RMZ 1<br>  o Spring Creek RMZ 1 |
| TRV-MA-03 | **Action:**<br>Manage 55,770 acres as closed to motorized and mechanized travel (Figure 14, Appendix A), except for administrative and permitted vehicular access, which would be limited to authorized routes:<br>• SRMAs<br>  o Dolores River Canyon RMZ 1 and 2<br>  o Roubideau RMZs 1 and 2<br>  o Portion of San Miguel River RMZ 2 (Saltado Canyon; 2,490 acres)<br>  o San Miguel River RMZ 3<br>• ACECs<br>  o Adobe Badlands<br>  o Fairview South (BLM Expansion)<br>• Tabeguache Area<br>• WSAs |
| TRV-MA-04 | **Action:**<br>Manage the remaining portion of the Planning Area (615,200 acres and including landing strips; Figure 14, Appendix A) as limited to designated routes for motorized and mechanized travel. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths, as shown on Figure 14, Appendix A. |
| TRV-MA-05 | **Action:**<br>Prohibit travel seasonally, except for administrative and permitted vehicular access, on 28,550 acres, as follows (Figure 14, Appendix A): |

BLM_0167651

| | COMPREHENSIVE TRAVEL AND TRANSPORTATION MANAGEMENT |
|---|---|
| | • Jumbo Mountain SRMA Zone 2<br>• Area closures identified in Dry Creek Travel Management Plan and Environmental Assessment (BLM 2009b)<br>   o December 1 to April 15 (11,010 acres)<br>   o December 1 to March 31 (11,810 acres)<br>• Add other areas as appropriate through future site-specific travel management analyses. |
| TRV-MA-06 | **Action:**<br>Prohibit all travel (including motorized, mechanized, foot, and equestrian) seasonally in Ridgway Trails SRMA RMZ 2 from December 1 to April 30, except for administrative and permitted access (1,100 acres). |
| TRV-MA-07 | **Action:**<br>The BLM Field Manager may modify the size and time frames for seasonal travel limitations upon consultation with CPW:<br>• If monitoring information indicates that plant seasonal cycles or animal use patterns are inconsistent with dates established.<br>• Where necessary, extend seasonal closures to include pedestrian or equestrian traffic. |
| TRV-MA-08 | **Action:**<br>Use the following guidance for areas that are limited to existing routes until travel management plans to designate routes are completed:<br>• Unless otherwise restricted, limit recreational motorized and mechanized travel to existing routes, and aircraft to existing routes and backcountry air strips, as displayed on Figure 14 (Appendix A) and the BLM's 2009 aerial photography (on file at the UFO) until route-by-route analysis is complete.<br>• Permit pedestrian or equestrian travel year-round on existing routes and cross-country travel on public lands throughout the Planning Area where available for public use.<br>• Prohibit motorized or mechanized modes of travel on existing routes if the following would result:<br>   o Convert or upgrade a single-track route (maximum of 36 inches wide) to a two-track route, such as driving an all-terrain vehicle or full-size passenger vehicle on a route consisting of a single track used by hikers, horseback riders, motorcycles, mountain bikes, game, or livestock.<br>   o Convert or upgrade a route (maximum of 50 inches wide) used by and established for use by an all-terrain vehicle to a wider two-track route, such as would occur if a full-size passenger vehicle were used to travel along a route narrower than its wheelbase.<br>• Address any BLM administrative functions related to resource management objectives that require cross-country travel using motorized vehicles or equipment at the project level on a case-by-case basis and potentially require additional environmental documentation and analysis for certain administrative functions.<br>• Subject the use of motorized or mechanized modes of travel (including over snow travel) during the execution of BLM-issued authorizations or permits to the terms and conditions or stipulations of each individual authorization on a case-by-case basis. |

BLM_0167652

| | COMPREHENSIVE TRAVEL AND TRANSPORTATION MANAGEMENT |
|---|---|
| | • Avoid impacts on known eligible cultural properties, or minimize or mitigate such impacts in consultation with the State Historical Preservation Office. Where National Register of Historic Places-eligible sites are known to be in danger or are currently being impacted by travel activities, close routes to travel as necessary until the appropriate mitigation has been implemented.<br>• To mitigate impacts on Colorado hookless cactus (*Sclerocactus glaucus*) and clay-loving wild buckwheat (*Eriogonum pelinophilum*) or other special status species listed in the future, apply appropriate protections to especially sensitive areas where travel-related impacts are occurring on these species.<br>• Further restrict travel and use by vehicle type or season on any route in order to protect natural or other resources or infrastructure from being impacted by vehicle use in the event of extreme winters and wet conditions to reduce safety hazards, or in other unforeseeable situations, or to better manage or protect other values, such as wetlands, riparian areas, rare plant communities and species, big game, nesting raptors, or other important resources. These actions could include permanent or seasonal route closures or relocations. Take these actions following appropriate emergency closure or other procedures and/or after appropriate site-specific NEPA analysis.<br>• Over time, changes to the route network may be necessary, including adding, designating, relocating, closing, maintaining, and/or changing seasonal or other use restrictions on routes, as well as adding necessary travel management support facilities. Document such changes using appropriate BLM land use planning regulations and NEPA procedures.<br>• Require that travel modes adhere to the following width restrictions on existing routes:<br>  o Single track: 36 inches or less all-terrain vehicle/utility-terrain vehicle: 50 inches or less<br>  o Roads: wider than 50 inches<br>• Prohibit cross-country motorized/mechanized travel for big game retrieval. Allow electric, hand-held, wheeled game retrieval carts off routes only during CPW-authorized big game and mountain lion hunting seasons, at the discretion of the BLM Authorized Officer.<br>• Unless otherwise restricted, allow users to park motorized or mechanized vehicles next to and parallel to available existing routes. |
| TRV-MA-09 | **Action:**<br>Where motorized and mechanized vehicles or aircraft are causing or will cause considerable adverse effects on soil, roads, trails, vegetation, wildlife, wildlife habitat, cultural resources, historical resources, threatened or endangered species, wilderness suitability, other authorized uses, or other resources, immediately close the affected areas to the type(s) of vehicle causing the adverse effect until the adverse effects are eliminated and measures implemented to prevent recurrence. Prohibit travel in areas where soils are saturated or that demonstrate rutting of 3 inches or more. The BLM Authorized Officer would determine when soil conditions are appropriate for activities to resume. |
| TRV-MA-10 | **Action:**<br>Bring forward the decisions from the Dry Creek Travel Management Plan (BLM 2009b) in the Dry Creek Travel Management Area, the Ridgway Travel Management Plan (BLM 2013), and the Burn Canyon Travel Management Plan (BLM 2014). |

BLM_0167653

| COMPREHENSIVE TRAVEL AND TRANSPORTATION MANAGEMENT | |
|---|---|
| TRV-MA-11 | **Action:**<br>Establish Travel Management Areas and initiate comprehensive travel management plans within each the following Travel Management Areas and in the following order unless a change is deemed necessary by the BLM Authorized Officer (Figure 26, Appendix A):<br>1. North Fork (71,020 acres)<br>2. South Montrose (66,180 acres)<br>3. North Delta (61,270 acres)<br>4. San Miguel (74,960 acres)<br>5. West End (289,960 acres)<br><br>Refer to Appendix I, Travel Management, for information and guidance on comprehensive travel management planning. Travel Management Areas are a planning and management tool and may be altered. At the time of comprehensive travel management planning, the Travel Management Area may be broken down into subareas to address different resource management objectives.<br><br>A travel management plan is not intended to provide evidence bearing on or addressing the validity of any Revised Statute 2477 assertions. Revised Statute 2477 rights are determined through a process that is entirely independent of the BLM's planning process. Consequently, travel management planning should not take into consideration Revised Statute 2477 assertions or evidence. Travel management planning should be founded on an independently determined purpose and need that is based on resource uses and associated access to public lands and waters. At such time as a decision is made on Revised Statute 2477 assertions, the BLM will adjust its travel routes accordingly. |
| TRV-MA-12 | **Action:**<br>Develop facilities as needed to support the travel management plan goals and objectives, including staging areas, hardened camping areas, trailheads, and portal signs. Facilities could include restrooms, loading and unloading ramps, kiosks, hardened graveled parking areas and camping spurs, fencing, hitching rails, picnic tables and cabanas, vehicular control devices, native landscape islands, erosion and drainage control devices, hardened access trails, and limited hardened egress, ingress, and winch points where needed for all technical four-wheel-drive routes. |
| TRV-MA-13 | **Action:**<br>Prohibit motorized off-route travel in riparian and wetland areas, including for camping and collecting rock, wood products, and other plant products. |
| TRV-MA-14 | **Action:**<br>Any administrative motorized vehicle or equipment use off designated routes on BLM-administered lands would require prior notification of and approval from the BLM Authorized Officer.<br>Any emergency motorized vehicle or equipment use off designated routes on BLM-administered lands would require notification of the BLM Authorized Officer within 72 hours following emergency entry. |

BLM_0167654

| | COMPREHENSIVE TRAVEL AND TRANSPORTATION MANAGEMENT |
|---|---|
| TRV-MA-15 | **Action:**<br>In cooperation with the local communities, counties, and other partners, secure access to and manage a network of roads and trails that ensure management objectives are met and provide connectivity to the surrounding communities. |

| | LANDS AND REALTY |
|---|---|
| L&R-GOAL-01 | **GOAL:**<br>Meet public needs for land use authorizations (i.e., ROWs, communication sites, utility corridors, leases, permits, and renewable energy resources), land tenure adjustments, withdrawals, and easements in an environmentally responsible manner. |
| L&R-OBJ-01 | **Objective:**<br>Make lands available for land use authorizations and apply stipulations to ensure the compatibility of multiple use with resource protection. |
| L&R-MA-01 | **Action:**<br>ROW Exclusion Areas (including renewable energy sites): Manage 53,040 acres as ROW exclusion areas that are closed to land use authorizations (Figure 15, Appendix A):<br>● ACECs<br>  o Fairview South (BLM Expansion)<br>● Tabeguache Area<br>● WSAs<br>● Gunnison sage-grouse lek and brooding habitat<br>● Suitable WSR segments classified as "wild" (see Table II-5 [Summary of Wild and Scenic River Study Segments]).<br><br>The following exceptions would apply to ROW exclusions:<br>● Designated West-wide Energy Corridors (Section 368 corridors)<br>● Designated utility corridors<br>● 100-foot buffer from the center-line of county roads and highways (these areas would be managed as ROW avoidance)<br><br>Allow ROWs for private in-holdings or edge-holdings for reasonable access and utilities (these areas would be managed as ROW avoidance).<br><br>Recognize the valid existing rights of grant holders to continue to operate, maintain, and improve/upgrade facilities. |
| L&R-MA-02 | **Action:**<br>ROW Avoidance Areas (including renewable energy sites): Manage 66,030 acres as ROW avoidance areas (Figure 15, Appendix A):<br>● Lands within 1,000 feet of either side of a classified surface water-supply stream segment (as measured from the average high-water mark) for a distance of 5 miles upstream of a public water supply intake |

BLM_0167655

| | LANDS AND REALTY |
|---|---|
| | • Lands within a 50-foot buffer along perennial streams<br>• Lands within a 50-foot buffer from the edge of riparian and wetland areas, seeps, and springs unless it can be determined that the project would not diminish hydrologic or vegetation conditions<br>• Within 0.25-mile along major river corridors (i.e., Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores)<br>• Occupied habitat of known populations of federally threatened and endangered species<br>• Gunnison sage-grouse critical habitat<br>• Gunnison sage-grouse lek habitat (lek area plus 0.6-mile radius)<br>• Sites listed on or eligible for listing on the National Register of Historic Places<br>• Lands managed to minimize impacts on wilderness characteristics<br>• SRMAs<br>  o Dolores River Canyon<br>  o Dry Creek RMZ 5<br>  o North Delta<br>  o Roubideau RMZs 2 and 3<br>  o San Miguel River RMZs 2 and 3<br>  o Spring Creek RMZ 2<br>• ACECs<br>  o Adobe Badlands<br>  o Needle Rock<br>  o Paradox Rock Art<br>  o Biological Soil Crust<br>• Suitable WSR segments classified as "scenic" (see Table II-5 [Summary of Wild and Scenic River Study Segments])<br>• Lands within 100 meters (328 feet) of either side of centerline of National Trails<br>• Old Spanish Trail<br>• Plants – Endangered Species Act listed species<br><br>The following exceptions would apply to ROW avoidance areas:<br>• Designated West-wide Energy Corridors (Section 368 corridors)<br>• Designated utility corridors (allow all compatible uses in designated corridors)<br><br>Recognize the valid existing rights of grant holders to continue to operate, maintain, and improve/upgrade facilities. |
| L&R-MA-03 | **Action:**<br>Provide reasonable access and utilities to private landowners in an environmentally responsible manner. New ROWs would not be permitted if there is other reasonable access. |

BLM_0167656

| | **LANDS AND REALTY** |
|---|---|
| L&R-MA-04 | **Action:** |
| | Limit applications for filming permits and still photography involving motorized, mechanized, or other intensive uses to existing highways and pullouts; designated routes, roads, and trails; and previously disturbed or cleared areas. |
| | Accept applications for filming permits, and encourage applicants to adhere to the following criteria: |
| | ● Project will not impact sensitive species. |
| | ● Project will not impact cultural resources or traditional cultural properties and natural resources of importance to Native Americans. |
| | ● Project will not involve use of pyrotechnics. |
| | ● Project will not involve more than minimum impacts on land, air, or water. (Minimum is defined as temporary impact only and does not include permanent impacts or surface disturbance that cannot be raked out or rehabilitated so that there is no sign of activity at the end of the filming.) |
| | ● Project will not involve use of explosives. |
| | ● Project will not involve use of exotic plant or animal species that could cause danger of introduction into the area. |
| | ● Project will not involve surface disturbance within WSAs or lands managed for wilderness characteristics. |
| | ● Project will not involve adverse impacts on sensitive surface resource values including paleontological sites; sensitive soils; relict environments; wetlands or riparian areas; or ACECs. |
| | ● Project will not involve substantial restriction of public access. |
| | ● Project will not involve substantial use of domestic livestock. |
| | ● Project will not exceed 10 production vehicles within sensitive areas. |
| | ● Project will not involve 60 or more people within sensitive areas. |
| | ● Filming activity within sensitive areas will not continue in excess of 10 days. |
| | ● Refueling will not occur within sensitive areas. |
| | ● Aircraft/Drone use in area with wildlife concerns is not proposed during crucial wildlife periods. |
| | ● Aircraft/Drone use in area with no wildlife concerns will be limited to such duration and frequency that it will not meaningfully interfere with other multiple uses of public lands. |
| | ● Use of aircraft/drone is not proposed within 0.5-mile of a designated campground located within a sensitive area, and the number of low-elevation passes will not exceed four passes per day. |
| | ● Filming activities are not proposed in developed recreation sites on weekends or during times of anticipated high use. |
| | *RENEWABLE ENERGY* |
| L&R-MA-05 | **Action:** |
| | Allow renewable energy projects (such as wind, solar under 20 megawatts, and hydropower) development and operation, except in ROW exclusion areas and areas identified as exclusion in Table II-6 (Renewable Energy Exclusion and Avoidance Areas[1]). The ROD for the Solar Energy Development Programmatic EIS was signed on October 12, 2012 and excluded all lands within the UFO for solar development for projects 20 megawatts or greater. |

BLM_0167657

| | **LANDS AND REALTY** |
|---|---|
| | *COMMUNICATION SITES (LAND USE AUTHORIZATIONS)* |
| L&R-MA-06 | **Action:**<br>Manage existing communication sites.<br>Designate all existing sites for low-power uses (i.e., 1,000 watts effective radiated power or less), except for high-power uses that currently exist.<br>Evaluate and allow new low- or high-power communication site locations on a case-by-case basis. |
| | *UTILITY CORRIDORS (LAND USE AUTHORIZATIONS)* |
| L&R-MA-07 | **Action:**<br>Manage the designated West-wide Energy Corridor (26,880 acres) according to existing policy (Appendix B of the West-wide Energy Corridor Programmatic EIS [US Department of Energy and BLM 2009]) (Figure 16, Appendix A).<br><br>Designate and manage an additional 14 corridors (37,420 acres) for public utilities and facilities (Figure 16, Appendix A):<br>● Dry Creek: 2,500 feet wide<br>● Highway 90: 2,500 feet wide<br>● Highway 92: 1,320 feet wide (from the northern edge of highway)<br>● Highway 141: 2,500 feet wide<br>● Highway 145/62: 2,500 feet wide<br>● Hotchkiss-Crawford: 2,500 feet wide<br>● Hotchkiss-North Fork: 2,500 feet wide<br>● North Delta: generally 2,500 feet wide, except 1,320 feet wide on small parcels next to the WSA<br>● Oxbow-Hubbard Creek: 1,300 feet wide<br>● South Canal: 200 feet wide (from western edge of canal)<br>● Spring Creek Mesa: 2,500 feet wide<br>● Stevens Gulch Road: 600 feet wide<br>● Western Area Power Association Curecanti-Hayden: 2,500 feet wide<br>● Western Area Power Association Curecanti-Shiprock: 2,500 feet wide |

*Uncompahgre Field Office Approved Resource Management Plan*

BLM_0167658

| | LANDS AND REALTY |
|---|---|
| L&R-MA-08 | **Action:**<br>Allow ROW development and operation except in ROW exclusion areas. Preferred locations are next to existing facilities and routes.<br><br>The following exceptions would apply to ROW exclusions:<br>● Designated West-wide Energy Corridors (Section 368 corridors)<br>● Designated utility corridors<br>● 100-foot buffer from the center line of county roads and highways (these areas would be managed as ROW avoidance)<br>● Allow ROWs for private in-holdings or edge-holdings for reasonable access and utilities (these areas would be managed as ROW avoidance)<br><br>Recognize the valid existing rights of grant holders to continue to operate, maintain, and improve/upgrade facilities. |
| | *LAND TENURE ADJUSTMENTS – DISPOSAL* |
| L&R–DIS-OBJ-01 | **Objective:**<br>Consider disposal of lands that would consolidate public ownership for greater management efficiency while serving the public interest, including communities and their expanding needs. |
| L&R–DIS-MA-01 | **Action:**<br>Desert Land Entry Act/Carey Act Applications: Do not accept new Desert Land Entry or Carey Act applications. |
| L&R–DIS-MA-02 | **Action:**<br>Identify 1,980 acres as available for disposal by any method, including exchanges, state selections, boundary adjustments, Recreation and Public Purposes Act leases and patents, leases under Section 302 of FLPMA, sales under Sections 203 and 209 of FLPMA, and sales authorized by other Congressional Acts and special legislation (Figure 17, Appendix A) (refer to Appendix J, Legal Descriptions of Lands Identified for Disposal). |
| L&R–DIS-MA-03 | **Action:**<br>Consider other lands suitable for disposal by any method, including exchanges, state selections, boundary adjustments, Recreation and Public Purposes Act leases and patents, FLPMA Section 302 leases, FLPMA Sections 203 and 209 sales, and sales authorized by other congressional acts and special legislation, if they enhance management goals, meet one or more of the following criteria, and do not meet the criteria for retention:<br>● Are lands suitable for public purposes adjacent to or of special importance to local communities and to state or federal agencies for purposes such as community expansion, extended community services, or economic development.<br>● Are isolated parcels that are small or so located as to make effective and efficient management impractical.<br>● Are unintentional occupancy trespasses where disposal is the best tool to meet management objectives.<br>● Are not parcels containing or integral to significant habitat for special status species; these parcels may be disposed of only if the habitat for the species of concern can be maintained and if USFWS and CPW concur. |

BLM_0167659

| | **LANDS AND REALTY** |
|---|---|
| | • Are not parcels containing or integral to National Register of Historic Places-eligible cultural resources; these parcels may be disposed of only if the resources can be mitigated through data recovery and if the SHPO concurs with the proposed mitigation.<br>• Additional lands may be identified for disposal in urbanizing areas on a case-by-case basis to meet community expansion needs and where the public interest will be well served.<br>• Are lands without legal public access. |
| L&R–DIS-MA-04 | **Action:**<br>Do not dispose of lands within existing withdrawals, power-site classifications, or power-site reserves (19,710 acres) (Figure 27, Appendix A) without concurrence from the managing agency (e.g., US DOI, Bureau of Reclamation and US Department of Energy). |
| | *LAND TENURE ADJUSTMENTS – RETENTION* |
| L&R–RET-OBJ-01 | **Objective:**<br>Retain lands in public ownership when it will serve the public interest, protect valuable resources, or achieve management goals. |
| L&R–RET-MA-01 | **Action:**<br>Retain public lands not identified for disposal (673,870 acres), except for those lands that meet the criteria for disposal, for long-term management (Figure 17, Appendix A). |
| L&R–RET-MA-02 | **Action:**<br>Retain lands that meet one or more of the following criteria:<br>• Lands containing valuable resources (e.g., recreational, cultural, special status species, riparian, fragile soils, and rare biological soil crusts);<br>• Lands within or next to special designation areas (i.e., Tabeguache Area, WSAs, lands managed to protect wilderness characteristics, National Conservation Areas, ACECs, WSRs. (Lands within SRMAs must meet the criteria for disposal and would be managed with similar objectives to current use to be considered for disposal);<br>• Lands near communities that would better serve the public interest as open space<br>• Lands that provide public or administrative access<br>• Lands that consolidate BLM ownership<br>• Lands suitable for trail construction to link communities<br>• Lands containing National Historic Trail segments |

BLM_0167660

| | LANDS AND REALTY |
|---|---|
| | *LAND TENURE ADJUSTMENTS – ACQUISTION* |
| L&R–ACQ-OBJ-01 | **Objective:** <br> Allow acquisition of nonfederal lands and easements to facilitate resource goals and objectives. |
| L&R–ACQ-MA-01 | **Action:** <br> As opportunities arise, acquire lands or easements as follows: <br> • Access to Jumbo Mountain near Paonia <br> • Access to Ridgway SRMA <br> • Private inholding in Camel Back WSA (Section 3 of Township 49 North, Range 12 West; 160 acres) <br> • Easement to Paradox Rock Art ACEC <br> • Between Bedrock and the Dolores River Canyon WSA |
| L&R–ACQ-MA-02 | **Action:** <br> Consider acquiring lands or easements that meet the following criteria: <br> • Lands containing valuable resources (e.g., recreational, cultural, special status species, riparian, fragile soils, and rare biological soil crusts) <br> • Lands suitable for trail construction to link communities <br> • Lands that enhance recreation opportunities <br>   o Lands within or next to areas with special designations (e.g., WSAs, National Conservation Areas, ACECs, and WSRs) <br>   o Lands managed to protect wilderness characteristics <br>   o Lands that provide public or administrative access <br>   o Lands that consolidate BLM ownership and/or enhance management goals |
| L&R–ACQ-MA-03 | **Action:** <br> Reserve public access easements on lands transferred from public ownership (patents) when it would benefit management goals or the public. |
| | *WITHDRAWALS* |
| L&R–WTH-OBJ-01 | **Objective:** <br> Meet resource and other agency needs by withdrawing lands from the public land laws and/or mining laws. |
| L&R–WTH-MA-01 | **Action:** <br> Continue to manage approximately 28,060 acres as withdrawn from mineral entry; including US Department of Energy, Federal Energy Regulatory Commission, and US DOI, Bureau of Reclamation withdrawals <br> (Figure 10, Appendix A). <br> Refer to the *Locatable Minerals* section for withdrawals. |
| L&R–WTH-MA-02 | **Action:** <br> Where applicable, issue ROWs, leases, other authorizations, or agreements in lieu of withdrawals. |

BLM_0167661

| | **LANDS AND REALTY** |
|---|---|
| L&R–WTH-MA-03 | **Action:**<br>Review withdrawals, as needed, and recommend their extension, continuation, termination, or revocation, as per applicable legislation, order, regulation, or agencies' needs. Continue all existing withdrawals initiated by other agencies unless the initiating agency requests that the withdrawal be terminated. Following revocation of a withdrawal and issuance of an opening order, manage the lands in a manner consistent with adjacent or comparable public land within the Planning Area.<br><br>Existing US DOI, Bureau of Reclamation withdrawals include:<br>US DOI, Bureau of Reclamation Project Land<br>• Aspinall Unit<br>• Bostwick Park Project<br>• Dallas Creek Project<br>• Fruitgrowers Project<br>• Paonia Project<br>• Smith Fork Project<br>• Uncompahgre Valley Project<br>• Paradox Valley Unit<br><br>US DOI, Bureau of Reclamation Nonproject Land[1]<br>• Dominguez Project<br>• Fruitland Mesa Project<br>*[1]Projects not authorized for construction* |
| L&R–WTH-MA-04 | **Action:**<br>Maintain existing power site classifications and power site reserves pending determination of potential for power or reservoir-related projects. |

BLM_0167662

| | **SPECIAL DESIGNATIONS** |
|---|---|
| | **AREAS OF CRITICAL ENVIRONMENTAL CONCERN** |
| ACEC-GOAL-01 | **GOAL:** <br> Manage ACECs to protect significant resource values and prevent damage to important natural, biological, cultural, recreational, or scenic resources and values, or to protect life and safety from natural hazards. Refer to Proposed RMP/Final EIS Appendix O, Summary of Areas of Critical Environmental Concern Report. |
| ACEC-OBJ-01 | **Objective:** <br> Manage the following areas (30,190 acres) as ACECs (Figure 18, Appendix A): <br> ● Adobe Badlands ACEC (6,370 acres) <br> ● Biological Soil Crust ACEC (390 acres) <br> ● Fairview South (BLM Expansion) ACEC (610 acres) <br> ● Needle Rock ACEC (80 acres) <br> ● Paradox Rock Art ACEC (1,080 acres) <br> ● San Miguel River (21,660 acres) |
| | *ADOBE BADLANDS ACEC/OUTSTANDING NATURAL AREA* |
| ACEC-MA-01 | **Action:** <br> Manage 6,370 acres as the Adobe Badlands ACEC to protect federally listed (endangered, threatened, proposed, and candidate) and BLM-sensitive species and habitats, scenic values, and highly erodible soils; provide for semiprimitive, nonmotorized, recreation opportunities and use, and reduce active erosion. Management actions are as follows: <br> ● Close to motorized and mechanized travel. <br> ● Manage as VRM Class II. <br> ● Provide such facilities as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, and fences as needed to protect resources. <br> ● Prohibit campfires. <br> ● Manage as ROW avoidance. <br> ● Close to coal leasing. <br> ● Close to mineral materials disposal. <br> ● Close to nonenergy solid mineral leasing. |
| ACEC-AU-01 | Allowable Use: <br> **STIPULATION** NSO-58: *Special Designation ACEC.* Prohibit surface occupancy and use in the ACEC. (Refer to Appendix B.) |

BLM_0167663

| | AREAS OF CRITICAL ENVIRONMENTAL CONCERN |
|---|---|
| | *FAIRVIEW SOUTH ACEC/RESEARCH NATURAL AREA* |
| ACEC-MA-02 | **Action:**<br>Manage 610 acres as the Fairview South (BLM Expansion) ACEC to protect clay-loving wild buckwheat. Management actions are as follows:<br>● Continue monitoring studies in cooperation with Colorado Natural Areas Program.<br>● Close to sheep grazing.<br>● Close to cattle grazing.<br>● Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, fences, etc. as needed for resource protection.<br>● Close to motorized and mechanized travel.<br>● Manage as day use only; prohibit camping.<br>● Prohibit campfires.<br>● Manage as VRM Class III.<br>● Manage as ROW exclusion.<br>● Close to mineral materials disposal.<br>● Close to nonenergy solid mineral leasing. |
| ACEC-AU-02 | Allowable Use:<br>**STIPULATION** NSO-58/ SSR-57: *Special Designation ACEC.* Prohibit surface occupancy and use and apply SSR restrictions in the ACEC. (Refer to Appendix B.) |
| | *NEEDLE ROCK ACEC/OUTSTANDING NATURAL AREA* |
| ACEC-MA-03 | **Action:**<br>Manage 80 acres as the Needle Rock ACEC Instant Study Area to protect the scientific, interpretive, and scenic qualities of this site. Management actions are as follows:<br>● Close to livestock grazing.<br>● Limit motorized and mechanized travel to designated routes.<br>● Manage as VRM Class II.<br>● Provide such facilities as informational and interpretive signs and maintain existing trails as needed to provide enhanced visitor use, enjoyment, and safety. Maintain existing trail systems and interpretive signs.<br>● Provide adequate protection (signing, use stipulations, barricades, and fences, as needed) to protect sensitive species and their habitats.<br>● Manage for day use only; prohibit camping.<br>● Prohibit open campfires; require use of stoves or grills.<br>● Prohibit wood collecting.<br>● Close to wood product sales and/or harvest.<br>● Prohibit rock climbing. |

*Uncompahgre Field Office Approved Resource Management Plan*

BLM_0167664

| | AREAS OF CRITICAL ENVIRONMENTAL CONCERN |
|---|---|
| | • Manage as ROW avoidance.<br>• Close to mineral materials disposal.<br>• Close to nonenergy solid mineral leasing.<br>• Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry. |
| ACEC-AU-03 | Allowable Use:<br>**STIPULATION** NSO-58/ SSR-57: *Special Designation ACEC.* No surface occupancy or use is allowed, and SSR restrictions are applied, in the ACEC. (Refer to Appendix B.) |
| | *SAN MIGUEL RIVER ACEC* |
| ACEC-MA-04 | **Action:**<br>Manage 21,660 acres as the San Miguel River ACEC to protect unique riparian resources, bird habitat, and scenic values. Management actions are as follows:<br>• Manage as VRM Class III.<br>• Allow on-site collection of dead and downed wood for campfires (fire pans, stoves, or grills required), unless monitoring indicates a need for change.<br>• Close to wood product sales and/or harvest.<br>• Limit camping to designated sites and areas.<br>• Limit camping to no longer than 7 consecutive days at any 1 location; after the 7 days has been reached, prohibit campers from returning to that location for 30 days and/or require them to move out of the ACEC.<br>• Limit campfires to existing fire pans, stoves, or grills in designated campsites.<br>• Limit motorized and mechanized travel to designated routes.<br>• Where possible, locate facility development outside the 100-year floodplain.<br>• Provide such facilities as informational and interpretive signs, designated trail systems and restrooms, barricades, and fences, as needed for enhanced visitor use, enjoyment, and safety and to protect sensitive species and their habitats.<br>• Close to coal leasing.<br>• Close to nonenergy solid mineral leasing.<br>• Close to mineral materials disposal. |
| ACEC-AU-04 | Allowable Use:<br>**STIPULATION** NSO-58: *Special Designation ACEC.* Prohibit surface occupancy and use in the ACEC. (Refer to Appendix B.) |

BLM_0167665

| | AREAS OF CRITICAL ENVIRONMENTAL CONCERN |
|---|---|
| | *BIOLOGICAL SOIL CRUST/ EAST PARADOX ACEC* |
| ACEC-MA-05 | **Action:**<br>Manage 390 acres as the Biological Soil Crust ACEC to protect biological soil crusts. Management actions are as follows:<br>● Emphasize management and long-term preservation of the biological soil crust community.<br>● Allow surface-disturbing activities associated with research for biological soil crust and gypsipherous plant communities. Conduct a complete inventory for biological soil crust and gypsipherous plant communities.<br>● Locate livestock salt/mineral supplement sites and water sites farther than 0.25-mile from the boundary of the gypsipherous soils (gypsum land and gypsiothorids).<br>● Allow existing livestock watering reservoirs closer than 0.25-mile from the gypsipherous soils to remain; prohibit new reservoirs within 0.25-mile of the gypsipherous soils.<br>● Limit motorized and mechanized travel to designated routes.<br>● Manage for day use only; prohibit camping.<br>● Manage as ROW avoidance.<br>● Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry.<br>● Close to mineral materials disposal.<br>● Close to nonenergy solid mineral leasing. |
| ACEC-AU-05 | Allowable Use:<br>**STIPULATION** NSO-58/ SSR-57: *Special Designation ACEC.* Prohibit surface occupancy and use and apply SSR restrictions in the ACEC. (Refer to Appendix B.) |
| | *PARADOX ROCK ART ACEC* |
| ACEC-MA-06 | **Action:**<br>Manage 1,080 acres in the area of Paradox Rock Art Complex as an ACEC to protect unique cultural resource values, including numerous prehistoric petroglyphs and pictographs in the area. Management actions are as follows:<br>● Manage as VRM Class II.<br>● Limit motorized and mechanized travel to designated routes.<br>● Manage as ROW avoidance.<br>● Provide such facilities as informational and interpretive signs, designated trail systems and camping areas, and restrooms, as needed for resource protection.<br>● Provide adequate protection (signs, use stipulations, barricades, and fences, as needed) to protect sensitive sites.<br>● Allow camping only in designated sites and areas.<br>● Permit rock climbing in designated areas only.<br>● Issue no SRPs for competitive events.<br>● Allow organized SRPs for groups up to 25 people.<br>● If resource damage occurs, limit the appropriate public activity at or near the locality where the damage occurs.<br>● Recommend to the Secretary of the Interior for withdrawal from locatable mineral entry. |

BLM_0167666

| | AREAS OF CRITICAL ENVIRONMENTAL CONCERN |
|---|---|
| | ● Close to mineral materials disposal.<br>● Close to nonenergy solid mineral leasing. |
| ACEC-AU-06 | Allowable Use:<br>**STIPULATION** NSO-50: *National Register District.* Prohibit surface occupancy and use in National Register Districts. (Refer to Appendix B.) |
| ACEC-AU-07 | Allowable Use:<br>**STIPULATION** NSO-58: *Special Designation ACEC.* Prohibit surface occupancy and use in the ACEC. (Refer to Appendix B.) |

| | WILDERNESS AND WILDERNESS STUDY AREAS |
|---|---|
| WIL-GOAL-01 | **GOAL:**<br>Preserve the wilderness character of the Tabeguache Area. |
| WIL-OBJ-01 | **Objective:**<br>Provide protection and management of the Tabeguache Area (8,060 acres) to maintain wilderness character and potential for inclusion in the National Wilderness Preservation System as directed by Congress in the Colorado Wilderness Act of 1993 (Public Law 103-77, August 13, 1993). |
| WIL-MA-01 | **Action:**<br>Apply the following management actions to the Tabeguache Area (8,060 acres) (Figure 19, Appendix A):<br>● Manage as VRM Class I.<br>● Close to motorized and mechanized travel.<br>● Manage as ROW exclusion.<br>● Closed to wood cutting and wood product sales and harvest<br>● Withdrawn from locatable mineral entry.<br>● Close to coal leasing.<br>● Close to nonenergy solid mineral leasing.<br>● Close to mineral materials disposal. |
| WIL-NL-01 | Action:<br>Apply the following management actions to the Tabeguache Area (8,060 acres) (Figure 19, Appendix A):<br>● **NO LEASING** NL-17: *Tabeguache Area.* Close to fluid mineral leasing and geophysical exploration. (Refer to Appendix B; Figure 7, Appendix A.) |
| WIL-AU-01 | Allowable Use:<br>**STIPULATION** SSR-58: *Tabeguache Area.* Apply SSR restrictions. (Refer to Appendix B; Figure 9, Appendix A.) |
| WIL-GOAL-02 | **GOAL:**<br>Preserve the wilderness characteristics of WSAs. |

BLM_0167667

| | **WILDERNESS AND WILDERNESS STUDY AREAS** |
|---|---|
| WIL-OBJ-02 | **Objective:**<br>Preserve wilderness characteristics in WSAs in accordance with nonimpairment standards, as defined in BLM Manual 6330, Management of Wilderness Study Areas (BLM 2012c) until Congress either designates these lands as wilderness or releases them for other purposes. |
| WIL-MA-02 | **Action:**<br>Manage 36,160 acres in the following WSAs according to BLM Manual 6330, Management of Wilderness Study Areas until Congress either designates them as wilderness or releases them for other uses (Figure 19, Appendix A):<br>● Adobe Badlands (10,320 acres)<br>● Camel Back (10,680 acres)<br>● Dolores River Canyon (13,340 acres)<br>● Needle Rock Instant Study Area (80 acres)<br>● Sewemup Mesa (1,740 acres) |
| WIL-MA-03 | **Action:**<br>Apply the following management prescriptions to all WSAs:<br>● Manage as VRM Class I.<br>● Manage as ROW exclusion.<br>● Closed to wood cutting and wood product sales and harvest.<br>● Close to coal leasing.<br>● Close to nonenergy solid mineral leasing. |
| WIL-AU-02 | Allowable Use:<br>**NO LEASING/STIPULATION** NL-18/NGD-27: *WSAs*: Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities. (Refer to Appendix B; Figures 7 and 9, Appendix A.) |
| WIL-MA-04 | **Action:**<br>In addition to the above, apply the following management prescriptions to all WSAs:<br>● Close to mineral materials disposal. |
| WIL-MA-05 | **Action:**<br>Close WSAs to motorized and mechanized travel:<br>● Adobe Badlands<br>● Camel Back<br>● Dolores River Canyon<br>● Sewemup Mesa<br><br>Limit motorized and mechanized travel in Needle Rock Instant Study Area to designated routes. |

BLM_0167668

| | WILDERNESS AND WILDERNESS STUDY AREAS |
|---|---|
| WIL-GOAL-03 | **GOAL:**<br>Implement management strategies for lands within WSAs, should Congress release one or more of these areas from wilderness consideration. |
| WIL-OBJ-03 | **Objective:**<br>If Congress releases one or more WSAs from wilderness consideration, manage those lands consistent with underlying land use designations. |
| WIL-MA-06 | **Action:**<br>If Congress releases Sewemup Mesa WSA from wilderness consideration, manage the UFO portion to be consistent with the Grand Junction Field Office portion of the WSA:<br>● Manage as VRM Class II.<br>● Close to motorized travel, including over-the-snow travel.<br>● Limit mechanized travel to designated routes.<br>● Close to nonenergy solid mineral leasing.<br>● Close to mineral materials.<br>● Issue no SRPs for competitive events.<br>● Prohibit wood cutting.<br>● Open to livestock grazing.<br>● Manage as ROW avoidance. |
| WIL-AU-03 | If Congress releases Sewemup Mesa WSA from wilderness consideration, manage the UFO portion to be consistent with the Grand Junction Field Office portion of the WSA:<br>Allowable Use: **STIPULATION** NSO-53/SSR-56. *Lands with Wilderness Characteristics.* Prohibit surface occupancy and use and apply SSR restrictions on identified lands being managed to protect inventoried wilderness characteristics. (Refer to Appendix B.) |
| WIL-MA-07 | **Action:**<br>If Congress releases Dolores River Canyon WSA from wilderness consideration, manage the lands consistent with the underlying land use designations (i.e., suitable Dolores River Segment 1a, suitable LaSal Creek Segment 3, and Dolores River Canyon SRMA). |
| WIL-MA-08 | **Action:**<br>If Congress releases Camel Back WSA from wilderness consideration, manage those lands consistent with the underlying land use designations (i.e., suitable Roubideau Creek Segment 1, suitable Monitor Creek, suitable Potter Creek, and Roubideau SRMA). |
| WIL-MA-09 | **Action:**<br>If Congress releases Adobe Badlands WSA from wilderness consideration, manage those lands consistent with the underlying land use designation (i.e., Adobe Badlands ACEC). |

BLM_0167669

| WILDERNESS AND WILDERNESS STUDY AREAS | |
|---|---|
| WIL-MA-10 | **Action:**<br>If Congress releases Needle Rock Instant Study Area from wilderness consideration, manage those lands consistent with the underlying land use designation (i.e., Needle Rock ACEC). |

| WILD AND SCENIC RIVERS | |
|---|---|
| WSR-GOAL-01 | **GOAL:**<br>Evaluate eligible river segments to determine suitability for inclusion in the National Wild and Scenic Rivers System, protecting them in accordance with the WSR Act and BLM guidance (BLM Manual 6400). |
| WSR-OBJ-01 | **Objective:**<br>Preserve the recommended classification of each suitable segment by maintaining the level of development allowed under the recommended classification. In addition, maintain the free-flowing condition, water quality, and outstandingly remarkable values associated with suitable segments. |
| WSR-MA-01 | **Action:**<br>Determine that the following 16 stream segments are suitable for inclusion in the National Wild and Scenic Rivers System (Figure 20, Appendix A). See Table II-5 (Summary of Wild and Scenic River Study Segments) (a description of each segment is provided in the Final Wild and Scenic River Suitability Report for the Uncompahgre Planning Area):<br>● Segments classified as wild:<br>  o Monitor Creek<br>  o Potter Creek<br>  o Roubideau Creek Segment I<br>  o Saltado Creek<br>  o San Miguel River Segment 2<br>  o Tabeguache Creek Segment I<br>  o Dolores River Segment I<br>  o La Sal Creek Segment 3<br>● Segments classified as scenic:<br>  o Lower Dolores River<br>● Segments classified as recreational:<br>  o Beaver Creek<br>  o San Miguel River Segments 1, 3, 5, and 6<br>  o Dolores River Segment 2<br>  o La Sal Creek Segment 2<br><br>Determine that the following 13 stream segments are not suitable for inclusion in the National Wild and Scenic Rivers System: |

BLM_0167670

| | WILD AND SCENIC RIVERS |
|---|---|
| | • Dry Creek<br>• Roubideau Creek Segment 2<br>• Deep Creek<br>• West Fork Terror Creek<br>• Naturita Creek<br>• Ice Lake Creek Segment 2<br>• Lion Creek Segment 2<br>• Gunnison River Segment 2<br>• Tabeguache Creek Segment 2<br>• Dolores River Segment 1b<br>• North Fork Mesa Creek<br>• La Sal Creek Segment 1<br>• Spring Creek<br><br>For eligible streams in which only a portion was determined to be suitable, stream miles and acreage that are not within the mapped boundary of the suitable stream segment are determined to be not suitable.<br><br>All stream miles and acreage determined to be not suitable are released from further protection under the provisions of the WSR Act. |
| WSR-MA-02 | **Action:**<br>Establish the following interim protective management guidelines for all suitable segments pending congressional action (all interim protective management is subject to valid existing rights):<br>• Approve no actions altering the free-flowing nature of eligible segments through impoundments, diversions that have the effect of impounding water, channeling, or riprapping.<br>• Approve no action that would have an adverse effect on an eligible segment's identified outstandingly remarkable value(s). Enhance identified outstandingly remarkable value(s) to the extent practicable.<br>• Approve no action that would modify an eligible segment or its corridor to the degree that its eligibility or tentative classification would be affected.<br>• Approve no action that would diminish water quality to the point that the water quality would no longer support the outstandingly remarkable value(s).<br>• Manage wild segments with scenic outstandingly remarkable value or within a WSA or the Tabeguache Area as VRM Class I.<br>• Manage wild segments without a scenic outstandingly remarkable value and not within a WSA or the Tabeguache Area as VRM Class II.<br>• Manage scenic segments as VRM Class II. |

| | **WILD AND SCENIC RIVERS** |
|---|---|
| | • Manage recreational segments with a scenic outstandingly remarkable value as VRM Class II. |
| | • Manage recreational segments without a scenic outstandingly remarkable value according to the background VRM class in that area. |
| | • Manage wild segments as ROW exclusion areas. |
| | • Manage scenic segments as ROW avoidance areas. |
| | • Close to nonenergy solid mineral leasing |
| | • Close all segments to mineral materials disposal. |
| | • Close all segments to coal leasing. |
| | • Recommend to the Secretary of the Interior to withdraw wild segments from locatable mineral entry. |
| WSR-AU-01 | Allowable Use: **STIPULATION** NSO-60: *Special Designation WSR ("Wild" or "Scenic")*. Prohibit surface occupancy and use within the WSR study corridor, as defined in Appendix B of the Final Wild and Scenic River Suitability Report for the Uncompahgre Planning Area, of segments determined to be suitable for inclusion in the National Wild and Scenic Rivers System with the classification of "Wild" or "Scenic." (Refer to Appendix B; Figure 7, Appendix A.) |
| WSR-AU-02 | Allowable Use: **STIPULATION** CSU-54: *Special Designation WSR ("Recreational")*. Surface occupancy or use may be restricted within the WSR study corridor, as defined in Appendix B of the Final Wild and Scenic River Suitability Report for the Uncompahgre Planning Area, of segments determined to have the classification of "Recreational." (Refer to Appendix B; Figure 7, Appendix A.) |
| WSR-AU-03 | Allowable Use: **STIPULATION** SSR-61: *Special Designation WSR*. Apply SSR restrictions within the WSR study corridor, as defined in Appendix B of the Final Wild and Scenic River Suitability Report for the Uncompahgre Planning Area. (Refer to Appendix B; Figure 7, Appendix A.) |

| | **NATIONAL TRAILS AND BYWAYS** |
|---|---|
| | *NATIONAL TRAILS* |
| NTR-GOAL-01 | **GOAL:** Enhance, promote, and protect the scenic, natural, and cultural resource values associated with current and future designated National Scenic, Historic, and Recreation Trails. |
| NTR-OBJ-01 | **Objective:** Identify and manage National Historic Trails. Identify the nature and purposes of National Historic Trails, and, to the greatest extent possible, manage the trails in a manner so as to safeguard the nature and purpose of the trail and in a manner that protects the values for which the trail was designated. Management will be consistent with the Old Spanish National Historic Trail Comprehensive Management Strategy (2017). |

BLM_0167672

| | **NATIONAL TRAILS AND BYWAYS** |
|---|---|
| NTR-MA-01 | **Action:**<br>Identify known historic trails and/or trail segments (e.g., Old Spanish National Historic Trail-northern branch, Ute Trail, Rivera Expedition trail, Dominguez/Escalante Trail, Loring Military Expedition Trail, and Gunnison Expedition Trail [Figure 28, Appendix A]). |
| NTR-MA-02 | **Action:**<br>Establish the National Trail Management Corridor for the Old Spanish National Historic Trail. Class III inventory has identified the Old Spanish National Historic Trail corridor in the UFO as roughly centered along US Highway 50. The congressionally designated Old Spanish National Historic Trail route is based on completed field inventories; however, additional Class III inventory may be required to locate and document existing traces located outside the corridor on all BLM-administered parcels. Pursue partners for grant funding where practical to conduct surveys on adjacent lands with landowner permission. The National Historic Trail designation allows for small location changes without congressional authorization (as approved by the Trail Administrators, US DOI, National Park Service-BLM). If the location of the trail changes as a result of Class III inventory, then the management actions in this RMP would apply to the newly mapped location(s) and may be modified to better address the inventory findings. That land no longer identified as trail location, as proven through the archaeological survey, would be managed for similar purposes and with similar VRM class to the adjacent public land. |
| NTR-MA-03 | **Action:**<br>Manage all National Trails as ROW avoidance areas (100-meter [328 feet] corridor). Class III cultural resource inventory will be required for all ROW applications within these corridors, with avoidance of existing traces being the preferred mitigation. |
| NTR-MA-04 | **Action:**<br>Manage all National Historic Trails (except the Old Spanish National Historic Trail) as VRM Class II within 0.5-mile of either side of centerline.<br><br>Manage the Old Spanish National Historic Trail as VRM Class III within 0.5-mile of either side of the centerline of US Highway 50. |
| NTR-MA-05 | **Action:**<br>Close all congressionally designated National Trails to coal leasing (43 CFR 3400.2[a][4]). Close all National Trails to mineral materials disposal and nonenergy solid mineral leasing (50-meter [164 feet] buffer). |
| NTR-AU-01 | Allowable Use:<br>**STIPULATION** CSU-55: *Special Designation Trail (Old Spanish National Historic Trail).* Surface occupancy or use may be restricted up to (0.5 mile) of the centerline of the following: Old Spanish National Historic Trail. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. (Refer to Appendix B; Figure 7, Appendix A.) |

BLM_0167673

| | **NATIONAL TRAILS AND BYWAYS** |
|---|---|
| NTR-OBJ-02 | **Objective:**<br>Manage the Tabeguache and Paradox Trails to provide for the ever-increasing outdoor recreation needs of an expanding urban population and to promote the preservation of public access to, travel within, and enjoyment and appreciation of the scenic, natural, and cultural resources. |
| NTR-MA-06 | **Action:**<br>Proposed to the Secretary of Interior to designate the Tabeguache and Paradox Trails as National Recreation Trails, as described in the National Trails System Act of 1968 (Public Law 90-543; Figure 28, Appendix A). |
| NTR-AU-02 | Allowable Use:<br>**STIPULATION CSU-61:** *Special Designation Trail (National Recreation Trails).* Surface occupancy or use may be restricted within 200 meters (656 feet) of the center line of designated National Recreation trails. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet) of the center line of designated National Recreation trails may be required. (Refer to Appendix B; Figure 7, Appendix A.) |
| | *NATIONAL AND BLM BYWAYS* |
| BYW-GOAL-01 | **GOAL:**<br>Enhance, promote, and protect the scenic, natural, and cultural resource values associated with current and future designated byways. |
| BYW-OBJ-01 | **Objective:**<br>Support efforts of designated byway corridor management plans and aid in the development of byway facilities:<br>● Grand Mesa Scenic and Historic Byway<br>● San Juan Skyway (National Scenic Byway and All-American Road)<br>● Unaweep-Tabeguache Scenic and Historic Byway (Colorado Scenic and Historic Byway)<br>● West Elk Scenic and Historic Byway (Colorado Scenic and Historic Byway)<br>(Refer to Figure 28, Appendix A.) |
| BYW-MA-01 | **Action:**<br>Within 0.5-mile of either side of centerline, designate:<br>● Grand Mesa Scenic Byway as VRM Class II<br>● West Elk Scenic Byway, from Northeast UFO boundary to Gunnison County Road 12, as VRM Class II<br>● Remaining portion of West Elk Scenic Byway as VRM Class III<br>● San Juan Skyway as VRM Class III<br>● Unaweep/Tabeguache Byway as VRM Class III |
| BYW-AU-01 | Allowable Use:<br>**STIPULATION** CSU-58: *Special Designation Byway (Scenic Byways).* Surface occupancy or use may be restricted within 805 meters (0.50-mile) of designated scenic byways. Special design, construction, and implementation measures, including |

BLM_0167674

| NATIONAL TRAILS AND BYWAYS | |
|---|---|
| | relocation of operations by more than 200 meters (656 feet), may be required to protect the scenic (visual) values. (Refer to Appendix B; Figure 7, Appendix A.) |

| WATCHABLE WILDLIFE VIEWING SITES | |
|---|---|
| WWV-GOAL-01 | **GOAL:**<br>Provide opportunities for publics to see and enjoy native wildlife. |
| WWV-OBJ-01 | **Objective:**<br>Designate and provide information to the public on Watchable Wildlife Viewing Sites. |
| WWV-MA-01 | **Action:**<br>Designate the following as Watchable Wildlife Viewing Sites; focus management on enhancing wildlife habitat in these areas and providing opportunities for the public to view and learn about the wildlife of these areas:<br>● Uncompahgre Riverway<br>● Billy Creek<br>● San Miguel River ACEC (Important Bird Area)<br>(Refer to Figure 21, Appendix A.) |
| WWV-MA-02 | **Action:**<br>Where feasible, complete wildlife habitat improvements to enhance fish/wildlife viewing opportunities, while maintaining protection of fish/wildlife. |
| WWV-MA-03 | **Action:**<br>Manage 20 acres of Uncompahgre Riverway Watchable Wildlife Viewing Site to protect and enhance migratory and breeding bird and native fish habitat. |
| WWV-MA-04 | **Action:**<br>Manage 2,990 acres of Billy Creek Watchable Wildlife Viewing Site, in coordination with CPW, to protect and enhance migratory and breeding bird and big game habitat. |
| WWV-MA-05 | **Action:**<br>Manage 22,780 acres of San Miguel Watchable Wildlife Viewing Site to protect and enhance migratory and breeding bird and native fish habitat. |
| WWV-MA-06 | **Action:**<br>In coordination with CPW and local wildlife-related organizations (e.g., Black Canyon Audubon, Colorado Breeding Bird Atlas, Colorado Natural Areas Program, and hunting groups), evaluate known wildlife concentration areas or areas with special wildlife interest for possible additional designation as Watchable Wildlife Viewing Sites. |
| WWV-MA-07 | **Action:**<br>Provide such facilities as informational and interpretive signs, designated trail systems, and restrooms, as needed for enhanced visitor use, enjoyment, and safety. Provide adequate protection (e.g., signs, use stipulations, barricades, and fences), as needed to protect sensitive species and their habitats. |

BLM_0167675

| SOCIAL AND ECONOMIC | |
|---|---|
| **NATIVE AMERICAN TRIBAL INTERESTS** | |
| TRB-GOAL-01 | **GOAL:** Manage public lands to reduce hazardous risks to protect lives, resources, and property. Enhance public health in cooperation with local communities. Provide a process for Native American involvement in the federal decision making process. |
| TRB-OBJ-01 | **Objective:** Consult on a government-to-government basis with all appropriate federally recognized tribes regarding developments or projects on public lands that may affect historic properties, sacred sites, traditional cultural properties, or traditional use areas of interest or concern to them. |
| TRB-MA-01 | **Action:** Follow current management practices, as guided by directives contained in BLM Manual 8120 (Tribal Consultation under Cultural Resources), BLM Handbook H-8120-1 (General Procedural Guidance for Native American Consultation), American Indian Religious Freedom Act (42 US Code, 1996), Native American Graves Protection and Repatriation Act (25 US Code, 3001), Executive Order 13007 (Indian Sacred Sites), and Executive Order 13084 (Tribal Consultation). |
| TRB-MA-02 | **Action:** During project planning, consult with tribes regarding visual resources in connection with Native American religious values and practices. If the visual resources in the project area are important to traditional and religious tribal values, consider modifying or mitigating the project. Consultations with tribes would include proposed programs of avoidance and mitigation, including off-site mitigation. If the project modification, mitigation, or treatment measures cannot be accomplished to the satisfaction of the concerned parties, consider canceling the project at the discretion of the BLM Authorized Officer. |
| TRB-MA-03 | **Action:** Continue and expand consulting and educational program partnerships with the Northern Ute Tribe, Southern Ute Indian Tribe, and Ute Mountain Ute tribes. |
| TRB-MA-04 | **Action:** Continue government-to-government consultation with Indian tribes to identify traditional cultural properties, sacred/religious sites, or traditional use areas through face-to-face meetings, letters, phone calls, emails, and on-site visits. If any areas are identified or become known through the Native American notification or consultation process, address their concerns through site- and project-specific modification and/or mitigation. |
| TRB-MA-05 | **Action:** Protect and preserve Native American cultural and sacred sites and Native American access to these sites whenever possible. Take no action that would adversely affect these areas or locations without consultation with the appropriate Native American tribes (Executive Orders 13007 and 13084). |
| TRB-MA-06 | **Action:** In cooperation with tribal entities, allow qualified Native Americans appropriate access to public lands in order to practice spiritual traditions and beliefs and to gather resources needed for these practices. |

BLM_0167676

| | PUBLIC HEALTH AND SAFETY |
|---|---|
| PHS-GOAL-01 | **GOAL:**<br>Manage public lands to reduce hazardous risks to protect lives, resources, and property. Enhance public health in cooperation with local communities. |
| PHS-OBJ-01 | **Objective:**<br>Reduce risks from potential hazard sites and pursue the reduction of hazards. |
| PHS-MA-01 | **Action:**<br>Post caution signs for the public in the North Delta unexploded ordnance area. |
| PHS-MA-02 | **Action:**<br>Continue to work with the Army National Guard to remedy unexploded ordnance in support of land use and management specified in this RMP. |
| PHS-MA-03 | **Action:**<br>Require project proponents in the North Delta unexploded ordnance area to clear the affected project area on a project-specific basis. Clear and dispose of identified unexploded ordnance in accordance with applicable US Army policies and procedures. |
| PHS-LN-01 | **LEASE NOTICE** LN-UFO-2: Unexploded Ordnance. The lease area is known to contain unexploded ordnance. The Colorado National Guard and Army Reserve used the lease area as a practice area for military training in the past. Periodic surface searches for ordnance may not have located and removed all of the ordnance. Prior to any new activity on the lease area, a survey for surface and subsurface unexploded ordnance is required to avoid impacts on health and safety. Lessees must contact the UFO prior to any surface activities associated with this lease. The lessee will be required to coordinate with the Colorado National Guard, Army Reserve, and the Colorado Department of Public Health and Environment to conduct additional surveys to ensure that there is no unexploded ordnance present on the proposed disturbance sites and appropriate actions are taken to be sure the sites are safe for use. The BLM may recommend modifications to exploration and development proposals to avoid impacts on health and safety. The lease holder agrees to indemnify the United States against any liability arising from the lease holder's and its agents' activities on the lease area. |
| PHS-MA-04 | **Action:**<br>To the extent possible, conduct hazardous material response and reclaim sites in accordance with the National Oil and Hazardous Substances Pollution Contingency Plan (40 CFR 300) and the Comprehensive Environmental Response, Compensation, and Liability Act. |
| PHS-MA-05 | **Action:**<br>Close the US Department of Energy Uranium Mill Tailings Remedial Action Area to mineral materials disposal. |
| PHS-AU-01 | Allowable Use:<br>**STIPULATION** NSO-66/NGD-30: *US Department of Energy Uranium Mill Tailings Remedial Action Area.* Prohibit surface occupancy and use and surface-disturbing activities in the supplemental standard area around Uravan associated with the US Department of Energy Uranium Mill Tailings Remedial Action Area. (Refer to Appendix B; Figures 7 and 9, Appendix A.) |

BLM_0167677

| | PUBLIC HEALTH AND SAFETY |
|---|---|
| PHS-AU-02 | Allowable Use:<br>**STIPULATION** NSO-67: *Dwellings and High Occupancy Buildings.* Prohibit surface occupancy and use within 305 meters (1,000 feet) of occupied dwellings and building units (as defined by the State of Colorado). {Refer to Appendix B; Figure 7, Appendix A.) |
| PHS-MA-06 | **Action:**<br>Manage new and abandoned mine lands projects to include rehabilitation to reduce active erosion. Consider closing routes as part of comprehensive travel management planning. |
| PHS-MA-07 | **Action:**<br>Provide for public safety in the event of a burning or smoldering coal seam. |

BLM_0167678

**Table II-5**
**Summary of Wild and Scenic River Study Segments**

| River or Creek | Total Segment Length (miles) | Length on BLM Land (miles) | Total Study Corridor (acres) | Area on BLM Land (acres) | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|---|---|
| Monitor Creek | 9.4 | 9.4 | 2,540 | 2,540 | Wild | Fish, Vegetation |
| Potter Creek | 9.8 | 9.8 | 2,810 | 2,810 | Wild | Fish, Vegetation |
| Roubideau Creek Segment 1 | 10.0 | 10.0 | 2,680 | 2,680 | Wild | Recreational, Wildlife, Cultural, Vegetation |
| Beaver Creek | 14.3 | 14.2 | 4,170 | 3,640 | Recreational | Vegetation |
| Saltado Creek | 5.6 | 4.1 | 1,640 | 1,340 | Wild | Vegetation |
| San Miguel River Segment 1 | 27.2 | 17.3 | 8,360 | 6,680 | Recreational | Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology |
| San Miguel River Segment 2 | 4.0 | 3.6 | 1,260 | 1,100 | Wild | Scenic, Recreational, Wildlife, Vegetation |
| San Miguel River Segment 3 | 4.5 | 4.5 | 1,350 | 1,350 | Recreational | Recreational, Fish, Wildlife, Vegetation |
| San Miguel River Segment 5 | 7.5 | 1.3 | 2,340 | 1,740 | Recreational | Recreational, Fish, Historic, Vegetation |
| San Miguel River Segment 6 | 2.1 | 2.1 | 390 | 390 | Recreational | Recreational, Fish, Historic, Vegetation |
| Tabeguache Creek Segment 1 | 3.4 | 3.4 | 1,010 | 1,010 | Wild | Vegetation |
| Lower Dolores River | 4.2 | 4.2 | 630 | 630 | Scenic | Scenic, Recreational, Geologic, Fish, Wildlife |
| Dolores River Segment 1a | 8.7 | 8.7 | 1,950 | 1,950 | Wild | Recreational, Scenic, Fish, Wildlife, Geology, Ecologic, Archaeology |
| Dolores River Segment 2 | 5.3 | 5.3 | 1,230 | 1,230 | Recreational | Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation |
| La Sal Creek Segment 2 | 3.3 | 3.3 | 790 | 790 | Recreational | Fish, Vegetation |
| La Sal Creek Segment 3 | 3.4 | 3.4 | 800 | 800 | Wild | Scenic, Recreational, Fish, Cultural, Vegetation |

Sources: BLM 2010c; BLM and Forest Service 2007

BLM_0167679

**Table II-6**
**Renewable Energy Exclusion and Avoidance Areas[1]**

| | |
|---|---|
| ACECs | Adobe Badlands, Biological Soil Crust, Needle Rock, Paradox Rock Art:<br>Wind: Avoid<br>Solar: Avoid Hydropower: Avoid<br><br>Fairview South (BLM Expansion):<br>Wind: Exclude<br>Solar: Exclude Hydropower: Exclude |
| Within 50 feet of all perennial streams and naturally occurring riparian and wetland areas, springs, and seeps, unless it can be determined that the project would maintain Proper Functioning Condition | Wind: Avoid<br>Solar: Avoid<br>Hydropower: Avoid |
| Suitable WSR Segments | Lower Dolores River:<br>Wind: Avoid<br>Solar: Avoid<br>Hydropower: Avoid<br><br>Dolores River Segment 1a, La Sal Creek Segment 3, Monitor Creek, Potter Creek, Roubideau Creek Segment 1, Saltado Creek, San Miguel River Segment 2, Tabeguache Creek Segment 1:<br>Wind: Exclude<br>Solar: Exclude<br>Hydropower: Exclude |
| Wilderness Study Areas and Tabeguache Area | Wind: Exclude<br>Solar: Exclude<br>Hydropower: Exclude |
| Within 200 meters (656 feet) of occupied habitat of federally listed, candidate, and proposed plant species | Wind: Avoid<br>Solar: Avoid<br>Hydropower: Avoid |
| Within 1.0 mile of occupied federally listed fish habitat | Wind: Avoid<br>Solar: Avoid<br>Hydropower: Avoid |

BLM_0167680

| | |
|---|---|
| Within known occupied habitat for federally listed wildlife and bird species | Wind: Avoid<br>Solar: Avoid<br>Hydropower: Avoid |
| In all Gunnison sage-grouse breeding habitat (lek and non-lek) plus a 0.6-mile radius | Wind: Avoid<br>Solar: Avoid<br>Hydropower: Avoid |
| Within Gunnison sage-grouse designated critical habitat | Wind: Avoid<br>Solar: Avoid<br>Hydropower: Avoid |
| Lands with Wilderness Characteristics | Lands managed to minimize impacts on wilderness characteristics:<br>Wind: Avoid<br>Solar: Avoid<br>Hydropower: Avoid |
| National Historic Trails, within 100-meter buffer on either side of centerline | Wind: Avoid<br>Solar: Avoid<br>Hydropower: Avoid |
| Total Acres – Open | Wind: 434,300<br>Solar: 434,300<br>Hydropower: 434,300 |
| Total Acres – Avoid<br>(Includes other ROW Avoidance) | Wind: 175,530<br>Solar: 175,530<br>Hydropower: 175,530 |
| Total Acres – Exclude<br>(Includes other ROW Exclusion) | Wind: 65,970<br>Solar: 65,970<br>Hydropower: 65,970 |

Sources: BLM 2012c, 2018, 2019

[1]An area restricted by "Exclusion" is closed to the type of renewable energy project. An area restricted by "Avoidance" allows some use and occupancy of BLM-administered lands while protecting identified resources or values. These areas are potentially open to renewable energy projects, but the restriction allows the BLM to require special constraints, or the activity can be shifted to protect the specified resource or value based on site specific analysis.

Notes: Geothermal development would follow stipulations shown under Fluid Minerals. Solar energy projects are allowed for fewer than 20 megawatts only.

BLM_0167681

## II.3   PUBLIC INVOLVEMENT

The BLM will continue to work with existing partners, to cultivate new partnerships, and to seek the views of the public. It will use such techniques as news releases and website postings to ask for participation and to inform the public of new and ongoing management actions and site-specific planning. The public is encouraged to contact the BLM (UFO at 2465 South Townsend Avenue, Montrose, Colorado 81401) and request that their names be placed in the UFO mailing list, along with their specific area of interest (e.g., wildlife, cultural resources, or socioeconomics) for plan implementation. The public may also make this request by calling (970) 240-5300.

The BLM will also continue to coordinate, both formally and informally, with the numerous federal and state agencies, Native American tribes, local agencies, and officials interested and involved in the management of public lands in the UFO.

## II.4   MANAGEMENT PLAN IMPLEMENTATION

The BLM will develop an implementation plan to identify actions to achieve the desired outcomes of the Approved RMP. The implementation plan will assist BLM managers and staff to prepare budget requests and to schedule work priorities. The BLM will prepare supplementary rules to provide full authority to BLM Law Enforcement to enforce management decisions made in the Approved RMP pursuant to the BLM's authority under 43 CFR 8365.1-6.

The BLM will issue implementation decisions to fully implement the RMP. During implementation of the RMP, the BLM will prepare additional documentation for site-specific actions to comply with NEPA. This can vary from a simple statement of conformance with the RMP and adequacy of existing NEPA analysis to more complex EAs or EISs that analyze several alternatives.

## II.5   RMP EVALUATION, AMENDMENT, MAINTENANCE, MONITORING, AND ADAPTIVE MANAGEMENT

The BLM will monitor and periodically evaluate implementation of the RMP based on guidance in the BLM's Land Use Planning Handbook, H-1601-1 (BLM 2005), as amended.

### II.5.1   RMP EVALUATION

Evaluation is the process of reviewing the land use plan and the periodic plan monitoring reports to determine whether the land use plan decisions and NEPA analysis are still valid and how effectively the plan is being implemented. In accordance with the BLM's Land Use Planning Handbook (H-1601-1; BLM 2005), the BLM will periodically evaluate an approved RMP to determine whether the land use plan decisions and NEPA analysis are still valid and whether the plan is being implemented effectively. Land use plan evaluations determine whether:

- The decisions remain relevant to current issues

BLM_0167682

- Decisions are effective in achieving or making progress toward achieving the desired outcomes specified in the RMP
- Any decisions need revision, amendment, or deletion
- Any new decisions are needed

In making these determinations, the BLM's evaluation will consider whether mitigation measures such as those described in the Approved RMP are effective in mitigation impacts, whether there are significant changes in the related plans of other entities, or whether there is significant new information. In addition to periodic evaluations, special evaluations may also be required to review unexpected management actions or significant changes in the related plans of Native American tribes, other federal agencies, and state and local governments, or to evaluate legislation or litigation that has the potential to trigger an amendment or revision to the RMP. Evaluations may identify resource needs, as well as the means for correcting deficiencies and addressing issues through plan maintenance, amendments, or revisions. Evaluations should also identify where new and emerging issues and other values have surfaced.

## II.5.2  RMP Amendment

RMP decisions are subsequently changed through either a plan amendment or another RMP revision. The process for conducting plan amendments is basically the same as the land use planning process used in developing or revising RMPs. The primary difference is that circumstances may allow for completing a plan amendment through the environmental assessment process, rather than through an EIS. Plan amendments (43 CFR 1610.5-5) change one or more of the terms, conditions, or decisions of an approved land use plan. Plan amendments are most often prompted by the need to consider a proposal or action that does not conform to the plan; implement new or revised policy that changes land use plan decisions; respond to new, intensified, or changed uses on BLM land; and consider significant new information from resource assessments, monitoring, or scientific studies that change land use plan decisions.

## II.5.3  RMP Maintenance

BLM regulations in 43 CFR 1610.5-4 stipulate that RMP decisions and supporting actions can be maintained to reflect minor data changes. Maintenance is limited to further refining, documenting, or clarifying a previously approved decision incorporated in the RMP. Maintenance must not expand the scope of resource uses or restrictions or change the terms, conditions, and decisions of the approved RMP. Some examples of maintenance actions are:

- Correcting minor data, typographical, mapping, or tabular data errors, such as updating acreage figures shown throughout the RMP. Acreages are based on GIS data, which are subject to constant refinement.
- Refining baseline information as a result of new inventory data (e.g., refining the known habitat of special status species, or adjusting the boundary of a fire management unit based on updated fire regime condition class inventory, fire occurrence, monitoring data, and/or demographic changes)

BLM_0167683

Plan maintenance will be documented in supporting records. Plan maintenance does not require formal public involvement, interagency coordination, or the NEPA analysis required for making new land use plan decisions.

## II.5.4 RMP MONITORING

Monitoring is the process of tracking and documenting the implementation (or the progress of implementation) of land use plan decisions. Land use plan decision monitoring is a continuous process occurring over the life of the RMP. The aim is to maintain a dynamic RMP. Monitoring data are collected, examined, and used to draw conclusions about 1) whether planned actions have been implemented in the manner prescribed by the RMP (implementation monitoring) identified in **Section II.2**, Management Decisions, 2) whether RMP allowable use and management action decisions and the resultant implementation actions are effective in achieving program-specific objectives or desired outcomes (effectiveness monitoring), and 3) calculating the cost of delivering a service or product (efficiency monitoring by program elements). Implementation monitoring tracks the completion of land use plan decisions, whereas effectiveness monitoring helps determine whether completion of land use plan decisions achieves anticipated desired outcomes. If implementation of land use plans does not achieve anticipated desired outcomes, adaptive management may be necessary.

The BLM uses conclusions drawn from monitoring to make recommendations on whether to continue current management or to determine what changes need to be made to implementation practices to better achieve RMP goals. Indicators, methods, locations, units of measures, frequency, and action triggers can be established by national policy guidance, in RMPs, or by technical specialists in order to address specific issues.

Based on staffing and funding levels, monitoring is annually prioritized consistently with the goals and objectives of the RMP. The BLM may work in cooperation with local, state, and other federal agencies, or it may use data collected by other agencies and sources when appropriate and available.

## II.5.5 ADAPTIVE MANAGEMENT

Adaptive management is a system of management practices based on clearly identified outcomes, monitoring to determine if management actions are meeting outcomes, and, if not, facilitating management changes that will best ensure that outcomes are met or to reevaluate the outcomes. The UFO will implement the adaptive management process for decisions appropriate to be adapted in order to meet resource goals and objectives. These include, but are not limited to, air resources, water resources, fish and wildlife, soils, and livestock grazing. For air resources, refer to Section IV of the Comprehensive Air Resources Protection Protocol (Proposed RMP/Final EIS Appendix H; BLM 2015). The BLM will implement an adaptive management strategy to account for changing resource conditions and to minimize adverse impacts on resources from BLM-authorized activities. The strategy includes evaluating conditions on an ongoing basis and, if necessary, implementing appropriate mitigation measures to meet the identified RMP objectives and targets. Monitoring, reports, documents, and timelines associated with the adaptive management process will be subject to UFO budget and staffing constraints.

BLM_0167684

## II.6   REFERENCES

BLM (United States Department of the Interior, Bureau of Land Management). 1985. San Juan/San Miguel Planning Area Resource Management Plan and Record of Decision. BLM, Montrose District, CO. September.

_____. 1989. Uncompahgre Basin Resource Management Plan and Record of Decision. BLM, Montrose District, Uncompahgre Basin Resource Area, CO. July.

_____. 1997. BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management. BLM, Colorado State Office, Lakewood, CO. February 3.

_____. 2000. Manual 1601—Land Use Planning. Rel. 1-1666, November 22, 2000. BLM, Washington, DC.

_____. 2004. BLM National Sage-grouse Habitat Conservation Strategy. BLM, Washington, DC. November.

_____. 2005. Handbook H-1601-1—Land Use Planning Handbook. Rel. 1-1693, March 11, 2005. BLM, Washington, DC.

_____. 2007. Instruction Memorandum 2007-041—Federal Lands Hunting, Fishing, and Shooting Sports Roundtable Memorandum of Understanding. BLM, Washington, DC. December 28, 2006.

_____. 2008a. Handbook H-1790-1—NEPA Handbook. Rel. 1-1710, January 30, 2008. BLM, Washington, DC.

_____. 2008b. Environmental Assessment for Withdrawal for Protection of Townsend's Big-eared Bat Maternity Roosting Sites. Environmental Assessment CO-150-2008-15. BLM, Uncompahgre Field Office, Grand Junction Field Office, and Tres Rios Field Office (formerly Dolores Public Lands Office), CO. December.

_____. 2009a. Community Assessment of the Uncompahgre Planning Area. BLM, Uncompahgre Field Office, Montrose, CO. 224 p.

_____. 2009b. Environmental Assessment for Dry Creek Travel Management Plan, CO-150-2008-33 Environmental Assessment. BLM, Uncompahgre Field Office, Montrose, CO. December.

_____. 2010a. Scoping Summary Report for the Uncompahgre Resource Management Plan. BLM, Uncompahgre Field Office, Montrose, CO. July.

_____. 2010b. Uncompahgre Field Office Resource Management Plan Revision and Environmental Impact Statement, Socioeconomic Baseline Report, Final. BLM, Uncompahgre Field Office, Montrose, CO. July.

_____. 2010c. Final Wild and Scenic River Eligibility Report for the BLM Uncompahgre Planning Area. BLM, Uncompahgre Field Office, Montrose, CO. June.

BLM_0167685

_____. 2010d. Weed Management Strategy Including Strategy by Species for the Uncompahgre Field Office and Gunnison Gorge NCA. Compiled 2007-2008, Updated March 2010. BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2010e. Colorado Instruction Memorandum 2010-028, Gunnison Sage-grouse and Greater Sage-grouse Habitat Management Policy on BLM-Administered Lands in Colorado. BLM, Colorado State Office, Lakewood, CO. August 17.

_____. 2012a. Instruction Memorandum 2012-169—Resource Management Plan Alternative Development for Livestock Grazing. BLM, Washington, DC. August 14, 2012.

_____. 2012b. Manual 6400—Wild and Scenic Rivers – Policy and Program Direction for Identification, Evaluation, Planning, and Management. Rel. 6-136. BLM, Washington, DC. July 13.

_____. 2012c. Manual 6330—Management of Wilderness Study Areas. Rel. 6-134. BLM, Washington, DC. July 13.

_____. 2012d. GIS. Unpublished data. BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2013. Ridgway Comprehensive Travel Management Plan Environmental Assessment, DOI-BLM-CO-S050-2011-0011 Environmental Assessment. BLM, Uncompahgre Field Office, Montrose, CO. May.

_____. 2014. Norwood–Burn Canyon Comprehensive Travel Management Plan Environmental Assessment. BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2015. BLM Colorado State Office's 2015 Annual Report on the Colorado Air Resource Protection Protocol. BLM, Colorado State Office, Lakewood, CO. May. Internet Web site: https://www.co.blm.gov/nepa/airreports/AR2015.html. Accessed on September 15, 2017.

_____. 2016. BLM Manual 1730— Management of Domestic Sheep and Goats to Sustain Wild Sheep. Rel. 1-1771. BLM, Washington, DC. March 2.

_____. 2018. GIS. Unpublished data. BLM, Uncompahgre Field Office, Montrose, CO.

_____. 2019. GIS. Unpublished data. BLM, Uncompahgre Field Office, Montrose, CO.

BLM (US Department of the Interior, Bureau of Land Management) and Forest Service (US Department of Agriculture, National Forest Service). 1997. Upper Columbia River Basin Draft EIS: Interior Columbia Basin Ecosystem Management Project. BLM and Forest Service, Boise, ID. May. Chapter 5, page 40.

_____. 2007. San Juan Public Lands Draft Land Management Plan and Draft Environmental Impact Statement. San Juan Public Lands Center, Durango, CO. December.

BLM_0167686

Forest Service (US Department of Agriculture, Forest Service), US Department of the Interior, National Park Service, and USFWS (US Department of Interior, Fish and Wildlife Service). 2010. Federal Land Managers' Air Quality Related Values Work Group (FLAG): Phase I Report—Revised (2010). Natural Resource Report NPS/NRPC/NRR—2010/232. National Park Service, Denver, CO.

Mehl, M. S. 1992. Old-growth descriptions for the major forest cover types in the Rocky Mountain Region. In: Old growth forests in the Southwest and Rocky Mountain Regions. Gen. Tech. Rep. RM-213. US Department of Agriculture, Forest Service. Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO.

Mesa State College. 2010. BLM Uncompahgre Field Office Recreation Focus Group Report. A Study by the Mesa State College Natural Resources and Land Policy Institute. May.

US Department of Energy and BLM (US Department of the Interior, Bureau of Land Management). 2009. Approved Resource Management Plan Amendments/Record of Decision (ROD) for Designation of Energy Corridors on Bureau of Land Management-Administered Lands in the 11 Western States (BLM/WO-GI-09-005-1800). January 2009. United States Department of the Interior, Bureau of Land Management, Washington, DC.

BLM_0167687

## II.7   GLOSSARY

**100-year floodplain.** The area inundated by a flood event with a one percent chance of occurring in any given year.

**2920 permits.** Land use authorizations processed under 43 CFR 2920 that can include agricultural, industrial, commercial, or residential uses, such as commercial filming, advertising displays, apiaries, commercial or noncommercial croplands, or temporary or permanent facilities for commercial purposes. Section 302 of the Federal Land Policy and Management Act provides BLM's authority to issue these types of leases and permits.

**Abandoned nest.** A nest that was occupied by breeding birds earlier in the breeding season but was abandoned at some point during breeding (e.g., failed eggs, death of young).

**Acquisition.** Acquisition of lands can be pursued to facilitate various resource management objectives. Acquisitions, including easements, can be completed through exchange, purchase, or donation.

**Active nest site.** A raptor nest site that is currently occupied by a pair of breeding raptors.

**Active movement.** Livestock movement from one grazing area to another, which involves the deliberate intent to keep livestock traveling, by the use of riding and herding, until they reach the next grazing area. Both crossing and trailing are forms of active movement. See also *Crossing* and *Trailing*.

**Activity plan.** A type of implementation plan (see *Implementation plan*); an activity plan usually describes multiple projects and applies best management practices to meet land use plan objectives. Examples of activity plans include interdisciplinary management plans, habitat management plans, recreation area management plans, and grazing plans.

**Actual use.** The amount of animal unit months consumed by livestock based on the numbers of livestock and grazing dates submitted by the livestock operator and confirmed by periodic field checks by the BLM.

**Adaptive equipment.** Devices that are used to assist with completing activities of daily living.

**Adaptive management.** A type of natural resource management in which decisions are made as part of an ongoing science-based process. Adaptive management involves testing, monitoring, and evaluating applied strategies, and incorporating new knowledge into management approaches that are based on scientific findings and the needs of society. Results are used to modify management policy, strategies, and practices.

**Administrative access.** Administrative access pertains to travel on routes that are limited to authorized users (typically motorized access). These are existing routes that lead to developments that have an administrative purpose, where the BLM or a permitted user must have access for regular maintenance or operation.

**Air basin.** A land area with generally similar meteorological and geographic conditions throughout. To the extent possible, air basin boundaries are defined along political boundary lines and include both the source and receptor areas.

**Air pollution.** Degradation of air quality resulting from unwanted chemicals or other materials occurring in the air.

BLM_0167688

**Air quality classes.** Classifications established under the Prevention of Significant Deterioration portion of the Clean Air Act, which limits the amount of air pollution considered significant within an area. Class I applies to areas where almost any change in air quality would be significant; Class II applies to areas where the deterioration normally accompanying moderate well-controlled growth would be insignificant; and Class III applies to areas where industrial deterioration would generally be insignificant.

**Airshed.** A subset of air basin, the term denotes a geographical area that shares the same air because of topography, meteorology and climate.

**Allotment.** An area of land in which one or more livestock operators graze their livestock. Allotments generally consist of BLM lands but may include other federally managed, state-owned, and private lands. An allotment may include or more separate pastures. Livestock numbers and periods of use are specified for each allotment.

**Allotment management plan.** A concisely written program of livestock grazing management, including supportive measures if required, designed to attain specific, multiple-use management goals in a grazing allotment. An AMP is prepared in consultation with the permittee(s), lessee(s), and other affected interests. Livestock grazing is considered in relation to other uses of the range and to renewable resources, such as watershed, vegetation, and wildlife. An AMP establishes seasons of use, the number of livestock to be permitted, the range improvements needed, and the grazing system.

**Allowable cut.** The amount of timber, which can be harvested on an annual or decadal basis consistent with the principle of sustained yield. The allowable cut includes all planned timber harvest volumes exclusive of such products as Christmas trees, branches, and cones.

**Allowable sale quantity.** The quantity of timber that may be sold from an area covered by a land management plan during a period specified by the plan, usually expressed as the average annual allowable sale quantity.

**All-terrain vehicle.** A motorized vehicle that is less than 50 inches in width and is capable of operating on roads, trails, or designed areas that are not maintained. A wheeled vehicle, other than a snowmobile, that has a wheelbase and chassis of 50 inches in width or less, generally has a dry weight of 800 to 1200 pounds or less, and travels on three or more low-pressure tires.

**Alluvial soil.** A soil developing from recently deposited alluvium and exhibiting essentially no horizon development or modification of the recently deposited materials.

**Alluvium.** Clay, silt, sand, gravel, or other rock materials transported by moving water. Deposited in comparatively recent geologic time as sorted or semi-sorted sediment in rivers, floodplains, lakes, and shores, and in fans at the base of mountain slopes.

**Alternate nest (inactive nest) site.** A raptor nest site that has been used in the past by and within the territory of a breeding pair of raptors. The nest site still maintains the characteristics of a nest structure and habitat features of a nest site but is not currently in use.

**Ambient air quality.** The state of the atmosphere at ground level as defined by the range of measured and/or predicted ambient concentrations of all significant pollutants for all averaging periods of interest.

**Ambient noise.** The all-encompassing noise level associated with a given environment, being a composite of sounds from all sources.

BLM_0167689

**Amendment.** The process for considering or making changes in the terms, conditions, and decisions of approved Resource Management Plans or management framework plans. Usually only one or two issues are considered that involve only a portion of the planning area.

**Analysis of the Management Situation.** Assessment of the current management direction. It includes a consolidation of existing data needed to analyze and resolve identified issues, a description of current BLM management guidance, and a discussion of existing problems and opportunities for solving them.

**Ancient (vegetation).** Very old woodlands or forests (450 years or more) with old growth stand structure that has persisted through multiple droughts.

**Animal unit month (AUM).** The amount of forage necessary to sustain one cow, five sheep, or five goats for a period of one month.

**Application for a permit to drill.** An application by which an oil and gas operator with a valid lease applies to the BLM or the Colorado Oil and Gas Conservation Commission to begin drilling. Onshore Oil and Gas Order No. 1 specifies what must be included in BLM applications for permit to drill.

**Aquatic.** Living or growing in or on the water.

**Area of Critical Environmental Concern (ACEC).** Special Area designation established through the BLM's land use planning process (43 CFR 1610.7-2) where special management attention is required (when such areas are developed or used or where no development is required) to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources, or other natural systems or processes, or to protect life and safety from natural hazards. The level of allowable use within an ACEC is established through the collaborative planning process. Designation of an ACEC allows for resource use limitations in order to protect identified resources or values.

**Assets.** Term utilized to describe roads, primitive roads, and trails that comprise the transportation system. Also the general term utilized to describe all BLM constructed "Assets" contained within the Facility Asset Management System.

**Associated settings.** The geographic extent of the resources, qualities, and values or landscape elements within the surrounding environment that influence the trail experience and contribute to resource protection. Settings associated with a National Scenic or Historic Trail include scenic, historic, cultural, recreation, natural (including biological, geological, and scientific), and other landscape elements (see *resources, qualities, and values*).

**Atmospheric deposition.** Air pollution produced when acid chemicals are incorporated into rain, snow, fog, or mist and fall to the earth. Sometimes referred to as "acid rain" and comes from sulfur oxides and nitrogen oxides, products of burning coal and other fuels and from certain industrial processes. If the acid chemicals in the air are blown into the area where the weather is wet, the acids can fall to earth in the rain, snow, fog, or mist. In areas where the weather is dry, the acid chemicals may become incorporated into dust or smoke.

**Attainment area.** A geographic area in which levels of a criteria air pollutant meet the health-based National Ambient Air Quality Standard for that specific pollutant.

**Attenuation.** The reduction of sound intensity and energy as a function of distance traveled.

**Avoidance area.** See "right-of-way avoidance area" definition.

BLM_0167690

**Backcountry.** Lands which are remote from development and typically difficult to access.

**Backcountry byway.** Vehicle routes that traverse scenic corridors using secondary or backcountry road systems. National backcountry byways are designated by the type of road and vehicle needed to travel the byway.

**Badland.** A type of dry terrain where softer sedimentary rocks and clay-rich soils have been extensively eroded by wind and water. An example of badland terrain in the UFO is the Adobe Badlands Wilderness Study Area.

**Bank-full stage.** The water surface elevation that just fills the active channel to the top of its banks and at a point where the water begins to overflow onto a floodplain.

**Beneficial outcomes.** Also referenced as "recreation benefits;" improved conditions, maintenance of desired conditions, prevention of worse conditions, and realization of desired experiences.

**Best management practice (BMP)**. A method, process, or activity, or usually a combination of these, that are determined by a State or a designated planning agency to be the most effective and practicable means (including technological, economic, and institutional considerations) of managing or controlling particular conditions or circumstances. BMPs are a suite of voluntary, accepted measures that may or may not be applied to or enforced for any given project.

**Big game.** Indigenous, ungulate (hoofed) wildlife species that are hunted, such as elk, deer, bison, bighorn sheep, and pronghorn.

**Biodiversity (biological diversity).** The variety of life and its processes, and the interrelationships within and among various levels of ecological organization.

**Biological Opinion.** A document prepared by the United States Department of Interior, Fish and Wildlife Service stating their opinion as to whether or not a federal action will likely jeopardize the continued existence or adversely modify the critical habitat of a listed threatened or endangered species.

**Biological soil crust.** A complex association between soil particles and cyanobacteria, algae, microfungi, lichens, and bryophytes that live within or atop the uppermost millimeters of soil.

**BLM Sensitive Species.** Those species that are not federally listed as endangered, threatened, or proposed under the Endangered Species Act of 1973, but that are designated by the BLM State Director under 16 USC 1536(a)(2) for special management consideration. By national policy, federally listed candidate species are automatically included as sensitive species. Sensitive species are managed so they will not need to be listed as proposed, threatened, or endangered under the Endangered Species Act.

**Breccia.** A coarse-grained clastic composed of angular fragments of other rocks held together by cement or other fine-grained matrix. Can have a sedimentary breccia, fault breccia, collapse breccia, or volcanic breccia.

**Burned area rehabilitation.** Efforts undertaken within three years of containment of a wildfire to repair or improve fire-damaged lands unlikely to recover naturally to management approved conditions, or to repair or replace minor facilities damaged by fire.

**Candidate species.** Taxa for which the United States Department of Interior, Fish and Wildlife Service has sufficient information on their status and threats to propose the species for listing as endangered or threatened under the Endangered Species Act of 1973, but for which issuance of a proposed rule is currently precluded by higher priority listing actions. Separate lists for plants, vertebrate animals, and

BLM_0167691

invertebrate animals are published periodically in the Federal Register (BLM Manual 6840, Special Status Species Manual).

**Categorical Exclusion.** A category of actions (identified in agency guidance) that do not individually or cumulatively have a significant effect on the human environment, and for which neither an environmental assessment nor an environmental impact statement is required (40 CFR 1508.4), but a limited form of NEPA analysis is performed.

**Chemical vegetation treatment**. Application of herbicides to control invasive species/noxious weeds and/or unwanted vegetation. To meet resource objectives the preponderance of chemical treatments would be used in areas where cheatgrass or noxious weeds have invaded sagebrush steppe.

**Chert**. A hard, dense microcrystalline sedimentary rock formed of microscopic, interlocking crystals of quartz. Can form concretions, nodules, or be bedded.

**Citizen Wilderness Proposal.** Areas that have been inventoried and proposed for Wilderness designation by citizens.

**Classified surface water supply segment.** A "public water system," as defined by the State of Colorado, beginning at the surface water point of intake and extending 5 miles upstream.

**Clastic**. A sedimentary rock composed of fragments of other rocks that are transported mechanically to their place of deposition. Shale, siltstone, sandstone, conglomerate are all classic rocks.

**Clay-loving wild buckwheat**. A habitat specialist occupying a specific soil type derived from Mancos shale. Often the species is further specialized, occupying a narrow range of slopes and aspects that facilitate moisture capture and retention. For the purposes of implementing NSO-22/SSR-21 for clay-loving wild buckwheat, "habitat" is defined as the specific soils, slopes, and aspects where a population of clay-loving wild buckwheat occur.

**Clean Air Act (as amended).** Federal legislation governing air pollution control.

**Climate change.** Any significant change in measures of climate (such as temperature, precipitation, or wind) lasting for an extended period (decades or longer). Climate change may result from:

- natural factors, such as changes in the sun's intensity or slow changes in the Earth's orbit around the sun;
- natural processes within the climate system (e.g., changes in ocean circulation); and
- human activities that change the atmosphere's composition (e.g., driving automobiles) and the land surface (e.g., deforestation, reforestation, urbanization, desertification, etc.).

**Climax vegetative community.** The final vegetation community and highest ecological development of a plant community that emerges after a series of successive vegetational stages. The climax community perpetuates itself indefinitely unless disturbed by outside forces.

**Closed area.** An area where one or more uses are prohibited either temporarily or over the long term. Areas may be closed to uses such as, but not limited to, off-road vehicles, mineral leasing, mineral or vegetative material collection, or target shooting. In off-road vehicle use closed areas, motorized and mechanized off-road vehicle use is prohibited. Use of motorized and mechanized off-road vehicles in closed areas may be allowed for certain reasons; however, such use shall be made only with the approval of the authorized officer (43 CFR 8340.0-5).

BLM_0167692

**Collaboration.** A cooperative process in which interested parties, often with widely varied interests, work together to seek solutions with broad support for managing public and other lands. Collaboration may take place with any interested parties, whether or not they are a cooperating agency.

**Collaborative partnerships.** Refers to people working together, sharing knowledge and resources, to achieve desired outcomes for public lands and communities within statutory and regulatory frameworks.

**Colorado hookless cactus**. A habitat generalist that occupies nearly all ecological sites that support the salt desert ecosystem, from Roubideaux Canyon to the Bookcliffs. For the purposes of implementing NSO-22/SSR-21 for Colorado hookless cactus, "habitat" is defined as an individual plant or population plus 10 feet.

**Commercial wood collection.** Any type of wood collection producing merchantable material at least equal to the value of the cost of harvesting. Managed under a contract of sale for a prescribed volume of material generally in number of board feet and or biomass. The material is sold under a contract and the harvest and removal of material is managed or overseen by a BLM agency representative.

**Commercial wood product.** Larger timber materials that will be sent to a mill for further processing and resale.

**Common use area.** Areas designated to sell various mineral materials (gravel, moss rock, etc.) to the public through purchase of a permit from the BLM Field Office.

**Comprehensive trails and travel management.** The proactive interdisciplinary planning; on-the-ground management and administration of travel networks (both motorized and nonmotorized) to ensure public access, natural resources, and regulatory needs are considered. It consists of inventory, planning, designation, implementation, education, enforcement, monitoring, easement acquisition, mapping and signing, and other measures necessary to provide access to public lands for a wide variety of uses (including uses for recreational, traditional, casual, agricultural, commercial, educational, landing strips, and other purposes).

**Concession leases.** Authorize the operation of recreation-oriented services and facilities by the private sector, on BLM-administered lands, in support of BLM recreation programs. The concessionaire is authorized through a concession lease administered on a regular basis. The lease requires the concessionaire to pay fees to the BLM in exchange for the opportunity to carry out business activity. BLM Handbook H-2930-1, Recreation Permit Administration, provides consistent and explicit direction to supplement the BLM Recreation Permit Administration Manual 2930 and regulations set forth in 43 CFR 2930.

**Condition class (fire regimes).** Fire regime condition classes are a measure describing the degree of departure from historical fire regimes, possibly resulting in alterations of key ecosystem components, such as species composition, structural stage, stand age, canopy closure, and fuel loadings. One or more of the following activities may have caused this departure: fire suppression, timber harvesting, livestock grazing, introduction and establishment of exotic plant species, introduced insects or disease, or other management activities.

**Condition of approval.** Condition or provision (requirement) under which an application for a permit to drill, sundry notice, or other authorization is approved.

**Conformance.** A proposed action shall be specifically provided for in the land use plan or, if not specifically mentioned, shall be clearly consistent with the goals, objectives, or standards of the approved land use plan.

BLM_0167693

**Conservation agreement.** A formal signed agreement between the United States Department of Interior, Fish and Wildlife Service or National Oceanographic and Atmospheric Administration-Fisheries and other parties that implement specific actions, activities, or programs designed to eliminate or reduce threats to, or otherwise improve the status of, a species. Conservation agreements can be developed at a state, regional, or national level and generally include multiple agencies at both the state and federal level, as well as tribes. Depending on the types of commitments the BLM makes in a conservation agreement and the level of signatory authority, plan revisions or amendments may be required before the conservation agreement is signed or subsequently in order to implement the conservation agreement.

**Conservation strategy.** A strategy outlining current activities or threats that are contributing to the decline of a species, along with the actions or strategies needed to reverse or eliminate such a decline or threats. Conservation strategies are generally developed for species of plants and animals that are designated as BLM sensitive species or that have been determined by the United States Department of Interior, Fish and Wildlife Service or National Oceanographic and Atmospheric Administration-Fisheries to be federal candidates under the Endangered Species Act of 1973.

**Controlled surface use (CSU).** CSU is a category of moderate constraint stipulations that allows some use and occupancy of public land while protecting identified resources or values and is applicable to fluid mineral leasing and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads). CSU areas are open to fluid mineral leasing but the stipulation allows the BLM to require special operational constraints, or the activity can be shifted more than 200 meters (656 feet) to protect the specified resource or value.

**Cooperating Agency.** Assists the lead federal agency in developing an environmental assessment or environmental impact statement. These can be any agency with jurisdiction by law or special expertise for proposals covered by NEPA (40 CFR 1501.6). Any tribe or Federal, State, or local government jurisdiction with such qualifications may become a cooperating agency by agreement with the lead agency.

**Corridor.** A strip of land that aids in the movement of species between disconnected core areas of their natural habitat.

**Council on Environmental Quality.** An advisory council to the President of the US established by the National Environmental Policy Act of 1969. It reviews federal programs to analyze and interpret environmental trends and information.

**Criteria pollutant.** The US EPA uses six "criteria pollutants" as indicators of air quality, and has established for each of them a maximum concentration above which adverse effects on human health may occur. These threshold concentrations are called National Ambient Air Quality Standards. The criteria pollutants are ozone, carbon monoxide, nitrogen dioxide, sulfur dioxide, particulate matter and lead.

**Critical habitat.** An area: A) designated by the United States Department of Interior, Fish and Wildlife Service that is occupied by a threatened or endangered species "on which are found those physical and biological features (1) essential to the conservation of the species, and (2) which may require special management considerations or protection;" or B) on which are found those physical and biological features essential to the conservation of a species that may require special management consideration or protection.

BLM_0167694

**Crossing.** Active movement of livestock from one location to another, which is permitted under a crossing permit in accordance with §4130.6-3. A crossing permit may be issued by the BLM Authorized Officer to any applicant showing a need to cross BLM-administered land or other land under BLM control, or both, with livestock for proper and lawful purposes. A temporary use authorization for trailing livestock contains terms and conditions for the temporary grazing use that will occur as deemed necessary by the BLM Authorized Officer.

**Crucial habitat types.** The environment essential to plant or animal biodiversity and conservation at the landscape level. Crucial habitats include, but are not limited to, ecological emphasis areas, severe winter range, winter concentration areas, reproduction areas, and movement corridors.

**Crucial winter range.** As defined by CPW, that part of the overall range where 90 percent of the individuals are located during the average five winters out of 10 from the first heavy snowfall to spring green-up, or during a site-specific period of winter as defined for each Colorado Parks and Wildlife Data Analysis Unit.

**Cultural resource high priority sites**. Those sites which have been identified as being in some danger of modification (e.g., vandalism, erosion, heavy visitation, etc.) which would alter the site's eligibility for listing on the National Register of Historic Places.

**Cultural resources**. Locations of human activity, occupation, or use. Cultural resources include archaeological, historic, or architectural sites, structures, or places with important public and scientific uses, and locations of traditional cultural or religious importance to specified social and/or cultural groups.

**Cultural resources inventory.** An inventory to assess the potential presence of cultural resources. There are three classes of surveys:

- **Class I.** An existing data survey. This is an inventory of a study area to (1) provide a narrative overview of cultural resources by using existing information, and (2) compile existing cultural resources site record data on which to base the development of the BLM's site record system.

- **Class II.** A sampling field inventory designed to locate, from surface and exposed profile indications, all cultural resource sites within a portion of an area so that an estimate can be made of the cultural resources for the entire area.

- **Class III.** An intensive field inventory designed to locate, from surface and exposed profile indications, all cultural resource sites in an area. Upon its completion, no further cultural resources inventory work is normally needed.

**Cumulative effects.** The direct and indirect effects of a proposed project alternative's incremental impacts when they are added to other past, present, and reasonably foreseeable actions, regardless of who carries out the action.

**Cyanobacteria.** A blue-green algae or bacteria that obtain its energy through photosynthesis.

**Decision Area.** Lands and federal mineral estate within the planning area that are administered by the BLM.

**Deferred rotation.** Rotation grazing with regard to deferring pastures beyond the growing season, if they were used early the prior year, or that have been identified as needing deferment for resource reasons.

BLM_0167695

**Degraded vegetation.** Areas where the plant community is not complete or is under threat. Examples include missing components such as perennial forbs or cool season grasses, weed infestations, or lack of regeneration of key species such as sagebrush or cottonwoods trees.

**Designated roads and trails.** Specific roads and trails identified by the BLM (or other agency) where some type of motorized/nonmotorized use is appropriate and allowed, either seasonally or year-long (BLM Handbook H-1601-1, BLM Land Use Planning Handbook).

**Desired future condition.** For rangeland vegetation, the condition of rangeland resources on a landscape scale that meet management objectives. It is based on ecological, social, and economic considerations during the land planning process. It is usually expressed as ecological status or management status of vegetation (species composition, habitat diversity, and age and size class of species) and desired soil qualities (soil cover, erosion, and compaction). In a general context, desired future condition is a portrayal of the land or resource conditions that are expected to result if goals and objectives are fully achieved.

**Desired outcomes.** A type of land use plan decision expressed as a goal or objective.

**Direct impacts.** Direct impacts are caused by an action or implementation of an alternative and occur at the same time and place.

**Directional drilling.** A drilling technique whereby a well is deliberately deviated from the vertical in order to reach a particular part of the oil- or gas-bearing reservoir. Directional drilling technology enables the driller to steer the drill stem and bit to a desired bottom hole location. Directional wells initially are drilled straight down to a predetermined depth and then gradually curved at one or more different points to penetrate one or more given target reservoirs. This specialized drilling usually is accomplished with the use of a fluid-driven downhole motor, which turns the drill bit. Directional drilling also allows multiple production and injection wells to be drilled from a single surface location such as a gravel pad, thus minimizing cost and the surface impact of oil and gas drilling, production, and transportation facilities. It can be used to reach a target located beneath an environmentally sensitive area.

**Disposal lands.** Transfer of public land out of federal ownership to another party through sale, exchange, Recreation and Public Purposes Act of 1926, Desert Land Entry or other land law statutes.

**Disruptive activities.** Human-caused disturbances that induce stress on a population, community, or ecosystem and cause potential loss of species fitness (survival, reproduction, and recruitment) within crucial habitats or other sensitive areas during specified time periods; may or may not entail surface disturbance. This does not include regular background levels of activity, such as hiking, cross country skiing or livestock grazing, that individuals would be accustomed to. Examples of disruptive activities include:

- Commercial recreation activities, especially large groups;
- Abnormally loud or sustained noise; and
- Road maintenance.

**Diversity.** The relative abundance of wildlife species, plant species, communities, habitats, or habitat features per unit of area.

**Domestic well.** A well serving up to three single-family dwellings, irrigating one acre or less of lawn and garden, and providing water for the individual's domestic animals and livestock.

BLM_0167696

**Early detection.** As applied to invasive species, is a comprehensive, integrated system of active or passive surveillance to find and verify the identity of new invasive species as early after entry as possible, when eradication and control are still feasible and less costly. It may be targeted at areas where introductions are likely (such as near to pathways of introduction) and in sensitive ecosystems where impacts are likely to be great or invasion is likely to be rapid.

**Easement.** A right afforded a person or agency to make limited use of another's real property for access or other purposes.

**Ecologic functionality.** These levels include successional processes that are in place, energy and nutrients that are being cycled effectively, and soil that is being appropriately stabilized. An area can be functioning at a basic level of ecologic functionality without meeting land health standards.

**Ecological emphasis area.** The central and primary area of habitat for a population of a given species or group of species. These areas include corridors, which are strips of land that aid in the movement of species between disconnected emphasis areas of their natural habitat. Emphasis areas may be divided into smaller geographical zones.

**Ecosystem diversity.** The variety of habitats, living communities, and ecological processes in the living world. Ecosystem diversity refers to the diversity of a place at the level of ecosystem. Inherent in ecosystem diversity are both biotic (living) and abiotic (non-living) components. The term differs from biodiversity, which refers to variation in species rather than ecosystems.

**Element Occurrence Record.** A record of an individual plant or plant population present at a specific geographic location at a specific time.

**Eligible river.** A river or river segment found to meet criteria found in Sections 1(b) and 2(b) of the Wild and Scenic Rivers Act of being free flowing and possessing one or more outstandingly remarkable value (BLM Manual 6400, Wild and Scenic Rivers – Policy and Program Direction for Identification, Evaluation, Planning, and Management).

**Emergency stabilization.** Planned actions to stabilize and prevent unacceptable degradation to natural and cultural resources, to minimize threats to life or property resulting from the effects of a fire, or to repair/replace/construct physical improvements necessary to prevent degradation of land or resources. Emergency stabilization actions must be taken within one year following containment of a wildfire.

**Endangered species.** Any species that is in danger of extinction throughout all or a significant portion of its range (BLM Manual 6840, Special Status Species Manual). Under the Endangered Species Act of 1973 in the US, "endangered" is the more-protected of the two categories. Designation as endangered (or threatened) is determined by United States Department of Interior, Fish and Wildlife Service as directed by the Endangered Species Act.

**Endangered Species Act of 1973 (ESA) (as amended).** Designed to protect critically imperiled species from extinction as a consequence of economic growth and development untempered by adequate concern and conservation. The Act is administered by two federal agencies, United States Department of Interior, Fish and Wildlife Service and the National Oceanic and Atmospheric Administration. The purpose of the Act is to protect species and also the ecosystems upon which they depend (16 US Code 1531-1544).

**Enhance.** Increase or improve in value, quality or desirability.

BLM_0167697

**Environmental assessment.** A concise public document prepared to provide sufficient evidence and analysis for determining whether to prepare an environmental impact statement or a finding of no significant impact. It includes a brief discussion of the need for the proposal, alternatives considered, environmental impact of the proposed action and alternatives, and a list of agencies and individuals consulted.

**Environmental impact statement (EIS).** A detailed statement prepared by the responsible official in which a major federal action that significantly affects the quality of the human environment is described, alternatives to the proposed action are provided, and effects are analyzed (BLM National Management Strategy for OHV Use on Public Lands).

**Evaluation (plan evaluation).** The process of reviewing the land use plan and the periodic plan monitoring reports to determine whether the land use plan decisions and National Environmental Policy Act of 1969 analysis are still valid and whether the plan is being implemented.

**Exchange.** A transaction whereby the federal government receives land or interests in land in exchange for other land or interests in land.

**Exclusion area.** *See "right-of-way exclusion area" definition.*

**Exemplary (vegetation).** An area of vegetation that does not show signs of degradation and which may serve as a comparison to illustrate what the vegetation potential is for a given type of environment. Exemplary vegetation meets A-ranked viability criteria as described by the Colorado Natural Heritage Program.

**Existing routes.** The roads, trails, or ways that are used by motorized vehicles (jeeps, all-terrain vehicles, motorized dirt bikes, etc.), mechanized uses (mountain bikes, wheelbarrows, game carts), pedestrians (hikers), and/or equestrians (horseback riders) and are, to the best of BLM's knowledge, in existence at the time of RMP/EIS publication.

**Extensive recreation management area (ERMA).** Administrative units that require specific management consideration in order to address recreation use, demand, or Recreation and Visitor Services program investments. ERMAs are managed to support and sustain the principal recreation activities and the associated qualities and conditions of the ERMA. ERMA management is commensurate and considered in context with the management of other resources and resource uses.

**Extremely rare vegetation communities.** Unique combinations of plant species as identified by terminology and a classification system from the Colorado Natural Heritage Program. These are identified as Potential Conservation Areas with moderate or better Biodiversity Significance and fair or better Viability.

**Federal Land Policy and Management Act of 1976 (FLPMA).** Public Law 94-579, October 21, 1976, often referred to as the BLM's "Organic Act," which provides most of the BLM's legislated authority, direction policy, and basic management guidance.

**Federal mineral estate.** Subsurface mineral estate owned by the US and administered by the BLM.

**Fire frequency.** A general term referring to the recurrence of fire in a given area over time.

**Fire management plan.** A plan that identifies and integrates all wildland fire management and related activities within the context of approved land/resource management plans. It defines a program to manage wildland fires (wildfire, prescribed fire, and wildland fire use). The plan is supplemented by operational plans including, but not limited to, preparedness plans, preplanned dispatch plans, and

BLM_0167698

prevention plans. Fire Management Plans assure that wildland fire management goals and components are coordinated.

**Fire Regime Condition Classification System.** Measures the extent to which vegetation departs from reference conditions, or how the current vegetation differs from a particular reference condition.

**Fire severity.** Degree to which a site has been altered or disrupted by fire; loosely, a product of fire intensity and residence time.

**Fire suppression.** All work and activities connected with control and fire-extinguishing operations, beginning with discovery and continuing until the fire is completely extinguished.

**Fluid minerals.** Oil, gas, coal bed natural gas, and geothermal resources.

**Fluvial.** Of or pertaining to rivers or produced by the action of rivers or streams.

**Forage.** All browse and herbaceous foods that are available to grazing animals.

**Forage base.** The amount of vegetation available for wildlife and livestock use.

**Forage reserve.** A parcel of land for which a term livestock grazing permit has not been issued but is available for livestock grazing authorization under special circumstances. Those circumstances may include but are not limited to instances where livestock grazing on permitted allotments is not available in a given year due to drought conditions or post fire rehabilitation and/or vegetation treatment grazing deferrals.

**Forest health.** The condition in which forest ecosystems sustain sufficient complexity, diversity, resiliency, and productivity to provide for specified human needs and values (BLM and Forest Service 1997).

**Forest product disposal.** A term used in old BLM RMPs for the permitted or contractual sale of forest products.

**Four-wheel drive vehicle.** A passenger vehicle or truck having power available to all wheels. Any motorized vehicle that has generally higher clearance than a passenger car and has traction on all four wheels.

**Fragile soils.** Soils having a shallow depth to bedrock, minimal surface layer of organic material, textures that are more easily detached and eroded, or are on slopes over 35 percent.

**Fugitive dust.** Significant atmospheric dust arises from the mechanical disturbance of granular material exposed to the air. Dust generated from these open sources is termed "fugitive" because it is not discharged to the atmosphere in a confined flow stream. Common sources of fugitive dust include unpaved roads, agricultural tilling operations, aggregate storage piles, and heavy construction operations.

**Functional/structural group.** A group of species that because of similar shoot or root structure, rooting depth, woody or non-woody stems, plant height, photosynthetic pathways, nitrogen fixing ability, or life cycle perform similar roles or functions in the ecosystem and are grouped together on an ecological site basis.

**Functioning at risk.** Riparian-wetland areas that are in functional condition, but that have an existing soil, water, or vegetation attribute that makes them susceptible to degradation.

BLM_0167699

**Game fish.** Fish species such as trout, bass, pike, sunfish, and perch species that are pursued for sport by recreational anglers.

**General wood collection.** Managed under a contract of sale for a prescribed volume amount of material generally in number of cords. These contracts or sales does not require a BLM agency representative on site to manage collection of products and products are not available for resale on the open market.

**Geographic Information System (GIS).** A system of computer hardware, software, data, people, and applications that capture, store, edit, analyze, and display a potentially wide array of geospatial information.

**Geologic hazard, high**. Active mudflows, earthflows, and landslides, and areas prone to avalanche.

**Geologic hazard, moderate**. Failed slopes that are no longer active (stabilized earthflows, mudflows, and landslides); those slopes adjacent to failed slopes or active earthflows, mudflows or landslides and avalanche chutes; areas of rockfall; flash flood zones; and areas with potential mining-related problems (e.g., subsidence and acid drainage).

**Geomorphic balance.** Stream channel size, sinuosity, slope, and substrate are appropriate for its landscape setting and geology.

**Geophysical exploration.** Efforts to locate deposits of oil and gas resources and to better define the subsurface.

**Geothermal energy.** Natural heat from within the Earth captured for production of electric power, space heating, or industrial steam.

**Goal.** A broad statement of a desired outcome; usually not quantifiable and may not have established timeframes for achievement.

**Grandfathered right.** The right to use in a non-conforming manner due to existence prior to the establishment of conforming terms and conditions.

**Grazing district.** The specific area within which public lands are administered under Taylor Grazing Act Section 3. All Taylor Grazing Act Section 3 permits are contained in grazing districts.

**Grazing lease.** A document that authorizes grazing use of public lands under Taylor Grazing Act Section 15; it specifies grazing preference and the terms and conditions under which lessees make grazing use during the lease term. Public lands outside grazing district boundaries are administered under Taylor Grazing Act Section 15.

**Grazing permit.** A document that authorizes grazing use of public lands under Taylor Grazing Act Section 3; it specifies grazing preference and the terms and conditions under which permittees make grazing use during the term of the permit.

**Grazing permitted use.** Grazing permitted use or preference means the total number of animal unit months on public lands apportioned and attached to base property owned or controlled by a permittee, lessee, or an applicant for a permit or lease. Grazing permitted use includes active use and use held in suspension. Grazing permitted use holders have a superior or priority position against others for the purpose of receiving a grazing permit or lease (43 CFR 4100.0-5).

**Grazing preference.** The total number of livestock grazing AUMs on BLM-administered lands apportioned and attached to base property owned or controlled by a permittee or leasee.

BLM_0167700

**Grazing system.** Scheduled grazing use and non-use of an allotment to reach identified goals or objectives by improving the quality and quantity of vegetation. Include, but are not limited to, developing pastures, utilization levels, grazing rotations, timing and duration of use periods, and necessary range improvements.

**Green completion.** Methods that minimize the amount of natural gas and oil vapors that are released to the environment when a well is being flowed during the completion phase of a well.

**Groundwater.** Water held underground in soil or permeable rock, often feeding springs and wells.

**Guidelines.** Actions or management practices that may be used to achieve desired outcomes, sometimes expressed as BMPs. Guidelines may be identified during the land use planning process, but they are not considered a land use plan decision unless the plan specifies that they are mandatory. Guidelines for grazing administration must conform to 43 CFR 4180.2.

**Guzzler.** General term covering guzzler, wildlife drinker, or tenaja. A natural or artificially constructed structure or device to capture and hold rain water, and make it accessible to small and/or large animals. Most guzzlers involve above or below ground piping, storage tanks, and valves. Tenajas are natural depressions in rock, which trap and hold water. To some guzzlers, steps or ladders are sometimes added to improve access and reduce mortality from drowning.

**Habitat.** An environment that meets a specific set of physical, biological, temporal, or spatial characteristics that satisfy the requirements of a plant or animal species or group of species for part or all of their life cycle.

**Habitat management plan.** A written and approved activity plan for a geographical area which identifies habitat management activities to be implemented in achieving specific objectives of planning decisions.

**Hazardous material.** A substance, pollutant, or contaminant that, due to its quantity, concentration, or physical or chemical characteristics, poses a potential hazard to human health and safety or to the environment if released into the workplace or the environment.

**Healthy aquatic community.** Varies by species and numbers of target species present, and channel type, and is characterized by: proper amounts of sediment/silt; a diversity of instream habitat complexity; the development/maintenance of undercut bank habitats'; adequate canopy cover; appropriate holding habitat (pools/minimum pools depth) commensurate with the identified Rosgen channel type; reduced diurnal water temperature fluctuations; appropriate width to depth ratios; and represented by a healthy biological community (fish and macroinvertebrate diversity and abundance reflect water quality attaining a biological minimum).

**Herd management area.** Public land under the jurisdiction of the BLM that has been designated for special management emphasizing the maintenance of an established wild horse or burro herd.

**High-power communication site.** Sites that include broadcast types of uses (e.g., television, AM/FM radio, cable television, broadcast translator).

**High wind event.** The period of time and location covered by National Weather Service high wind warning; or when there are sustained surface winds greater than 40 miles per hour lasting more than an hour or winds over 58 miles per hour that are occurring for an unspecified period of time.

BLM_0167701

**Historic range of variability.** The range of conditions that are likely to have occurred prior to settlement of the project area by Euro-Americans (approximately the mid-1800's) which would have varied within certain limits over time (BLM and US Forest Service 1997).

**Historic resources.** Any prehistoric or historic district, site, building, structure, or object included in, or eligible for inclusion in, the National Register of Historic Places.

**Horizontal drilling.** A more-specialized type of directional drilling that allows a single well bore at the surface to penetrate oil- or gas-bearing reservoir strata at angles that parallel or nearly parallel the dip of the strata. The well bore is then open and in communication with the reservoir over much longer distances. In development wells, this can greatly increase production rates of oil and gas or volumes of injected fluids. Horizontal drilling may involve underbalanced drilling, coiled tubing, bit steering, continuous logging, multilateral horizontals, and horizontal completions. Lateral step-outs are directional wells that branch off a main borehole to access more of the subsurface.

**Impact.** The effect, influence, alteration, or imprint caused by an action.

**Impairment.** The degree to which a distance of clear visibility is degraded by man-made pollutants.

**Implementation decisions.** Decisions that take action to implement land use planning; generally appealable to Interior Board of Land Appeals under 43 CFR 4.410.

**Implementation plan.** An area or site-specific plan written to implement decisions made in a land use plan. Implementation plans include both activity plans and project plans.

**Inactive nest site.** See "alternate nest (inactive nest) site" definition.

**Incompatible use.** An activity that affects (hinders or obstructs) the nature and purposes of a designated National Trail (see *substantial interference*).

**Indian Trust Assets.** Legal interests in property, physical assets, or intangible property rights held in trust by the United States for Indian tribes or individual Indians.

**Indicators.** Factors that describe resource condition and change and can help the BLM determine trends over time.

**Indirect impacts.** Indirect impacts result from implementing an action or alternative but usually occur later in time or are removed in distance and are reasonably certain to occur.

**Intermittent stream.** An intermittent stream is a stream that flows only at certain times of the year when it receives water from springs or from some surface sources such as melting snow in mountainous areas. During the dry season and throughout minor drought periods, these streams will not exhibit flow. Geomorphological characteristics are not well defined and are often inconspicuous. In the absence of external limiting factors, such as pollution and thermal modifications, species are scarce and adapted to the wet and dry conditions of the fluctuating water level.

**Introduced fish.** See "nonnative fish" definition.

**Invertebrate.** An animal lacking a backbone or spinal column, such as insects, snails, and worms. The group includes 97 percent of all animal species.

**K factor.** A soil erodibility factor used in the universal soil loss equation that is a measure of the susceptibility of soil particles to detachment and transport by rainfall and runoff. Estimation of the factor takes several soil parameters into account, including soil texture, percent of sand greater than 0.10

BLM_0167702

millimeter, soil organic matter content, soil structure, soil permeability, clay mineralogy, and coarse fragments. K factor values range from .02 to .64, the greater values indicating the highest susceptibilities to erosion.

**Key/priority habitat.** Habitat types or elements with unique or significant value to wildlife species. A priority habitat may consist of a unique vegetation type (e.g., shrub-steppe) or dominant plant species (e.g., juniper savannah), a described successional stage (e.g., old-growth forest), or a specific habitat feature (e.g., cliffs).

**Key/priority species.** A species that require protective measures for their survival due to their population status, and/or are sensitive to habitat alternation. Priority species include federally listed (endangered, threatened, sensitive, and candidate) and BLM-sensitive species.

**Lacustrine.** Pertaining to, produced by, or inhabiting a lake environment.

**Land classification.** When, under criteria of 43 CFR 2400, a tract of land has the potential for retention for multiple use management or for some form of disposal or for more than one form of disposal. The relative scarcity of the values involved and the availability of alternative means and sites for realization of those values will be considered. Long-term public benefits will be weighed against more immediate or local benefits. The tract will then be classified in a manner that will best promote the public interest.

**Land health condition.** BLM Regulation and policy direct lands to be classified in terms of Land Health (BLM Manual Section 4180). The UFO has subdivided the basic classifications of "Meeting Land Health Standard(s)" and "Not Meeting Land Health Standard(s)" into the following subcategories:

- Meeting Land Health Standard(s): Lands for which health indicators are currently in acceptable condition such that basic levels of ecological processes and functions are in place. This rating includes the following subcategories:

    – Fully Meeting Standard(s): Lands for which there are no substantive concerns with health indicators

    – Exceeding Standard(s): Lands for which health indicators are in substantially better conditions than acceptable levels.

    – Meeting Standard(s) with Problems: Lands which have one or more concerns with health indicators to the degree that they are categorized as meeting the Land Health Standards, but have some issues which make them at risk of becoming "not meeting."

- Not Meeting Land Health Standard(s): Lands for which one or more health indicators are in unacceptable conditions such that basic levels of ecological processes and functions are no longer in place.

Land health trend is used to describe these classes further. It includes these categories: upward, static, and downward.

- Upward Trend: lands which have shown improving indicator conditions over time.

- Static Trend: lands which have shown no clear improvement or decline in indicator conditions over time.

- Downward Trend: lands which have shown declining indicator conditions over time.

BLM_0167703

**Land health improvement projects.** Activities which are directed at increasing the levels and/or vigor of desirable species within the plant community so that it reaches a higher level of functioning. Activities include restoration or revegetation of areas of degraded vegetation; removal of weeds, and repair or retirement and rehabilitation of developments which are contributing to vegetation degradation.

**Landscape scale.** An approach that examines or considers issues at an extensive scale rather than the individual site scale. The term landscape refers to the scale of the approach (landscape as an area), rather than as a topic of interest.

**Land tenure adjustments.** Land ownership or jurisdictional changes. To improve the manageability of the BLM lands and their usefulness to the public, the BLM has numerous authorities for repositioning lands into a more consolidated pattern, disposing of lands, and entering into cooperative management agreements. These land pattern improvements are completed primarily through the use of land exchanges but also through land sales, through jurisdictional transfers to other agencies, and through the use of cooperative management agreements and leases.

**Land treatment.** All methods of artificial range improvement arid soil stabilization such as reseeding, brush control (chemical and mechanical), pitting, furrowing, water spreading, etc.

**Land use allocation.** The identification in a land use plan of the activities and foreseeable development that are allowed, restricted, or excluded for all or part of the planning area, based on desired future conditions (BLM Handbook H-1601-1, BLM Land Use Planning Handbook).

**Land use plan.** A set of decisions that establish management direction for land within an administrative area, as prescribed under the planning provisions of FLPMA; an assimilation of land use plan level decisions developed through the planning process outlined in 43 CFR 1600, regardless of the scale at which the decisions were developed. The term includes both RMPs and management framework plans (BLM Handbook H-1601-1, BLM Land Use Planning Handbook).

**Land use plan boundary.** The geographic extent of a resource management plan or management framework plans.

**Land use plan decision.** Establishes desired outcomes and actions needed to achieve them. Decisions are reached using the planning process in 43 CFR 1600. When they are presented to the public as proposed decisions, they can be protested to the BLM Director. They are not appealable to Interior Board of Land Appeals.

**Land utilization project lands.** Privately owned submarginal farmlands incapable of producing sufficient income to support the family of a farm owner and purchased under Title III of the Bankhead-Jones Farm Tenant Act of July 22, 1937. These acquired lands became known as land utilization projects and were subsequently transferred from jurisdiction of the US Department of Agriculture to the US Department of the Interior. They are now administered by the BLM.

**Late season.** Late summer or fall grazing.

**Leasable minerals.** Those minerals or materials designated as leasable under the Mineral Leasing Act of 1920. These include energy-related mineral resources such as oil, natural gas, coal, and geothermal, and some nonenergy minerals, such as phosphate, sodium, potassium, and sulfur. Geothermal resources are also leasable under the Geothermal Steam Act of 1970.

**Lease.** Section 302 of the Federal Land Policy and Management Act of 1976 provides the BLM's authority to issue leases for the use, occupancy, and development of public lands. Leases are issued for

BLM_0167704

purposes such as a commercial filming, advertising displays, commercial or noncommercial croplands, apiaries, livestock holding or feeding areas not related to grazing permits and leases, native or introduced species harvesting, temporary or permanent facilities for commercial purposes (does not include mining claims), residential occupancy, ski resorts, construction equipment storage sites, assembly yards, oil rig stacking sites, mining claim occupancy if the residential structures are not incidental to the mining operation, and water pipelines and well pumps related to irrigation and nonirrigation facilities. The regulations establishing procedures for processing these leases and permits are found in 43 CFR 2920.

**Lease notice.** Provides more-detailed information concerning limitations that already exist in law, lease terms, regulations, or operational orders. A lease notice also addresses special items that lessees should consider when planning operations but does not impose additional restrictions. Lease notices are not an RMP-level decision, and new lease notices may be added to fluid mineral leases at the time of sale. Lease notices apply only to leasable minerals (e.g., oil, gas, geothermal) and not to other types of leases, such as livestock grazing.

**Lease stipulation.** A modification of the terms and conditions on a standard lease form at the time of the lease sale.

**Lek.** An assembly area where birds, especially sage-grouse, carry on display and courtship behavior.

**Lentic.** Pertaining to standing water such as lakes and ponds.

**Limited area.** An area restricted at certain times, in certain areas, and/or to certain vehicular use. These restrictions may be of any type, but can generally be accommodated within the following type of categories: Numbers of vehicles; types of vehicles; time or season of vehicle use; permitted or licensed use only; use on existing roads and trails; use on designated roads and trails; and other restrictions (43 CFR 8340.0-5).

**Lithic site.** An archaeological site containing debris left from the manufacture, use, or maintenance of flaked stone tools.

**Livestock trailing.** Temporary herding of livestock from one location to another using a designated route.

**Locally derived.** Seeds or cuttings from native species that are collected close to the area in which they will be used for planting. For example, from the same ecoregion, or major watershed, and from similar elevational zones and soil textures as the planting site. This increases the chance that genetic characteristics will be best suited for the planting area and will not disrupt the genetic structure of nearby populations.

**Locatable minerals.** Minerals subject to exploration, development, and disposal by staking mining claims as authorized by the Mining Law of 1872, as amended. This includes deposits of gold, silver, and other uncommon minerals not subject to lease or sale.

**Long-term effect.** The effect could occur for an extended period after implementation of the alternative. The effect could last several years or more.

**Low-power communication site.** Sites that include to non-broadcast uses (e.g., commercial or private mobile radio service, cellular telephone, microwave, local exchange network, passive reflector).

**Low productivity forest lands.** Woodlands and forest stands producing less than 20 cubic feet per acre per year.

BLM_0167705

**Ma.** Millions of years ago.

**Managed fire.** Management of a wildfire (unplanned ignition) to meet the objectives of the RMP. Objectives could include protection of high-value resources such as subdivisions or cultural resources through suppression, enhancement of resources such as wildlife habitat by utilizing the fire, or managing the fire as a natural process on the landscape. Multiple objectives could apply to any single wildfire.

**Management decision.** A decision made by the BLM to manage public lands. Management decisions include both land use plan decisions and implementation decisions.

**Master development plan**. Information common to multiple planned wells, including drilling plans, Surface Use Plans of Operations, and plans for future production.

**Mechanical transport**. Any vehicle, device, or contrivance for moving people or material in or over land, water, snow, or air that has moving parts.

**Mechanical vegetation treatment**. Includes mowing, chaining, chopping, drill seeding, and cutting vegetation to meet resource objective. Mechanical treatments generally occur in areas where fuel loads or invasive species need to be reduced prior to prescribed fire application; when fire risk to resources is too great to use naturally started wildland fires or prescribed fires; or where opportunities exist for biomass utilization or timber harvest. Mechanical treatments may also be utilized to improve wildlife habitat conditions.

**Mechanized uses.** Equipment that is mechanized, including but not limited to mountain bikes, wheelbarrows, and game carts.

**Mexican spotted owl suitable breeding habitat.** Vegetation characteristics described in the current Mexican spotted owl recovery plan in areas where Mexican spotted owl breeding has been confirmed.

**Mineral.** Any naturally formed inorganic material, solid or fluid inorganic substance that can be extracted from the earth, any of various naturally occurring homogeneous substances (as stone, coal, salt, sulfur, sand, petroleum, water, or natural gas) obtained usually from the ground. Under federal laws, considered as locatable (subject to the general mining laws), leasable (subject to the Mineral Leasing Act of 1920), and salable (subject to the Materials Act of 1947).

**Mineral entry.** The filing of a claim on public land to obtain the right to any locatable minerals it may contain.

**Mineral estate.** The ownership of minerals, including rights necessary for access, exploration, development, mining, ore dressing, and transportation operations.

**Mineralize.** The process where a substance is converted from an organic substance to an inorganic substance.

**Mineral materials (salable minerals, salable mineral materials).** Common varieties of mineral materials such as soil, sand and gravel, stone, pumice, pumicite, and clay that are not obtainable under the mining or leasing laws but that can be acquired under the Materials Act of 1947, as amended.

**Mineral patent.** A claim on which title has passed from the federal government to the mining claimant under the Mining Law of 1872.

**Minimum impact suppression tactics**. The use of fire management tactics commensurate with the fire's potential or existing behavior while producing the least impact on the resource being protected.

BLM_0167706

**Mining claim.** A parcel of land that a miner takes and holds for mining purposes, having acquired the right of possession by complying with the Mining Law and local laws and rules. A mining claim may contain as many adjoining locations as the locator may make or buy. There are four categories of mining claims: lode, placer, millsite, and tunnel site.

**Mining Law of 1872.** Provides for claiming and gaining title to locatable minerals on public lands. Also referred to as the "General Mining Laws" or "Mining Laws."

**Minor wood products.** Materials that are sold under the rules of commercial wood collection that are not considered as saw logs or timber. Commercial fire wood, posts, and poles are minor wood products available through commercial wood collection.

**Mitigation.** Alleviation or lessening of possible adverse effects on a resource by applying appropriate protective measures or adequate scientific study. Mitigation may be achieved by avoidance, minimization, rectification, reduction, and compensation.

**Modification.** A change to the provisions of a lease stipulation, either temporarily or for the term of the lease. Depending on the specific modification, the stipulation may or may not apply to all sites within the leasehold to which the restrictive criteria are applied.

**Monitoring (plan monitoring).** The process of tracking the implementation of land use plan decisions and collecting and assessing data necessary to evaluate the effectiveness of land use planning decisions.

**Motorcycle.** A motorized vehicle with two tires and with a seat designed to be straddled by the operator.

**Motorized vehicles or uses.** Vehicles that are motorized, including but not limited to jeeps, all-terrain vehicles (all-terrain vehicles, such as four-wheelers and three-wheelers), trail motorcycles or dirt bikes, and aircrafts.

**Multiple-use.** The management of the public lands and their various resource values so that they are used in the combination that will best meet the present and future needs of the American people; making the most judicious use of the land for some or all of these resources or related services over areas large enough to provide sufficient latitude for periodic adjustments in use to changing needs and conditions; the use of some land for less than all of the resources; a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and nonrenewable resources, including recreation, range, timber, minerals, watershed, wildlife and fish, and natural scenic, scientific and historical values; and harmonious and coordinated management of the various resources without permanent impairment of the productivity of the land and the quality of the environment with consideration being given to the relative values of the resources and not necessarily to the combination of uses that will give the greatest economic return or the greatest unit output (FLPMA).

**Municipal watershed.** A watershed area that provides water for use by a municipality as defined by the community and accepted by the State.

**National Environmental Policy Act of 1969 (NEPA).** Public Law 91-190. Establishes environmental policy for the nation. Among other items, NEPA requires federal agencies to consider environmental values in decision-making processes.

**National Historic Trail.** A congressionally designated trail that is an extended, long-distance trail, not necessarily managed as continuous, that follows as closely as possible and practicable the original trails

BLM_0167707

or routes of travel of national historic significance. The purpose of a National Historic Trail is the identification and protection of the historic route and the historic remnants and artifacts for public use and enjoyment. A National Historic Trail is managed in a manner to protect the nationally significant resources, qualities, values, and associated settings of the areas through which such trails may pass, including the primary use or uses of the trail.

**National Register District.** A geographically definable area, urban or rural, possessing a significant concentration, linkage, or continuity of sites, buildings, structures, or objects united by past events or aesthetically by plan or physical development. Consists of contributing and non-contributing properties.

**National Register of Historic Places.** A listing of architectural, historical, archaeological, and cultural sites of local, state, or national significance, established by the Historic Preservation Act of, 1966 and maintained by the National Park Service.

**National Wild and Scenic Rivers System (NWSRS).** A system of nationally designated rivers and their immediate environments that have outstanding scenic, recreational, geologic, fish and wildlife, historic, cultural, and other similar values and are preserved in a free-flowing condition. The system consists of three types of streams: (1) recreation—rivers or sections of rivers that are readily accessible by road or railroad and that may have some development along their shorelines and may have undergone some impoundments or diversion in the past; (2) scenic—rivers or sections of rivers free of impoundments with shorelines or watersheds still largely undeveloped but accessible in places by roads; and (3) wild—rivers or sections of rivers free of impoundments and generally inaccessible except by trails, with watersheds or shorelines essentially primitive and waters unpolluted.

**Native cutthroat trout.** Native populations include what current science and genetics tell us are Colorado River cutthroat or greenback cutthroat trout.

**Native fish.** Any species of fresh water fish that is found naturally among the waterways of the UFO, such as cutthroat trout (*Oncorhynchus clarki*), mottled sculpin (*Cottus bairdii*), bluehead sucker (*Catostomus discobolus*), roundtail chub (*Gila robusta*), and flannelmouth sucker (*Catostomus latipinnis*).

**Native nongame species.** Any species of freshwater fish that is found naturally among the waterways of the UFO that is not pursued for sport by recreational anglers.

**Native vegetation.** Plant species which were found here prior to European settlement, and consequently are in balance with these ecosystems because they have well developed parasites, predators, and pollinators.

**Naturalness.** Consistent with what would occur without human intervention. For vegetation structure, naturalness implies a pattern similar to what fire and climate would produce across the landscape.

**Natural processes.** Fire, drought, insect and disease outbreaks, flooding, and other events which existed prior to European settlement, and shaped vegetation composition and structure.

**Nature and purposes.** The term used to describe the character, characteristics, and congressional intent for a designated National Trail, including the resources, qualities, values, and associated settings of the areas through which such trails may pass; the primary use or uses of a National Trail; and activities promoting the preservation of, public access to, travel within, and enjoyment and appreciation of National Trail.

**No ground disturbance (NGD).** Areas restricted by NGD are closed to all surface-disturbing activities. Activities that are not considered surface disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel

BLM_0167708

on designated routes, and use of the land by wildlife. An NGD stipulation cannot be applied to operations conducted under the 1872 Mining Law without a withdrawal. A withdrawal is not considered a land use planning decision because it must be approved by the Secretary of Interior. Therefore, unless withdrawn, areas identified as NGD are open to operations conducted under the mining laws subject only to TL and CSU stipulations that are consistent with the rights granted under the mining laws. In addition, the following actions or activities are not subject to the NGD stipulation because specific laws and program terminology constrain them. However, these actions or activities may be subject to SSR or TL stipulations: right-of-way location; coal leasing; nonenergy solid mineral leasing; and mineral material disposal.

**Nonenergy leasable minerals.** Those minerals or materials designated as leasable under the Mineral Leasing Act of 1920. Nonenergy minerals include resources such as phosphate, sodium, potassium, and sulfur.

**Nonfunctional condition.** Riparian-wetland areas that clearly are not providing adequate vegetation, landform, or woody debris to dissipate energies associated with flow events, and thus are not reducing erosion, improving water quality, etc.

**Nonnative fish.** Fish species that are introduced, alien, exotic, or nonindigenous to the UFO, such as brown trout (*Salmo trutta*), northern pike (*Esox lucius*), smallmouth bass (*Micropterus dolomieu*), and channel catfish (*Ictalurus punctatus*).

**North Fork area.** North Fork Alternative Plan area (63,390 acres of BLM-administered surface estate and 159,820 acres of federal mineral estate).

**No surface occupancy (NSO).** A major constraint where use or occupancy of the land surface for fluid mineral exploration or development and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads) are prohibited to protect identified resource values. Areas identified as NSO are open to fluid mineral leasing, but surface occupancy or surface-disturbing activities associated with fluid mineral leasing cannot be conducted on the surface of the land. Access to fluid mineral deposits would require horizontal drilling from outside the boundaries of the NSO area.

**Noxious weeds.** A plant species designated by federal or state law as generally possessing one or more of the following characteristics: aggressive and difficult to manage; parasitic; a carrier or host of serious insects or disease; or nonnative, new, or not common to the US.

**Objective.** A description of a desired outcome for a resource. Objectives can be quantified and measured and, where possible, have established timeframes for achievement.

**Off-highway vehicle (OHV) (off-road vehicle).** Any motorized vehicle capable of, or designated for travel on or immediately over land, water or other natural terrain, excluding: (1) any non-amphibious registered motorboat; (2) any military, fire, emergency, or law enforcement vehicle while being used for emergency purposes; (3) any vehicle whose use is expressly authorized by the authorized officer, or otherwise officially approved; (4) vehicles in official use; and (5) any combat or combat support vehicle when used for national defense emergencies (43 CFR 8340.0-5).

BLM_0167709

**Off-highway vehicle area designations.** BLM-administered lands in the CFO are designated as Open, Limited, or Closed for OHV use.

- **Open.** An area where all types of vehicle use is permitted at all times, anywhere in the area subject to the operating regulations and vehicle standards set forth in 43 CFR subparts 8341 and 8342 (43 CFR 8340.0-5).

- **Limited.** An area restricted at certain times, in certain areas, and/or to certain vehicular use. These restrictions may be of any type, but can generally be accommodated within the following type of categories: Numbers of vehicles; types of vehicles; time or season of vehicle use; permitted or licensed use only; use on existing roads and trails; use on designated roads and trails; and other restrictions (43 CFR 8340.0-5).

- **Closed.** An area where off-road vehicle use is prohibited. Use of off-road vehicles in closed areas may be allowed for certain reasons; however, such use shall be made only with the approval of the authorized officer (43 CFR 8340.0-5).

**Old-growth forest stands.** Stands composed of trees that are generally in the late successional stages of development. The desired attributes of old-growth stands are older, large trees for the species and site; signs of decadence (broken or deformed tops or boles and some root decay); multiple layers of canopy; standing and down dead trees; a variation in tree age, size, and spacing; and gaps or patchiness in the canopy and understory (Mehl 1992).

**Open.** Generally denotes that an area is available for a particular use or uses. Refer to specific program definitions found in law, regulations, or policy guidance for application to individual programs. For example, 43 CFR 8340.0-5 defines the specific meaning of "open" as it relates to OHV use.

**Open area.** See "Off-highway vehicle area designations – Open" definition.

**Ordinary high water mark.** That line on the shore established by the fluctuations of water and indicated by physical characteristics such as clear, natural line impressed on the bank, shelving, changes in the character of soil, destruction of terrestrial vegetation, the presence of litter and debris, or other appropriate means that consider the characteristics of the surrounding areas.

**Organizer.** Any person who advertises for an activity on public lands whether via Internet or any other technology, flyers, club meetings, or other means.

**Outstandingly remarkable value (ORV).** Values among those listed in Section 1(b) of the Wild and Scenic Rivers Act of 1968: "scenic, recreational, geological, fish and wildlife, historical, cultural, or other similar values..." Other similar values that may be considered include ecological, biological, or botanical.

**Overstory.** That portion of a plant community consisting of the taller plants on the site; the forest or woodland canopy.

**Ozone.** A faint blue gas produced in the atmosphere from chemical reactions of burning coal, gasoline, and other fuels and chemicals found in products such as solvents, paints, and hairsprays.

**Paleontological resources.** The physical remains or other physical evidence of plants and animals preserved in soils and sedimentary rock formations. Paleontological resources are important for correlating and dating rock strata and for understanding past environments, environmental change, and the evolution of life.

BLM_0167710

**Particulate matter (PM).** One of the six "criteria" pollutants for which the US EPA established National Ambient Air Quality Standards. Particulate matter is defined as two categories, fine particulates, with an aerodynamic diameter of 10 micrometers ($PM_{10}$) or less, and fine particulates with an aerodynamic diameter of 2.5 micrometers or less ($PM_{2.5}$).

**Passenger vehicle.** Two-wheel-drive, low-clearance vehicles.

**Patent.** Instrument that conveys title to lands from federal ownership to another entity.

**Perennial stream.** A stream that flows continuously. Perennial streams are generally associated with a water table in the localities through which they flow.

**Permitted access.** *See "administrative access" definition.*

**Permitted use.** The forage allocated by, or under the guidance of, an applicable land use plan for livestock grazing in an allotment under a permit or lease and expressed in AUMs (43 CFR 4100.0-5) (from BLM Handbook H-4180-1, BLM Rangeland Health Standards).

**Permittee.** A person or company permitted to graze livestock on public land.

**Petroglyph.** A form of rock art created by incising, scratching or pecking designs into rock surfaces.

**Physiography.** The study and classification of the surface features of the earth.

**Pictograph.** A form of rock art created by applying mineral based or organic paint to rock surfaces.

**Planning Area.** The geographical area for which resource management plans are developed and maintained. The Uncompahgre planning area boundary defines the area assessed in this RMP. The planning area encompasses 3.1 million acres in Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel counties in southwestern Colorado. The BLM administers about 675,760 acres (less than 1 percent) of the planning area, and 2.1 million acres of federal mineral estate.

**Planning criteria.** The standards, rules, and other factors developed by managers and interdisciplinary teams for their use in forming judgments about decision making, analysis, and data collection during planning. Planning criteria streamlines and simplifies the resource management planning actions.

**Planning issues**. Concerns, conflicts, and problems with the existing management of public lands. Frequently, issues are based on how land uses affect resources. Some issues are concerned with how land uses can affect other land uses, or how the protection of resources affects land uses.

**Point bar.** A depositional feature of streams, point bars are found in abundance in mature or meandering streams. They are crescent-shaped and located on the inside of a stream bend, being very similar to, though often smaller than, towheads (river islands).

**Potential Fossil Yield Classification (PFYC) system.** A system used by the BLM to classify geologic units based on the relative abundance of vertebrate fossils or scientifically significant invertebrate or plant fossils and their sensitivity to adverse impacts, with a higher class number indicating a higher potential.

**Potential vegetation group.** Potential vegetation types grouped on the basis of a similar general moisture or temperature environment.

**Prehistoric resources.** Any material remains, structures, and items used or modified by people before Euro-Americans established a presence in the region.

BLM_0167711

**Prescribed fire.** A wildland fire originating from a planned ignition to meet specific objectives identified in a written, approved, prescribed fire plan.

**Prevention of significant deterioration.** An air pollution permitting program intended to ensure that air quality does not diminish in attainment areas.

**Primary use(s).** Authorized mode or modes of travel, and/or activities identified in the National Trails System Act of 1968 (Public Law 90-543), enabling legislation, or legislative history, through the trailwide Comprehensive Plan or approved Resource Management Plan.

**Primitive and unconfined recreation.** Nonmotorized, nonmechanized (except as provided by law), and undeveloped types of recreational activities. Bicycles are considered mechanical transport, so their use is not considered primitive and unconfined recreation.

**Primitive route.** Any transportation linear feature located within areas that have been identified as having wilderness characteristics and not meeting the wilderness inventory road definition (BLM Manual 6310, Conducting Wilderness Characteristics Inventory on BLM Lands).

**Probable sale quantity.** The probable sale quantity is the amount of timber, measured in thousand board feet, that could be produced on BLM lands where commercial forest uses are considered appropriate. Calculations are based on species, growth, mortality, land base, and sustainability. The probable sale quantity does not include volume removed for other purposes from other areas (such as recreation sites where hazard trees are removed). The probable sale quantity also is not a commitment to offer for sale a specific level of timber volume.

**Proper functioning condition.** A term describing stream health that is based on the presence of adequate vegetation, landform and debris to dissipate energy, reduce erosion and improve water quality.

**Proper functioning condition for lentic areas.** A riparian-wetland areas are functioning properly when adequate vegetation, landform, or debris is present to: dissipate energies associated with wind action, wave action, and overland flow from adjacent sites, thereby reducing erosion and improving water quality; filter sediment and aid floodplain development; improve flood-water retention and ground-water recharge; develop root masses that stabilize islands and shoreline features against cutting action; restrict water percolation; develop diverse ponding characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterbird breeding, and other uses; and support greater biodiversity.

**Proper functioning condition for lotic areas.** A riparian-wetland area is considered to be in proper functioning condition when adequate vegetation, landform, or large woody debris is present to:

- dissipate stream energy associated with high waterflow, thereby reducing erosion and improving water quality;

- filter sediment, capture bedload, and aid floodplain development;

- improve flood-water retention and ground-water recharge;

- develop root masses that stabilize streambanks against cutting action;

- develop diverse ponding and channel characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterfowl breeding, and other uses;

- support greater biodiversity.

BLM_0167712

**Proposed critical habitat.** Those areas officially proposed for designations as critical habitat by the Secretary of Interior or Commerce.

**Proposed species.** A species for which a proposed rule to add the species to the federal list of threatened and endangered species has been published in the Federal Register.

**Public land.** Any land and interest in land owned by the US within the several states and administered by the Secretary of the Interior through the BLM, without regard to how the US acquired ownership, except lands located on the Outer Continental Shelf and lands held for the benefit of Indians, Aleuts, and Eskimos (FLPMA).

**Public water supply.** As defined by the state of Colorado, a "public water system" is a system for the provision to the public of water for human consumption through pipes or other constructed conveyances, if such system has a least 15 service connections or regularly serves an average of at least 25 individuals daily at least 60 days out of the year.

**Pyroclastic.** Fragments of rocks formed during volcanic eruptions or aerial expulsion from a volcanic vent.

**Range improvement project.** An authorized physical modification or treatment which is designed to improve production of forage; change vegetation composition; control patterns of use; provide water; stabilize soil and water conditions; restore, protect and improve the condition of rangeland ecosystems to benefit livestock, wild horses and burros, and fish and wildlife. This definition includes, but is not limited to: structures, treatment projects and use of mechanical devices, or modifications achieved through mechanical means.

**Rapid response.** A systematic effort to eradicate, contain or control invasive species while the infestation is still localized. It may be implemented in response to new introductions or to isolated infestations of a previously established, nonnative organism. Preliminary assessment and subsequent monitoring may be part of the response. It is based on a system and infrastructure, organized in advance so that the response is rapid and efficient.

**Raptor.** Bird of prey with sharp talons and strongly curved beaks, such as hawks, owls, falcons, and eagles.

**Rare vegetation.** Unique combinations of plant species as identified by terminology and a classification system from the Colorado Natural Heritage Program. These are defined using Colorado Natural Heritage Program's Global Rarity Ranks denoting scarcity on a global level and include the rankings of G1 and G2.

**Reasonable foreseeable development scenario.** The prediction of the type and amount of oil and gas activity that would occur in a given area. The prediction is based on geologic factors, past history of drilling, projected demand for oil and gas, and industry interest.

**Recharge areas.** Headwaters of perennial streams, contributing watersheds to springs and/or seeps, floodplains, all stream channels, municipal watersheds, and source water protection areas.

**Reclamation.** Returning disturbed lands to a form and productivity that will be ecologically balanced and in conformity with a predetermined land management plan.

**Recreation management area.** Includes special recreation management areas (SRMAs) and extensive recreation management areas (ERMAs); see SRMA and ERMA definitions.

BLM_0167713

**Recreational river.** Those rivers or sections of rivers that are readily accessible by road or railroad, that may have some development along their shorelines, and that may have undergone some impoundment or diversion in the past.

**Recreation and Public Purposes Act of 1926.** Provides for the lease and sale of public lands determined valuable for public purposes. The objective of the R&PP Act is to meet the needs of state and local government agencies and nonprofit organizations by leasing or conveying public land required for recreation and public purpose uses. Examples of uses made of R&PP lands are parks and greenbelts, sanitary landfills, schools, religious facilities, and camps for youth groups. The act provides substantial cost-benefits for land acquisition and provides for recreation facilities or historical monuments at no cost.

**Recreation experiences.** Psychological outcomes realized either by recreation-tourism participants as a direct result of their on-site leisure engagements and recreation-tourism activity participation or by nonparticipating community residents as a result of their interaction with visitors and guests within their community or interaction with the BLM and other public and private recreation-tourism providers and their actions.

**Recreation management zones.** Subunits within an SRMA managed for distinctly different recreation products. Recreation products are composed of recreation opportunities, the natural resource and community settings within which they occur, and the administrative and service environment created by all affecting recreation-tourism providers, within which recreation participation occurs.

**Recreation niche.** The place or position within the strategically targeted recreation-tourism market for each SRMA that is most suitable (i.e., capable of producing certain specific kinds of recreation opportunities) and appropriate (i.e., most responsive to identified visitor or resident customers), given available supply and current demand, for the production of specific recreation opportunities and the sustainable maintenance of accompanying natural resource or community setting character.

**Recreation opportunities.** Favorable circumstances enabling visitors' engagement in a leisure activity to realize immediate psychological experiences and attain more lasting, value-added beneficial outcomes.

**Recreation opportunity spectrum.** One of the existing tools for classifying recreation environments (existing and desired) along a continuum, ranging from primitive, low-use, and inconspicuous administration to urban, high-use, and a highly visible administrative presence. This continuum recognizes variation among various components of any landscape's physical, social, and administrative attributes. Resulting descriptions of existing conditions and prescriptions of desired future conditions define recreation setting character.

**Recreation setting character conditions.** The distinguishing recreational qualities of any landscape, objectively defined along a continuum, ranging from primitive to urban landscapes, expressed in terms of the nature of the component parts of its physical, social, and administrative attributes. These recreational qualities can be both classified and mapped. This classification and mapping process should be based on variation that either exists (for example, setting descriptions) or is desired (for example, setting prescriptions) among component parts of the various physical, social, and administrative attributes of any landscape. The recreation opportunity spectrum is one of the tools for doing this.

**Recreation settings.** The collective distinguishing attributes of landscapes that influence and sometimes actually determine what kinds of recreation opportunities are produced.

BLM_0167714

**Recreation use permits.** Authorizations for use of developed facilities that meet the fee criteria established by the Land and Water Conservation Fund Act of 1964, as amended or subsequent authority (such as the pilot fee demonstration program).

**Rehabilitate.** Returning disturbed lands as near to its predisturbed condition as is reasonably practical or as specified in approved permits.

**Renewable Energy.** Energy resources that constantly renew themselves or that are regarded as practically inexhaustible. These include solar, wind, geothermal, hydro, and biomass. Although particular geothermal formations can be depleted, the natural heat in the Earth is a virtually inexhaustible reserve of potential energy.

**Research Natural Area.** A land management status which reserves the area for uses that are compatible with the resource of interest and research for which the area was designated.

**Resource Advisory Council.** A council established by the Secretary of the Interior to provide advice or recommendations to BLM management. The Southwest Colorado RAC covers issues within the UFO.

**Resource management plan (RMP).** A land use plan as prescribed by the Federal Land Policy and Management Act that establishes, for a given area of land, land-use allocations, coordination guidelines for multiple-use, objectives, and actions to be achieved.

**Resources, qualities, and values.** The significant scenic, historic, cultural, recreation, natural (including biological, geological, and scientific), and other landscape areas through which such trails may pass as identified in the National Trails System Act of 1968 (Public Law 90-543) (see *associated settings*).

**Restore/restoration.** The process of returning disturbed areas to a natural array of native plant and animal associations.

**Rest rotation.** A grazing rotation strategy that normally involves a multi-pasture system, where one pasture is given 12 months of nonuse each year, while the remaining pastures absorb all the grazing use. This grazing strategy can provide periodic rest for all pastures in the rotation system, or for pastures that have been identified as needing rest for resource reasons.

**Retard.** Measurably slow attainment of any identified objective level that is worse than the objective standard. Degradation of the physical/biological process or conditions that determine objective standards would be considered to retard attainment of specific objective standard.

**Revegetate/revegetation.** The process of putting vegetation back in an area where vegetation previously existed, which may or may not simulate natural conditions.

**Revision.** The process of completely rewriting the land use plan due to changes in the planning area affecting major portions of the plan or the entire plan.

**Right-of-way (ROW).** Public lands authorized to be used or occupied for specific purposes pursuant to a right-of-way grant, which are in the public interest and which require ROWs over, on, under, or through such lands.

**Right-of-way avoidance area.** An area identified through resource management planning to be avoided but may be available for ROW location with special stipulations. A ROW avoidance area is comparable to the SSR restriction applied to other resources.

BLM_0167715

**Right-of-way exclusion area.** An area identified through resource management planning that is not available for ROW location under any conditions. A ROW exclusion area is comparable to the NGD stipulation applied to other resources.

**Riparian/aquatic system.** Interacting system between aquatic and terrestrial situations. Identified by a stream channel and distinctive vegetation that requires or tolerates free or unbound water.

**Riparian area.** A form of wetland transition between permanently saturated wetlands and upland areas. Riparian areas exhibit vegetation or physical characteristics that reflect the influence of permanent surface or subsurface water. Typical riparian areas include lands along, adjacent to, or contiguous with perennially and intermittently flowing rivers and streams, glacial potholes, and the shores of lakes and reservoirs with stable water levels. Excluded are ephemeral streams or washes that lack vegetation and depend on free water in the soil.

**Riparian zone.** An area encompassing riparian and adjacent vegetation.

**Road.** A linear route declared a road by the owner, managed for use by low-clearance vehicles having four or more wheels, and maintained for regular and continuous use.

**Roadless.** The absence of roads that have been constructed and maintained by mechanical means to ensure regular and continuous use.

**Rock art.** Petroglyphs (carvings) or pictographs (painting) used by native persons to depict their history and culture.

**Rotation.** Grazing rotation between pastures in the allotment for the permitted time.

**Routes.** Multiple roads, trails and primitive roads; a group or set of roads, trails, and primitive roads that represents less than 100 percent of the BLM transportation system. Generically, components of the transportation system are described as "routes."

**Sale (public land).** A method of land disposal pursuant to Section 203 of FLPMA, whereby the US receives a fair-market payment for the transfer of land from federal ownership. Public lands determined suitable for sale may be offered on the initiative of the BLM. Lands suitable for sale must be identified in the RMP. Any lands to be disposed of by sale that are not identified in the current RMP, or that meet the disposal criteria identified in the RMP, require a plan amendment before a sale can occur.

**Salinity.** Refers to the solids such as sodium chloride (table salt) and alkali metals that are dissolved in water.

**Saturated soils.** Occur when the infiltration capacity of the soil is exceeded from above due to rainfall or snowmelt runoff. Soils can also become saturated from groundwater inputs.

**Scenic byways.** Highway routes that have roadsides or corridors of special aesthetic, cultural, or historical value. An essential part of the highway is its scenic corridor. The corridor may contain outstanding scenic vistas, unusual geologic features, or other natural elements.

**Scenic river.** A river or section of a river that is free of impoundments and whose shorelines are largely undeveloped but accessible in places by roads.

**Scoping process.** An early and open public participation process for determining the scope of issues to be addressed and for identifying the significant issues related to a proposed action.

BLM_0167716

**Season of use.** The time during which livestock grazing is permitted on a given range area, as specified in the grazing lease.

**Seeding.** Seeding is a vegetation treatment that includes the application of grass, forb, or shrub seed, either aerially or from the ground. In areas of gentle terrain, ground applications of seed are often accomplished with a rangeland drill. Seeding allows the establishment of native species or placeholder species and restoration of disturbed areas to a perennial-dominated cover type, thereby decreasing the risk of subsequent invasion by exotic plant species. Seeding would be used primarily as a follow-up treatment in areas where disturbance or the previously described treatments have removed exotic plant species and their residue.

**Setting character.** The condition of any recreation system, objectively defined along a continuum, ranging from primitive to urban in terms of variation of its component physical, social, and administrative attributes.

**Severe winter range.** As defined by CPW, that part of the overall range where 90 percent of the individuals are located when the annual snowpack is at its maximum and/or temperatures are at a minimum in the two worst winters out of ten. Severe winter range is defined for each Colorado Division of Wildlife Data Analysis Unit.

**Short-term effect.** The effect occurs only during or immediately after implementation of the alternative.

**Significant fossils.** Any vertebrate fossil remains or site with fossils of exceptional preservation or context.

**Site-specific relocation (SSR).** An SSR restriction is similar to a CSU restriction in that it allows some use and occupancy of public land while protecting identified resources or values. SSR areas are potentially open to surface-disturbing activities but the restriction allows the BLM to require special constraints, or the activity can be shifted to protect the specified resource or value. Right-of-way location authorizations are not subject to the SSR restriction because it is constrained in other ways. The action may be subject to TL stipulations.

**Slash.** Downed vegetation.

**Sole-source aquifer.** Defined by the US EPA as an aquifer supplying at least 50 percent of the drinking water consumed in the area overlying the aquifer, where the surrounding area has no alternative drinking water source(s) that could physically, legally, and economically supply all those who depend upon the aquifer for drinking water.

**Solitude.** The state of being alone or remote from habitations; isolation. A lonely or secluded place. Factors contributing to opportunities for solitude may include size, natural screening, topographic relief, vistas, physiographic variety, and the ability of the user to find a secluded spot.

**Source water protection area.** The area delineated by a state for a public water supply or including numerous suppliers, whether the source is ground water or surface water or both.

**Special recreation management area (SRMA).** An administrative public lands unit identified in land use plans where the existing or proposed recreation opportunities and recreation setting characteristics are recognized for their unique value, importance, and/or distinctiveness, especially as compared to other areas used for recreation.

BLM_0167717

**Special recreation permit (SRP).** Authorization that allows for recreational uses of public lands and related waters. Issued as a means to control visitor use, protect recreational and natural resources, and provide for the health and safety of visitors. Commercial SRPs are also issued as a mechanism to provide a fair return for the commercial use of public lands.

**Special status species.** BLM special status species are: (1) species listed, candidate, or proposed for listing under the Endangered Species Act of 1973; and (2) species requiring special management consideration to promote their conservation and reduce the likelihood and need for future listing under the Endangered Species Act that are designated as BLM sensitive by the BLM State Director(s). All federally listed candidate species, proposed species, and delisted species in the five years following delisting are conserved as BLM sensitive species.

**Split estate.** Lands on which the mineral estate is owned by someone other than the surface estate owner. For example, the surface is in private ownership and the mineral resources are publicly held and managed by the federal government.

**Split season.** Removing livestock from the allotment and returning them later in the year within the permitted time.

**Sport fish.** *See "game fish" definition.*

**Stabilize.** The process of stopping further damage from occurring.

**Stacked loop.** Several interconnected, looped trails.

**Standard.** A description of the physical and biological conditions or degree of function required for healthy, sustainable lands (e.g., land health standards). To be expressed as a desired outcome (goal).

**Standard lease terms and conditions.** Areas may be open to leasing with no specific management decisions defined in a Resource Management Plan; however, these areas are subject to lease terms and conditions as defined on the lease form (Form 3100-11, Offer to Lease and Lease for Oil and Gas; and Form 3200-24, Offer to Lease and Lease for Geothermal Resources).

**State-listed noxious weed species.** Noxious weed species listed by the State of Colorado:

- List A species are designated by the Commissioner (Colorado Department of Agriculture) for eradication.

- List B weed species are species for which the Commissioner (Colorado Department of Agriculture), in consultation with the state noxious weed advisory committee, local governments, and other interested parties, develops and implements state noxious weed management plans designed to stop the continued spread of these species.

- List C weed species are species for which the Commissioner (Colorado Department of Agriculture), in consultation with the state noxious weed advisory committee, local governments, and other interested parties, will develop and implement state noxious weed management plans designed to support the efforts of local governing bodies to facilitate more effective integrated weed management on private and public lands. The goal of such plans will not be to stop the continued spread of these species but to provide additional education, research, and biological control resources to jurisdictions that choose to require management of List C species.

BLM_0167718

**State implementation plan.** A detailed description of the programs a state will use to carry out its responsibilities under the Clean Air Act. State implementation plans are collections of the regulations used by a state to reduce air pollution.

**Stationary source.** Refers to a stationary source of emissions. Prevention of Significant Deterioration permits are required for major new stationary sources of emissions that emit 100 tons or more per year of carbon monoxide, sulphur dioxide, nitrogen dioxide, ozone, or particulate matter.

**Stipulation (general).** A term or condition in an agreement or contract.

**Stipulation (oil and gas).** A provision that modifies standard oil and gas lease terms and conditions in order to protect other resource values or land uses and is attached to and made a part of the lease. Typical lease stipulations include No Surface Occupancy (NSO), Timing Limitations (TL), and Controlled Surface Use (CSU). Lease stipulations are developed through the land use planning (RMP) process.

**Streamside management zone.** Land adjacent to a waterbody where activities on land are likely to affect water quality.

**Substantial interference.** Determination that an activity or use affects (hinders or obstructs) the nature and purposes of a designated National Trail (see nature and purposes).

**Suitable river.** An eligible river segment found through administrative study to meet the criteria for designation as a component of the National System, as specified in Section 4(a) of the Wild and Scenic Rivers Act (BLM Manual 6400, Wild and Scenic Rivers – Policy and Program Direction for Identification, Evaluation, Planning, and Management).

**Surface-disturbing activities.** Surface-disturbing activities are those that normally result in more than negligible (immeasurable, not readily noticeable) disturbance to vegetation and soils on public lands and accelerate the natural erosive process. Surface disturbances could require reclamation and normally involve use and/or occupancy of the surface, causing disturbance to soils and vegetation. They include, but are not limited to: the use of mechanized earth-moving equipment; truck-mounted drilling, stationary drill rigs in unison, and geophysical exploration equipment off designated routes; off-road vehicle travel in areas designated as limited or closed to off-road vehicle use; construction of facilities such as range facilities and/or improvements, power lines, pipelines, oil and gas wells and/or pads; recreation sites; new road and trail construction; and use of pyrotechnics and explosives. Surface disturbance is not normally caused by casual-use activities. Activities that are not considered surface-disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, dispersed camping, installing signs, minimum impact filming, vehicular travel on designated routes, and general use of the land by wildlife.

**Sustained yield.** The achievement and maintenance in perpetuity of a high-level annual or regular periodic output of the various renewable resources of the public lands consistent with multiple uses.

**Technical.** Designated to challenge riders.

**Terrestrial.** Living or growing in or on the land.

**Threatened species.** Any species that is likely to become endangered within the foreseeable future throughout all or a significant portion of its range (BLM Manual 6840, Special Status Species Management). Under the Endangered Species Act of 1973 in the US, "threatened" is the lesser-protected of the two categories. Designation as threatened (or endangered) is determined by United States Department of Interior, Fish and Wildlife Service as directed by the Endangered Species Act.

BLM_0167719

**Timber.** Standing trees, downed trees, or logs which are capable of being measured in board feet.

**Timing Limitation (TL).** The TL stipulation, a moderate constraint, is applicable to fluid mineral leases, all activities associated with fluid mineral development (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads), and other surface-disturbing activities (i.e., those not related to fluid mineral development). Areas identified for TL are closed to fluid mineral exploration and development, surface-disturbing activities, and intensive human activity during identified time frames. This stipulation does not apply to operation and basic maintenance activities, including associated vehicle travel, unless otherwise specified. Construction, drilling, completions, and other operations considered to be intensive in nature are not allowed. Intensive maintenance, such as workovers on wells, is not permitted. TLs can overlap spatially with NSO, NGD, CSU, SSR, as well as with areas that have no other restrictions.

**Total dissolved solids.** Salt, or an aggregate of carbonates, bicarbonates, chlorides, sulfates, phosphates, and nitrates of calcium, magnesium, manganese, sodium, potassium, and other cations that form salts.

**Total maximum daily load.** An estimate of the total quantity of pollutants (from all sources: point, nonpoint, and natural) that may be allowed into waters without exceeding applicable water quality criteria.

**Traditional cultural properties.** A property that derives significance from traditional values associated with it by a social or cultural group, such as an Indian tribe or local community. A traditional cultural property may qualify for the National Register of Historic Places if it meets the criteria and criteria exceptions at 36 CFR 60.4 (see National Register Bulletin 38).

**Traditional use.** Longstanding, socially conveyed, customary patterns of thought, cultural expression, and behavior, such as religious beliefs and practices, social customs, and land or resource uses. Traditions are shared generally within a social and/or cultural group and span generations. Usually traditional uses are reserved rights resulting from treaty and/or agreements with Native American groups.

**Trail.** A linear route managed for human-power (e.g., hiking or bicycling), stock (e.g., equestrian), or off-highway vehicle forms of transportation or for historical or heritage values. Trails are not generally managed for use by four-wheel drive or high-clearance vehicles.

**Trailing.** Used in the Uncompahgre Draft RMP/EIS to refer to movement of livestock between grazed areas. Since publication of the Uncompahgre Draft RMP/EIS, the BLM has clarified policy and corresponding terminology. Trailing is now defined as the active movement of livestock from one location to another, which is permitted under an existing grazing permit and is conducted by the permit holder within the dates specified in the permit, and is subject to all other terms and conditions of that permit. For active movement through a grazing allotment outside of the terms and conditions of an existing grazing permit, see also *Crossing*.

**Transmission.** The movement or transfer of electric energy over an interconnected group of lines and associated equipment between points of supply and points at which it is transformed for delivery to consumers, or is delivered to other electric systems. Transmission is considered to end when the energy is transformed for distribution to the consumer.

**Transportation linear features.** "Linear features" represents the broadest category of physical disturbance (planned and unplanned) on BLM land. Transportation related linear features include engineered roads and trails, as well as user-defined, non-engineered roads and trails created as a result

BLM_0167720

of the public use of BLM land. Linear features may include roads and trails identified for closure or removal as well as those that make up the BLM's defined transportation system.

**Transportation system.** The sum of the BLM's recognized inventory of linear features (roads, primitive roads, and trails) formally recognized, designated, and approved as part of the BLM's transportation system.

**Travel management areas.** Polygons or delineated areas where a rational approach has been taken to classify areas open, closed or limited, and have identified and/or designated a network of roads, trails, ways, landing strips, and other routes that provide for public access and travel across the planning area. All designated travel routes within travel management areas should have a clearly identified need and purpose as well as clearly defined activity types, modes of travel, and seasons or timeframes for allowable access or other limitations (BLM Handbook H-1601-1, Land Use Planning Handbook).

**Trespass.** Any unauthorized use of public land.

**Tribal interests.** Native American or Native Alaskan economic rights such as Indian trust assets, resource uses and access guaranteed by treaty rights, and subsistence uses.

**Tuff.** A pyroclastic volcanic rock composed of ash-sized fragments.

**Unalloted.** Lands that currently are not committed to livestock grazing use.

**Understory.** That portion of a plant community growing underneath the taller plants on the site.

**Upland game birds.** Non-waterfowl game birds usually hunted with pointing breed, flushing spaniels, and retrievers. Upland game birds include grouse, chukar, quail, snipe, doves, pigeons, ptarmigan, and wild turkey.

**Utility corridor.** Tract of land varying in width forming passageway through which various commodities such as oil, gas, and electricity are transported.

**Valid existing rights.** Documented, legal rights or interests in the land that allow a person or entity to use said land for a specific purpose and that are still in effect. Such rights include but are not limited to fee title ownership, mineral rights, rights-of-way, easements, permits, and licenses. Such rights may have been reserved, acquired, leased, granted, permitted, or otherwise authorized over time.

**Vegetation manipulation.** Planned alteration of vegetation communities through use of mechanical, chemical, seeding, and/or prescribed fire or managed fire to achieve desired resource objectives.

**Vegetation structure.** The stage of plant community development, encompassing age of stand, height of vegetation, and spatial distribution of plants.

**Vegetation treatments.** Management practices which change the vegetation structure to a different stage of development. Vegetation treatment methods include managed fire, prescribed fire, chemical, mechanical, and seeding.

**Vegetation type.** A plant community with immediately distinguishable characteristics based upon and named after the apparent dominant plant species.

**Vertebrate.** An animal having a backbone or spinal column. Includes jawless fishes, bony fishes, sharks and rays, amphibians, reptiles, mammals, and birds.

BLM_0167721

**Viewshed.** The panorama from a given viewpoint that encompasses the visual landscape, including everything visible within a 360-degree radius.

**Visibility (air quality).** A measure of the ability to see and identify objects at different distances.

**Visitor day.** Twelve visitor hours that may be aggregated by one or more persons in single or multiple visits.

**Visitor use.** Visitor use of a resource for inspiration, stimulation, solitude, relaxation, education, pleasure, or satisfaction.

**Visual resource management (VRM).** The inventory and planning actions taken to identify visual resource values and to establish objectives for managing those values, and the management actions taken to achieve the visual resource management objectives.

**Visual resource management classes.** Define the degree of acceptable visual change within a characteristic landscape. A class is based on the physical and sociological characteristics of any given homogeneous area and serves as a management objective. Categories assigned to public lands are based on scenic quality, sensitivity level, and distance zones. Each class has an objective that prescribes the amount of change allowed in the characteristic landscape (from BLM Handbook H-1601-1, BLM Land Use Planning Handbook). The four classes are described below:

- **Class I** provides for natural ecological changes only. This class includes primitive areas, some natural areas, some wild and scenic rivers, and other similar areas where landscape modification activities should be restricted.

- **Class II** areas are those areas where changes in any of the basic elements (form, line, color, or texture) caused by management activity should not be evident in the characteristic landscape.

- **Class III** includes areas where changes in the basic elements (form, line, color, or texture) caused by a management activity may be evident in the characteristic landscape. However, the changes should remain subordinate to the visual strength of the existing character.

- **Class IV** applies to areas where changes may subordinate the original composition and character; however, they should reflect what could be a natural occurrence within the characteristic landscape.

**Visual resources.** The visible physical features on a landscape, (topography, water, vegetation, animals, structures, and other features) that comprise the scenery of the area.

**Visual sensitivity.** Visual sensitivity levels are a measure of public concern for scenic quality and existing or proposed visual change.

**Volatile organic compounds.** Chemicals that produce vapors readily at room temperature and at normal atmospheric pressure. Volatile organic compounds include gasoline, industrial chemicals such as benzene, solvents such as toluene and xylene, and tetrachloroethylene (perchloroethylene, the principal dry cleaning solvent).

**Waiver.** A permanent exemption from a lease stipulation. The stipulation no longer applies anywhere within the leasehold.

**Water body**. An area of open, standing water. Includes ponds and lakes.

BLM_0167722

**Watershed.** Topographical region or area delineated by water draining to a particular watercourse or body of water.

**Watershed condition indicators.** An integrated suite of aquatic, riparian, and hydrologic condition measures that are intended to be used at the watershed scale.

**Way.** Roadlike feature used by vehicles having four or more wheels but not declared a road by the owner and which receives no maintenance to guarantee regular and continuous use.

**Wild and scenic study river.** Rivers identified in Section 5 of the Wild and Scenic Rivers Act of 1968 for study as potential additions to the National Wild and Scenic Rivers System. The rivers will be studied under the provisions of Section 4 of the act (BLM Manual 6400, Wild and Scenic Rivers – Policy and Program Direction for Identification, Evaluation, Planning, and Management).

**Wilderness.** A congressionally designated area of undeveloped federal land retaining its primeval character and influence, without permanent improvements or human habitation, that is protected and managed to preserve its natural conditions and that (1) generally appears to have been affected mainly by the forces of nature, with human imprints substantially unnoticeable; (2) has outstanding opportunities for solitude or a primitive and unconfined type of recreation; (3) has at least 5,000 acres or is large enough to make practical its preservation and use in an unimpaired condition; and (4) may also contain ecological, geological, or other features of scientific, educational, scenic, or historic value. The definition is contained in Section 2(c) of the Wilderness Act of 1964 (78 Stat. 891).

**Wilderness characteristics.** Wilderness characteristics attributes include the area's size, its apparent naturalness, and outstanding opportunities for solitude or a primitive and unconfined type of recreation. They may also include supplemental values. Lands with wilderness characteristics are those lands that have been inventoried and determined by the BLM to contain wilderness characteristics as defined in section 2(c) of the Wilderness Act.

**Wilderness inventory road.** For the purpose of inventorying wilderness characteristics only, any route outside of WSAs, designated wilderness, and the Tabeguache Area that has been *improved and maintained* by *mechanical means* to insure *relatively regular and continuous use*. A way maintained solely by the passage of vehicles does not constitute a road. Refer to BLM Manual 6310, Conducting Wilderness Characteristics Inventory on BLM Lands.

- *Improved and maintained* – Actions taken physically by people to keep the road open to vehicle traffic. "Improved" does not necessarily mean formal construction. "Maintained" does not necessarily mean annual maintenance.

- *Mechanical means* – Use of hand or power machinery or tools.

- *Relatively regular and continuous use* – Vehicular use that has occurred and will continue to occur on a relatively regular basis.

**Wilderness Study Area (WSA).** A designation made through the land use planning process of a roadless area found to have wilderness characteristics, as described in Section 2(c) of the Wilderness Act of 1964.

**Wilderness Study Area (WSA) Ways.** Existing vehicle routes identified during the BLM's original wilderness inventory; does not include illegal routes created in the interim. The continued use of these routes is based on user compliance and non-impairment of wilderness values.

BLM_0167723

**Wildland fire.** Wildland fire is a general term describing any non-structure fire that occurs in the wildland. Wildland fires are categorized into two distinct types:

- Wildfires: Unplanned ignitions or prescribed fires that are declared wildfires.

- Prescribed fires: Planned ignitions.

**Wildland fire use.** *A term no longer used; the new terminology is "managed fire" (see "managed fire" definition).*

**Wildland-urban interface (WUI):** The line, area or zone where structures and other human development meet or intermingle with undeveloped wildland or vegetative fuels.

**Wild river.** Those rivers or sections of rivers that are free of impoundments and generally inaccessible except by trail, with watersheds or shorelines essentially primitive and unpolluted. These represent vestiges of primitive America.

**Winter concentration area:** As defined by CPW, that part of winter range where densities are at least 200 percent greater than the surrounding winter range density during the same period used to define winter range in the average five winters out of ten. Winter concentration areas are defined for each Colorado Division of Wildlife Data Analysis Unit.

**Withdrawal.** An action that restricts the use of public land and segregates the land from the operation of some or all of the public land and mineral laws. Withdrawals are also used to transfer jurisdiction of management of public lands to other federal agencies.

**Wood product sales/harvest.** Any wood-collection activity other than incidental use involving the severance and/or removal of any vegetative material for personal use requiring a permit or commercial use requiring a contract.

**Xeroriparian area.** An area or vegetative community that exists in arid environments and is characterized by dry washes exposed to only intermittent flows of water (ephemeral streams) associated with discrete precipitation events.

## II.8   APPENDICES

A       Approved RMP Maps
B       Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities
C       Best Management Practices and Standard Operating Procedures
D       Uncompahgre Field Office Drought Detection and Monitoring Plan
E       Description of Recreation Management Areas
F       Livestock Grazing Allotments and Allotment Levels
G       Bighorn/Domestic Sheep Risk of Association Modeling
H       Coal Screening Criteria for the Uncompahgre Planning Area
I       Travel Management
J       Legal Descriptions for Lands Identified for Disposal

BLM_0167725

This page intentionally left blank.

BLM_0167726

# Appendix A

## Figures

BLM_0167727

This page intentionally left blank.

BLM_0167728

# APPENDIX A

# FIGURES

1       Uncompahgre RMP Planning Area
2       Federal Mineral Estate
3       Visual Resource Management
4       Lands Managed to Minimize Impacts on Wilderness Characteristics
5       Grazing Allotments
6       Coal Leasing
7       Fluid Minerals Leasing
8       Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities
9       Restrictions for Other Surface-disturbing Activities
10      Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry
11      Mineral Materials
12      Nonenergy Solid Leasable Minerals
13      Recreation Management Areas
14      Comprehensive Travel and Transportation Management
15      Right-of-Way Exclusion and Avoidance Areas
16      Designated Utility Corridors
17      Lands Identified for Disposal
18      Areas of Critical Environmental Concern
19      Tabeguache Area and Wilderness Study Areas
20      Segments Suitable for Inclusion in the National Wild and Scenic Rivers System
21      Watchable Wildlife Viewing Sites
22      Forest Management
23      Moss Rock Common Use Area
24      No Target Shooting Areas
25      Designated Routes in the Dry Creek Travel Management Area
26      Travel Management Areas for Future Route Designation
27      Land Withdrawals and Powersite Classifications
28      National Scenic, Historic, and Recreational Trails and State and BLM Byways

BLM_0167729

This page intentionally left blank.

BLM_0167730



Figure 1:      Uncompahgre RMP Planning Area

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167732



Figure 2:      Federal Mineral Estate

BLM_0167733

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167734



Figure 3:        Visual Resource Management

BLM_0167735

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167736



Figure 4:      Lands Managed to Minimize Impacts on Wilderness Characteristics

BLM_0167737

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167738



Figure 5:        Grazing Allotments

BLM_0167739

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167740



Figure 6:        Coal Leasing

BLM_0167741

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167742



Figure 7:      Fluid Minerals Leasing

BLM_0167743

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167744



Figure 8:     Timing Limitation Stipulations for Fluid Mineral Leasing and Other Surface-disturbing Activities

BLM_0167745

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167746



Figure 9:       Restrictions for Other Surface-disturbing Activities

BLM_0167747

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167748



Figure 10:     Lands Withdrawn and to be Recommended for Withdrawal from Locatable Mineral Entry

BLM_0167749

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167750



Figure 11:     Mineral Materials

BLM_0167751

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167752



Figure 12:      Nonenergy Solid Leasable Minerals

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167754



Figure 13:      Recreation Management Areas

BLM_0167755

This page intentionally left blank.

BLM_0167756



Figure 14:      Comprehensive Travel and Transportation Management

BLM_0167757

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167758



Figure 15:        Right-of-Way Exclusion and Avoidance Areas

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167760



Figure 16:       Designated Utility Corridors

BLM_0167761

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*



Figure 17:     Lands Identified for Disposal

BLM_0167763

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167764



Figure 18:     Areas of Critical Environmental Concern

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167766



Figure 19:      Tabeguache Area and Wilderness Study Areas

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167768



Figure 20:        Segments Suitable for Inclusion in the National Wild and Scenic Rivers System

BLM_0167769

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167770



Figure 21:      Watchable Wildlife Viewing Sites

BLM_0167771

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167772



Figure 22:     Forest Management

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167774



Figure 23:      Moss Rock Common Use Areas

BLM_0167775

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167776



Figure 24:        No Target Shooting Areas

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167778



Figure 25:       Designated Routes in the Dry Creek Travel Management Area

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167780



Figure 26:     Travel Management Areas for Future Route Designation

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167782



Figure 27:      Land Withdrawals and Powersite Classifications

BLM_0167783

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167784



Figure 28:       National Scenic, Historic, and Recreational Trails and State and BLM Byways

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167786

# Appendix B

## Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

BLM_0167787

This page intentionally left blank.

BLM_0167788

# TABLE OF CONTENTS

Section                                                                                          Page

**B.    RESTRICTIONS APPLICABLE TO FLUID MINERALS LEASING AND OTHER
       SURFACE-DISTURBING ACTIVITIES .................................................................... B-1**

B.1      Closed to Fluid Mineral Leasing ............................................................... B-2
B.2      Description of Stipulations and Restrictions Applicable to Fluid Mineral
         Leasing and Development........................................................................... B-2
         B.2.1    Standard Terms and Conditions for Fluid Mineral Leasing................. B-2
         B.2.2    No Surface Occupancy (NSO) ...................................................... B-3
         B.2.3    Controlled Surface Use (CSU) ..................................................... B-3
         B.2.4    Timing Limitations (TL) ................................................................ B-3
         B.2.5    Lease Notice (LN)....................................................................... B-3
         B.2.6    Condition of Approval (COA) ..................................................... B-4
         B.2.7    Project Mitigation and Monitoring................................................. B-4
B.3      Description of Restrictions Applicable to Surface-disturbing Activities......... B-4
         B.3.1    No Ground Disturbance (NGD)................................................... B-4
         B.3.2    Site-specific Relocation (SSR)....................................................... B-5
         B.3.3    Timing Limitations (TL) ................................................................ B-5
B.4      Exceptions, Modifications, and Waivers Applicable to Fluid Mineral Leasing
         and Other Surface-disturbing Activities ..................................................... B-5
         B.4.1    Standard Exception, Modification, and Waiver ............................... B-5
B.5      References................................................................................................ B-43

# TABLES

                                                                                                  Page

B-1      Areas Closed to Fluid Mineral Leasing (NL) ............................................... B-7
B-2      No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing.................. B-8
B-3      Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing................. B-17
B-4      Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and
         Surface-disturbing Activities..................................................................... B-30
B-5      Lease Notices (LN) Applicable to Fluid Mineral Leasing............................... B-35
B-6      No Ground Disturbance (NGD) Restrictions Applicable to Surface-disturbing Activities.... B-37
B-7      Site-specific Relocation (SSR) Restrictions Applicable to Surface-disturbing Activities ......... B-38
B-8      Raptor Species Breeding Periods............................................................... B-42

BLM_0167789

This page intentionally left blank.

BLM_0167790

# APPENDIX B
# RESTRICTIONS APPLICABLE TO FLUID MINERALS LEASING AND OTHER SURFACE-DISTURBING ACTIVITIES

This appendix lists the stipulations for fluid mineral leasing (e.g., oil, gas, and geothermal) referred to throughout this Approved RMP. Stipulations also apply, where appropriate, to all surface-disturbing activities (and occupancy) associated with land use authorizations, permits, and leases issued on BLM-administered lands. The stipulations do not apply to activities and uses where they are contrary to laws, regulations, or specific program guidance, including operation of mining claims under the 1872 Mining Law.

In the "stipulations number" columns of the tables below, there are gaps in numbering for each type of stipulation, such as no surface occupancy (NSO), controlled surface use (CSU), and timing limitation (TL). The stipulation numbers were retained from the Proposed RMP/Final EIS for simplicity of future tiering to the Proposed RMP/Final EIS. Some stipulations considered in the Proposed RMP/Final EIS applied to alternatives other than the Proposed RMP, namely Alternatives A, B, C, or D, and only the Proposed RMP (Alternative E) stipulations were carried forward into this Approved RMP. This resulted in gaps in the stipulation numbering in this Approved RMP, which aligns with the Proposed RMP/Final EIS.

NSO, CSU, and TL are stipulation decisions and apply to fluid mineral leasing and development of fluid mineral estate underlying BLM-administered lands, privately owned lands, and state-owned lands, but not National Forest System lands. To lease minerals beneath surface lands administered by the US Department of Agriculture, Forest Service (Forest Service), the BLM must receive consent to lease from the Forest Service, and incorporate any accompanying stipulations required by forest land use plans or forest-wide programmatic leasing analyses.

Federal fluid mineral estate acres are greater than BLM surface acres. Within the planning area, the BLM administers 675,800 acres of surface estate and 240,230 acres of split-estate (i.e., where the surface rights are in private or state ownership and the mineral resources are publicly held and managed by the federal government [BLM]). Acreages reflect federal mineral estate

BLM_0167791

overlain by BLM, private, and state-owned land. Acreages are calculated based on current information and may be adjusted in the future through plan maintenance as conditions warrant.

No ground disturbance (NGD), site-specific relocation (SSR), and TL are restriction decisions and apply to other surface-disturbing activities on BLM-administered surface lands.

Surface-disturbing activities are those that normally result in more than negligible (immeasurable, not readily noticeable) disturbance to vegetation and soils on public lands and accelerate the natural erosive process. Surface disturbances could require reclamation and normally involve use and/or occupancy of the surface, causing disturbance to soils and vegetation. They include, but are not limited to: the use of mechanized earth-moving equipment; truck-mounted drilling, stationary drill rigs in unison, and geophysical exploration equipment off designated routes; off-road vehicle travel in areas designated as limited or closed to off-road vehicle use; construction of facilities such as range facilities and/or improvements; recreation sites; new road and trail construction; and use of pyrotechnics and explosives. Surface disturbance is not normally caused by casual-use activities. Activities that are not considered surface-disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, dispersed camping, installing signs, minimum impact filming, vehicular travel on designated routes, and general use of the land by wildlife.

## B.1   CLOSED TO FLUID MINERAL LEASING

Although not a stipulation, areas that are closed to fluid mineral leasing (NL) are detailed in **Table B-1**. In areas closed to leasing, the resource would not be available for exploration or development. All other areas not identified in **Table B-1** are open to fluid mineral leasing, subject to standard terms and conditions and NSO, CSU, or TL stipulations if applicable.

## B.2   DESCRIPTION OF STIPULATIONS AND RESTRICTIONS APPLICABLE TO FLUID MINERAL LEASING AND DEVELOPMENT

**Tables B-2** through **B-4** provide details of the stipulations and protected resources. Three types of stipulations could be applied to fluid mineral leases: 1) NSO; 2) CSU; and 3) TL.

Lease stipulations and lease notices would be applied, as applicable, to all new leases and to expired leases that are reissued. On existing leases, the BLM would develop Conditions of Approval for Applications for Permit to Drill to achieve resource objectives of lease stipulations contained in this RMP. New development on existing leases must comply with current management direction. This direction is consistent with Interior Board of Land Appeals decisions (*Yates Petroleum Corp.*, 176 Interior Board of Land Appeals 144 [2008] and *William P. Maycock*, 180 Interior Board of Land Appeals 1 [2010]) that BLM has discretion to modify surface operations to add specific mitigation measures supported by site-specific NEPA analysis undertaken during the development phase on existing leases (BLM 2010). Any additional mitigation measures would need to be justifiable, still provide for lease development, and be incorporated in a site-specific document.

### B.2.1   Standard Terms and Conditions for Fluid Mineral Leasing

Oil and gas development is subject to standard terms and conditions of the lease. Onshore Oil and Gas Order No. 1 (Onshore Oil and Gas Operations; Federal and Indian Oil and Gas Leases; Approval of Operations) regulations (43 Code of Federal Regulations, 3160) give the BLM the

ability to relocate proposed operations up to 200 meters (656 feet) and prohibit surface-disturbing operations for a period not to exceed 60 days.

## B.2.2   No Surface Occupancy (NSO)

Use or occupancy of the land surface for fluid mineral exploration or development and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling, stationary drill rigs in unison, geophysical exploration equipment off designated routes, construction of wells and/or pads) are prohibited to protect identified resource values. Refer to **Table B-2**.

The NSO stipulation is a category of major constraints. NSO areas are open to fluid mineral leasing, but surface occupancy or surface-disturbing activities associated with fluid mineral leasing cannot be conducted on the surface of the land. Access to fluid mineral deposits would require directional drilling and/or drilling from outside the boundaries of the NSO area. This differs from areas identified as closed to leasing (NL) in which neither the surface area nor mineral estate is available for fluid mineral leasing.

## B.2.3   Controlled Surface Use (CSU)

CSU is a category of moderate constraint stipulations that allows some use and occupancy of public land, while protecting identified resources or values, and is applicable to fluid mineral leasing and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling, stationary drill rigs in unison, geophysical exploration equipment off designated routes, and construction of wells and/or pads). CSU areas are open to fluid mineral leasing, but the stipulation allows the BLM to require special operational constraints, or the activity can be shifted more than 200 meters (656 feet) to protect the specified resource or value. Refer to **Table B-3**.

## B.2.4   Timing Limitations (TL)

Areas identified for Timing Limitations (TL), a moderate constraint, are closed to fluid mineral exploration and development, surface-disturbing activities, and intensive human activity during identified time frames that may exceed 60 days. This stipulation does not apply to operation and basic maintenance activities, including associated vehicle travel, unless otherwise specified. Construction, drilling, completions, and other operations considered to be intensive in nature are not allowed. Intensive maintenance, such as workovers on wells, is not permitted. Administrative activities are allowed at the discretion of the BLM Authorized Officer. Refer to **Table B-4**.

## B.2.5   Lease Notice (LN)

A Lease notice (LN) provides more-detailed information concerning limitations that already exist in law, lease terms, regulations, or operational orders. A lease notice also addresses special items that lessees should consider when planning operations but does not impose additional restrictions. Lease notices are not an RMP-level decision and new lease notices may be added to fluid mineral leases at the time of sale. Lease notices apply only to leasable minerals (e.g., oil, gas, geothermal) and not to other types of leases, such as livestock grazing or coal leases. Refer to **Table B-5**.

BLM_0167793

### B.2.6   Condition of Approval (COA)

Conditions of Approval are conditions or provisions (requirements) under which an Application for Permit to Drill is approved, after a lease is issued. Conditions of Approval are based on site-specific analysis and are designed to minimize, mitigate, or prevent impacts on resource values or other uses of public lands. The application of a particular Condition of Approval is not an RMP-level decision.

### B.2.7   Project Mitigation and Monitoring

Stipulations are designed to provide resource-specific protections. Permit holders shall be responsible for the monitoring and reporting deemed necessary to document and maintain mandated protective measures. Also, the BLM retains the right to modify the operations of all surface and other disturbance activities caused by the presence of humans and to require additional specific or specialized mitigation following the submission of a detailed plan of development or other project proposal, a monitoring report, and an environmental analysis of such.

## B.3   DESCRIPTION OF RESTRICTIONS APPLICABLE TO SURFACE-DISTURBING ACTIVITIES

**Tables B-6** and **B-7** provide details of the restrictions and protected resources. Three types of restrictions could be applied to land use authorizations: 1) no ground disturbance (NGD); 2) site-specific relocation (SSR); and 3) timing limitation (TL). **Section B.2.1**, No Ground Disturbance (NGD), and **Section B.2.2**, Site-specific Relocation (SSR), list actions and activities that are not subject to NGD and/or SSR.

Restrictions applicable to surface-disturbing activities apply to other activities besides fluid mineral leasing, including those conducted by the BLM. Because the BLM does not have jurisdiction over split-estate lands for surface-disturbing activities not related to fluid mineral leasing and development, NGD and SSR restrictions apply only to the 675,800 acres of BLM surface in the decision area.

### B.3.1   No Ground Disturbance (NGD)

Areas restricted by NGD are closed to all surface-disturbing activities. Activities that are not considered surface disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel on designated routes, and general use of the land by wildlife. Fire suppression activities using *minimum-impact suppression tactics* area allowed in areas with and NGD stipulation with approval from the BLM Authorized Officer.

An NGD stipulation cannot be applied to fluid minerals leasing. Fluid minerals are subject to NSO and CSU.

An NGD stipulation cannot be applied to operations conducted under the 1872 Mining Law (i.e., locatable mineral development) without a withdrawal. A withdrawal is not considered a land use planning decision because it must be approved by the Secretary of Interior. Therefore, unless withdrawn, areas identified as NGD are open to operations conducted under the mining laws subject only to TL and SSR restrictions that are consistent with the rights granted under the mining laws.

BLM_0167794

In addition, the following actions or activities are not subject to the NGD stipulation because specific laws and program terminology constrain them. However, these actions or activities may be subject to SSR or TL restrictions:

- <u>Right-of-way (ROW) location</u>: instead of identifying areas as NGD, areas can be identified as "ROW exclusion" areas.

- <u>Coal leasing</u>: instead of identifying areas as NGD, areas can be identified as open or closed to coal leasing.

- <u>Nonenergy solid mineral leasing</u>: instead of identifying areas as NGD, areas can be identified as open or closed to nonenergy solid mineral leasing.

- <u>Mineral material disposal</u>: instead of identifying areas as NGD, areas can be identified as open or closed to mineral material disposal.

### B.3.2   Site-specific Relocation (SSR)

An SSR restriction is similar to a CSU restriction in that it allows some use and occupancy of BLM-administered lands while protecting identified resources or values. SSR areas are potentially open to surface-disturbing activities but the restriction allows the BLM to require special constraints, or the activity can be shifted to protect the specified resource or value. Activities that are not considered surface disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel on designated routes, and general use of the land by wildlife.

Right-of-way location authorizations are not subject to the SSR restriction because it is constrained in other ways. Instead of identifying areas as SSR, areas can be identified as "ROW avoidance" areas. The action may be subject to TL stipulations.

An SSR stipulation cannot be applied to fluid mineral leasing. Fluid minerals are subject to CSU and NSO stipulations.

### B.3.3   Timing Limitations (TL)

The timing limitation (TL) restriction for surface-disturbing activities is the same as the TL stipulation for fluid mineral leasing and associated activities. Refer to **Section B.1.4**, Timing Limitations (TL).

## B.4   EXCEPTIONS, MODIFICATIONS, AND WAIVERS APPLICABLE TO FLUID MINERAL LEASING AND OTHER SURFACE-DISTURBING ACTIVITIES

Stipulations could be excepted, modified, or waived by the BLM Authorized Officer. Exceptions, modifications, and waivers provide a viable and effective means of applying adaptive management techniques to fluid mineral leasing or other surface-disturbing activities.

### B.4.1   Standard Exception, Modification, and Waiver

The standard exception, modification, and waiver apply to all NSOs, CSUs, TLs, NGDs, and SSRs. In the following paragraphs, "leasehold" refers to fluid mineral leases, and "project" or "project area" refers to other surface-disturbing projects, as described in Section B.2.

BLM_0167795

An <u>exception</u> is a one-time exemption for a particular site within the leasehold or project area; exceptions are determined on a case-by-case basis; the stipulation continues to apply to all other sites within the leasehold or project area. The BLM Authorized Officer may grant an exception to a stipulation if it is determined that the factors leading to its inclusion in the lease or project have changed sufficiently such that: 1) the protection provided by the stipulation is no longer justified or necessary to meet resource objectives established in the RMP; or 2) proposed operations would not cause unacceptable impacts. The BLM Authorized Officer may require additional plans of development, surveys, mitigation proposals, or environmental analysis, and may consult with other government agencies and/or the public in order to make this determination.

A <u>modification</u> is a change to the provisions of a lease stipulation or project either temporarily or for the lease term or length of the project. Depending on the specific modification, the stipulation may or may not apply to all sites within the leasehold or project area to which the restrictive criteria are applied. The BLM Authorized Officer may modify a stipulation or the area subject to the stipulation if it is determined that the factors leading to its inclusion in the lease or project area have changed sufficiently. The BLM Authorized Officer may modify a stipulation as a result of new information if: 1) the protection provided by the stipulation is no longer justified or necessary to meet resource objectives established in the RMP; 2) the protection provided by the stipulation is no longer sufficient to meet resource objectives established in the RMP; or 3) proposed operations would not cause unacceptable impacts. The BLM Authorized Officer may require additional plans of development, surveys, mitigation proposals, or environmental analysis, and may consult with other government agencies and/or the public in order to make this determination.

A <u>waiver</u> is a permanent exemption from a lease or project stipulation. When a waiver is granted, the stipulation no longer applies anywhere within the leasehold or project area. The BLM Authorized Officer may waive a stipulation if it is determined that the factors leading to its inclusion in the lease or project no longer exist. The BLM Authorized Officer may require additional plans of development, surveys, mitigation proposals, or environmental analysis, and may be required to consult with other government agencies and/or the public in order to make this determination.

The environmental analysis document prepared for site-specific proposals such as oil and gas development (e.g., Applications for Permit to Drill and Sundry Notices) or other surface projects also needs to include and address any proposal to except, modify, or waive a surface stipulation.

BLM_0167796

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-1
Areas Closed to Fluid Mineral Leasing (NL)**

| Allocation Number Protected Resource Acres/Miles Affected[1] | Description |
|---|---|
| | The following No Lease areas are nondiscretionary because they are closed to fluid mineral leasing per congressional mandate or Bureau policy:<br>• NL-17: Tabeguache Area (Colorado Wilderness Act of 1993)<br>• NL-18: Wilderness Study Areas (BLM Manual 6330, Management of Wilderness Study Areas; BLM 2012b) |
| Wilderness and Wilderness Study Areas | |
| **NL-17**<br>*Tabeguache Area*<br>BLM Surface:<br>   8,060 acres | Close the Tabeguache Area to fluid mineral leasing and geophysical exploration.<br><br>**PURPOSE:** To protect the wilderness character of the Tabeguache Area, in compliance with the Colorado Wilderness Act of 1993. |
| **NL-18/NGD-27**<br>*Wilderness Study Areas*<br>BLM Surface:<br>   36,240 acres | Close Wilderness Study Areas to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities.<br><br>**PURPOSE:** To preserve unimpaired the wilderness characteristics of Wilderness Study Areas until such time as Congress acts to designate them as Wilderness Areas, or releases them for other uses, and to comply with BLM Manual 6330, Management of Wilderness Study Areas. |

[1]The sum of acres closed to leasing in this table may add up to more than the total acres closed to fluid mineral leasing presented in the Approved RMP, as some areas may overlap.

BLM_0167797

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **NSO-9/SSR-11**<br>*Hydrology River*<br>BLM Surface:<br>26,990 acres<br>Split-estate:<br>1,060 acres | **STIPULATION:** Prohibit surface occupancy and use and apply SSR restrictions within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers.<br><br>**PURPOSE:** To protect rivers and adjacent aquatic habitat that provide: a) *special status* or *critical* fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: f) 100-year floodplain, and g) high scenic and recreation values of major rivers. Minimizing potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| **NSO-11/SSR-13**<br>*Hydrology Features*<br>BLM Surface:<br>26,050 acres<br>Split-estate:<br>12,730 acres | **STIPULATION:** Prohibit surface occupancy and use and apply SSR restrictions within 100 meters (328 feet) from the mapped extent of perennial and intermittent streams; riparian areas, fens, and/or wetlands; and water impoundments. For streams, measure the buffer from the ordinary high-water mark (bank-full stage); for wetland features, measure the buffer from the edge of the mapped extent.<br><br>**PURPOSE:** To maintain the proper functioning condition, including the vegetation, hydrologic and geomorphic functionality of wetland features. Protect water quality, riparian zones, fens, fish habitat, aquatic habitat, and provide a clean, reliable source of water for downstream users. Buffers are expected to indirectly benefit migratory birds, wildlife habitat, amphibians, and other species.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

BLM_0167798

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **Special Status Plants** | |
| **NSO-22/SSR-21** <br><br> *Plant Endangered Species Act-Listed Species* <br><br> BLM Surface: <br>   8,270 acres <br><br> Split-estate: <br>   390 acres | **STIPULATION:** Prohibit surface occupancy and use and apply SSR restrictions within a 200-meter (656-foot) buffer from the edge of habitat of federally listed, proposed, or candidate threatened or endangered plant species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM. <br><br> **PURPOSE:** To protect federally listed, proposed, or candidate threatened or endangered plant species and habitat, and promote recovery of the species. Clay-loving wild buckwheat "habitat" is defined as the specific soils, slopes, and aspects where a population of clay-loving wild buckwheat occur. Colorado hookless cactus "habitat" is defined as an individual plant or population plus 10 feet. <br><br> **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| **Special Status Fish and Aquatic Wildlife** | |
| **NSO-24/SSR-22** <br><br> *Wildlife Endangered Species Act-Listed Species (Occupied Federally Listed Fish Habitat)* <br><br> BLM Surface: <br>   270 acres <br><br> Split-estate: <br>   260 acres | **STIPULATION:** Prohibit surface occupancy and use and apply SSR restrictions within 2,500 feet of the ordinary high-water mark of the Lower Gunnison River, below the confluence with the Uncompahgre River, along occupied federally listed fish habitat. <br><br> **PURPOSE:** To maintain the integrity of habitat for federally listed species and promote recovery of the species. <br><br> **EXCEPTION, NSO-24:** Standard exception applies. <br><br> **EXCEPTION, SSR-22:** In addition to the standard exception, this stipulation may be excepted for essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action. <br><br> **Standard MODIFICATIONS and WAIVER apply.** |
| **NSO-26/SSR-25** <br><br> *Occupied Native Cutthroat Trout Habitat* <br><br> BLM Surface: <br>   13,260 acres <br><br> Split-estate: <br>   10,390 acres | **STIPULATION:** Prohibit surface occupancy and use and apply SSR restrictions within 325 feet of the edge of the ordinary high-water mark (bank-full stage) of occupied habitat for conservation populations (90 percent Lineage Greenback Cutthroat Trout) of native cutthroat trout. <br><br> **PURPOSE:** To protect occupied habitat for a federally threatened species. <br><br> **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

BLM_0167799

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| | Special Status Terrestrial Wildlife |
| **NSO-29/SSR-28**<br><br>*Federally Listed Species*<br><br>No Data | **STIPULATION:** Prohibit surface occupancy and use and apply SSR restrictions within habitat for federally listed, proposed, or candidate threatened or endangered wildlife and bird species, except for those species already covered by this RMP, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM.<br><br>**PURPOSE:** To maintain the integrity of habitat for federally listed, proposed, or candidate, threatened or endangered wildlife species and promote recovery of the species.<br><br>**Standard EXCEPTION and WAIVER apply.**<br><br>**MODIFICATION, NSO-29:** Standard modification applies.<br><br>**MODIFICATION, SSR-28:** In addition to standard modifications, for unavoidable habitat losses, modification of the NSO area may be issued provided the following criteria are all satisfied:<br><br>1. Endangered Species Act Section 7 consultation is completed and USFWS recommended conservation measures are fully applied;<br>2. No direct "take" of protected species occurs as a result of the action; and<br>3. Lost or degraded habitat is fully restored through on-site or off-site mitigation, as determined by the BLM. |
| **NSO-31/SSR-32**<br><br>*Gunnison Sage-grouse Breeding Habitat and Critical Habitat*<br><br>BLM Surface:<br>  5,950 acres<br><br>Split-estate:<br>  16,940 acres | **STIPULATION:** Prohibit surface occupancy and use and apply SSR restrictions in USFWS Gunnison sage-grouse occupied critical habitat and nondesignated occupied breeding habitat as mapped and defined by the BLM, USFWS, and CPW (including federal minerals).<br><br>**PURPOSE:** To maintain integrity of habitat surrounding leks that are used during the breeding period.<br><br>**EXCEPTION and MODIFICATION, NSO-31:** Exceptions or modifications may be considered if, in consultation with the State of Colorado, it can be demonstrated that there is no impact on Gunnison sage-grouse based on one of the following:<br><br>• Topography/areas of nonhabitat create an effective barrier to impacts;<br>• No additional impacts would be realized above those created by existing major infrastructure (for example, a State Highway); or<br>• The exception or modification precludes or offsets greater potential impacts if the action were proposed on adjacent parcels (for example, due to landownership patterns).<br><br>*In order to approve exceptions or modifications to this lease stipulation, the BLM Authorized Officer must obtain agreement, including written justification, between the BLM District Manager and CPW that the proposed action satisfies at least one of the criteria listed above. |

BLM_0167800

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| | **EXCEPTION, SSR-32:** An exception may be granted by the BLM UFO Field Manager, in cooperation with the CPW, if an environmental analysis determines that the action, as proposed or conditioned, would not impair the function or utility of the site for current or subsequent reproductive display, including daytime loafing/staging activities. |
| | **WAIVER, NSO-31:** No waivers are authorized unless the area or resource mapped as possessing the attributes protected by the stipulation is determined, through collaboration with the State of Colorado, to lack those attributes or potential attributes. A 30-day public notice and comment period is required before waiver of a stipulation. Waivers would require BLM State Director approval. |
| | This lease is subject to NSO and does not guarantee the lessee the right to occupy the surface of the lease for the purpose of producing oil and natural gas. In areas open to fluid mineral leasing with NSO stipulations, fluid mineral leasing activities are permitted, but surface-disturbing activities cannot be conducted on the surface of the land unless an exception, modification, or waiver is granted. |
| | **MODIFICATION and WAIVER, SSR-32:** Standard modification and waiver apply to SSR-32. |
| **NSO-36/SSR-36** *Raptor Nest Sites (Except Mexican Spotted Owl)* BLM Surface: 8,440 acres Split-estate: 1,390 acres | **STIPULATION:** Prohibit surface occupancy and use and apply SSR restrictions in the following areas: <br>• Bald Eagle: within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining) <br>• Golden Eagle: within 0.25-mile of active and inactive nest sites or within 100 meters (328 feet) of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining) <br>• Ferruginous Hawk, Peregrine Falcon, Prairie Falcon, and Northern Goshawk: within 0.50-mile of active and inactive nest sites <br>• All other Special Status and Non-Special Status Raptors (except Mexican spotted owl): within 0.25-mile of active and inactive nest sites <br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| **NSO-38/SSR-38** *Bald Eagle Winter Roost Sites* BLM Surface: 4,570 acres Split-estate: 370 acres | **STIPULATION:** Prohibit surface occupancy and use and apply SSR restrictions within 0.25-mile of bald eagle winter roost sites. <br>**PURPOSE:** To maintain the integrity of active winter roost sites and surrounding habitat. <br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

BLM_0167801

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **NSO-40/SSR-41**<br><br>*Mexican Spotted Owl*<br><br>*No Data* | **STIPULATION:** Prohibit surface occupancy and use and apply SSR restrictions on lands identified as Protected Activity Centers for Mexican spotted owl.<br><br>**PURPOSE:** To maintain the integrity of the breeding and brood rearing complex.<br><br>**EXCEPTION, NSO-40:** Standard exception applies.<br><br>**EXCEPTION, SSR-41:** An exception can be granted if an environmental analysis of the proposed action and subsequent consultation indicates that the nature or conduct of the activity could be conditioned so as not to impair the utility of Protected Activity Center for current or subsequent reproductive activity or occupancy.<br><br>**Standard MODIFICATION and WAIVER apply.** |
| | Cultural Resources |
| **NSO-46/SSR-49**<br><br>*Allocation to Traditional Use*<br><br>*No Data* | **STIPULATION:** Prohibit surface occupancy and use and apply SSR restrictions within 200 meters (656 feet) around eligible or potentially eligible sites allocated to Traditional Use. In addition, consider visual impacts that projects may have on sites allocated to this use, and apply appropriate mitigation, which may include redesign.<br><br>**PURPOSE:** For the protection of traditional cultural uses, values and resources.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** Grants of exceptions, modifications and waivers may be subject to consultation with the appropriate Native American tribal entities. |
| **NSO-50**<br><br>*National Register District*<br><br>BLM Surface:<br>    1,080 acres | **STIPULATION:** Prohibit surface occupancy and use in the following areas nominated as National Register District:<br><br>• Paradox Rock Art Complex<br><br>**PURPOSE:** For the protection of cultural values and resources.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

BLM_0167802

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| | **Lands with Wilderness Characteristics** |
| **NSO-53/SSR-56** *Lands with Wilderness Characteristics* BLM Surface: 1,740 acres | **STIPULATION:** Prohibit surface occupancy and use and apply SSR restrictions on identified lands being managed to protect inventoried wilderness characteristics: <br><br>• Lands encompassed by Sewemup Mesa Wilderness Study Area, if released from wilderness consideration by Congress (1,740 acres) <br><br>**PURPOSE:** To preserve inventoried wilderness characteristics and their locally, regionally, or nationally significant recreational, social, economic, and environmental values. <br><br>**EXCEPTION, NSO-53:** Standard exception applies. <br><br>**EXCEPTION, SSR-56:** In addition to the standard exception, this stipulation may be excepted for projects that enhance wilderness characteristics over the long run, and that do not eliminate wilderness characteristics in the short term. <br><br>**Standard MODIFICATION and WAIVER apply.** |
| | **Fluid Minerals** |
| **NSO-54** *Recreation Park* BLM Surface: 9,210 acres Split-estate: 7,270 acres | **STIPULATION:** Prohibit surface occupancy and use within the boundaries of: <br>• Curecanti National Recreation Area <br>  ○ BLM Surface: 7,120 acres <br>  ○ Split-estate: 0 acres <br>• State Parks <br>  ○ BLM Surface: 2,090 acres <br>  ○ Split-estate: 810 acres <br>• State wildlife areas <br>  ○ BLM Surface: 0 acres <br>  ○ Split-estate: 5,900 acres <br>• Municipal Parks: <br>  ○ BLM Surface: 0 acres <br>  ○ Split-estate: 560 acres <br><br>**PURPOSE:** To protect the resources of wildlife areas and park units, such as county parks, state parks and wildlife areas, and federal parks. <br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

BLM_0167803

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **NSO-55**<br><br>*Bureau of Reclamation Dams or Appurtenant Structures*<br><br>BLM Surface:<br>   300 acres<br><br>Split-estate:<br>   180 acres | **STIPULATION:** Prohibit surface occupancy and use within 1,500 feet of Ridgway, Crawford, and Paonia dams or their appurtenant structures. Also, prohibit directional drilling within 1,500 vertical feet below a Bureau of Reclamation dam or its appurtenant structures. (Directional and/or horizontal drilling could be conducted more than 1,500 feet below these dams and structures from outside the 1,500-foot radius of the structures.)<br><br>**PURPOSE:** To protect the integrity of US Bureau of Reclamation dams and associated structures.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| | Recreation and Visitor Services |
| **NSO-56**<br><br>*Recreation SRMAs*<br><br>BLM Surface:<br>   42,940 acres | **STIPULATION:** Prohibit surface occupancy and use within the following SRMAs:<br><br>• Dolores River Canyon RMZs 1, 2, and 3<br>• San Miguel River RMZs 1, 2, 3, and 4<br><br>**PURPOSE:** To protect specific recreation-tourism visitors and/or community customer markets to be served, and maintain the specific setting character and/or service delivery system conditions that are essential to achievement of the experiences and benefits identified in management objectives for the SRMA.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| | Areas of Critical Environmental Concern |
| **NSO-58/NGD-26/SSR-57**<br><br>*Special Designation ACEC*<br><br>BLM Surface:<br>   31,310 acres | **STIPULATION:** Prohibit surface occupancy and use and apply SSR/NGD restrictions in the following ACECs:<br><br>• Adobe Badlands (6,370 acres) *(NSO only)*<br>• Biological Soil Crust (390 acres) *(NSO/SSR)*<br>• Fairview South (BLM Expansion) (610 acres) *(NSO/SSR)*<br>• Needle Rock (80 acres) *(NSO/SSR)*<br>• Paradox Rock Art (1,080 acres) *(NSO only)*<br>• San Miguel River (22,780 acres) *(NSO only)*<br><br>**PURPOSE:** To protect and prevent irreparable damage to resources described in the relevance and importance criteria for the designated ACEC.<br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

*Uncompahgre Approved Resource Management Plan*

BLM_0167804

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| | Wild and Scenic Rivers |
| **NSO-60**<br><br>*Special Designation WSR ("Wild" or "Scenic")*<br><br>BLM Surface:<br>  14,850 acres<br><br>Split-estate:<br>  70 acres | **STIPULATION:** Prohibit surface occupancy and use within the WSR study corridor, as defined in the Uncompahgre Wild and Scenic River Suitability Report, of the following segments identified as suitable for inclusion in the National Wild and Scenic Rivers System with the classification of "wild" or "scenic:"<br><br>• Monitor Creek<br>• Potter Creek<br>• Roubideau Creek Segment 1<br>• Beaver Creek<br>• Saltado Creek<br>• San Miguel River Segment 2<br>• Tabeguache Creek Segment 1<br>• Lower Dolores River<br>• Dolores River Segment 1a<br>• La Sal Creek Segment 2<br>• La Sal Creek Segment 3<br><br>**PURPOSE:** To protect WSR outstandingly remarkable values, free-flowing nature, and water quality of eligible or suitable river segments and their consequent recreational, social, economic, and environmental significance.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| | Public Health and Safety |
| **NSO-66/NGD-30**<br><br>*US Department of Energy Uranium Mill Tailings Remedial Action Area*<br><br>BLM Surface:<br>  20 acres<br><br>Split-estate:<br>  5 acres | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities in the supplemental standard area around Uravan associated with the US Department of Energy Uranium Mill Tailings Remedial Action Area.<br><br>**PURPOSE:** To protect humans from potentially contaminated soils.<br><br>**EXCEPTION:** In addition to the standard exception, concurrence must be obtained from the applicable regulatory agency for these areas (e.g., US Department of Energy, Nuclear Regulatory Commission, Colorado Department of Public Health and Environment, and/or US Environmental Protection Agency).<br><br>**Standard MODIFICATION and WAIVER apply.** |
| **NSO-67**<br><br>*Dwellings and High-Occupancy Buildings*<br><br>BLM Surface:<br>  7,510 acres<br><br>Split-estate:<br>  790 acres | **STIPULATION:** Prohibit surface occupancy and use within 305 meters (1,000 feet) of occupied dwellings and building units (as defined by the State of Colorado).<br><br>**PURPOSE:** To protect residential developments within unincorporated communities (towns and subdivisions).<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER.** |

BLM_0167805

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **NSO-69**<br><br>*Public Water Supplies*<br><br>BLM Surface:<br>  13,060 acres<br><br>Split-estate:<br>  5,970 acres | **STIPULATION:** Prohibit surface occupancy and use within 305 meters (1,000 feet) on either side of a classified surface water-supply stream segment (as measured from the average high high-water mark) for a distance of 5 miles upstream of a public water supply intake classified by the State of Colorado as a "water supply," and within 2,640 feet (0.50-mile) buffer of all public water supplies that use a groundwater well or groundwater under the direct influence of surface water. Also prohibit directional drilling within 457 vertical meters (1,500 vertical feet) below a surface public water supply or 457 vertical meters (1,500 vertical feet) below the depth of a public water supply that use a groundwater well or groundwater under the direct influence of surface water. If public water providers develop source water protection plans, apply this NSO to cover the appropriate designated area in the protection plan (typically Zone 2) and apply these protection measures to all public water supplies that use a groundwater well or groundwater under the direct influence of surface water.<br><br>**PURPOSE:** To protect public water supplies, water quality, aquatic habitat, and human health.<br><br>**EXCEPTION, MODIFICATION, and WAIVER:** None; no exceptions, modifications, or waivers would be allowed. |

[1] The sum of acres with NSO stipulations in this table may add up to more than the total acres with NSO stipulations presented in the Approved RMP, as some areas may overlap.

BLM_0167806

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| | *Other* |
| **Exhibit CO-34**<br><br>*Endangered Species Act Section 7 Consultation* | **STIPULATION:** The lease area may now or hereafter contain plants, animals, or their habitats determined to be threatened, endangered, or other special status species. The BLM may recommend modifications to exploration and development proposals to further its conservation and management objective to avoid BLM-approved activity that will contribute to a need to list such a species or their habitat. BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act as amended, 16 U.S.C. § 1531 et seq., including completion of any required procedure for conference or consultation. |
| | Soils and Geology |
| **CSU-3/SSR-3**<br><br>*Geology Soil:*<br>    *Saline/Selenium Soils*<br><br>BLM Surface:<br>    107,170 acres | **STIPULATION:** Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: saline/selenium soils. Special design, construction, and implementation measures, including relocation of operation by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to avoid, minimize, and mitigate potential effects to soil productivity.<br><br>**PURPOSE:** To improve reclamation potential, maintain soil stability and productivity of sensitive areas, and minimize contributions of salinity, selenium, and sediments likely to affect downstream water quality, fisheries, and other downstream aquatic habitats.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

BLM_0167807

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **CSU-6/SSR-6**<br><br>*Geology Soil: Potential Biological Soil Crust*<br><br>*No Data* | **STIPULATION:** Surface occupancy or use may be restricted and SSR restrictions applied on lands within mapped soils with the following special characteristics: in areas mapped as having potential biological soil crust only when high levels of crust development are found. Determine the level of crust development using best available techniques. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to mitigate potential effects to soil productivity.<br><br>**PURPOSE:** To proactively protect potential biological soil crust. To improve reclamation potential, maintain soil stability and productivity of sensitive areas, and minimize contributions of salinity, selenium, and sediments likely to affect downstream water quality, fisheries, and other downstream aquatic habitats.<br><br>**EXCEPTION, CSU-6:** Standard exception applies.<br><br>**EXCEPTION, SSR-6:** This stipulation may be excepted for soil research purposes.<br><br>**Standard MODIFICATION and WAIVER apply.** |
| **CSU-8/SSR-7**<br><br>*Geology: Slope Greater than 40 Percent*<br>BLM Surface:<br>115,080 acres<br>Split-estate:<br>23,990 acres | **STIPULATION:** Surface occupancy or use may be restricted and SSR restrictions applied on steep slopes over 40 percent. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to mitigate potential effects to slope stability.<br><br>**PURPOSE:** Slopes greater than 40 percent are typically considered steep slopes. To minimize the risk of mass wasting and sedimentation, reduce reclamation costs, protect soil productivity, rare, or sensitive biota, minimize risk to water bodies, fisheries, and aquatic species habitats, and protect human health and safety (e.g., from landslides and mass wasting).<br><br>**EXCEPTION, CSU-8:** Standard exception applies.<br><br>**EXCEPTION, SSR-7:** This stipulation may be excepted for equestrian or pedestrian trails and fences built to BLM standards.<br><br>**Standard MODIFICATION and WAIVER apply.** |

BLM_0167808

| Stipulation Number<br>Protected Resource<br>Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **CSU-9/SSR-9**<br><br>*Geology: Slopes of 30 to 39 Percent*<br><br>BLM Surface:<br>  60,200 acres<br><br>Split-estate:<br>  22,760 acres | **STIPULATION:** Surface occupancy or use may be restricted and SSR restrictions applied on steep slopes of 30 to 39 percent. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to mitigate potential effects to slope stability.<br><br>**PURPOSE:** Slopes greater than 30 percent are typically considered steep slopes. To minimize the risk of mass wasting and sedimentation, reduce reclamation costs, protect soil productivity, rare, or sensitive biota, minimize risk to water bodies, fisheries, and aquatic species habitats, and protect human health and safety (e.g., from landslides and mass wasting).<br><br>**EXCEPTION, CSU-9:** Standard exception applies.<br><br>**EXCEPTION, SSR-9:** This stipulation may be excepted for equestrian or pedestrian trails and fences built to BLM standards.<br><br>**Standard MODIFICATION and WAIVER apply.** |
| Water Resources | |
| **CSU-13**<br><br>*Hydrology Source*<br>BLM Surface:<br>  9,470 acres<br><br>Split-estate:<br>  3,060 acres | **STIPULATION:** Surface occupancy or use may be restricted on lands located greater than 305 meters (1,000 feet) but less than 805 meters (2,640 feet) (0.50-mile) of a classified surface water supply stream segment (as measured from the average high-water mark) for a distance of 8.05 kilometers (5 miles) miles upstream of a public water supply intake classified by the State as a "water supply," and all public water supplies that use a groundwater well or spring. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a coordinated water resources monitoring plan to mitigate potential effects to the source water protection areas of public water supply.<br><br>If public water providers develop source water protection plans, apply this stipulation to cover the appropriate designated area in the protection plan and apply these protection measures.<br><br>**PURPOSE:** To protect public water supplies, water quality, aquatic habitat, and human health.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

BLM_0167809

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| | **Terrestrial Wildlife** |
| **CSU-62**<br><br>*Wildlife Big Game Winter Migration and Production Area*<br><br>BLM Surface:<br>    527,050 acres<br><br>Split-estate:<br>    121,000 acres | **STIPULATION:** Surface occupancy or use may be restricted in big game winter, migration, and production areas, as mapped in the RMP, BLM's GIS database, or other maps constituting the best available information as provided by local, state, federal, or tribal agencies that are accepted by the BLM.<br><br><SPECIES><br><br>Prior to surface disturbance within big game severe winter range/winter concentration areas, migration, and production areas, the BLM will require the applicant to develop a mitigation plan in coordination with BLM and CPW, in conformance with applicable state requirements, rules, and regulations, as a component of the Application for Permit to Drill–Surface Use Plan of Operations. The operator shall not initiate surface-disturbing activities unless the BLM Authorized Officer has approved the mitigation plan (with conditions, as appropriate) or has determined, after coordination with CPW, that a mitigation plan is unnecessary. The mitigation plan must demonstrate, to the Authorized Officer's satisfaction, that the overall function and suitability of big game winter ranges, migration, and production areas will not be impaired. This may include special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet). Measures included in the Surface Use Plan of Operations may include, but are not limited to, limitations to surface disturbance density through efficient planning of facilities, roads, and well locations; minimization of routine truck traffic associated with well/facility visits through use of remote sensing/control and pipelines to transport liquids; avoidance of visits during certain hours during the winter season; and limitations on noise.<br><br>On the following lands:<br><br><LEGAL_DESCRIPTION><br><br>**PURPOSE:** To ensure the function and suitability of big game winter range, migration, and production areas.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

*Uncompahgre Approved Resource Management Plan*

BLM_0167810

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **CSU-18/SSR-19**<br><br>*Desert and Rocky Mountain Bighorn Sheep Summer Range*<br><br>BLM Surface:<br>  39,530 acres<br><br>Split-estate:<br>  1,990 acres | **STIPULATION:** Apply CSU/SSR restrictions to reduce impacts of surface-disturbing activities and operations on bighorn sheep summer range.<br><br>Special design, construction, and implementation measures, including relocation of operations by more the 200 meters (656 feet) from bighorn sheep, their crucial habitats, or specific habitat features, may be required. Specific habitat features may include, but are not limited to, water areas, mineral licks, and lambing areas.<br><br>**PURPOSE:** To reduce impacts on crucial summer range for bighorn sheep.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| Special Status Plants | |
| **CSU-19/SSR-20**<br><br>*BLM Sensitive Plant Species*<br><br>BLM Surface:<br>  3,240 acres<br><br>Split-estate:<br>  200 acres | **STIPULATION:** Surface occupancy or use may be restricted and SSR restrictions applied within 100 meters (328 feet) of BLM-sensitive plant species. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain sensitive plant species.<br><br>**PURPOSE:** To reduce or eliminate threats to BLM sensitive plant species to minimize the likelihood of and need for listing of these species under the Endangered Species Act.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.**<br><br>**EXCEPTION, SSR-20:** In addition to the standard exception, operations may be authorized if the BLM Authorized Officer determines that the activity would not impair values associated with the maintenance or viability of the species and would minimize or eliminate threats affecting the status of the species. |

BLM_0167811

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **CSU-25/SSR-29**<br><br>*Wildlife Endangered Species Act-Listed Species (Yellow-billed Cuckoo Habitat)*<br><br>BLM Surface:<br>   6,080 acres<br><br>Split-estate:<br>   1,370 acres | **STIPULATION:** Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: within yellow-billed cuckoo habitat. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.<br><br>The lease area may now or hereafter contain habitat for wildlife listed as threatened or endangered or identified as candidates for listing under the Endangered Species Act. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation).<br><br>The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act, including completion of any required procedure for conference or consultation.<br><br>**PURPOSE:** To maintain the integrity of habitat for a federal candidate species.<br><br>Standard **EXCEPTION, MODIFICATION, and WAIVER apply.** |

*Uncompahgre Approved Resource Management Plan*

BLM_0167812

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
| --- | --- |
| **CSU-27/SSR-31**<br><br>*Wildlife Endangered Species Act-Listed Species (Canada Lynx Habitat)*<br><br>BLM Surface:<br>    3,860 acres<br><br>Split-estate:<br>    2,840 acres | **STIPULATION:** Surface occupancy or use may be restricted or prohibited and SSR restrictions applied within habitat for the following federally listed, proposed, or candidate threatened or endangered wildlife species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: in mapped or identified Lynx Linkage Corridors and Canada lynx habitat in Lynx Analysis Units and to any activities that would negatively alter connectivity between and within Lynx Analysis Units. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.<br><br>The lease area may now or hereafter contain habitat for wildlife listed as threatened or endangered or identified as candidates for listing under the Endangered Species Act. An inventory of habitat may be required before drilling and construction may commence. The operator may be required to submit a plan of development that demonstrates how the proposed activities will avoid or minimize disruption of threatened and endangered species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation).<br><br>The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species, result in the destruction or adverse modification of designated or proposed critical habitat, or contribute to a need to list a proposed or candidate threatened and endangered species. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act, including completion of any required procedure for conference or consultation.<br><br>**PURPOSE:** To maintain the integrity of habitat for federally listed species (Canada lynx) and promote recovery of the species.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

BLM_0167813

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **CSU-29/SSR-34**<br><br>*Gunnison Sage-Grouse Potential Habitat*<br><br>BLM Surface:<br>  14,700 acres<br><br>Split-estate:<br>  14,930 acres | **STIPULATION:** Surface occupancy or use may be restricted and SSR restrictions applied in USFWS Gunnison sage-grouse unoccupied critical habitat or to protect Gunnison sage-grouse mapped potential habitats, as mapped and defined by the BLM, USFWS, and CPW (including federal minerals). Conservation measures may be imposed as necessary.<br><br>Special design, construction, and implementation measures, including relocation of operations from identified habitat features (e.g., seeps or relatively mesic zones critical to brood rearing) to maintain high-quality Gunnison sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to Gunnison sage-grouse use in the area.<br><br>Sound levels at leks, due to new project noise individually or cumulatively from anthropogenic sources, should not exceed 10 decibels above baseline sound levels at the perimeter of a lek during the breeding season (March 1 to May 15), 6 PM to 8 AM. Baseline sound levels should be determined prior to project initiation. Sound level measurement and monitoring protocols will be coordinated with CPW.<br><br>**PURPOSE:** Maintain the integrity of important Gunnison sage-grouse habitat to maintain sustainable local populations.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| **CSU-32/SSR-37**<br><br>*Raptor Breeding Habitat (Accipiters, Falcons [Except Kestrel], Buteos, and Owls [Except Mexican Spotted Owl])*<br><br>BLM Surface:<br>  21,790 acres<br><br>Split-estate:<br>  6,750 acres | **STIPULATION:** Apply CSU/SSR restrictions within 1.0-mile of nest sites.<br><br>**PURPOSE:** To protect special status raptor nests and surrounding habitat components, structure, and integrity. To comply with the Migratory Bird Treaty Act.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

BLM_0167814

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **CSU-33/SSR-39**<br><br>*Bald Eagle Habitat (Winter Concentration and Communal Roosts)*<br><br>BLM Surface:<br>  10,180 acres<br><br>Split-estate:<br>  1,720 acres | **STIPULATION:** Apply CSU/SSR restrictions within bald eagle habitat to protect winter concentration areas and communal roost sites. Incorporate applicable conservation measures from the USFWS National Bald Eagle Management Guidelines.<br><br>**PURPOSE:** Maintain long-term availability of suitable bald eagle habitat.<br><br>**EXCEPTION, CSU-33:** Standard exception applies.<br><br>**EXCEPTION, SSR-39:** The BLM UFO Field Manager may grant an exception to this stipulation if an environmental analysis indicates that the proposed or conditioned activities would not affect the long term suitability or utility of habitat features or diminish opportunities for natural floodplain functions. Surface disturbance and occupation may also be authorized in the event that established impacts on habitat values would be compensated or offset to the satisfaction of the BLM.<br><br>**Standard MODIFICATION and WAIVER apply.** |
| **CSU-34/SSR-40**<br><br>*Mexican Spotted Owl Suitable Breeding Habitat*<br><br>*No Data* | **STIPULATION:** Apply CSU/SSR restrictions to Mexican spotted owl breeding habitat as defined in the Mexican spotted owl recovery plan. Manage in accordance with the current Mexican spotted owl recovery plan. The BLM UFO Field Manager may require the proponent/applicant to submit a plan of development that would demonstrate that impacts on Mexican spotted owl habitat have been avoided to the extent practicable.<br><br>**PURPOSE:** To avoid impacts on habitat and maintain the availability of suitable breeding and brood rearing habitat as defined in the Mexican Spotted Owl recovery plan to promote recovery.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| **CSU-35/SSR-42**<br><br>*Wildlife BLM Sensitive Species (Gunnison and White-tailed Prairie Dogs)*<br><br>BLM Surface:<br>  6,480 acres<br><br>Split-estate:<br>  710 acres | **STIPULATION:** Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: within 150 feet of active Gunnison and white-tailed prairie dog towns. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation).<br><br>**PURPOSE:** To reduce or eliminate threats to BLM sensitive wildlife species to minimize the likelihood of and need for listing under the Endangered Species Act.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

BLM_0167815

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **CSU-37/SSR-44**<br><br>*Wildlife BLM Sensitive Species (Active Kit Fox Dens)*<br><br>No Data | **STIPULATION:** Surface occupancy or use may be restricted and SSR restrictions applied within habitat for the following BLM sensitive wildlife species: within 200 meters (656 feet) of active kit fox dens. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. The operator may be required to submit a plan of development that reduces or eliminates threats to BLM identified sensitive species by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, and utility installation).<br><br>**PURPOSE:** To reduce or eliminate threats to BLM sensitive wildlife species to minimize the likelihood of and need for listing under the Endangered Species Act.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| **CSU-39/SSR-47**<br><br>*Wildlife Bat: Bat Roost Sites and Winter Hibernacula (Colorado State Species of Concern)*<br><br>BLM Surface:<br>    2,900 acres | **STIPULATION:** Surface occupancy or use may be restricted and SSR restrictions applied within 0.25-mile radius of the entrance of maternity roosts or hibernacula of Colorado State Species of Concern bat species, as mapped in the BLM's GIS database or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM.<br><br>**PURPOSE:** Protection of known sensitive bat species' maternity roosts and hibernacula.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| | Cultural Resources |
| **CSU-43/SSR-53**<br><br>*Cultural*<br><br>No Data | **STIPULATION:** Surface occupancy or use may be restricted and SSR restrictions applied due to historic properties and/or resources protected under the National Historic Preservation Act, American Indian Religious Freedom Act, Native American Graves Protection and Repatriation Act, Executive Order 13007, or other statutes and executive orders. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.<br><br>This lease or project area may be found to contain historic properties and/or resources protected under the National Historic Preservation Act, American Indian Religious Freedom Act, Native American Graves Protection and Repatriation Act, Executive Order 13007, or other statutes and executive orders. The BLM will not approve any ground-disturbing activities that may affect any such properties or resources until it completes its obligations (e.g., State Historic Preservation Officer and tribal consultation) under applicable requirements of the National Historic Preservation Act and other authorities.<br><br>The BLM may require modification to exploration or development proposals to protect such properties, including indirect effects including audible, atmospheric, and setting impacts to the significant qualities of a historic property and visual impacts as determined through consultation with SHPO and the appropriate tribal entities, or disapprove any activity |

BLM_0167816

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| | that is likely to result in adverse effects that cannot be successfully avoided, minimized, or compensated. **PURPOSE:** To protect cultural resource sites that may be damaged from inadvertent, unauthorized, or authorized uses. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| | Coal |
| **CSU-48** *Geology: Coal Mine* BLM Surface: 6,560 acres Split-estate: 11,110 acres | **STIPULATION:** Surface occupancy or use may be restricted due to surface or underground coal mines. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Operations proposed within the area of an approved surface or underground coal mine will be relocated outside the area to be mined or to accommodate room and pillar and long wall mining operations. This stipulation does not apply to operations that capture or pipe methane from a mine for beneficial use. **PURPOSE:** To protect surface or underground coal mines. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| | Recreation and Visitor Services |
| **CSU-50** *Recreation SRMAs* BLM Surface: 79,190 acres | **STIPULATION:** Special design, construction and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required in the following SRMAs: • Dry Creek RMZs 1, 2, 3, 4 and 5 • Jumbo Mountain RMZs 1 and 2 • North Delta • Ridgway Trails RMZs 1 and 2 • Roubideau RMZs 1, 2, 3, and 4 • Spring Creek RMZs 1, 2, and 3 **PURPOSE:** To protect recreation outcomes and setting prescriptions. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| **CSU-51** *Recreation ERMAs* BLM Surface: 64,790 acres | **STIPULATION:** Special design, construction and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required in the following ERMAs: • Burn Canyon • Kinikin Hills • Paradox Valley **PURPOSE:** To avoid negative impacts on targeted recreational opportunities. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

BLM_0167817

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **Wild and Scenic Rivers** | |
| **CSU-54**<br><br>*Special Designation WSR ("Recreational")*<br><br>BLM Surface: 22,660 acres<br><br>Split-estate: 440 acres | **STIPULATION:** Surface occupancy or use may be restricted within the WSR study corridor, as defined in the Uncompahgre Wild and Scenic River Suitability Report, of the following segments determined to have the classification of "recreational:"<br><br>• Beaver Creek<br>• San Miguel River Segment 1<br>• San Miguel River Segment 3<br>• San Miguel River Segment 5<br>• San Miguel River Segment 6<br>• Dolores River Segment 2<br>• La Sal Creek Segment 2<br><br>**PURPOSE:** To protect WSR outstandingly remarkable values, free-flowing nature, and water quality of eligible or suitable river segments and their consequent recreational, social, economic, and environmental significance.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| **National Trails and Byways** | |
| **CSU-55**<br><br>*Special Designation Trail (Old Spanish National Historic Trail)*<br><br>BLM Surface: 5,610 acres<br><br>Split-estate: 4,470 acres | **STIPULATION:** Surface occupancy or use may be restricted within 0.5-mile of the centerline of the following: Old Spanish National Historic Trail. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.<br><br>**PURPOSE:** To protect the physical evidence of the trail, associated cultural and historic resources, and integrity of the viewshed associated with the trail.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| **CSU-58**<br><br>*Special Designation Byway (Scenic Byways)*<br><br>BLM Surface: 34,680 acres<br><br>Split-estate: 12,440 acres | **STIPULATION:** Surface occupancy or use may be restricted within 805 meters (0.50-mile) of designated scenic byways. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required to protect the scenic (visual) values.<br><br>**PURPOSE:** To protect the quality of the scenic (visual) values of scenic, historic, or backcountry byways.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

*Uncompahgre Approved Resource Management Plan*

BLM_0167818

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number<br>Protected Resource<br>Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| Water Resources | |
| **CSU-59**<br><br>*Domestic Water Wells*<br><br>BLM Surface:<br>   11,100 acres<br><br>Split-estate:<br>   32,210 acres | **STIPULATION:** Surface occupancy or use may be restricted on lands located within 305 meters (1,000 feet) of all domestic water wells. Special engineering design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Also within 305 meters (1,000 feet) of all domestic water wells:<br>• Extend surface casing through the freshwater aquifer.<br>• Require freshwater mud for drilling the surface casing.<br>Also prohibit directional drilling within 457 vertical meters (1,500 vertical feet) below the depth of a domestic water well.<br><br>**PURPOSE:** To protect domestic water supplies, private water systems, and agriculture.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| Lands with Wilderness Characteristics | |
| **CSU-60**<br><br>*Lands Identified as Having Wilderness Characteristics While Managing for Other Uses*<br><br>BLM Surface:<br>   18,320 acres | **STIPULATION:** On lands identified as possessing wilderness characteristics, special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing disturbance activities in the following areas, the proponent may be required to submit a plan of development that demonstrates that identified wilderness characteristics will be conserved:<br><br>• Camel Back Wilderness Study Area Adjacent (6,950 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Roc Creek/Carpenter Ridge (4,340 acres)<br><br>**PURPOSE:** To conserve wilderness characteristics.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| National Trails | |
| **CSU-61**<br><br>*Special Designation Trail (National Recreation Trails)*<br><br>BLM Surface:<br>   7,180 acres<br><br>Split-estate:<br>   250 acres | **STIPULATION:** Surface occupancy or use may be restricted within 200 meters (656 feet) of the center line of designated National Recreation Trails. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet) of the center line of designated National Recreation Trails, may be required.<br><br>**PURPOSE:** To protect National Recreation Trails.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

[1] The sum of acres with CSU stipulations in this table may add up to more than the total acres with CSU stipulations presented in the Approved RMP, as some areas may overlap.

BLM_0167819

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| Fish and Aquatic Wildlife | |
| **TL-5** *Wildlife Coldwater Sport Fish* BLM Surface: 4,170 acres Split-estate: 2,030 acres | **STIPULATION:** Prohibit in-stream channel work within occupied fisheries, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following period: • Spring spawning period: April 1 to July 15 (native cutthroat trout, rainbow trout, and native warm water fish [flannelmouth sucker, bluehead sucker, and roundtail chub]) **PURPOSE:** To protect redds (egg masses) in the gravel and emerging fry. **Standard EXCEPTION, MODIFICATION, and WAIVER apply. EXCEPTION for Non-Fluid Mineral Activities:** In addition to the standard exception, this stipulation may be excepted for the following: • In-channel restoration or enhancement work designed to improve stream habitat conditions • Riparian plantings • Temporary disturbances of less than 0.1-acre with appropriate BMPs |
| Terrestrial Wildlife | |
| **TL-8** *Wildlife Big Game Winter* BLM Surface: 495,350 acres Split-estate: 94,890 acres | **STIPULATION:** Prohibit surface use and surface-disturbing and disruptive activities during the following time period(s) in big game crucial winter habitat, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM: crucial winter range, severe winter range and winter concentration areas. • Elk, mule deer, and moose: December 1 to April 15 • Pronghorn: January 1 to March 31 • Rocky Mountain and desert bighorn sheep: November 1 to April 15 **PURPOSE:** To reduce disruption of big game during the winter season in crucial winter habitat. **Standard EXCEPTION, MODIFICATION, and WAIVER apply. MODIFICATION (additional):** The BLM UFO Field Manager may modify the size and time frames of this stipulation if CPW monitoring information indicates that current animal use patterns are inconsistent with dates established for animal occupation, or under mild winter conditions for the last 60 days of the closure. Determine severity of the winter on the basis of snow depth, snow crusting, daily mean temperatures, and whether animals were concentrated on the winter range during the winter months. Modifications could be authorized if the |

BLM_0167820

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
|  | proposed action could be conditioned so as not to interfere with critical habitat function or compromise animal condition. A modification may also be approved if the proponent, BLM, and CPW agree to compensation that satisfactorily offset detrimental impacts on big game winter range or its use, or an agreement can be reached where by a Colorado Oil and Gas Conservation Commission wildlife mitigation plan can be accommodated consistent with established RMP objectives and decisions. |
| **TL-11** *Wildlife Big Game Production* BLM Surface: 3,020 acres Split-estate: 8,200 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing and disruptive activities in mapped big game production areas as follows: <br> • Elk and moose: May 15 to June 30 <br> • Desert bighorn sheep: February 1 to May 1 <br> • Rocky Mountain bighorn sheep: April 15 to June 30 <br><br> **PURPOSE:** To reduce disruption of big game during the parturition and young rearing period. <br><br> **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** <br><br> **MODIFICATION for Non-Fluid Mineral Activities:** In addition to the standard modification, the BLM UFO Field Manager may modify the size and time frames of this stipulation if CPW monitoring information indicates that current animal use patterns are inconsistent with dates established for animal occupation. Modifications could be authorized if the proposed action could be conditioned so as not to interfere with critical habitat function or compromise animal condition. A modification may also be approved if the proponent, BLM, and CPW agree to compensation that satisfactorily offset detrimental impacts on big game production or habitat condition, or an agreement can be reached where by a Colorado Oil and Gas Conservation Commission wildlife mitigation plan can be accommodated consistent with established RMP objectives and decisions. |
| **TL-12** *Wildlife Turkey* BLM Surface: 18,030 acres Split-estate: 8,640 acres | **STIPULATION:** Prohibit surface use and surface-disturbing and disruptive activities within wild turkey winter habitat, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following time period): <br> • Wild turkey winter habitat from December 1 to April 1 <br><br> **PURPOSE:** To prevent disruption of wild turkeys during crucial periods. <br><br> **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

BLM_0167821

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| | Special Status Terrestrial Wildlife |
| **TL-16**<br><br>*Gunnison Sage-grouse Winter Habitat*<br><br>BLM Surface:<br>180 acres<br><br>Split-estate:<br>4,970 acres | **STIPULATION:** Prohibit surface use and surface-disturbing and disruptive activities in mapped important Gunnison sage-grouse winter habitat, including, but not limited to, all USFWS designated critical habitat and areas also defined by the BLM, USFWS, and CPW, from December 1 to March 15.<br><br>**PURPOSE:** Prevent disruption of Gunnison sage-grouse during the winter period.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.**<br><br>**EXCEPTION for Non-Fluid Mineral Activities:** In addition to the standard exception, this stipulation may be excepted for actions designed to enhance the long-term utility or availability of suitable winter habitat. |
| **TL-18**<br><br>*Gunnison Sage-grouse Breeding Habitat and Gunnison Sage-Grouse Critical Habitat*<br><br>BLM Surface:<br>44,630 acres<br><br>Split-estate:<br>50,600 acres | **STIPULATION:** Prohibit surface use and surface-disturbing and disruptive activities in USFWS-designated occupied critical habitat, nesting habitat mapped and defined by the BLM, USFWS, and CPW, and within 4.0 miles of active Gunnison sage-grouse leks (if nesting habitat is not mapped) from March 1 to July 15.<br><br>**PURPOSE:** Prevent disruption of reproductive activity during the production period.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.**<br><br>**EXCEPTION for Non-Fluid Mineral Activities:** In addition to the standard exception, this stipulation may be excepted for actions designed to enhance the long-term utility or availability of suitable nest habitat. |
| **TL-20**<br><br>*Wildlife Sensitive Raptor Nest and Wildlife Raptor Nest*<br>BLM Surface:<br>14,350 acres<br><br>Split-estate:<br>2,770 acres | **STIPULATION:** *Wildlife Sensitive Raptor Nest Timing Limitation:* Prohibit surface use within an 805-meter (0.50-mile) radius of active raptor nests, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following time periods, or until fledging and dispersal of young:<br><br>• Bald Eagle: from November 15 to July 31<br>• Golden Eagle: from December 15 to July 15<br>• Ferruginous Hawk: from February 1 to August 15<br>• Peregrine and Prairie Falcon: from March 15 to July 31<br>• Northern Goshawk from March 1 to August 31<br>• Burrowing Owl: 0.25-mile radius around active nests from March 15 to August 15<br><br>*Wildlife Raptor Nest Timing Limitation:* No surface use is allowed within a 402-meter (0.25-mile) radius of active raptor nests, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, |

*Uncompahgre Approved Resource Management Plan*

BLM_0167822

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| | or tribal agencies that are analyzed and accepted by the BLM, during the following time period(s), or until fledging and dispersal of young: |
| | • Osprey: from April 1 to August 31 |
| | • Red-tailed Hawk: from February 15 to August 15 |
| | • Swainson's Hawk, Cooper's Hawk, Sharp-shinned Hawk, and Northern Harrier: from April 1 to August 15 |
| | • Great Horned Owl: from February 1 to August 15 |
| | • Other Owls and Raptors (excluding Kestrel): from March 1 to August 15 |
| | **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| | **EXCEPTION for Non-Fluid Mineral Activities:** In addition to the standard exception, the BLM UFO Field Manager may also grant an exception if the nest is unattended or remains unoccupied by May 15 of the project year. An exception may be granted to these dates by the BLM UFO Field Manager, consistent with policies derived from federal administration of the Migratory Bird Treaty Act. |
| | **MODIFICATION for Non-Fluid Mineral Activities:** In addition to the standard modification, a modification may be granted if the nest has remained unoccupied for a minimum of five years or conditions have changed such that there is no reasonable likelihood of site occupation over a minimum 10-year period. |
| **TL-21** *Bald Eagle Winter Roost Sites* BLM Surface: 4,630 acres Split-estate: 580 acres | **STIPULATION:** Prohibit surface use and surface-disturbing activities within an 805-meter (0.50-mile) radius of an active bald eagle winter roost, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, from November 15 to March 15. |
| | **PURPOSE:** To prevent disruption of wintering bald eagles at communal roosts. |
| | **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| | **MODIFICATION for Non-Fluid Mineral Activities:** In addition to the standard modification, a modification may be granted if the site has failed to support roosting activities over a minimum five year period, or if the site conditions have changed such that there is no reasonable likelihood of site occupation over a minimum 10-year period. |

BLM_0167823

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description |
|---|---|
| **TL-22** *Bald Eagle Winter Concentration Areas* BLM Surface: 10,180 acres Split-estate: 1,720 acres | **STIPULATION:** Prohibit surface use and surface-disturbing and disruptive activities within bald eagle winter concentration areas from November 15 to April 1. **PURPOSE:** To protect bald eagle crucial winter habitats and to comply with the Bald and Golden Eagle Protection Act. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **EXCEPTION:** In addition to the standard exception, restriction timeframes may be adjusted on a case-by-case basis depending on weather conditions and the severity of winter, provided eagles are not observed in the proposed action area. |
| **TL-23** Wildlife *Mexican Spotted Owl (Suitable Breeding Habitat)* *No Data* | **STIPULATION:** Prohibit surface use and surface-disturbing and disruptive activities in mapped suitable Mexican spotted owl breeding habitat, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies, including as defined in the Mexican spotted owl recovery plan, that are analyzed and accepted by the BLM, from March 1 to August 31. **PURPOSE:** To prevent disturbance of Mexican spotted owl during breeding and brood rearing and to promote recovery as defined in the Mexican Spotted Owl Recovery Plan. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| **TL-24** *Gunnison and White-tailed Prairie Dog* BLM Surface: 7,790 acres Split-estate: 870 acres | **STIPULATION:** Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of active prairie dog colonies from March 1 to June 15. **PURPOSE:** To protect prairie dog reproduction. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |
| **TL-27** *Active Kit Fox Dens* *No Data* | **STIPULATION:** Prohibit surface use and surface-disturbing and disruptive activities within 0.25-mile of active dens from February 1 to May 1. **PURPOSE:** To prevent disruption during the kit fox denning period. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** |

[1] The sum of acres with TL stipulations in this table may add up to more than the total acres with TL stipulations presented in the Approved RMP, as some areas may overlap.

BLM_0167824

**Table B-5**
**Lease Notices (LN) Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected | Stipulation Description |
|---|---|
| Terrestrial Wildlife | |
| **LN-UFO-1** Migratory Birds | The lessee is hereby notified that prior to and during all lease operations, including development and utilization of oil and gas resources, the lessee must comply year around with applicable provisions of the Migratory Bird Treaty Act of 1918, 16 USC 703–712, other state and local statutes and rules and regulations, now in existence or as may be modified in the future, consistent with lease rights. Migratory birds nest throughout the UFO, and seasonal timing restrictions for ground-disturbing activities may occur within the April 1 to July 15 period when migratory birds may be nesting in the area. |
| Paleontological Resources | |
| **LN-UFO-3** *High Potential Paleontological Resources* | The lessee/operator is given notice that lands in this lease have been identified as having high potential for paleontological resources. Planned projects should be consistent with the Paleontological Resources Preservation Act and BLM Manual and Handbook H-8270-1, Chapter III (A) and III (B) to avoid areas where significant fossils are known or predicted to occur or to provide for other mitigation of possible adverse effects (RX, NF, ESR). Mitigation of impacts to scientifically important paleontological resources may include avoidance, monitoring, collection, excavation, or sampling. Mitigation of discovered scientifically important paleontological resources may require the relocation of the surface disturbance activity over 200 meters (656 feet). Inventory and any subsequent mitigation shall be conducted by a BLM permitted paleontologist. Modifications to the Surface Use Plan of Operations may be required in order to protect paleontological resources from surface-disturbing activities in accordance with Section 6 of the lease terms and 43 Code of Federal Regulations, 3101.1-2. |
| **LN-UFO-4** *Paleontological Areas* | Require an accredited paleontologist approved by the BLM Authorized Officer to perform an inventory of areas of surface-disturbing activities in Potential Fossil Yield Classification Class 4 and 5 (previously known as Class I and II) paleontological areas, in accordance with BLM Instruction Memorandum 2008-009: Potential Fossil Yield Classification System for Paleontological Resources on Public Lands (BLM 2007). |
| Visual Resources | |
| **LN-UFO-6** *Night Skies* | Permanent and temporary artificial outdoor lighting will be shielded, and downward-facing ("full cut-off" fixtures) will be used to minimize impacts on naturally dark night skies. An exception, with mitigation, may be granted for temporary lighting if the equipment will create a hazard. Permanent artificial outdoor lighting will be turned off when it is not needed. |

BLM_0167825

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected | Stipulation Description |
|---|---|
| | Coal |
| **LN-UFO-5** *Coal Areas* | The portions of the coal potential area where the overburden above the coal is less than 3,500 feet will be managed primarily for the exploration and development of coal resources. Oil and gas operators anticipating exploration or development operations are required to consult and coordinate their activities with the BLM Authorized Officer to first determine the status of the coal resource then what course of action is in the public's interest. Under no circumstances would the BLM approve any oil and gas operations that compromises maximum economic coal recovery or the safety of underground mining operations. Where the coal is in place but is neither licensed for exploration nor leased for mining, oil and gas operators may expect the BLM to scrutinize and adjust well placement and hydraulic fracturing activities to avoid ruining coal resources. Where the coal is either licensed for exploration or leased for mining the oil and gas, operators must consult with the affected coal operators on proposed oil and gas exploration or development. In the event that the oil and gas and coal operators are unable to agree on any proposal, the BLM Authorized Officer would intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. This applies even if actual exploration and mining has ceased. Where the BLM has determined the coal to be completely mined out and all licenses and leases terminated, the oil and gas operator is required to become informed about historic mine maps and mine-related drill holes. |
| | Public Health and Safety |
| **LN-UFO-2** *Unexploded Ordnance* | The lease area is known to contain unexploded ordnance. The Colorado National Guard and Army Reserve used the lease area as a practice area for military training in the past. Periodic surface searches for ordnance may not have located and removed all of the ordnance. Prior to any new activity on the lease area, a survey for surface and subsurface unexploded ordnance is required to avoid impacts on health and safety. Lessees must contact the BLM UFO prior to any surface activities associated with this lease. The lessee will be required to coordinate with the Colorado National Guard, Army Reserve and the Colorado Department of Public Health and Environment to conduct additional surveys to ensure that there is no unexploded ordnance present on the proposed disturbance sites and appropriate actions are taken to be sure the sites are safe for use. The BLM may recommend modifications to exploration and development proposals to avoid impacts on health and safety. The lease holder agrees to indemnify the United States against any liability arising from the lease holder's and its agents' activities on the lease area. |

*Uncompahgre Approved Resource Management Plan*

BLM_0167826

**Table B-6**
**No Ground Disturbance (NGD) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number Protected Resource Acres/Miles Affected[1, 2] | Stipulation Description |
|---|---|
| *Wilderness and Wilderness Study Areas* | |
| **NL-18/NGD-27**  *Wilderness Study Areas*  36,240 acres | Refer to NL-18/NGD-27 in Table B-1, Areas Closed to Fluid Mineral Leasing. |
| *Areas of Critical Environmental Concern* | |
| **NSO-58/NGD-26/SSR-57**  *Special Designation ACEC*  31,310 acres | Refer to NSO-58/NGD-26/SSR-57 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |
| *Public Health and Safety* | |
| **NSO-66/NGD-30**  *US Department of Energy Uranium Mill Tailings Remedial Action Area*  20 acres | Refer to NSO-66/NGD-30 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |

[1] The sum of acres with NGD restrictions in this table may add up to more than the total acres with NGD restrictions presented in the Approved RMP, as some areas may overlap.
[2] Acres are for BLM surface only; NGD restrictions do not apply to non-BLM-administered land.

BLM_0167827

**Table B-7**
**Site-specific Relocation (SSR) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number Protected Resource Acres/Miles Affected[1, 2] | Stipulation Description |
|---|---|
| *Soils and Geology* | |
| **CSU-3/SSR-3** <br> *Geology Soil: Saline/Selenium Soils* <br> 107,170 acres | Refer to CSU-3/SSR-3 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| **CSU-6/SSR-6** <br> *Geology Soil: Potential Biological Soil Crust* <br> No Data | Refer to CSU-6/SSR-6 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| **CSU-8/SSR-7** <br> *Geology: Slope Greater than 40 Percent* <br> 115,080 acres | Refer to CSU-8/SSR-7 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| **CSU-9/SSR-9** <br> *Geology: Slope from 30 to 39 Percent* <br> 60,200 acres | Refer to CSU-9/SSR-9 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| *Water Resources* | |
| **NSO-9/SSR-11** <br> *Hydrology River* <br> 26,990 acres | Refer to NSO-9/SSR-11 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |
| **NSO-11/SSR-13** <br> *Hydrology Features* <br> 26,050 acres | Refer to NSO-11/SSR-13 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |
| *Terrestrial Wildlife* | |
| **CSU-18/SSR-19** <br> *Desert and Rocky Mountain Bighorn Sheep Summer Range* <br> 39,530 acres | Refer to CSU-18/SSR-19 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| *Special Status Plants* | |
| **CSU-19/SSR-20** <br> *BLM Sensitive Plant Species* <br> 3,240 acres | Refer to CSU-19/SSR-20 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| **NSO-22/SSR-21** <br> *Plant Endangered Species Act-Listed Species* <br> 8,270 acres | Refer to NSO-22/SSR-21 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |

BLM_0167828

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number Protected Resource Acres/Miles Affected[1, 2] | Stipulation Description |
|---|---|
| Special Status Fish and Aquatic Wildlife | |
| **NSO-24/SSR-22**<br>*Wildlife Endangered Species Act-Listed Species (Occupied Federally Listed Fish Habitat)*<br>270 acres | Refer to NSO-24/SSR-22 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |
| **NSO-26/SSR-25**<br>*Occupied Native Cutthroat Trout Habitat*<br>13,260 acres | Refer to NSO-26/SSR-25 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |
| Special Status Terrestrial Wildlife | |
| **NSO-29/SSR-28**<br>*Wildlife Endangered Species Act-Listed Species (Wildlife and Bird Species' Occupied Habitat)*<br>No Data | Refer to NSO-29/SSR-28 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |
| **CSU-25/SSR-29**<br>*Wildlife Endangered Species Act-Listed Species (Yellow-billed Cuckoo Habitat)*<br>6,080 acres | Refer to CSU-25/SSR-29 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| **CSU-27/SSR-31**<br>*Wildlife Endangered Species Act-Listed Species (Canada Lynx Habitat)*<br>3,860 acres | Refer to CSU-27/SSR-31 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| **NSO-31/SSR-32**<br>*Gunnison Sage-grouse Breeding Habitat and Critical Habitat*<br>5,950 acres | Refer to NSO-31/SSR-32 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |
| **CSU-29/SSR-34**<br>*Gunnison Sage-Grouse Potential Habitat*<br>14,700 acres | Refer to CSU-29/SSR-34 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| **NSO-36/SSR-36**<br>*Raptor Nest Sites (Except Mexican Spotted Owl)*<br>8,440 acres | Refer to NSO-36/SSR-36 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |

BLM_0167829

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number Protected Resource Acres/Miles Affected[1, 2] | Stipulation Description |
|---|---|
| **CSU-32/SSR-37** <br><br> *Raptor Breeding Habitat (Accipiters, Falcons [Except Kestrel], Buteos, and Owls [Except Mexican Spotted Owl])* <br><br> 21,790 acres | Refer to CSU-32/SSR-37 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| **NSO-38/SSR-38** <br><br> *Bald Eagle Winter Roost Sites* <br><br> 4,570 acres | Refer to NSO-38/SSR-38 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |
| **CSU-33/SSR-39** <br><br> *Bald Eagle Habitat (Winter Concentration and Communal Roosts)* <br><br> 10,180 acres | Refer to CSU-33/SSR-39 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| **CSU-34/SSR-40** <br><br> *Mexican Spotted Owl Suitable Breeding Habitat* <br><br> No Data | Refer to CSU-34/SSR-40 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| **NSO-40/SSR-41** <br><br> *Mexican Spotted Owl* <br><br> No Data | Refer to NSO-40/SSR-41 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |
| **CSU-35/SSR-42** <br><br> *Wildlife BLM Sensitive Species (Gunnison and White-tailed Prairie Dogs)* <br><br> 6,480 acres | Refer to CSU-35/SSR-42 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| **CSU-37/SSR-44** <br><br> *Wildlife BLM Sensitive Species (Active Kit Fox Dens)* <br><br> No Data | Refer to CSU-37/SSR-44 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| **CSU-39/SSR-47** <br><br> *Wildlife Bat: Bat Roost Sites and Winter Hibernacula (Colorado State Species of Concern)* <br><br> 2,900 acres | Refer to CSU-39/SSR-47 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| | **Cultural Resources** |
| **NSO-46/SSR-49** <br><br> *Allocation to Traditional Use* <br><br> No Data | Refer to NSO-46/SSR-49 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |

BLM_0167830

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

| Stipulation Number<br>Protected Resource<br>Acres/Miles Affected[1, 2] | Stipulation Description |
|---|---|
| **CSU-43/SSR-53**<br>*Cultural*<br>No Data | Refer to CSU-43/SSR-53 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. |
| Lands with Wilderness Characteristics | |
| **NSO-53/SSR-56**<br>*Lands with Wilderness Characteristics*<br>1,740 acres (if Sewemup Mesa Wilderness Study Area lands are released from wilderness consideration by Congress) | Refer to NSO-53/SSR-56 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |
| Areas of Critical Environmental Concern | |
| **NSO-58/NGD-26/SSR-57**<br>*Special Designation ACEC*<br>31,310 acres | Refer to NSO-58/NGD-26/SSR-57 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. |

[1]The sum of acres with SSR restrictions in this table may add up to more than the total acres with SSR restrictions presented in the Approved RMP, as some areas may overlap.
[2]Acres are for BLM-administered surface only; SSR restrictions do not apply to non-BLM-administered land.

BLM_0167831

**Table B-8**
**Raptor Species Breeding Periods**

| Falconiformes | | Breeding Period |
|---|---|---|
| Osprey | *Pandion haliaetus* | 4/1-8/31 |
| Bald eagle | *Haliaeetus leucocephalus* | 11/1-7/31 |
| Northern harrier | *Circus cyaneus* | 4/1-8/15 |
| Sharp-shinned hawk | *Accipiter striatus* | 3/15-8/31 |
| Cooper's hawk | *Accipiter cooperii* | 3/15-8/31 |
| Northern goshawk | *Accipiter gentilis* | 3/1-7/31 |
| Swainson's hawk | *Buteo swainsoni* | 4/1-7/15 |
| Red-tailed hawk | *Buteo jamaicensis* | 2/15-7/15 |
| Ferruginous hawk | *Buteo regalis* | 2/1-7/15 |
| Rough-legged hawk | *Buteo lagopus* | N/A[1] |
| Golden eagle | *Aquila chrysaetos* | 12/15-7/15 |
| American kestrel | *Falco sparverius* | 4/1-8/15 |
| Merlin | *Falco columbarius* | 4/1-8/31 |
| Peregrine falcon | *Falco peregrinus* | 2/1-8/31 |
| Prairie falcon | *Falco mexicanus* | year round |
| **Strigiformes** | | |
| Common barn owl | *Tyto alba* | 2/1-9/15 |
| Flammulated owl | *Otus flammeolus* | 4/1-9/30 |
| Western screech owl | *Megascops kennicottii* | 3/1-8/15 |
| Eastern screech owl | *Megascops asio* | 3/1-8/15 |
| Great horned owl | *Bubo virginianus* | 12/1-9/31 |
| Northern pygmy owl | *Glaucidium gnoma* | 4/1-8/1 |
| Burrowing owl | *Athene cunicularia* | 4/1-8/15 |
| Mexican spotted owl | *Strix occidentalis lucida* | 3/1-8/31 |
| Great gray owl | *Strix nebulosa* | 3/1-8/31 |
| Long-eared owl | *Asio otus* | 2/1-8/15 |
| Short-eared owl | *Asio flammeus* | 3/1-8/1 |
| Boreal owl | *Aegolius funereus* | 2/1-7/31 |
| Northern saw-whet owl | *Aegolius acadicus* | 3/1-8/31 |

[1]Species does not breed in Colorado
Source: Developed from Klute 2008 and *Table of Seasonal (Breeding)Buffers.xls* (BLM Colorado State Office)

BLM_0167832

## B.5  REFERENCES

BLM (United States Department of the Interior, Bureau of Land Management). 2007. Instruction Memorandum 2008-009—Potential Fossil Yield Classification (PFYC) System for Paleontological Resources on Public Lands. BLM, Washington, DC. October 15.

_____. 2010. Instruction Memorandum 2010-028, Gunnison Sage-grouse and Greater Sage-grouse Habitat Management Policy on BLM-Administered Lands in Colorado. BLM, Colorado State Office, Lakewood, CO. August 17, 2010.

Klute, D. 2008. Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors. Unpublished report. Colorado Division of Wildlife, Denver, CO. Revised February 2008. Internet Web site: https://cpw.state.co.us/Documents/WildlifeSpecies/LivingWithWildlife/RaptorBufferGuidelines2008.pdf. Accessed on January 12, 2015.

Gunnison Sage-grouse Rangewide Steering Committee. 2005. Gunnison Sage-grouse Rangewide Conservation Plan. Colorado Department of Natural Resources, Parks and Wildlife (formerly Colorado Division of Wildlife), Denver, CO.

BLM_0167833

This page intentionally left blank.

*Uncompahgre Approved Resource Management Plan*

BLM_0167834

# Appendix C
## Best Management Practices and Standard Operating Procedures

BLM_0167835

This page intentionally left blank.

BLM_0167836

# APPENDIX C
# BEST MANAGEMENT PRACTICES AND STANDARD OPERATING PROCEDURES

This appendix provides a list of common standard operating procedures and best management practices that are applicable to the Uncompahgre Approved Resource Management Plan (RMP). Standard operating procedures are established guidelines that are followed by the BLM in carrying out management activities. While the list of standard operating procedures is complete, the list is not intended to be comprehensive; additional standard operating procedures could be developed and implemented to support achieving resource objectives.

Best management practices are state-of-the-art mitigation measures applied on a site-specific basis to avoid, minimize, reduce, rectify, or compensate for adverse environmental or social impacts. They are applied to management actions to aid in achieving desired outcomes for safe, environmentally responsible resource development, by preventing, minimizing, or mitigating adverse impacts and reducing conflicts. Best management practices can also be proposed by project applicants for activities on public lands (e.g., for gas drilling). Best management practices not incorporated into the permit application by the applicant may be considered and evaluated through the environmental review process and incorporated into the use authorization as conditions of approval or rights-of-way stipulations. Standard conditions of approval and rights-of-way stipulations are also provided in this appendix as appropriate. Additional best management practices, conditions of approval, and rights-of-way stipulations could be developed to meet resource objectives based on local conditions and resource specific concerns.

## AIR QUALITY

- Air quality standards are governed by the Clean Air Act of 1990 (as amended) (42 United States [US] Code Chapter 85). The US Environmental Protection Agency is charged with setting National Ambient Air Quality Standards, currently found at https://www.epa.gov/environmental-topics/air-topics (US Environmental Protection Agency 2018). At the state level, the Colorado Department of Public Health and Environment has established its standards (Colorado Department of Public Health and Environment 2014).

BLM_0167837

- Require drill rig engines to meet US EPA requirements.

- Require all engines and ancillary equipment and methods to employ best available control technology with regard to air pollution reduction when operating on BLM lands.

- In the Bull Mountain Unit under the Master Development Plan, require new oil and gas development to meet the air resource related requirements described in the Final EIS (BLM 2016)/Record of Decision (BLM 2017) for the Master Development Plan. These requirements include tracking nitrogen oxide emissions for operations (post-development) for new federal oil and gas to ensure total operations phase nitrogen oxide emissions never exceed the Unit-wide 143 tons per year limit established in the Final EIS/Record of Decision. Also require evaluation of project-specific information by comparing actual proposed development information to parameter values that were modeled for the EIS to ensure that actual new proposed oil and gas development will not cause unacceptable cumulative local air quality impacts.

- Require that all new projects follow the BLM Colorado Air Resource Protection Protocol for completing future air quality analyses.

### References

BLM (United States Department of the Interior, Bureau of Land Management). 2016. Bull Mountain Unit Master Development Plan Final EIS. BLM, Uncompahgre Field Office, Montrose, CO. July.

_____. 2017. Bull Mountain Unit Master Development Plan Record of Decision. BLM, Uncompahgre Field Office, Montrose, CO. October.

Colorado Department of Public Health and Environment. 2014. Air Quality Control Commission Regulations. Internet Web site: https://www.colorado.gov/pacific/cdphe/aqcc-regs. Accessed on December 29, 2014.

US Environmental Protection Agency. 2018. National Ambient Air Quality Standards. Internet Web site: https://www.epa.gov/environmental-topics/air-topics. Accessed on June 15, 2018.

## GEOLOGY, SOILS, AND WATER

- Implement guidelines from BLM Technical Reference 1737-17 (Sada et al. 2001), to protect or restore the functions of springs.

- Measures designed to minimize erosion and water quality deterioration will be required in the site-specific plans for surface-disturbing land use activities.

- Implement guidelines from BLM Technical Reference 1730-2 (BLM 2001), to protect or restore the functions of biological soil crusts.

- Require professional geotechnical engineering, reclamation plans, and stormwater management plans meeting the following conditions in areas having fragile soils for solid and fluid mineral development:

*Uncompahgre Approved Resource Management Plan*

BLM_0167838

– Restore site productivity.

– Adequately control surface runoff.

– Protect off-site areas from accelerated erosion such as rilling, gullying, piping, and mass wasting.

– Prohibit surface-disturbing activities during periods when soil is saturated.

– Prohibit construction when soils are frozen.

- Ensure stream crossings by roads/utilities are designed to withstand high flows and will not degrade stream channels, water quality or riparian resources.

**Soils**

- To minimize impacts to the aquatic and riparian systems, utilities or infrastructure should preferably be co-located in existing corridors or located in areas of existing disturbance or bored underneath river systems.

- Minimize the area of bare soil within the approved work zone as much as possible.

- Where applicable, cover entrances of construction sites with gravel to prevent trucks from tracking sediment from the construction site onto roads. This sediment will eventually end up clogging roadway drainage systems or settling into wetlands.

- Minimize soil exposure to erosional forces of wind and water by waiting until just before beginning construction to clear vegetation and to disturb the soil.

- Protect and maximize existing native vegetation and natural forest/rangeland to reduce impervious areas on the site.

- Use mechanical treatment methods to roughen and aerate soils in degraded sites identified for reclamation.

- Disperse stormwater to areas or undisturbed forest/rangeland wherever possible, rather than concentrating it into channels.

- Determine the volume of available topsoil existing on the site. Topsoil should be spread at a minimum uncompacted depth of 4 inches (or as appropriate determined by soil type).

- Allow sufficient time in scheduling for topsoil to be spread and bonded with the subsoil prior to seeding or planting.

- Topsoil must be salvaged during road construction and respread to the greatest degree practical on cut slopes, fill slopes, and borrow ditches prior to seeding. Road shape should be built using the borrow ditch subsoil.

- Properly store topsoil to protect it from erosion and compaction, assure that it remains identifiable (i.e., signed), viable, and available for redistribution during later stages of reclamation. Topsoil piles that will be stored for more than one month should be seeded with an approved BLM seed mix, stabilized with certified weed free erosion fabric or mulch, and may require fencing. When topsoil will be stored for more than one year and other resource values can be accommodated, topsoil should be stored in piles with a depth of two feet or less.

BLM_0167839

- Vegetative and structural soil stabilization practices will be required on cut and fill slopes off the working surfaces and in areas near water features, e.g., streams (including ephemeral drainages, ponds, and wetlands), or in other situations where wind or water erosion may otherwise accelerate movement of sediments.

- Utilize erosion control structures including but not limited to head-cut lay backs, rock structures, check dams, and sediment basins to retain soils in highly erodible areas and protect water quality.

**Mancos Shale Derived Soils**
- To minimize mobilization of selenium as well as the transport of salts and sediment, discharge of groundwater to surface water drainages in areas of mapped Mancos shale, saline soils, or fragile soils will be prohibited.

- To minimize mobilization of selenium, limit spreading water over native road surfaces (e.g., dust abatement) in areas of mapped Mancos shale. Alternate methods for controlling fugitive dust (e.g., proper road surfacing and maintenance and limiting vehicle speeds) are preferred in these locations. Alternate methods will be subject to BLM approval.

- Inhibit percolation of surface water through mapped Mancos shale areas by lining water retention/storage structures not associated with typical stormwater pollution prevention plans (e.g., tailing ponds and stock ponds). Liner material will be subject to BLM approval.

- Limit surface disturbance near drainage features and minimize total surface disturbance on mapped Mancos shale areas.

- In general the hydraulic or flow path distance from soil disturbances should be located as far from perennial water sources as possible. Small drainage basins and larger alluvial valleys exhibiting ephemeral channels can allow for long term storage of sediment, salinity and selenium produced during episodic climatic events, attenuating and increasing the time for these constituents to enter perennial water courses. (Report 6. Significance of Ephemeral and Intermittent Streams in the Arid and Semi-arid American Southwest)

- To the extent practical, soil surface disturbances should avoid being located on the Montezuma Valley, Juana Lopez, Blue Hill, or Fairport members of the Mancos shale, as these geologic units exhibit the highest concentrations of dissolvable salts. The Montezuma Valley and Juana Lopez also have the highest concentration of selenium.

- Maintaining healthy soil surface conditions on Mancos shale landscapes is more effective for the long term in limiting the yield of sediment, salinity and selenium than physical retention/detention structures.

- Require an analysis of impacts to biological soil crusts and appropriate stipulations on all use applications, such as rights-of-way, oil and gas and other exploration permits, and permits to drill.

- Locate livestock water and salt (or other supplements) on sites with low potential for biological soil crust development and in areas that discourage livestock from

loitering. In many areas, sites with high rock cover are good options, or in previously disturbed sites, and at least 0.5-mile from riparian and other key important plant communities. Livestock trailing preferences need to be considered when evaluating locations.

- Using brush barriers or fence segments to divert trailing. Sites with high potential for biological soil crust development are often not preferred by livestock for forage; however, these same sites may be open and easy to walk across. Because of lack of forage, minimal barriers are usually sufficient to discourage access.

- Bedding grounds for livestock (sheep) should be selected on sites with relatively low cover of biological soil crust and vegetation, and closely monitoring for overuse impacts.

- Drought management plans that address livestock management on excessively dry years should be implemented. Livestock use during dry conditions can reduce plant vigor, and excessively impact biological soil crust and physical soil crusts. Physical soils crusts which typically reform with precipitation provide protection from wind erosion.

- Develop terms and conditions on grazing permits to reduce accelerated sediment salinity/selenium yields (e.g., season of use, distribution, bedding grounds, levels of use on sensitive areas [north aspects], levels of use in and around channels, and grazing use impact on cryptogams).

### Recreation Management BMPs

- Restrict road locations to less sensitive areas. Road drainage (culverts, water bars) should be designed so that erosion or sediment fill of adjacent off-site areas is minimized.

- Promote extensive, low-density uses, such as hiking and backpacking, during late fall and winter periods. Restrict surface disturbing activities during dry seasons.

- Permit high-density, high-impact uses for short durations during late fall and winter, preferably when soils are frozen. Areas should be rotated based on a total allowable disturbance threshold with long recovery periods (greater than 10 years minimum on moderate- to high-resiliency sites). Exclude low-resiliency sites. Provide designated trails, and restrict use to trails in high density recreational areas.

- Provide interpretive sites and literature on recognition and value of protecting biological soil crusts at major access points in areas of extensive or unique crust formation.

- A current inventory, monitoring, and maintenance plan for all trails, facilities and other surface disturbing uses should be maintained. Monitoring methods such as Extreme Close range Photogrammetry should be used to continue to improve the knowledge base of erosion processes over time on Mancos shale landscapes.

- The following topographic factors should be considered when locating trails on Mancos shale landscapes.

BLM_0167841

– Soil surface disturbance should be avoided on steep northerly aspects, as vegetation cover and biological soil crust provide a relatively high level of protection against erosion.

– Steep southerly aspects exhibit the highest rates of natural erosion due to the lack of vegetation and biological soil crust cover, and if disturbed would be expected to show the lowest increase in erosion compared to similar slopes on other aspects.

– Where possible, on steeper slopes trails should be located on areas that exhibit divergent flow such as ridges and drainage divides.

– Alluvial valley soils receive and temporarily store sediment, salinity, and selenium from steeper slopes. Since southerly aspects typically produce the highest rates of these constituents, disturbing alluvial valley soils receiving runoff from steep southerly aspects should be avoided if possible.

- To facilitate adequate drainage and minimize erosion from trail development, the following design feature should be considered:

– Use cross slope and avoid flat ground whenever possible. The trail tread should generally be aligned perpendicular to the cross slope and should utilize frequent grade reversals. This is the best way to keep water off the trail. However, outsloped tread is not always practicable or desirable to meet recreation experience objectives so the use of curvilinear design principles to create a trail that follows the natural contours of the topography, sheds water, blends in with the surrounding terrain would be another option.

– The Half Rule: "A trail's grade shouldn't exceed half the grade of the hillside or side slope (cross slope) that the trail traverses. If the grade does exceed half the side slope, it's considered a fall-line trail. Water will flow down a fall-line trail rather than run across it. For example, if you're building across a hillside with a (cross slope) of 20 percent, the trail-tread grade should not exceed 10 percent."

– The Ten Percent Average Guideline: The average trail grade over the length of the trail should be 10 percent or less for greatest sustainability. Short sections of the trail may exceed this, but the overall grade should remain at 10 percent or less.

– Grade Reversals: Frequent changes in the direction of tread grade (gentle up and down undulations) will ensure that water is forced off the trail at frequent intervals.

– Drainage crossings are key control points and should be selected carefully. Consider both the trail's impact on the drainage (erosion and sedimentation), and the drainage's impact on the trail (changing tread surface, water channeling onto trail). The trail should descend into and climb out of the drainage to prevent water from flowing down the trail. Avoid long or steep entries into drainages. Design grade reversals into the trail on each side of the

BLM_0167842

approach to minimize water and sediment entering from the trail. Look for drainage crossings on rock.

### Miscellaneous BMPs

- BLM and permitted water facilities should be constructed to be impervious to prevent percolation into underlying Mancos shale. This includes ponds, ditches, and canals. These facilities could be lined with an impervious material, piped, or possibly treated with polyacrylamide sealant. The following are a list of criteria that should be considered for pond developments: (Report 9. Gunnison Basin Selenium Task Force)

  – Ponds that are "perched" or elevated above the water table and supplied with irrigation water or intermittent stream flow become new sources of groundwater deep percolation and selenium and salt loading.

  – Ponds which have long intermittent dry periods commonly form cracks (shrinking of the clay component) that take a long time to seal during refilling, which can accelerate the selenium and salt yield.

  – Ponds that are located close to or in fractured Mancos shale have higher leakage rates and are sources of selenium and salt loading.

  – Ponds located in existing wetlands (i.e., non-perched ponds) generally do not contribute additional water to deep percolation, the groundwater system and selenium and salt loading.

  – Although non-perched ponds do not contribute to selenium loading, if they are located in Mancos shale derived soils, they likely intercept groundwater elevated in selenium and can be new sources of exposure for wildlife.

- The following is a list of Mancos shale soil characteristics, from worst to best, to consider when selecting a site for pond or other water facility construction (for Mancos shale soils receiving less than 16 inches of annual precipitation):

  – Mancos shale soils that are previously non-irrigated and are residual (less than 60 inches to shale bedrock) and are perched above existing ground water tables.

  – Mancos shale soils that are previously non-irrigated and are alluvial (greater than 60 inches to shale bedrock) and are perched above existing ground water tables.

  – Mancos shale soils that are previously irrigated and are residual and are perched above the existing ground water tables.

  – Mancos shale soils that are previously irrigated that are alluvial, and are perched above existing ground water tables.

  – Ponds that are located in Mancos shale soils that are constructed within existing ground water tables.

BLM_0167843

- o Note: any soils not derived from the Mancos shale but are underlain by Mancos shale in relative close proximity to the soils surface, have similar ranking potentials to selenium loading as the Mancos soils listed above.
    - – All other soils not derived from or underlain by Mancos shale.
- All realty actions and permits/ROWs should be carefully reviewed for both salinity/selenium implications, and mitigate if necessary.

## Water

### Roads

- Design roads for minimal disruption of natural drainage patterns.
- Provide energy dissipaters (e.g., rock piles and logs) where necessary at the downstream end of ditch relief culverts to reduce the erosion energy of the emerging water.
- Drainage structures should not be discharged onto erodible soils or fill slopes without outfall protection.
- Avoid using roads during wet periods if use will damage the road drainage features.
- Grade road surfaces only as often as necessary to maintain a stable running surface and to retain the original surface drainage.
- Avoid cutting the toe of cut slopes when grading roads or pulling ditches.
- Provide for erosion-resistant surface drainage by adding necessary drainage facilities and armoring prior to fall rain or snow. When erosion is anticipated, sediment barriers shall be constructed to slow runoff, allow deposition of sediment, and prevent sediment from leaving the site. In addition, straining or filtration mechanisms may also contribute to sediment removal from runoff.
- The operator shall institute measures such as surfacing, watering, and use of non-saline dust suppressants on all roads authorized in this project to minimize impacts from fugitive dust emissions. The use of chemical dust suppressants on public surface will require prior approval from the BLM Authorized Officer.
- Avoid grading sections of road that do not need maintenance, as this elevates sediment production from the newly disturbed surface. Raise the blade where grading is not needed.
- Remove berms from the outside edge or roads where runoff is channeled.
- Leave abandoned roads in a condition that provides adequate drainage without further maintenance. Close these roads to traffic, reseed and/or scarify, and, if necessary, re-contour and provide cross ditches or drain dips.

### Oil and Gas

- To reduce potential for contaminating water resources where spills of drilling fluids are most vulnerable (e.g., near areas of mapped alluvial, colluvial, and glacial deposits,

*Uncompahgre Approved Resource Management Plan*

BLM_0167844

near springs and perennial water sources, and locally/regionally important groundwater recharge areas) the operator will use:

- Closed Loop Drilling Systems.

- Flowback and stimulation fluids should be contained in tanks on well pads with secondary containment mats/blankets (or equivalent).

- Containment devices should be installed beneath and around crude oil, condensate and produced water storage tanks.

- Collection of surface and ground water quality data (pre, during and post) surface disturbing activities.

- Notification of potentially impacted Public Water Systems 15 miles downstream.

- Emergency spill and response program shall be developed, reviewed, and approved by BLM prior to surface-disturbing activities.

- Chemicals used in the fracturing process should be biodegradable, non-toxic neutral pH, residual free, non-corrosive, non-polluting and non-hazardous in the forms and concentrations being used. The operator should review the material safety data sheets to assure the chemicals are not known carcinogens in the methods or concentrations being used.

- Avoid mixing or loading any chemicals near a well, spring, cistern, sinkhole, or stream.

- Place all excess material removed by maintenance operations in safe disposal sites and stabilize these sites to prevent erosion. Avoid locations where erosion will carry materials into a stream.

- The operator should utilize surface containment mats/blankets (or comparable) to prevent contamination of water resources occurring from accidental spills or leaks of fuels, coolants, lubricants, drilling fluids, fracturing fluids, or other potentially hazardous materials commonly utilized at drill sites.

- Evaporation ponds should not be used for disposing of produced water.

- Water from well production tests (water wells) or hydrostatic testing of pipelines should be filtered of sediments prior to discharge into wetlands. Energy dissipating methods (e.g., straw-bails, waddles, vegetative buffers) should be in place prior to discharge of production water or water used for hydrostatic testing.

- Surface disturbing actions including well construction for fluid mineral development and storage of condensate and/or waste products associated with mineral development should not impair existing beneficial uses for groundwater supply wells. When potential foreseeable degradation of existing beneficial uses may occur, development and storage should be relocated in appropriate locations downgradient of these intake points (e.g., well head) or not permitted.

BLM_0167845

## Stream Crossings

- Cross stream channels at right angles if at all possible.

- Concentrate right-of-way actions adjacent to stream courses as far landward as safety allows.

- Remove all temporary stream crossings immediately after use and cross ditch the ends of skid trails/two tracks/rights-of-way to mitigate erosion from disturbed areas.

- Evaluate potential effects of stream crossings/channel work on existing structures such as culverts, bridges, buried cables, pipelines, and irrigation flumes prior to construction activities to identify and mitigate unforeseen impacts.

- Design and construct stream crossings that handle the 100-year flood, and consider culvert and bridge designs that facilitate aquatic life passage.

- Low water crossings should be constructed at original streambed elevation in a manner that prevents any blockage or restriction of the existing channel. Material removed will be stockpiled for use in reclamation of the crossings.

## General

- Avoid alteration of natural hydrologic function and condition in source areas for springs, seeps, and fens. Relocate surface-disturbing activities away from these sensitive areas as site conditions warrant.

- Restore modified or damaged streams as close as practicable to natural conditions using bioengineering techniques to protect banks, and to re-establish riparian vegetation.

- Maintain to the greatest extent practicable natural flow rates and chemical and physical properties of surface and groundwater during work within stream channels, floodplains, and/or riparian areas.

- Maintain appropriate vegetative/riparian buffers around water bodies to slow runoff and trap sediments and protect water quality.

## References

BLM (US Department of the Interior, Bureau of Land Management) and US Geological Survey. 2001. Biological Soil Crusts: Ecology and Management. Technical Reference 1730-2. BLM/ID/ST-01/001+1730. BLM, Denver, CO. 118 pp.

BOR (United States Department of the Interior, Bureau of Reclamation). 2004. Managing Water in the West, Lining Ponds to Reduce Salt and Selenium Loading to the Gunnison River. September.

Carpenter, D.R., and G.W. Chong. 2010. Patterns in the Aggregate Stability of Mancos Shale Derived Soils. Published in Catena, an interdisciplinary Journal of Soil Science-Hydrology-Geomorphology. January.

BLM_0167846

Ouren, D.S., C. Haas, C.P. Melcher, S.C. Stewart, P.D. Ponds, N.R. Sexton, L. Burris, T. Fancher, and Z.H. Bowen. 2007. Environmental effects of off-highway vehicles on Bureau of Land Management lands: A literature synthesis, annotated bibliographies, extensive bibliographies, and internet resources: US Geological Survey, Open-File Report 2007-1353. 225 p.

Sada, D. W., J.E. Williams, J.C. Silvey, A. Halford, J. Ramakka, P. Summers, and L. Lewis. 2001. Riparian Area Management: A Guide to Managing, Restoring, and Conserving Springs in the Western United States. Technical Reference 1737-17. BLM/ST/ST-01/001+1737. BLM, Denver, CO. 70 pp.

## VEGETATION

### General and Upland

- Review and refine vegetation and ecological site maps and models periodically through incorporation into the Land Health Assessment process.

- Incorporate information from ecological site models into seed mixes, revegetation BMPs, and the establishment of specific performance criteria.

- Incorporate climate change influences into development of seed mixes.

- Review and update standard seed mixes periodically.

- Establish performance criteria for revegetation that restore or improve upon preexisting levels of land health.

- Review and revise coordinated monitoring plan periodically.

- Promote and protect vegetation types with high carbon sequestration levels where consistent with vegetation health and mosaic objectives.

- Limit authorized use levels and activities where needed to allow vegetation to recover from fire, drought, disease and insect outbreaks

- Incorporate strategies in grazing plans which manage fuel build up to enhance natural fire use.

- Defer vegetation disturbing activities during severe or extreme drought to allow for vegetation recovery.

- On a landscape scale, maintain a diversity of age classes. Any 100 square mile patch of pinyon-juniper should encompass the full range of seral stages. Preferentially achieve diversity by actions in younger age classes rather than reductions of older stands.

- To benefit species sensitive to habitat fragmentation, maintain unroaded stands or patches no less than 1.2 square miles in size.

- Maintain connectivity between stands of pinyon-juniper, sagebrush, and ponderosa pine by preserving corridors of similar vegetation.

- In woodland thinning or harvest, retain at least some beetle-killed pinyons, large trees (trunk diameter greater than 12 inches), trees with twisted trunks, standing

BLM_0167847

dead trees (at least 2 per acre), partially dead trees (at least 2 per acre), large downed trees (at least 2 per acre), trees with cavities, and trees with significant mistletoe infestations (at least 2 per acre).

- Reclaim unused or undesired roadbeds in pinyon-juniper woodland, salt desert shrub, and ponderosa pine.

- After wildfire or intensive disturbance, priority should be in seeding with native grasses and forbs. Avoid seeding with monocultures or non-native grasses and forbs. Reseed with local genetic seed stock if available, or use non-native herbaceous species that do not compete well with native species.

- Place high requirements for justifying creation or retention of roads (or other linear features that fragment the habitat) in sagebrush. Reclaim unused or undesired roadbeds in sagebrush land cover types.

- If management prescriptions require reduction of pinyon-juniper (to control encroachment on sagebrush), focus reduction treatments where the largest patches of sagebrush would most quickly result (pinyon-juniper stands younger than 75 years on relatively deep, level soils, with sagebrush nearby).

- Prevent the loss of native understory in greasewood and other tall desert shrub.

- Post-fire rehabilitation should involve reseeding with some warm season native grasses (e.g., galleta).

- Weed management should place high priority on preventing the entrance of new flammable species such as medusahead.

- To the extent possible, move proposed land transforming projects or proposed road alignments out of large ponderosa pine tracts (greater than 150 acres).

- Retain some slash onsite for dead-and-down-wood insect habitat, if it can be justified considering forest pathologies.

- Retain and enhance ponderosa pine old growth characteristics (Reynolds et al 1992): clumpy nature, at least two large (greater than or equal to 18 inches diameter breast height, 30 feet tall) snags or large green snag per acre, at least 3 large (12 inch diameter mid-point, 8 feet long) downed logs per acre, a minimum of 3-5 mature and old live trees per acre in groups or stringers with interlocking crowns.

- Manage ponderosa pine for a mosaic of vegetation structural stages interspersed throughout (majority [60 percent] should ultimately be in the older age [i.e., greater than 12 inches diameter breast height]) with 30 percent in trees greater than 18 inches diameter breast height.

### References

Reynolds, R.T., R.T. Graham, M.H. Reiser, R.L. Bassett, P.L. Kennedy, D.A. Boyce Jr., G. Goodwin, R. Smith, and E.L. Fisher. 1992. Management Recommendations for the Northern Goshawk in the Southwestern United States. USDA Forest Service General Technical Report RM-217:90 pp.

BLM_0167848

**Riparian**

- Trails and roads will be kept out of riparian areas wherever possible. Where this is not possible, impacts must be minimized by using soil stabilization structures, restoring damaged vegetation, and placing in least impacting areas. Buffer riparian and wetland areas amply from road and trail placement and other activities.

- Management actions within wetlands will include measures to restore their natural functions (as required by Executive Orders 11988 and 11990).

- Minimize livestock grazing and trailing impacts in riparian areas to protect vegetation, habitat values, streambank stability, and water quality.

**Weeds**

- Where possible, apply Colorado list A and B species, weed-free gravel/sand/road base on BLM-administered lands.

- Survey proposed project area prior to ground-disturbing activities to determine if weeds need to be addressed prior to construction.

- Pre-treat weeds in proposed project area prior to construction.

- Keep all banked topsoil in a weed free status.

- All construction vehicles and machinery should be free of debris and weed seeds before entering BLM lands including access roads into BLM lands.

- If construction site has weeds/weed seed, all construction machinery will be cleaned prior to leaving the construction site.

- If weeds are located within the project area construction should occur in the area with the least amount of weeds first progressing to areas of heavier infestation.

- Only one exit route should be used from weed-infested areas, and the route clearly marked (flagged and GPS) for follow up and future treatment.

- All ground disturbing activities will incorporate Early Detection Rapid Response strategies to address weeds before they become established.

- All special recreation events should have a weed education/mitigation component.

- Company vehicles entering and leaving project areas where weeds are present should be power washed prior to exiting the project. All long-term projects will have a noxious weed monitoring and treatment plan before construction begins.

- Check and clean tires and skid pans for noxious weed debris.

- Check companion animals before and after using public lands; clean appropriately.

- Avoid staging in weedy areas.

- Use weed free hay and straw as directed by policy.

- Seed all ground disturbance around a project to reduce the spread of noxious weeds and create a favorable environment for native vegetation.

BLM_0167849

- During road maintenance, weed infestations along roadways should be skipped over, to reduce the threat of spreading weeds along the roadway.
- Monitor for noxious weed establishment after projects are finished and for at least three growing seasons post project.
- Do not pick the wildflowers.
- Educate yourself and employees on noxious weed identification.

## WILDLIFE (INCLUDING SPECIAL STATUS SPECIES)

- Expiration dates and other conditions will be applied to all biological clearances (e.g., raptor territory activity surveys expire April 1 of the following year).
- Require operators to establish and submit to the BLM UFO a set of operating procedures for employees and contractors working in important wildlife habitats. Design such procedures to inform employees and contractors of ways to minimize the effect of their presence on fish and wildlife and habitats. Procedures may address items such as working in bear country, controlling dogs, human waste disposal, and understanding and abiding by hunting, fishing, and firearms regulations.
- Surveys will be conducted by qualified biologists approved by the BLM UFO.
- Surveys will be conducted during the appropriate time period(s) for the species of interest and will typically be conducted as close in time as possible prior to surface disturbance.
- Survey reports, data, and determinations shall be submitted to the BLM UFO for review and confirmation.
- The BLM Authorized Officer will apply mitigation measures as appropriate, commensurate with anticipated impacts.

## WILDLIFE

### Aquatic

- Management techniques will be used to minimize degradation of aquatic habitats. Bridges and culvert installations will be designed to maintain adequate passages for fish.
- Bridges, low-water crossings, culverts, diversions, and other man-made structures in or adjacent to, aquatic habitats will be designed such that they provide for fish movement commensurate with management objectives. These structures should not impede movement of fish or, where appropriate, should create barriers to movement of nonnative fish, depending on management objectives. Additionally, they will be constructed and designed to minimize or eliminate sediment loading, erosion, and other processes that could degrade habitats, particularly in cold-water fisheries. Where possible, modify existing bridges, culverts, and similar structures to provide for movement of native fish or create barriers to nonnative fish movement commensurate with management objectives.

BLM_0167850

- All equipment and water craft utilized for working or transportation in aquatic systems shall be cleaned and inspected by the BLM Authorized Officer prior to conducting permitted activities, to prevent the introduction of invasive aquatic species.

## Terrestrial

- Where winter range areas are not protected by lease stipulations, operations such as construction, drilling, completion, work-overs and other intensive activities will be avoided from January 1 to March 1 to minimize impacts to wintering big game.

- In all habitat improvements and manipulations, and maintenance of those areas, including projects designed to improve livestock grazing, reduce fuel loading, or otherwise, consider the habitat requirements of native wildlife communities, game and non-game alike, and acknowledge the ecological tradeoffs.

- During severe or extreme drought years, to the extent possible, assure that some pastures retain the maximum herb cover (even standing dead material) possible for ground-nesting birds.

### *Migratory Birds*

- To protect areas from anthropogenic fires (e.g., campfire or fireworks accidents), periodically move large woody downfall away from trees near popular campsites and tree stands along railroad tracks.

- Investigate the economic value for the waterfowl, waterbirds, shorebirds and land birds that would use stock ponds and reservoirs if their dams were restored, such as Roatcap Reservoir, west of Olathe. This may help to create a positive cost-benefit ratio for the pond restoration.

- Buffer riparian and wetland areas amply from road and trail placement and other activities.

- Give high-priority to removal of tamarisk and other noxious weeds under native riparian trees.

- Consider planting riparian plant fire breaks (e.g., alkali sacaton) in high recreation use areas or near other likely sources of ignition.

- Use current state-of-the art practices to preserve high-quality or selected willow stands from intensive ungulate pressure (e.g., exclosures, seasonal closures, and game regulations).

- Implement fuels treatments to protect riparian areas from anthropogenic fires (e.g., campfire or fireworks accidents), periodically move large woody downfall away from trees near popular campsites and tree stands along railroad tracks.

- For the benefit of riparian shrub-dependent bird species, place at lowest priority eradication of tamarisk stands with the largest basal stems (bird nesting habitat) while there are younger tamarisk stands to treat.

- In areas of riparian weed treatment, replace removed tamarisk with native shrubs such as three-leaf sumac, golden currant, and silver buffaloberry. Also consider

BLM_0167851

planting small native trees such as box elder and Goodding's or peachleaf willows. If needed, seed with native herbaceous ground cover.

- Before implementing a tamarisk removal project, survey for long-eared owls during breeding and winter roosting seasons. If use by long-eared owls is detected, delay treatment until suitable native tall shrubs nearby can replace the habitat.

- To help control user-proliferated vehicle routes, combine directional signage with wildlife message signing, giving users added incentive to protect their lands.

- All power transmission equipment will incorporate the best known practices to prevent avian electrocutions (Avian Power Line Interaction Committee 2006).

- Encourage buried electric transmission lines over pole and tower held lines through non-wooded and non-forested habitat.

- All new construction of communication towers, wind turbines, or similar aerial hazards, will incorporate the best known practices for approving sites and designs to minimize hazards to migratory birds (Lambeth and Reeder 2009).

### References

Lambeth, R.E. and D.R. Reeder. 2009. *Migratory Bird Status Literature Review*. Prepared by Rare Earth Science, LLC, for the BLM, Uncompahgre Field Office, Montrose, CO. 198 p.

Avian Power Line Interaction Committee. 2006. Suggested Practices for Raptor Protection on Power Lines: The State of the Art in 1996. Edison Electric Institute, Avian Power Line Interaction Committee, and the California Energy Commission. Washington, DC, and Sacramento, CA.

## SPECIAL STATUS SPECIES

### General

- The operator is required to conduct a biological inventory prior to approval of operations in areas of known or suspected habitat of special status species, or habitat of other species of interest such as, but not limited to, raptor nests, sage-grouse leks, or rare plant communities. Surveys shall be conducted by qualified biologist(s) using protocols established for potentially affected species during the appropriate time period(s) for the species. Survey reports, data, and determinations shall be submitted to the BLM for review and confirmation. Results from surveys expire three (3) years from the date of survey completion. Operators, the BLM, and the BLM Authorized Officer will use the information gathered to develop an appropriate mitigation plan. Mitigating measures may include, but are not limited to, relocation of development activities and fencing operations or habitat. If special status species not found during inventory are encountered during operation, operations will cease immediately, and the BLM Authorized Officer will be notified.

- When "no effect" determinations (resulting from Endangered Species Act, Section 7 consultation with USFWS) rely heavily on specific project design features or mitigation to guarantee "no effect" on federally protected species, a qualified on-site construction monitor will be present during project implementation.

BLM_0167852

- Require oil and gas operators and other proponents of surface-disturbing activities to implement specific measures to reduce impacts of operations on wildlife and fish habitats within high-value or crucial habitats. Measures would be determined through biological surveys, onsite inspections, effects of previous actions in the area, and BMPs.

- Require operators to establish and submit to the BLM UFO a set of operating procedures for employees and contractors working in important wildlife habitats.

- Surveys will be conducted by qualified biologists approved by the BLM UFO during the appropriate time period(s) for the species of interest and will typically be conducted as close in time as possible prior to surface disturbance.

- Survey reports, data, and determinations shall be submitted to the BLM UFO for review and confirmation.

**Plants**
- Apply the Recommended Best Management Practices for Plants of Concern (Elliott et al. 2011) to minimize land use impacts on federally protected and recognized plants.

- Appropriate sediment and erosion control, weed control, and similar practices will be applied as necessary to protect plant populations.

**Aquatic**
- Identify in-channel features (e.g., culverts, water diversion structures) that block aquatic organism movement and/or impair stream connectivity and replace, modify, or remove these impediments as they are identified and as opportunities allow. Consider and address aquatic organism passage and appropriate life-stage requirements when designing new or modifying existing stream crossings.

- Where construction of in-channel barriers will benefit aquatic species by limiting access from competitive species and/or disease vectors, consider barriers as a management tool on a site-specific basis.

**Terrestrial**
- Follow the Primary Constituent Elements in the Designation of Critical Habitat for Gunnison Sage-Grouse (79 *Federal Register* 224:69312) to achieve good habitat potential near and in mapped grouse range.

- For the benefit of sagebrush-dependent passerine birds, avoid sagebrush eradication and treatment projects that reduce sagebrush canopy cover in a patch to below 20 percent on average.

- If management prescriptions require thinning of sagebrush canopy, protect several of the taller shrubs in each stand, and protect native herbaceous understories by selective removal of shrubs (rather than wholesale removal). Minimize ground disturbance, justifying it only to facilitate planted seed contact with soil.

- Using currently accepted methods (e.g., Stiver et al. 2005), inventory sagebrush habitat characteristics and quality across the Uncompahgre RMP planning area (to

BLM_0167853

develop a baseline for future comparison). Identify the best examples of intact contiguous patches with native understory vegetation, and prioritize such patches for protection from weed encroachment and fragmentation.

- On the landscape scale, prioritize protection of large (greater than 150 acres) intact patches of sagebrush from fragmentation, conversion to other land cover types, wildfire, herbaceous non-native weed invasion and pinyon-juniper woodland encroachment. First priority should be given to sagebrush in mapped sage sparrow range, and within and adjacent to mapped Gunnison sage-grouse range.

- In lynx habitat, remote monitoring systems shall be established as feasible for developed sites that occur within these habitat types or which require travel through these habitat types for access. This stipulation applies to both BLM surface and subsurface mineral estate. Locked gates will be installed at proper locations to prevent public use. The BLM will work with operators to modify existing operations for remote monitoring, to the degree possible.

- Gate and close to public use roads built for mineral activities in lynx habitat within lynx analysis units.

- Upon project completion, reclaim or obliterate these roads and monitor for successful restoration and weed control. Locked gates or other effective barricades will remain in place until restoration is achieved.

- Apply project design criteria as feasible to protect Gunnison sage-grouse nesting and early brood rearing activities by requiring that hospital grade sound reducing mufflers, exhaust systems, multi-cylinder pumps, and other noise-reducing technologies be used during the breeding period (March 1 to June 15) within 4 miles of active leks, or within sage-grouse nesting and early brood-rearing habitat as mapped (Patricelli et al. 2013).

- Where bat roosting, maternity sites and winter hibernacula occur, bat gates would be required for closing abandoned mine lands.

### References

Elliott, B. A., B. Kurzel, and S. Spackman Panjabi. 2011. Recommended Best Management Practices for Plants of Concern. Practices developed to reduce the impacts of oil and gas development activities to plants of concern. Unpublished report prepared by the Rare Plant Conservation Initiative for the National Fish and Wildlife Foundation. 20 p.

Patricelli, G.L., J.L. Blickley, and S.E. Hooper. 2013. "Recommended management strategies to limit anthropogenic noise impacts on greater sage-grouse in Wyoming." Human-Wildlife Interactions 7 (2):230-249.

Stiver, S.J., E.T. Rinkes, D.E. Naugle, P.D. Makela, D.A. Nance, and J.W. Karl. 2015. Sage-grouse habitat assessment framework: A multiscale assessment tool. Edited by Bureau of Land Management and Western Association of Fish and Wildlife Agencies. Denver, CO.

BLM_0167854

USFWS (United States Department of the Interior, Fish and Wildlife Service). 2014. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for Gunnison Sage-Grouse; Final Rule. In 50 CFR Part 17. 79 Federal Register 224: 69312.

## WILDLAND FIRE MANAGEMENT

- Rehabilitate suppression impacts as soon after fire containment as possible (such as water barring, removing berms, seeding disturbed areas, placing debris on lines).

### Fuels Management

- Provide fire prevention and mitigation outreach information and education to communities within the UFO as needed.

### Fire Suppression

- Resource Advisors and other applicable specialists shall be utilized to advise the Incident Commander and suppression resources on the natural resource values during the suppression effort.

- Avoid applying fire retardant in or near drinking water sources.

- Avoid the application of retardant or foam within 300 feet of a waterway or stream channel. Deviations from this procedure are acceptable if life or property is threatened.

- Fire lines will not be constructed by heavy equipment within riparian stream zones. If construction is necessary due to threats to life or property, control lines shall terminate at the edge of the riparian zone at a location determined appropriate to meet fire suppression objectives based on fire behavior, vegetation/fuel types, and fire fighter safety. Constructed lines shall be reclaimed so use does not continue on the route in the future.

- For streams currently occupied by Greenback Cutthroat Trout, Colorado River Cutthroat Trout or other aquatic special status species, extractions of water from ponds or pools shall not be allowed if stream inflow is minimal and extraction of water will lower the existing pond or pool level.

- Lands will be temporarily closed to other uses in areas where fire suppression is being implemented.

- Stream flow shall not be impounded or diverted by mechanical means in order to facilitate extraction of water from the stream for fire suppression efforts.

- If it is determined that use of retardant or surfactant foam within 300 feet of a waterway or stream channel is appropriate due to threats to life or property; alternative line construction tactics are not feasible because of terrain constraints, congested areas, or lack of ground personnel; or potential damage to natural resources outweighs possible loss of aquatic life, the unit administrator shall determine whether there have been any adverse effects to federally listed species. If the action agency determines that adverse effects were incurred by federally listed species or their habitats, then the action agency must consult with the Service, as required by 50 CFR 402.05, as soon as practicable.

BLM_0167855

- Avoid whenever possible burning out unburned islands of native vegetation, specifically sagebrush communities.

- Minimize/mitigate impacts to cultural resources and pristine vegetative communities.

- Before using it on lands administered by the UFO, thoroughly rinse to remove mud and debris from all fire suppression equipment from off-district or out of state and used to extract water from lakes, ponds, streams, or spring sources. Examples of this equipment are helicopter buckets, draft hoses, and screens. After cleaning the equipment, disinfect it to prevent the spread of invasive aquatic species. Do not rinse equipment with disinfectant solutions within 100 feet of natural water sources. UFO suppression equipment used to extract water from sources known to be contaminated with invasive aquatic species, as identified by the US Fish and Wildlife Service and Colorado Parks and Wildlife, also shall be disinfected beforehand on lands administered by the UFO.

- Vehicle and equipment shall be washed before being assigned to fires to minimize the spread of noxious weeds. Especially out of area equipment. Larger fires with incident management teams assigned may need to have a weed wash station.

**Emergency Stabilization and Rehabilitation**
- Stabilize areas that have low potential to naturally revegetate and that have high wind and soil erosion potential. Treatments include the following:

    – Seeding and planting to provide vegetative cover;

    – Spreading mulch to protect bare soil and discourage runoff;

    – Repairing damaged roads and drainage facilities;

    – Clearing stream channels of structures or debris that is deposited by suppression activities;

    – Installation of erosion control structures;

    – Installation of channel stabilization structures;

    – Fence or restrict areas to livestock and wild horse and burro grazing to promote success of natural revegetation or establishment of seeded species;

    – Lands may be temporarily closed to other uses during emergency stabilization and rehabilitation practices if activities inhibit treatment;

    – Repair or replace range improvements and facilities; and

    – Monitor emergency stabilization and rehabilitation treatments.

## CULTURAL RESOURCES

### Standard Operating Procedures
- The holder of a BLM authorization to carry out land use activities on Federal lands, including all leases and permits, must notify the BLM, by telephone and written confirmation, immediately upon the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony (43 Code of Federal Regulations

BLM_0167856

[CFR] 10.4(g)). Activities must stop in the immediate vicinity of the discovery. The discovery must be protected from the authorized activity for a period of 30 days or unless otherwise notified by the (43 CFR 10.4(c) and (d)).

- The National Historic Preservation Act, as amended, requires that if newly discovered historic or archaeological materials or other cultural resources are identified during project implementation, work in that area must stop and the BLM Authorized Officer must be notified immediately. Within five working days the BLM Authorized Officer will inform the proponent as to:

- Whether the materials appear eligible for the National Register of Historic Places;

- The mitigation measures the proponent will likely have to undertake before the site could be used (assuming in situ preservation is not practicable), (36 CFR 800.13); and

- A timeframe for the BLM Authorized Officer to complete an expedited review under 36 CFR 800.11 to confirm, through the State Historic Preservation Office, that the BLM Authorized Officer's findings were correct and mitigation was appropriate.

- A standard Education/Discovery stipulation for cultural resource protection shall be attached to the land use authorization. The operator or its contractor is responsible for informing all persons who are associated with the project operations that Federal laws protect cultural resources and they will be subject to prosecution for disturbing or destroying any historic or archaeological sites, or collecting any cultural objects, prehistoric or historic from federal lands.

- Strict adherence to the confidentiality of information concerning the nature and location of archeological resources will be required of any company issued a land use authorization and all of their subcontractors (Section 304 of the National Historic Preservation Act, 16 US Code 470w-3(a)).

**Best Management Practices**

- BLM specialists shall complete a File Search Request form and submit to the Field Office Archaeologist as soon as there is proposed BLM activity or BLM authorized activity that will require preparation of a NEPA document. This will provide the specialist with immediate information as to the need for Class III inventory, whether that will be contracted or in-house, or the presence of Cultural Resources that may preclude or impede their project.

- Once it has been determined that a project will require contracted cultural inventory the BLM specialists shall complete a Request for CR Compliance form and submit to the Field Office Archaeologist as soon as they have a final design for a BLM proposed project or activity.

- Evaluation of all BLM activities and BLM authorized activities shall be made in compliance with BLM Manual 8100, The Foundations for Managing Cultural Resources (BLM 2004a), and subsequent 8100 series (BLM 2004b, 2004c, 2004d, 2004e, and 2004f); Manual 1780, Tribal Relations (BLM 2016a); BLM Handbook 1780-1, Improving and Sustaining BLM–Tribal Relations (BLM 2016b); Handbook of

BLM_0167857

Guidelines and Procedures for Inventory, Evaluation, and Mitigation of Cultural Resources (BLM 1998, rev. 2011); and the current State Protocol Agreement between the Colorado BLM and the Colorado State Historic Preservation Office.

- In complex linear or split-estate actions early coordination with private landowners will facilitate the process the BLM must complete prior to authorizing the action. To comply with the National Historic Preservation Act, the BLM must consider the effects to cultural resources on private land that result from a Federal action, such as linear rights-of-way or constructing a well pad on private land to drill to federal lease. Before an applicant can contract a cultural survey, the private surface owner must allow the cultural consultant access. Projects can be authorized without completing cultural surveys on private lands but this may lead to lengthy delays while the BLM completes consultation.

- When possible, locate projects in areas that are previously disturbed. To comply with the National Historic Preservation Act the BLM must identify significant cultural resources. Under the current regulations and guidelines the BLM may decide that no inventory needs to be conducted because the proposed action is located in an environment where ground disturbance has modified the surface so extensively that the likelihood of finding intact cultural resources is negligible.

- When a NEPA document specifically stipulates the need for an archaeological monitor during construction or a project is located in areas that require an archaeological monitor to be present it is the applicant's responsibility to contract an archaeological consultant holding a current Colorado BLM permit and authorized to work in the UFO. Fieldwork authorizations are required prior to any construction monitoring.

- Where proposed projects or development will adversely affect a cultural resource, testing, data recovery or full excavation to recover scientific information may be required as mitigation. The applicant or operator bears the full cost of mitigation and is encouraged to consider avoiding adverse effects through project relocation or redesign rather than mitigating adverse effects.

- A cultural resource must be allocated to public use prior to:

   – authorizing or implementing any Heritage Tourism project;

   – when Special Recreation Permits are issued that will use a cultural resource; or

   – a BLM recreation project is proposed that involves the use or interpretation of a cultural resource.

- A File Search Request form must be submitted to the Field Office Archaeologist identifying the site and the proposed use so the allocation to public use can be confirmed.

BLM_0167858

**References**

BLM (United States Department of the Interior, Bureau of Land Management). 1998. Handbook of Guidelines and Procedures for Inventory, Evaluation, and Mitigation of Cultural Resources. Rev. 2011. BLM, Colorado State Office, Lakewood, CO. 37 p.

_____. 2004a. Manual 8100: The Foundations for Managing Cultural Resources. Release 8-72. BLM, Washington, DC. December 3, 2004.

_____. 2004b. Manual 8110: Identifying and Evaluating Cultural Resources. 8-73. BLM, Washington, DC. December 3, 2004.

_____. 2004c. Manual 8130: Planning for Uses of Cultural Resources. 8-76. BLM, Washington, DC. December 3, 2004.

_____. 2004d. Manual 8140: Protecting Cultural Resources. 8-77. BLM, Washington, DC. December 3, 2004.

_____. 2004e. Manual 8150: Permitting Uses of Cultural Resources. 8-78. BLM, Washington, DC. December 3, 2004.

_____. 2004f. Manual 8170: Interpreting Cultural Resources for the Public. 8-79. BLM, Washington, DC. December 3, 2004.

_____. 2016a. Manual 1780—Tribal Relations. Rel. 1-1780. BLM, Washington, DC. December 15, 2016.

_____. 2016b. Handbook 1780-1—Improving and Sustaining BLM–Tribal Relations. Rel. 1-1781. BLM, Washington, DC. December 15, 2016.

## TRIBAL CONSULTATION

### Standard Operating Procedures

- The BLM has a responsibility to develop a government-to-government relationship with the tribes: the formal relationship that exists between the Federal Government and tribal governments under United States laws. Tribal governments are considered dependent domestic sovereignties with primary and independent jurisdiction (in most cases) over tribal lands. Concerning proposed BLM plans and actions, at least the level of consideration and consistency review provided to State governments must be afforded to tribal governments.

- The BLM consults with tribes in accordance with laws, executive order, and regulations, including FLPMA, NEPA, Executive Order 13007, BLM Manual 1780 – Tribal Relations [BLM 2016a], and 40 CFR 1501.2 and 1501.7.

- Tribes must be consulted whenever other governmental entities or the public are formally involved in the BLM's environmental review process in any NEPA documentation that entails public involvement or initial discussions with local or

BLM_0167859

state governments (BLM Handbook H-1790-1, National Environmental Policy Act [BLM 2008]).

- NHPA Section 106 consultations for cultural resources that are significant to Indian tribes. Consultation with an Indian tribe must recognize the government-to-government relationship between the Federal Government and Indian tribes. The agency official shall consult with representatives designated or identified by the tribal government. Consultation shall be conducted in a manner sensitive to the concerns and needs of the Indian tribe. (36 CFR 800.2(c)(2)(ii)(C).

**Best Management Practices**

- Notification is conducted by simple one-way written means. Consultation is generally construed to mean direct, two-way communication.

- When publishing notices or open letters to the public indicating that the BLM is contemplating an action and that comments are welcome, managers shall send individual letters, certified mail or delivery confirmed to tribes requesting their input on actions being considered. If this is an opening dialogue, prior to having developed a strong working relationship with the tribe, if a timely response is not received the manager shall follow up with personal telephone calls.

- For the benefit of both parties, managers are encouraged to strive for the most efficient and effective method of consultation. Whatever method is chosen, all consultation activities shall be carefully documented in the official record.

- Consultation roles can be facilitated but may not be transferred to others. Cultural resource consulting firms working for land use applicants cannot negotiate, make commitments, or otherwise give the appearance of exercising the BLM's authority in consultations.

- Owing to their status as self-governing entities, tribes shall be notified and invited to participate at least as soon as (if not earlier than) the Governor, state agencies, local governments, and other federal agencies.

- Tribal consultation means dialogue between a BLM manager and an American Indian Tribe. The BLM managers are encouraged to visit tribal councils and appropriate tribal leaders on a recurring basis. This face-to-face meeting helps to develop relationships that can reduce the time and effort spent in later consultation or individual projects. This government-to-government consultation shall be treated with appropriate respect and dignity of position.

**References**

BLM (United States Department of the Interior, Bureau of Land Management). 2008. Handbook H-1790-1: National Environmental Policy Act Handbook. Rel. 1-1710, January 30, 2008. BLM, Washington, DC.

_____. 2016a. Manual 1780—Tribal Relations. Rel. 1-1780. BLM, Washington, DC. December 15, 2016.

BLM_0167860

_____. 2016b. Handbook 1780-1—Improving and Sustaining BLM–Tribal Relations. Rel. 1-1781. BLM, Washington, DC. December 15, 2016.

## PALEONTOLOGICAL RESOURCES

- Attach lease notices, stipulations, and other requirements to permitted activities to prevent damage to paleontological resources.

## VISUAL RESOURCES

- Guidelines for surface-disturbing activities and facilities:

  – Natural or artificial features such as topography, vegetation, or an artificial berm would be used to help screen facilities.

  – Facilities would avoid being placed on ridge tops.

  – Structures would be painted a color that enables the facilities to blend with the natural background color of the landscape.

  – The selected color would be one or two shades darker than the dominant background color and be a semi-gloss paint to resist weathering and staining.

  – Construction of new roads and other linear facilities would be located and constructed to follow the contour of the landform or mimic lines in the vegetation. (Avoid straight roads and steep slopes).

  – The minimum width of road necessary would be constructed or upgraded.

  – Short-term reclamation would include partially reshaping and re-vegetating roads, and facilities to reduce the amount of bare ground created during construction and project activities.

  – During reclamation, roads would be re-contoured back to their original contour and rough texture so to match the "texture" of the surrounding landscape.

- Developments in the immediate foreground of key observation points in VRM Class I and II areas would require special consideration to meet both recreational and VRM objectives. These facilities often create more contrast than would be acceptable; however, this contrast would be allowed if the facilities are part of the expected image of the public being served. The contrast should be allowed only to the extent needed for the function of the facility, which should reflect design excellence and be a positive element of the built environment. Structures should blend into the landscape while retaining functionality.

- Night lighting and dark sky preservation considerations:

  – Light facilities only during actual hours of operation.

  – Limit night lighting to only those areas within the complex that nighttime work is occurring.

  – Consider the opportunity for zone lighting within a complex where sections are lit independently based on outdoor night operations.

BLM_0167861

– All lighting fixtures shall be full cut-off luminaires.

– Pedestrian scale lighting should be accomplished using bollard style path lighting using full cut-off luminaires.

– Use of trailer-mounted mobile light plants is another way of avoiding unnecessary night lighting. The trailer-mounted mobile light plants are then used only during periods of actual need.

– Actuate lighting by motion detection, remote control and other creative means so that light illuminate within the exterior areas only during periods when people are present.

– Entrances into facilities should not be lit continuously through the dark sky hours, but only when vehicles approach and during normal operating hours.

– Secure facilities using other technologies other than simply illuminating the area or perimeter of a given facility.

– When illuminating vertical features that rise over 200 feet necessitating FAA regulated air flight safety requirements, require use of On-demand Audio/ Visual Warning Systems as approved by FAA.

• Implement the *Best Management Practices for Reducing Visual Impact of Renewable Energy Facilities on BLM Administered Lands* (BLM 2013), or most recently released version, the "Common to All" section of which is applicable to all aspects of BLM business and land use authorizations.

**References**
BLM (US Department of the Interior, Bureau of Land Management). 2013. Best Management Practices for Reducing Visual Impact of Renewable Energy Facilities on BLM Administered Lands – First Edition, 2013. Internet website: http://blmwyomingvisual.anl.gov/docs/BLM_RenewableEnergyVisualBMPs_LowRes.pdf. BLM, Wyoming State Office, Cheyenne, Wyoming. 342 pp. April.

## FORESTRY

### Standard Operating Procedures
• No fuel wood cutting of live trees will be allowed for cottonwood, willow, alder; unless resource objectives allow otherwise.

### Standard Design Practices for Forestry Projects
• The closure of new roads will be considered and planned for during sale preparation in accordance with existing policy.

• Clear cuts will be considered for use in the pinyon-juniper and aspen types in critical big game winter ranges and other areas where economically feasible.

• Clear cuts will be considered for use in restoring aspen sites.

• Cuts will maximize the length of edge per amount of area considering natural and manmade boundaries.

BLM_0167862

- Sale areas with less than 15 percent ground cover or with insufficient understory will be seeded using a mixture of native grasses, forbs, and/or shrubs appropriate for the ecological site.

- Harvest plans will be completed on all commercial sales within woodlands and forests, showing access roads, decks and skid trail locations. Approval of these plans by the BLM Authorized Officer is required before harvest can start.

- A minimum 325 foot buffer will be maintained along all riparian areas. Vegetation treatments in riparian areas that are compatible with and promote natural riparian wetland function and improvement will be assessed on a case by case basis.

- Snags with existing cavities or nests will be priority for retention.

**Best Management Practices**

- Avoid heavy equipment use in riparian stands. If heavy equipment use is necessary, allow on a case by case basis and mitigate for adverse impacts.

- Protect seed and important wildlife habitat trees in pinyon-juniper stands.

- Minimize disturbance to the soil such that surface runoff does not result in sediment transport into waterbodies. Concentrate skidding on as few skid trails as needed.

- Limit primary skid trails to 10 percent of the total working area.

- Avoid widespread or random skidding patterns with repeated passes.

- Minimize placement and use of skid trails in ephemeral drainages. If skid trails must be within or cross an ephemeral drainage, additional BMPs are needed to protect water quality.

- Create skid trails only as wide as necessary to safely operate equipment and conduct the forestry operation. Avoid creating two-lane skid trails. Minimize the extent of gouges or trenches upon the ground surface that are created by the skidding of trees or logs.

- On sloping terrain, skid trails shall follow along the land contours and shall be kept to 25 percent grade or less when practical.

- Establish decks at locations where soil disturbance is minimized.

- Maintain as close to normal (pre-construction) streamflow by maintaining depth, width, gradient and capacity of the stream channel at the crossing.

- Perform construction, installation, and removal work during low-water flow if circumstances allow.

- Stabilize the approach ways and/or stream crossing locations so sediment is not transported into the stream.

- The crossing can be installed at a right-angle (90 degrees) to the stream channel so crossing distance is minimized.

- Any trees removed during these processes will be purchased by the applicant prior to commencement of operations.

BLM_0167863

- Weed management (inventory and treatment) will occur for a minimum of three years post-harvest.

**Guidelines for Christmas Tree and Firewood Harvesting**

- Vehicle use is restricted to existing roads and trails.

- Do not damage adjacent trees.

- When cutting down standing trees, cut the stump 6 inches or less, or as close to the ground as possible.

- Do not top a larger tree to obtain a Christmas tree. The tree may be cut at the base 2 and then topped.

- No harvesting when soils are saturated to a depth of 3 inches to prevent damage to roads.

- UFO closed to firewood harvesting December 1 to May 1.

## LIVESTOCK GRAZING

- Implement BLM Colorado Guidelines for Livestock Grazing Management (BLM 1997). Guidelines are the management tools, methods, strategies and techniques (e.g., best management practices) designed to maintain or achieve healthy public lands as defined by the BLM Colorado Land Health Standards.

- Utilize "Recommendations on management practices for domestic sheep grazing on public land ranges shared with bighorn sheep"

- Look for opportunities for periodic rest in pastures and use areas during the nesting season (roughly April through July) to protect native cool season understory grasses, and protect ground nests.

- Grazing will be limited to 15 days or less in each pasture or use area during the growing season to prevent grazing of plant re-growth. This limitation may be modified as determined by the BLM Authorized Officer to accommodate the use of other grazing strategies as long as forage health does not decline.

- Grazing will be deferred on new vegetation treatments and rehabilitated burned areas to the extent necessary to comply with BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997).

- Seasonal utilization levels on palatable forage species should not exceed 50 percent unless required to meet specific range management objectives as identified in an environmental assessment, allotment management plan, or other activity plan.

- During any time of the year, livestock use shall not exceed an average of 30 percent on native woody vegetation in riparian areas unless required to meet specific range or riparian management objectives as identified in an environmental assessment, allotment management plan, or other activity plan.

- Implement rotational grazing strategies, which would rotate spring and fall grazing use between pastures or use areas to ensure pastures are not used during the same time period in any two consecutive years. Exceptions could be made to

accommodate, but are not limited to, grazing deferments associated with fire stabilization and rehabilitation or vegetation treatments.

- Grazing will be managed in a way that does not encourage the establishment or spread of weeds or other invasive plants and does not conflict with efforts to treat such weeds and invasive plants. In addition, livestock may be used where feasible as a tool to inhibit or stop the spread of noxious weeds. The placement of livestock nutritional supplements should be designed to improve livestock distribution and range management. Supplements must be at least 0.25-mile (or as far as practical) from permanent water sources.

- Develop rotational grazing strategies, incorporating rest, deferment, and/or other grazing methods to improve rangeland health. All developed strategies that are not during dormant periods should ensure livestock grazing does not occur in the same location during the same time period in any two consecutive years.

- The permittee is required to notify the BLM Rangeland Management Specialist prior to any surface-disturbing range project maintenance activity (e.g., fences, stock ponds, and spring developments) in any allotment (standard condition for all BLM allotments).

- Motorized access for livestock grazing operations will be limited to existing roads and routes, unless otherwise specified in the terms and conditions of the permit.

- Where possible, limit deposition of animal waste in and directly adjacent to water bodies, including protecting or repairing any existing exclusions providing additional water developments and developing new range improvements to discourage congregation near municipal water bodies

- Where necessary, enhance monitoring of resource conditions adjacent to municipal water bodies, and assess effectiveness of range improvements in protecting aquatic resources.

### References

BLM (US Department of the Interior, Bureau of Land Management). 1997. BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado. BLM, Colorado State Office, Lakewood, Colorado. February 3, 1997.

US Animal Health Association Joint Working Group (US Animal Health Association, Committee on Wildlife Diseases and Committee on Sheep and Goats). 2009. Recommendations on best management practices for domestic sheep grazing on public land ranges shared with bighorn sheep. October 2009.

## RECREATION AND VISITOR SERVICES

UFO recreation management relies heavily on community partnerships and employs the basic concept of the four E's: Engineering, Education, Enforcement, and Evaluation. Partnerships and the four E's provide an effective recreation management framework. The following SOPs and BMPs are categorized using that framework. The following SOPs and BMPs are arranged to correspond with those four general categories.

BLM_0167865

***Partnerships***
- Develop and maintain partnerships with recreation-based organizations and service providers. These partnerships should engage partners in the planning, implementation, and monitoring of recreation opportunities and facilities on BLM-administered lands.

- Administer Extensive Recreation Management Areas (ERMAs) and Special Recreation Management Areas (SRMAs) (and associated Recreation Management Zones [RMZs]) cooperatively through partnership agreements (example memorandum of understanding) between managing partners (e.g., recreation organizations and municipal governments) and the BLM UFO that outline administrative roles and responsibilities.

- Consider administering specific recreation facilities (e.g., campgrounds) cooperatively through partnership agreements with partner organizations or businesses.

- With community partners (local governments, recreation related businesses, clubs, and organizations), utilize community and visitor assessments to determine demand for regional recreation resources and opportunities.

- Develop and maintain partnerships with local and regional municipalities, recreation organizations, businesses, and other community partners to assist in the maintenance and enhancement of recreation routes, signs, facilities, and visitor services that help achieve recreation management objectives. Visitor use fees may be charged to support infrastructure and services (e.g., campgrounds, campsites, trailhead facilities, trail construction and maintenance, trail patrols, emergency medical services, law enforcement, maps, and information).

- Coordinate with adjoining public land management units (i.e., Dominguez-Escalante National Conservation Area, Gunnison Gorge National Conservation Area, BLM Grand Junction Field Office, BLM Moab Field Office, BLM Tres Rios Field Office, BLM Gunnison Field Office, Black Canyon National Park, US Bureau of Reclamation parcels, Colorado Parks and Wildlife parcels, and County and city parcels) to establish consistent recreation management actions.

***Recreation Facilities and Trails (Engineering)***
- Reroute or close trails that create resource damage and/or trespass on private property.

- For recreation facility development, utilize the BLM Guidelines for a Quality Built Environment manual (BLM 2010).

- Develop and maintain recreation visitor use data monitoring systems to track visitor use trends.

- Work with targeted recreation users and managing partners to protect and enhance targeted recreation opportunities in ERMAs and SRMAs.

- Work with partners (e.g., recreation organizations and municipal governments) to develop connectivity to adjoining urban trails to provide safe access to BLM-

BLM_0167866

administered lands, alternative transportation options, and improved recreational opportunities.

- In ERMAs, avoid management actions that attract or concentrate recreation use at sites of other authorized uses (e.g., camping near stock ponds.)

- In ERMAs, locate new recreation facility developments to mitigate recreation impacts on other resource uses and developments.

- In SRMAs, locate new developments for other resource uses to mitigate impacts to targeted recreation resources.

- Develop recreation facilities at primary access points that may include, but are not limited to, parking/staging areas that accommodate targeted users, vault toilets, informational kiosks, and shade shelters.

- Work with private landowners and recreationists to avoid trespass issues where public and private lands interface.

- Work with community partners and utility permit applicants to minimize the impact to recreation from utility developments in right-of-way corridors and/or Renewable Energy Emphasis areas (wind and solar) that overlap ERMAs and SRMAs.

- Utilize Recreation Management Guidelines to Meet Public Land Health Standards on BLM Lands in Colorado (BLM 2000).

- Utilize current BMPs and the Recreation Management Guidelines to Meet Public Land Health Standards on BLM Lands in Colorado (BLM 2000) to reduce or eliminate impacts from recreation to the other natural and cultural resources listed in the objective above. This appendix describes BMPs current at the time of the RMP. Implementation of management actions should be based on the most current BMPs.

- In areas managed for multiple activities, support cooperative efforts by recreation users and other stakeholders that develop strategies promoting compatible interactions between recreation users (e.g., multi-user/interdisciplinary working groups).

### Recreation Information and Education

- Provide clear, consistent, and standardized messaging to the public regarding recreation opportunities and regulations on BLM-administered lands. This messaging should be included in digital communications (e.g., websites and social media), print media (e.g., brochures and kiosk displays), signage, and personal contacts with recreation customers (e.g., office visits, phone calls, and field contacts).

- Utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (e.g., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about targeted recreation opportunities in ERMAs and SRMAs.

BLM_0167867

- Clearly identify primary access points to recreation areas both onsite (e.g., signs and developed recreation facilities) and offsite (e.g., digital and print media and recreation service providers.)

- In ERMAs, utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (e.g., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about other resource uses in the area and appropriate recreation behavior that mitigates impacts to operations and facilities of other resource uses.

- Work with cooperators and partners to provide visitor information and education resources that help achieve area recreation management objectives and the objectives of adjoining or overlapping designations (e.g., WSAs, lands with wilderness characteristics units, Areas of Critical Environmental Concern (ACECs), wildlife emphasis areas, and recreation management areas [RMAs]).

- Work with managing partners (e.g., local clubs, businesses, and municipalities) to develop appropriate marketing strategies and informational materials (e.g., maps and brochures) that help achieve specific recreation management objectives.

- Clearly identify RMA/RMZ boundaries using a variety of communication tools and/or barriers including, but not limited to, digital and/or print media, signs and/or fencing, and natural topographic features. Boundary identification strategies should generally employ the most practical, cost-effective, and least-obtrusive materials and methods that are still effective for attaining desired management results. For example, periodic boundary identification signs may be sufficient to contain use along portions of an RMZ boundary. If signing alone proves ineffective, fencing or other physical barriers can be installed.

- Promote the seven standard principles of Leave No Trace (www.lnt.org) outdoor ethics through print and electronic media and through personal communications with recreationists participating in non-motorized recreation activities on BLM-administered lands.

- Promote the principles of Tread Lightly (www.treadlightly.org) outdoor ethics, including the Respected Access campaign, through print and electronic media and through personal communications with recreationists participating in recreation activities on BLM- administered lands.

### Recreation Monitoring (Enforcement and Evaluation)

- Special recreation permits will contain noxious weed management stipulations (e.g., pre-event inventories to avoid infested areas; event management to avoid or isolate activities that could cause weed introduction or spread, monitoring, and treatment of infestations exacerbated by the activity; and other appropriate noxious weed management stipulations).

- Lands may be temporarily closed to other uses during recreation events performed under special recreation permit (e.g., equestrian endurance rides or motorcycle events).

BLM_0167868

- In SRMAs, monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five-year intervals or as funding allows. Monitor activity participation and recreation setting characteristics (RSCs) annually during the primary use season of mid-April through October.

- Manage recreation to minimize or prevent adverse effects to biological and cultural resources using the Recreation Guidelines to Meet Public Land Health Standards on BLM Lands in Colorado (BLM 2000).

- Ensure all recreation management actions in areas overlapping ACECs help protect the relevance and importance criteria of those ACECs. Conduct social and physical monitoring to determine if recreation use is consistent with specific ACEC goals, objectives, and resource protection measures. Promote stewardship of ACEC resources by providing opportunities for visitors to learn about those resources.

- Adapt specific recreation regulations (e.g., camping stay limits) if monitoring indicates that recreation use is causing unacceptable resource damage or is compromising achievement of recreation or other resource use objectives.

- Coordinate with partner groups to complete resource monitoring requirements.

### Special Recreation Management Areas

- In SRMAs, work with recreation users and other stakeholders to ensure protection of targeted activities, experiences, and outcomes.

### References

BLM (US Department of the Interior, Bureau of Land Management). 2000. Recreation Management Guidelines to Meet Public Land Health Standards on Bureau of Land Management Lands in Colorado. BLM, Colorado State Office, Lakewood, CO. Internet Web site: http://www.blm.gov/co/st/en/BLM_Information/ newsroom/2000/recguidefnr/guide_final.html.

_____. 2010. Guidelines for a Quality Built Environment, First Edition. December 2010.

## COMPREHENSIVE TRAILS AND TRAVEL MANAGEMENT

- Roads and trails (off-highway vehicle, horse, bicycle, and hiking) will avoid wetlands, and if avoidance is not possible will be designed and constructed in accordance with current best practices approved by the BLM (e.g., Technical Reference 2E22A68-NPS, Managing Off-highway Vehicle Trails in Wet, Unstable, and Sensitive Environments [Forest Service 2002]), or other related references.

- Establish trail management objectives. Trail management objectives (TMO's) describe the use and management of a trail which may include but not limited to the following:

  – The primary uses and vehicle types

  – Other allowable uses

  – The desired recreation experience: transportation road, recreation road, trail, loop trail, destination trail

BLM_0167869

- The intended difficulty level (this may change once the trail is finally located on the ground)

- Design guidelines including clearing width, tread width, and grades

- How the trail will be constructed: machine or hand built

- Maintenance frequency and methods

- Trail management such as open all year, seasonally closed for wildlife, closed during wet season

- Frequency of trail inspection and assessment

- Any specific resource concerns or issues associated with the trail including grazing allotment, wildlife, cultural sites, sensitive plant sites, water quality, and nearby residents

- Create loops and avoid dead end trails. All trails should begin and end at a trailhead or another trail. A well-planned stacked loop trail system offers recreationists a variety of trail options. Easier, shorter loops are arranged close to the trailhead, with longer, more challenging loops extending further beyond the trailhead. Occasionally, destination trails to a point of interest will require an out and back trail, but only if they cannot be reasonably incorporated into a loop.

- Identify control points and use them to guide trail design and layout. Control points are specific places or features that influence where the trail goes. Basic control points include the beginning and end of the trail, property boundaries, intersections, drainage crossings, locations for turns, and other trails.

  - Positive control points are places where you want users to visit, including scenic overlooks, historic sites, waterfalls, rock outcroppings, lakes, rivers and other natural features or points of interest. If the trail does not incorporate these features, users will likely create unsustainable social trails to get to them.

  - Negative control points are places you want users to avoid, such as low-lying wet areas, flat ground, extremely steep cross slopes or cliffs, unstable soils, environmentally sensitive areas, sensitive archaeological sites, safety hazards, and private property.

- Knowing these control points provides a design framework. Try to connect the positive control points while avoiding the negative control points.

- Locate trails in stable soils. Avoid clays, deep loam and soils that do not drain rapidly. Consider season of use and type of use. A trail on a south aspect will have greater usability and sustainability for winter use. The capabilities of motorized vehicles to function in wet/muddy conditions make it imperative to avoid unstable or poorly drained soils. Trails that are less likely to be used when wet may be located in less-desirable soils if necessary. In western Colorado's arid environment, the best soil conditions for trails are those with high rock content. Utilize slick rock for trail tread when possible.

BLM_0167870

- Avoid switchbacks. Switchbacks are difficult, time-consuming, and expensive to construct, and require regular maintenance. Users often cut them, causing avoidable impacts. Utilizing curvilinear design principles eliminates the need for most switchbacks. Climbing turns are easier to construct and maintain and utilize natural terrain features (benches, knolls, rock outcrops) to change the direction of a trail.

- Avoid ridge tops. Ridge tops are often primary transportation corridors for wildlife, and were often used by Native Americans as travel routes. Noise from ridge top trails is broadcast over a wide area. Locate trails on side hills, off ridge tops, using ridges and watersheds as natural sound barriers to isolate noise.

- Use vegetation and other natural features to conceal the trail and absorb noise. This can be difficult in a desert environment. Try to minimize the visual impact of the trail by following natural transitions in vegetation or soil type. A trail near the base of a slope or on rimrock is usually less visible than a mid-slope trail. Denser vegetation will hide a trail, lessen noise transmission, and can dissipate the energy of falling raindrops on the bare soil of the trail tread.

- Carefully design intersections to avoid safety problems. When locating a bicycle or motorized vehicle trail be aware of sighting distance and sight lines. Collisions can be avoided if riders can see each other. Avoid four way intersections. Offsetting the cross traffic helps reduce speeds and reduces the risk of collisions.

### References

Meyer, K.G. 2002. Managing Degraded Off-highway Vehicle Trails in Wet, Unstable, and Sensitive Environments. Technical Reference 2E22A68-NPS OHV Management. US Department of Agriculture, Forest Service, Technology and Development Program, Missoula, MT. October 2002. 56pp.

Recommended Standardized Trail Terminology for Use in Colorado, Colorado Outdoor Training Initiative (COTI). 2005

Great Trails: Providing Quality OHV Trails and Experiences, National Off-Highway Vehicle Conservation Council (NOHVCC). 2015

Managing Mountain Biking: IMBA's Guide to Providing Great Riding, International Mountain Bicycling Association (IMBA), 2007.

USDA Forest Service Technology and Development Program. Equestrian Design Guidebook for Trails, Trailheads, and Campgrounds. December 2007

## LANDS AND REALTY

Stipulations used in addition to ROW Guide Stipulations, as applicable, by UFO:

- For renewals of existing authorizations: The holder shall contact the BLM Authorized Officer at least two weeks prior to the anticipated start of any surface disturbing activities. It is the holder's responsibility to comply with all applicable Federal, State, and local laws and regulations existing or hereafter enacted or promulgated. In any event, prior to any surface disturbing activities, the holder shall

BLM_0167871

comply and demonstrate compliance in writing, i.e., with surveys and inventories completed by qualified individuals, with the following laws including, but not limited to, the Endangered Species Act (if potential habitat is determined to be present), the National Historic Preservation Act, and the Native American Graves Protection and Repatriation Act. Evaluations and inventories can be completed by BLM, or by the holder in order to meet the holder's schedule and subject to approval by the BLM Authorized Officer. The holder shall not initiate any surface disturbing activities on the right-of-way without prior written approval as determined necessary by the BLM Authorized Officer. Contact the Montrose Public Lands Office at (970) 240-5300.

- For Communication Sites: To avoid possible impacts to birds or bats, follow the most current version of the US Fish and Wildlife Service's Interim Guidelines on the Siting, Construction, Operation and Decommissioning of Communication Towers, available at the following Web site: http://www.fws.gov/migratorybirds/CurrentBirdIssues/Hazards/towers/comtow.html.

- For Powerlines: Unless otherwise agreed to by the BLM Authorized Officer in writing, powerlines shall be constructed in accordance to standards outlined in "Suggested Practices for Avian Protection on Powerlines: The State of the Art in 2006" (Avian Power Line Interaction Committee 2006) available at: http://www.aplic.org/SuggestedPractices2006(LR-2watermark).pdf). The holder shall assume the burden and expense of proving that pole designs not shown in the above publication are "eagle and raptor safe." Such proof shall be provided by a raptor expert approved by the BLM Authorized Officer. The BLM reserves the right to require modifications or additions to all powerline structures placed on this right-of-way, should they be necessary to ensure the safety of large perching birds. Such modifications and/or additions shall be made by the holder without liability or expense to the United States. All pole replacements will be brought up to this standard. For all maintenance activities that involve, but are not limited to, nest relocation or destruction, temporary possession, depredation, salvage/disposal, harassment, and scientific collection of raptors, the right-of-way holder shall provide the BLM with a copy of their current Migratory Bird Permit for those activities.

- For Water Wells:
  - If the holder has obtained well permits or groundwater rights pursuant to state water law procedures, those permits and/or rights will be abandoned or conveyed to the BLM Authorized Officer upon relinquishment or termination of this right-of-way grant.
  - The holder shall indemnify and hold the United States harmless from any and all liability or damages resulting from or otherwise related to human consumption of the water from the well authorized by this right-of-way grant.

- For Road Associations: The Holder shall participate in the formation of a user group association for the road. All new users would be required to join the association. The association's main purpose would be to ensure that all users would share in any proportionate costs and responsibilities including, but not limited to, road

maintenance required under the terms, conditions and stipulations of the right-of-way grant. The Holder shall participate in and cooperate with the development of a road maintenance agreement within the scope of the road users group association. The agreement shall be included in the association's charter or by-laws. A copy of the association's charter or by-laws shall be submitted to the BLM Authorized Officer.

### References

Avian Power Line Interaction Committee. 2006. Suggested Practices for Raptor Protection on Power Lines: The State of the Art in 1996. Edison Electric Institute, Avian Power Line Interaction Committee, and the California Energy Commission. Washington, DC, and Sacramento, CA.

## FLUID MINERALS

BMPs are adaptive state-of-the-art mitigation measures applied on a site-specific basis to reduce, prevent, or avoid adverse environmental or social impacts. Numerous BMPs for oil and gas development are also incorporated into the general oil and gas development requirements. These include minimizing the number and size of pads through use of multiple well designs and directional drilling; centralizing hydraulic fracturing and water management; minimizing road footprints; centralized support facilities such as tank batteries; collocating utilities and pipelines in common corridors and aligning them along roadways; and implementing intensive interim reclamation practices. The BLM encourages applicants to include in their proposals BMPs such as those identified. If not, BLM will likely require them. Actual BMPs proposed or required during the permitting process to mitigate impacts are expected to vary according to technologies and site-specific needs. BMPs will also be expected to change over the life of a project, being adaptively updated in response to monitoring and changing project conditions. Additional practices could be required or withdrawn, or modified in response to changing activities or future planning. Such adaptive changes to BMPs may generally be implemented without further review or land use planning, but will be analyzed during the NEPA analysis associated with the permitting process. Monitoring and adaptive management practices will help to refine and clarify needed BMPs, consistent with the goals and objectives of this plan.

### Geophysical Exploration

- If operations open an existing fence, temporary gates will be installed for use during the course of operations, or the fence will be immediately repaired. On completion of operations, fences will be restored to their original condition or better.

- When saturated soil conditions exist, activities on and off roads will be halted until soil dries or is frozen sufficiently for activities to proceed without undue damage and erosion.

- Off-highway vehicle travel will be limited to that necessary to complete the geophysical operations.

- Specialized low surface impact equipment (wide- or balloon-tired vehicles, all-terrain vehicles) or helicopters may be used for activities in off-road areas to protect fragile soils and or other resource values.

BLM_0167873

- Powder magazines will be located at least a mile from traveled roads, unless otherwise authorized after analysis or review. Loaded shot holes and charges will be attended at all times.

- Materials or equipment related to project activities (e.g., trash, flagging, lath) will be removed to an authorized disposal site.

- Project materials which could be a hazard to public health, safety or resource values will be stored in appropriate secondary containment. No oil or lubricants will be drained onto the ground surface.

- Pre-mobilization inspection will be performed to insure that all construction equipment and vehicles are clean and free of weeds, weed seed, soil and vegetative material prior to moving onto public lands. Driving through or parking on noxious weed infestations will be avoided.

- Topsoil stripping will include all growth medium present at a site, as indicated by color or texture. Stripping and storage depth may be specified during the onsite inspection. All stripped topsoil will be stored separately from subsoil or other excavated material and replaced prior to seedbed preparation. No topsoil will be stripped when soils are saturated or frozen below the stripping depth.

- Cleared vegetation smaller than four inches in diameter will be stockpiled, shredded, and salvaged with topsoil. Cleared vegetation larger than four inches in diameter will be removed from public land or shredded in place to be salvaged with topsoil. A wood cutting permit may be purchased from BLM.

- Shot-hole cuttings will be returned to the hole, or an alternative plan will be submitted for BLM approval.

**Reducing Fluid Mineral Development Footprint**
- The operator will co-locate multiple wells on well pads and use directional drilling to reduce the number of pads and roads.

- Pad placement, as practical, will be sensitive to natural resource protection. Surface disturbance will be minimized, especially near drainage features and on soils mapped as Mancos shale.

- To minimize construction disturbance, truck traffic, dust and other impacts to air quality, soils and wildlife, centralized production facilities will be used for all natural gas liquids and produced water.

- Utilities such as gas and water lines, power lines and roads will be located in common corridors where practicable.

- Telemetry will be used to remotely monitor producing wells to reduce vehicular traffic. During winter closures, unavoidable monitoring and or maintenance activities will be conducted between 9 a.m. and 3 p.m., to the extent practical.

**Administrative/General and Planning**
- Before activities take place, every pad, access road, or facility site will have an approved surface drainage plan for establishing positive management of surface

BLM_0167874

water drainage, to reduce erosion and sediment transport. The drainage plan will include adaptive BMPs, monitoring, maintenance and reporting. BMPs may include run-on/run-off controls such as surface pocking or revegetation, ditches or berms, basins, and other control methods to reduce erosion. Pre-construction drainage BMPs will be installed as appropriate.

- Before surface disturbance, agreements will be obtained with all existing rights-of-way holders, authorized users and pipeline operators affected by permitted activities. If Agreement cannot be reached, the operator will comply with the law or regulations.

- The BLM will be notified at least 48 hours before construction or reclamation and schedule a pre-construction meeting to facilitate implementation of plans.

- To limit surface disturbance, proposed roads and locations will consider the character of the topography and landform. Deep vertical cuts, long or steep fill slopes and side cuts across steep slopes will be avoided. Rights-of-way will be shared, and structures and facilities will be grouped.

- Project will use existing roads as much as possible. Roads will be designed, constructed and maintained to BLM standards (BLM 1985). All new roads and upgrades will be submitted to BLM for approval before construction.

- Drilling will be done with 'closed loop' systems as much as possible, particularly in areas where water resources are most vulnerable, including: soils mapped as alluvial, colluvial, and glacial deposits; near springs and perennial water sources; in important groundwater recharge areas; and within municipal watersheds.

- Chemicals used in the fracturing process will be biodegradable, non-toxic, pH neutral, residual free, non-corrosive, non-polluting and non-hazardous in the forms and concentrations being used. Documentation in the form of Material Safety Data Sheets will be reviewed by operator for compliance prior to use and Material Safety Data Sheets will remain on site at all times such chemicals are present.

- In municipal watersheds, the operator will develop and implement a Watershed Protection Plan. This plan will characterize baseline hydrologic and hydrogeologic conditions such as but not limited to: water chemistry, water quantity, groundwater flow patterns, connectivity between geologic formations, and communication between surface and groundwater. The operator will collaborate with all watershed stakeholders in development of the plan.

- Incorporate BMPs and conditions of approval from the Final Programmatic EIS for Geothermal Leasing in the Western US, as applicable (BLM 2008).

**Pre-Construction**
- Pre-mobilization inspections will be performed to be sure that all construction equipment and vehicles are clean and free of soils, weeds, weed seed and vegetative material prior to moving onto public lands. Driving through or parking on noxious weed infestations will be avoided.

BLM_0167875