hIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484-MSK

CITIZENS FOR A HEALTHY COMMUNITY,
*et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND
MANAGEMENT, *et al.*,

      Federal Respondents.

**FEDERAL RESPONDENTS' NOTICE OF CONTINUATION OF FILING
BLM'S ADMINISTRATIVE RECORD**

Federal Respondents United States Bureau of Land Management ("BLM") *et al.*, hereby give notice of filing additional portions of BLM's Administrative Record on the docket for the above-captioned case. Pursuant to the approved Joint Case Management Plan (ECF 20), on April 9, 2021, Federal Respondents lodged with the Court a flash drive containing BLM's Administrative Record for the above-captioned case (ECF 23). Court staff subsequently directed Respondents to file the Administrative Record electronically via CM/ECF. Respondents have filed the majority of the Administrative Record on the docket (ECF 24-78).

The Administrative Record, as previously submitted via flash drive, contains certain files that were produced in their native format due to the size and/or nature of the files. Thirty five total files were included on the Record in native format only. Those files were not

1

included in the initial upload to the docket due to their file type and/or size.  Respondents hereby give notice of uploading at this time thirty two of the Administrative Record files previously produced in native.  Given the size of some of these files, there will be multiple consecutive filings to accommodate CM/ECF file size limits.  Respondents will separately seek relief regarding filing the remaining three files on the docket.

Respondents previously served Petitioners with copies of the Administrative Record via electronic file transfer on April 9, 2021.

Respectfully submitted this 6th day of May, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Caitlin Cipicchio*
Caitlin Cipicchio
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M St. NE
Washington, DC 2002
(202) 305-0503
Email: caitlin.cipicchio@usdoj.gov

*Attorneys for Federal Respondents*