\\enrd-mgmt-201\litsupport\Database\NRSVOL3\Uncompahgre_90-1-4-16144\Production\20210406_1110416\VOL001\Natives\BLM_0002132.xlsx

| | Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature? | Desert Bighorn | | | | Rocky Mountain Bighorn | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Uncompahgre /Dominguez | Black Ridge | Middle Delores | Upper Delores | Black Canyon | Cow Creek/Wett. split? | S-54 Dillon Mesa/W. Elk | S-25 Snowmass West | S-26 Taylor River | S-13 Snowmass East |
| | **HOME RANGE DATA** | | | | | | | | | | | |
| 3.2.1 | Bighorn Sheep Telemetry Points | CPW Telemetry Points | n/a | TBD | n/a | n/a | n/a | n/a | n/a | 20 | n/a | n/a |
| 3.2.1 | Bighorn Sheep Observation Points | CPW Observation Points | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? |
| 3.2.1 | Bighorn Sheep GPS Points | CPW GPS Points | 12 | n/a | TBD | TBD | n/a | TBD | n/a | 13 | n/a | 7 |
| 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Overall Range?^ | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer |
| 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Overall Range?^ | Winter (same as summer) | Winter | Winter | Winter (same as summer) | n/a | Winter | Winter | Winter | Winter | Winter |
| 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range?^ | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall |
| | **FORAY DATA** | | | | | | | | | | | |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models? | n/a | n/a | n/a | n/a | Summer | Summer | Summer | Summer | Summer | Summer |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models? | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models? | Year-round | Year-round | Year-round | Year-round | n/a | n/a | n/a | n/a | n/a | n/a |
| 3.2.2 | Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| 4.4.1 | Ram & Ewe Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| | Ram & Ewe Distance Distribution File WINTER | N/A | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 4.5.1 | ADULT Herd Size | CPW 3-year average# | 120 | TBD | 42 | TBD | 30 | 204 | 125 | 51 | TBD | TBD |
| 4.5.1 | Herd Sex Ratio/Numbers of (Rams:Ewes) | CPW 3-year average | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| | Ram Ratio (for reference) | CPW 3-year average | 43.7:100 | TBD | 44.8:100 | TBD | 35:100 | 67.9:100 | 35:100 | 47.4:100 | TBD | TBD |
| 4.5.1 | Foray Probability SUMMER | | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| 4.5.1 | Foray Probability WINTER | N/A | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

**S=Summer**
**W=Winter**
***Normally, people use the default values from the ROC User Guide - at this point, use summer default values for everything**
****Still need connector habitat and non-habitat**
*****Unless Julie has local information for a better estimate**
**#these are post-hunt total herd estimates; need to modify to reflect adults only**
**##Default to Rocky Mountain Summer unless CPW has distance estimates for DBHS**
**^Need each population named, or use multi-part polygon for all six; also need to make sure that each record is one sheep only**

**Would be critical to look at points independently and then overlay with CHHR**
**Need to verify data with local biologists!**