| | | Desert Bighorn | | | | | | Rocky Mountain Bighorn | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bighorn Sheep RoC Tool v2 Nomenclature** | **CPW Nomenclature** | Uncompahgre/ Dominguez | Black Ridge | DAU=60 | Middle Dolores | Upper Dolores | DAU=61 | Black Canyon | Cow Creek/Wetterhorn | Lake Fork/Pole Mountain | DAU=21 |
| **HOME RANGE DATA** | **Game Management Unit** | S62 | S56 | S62/S56 | S63 | S64 | S63/S64 | S80 | S21 | S33 | S21/S33 |
| 3.2.1 Bighorn Sheep Telemetry Points used to inform CHHR polygon | CPW Telemetry Points | n/a | Yes | | n/a | n/a | | n/a | n/a | n/a | |
| 3.2.1 Bighorn Sheep Observation Points used to inform CHHR polygon | CPW Observation Points | Yes | Yes | | Yes | Yes | | ? | Yes | Yes | |
| 3.2.1 Bighorn Sheep GPS Points used to inform CHHR polygon | CPW GPS Points | 12 | n/a | | Yes | Yes | | n/a | Yes | Yes | |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Summer Range | Summer | Summer | | Summer | Summer | | Summer | Summer | Summer | |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Winter Range | Winter | Winter | | Winter | Winter | | n/a | Winter | Winter | |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range | Overall | Overall | **Overall** | Overall | Overall | **Overall** | **Overall** | Overall | Overall | **Overall** |
| **FORAY DATA** | | | | | | | | | | | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models? | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **Summer** | Summer | Summer | **Summer** |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models? | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **n/a** | n/a | n/a | **n/a** |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models? | Year-round | Year-round | **Year-round** | Year-round | Year-round | **Year-round** | n/a | n/a | n/a | **n/a** |
| 3.2.2 Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** | Default Values | Default Values | **Default Values** |
| 4.4.1 Ram & Ewe Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** |
| Ram & Ewe Distance Distribution File WINTER | N/A | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **n/a** | n/a | n/a | **n/a** |
| 4.5.1 ADULT Herd Size | CPW 3-year average# | 120 | 150 | **270** | 42 | 92 | **134** | **30** | 204 | 100 | **304** |
| 4.5.1 Herd Sex Ratio/Numbers of (Rams:Ewes) | CPW 3-year average | 36:84 | 56:94 | **95:175** | 13:29 | 31:61 | **44:90** | **8:22** | 82:122 | 44:56 | **126:178** |
| Ram Ratio (for reference) | CPW 3-year average | 43.7:100 | 60:100 | 54.4:100 | 44.8:100 | 50:100 | 48.9:100 | 35:100 | 67.9:100 | 67.9:100 | 67.9:100 |
| 4.5.1 Foray Probability SUMMER | | Summer Default Values | Summer Default Values | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** |
| 4.5.1 Foray Probability WINTER | N/A | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **n/a** | n/a | n/a | |

Use BOLD typeface at DAU or GMU level (DAU is used when polygons are connected and movement connection is known, otherwise GMU is used

CHHR typically equals CPW Overall polygon; specific seasonal polygons are only used when specific AND complete knowledge is possessed.

*Normally, people use the default values from the ROC User Guide - at this point, use summer default values for everything
**Still need connector habitat and non-habitat

##Default to Rocky Mountain Summer unless CPW has distance estimates for DBHS

Would be critical to look at points independently and then overlay with CHHR
Need to verify data with local biologists!

| Bighorn Sheep RoC Tool v2 Nomenclature | | CPW Nomenclature | Dillon Mesa/W. Elk | Snowmass West | Snowmass East | Taylor River | Fossil Ridge | DAU=23 | Lower Lake Fork | Main Canyon | Battlement Mesa | West Needles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **HOME RANGE DATA** | **Game Management Unit** | **S54** | **S25** | **S13** | **S26** | **S71** | **S26/S71** | **S81** | **S75** | **S24** | **S71** |
| 3.2.1 | Bighorn Sheep Telemetry Points used to inform CHHR polygon | CPW Telemetry Points | n/a | 20 | n/a | n/a | n/a | | n/a | n/a | n/a | Yes |
| 3.2.1 | Bighorn Sheep Observation Points used to inform CHHR polygon | CPW Observation Points | Yes | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | Yes |
| 3.2.1 | Bighorn Sheep GPS Points used to inform CHHR polygon | CPW GPS Points | n/a | 13 | 7 | n/a | n/a | | n/a | n/a | n/a | No |
| 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Summer Range | Merged Summer/Winter | Summer | Summer Refinement | Summer | Summer | Summer | Summer | Summer | Summer | Summer |
| 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Winter Range | Merged Summer/Winter | Winter | Winter | Winter | Winter | Winter | Winter | Winter | Winter | Winter |
| 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range | **Overall** | **Overall** | **Overall** | Overall | Overall | **Overall** | **Overall** | **Overall** | **Overall** | **Overall** |
| | **FORAY DATA** | | | | | | | | | | | |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models? | **Summer** | **Summer** | **Summer** | Summer | Summer | Summer | Summer | **Summer** | **Summer** | **Summer** |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models? | **n/a** | **n/a** | **n/a** | n/a | n/a | n/a | n/a | **n/a** | **n/a** | **n/a** |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models? | **n/a** | **n/a** | **n/a** | n/a | n/a | n/a | n/a | **n/a** | **n/a** | **n/a** |
| 3.2.2 | Habitat Preference Raster Layer (Relative Preference)* | N/A | **Default Values** | **Default Values** | **Default Values** | Default Values | Default Values | Default Values | Default Values | **Default Values** | **Default Values** | **Default Values** |
| 4.4.1 | Ram & Ewe Distance Distribution File SUMMER | N/A | **Summer Default Values** | **Summer Default Values** | **Summer Default Values** | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** | **Summer Default Values** |
| 4.4.1 | Ram & Ewe Distance Distribution File WINTER | N/A | **n/a** | **n/a** | **n/a** | n/a | n/a | n/a | n/a | **n/a** | **n/a** | **n/a** |
| 4.5.1 | ADULT Herd Size | CPW 3-year average# | **90** | **51** | **60** | 30 | 25 | **50** | **10** | **45** | **55** | **45** |
| 4.5.1 | Herd Sex Ratio/Numbers of (Rams:Ewes) | CPW 3-year average | **28:62** | **16:35** | **20:40** | 13 | 5 | **20** | **4:6** | **10:35** | **16:39** | **15:30** |
| | Ram Ratio (for reference) | CPW 3-year average | 45:100 | 47.4:100 | 50:100 | 76:100 | 25:100 | 67:100 | 40:100 | 30:100 | 40:100 | 50:100 |
| 4.5.1 | Foray Probability SUMMER | | **Summer Default Values** | **Summer Default Values** | **Summer Default Values** | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | **Default Values** | **Default Values** |
| 4.5.1 | Foray Probability WINTER | N/A | **n/a** | **n/a** | **n/a** | n/a | n/a | n/a | n/a | **n/a** | **n/a** | **n/a** |

Use **BOLD** typeface at DAU or GMU level (DAU is used when polygons are connected and movement connection is known, otherwise GMU is used

**CHHR typically equals CPW Overall polygon; specific seasonal polygons are only used when specific AND complete knowledge is possessed.**

*Normally, people use the default values from the ROC User Guide
**Still need connector habitat and non-habitat

##Default to Rocky Mountain Summer unless CPW has distance

Would be critical to look at points independently and then overlay
**Need to verify data with local biologists!**