| | | Desert Bighorn | | | | | | Rocky Mountain Bighorn | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bighorn Sheep RoC Tool v2 Nomenclature** | **CPW Nomenclature** | Uncompahgre/ Dominguez | Black Ridge | **DAU=60** | Middle Dolores | Upper Dolores | **DAU=61** | Black Canyon | Cow Creek/Wetterhorn | Lake Fork/Pole Mountain | **DAU=21** | Dillon Mesa/W. Elk | Snowmass West | Snowmass East |
| **HOME RANGE DATA** | **Game Management Unit** | **S62** | **S56** | **S62/S56** | **S63** | **S64** | **S63/S64** | **S80** | **S21** | **S33** | **S21/S33** | **S54** | **S25** | **S13** |
| 3.2.1 Bighorn Sheep Telemetry Points used to inform CHHR polygon | CPW Telemetry Points | n/a | Yes | | n/a | n/a | | n/a | n/a | n/a | | n/a | 20 | n/a |
| 3.2.1 Bighorn Sheep Observation Points used to inform CHHR polygon | CPW Observation Points | Yes | Yes | | Yes | Yes | | ? | Yes | Yes | | Yes | Yes | Yes |
| 3.2.1 Bighorn Sheep GPS Points used to inform CHHR polygon | CPW GPS Points | 12 | n/a | | Yes | Yes | | n/a | Yes | Yes | | n/a | 13 | 7 |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Summer Range | Summer | Summer | | Summer | Summer | | Summer | Summer | Summer | Merged Summer/Winter | Summer | Summer Refinement |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Winter Range | Winter | Winter | | Winter | Winter | | n/a | Winter | Winter | Merged Summer/Winter | Winter | Winter |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range | Overall | Overall | **Overall** | Overall | Overall | **Overall** | **Overall** | Overall | Overall | **Overall** | **Overall** | **Overall** | **Overall** |
| **FORAY DATA** | | | | | | | | | | | | | | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models? | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **Summer** | Summer | Summer | **Summer** | **Summer** | **Summer** | **Summer** |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models? | n/a | n/a | **n/a** | n/a | n/a | **n/a** | n/a | n/a | n/a | **n/a** | **n/a** | **n/a** | **n/a** |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models? | Year-round | Year-round | **Year-round** | Year-round | Year-round | **Year-round** | n/a | n/a | n/a | **n/a** | **n/a** | **n/a** | **n/a** |
| 3.2.2 Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** | **Default Values** | **Default Values** |
| 4.4.1 Ram & Ewe Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** | **Summer Default Values** | **Summer Default Values** |
| 4.5.1 Ram & Ewe Distance Distribution File WINTER | N/A | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **n/a** | n/a | n/a | **n/a** | **n/a** | **n/a** | **n/a** |
| 4.5.1 ADULT Herd Size | CPW 3-year average# | 120 | 150 | **270** | 42 | 92 | **134** | **30** | 204 | 100 | **304** | **90** | **51** | **60** |
| 4.5.1 Herd Sex Ratio/Numbers of (Rams:Ewes) | CPW 3-year average | 36:84 | 56:94 | **93:177** | 13:29 | 31:61 | **44:90** | **8:22** | 82:122 | 44:56 | **126:178** | **28:62** | **16:35** | **20:40** |
| Ram Ratio (for reference) | CPW 3-year average | 43.7:100 | 60:100 | 52.8:100 | 44.8:100 | 50:100 | 48.4:100 | 35:100 | 67.9:100 | 67.9:100 | 67.9:100 | 45:100 | 47.4:100 | 50:100 |
| 4.5.1 Foray Probability SUMMER | | Summer Default Values | Summer Default Values | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** | **Summer Default Values** | **Summer Default Values** |
| 4.5.1 Foray Probability WINTER | N/A | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **n/a** | n/a | n/a | **n/a** | **n/a** | **n/a** | **n/a** |

**Use BOLD typeface at DAU or GMU level (DAU is used when polygons are connected and movement connection is known, otherwise GMU is used**

**CHHR typically equals CPW Overall polygon; specific seasonal polygons are only used when specific AND complete knowledge is possessed.**

*Normally, people use the default values from the ROC User Guide - at this point, use summer default values for everything
**Still need connector habitat and non-habitat

##Default to Rocky Mountain Summer unless CPW has distance estimates for DBHS

Would be critical to look at points independently and then overlay with CHHR
**Need to verify data with local biologists!**

| | Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature | Taylor River | Fossil Ridge | DAU=23 | Lower Lake Fork | Main Canyon | Battlement Mesa |
|---|---|---|---|---|---|---|---|---|
| | HOME RANGE DATA | Game Management Unit | S26 | S71 | S26/S71 | S81 | S75 | S24 |
| 3.2.1 | Bighorn Sheep Telemetry Points used to inform CHHR polygon | CPW Telemetry Points | n/a | n/a | | n/a | n/a | n/a |
| 3.2.1 | Bighorn Sheep Observation Points used to inform CHHR polygon | CPW Observation Points | Yes | Yes | | Yes | Yes | Yes |
| 3.2.1 | Bighorn Sheep GPS Points used to inform CHHR polygon | CPW GPS Points | n/a | n/a | | n/a | n/a | n/a |
| 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Summer Range | Summer | Summer | Summer | Summer | Summer | Summer |
| 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Winter Range | Winter | Winter | Winter | Winter | Winter | Winter |
| 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range | Overall | Overall | **Overall** | Overall | Overall | Overall |
| | FORAY DATA | | | | | | | |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models? | Summer | Summer | Summer | Summer | **Summer** | **Summer** |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models? | n/a | n/a | n/a | n/a | **n/a** | **n/a** |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models? | n/a | n/a | n/a | n/a | **n/a** | **n/a** |
| 3.2.2 | Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | Default Values | Default Values | **Default Values** | **Default Values** |
| 4.4.1 | Ram & Ewe Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** |
| | Ram & Ewe Distance Distribution File WINTER | N/A | n/a | n/a | n/a | n/a | **n/a** | **n/a** |
| 4.5.1 | ADULT Herd Size | CPW 3-year average# | 30 | 25 | **50** | 10 | 45 | 55 |
| 4.5.1 | Herd Sex Ratio/Numbers of (Rams:Ewes) | CPW 3-year average | 13 | 5 | **20** | **4:6** | **10:35** | **16:39** |
| | Ram Ratio (for reference) | CPW 3-year average | 76:100 | 25:100 | 67:100 | 40:100 | 30:100 | 40:100 |
| 4.5.1 | Foray Probability SUMMER | | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Default Values |
| 4.5.1 | Foray Probability WINTER | N/A | n/a | n/a | n/a | n/a | **n/a** | **n/a** |

Use BOLD typeface at DAU or GMU level (DAU is used when polygons are connected and movement connection is known, otherwise GMU is used

CHHR typically equals CPW Overall polygon; specific seasonal polygons are only used when specific AND complete knowledge is possessed.

*Normally, people use the default values from the ROC User Gui
**Still need connector habitat and non-habitat

##Default to Rocky Mountain Summer unless CPW has distance

Would be critical to look at points independently and then overlay
Need to verify data with local biologists!