| Bill Admin Office Cd10 | Bill Office Name | Bill Allot Admin State Cd | Bill Allotment Number_ | Bill Allotment Number | Bill Allotment Name | Fee Year | Billed AUMs | Report Date | Receipts with Grazing Fee $1.69/AUM |
|---|---|---|---|---|---|---|---|---|---|
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14008 | CO14008 | 25 MESA - NORTH | 2016 | 268 | 02/09/18 | $ 452.92 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05027 | CO05027 | ADOBE | 2016 | 24 | 02/09/18 | $ 40.56 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 17253 | CO17253 | ALDER CREEK | 2016 | 10 | 02/09/18 | $ 16.90 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14017 | CO14017 | ALKALI FLATS | 2016 | 302 | 02/09/18 | $ 510.38 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05050 | CO05050 | ALLEN RESERVOIR | 2016 | 39 | 02/09/18 | $ 65.91 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14525 | CO14525 | ANTHRACITE CREEK | 2016 | 92 | 02/09/18 | $ 155.48 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14551 | CO14551 | ASPEN DITCH | 2016 | 57 | 02/09/18 | $ 96.33 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 07303 | CO07303 | BARKELEW DRAW COMMON | 2016 | 471 | 02/09/18 | $ 795.99 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05522 | CO05522 | BEAVER HILL | 2016 | 81 | 02/09/18 | $ 136.89 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14013 | CO14013 | BEN LOWE | 2016 | 87 | 02/09/18 | $ 147.03 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 07207 | CO07207 | BIG BEAR CREEK | 2016 | 20 | 02/09/18 | $ 33.80 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 17061 | CO17061 | BIG BUCKTAIL | 2016 | 99 | 02/09/18 | $ 167.31 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05044 | CO05044 | BIG PASTURE | 2016 | 5 | 02/09/18 | $ 8.45 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05045 | CO05045 | BLACK BULLET | 2016 | 7 | 02/09/18 | $ 11.83 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 07219 | CO07219 | BOLINGER DITCH | 2016 | 8 | 02/09/18 | $ 13.52 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 07235 | CO07235 | BRAMIER DRAW | 2016 | 20 | 02/09/18 | $ 33.80 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 07232 | CO07232 | BUCK | 2016 | 38 | 02/09/18 | $ 64.22 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 17033 | CO17033 | BUCKEYE | 2016 | 26 | 02/09/18 | $ 43.94 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14012 | CO14012 | CANAL | 2016 | 427 | 02/09/18 | $ 721.63 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 17100 | CO17100 | CARPENTER RIDGE | 2016 | 154 | 02/09/18 | $ 260.26 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05570 | CO05570 | CEDAR | 2016 | 31 | 02/09/18 | $ 52.39 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05535 | CO05535 | CEDAR CREEK | 2016 | 6 | 02/09/18 | $ 10.14 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05012 | CO05012 | CEDAR POINT | 2016 | 21 | 02/09/18 | $ 35.49 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05528 | CO05528 | CHAFFEE GULCH | 2016 | 106 | 02/09/18 | $ 179.14 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 17107 | CO17107 | COAL CANYON | 2016 | 61 | 02/09/18 | $ 103.09 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14517 | CO14517 | COAL GULCH | 2016 | 241 | 02/09/18 | $ 407.29 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 17027 | CO17027 | COKE OVENS | 2016 | 223 | 02/09/18 | $ 376.87 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05043 | CO05043 | COLLINS | 2016 | 10 | 02/09/18 | $ 16.90 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 07222 | CO07222 | COVENTRY | 2016 | 70 | 02/09/18 | $ 118.30 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05566 | CO05566 | COW CREEK | 2016 | 73 | 02/09/18 | $ 123.37 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05018 | CO05018 | CRAWFORD RESERVOIR | 2016 | 7 | 02/09/18 | $ 11.83 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05506 | CO05506 | CUSHMAN | 2016 | 314 | 02/09/18 | $ 530.66 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05518 | CO05518 | DAVE WOOD ROAD | 2016 | 94 | 02/09/18 | $ 158.86 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14524 | CO14524 | DEEP CREEK | 2016 | 3 | 02/09/18 | $ 5.07 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14019 | CO14019 | DEER BASIN-MIDWAY | 2016 | 410 | 02/09/18 | $ 692.90 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 03277 | CO03277 | DELTA PIPELINE | 2016 | 290 | 02/09/18 | $ 490.10 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14023 | CO14023 | DIRTY GEORGE | 2016 | 78 | 02/09/18 | $ 131.82 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 17042 | CO17042 | DOBY CANYON | 2016 | 12 | 02/09/18 | $ 20.28 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 17004 | CO17004 | DOLORES CANYON | 2016 | 150 | 02/09/18 | $ 253.50 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05028 | CO05028 | DOUG CREEK | 2016 | 51 | 02/09/18 | $ 86.19 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05541 | CO05541 | DOWNING | 2016 | 27 | 02/09/18 | $ 45.63 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05537 | CO05537 | DRY CEDAR | 2016 | 224 | 02/09/18 | $ 378.56 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14549 | CO14549 | DRY CREEK | 2016 | 133 | 02/09/18 | $ 224.77 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05513 | CO05513 | DRY CREEK BASIN | 2016 | 128 | 02/09/18 | $ 216.32 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05525 | CO05525 | DRY CREEK PLACE | 2016 | 17 | 02/09/18 | $ 28.73 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05540 | CO05540 | DRY GULCH | 2016 | 180 | 02/09/18 | $ 304.20 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 07300 | CO07300 | DRY PARK | 2016 | 531 | 02/09/18 | $ 897.39 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05514 | CO05514 | EAST FK. DRY CREEK | 2016 | 11 | 02/09/18 | $ 18.59 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05041 | CO05041 | EAST GOULD RESERVOIR | 2016 | 20 | 02/09/18 | $ 33.80 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 17101 | CO17101 | EAST PARADOX COMMON | 2016 | 1,127 | 02/09/18 | $ 1,904.63 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14512 | CO14512 | EAST ROATCAP | 2016 | 58 | 02/09/18 | $ 98.02 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 17213 | CO17213 | FAR AWAY ALLOTMENT | 2016 | 15 | 02/09/18 | $ 25.35 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 17078 | CO17078 | FEEDLOT | 2016 | 7 | 02/09/18 | $ 11.83 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14508 | CO14508 | FIRE MOUNTAIN CANAL | 2016 | 4 | 02/09/18 | $ 6.76 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05501 | CO05501 | FLATIRON | 2016 | 92 | 02/09/18 | $ 155.48 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05512 | CO05512 | FRANKLIN MESA | 2016 | 121 | 02/09/18 | $ 204.49 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 07063 | CO07063 | GRAVEL PIT | 2016 | 6 | 02/09/18 | $ 10.14 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05503 | CO05503 | GREEN | 2016 | 28 | 02/09/18 | $ 47.32 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05569 | CO05569 | HAIRPIN | 2016 | 14 | 02/09/18 | $ 23.66 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 07209 | CO07209 | HAMILTON MESA | 2016 | 26 | 02/09/18 | $ 43.94 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05549 | CO05549 | HIGH PARK | 2016 | 60 | 02/09/18 | $ 101.40 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05521 | CO05521 | HIGHWAY 90 | 2016 | 169 | 02/09/18 | $ 285.61 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 05562 | CO05562 | HILLSIDE | 2016 | 40 | 02/09/18 | $ 67.60 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 07201 | CO07201 | HOME RANCH | 2016 | 27 | 02/09/18 | $ 45.63 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 07301 | CO07301 | HORSEFLY | 2016 | 49 | 02/09/18 | $ 82.81 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 07076 | CO07076 | HOUSER | 2016 | 51 | 02/09/18 | $ 86.19 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14516 | CO14516 | HUBBARD CREEK | 2016 | 45 | 02/09/18 | $ 76.05 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14014 | CO14014 | JOKER | 2016 | 46 | 02/09/18 | $ 77.74 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14527 | CO14527 | JUMBO MOUNTAIN | 2016 | 73 | 02/09/18 | $ 123.37 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 14505 | CO14505 | JUNIPER KNOB | 2016 | 2 | 02/09/18 | $ 3.38 |
| LLCOS0500 | UNCOMPAHGRE FC | CO | 17011 | CO17011 | LA SAL CREEK | 2016 | 139 | 02/09/18 | $ 234.91 |

| Account | Office | Pasture | Allotment | Name | Year | AUMs | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| LLCOS0500 | UNCOMPAHGRE FC CO | 07075 | CO07075 | LAVENDER | 2016 | 28 | 02/09/18 | $ 47.32 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14011 | CO14011 | LEE BENCH | 2016 | 40 | 02/09/18 | $ 67.60 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17003 | CO17003 | LEE LANDS | 2016 | 70 | 02/09/18 | $ 118.30 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17024 | CO17024 | LILLYLANDS - WEST | 2016 | 224 | 02/09/18 | $ 378.56 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17012 | CO17012 | LION CANYON | 2016 | 14 | 02/09/18 | $ 23.66 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17044 | CO17044 | LION CREEK BASIN | 2016 | 350 | 02/09/18 | $ 591.50 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07223 | CO07223 | LITTLE BALDY | 2016 | 175 | 02/09/18 | $ 295.75 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07210 | CO07210 | LITTLE MAVERICK DRAW | 2016 | 30 | 02/09/18 | $ 50.70 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05529 | CO05529 | LOG HILL | 2016 | 189 | 02/09/18 | $ 319.41 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07234 | CO07234 | LOWER HAMILTON | 2016 | 25 | 02/09/18 | $ 42.25 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05520 | CO05520 | LOWER HORSEFLY COMBINED | 2016 | 133 | 02/09/18 | $ 224.77 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07213 | CO07213 | LOWER PINION | 2016 | 3 | 02/09/18 | $ 5.07 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05000 | CO05000 | LOWER ROUBIDEAU CYN. | 2016 | 31 | 02/09/18 | $ 52.39 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17018 | CO17018 | MAVERICK DRAW ALLOT | 2016 | 73 | 02/09/18 | $ 123.37 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14532 | CO14532 | MCDONALD CREEK | 2016 | 108 | 02/09/18 | $ 182.52 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17014 | CO17014 | MESA CREEK CRMP | 2016 | 1,658 | 02/09/18 | $ 2,802.02 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07233 | CO07233 | MIDDLE HAMILTON LSE. | 2016 | 74 | 02/09/18 | $ 125.06 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05563 | CO05563 | MOONSHINE PARK | 2016 | 7 | 02/09/18 | $ 11.83 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07230 | CO07230 | MUD SPRINGS | 2016 | 142 | 02/09/18 | $ 239.98 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14519 | CO14519 | MUDDY CREEK | 2016 | 16 | 02/09/18 | $ 27.04 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07203 | CO07203 | NATURITA CANYON | 2016 | 27 | 02/09/18 | $ 45.63 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17035 | CO17035 | NATURITA RIDGE | 2016 | 301 | 02/09/18 | $ 508.69 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14542 | CO14542 | NEEDLE ROCK | 2016 | 8 | 02/09/18 | $ 13.52 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17023 | CO17023 | NORTH WICKSON DRAW | 2016 | 13 | 02/09/18 | $ 21.97 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07218 | CO07218 | NORWOOD HILL ALLOT. | 2016 | 9 | 02/09/18 | $ 15.21 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17082 | CO17082 | NYSWANGER | 2016 | 43 | 02/09/18 | $ 72.67 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07225 | CO07225 | OAK HILL | 2016 | 5 | 02/09/18 | $ 8.45 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14528 | CO14528 | OAK RIDGE COMMON | 2016 | 353 | 02/09/18 | $ 596.57 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14511 | CO14511 | OVERLAND | 2016 | 30 | 02/09/18 | $ 50.70 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17030 | CO17030 | PARK | 2016 | 56 | 02/09/18 | $ 94.64 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17062 | CO17062 | PARKWAY | 2016 | 34 | 02/09/18 | $ 57.46 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05516 | CO05516 | PINEY ALLOTMENT | 2016 | 324 | 02/09/18 | $ 547.56 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05507 | CO05507 | PIPELINE | 2016 | 244 | 02/09/18 | $ 412.36 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17085 | CO17085 | POCKET | 2016 | 8 | 02/09/18 | $ 13.52 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14021 | CO14021 | POINT CREEK | 2016 | 26 | 02/09/18 | $ 43.94 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14531 | CO14531 | POPP RANCH | 2016 | 11 | 02/09/18 | $ 18.59 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 02660 | CO02660 | RADIO TOWER | 2016 | 14 | 02/09/18 | $ 23.66 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05034 | CO05034 | RAWHIDE - COFFEE POT | 2016 | 42 | 02/09/18 | $ 70.98 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17021 | CO17021 | RAWLINGS ALLOTMENT | 2016 | 18 | 02/09/18 | $ 30.42 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 03298 | CO03298 | RAY (WRAY) MESA (17048) | 2016 | 375 | 02/09/18 | $ 633.75 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07227 | CO07227 | REDVALE | 2016 | 20 | 02/09/18 | $ 33.80 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14530 | CO14530 | REYNOLDS/MCDONALD | 2016 | 446 | 02/09/18 | $ 753.74 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05051 | CO05051 | RIM ROCK ALLOTMENT | 2016 | 1 | 02/09/18 | $ 1.69 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17079 | CO17079 | RIVER | 2016 | 11 | 02/09/18 | $ 18.59 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07200 | CO07200 | RIVER ALLOTMENT | 2016 | 117 | 02/09/18 | $ 197.73 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05504 | CO05504 | ROATCAP | 2016 | 126 | 02/09/18 | $ 212.94 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14507 | CO14507 | ROATCAP-JAY CREEK | 2016 | 181 | 02/09/18 | $ 305.89 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17020 | CO17020 | ROC CREEK ALLOTMENT | 2016 | 28 | 02/09/18 | $ 47.32 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17080 | CO17080 | ROWHER CANYON | 2016 | 17 | 02/09/18 | $ 28.73 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05502 | CO05502 | SANDY WASH | 2016 | 184 | 02/09/18 | $ 310.96 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17032 | CO17032 | SAWTOOTH | 2016 | 488 | 02/09/18 | $ 824.72 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17105 | CO17105 | SECOND PARK | 2016 | 40 | 02/09/18 | $ 67.60 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14547 | CO14547 | SECTION 35 | 2016 | 22 | 02/09/18 | $ 37.18 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05003 | CO05003 | SELIG CANAL | 2016 | 37 | 02/09/18 | $ 62.53 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05511 | CO05511 | SHAVANO MESA | 2016 | 160 | 02/09/18 | $ 270.40 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05534 | CO05534 | SHINN PARK/SOUTH CANAL | 2016 | 237 | 02/09/18 | $ 400.53 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05547 | CO05547 | SLAGLE PASS | 2016 | 30 | 02/09/18 | $ 50.70 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05049 | CO05049 | SMITH FORK | 2016 | 6 | 02/09/18 | $ 10.14 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14004 | CO14004 | SOUTH BRANCH | 2016 | 101 | 02/09/18 | $ 170.69 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14548 | CO14548 | SOUTH DRY CREEK | 2016 | 50 | 02/09/18 | $ 84.50 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14534 | CO14534 | SOUTH OF TOWN | 2016 | 105 | 02/09/18 | $ 177.45 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05515 | CO05515 | SOUTH PINEY | 2016 | 32 | 02/09/18 | $ 54.08 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05517 | CO05517 | SPRING CREEK | 2016 | 47 | 02/09/18 | $ 79.43 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05029 | CO05029 | SPRING GULCH | 2016 | 62 | 02/09/18 | $ 104.78 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14513 | CO14513 | STEVENS GULCH COMMON | 2016 | 69 | 02/09/18 | $ 116.61 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14503 | CO14503 | STINGLEY GULCH | 2016 | 97 | 02/09/18 | $ 163.93 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14521 | CO14521 | STOCK DRIVEWAY | 2016 | 32 | 02/09/18 | $ 54.08 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17102 | CO17102 | SUNRISE GULCH | 2016 | 29 | 02/09/18 | $ 49.01 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17081 | CO17081 | SWAIN BENCH | 2016 | 12 | 02/09/18 | $ 20.28 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17031 | CO17031 | TABEGUACHE CREEK | 2016 | 620 | 02/09/18 | $ 1,047.80 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07228 | CO07228 | TAYLOR | 2016 | 36 | 02/09/18 | $ 60.84 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05555 | CO05555 | TAYLOR DRAW | 2016 | 18 | 02/09/18 | $ 30.42 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17103 | CO17103 | THIRD PARK COMMON | 2016 | 490 | 02/09/18 | $ 828.10 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05530 | CO05530 | TINKLER ALLOTMENT | 2016 | 21 | 02/09/18 | $ 35.49 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05505 | CO05505 | TRANSFER ROAD | 2016 | 110 | 02/09/18 | $ 185.90 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LLCOS0500 | UNCOMPAHGRE FC CO | 17106 | CO17106 | TUTTLE DRAW | 2016 | 39 | 02/09/18 | $ 65.91 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07008 | CO07008 | TWENTY-FIVE MESA-SO. | 2016 | 155 | 02/09/18 | $ 261.95 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07302 | CO07302 | UNCOMPAHGRE | 2016 | 58 | 02/09/18 | $ 98.02 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07007 | CO07007 | UNCOMPAHGRE BENCH | 2016 | 161 | 02/09/18 | $ 272.09 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07208 | CO07208 | UPPER MAILBOX ALLOT | 2016 | 109 | 02/09/18 | $ 184.21 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07202 | CO07202 | UPPER MAVERICK DRAW | 2016 | 6 | 02/09/18 | $ 10.14 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05007 | CO05007 | UPPER PEACH VALLEY | 2016 | 161 | 02/09/18 | $ 272.09 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14514 | CO14514 | UPPER TERROR CREEK | 2016 | 25 | 02/09/18 | $ 42.25 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14025 | CO14025 | WARD CR. DOUGHSPOON | 2016 | 396 | 02/09/18 | $ 669.24 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 05548 | CO05548 | WASHBOARD ROCK | 2016 | 34 | 02/09/18 | $ 57.46 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14016 | CO14016 | WELLS GULCH | 2016 | 1,747 | 02/09/18 | $ 2,952.43 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14510 | CO14510 | WEST ROATCAP | 2016 | 88 | 02/09/18 | $ 148.72 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14515 | CO14515 | WEST STEVENS GULCH | 2016 | 98 | 02/09/18 | $ 165.62 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14015 | CO14015 | WHITE RANCH | 2016 | 10 | 02/09/18 | $ 16.90 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 17010 | CO17010 | WICKSON DRAW | 2016 | 90 | 02/09/18 | $ 152.10 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14502 | CO14502 | WILBANKS | 2016 | 157 | 02/09/18 | $ 265.33 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14523 | CO14523 | WILLIAMS CREEK | 2016 | 8 | 02/09/18 | $ 13.52 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 07220 | CO07220 | WILLIMS DITCH ALLOT. | 2016 | 5 | 02/09/18 | $ 8.45 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14010 | CO14010 | WINTER-MONITOR MESA | 2016 | 388 | 02/09/18 | $ 655.72 |
| LLCOS0500 | UNCOMPAHGRE FC CO | 14537 | CO14537 | YOUNGS PEAK | 2016 | 63 | 02/09/18 | $ 106.47 |
| | | | | | | | | $35,319.31 |