TABLE 3.   PRELIMINARY POPULATION FORECASTS BY COUNTY, 2010 - 2050

| COUNTIES | SDO Est. July, 2010 | SDO Est. July, 2015 | SDO Proj. July, 2020 | SDO Proj. July, 2025 | SDO Proj. July, 2030 | SDO Proj. July, 2035 | SDO Proj. July, 2040 | SDO Proj. July, 2045 | SDO Proj. July, 2050 | 10-15 | 15-20 | 20-25 | 25-30 | 30-35 | 35-40 | 40-45 | 45-50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COLORADO | 5,049,935 | 5,448,055 | 5,907,198 | 6,391,239 | 6,892,192 | 7,352,841 | 7,773,481 | 8,134,846 | 8,461,295 | 1.5% | 1.6% | 1.6% | 1.5% | 1.3% | 1.1% | 0.9% | 0.8% |
| Adams | 443,709 | 489,923 | 542,609 | 599,961 | 658,865 | 717,502 | 774,542 | 832,210 | 890,148 | 2.0% | 2.1% | 2.0% | 1.9% | 1.7% | 1.5% | 1.4% | 1.4% |
| Alamosa | 15,454 | 15,968 | 16,910 | 17,899 | 18,894 | 19,919 | 20,963 | 21,965 | 22,934 | 0.7% | 1.2% | 1.1% | 1.1% | 1.1% | 1.0% | 0.9% | 0.9% |
| Arapahoe | 574,808 | 629,066 | 676,371 | 727,520 | 779,283 | 829,740 | 877,068 | 893,317 | 899,738 | 1.8% | 1.5% | 1.5% | 1.4% | 1.3% | 1.1% | 0.4% | 0.1% |
| Archuleta | 12,082 | 12,417 | 13,953 | 15,207 | 16,942 | 19,406 | 21,859 | 24,245 | 26,571 | 0.5% | 2.4% | 1.7% | 2.2% | 2.8% | 2.4% | 2.1% | 1.8% |
| Baca | 3,765 | 3,594 | 3,497 | 3,380 | 3,262 | 3,161 | 3,078 | 3,010 | 2,949 | -0.9% | -0.5% | -0.7% | -0.7% | -0.6% | -0.5% | -0.5% | -0.4% |
| Bent | 6,523 | 5,847 | 5,818 | 6,062 | 6,206 | 6,312 | 6,408 | 6,504 | 6,607 | -2.2% | -0.1% | 0.8% | 0.5% | 0.3% | 0.3% | 0.3% | 0.3% |
| Boulder | 295,610 | 318,570 | 336,446 | 356,510 | 377,107 | 397,034 | 415,540 | 432,331 | 447,843 | 1.5% | 1.1% | 1.2% | 1.1% | 1.0% | 0.9% | 0.8% | 0.7% |
| Broomfield | 56,098 | 64,656 | 75,627 | 87,799 | 96,097 | 97,342 | 97,318 | 96,557 | 95,566 | 2.9% | 3.2% | 3.0% | 1.8% | 0.3% | 0.0% | -0.2% | -0.2% |
| Chaffee | 17,835 | 18,603 | 20,267 | 21,691 | 23,040 | 24,264 | 25,261 | 26,200 | 27,145 | 0.8% | 1.7% | 1.4% | 1.2% | 1.0% | 0.8% | 0.7% | 0.7% |
| Cheyenne | 1,811 | 1,830 | 1,850 | 1,848 | 1,848 | 1,800 | 1,749 | 1,695 | 1,641 | 0.2% | 0.2% | 0.0% | 0.0% | -0.5% | -0.6% | -0.6% | -0.6% |
| Clear Creek | 9,083 | 9,392 | 9,634 | 9,886 | 10,319 | 10,821 | 11,346 | 11,887 | 12,448 | 0.7% | 0.5% | 0.5% | 0.9% | 1.0% | 1.0% | 0.9% | 0.9% |
| Conejos | 8,293 | 8,074 | 8,089 | 8,210 | 8,374 | 8,547 | 8,717 | 8,863 | 8,997 | -0.5% | 0.0% | 0.3% | 0.4% | 0.4% | 0.4% | 0.3% | 0.3% |
| Costilla | 3,549 | 3,572 | 3,778 | 3,787 | 3,795 | 3,809 | 3,835 | 3,877 | 3,934 | 0.1% | 1.1% | 0.0% | 0.0% | 0.1% | 0.1% | 0.2% | 0.3% |
| Crowley | 5,850 | 5,569 | 5,420 | 5,748 | 6,128 | 6,548 | 6,957 | 7,347 | 7,754 | -1.0% | -0.5% | 1.2% | 1.3% | 1.3% | 1.2% | 1.1% | 1.1% |
| Custer | 4,248 | 4,457 | 4,755 | 4,880 | 5,079 | 5,302 | 5,507 | 5,708 | 5,934 | 1.0% | 1.3% | 0.5% | 0.8% | 0.9% | 0.8% | 0.7% | 0.8% |
| Delta | 30,897 | 29,973 | 31,038 | 32,001 | 33,417 | 35,763 | 37,974 | 40,093 | 42,126 | -0.6% | 0.7% | 0.6% | 0.9% | 1.4% | 1.2% | 1.1% | 1.0% |
| Denver | 604,875 | 680,658 | 733,765 | 795,853 | 861,706 | 900,766 | 925,098 | 942,194 | 952,955 | 2.4% | 1.5% | 1.6% | 1.6% | 0.9% | 0.5% | 0.4% | 0.2% |
| Dolores | 2,084 | 1,972 | 2,065 | 2,126 | 2,191 | 2,284 | 2,389 | 2,493 | 2,597 | -1.1% | 0.9% | 0.6% | 0.6% | 0.8% | 0.9% | 0.9% | 0.8% |
| Douglas | 287,119 | 322,198 | 351,801 | 382,923 | 413,162 | 439,878 | 461,381 | 475,226 | 482,824 | 2.3% | 1.8% | 1.7% | 1.5% | 1.3% | 1.0% | 0.6% | 0.3% |
| Eagle | 52,064 | 53,320 | 57,571 | 62,628 | 69,748 | 76,589 | 83,001 | 88,927 | 94,459 | 0.5% | 1.5% | 1.7% | 2.2% | 1.9% | 1.6% | 1.4% | 1.2% |
| Elbert | 23,140 | 24,640 | 30,248 | 36,506 | 43,695 | 50,028 | 55,840 | 61,196 | 66,251 | 1.3% | 4.2% | 3.8% | 3.7% | 2.7% | 2.2% | 1.8% | 1.6% |
| El Paso | 627,238 | 676,178 | 735,478 | 794,306 | 855,170 | 914,816 | 971,444 | 1,024,723 | 1,076,486 | 1.5% | 1.7% | 1.6% | 1.5% | 1.4% | 1.2% | 1.1% | 1.0% |
| Fremont | 46,856 | 46,659 | 47,801 | 48,105 | 49,354 | 51,127 | 52,848 | 54,582 | 56,406 | -0.1% | 0.5% | 0.1% | 0.5% | 0.7% | 0.7% | 0.6% | 0.7% |
| Garfield | 56,153 | 57,779 | 64,119 | 70,421 | 77,404 | 84,740 | 91,836 | 98,791 | 105,711 | 0.6% | 2.1% | 1.9% | 1.9% | 1.8% | 1.6% | 1.5% | 1.4% |
| Gilpin | 5,461 | 5,824 | 6,049 | 6,145 | 6,178 | 6,375 | 6,482 | 6,559 | 6,626 | 1.3% | 0.8% | 0.3% | 0.1% | 0.6% | 0.3% | 0.2% | 0.2% |
| Grand | 14,790 | 14,602 | 16,330 | 17,809 | 19,487 | 21,587 | 23,606 | 25,538 | 27,406 | -0.3% | 2.3% | 1.7% | 1.8% | 2.1% | 1.8% | 1.6% | 1.4% |
| Gunnison | 15,314 | 16,097 | 17,202 | 18,255 | 19,282 | 20,277 | 21,238 | 22,024 | 22,728 | 1.0% | 1.3% | 1.2% | 1.1% | 1.0% | 0.9% | 0.7% | 0.6% |
| Hinsdale | 825 | 767 | 848 | 946 | 1,067 | 1,203 | 1,348 | 1,472 | 1,573 | -1.4% | 2.0% | 2.2% | 2.4% | 2.4% | 2.3% | 1.8% | 1.3% |
| Huerfano | 6,639 | 6,456 | 6,614 | 6,593 | 6,560 | 6,465 | 6,285 | 6,115 | 5,983 | -0.6% | 0.5% | -0.1% | -0.1% | -0.3% | -0.6% | -0.5% | -0.4% |
| Jackson | 1,417 | 1,353 | 1,333 | 1,318 | 1,316 | 1,312 | 1,300 | 1,287 | 1,279 | -0.9% | -0.3% | -0.2% | 0.0% | -0.1% | -0.2% | -0.2% | -0.1% |
| Jefferson | 535,648 | 564,619 | 599,448 | 626,407 | 647,959 | 665,757 | 679,518 | 688,552 | 694,943 | 1.1% | 1.2% | 0.9% | 0.7% | 0.5% | 0.4% | 0.3% | 0.2% |
| Kiowa | 1,410 | 1,396 | 1,353 | 1,331 | 1,298 | 1,262 | 1,230 | 1,208 | 1,193 | -0.2% | -0.6% | -0.3% | -0.5% | -0.6% | -0.5% | -0.4% | -0.2% |
| Kit Carson | 8,259 | 8,219 | 7,705 | 7,894 | 8,169 | 8,488 | 8,835 | 9,193 | 9,595 | -0.1% | -1.3% | 0.5% | 0.7% | 0.8% | 0.8% | 0.8% | 0.9% |
| Lake | 7,288 | 7,502 | 7,777 | 8,133 | 8,536 | 8,971 | 9,361 | 9,637 | 9,868 | 0.6% | 0.7% | 0.9% | 1.0% | 1.0% | 0.9% | 0.6% | 0.5% |
| La Plata | 51,443 | 54,857 | 60,917 | 67,282 | 73,266 | 78,984 | 84,342 | 89,331 | 94,002 | 1.3% | 2.1% | 2.0% | 1.7% | 1.5% | 1.3% | 1.2% | 1.0% |
| Larimer | 300,545 | 332,830 | 363,216 | 395,294 | 426,293 | 455,823 | 484,597 | 514,458 | 543,588 | 2.1% | 1.8% | 1.7% | 1.5% | 1.3% | 1.2% | 1.2% | 1.1% |
| Las Animas | 15,383 | 14,061 | 14,049 | 14,030 | 13,937 | 13,787 | 13,592 | 13,403 | 13,249 | -1.8% | 0.0% | 0.0% | -0.1% | -0.2% | -0.3% | -0.3% | -0.2% |
| Lincoln | 5,502 | 5,549 | 5,831 | 6,232 | 6,673 | 7,129 | 7,598 | 8,046 | 8,484 | 0.2% | 1.0% | 1.3% | 1.4% | 1.3% | 1.3% | 1.2% | 1.1% |
| Logan | 22,291 | 22,122 | 23,080 | 24,286 | 25,438 | 26,540 | 27,576 | 28,563 | 29,516 | -0.2% | 0.9% | 1.0% | 0.9% | 0.9% | 0.8% | 0.7% | 0.7% |
| Mesa | 146,587 | 149,023 | 156,922 | 166,473 | 181,209 | 197,111 | 212,598 | 227,391 | 236,554 | 0.3% | 1.0% | 1.2% | 1.7% | 1.7% | 1.5% | 1.4% | 0.8% |
| Mineral | 728 | 729 | 763 | 814 | 846 | 868 | 897 | 925 | 959 | 0.0% | 0.9% | 1.3% | 0.8% | 0.5% | 0.7% | 0.6% | 0.7% |
| Moffat | 13,812 | 12,884 | 13,191 | 13,276 | 13,389 | 13,514 | 13,617 | 13,729 | 13,868 | -1.4% | 0.5% | 0.1% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| Montezuma | 25,515 | 26,129 | 29,088 | 31,995 | 35,043 | 38,082 | 41,095 | 44,097 | 47,158 | 0.5% | 2.2% | 1.9% | 1.8% | 1.7% | 1.5% | 1.4% | 1.4% |
| Montrose | 41,179 | 40,795 | 44,144 | 47,649 | 53,355 | 58,946 | 64,331 | 69,467 | 74,391 | -0.2% | 1.6% | 1.5% | 2.3% | 2.0% | 1.8% | 1.5% | 1.4% |
| Morgan | 28,213 | 28,230 | 29,286 | 30,733 | 32,631 | 34,857 | 37,399 | 40,020 | 42,734 | 0.0% | 0.7% | 1.0% | 1.2% | 1.3% | 1.4% | 1.4% | 1.3% |
| Otero | 18,875 | 18,265 | 18,374 | 18,131 | 17,566 | 16,957 | 16,376 | 15,835 | 15,302 | -0.7% | 0.1% | -0.3% | -0.6% | -0.7% | -0.7% | -0.7% | -0.7% |
| Ouray | 4,471 | 4,647 | 5,094 | 5,169 | 5,210 | 5,254 | 5,303 | 5,421 | 5,568 | 0.8% | 1.9% | 0.3% | 0.2% | 0.2% | 0.2% | 0.4% | 0.5% |
| Park | 16,277 | 16,716 | 18,551 | 20,021 | 21,834 | 23,306 | 23,987 | 23,993 | 23,797 | 0.5% | 2.1% | 1.5% | 1.7% | 1.3% | 0.6% | 0.0% | -0.2% |
| Phillips | 4,467 | 4,307 | 4,287 | 4,323 | 4,336 | 4,334 | 4,324 | 4,338 | 4,372 | -0.7% | -0.1% | 0.2% | 0.1% | 0.0% | 0.0% | 0.1% | 0.2% |

Prepared by the Colorado Division of Local Government, State Demography Office, November 2017.

| County | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pitkin | 17,147 | 17,845 | 18,562 | 19,297 | 20,218 | 21,127 | 21,854 | 22,539 | 23,209 | 0.8% | 0.8% | 0.8% | 0.9% | 0.9% | 0.7% | 0.6% | 0.6% |
| Prowers | 12,527 | 11,905 | 11,955 | 11,941 | 11,865 | 11,760 | 11,645 | 11,544 | 11,441 | -1.0% | 0.1% | 0.0% | -0.1% | -0.2% | -0.2% | -0.2% | -0.2% |
| Pueblo | 159,464 | 163,196 | 172,529 | 181,329 | 191,163 | 200,739 | 209,454 | 217,099 | 224,184 | 0.5% | 1.1% | 1.0% | 1.1% | 1.0% | 0.9% | 0.7% | 0.6% |
| Rio Blanco | 6,634 | 6,529 | 6,551 | 6,628 | 6,763 | 6,920 | 7,083 | 7,234 | 7,376 | -0.3% | 0.1% | 0.2% | 0.4% | 0.5% | 0.5% | 0.4% | 0.4% |
| Rio Grande | 12,018 | 11,413 | 11,444 | 11,411 | 11,440 | 11,467 | 11,500 | 11,549 | 11,612 | -1.0% | 0.1% | -0.1% | 0.1% | 0.0% | 0.1% | 0.1% | 0.1% |
| Routt | 23,451 | 24,310 | 26,461 | 29,190 | 32,916 | 36,582 | 39,900 | 42,999 | 45,998 | 0.7% | 1.7% | 2.0% | 2.4% | 2.1% | 1.8% | 1.5% | 1.4% |
| Saguache | 6,101 | 6,219 | 6,603 | 6,668 | 6,672 | 6,663 | 6,653 | 6,653 | 6,668 | 0.4% | 1.2% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| San Juan | 713 | 696 | 720 | 738 | 746 | 753 | 762 | 763 | 767 | -0.5% | 0.7% | 0.5% | 0.2% | 0.2% | 0.2% | 0.0% | 0.1% |
| San Miguel | 7,393 | 7,843 | 9,050 | 10,391 | 11,742 | 13,159 | 14,590 | 15,967 | 17,293 | 1.2% | 2.9% | 2.8% | 2.5% | 2.3% | 2.1% | 1.8% | 1.6% |
| Sedgwick | 2,403 | 2,389 | 2,381 | 2,363 | 2,340 | 2,315 | 2,298 | 2,311 | 2,332 | -0.1% | -0.1% | -0.2% | -0.2% | -0.2% | -0.2% | 0.1% | 0.2% |
| Summit | 28,078 | 29,928 | 32,760 | 35,983 | 39,540 | 42,717 | 45,859 | 48,881 | 51,828 | 1.3% | 1.8% | 1.9% | 1.9% | 1.6% | 1.4% | 1.3% | 1.2% |
| Teller | 23,402 | 23,431 | 26,121 | 27,970 | 29,228 | 30,364 | 31,349 | 32,292 | 33,287 | 0.0% | 2.2% | 1.4% | 0.9% | 0.8% | 0.6% | 0.6% | 0.6% |
| Washington | 4,851 | 4,834 | 4,949 | 5,031 | 5,104 | 5,075 | 4,970 | 4,877 | 4,800 | -0.1% | 0.5% | 0.3% | 0.3% | -0.1% | -0.4% | -0.4% | -0.3% |
| Weld | 254,240 | 284,571 | 336,437 | 395,972 | 459,772 | 527,601 | 595,661 | 664,332 | 734,343 | 2.3% | 3.4% | 3.3% | 3.0% | 2.8% | 2.5% | 2.2% | 2.0% |
| Yuma | 10,030 | 10,052 | 10,311 | 10,535 | 10,721 | 10,913 | 11,109 | 11,262 | 11,398 | 0.0% | 0.5% | 0.4% | 0.3% | 0.4% | 0.4% | 0.3% | 0.2% |

Internet website: ttps://demography.dola.colorado.gov/population/population-totals-counties/#population-totals-for-colorado-counties

Prepared by the Colorado Division of Local Government, State Demography Office, November 2017.