| Federal ** | | 201 |
|---|---|---|
| **Field Office / Planning Area** | **Sub-Area** | **Annual Oil (bbls)** |
| RGFO | 1_NAA | 3,504,132 |
| | 2_SP | 0 |
| | 3_NORTH | 1,641,025 |
| | 4_SOUTH | 18,818 |
| **RGFO Total** | --- | **5,163,975** |
| CRVFO | RPPA | 147,796 |
| | Outside RPPA | 714,462 |
| **CRVFO Total** | --- | **862,258** |
| TRFO | SUIT | 0 |
| | Outside SUIT | 100,760 |
| **TRFO Total** | | **100,760** |
| **WRFO** | --- | **2,494,487** |
| **LSFO** | --- | **320,645** |
| **UFO** | --- | **947** |
| **KFO** | --- | **308,646** |
| **GJFO** | --- | **52,391** |

* total wells. Source: IHS (April, 2016)
** Federal determination: horizontal or directional well within 0.25 mile of Fec

| Non-Federal ** | | 201 |
|---|---|---|
| **Field Office / Planning Area** | **Sub-Area** | **Annual Oil (bbls)** |
| RGFO | 1_NAA | 93,288,973 |
| | 2_SP | 0 |
| | 3_NORTH | 14,419,618 |
| | 4_SOUTH | 209,997 |
| **RGFO Total** | --- | **107,918,588** |
| CRVFO | RPPA | 65,030 |
| | Outside RPPA | 623,022 |
| **CRVFO Total** | --- | **688,052** |
| TRFO | SUIT | 22,789 |
| | Outside SUIT | 11,085 |
| **TRFO Total** | | **33,874** |
| **WRFO** | --- | **1,790,940** |
| **LSFO** | --- | **242,556** |

| | | |
|---|---|---|
| **UFO** | --- | **1,154** |
| **KFO** | --- | **97,919** |
| **GJFO** | --- | **115,396** |

\* total wells. Source: IHS (April, 2016)

\*\* Non-Federal determination: horizontal or directional well not within 0.25 m

| .5 Annual Production * | |
| --- | --- |
| Annual Gas (mcf) | Annual Water (bbls) |
| 10,239,210 | 1,748,622 |
| 0 | 0 |
| 3,973,566 | 1,541,763 |
| 1,825,352 | 3,120,918 |
| **16,038,128** | **6,411,303** |
| 84,643,895 | 4,191,522 |
| 188,935,501 | 9,615,559 |
| **273,579,396** | **13,807,081** |
| 23,815,919 | 1,144,347 |
| 13,584,985 | 2,911,104 |
| **37,400,904** | **4,055,451** |
| **94,194,008** | **73,257,930** |
| **11,878,592** | **14,045,316** |
| **4,154,516** | **543,975** |
| **239,111** | **2,238,663** |
| **28,374,511** | **2,419,202** |

...deral minerals OR vertical well directly above Federal minerals

| .5 Annual Production * | |
| --- | --- |
| Annual Gas (mcf) | Annual Water (bbls) |
| 527,672,716 | 28,411,761 |
| 0 | 0 |
| 49,815,827 | 58,731,440 |
| 81,408,415 | 45,985,385 |
| **658,896,958** | **133,128,586** |
| 43,737,144 | 2,450,139 |
| 142,560,999 | 7,284,136 |
| **186,298,143** | **9,734,275** |
| 268,062,539 | 12,796,042 |
| 33,129,954 | 8,217,369 |
| **301,192,493** | **21,013,411** |
| **9,610,165** | **38,213,615** |
| **1,872,584** | **1,115,050** |

| | |
|---|---|
| 1,599,238 | 286,457 |
| 99,024 | 60,664 |
| 46,551,501 | 1,843,153 |

nile of Federal minerals OR vertical well directly above Non-Federal minerals

| Federal | | 2015 Completions * |
|---|---|---|
| **Field Office / Planning Area** | **Sub-Area** | **Total Federal** |
| RGFO | Area_1_O3_NAA | 9 |
| | Area_2_South_Park | 0 |
| | Area_3_RGFO_North | 6 |
| | Area_4_RGFO_South | 1 |
| **RGFO Total** | --- | **16** |
| CRVFO | RPPA | 22 |
| | Outside RPPA | 32 |
| **CRVFO Total** | --- | **54** |
| TRFO | SUIT | 10 |
| | Outside SUIT | 0 |
| **TRFO Total** | --- | **10** |
| **WRFO** | --- | **12** |
| **LSFO** | --- | **0** |
| **UFO** | --- | **0** |
| **KFO** | --- | **1** |
| **GJFO** | --- | **8** |

* total wells. Source: AFMSS (March, 2016); used IHS 2015 completion data to split ɑ

| Non-Federal ** | | 2015 Completions * |
|---|---|---|
| **Field Office / Planning Area** | **Sub-Area** | **Total Non-Federal** |
| RGFO | Area_1_O3_NAA | 906 |
| | Area_2_South_Park | 0 |
| | Area_3_RGFO_North | 179 |
| | Area_4_RGFO_South | 10 |
| **RGFO Total** | --- | **1095** |
| CRVFO | RPPA | 17 |
| | Outside RPPA | 73 |
| **CRVFO Total** | --- | **90** |
| TRFO | SUIT | 46 |
| | Outside SUIT | 6 |
| **TRFO Total** | --- | **52** |
| **WRFO** | --- | **2** |
| **LSFO** | --- | **7** |
| **UFO** | --- | **4** |

| | | |
|---|---|---|
| **KFO** | --- | **0** |
| **GJFO** | --- | **22** |

\* total wells. Source: IHS (March, 2016)

\*\* Non-Federal determination: horizontal or directional well not within 0.25 mile of

among sub-areas.

Federal minerals OR vertical well directly above Non-Federal minerals

**Annual Oil Production (bbls/year) - Conventional O&G**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 4461.7 | 2057.1 | 1307.8 | 948.4 | 739.2 | 603.0 | 507.6 | 437.3 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Gas Production (mcf/year) - Conventional O&G**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 34503.0 | 20730.0 | 15387.7 | 12455.0 | 10570.9 | 9245.2 | 8254.9 | 7483.2 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Water Production (bbls/year) - Conventional O&G**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 900.9 | 507.2 | 362.4 | 285.5 | 237.3 | 204.0 | 179.5 | 160.7 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Gas Production (mcf/year) - CBM**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 54044.4 | 52430.5 | 50662.2 | 48739.5 | 46662.4 | 44431.0 | 42045.2 | 39505.1 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Water Production (bbls/year) - CBM**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 80674.1 | 69316.5 | 59119.1 | 50081.9 | 42205.0 | 35488.3 | 29931.9 | 25535.7 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

| YR9 | YR10 |
|---|---|
| 383.4 | 340.8 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 6862.6 | 6351.2 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 145.8 | 133.6 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 36810.6 | 33961.7 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 22299.7 | 20224.0 |
| 9 | 10 |

**Annual Oil Production (bbls/year) - Conventional O&G**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 8875.0 | 4091.8 | 2601.5 | 1886.5 | 1470.3 | 1199.4 | 1009.7 | 869.8 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Gas Production (mcf/year) - Conventional O&G**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 47878.0 | 28766.0 | 21352.7 | 17283.1 | 14668.7 | 12829.1 | 11454.8 | 10384.0 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Water Production (bbls/year) - Conventional O&G**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 21940.0 | 12350.4 | 8824.8 | 6952.3 | 5778.2 | 4967.6 | 4371.7 | 3913.6 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Gas Production (mcf/year) - CBM**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 54044.4 | 52430.5 | 50662.2 | 48739.5 | 46662.4 | 44431.0 | 42045.2 | 39505.1 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Water Production (bbls/year) - CBM**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 80674.1 | 69316.5 | 59119.1 | 50081.9 | 42205.0 | 35488.3 | 29931.9 | 25535.7 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

| YR9 | YR10 |
|---|---|
| 762.6 | 677.9 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 9522.9 | 8813.2 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 3549.5 | 3252.6 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 36810.6 | 33961.7 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 22299.7 | 20224.0 |
| 9 | 10 |

**Annual Oil Production (bbls/year) - O&G - Shale**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 322.4 | 148.6 | 94.5 | 68.5 | 53.4 | 43.6 | 36.7 | 31.6 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Gas Production (mcf/year) - O&G - Shale**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 84553.5 | 50801.3 | 37709.2 | 30522.3 | 25905.3 | 22656.4 | 20229.5 | 18338.4 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Water Production (bbls/year) - O&G - Shale**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 748.4 | 421.3 | 301.0 | 237.2 | 197.1 | 169.5 | 149.1 | 133.5 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Gas Production (mcf/year) - CBM**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 284331.9 | 266427.4 | 249726.7 | 234229.6 | 219936.3 | 206846.6 | 194960.7 | 184278.4 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Water Production (bbls/year) - CBM**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 19013.0 | 15486.2 | 13734.8 | 12613.7 | 11807.4 | 11187.1 | 10688.1 | 10273.9 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

| YR9 | YR10 |
|---|---|
| 27.7 | 24.6 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 16817.6 | 15564.4 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 121.1 | 111.0 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 174799.9 | 166525.0 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 9921.9 | 9617.2 |
| 9 | 10 |

**Annual Oil Production (bbls/year) - Conventional O&G**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 2410.8 | 1815.4 | 1467.1 | 1220.0 | 1028.3 | 871.7 | 739.3 | 624.6 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Gas Production (mcf/year) - Conventional O&G**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 114705.0 | 71495.7 | 54223.3 | 44563.3 | 38272.3 | 33797.4 | 30424.6 | 27776.3 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Water Production (bbls/year) - Conventional O&G**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 16243.0 | 7040.8 | 4317.8 | 3052.0 | 2331.9 | 1871.6 | 1554.1 | 1322.9 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

| YR9 | YR10 |
|---|---|
| 523.4 | 432.9 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 25632.4 | 23855.2 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 1147.8 | 1010.8 |
| 9 | 10 |

**Annual Oil Production (bbls/year) - O&G - Shale**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 2937.0 | 1354.1 | 860.9 | 624.3 | 486.6 | 396.9 | 334.1 | 287.8 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Gas Production (mcf/year) - O&G - Shale**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 169647.0 | 101927.0 | 75659.3 | 61239.6 | 51976.0 | 45457.4 | 40588.1 | 36793.8 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Water Production (bbls/year) - O&G - Shale**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 9558.2 | 5380.5 | 3844.5 | 3028.8 | 2517.3 | 2164.2 | 1904.5 | 1705.0 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Oil Production (bbls/year) - Conventional O&G (Non-Shale)**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 872.7 | 437.3 | 291.9 | 219.1 | 175.4 | 146.2 | 125.4 | 109.8 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Gas Production (mcf/year) - Conventional O&G (Non-Shale)**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 188304.0 | 102744.7 | 72086.8 | 56060.8 | 46127.5 | 39332.8 | 34375.1 | 30588.6 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Annual Water Production (bbls/year) - Conventional O&G (Non-Shale)**

| YR1 | YR2 | YR3 | YR4 | YR5 | YR6 | YR7 | YR8 |
|---|---|---|---|---|---|---|---|
| 16243.0 | 7040.8 | 4317.8 | 3052.0 | 2331.9 | 1871.6 | 1554.1 | 1322.9 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

| YR9 | YR10 |
|---|---|
| 252.4 | 224.3 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 33742.6 | 31228.1 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 1546.4 | 1417.0 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 97.6 | 87.9 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 27596.3 | 25168.6 |
| 9 | 10 |

| YR9 | YR10 |
|---|---|
| 1147.8 | 1010.8 |
| 9 | 10 |