| Fiscal Year | Fund Type | Onshore/Offshore | State |
|---|---|---|---|
| 2014 | American Indian Tribes | Onshore | |
| 2014 | Historic Preservation Fund | Offshore | |
| 2014 | Land & Water Conservation Fund | Offshore | |
| 2014 | Land & Water Conservation Fund - GoMesa | Offshore | |
| 2014 | Other | Offshore | |
| 2014 | Other | Onshore | |
| 2014 | Other - GoMesa | Offshore | |
| 2014 | Reclamation | Onshore | |
| 2014 | State | Offshore | AK |
| 2014 | State | Offshore | AL |
| 2014 | State | Offshore | AL |
| 2014 | State | Offshore | AL |
| 2014 | State | Offshore | CA |
| 2014 | State | Offshore | FL |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | LA |
| 2014 | State | Offshore | MA |
| 2014 | State | Offshore | MS |
| 2014 | State | Offshore | MS |
| 2014 | State | Offshore | MS |
| 2014 | State | Offshore | MS |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |

| 2014 | State | Offshore | TX |
|------|-------|----------|----|
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Offshore | TX |
| 2014 | State | Onshore | AK |
| 2014 | State | Onshore | AL |
| 2014 | State | Onshore | AR |
| 2014 | State | Onshore | AZ |
| 2014 | State | Onshore | CA |
| 2014 | State | Onshore | CA |
| 2014 | State | Onshore | CA |
| 2014 | State | Onshore | CA |
| 2014 | State | Onshore | CA |
| 2014 | State | Onshore | CA |
| 2014 | State | Onshore | CA |
| 2014 | State | Onshore | CA |
| 2014 | State | Onshore | CA |
| 2014 | State | Onshore | CO |
| 2014 | State | Onshore | CO |
| 2014 | State | Onshore | FL |
| 2014 | State | Onshore | ID |
| 2014 | State | Onshore | ID |
| 2014 | State | Onshore | ID |
| 2014 | State | Onshore | ID |
| 2014 | State | Onshore | ID |
| 2014 | State | Onshore | ID |
| 2014 | State | Onshore | ID |
| 2014 | State | Onshore | IL |
| 2014 | State | Onshore | IN |
| 2014 | State | Onshore | KS |
| 2014 | State | Onshore | KY |
| 2014 | State | Onshore | LA |
| 2014 | State | Onshore | MI |
| 2014 | State | Onshore | MN |

| 2014 | State | Onshore | MO |
|------|-------|---------|-----|
| 2014 | State | Onshore | MS |
| 2014 | State | Onshore | MT |
| 2014 | State | Onshore | NC |
| 2014 | State | Onshore | ND |
| 2014 | State | Onshore | NE |
| 2014 | State | Onshore | NM |
| 2014 | State | Onshore | NM |
| 2014 | State | Onshore | NM |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | NV |
| 2014 | State | Onshore | OH |
| 2014 | State | Onshore | OK |
| 2014 | State | Onshore | OR |
| 2014 | State | Onshore | OR |
| 2014 | State | Onshore | OR |
| 2014 | State | Onshore | OR |
| 2014 | State | Onshore | PA |
| 2014 | State | Onshore | SC |
| 2014 | State | Onshore | SD |
| 2014 | State | Onshore | TX |
| 2014 | State | Onshore | UT |
| 2014 | State | Onshore | UT |
| 2014 | State | Onshore | UT |
| 2014 | State | Onshore | UT |
| 2014 | State | Onshore | UT |
| 2014 | State | Onshore | VA |
| 2014 | State | Onshore | WA |
| 2014 | State | Onshore | WA |
| 2014 | State | Onshore | WV |
| 2014 | State | Onshore | WY |
| 2014 | U.S. Treasury | Offshore | |
| 2014 | U.S. Treasury | Onshore | |
| 2014 | U.S. Treasury - GoMesa | Offshore | |

| 2015 | American Indian Tribes | Onshore | |
| 2015 | Historic Preservation Fund | Offshore | |
| 2015 | Land & Water Conservation Fund | Offshore | |
| 2015 | Land & Water Conservation Fund - GoMesa | Offshore | |
| 2015 | Other | Offshore | |
| 2015 | Other | Onshore | |
| 2015 | Other - GoMesa | Offshore | |
| 2015 | Reclamation | Onshore | |
| 2015 | State | Offshore | AK |
| 2015 | State | Offshore | AL |
| 2015 | State | Offshore | AL |
| 2015 | State | Offshore | AL |
| 2015 | State | Offshore | CA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | LA |
| 2015 | State | Offshore | MA |
| 2015 | State | Offshore | MS |
| 2015 | State | Offshore | MS |
| 2015 | State | Offshore | MS |
| 2015 | State | Offshore | MS |
| 2015 | State | Offshore | RI |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |

| 2015 | State | Offshore | TX |
|------|-------|----------|----|
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Offshore | TX |
| 2015 | State | Onshore | AK |
| 2015 | State | Onshore | AL |
| 2015 | State | Onshore | AR |
| 2015 | State | Onshore | AZ |
| 2015 | State | Onshore | CA |
| 2015 | State | Onshore | CA |
| 2015 | State | Onshore | CA |
| 2015 | State | Onshore | CA |
| 2015 | State | Onshore | CA |
| 2015 | State | Onshore | CA |
| 2015 | State | Onshore | CA |
| 2015 | State | Onshore | CA |
| 2015 | State | Onshore | CA |
| 2015 | State | Onshore | CO |
| 2015 | State | Onshore | CO |
| 2015 | State | Onshore | FL |
| 2015 | State | Onshore | ID |
| 2015 | State | Onshore | ID |
| 2015 | State | Onshore | ID |
| 2015 | State | Onshore | ID |
| 2015 | State | Onshore | ID |
| 2015 | State | Onshore | ID |
| 2015 | State | Onshore | ID |
| 2015 | State | Onshore | IL |
| 2015 | State | Onshore | IN |
| 2015 | State | Onshore | KS |
| 2015 | State | Onshore | KY |
| 2015 | State | Onshore | LA |
| 2015 | State | Onshore | MI |
| 2015 | State | Onshore | MN |
| 2015 | State | Onshore | MO |

| 2015 | State | Onshore | MS |
| 2015 | State | Onshore | MT |
| 2015 | State | Onshore | NC |
| 2015 | State | Onshore | ND |
| 2015 | State | Onshore | NE |
| 2015 | State | Onshore | NM |
| 2015 | State | Onshore | NM |
| 2015 | State | Onshore | NM |
| 2015 | State | Onshore | NV |
| 2015 | State | Onshore | NV |
| 2015 | State | Onshore | NV |
| 2015 | State | Onshore | NV |
| 2015 | State | Onshore | NV |
| 2015 | State | Onshore | NV |
| 2015 | State | Onshore | NV |
| 2015 | State | Onshore | NV |
| 2015 | State | Onshore | NV |
| 2015 | State | Onshore | NV |
| 2015 | State | Onshore | NV |
| 2015 | State | Onshore | NV |
| 2015 | State | Onshore | NV |
| 2015 | State | Onshore | OH |
| 2015 | State | Onshore | OK |
| 2015 | State | Onshore | OR |
| 2015 | State | Onshore | OR |
| 2015 | State | Onshore | OR |
| 2015 | State | Onshore | PA |
| 2015 | State | Onshore | SC |
| 2015 | State | Onshore | SD |
| 2015 | State | Onshore | TX |
| 2015 | State | Onshore | UT |
| 2015 | State | Onshore | UT |
| 2015 | State | Onshore | UT |
| 2015 | State | Onshore | UT |
| 2015 | State | Onshore | UT |
| 2015 | State | Onshore | VA |
| 2015 | State | Onshore | WA |
| 2015 | State | Onshore | WA |
| 2015 | State | Onshore | WV |
| 2015 | State | Onshore | WY |
| 2015 | U.S. Treasury | Offshore | |
| 2015 | U.S. Treasury | Onshore | |
| 2015 | U.S. Treasury - GoMesa | Offshore | |
| 2016 | American Indian Tribes | Onshore | |
| 2016 | Land & Water Conservation Fund | Offshore | |

| | | | |
|---|---|---|---|
| 2016 | Land & Water Conservation Fund - GoMesa | Offshore | |
| 2016 | Other | Offshore | |
| 2016 | Other | Onshore | |
| 2016 | Other - GoMesa | Offshore | |
| 2016 | Reclamation | Onshore | |
| 2016 | State | Offshore | AK |
| 2016 | State | Offshore | AL |
| 2016 | State | Offshore | AL |
| 2016 | State | Offshore | AL |
| 2016 | State | Offshore | CA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | LA |
| 2016 | State | Offshore | MA |
| 2016 | State | Offshore | MS |
| 2016 | State | Offshore | MS |
| 2016 | State | Offshore | MS |
| 2016 | State | Offshore | MS |
| 2016 | State | Offshore | RI |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |

| 2016 | State | Offshore | TX |
|------|-------|----------|-----|
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Offshore | TX |
| 2016 | State | Onshore | AK |
| 2016 | State | Onshore | AL |
| 2016 | State | Onshore | AR |
| 2016 | State | Onshore | AZ |
| 2016 | State | Onshore | CA |
| 2016 | State | Onshore | CA |
| 2016 | State | Onshore | CA |
| 2016 | State | Onshore | CA |
| 2016 | State | Onshore | CA |
| 2016 | State | Onshore | CA |
| 2016 | State | Onshore | CA |
| 2016 | State | Onshore | CA |
| 2016 | State | Onshore | CA |
| 2016 | State | Onshore | CO |
| 2016 | State | Onshore | CO |
| 2016 | State | Onshore | CO |
| 2016 | State | Onshore | FL |
| 2016 | State | Onshore | ID |
| 2016 | State | Onshore | ID |
| 2016 | State | Onshore | ID |
| 2016 | State | Onshore | ID |
| 2016 | State | Onshore | ID |
| 2016 | State | Onshore | IL |
| 2016 | State | Onshore | IN |
| 2016 | State | Onshore | KS |
| 2016 | State | Onshore | KY |
| 2016 | State | Onshore | LA |
| 2016 | State | Onshore | MI |
| 2016 | State | Onshore | MN |
| 2016 | State | Onshore | MO |
| 2016 | State | Onshore | MS |
| 2016 | State | Onshore | MT |
| 2016 | State | Onshore | NC |
| 2016 | State | Onshore | ND |

| 2016 | State | Onshore | NE |
|------|-------|---------|----|
| 2016 | State | Onshore | NM |
| 2016 | State | Onshore | NM |
| 2016 | State | Onshore | NM |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | NV |
| 2016 | State | Onshore | OH |
| 2016 | State | Onshore | OK |
| 2016 | State | Onshore | OR |
| 2016 | State | Onshore | OR |
| 2016 | State | Onshore | OR |
| 2016 | State | Onshore | PA |
| 2016 | State | Onshore | SC |
| 2016 | State | Onshore | SD |
| 2016 | State | Onshore | TX |
| 2016 | State | Onshore | UT |
| 2016 | State | Onshore | UT |
| 2016 | State | Onshore | UT |
| 2016 | State | Onshore | UT |
| 2016 | State | Onshore | UT |
| 2016 | State | Onshore | VA |
| 2016 | State | Onshore | WA |
| 2016 | State | Onshore | WA |
| 2016 | State | Onshore | WV |
| 2016 | State | Onshore | WY |
| 2016 | U.S. Treasury | Offshore | |
| 2016 | U.S. Treasury | Offshore | |
| 2016 | U.S. Treasury - GoMesa | Offshore | |
| 2017 | American Indian Tribes | Onshore | |
| 2017 | Historic Preservation Fund | Offshore | |
| 2017 | Land & Water Conservation Fund | Offshore | |
| 2017 | Land & Water Conservation Fund - GoMesa | Offshore | |
| 2017 | Other | Offshore | |
| 2017 | Other - GoMESA | Offshore | |

| 2017 | Other | Onshore | |
| 2017 | Reclamation | Onshore | |
| 2017 | State | Offshore | AL |
| 2017 | State | Offshore | AL |
| 2017 | State | Offshore | AL |
| 2017 | State | Offshore | AK |
| 2017 | State | Offshore | CA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | LA |
| 2017 | State | Offshore | MA |
| 2017 | State | Offshore | MS |
| 2017 | State | Offshore | MS |
| 2017 | State | Offshore | MS |
| 2017 | State | Offshore | MS |
| 2017 | State | Offshore | RI |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |

| 2017 | State | Offshore | TX |
|------|-------|----------|-----|
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Offshore | TX |
| 2017 | State | Onshore | AL |
| 2017 | State | Onshore | AK |
| 2017 | State | Onshore | AZ |
| 2017 | State | Onshore | AR |
| 2017 | State | Onshore | CA |
| 2017 | State | Onshore | CA |
| 2017 | State | Onshore | CA |
| 2017 | State | Onshore | CA |
| 2017 | State | Onshore | CA |
| 2017 | State | Onshore | CA |
| 2017 | State | Onshore | CA |
| 2017 | State | Onshore | CA |
| 2017 | State | Onshore | CA |
| 2017 | State | Onshore | CO |
| 2017 | State | Onshore | CO |
| 2017 | State | Onshore | CO |
| 2017 | State | Onshore | FL |
| 2017 | State | Onshore | ID |
| 2017 | State | Onshore | ID |
| 2017 | State | Onshore | ID |
| 2017 | State | Onshore | ID |
| 2017 | State | Onshore | ID |
| 2017 | State | Onshore | IL |
| 2017 | State | Onshore | IN |
| 2017 | State | Onshore | KS |
| 2017 | State | Onshore | KY |
| 2017 | State | Onshore | LA |
| 2017 | State | Onshore | MI |
| 2017 | State | Onshore | MN |
| 2017 | State | Onshore | MS |
| 2017 | State | Onshore | MO |
| 2017 | State | Onshore | MT |
| 2017 | State | Onshore | NE |
| 2017 | State | Onshore | NV |
| 2017 | State | Onshore | NV |
| 2017 | State | Onshore | NV |
| 2017 | State | Onshore | NV |
| 2017 | State | Onshore | NV |

| 2017 | State | Onshore | NV |
|------|-------|---------|----|
| 2017 | State | Onshore | NV |
| 2017 | State | Onshore | NV |
| 2017 | State | Onshore | NV |
| 2017 | State | Onshore | NV |
| 2017 | State | Onshore | NV |
| 2017 | State | Onshore | NV |
| 2017 | State | Onshore | NV |
| 2017 | State | Onshore | NM |
| 2017 | State | Onshore | NM |
| 2017 | State | Onshore | NM |
| 2017 | State | Onshore | ND |
| 2017 | State | Onshore | OH |
| 2017 | State | Onshore | OK |
| 2017 | State | Onshore | OR |
| 2017 | State | Onshore | OR |
| 2017 | State | Onshore | OR |
| 2017 | State | Onshore | PA |
| 2017 | State | Onshore | SC |
| 2017 | State | Onshore | SD |
| 2017 | State | Onshore | TX |
| 2017 | State | Onshore | UT |
| 2017 | State | Onshore | UT |
| 2017 | State | Onshore | UT |
| 2017 | State | Onshore | UT |
| 2017 | State | Onshore | UT |
| 2017 | State | Onshore | VA |
| 2017 | State | Onshore | WA |
| 2017 | State | Onshore | WA |
| 2017 | State | Onshore | WV |
| 2017 | State | Onshore | WY |
| 2017 | U.S. Treasury | Offshore | |
| 2017 | U.S. Treasury - GoMesa | Offshore | |
| 2017 | U.S. Treasury | Onshore | |

| County | Total |
|---|---|
| | 1,146,119,618.68 |
| | 150,000,000.00 |
| | 894,379,939.88 |
| | 877,818.12 |
| | 217,156,127.83 |
| | 194,422,815.68 |
| | 3,362,351.09 |
| | 1,766,192,706.99 |
| | 2,519,780.45 |
| | 4,936,514.43 |
| Baldwin County | 118,220.48 |
| Mobile County | 131,698.37 |
| | 6,985,664.23 |
| | 2,188.52 |
| | 20,586,591.09 |
| Assumption Parish | 9,139.78 |
| Calcasieu Parish | 12,802.07 |
| Cameron Parish | 14,385.55 |
| Iberia Parish | 12,286.24 |
| Jefferson Parish | 24,152.12 |
| Lafourche Parish | 14,197.32 |
| Livingston Parish | 12,879.51 |
| Orleans Parish | 21,369.55 |
| Plaquemines Parish | 28,830.17 |
| St. Bernard Parish | 16,171.64 |
| St. Charles Parish | 11,252.28 |
| St. James Parish | 9,392.78 |
| St. John The Baptist Parish | 10,391.78 |
| St. Martin Parish | 9,929.26 |
| St. Mary Parish | 10,178.22 |
| St. Tammany Parish | 17,898.31 |
| Tangipahoa Parish | 12,924.07 |
| Terrebonne Parish | 19,086.81 |
| Vermilion Parish | 11,430.77 |
| | 23,835.06 |
| | 1,060,087.09 |
| Hancock County | 41,496.66 |
| Harrison County | 88,646.08 |
| Jackson County | 99,230.87 |
| | 1,428,074.09 |
| Aransas County | 3,863.71 |
| Brazoria County | 6,199.97 |
| Calhoun County | 5,071.24 |

| | |
|---|---|
| Cameron County | 5,878.27 |
| Chambers County | 3,450.97 |
| Galveston County | 8,302.87 |
| Harris County | 19,457.01 |
| Jackson County | 2,670.01 |
| Jefferson County | 6,641.24 |
| Kenedy County | 5,455.23 |
| Kleberg County | 3,946.64 |
| Matagorda County | 7,096.33 |
| Nueces County | 5,176.04 |
| Orange County | 3,792.61 |
| Refugio County | 2,527.66 |
| San Patricio County | 2,663.18 |
| Victoria County | 2,876.32 |
| Willacy County | 3,311.91 |
| | 17,624,834.91 |
| | 1,821,119.50 |
| | 1,862,042.11 |
| | 17,821.10 |
| | 90,827,274.46 |
| Imperial | 44,286.46 |
| Inyo | 235,502.53 |
| Lake | 959,019.64 |
| Lassen | 15,690.30 |
| Mendocino | 690.00 |
| Mono | 68,038.93 |
| Siskiyou | 18,748.48 |
| Sonoma | 1,315,200.99 |
| | 168,751,035.50 |
| Gunnison | 6,559.97 |
| | 36,067.94 |
| | 5,339,028.39 |
| Blaine | 354.75 |
| Camas | 267.92 |
| Canyon | 506.75 |
| Cassia | 9,372.70 |
| Payette | 17,735.00 |
| Washington | 9,856.57 |
| | 170,753.84 |
| | 6,482.09 |
| | 1,354,119.71 |
| | 88,263.10 |
| | 3,417,219.59 |
| | 343,236.59 |
| | 17,701.19 |

| | |
|---|---|
| | 2,242,480.93 |
| | 1,170,853.22 |
| | 37,718,220.78 |
| | 109.97 |
| | 68,413,590.60 |
| | 38,769.95 |
| | 579,084,340.27 |
| Dona Ana | 6,653.50 |
| Hidalgo | 3,217.24 |
| | 7,206,706.10 |
| Churchill | 583,105.89 |
| Elko | 38,158.10 |
| Esmeralda | 84,830.78 |
| Eureka | 12,001.37 |
| Humboldt | 57,885.94 |
| Lander | 151,695.40 |
| Lyon | 6,666.93 |
| Mineral | 57,680.15 |
| Nye | 683.41 |
| Pershing | 55,139.81 |
| Washoe | 88,724.27 |
| White Pine | 1,537.63 |
| | 265,854.57 |
| | 5,353,242.11 |
| | 287,703.39 |
| Deschutes | 41,041.69 |
| Hood River | 103.43 |
| Lake | 21,856.48 |
| | 73,003.13 |
| | 2,076.64 |
| | 1,333,210.69 |
| | 10,730,021.17 |
| | 170,644,905.07 |
| Beaver | 103,181.68 |
| Iron | 1,176.24 |
| Juab | 30,635.52 |
| Millard | 37,656.00 |
| | 52,625.59 |
| | 4,798.53 |
| Whatcom | 2,064.95 |
| | 322,061.69 |
| | 1,007,269,375.47 |
| | 6,303,362,577.86 |
| | 551,361,445.35 |
| | 625,237.05 |

| | |
|---|---|
| | 852,729,350.94 |
| | 150,000,000.00 |
| | 888,459,462.86 |
| | 95,097.14 |
| | 199,340,649.62 |
| | 153,527,706.74 |
| | 1,399,279.23 |
| | 1,398,152,074.75 |
| | 1,957,767.13 |
| | 4,532,350.16 |
| Baldwin County | 61,612.41 |
| Mobile County | 71,740.22 |
| | 3,616,249.11 |
| | 12,579,283.61 |
| Assumption Parish | 5,356.73 |
| Calcasieu Parish | 7,497.63 |
| Cameron Parish | 8,432.10 |
| Iberia Parish | 7,200.31 |
| Jefferson Parish | 14,161.98 |
| Lafourche Parish | 8,319.53 |
| Livingston Parish | 7,532.76 |
| Orleans Parish | 12,573.04 |
| Plaquemines Parish | 16,903.67 |
| St. Bernard Parish | 9,484.98 |
| St. Charles Parish | 6,592.88 |
| St. James Parish | 5,504.60 |
| St. John The Baptist Parish | 6,087.90 |
| St. Martin Parish | 5,817.85 |
| St. Mary Parish | 5,964.74 |
| St. Tammany Parish | 10,468.25 |
| Tangipahoa Parish | 7,564.76 |
| Terrebonne Parish | 11,184.86 |
| Vermilion Parish | 6,697.22 |
| | 23,835.06 |
| | 627,565.15 |
| Hancock County | 24,113.46 |
| Harrison County | 51,494.02 |
| Jackson County | 57,592.91 |
| | 170.10 |
| | 761,978.00 |
| Aransas County | 2,290.95 |
| Brazoria County | 3,676.52 |
| Calhoun County | 3,007.50 |
| Cameron County | 3,482.69 |

| | |
|---|---|
| Chambers County | 2,048.08 |
| Galveston County | 4,925.68 |
| Harris County | 11,535.92 |
| Jackson County | 1,583.76 |
| Jefferson County | 3,942.48 |
| Kenedy County | 3,233.40 |
| Kleberg County | 2,339.31 |
| Matagorda County | 4,209.11 |
| Nueces County | 3,069.71 |
| Orange County | 2,252.48 |
| Refugio County | 1,498.70 |
| San Patricio County | 1,578.97 |
| Victoria County | 1,706.26 |
| Willacy County | 1,961.47 |
| | 16,200,908.90 |
| | 641,237.32 |
| | 1,375,212.41 |
| | 14,769.24 |
| | 58,312,285.38 |
| Imperial | 39,753.45 |
| Inyo | 158,775.60 |
| Lake | 883,150.28 |
| Lassen | 12,870.01 |
| Mendocino | 749.25 |
| Mono | 74,302.43 |
| Siskiyou | 69,485.57 |
| Sonoma | 1,178,014.82 |
| | 123,854,763.05 |
| Gunnison | 6,259.24 |
| | 36,855.27 |
| | 6,934,831.94 |
| Blaine | 29.12 |
| Camas | 22.00 |
| Canyon | 545.53 |
| Cassia | 8,317.56 |
| Payette | 18,097.31 |
| Washington | 9,300.11 |
| | 78,438.77 |
| | 5,403.01 |
| | 695,040.78 |
| | 72,699.52 |
| | 1,734,869.30 |
| | 216,504.06 |
| | 13,854.36 |
| | 2,589,888.91 |

| | |
|---|---:|
| | 754,049.98 |
| | 33,984,475.53 |
| | 109.85 |
| | 47,164,776.69 |
| | 14,539.04 |
| | 496,031,109.49 |
| Dona Ana | 8,274.87 |
| Hidalgo | 4,041.99 |
| | 4,922,434.91 |
| Churchill | 531,819.50 |
| Elko | 27,161.97 |
| Esmeralda | 44,689.84 |
| Eureka | 14,582.53 |
| Humboldt | 59,606.67 |
| Lander | 194,372.30 |
| Lyon | 8,267.00 |
| Mineral | 87,876.64 |
| Nye | 172.80 |
| Pershing | 40,745.16 |
| Washoe | 47,821.23 |
| White Pine | 933.56 |
| | 162,664.19 |
| | 4,850,761.05 |
| | 124,590.54 |
| Deschutes | 46,701.38 |
| Lake | 16,427.62 |
| | 35,842.17 |
| | 514.63 |
| | 1,303,351.30 |
| | 6,211,317.65 |
| | 116,197,167.49 |
| Beaver | 140,069.51 |
| Iron | 250.47 |
| Juab | 2,794.23 |
| Millard | 26,261.59 |
| | 48,958.82 |
| | 4,049.41 |
| Whatcom | 2,261.12 |
| | 225,605.85 |
| | 885,980,925.49 |
| | 3,962,702,079.66 |
| | 430,430,343.81 |
| | 1,232,665.94 |
| | 560,416,155.15 |
| | 883,627,822.52 |

|  |  |
|---|---:|
|  | 342,654.53 |
|  | 156,291,812.26 |
|  | 91,256,204.90 |
|  | 2,352,673.85 |
|  | 1,009,078,894.56 |
|  | 1,064,323.09 |
|  | 1,610,136.64 |
| Baldwin County | 8,609.22 |
| Mobile County | 9,583.25 |
|  | 1,648,042.15 |
|  | 6,395,879.33 |
| Assumption Parish | 659.83 |
| Calcasieu Parish | 942.62 |
| Cameron Parish | 1,068.30 |
| Iberia Parish | 911.19 |
| Jefferson Parish | 1,790.97 |
| Lafourche Parish | 1,036.88 |
| Livingston Parish | 942.62 |
| Orleans Parish | 1,571.03 |
| Plaquemines Parish | 2,136.59 |
| St. Bernard Parish | 1,193.98 |
| St. Charles Parish | 816.94 |
| St. James Parish | 691.26 |
| St. John the Baptist Parish | 754.09 |
| St. Martin Parish | 722.67 |
| St. Mary Parish | 754.09 |
| St. Tammany Parish | 1,319.67 |
| Tangipahoa Parish | 942.62 |
| Terrebonne Parish | 1,413.92 |
| Vermilion Parish | 848.35 |
|  | 23,835.06 |
|  | 118,956.42 |
| Hancock County | 3,047.79 |
| Harrison County | 6,504.05 |
| Jackson County | 7,258.14 |
|  | 170.10 |
|  | 164,026.42 |
| Aransas County | 282.79 |
| Brazoria County | 471.30 |
| Calhoun County | 377.05 |
| Cameron County | 439.89 |
| Chambers County | 251.36 |
| Galveston County | 628.41 |
| Harris County | 1,445.35 |

| | |
|---|---:|
| Jackson County | 188.52 |
| Jefferson County | 502.73 |
| Kenedy County | 408.47 |
| Kleberg County | 282.79 |
| Matagorda County | 534.15 |
| Nueces County | 377.05 |
| Orange County | 282.79 |
| Refugio County | 188.52 |
| San Patricio County | 188.52 |
| Victoria County | 219.94 |
| Willacy County | 251.36 |
| | 12,194,958.10 |
| | 272,379.38 |
| | 920,844.21 |
| | 55,271.38 |
| | 35,316,760.11 |
| Imperial | 67,582.64 |
| Inyo | 143,309.69 |
| Lake | 656,127.13 |
| Lassen | 13,133.56 |
| Mendocino | 753.75 |
| Mono | 54,006.57 |
| Siskiyou | 14,802.12 |
| Sonoma | 926,916.32 |
| | 83,887,389.90 |
| Chaffee | 1,677.60 |
| Gunnison | 6,296.83 |
| | 73,540.21 |
| | 5,484,922.86 |
| Canyon | 548.80 |
| Cassia | 8,261.10 |
| Payette | 18,206.01 |
| Washington | 9,296.76 |
| | 277,233.78 |
| | 5,263.00 |
| | 453,748.01 |
| | 106,112.74 |
| | 904,498.03 |
| | 96,174.97 |
| | 12,504.63 |
| | 1,808,750.81 |
| | 555,058.51 |
| | 23,008,074.00 |
| | 110.44 |
| | 32,521,124.09 |

| | |
|---|---:|
| | 8,554.21 |
| | 368,603,571.83 |
| Dona Ana | 7,212.43 |
| Hidalgo | 5,399.16 |
| | 3,521,815.81 |
| Churchill | 439,998.67 |
| Elko | 20,068.32 |
| Esmeralda | 29,073.68 |
| Eureka | 24,215.69 |
| Humboldt | 50,483.47 |
| Lander | 254,601.05 |
| Lyon | 13,163.82 |
| Mineral | 144,403.72 |
| Nye | 160.80 |
| Pershing | 46,011.64 |
| Washoe | 67,623.25 |
| White Pine | 939.17 |
| | 71,846.40 |
| | 6,682,274.29 |
| | 106,888.62 |
| Deschutes | 37,905.98 |
| Lake | 14,574.04 |
| | 18,528.39 |
| | 775.89 |
| | 306,901.22 |
| | 3,170,788.45 |
| | 67,909,865.57 |
| Beaver | 127,561.99 |
| Iron | 172.61 |
| Juab | 663.30 |
| Millard | 22,087.54 |
| | 23,235.41 |
| | 4,331.32 |
| Whatcom | 2,119.80 |
| | 184,630.93 |
| | 664,312,371.44 |
| | 1,865,028,729.49 |
| | 336,570,856.34 |
| | 1,370,611.67 |
| | 675,788,643.34 |
| | 150,000,000.00 |
| | 891,828,225.00 |
| | 66,982,984.72 |
| | 44,620,609.03 |
| | 77,617,720.03 |

| | |
|---|---:|
| | 111,303,696.59 |
| | 1,142,376,549.00 |
| | 956,738.48 |
| Baldwin County | 24,763.94 |
| Mobile County | 27,853.86 |
| | 1,247,123.89 |
| | 606,280.97 |
| | 7,811,749.71 |
| Assumption Parish | 2,127.55 |
| Calcasieu Parish | 2,987.69 |
| Cameron Parish | 3,358.26 |
| Iberia Parish | 2,857.63 |
| Jefferson Parish | 5,577.62 |
| Lafourche Parish | 3,282.72 |
| Livingston Parish | 2,972.22 |
| Orleans Parish | 4,904.01 |
| Plaquemines Parish | 6,564.56 |
| St Bernard Parish | 3,630.18 |
| St Charles Parish | 2,600.00 |
| St James Parish | 2,180.40 |
| St John Baptist | 2,397.81 |
| St Martin Parish | 2,317.19 |
| St Mary Parish | 2,375.95 |
| St Tammany Parish | 4,089.98 |
| Tangipahoa Parish | 2,977.85 |
| Terrebonne Parish | 4,437.31 |
| Vermilion Parish | 2,673.60 |
| | 23,835.06 |
| | 277,538.70 |
| Hancock County | 9,218.29 |
| Harrison County | 19,440.96 |
| Jackson County | 21,582.54 |
| | 1,701.00 |
| | 161,581.03 |
| Aransas County | 954.07 |
| Brazoria County | 1,525.12 |
| Calhoun County | 1,250.46 |
| Cameron County | 1,454.87 |
| Chambers County | 844.49 |
| Galveston County | 2,039.76 |
| Harris County | 4,788.33 |
| Jackson County | 658.60 |
| Jefferson County | 1,627.64 |
| Kenedy County | 1,348.51 |
| Kleberg County | 976.29 |

| | |
|---|---|
| Matagorda County | 1,748.07 |
| Nueces County | 1,278.57 |
| Orange County | 923.28 |
| Refugio County | 624.67 |
| San Patricio County | 659.39 |
| Victoria County | 709.72 |
| Willacy County | 822.48 |
| | 382,865.12 |
| | 11,184,061.95 |
| | 10,045.97 |
| | 1,151,448.28 |
| | 33,592,367.91 |
| Imperial County | 41,249.41 |
| Inyo County | 71,594.49 |
| Lake County | 733,167.55 |
| Lassen County | 7,730.08 |
| Mendocino County | 749.25 |
| Mono County | 50,767.05 |
| Siskiyou County | 1,386.94 |
| Sonoma County | 1,136,605.62 |
| | 92,039,200.62 |
| Chaffee County | 681.00 |
| Gunnison County | 426.05 |
| | 593,587.89 |
| | 5,123,410.64 |
| Canyon County | 546.07 |
| Cassia County | 8,327.69 |
| Payette County | 18,115.43 |
| Washington County | 10,051.21 |
| | 54,868.75 |
| | 5,257.35 |
| | 561,249.47 |
| | 185,904.48 |
| | 1,010,739.08 |
| | 77,778.86 |
| | 11,649.47 |
| | 706,016.97 |
| | 2,020,169.14 |
| | 24,033,546.22 |
| | 8,113.89 |
| | 3,850,164.97 |
| Churchill | 521,710.63 |
| Elko County | 24,697.69 |
| Esmeralda County | 38,510.65 |
| Eureka County | 13,474.79 |

| | |
|---|---:|
| Humboldt County | 46,478.91 |
| Lander County | 303,731.34 |
| Lyon County | 9,391.41 |
| Mineral County | 153,707.60 |
| Nye County | 159.84 |
| Pershing County | 34,669.23 |
| Washoe County | 72,609.68 |
| White Pine County | 933.57 |
| | 455,139,819.68 |
| Dona Ana County | 8,652.71 |
| Hidalgo County | 5,908.06 |
| | 39,922,536.16 |
| | 1,600,454.80 |
| | 2,625,438.89 |
| | 45,539.86 |
| Deschutes County | 19,851.52 |
| Lake County | 3,796.14 |
| | 23,914.02 |
| | 775.06 |
| | 396,178.04 |
| | 4,725,825.41 |
| | 73,496,260.76 |
| Beaver County | 105,071.92 |
| Iron County | 171.58 |
| Juab County | 659.34 |
| Millard County | 26,349.48 |
| | 28,181.89 |
| | 5,057.67 |
| Whatcom County | 2,107.14 |
| | 108,373.09 |
| | 669,010,220.24 |
| | 1,748,637,163.69 |
| | 267,931,822.86 |
| | 496,239,191.87 |