| | Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature? | Desert Bighorn | | | Rocky Mountain Bighorn | | |
|---|---|---|---|---|---|---|---|---|
| | | | Uncompahgre | Middle Delores | Black Canyon | Cow Creek/Wett. | S-54 Dillon Mesa/W. Elk | S-25 Snowmass West |
| | **HOME RANGE DATA** | | | | | | | |
| 3.2.1 | Bighorn Sheep Telemetry Points | CPW Telemetry Points | | | | | | |
| 3.2.1 | Bighorn Sheep Observation Points | CPW Observation Points | | | | | | |
| 3.2.1 | Bighorn Sheep GPS Points | CPW GPS Points | | | | | | |
| 3.2.1 | Bighorn Sheep Core Herd Home Range (CHHR) Polygon Layer | CPW Bighorn Overall Range?^ | Year-round, S, W | Year-round, S, W | Year-round = S, W | Year-round, S, W | Year-round, S, W? | Year-round, S, W |
| | **FORAY DATA** | | | | | | | |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) | CPW Suitable Habitat Models? | Suitable only** | Suitable only** | Y (3 values) | Y (3 values) | Y (3 values) | Y (3 values) |
| 3.2.2 | Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| 4.4.1 | Ram & Ewe Distance Distribution File (Summer, Winter) | N/A | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) |
| 4.5.1 | Herd Size | CPW 3-year average# | 160 | 55 | 30 | 237.5 | 125 | 60 |
| 4.5.1 | Herd Sex Ratio (Rams:Ewes) | CPW 3-year average | 43.7:100 | 44.8:100 | Andy will check | 67.9:100 | Andy will check | Julie will check |
| 4.5.1 | Foray Probability | N/A | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) |

**S=Summer**

**W=Winter**

***Normally, people use the default values from the ROC User Guide - at this point, use summer default values for everything**

****Still need connector habitat and non-habitat**

**#these are post-hunt total herd estimates; need to modify to reflect adults only**

**##Default to Rocky Mountain Summer unless CPW has distance estimates for DBHS**

**^Need each population named, or use multi-part polygon for all six; also need to make sure that each record is one sheep only**

**Would be critical to look at points independently and then overlay with CHHR**

**Need to verify data with local biologists!**