| FORMATION | NAME | PFYC | COND | GBRA | GJRA | GSRA | LSRA | KRA | RGRA | SJRA | SLRA | UBRA | WRRA | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Belden, Kerber | &b | 3 | 2 | | | 3 | | | | | 3 | 3 | 3 | Pennsylvanian (Pennb) |
| Eagle Valley | &e | 2 | 3 | | | 2 | | | | | | | | Pennsylvanian |
| Evaporitic Facies | &ee | 2 | 2 | | | 2 | | | | | | | 3 | Pennsylvanian |
| Hermosa | &h | 3 | 2 | | 2 | | | | | | | | 2 | Pennsylvanian |
| Minturn | &m | 3 | 2 | 3 | | 3 | 3 | | 3 | | 3 | | 3 | Pennsylvanian (Pennm) |
| Minturn, Belden | &mb | 3 | 2 | 3 | | 3 | 3 | 3 | 3 | | | | 3 | Pennsylvanian |
| Minturn, Belden, Evaporitic Facies | &mbe | 3 | 2 | 3 | | 3 | 3 | | 3 | | | | 3 | Pennsylvanian |
| Morgan | &mr | 3 | 2 | | | 3 | | | | | | | | Pennsylvanian |
| Rico, Hermosa | &rh | 3 | 2 | | | | | 3 | 3 | | 3 | | | Pennsylvanian (Pennrh) |
| Lyons, Fountain | @&lf | 3 | 2 | | | | | 3 | 3 | | | | | Triassic/Pennsylvanian |
| Chinle | @c | 5 | 1 | | | 5 | 5 | 5 | 5 | 3 | 5 | | | Triassic (Trc) |
| Chinle, Chugwater | @cc | 5 | 1 | | | 5 | 3 | 5 | 3 | | | 5 | | Triassic |
| Chugwater | @ch | 3 | 2 | | | | | | 3 | | | | | Triassic |
| Dolores | @d | 3 | 2 | | | | | | | | 3 | 3 | | Triassic (Trd) |
| Dockum Group | @dg | 3 | 2 | | | | | | 3 | | | | | Triassic |
| Kayenta, Wingate Sandstone, Chinle | @kc | 5 | 1 | | | 5 | 5 | | 3 | 3 | | 5 | | Triassic (Trkc) |
| Moenkopi | @m | 3 | 2 | | | 3 | 3 | | | | | | | Triassic |
| Chinle, Park City, Moenkopi | @Pcp | 5 | 1 | | | 3 | 3 | 5 | | | | | 5 | Triassic |
| Chinle, State Bridge | @Pcs | 5 | 1 | | | | 5 | 5 | | | | | 5 | Triassic |
| Dolores, Chinle, Cutler | @Pdc | 5 | 1 | | | | | | | | | 5 | | Triassic |
| Jelm, State Bridge, Satanka, Lyons | @Pjs | 3 | 2 | | | | | 3 | 3 | | | | | Triassic |
| Lykins | @Pl | 3 | 2 | | | | | 3 | 3 | | | | | Triassic |
| Lyons Sandstone | @Pll | 3 | 2 | | | | | | 3 | | | | | Triassic |
| Moenkopi, Chinle, Cutler | @Pmc | 5 | 1 | | | | | | | | | 5 | 3 | Triassic |
| Triassic and Permian Rocks | @Pr | 3 | 2 | | | | | | 3 | 3 | | | | Triassic |
| State Bridge | @Ps | 5 | 1 | | | | 5 | | 3 | 3 | | | 3 | Triassic |
| Chinle, Windgate Sandstone, Kayenta | @wc | 5 | 1 | | | 5 | 5 | | 3 | | | 5 | | Triassic (Trwc) |
| Alkalic and Mafic Rocks in Small Plutons | _am | 1 | 3 | 1 | | | | | | 1 | | | | Cambrian (Cam) |
| Lodore | _l | 3 | 2 | | | 3 | | | | | | | | Cambrian |
| Sawatch Quartzite, Peerless | _s | 3 | 2 | | | 3 | | 3 | 3 | | | 3 | | Cambrian |
| Parting, Fremont, Harding Sandstone, Manitou | DO | 5 | 1 | | | | | | 3 | 5 | 3 | 3 | | |
| Williams Canyon, Manitou Limestone, Sawatch | DO_ | 3 | 2 | 3 | | | | | 3 | | 3 | | 3 | Devonian/Ordovician/Cambrian (DOCamb) |
| water | H2O | 0 | 0 | | | | | | | | | | | |
| Glen Canyon Group | J@g | 5 | 1 | | | 3 | 5 | | | | 5 | 3 | 5 | Jurassic/Triassic (JTrg) |
| Glen Canyon Sandstone, Chinle, Navajo | J@gc | 5 | 1 | | 3 | 3 | 5 | | 3 | | | 3 | 5 | Jurassic/Triassic |
| Entrada, Chinle | J@mc | 5 | 1 | | | | 5 | 5 | 3 | | 5 | 3 | | Jurassic/Triassic |
| Entrada | J@mg | 5 | 1 | | | | | | | | 5 | 3 | | Jurassic/Triassic (JTrmg) |
| Chinle | J@sc | 5 | 1 | | | 5 | | | | | | | | |
| Morrison | Jm | 5 | 1 | 5 | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | |
| Morrison, Curtis, Curtis/Sundance | Jmc | 5 | 1 | | | 5 | 5 | | | | | | | |
| Morrison, Curtis/Sundance, Entrada | Jmce | 5 | 1 | 5 | | 5 | 5 | 3 | 3 | | | 3 | 5 | |
| Morrison, Entrada Sandstone | Jme | 5 | 1 | 5 | | 5 | 5 | 5 | 5 | | 3 | 3 | 5 | |
| Morrison, Junction Creek Sandstone | Jmj | 3 | 2 | 3 | | | | | | | | | | |
| Morrison, Ralston Creek | Jmr | 5 | 1 | 3 | | | 5 | 5 | 5 | | | 3 | 3 | |
| Morrison, Ralston Creek, Entrada | Jmre | 5 | 1 | 3 | | | 5 | 5 | 5 | 5 | | 3 | 3 | |
| Morrison, Sundance, Curtis/Sundance | Jms | 5 | 1 | | | | | 5 | 5 | 3 | | | 5 | |
| Morrison, Summerville, Entrada | Jmse | 5 | 1 | 5 | | 5 | 3 | 3 | 3 | | 5 | 3 | | |
| Morrison, Wanakah | Jmw | 5 | 1 | 5 | | 5 | | | 3 | 3 | 5 | | | |

| Name | Code | | | c1 | c2 | c3 | c4 | c5 | c6 | c7 | c8 | c9 | c10 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morrison, Wanakah, Entrada | Jmwe | 5 | 1 | 5 | 5 | | | | | 5 | | 5 | | |
| Colorado Group, Niobrara, Benton Shale, G | Kc | 3 | 2 | | | 3 | | 3 | 3 | | | | | |
| Cliff House Sandstone, Greenhorn Limeston | Kcg | 3 | 2 | | | | | 3 | 3 | | | | | |
| Cliff House Sandstone | Kch | 4 | 1 | | | | | 4 | | | | | | |
| Dakota Sandstone | Kd | 4 | 1 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | |
| Burro Canyon Sandstone | Kdb | 4 | 1 | 3 | 3 | | | | | 4 | 3 | 3 | | |
| Dakota Sandstone, Purgatoire | Kdp | 3 | 2 | 3 | | 3 | 3 | 3 | 3 | | 3 | 3 | | |
| Fox Hills Sandstone | Kf | 3 | 2 | | | | | | 3 | | | | | |
| Frontier Sandstone, Burro Canyon Sandsto | Kfd | 3 | 2 | | | 3 | | | | | | | | |
| Mesaverde Group, Hunter Canyor | Kh | 3 | 2 | | 3 | 3 | | | | | | | | |
| Iles | Ki | 5 | 1 | | | 3 | 3 | | | | | | 5 | |
| Burro Canyon Sandstone | KJd | 3 | 2 | | 3 | | | | | | | | | |
| Burro Canyon Sandstone, Dakota Sandstor | KJde | 3 | 2 | | | | | | | | | 3 | | |
| Burro Canyon Sandstone, Dakota Sandstor | KJdj | 5 | 1 | 5 | | | | | | | | 3 | | |
| Burro Canyon Sandstone, Dakota Sandstor | KJdm | 5 | 1 | 5 | | | 5 | | | | | 3 | | |
| Burro Canyon Sandstone, Dakota Sandstor | KJdr | 5 | 1 | | | 3 | | | 5 | | | 3 | | |
| Morrison, Burro Canyon Sandstone, Dakota | KJds | 5 | 1 | | | | 5 | | 3 | | | 3 | 3 | |
| Burro Canyon Sandstone, Dakota Sandstor | KJdw | 5 | 1 | 5 | 3 | | | | | | | 5 | | |
| Kirtland Shale, Fruitland | Kkf | 3 | 2 | 3 | | | | | 3 | | | | | |
| Laramie | Kl | 3 | 2 | | | | 3 | | 3 | | | | | |
| Laramie, Fox Hills Sandstone | Klf | 3 | 2 | | | | | | 3 | | | | | |
| Lewis Shale | Kls | 3 | 2 | | | | 3 | | | 3 | 3 | | | |
| Mancos Shale, Juana Lopez Member | Km | 3 | 2 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 3 | |
| Frontier Sandstone and Mowry Shale Meml | Kmfm | 5 | 1 | | | 3 | 5 | | | | | | 5 | |
| Mesaverde Group, Garfield, Hunter Canyon | Kmgh | 3 | 2 | | | | | | | 3 | | | | |
| Sego Sandstone, Garfield | Kmgs | 3 | 2 | | 3 | 3 | 3 | | | | | | | |
| | Kmj | 3 | 2 | | | | | | | | | | | |
| Menefee, Point Lookout Sandstone | Kmp | 3 | 2 | | | | | | | 3 | | | | |
| Mesaverde Group, Undivided | Kmv | 5 | 1 | 3 | 3 | 3 | 3 | | | 3 | 3 | 5 | | |
| Mesaverde Group, Lower Part | Kmvl | 3 | 2 | 3 | 3 | 3 | | | | | | | | |
| Mesaverde Group, Upper Part | Kmvu | 5 | 1 | 3 | 3 | 3 | | | | | 3 | 5 | | |
| | Kmw | 3 | 2 | 3 | | | | | | | | | | |
| Niobrara | Kn | 3 | 2 | | | | | 3 | 3 | | | | | |
| Pierre Shale | Kp | 3 | 2 | | | 3 | | 3 | 3 | | | | | |
| Pictured Cliffs Sandstone | Kpcl | 3 | 2 | | | | | | | 3 | 3 | | | Also Lewis Shale (Kls) |
| Greenhorn Limestone, Graneros, Carlile | Kpg | 3 | 2 | | | | | 3 | 3 | 3 | | 3 | | |
| Pierre Shale Lower Unit | Kpl | 3 | 2 | | | | | | 3 | | | | | |
| | Kpm | 3 | 2 | | | | | | | | | | | |
| Pierre Shale Upper Unite | Kpu | 3 | 2 | | | | | | 3 | | | | | |
| Sego Sandstone, Buck Tongue of Mancos : | Ksc | 3 | 2 | | | 3 | 3 | | | | | 3 | | |
| Vermejo | Kvt | 3 | 2 | | | | | | 5 | | | | | |
| Williams Fork | Kw | 5 | 1 | | | 3 | 5 | | | | | | 5 | |
| Williams Canyon, Leadville Limestone, Man | M_ | 3 | 2 | 3 | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 3 Missippian/Cambrian (MCamb)(MC) |
| Madison Limestone, Lodore | M_ml | 3 | 2 | | | | 3 | | | | | | | Missippian/Cambrian (Uinta Mountains) |
| Leadville Limestone, Gilman Sandstone, Dy | MD | 3 | 2 | 3 | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 3 Missippian/Devonian |
| Leadville Limestone, Gilman Sandstone, Dy | MD_ | 3 | 2 | 3 | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 3 Missippian/Devonian/Cambrian (MDCamb)(MdC |
| Williams Canyon, Leadville Limestone | MDO | 3 | 2 | 3 | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 3 Missippian/Devonian/Ordovician |
| Madison Limestone | Mm | 3 | 2 | | | | | | | | | | | 3 Missippian |
| Mesozoic Sedimentary Rocks | Mz | 5 | 1 | | | 5 | 5 | 5 | 5 | | | | | 5 Mesozoic |

| Unit | Code | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mesozoic and Paleozoic Sedimentary Rock | MzPz | 5 | 1 | | | 5 | 5 | 5 | 5 | | | [3] | Mesozoic/Paleozoic |
| Sawatch Quartzite, Manitau Limestone, Dot | O_ | 3 | 2 | 3 | | | 3 | | 3 | | | [3] | Ordovician/Cambrian |
| | Or | 3 | 2 | | | | | | | | | | Ordovician |
| Casper, Fountain | P&cf | 3 | 2 | | | | | 3 | 3 | | | | Permian/Pennsylvanian |
| Fountain | P&f | 3 | 2 | | | | | 3 | 3 | | | | Permian/Pennsylvanian |
| Ingleside, Fountain | P&if | 3 | 2 | | | | | 3 | 3 | | | | Permian/Pennsylvanian |
| Maroon | P&m | 3 | 2 | 3 | | | | 3 | 3 | | | 3 | 3 Permian/Pennsylvanian |
| Sangre De Cristo | P&s | 5 | 1 | | | | | | 5 | | [3] | | Permian/Pennsylvanian, (PPens) |
| Weber Sandstone | P&w | 3 | 2 | | | 3 | 3 | | | | | | Permian/Pennsylvanian |
| Weber Sandstone, Maroon | P&wm | 3 | 2 | | | 3 | 3 | | 3 | | | 3 | 3 Permian/Pennsylvanian |
| Cutler | Pc | 5 | 1 | | | [3] | [3] | | | [4] | | 5 | |
| Park City | Pp | 3 | 2 | | | | | | 3 | | | | 3 |
| Upper Permian Rocks, Undivided | Pu | 3 | 2 | | | | | | 3 | | | | |
| Quaternary | Q | 3 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 Not on 500K geology map |
| Modern Alluvium | Qa | 2 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Basalt Flows | Qb | 3 | 3 | | | | | 1 | | | 1 | 1 | <1.8my |
| Glacial Drift | Qd | 3 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 3 Pinedale and Bull Lake Glaciations |
| Older Glacial Drift | Qdo | 3 | 2 | 3 | | 3 | 3 | 3 | 3 | 3 | 3 | | Pre-Bull Lake Age |
| Eolian Deposits | Qe | 3 | 2 | | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 Bison and various |
| Older Eolian Deposits | Qeo | 3 | 2 | | | | | | 3 | | | | |
| Gravels and Alluviums | Qg | 3 | 2 | 3 | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 Bull Lake and Pinedale Age |
| Older Gravels and Alluviums | Qgo | 3 | 2 | | | 3 | 3 | 3 | 3 | 3 | 3 | | Pre-Bull Lake Age |
| Landslide Deposits | Ql | 3 | 2 | 3 | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Ancient Alluvium | QTa | 3 | 2 | | | | 3 | | | | | 3 | (ancient alluvium = 3??, see GSRA) |
| Alamosa/Unclassified Surficial and Alamosa | QTsa | 5 | 1 | | | | | | | | 5 | | 3, 4, 5 depending on exposure |
| Arikaree | Ta | 3 | 2 | | | | | | 3 | | | | |
| Ash-Flow Tuff of Main Volcanic Sequence | Taf | 1 | 3 | 1 | | | 1 | | 1 | 1 | 1 | 1 | |
| Bridger | Tb | 5 | 1 | | | [3] | 5 | | | | | | |
| Basalt Flows and Associated Tuff, Breccia, | Tbb | 1 | 3 | 1 | 1 | [3] | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Basaltic Intrusive Rocks Related to Basalt F | Tbbi | 1 | 3 | | | 1 | | | 1 | | 1 | 1 | 1 |
| Browns Park | Tbp | 5 | 1 | | | [3] | 5 | 5 | 5 | | | | 5 |
| Rhyolitic Intrusive Rocks and Flows of Late | Tbr | 1 | 3 | 1 | | 1 | | | 1 | | | | 1 |
| Ash-Flow Tuff of Late-Volcanic Bimodal Sui | Tbrt | 1 | 3 | 1 | | | | | | | 1 | 1 | |
| Coalmont | Tc | 5 | 1 | | | | [3] | [3] | | | | 5 | |
| Cuchara | Tcu | 5 | 1 | | | | | | 5 | | | | |
| Dry Union | Td | 5 | 1 | | | | [3] | 5 | | [3] | | | |
| | Tdu | 3 | 2 | | | | | | | | | | |
| Basaltic Flows in Denver Formation Near G | Tdv | 1 | 3 | 1 | | | | | 1 | | | | |
| Eocene Prevolcanic Sedimentary Rocks | Te | 1 | 3 | 1 | | | | | 1 | 1 | 1 | 1 | |
| Fort Union | Tf | 3 | 2 | | | | 3 | | | | | | 3 |
| Green River | Tg | 3 | 2 | [3] | [3] | [3] | | | | [3] | | 5 | 5 |
| Green River (Lower Part) | Tgl | 5 | 1 | [3] | [3] | | | | | | | | 5 |
| Green River (Laney Member) | Tglm | 3 | 2 | | | | 3 | | | | | | |
| Green River (Luman Tongue) | Tglu | 3 | 2 | | | | 3 | | | | | | |
| Green River (Wasatch) | Tglw | 5 | 1 | | | | 5 | | | | | | |
| Green River (Parachute Creek Member) | Tgp | 5 | 1 | [3] | 5 | | | | | [3] | | | 5 claystone, shale, and sandstone |
| Green River (Tipton Tongue) | Tgt | 3 | 2 | | | | 3 | | | | | | |
| Bouldery Gravel on Old Erosional Surfaces | Tgv | 3 | 2 | | | | | 3 | 3 | | | | |
| Huerfano | Th | 5 | 1 | | | | | | 5 | | | | |

| Unit | Code | A | B | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Intra-Ash Flow Andesitic Lavas | Tial | 1 | 3 | 1 | | | | 1 | | 1 | 1 | | |
| Intra-Ash Flow Quartz Latitic Lavas | Tiql | 1 | 3 | 1 | | | | 1 | 1 | 1 | | | |
| Animas (PR 11-20-08) | TKa | 5 | 2 | | | | | 3 (to 5) | | | | | 3 overall, but 5 in paleosol layers ("variegated b… |
| Denver, Arapahoe | TKda | 5 | 1 | | | | | 5 | | | | | |
| Denver Formation, Lower Part of Dawson A | TKdl | 5 | 1 | | | | | 5 | | | | | |
| Upper Part of Dawson Arkose | TKdu | 3 | 2 | | | | | 3 | | | | | |
| Telluride Conglomerate, Cimmaron Ridge | TKec | 3 | 2 | | | | | | | | 3 | | |
| Laramide Intrusive Rocks | TKi | 1 | 3 | 1 | | 1 | | 1 | 1 | | 1 | | |
| Raton | TKr | 5 | 1 | | | | | 5 | | | | | |
| Los Pinos | Tlp | 3 | 2 | | | | | | | 3 | | | |
| Middle Park, Windy Gap Member | Tm | 3 | 2 | | | | 3 | | | | | | |
| Middle Tertiary Intrusive Rocks (20-40my) | Tmi | 1 | 3 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | | |
| Nacimiento (PR 11-20-08) | Tn | 5 | 2 | | | | | | 5 | | | | |
| North Park | Tnp | 5 | 1 | | | | 5 | | | | | | |
| Ogallala | To | 5 | 1 | | | | | 5 | | | | | |
| Oligocene Sedimentary Rocks | Tos | 5 | 1 | [3] | | [3] | | 5 | | [3] | | [3] | |
| Poison Canyon | Tpc | 5 | 1 | | | | | 5 | | | | | |
| Pre-Ash Flow Andesitic Lavas, Breccias, Tu | Tpl | 1 | 3 | 1 | | 1 | | 1 | 1 | 1 | 1 | | |
| Santa Fe | Ts | 3 | 2 | | | | | 3 | | 3 | | | |
| San Jose (PR 11-20-08) | Tsj | 5 | 2 | | | | | | 5 | | | | |
| South Park | Tsp | 3 | 2 | | | | | 3 | | 3 | | | |
| Troublesome | Tt | 5 | 1 | | | | 5 | | | | | | |
| Uinta | Tu | 5 | 1 | | [3] | 3 | | | | | [3] | 5 | |
| Upper Tertiary Intrusive Rocks (<20my) | Tui | 1 | 3 | 1 | | | | | 1 | | | | |
| Volcanic Rocks (7-33my) | Tv | 1 | 3 | | | | 1 | 1 | 1 | | | | NW Colorado |
| Wasatch (DeBeque) | Tw | 5 | 1 | [3] | 5 | 5 | | | | | [3] | 5 | |
| Wasatch (Cathedral Bluffs Tongue) | Twc | 3 | 2 | | | | 3 | | | | | | |
| Wall Mountain Tuff | Twm | 1 | 3 | | | | | | 1 | | | | |
| Wasatch (Niland Tongue) | Twn | 3 | 2 | | | | 3 | | | | | | Sand Wash Basin |
| Wasatch (DeBeque), Ohio Creek | Two | 5 | 1 | [3] | 5 | 5 | | | | | [3] | 5 | |
| White River | Twr | 5 | 1 | | | | | 5 | 5 | | | | |
| Red Creek Quartzite | Wr | 2 | 3 | | | | 2 | | | | | | Uinta Mountains, ~2500my |
| Metamorphic Rocks, Biotitic Gneiss, Schist, | Xb | 1 | 3 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | | |
| Felsic and Hornblendic Gneisses, Separate | Xfh | 1 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | |
| Granitic Rocks (1700my) | Xg | 1 | 3 | 1 | 1 | | 1 | 1 | | 1 | 1 | 1 | |
| Mafic Rocks (1700my) | Xm | 1 | 3 | 1 | | | 1 | 1 | | 1 | 1 | | |
| Quartzite Conglomerate, and Interlayered M | Xq | 1 | 3 | | | | | 1 | 1 | 1 | | | |
| Alkalic and Mafic Rocks in Small Plutons | Yam | 1 | 3 | 1 | | | | | 1 | 1 | | | |
| Granitic Rocks (14my) | Yg | 1 | 3 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | | |
| | Yp | 1 | 3 | | | | | | | | | | |
| Uinta Mountain Group (950-1400my), Lodo | Yu | 3 | 2 | | | | 3 | | | | | 3 | |
| Granitic Rocks (1400 and 1700my) | YXg | 1 | 3 | 1 | 1 | 1 | | 1 | | 1 | [1] | | Taylor River Region |
| Uncompahgre | YXu | 1 | 3 | | | | | | 1 | 1 | 2 | | |

)(MDC)

ed lithologies",

**ACRONYM**

COND
GBRA
GJRA
GSRA
KRA
LSRA
PFYC
RGRA
SJRA
SLRA
UBRA
WRRA
&
@
_ (Underline)

**EXPLANATION**

Previous BLM Fossil Sensitivity classification system was Condition 1, 2, & 3  (COND 1 is most important)
Gunnison Basin Resource Area
Grand Junction Resource Area
Glenwood Springs Resource Area
Kremmling Resource Area
Little Snake Resource Area
Potential Fossil Yield Classification system, based on PFYC 1, 2, 3, 4, & 5 (PFYC 5 is most important)
Royal Gorge Resource Area
San Juan Resource Area
San Luis Resource Area
Uncompahgre Basin Resource Area
White River Resource Area
Pennsylvanian (for lack of a better keyboard symbol)
Triassic
Cambrian