Table 1. Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2000 to July 1, 2009

| Geographic Area | Population Estimates | | | | | | | | | | April 1, 2000 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | July 1, 2009 | July 1, 2008 | July 1, 2007 | July 1, 2006 | July 1, 2005 | July 1, 2004 | July 1, 2003 | July 1, 2002 | July 1, 2001 | July 1, 2000 | Estimates Base | Census |
| **United States** | 307,006,550 | 304,374,846 | 301,579,895 | 298,593,212 | 295,753,151 | 293,045,739 | 290,326,418 | 287,803,914 | 285,081,556 | 282,171,957 | 281,424,602 | 281,421,906 |
| **Northeast** | 55,283,679 | 55,060,196 | 54,879,379 | 54,710,026 | 54,598,185 | 54,514,298 | 54,364,452 | 54,167,735 | 53,930,017 | 53,667,506 | 53,594,828 | 53,594,378 |
| **Midwest** | 66,836,911 | 66,595,597 | 66,359,247 | 66,082,058 | 65,806,421 | 65,587,713 | 65,319,024 | 65,074,729 | 64,815,413 | 64,493,956 | 64,395,190 | 64,392,776 |
| **South** | 113,317,879 | 112,021,022 | 110,573,419 | 108,930,843 | 107,411,036 | 105,874,018 | 104,431,612 | 103,185,017 | 101,868,637 | 100,559,939 | 100,235,832 | 100,236,820 |
| **West** | 71,568,081 | 70,698,031 | 69,767,850 | 68,870,285 | 67,937,509 | 67,069,710 | 66,211,330 | 65,376,433 | 64,467,489 | 63,450,556 | 63,198,752 | 63,197,932 |
| Alabama | 4,708,708 | 4,677,464 | 4,637,904 | 4,597,688 | 4,545,049 | 4,512,190 | 4,490,591 | 4,472,420 | 4,464,034 | 4,451,849 | 4,447,382 | 4,447,100 |
| Alaska | 698,473 | 688,125 | 682,297 | 677,325 | 669,488 | 661,569 | 650,884 | 642,691 | 633,316 | 627,499 | 626,931 | 626,932 |
| Arizona | 6,595,778 | 6,499,377 | 6,362,241 | 6,192,100 | 5,974,834 | 5,759,425 | 5,591,206 | 5,452,108 | 5,304,417 | 5,166,697 | 5,130,607 | 5,130,632 |
| Arkansas | 2,889,450 | 2,867,764 | 2,842,194 | 2,815,097 | 2,776,221 | 2,746,161 | 2,722,291 | 2,704,732 | 2,691,068 | 2,678,288 | 2,673,386 | 2,673,400 |
| California | 36,961,664 | 36,580,371 | 36,226,122 | 35,979,208 | 35,795,255 | 35,558,419 | 35,251,107 | 34,876,194 | 34,485,623 | 33,994,571 | 33,871,648 | 33,871,648 |
| Colorado | 5,024,748 | 4,935,213 | 4,842,259 | 4,753,044 | 4,660,780 | 4,599,681 | 4,548,775 | 4,504,265 | 4,433,068 | 4,328,070 | 4,302,015 | 4,301,261 |
| Connecticut | 3,518,288 | 3,502,932 | 3,488,633 | 3,485,162 | 3,477,416 | 3,474,610 | 3,467,673 | 3,448,382 | 3,428,433 | 3,411,726 | 3,405,607 | 3,405,565 |
| Delaware | 885,122 | 876,211 | 864,896 | 853,022 | 839,906 | 826,639 | 814,905 | 804,131 | 794,620 | 786,411 | 783,557 | 783,600 |
| District of Columbia | 599,657 | 590,074 | 586,409 | 583,978 | 582,049 | 579,796 | 577,777 | 579,585 | 578,042 | 571,744 | 572,055 | 572,059 |
| Florida | 18,537,969 | 18,423,878 | 18,277,888 | 18,088,505 | 17,783,868 | 17,375,259 | 16,981,183 | 16,680,309 | 16,353,869 | 16,047,118 | 15,982,839 | 15,982,378 |
| Georgia | 9,829,211 | 9,697,838 | 9,533,761 | 9,330,086 | 9,097,428 | 8,913,676 | 8,735,259 | 8,585,535 | 8,419,594 | 8,230,161 | 8,186,781 | 8,186,453 |
| Hawaii | 1,295,178 | 1,287,481 | 1,276,832 | 1,275,599 | 1,266,117 | 1,252,782 | 1,239,298 | 1,228,069 | 1,218,305 | 1,211,566 | 1,211,538 | 1,211,537 |
| Idaho | 1,545,801 | 1,527,506 | 1,499,245 | 1,464,413 | 1,425,862 | 1,391,718 | 1,364,109 | 1,342,149 | 1,321,170 | 1,299,551 | 1,293,955 | 1,293,953 |
| Illinois | 12,910,409 | 12,842,954 | 12,779,417 | 12,718,011 | 12,674,452 | 12,645,295 | 12,597,981 | 12,558,229 | 12,507,833 | 12,437,645 | 12,419,658 | 12,419,293 |
| Indiana | 6,423,113 | 6,388,309 | 6,346,113 | 6,301,700 | 6,253,120 | 6,214,454 | 6,181,786 | 6,149,007 | 6,124,967 | 6,091,649 | 6,080,520 | 6,080,485 |
| Iowa | 3,007,856 | 2,993,987 | 2,978,719 | 2,964,391 | 2,949,450 | 2,941,358 | 2,932,799 | 2,929,264 | 2,929,424 | 2,928,184 | 2,926,380 | 2,926,324 |
| Kansas | 2,818,747 | 2,797,375 | 2,775,586 | 2,755,700 | 2,741,771 | 2,730,765 | 2,721,955 | 2,712,598 | 2,701,456 | 2,692,810 | 2,688,811 | 2,688,418 |
| Kentucky | 4,314,113 | 4,287,931 | 4,256,278 | 4,219,374 | 4,182,293 | 4,147,970 | 4,118,627 | 4,091,330 | 4,069,191 | 4,048,903 | 4,042,288 | 4,041,769 |
| Louisiana | 4,492,076 | 4,451,513 | 4,376,122 | 4,240,327 | 4,497,691 | 4,489,327 | 4,474,726 | 4,466,068 | 4,460,816 | 4,468,979 | 4,468,972 | 4,468,976 |
| Maine | 1,318,301 | 1,319,691 | 1,317,308 | 1,314,963 | 1,311,631 | 1,308,253 | 1,303,102 | 1,293,938 | 1,284,791 | 1,277,211 | 1,274,915 | 1,274,923 |
| Maryland | 5,699,478 | 5,658,655 | 5,634,242 | 5,612,196 | 5,582,520 | 5,542,659 | 5,496,708 | 5,439,913 | 5,375,033 | 5,310,579 | 5,296,544 | 5,296,486 |
| Massachusetts | 6,593,587 | 6,543,595 | 6,499,275 | 6,466,399 | 6,453,031 | 6,451,279 | 6,451,637 | 6,440,978 | 6,411,730 | 6,363,015 | 6,349,119 | 6,349,097 |
| Michigan | 9,969,727 | 10,002,486 | 10,050,847 | 10,082,438 | 10,090,554 | 10,089,305 | 10,066,351 | 10,038,767 | 10,006,093 | 9,955,308 | 9,938,492 | 9,938,444 |
| Minnesota | 5,266,214 | 5,230,567 | 5,191,206 | 5,148,346 | 5,106,560 | 5,079,344 | 5,047,862 | 5,017,458 | 4,982,813 | 4,933,958 | 4,919,492 | 4,919,479 |
| Mississippi | 2,951,996 | 2,940,212 | 2,921,723 | 2,897,150 | 2,900,116 | 2,886,006 | 2,867,678 | 2,858,643 | 2,853,313 | 2,848,310 | 2,844,666 | 2,844,658 |
| Missouri | 5,987,580 | 5,956,335 | 5,909,824 | 5,861,572 | 5,806,639 | 5,758,444 | 5,714,847 | 5,680,852 | 5,643,986 | 5,606,065 | 5,596,684 | 5,595,211 |
| Montana | 974,989 | 968,035 | 957,225 | 946,230 | 934,801 | 925,887 | 916,750 | 909,868 | 905,873 | 903,293 | 902,190 | 902,195 |
| Nebraska | 1,796,619 | 1,781,949 | 1,769,912 | 1,760,435 | 1,751,721 | 1,742,184 | 1,733,680 | 1,725,083 | 1,717,948 | 1,713,345 | 1,711,265 | 1,711,263 |
| Nevada | 2,643,085 | 2,615,772 | 2,567,752 | 2,493,405 | 2,408,804 | 2,328,703 | 2,236,949 | 2,166,214 | 2,094,509 | 2,018,211 | 1,998,260 | 1,998,257 |
| New Hampshire | 1,324,575 | 1,321,872 | 1,317,343 | 1,311,894 | 1,301,415 | 1,292,766 | 1,281,871 | 1,271,163 | 1,256,879 | 1,240,446 | 1,235,791 | 1,235,786 |
| New Jersey | 8,707,739 | 8,663,398 | 8,636,043 | 8,623,721 | 8,621,837 | 8,611,530 | 8,583,481 | 8,544,115 | 8,489,469 | 8,430,921 | 8,414,378 | 8,414,350 |
| New Mexico | 2,009,671 | 1,986,763 | 1,968,731 | 1,942,608 | 1,916,538 | 1,891,829 | 1,869,683 | 1,850,035 | 1,828,809 | 1,820,813 | 1,819,041 | 1,819,046 |
| New York | 19,541,453 | 19,467,789 | 19,422,777 | 19,356,564 | 19,330,891 | 19,297,933 | 19,231,101 | 19,161,873 | 19,088,978 | 18,998,044 | 18,976,811 | 18,976,457 |
| North Carolina | 9,380,884 | 9,247,134 | 9,064,074 | 8,866,977 | 8,669,452 | 8,531,283 | 8,416,451 | 8,316,617 | 8,203,451 | 8,079,383 | 8,046,406 | 8,049,313 |
| North Dakota | 646,844 | 641,421 | 638,202 | 636,771 | 635,365 | 636,303 | 632,809 | 633,617 | 636,267 | 641,200 | 642,195 | 642,200 |
| Ohio | 11,542,645 | 11,528,072 | 11,520,815 | 11,492,495 | 11,475,262 | 11,464,593 | 11,445,180 | 11,420,981 | 11,396,874 | 11,363,844 | 11,353,150 | 11,353,140 |
| Oklahoma | 3,687,050 | 3,644,025 | 3,612,186 | 3,574,334 | 3,532,769 | 3,514,449 | 3,498,687 | 3,484,754 | 3,464,729 | 3,453,943 | 3,450,638 | 3,450,654 |
| Oregon | 3,825,657 | 3,782,991 | 3,732,957 | 3,677,545 | 3,617,869 | 3,573,505 | 3,550,180 | 3,517,111 | 3,470,382 | 3,430,891 | 3,421,437 | 3,421,399 |
| Pennsylvania | 12,604,767 | 12,566,368 | 12,522,531 | 12,471,142 | 12,418,161 | 12,388,368 | 12,357,524 | 12,326,302 | 12,299,533 | 12,285,907 | 12,281,071 | 12,281,054 |
| Rhode Island | 1,053,209 | 1,053,502 | 1,055,009 | 1,060,196 | 1,064,989 | 1,071,414 | 1,071,504 | 1,066,034 | 1,058,051 | 1,050,736 | 1,048,315 | 1,048,319 |
| South Carolina | 4,561,242 | 4,503,280 | 4,424,232 | 4,339,399 | 4,256,199 | 4,201,306 | 4,146,474 | 4,103,934 | 4,062,701 | 4,023,570 | 4,011,832 | 4,012,012 |
| South Dakota | 812,383 | 804,532 | 797,035 | 788,519 | 780,084 | 774,283 | 766,975 | 762,107 | 758,983 | 755,694 | 754,835 | 754,844 |

**Table 1. Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2000 to July 1, 2009**

| Geographic Area | Population Estimates | | | | | | | | | | April 1, 2000 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | July 1, 2009 | July 1, 2008 | July 1, 2007 | July 1, 2006 | July 1, 2005 | July 1, 2004 | July 1, 2003 | July 1, 2002 | July 1, 2001 | July 1, 2000 | Estimates Base | Census |
| Tennessee | 6,296,254 | 6,240,456 | 6,172,862 | 6,089,453 | 5,995,748 | 5,916,762 | 5,856,522 | 5,803,306 | 5,755,443 | 5,703,243 | 5,689,276 | 5,689,283 |
| Texas | 24,782,302 | 24,304,290 | 23,837,701 | 23,369,024 | 22,801,920 | 22,418,319 | 22,057,801 | 21,710,788 | 21,332,847 | 20,945,963 | 20,851,818 | 20,851,820 |
| Utah | 2,784,572 | 2,727,343 | 2,663,796 | 2,583,724 | 2,499,637 | 2,438,915 | 2,379,938 | 2,334,473 | 2,291,250 | 2,244,314 | 2,233,204 | 2,233,169 |
| Vermont | 621,760 | 621,049 | 620,460 | 619,985 | 618,814 | 618,145 | 616,559 | 614,950 | 612,153 | 609,903 | 608,821 | 608,827 |
| Virginia | 7,882,590 | 7,795,424 | 7,719,749 | 7,646,996 | 7,563,887 | 7,468,914 | 7,373,694 | 7,283,541 | 7,191,304 | 7,104,533 | 7,079,048 | 7,078,515 |
| Washington | 6,664,195 | 6,566,073 | 6,464,979 | 6,372,243 | 6,261,282 | 6,184,289 | 6,113,262 | 6,056,187 | 5,987,785 | 5,911,122 | 5,894,143 | 5,894,121 |
| West Virginia | 1,819,777 | 1,814,873 | 1,811,198 | 1,807,237 | 1,803,920 | 1,803,302 | 1,802,238 | 1,799,411 | 1,798,582 | 1,806,962 | 1,808,344 | 1,808,344 |
| Wisconsin | 5,654,774 | 5,627,610 | 5,601,571 | 5,571,680 | 5,541,443 | 5,511,385 | 5,476,796 | 5,446,766 | 5,408,769 | 5,374,254 | 5,363,708 | 5,363,675 |
| Wyoming | 544,270 | 532,981 | 523,414 | 512,841 | 506,242 | 502,988 | 499,189 | 497,069 | 492,982 | 493,958 | 493,783 | 493,782 |
| | | | | | | | | | | | | |
| **Puerto Rico** | 3,967,288 | 3,954,553 | 3,941,235 | 3,926,744 | 3,910,722 | 3,893,931 | 3,876,637 | 3,858,272 | 3,837,768 | 3,814,413 | 3,808,603 | 3,808,610 |

Note: The April 1, 2000 Population Estimates base reflects changes to the Census 2000 population from the Count Question Resolution program and geographic program revisions.  See Geographic Terms and Definitions at http://www.census.gov/popest/geographic/ for a list of the states that are included in each region.

Suggested Citation:
Table 1. Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2000 to July 1, 2009 (NST-EST2009-01)
Source: U.S. Census Bureau, Population Division
Release Date: December 2009

**Table 5: Estimates of the Resident Population by Race Alone or in Combination[1] and Hispanic Origin for the United States and States: July 1, 2008**

| Geographic Area | Race Alone or in Combination | | | | |
|---|---|---|---|---|---|
| | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander |
| **TOTAL** | | | | | |
| United States | 247,112,954 | 41,126,808 | 4,861,963 | 15,480,349 | 1,112,297 |
| Alabama | 3,354,480 | 1,248,739 | 50,355 | 56,225 | 4,338 |
| Alaska | 513,083 | 36,193 | 124,050 | 40,267 | 6,930 |
| Arizona | 5,726,959 | 311,869 | 359,841 | 202,957 | 23,596 |
| Arkansas | 2,344,366 | 463,542 | 47,356 | 38,405 | 4,868 |
| California | 28,982,670 | 2,725,631 | 738,978 | 5,073,012 | 281,522 |
| Colorado | 4,520,460 | 245,054 | 98,504 | 165,414 | 14,888 |
| Connecticut | 2,994,192 | 391,631 | 29,020 | 135,223 | 5,815 |
| Delaware | 658,888 | 190,610 | 7,287 | 28,377 | 991 |
| District of Columbia | 243,839 | 328,527 | 5,834 | 23,308 | 1,100 |
| Florida | 14,846,994 | 3,036,957 | 173,300 | 508,222 | 39,913 |
| Georgia | 6,436,724 | 2,972,130 | 77,877 | 317,032 | 16,652 |
| Hawaii | 553,838 | 50,616 | 27,509 | 696,155 | 280,538 |
| Idaho | 1,465,622 | 19,277 | 34,707 | 26,548 | 4,321 |
| Illinois | 10,350,106 | 1,995,700 | 90,568 | 617,155 | 17,254 |
| Indiana | 5,683,104 | 617,932 | 46,128 | 104,806 | 6,189 |
| Iowa | 2,858,585 | 97,175 | 22,424 | 55,965 | 2,979 |
| Kansas | 2,532,033 | 194,423 | 51,315 | 73,606 | 4,191 |
| Kentucky | 3,881,542 | 352,141 | 28,595 | 51,927 | 4,108 |
| Louisiana | 2,899,657 | 1,432,235 | 48,196 | 76,777 | 4,343 |
| Maine | 1,282,333 | 17,777 | 14,410 | 15,421 | 950 |
| Maryland | 3,647,982 | 1,711,363 | 47,278 | 319,559 | 8,987 |
| Massachusetts | 5,683,842 | 505,880 | 45,137 | 351,111 | 11,872 |
| Michigan | 8,260,433 | 1,499,490 | 127,056 | 272,915 | 9,462 |
| Minnesota | 4,721,225 | 277,457 | 90,459 | 209,066 | 7,961 |
| Mississippi | 1,801,936 | 1,105,413 | 25,076 | 31,097 | 2,924 |
| Missouri | 5,103,886 | 714,897 | 68,079 | 105,619 | 9,418 |
| Montana | 891,079 | 9,379 | 73,126 | 9,695 | 1,444 |
| Nebraska | 1,650,755 | 91,021 | 26,511 | 36,925 | 2,437 |
| Nevada | 2,165,222 | 233,430 | 59,311 | 194,582 | 26,472 |
| New Hampshire | 1,269,850 | 20,788 | 9,221 | 29,652 | 1,020 |

**Table 5: Estimates of the Resident Population by Race Alone or in Combination[1] and Hispanic Origin for the United States and States:**
**July 1, 2008**

| Geographic Area | Race Alone or in Combination | | | | |
|---|---|---|---|---|---|
| | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander |
| New Jersey | 6,702,631 | 1,323,684 | 63,013 | 711,303 | 15,088 |
| New Mexico | 1,699,167 | 69,336 | 211,178 | 37,715 | 4,820 |
| New York | 14,555,444 | 3,548,891 | 203,513 | 1,483,581 | 42,740 |
| North Carolina | 6,914,405 | 2,050,864 | 155,211 | 209,515 | 13,536 |
| North Dakota | 593,368 | 9,146 | 39,525 | 6,709 | 591 |
| Ohio | 9,874,238 | 1,469,955 | 82,285 | 213,996 | 9,317 |
| Oklahoma | 2,983,057 | 320,922 | 406,492 | 78,305 | 7,496 |
| Oregon | 3,504,038 | 99,124 | 96,722 | 171,301 | 21,247 |
| Pennsylvania | 10,751,201 | 1,424,245 | 65,114 | 339,122 | 12,849 |
| Rhode Island | 944,260 | 76,845 | 12,076 | 33,497 | 2,317 |
| South Carolina | 3,120,283 | 1,300,545 | 36,607 | 68,181 | 5,956 |
| South Dakota | 719,910 | 12,532 | 74,359 | 8,474 | 767 |
| Tennessee | 5,059,129 | 1,073,504 | 49,665 | 100,015 | 6,736 |
| Texas | 20,336,645 | 3,021,913 | 308,873 | 955,682 | 53,054 |
| Utah | 2,585,249 | 47,276 | 50,356 | 72,681 | 30,012 |
| Vermont | 606,003 | 7,315 | 6,496 | 8,684 | 342 |
| Virginia | 5,790,343 | 1,610,772 | 64,845 | 433,921 | 14,969 |
| Washington | 5,700,591 | 306,567 | 179,578 | 527,903 | 55,110 |
| West Virginia | 1,731,949 | 72,901 | 11,854 | 15,057 | 1,112 |
| Wisconsin | 5,107,753 | 374,409 | 78,901 | 131,906 | 5,831 |
| Wyoming | 507,605 | 8,785 | 17,792 | 5,778 | 924 |
| **NOT HISPANIC** | | | | | |
| **United States** | 203,336,299 | 38,915,749 | 3,827,922 | 14,956,889 | 899,371 |
| Alabama | 3,232,479 | 1,238,915 | 47,376 | 54,466 | 3,525 |
| Alaska | 477,900 | 33,312 | 119,897 | 38,960 | 6,481 |
| Arizona | 3,877,510 | 261,857 | 301,380 | 184,881 | 16,478 |
| Arkansas | 2,195,405 | 456,388 | 43,120 | 36,915 | 4,257 |
| California | 16,184,980 | 2,439,310 | 403,913 | 4,878,970 | 222,822 |
| Colorado | 3,579,372 | 216,924 | 65,011 | 156,060 | 11,179 |
| Connecticut | 2,619,669 | 349,260 | 21,676 | 132,104 | 4,062 |
| Delaware | 606,230 | 185,028 | 5,781 | 27,936 | 812 |
| District of Columbia | 201,710 | 320,157 | 4,673 | 22,706 | 887 |

**Table 5: Estimates of the Resident Population by Race Alone or in Combination[1] and Hispanic Origin for the United States and States:**
**July 1, 2008**

| Geographic Area | Race Alone or in Combination | | | | |
|---|---|---|---|---|---|
| | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander |
| Florida | 11,237,879 | 2,838,725 | 124,346 | 481,143 | 28,588 |
| Georgia | 5,722,694 | 2,923,474 | 62,545 | 308,832 | 12,395 |
| Hawaii | 471,478 | 45,128 | 21,056 | 661,848 | 253,774 |
| Idaho | 1,318,595 | 15,084 | 29,363 | 24,880 | 3,744 |
| Illinois | 8,470,689 | 1,935,936 | 60,185 | 603,465 | 11,334 |
| Indiana | 5,371,714 | 602,587 | 39,077 | 101,542 | 4,597 |
| Iowa | 2,739,767 | 92,185 | 18,823 | 54,784 | 2,583 |
| Kansas | 2,292,192 | 184,219 | 44,227 | 71,312 | 3,354 |
| Kentucky | 3,788,969 | 345,056 | 26,080 | 50,318 | 3,391 |
| Louisiana | 2,767,942 | 1,418,428 | 44,182 | 74,682 | 3,634 |
| Maine | 1,266,859 | 16,699 | 13,913 | 15,159 | 862 |
| Maryland | 3,320,432 | 1,669,778 | 38,550 | 313,399 | 7,107 |
| Massachusetts | 5,214,644 | 419,757 | 34,924 | 345,891 | 8,409 |
| Michigan | 7,881,069 | 1,473,197 | 114,360 | 267,867 | 7,503 |
| Minnesota | 4,525,730 | 263,772 | 81,005 | 205,517 | 6,832 |
| Mississippi | 1,744,428 | 1,098,642 | 23,489 | 30,012 | 2,444 |
| Missouri | 4,929,168 | 704,043 | 62,225 | 103,210 | 8,428 |
| Montana | 865,530 | 8,279 | 70,355 | 9,348 | 1,353 |
| Nebraska | 1,519,391 | 85,989 | 21,763 | 35,606 | 1,861 |
| Nevada | 1,537,794 | 209,264 | 43,358 | 185,006 | 22,043 |
| New Hampshire | 1,237,999 | 18,271 | 8,503 | 29,257 | 922 |
| New Jersey | 5,432,341 | 1,187,881 | 40,210 | 699,082 | 9,548 |
| New Mexico | 850,948 | 50,166 | 184,101 | 31,933 | 2,685 |
| New York | 11,875,052 | 3,011,467 | 135,052 | 1,451,459 | 26,931 |
| North Carolina | 6,284,905 | 2,008,237 | 140,415 | 202,604 | 10,253 |
| North Dakota | 581,588 | 8,552 | 38,487 | 6,533 | 575 |
| Ohio | 9,605,417 | 1,440,898 | 73,958 | 210,082 | 7,807 |
| Oklahoma | 2,730,480 | 309,033 | 388,632 | 75,308 | 6,124 |
| Oregon | 3,112,788 | 87,076 | 81,303 | 166,257 | 18,806 |
| Pennsylvania | 10,238,814 | 1,349,573 | 52,402 | 332,035 | 9,426 |
| Rhode Island | 840,145 | 60,421 | 9,256 | 32,306 | 1,487 |
| South Carolina | 2,958,649 | 1,282,950 | 32,187 | 65,162 | 4,503 |
| South Dakota | 702,182 | 11,654 | 71,502 | 8,294 | 709 |

**Table 5: Estimates of the Resident Population by Race Alone or in Combination[1] and Hispanic Origin for the United States and States: July 1, 2008**

| Geographic Area | Race Alone or in Combination | | | | |
|---|---|---|---|---|---|
| | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander |
| Tennessee | 4,850,920 | 1,055,689 | 44,322 | 96,709 | 5,316 |
| Texas | 11,758,309 | 2,847,555 | 188,449 | 906,497 | 33,060 |
| Utah | 2,273,778 | 38,087 | 41,258 | 69,330 | 28,051 |
| Vermont | 597,925 | 6,891 | 6,204 | 8,598 | 313 |
| Virginia | 5,308,149 | 1,570,008 | 54,411 | 425,800 | 12,150 |
| Washington | 5,109,204 | 280,406 | 153,737 | 513,171 | 49,159 |
| West Virginia | 1,712,683 | 71,853 | 11,420 | 14,867 | 980 |
| Wisconsin | 4,842,501 | 360,242 | 69,642 | 129,367 | 4,992 |
| Wyoming | 469,303 | 7,446 | 15,818 | 5,419 | 835 |
| **HISPANIC** | | | | | |
| United States | 43,776,655 | 2,211,059 | 1,034,041 | 523,460 | 212,926 |
| Alabama | 122,001 | 9,824 | 2,979 | 1,759 | 813 |
| Alaska | 35,183 | 2,881 | 4,153 | 1,307 | 449 |
| Arizona | 1,849,449 | 50,012 | 58,461 | 18,076 | 7,118 |
| Arkansas | 148,961 | 7,154 | 4,236 | 1,490 | 611 |
| California | 12,797,690 | 286,321 | 335,065 | 194,042 | 58,700 |
| Colorado | 941,088 | 28,130 | 33,493 | 9,354 | 3,709 |
| Connecticut | 374,523 | 42,371 | 7,344 | 3,119 | 1,753 |
| Delaware | 52,658 | 5,582 | 1,506 | 441 | 179 |
| District of Columbia | 42,129 | 8,370 | 1,161 | 602 | 213 |
| Florida | 3,609,115 | 198,232 | 48,954 | 27,079 | 11,325 |
| Georgia | 714,030 | 48,656 | 15,332 | 8,200 | 4,257 |
| Hawaii | 82,360 | 5,488 | 6,453 | 34,307 | 26,764 |
| Idaho | 147,027 | 4,193 | 5,344 | 1,668 | 577 |
| Illinois | 1,879,417 | 59,764 | 30,383 | 13,690 | 5,920 |
| Indiana | 311,390 | 15,345 | 7,051 | 3,264 | 1,592 |
| Iowa | 118,818 | 4,990 | 3,601 | 1,181 | 396 |
| Kansas | 239,841 | 10,204 | 7,088 | 2,294 | 837 |
| Kentucky | 92,573 | 7,085 | 2,515 | 1,609 | 717 |
| Louisiana | 131,715 | 13,807 | 4,014 | 2,095 | 709 |
| Maine | 15,474 | 1,078 | 497 | 262 | 88 |
| Maryland | 327,550 | 41,585 | 8,728 | 6,160 | 1,880 |

**Table 5: Estimates of the Resident Population by Race Alone or in Combination[1] and Hispanic Origin for the United States and States: July 1, 2008**

| Geographic Area | Race Alone or in Combination | | | | |
|---|---|---|---|---|---|
| | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander |
| Massachusetts | 469,198 | 86,123 | 10,213 | 5,220 | 3,463 |
| Michigan | 379,364 | 26,293 | 12,696 | 5,048 | 1,959 |
| Minnesota | 195,495 | 13,685 | 9,454 | 3,549 | 1,129 |
| Mississippi | 57,508 | 6,771 | 1,587 | 1,085 | 480 |
| Missouri | 174,718 | 10,854 | 5,854 | 2,409 | 990 |
| Montana | 25,549 | 1,100 | 2,771 | 347 | 91 |
| Nebraska | 131,364 | 5,032 | 4,748 | 1,319 | 576 |
| Nevada | 627,428 | 24,166 | 15,953 | 9,576 | 4,429 |
| New Hampshire | 31,851 | 2,517 | 718 | 395 | 98 |
| New Jersey | 1,270,290 | 135,803 | 22,803 | 12,221 | 5,540 |
| New Mexico | 848,219 | 19,170 | 27,077 | 5,782 | 2,135 |
| New York | 2,680,392 | 537,424 | 68,461 | 32,122 | 15,809 |
| North Carolina | 629,500 | 42,627 | 14,796 | 6,911 | 3,283 |
| North Dakota | 11,780 | 594 | 1,038 | 176 | 16 |
| Ohio | 268,821 | 29,057 | 8,327 | 3,914 | 1,510 |
| Oklahoma | 252,577 | 11,889 | 17,860 | 2,997 | 1,372 |
| Oregon | 391,250 | 12,048 | 15,419 | 5,044 | 2,441 |
| Pennsylvania | 512,387 | 74,672 | 12,712 | 7,087 | 3,423 |
| Rhode Island | 104,115 | 16,424 | 2,820 | 1,191 | 830 |
| South Carolina | 161,634 | 17,595 | 4,420 | 3,019 | 1,453 |
| South Dakota | 17,728 | 878 | 2,857 | 180 | 58 |
| Tennessee | 208,209 | 17,815 | 5,343 | 3,306 | 1,420 |
| Texas | 8,578,336 | 174,358 | 120,424 | 49,185 | 19,994 |
| Utah | 311,471 | 9,189 | 9,098 | 3,351 | 1,961 |
| Vermont | 8,078 | 424 | 292 | 86 | 29 |
| Virginia | 482,194 | 40,764 | 10,434 | 8,121 | 2,819 |
| Washington | 591,387 | 26,161 | 25,841 | 14,732 | 5,951 |
| West Virginia | 19,266 | 1,048 | 434 | 190 | 132 |
| Wisconsin | 265,252 | 14,167 | 9,259 | 2,539 | 839 |
| Wyoming | 38,302 | 1,339 | 1,974 | 359 | 89 |

[1] 'In combination' means in combination with one or more other races.  The sum of the five race groups adds to more than the total population because individuals may report more than one race.

**Table 5: Estimates of the Resident Population by Race Alone or in Combination[1] and Hispanic Origin for the United States and States: July 1, 2008**

| Geographic Area | Race Alone or in Combination | | | | |
|---|---|---|---|---|---|
| | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander |
| Note: Hispanic origin is considered an ethnicity, not a race.  Hispanics may be of any race.  The original race data from Census 2000 are modified to eliminate the "some other race" category. For more information see http://www.census.gov/popest/archives/files/MRSF-01-US1.html. | | | | | |
| Suggested Citation: | | | | | |
| Table 5: Estimates of the Resident Population by Race Alone or in Combination[1] and Hispanic Origin for the United States and States: July 1, 2008 (SC-EST2008-05) | | | | | |
| Source: Population Division, U.S. Census Bureau | | | | | |
| Release Date: May 14, 2009 | | | | | |

**Table 4: Estimates of the Resident Population by Race and Hispanic Origin for the United States and States: July 1, 2008**

| Geographic Area | Total | Race Alone | | | | | Two or more Races |
|---|---|---|---|---|---|---|---|
| | | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | |
| **TOTAL** | | | | | | | |
| United States | 304,059,724 | 242,639,242 | 39,058,834 | 3,083,434 | 13,549,064 | 562,121 | 5,167,029 |
| Alabama | 4,661,900 | 3,311,216 | 1,229,787 | 24,825 | 44,541 | 1,945 | 49,586 |
| Alaska | 686,293 | 484,682 | 29,274 | 104,990 | 31,043 | 4,499 | 31,805 |
| Arizona | 6,500,180 | 5,623,026 | 270,159 | 315,727 | 162,014 | 13,259 | 115,995 |
| Arkansas | 2,855,390 | 2,306,697 | 450,037 | 24,302 | 30,654 | 2,883 | 40,817 |
| California | 36,756,666 | 28,170,328 | 2,451,453 | 443,719 | 4,581,890 | 157,112 | 952,164 |
| Colorado | 4,939,456 | 4,432,376 | 211,249 | 60,375 | 131,084 | 7,469 | 96,903 |
| Connecticut | 3,501,252 | 2,950,808 | 361,879 | 13,387 | 121,248 | 2,861 | 51,069 |
| Delaware | 873,092 | 648,411 | 182,890 | 3,691 | 25,129 | 593 | 12,378 |
| District of Columbia | 591,833 | 237,092 | 322,021 | 2,367 | 20,120 | 598 | 9,635 |
| Florida | 18,328,340 | 14,628,044 | 2,916,174 | 91,412 | 416,318 | 17,658 | 258,734 |
| Georgia | 9,685,744 | 6,333,287 | 2,907,944 | 35,528 | 276,615 | 8,315 | 124,055 |
| Hawaii | 1,288,198 | 382,174 | 39,620 | 7,569 | 506,159 | 117,004 | 235,672 |
| Idaho | 1,523,816 | 1,441,540 | 14,470 | 23,209 | 17,394 | 2,044 | 25,159 |
| Illinois | 12,901,563 | 10,209,408 | 1,919,701 | 45,128 | 558,933 | 9,353 | 159,040 |
| Indiana | 6,376,792 | 5,611,577 | 578,088 | 20,390 | 86,768 | 3,136 | 76,833 |
| Iowa | 3,002,555 | 2,827,520 | 80,516 | 12,644 | 47,486 | 1,523 | 32,866 |
| Kansas | 2,802,134 | 2,485,597 | 172,342 | 28,895 | 62,468 | 2,131 | 50,701 |
| Kentucky | 4,269,245 | 3,838,236 | 329,225 | 11,006 | 42,335 | 2,002 | 46,441 |
| Louisiana | 4,410,796 | 2,859,940 | 1,410,457 | 28,230 | 63,818 | 1,846 | 46,505 |
| Maine | 1,316,456 | 1,268,930 | 13,588 | 7,889 | 11,693 | 484 | 13,872 |
| Maryland | 5,633,597 | 3,571,589 | 1,658,422 | 20,321 | 286,333 | 4,234 | 92,698 |
| Massachusetts | 6,497,967 | 5,601,486 | 455,880 | 20,361 | 321,130 | 5,507 | 93,603 |
| Michigan | 10,003,422 | 8,121,119 | 1,424,595 | 62,094 | 236,559 | 4,134 | 154,921 |
| Minnesota | 5,220,393 | 4,648,528 | 238,531 | 64,503 | 185,089 | 3,251 | 80,491 |
| Mississippi | 2,938,618 | 1,780,749 | 1,092,588 | 14,740 | 23,699 | 1,095 | 25,747 |
| Missouri | 5,911,605 | 5,026,572 | 679,223 | 30,034 | 85,898 | 4,586 | 85,292 |
| Montana | 967,440 | 875,221 | 6,504 | 62,303 | 6,130 | 690 | 16,592 |
| Nebraska | 1,783,432 | 1,629,566 | 80,174 | 18,949 | 30,409 | 1,377 | 22,957 |
| Nevada | 2,600,167 | 2,103,307 | 210,677 | 39,039 | 161,366 | 14,270 | 71,508 |
| New Hampshire | 1,315,809 | 1,256,429 | 16,015 | 3,642 | 25,147 | 549 | 14,027 |
| New Jersey | 8,682,661 | 6,601,611 | 1,255,868 | 30,132 | 664,251 | 7,654 | 123,145 |

Table 4: Estimates of the Resident Population by Race and Hispanic Origin for the United States and States: July 1, 2008

| Geographic Area | Total | Race Alone | | | | | Two or more Races |
|---|---|---|---|---|---|---|---|
| | | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | |
| New Mexico | 1,984,356 | 1,666,790 | 59,009 | 192,235 | 27,884 | 2,854 | 35,584 |
| New York | 19,490,297 | 14,310,269 | 3,362,736 | 111,337 | 1,368,585 | 20,548 | 316,822 |
| North Carolina | 9,222,414 | 6,818,808 | 1,991,654 | 115,635 | 177,177 | 6,776 | 112,364 |
| North Dakota | 641,481 | 586,272 | 6,956 | 35,666 | 4,759 | 336 | 7,492 |
| Ohio | 11,485,910 | 9,735,944 | 1,382,358 | 29,443 | 181,362 | 4,095 | 152,708 |
| Oklahoma | 3,642,361 | 2,846,186 | 289,993 | 291,390 | 62,770 | 3,863 | 148,159 |
| Oregon | 3,790,060 | 3,416,377 | 76,109 | 54,405 | 137,893 | 11,034 | 94,242 |
| Pennsylvania | 12,448,279 | 10,633,888 | 1,342,571 | 27,181 | 304,309 | 6,096 | 134,234 |
| Rhode Island | 1,050,788 | 929,778 | 66,847 | 6,591 | 29,099 | 1,294 | 17,179 |
| South Carolina | 4,479,800 | 3,079,779 | 1,275,815 | 19,091 | 54,622 | 2,744 | 47,749 |
| South Dakota | 804,194 | 709,217 | 9,185 | 68,000 | 5,960 | 415 | 11,417 |
| Tennessee | 6,214,888 | 4,995,028 | 1,042,811 | 20,709 | 82,539 | 3,478 | 70,323 |
| Texas | 24,326,974 | 20,046,078 | 2,898,143 | 184,649 | 841,016 | 31,058 | 326,030 |
| Utah | 2,736,424 | 2,542,561 | 34,880 | 38,102 | 53,996 | 21,094 | 45,791 |
| Vermont | 621,270 | 598,959 | 5,378 | 2,437 | 7,055 | 203 | 7,238 |
| Virginia | 7,769,089 | 5,673,913 | 1,546,444 | 28,595 | 378,226 | 6,823 | 135,088 |
| Washington | 6,549,224 | 5,520,400 | 245,000 | 112,965 | 437,783 | 31,822 | 201,254 |
| West Virginia | 1,814,468 | 1,715,122 | 64,987 | 4,203 | 11,977 | 536 | 17,643 |
| Wisconsin | 5,627,967 | 5,046,806 | 341,723 | 55,844 | 114,503 | 2,478 | 66,613 |
| Wyoming | 532,668 | 500,001 | 6,884 | 13,555 | 3,828 | 512 | 7,888 |
| **NOT HISPANIC** | | | | | | | |
| United States | 257,116,111 | 199,491,458 | 37,171,750 | 2,328,982 | 13,237,698 | 434,561 | 4,451,662 |
| Alabama | 4,527,090 | 3,190,994 | 1,220,977 | 22,843 | 43,656 | 1,409 | 47,211 |
| Alaska | 644,440 | 451,156 | 26,987 | 101,848 | 30,293 | 4,226 | 29,930 |
| Arizona | 4,544,550 | 3,795,755 | 228,127 | 269,541 | 151,487 | 8,575 | 91,065 |
| Arkansas | 2,695,865 | 2,160,035 | 443,736 | 21,598 | 29,773 | 2,470 | 38,253 |
| California | 23,299,269 | 15,537,547 | 2,218,055 | 193,361 | 4,463,409 | 122,783 | 764,114 |
| Colorado | 3,942,394 | 3,506,772 | 187,959 | 36,957 | 125,778 | 5,040 | 79,888 |
| Connecticut | 3,081,861 | 2,584,354 | 326,597 | 8,256 | 119,088 | 1,442 | 42,124 |
| Delaware | 813,999 | 596,739 | 178,183 | 2,621 | 24,816 | 421 | 11,219 |
| District of Columbia | 540,709 | 196,049 | 314,537 | 1,592 | 19,699 | 413 | 8,419 |
| Florida | 14,483,271 | 11,059,062 | 2,745,037 | 54,799 | 400,116 | 10,509 | 213,748 |
| Georgia | 8,908,500 | 5,628,678 | 2,866,034 | 24,320 | 271,641 | 5,271 | 112,556 |

**Table 4: Estimates of the Resident Population by Race and Hispanic Origin for the United States and States: July 1, 2008**

| Geographic Area | Total | Race Alone | | | | | Two or more Races |
|---|---|---|---|---|---|---|---|
| | | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | |
| Hawaii | 1,175,878 | 320,680 | 35,481 | 5,493 | 495,221 | 111,040 | 207,963 |
| Idaho | 1,367,989 | 1,297,078 | 10,794 | 19,432 | 16,540 | 1,725 | 22,420 |
| Illinois | 10,934,442 | 8,348,056 | 1,870,430 | 22,618 | 549,772 | 4,536 | 139,030 |
| Indiana | 6,044,567 | 5,305,237 | 565,320 | 15,807 | 84,975 | 2,038 | 71,190 |
| Iowa | 2,876,102 | 2,710,849 | 76,542 | 10,138 | 46,770 | 1,243 | 30,560 |
| Kansas | 2,546,725 | 2,249,736 | 164,044 | 24,135 | 60,987 | 1,591 | 46,232 |
| Kentucky | 4,167,264 | 3,747,596 | 323,063 | 9,438 | 41,315 | 1,534 | 44,318 |
| Louisiana | 4,262,333 | 2,731,007 | 1,398,276 | 25,736 | 62,681 | 1,447 | 43,186 |
| Maine | 1,299,642 | 1,253,951 | 12,781 | 7,598 | 11,535 | 418 | 13,359 |
| Maryland | 5,257,767 | 3,251,584 | 1,622,208 | 14,868 | 282,334 | 2,894 | 83,879 |
| Massachusetts | 5,941,070 | 5,147,262 | 383,100 | 13,157 | 317,402 | 2,781 | 77,368 |
| Michigan | 9,589,595 | 7,750,818 | 1,403,051 | 54,714 | 233,431 | 2,805 | 144,776 |
| Minnesota | 5,003,819 | 4,458,479 | 228,109 | 57,756 | 182,536 | 2,410 | 74,529 |
| Mississippi | 2,872,820 | 1,724,199 | 1,086,566 | 13,685 | 23,190 | 802 | 24,378 |
| Missouri | 5,721,905 | 4,855,753 | 670,189 | 26,474 | 84,602 | 4,064 | 80,823 |
| Montana | 938,636 | 850,601 | 5,632 | 60,212 | 5,934 | 636 | 15,621 |
| Nebraska | 1,642,934 | 1,500,241 | 75,968 | 15,453 | 29,613 | 978 | 20,681 |
| Nevada | 1,931,640 | 1,485,702 | 189,919 | 27,361 | 156,373 | 12,062 | 60,223 |
| New Hampshire | 1,281,133 | 1,225,368 | 14,039 | 3,182 | 24,894 | 467 | 13,183 |
| New Jersey | 7,264,116 | 5,354,369 | 1,139,476 | 13,636 | 655,766 | 3,409 | 97,460 |
| New Mexico | 1,093,343 | 828,237 | 42,583 | 171,615 | 24,472 | 1,377 | 25,059 |
| New York | 16,240,259 | 11,696,659 | 2,886,233 | 61,373 | 1,346,386 | 8,950 | 240,658 |
| North Carolina | 8,537,644 | 6,198,438 | 1,955,342 | 104,570 | 173,040 | 4,642 | 101,612 |
| North Dakota | 628,254 | 574,816 | 6,459 | 34,834 | 4,671 | 320 | 7,154 |
| Ohio | 11,183,809 | 9,474,320 | 1,358,260 | 24,575 | 179,077 | 3,156 | 144,421 |
| Oklahoma | 3,363,741 | 2,600,115 | 280,290 | 278,659 | 60,883 | 2,973 | 140,821 |
| Oregon | 3,374,016 | 3,033,038 | 66,511 | 43,820 | 135,298 | 9,783 | 85,566 |
| Pennsylvania | 11,854,293 | 10,134,483 | 1,278,965 | 18,527 | 299,249 | 3,461 | 119,608 |
| Rhode Island | 928,582 | 828,362 | 52,871 | 4,415 | 28,190 | 594 | 14,150 |
| South Carolina | 4,295,819 | 2,920,849 | 1,260,104 | 15,985 | 52,831 | 1,897 | 44,153 |
| South Dakota | 783,178 | 692,070 | 8,515 | 65,610 | 5,849 | 359 | 10,775 |
| Tennessee | 5,983,616 | 4,790,516 | 1,027,098 | 17,071 | 80,484 | 2,517 | 65,930 |
| Texas | 15,456,499 | 11,525,623 | 2,748,323 | 93,292 | 810,967 | 16,856 | 261,438 |
| Utah | 2,407,355 | 2,236,054 | 27,145 | 31,636 | 52,197 | 19,881 | 40,442 |

**Table 4: Estimates of the Resident Population by Race and Hispanic Origin for the United States and States: July 1, 2008**

| Geographic Area | Total | Race Alone | | | | | Two or more Races |
| | | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | |
|---|---|---|---|---|---|---|---|
| Vermont | 612,682 | 591,160 | 5,095 | 2,305 | 6,985 | 179 | 6,958 |
| Virginia | 7,237,693 | 5,201,425 | 1,511,922 | 22,046 | 373,462 | 4,955 | 123,883 |
| Washington | 5,905,537 | 4,944,148 | 224,520 | 94,767 | 429,665 | 28,446 | 183,991 |
| West Virginia | 1,793,820 | 1,696,258 | 64,055 | 3,951 | 11,875 | 449 | 17,232 |
| Wisconsin | 5,342,140 | 4,786,662 | 330,490 | 49,170 | 112,877 | 1,872 | 61,069 |
| Wyoming | 491,506 | 462,518 | 5,752 | 12,132 | 3,613 | 455 | 7,036 |
| **HISPANIC** | | | | | | | |
| United States | 46,943,613 | 43,147,784 | 1,887,084 | 754,452 | 311,366 | 127,560 | 715,367 |
| Alabama | 134,810 | 120,222 | 8,810 | 1,982 | 885 | 536 | 2,375 |
| Alaska | 41,853 | 33,526 | 2,287 | 3,142 | 750 | 273 | 1,875 |
| Arizona | 1,955,630 | 1,827,271 | 42,032 | 46,186 | 10,527 | 4,684 | 24,930 |
| Arkansas | 159,525 | 146,662 | 6,301 | 2,704 | 881 | 413 | 2,564 |
| California | 13,457,397 | 12,632,781 | 233,398 | 250,358 | 118,481 | 34,329 | 188,050 |
| Colorado | 997,062 | 925,604 | 23,290 | 23,418 | 5,306 | 2,429 | 17,015 |
| Connecticut | 419,391 | 366,454 | 35,282 | 5,131 | 2,160 | 1,419 | 8,945 |
| Delaware | 59,093 | 51,672 | 4,707 | 1,070 | 313 | 172 | 1,159 |
| District of Columbia | 51,124 | 41,043 | 7,484 | 775 | 421 | 185 | 1,216 |
| Florida | 3,845,069 | 3,568,982 | 171,137 | 36,613 | 16,202 | 7,149 | 44,986 |
| Georgia | 777,244 | 704,609 | 41,910 | 11,208 | 4,974 | 3,044 | 11,499 |
| Hawaii | 112,320 | 61,494 | 4,139 | 2,076 | 10,938 | 5,964 | 27,709 |
| Idaho | 155,827 | 144,462 | 3,676 | 3,777 | 854 | 319 | 2,739 |
| Illinois | 1,967,121 | 1,861,352 | 49,271 | 22,510 | 9,161 | 4,817 | 20,010 |
| Indiana | 332,225 | 306,340 | 12,768 | 4,583 | 1,793 | 1,098 | 5,643 |
| Iowa | 126,453 | 116,671 | 3,974 | 2,506 | 716 | 280 | 2,306 |
| Kansas | 255,409 | 235,861 | 8,298 | 4,760 | 1,481 | 540 | 4,469 |
| Kentucky | 101,981 | 90,640 | 6,162 | 1,568 | 1,020 | 468 | 2,123 |
| Louisiana | 148,463 | 128,933 | 12,181 | 2,494 | 1,137 | 399 | 3,319 |
| Maine | 16,814 | 14,979 | 807 | 291 | 158 | 66 | 513 |
| Maryland | 375,830 | 320,005 | 36,214 | 5,453 | 3,999 | 1,340 | 8,819 |
| Massachusetts | 556,897 | 454,224 | 72,780 | 7,204 | 3,728 | 2,726 | 16,235 |
| Michigan | 413,827 | 370,301 | 21,544 | 7,380 | 3,128 | 1,329 | 10,145 |
| Minnesota | 216,574 | 190,049 | 10,422 | 6,747 | 2,553 | 841 | 5,962 |
| Mississippi | 65,798 | 56,550 | 6,022 | 1,055 | 509 | 293 | 1,369 |

Table 4: Estimates of the Resident Population by Race and Hispanic Origin for the United States and States: July 1, 2008

| Geographic Area | Total | Race Alone | | | | | Two or more Races |
|---|---|---|---|---|---|---|---|
| | | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | |
| Missouri | 189,700 | 170,819 | 9,034 | 3,560 | 1,296 | 522 | 4,469 |
| Montana | 28,804 | 24,620 | 872 | 2,091 | 196 | 54 | 971 |
| Nebraska | 140,498 | 129,325 | 4,206 | 3,496 | 796 | 399 | 2,276 |
| Nevada | 668,527 | 617,605 | 20,758 | 11,678 | 4,993 | 2,208 | 11,285 |
| New Hampshire | 34,676 | 31,061 | 1,976 | 460 | 253 | 82 | 844 |
| New Jersey | 1,418,545 | 1,247,242 | 116,392 | 16,496 | 8,485 | 4,245 | 25,685 |
| New Mexico | 891,013 | 838,553 | 16,426 | 20,620 | 3,412 | 1,477 | 10,525 |
| New York | 3,250,038 | 2,613,610 | 476,503 | 49,964 | 22,199 | 11,598 | 76,164 |
| North Carolina | 684,770 | 620,370 | 36,312 | 11,065 | 4,137 | 2,134 | 10,752 |
| North Dakota | 13,227 | 11,456 | 497 | 832 | 88 | 16 | 338 |
| Ohio | 302,101 | 261,624 | 24,098 | 4,868 | 2,285 | 939 | 8,287 |
| Oklahoma | 278,620 | 246,071 | 9,703 | 12,731 | 1,887 | 890 | 7,338 |
| Oregon | 416,044 | 383,339 | 9,598 | 10,585 | 2,595 | 1,251 | 8,676 |
| Pennsylvania | 593,986 | 499,405 | 63,606 | 8,654 | 5,060 | 2,635 | 14,626 |
| Rhode Island | 122,206 | 101,416 | 13,976 | 2,176 | 909 | 700 | 3,029 |
| South Carolina | 183,981 | 158,930 | 15,711 | 3,106 | 1,791 | 847 | 3,596 |
| South Dakota | 21,016 | 17,147 | 670 | 2,390 | 111 | 56 | 642 |
| Tennessee | 231,272 | 204,512 | 15,713 | 3,638 | 2,055 | 961 | 4,393 |
| Texas | 8,870,475 | 8,520,455 | 149,820 | 91,357 | 30,049 | 14,202 | 64,592 |
| Utah | 329,069 | 306,507 | 7,735 | 6,466 | 1,799 | 1,213 | 5,349 |
| Vermont | 8,588 | 7,799 | 283 | 132 | 70 | 24 | 280 |
| Virginia | 531,396 | 472,488 | 34,522 | 6,549 | 4,764 | 1,868 | 11,205 |
| Washington | 643,687 | 576,252 | 20,480 | 18,198 | 8,118 | 3,376 | 17,263 |
| West Virginia | 20,648 | 18,864 | 932 | 252 | 102 | 87 | 411 |
| Wisconsin | 285,827 | 260,144 | 11,233 | 6,674 | 1,626 | 606 | 5,544 |
| Wyoming | 41,162 | 37,483 | 1,132 | 1,423 | 215 | 57 | 852 |

Note: Hispanic origin is considered an ethnicity, not a race. Hispanics may be of any race. The original race data from Census 2000 are modified to eliminate the "some other race" category. For more information see http://www.census.gov/popest/archives/files/MRSF-01-US1.html.

Suggested Citation:

Table 4: Estimates of the Resident Population by Race and Hispanic Origin for the United States and States: July 1, 2008 (SC-EST2008-04)

Source: Population Division, U.S. Census Bureau

Release Date: May 14, 2009

| SUMLEV | STATE | COUNTY | STNAME | CTYNAME | SEX | ORIGIN | RACE |
|---|---|---|---|---|---|---|---|
| 50 | 8 | 29 | Colorado | Delta County | 0 | 0 | 1 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 0 | 2 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 0 | 3 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 0 | 4 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 0 | 5 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 1 | 1 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 1 | 2 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 1 | 3 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 1 | 4 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 1 | 5 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 2 | 1 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 2 | 2 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 2 | 3 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 2 | 4 |
| 50 | 8 | 29 | Colorado | Delta County | 0 | 2 | 5 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 0 | 1 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 0 | 2 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 0 | 3 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 0 | 4 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 0 | 5 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 1 | 1 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 1 | 2 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 1 | 3 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 1 | 4 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 1 | 5 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 2 | 1 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 2 | 2 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 2 | 3 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 2 | 4 |
| 50 | 8 | 51 | Colorado | Gunnison County | 0 | 2 | 5 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 0 | 1 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 0 | 2 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 0 | 3 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 0 | 4 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 0 | 5 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 1 | 1 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 1 | 2 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 1 | 3 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 1 | 4 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 1 | 5 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 2 | 1 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 2 | 2 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 2 | 3 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 2 | 4 |
| 50 | 8 | 77 | Colorado | Mesa County | 0 | 2 | 5 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 0 | 1 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 0 | 2 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 0 | 3 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 0 | 4 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 0 | 5 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 1 | 1 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 1 | 2 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 1 | 3 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 1 | 4 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 1 | 5 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 2 | 1 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 2 | 2 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 2 | 3 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 2 | 4 |
| 50 | 8 | 85 | Colorado | Montrose County | 0 | 2 | 5 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 0 | 1 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 0 | 2 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 0 | 3 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 0 | 4 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 0 | 5 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 1 | 1 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 1 | 2 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 1 | 3 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 1 | 4 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 1 | 5 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 2 | 1 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 2 | 2 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 2 | 3 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 2 | 4 |
| 50 | 8 | 91 | Colorado | Ouray County | 0 | 2 | 5 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 0 | 1 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 0 | 2 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 0 | 3 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 0 | 4 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 0 | 5 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 1 | 1 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 1 | 2 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 1 | 3 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 1 | 4 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 1 | 5 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 2 | 1 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 2 | 2 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 2 | 3 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 2 | 4 |
| 50 | 8 | 113 | Colorado | San Miguel Coun | 0 | 2 | 5 |

| ESTIMATESBASE2000 | POPESTIMATE2008 by County | | |
|---|---|---|---|
| 27348 | 30258 | | |
| 181 | 251 | | |
| 478 | 647 | | |
| 154 | 237 | | |
| 12 | 17 | 31410 total pop | |
| 24279 | 26239 | | 83.53709 |
| 162 | 229 | | 0.729067 |
| 371 | 471 | | 1.499522 |
| 129 | 225 | | 0.716332 |
| 12 | 17 | 27181 total non hispanic | 0.054123 |
| 3069 | 4019 | | |
| 19 | 22 | | |
| 107 | 176 | | |
| 25 | 12 | | |
| 0 | 0 | 4229 total hispanic | 13.46387 |
| 13699 | 14751 | | |
| 95 | 163 | | |
| 198 | 275 | | |
| 110 | 156 | | |
| 12 | 7 | 15352 total pop | |
| 13042 | 13849 | | 90.20974 |
| 78 | 148 | | 0.964044 |
| 156 | 216 | | 1.406983 |
| 106 | 152 | | 0.990099 |
| 10 | 5 | 14370 total non hispanic | 0.032569 |
| 657 | 902 | | |
| 17 | 15 | | |
| 42 | 59 | | |
| 4 | 4 | | |
| 2 | 2 | 982 total hispanic | 6.396561 |
| 114330 | 138932 | | |
| 838 | 1869 | | |
| 2159 | 2767 | | |
| 1004 | 1511 | | |
| 243 | 297 | 145376 total pop | |
| 103205 | 122470 | | 84.24362 |
| 701 | 1591 | | 1.094403 |
| 1592 | 2044 | | 1.406009 |
| 902 | 1410 | | 0.969899 |
| 199 | 255 | 127770 total non hispanic | 0.175407 |
| 11125 | 16462 | | |
| 137 | 278 | | |
| 567 | 723 | | |
| 102 | 101 | | |
| 44 | 42 | 17606 total hispanic | 13.77945 |
| 32658 | 39376 | | |
| 177 | 372 | | |
| 748 | 1014 | | |
| 209 | 379 | | |
| 42 | 35 | 41176 total pop | |

| | | | |
|---|---|---|---|
| 27946 | 32638 | | 79.26462 |
| 118 | 291 | | 0.706722 |
| 528 | 702 | | 1.704877 |
| 185 | 327 | | 0.794152 |
| 36 | 20 | 33978 total non hispanic | 0.048572 |
| 4712 | 6738 | | |
| 59 | 81 | | |
| 220 | 312 | | |
| 24 | 52 | | |
| 6 | 15 | 7198 total  hispanic | 21.1843 |
| 3688 | 4501 | | |
| 6 | 5 | | |
| 79 | 111 | | |
| 26 | 15 | | |
| 5 | 2 | 4634 total pop | |
| 3539 | 4252 | | 91.75658 |
| 6 | 3 | | 0.064739 |
| 69 | 99 | | 2.136383 |
| 26 | 15 | | 0.323694 |
| 5 | 2 | 4371 total non hispanic | 0.043159 |
| 149 | 249 | | |
| 0 | 2 | | |
| 10 | 12 | | |
| 0 | 0 | | |
| 0 | 0 | 263 total hispanic | 5.675442 |
| 6461 | 7391 | | |
| 26 | 21 | | |
| 82 | 100 | | |
| 67 | 121 | | |
| 7 | 6 | 7639 total pop | |
| 6042 | 6741 | | 88.24453 |
| 16 | 11 | | 0.143998 |
| 71 | 86 | | 1.125802 |
| 66 | 112 | | 1.46616 |
| 5 | 4 | 6954 total non hispanic | 0.052363 |
| 419 | 650 | | |
| 10 | 10 | | |
| 11 | 14 | | |
| 1 | 9 | | |
| 2 | 2 | 685 total hispanic | 8.967142 |

**STUDY AREA TOTALS:**

| | | |
|---|---|---|
| TOTAL POP | 245587 | |
| Hispanic of any race | 30,936 | 12.59676 |
| Not hispanic-white | 214,479 | 87.33321 |
| Not hispanic-black | 2,283 | 0.929609 |
| Not hispanic-American Indian | 3,632 | 1.478906 |

| | | |
|---|---|---|
| Not hispanic-Asian | 2,250 | 0.916172 |
| Not hispanic-Native hawaiian | 305 | 0.124192 |

Percent

**Table A-X**
**Study Area Population by Race/Ethnicity (2008 estimate)**

| Population | Delta County | Gunnison County | Mesa County | Montrose County | Ouray County | San Miguel County | Study Area Total |
|---|---|---|---|---|---|---|---|
| Hispanic or Latino ethnicity of any race | 4229 | 982 | 17606 | 7198 | 236 | 685 | 30936.00 |
| | 0.135 | 0.064 | 0.138 | 0.212 | 0.057 | 0.09 | 12.60 |
| or Latino, by | | | | | | | |
| White | 26239 | 14751 | 122470 | 39376 | 4252 | 7391 | 214479.00 |
| | 0.835 | 0.902 | 0.793 | 0.793 | 0.918 | 0.882 | 87.30 |
| African American | 229 | 148 | 1591 | 291 | 3 | 21 | 2283.00 |
| | 0.007 | 0.01 | 0.007 | 0.007 | 0.001 | 0.001 | 0.93 |
| Indian or Alaskan Native | 471 | 216 | 2044 | 702 | 99 | 100 | 3632.00 |
| | 0.015 | 0.014 | 0.017 | 0.017 | 0.021 | 0.011 | 1.48 |
| Asian | 225 | 152 | 1410 | 327 | 15 | 121 | 2250.00 |
| | 0.007 | 0.01 | 0.008 | 0.008 | 0.003 | 0.012 | 0.92 |
| Native Hawaiian and Other Pacific Islander | 17 | 5 | 255 | 20 | 2 | 6 | 305.00 |
| | 0.001 | 0 | 0.001 | 0 | 0 | 0.001 | 0.12 |

Source: US Census Bureau, Population Division, 2008 estimate data

Note- The sum of the five race groups adds to more than the total population because individuals may one race.



total

Colorado

4,939,456

997062.00
20.19

3,942,394

3506772.00
71.00

187959.00
3.81

36957.00
0.75

125778.00
2.55

5040.00
0.13

report more than