B17001: POVERTY STATUS IN THE
2012-2016 American Community Survey 5-

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Data and Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

**Tell us what you think.** Provide feedback to help make American Community Survey data more useful for you.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

|  | Colorado | | Cedaredge town, Colorado | |
|---|---|---|---|---|
|  | Estimate | Margin of | Estimate | Margin of |
| Total: | 5,241,057 | +/-1,261 | 2,266 | +/-426 |
| Income in the past 12 months below | 637,938 | +/-9,444 | 629 | +/-299 |
| Male: | 293,193 | +/-5,294 | 239 | +/-126 |
| Under 5 years | 29,269 | +/-1,377 | 14 | +/-14 |
| 5 years | 6,315 | +/-539 | 0 | +/-11 |
| 6 to 11 years | 34,405 | +/-1,629 | 30 | +/-22 |
| 12 to 14 years | 14,754 | +/-1,049 | 46 | +/-53 |
| 15 years | 4,694 | +/-480 | 15 | +/-26 |
| 16 and 17 years | 8,765 | +/-604 | 0 | +/-11 |
| 18 to 24 years | 55,042 | +/-2,123 | 32 | +/-27 |
| 25 to 34 years | 40,012 | +/-1,407 | 5 | +/-8 |
| 35 to 44 years | 28,161 | +/-1,200 | 36 | +/-41 |
| 45 to 54 years | 25,292 | +/-1,093 | 19 | +/-25 |
| 55 to 64 years | 28,167 | +/-1,135 | 37 | +/-19 |
| 65 to 74 years | 11,319 | +/-719 | 5 | +/-9 |
| 75 years and over | 6,998 | +/-456 | 0 | +/-11 |
| Female: | 344,745 | +/-5,197 | 390 | +/-188 |
| Under 5 years | 27,916 | +/-1,141 | 8 | +/-12 |
| 5 years | 5,884 | +/-603 | 0 | +/-11 |
| 6 to 11 years | 31,488 | +/-1,479 | 28 | +/-33 |
| 12 to 14 years | 14,612 | +/-861 | 59 | +/-52 |
| 15 years | 5,868 | +/-545 | 19 | +/-30 |
| 16 and 17 years | 9,242 | +/-682 | 24 | +/-26 |
| 18 to 24 years | 63,476 | +/-2,056 | 41 | +/-41 |
| 25 to 34 years | 53,869 | +/-1,639 | 53 | +/-43 |
| 35 to 44 years | 37,651 | +/-1,309 | 35 | +/-34 |

| | | | | |
|---|---|---|---|---|
| 45 to 54 years | 32,634 | +/-1,199 | 36 | +/-35 |
| 55 to 64 years | 31,489 | +/-1,113 | 45 | +/-37 |
| 65 to 74 years | 15,761 | +/-702 | 16 | +/-15 |
| 75 years and over | 14,855 | +/-674 | 26 | +/-18 |
| Income in the past 12 months at or | 4,603,119 | +/-9,628 | 1,637 | +/-333 |
| Male: | 2,320,570 | +/-5,525 | 786 | +/-189 |
| Under 5 years | 140,203 | +/-1,432 | 45 | +/-39 |
| 5 years | 29,088 | +/-1,091 | 7 | +/-11 |
| 6 to 11 years | 180,571 | +/-2,304 | 46 | +/-38 |
| 12 to 14 years | 91,155 | +/-1,869 | 21 | +/-17 |
| 15 years | 31,131 | +/-1,006 | 0 | +/-11 |
| 16 and 17 years | 57,901 | +/-981 | 47 | +/-67 |
| 18 to 24 years | 189,925 | +/-2,141 | 76 | +/-55 |
| 25 to 34 years | 358,639 | +/-1,390 | 29 | +/-22 |
| 35 to 44 years | 334,655 | +/-1,380 | 43 | +/-44 |
| 45 to 54 years | 326,584 | +/-1,255 | 117 | +/-48 |
| 55 to 64 years | 296,724 | +/-1,248 | 70 | +/-29 |
| 65 to 74 years | 182,765 | +/-832 | 143 | +/-44 |
| 75 years and over | 101,229 | +/-544 | 142 | +/-48 |
| Female: | 2,282,549 | +/-5,379 | 851 | +/-171 |
| Under 5 years | 134,380 | +/-1,152 | 32 | +/-29 |
| 5 years | 26,745 | +/-1,315 | 0 | +/-11 |
| 6 to 11 years | 174,632 | +/-2,143 | 21 | +/-29 |
| 12 to 14 years | 86,346 | +/-1,888 | 18 | +/-20 |
| 15 years | 28,970 | +/-1,008 | 8 | +/-14 |
| 16 and 17 years | 55,084 | +/-1,105 | 13 | +/-16 |
| 18 to 24 years | 166,687 | +/-2,105 | 42 | +/-46 |
| 25 to 34 years | 329,494 | +/-1,666 | 71 | +/-55 |
| 35 to 44 years | 313,260 | +/-1,366 | 70 | +/-59 |
| 45 to 54 years | 326,396 | +/-1,264 | 106 | +/-50 |
| 55 to 64 years | 310,472 | +/-1,149 | 134 | +/-49 |
| 65 to 74 years | 195,775 | +/-893 | 175 | +/-55 |
| 75 years and over | 134,308 | +/-782 | 161 | +/-48 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2012-2016 American Community

Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural population, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2012-2016 American Community Survey 5-Year Estimates

Explanation of Symbols:

1. An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.

2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.

3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.

4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.

5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.

6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.

7. An 'N' entry in the estimate and margin of error columns indicates that data

| Crawford town, Colorado | | Delta city, Colorado | | Hotchkiss town, Colorado | | Montrose city, |
|---|---|---|---|---|---|---|
| Estimate | Margin of | Estimate | Margin of | Estimate | Margin of | Estimate |
| 279 | +/-98 | 8,569 | +/-118 | 965 | +/-231 | 18,617 |
| 56 | +/-36 | 1,489 | +/-396 | 192 | +/-83 | 3,885 |
| 16 | +/-13 | 564 | +/-200 | 72 | +/-53 | 1,787 |
| 0 | +/-11 | 9 | +/-16 | 7 | +/-12 | 390 |
| 0 | +/-11 | 0 | +/-16 | 0 | +/-11 | 13 |
| 0 | +/-11 | 72 | +/-76 | 31 | +/-35 | 139 |
| 0 | +/-11 | 35 | +/-32 | 15 | +/-16 | 112 |
| 0 | +/-11 | 6 | +/-10 | 0 | +/-11 | 0 |
| 1 | +/-2 | 26 | +/-33 | 0 | +/-11 | 107 |
| 0 | +/-11 | 90 | +/-74 | 4 | +/-6 | 223 |
| 2 | +/-4 | 58 | +/-42 | 0 | +/-11 | 85 |
| 2 | +/-3 | 68 | +/-66 | 0 | +/-11 | 235 |
| 7 | +/-8 | 45 | +/-34 | 8 | +/-12 | 98 |
| 4 | +/-7 | 50 | +/-38 | 7 | +/-8 | 195 |
| 0 | +/-11 | 76 | +/-57 | 0 | +/-11 | 85 |
| 0 | +/-11 | 29 | +/-27 | 0 | +/-11 | 105 |
| 40 | +/-30 | 925 | +/-260 | 120 | +/-61 | 2,098 |
| 4 | +/-6 | 81 | +/-89 | 8 | +/-13 | 225 |
| 0 | +/-11 | 7 | +/-15 | 0 | +/-11 | 86 |
| 8 | +/-9 | 96 | +/-79 | 10 | +/-15 | 56 |
| 0 | +/-11 | 52 | +/-60 | 17 | +/-19 | 26 |
| 5 | +/-7 | 0 | +/-16 | 0 | +/-11 | 17 |
| 0 | +/-11 | 25 | +/-39 | 0 | +/-11 | 81 |
| 8 | +/-12 | 126 | +/-86 | 0 | +/-11 | 375 |
| 7 | +/-10 | 75 | +/-55 | 10 | +/-18 | 307 |
| 0 | +/-11 | 89 | +/-71 | 41 | +/-23 | 177 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | +/-9 | 118 | +/-73 | 8 | +/-14 | 167 |
| 2 | +/-2 | 96 | +/-57 | 13 | +/-14 | 316 |
| 0 | +/-11 | 95 | +/-55 | 8 | +/-9 | 110 |
| 0 | +/-11 | 65 | +/-42 | 5 | +/-7 | 155 |
| 223 | +/-88 | 7,080 | +/-420 | 773 | +/-218 | 14,732 |
| 131 | +/-54 | 3,595 | +/-280 | 355 | +/-107 | 7,501 |
| 12 | +/-14 | 228 | +/-103 | 15 | +/-17 | 288 |
| 8 | +/-11 | 4 | +/-8 | 8 | +/-10 | 67 |
| 11 | +/-16 | 246 | +/-111 | 38 | +/-33 | 466 |
| 0 | +/-11 | 130 | +/-65 | 15 | +/-18 | 335 |
| 3 | +/-4 | 37 | +/-32 | 3 | +/-5 | 162 |
| 1 | +/-2 | 97 | +/-77 | 0 | +/-11 | 108 |
| 6 | +/-7 | 226 | +/-93 | 41 | +/-40 | 601 |
| 19 | +/-16 | 409 | +/-103 | 37 | +/-33 | 1,000 |
| 21 | +/-21 | 506 | +/-131 | 35 | +/-33 | 870 |
| 6 | +/-6 | 321 | +/-106 | 53 | +/-31 | 994 |
| 20 | +/-10 | 606 | +/-141 | 56 | +/-32 | 996 |
| 13 | +/-14 | 398 | +/-115 | 52 | +/-37 | 987 |
| 11 | +/-11 | 387 | +/-101 | 2 | +/-4 | 627 |
| 92 | +/-40 | 3,485 | +/-310 | 418 | +/-126 | 7,231 |
| 3 | +/-7 | 234 | +/-104 | 56 | +/-54 | 159 |
| 1 | +/-3 | 39 | +/-43 | 11 | +/-18 | 52 |
| 3 | +/-5 | 282 | +/-98 | 33 | +/-32 | 637 |
| 10 | +/-14 | 73 | +/-62 | 6 | +/-10 | 303 |
| 0 | +/-11 | 57 | +/-65 | 10 | +/-17 | 56 |
| 0 | +/-11 | 62 | +/-50 | 8 | +/-9 | 143 |
| 7 | +/-10 | 281 | +/-119 | 25 | +/-24 | 297 |
| 19 | +/-20 | 378 | +/-107 | 44 | +/-31 | 861 |
| 5 | +/-6 | 190 | +/-80 | 42 | +/-35 | 729 |
| 7 | +/-9 | 469 | +/-136 | 67 | +/-38 | 976 |
| 11 | +/-8 | 576 | +/-131 | 34 | +/-16 | 1,096 |
| 26 | +/-14 | 393 | +/-104 | 58 | +/-32 | 1,093 |
| 0 | +/-11 | 451 | +/-121 | 24 | +/-19 | 829 |

Case No. 1:20-cv-02484-MSK   Document 79-13   filed 05/06/21   USDC Colorado   pg 7 of 16

| Colorado Margin of | Naturita town, Colorado Estimate | Margin of | Norwood town, Colorado Estimate | Margin of | Nucla town, Colorado Estimate | Margin of |
|---|---|---|---|---|---|---|
| +/-171 | 438 | +/-82 | 712 | +/-129 | 520 | +/-120 |
| +/-659 | 74 | +/-42 | 129 | +/-60 | 139 | +/-68 |
| +/-374 | 34 | +/-28 | 36 | +/-25 | 46 | +/-28 |
| +/-140 | 7 | +/-10 | 0 | +/-11 | 0 | +/-11 |
| +/-21 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-124 | 0 | +/-11 | 0 | +/-11 | 19 | +/-19 |
| +/-99 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-18 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-89 | 4 | +/-5 | 6 | +/-8 | 0 | +/-11 |
| +/-109 | 4 | +/-7 | 0 | +/-11 | 0 | +/-11 |
| +/-70 | 12 | +/-15 | 0 | +/-11 | 5 | +/-7 |
| +/-180 | 3 | +/-5 | 11 | +/-11 | 10 | +/-11 |
| +/-81 | 0 | +/-11 | 0 | +/-11 | 3 | +/-4 |
| +/-88 | 2 | +/-3 | 19 | +/-18 | 8 | +/-9 |
| +/-87 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-66 | 2 | +/-3 | 0 | +/-11 | 1 | +/-4 |
| +/-392 | 40 | +/-21 | 93 | +/-49 | 93 | +/-47 |
| +/-134 | 0 | +/-11 | 7 | +/-10 | 4 | +/-8 |
| +/-56 | 0 | +/-11 | 3 | +/-5 | 0 | +/-11 |
| +/-42 | 0 | +/-11 | 3 | +/-5 | 18 | +/-17 |
| +/-34 | 3 | +/-5 | 4 | +/-5 | 3 | +/-6 |
| +/-28 | 0 | +/-11 | 0 | +/-11 | 5 | +/-8 |
| +/-60 | 0 | +/-11 | 3 | +/-5 | 0 | +/-11 |
| +/-119 | 9 | +/-13 | 0 | +/-11 | 16 | +/-14 |
| +/-154 | 0 | +/-11 | 7 | +/-8 | 8 | +/-9 |
| +/-89 | 5 | +/-5 | 4 | +/-6 | 4 | +/-7 |

| +/-119 | 15 | +/-16 | 47 | +/-41 | 6 | +/-8 |
|---|---|---|---|---|---|---|
| +/-122 | 0 | +/-11 | 10 | +/-9 | 5 | +/-7 |
| +/-78 | 6 | +/-7 | 3 | +/-4 | 7 | +/-8 |
| +/-71 | 2 | +/-3 | 2 | +/-3 | 17 | +/-14 |
| +/-678 | 364 | +/-82 | 583 | +/-129 | 381 | +/-102 |
| +/-445 | 165 | +/-40 | 297 | +/-89 | 186 | +/-54 |
| +/-128 | 4 | +/-7 | 43 | +/-35 | 0 | +/-11 |
| +/-53 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-154 | 4 | +/-6 | 9 | +/-10 | 12 | +/-14 |
| +/-101 | 1 | +/-3 | 0 | +/-11 | 6 | +/-5 |
| +/-106 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-70 | 0 | +/-11 | 11 | +/-12 | 12 | +/-17 |
| +/-129 | 10 | +/-12 | 16 | +/-14 | 6 | +/-7 |
| +/-158 | 32 | +/-17 | 55 | +/-32 | 9 | +/-9 |
| +/-179 | 12 | +/-12 | 53 | +/-38 | 26 | +/-19 |
| +/-128 | 27 | +/-22 | 17 | +/-12 | 25 | +/-16 |
| +/-147 | 35 | +/-18 | 55 | +/-24 | 61 | +/-24 |
| +/-125 | 27 | +/-18 | 38 | +/-19 | 17 | +/-12 |
| +/-113 | 13 | +/-11 | 0 | +/-11 | 12 | +/-10 |
| +/-433 | 199 | +/-51 | 286 | +/-71 | 195 | +/-62 |
| +/-81 | 12 | +/-12 | 24 | +/-16 | 5 | +/-5 |
| +/-56 | 2 | +/-4 | 11 | +/-11 | 2 | +/-2 |
| +/-146 | 10 | +/-10 | 12 | +/-9 | 9 | +/-9 |
| +/-113 | 3 | +/-5 | 6 | +/-6 | 8 | +/-9 |
| +/-74 | 4 | +/-6 | 0 | +/-11 | 0 | +/-11 |
| +/-80 | 9 | +/-11 | 3 | +/-5 | 9 | +/-14 |
| +/-113 | 13 | +/-12 | 10 | +/-11 | 21 | +/-18 |
| +/-186 | 14 | +/-11 | 34 | +/-18 | 8 | +/-9 |
| +/-165 | 8 | +/-8 | 27 | +/-19 | 15 | +/-11 |
| +/-148 | 34 | +/-20 | 43 | +/-26 | 34 | +/-20 |
| +/-138 | 34 | +/-17 | 45 | +/-22 | 24 | +/-17 |
| +/-130 | 39 | +/-21 | 29 | +/-20 | 30 | +/-18 |
| +/-121 | 17 | +/-11 | 42 | +/-24 | 30 | +/-16 |

| Olathe town, Colorado | | Paonia town, Colorado | | Telluride town, Colorado | |
|---|---|---|---|---|---|
| Estimate | Margin of | Estimate | Margin of | Estimate | Margin of |
| 1,822 | +/-349 | 1,336 | +/-248 | 1,972 | +/-284 |
| 654 | +/-258 | 184 | +/-105 | 237 | +/-119 |
| 300 | +/-131 | 40 | +/-33 | 101 | +/-64 |
| 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| 3 | +/-7 | 0 | +/-11 | 0 | +/-11 |
| 91 | +/-51 | 12 | +/-16 | 16 | +/-21 |
| 21 | +/-22 | 11 | +/-15 | 16 | +/-21 |
| 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| 0 | +/-11 | 5 | +/-9 | 0 | +/-11 |
| 35 | +/-36 | 1 | +/-3 | 13 | +/-16 |
| 97 | +/-63 | 2 | +/-6 | 8 | +/-13 |
| 12 | +/-18 | 0 | +/-11 | 32 | +/-28 |
| 15 | +/-20 | 3 | +/-5 | 0 | +/-11 |
| 12 | +/-24 | 2 | +/-3 | 16 | +/-25 |
| 11 | +/-18 | 4 | +/-6 | 0 | +/-11 |
| 3 | +/-5 | 0 | +/-11 | 0 | +/-11 |
| 354 | +/-149 | 144 | +/-92 | 136 | +/-75 |
| 65 | +/-54 | 2 | +/-4 | 11 | +/-17 |
| 3 | +/-6 | 0 | +/-11 | 0 | +/-11 |
| 43 | +/-31 | 47 | +/-61 | 0 | +/-11 |
| 19 | +/-23 | 0 | +/-11 | 9 | +/-12 |
| 22 | +/-33 | 0 | +/-11 | 0 | +/-11 |
| 0 | +/-11 | 4 | +/-6 | 0 | +/-11 |
| 19 | +/-23 | 3 | +/-5 | 43 | +/-57 |
| 59 | +/-40 | 15 | +/-21 | 55 | +/-49 |
| 55 | +/-36 | 17 | +/-23 | 12 | +/-15 |

| | | | | | |
|---|---|---|---|---|---|
| 38 | +/-32 | 3 | +/-6 | 0 | +/-11 |
| 15 | +/-18 | 20 | +/-14 | 6 | +/-9 |
| 5 | +/-7 | 20 | +/-18 | 0 | +/-11 |
| 11 | +/-19 | 13 | +/-17 | 0 | +/-11 |
| 1,168 | +/-234 | 1,152 | +/-205 | 1,735 | +/-250 |
| 617 | +/-144 | 657 | +/-143 | 873 | +/-151 |
| 68 | +/-52 | 17 | +/-11 | 0 | +/-11 |
| 0 | +/-11 | 1 | +/-3 | 0 | +/-11 |
| 37 | +/-23 | 43 | +/-21 | 70 | +/-45 |
| 2 | +/-3 | 14 | +/-10 | 38 | +/-29 |
| 5 | +/-9 | 3 | +/-5 | 7 | +/-12 |
| 21 | +/-25 | 22 | +/-13 | 14 | +/-21 |
| 55 | +/-44 | 49 | +/-38 | 35 | +/-27 |
| 117 | +/-67 | 46 | +/-24 | 190 | +/-80 |
| 89 | +/-52 | 120 | +/-50 | 151 | +/-52 |
| 117 | +/-53 | 85 | +/-41 | 218 | +/-58 |
| 34 | +/-20 | 146 | +/-57 | 76 | +/-35 |
| 37 | +/-29 | 83 | +/-35 | 55 | +/-30 |
| 35 | +/-24 | 28 | +/-14 | 19 | +/-18 |
| 551 | +/-138 | 495 | +/-92 | 862 | +/-147 |
| 66 | +/-43 | 20 | +/-18 | 45 | +/-29 |
| 28 | +/-23 | 5 | +/-7 | 11 | +/-15 |
| 41 | +/-29 | 40 | +/-28 | 69 | +/-44 |
| 16 | +/-13 | 19 | +/-15 | 29 | +/-24 |
| 2 | +/-4 | 7 | +/-8 | 13 | +/-21 |
| 9 | +/-14 | 9 | +/-11 | 28 | +/-28 |
| 29 | +/-27 | 8 | +/-9 | 14 | +/-20 |
| 112 | +/-69 | 34 | +/-24 | 199 | +/-70 |
| 75 | +/-34 | 50 | +/-23 | 222 | +/-62 |
| 52 | +/-37 | 84 | +/-34 | 118 | +/-55 |
| 42 | +/-30 | 111 | +/-43 | 85 | +/-41 |
| 49 | +/-29 | 60 | +/-29 | 25 | +/-20 |
| 30 | +/-16 | 48 | +/-20 | 4 | +/-6 |