B02001: RACE - Universe: Total population
2012-2016 American Community Survey 5-

Supporting documentation on code lists, subject definitions, data accuracy, and

**Tell us what you think.** Provide feedback to help make American Community Survey

|  | Colorado | | Cedaredge town, Colorado | |
|---|---|---|---|---|
|  | Estimate | Margin of Error | Estimate | Margin of Error |
| Total: | 5,359,295 | ***** | 2,266 | +/-426 |
| White alone | 4,517,058 | +/-5,925 | 2,195 | +/-425 |
| Black or African American alone | 219,349 | +/-2,311 | 11 | +/-13 |
| American Indian and Alaska Native | 50,160 | +/-2,033 | 0 | +/-11 |
| Asian alone | 157,523 | +/-1,698 | 8 | +/-10 |
| Native Hawaiian and Other Pacific | 7,441 | +/-598 | 0 | +/-11 |
| Some other race alone | 224,029 | +/-5,744 | 8 | +/-9 |
| Two or more races: | 183,735 | +/-4,275 | 44 | +/-40 |
| Two races including Some other race | 35,080 | +/-2,320 | 0 | +/-11 |
| Two races excluding Some other race, | 148,655 | +/-3,748 | 44 | +/-40 |

Data are based on a sample and are subject to sampling variability. The degree

While the 2012-2016 American Community Survey (ACS) data generally reflect the February 2013 Office of

Estimates of urban and rural population, housing units, and characteristics reflect

Source: U.S. Census Bureau, 2012-2016 American Community Survey 5-Year

Explanation of Symbols:

| Crawford town, Colorado | | Delta city, Colorado | | Hotchkiss town, Colorado | | Montrose city, |
|---|---|---|---|---|---|---|
| Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error | Estimate |
| 279 | +/-98 | 8,813 | +/-38 | 967 | +/-231 | 19,016 |
| 272 | +/-96 | 8,155 | +/-255 | 911 | +/-221 | 17,423 |
| 0 | +/-11 | 45 | +/-39 | 0 | +/-11 | 62 |
| 5 | +/-10 | 0 | +/-16 | 13 | +/-17 | 252 |
| 0 | +/-11 | 87 | +/-50 | 0 | +/-11 | 133 |
| 0 | +/-11 | 0 | +/-16 | 0 | +/-11 | 161 |
| 0 | +/-11 | 395 | +/-222 | 10 | +/-18 | 703 |
| 2 | +/-6 | 131 | +/-73 | 33 | +/-37 | 282 |
| 0 | +/-11 | 17 | +/-28 | 4 | +/-8 | 55 |
| 2 | +/-6 | 114 | +/-67 | 29 | +/-37 | 227 |

| Colorado | Naturita town, Colorado | | Norwood town, Colorado | | Nucla town, Colorado | |
|---|---|---|---|---|---|---|
| Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| +/-24 | 438 | +/-82 | 712 | +/-129 | 520 | +/-120 |
| +/-399 | 436 | +/-82 | 712 | +/-129 | 494 | +/-118 |
| +/-56 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-129 | 0 | +/-11 | 0 | +/-11 | 3 | +/-5 |
| +/-78 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-232 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-272 | 2 | +/-4 | 0 | +/-11 | 0 | +/-11 |
| +/-175 | 0 | +/-11 | 0 | +/-11 | 23 | +/-23 |
| +/-52 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-144 | 0 | +/-11 | 0 | +/-11 | 23 | +/-23 |

| Olathe town, Colorado | | Paonia town, Colorado | | Telluride town, Colorado | |
|---|---|---|---|---|---|
| Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| 1,878 | +/-363 | 1,387 | +/-249 | 1,972 | +/-284 |
| 1,851 | +/-362 | 1,276 | +/-229 | 1,867 | +/-272 |
| 7 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| 17 | +/-22 | 61 | +/-84 | 0 | +/-11 |
| 0 | +/-11 | 2 | +/-4 | 59 | +/-53 |
| 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| 0 | +/-11 | 18 | +/-20 | 0 | +/-11 |
| 3 | +/-6 | 30 | +/-31 | 46 | +/-50 |
| 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| 3 | +/-6 | 30 | +/-31 | 46 | +/-50 |