B03002: HISPANIC OR LATINO ORIGIN BY RACE - Universe: Total population
2012-2016 American Community Survey 5-Year Estimates
Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing ca

Tell us what you think. Provide feedback to help make American Community Survey data more use

|  | Colorado | | Cedaredge town, Colo | | Crawford t |
|---|---|---|---|---|---|
|  | Estimate | Margin of | Estimate | Margin of | Estimate |
| Total: | 5,359,295 | ***** | 2,266 | +/-426 | 279 |
| Not Hispanic or Latino: | 4,227,003 | +/-503 | 1,922 | +/-368 | 267 |
| White alone | 3,696,127 | +/-1,256 | 1,869 | +/-367 | 260 |
| Black or African American alor | 207,585 | +/-1,986 | 11 | +/-13 | 0 |
| American Indian and Alaska Na | 28,804 | +/-1,127 | 0 | +/-11 | 5 |
| Asian alone | 154,498 | +/-1,533 | 8 | +/-10 | 0 |
| Native Hawaiian and Other Pa | 6,530 | +/-459 | 0 | +/-11 | 0 |
| Some other race alone | 10,120 | +/-1,347 | 0 | +/-11 | 0 |
| Two or more races: | 123,339 | +/-2,670 | 34 | +/-37 | 2 |
| Two races including Some otl | 3,284 | +/-545 | 0 | +/-11 | 0 |
| Two races excluding Some ot | 120,055 | +/-2,742 | 34 | +/-37 | 2 |
| Hispanic or Latino: | 1,132,292 | +/-503 | 344 | +/-208 | 12 |
| White alone | 820,931 | +/-5,961 | 326 | +/-208 | 12 |
| Black or African American alor | 11,764 | +/-1,188 | 0 | +/-11 | 0 |
| American Indian and Alaska Na | 21,356 | +/-1,617 | 0 | +/-11 | 0 |
| Asian alone | 3,025 | +/-549 | 0 | +/-11 | 0 |
| Native Hawaiian and Other Pa | 911 | +/-346 | 0 | +/-11 | 0 |
| Some other race alone | 213,909 | +/-5,619 | 8 | +/-9 | 0 |
| Two or more races: | 60,396 | +/-3,325 | 10 | +/-15 | 0 |
| Two races including Some otl | 31,796 | +/-2,265 | 0 | +/-11 | 0 |
| Two races excluding Some ot | 28,600 | +/-2,191 | 10 | +/-15 | 0 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for a

of error (the lower and upper confidence bounds) contains the true value. In addition to sampling v

While the 2012-2016 American Community Survey (ACS) data generally reflect the February 2013 O

Estimates of urban and rural population, housing units, and characteristics reflect boundaries of ur

Source: U.S. Census Bureau, 2012-2016 American Community Survey 5-Year Estimates

Explanation of Symbols:    1.  An '**' entry in the margin of error column indicates that either no sa

variability is not appropriate.    7.  An 'N' entry in the estimate and margin of error columns indicate

an be found on the American Community Survey website in the Data and Documentation section.Sample size a

ful for you.Although the American Community Survey (ACS) produces population, demographic and housing u

| :own, Color | Delta city, Colorado | | Hotchkiss town, Color | | Montrose city, Colora | | Naturita town, Colora | | Norwood t |
|---|---|---|---|---|---|---|---|---|---|
| Margin of | Estimate | Margin of | Estimate | Margin of | Estimate | Margin of | Estimate | Margin of | Estimate |
| +/-98 | 8,813 | +/-38 | 967 | +/-231 | 19,016 | +/-24 | 438 | +/-82 | 712 |
| +/-96 | 7,015 | +/-367 | 863 | +/-228 | 14,552 | +/-363 | 416 | +/-82 | 676 |
| +/-94 | 6,784 | +/-359 | 847 | +/-220 | 13,955 | +/-388 | 416 | +/-82 | 676 |
| +/-11 | 45 | +/-39 | 0 | +/-11 | 62 | +/-56 | 0 | +/-11 | 0 |
| +/-10 | 0 | +/-16 | 0 | +/-11 | 165 | +/-104 | 0 | +/-11 | 0 |
| +/-11 | 87 | +/-50 | 0 | +/-11 | 126 | +/-77 | 0 | +/-11 | 0 |
| +/-11 | 0 | +/-16 | 0 | +/-11 | 116 | +/-162 | 0 | +/-11 | 0 |
| +/-11 | 0 | +/-16 | 0 | +/-11 | 0 | +/-18 | 0 | +/-11 | 0 |
| +/-6 | 99 | +/-65 | 16 | +/-30 | 128 | +/-105 | 0 | +/-11 | 0 |
| +/-11 | 0 | +/-16 | 0 | +/-11 | 9 | +/-17 | 0 | +/-11 | 0 |
| +/-6 | 99 | +/-65 | 16 | +/-30 | 119 | +/-105 | 0 | +/-11 | 0 |
| +/-14 | 1,798 | +/-370 | 104 | +/-65 | 4,464 | +/-367 | 22 | +/-15 | 36 |
| +/-14 | 1,371 | +/-408 | 64 | +/-50 | 3,468 | +/-487 | 20 | +/-14 | 36 |
| +/-11 | 0 | +/-16 | 0 | +/-11 | 0 | +/-18 | 0 | +/-11 | 0 |
| +/-11 | 0 | +/-16 | 13 | +/-17 | 87 | +/-87 | 0 | +/-11 | 0 |
| +/-11 | 0 | +/-16 | 0 | +/-11 | 7 | +/-12 | 0 | +/-11 | 0 |
| +/-11 | 0 | +/-16 | 0 | +/-11 | 45 | +/-73 | 0 | +/-11 | 0 |
| +/-11 | 395 | +/-222 | 10 | +/-18 | 703 | +/-272 | 2 | +/-4 | 0 |
| +/-11 | 32 | +/-36 | 17 | +/-23 | 154 | +/-108 | 0 | +/-11 | 0 |
| +/-11 | 17 | +/-28 | 4 | +/-8 | 46 | +/-51 | 0 | +/-11 | 0 |
| +/-11 | 15 | +/-22 | 13 | +/-22 | 108 | +/-97 | 0 | +/-11 | 0 |

an estimate arising from sampling variability is represented through the use of a margin of error. The value sho

variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see

Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in cert

ban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not

mple observations or too few sample observations were available to compute a standard error and thus the m

es that data for this geographic area cannot be displayed because the number of sample cases is too small.   8

and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the

nit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the offi

| :own, Color | Nucla town, Colorado | | Olathe town, Colorad | | Paonia town, Colorad | | Telluride town, Colorado | |
|---|---|---|---|---|---|---|---|---|
| Margin of | Estimate | Margin of | Estimate | Margin of | Estimate | Margin of | Estimate | Margin of Error |
| +/-129 | 520 | +/-120 | 1,878 | +/-363 | 1,387 | +/-249 | 1,972 | +/-284 |
| +/-116 | 470 | +/-111 | 790 | +/-225 | 1,260 | +/-213 | 1,622 | +/-266 |
| +/-116 | 452 | +/-109 | 787 | +/-225 | 1,149 | +/-188 | 1,567 | +/-255 |
| +/-11 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-11 | 3 | +/-5 | 0 | +/-11 | 61 | +/-84 | 0 | +/-11 |
| +/-11 | 0 | +/-11 | 0 | +/-11 | 2 | +/-4 | 43 | +/-57 |
| +/-11 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-11 | 0 | +/-11 | 0 | +/-11 | 18 | +/-20 | 0 | +/-11 |
| +/-11 | 15 | +/-19 | 3 | +/-6 | 30 | +/-31 | 12 | +/-15 |
| +/-11 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-11 | 15 | +/-19 | 3 | +/-6 | 30 | +/-31 | 12 | +/-15 |
| +/-33 | 50 | +/-39 | 1,088 | +/-284 | 127 | +/-97 | 350 | +/-97 |
| +/-33 | 42 | +/-37 | 1,064 | +/-283 | 127 | +/-97 | 300 | +/-101 |
| +/-11 | 0 | +/-11 | 7 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-11 | 0 | +/-11 | 17 | +/-22 | 0 | +/-11 | 0 | +/-11 |
| +/-11 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 | 16 | +/-23 |
| +/-11 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-11 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-11 | 8 | +/-13 | 0 | +/-11 | 0 | +/-11 | 34 | +/-45 |
| +/-11 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 | 0 | +/-11 |
| +/-11 | 8 | +/-13 | 0 | +/-11 | 0 | +/-11 | 34 | +/-45 |

own here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 p

Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

:ain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the

necessarily reflect the results of ongoing urbanization.

nargin of error. A statistical test is not appropriate.   2.  An '-' entry in the estimate column indicates that either

.  An '(X)' means that the estimate is not applicable or not available.



American Community Survey website in the Methodology section.

cial estimates of the population for the nation, states, counties, cities and towns and estimates of housing unit

ercent probability that the interval defined by the estimate minus the margin of error and the estimate plus t

e OMB definitions due to differences in the effective dates of the geographic entities.

r no sample observations or too few sample observations were available to compute an estimate, or a ratio of





er interval of an open-ended distribution.    3.  An '-' following a median estimate means the median falls in th



e lowest interval of an open-ended distribution.    4.  An '+' following a median estimate means the median fall



ls in the upper interval of an open-ended distribution.    5.  An '***' entry in the margin of error column indicat



tes that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical tes

t is not appropriate.