**2015 ERS County Typology Codes Update**

| FIPStxt | State | County_name | Metro-nonmetro status, 2013 0=Nonmetro 1=Metro |
|---------|-------|-------------|------------------------------------------------|
| 08001 | CO | Adams County | 1 |
| 08003 | CO | Alamosa County | 0 |
| 08005 | CO | Arapahoe County | 1 |
| 08007 | CO | Archuleta County | 0 |
| 08009 | CO | Baca County | 0 |
| 08011 | CO | Bent County | 0 |
| 08013 | CO | Boulder County | 1 |
| 08014 | CO | Broomfield County | 1 |
| 08015 | CO | Chaffee County | 0 |
| 08017 | CO | Cheyenne County | 0 |
| 08019 | CO | Clear Creek County | 1 |
| 08021 | CO | Conejos County | 0 |
| 08023 | CO | Costilla County | 0 |
| 08025 | CO | Crowley County | 0 |
| 08027 | CO | Custer County | 0 |
| 08029 | CO | Delta County | 0 |
| 08031 | CO | Denver County | 1 |
| 08033 | CO | Dolores County | 0 |
| 08035 | CO | Douglas County | 1 |
| 08037 | CO | Eagle County | 0 |
| 08039 | CO | Elbert County | 1 |
| 08041 | CO | El Paso County | 1 |
| 08043 | CO | Fremont County | 0 |
| 08045 | CO | Garfield County | 0 |
| 08047 | CO | Gilpin County | 1 |
| 08049 | CO | Grand County | 0 |
| 08051 | CO | Gunnison County | 0 |
| 08053 | CO | Hinsdale County | 0 |
| 08055 | CO | Huerfano County | 0 |
| 08057 | CO | Jackson County | 0 |
| 08059 | CO | Jefferson County | 1 |
| 08061 | CO | Kiowa County | 0 |
| 08063 | CO | Kit Carson County | 0 |
| 08065 | CO | Lake County | 0 |
| 08067 | CO | La Plata County | 0 |
| 08069 | CO | Larimer County | 1 |
| 08071 | CO | Las Animas County | 0 |
| 08073 | CO | Lincoln County | 0 |
| 08075 | CO | Logan County | 0 |
| 08077 | CO | Mesa County | 1 |
| 08079 | CO | Mineral County | 0 |
| 08081 | CO | Moffat County | 0 |
| 08083 | CO | Montezuma County | 0 |
| 08085 | CO | Montrose County | 0 |
| 08087 | CO | Morgan County | 0 |
| 08089 | CO | Otero County | 0 |
| 08091 | CO | Ouray County | 0 |

| 08093 | CO | Park County | 1 |
|-------|----|-----|---|
| 08095 | CO | Phillips County | 0 |
| 08097 | CO | Pitkin County | 0 |
| 08099 | CO | Prowers County | 0 |
| 08101 | CO | Pueblo County | 1 |
| 08103 | CO | Rio Blanco County | 0 |
| 08105 | CO | Rio Grande County | 0 |
| 08107 | CO | Routt County | 0 |
| 08109 | CO | Saguache County | 0 |
| 08111 | CO | San Juan County | 0 |
| 08113 | CO | San Miguel County | 0 |
| 08115 | CO | Sedgwick County | 0 |
| 08117 | CO | Summit County | 0 |
| 08119 | CO | Teller County | 1 |
| 08121 | CO | Washington County | 0 |
| 08123 | CO | Weld County | 1 |
| 08125 | CO | Yuma County | 0 |

| Non-Overlapping Economic Types: Type_2015_Update | Farming_2015_Update (a | Mining_2015-Update (a |
|---|---|---|
| 0 | 0 | |
| 4 | 0 | 0 |
| 0 | 0 | 0 |
| 5 | 0 | 0 |
| 1 | 1 | 0 |
| 1 | 1 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 5 | 0 | 0 |
| 1 | 1 | 0 |
| 2 | 0 | 1 |
| 1 | 1 | 0 |
| 1 | 1 | 0 |
| 4 | 0 | 0 |
| 5 | 0 | 0 |
| 2 | 0 | 1 |
| 0 | 0 | 0 |
| 1 | 1 | 1 |
| 0 | 0 | 0 |
| 5 | 0 | 0 |
| 1 | 1 | 0 |
| 0 | 0 | 0 |
| 4 | 0 | 0 |
| 2 | 0 | 1 |
| 5 | 0 | 0 |
| 5 | 0 | 0 |
| 2 | 0 | 1 |
| 5 | 0 | 0 |
| 5 | 0 | 0 |
| 1 | 1 | 1 |
| 0 | 0 | 0 |
| 1 | 1 | 0 |
| 1 | 1 | 0 |
| 2 | 0 | 1 |
| 5 | 0 | 0 |
| 5 | 0 | 0 |
| 0 | 0 | 0 |
| 4 | 0 | 0 |
| 4 | 0 | 0 |
| 0 | 0 | 0 |
| 5 | 0 | 0 |
| 2 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 3 | 0 | 0 |
| 0 | 0 | 0 |
| 5 | 0 | 0 |

| | | |
|---|---|---|
| 5 | 0 | 0 |
| 1 | 1 | 0 |
| 5 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 2 | 0 | 1 |
| 0 | 0 | 0 |
| 5 | 0 | 0 |
| 1 | 1 | 0 |
| 5 | 0 | 1 |
| 5 | 0 | 0 |
| 1 | 1 | 0 |
| 5 | 0 | 0 |
| 1 | 1 | 0 |
| 0 | 0 | 0 |
| 1 | 1 | 0 |

| Manufacturing_2015_Update (a | Government_2015_Update (a | Recreation_2015_Update (a |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 1 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 1 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 1 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 1 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 1 |
| 0 | 0 | 1 |
| 0 | 0 | 1 |
| 0 | 0 | 1 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 1 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 1 | 0 |
| 0 | 1 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 1 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |

| | | |
|---|---|---|
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

| Nonspecialized_2015_Update (all | Low_Education_2015_Update |
|---|---|
| 1 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 1 |
| 1 | 0 |
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 1 |
| 0 | 1 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 1 |
| 0 | 0 |
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 1 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 0 |

| | |
|---|---|
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 1 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 0 |
| 0 | 1 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 0 |

| Low_Employment_Cnty_2008_2012_25_64 | Pop_Loss_2010 | Retirement_Dest_2015_Update |
|---|---|---|
| 0 | 0 | 0 |
| 1 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 1 | 0 |
| 1 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 1 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 1 | 0 | 0 |
| 1 | 0 | 0 |
| 1 | 0 | 1 |
| 1 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 1 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 1 | 0 | 0 |
| 1 | 0 | 1 |
| 0 | 1 | 0 |
| 0 | 0 | 0 |
| 0 | 1 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 1 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

| | | |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 1 |
| 0 | 0 | 0 |

| Persistent_Poverty_2013 | Persistent_Related_Child_Poverty_2013 |
|---|---|
| 0 | 0 |
| 1 | 1 |
| 0 | 0 |
| 0 | 0 |
| 0 | 1 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 1 |
| 0 | 1 |
| 0 | 1 |
| 0 | 0 |
| 0 | 1 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 1 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 1 |
| 0 | 0 |

| | |
|---|---|
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 1 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 1 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |

**2015 ERS County Typology Codes Update, docum**

*This table describes the layout of the second wor*

**Variable name**
**FIPSTtxt**
**State**
**County_name**

**Metro-nonmetro status 2013**

**Type_2015_Update**

**Farming_2015_Update**

**Mining_2015-Update**

**Manufacturing_2015_Update**

**Government_2015_Update**

**Recreation_2015_Update**

**Nonspecialized_2015_Update**

**Low_Education_2015_Update**

**Low_Employment_Cnty_2008_2012_25_64**

**Pop_Loss_2010**

**Retirement_Dest_2015_Update**

**Persistent_Poverty_2013**

**Persistent_Related_Child_Poverty_2013**

**Data Sources:**

**Contact:**

**mentation**

*ksheet in this file, the tab named "Typology 2015 Update"*

**Description**
State-County FIPS Code ID, in text format
State postal abbreviation
County name
Classification of counties by metro or nonmetro definition, where 1=metro county (Urban); 0=nonmetro county (Rural); metro areas include all counties containing one or more urbanized areas: high-density urban areas containing 50,000 people or more; metro areas also include outlying counties that are economically tied to the central counties, as measured by the share of workers commuting on a daily basis to the central counties. Nonmetro counties are outside the boundaries of metro areas and have no cities with 50,000 residents or more.
Non-overlapping economic-dependence county indicator. 0=Nonspecialized 1=Farm-dependent 2=Mining-dependent 3=Manufacturing-dependent 4=Federal/State government-dependent 5=Recreation
**Overlapping Indicators**
Farm-dependent county indicator. 0=no 1=yes. Faming accounted for at 25% or more of the county's earnings or 16% or more of the employment averaged over 2010-2012.
Mining-dependent county indicator. 0=no 1=yes. Mining accounted for 13% or more of the county's earnings or 8% of the employment averaged over 2010-12.
Manufacturing-dependent county indicator. 0=no 1=yes.  Manufacturing accounted for 23% or more of the county's earnings or 16% of the employment averaged over 2010-12.
Federal/State government-dependent county indicator. 0=no 1=yes. Federal and State government accounted for 14% or more of the county's earnings or 9% or more of the employment averaged over 2010-2012.
Recreation county indicator 0=no 1=yes.  See documentation page: http://www.ers.usda.gov/data-products/county-typology-codes.aspx
Nonspecialzed indicator 0=no 1=yes.  The county was not a farming, mining, manufacturing, government-dependent, or recreation county.
Low education county indicator. 0=no 1=yes. At least 20% or more of the residents age 25 to 64 did not have a high school diploma or equivalent between 2008-12.
Low-employment county indicator. 0=no 1=yes. Less than 65% of residents age 25-64 were employed in 2008-12
Population loss county indicator. 0=no 1=yes. Number of resident declined between the 1990 and 2000 censuses and also between the 2000 and 2010 censuses.
Retirement destination county indicator. 0=no 1=yes. Number of resident 60 and older grew by 15 percent or more between 2000 and 2010.
Classification of counties by level of poverty over three decades, where 1=persistent poverty county; 0=all other counties; a county was classified as persistent poverty if 20 percent or more of its residents were poor as measured by the 1980, 1990, and 2000 decennial censuses and the American Community Survey 5-year estimates for 2007-11.

Classification of counties by level of poverty over three decades, where 1=persistent related child poverty county; 0=all other counties; a county was classified as persistent related child poverty if 20 percent or more of related children under 18 years old were poor as measured by the 1980, 1990, and 2000 decennial censuses and the American Community Survey 5-year estimates for 2007-11. See the Census Bureau website (http://www.census.gov/hhes/www/poverty/methods/definitions.html) for details about the poverty population universe as it pertains to related children and treatment of unrelated individuals under age 15.

See: http://www.ers.usda.gov/data-products/county-typology-codes/documentation.aspx

Tim Parker, tparker@ers.usda.gov, Phone: (202)-694-5435.

U.S. Department of Agriculture
Economic Research Service
1400 Independence Ave., SW, Mail Stop 1800
Washington, DC  20250-0002

**County Coverage**

All 3,143 counties, boroughs, independent cities, parishes, and other county-equivalents that were enumerated in the 2010 Census of Population and Housing were classified. Data for other U.S. territories subdivisions were not available. The following independent cities and counties were analyzed as combined units, then each component was assigned the combined unit's code.

| These areas: | | Were combined with these counties: | |
|---|---|---|---|
| FIPS | Name | FIPS | Name |
| Hawaii | | | |
| 15009 | Maui | 15005 | Kalawao |
| Virginia | | | |
| 51515 | Bedford City | 51019 | Bedford |
| 51520 | Bristol | 51191 | Washington |
| 51530 | Buena Vista | 51163 | Rockbridge |
| 51540 | Charlottesville | 51003 | Albemarle |
| 51570 | Colonial Heights | 51053 | Dinwiddie |
| 51580 | Covington | 51005 | Alleghany |
| 51590 | Danville | 51143 | Pittsylvania |
| 51595 | Emporia | 51081 | Greensville |
| 51600 | Fairfax City | 51059 | Fairfax |
| 51610 | Falls Church | 51059 | Fairfax |
| 51620 | Franklin | 51175 | Southampton |
| 51630 | Fredericksburg | 51177 | Spotsylvania |
| 51640 | Galax | 51035 | Carroll |
| 51660 | Harrisonburg | 51165 | Rockingham |
| 51670 | Hopewell | 51149 | Prince George |
| 51678 | Lexington | 51163 | Rockbridge |
| 51680 | Lynchburg | 51031 | Campbell |
| 51683 | Manassas | 51153 | Prince William |
| 51685 | Manassas Park | 51153 | Prince William |
| 51690 | Martinsville | 51089 | Henry |
| 51720 | Norton | 51195 | Wise |
| 51730 | Petersburg | 51053 | Dinwiddie |
| 51735 | Poquoson | 51199 | York |
| 51750 | Radford | 51121 | Montgomery |
| 51775 | Salem | 51161 | Roanoke |
| 51790 | Staunton | 51015 | Augusta |
| 51820 | Waynesboro | 51015 | Augusta |
| 51830 | Williamsburg | 51095 | James City (County) |
| 51840 | Winchester | 51069 | Frederick |