## CA25N Total Full-Time and Part-Time Employment by NAICS Ind

Bureau of Economic Analysis
County

| GeoFips | GeoName | LineCode | Description | 2016 | |
|---|---|---|---|---|---|
| 08000 | Colorado* | | Employment by place of work | | |
| 08000 | Colorado* | 10 | Total employment (number of jobs) | 3650873 | |
| 08000 | Colorado* | | By type | | |
| 08000 | Colorado* | 20 | Wage and salary employment | 2729045 | |
| 08000 | Colorado* | 40 | Proprietors employment | 921828 | |
| 08000 | Colorado* | 50 | Farm proprietors employment | 30745 | |
| 08000 | Colorado* | 60 | Nonfarm proprietors employment 2/ | 891083 | |
| 08000 | Colorado* | | By industry | | |
| 08000 | Colorado* | 70 | Farm employment | 43030 | 1.2% |
| 08000 | Colorado* | 80 | Nonfarm employment | 3607843 | |
| 08000 | Colorado* | 90 | Private nonfarm employment | 3121576 | |
| 08000 | Colorado* | 100 | Forestry, fishing, and related activi | 12108 | 0.3% |
| 08000 | Colorado* | 200 | Mining, quarrying, and oil and gas | 57220 | 1.6% |
| 08000 | Colorado* | 300 | Utilities | 9307 | 0.3% |
| 08000 | Colorado* | 400 | Construction | 232695 | 6.4% |
| 08000 | Colorado* | 500 | Manufacturing | 160448 | 4.4% |
| 08000 | Colorado* | 600 | Wholesale trade | 125312 | 3.4% |
| 08000 | Colorado* | 700 | Retail trade | 339114 | 9.3% |
| 08000 | Colorado* | 800 | Transportation and warehousing | 106414 | 2.9% |
| 08000 | Colorado* | 900 | Information | 84382 | 2.3% |
| 08000 | Colorado* | 1000 | Finance and insurance | 203723 | 5.6% |
| 08000 | Colorado* | 1100 | Real estate and rental and leasing | 213314 | 5.8% |
| 08000 | Colorado* | 1200 | Professional, scientific, and techni | 330341 | 9.0% |
| 08000 | Colorado* | 1300 | Management of companies and er | 42495 | 1.2% |
| 08000 | Colorado* | 1400 | Administrative and support and wa | 205604 | 5.6% |
| 08000 | Colorado* | 1500 | Educational services | 75378 | 2.1% |
| 08000 | Colorado* | 1600 | Health care and social assistance | 338661 | 9.3% |
| 08000 | Colorado* | 1700 | Arts, entertainment, and recreatior | 98223 | 2.7% |
| 08000 | Colorado* | 1800 | Accommodation and food services | 289334 | 7.9% |
| 08000 | Colorado* | 1900 | Other services (except public adm | 197503 | 5.4% |
| 08000 | Colorado* | 2000 | Government and government enter | 486267 | 13.3% |
| 08000 | Colorado* | 2001 | Federal, civilian | 54254 | |
| 08000 | Colorado* | 2002 | Military | 52336 | |
| 08000 | Colorado* | 2010 | State and local | 379677 | |
| 08000 | Colorado* | 2011 | State government | 116225 | |
| 08000 | Colorado* | 2012 | Local government | 263452 | |
| 08029 | Delta, CO | | Employment by place of work | | |
| 08029 | Delta, CO | 10 | Total employment (number of jobs) | 15135 | |
| 08029 | Delta, CO | | By type | | |
| 08029 | Delta, CO | 20 | Wage and salary employment | 8866 | |
| 08029 | Delta, CO | 40 | Proprietors employment | 6269 | |
| 08029 | Delta, CO | 50 | Farm proprietors employment | 1073 | |
| 08029 | Delta, CO | 60 | Nonfarm proprietors employment 2/ | 5196 | |
| 08029 | Delta, CO | | By industry | | |
| 08029 | Delta, CO | 70 | Farm employment | 1354 | 8.9% |

| FIPS | Area | Line | Description | Value | Pct |
|---|---|---|---|---|---|
| 08029 | Delta, CO | 80 | Nonfarm employment | 13781 | |
| 08029 | Delta, CO | 90 | Private nonfarm employment | 11287 | |
| 08029 | Delta, CO | 100 | Forestry, fishing, and related activi | 252 | 1.7% |
| 08029 | Delta, CO | 200 | Mining, quarrying, and oil and gas | 336 | 2.2% |
| 08029 | Delta, CO | 300 | Utilities | 52 | 0.3% |
| 08029 | Delta, CO | 400 | Construction | 989 | 6.5% |
| 08029 | Delta, CO | 500 | Manufacturing | 655 | 4.3% |
| 08029 | Delta, CO | 600 | Wholesale trade | 221 | 1.5% |
| 08029 | Delta, CO | 700 | Retail trade | 1803 | 11.9% |
| 08029 | Delta, CO | 800 | Transportation and warehousing | 188 | 1.2% |
| 08029 | Delta, CO | 900 | Information | 199 | 1.3% |
| 08029 | Delta, CO | 1000 | Finance and insurance | 495 | 3.3% |
| 08029 | Delta, CO | 1100 | Real estate and rental and leasing | 1026 | 6.8% |
| 08029 | Delta, CO | 1200 | Professional, scientific, and techni | 660 | 4.4% |
| 08029 | Delta, CO | 1300 | Management of companies and er | 80 | 0.5% |
| 08029 | Delta, CO | 1400 | Administrative and support and wa | 469 | 3.1% |
| 08029 | Delta, CO | 1500 | Educational services | 130 | 0.9% |
| 08029 | Delta, CO | 1600 | Health care and social assistance | 1639 | 10.8% |
| 08029 | Delta, CO | 1700 | Arts, entertainment, and recreatior | 218 | 1.4% |
| 08029 | Delta, CO | 1800 | Accommodation and food services | 920 | 6.1% |
| 08029 | Delta, CO | 1900 | Other services (except public adm | 955 | 6.3% |
| 08029 | Delta, CO | 2000 | Government and government enter | 2494 | 16.5% |
| 08029 | Delta, CO | 2001 | Federal, civilian | 180 | |
| 08029 | Delta, CO | 2002 | Military | 87 | |
| 08029 | Delta, CO | 2010 | State and local | 2227 | |
| 08029 | Delta, CO | 2011 | State government | 184 | |
| 08029 | Delta, CO | 2012 | Local government | 2043 | |
| 08051 | Gunnison, CO | | Employment by place of work | | |
| 08051 | Gunnison, CO | 10 | Total employment (number of jobs) | 13014 | |
| 08051 | Gunnison, CO | | By type | | |
| 08051 | Gunnison, CO | 20 | Wage and salary employment | 8889 | |
| 08051 | Gunnison, CO | 40 | Proprietors employment | 4125 | |
| 08051 | Gunnison, CO | 50 | Farm proprietors employment | 195 | |
| 08051 | Gunnison, CO | 60 | Nonfarm proprietors employment 2/ | 3930 | |
| 08051 | Gunnison, CO | | By industry | | |
| 08051 | Gunnison, CO | 70 | Farm employment | 284 | 2.2% |
| 08051 | Gunnison, CO | 80 | Nonfarm employment | 12730 | |
| 08051 | Gunnison, CO | 90 | Private nonfarm employment | 10562 | |
| 08051 | Gunnison, CO | 100 | Forestry, fishing, and related activi (D) | na | |
| 08051 | Gunnison, CO | 200 | Mining, quarrying, and oil and gas (D) | na | |
| 08051 | Gunnison, CO | 300 | Utilities | 66 | 0.5% |
| 08051 | Gunnison, CO | 400 | Construction | 1137 | 8.7% |
| 08051 | Gunnison, CO | 500 | Manufacturing | 204 | 1.6% |
| 08051 | Gunnison, CO | 600 | Wholesale trade | 124 | 1.0% |
| 08051 | Gunnison, CO | 700 | Retail trade | 1263 | 9.7% |
| 08051 | Gunnison, CO | 800 | Transportation and warehousing | 150 | 1.2% |
| 08051 | Gunnison, CO | 900 | Information | 138 | 1.1% |
| 08051 | Gunnison, CO | 1000 | Finance and insurance | 366 | 2.8% |
| 08051 | Gunnison, CO | 1100 | Real estate and rental and leasing | 1146 | 8.8% |
| 08051 | Gunnison, CO | 1200 | Professional, scientific, and techni | 793 | 6.1% |
| 08051 | Gunnison, CO | 1300 | Management of companies and er | 51 | 0.4% |

| FIPS | Area | Code | Description | Value | Percent |
|---|---|---|---|---|---|
| 08051 | Gunnison, CO | 1400 | Administrative and support and wa | 415 | 3.2% |
| 08051 | Gunnison, CO | 1500 | Educational services | 164 | 1.3% |
| 08051 | Gunnison, CO | 1600 | Health care and social assistance | 452 | 3.5% |
| 08051 | Gunnison, CO | 1700 | Arts, entertainment, and recreation | 1080 | 8.3% |
| 08051 | Gunnison, CO | 1800 | Accommodation and food services | 1703 | 13.1% |
| 08051 | Gunnison, CO | 1900 | Other services (except public adm | 783 | 6.0% |
| 08051 | Gunnison, CO | 2000 | Government and government enterp | 2168 | 16.7% |
| 08051 | Gunnison, CO | 2001 | Federal, civilian | 169 | |
| 08051 | Gunnison, CO | 2002 | Military | 40 | |
| 08051 | Gunnison, CO | 2010 | State and local | 1959 | |
| 08051 | Gunnison, CO | 2011 | State government | 686 | |
| 08051 | Gunnison, CO | 2012 | Local government | 1273 | |
| 08077 | Mesa, CO | | Employment by place of work | | |
| 08077 | Mesa, CO | 10 | Total employment (number of jobs) | 86629 | |
| 08077 | Mesa, CO | | By type | | |
| 08077 | Mesa, CO | 20 | Wage and salary employment | 63364 | |
| 08077 | Mesa, CO | 40 | Proprietors employment | 23265 | |
| 08077 | Mesa, CO | 50 | Farm proprietors employment | 1969 | |
| 08077 | Mesa, CO | 60 | Nonfarm proprietors employment 2/ | 21296 | |
| 08077 | Mesa, CO | | By industry | | |
| 08077 | Mesa, CO | 70 | Farm employment | 2439 | 2.8% |
| 08077 | Mesa, CO | 80 | Nonfarm employment | 84190 | |
| 08077 | Mesa, CO | 90 | Private nonfarm employment | 73823 | |
| 08077 | Mesa, CO | 100 | Forestry, fishing, and related activi | 395 | 0.5% |
| 08077 | Mesa, CO | 200 | Mining, quarrying, and oil and gas | 2980 | 3.4% |
| 08077 | Mesa, CO | 300 | Utilities | 211 | 0.2% |
| 08077 | Mesa, CO | 400 | Construction | 6004 | 6.9% |
| 08077 | Mesa, CO | 500 | Manufacturing | 3275 | 3.8% |
| 08077 | Mesa, CO | 600 | Wholesale trade | 2900 | 3.3% |
| 08077 | Mesa, CO | 700 | Retail trade | 10360 | 12.0% |
| 08077 | Mesa, CO | 800 | Transportation and warehousing | 2919 | 3.4% |
| 08077 | Mesa, CO | 900 | Information | 859 | 1.0% |
| 08077 | Mesa, CO | 1000 | Finance and insurance | 3831 | 4.4% |
| 08077 | Mesa, CO | 1100 | Real estate and rental and leasing | 5462 | 6.3% |
| 08077 | Mesa, CO | 1200 | Professional, scientific, and techni | 4135 | 4.8% |
| 08077 | Mesa, CO | 1300 | Management of companies and er | 242 | 0.3% |
| 08077 | Mesa, CO | 1400 | Administrative and support and wa | 4249 | 4.9% |
| 08077 | Mesa, CO | 1500 | Educational services | 969 | 1.1% |
| 08077 | Mesa, CO | 1600 | Health care and social assistance | 11266 | 13.0% |
| 08077 | Mesa, CO | 1700 | Arts, entertainment, and recreation | 1791 | 2.1% |
| 08077 | Mesa, CO | 1800 | Accommodation and food services | 7031 | 8.1% |
| 08077 | Mesa, CO | 1900 | Other services (except public adm | 4944 | 5.7% |
| 08077 | Mesa, CO | 2000 | Government and government enterp | 10367 | 12.0% |
| 08077 | Mesa, CO | 2001 | Federal, civilian | 1522 | |
| 08077 | Mesa, CO | 2002 | Military | 398 | |
| 08077 | Mesa, CO | 2010 | State and local | 8447 | |
| 08077 | Mesa, CO | 2011 | State government | 2478 | |
| 08077 | Mesa, CO | 2012 | Local government | 5969 | |
| 08085 | Montrose, CO | | Employment by place of work | | |
| 08085 | Montrose, CO | 10 | Total employment (number of jobs) | 22901 | |
| 08085 | Montrose, CO | | By type | | |

| FIPS | Area | Line | Description | Value | Pct |
|---|---|---|---|---|---|
| 08085 | Montrose, CO | 20 | Wage and salary employment | 15369 | |
| 08085 | Montrose, CO | 40 | Proprietors employment | 7532 | |
| 08085 | Montrose, CO | 50 | Farm proprietors employment | 1006 | |
| 08085 | Montrose, CO | 60 | Nonfarm proprietors employment 2/ | 6526 | |
| 08085 | Montrose, CO | | By industry | | |
| 08085 | Montrose, CO | 70 | Farm employment | 1275 | 5.6% |
| 08085 | Montrose, CO | 80 | Nonfarm employment | 21626 | |
| 08085 | Montrose, CO | 90 | Private nonfarm employment | 18433 | |
| 08085 | Montrose, CO | 100 | Forestry, fishing, and related activi | 274 | 1.2% |
| 08085 | Montrose, CO | 200 | Mining, quarrying, and oil and gas | 273 | 1.2% |
| 08085 | Montrose, CO | 300 | Utilities | 224 | 1.0% |
| 08085 | Montrose, CO | 400 | Construction | 1943 | 8.5% |
| 08085 | Montrose, CO | 500 | Manufacturing | 1478 | 6.5% |
| 08085 | Montrose, CO | 600 | Wholesale trade | 599 | 2.6% |
| 08085 | Montrose, CO | 700 | Retail trade | 2702 | 11.8% |
| 08085 | Montrose, CO | 800 | Transportation and warehousing | 665 | 2.9% |
| 08085 | Montrose, CO | 900 | Information | 225 | 1.0% |
| 08085 | Montrose, CO | 1000 | Finance and insurance | 705 | 3.1% |
| 08085 | Montrose, CO | 1100 | Real estate and rental and leasing | 1486 | 6.5% |
| 08085 | Montrose, CO | 1200 | Professional, scientific, and techni | 1082 | 4.7% |
| 08085 | Montrose, CO | 1300 | Management of companies and er | 164 | 0.7% |
| 08085 | Montrose, CO | 1400 | Administrative and support and wa | 854 | 3.7% |
| 08085 | Montrose, CO | 1500 | Educational services | 148 | 0.6% |
| 08085 | Montrose, CO | 1600 | Health care and social assistance | 2355 | 10.3% |
| 08085 | Montrose, CO | 1700 | Arts, entertainment, and recreation | 404 | 1.8% |
| 08085 | Montrose, CO | 1800 | Accommodation and food services | 1387 | 6.1% |
| 08085 | Montrose, CO | 1900 | Other services (except public adm | 1465 | 6.4% |
| 08085 | Montrose, CO | 2000 | Government and government enterp | 3193 | 13.9% |
| 08085 | Montrose, CO | 2001 | Federal, civilian | 313 | |
| 08085 | Montrose, CO | 2002 | Military | 106 | |
| 08085 | Montrose, CO | 2010 | State and local | 2774 | |
| 08085 | Montrose, CO | 2011 | State government | 220 | |
| 08085 | Montrose, CO | 2012 | Local government | 2554 | |
| 08091 | Ouray, CO | | Employment by place of work | | |
| 08091 | Ouray, CO | 10 | Total employment (number of jobs) | 3440 | |
| 08091 | Ouray, CO | | By type | | |
| 08091 | Ouray, CO | 20 | Wage and salary employment | 1766 | |
| 08091 | Ouray, CO | 40 | Proprietors employment | 1674 | |
| 08091 | Ouray, CO | 50 | Farm proprietors employment | 86 | |
| 08091 | Ouray, CO | 60 | Nonfarm proprietors employment 2/ | 1588 | |
| 08091 | Ouray, CO | | By industry | | |
| 08091 | Ouray, CO | 70 | Farm employment | 137 | 4.0% |
| 08091 | Ouray, CO | 80 | Nonfarm employment | 3303 | |
| 08091 | Ouray, CO | 90 | Private nonfarm employment | 2904 | |
| 08091 | Ouray, CO | 100 | Forestry, fishing, and related activi (D) | na | |
| 08091 | Ouray, CO | 200 | Mining, quarrying, and oil and gas | 76 | 2.2% |
| 08091 | Ouray, CO | 300 | Utilities (D) | na | |
| 08091 | Ouray, CO | 400 | Construction | 343 | 10.0% |
| 08091 | Ouray, CO | 500 | Manufacturing | 124 | 3.6% |
| 08091 | Ouray, CO | 600 | Wholesale trade (D) | na | |
| 08091 | Ouray, CO | 700 | Retail trade | 266 | 7.7% |

| FIPS | Area | Line | Description | Value | Pct |
|---|---|---|---|---|---|
| 08091 | Ouray, CO | 800 | Transportation and warehousing | 39 | 1.1% |
| 08091 | Ouray, CO | 900 | Information | 22 | 0.6% |
| 08091 | Ouray, CO | 1000 | Finance and insurance | 153 | 4.4% |
| 08091 | Ouray, CO | 1100 | Real estate and rental and leasing | 374 | 10.9% |
| 08091 | Ouray, CO | 1200 | Professional, scientific, and techni | 300 | 8.7% |
| 08091 | Ouray, CO | 1300 | Management of companies and er | 40 | 1.2% |
| 08091 | Ouray, CO | 1400 | Administrative and support and wa | 88 | 2.6% |
| 08091 | Ouray, CO | 1500 | Educational services | 36 | 1.0% |
| 08091 | Ouray, CO | 1600 | Health care and social assistance | 126 | 3.7% |
| 08091 | Ouray, CO | 1700 | Arts, entertainment, and recreatior | 148 | 4.3% |
| 08091 | Ouray, CO | 1800 | Accommodation and food services | 536 | 15.6% |
| 08091 | Ouray, CO | 1900 | Other services (except public adm | 175 | 5.1% |
| 08091 | Ouray, CO | 2000 | Government and government enter | 399 | 11.6% |
| 08091 | Ouray, CO | 2001 | Federal, civilian | 13 | |
| 08091 | Ouray, CO | 2002 | Military | 13 | |
| 08091 | Ouray, CO | 2010 | State and local | 373 | |
| 08091 | Ouray, CO | 2011 | State government | 40 | |
| 08091 | Ouray, CO | 2012 | Local government | 333 | |
| 08113 | San Miguel, CO | | Employment by place of work | | |
| 08113 | San Miguel, CO | 10 | Total employment (number of jobs) | 8817 | |
| 08113 | San Miguel, CO | | By type | | |
| 08113 | San Miguel, CO | 20 | Wage and salary employment | 5497 | |
| 08113 | San Miguel, CO | 40 | Proprietors employment | 3320 | |
| 08113 | San Miguel, CO | 50 | Farm proprietors employment | 119 | |
| 08113 | San Miguel, CO | 60 | Nonfarm proprietors employment 2/ | 3201 | |
| 08113 | San Miguel, CO | | By industry | | |
| 08113 | San Miguel, CO | 70 | Farm employment | 141 | 1.6% |
| 08113 | San Miguel, CO | 80 | Nonfarm employment | 8676 | |
| 08113 | San Miguel, CO | 90 | Private nonfarm employment | 7847 | |
| 08113 | San Miguel, CO | 100 | Forestry, fishing, and related activi (D) | NA | |
| 08113 | San Miguel, CO | 200 | Mining, quarrying, and oil and gas (D) | NA | |
| 08113 | San Miguel, CO | 300 | Utilities | 15 | 0.2% |
| 08113 | San Miguel, CO | 400 | Construction | 775 | 8.8% |
| 08113 | San Miguel, CO | 500 | Manufacturing | 190 | 2.2% |
| 08113 | San Miguel, CO | 600 | Wholesale trade | 56 | 0.6% |
| 08113 | San Miguel, CO | 700 | Retail trade | 629 | 7.1% |
| 08113 | San Miguel, CO | 800 | Transportation and warehousing | 69 | 0.8% |
| 08113 | San Miguel, CO | 900 | Information | 84 | 1.0% |
| 08113 | San Miguel, CO | 1000 | Finance and insurance | 325 | 3.7% |
| 08113 | San Miguel, CO | 1100 | Real estate and rental and leasing | 1211 | 13.7% |
| 08113 | San Miguel, CO | 1200 | Professional, scientific, and techni | 621 | 7.0% |
| 08113 | San Miguel, CO | 1300 | Management of companies and er | 49 | 0.6% |
| 08113 | San Miguel, CO | 1400 | Administrative and support and wa | 402 | 4.6% |
| 08113 | San Miguel, CO | 1500 | Educational services | 179 | 2.0% |
| 08113 | San Miguel, CO | 1600 | Health care and social assistance | 305 | 3.5% |
| 08113 | San Miguel, CO | 1700 | Arts, entertainment, and recreatior (D) | na | |
| 08113 | San Miguel, CO | 1800 | Accommodation and food services (D) | NA | |
| 08113 | San Miguel, CO | 1900 | Other services (except public adm | 610 | 6.9% |
| 08113 | San Miguel, CO | 2000 | Government and government enter | 829 | 9.4% |
| 08113 | San Miguel, CO | 2001 | Federal, civilian | 34 | |
| 08113 | San Miguel, CO | 2002 | Military | 21 | |

| | | | | |
|---|---|---|---|---|
| 08113 | San Miguel, CO | 2010 | State and local | 774 |
| 08113 | San Miguel, CO | 2011 | State government | 19 |
| 08113 | San Miguel, CO | 2012 | Local government | 755 |

### *Legend / Footnotes:*

*1/ The estimates of employment for 2001-2006 are based on the 2002 North American*

*2/ Excludes limited partners.*

*\* Broomfield County, CO, was created from parts of Adams, Boulder, Jefferson, and Weld*

*(D) Not shown to avoid disclosure of confidential information, but the estimates for this item*

 *Last updated: November 16, 2017 -- new estimates for 2016; revised estimates for 2014-*