Lower 48 Natural Gas Production and Supply Prices by Supply Region
https://www.eia.gov/outlooks/aeo/data/browser/#/?id=72-AEO2018&region=0-0&cases=ref2018&start=201
Wed Feb 07 2018 05:04:08 GMT-0700 (Mountain Standard Time)
Source: U.S. Energy Information Administration

| | full name | api key | units | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|
| Pinned Series | | | | | | | | | |
| AEO2018: | AEO2018: | 72-AEO20 | 2017 $/Mc | 2.153295 | 2.640955 | 2.67951 | 2.995903 | 3.275683 | 3.264246 |
| Dry Production (trillio | | 72-AEO2018.2. | | | | | | | |
| Lower 48 T | Natural Ga | 72-AEO20 | Tcf | 26.63585 | 26.78346 | 28.648 | 30.87778 | 32.3556 | 32.7714 |
| Lower 48 O | Natural Ga | 72-AEO20 | Tcf | 25.37088 | 25.49435 | 27.28548 | 29.52025 | 31.01369 | 31.43701 |
| East | Natural Ga | 72-AEO20 | Tcf | 7.282457 | 8.188441 | 8.58924 | 9.611256 | 10.70338 | 11.39465 |
| Gulf Coast | Natural Ga | 72-AEO20 | Tcf | 5.342342 | 5.155787 | 5.836171 | 6.4015 | 6.66047 | 6.687968 |
| Midcontin | Natural Ga | 72-AEO20 | Tcf | 4.073418 | 3.598459 | 3.878998 | 4.079566 | 4.098492 | 3.953593 |
| Southwest | Natural Ga | 72-AEO20 | Tcf | 3.638291 | 3.791398 | 3.992933 | 4.185606 | 4.302923 | 4.294452 |
| Dakotas/R | Natural Ga | 72-AEO20 | Tcf | 4.825643 | 4.53688 | 4.777555 | 5.032178 | 5.050631 | 4.917819 |
| West Coas | Natural Ga | 72-AEO20 | Tcf | 0.208727 | 0.22338 | 0.210587 | 0.210145 | 0.197793 | 0.188529 |
| Lower 48 O | Natural Ga | 72-AEO20 | Tcf | 1.264966 | 1.28911 | 1.362514 | 1.357532 | 1.341919 | 1.334385 |
| Gulf | Natural Ga | 72-AEO20 | Tcf | 1.255092 | 1.277879 | 1.346793 | 1.342755 | 1.328223 | 1.321664 |
| Shallow (S | less than | Natural Ga | 72-AEO20 Tcf | | 0.115449 | 0.091106 | 0.091111 | 0.077496 | 0.064409 |
| Shallow (F | less than | Natural Ga | 72-AEO20 Tcf | | 0.138983 | 0.147245 | 0.155508 | 0.141553 | 0.113286 |
| Deep (Fed | Natural Ga | 72-AEO20 | Tcf | 1.00066 | 0.834484 | 1.105444 | 1.127821 | 1.153888 | 1.173015 |
| Pacific | Natural Ga | 72-AEO20 | Tcf | 0.009874 | 0.011231 | 0.015721 | 0.014776 | 0.013696 | 0.012721 |
| State | Natural Ga | 72-AEO20 | Tcf | 0.004867 | 0.00483 | 0.004882 | 0.004505 | 0.00415 | 0.003849 |
| Federal | Natural Ga | 72-AEO20 | Tcf | 0.005007 | 0.006401 | 0.010839 | 0.010272 | 0.009546 | 0.008872 |
| Atlantic | Natural Ga | 72-AEO20 | Tcf | | | | | | |
| State | Natural Ga | 72-AEO20 | Tcf | | | | | | |
| Federal | Natural Ga | 72-AEO20 | Tcf | | | | | | |
| Supply Prices | | 72-AEO2018.112. | | | | | | | |
| (2017 dollars per mill | | 72-AEO2018.113. | | | | | | | |
| Henry Hub | Natural Ga | 72-AEO20 | 2017 $/MI | 2.572969 | 3.045413 | 3.061566 | 3.395333 | 3.690793 | 3.656045 |
| Lower 48 A | Natural Ga | 72-AEO20 | 2017 $/MI | 2.158816 | 2.559192 | 2.671489 | 3.003234 | 3.25336 | 3.200791 |
| (2017 dollars per thou | | 72-AEO2018.117. | | | | | | | |
| Lower 48 A | Natural Ga | 72-AEO20 | 2017 $/Mc | 2.236533 | 2.651323 | 2.767663 | 3.11135 | 3.370481 | 3.316019 |
| Lower 48 Onshore Pri | | 72-AEO2018.120. | | | | | | | |
| East | Natural Ga | 72-AEO20 | 2017 $/Mc | 2.173115 | 2.460564 | 2.744693 | 3.111492 | 3.310664 | 3.219342 |
| Gulf Coast | Natural Ga | 72-AEO20 | 2017 $/Mc | 2.333238 | 2.823625 | 2.838447 | 3.179958 | 3.483536 | 3.450037 |
| Midcontin | Natural Ga | 72-AEO20 | 2017 $/Mc | 2.242104 | 2.721998 | 2.742994 | 3.06883 | 3.364027 | 3.333047 |
| Southwest | Natural Ga | 72-AEO20 | 2017 $/Mc | 2.300689 | 2.787632 | 2.803543 | 3.141533 | 3.443236 | 3.411088 |
| Dakotas/R | Natural Ga | 72-AEO20 | 2017 $/Mc | 2.153295 | 2.640955 | 2.67951 | 2.995903 | 3.275683 | 3.264246 |
| West Coas | Natural Ga | 72-AEO20 | 2017 $/Mc | 2.670956 | 3.137341 | 3.229695 | 3.590927 | 3.827561 | 3.819515 |
| Lower 48 Offshore Pr | | 72-AEO2018.128. | | | | | | | |
| Gulf | Natural Ga | 72-AEO20 | 2017 $/Mc | 2.386096 | 2.873118 | 2.878289 | 3.222236 | 3.527501 | 3.492249 |
| Pacific | Natural Ga | 72-AEO20 | 2017 $/Mc | 2.670956 | 3.137341 | 3.229695 | 3.590927 | 3.827561 | 3.819515 |
| Atlantic | Natural Ga | 72-AEO20 | 2017 $/Mc | - - | - - | - - | - - | - - | - - |

L6&end=2050&f=A&linechart=ref2018-d121317a.3-72-AEO2018&sid=ref2018-d121317a.125-72-AEO2018&sc

| 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|---|---|
| 3.299952 | 3.435053 | 3.544182 | 3.676274 | 3.720767 | 3.770874 | 3.785274 | 3.848004 | 3.854317 | 3.857907 |
| 33.52425 | 34.28587 | 34.85665 | 35.46217 | 35.89955 | 36.48563 | 37.01696 | 37.3326 | 37.49841 | 37.67319 |
| 32.20748 | 33.08078 | 33.73003 | 34.38166 | 34.88287 | 35.50668 | 36.04829 | 36.37145 | 36.55888 | 36.74548 |
| 11.98843 | 12.51301 | 13.01583 | 13.54806 | 13.96175 | 14.44572 | 14.89037 | 15.15464 | 15.40975 | 15.62205 |
| 6.811567 | 7.056895 | 7.218398 | 7.353525 | 7.457249 | 7.552835 | 7.662819 | 7.680404 | 7.685696 | 7.696978 |
| 3.909072 | 3.896016 | 3.864609 | 3.829899 | 3.80137 | 3.796774 | 3.772832 | 3.74805 | 3.684013 | 3.603557 |
| 4.388925 | 4.48973 | 4.537866 | 4.574081 | 4.603682 | 4.657142 | 4.702081 | 4.771909 | 4.792239 | 4.8518 |
| 4.924378 | 4.941682 | 4.912924 | 4.897326 | 4.883311 | 4.880902 | 4.849515 | 4.846089 | 4.818132 | 4.803173 |
| 0.18511 | 0.183448 | 0.180399 | 0.178772 | 0.175513 | 0.173312 | 0.170672 | 0.170365 | 0.169059 | 0.167921 |
| 1.316773 | 1.205079 | 1.126619 | 1.080511 | 1.01668 | 0.978947 | 0.968672 | 0.961139 | 0.939525 | 0.927709 |
| 1.304779 | 1.193709 | 1.115649 | 1.070053 | 1.006726 | 0.969395 | 0.948594 | 0.925943 | 0.903491 | 0.892726 |
| 0.053413 | 0.04754 | 0.042995 | 0.038814 | 0.035512 | 0.032453 | 0.030142 | 0.028021 | 0.026439 | 0.024784 |
| 0.09808 | 0.086683 | 0.07772 | 0.055041 | 0.046413 | 0.040556 | 0.04655 | 0.051586 | 0.05279 | 0.055017 |
| 1.173024 | 1.075176 | 1.023753 | 0.989905 | 0.935345 | 0.894206 | 0.870383 | 0.848019 | 0.824916 | 0.809654 |
| 0.011994 | 0.011369 | 0.01097 | 0.010458 | 0.009954 | 0.009551 | 0.020078 | 0.035196 | 0.036034 | 0.034982 |
| 0.003592 | 0.003369 | 0.003173 | 0.003001 | 0.002848 | 0.002711 | 0.002588 | 0.002476 | 0.002374 | 0.002282 |
| 0.008402 | 0.008001 | 0.007797 | 0.007457 | 0.007106 | 0.006841 | 0.01749 | 0.03272 | 0.03366 | 0.0327 |
| 3.693855 | 3.829293 | 3.942958 | 4.074297 | 4.11706 | 4.170473 | 4.189238 | 4.257493 | 4.26172 | 4.2653 |
| 3.217963 | 3.326392 | 3.416858 | 3.523766 | 3.554233 | 3.589278 | 3.59277 | 3.656177 | 3.655676 | 3.655146 |
| 3.33381 | 3.446143 | 3.539865 | 3.650622 | 3.682185 | 3.718492 | 3.72211 | 3.787799 | 3.787281 | 3.786731 |
| 3.21133 | 3.292334 | 3.364912 | 3.452121 | 3.47305 | 3.495092 | 3.487296 | 3.554737 | 3.553687 | 3.552499 |
| 3.48983 | 3.628447 | 3.744827 | 3.879839 | 3.924992 | 3.980145 | 4.000453 | 4.070694 | 4.075154 | 4.078744 |
| 3.372016 | 3.508312 | 3.620573 | 3.751946 | 3.794837 | 3.847559 | 3.865073 | 3.933689 | 3.940014 | 3.94529 |
| 3.451001 | 3.589145 | 3.704419 | 3.838399 | 3.883265 | 3.938182 | 3.957922 | 4.02693 | 4.0315 | 4.035196 |
| 3.299952 | 3.435053 | 3.544182 | 3.676274 | 3.720767 | 3.770874 | 3.785274 | 3.848004 | 3.854317 | 3.857907 |
| 3.858407 | 3.994379 | 4.091439 | 4.253421 | 4.314183 | 4.372386 | 4.383883 | 4.434747 | 4.431328 | 4.426202 |
| 3.531163 | 3.672659 | 3.790689 | 3.927395 | 3.970732 | 4.025501 | 4.044981 | 4.115757 | 4.118756 | 4.121521 |
| 3.858407 | 3.994379 | 4.091439 | 4.253421 | 4.314183 | 4.372387 | 4.383883 | 4.434747 | 4.431328 | 4.426202 |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

ourcekey=0

|  | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 3.875315 | 3.877926 | 3.887796 | 3.884442 | 3.981646 | 4.001387 | 4.067209 | 4.116339 | 4.147468 | 4.18854 |
|  | 37.78539 | 37.91929 | 38.21687 | 38.39248 | 38.69018 | 39.04931 | 39.2445 | 39.49546 | 39.82608 | 40.07331 |
|  | 36.86463 | 36.98161 | 37.2414 | 37.39246 | 37.71092 | 38.02 | 38.19127 | 38.40377 | 38.67806 | 38.90426 |
|  | 15.77712 | 15.93931 | 16.10391 | 16.26913 | 16.42775 | 16.70445 | 16.88808 | 17.06431 | 17.24069 | 17.40838 |
|  | 7.689411 | 7.67048 | 7.682873 | 7.70651 | 7.776 | 7.817101 | 7.81739 | 7.841087 | 7.952963 | 8.061399 |
|  | 3.603375 | 3.566727 | 3.527074 | 3.490664 | 3.492965 | 3.465239 | 3.458329 | 3.442924 | 3.406268 | 3.380641 |
|  | 4.864992 | 4.926527 | 4.986944 | 5.007881 | 5.067126 | 5.103175 | 5.156396 | 5.1704 | 5.198033 | 5.179639 |
|  | 4.764422 | 4.715427 | 4.778985 | 4.758285 | 4.782319 | 4.76526 | 4.705321 | 4.722979 | 4.720941 | 4.716169 |
|  | 0.16531 | 0.163138 | 0.161617 | 0.159987 | 0.164749 | 0.164776 | 0.16575 | 0.162066 | 0.159167 | 0.15804 |
|  | 0.920761 | 0.937674 | 0.975473 | 1.000015 | 0.979265 | 1.029307 | 1.053235 | 1.091699 | 1.148019 | 1.169048 |
|  | 0.888004 | 0.907861 | 0.947576 | 0.964651 | 0.946933 | 0.958148 | 0.969888 | 0.997672 | 1.029752 | 1.055128 |
|  | 0.023465 | 0.022289 | 0.021201 | 0.020264 | 0.019374 | 0.018765 | 0.01789 | 0.017321 | 0.016672 | 0.016061 |
|  | 0.060763 | 0.06486 | 0.073152 | 0.078483 | 0.090714 | 0.091541 | 0.095404 | 0.096784 | 0.098242 | 0.098665 |
|  | 0.80195 | 0.814548 | 0.84982 | 0.855509 | 0.837533 | 0.845723 | 0.85662 | 0.883563 | 0.915804 | 0.929514 |
|  | 0.032756 | 0.029812 | 0.027897 | 0.035364 | 0.032332 | 0.07116 | 0.083346 | 0.094027 | 0.118267 | 0.11392 |
|  | 0.002197 | 0.002119 | 0.002047 | 0.00198 | 0.001918 | 0.00186 | 0.001806 | 0.001756 | 0.001709 | 0.001664 |
|  | 0.030559 | 0.027694 | 0.02585 | 0.033384 | 0.030414 | 0.069299 | 0.08154 | 0.092271 | 0.116558 | 0.112255 |
|  | 4.274552 | 4.268643 | 4.268374 | 4.256228 | 4.349122 | 4.361957 | 4.427881 | 4.474414 | 4.498278 | 4.526086 |
|  | 3.66674 | 3.658488 | 3.661072 | 3.651429 | 3.743243 | 3.749679 | 3.809571 | 3.849795 | 3.871838 | 3.897203 |
|  | 3.798743 | 3.790194 | 3.79287 | 3.782881 | 3.877999 | 3.884667 | 3.946715 | 3.988387 | 4.011224 | 4.037503 |
|  | 3.568794 | 3.558322 | 3.563082 | 3.555274 | 3.651194 | 3.652996 | 3.712409 | 3.750231 | 3.770164 | 3.792428 |
|  | 4.088392 | 4.082362 | 4.082052 | 4.0695 | 4.164436 | 4.177194 | 4.244745 | 4.292161 | 4.316818 | 4.345078 |
|  | 3.955009 | 3.950756 | 3.952771 | 3.942732 | 4.037879 | 4.052303 | 4.119595 | 4.167265 | 4.193258 | 4.224027 |
|  | 4.044721 | 4.039213 | 4.039463 | 4.027422 | 4.1217 | 4.135231 | 4.201816 | 4.249304 | 4.274035 | 4.303297 |
|  | 3.875315 | 3.877926 | 3.887796 | 3.884442 | 3.981646 | 4.001387 | 4.067209 | 4.116339 | 4.147468 | 4.18854 |
|  | 4.446511 | 4.453186 | 4.481837 | 4.489106 | 4.597165 | 4.616142 | 4.676574 | 4.736107 | 4.776759 | 4.838776 |
|  | 4.130157 | 4.123532 | 4.121042 | 4.106448 | 4.203154 | 4.215735 | 4.282423 | 4.326884 | 4.350416 | 4.376234 |
|  | 4.446511 | 4.453186 | 4.481837 | 4.489106 | 4.597165 | 4.616142 | 4.676574 | 4.736107 | 4.776759 | 4.838776 |
|  | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

| 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | Growth (20 |
|---|---|---|---|---|---|---|---|---|---|
| 4.253051 | 4.29956 | 4.360698 | 4.412992 | 4.471815 | 4.52472 | 4.618108 | 4.69189 | 4.785836 | 1.80% |
| | | | | | | | | | |
| 40.38884 | 40.66378 | 40.93285 | 41.14261 | 41.44293 | 41.75981 | 42.08556 | 42.2875 | 42.66885 | 1.40% |
| 39.21884 | 39.47426 | 39.7296 | 39.96084 | 40.23918 | 40.50229 | 40.85257 | 41.06858 | 41.45809 | 1.50% |
| 17.60347 | 17.81088 | 18.02925 | 18.31395 | 18.56868 | 18.76421 | 19.03462 | 19.22829 | 19.51467 | 2.70% |
| 8.141068 | 8.185632 | 8.210229 | 8.258272 | 8.286 | 8.295487 | 8.343847 | 8.392835 | 8.46226 | 1.50% |
| 3.365587 | 3.346796 | 3.339757 | 3.323261 | 3.307811 | 3.293 | 3.292195 | 3.291982 | 3.302209 | -0.30% |
| 5.217075 | 5.2493 | 5.277694 | 5.224491 | 5.238358 | 5.260586 | 5.297996 | 5.251097 | 5.252316 | 1.00% |
| 4.734838 | 4.725933 | 4.717797 | 4.686079 | 4.683845 | 4.735467 | 4.730291 | 4.75142 | 4.773473 | 0.20% |
| 0.1568 | 0.155722 | 0.154877 | 0.154789 | 0.154483 | 0.153547 | 0.153624 | 0.152956 | 0.153161 | -1.10% |
| 1.169999 | 1.189518 | 1.203251 | 1.181767 | 1.203747 | 1.257514 | 1.232983 | 1.218916 | 1.210755 | -0.20% |
| 1.06122 | 1.078564 | 1.098122 | 1.086966 | 1.115147 | 1.173601 | 1.156688 | 1.116018 | 1.110558 | -0.40% |
| 0.015555 | 0.015102 | 0.014634 | 0.014213 | 0.013802 | 0.013437 | 0.013032 | 0.012688 | 0.012304 | 0.011982 |
| 0.11081 | 0.111037 | 0.110794 | 0.103866 | 0.102946 | 0.102839 | 0.110147 | 0.111616 | 0.103631 | 0.106229 |
| 0.935807 | 0.95384 | 0.980725 | 0.970882 | 0.999516 | 1.051046 | 1.03299 | 1.000671 | 0.992918 | 0.50% |
| 0.108779 | 0.110953 | 0.105129 | 0.094801 | 0.0886 | 0.083913 | 0.076295 | 0.102898 | 0.100198 | 6.90% |
| 0.001623 | 0.001583 | 0.001546 | 0.001511 | 0.001477 | 0.00144 | 0.001404 | 0.001369 | 0.001337 | -3.80% |
| 0.107157 | 0.10937 | 0.103583 | 0.09329 | 0.087122 | 0.082473 | 0.074891 | 0.101528 | 0.098861 | 8.60% |
| | | | | | | | | | - - |
| | | | | | | | | | - - |
| | | | | | | | | | - - |
| | | | | | | | | | |
| 4.579982 | 4.616237 | 4.666812 | 4.708045 | 4.750629 | 4.794706 | 4.874742 | 4.936051 | 5.014597 | 1.50% |
| 3.949465 | 3.979822 | 4.025885 | 4.063678 | 4.105857 | 4.152678 | 4.230385 | 4.289969 | 4.366991 | 1.60% |
| | | | | | | | | | |
| 4.091646 | 4.123096 | 4.170817 | 4.20997 | 4.253668 | 4.302174 | 4.382679 | 4.444408 | 4.524203 | 1.60% |
| | | | | | | | | | |
| 3.844963 | 3.870885 | 3.915571 | 3.954284 | 3.997429 | 4.048627 | 4.128176 | 4.188157 | 4.266898 | 1.70% |
| 4.400252 | 4.437228 | 4.488705 | 4.530712 | 4.574288 | 4.619611 | 4.701585 | 4.764345 | 4.844704 | 1.60% |
| 4.280434 | 4.318665 | 4.371714 | 4.416077 | 4.462455 | 4.509547 | 4.592681 | 4.657396 | 4.73917 | 1.70% |
| 4.35808 | 4.395386 | 4.447293 | 4.490143 | 4.534904 | 4.580558 | 4.663269 | 4.726799 | 4.808132 | 1.70% |
| 4.253051 | 4.29956 | 4.360698 | 4.412992 | 4.471815 | 4.52472 | 4.618108 | 4.69189 | 4.785836 | 1.80% |
| 4.914024 | 4.966848 | 5.029753 | 5.088945 | 5.149661 | 5.207764 | 5.310325 | 5.38588 | 5.487104 | 1.70% |
| | | | | | | | | | |
| 4.429733 | 4.466204 | 4.519143 | 4.561952 | 4.605199 | 4.651247 | 4.734744 | 4.799057 | 4.880632 | 1.60% |
| 4.914024 | 4.966848 | 5.029753 | 5.088945 | 5.149661 | 5.207764 | 5.310326 | 5.38588 | 5.487104 | 1.70% |
| - - | - - | - - | - - | - - | - - | - - | - - | - - | - - |

017-2050)

-6.00%
-1.00%