P1. TOTAL POPULATION [1] - Universe:  Total population
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentia
error, nonsampling error, definitions, and count corrections see
http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Colorado | Delta County, Colorado | Gunnison County, Colorado |
|---|---|---|---|
| Total | 4,301,261 | 27,834 | 13,956 |

U.S. Census Bureau

ality protection, sampling

| Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---:|---:|---:|---:|
| 116,255 | 33,432 | 3,742 | 6,594 |

P7. HISPANIC OR LATINO BY RACE [17] - Universe:  Total population
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Colorado |
|---|---|
| Total: | 4,301,261 |
|   Not Hispanic or Latino: | 3,566,162 |
|     White alone | 3,201,519 |
|     Black or African American alone | 153,932 |
|     American Indian and Alaska Native alone | 29,286 |
|     Asian alone | 91,387 |
|     Native Hawaiian and Other Pacific Islander alone | 3,655 |
|     Some other race alone | 5,255 |
|     Two or more races | 81,128 |
|   Hispanic or Latino: | 735,099 |
|     White alone | 357,060 |
|     Black or African American alone | 5,347 |
|     American Indian and Alaska Native alone | 13,815 |
|     Asian alone | 1,919 |
|     Native Hawaiian and Other Pacific Islander alone | 643 |
|     Some other race alone | 305,297 |
|     Two or more races | 51,018 |

U.S. Census Bureau

protection, sampling error, nonsampling error, definitions, and count

| Delta County, Colorado | Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado |
|---|---|---|---|
| 27,834 | 13,956 | 116,255 | 33,432 |
| 24,751 | 13,315 | 104,626 | 28,434 |
| 23,946 | 12,932 | 101,015 | 27,464 |
| 133 | 71 | 474 | 142 |
| 191 | 88 | 743 | 210 |
| 55 | 34 | 419 | 136 |
| 4 | 0 | 80 | 0 |
| 19 | 20 | 94 | 73 |
| 403 | 170 | 1,801 | 409 |
| 3,083 | 641 | 11,629 | 4,998 |
| 1,834 | 295 | 6,230 | 2,358 |
| 0 | 5 | 42 | 22 |
| 0 | 8 | 411 | 170 |
| 0 | 7 | 5 | 100 |
| 0 | 0 | 7 | 49 |
| 1,109 | 226 | 4,257 | 2,004 |
| 140 | 100 | 677 | 295 |

| Ouray County, Colorado | San Miguel County, Colorado |
|---:|---:|
| 3,742 | 6,594 |
| 3,621 | 6,203 |
| 3,524 | 5,979 |
| 3 | 19 |
| 28 | 46 |
| 13 | 89 |
| 0 | 0 |
| 0 | 15 |
| 53 | 55 |
| 121 | 391 |
| 87 | 155 |
| 0 | 3 |
| 2 | 0 |
| 0 | 0 |
| 0 | 2 |
| 17 | 206 |
| 15 | 25 |

P87. POVERTY STATUS IN 1999 BY AGE [17] - Universe:  Population for whom poverty status is determined
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, samp
count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Colorado | Delta County, Colorado |
|---|---|---|
| Total: | 4,202,140 | 27,121 |
| Income in 1999 below poverty level: | 388,952 | 3,272 |
| % of population | 9.26% | 12.06% |
| Under 5 years | 37,039 | 312 |
| 5 years | 7,198 | 83 |
| 6 to 11 years | 41,451 | 252 |
| 12 to 17 years | 35,926 | 359 |
| 18 to 64 years | 237,677 | 1,749 |
| 65 to 74 years | 13,876 | 153 |
| 75 years and over | 15,785 | 364 |
| Income in 1999 at or above poverty level: | 3,813,188 | 23,849 |
| Under 5 years | 253,532 | 1,331 |
| 5 years | 51,353 | 287 |
| 6 to 11 years | 327,942 | 1,879 |
| 12 to 17 years | 325,581 | 2,063 |
| 18 to 64 years | 2,485,797 | 13,424 |
| 65 to 74 years | 211,237 | 2,677 |
| 75 years and over | 157,746 | 2,188 |

U.S. Census Bureau

pling error, nonsampling error, definitions, and

| Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado |
|---|---|---|---|
| 13,008 | 113,845 | 33,088 | 3,721 |
| 1,949 | 11,651 | 4,160 | 269 |
| 14.98% | 10.23% | 12.57% | 7.23% |
| 100 | 1,194 | 487 | 21 |
| 26 | 195 | 87 | 0 |
| 87 | 1,025 | 516 | 19 |
| 43 | 1,043 | 487 | 27 |
| 1,625 | 6,819 | 2,091 | 189 |
| 40 | 650 | 243 | 11 |
| 28 | 725 | 249 | 2 |
| 11,059 | 102,194 | 28,928 | 3,452 |
| 547 | 5,776 | 1,668 | 162 |
| 100 | 1,302 | 430 | 57 |
| 730 | 8,448 | 2,455 | 262 |
| 860 | 9,327 | 2,730 | 292 |
| 7,952 | 61,671 | 17,103 | 2,248 |
| 509 | 8,378 | 2,364 | 293 |
| 361 | 7,292 | 2,178 | 138 |

| San Miguel County, Colorado |
| --- |
| 6,563 |
| 685 |
| 10.44% |
| 28 |
| 8 |
| 59 |
| 49 |
| 523 |
| 4 |
| 14 |
| 5,878 |
| 258 |
| 62 |
| 362 |
| 324 |
| 4,666 |
| 138 |
| 68 |

P152A. MEDIAN HOUSEHOLD INCOME IN 1999 (DOLLARS) (WHITE ALONE HOUSEHOLDER) [
who is White alone
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality prot
definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Colorado | Delta County, Colorado |
|---|---|---|
| Median household income in 1999 | 49,346 | 32,933 |

U.S. Census Bureau

1] - Universe:  Households with a householder

tection, sampling error, nonsampling error,

| Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado |
|---|---|---|---|
| 37,707 | 36,325 | 35,357 | 42,077 |

| San Miguel County, Colorado |
| --- |
| 49,632 |

P152H. MEDIAN HOUSEHOLD INCOME IN 1999 (DOLLARS) (HISPANIC OR LATINO HOUSEHOL
householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality prot
definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Colorado | Delta County, Colorado |
|---|---|---|
| Median household income in 1999 | 34,740 | 28,132 |

U.S. Census Bureau

LDER) [1] - Universe:  Households with a

tection, sampling error, nonsampling error,

| Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado |
|---|---|---|---|
| 22,941 | 30,711 | 24,097 | 40,357 |

| San Miguel County, Colorado |
|---|
| 32,708 |

P152I. MEDIAN HOUSEHOLD INCOME IN 1999 (DOLLARS) (WHITE ALONE, NOT HISPANIC OR
Households with a householder who is White alone, not Hispanic or Latino
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality prot
definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Colorado | Delta County, Colorado |
|---|---|---|
| Median household income in 1999 | 50,546 | 33,516 |

U.S. Census Bureau

LATINO HOUSEHOLDER) [1] - Universe:

tection, sampling error, nonsampling error,

| Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado |
|---|---|---|---|
| 37,962 | 36,603 | 36,503 | 42,220 |

| San Miguel County, Colorado |
|---|
| 50,432 |

P157A. PER CAPITA INCOME IN 1999 (DOLLARS) (WHITE ALONE) [1] - Universe: White a
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentia
error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/e

|  | Colorado | Delta County, Colorado |
|---|---|---|
| Per capita income in 1999 | 25,965 | 17,482 |

U.S. Census Bureau

alone population

ality protection, sampling error, nonsampling
xpsf3.htm.

| Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado |
|---|---|---|---|
| 21,941 | 19,405 | 18,003 | 24,730 |

| San Miguel County, Colorado |
| --- |
| 36,526 |

P157H. PER CAPITA INCOME IN 1999 (DOLLARS) (HISPANIC OR LATINO) [1] - Universe:
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentia
error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/ε

| | Colorado | Delta County, Colorado |
|---|---|---|
| Per capita income in 1999 | 13,037 | 9,637 |

U.S. Census Bureau

: Hispanic or Latino population

ality protection, sampling error, nonsampling
expsf3.htm.

| Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado |
|---|---|---|---|
| 11,831 | 11,565 | 8,921 | 16,065 |

| San Miguel County, Colorado |
| --- |
| 12,802 |

P157I. PER CAPITA INCOME IN 1999 (DOLLARS) (WHITE ALONE, NOT HISPANIC OR LA
or Latino population
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentia
error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/e

| | Colorado | Delta County, Colorado |
|---|---|---|
| Per capita income in 1999 | 27,285 | 18,021 |

U.S. Census Bureau

\TINO) [1] - Universe: White alone, not Hispanic

ality protection, sampling error, nonsampling
xpsf3.htm.

| Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado |
|---|---|---|---|
| 22,074 | 19,797 | 18,779 | 24,968 |

| San Miguel County, Colorado |
| --- |
| 37,158 |

P159H. POVERTY STATUS IN 1999 BY AGE (HISPANIC OR LATINO) [17] - Universe:  Hispanic or Latino popu
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, samp
count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

|  | Colorado | Delta County, Colorado |
|---|---|---|
| Total: | 717,314 | 2,885 |
|  |  |  |
| Income in 1999 below poverty level: | 135,421 | 621 |
| Percent below poverty | 18.88% | 21.53% |
| Under 5 years | 18,983 | 101 |
| 5 years | 3,587 | 39 |
| 6 to 11 years | 18,555 | 62 |
| 12 to 17 years | 15,461 | 83 |
| 18 to 64 years | 73,402 | 293 |
| 65 to 74 years | 3,125 | 10 |
| 75 years and over | 2,308 | 33 |
| Income in 1999 at or above poverty level: | 581,893 | 2,264 |
| Under 5 years | 58,604 | 259 |
| 5 years | 10,853 | 58 |
| 6 to 11 years | 66,324 | 215 |
| 12 to 17 years | 58,993 | 232 |
| 18 to 64 years | 359,181 | 1,308 |
| 65 to 74 years | 18,438 | 98 |
| 75 years and over | 9,500 | 94 |

U.S. Census Bureau

ılation for whom poverty status is determined

ɔling error, nonsampling error, definitions, and

| Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado |
|---|---|---|---|
| 578 | 11,170 | 4,898 | 121 |
| | | | |
| 191 | 2,104 | 1,342 | 15 |
| 33.04% | 18.84% | 27.40% | 12.40% |
| 24 | 453 | 179 | 5 |
| 10 | 58 | 43 | 0 |
| 25 | 195 | 216 | 0 |
| 4 | 270 | 255 | 0 |
| 119 | 1,035 | 582 | 10 |
| 2 | 61 | 35 | 0 |
| 7 | 32 | 32 | 0 |
| 387 | 9,066 | 3,556 | 106 |
| 83 | 766 | 390 | 11 |
| 5 | 159 | 90 | 2 |
| 25 | 1,043 | 452 | 13 |
| 19 | 1,062 | 289 | 3 |
| 230 | 5,542 | 2,149 | 58 |
| 6 | 320 | 105 | 10 |
| 19 | 174 | 81 | 9 |

| San Miguel County, Colorado |
|---|
| 372 |
| |
| 72 |
| 19.35% |
| 4 |
| 3 |
| 0 |
| 2 |
| 63 |
| 0 |
| 0 |
| 300 |
| 12 |
| 0 |
| 20 |
| 25 |
| 241 |
| 2 |
| 0 |

PCT75A. POVERTY STATUS IN 1999 BY SEX BY AGE (WHITE ALONE) [59] - Universe: White alone populatio
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, samp
count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| | Colorado | Delta County, Colorado |
|---|---|---|
| Total: | 3,481,954 | 25,249 |
| Income in 1999 below poverty level: | 264,957 | 2,961 |
| Male: | 119,084 | 1,319 |
| Under 5 years | 10,635 | 139 |
| 5 years | 2,185 | 40 |
| 6 to 11 years | 11,972 | 106 |
| 12 to 14 years | 5,369 | 88 |
| 15 years | 1,780 | 40 |
| 16 and 17 years | 3,879 | 53 |
| 18 to 24 years | 27,182 | 163 |
| 25 to 34 years | 16,277 | 96 |
| 35 to 44 years | 14,750 | 124 |
| 45 to 54 years | 11,302 | 187 |
| 55 to 64 years | 7,132 | 117 |
| 65 to 74 years | 3,627 | 55 |
| 75 years and over | 2,994 | 111 |
| Female: | 145,873 | 1,642 |
| Under 5 years | 10,595 | 149 |
| 5 years | 1,963 | 15 |
| 6 to 11 years | 11,810 | 106 |
| 12 to 14 years | 4,891 | 89 |
| 15 years | 2,005 | 18 |
| 16 and 17 years | 3,974 | 35 |
| 18 to 24 years | 30,901 | 207 |
| 25 to 34 years | 20,519 | 118 |
| 35 to 44 years | 18,381 | 176 |
| 45 to 54 years | 12,522 | 273 |
| 55 to 64 years | 10,037 | 117 |
| 65 to 74 years | 7,516 | 96 |
| 75 years and over | 10,759 | 243 |
| Income in 1999 at or above poverty level: | 3,216,997 | 22,288 |

| | | |
|---|---:|---:|
| Male: | 1,618,380 | 11,051 |
| Under 5 years | 101,198 | 610 |
| 5 years | 20,760 | 139 |
| 6 to 11 years | 133,816 | 905 |
| 12 to 14 years | 69,938 | 434 |
| 15 years | 23,068 | 168 |
| 16 and 17 years | 45,041 | 354 |
| 18 to 24 years | 128,863 | 602 |
| 25 to 34 years | 251,600 | 932 |
| 35 to 44 years | 294,326 | 1,648 |
| 45 to 54 years | 256,685 | 1,632 |
| 55 to 64 years | 141,936 | 1,358 |
| 65 to 74 years | 91,641 | 1,256 |
| 75 years and over | 59,508 | 1,013 |
| Female: | 1,598,617 | 11,237 |
| Under 5 years | 94,708 | 573 |
| 5 years | 19,655 | 124 |
| 6 to 11 years | 127,701 | 842 |
| 12 to 14 years | 64,603 | 441 |
| 15 years | 21,005 | 158 |
| 16 and 17 years | 41,326 | 327 |
| 18 to 24 years | 114,838 | 620 |
| 25 to 34 years | 231,080 | 916 |
| 35 to 44 years | 292,879 | 1,567 |
| 45 to 54 years | 255,125 | 1,717 |
| 55 to 64 years | 143,768 | 1,435 |
| 65 to 74 years | 102,289 | 1,369 |
| 75 years and over | 89,640 | 1,148 |

U.S. Census Bureau

on for whom poverty status is determined

oling error, nonsampling error, definitions, and

| Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado |
|---|---|---|---|
| 12,347 | 105,201 | 29,523 | 3,590 |
| 1,768 | 9,810 | 3,309 | 256 |
| 946 | 4,131 | 1,524 | 111 |
| 30 | 558 | 170 | 7 |
| 9 | 86 | 25 | 0 |
| 12 | 355 | 213 | 6 |
| 7 | 152 | 59 | 8 |
| 4 | 30 | 39 | 0 |
| 15 | 182 | 29 | 3 |
| 582 | 631 | 89 | 11 |
| 182 | 524 | 196 | 7 |
| 27 | 502 | 234 | 16 |
| 24 | 453 | 171 | 24 |
| 33 | 316 | 128 | 24 |
| 14 | 204 | 95 | 5 |
| 7 | 138 | 76 | 0 |
| 822 | 5,679 | 1,785 | 145 |
| 51 | 357 | 204 | 14 |
| 3 | 44 | 37 | 0 |
| 54 | 420 | 172 | 10 |
| 0 | 170 | 124 | 2 |
| 0 | 61 | 11 | 7 |
| 17 | 176 | 62 | 7 |
| 441 | 1,067 | 153 | 19 |
| 111 | 735 | 212 | 13 |
| 41 | 680 | 199 | 26 |
| 36 | 539 | 131 | 19 |
| 21 | 490 | 198 | 20 |
| 26 | 380 | 123 | 6 |
| 21 | 560 | 159 | 2 |
| 10,579 | 95,391 | 26,214 | 3,334 |

| | | | |
|---:|---:|---:|---:|
| 5,724 | 47,105 | 12,770 | 1,714 |
| 262 | 2,695 | 719 | 81 |
| 53 | 599 | 215 | 27 |
| 374 | 3,810 | 906 | 141 |
| 227 | 2,253 | 642 | 63 |
| 66 | 603 | 219 | 24 |
| 167 | 1,476 | 475 | 49 |
| 555 | 3,786 | 875 | 87 |
| 1,183 | 5,288 | 1,313 | 159 |
| 905 | 7,634 | 1,884 | 289 |
| 1,023 | 7,370 | 2,017 | 324 |
| 481 | 4,730 | 1,532 | 261 |
| 270 | 3,887 | 1,119 | 141 |
| 158 | 2,974 | 854 | 68 |
| 4,855 | 48,286 | 13,444 | 1,620 |
| 222 | 2,533 | 668 | 68 |
| 44 | 580 | 166 | 25 |
| 312 | 3,824 | 1,129 | 107 |
| 193 | 1,960 | 506 | 91 |
| 64 | 732 | 249 | 21 |
| 124 | 1,350 | 385 | 35 |
| 417 | 3,499 | 802 | 38 |
| 825 | 5,201 | 1,289 | 164 |
| 934 | 7,790 | 2,052 | 284 |
| 846 | 7,469 | 2,170 | 346 |
| 439 | 4,861 | 1,522 | 227 |
| 233 | 4,309 | 1,207 | 148 |
| 202 | 4,178 | 1,299 | 66 |

| San Miguel County, Colorado |
| ---: |
| 6,120 |
| 635 |
| 353 |
| 22 |
| 5 |
| 39 |
| 2 |
| 2 |
| 10 |
| 104 |
| 49 |
| 50 |
| 42 |
| 25 |
| 0 |
| 3 |
| 282 |
| 2 |
| 0 |
| 20 |
| 6 |
| 8 |
| 15 |
| 89 |
| 42 |
| 46 |
| 26 |
| 13 |
| 4 |
| 11 |
| 5,485 |

| |
|---|
| 2,974 |
| 125 |
| 11 |
| 152 |
| 51 |
| 29 |
| 70 |
| 210 |
| 751 |
| 627 |
| 570 |
| 250 |
| 96 |
| 32 |
| 2,511 |
| 115 |
| 41 |
| 170 |
| 98 |
| 18 |
| 32 |
| 168 |
| 584 |
| 507 |
| 498 |
| 206 |
| 40 |
| 34 |

PCT75I. POVERTY STATUS IN 1999 BY SEX BY AGE (WHITE ALONE, NOT HISPANIC OR LATINO) [59] - Ur
population for whom poverty status is determined
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, samp
count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| | Colorado | Delta County, Colorado |
|---|---|---|
| Total: | 3,135,973 | 23,605 |
| Income in 1999 below poverty level: | 203,616 | 2,561 |
| Percent below poverty level | 6.49% | 10.85% |
| Male: | 89,679 | 1,155 |
| Under 5 years | 6,595 | 110 |
| 5 years | 1,373 | 40 |
| 6 to 11 years | 8,091 | 95 |
| 12 to 14 years | 3,739 | 78 |
| 15 years | 1,346 | 29 |
| 16 and 17 years | 2,631 | 49 |
| 18 to 24 years | 22,248 | 86 |
| 25 to 34 years | 10,999 | 93 |
| 35 to 44 years | 11,491 | 117 |
| 45 to 54 years | 9,553 | 175 |
| 55 to 64 years | 5,976 | 117 |
| 65 to 74 years | 2,951 | 55 |
| 75 years and over | 2,686 | 111 |
| Female: | 113,937 | 1,406 |
| Under 5 years | 6,230 | 91 |
| 5 years | 1,225 | 3 |
| 6 to 11 years | 7,853 | 88 |
| 12 to 14 years | 3,232 | 69 |
| 15 years | 1,425 | 12 |
| 16 and 17 years | 3,012 | 24 |
| 18 to 24 years | 26,002 | 185 |
| 25 to 34 years | 14,797 | 84 |
| 35 to 44 years | 15,000 | 162 |
| 45 to 54 years | 10,735 | 273 |
| 55 to 64 years | 8,453 | 112 |
| 65 to 74 years | 6,310 | 86 |
| 75 years and over | 9,663 | 217 |

| Income in 1999 at or above poverty level: | 2,932,357 | 21,044 |
|---|---|---|
| Male: | 1,470,354 | 10,386 |
| Under 5 years | 87,436 | 539 |
| 5 years | 18,166 | 119 |
| 6 to 11 years | 118,461 | 834 |
| 12 to 14 years | 62,249 | 419 |
| 15 years | 20,827 | 168 |
| 16 and 17 years | 40,000 | 324 |
| 18 to 24 years | 110,166 | 570 |
| 25 to 34 years | 223,880 | 790 |
| 35 to 44 years | 272,420 | 1,520 |
| 45 to 54 years | 241,398 | 1,592 |
| 55 to 64 years | 132,951 | 1,307 |
| 65 to 74 years | 85,776 | 1,238 |
| 75 years and over | 56,624 | 966 |
| Female: | 1,462,003 | 10,658 |
| Under 5 years | 81,577 | 494 |
| 5 years | 17,245 | 109 |
| 6 to 11 years | 112,408 | 802 |
| 12 to 14 years | 57,998 | 425 |
| 15 years | 18,805 | 139 |
| 16 and 17 years | 37,018 | 304 |
| 18 to 24 years | 100,721 | 549 |
| 25 to 34 years | 208,849 | 861 |
| 35 to 44 years | 272,128 | 1,512 |
| 45 to 54 years | 239,682 | 1,660 |
| 55 to 64 years | 134,059 | 1,390 |
| 65 to 74 years | 95,653 | 1,296 |
| 75 years and over | 85,860 | 1,117 |

U.S. Census Bureau

niverse:  White alone, not Hispanic or Latino

oling error, nonsampling error, definitions, and

| Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado |
|---:|---:|---:|---:|
| 12,091 | 99,230 | 27,225 | 3,503 |
| 1,676 | 8,867 | 2,660 | 241 |
| 13.86% | 8.94% | 9.77% | 6.88% |
| 921 | 3,691 | 1,263 | 100 |
| 21 | 425 | 138 | 2 |
| 9 | 79 | 25 | 0 |
| 12 | 326 | 145 | 6 |
| 7 | 129 | 59 | 8 |
| 4 | 30 | 34 | 0 |
| 15 | 182 | 29 | 3 |
| 576 | 556 | 68 | 7 |
| 179 | 437 | 125 | 7 |
| 22 | 468 | 208 | 16 |
| 22 | 429 | 140 | 22 |
| 33 | 301 | 121 | 24 |
| 14 | 191 | 95 | 5 |
| 7 | 138 | 76 | 0 |
| 755 | 5,176 | 1,397 | 141 |
| 46 | 265 | 165 | 14 |
| 3 | 32 | 9 | 0 |
| 50 | 397 | 130 | 10 |
| 0 | 152 | 39 | 2 |
| 0 | 50 | 11 | 7 |
| 13 | 143 | 26 | 7 |
| 427 | 975 | 142 | 15 |
| 88 | 654 | 163 | 13 |
| 33 | 639 | 185 | 26 |
| 36 | 519 | 102 | 19 |
| 21 | 452 | 182 | 20 |
| 24 | 356 | 102 | 6 |
| 14 | 542 | 141 | 2 |

| | | | |
|---:|---:|---:|---:|
| 10,415 | 90,363 | 24,565 | 3,262 |
| 5,620 | 44,502 | 11,969 | 1,677 |
| 241 | 2,489 | 647 | 77 |
| 48 | 566 | 196 | 27 |
| 369 | 3,549 | 833 | 133 |
| 224 | 2,077 | 600 | 63 |
| 66 | 552 | 188 | 24 |
| 167 | 1,412 | 449 | 49 |
| 545 | 3,577 | 785 | 84 |
| 1,166 | 4,783 | 1,140 | 159 |
| 894 | 7,207 | 1,818 | 281 |
| 1,012 | 7,038 | 1,921 | 316 |
| 467 | 4,561 | 1,497 | 261 |
| 270 | 3,758 | 1,075 | 139 |
| 151 | 2,933 | 820 | 64 |
| 4,795 | 45,861 | 12,596 | 1,585 |
| 209 | 2,350 | 598 | 66 |
| 44 | 532 | 144 | 25 |
| 309 | 3,476 | 1,035 | 104 |
| 193 | 1,827 | 506 | 91 |
| 61 | 730 | 207 | 21 |
| 121 | 1,313 | 371 | 35 |
| 409 | 3,275 | 728 | 38 |
| 825 | 4,780 | 1,209 | 161 |
| 931 | 7,437 | 1,909 | 276 |
| 837 | 7,196 | 2,038 | 336 |
| 439 | 4,668 | 1,425 | 224 |
| 227 | 4,207 | 1,158 | 143 |
| 190 | 4,070 | 1,268 | 65 |

| San Miguel County, Colorado |
|---:|
| 5,967 |
| 598 |
| 10.02% |
| 331 |
| 20 |
| 5 |
| 39 |
| 2 |
| 2 |
| 10 |
| 104 |
| 41 |
| 43 |
| 37 |
| 25 |
| 0 |
| 3 |
| 267 |
| 2 |
| 0 |
| 20 |
| 6 |
| 8 |
| 15 |
| 81 |
| 35 |
| 46 |
| 26 |
| 13 |
| 4 |
| 11 |

| |
|---:|
| 5,369 |
| 2,903 |
| 123 |
| 11 |
| 149 |
| 48 |
| 27 |
| 65 |
| 194 |
| 731 |
| 616 |
| 561 |
| 250 |
| 96 |
| 32 |
| 2,466 |
| 110 |
| 41 |
| 170 |
| 96 |
| 18 |
| 28 |
| 159 |
| 572 |
| 503 |
| 493 |
| 204 |
| 38 |
| 34 |

**Study Area Population by Race/Ethnicity (2008 estimate)**

| Population | Delta | Gunnison | Mesa | Montrose | Ouray | San Miguel |
|---|---|---|---|---|---|---|
| **Total Pop (2008 estimate)** | 32,600 | 15,259 | 144,440 | 41,302 | 4,703 | 7,771 |
| **Total Pop (2000 estimate)** | 27,834 | 13,956 | 116,255 | 33,432 | 3,742 | 6,594 |
| **Hispanic or Latino ethnicity of any race** | | | | | | |
| **2008 estimate** | 4229 | 982 | 17,606 | 7,198 | 236 | 685 |
| | 13.50% | 6.40% | 13.80% | 21.20% | 5.70% | 9.00% |
| | 3171 | 700 | 11,651 | 4,967 | 152 | 439 |
| **2000** | 11.40% | 5.00% | 10.00% | 14.90% | 4.10% | 6.70% |

**Not Hispanic or Latino, by Race (2008)**

| | Delta | Gunnison | Mesa | Montrose | Ouray | San Miguel |
|---|---|---|---|---|---|---|
| White | 26,239 | 14,751 | 122,470 | 39,376 | 4,252 | 7,391 |
| | 83.50% | 90.20% | 79.30% | 79.30% | 91.80% | 88.20% |
| | 229 | 148 | 1,591 | 291 | 3 | 21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Black or African American | 0.70% | 1.00% | 0.70% | 0.70% | 0.10% | 0.10% |
| American Indian or Alaskan Native | 471 | 216 | 2,044 | 702 | 99 | 100 |
| | 1.30% | 1.40% | 1.70% | 1.70% | 2.10% | 1.10% |
| | 225 | 152 | 1,410 | 327 | 15 | 121 |
| Asian | 0.70% | 1.00% | 0.80% | 0.80% | 0.30% | 1.20% |
| Native Hawaiian and Other Pacific | 17 | 5 | 255 | 20 | 2 | 6 |
| | 0.10% | 0.00% | 0.10% | 0.00% | 0.00% | 0.10% |

Source: US Census Bureau, Population Division, 2008 estimate data

Note- The sum of the five race groups adds to more than the total population because



| | Colorado | Delta County | Gunnison County | Mesa County | Montrose County |
|---|---|---|---|---|---|
| **% of individuals at or below poverty level** | | | | | |
| Total Population | 9.26% | 12.06% | 14.98% | 10.23% | 12.57% |
| Hispanic or Latino of any Race | 18.88% | 21.53% | 33.04% | 18.84% | 27.40% |
| White Alone | 6.49% | 10.85% | 13.86% | 8.94% | 9.77% |

| Ouray County | San Miguel County |
|---|---|

| Ouray County | San Miguel County |
|---|---|
| 7.23% | 10.44% |
| 12.40% | 19.35% |
| 6.88% | 10.02% |

# Poverty (2000)

