Aggregate and Mean Travel Time to Work- workers 16 and over

|  | Delta | | Gunnsion | | Mesa | |
|---|---:|---:|---:|---:|---:|---:|
| less than 30 min | 80,025 | 33.60% | 48,350 | 41.30% | 562,510 | 59.50% |
| 30 to 44 min | 41,670 | 17.50% | 28,350 | 24.20% | 115,535 | 12.20% |
| 45 to 59 min | 31,095 | 13.00% | 17,690 | 15.10% | 42,835 | 4.50% |
| 60 or more min | 83,735 | 35.90% | 22,655 | 19.40% | 224,610 | 23.80% |
| Mean travel time (min) | 23.50 | | 15.90 | | 18.40 | |

+================================================================================
Source: Census 2000 Summary File 3 [machine-readable data file]/prepared by the U.S.Census Bureau, 2002
Profile prepared by the Colorado Demography Section, Annette Boyer, annette.boyer@state.co.us

|  | Montrose |  | Ouray |  | San Miguel |  | Colorado |  |
|---|---|---|---|---|---|---|---|---|
|  | 117,790 | 39.80% | 9,675 | 26.80% | 36,335 | 48.20% | 19,169,255 | 37.80% |
|  | 36,860 | 12.50% | 7,055 | 19.50% | 11,270 | 15.00% | 13,315,110 | 26.70% |
|  | 11,370 | 3.80% | 6,715 | 18.60% | 9,915 | 13.20% | 6,751,355 | 13.30% |
|  | 130 | 43.90% | 12,660 | 35.10% | 17,815 | 23.60% | 11,425,650 | 22.60% |
|  | 21.50 |  | 23.60 |  | 18.80 |  | 24 |  |

================================================================+
(www.census.gov) 12AUG02: Area 57, Page 113

# Commuting Time









Location of Work and Home- workers 16 and over

|  | Delta # | Delta | Gunnison # | Gunnsion | Mesa # | Mesa |
|---|---:|---:|---:|---:|---:|---:|
| work in county of residence | 8,817 | 78.60% | 7,565 | 95.60% | 51,768 | 95.70% |
| work outside county of residence | 2,288 | 20.40% | 274 | 3.50% | 1,760 | 3.30% |

+================================================================================
Source: Census 2000 Summary File 3 [machine-readable data file]/prepared by the U.S.Census Bureau, 2002 (w
Profile prepared by the Colorado Demography Section, Annette Boyer, annette.boyer@state.co.us

| Montrose # | Montrose | Ouray # | Ouray | San Miguel # | San Miguel | Colorado # | Colorado |
|---:|---:|---:|---:|---:|---:|---:|---:|
| 12,674 | 85.30% | 1,283 | 72.20% | 4,163 | 95.30% | 1,468,010 | 67% |
| 2,037 | 13.70% | 463 | 26.00% | 141 | 3.20% | 702,583 | 32.10% |

:===============================================================+
ww.census.gov) 12AUG02: Area 57, Page 113



