| PCA Name | Major Group | Scientific Name (Colorado) |
|---|---|---|
| Dolores Canyon South | Natural Communities | Bouteloua gracilis - Pleuraphis jamesii Herbaceous Vegetation |
| Dolores Canyon-Slick Rock to Bedrock | Natural Communities | Acer negundo / Betula occidentalis Woodland |
| Dolores Canyon-Slick Rock to Bedrock | Vascular Plants | Astragalus naturitensis |
| Dolores Canyon-Slick Rock to Bedrock | Vascular Plants | Erigeron kachinensis |
| Dolores Canyon-Slick Rock to Bedrock | Natural Communities | Forestiera pubescens Shrubland |
| Dolores Canyon-Slick Rock to Bedrock | Natural Communities | Hesperostipa comata Great Basin Herbaceous Vegetation |
| Dolores Canyon-Slick Rock to Bedrock | Vascular Plants | Pediomelum aromaticum |
| Dolores Canyon-Uravan to Roc Creek | Vascular Plants | Astragalus rafaelensis |
| Dolores Canyon-Uravan to Roc Creek | Vascular Plants | Astragalus sesquiflorus |

**Common Name (Colorado)**

Shortgrass Prairie

Boxelder/River Birch

Naturita milkvetch

kachina daisy

Foothills Riparian Shrubland

Western Slope Grasslands

Paradox breadroot

San Rafael milkvetch

sandstone milkvetch