P4. HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE [73] - Universe: To
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and coun

| |
|---|
| Total: |
| Hispanic or Latino |
| Not Hispanic or Latino: |
| Population of one race: |
| White alone |
| Black or African American alone |
| American Indian and Alaska Native alone |
| Asian alone |
| Native Hawaiian and Other Pacific Islander alone |
| Some other race alone |
| Population of two or more races: |
| Population of two races: |
| White; Black or African American |
| White; American Indian and Alaska Native |
| White; Asian |
| White; Native Hawaiian and Other Pacific Islander |
| White; Some other race |
| Black or African American; American Indian and Alaska Native |
| Black or African American; Asian |
| Black or African American; Native Hawaiian and Other Pacific Islander |
| Black or African American; Some other race |
| American Indian and Alaska Native; Asian |
| Native Hawaiian and Other Pacific Islander |
| American Indian and Alaska Native; Some other race |
| Asian; Native Hawaiian and Other Pacific Islander |
| Asian; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Population of three races: |
| White; Black or African American; American Indian and Alaska Native |
| White; Black or African American; Asian |
| Native Hawaiian and Other Pacific Islander |
| White; Black or African American; Some other race |

| |
|---|
| White; American Indian and Alaska Native; Asian |
| Native Hawaiian and Other Pacific Islander |
| White; American Indian and Alaska Native; Some other race |
| White; Asian; Native Hawaiian and Other Pacific Islander |
| White; Asian; Some other race |
| White; Native Hawaiian and Other Pacific Islander; Some other race |
| Black or African American; American Indian and Alaska Native; Asian |
| Native Hawaiian and Other Pacific Islander |
| Some other race |
| Native Hawaiian and Other Pacific Islander |
| Black or African American; Asian;Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander |
| American Indian and Alaska Native; Asian; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Asian; Native Hawaiian and Other Pacific Islander; Some other race |
| Population of four races: |
| Asian |
| Native Hawaiian and Other Pacific Islander |
| Some other race |
| Native Hawaiian and Other Pacific Islander |
| Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander |
| Asian; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Some other race |
| Native Hawaiian and Other Pacific Islander |
| Asian; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Population of five races: |
| Asian; Native Hawaiian and Other Pacific Islander |
| Asian; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Asian; Native Hawaiian and Other Pacific Islander; Some other race |
| Population of six races: |
| Asian; Native Hawaiian and Other Pacific Islander; Some other race |

U.S. Census Bureau Census 2000

tal population

t corrections see http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| Delta County, Colorado | Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado |
|---:|---:|---:|---:|
| 27,834 | 13,956 | 116,255 | 33,432 |
| 3,171 | 700 | 11,651 | 4,967 |
| 24,663 | 13,256 | 104,604 | 28,465 |
| 24,344 | 13,106 | 103,106 | 28,026 |
| 23,945 | 12,886 | 101,110 | 27,554 |
| 135 | 55 | 460 | 78 |
| 150 | 78 | 728 | 228 |
| 83 | 71 | 593 | 130 |
| 7 | 3 | 105 | 19 |
| 24 | 13 | 110 | 17 |
| 319 | 150 | 1,498 | 439 |
| 306 | 147 | 1,392 | 411 |
| 21 | 22 | 154 | 19 |
| 205 | 71 | 752 | 223 |
| 29 | 30 | 215 | 43 |
| 3 | 5 | 48 | 8 |
| 40 | 12 | 157 | 54 |
| 0 | 1 | 11 | 5 |
| 1 | 0 | 11 | 0 |
| 0 | 0 | 2 | 1 |
| 0 | 0 | 1 | 4 |
| 1 | 1 | 3 | 3 |
| 0 | 0 | 1 | 1 |
| 1 | 4 | 12 | 48 |
| 1 | 0 | 18 | 2 |
| 4 | 1 | 6 | 0 |
| 0 | 0 | 1 | 0 |
| 11 | 3 | 99 | 27 |
| 3 | 0 | 29 | 10 |
| 0 | 0 | 8 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 3 | 1 |

| | | | |
|---|---|---|---|
| 7 | 1 | 10 | 0 |
| 0 | 0 | 0 | 0 |
| 1 | 0 | 25 | 10 |
| 0 | 2 | 15 | 4 |
| 0 | 0 | 3 | 2 |
| 0 | 0 | 2 | 0 |
| 0 | 0 | 1 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 1 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 2 | 0 |
| 1 | 0 | 3 | 1 |
| 1 | 0 | 2 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 1 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 1 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 1 | 0 | 4 | 0 |
| 1 | 0 | 4 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |

| Ouray County, Colorado | San Miguel County, Colorado |
|---:|---:|
| 3,742 | 6,594 |
| 152 | 439 |
| 3,590 | 6,155 |
| 3,538 | 6,096 |
| 3,487 | 5,959 |
| 3 | 10 |
| 32 | 49 |
| 13 | 49 |
| 2 | 4 |
| 1 | 25 |
| 52 | 59 |
| 46 | 58 |
| 0 | 4 |
| 32 | 21 |
| 6 | 17 |
| 0 | 1 |
| 7 | 14 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 1 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |
| 4 | 1 |
| 0 | 1 |
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |

| | |
|---|---|
| 3 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 2 | 0 |
| 2 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |

P5. RACE FOR THE POPULATION 18 YEARS AND OVER [71] - Universe: Total population
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data


NOTE:  For information on confidentiality protection, nonsampling error, definitions, and coun

| |
|---|
| Total: |
| Population of one race: |
| White alone |
| Black or African American alone |
| American Indian and Alaska Native alone |
| Asian alone |
| Native Hawaiian and Other Pacific Islander alone |
| Some other race alone |
| Population of two or more races |
| Population of two races: |
| White; Black or African American |
| White; American Indian and Alaska Native |
| White; Asian |
| White; Native Hawaiian and Other Pacific Islander |
| White; Some other race |
| Black or African American; American Indian and Alaska Native |
| Black or African American; Asian |
| Black or African American; Native Hawaiian and Other Pacific Islander |
| Black or African American; Some other race |
| American Indian and Alaska Native; Asian |
| Native Hawaiian and Other Pacific Islander |
| American Indian and Alaska Native; Some other race |
| Asian; Native Hawaiian and Other Pacific Islander |
| Asian; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Population of three races: |
| White; Black or African American; American Indian and Alaska Native |
| White; Black or African American; Asian |
| Native Hawaiian and Other Pacific Islander |
| White; Black or African American; Some other race |
| White; American Indian and Alaska Native; Asian |
| Native Hawaiian and Other Pacific Islander |

| |
|---|
| White; American Indian and Alaska Native; Some other race |
| White; Asian; Native Hawaiian and Other Pacific Islander |
| White; Asian; Some other race |
| White; Native Hawaiian and Other Pacific Islander; Some other race |
| Black or African American; American Indian and Alaska Native; Asian |
| Native Hawaiian and Other Pacific Islander |
| Some other race |
| Native Hawaiian and Other Pacific Islander |
| Black or African American; Asian; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander |
| American Indian and Alaska Native; Asian; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Asian; Native Hawaiian and Other Pacific Islander; Some other race |
| Population of four races: |
| Asian |
| Native Hawaiian and Other Pacific Islander |
| Some other race |
| Native Hawaiian and Other Pacific Islander |
| Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander |
| Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Some other race |
| Native Hawaiian and Other Pacific Islander |
| Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Population of five races: |
| Asian; Native Hawaiian and Other Pacific Islander |
| Asian; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Asian; Native Hawaiian and Other Pacific Islander; Some other race |
| Population of six races: |
| Asian; Native Hawaiian and Other Pacific Islander; Some other race |

U.S. Census Bureau Census 2000

18 years and over

...t corrections see http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| Delta County, Colorado | Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado |
|---|---|---|---|
| 21,148 | 11,457 | 87,188 | 24,488 |
| 20,824 | 11,300 | 85,868 | 24,017 |
| 19,710 | 10,957 | 81,564 | 22,436 |
| 133 | 56 | 346 | 60 |
| 158 | 79 | 774 | 252 |
| 64 | 67 | 461 | 89 |
| 7 | 4 | 71 | 17 |
| 752 | 137 | 2,652 | 1,163 |
| 324 | 157 | 1,320 | 471 |
| 314 | 153 | 1,252 | 450 |
| 7 | 16 | 36 | 6 |
| 171 | 58 | 611 | 160 |
| 22 | 15 | 101 | 18 |
| 2 | 4 | 22 | 4 |
| 98 | 50 | 382 | 188 |
| 0 | 1 | 10 | 1 |
| 0 | 0 | 6 | 0 |
| 0 | 0 | 1 | 0 |
| 1 | 0 | 4 | 5 |
| 1 | 1 | 5 | 1 |
| 0 | 0 | 1 | 1 |
| 9 | 7 | 40 | 60 |
| 1 | 0 | 15 | 2 |
| 2 | 1 | 13 | 3 |
| 0 | 0 | 5 | 1 |
| 9 | 4 | 60 | 21 |
| 3 | 0 | 17 | 4 |
| 0 | 0 | 2 | 0 |
| 0 | 0 | 0 | 1 |
| 0 | 0 | 1 | 1 |
| 2 | 1 | 4 | 0 |
| 0 | 0 | 0 | 0 |

| | | | |
|---|---|---|---|
| 3 | 1 | 15 | 9 |
| 0 | 2 | 8 | 4 |
| 1 | 0 | 8 | 2 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 1 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 1 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 1 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 2 | 0 |
| 0 | 0 | 6 | 0 |
| 0 | 0 | 3 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 2 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 1 | 0 |
| 1 | 0 | 2 | 0 |
| 1 | 0 | 2 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |

| Ouray County, Colorado | San Miguel County, Colorado |
|---:|---:|
| 2,901 | 5,431 |
| 2,859 | 5,378 |
| 2,814 | 5,088 |
| 3 | 18 |
| 22 | 46 |
| 8 | 36 |
| 1 | 3 |
| 11 | 187 |
| 42 | 53 |
| 40 | 53 |
| 0 | 2 |
| 28 | 22 |
| 3 | 10 |
| 0 | 1 |
| 8 | 14 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 2 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 1 |
| 0 | 1 |
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 0 |

| | |
|---|---|
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |

P6. HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE FOR THE POPUL
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and coun

| |
|---|
| Total: |
|   Hispanic or Latino |
|   Not Hispanic or Latino: |
|     Population of one race: |
|       White alone |
|       Black or African American alone |
|       American Indian and Alaska Native alone |
|       Asian alone |
|       Native Hawaiian and Other Pacific Islander alone |
|       Some other race alone |
|     Population of two or more races: |
|       Population of two races: |
|         White; Black or African American |
|         White; American Indian and Alaska Native |
|         White; Asian |
|         White; Native Hawaiian and Other Pacific Islander |
|         White; Some other race |
|         Black or African American; American Indian and Alaska Native |
|         Black or African American; Asian |
|         Black or African American; Native Hawaiian and Other Pacific Islander |
|         Black or African American; Some other race |
|         American Indian and Alaska Native; Asian |
|          Native Hawaiian and Other Pacific Islander |
|         American Indian and Alaska Native; Some other race |
|         Asian; Native Hawaiian and Other Pacific Islander |
|         Asian; Some other race |
|         Native Hawaiian and Other Pacific Islander; Some other race |
|       Population of three races: |
|         White; Black or African American; American Indian and Alaska Native |
|         White; Black or African American; Asian |
|          Native Hawaiian and Other Pacific Islander |
|         White; Black or African American; Some other race |

| |
|---|
| White; American Indian and Alaska Native; Asian |
| Native Hawaiian and Other Pacific Islander |
| White; American Indian and Alaska Native; Some other race |
| White; Asian; Native Hawaiian and Other Pacific Islander |
| White; Asian; Some other race |
| White; Native Hawaiian and Other Pacific Islander; Some other race |
| Black or African American; American Indian and Alaska Native; Asian |
| Native Hawaiian and Other Pacific Islander |
| Some other race |
| Native Hawaiian and Other Pacific Islander |
| Black or African American; Asian; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander |
| American Indian and Alaska Native; Asian; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Asian; Native Hawaiian and Other Pacific Islander; Some other race |
| Population of four races: |
| Asian |
| Native Hawaiian and Other Pacific Islander |
| Some other race |
| Native Hawaiian and Other Pacific Islander |
| Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander |
| Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Some other race |
| Native Hawaiian and Other Pacific Islander |
| Asian; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Population of five races: |
| Asian; Native Hawaiian and Other Pacific Islander |
| Asian; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Native Hawaiian and Other Pacific Islander; Some other race |
| Asian; Native Hawaiian and Other Pacific Islander; Some other race |
| Population of six races: |
| Asian; Native Hawaiian and Other Pacific Islander; Some other race |

U.S. Census Bureau Census 2000

ATION 18 YEARS AND OVER [73] - Universe: Total population 18 years and over

it corrections see http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| Delta County, Colorado | Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado |
|---|---|---|---|
| 21,148 | 11,457 | 87,188 | 24,488 |
| 2,059 | 483 | 7,304 | 3,002 |
| 19,089 | 10,974 | 79,884 | 21,486 |
| 18,870 | 10,873 | 78,971 | 21,213 |
| 18,545 | 10,689 | 77,560 | 20,874 |
| 128 | 47 | 308 | 52 |
| 113 | 63 | 538 | 176 |
| 60 | 63 | 441 | 87 |
| 7 | 2 | 65 | 15 |
| 17 | 9 | 59 | 9 |
| 219 | 101 | 913 | 273 |
| 213 | 98 | 863 | 256 |
| 6 | 12 | 35 | 4 |
| 156 | 49 | 545 | 146 |
| 16 | 15 | 100 | 16 |
| 2 | 4 | 20 | 4 |
| 28 | 12 | 115 | 46 |
| 0 | 1 | 10 | 1 |
| 0 | 0 | 6 | 0 |
| 0 | 0 | 1 | 0 |
| 0 | 0 | 1 | 0 |
| 1 | 1 | 2 | 0 |
| 0 | 0 | 0 | 1 |
| 1 | 3 | 7 | 36 |
| 1 | 0 | 15 | 2 |
| 2 | 1 | 5 | 0 |
| 0 | 0 | 1 | 0 |
| 5 | 3 | 45 | 17 |
| 2 | 0 | 17 | 4 |
| 0 | 0 | 1 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 1 | 1 |

| | | | |
|---:|---:|---:|---:|
| 2 | 1 | 3 | 0 |
| 0 | 0 | 0 | 0 |
| 1 | 0 | 12 | 6 |
| 0 | 2 | 6 | 4 |
| 0 | 0 | 2 | 2 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 1 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 2 | 0 |
| 0 | 0 | 3 | 0 |
| 0 | 0 | 2 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 1 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 1 | 0 | 2 | 0 |
| 1 | 0 | 2 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |

| Ouray County, Colorado | San Miguel County, Colorado |
|---:|---:|
| 2,901 | 5,431 |
| 102 | 359 |
| 2,799 | 5,072 |
| 2,765 | 5,030 |
| 2,734 | 4,923 |
| 3 | 9 |
| 19 | 39 |
| 8 | 36 |
| 1 | 2 |
| 0 | 21 |
| 34 | 42 |
| 32 | 42 |
| 0 | 2 |
| 23 | 19 |
| 3 | 10 |
| 0 | 1 |
| 5 | 9 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 1 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |

| | |
|---:|---:|
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 1 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |

P8. HISPANIC OR LATINO BY RACE [17] - Universe: Total population
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and count co
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Delta County, Colorado |
|---|---|
| Total: | 27,834 |
| Not Hispanic or Latino: | 24,663 |
| White alone | 23,945 |
| Black or African American alone | 135 |
| American Indian and Alaska Native alone | 150 |
| Asian alone | 83 |
| Native Hawaiian and Other Pacific Islander alone | 7 |
| Some other race alone | 24 |
| Two or more races | 319 |
| Hispanic or Latino: | 3,171 |
| White alone | 1,743 |
| Black or African American alone | 11 |
| American Indian and Alaska Native alone | 61 |
| Asian alone | 6 |
| Native Hawaiian and Other Pacific Islander alone | 0 |
| Some other race alone | 1,160 |
| Two or more races | 190 |

U.S. Census Bureau Census 2000

rrections see

| Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado |
|---:|---:|---:|---:|
| 13,956 | 116,255 | 33,432 | 3,742 |
| 13,256 | 104,604 | 28,465 | 3,590 |
| 12,886 | 101,110 | 27,554 | 3,487 |
| 55 | 460 | 78 | 3 |
| 78 | 728 | 228 | 32 |
| 71 | 593 | 130 | 13 |
| 3 | 105 | 19 | 2 |
| 13 | 110 | 17 | 1 |
| 150 | 1,498 | 439 | 52 |
| 700 | 11,651 | 4,967 | 152 |
| 383 | 6,239 | 2,520 | 118 |
| 13 | 77 | 24 | 0 |
| 20 | 331 | 112 | 3 |
| 4 | 25 | 10 | 0 |
| 2 | 7 | 4 | 0 |
| 188 | 4,151 | 1,903 | 19 |
| 90 | 821 | 394 | 12 |

| San Miguel County, Colorado |
| --- |
| 6,594 |
| 6,155 |
| 5,959 |
| 10 |
| 49 |
| 49 |
| 4 |
| 25 |
| 59 |
| 439 |
| 211 |
| 9 |
| 7 |
| 0 |
| 1 |
| 197 |
| 14 |

P10. HISPANIC OR LATINO BY RACE (TOTAL RACES TALLIED) [15] - Universe: Total rac
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and coun

| |
| --- |
| Total races tallied: |
|   Not Hispanic or Latino: |
|     White alone or in combination with one or more other races |
|       or in combination with one or more other races |
|       or in combination with one or more other races |
|     Asian alone or in combination with one or more other races |
|       or in combination with one or more other races |
|       or in combination with one or more other races |
|   Hispanic or Latino: |
|     White alone or in combination with one or more other races |
|       or in combination with one or more other races |
|       or in combination with one or more other races |
|     Asian alone or in combination with one or more other races |
|       or in combination with one or more other races |
|       or in combination with one or more other races |

U.S. Census Bureau Census 2000

es tallied

t corrections see http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| Delta County, Colorado | Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado |
|---|---|---|---|
| 28,367 | 14,200 | 118,729 | 34,303 |
| 24,998 | 13,409 | 106,219 | 28,933 |
| 24,256 | 13,029 | 102,538 | 27,929 |
| 162 | 78 | 687 | 118 |
| 370 | 156 | 1,579 | 528 |
| 128 | 106 | 893 | 185 |
| 12 | 10 | 199 | 36 |
| 70 | 30 | 323 | 137 |
| 3,369 | 791 | 12,510 | 5,370 |
| 1,921 | 469 | 6,966 | 2,864 |
| 16 | 17 | 112 | 40 |
| 101 | 41 | 524 | 189 |
| 21 | 4 | 85 | 19 |
| 0 | 2 | 26 | 6 |
| 1,310 | 258 | 4,797 | 2,252 |

| Ouray County, Colorado | San Miguel County, Colorado |
|---:|---:|
| 3,816 | 6,668 |
| 3,652 | 6,215 |
| 3,538 | 6,017 |
| 6 | 16 |
| 69 | 71 |
| 26 | 66 |
| 5 | 5 |
| 8 | 40 |
| 164 | 453 |
| 130 | 222 |
| 0 | 10 |
| 10 | 11 |
| 0 | 1 |
| 0 | 2 |
| 24 | 207 |

P11. HISPANIC OR LATINO [1] - Universe: People who are Hispanic or Latino
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and coun
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Delta County, Colorado | Gunnison County, Colorado | Mesa County, Colorado |
|---|---|---|---|
| Total | 3,171 | 700 | 11,651 |

U.S. Census Bureau Census 2000

t corrections see

| Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---|---|---|
| 4,967 | 152 | 439 |

P15H. HOUSEHOLDS (HISPANIC OR LATINO HOUSEHOLDER) [1] - Universe: Household
who is Hispanic or Latino
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and coun
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Delta County, Colorado | Gunnison County, Colorado | Mesa County, Colorado |
|---|---|---|---|
| Total | 836 | 201 | 3,335 |

U.S. Census Bureau Census 2000

s with a householder

t corrections see

| Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---:|---:|---:|
| 1,381 | 39 | 147 |

P16H. POPULATION IN HOUSEHOLDS (HISPANIC OR LATINO HOUSEHOLDER) [1] - Un
households with a householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and coun
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Delta County, Colorado | Gunnison County, Colorado | Mesa County, Colorado |
|---|---|---|---|
| Total | 2,661 | 580 | 10,078 |

U.S. Census Bureau Census 2000

iverse: Population in

t corrections see

| Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---|---|---|
| 4,529 | 121 | 410 |

P17H. AVERAGE HOUSEHOLD SIZE (HISPANIC OR LATINO HOUSEHOLDER) [1] - U
Hispanic or Latino
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and c
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| | Delta County, Colorado | Gunnison County, Colorado |
|---|---|---|
| Average household size | 3.18 | 2.89 |

U.S. Census Bureau Census 2000

niverse: Households with a householder who is

:ount corrections see

| Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---|---|---|---|
| 3.02 | 3.28 | 3.1 | 2.79 |

P26H. HOUSEHOLD TYPE BY HOUSEHOLD SIZE (HISPANIC OR LATINO HOUSEHOLDEI
householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and count
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Delta County, Colorado | Gunnison County, Colorado |
|---|---|---|
| Total: | 836 | 201 |
| Family households: | 670 | 122 |
| 2-person household | 205 | 40 |
| 3-person household | 149 | 23 |
| 4-person household | 135 | 26 |
| 5-person household | 98 | 17 |
| 6-person household | 49 | 13 |
| 7-or-more person household | 34 | 3 |
| Nonfamily households: | 166 | 79 |
| 1-person household | 123 | 41 |
| 2-person household | 32 | 28 |
| 3-person household | 9 | 7 |
| 4-person household | 2 | 2 |
| 5-person household | 0 | 0 |
| 6-person household | 0 | 0 |
| 7-or-more person household | 0 | 1 |

U.S. Census Bureau Census 2000

ℜ) [16] - Universe: Households with a

corrections see

| Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---|---|---|---|
| 3,335 | 1,381 | 39 | 147 |
| 2,571 | 1,106 | 31 | 78 |
| 765 | 309 | 10 | 23 |
| 657 | 239 | 8 | 24 |
| 576 | 249 | 5 | 15 |
| 323 | 159 | 8 | 10 |
| 181 | 78 | 0 | 2 |
| 69 | 72 | 0 | 4 |
| 764 | 275 | 8 | 69 |
| 556 | 212 | 5 | 34 |
| 156 | 47 | 1 | 15 |
| 37 | 10 | 1 | 7 |
| 10 | 3 | 0 | 9 |
| 5 | 2 | 0 | 3 |
| 0 | 0 | 0 | 1 |
| 0 | 1 | 1 | 0 |

P27H. RELATIONSHIP BY HOUSEHOLD TYPE (INCLUDING LIVING ALONE) (HISPANIC OR LAT
or Latino
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and count correc
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Delta County, Colorado | Gunnison County, Colorado |
|---|---:|---:|
| Total: | 3,171 | 700 |
| In households: | 2,907 | 640 |
| In family households: | 2,684 | 477 |
| Householder: | 670 | 122 |
| Male | 532 | 87 |
| Female | 138 | 35 |
| Spouse | 556 | 91 |
| Child: | 1,155 | 219 |
| Natural-born or adopted | 1,096 | 210 |
| Step | 59 | 9 |
| Grandchild | 76 | 9 |
| Brother or sister | 37 | 7 |
| Parent | 20 | 3 |
| Other relatives | 75 | 9 |
| Nonrelatives | 95 | 17 |
| In nonfamily households: | 223 | 163 |
| Male householder: | 95 | 46 |
| Living alone | 63 | 21 |
| Not living alone | 32 | 25 |
| Female householder: | 71 | 33 |
| Living alone | 60 | 20 |
| Not living alone | 11 | 13 |
| Nonrelatives | 57 | 84 |
| In group quarters: | 264 | 60 |
| Institutionalized population | 182 | 3 |
| Noninstitutionalized population | 82 | 57 |
| Coverage improvement adjustment | 0 | 0 |

U.S. Census Bureau Census 2000

˜INO) [27] - Universe: People who are Hispanic

ctions see

| Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---|---|---|---|
| 11,651 | 4,967 | 152 | 439 |
| 11,099 | 4,852 | 141 | 434 |
| 9,983 | 4,463 | 122 | 295 |
| 2,571 | 1,106 | 31 | 78 |
| 1,784 | 793 | 23 | 60 |
| 787 | 313 | 8 | 18 |
| 1,947 | 862 | 27 | 52 |
| 4,340 | 1,971 | 55 | 83 |
| 4,027 | 1,873 | 55 | 78 |
| 313 | 98 | 0 | 5 |
| 299 | 119 | 2 | 5 |
| 134 | 96 | 0 | 21 |
| 88 | 22 | 2 | 6 |
| 236 | 133 | 1 | 15 |
| 368 | 154 | 4 | 35 |
| 1,116 | 389 | 19 | 139 |
| 421 | 152 | 5 | 55 |
| 293 | 110 | 2 | 23 |
| 128 | 42 | 3 | 32 |
| 343 | 123 | 3 | 14 |
| 263 | 102 | 3 | 11 |
| 80 | 21 | 0 | 3 |
| 352 | 114 | 11 | 70 |
| 552 | 115 | 11 | 5 |
| 218 | 77 | 1 | 5 |
| 334 | 38 | 10 | 0 |
| 0 | 0 | 0 | 0 |

P28H. RELATIONSHIP BY HOUSEHOLD TYPE FOR THE POPULATION UNDER 18 YEARS (HISPANIC O
population under 18 years
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and count corrections se

|  | Delta County, Colorado | Gunnison County, Colorado |
|---|---|---|
| Total: | 1,112 | 217 |
| In households: | 1,079 | 217 |
| Householder or spouse | 1 | 2 |
| Related child: | 1,060 | 208 |
| Own child: | 971 | 196 |
| In married-couple family | 755 | 156 |
| In other family: | 216 | 40 |
| Male householder, no wife present | 73 | 14 |
| Female householder, no husband present | 143 | 26 |
| Other relatives: | 89 | 12 |
| Grandchild | 70 | 9 |
| Other relatives | 19 | 3 |
| Nonrelatives | 18 | 7 |
| In group quarters: | 33 | 0 |
| Institutionalized population | 19 | 0 |
| Noninstitutionalized population | 14 | 0 |
| Coverage improvement adjustment | 0 | 0 |

U.S. Census Bureau Census 2000

)R LATINO) [17] - Universe: Hispanic or Latino

e http://factfinder.census.gov/home/en/datanotes/

| Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---|---|---|---|
| 4,347 | 1,965 | 50 | 80 |
| 4,210 | 1,908 | 49 | 80 |
| 12 | 6 | 0 | 1 |
| 4,079 | 1,854 | 47 | 74 |
| 3,719 | 1,695 | 45 | 63 |
| 2,604 | 1,265 | 37 | 44 |
| 1,115 | 430 | 8 | 19 |
| 244 | 115 | 3 | 3 |
| 871 | 315 | 5 | 16 |
| 360 | 159 | 2 | 11 |
| 262 | 110 | 2 | 5 |
| 98 | 49 | 0 | 6 |
| 119 | 48 | 2 | 5 |
| 137 | 57 | 1 | 0 |
| 75 | 49 | 0 | 0 |
| 62 | 8 | 1 | 0 |
| 0 | 0 | 0 | 0 |

P31H. FAMILIES (HISPANIC OR LATINO HOUSEHOLDER) [1] - Universe: Families with a H
Hispanic or Latino
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and coun
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Delta County, Colorado | Gunnison County, Colorado | Mesa County, Colorado |
|---|---|---|---|
| Total | 670 | 122 | 2,571 |

U.S. Census Bureau Census 2000

householder who is

t corrections see

| Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---|---|---|
| 1,106 | 31 | 78 |

P32H. POPULATION IN FAMILIES (HISPANIC OR LATINO HOUSEHOLDER) [1] - Universe
with a householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and coun
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Delta County, Colorado | Gunnison County, Colorado | Mesa County, Colorado |
|---|---|---|---|
| Total | 2,366 | 428 | 8,704 |

U.S. Census Bureau Census 2000

: Population in families

t corrections see

| Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---|---|---|
| 4,033 | 102 | 236 |

P33H. AVERAGE FAMILY SIZE (HISPANIC OR LATINO HOUSEHOLDER) [1] - Universe: Families with a hou
Hispanic or Latino
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and count corrections see
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Delta County, Colorado | Gunnison County, Colorado | Mesa County, Colorado |
|---|---|---|---|
| Average family size | 3.53 | 3.51 | 3.39 |

U.S. Census Bureau Census 2000

useholder who is

| Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---:|---:|---:|
| 3.65 | 3.29 | 3.03 |

P34H. FAMILY TYPE BY PRESENCE AND AGE OF OWN CHILDREN (HISPANIC OR LATINO HOUSEHOLI
householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and count corrections see
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Delta County, Colorado | Gunnison County, Colorado |
|---|---|---|
| Total: | 670 | 122 |
| Married-couple family: | 518 | 96 |
| With own children under 18 years: | 307 | 55 |
| Under 6 years only | 75 | 16 |
| Under 6 years and 6 to 17 years | 94 | 20 |
| 6 to 17 years only | 138 | 19 |
| No own children under 18 years | 211 | 41 |
| Other family: | 152 | 26 |
| Male householder, no wife present: | 63 | 8 |
| With own children under 18 years: | 35 | 6 |
| Under 6 years only | 9 | 2 |
| Under 6 years and 6 to 17 years | 5 | 3 |
| 6 to 17 years only | 21 | 1 |
| No own children under 18 years | 28 | 2 |
| Female householder, no husband present: | 89 | 18 |
| With own children under 18 years: | 58 | 11 |
| Under 6 years only | 9 | 2 |
| Under 6 years and 6 to 17 years | 14 | 3 |
| 6 to 17 years only | 35 | 6 |
| No own children under 18 years | 31 | 7 |

U.S. Census Bureau Census 2000

DER) [20] - Universe: Families with a

| Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---|---|---|---|
| 2,571 | 1,106 | 31 | 78 |
| 1,810 | 818 | 24 | 47 |
| 1,050 | 528 | 14 | 21 |
| 269 | 143 | 4 | 12 |
| 287 | 170 | 3 | 1 |
| 494 | 215 | 7 | 8 |
| 760 | 290 | 10 | 26 |
| 761 | 288 | 7 | 31 |
| 226 | 98 | 3 | 18 |
| 130 | 57 | 1 | 3 |
| 50 | 16 | 0 | 2 |
| 14 | 9 | 0 | 0 |
| 66 | 32 | 1 | 1 |
| 96 | 41 | 2 | 15 |
| 535 | 190 | 4 | 13 |
| 382 | 136 | 3 | 10 |
| 110 | 39 | 0 | 3 |
| 71 | 30 | 0 | 0 |
| 201 | 67 | 3 | 7 |
| 153 | 54 | 1 | 3 |

P35H. FAMILY TYPE BY PRESENCE AND AGE OF RELATED CHILDREN (HISPANIC OR LATINO HOUSE
householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and count corrections see
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| | Delta County, Colorado | Gunnison County, Colorado |
|---|---|---|
| Total: | 670 | 122 |
| Married-couple family: | 518 | 96 |
| With related children under 18 years: | 321 | 56 |
| Under 6 years only | 73 | 16 |
| Under 6 years and 6 to 17 years | 110 | 22 |
| 6 to 17 years only | 138 | 18 |
| No related children under 18 years | 197 | 40 |
| Other family: | 152 | 26 |
| Male householder, no wife present: | 63 | 8 |
| With related children under 18 years: | 37 | 6 |
| Under 6 years only | 10 | 1 |
| Under 6 years and 6 to 17 years | 5 | 4 |
| 6 to 17 years only | 22 | 1 |
| No related children under 18 years | 26 | 2 |
| Female householder, no husband present: | 89 | 18 |
| With related children under 18 years: | 69 | 14 |
| Under 6 years only | 11 | 3 |
| Under 6 years and 6 to 17 years | 17 | 4 |
| 6 to 17 years only | 41 | 7 |
| No related children under 18 years | 20 | 4 |

U.S. Census Bureau Census 2000

HOLDER) [20] - Universe: Families with a

| Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---:|---:|---:|---:|
| 2,571 | 1,106 | 31 | 78 |
| 1,810 | 818 | 24 | 47 |
| 1,110 | 553 | 15 | 23 |
| 274 | 143 | 4 | 12 |
| 335 | 190 | 3 | 1 |
| 501 | 220 | 8 | 10 |
| 700 | 265 | 9 | 24 |
| 761 | 288 | 7 | 31 |
| 226 | 98 | 3 | 18 |
| 151 | 66 | 1 | 6 |
| 58 | 19 | 0 | 2 |
| 16 | 12 | 0 | 0 |
| 77 | 35 | 1 | 4 |
| 75 | 32 | 2 | 12 |
| 535 | 190 | 4 | 13 |
| 434 | 155 | 3 | 11 |
| 124 | 47 | 0 | 3 |
| 94 | 36 | 0 | 1 |
| 216 | 72 | 3 | 7 |
| 101 | 35 | 1 | 2 |

H11I. TOTAL POPULATION IN OCCUPIED HOUSING UNITS BY TENURE (WHITE ALO
Population in occupied housing units with a householder who is White alone, not Hispanic
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and co
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| | Delta County, Colorado |
|---|---|
| Total population in occupied housing units: | 23,759 |
| Owner occupied | 18,898 |
| Renter occupied | 4,861 |

U.S. Census Bureau Census 2000

NE, NOT HISPANIC OR LATINO HOUSEHOLDER) [3] - Universe:
or Latinc

unt corrections see

| Gunnison County, Colorado | Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado |
|---|---|---|---|
| 12,129 | 100,099 | 27,547 | 3,498 |
| 7,546 | 76,395 | 21,747 | 2,616 |
| 4,583 | 23,704 | 5,800 | 882 |

| San Miguel County, Colorado |
| --- |
| 6,006 |
| 3,427 |
| 2,579 |

H12H. AVERAGE HOUSEHOLD SIZE OF OCCUPIED HOUSING UNITS BY TENURE (HIS
Universe: Occupied housing units with a householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and cou
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| | Delta County, Colorado | Gunnison County, Colorado |
|---|---|---|
| Average household size-- | | |
| Total | 3.18 | 2.89 |
| Owner occupied | 3.28 | 2.95 |
| Renter occupied | 3.04 | 2.83 |

U.S. Census Bureau Census 2000

SPANIC OR LATINO HOUSEHOLDER) [3] -

nt corrections see

| Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---:|---:|---:|---:|
| 3.02 | 3.28 | 3.1 | 2.79 |
| 3.07 | 3.27 | 3.22 | 2.5 |
| 2.96 | 3.29 | 2.94 | 2.83 |

H15H. TENURE BY HOUSEHOLD SIZE (HISPANIC OR LATINO HOUSEHOLDER) [17] - Uni
householder who is Hispanic or Latino
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and count
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Delta County, Colorado | Gunnison County, Colorado |
|---|---|---|
| Total: | 836 | 201 |
| Owner occupied: | 503 | 93 |
| 1-person household | 55 | 17 |
| 2-person household | 149 | 33 |
| 3-person household | 97 | 14 |
| 4-person household | 92 | 14 |
| 5-person household | 59 | 6 |
| 6-person household | 31 | 7 |
| 7-or-more person household | 20 | 2 |
| Renter occupied: | 333 | 108 |
| 1-person household | 68 | 24 |
| 2-person household | 88 | 35 |
| 3-person household | 61 | 16 |
| 4-person household | 45 | 14 |
| 5-person household | 39 | 11 |
| 6-person household | 18 | 6 |
| 7-or-more person household | 14 | 2 |

U.S. Census Bureau Census 2000

iverse: Occupied housing units with a

corrections see

| Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---|---|---|---|
| 3,335 | 1,381 | 39 | 147 |
| 1,907 | 804 | 23 | 20 |
| 248 | 99 | 1 | 6 |
| 589 | 233 | 8 | 8 |
| 387 | 148 | 6 | 1 |
| 354 | 156 | 3 | 2 |
| 181 | 89 | 4 | 2 |
| 114 | 43 | 0 | 0 |
| 34 | 36 | 1 | 1 |
| 1,428 | 577 | 16 | 127 |
| 308 | 113 | 4 | 28 |
| 332 | 123 | 3 | 30 |
| 307 | 101 | 3 | 30 |
| 232 | 96 | 2 | 22 |
| 147 | 72 | 4 | 11 |
| 67 | 35 | 0 | 3 |
| 35 | 37 | 0 | 3 |

PCT15H. NONRELATIVES BY HOUSEHOLD TYPE (HISPANIC OR LATINO) [13] - Univers
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE:  For information on confidentiality protection, nonsampling error, definitions, and cou
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| | Delta County, Colorado | Gunnison County, Colorado |
|---|---|---|
| Total: | 152 | 101 |
| In family households: | 95 | 17 |
| Roomer or boarder | 15 | 6 |
| Housemate or roommate | 11 | 6 |
| Unmarried partner | 37 | 4 |
| Foster child | 6 | 0 |
| Other nonrelatives | 26 | 1 |
| In nonfamily households: | 57 | 84 |
| Roomer or boarder | 5 | 12 |
| Housemate or roommate | 23 | 48 |
| Unmarried partner | 18 | 11 |
| Foster child | 0 | 0 |
| Other nonrelatives | 11 | 13 |

U.S. Census Bureau Census 2000

se: Nonrelatives who are Hispanic or Latino

nt corrections see

| Mesa County, Colorado | Montrose County, Colorado | Ouray County, Colorado | San Miguel County, Colorado |
|---|---|---|---|
| 720 | 268 | 15 | 105 |
| 368 | 154 | 4 | 35 |
| 28 | 19 | 0 | 4 |
| 67 | 32 | 1 | 21 |
| 141 | 47 | 0 | 2 |
| 46 | 12 | 0 | 0 |
| 86 | 44 | 3 | 8 |
| 352 | 114 | 11 | 70 |
| 39 | 15 | 0 | 6 |
| 153 | 37 | 10 | 43 |
| 123 | 39 | 1 | 13 |
| 4 | 0 | 0 | 0 |
| 33 | 23 | 0 | 8 |