

THE WHITE HOUSE
WASHINGTON

# CLIMATE ACTION PLAN
## STRATEGY TO REDUCE METHANE EMISSIONS

MARCH 2014

**CLIMATE ACTION PLAN - STRATEGY TO REDUCE METHANE EMISSIONS**

## EXECUTIVE SUMMARY

Reducing methane emissions is a powerful way to take action on climate change; and putting methane to use can support local economies with a source of clean energy that generates revenue, spurs investment, improves safety, and leads to cleaner air. That is why in his Climate Action Plan, President Obama directed the Administration to develop a comprehensive, interagency strategy to cut methane emissions.

This document lays out that strategy – summarizing the sources of methane and trends in emissions; setting forth a plan to reduce both domestic and international methane emissions through incentive-based programs and the Administration's existing authorities; and, outlining the Administration's efforts to improve measurement of these emissions. This strategy also highlights examples of technologies and industry-led best practices that are already helping to cut methane emissions.

Today, methane accounts for nearly 9 percent of domestic greenhouse gas emissions. And although U.S. methane emissions have decreased by 11 percent since 1990, they are projected to increase through 2030 if additional action is not taken. As a key element of the Climate Action Plan, this strategy outlines new actions to reduce methane emissions. These actions will improve public health and safety while providing more energy to power our communities, farms, factories, and power plants. These steps will also make an important contribution to meeting the Administration goal of reducing U.S. greenhouse gas emissions in the range of 17 percent below 2005 levels by 2020. While the elements of the strategy will be further fleshed out in the coming months, Administration estimates show that steps along these lines could deliver greenhouse gas emissions reductions up to 90 million metric tons in 2020.

Through partnerships with industry, both at home and abroad, we have already demonstrated the technology and best practices to deliver substantial reductions in methane emissions. These cost-effective steps can deliver multiple benefits:

- *Economic Benefits:* Methane is the primary component of natural gas, so the recovery of methane that would otherwise be emitted can be productively used for power generation, heating or manufacturing. In addition, projects to reduce methane emissions can put people to work and spur investment in local economies.

- *Climate Change Benefits:* Every ton of methane in the atmosphere has a global warming effect that is more than 20 times greater than a ton of carbon dioxide. Thus, methane reductions yield important climate benefits, particularly in the near term.

- *Public Health:* Actions to reduce methane also improve the quality of the air we breathe. Methane is a contributor to ground level ozone, so cutting methane emissions reduces smog, which is associated with higher rates of asthma attacks. Moreover, methane is often co-emitted with volatile organic compounds, some of which are hazardous air

pollutants, and many measures can cost-effectively reduce both pollutants.

- *Safety:* Improved safety and reduced methane emissions go hand-in-hand, as in our natural gas transmission and distributions systems and coal mining industries.

**Reducing Methane Emissions**

The Administration is pursuing a targeted strategy that builds on progress to date and takes steps to further cut methane emissions from a number of key sources:

- **Landfills**: In the summer of 2014, the Environmental Protection Agency (EPA) will propose updated standards to reduce methane from new landfills and take public comment on whether to update standards for existing landfills. Through the Landfill Methane Outreach Program, EPA will further reduce methane emissions through voluntary programs – partnering with industry, state, and local leaders, many of whom are putting the methane waste to use powering their communities.

- **Coal Mines:** In April of 2014, the Interior Department's Bureau of Land Management (BLM) will release an Advanced Notice of Proposed Rulemaking (ANPRM) to gather public input on the development of a program for the capture and sale, or disposal, of waste mine methane on lands leased by the Federal government.  In addition, EPA will continue to partner with industry through its voluntary program to reduce institutional, technical, regulatory, and financial barriers to beneficial methane recovery and use at coal mines.

- **Agriculture:** In June, in partnership with the dairy industry, the US Department of Agriculture (USDA), EPA and the Department of Energy (DOE) will jointly release a "Biogas Roadmap" outlining voluntary strategies to accelerate adoption of methane digesters and other cost-effective technologies to reduce U.S. dairy sector greenhouse gas emissions by 25 percent by 2020. USDA and EPA will also continue to support biodigester technology deployment by providing financial and technical assistance through voluntary programs.

- **Oil and Gas:** Building on the success of voluntary programs and targeted regulations in reducing methane emissions from the oil and gas sector, the Administration will take new actions to encourage additional cost-effective reductions.  Key steps include:

  - In the spring of 2014, EPA will assess several potentially significant sources of methane and other emissions from the oil and gas sector.  EPA will solicit input from independent experts through a series of technical white papers, and in the fall of 2014, EPA will determine how best to pursue further methane reductions from these sources.  If EPA decides to develop additional regulations, it will complete those regulations by the end of 2016. Through the Natural Gas STAR program, EPA will work with the industry to expand voluntary efforts to reduce methane emissions.

o   Later this year, the BLM will propose updated standards to reduce venting and flaring from oil and gas production on public lands.

o   As part of the Quadrennial Energy Review, and through DOE-convened roundtables, the Administration will identify "downstream" methane reduction opportunities.

Beyond these actions to reduce domestic methane emissions, the United States is also helping partners around the world to reduce methane emissions, including through the Climate and Clean Air Coalition and the Global Methane Initiative.

**Improving Methane Measurement**

Methane emissions come from diverse sources and sectors of the economy, unevenly dispersed across the landscape.  These characteristics complicate measurement and attribution and lead to significant uncertainties in estimates of current and projected methane emissions. Better data collection and measurement will improve our understanding of methane sources and trends, and enable more effective management of opportunities to reduce methane emissions. Key steps under the strategy to improve data quality include:

- Developing new measurement technologies, including lower-cost emissions sensing equipment.

- Addressing areas of higher uncertainty in bottom-up inventories through additional data collection, direct emission measurements, and research and analysis.

- Enhancing top-down modeling and monitoring based on direct measurement of atmospheric concentrations.

## I.   SOURCES AND TRENDS IN METHANE EMISSIONS

Methane has a global warming potential more than 20 times greater than that of carbon dioxide, per metric ton; on this basis, emissions of methane from human-related sources were equivalent to approximately 560 million metric tons of carbon dioxide pollution in 2012 – making up nearly 9 percent of all the greenhouse gases emitted as a result of human activity in the United States[1]. Since 1990, methane emissions in the United States have decreased by 11 percent, even as many activities that can produce methane have increased. However, methane emissions are projected to increase to a level equivalent to over 620 million tons of carbon dioxide pollution in 2030 absent additional action to reduce emissions.  The main sources of human-related methane emissions are agriculture (36 percent), natural gas systems (23 percent), landfills (18 percent), coal mining (10 percent), petroleum systems (6 percent), and wastewater treatment (2 percent) [2].

## II.   REDUCING METHANE EMISSIONS

On June 25, 2013, the President issued a broad-based Climate Action Plan to cut the pollution that causes climate change and damages public health. The plan has three key pillars: cutting domestic greenhouse gas emissions, preparing the United States for the impacts of climate change, and continuing American leadership in international efforts to combat global climate change.

Low-cost technologies and best practices to recover methane and cut pollution are already widely available and used in key sectors.  In addition to taking on climate change, reducing methane emissions has many other benefits.  Recovered methane provides a local source of clean energy that can generate revenue and spur economic development.   Reducing methane emissions can also improve safety and reduce local air pollution and odors.  For example, landfill gas can be captured with collection systems and used for electricity generation or to provide fuel to a nearby factory.  Methane recovered from coal mine degasification systems can be sold to natural gas pipelines or used on site for process heat.  Methane generated from livestock manure can be captured through the use of biodigesters and used to generate electricity, avoiding fuel costs or providing a source of additional revenue.  Methane that is vented or leaked from oil and natural gas production or processing facilities can be recovered through upgraded equipment and management practices that improve the company's bottom line.

This section outlines cost-effective opportunities to reduce methane emissions in four key sectors of our economy.  It highlights new Administration actions to encourage voluntary emissions reductions and to set new standards where appropriate.  The section also features key public-private sector initiatives that are cutting methane emissions or improving our understanding about specific sources of emissions. Finally, this section describes key U.S. efforts in helping

---

[1] Estimates of methane's potency as a greenhouse gas in this document use 100-year global warming potential values from the Second Assessment Report of the Intergovernmental Panel on Climate Change, as required by international reporting standards.

[2] These estimates are based on the Draft *Inventory of U.S. Greenhouse Gas Emissions and Sinks:  1990-2012*, EPA, February 2014. The draft 2014 GHG Inventory (calculating emissions from 1990 through 2012) includes several updates to the methane numbers.  As a result of the recalculations, in the draft 2014 Inventory, the total methane emissions estimate decreased by about 4 percent from the previous estimate.

international partners to reduce their methane emissions.

## Reducing Emissions from Landfills

Municipal solid waste landfills are the third-largest source of human-related methane emissions in the United States, accounting for approximately 18 percent of methane emissions in 2012, equivalent to approximately 100 million metric tons of carbon dioxide pollution. Instead of allowing landfill gas to escape into the air, there is an opportunity to capture this gas and use it as a source of clean energy. In fact, standards and programs already in place have reduced landfill emission considerably, while creating jobs and improving public health. The Administration is committed to further reducing landfill emissions and tapping this important energy resource:

- **Updating Common Sense Rules to Reduce Landfill Emissions**: EPA will release a proposed update to its current standards for new municipal solid waste landfills in the summer of 2014, including assessing opportunities for further minimizing emissions when landfills are built or modified. Since there may be an even bigger opportunity for reducing methane emissions at existing landfills, EPA will also issue an Advanced Notice of Proposed Rulemaking (ANPRM) by June 2014 to engage industry and stakeholders on a range of approaches for cutting methane-rich landfill gases currently being emitted by existing facilities.

> **Case Study: Blue Ridge Renewable Energy Plant in Pennsylvania**
>
> In a true private-public partnership, landfill gas supplier IESI Blue Ridge Landfill, power purchaser Borough of Chambersburg and project developer PPL Renewable Energy (PPLRE) worked closely together to bring this 6.4-megawatt landfill gas electricity project online after only seven months of construction. In addition to designing, constructing, owning, and operating the LFG electricity plant at the landfill, PPLRE designed, permitted, and built the dedicated, 4-mile Express Generator Feeder from the plant to the Borough's Cree substation. Coming full circle, waste that Borough residents and businesses deposited in the landfill now supplies about 15 percent of its 11,000 customers' electric needs, plus the Borough was able to decrease the price of electricity those customers pay. In addition, the project generates 50,000 renewable energy credits annually toward meeting the state renewable energy goal.

- **Enhancing Landfill Gas-to-Energy Projects**: EPA will continue to work with municipalities and landfill owners to advance cost-effective voluntary energy recovery projects at landfills through the Landfill Methane Outreach Program.

- **Reducing Landfill Waste:** Through the U.S. Food Waste Challenge, the USDA and EPA are challenging producers, processors, manufacturers, retailers, communities, and other government agencies to help reduce, recover, or recycle food waste. Less waste in our landfills, means less methane emissions, a win-win.

## Capturing Methane Emissions from Coal Mining

In 2012, 10 percent of human-related methane emissions came from the coal mining sector, equivalent to 56 million tons of carbon dioxide pollution. When recovered safely, coal mine methane can be a valuable, clean-burning source of energy. One of the most important co-benefits to reducing methane emissions at coal mines is increasing mine safety since uncontrolled methane emissions can cause fires and explosions. To further reduce coal mine

methane emissions, the Department of Interior's BLM and the Environmental Protection Agency will take actions in two key areas:

- **Establishing a Program to Reduce Waste Coal Mine Emissions on Public Lands**: The BLM will release an Advanced Notice of Proposed Rulemaking (ANPRM) in April 2014, to solicit public input on the development of a program for the capture, sale, or disposal of waste mine methane from Federal coal leases and Federal leases for other solid minerals.  The ANPRM will seek public input on preferred technology options for methane capture, whether the BLM should promote partnerships to capture or destroy waste mine methane, and how the agency could encourage cost-effective capture of methane from coal mines.

- **Overcoming Barriers to Reducing Coal Mining Emissions:** Since the Coalbed Methane Outreach Program's launch in 1994, the coal mining industry has nearly doubled its total methane recovery and use.  Currently, over 20 mines have installed methane degasification systems. The EPA will continue to work with industry through this voluntary program to encourage recovery and beneficial use of methane by helping to overcome institutional, technical, regulatory, and financial barriers. The EPA will also continue to coordinate with the Department of Labor's Mine Safety and Health Administration to ensure that implementation of methane recovery projects at coal mines is consistent with all applicable safety standards and with the BLM's efforts to facilitate coalbed methane capture and use on Federal lands.

## Reducing Emissions from Agriculture

Thirty six percent of human-related methane emissions come from the agricultural sector in the United States, equivalent to over 200 million tons of carbon pollution.  This strategy addresses emissions from agriculture exclusively through voluntary actions, not through regulations. The most important voluntary opportunities are through manure management with anaerobic digestion and biogas utilization. Biogas systems are proven and effective technology to process organic waste and generate renewable energy. They can reduce the risk of potential air and water quality issues while providing additional revenue for the operation. Yet, there are still relatively few digesters in operation on farms across America. To encourage adoption of this technology, the Administration is committed to promoting additional, cost-effective actions to reduce methane emissions through voluntary partnerships and programs, including:

- **Developing a Biogas Roadmap**: This June, in partnership with the dairy industry, USDA, EPA and DOE will jointly release a Biogas Roadmap outlining voluntary strategies to accelerate the adoption of biogas systems and other cost-effective technologies to reduce greenhouse gas emissions.  This work will support the U.S. dairy industry goal to reduce greenhouse gas emissions by 25 percent by the year 2020 for the entire value chain.

- **Enhancing Biogas System Deployment**: USDA will continue to support biogas system deployment by providing financial and technical assistance through the Natural Resources Conservation Service's Environmental Quality Incentive Program and Rural Development's Rural Energy for America Program, Bioenergy Program for Advanced Biofuels, and Biorefinery Assistance Program. The Natural Resources Conservation Service Conservation's Innovation Grants program is already catalyzing reductions in methane emissions through projects on rice cultivation and manure management. Through the AgSTAR program, EPA and USDA will continue working together to overcome barriers to expanding the use of agricultural biogas systems, and provide a forum for industry and other stakeholders to access information.

> **The Dairy Innovation Center "Dairy Power" Project**
>
> The Innovation Center for U.S. Dairy's "Dairy Power™ "project is focused on realizing the significant potential of anaerobic digester systems that can produce clean energy and value-added products, generate revenue for dairy producers and create jobs. The Dairy Power project report findings show a $3 billion market potential through the products and co-products developed by mature digester systems that process manure and commercial food waste, with additional value for potential nutrient trading markets, and renewable energy and low-carbon energy production incentives.

## Reducing Methane Emissions from the Oil and Natural Gas Sectors

In 2012, 28 percent of methane emissions were attributed to the oil and natural gas sectors. Methane equivalent to 127 million tons of carbon dioxide pollution was emitted from production, processing, transmission, storage, and distribution of natural gas. Methane equivalent to 32 million tons of carbon dioxide pollution was emitted from production and refining, of oil. Within the natural gas industry, approximately 31 percent of this methane came from production sources, 15 percent from processing, 34 percent from the transmission and storage, and 20 percent from distribution. As our use of natural gas in manufacturing, transportation, and power generation increases – creating jobs, reducing costs, cutting carbon pollution, and reducing dependence on foreign oil in our nation – we must continue to build on progress in reducing methane emissions from this vital sector of our economy.

There are cost-effective technologies and best management practices to capture methane from venting and leaks across the entire oil and natural gas value chain.  These range from equipment upgrades or replacements, to process or operational changes. Building on progress to date, the Administration will undertake new steps, including:

- **Working with States:** States are the primary regulators of many aspects of oil and gas production activities and the distribution of natural gas.  DOE and EPA will continue to provide technical assistance in support of effective state policy actions to reduce emissions, and to encourage broader adoption of proven mitigation strategies.

- **Building on Common-Sense Federal Standards**: Since 2012, the EPA has taken a series of steps to address air pollution from the oil and gas sector. On April 17, 2012, the EPA issued final regulations to reduce the emissions of volatile organic compounds (VOCs), some of which are hazardous air pollutants, establishing, among other things, the first Federal air pollution standards for natural gas wells that are hydraulically

fractured, along with requirements for other sources, such as compressors, that were not previously regulated at the Federal level. Although these regulations targeted VOCs, they also reduced methane emissions substantially. EPA estimates that when fully implemented in 2015, the 2012 rules will decrease methane equivalent to 33 million tons of carbon pollution per year. Going forward, the EPA will deploy a carefully selected combination of policy tools to maximize cost-effective methane and VOC reductions from the oil and gas sector.

During the spring of 2014, the EPA will release a series of white papers on several potentially significant sources of methane in the oil and gas sector and solicit input from independent experts. The papers will focus on technical issues, covering emissions and control technologies that target both VOC and methane —with particular focus on oil and co-producing wells, liquids unloading, leaks, pneumatic devices and compressors. The agency will use these technical documents to solidify its understanding of these potentially significant sources of methane. This robust technical understanding will allow the agency to fully evaluate the range of policy mechanisms that will cost-effectively cut methane waste and emissions. The EPA will make peer reviewer comments available this summer. This fall, the EPA will determine what if any regulatory authorities, including setting standards under section 111 of the Clean Air Act or issuing Control Techniques Guidelines under section 182 of the Act, the agency will apply to emissions from these sources. If the agency determines to follow a regulatory course of action, it will undertake a schedule that will ensure that both rulemaking and any ensuing regulatory requirements for the states are completed by the end of 2016.

- **Enhanced Partnerships and Stakeholder Engagement:** The Administration will work collaboratively with key stakeholders to reduce methane emissions from natural gas systems.

  o In coordination with the Executive Office of the President and other Federal agencies, Secretary of Energy Ernest Moniz hosted a roundtable discussion on March 19, 2014 with leaders from industry, state governments, academic researchers, non-governmental organizations, and labor. DOE will sponsor additional roundtable discussions with stakeholders, with the primary objective of accelerating the adoption of best practices for reducing methane emissions from natural gas systems. Through these DOE roundtables the Administration also aims to:
    - Promote a common understanding of methane emissions from natural gas systems and related abatement opportunities.
    - Develop strategies for cost-effectively reducing methane emissions from processing, transmission and storage and distribution segments of the supply chain.
    - Catalyze greater action and engagement by policymakers at all levels of government, and encourage industry to embrace a common vision, including through participation in existing voluntary programs.

  o EPA will take steps to bolster its voluntary Natural Gas STAR Program, which has already identified over 50 cost-effective technologies and practices that reduce or

avoid methane emissions, by eliciting more robust industry commitments while enhancing transparency and accountability. In the spring of 2014, EPA will begin to engage the industry, states, and other key stakeholders on ways to enhance this program, and will formally launch the new partnership by the end of 2014.

- **Minimizing Venting and Flaring on Public Lands:** DOI's Office of Inspector General and the U.S. Government Accountability Office have both criticized BLM's outdated requirements governing venting and flaring for wasting Federal gas resources and associated royalties to the American taxpayer. To reduce the loss of natural gas through the venting or flaring of methane produced from Federal and Indian oil and gas leases, the BLM will develop a draft rule, known informally as Onshore Order 9, and anticipates releasing this proposed rule later this year. To aid in the development of the rule, DOI has begun outreach to tribes, industry and other stakeholders.

> **Reducing Downstream Emissions**
>
> Safety is a top priority for natural gas distribution companies and state regulators. Thirty-eight states have some form of accelerated infrastructure replacement cost recovery program in place. Many companies are working with their state regulators to accelerate the modernization, replacement and expansion of the nation's natural gas pipeline system. These efforts to enhance safety also put people to work and reduce methane emissions. Several cooperative efforts are also underway. A group of 13 American Gas Association members are working with the Environmental Defense Fund on a project to improve measurement of methane emissions from natural gas distribution systems. In addition, the Natural Gas Downstream Initiative, a group of natural gas utilities, is collaborating to address key technical and regulatory factors affecting methane emission reduction opportunities from natural gas distribution systems. Through the initiative, partners are working to identify and encourage programs that accelerate investments in infrastructure and promote outstanding operations, including modernizing their systems and utilizing next generation technologies. The initiative is focused on opportunities that can substantially reduce methane emissions and support safe, reliable and cost-effective service. Current partners include Consolidated Edison Company of New York, National Grid, Pacific Gas & Electric Company, Public Service Electric and Gas Company, and Xcel Energy.

- **Identifying Policy Recommendations for Reducing Emissions from Energy Infrastructure**: The first installment of the Quadrennial Energy Review (QER), to be released in January of 2015, will recommend actions that industry, and Federal and state governments can take to improve the performance of our energy transmission, storage and distributions systems. Building on the DOE roundtables, the QER will evaluate methane emissions abatement opportunities from the processing, transmission, storage and distribution segments of the natural gas supply chain. To help identify the most cost-effective mitigation options, DOE's Office of Energy Policy and Systems Analysis will work with the National Labs and EPA to evaluate technology cost estimates developed by NGOs and industry, and combine analysis with associated emissions data, recently updated by EPA.

- **Supporting Development of New Technologies to Reduce Emissions:** DOE will support the development of new technologies to enable more cost-effective emission reductions through several programs:

- o  In December 2013, the DOE made up to $8 billion in loan guarantee authority available for a wide array of advanced fossil energy projects under its Section 1703 loan guarantee program.  Innovative technologies to reduce methane emissions from the coal mining and oil and gas sectors is one specific focus of this initiative, which will include regular solicitations for new loan applications.

- o  The 2015 Budget proposes a new $4.7 million DOE program to speed development of technologies for leak detection and monitoring, pipeline leak repair without having to evacuate gas from the pipelines, smart pipeline sensors, and compressor controls. The program will be aimed at accelerating the commercialization of advanced pipeline inspection technologies.  For example smart sensors could be distributed within the pipeline network and provide real-time continuous tracking of gas volumes and pipeline internal conditions.

- **Continuing to Prioritize Pipeline Safety**: The Pipeline and Hazardous Materials Safety Administration (PHMSA) will continue monitoring natural gas pipeline systems for safety, including requiring pipeline operators to take steps to eliminate leaks and prevent accidental releases of methane. Through this effort PHMSA has conducted a survey to evaluate each states progress to replace old, high-risk cast iron pipelines in their systems with new technologies that reduce leakage and accidental releases of methane over time.

## U.S. Leadership in Reducing Global Methane Emissions

Methane accounts for approximately 15 percent of global annual greenhouse gas emissions. The United States is the recognized global leader in helping partners around the world to reduce methane emissions, including through the following two key actions:

- **Spearheading Key Initiatives in the Climate and Clean Air Coalition:** As a founding partner of the Climate and Clean Air Coalition to Reduce Short-Lived Climate Pollutants (CCAC) – which now includes nearly 40 country partners and key actors like the World Bank, UN Environment Programme, and World Health Assembly – the United States is helping to spearhead initiatives to across key sectors:

- o  The CCAC Municipal Solid Waste Initiative is currently working with 26 cities in Africa, Asia and Latin America to develop sustainable municipal solid waste practices to reduce methane emissions from landfills and improve air quality, public health, and the environment.  To scale-up and replicate these efforts, the initiative is helping to build the capacity of national governments; has created a global city network that promotes peer-to-peer learning and sharing of best practices; and is developing innovative, sustainable financing solutions.

- o  The recently-launched CCAC Agriculture Initiative will promote improved manure management and rice cultivation practices through new global knowledge platforms, regional centers providing targeted assistance, and support to national and local early adopters of policies and technologies to catalyze large-scale practice change.  This effort will not only reduce methane emissions and local pollution from the agriculture sector, it will also increase food security and productivity.

o   The United States is working with international and corporate partners to launch the CCAC Oil and Gas Methane Partnership in 2014 with an initial group of oil and gas companies agreeing to systematically survey, report, and reduce methane emissions across a range of their participating operations.  Participating companies will deploy proven and cost-effective technologies and practices across the largest sources of methane emissions in the oil and gas sector.

- Leveraging U.S. Technical Expertise through the Global Methane Initiative: Through the Global Methane Initiative (GMI), the United States leverages U.S. technical expertise to help partners around the world substantially reduce their methane emissions in five key sectors: agriculture; coal mines; municipal solid waste; oil and gas systems; and municipal wastewater.  GMI is a public-private initiative with 43 partner countries, including all of the top 10 leading methane emitters, and over 1,000 members of the Project Network, including private sector, nongovernmental organizations, and multilateral organizations such as the World Bank, the Asian Development Bank, and the Inter-American Development Bank.  GMI advances cost-effective, near-term methane recovery and use as a clean energy source, with a proven track record of helping to reduce methane emissions of over 220 million metric tons carbon dioxide since 2004, and identifying additional potential reductions that can be achieved cost-effectively.  GMI has also developed a suite of tools and resources to help overcome barriers to methane capture and recovery and has built institutional capacity in Partner countries to ensure the long-term success of these efforts.  These projects reduce greenhouse gas emissions in the near term and provide important environmental, safety, and economic co-benefits.  The EPA is the lead agency from the U.S. Government and coordinates with the Department of State, Department of Energy, Department of Agriculture, USAID, and the Trade and Development Agency.

> **NGO-Industry Cooperative Research Initiative**
>
> In 2012, Environmental Defense Fund kicked off a series of studies — collaborating with more than 90 academic, research and industry partners — to better understand how much and from where methane is lost from the natural gas system today.
>
> This project is investigating emissions from five key areas that make up the natural gas supply chain: production, gathering lines and processing facilities, long-distance pipelines and storage, local distribution and commercial trucks and refueling stations. The initiative includes 16 independent projects, all expected to be completed by the end of 2014.

## III.   IMPROVING MEASUREMENT OF METHANE SOURCES AND EMISSIONS

Our current understanding of methane sources and trends supports the steps to reduce emissions outlined in this strategy.  At the same time, sharpening our ability to measure emissions will enable more targeted efforts in the future.  For this reason, in addition to identifying technologies and best practices for reducing emissions, the Climate Action Plan also calls for an assessment of current methane emissions data.  Unlike carbon dioxide, where emissions are easily estimated from well-tracked energy statistics, many sources of methane are more diffuse, not systematically tracked by statistics agencies, and thus considerably more uncertain.

**Methods for Measuring Methane Emissions**
The measurement and estimation of methane emissions currently occurs in two primary ways: through "bottom-up" greenhouse gas inventories, which focus on the specific source or activity causing the emissions, and through "top-down" methods that infer emissions from measurements of atmospheric methane concentrations.  Each approach has different strengths, weaknesses, and uncertainties, and they play complementary roles.  Bottom-up inventories provide the foundation for policy and programs and top-down approaches are utilized for independent validation and overall assessments of the efficacy of national and international efforts to reduce methane in the atmosphere.

Nationally, emissions are tracked by the EPA through a bottom-up inventory, the U.S. Greenhouse Gas Inventory (GHGI), a document all parties to the UN Framework Convention on Climate Change (UNFCCC) are required to produce. A suite of methods for such inventories are published by the Intergovernmental Panel on Climate Change and generally consist of statistical approaches involving activity factors (*e.g.*, number of gas wells, number of landfills), emissions factors (*e.g.*, methane emissions per gas well, methane emissions per landfill), and reductions data (*e.g.*, counts of devices or practices that reduce methane emissions, such as flares and anaerobic digesters).  The quality of methane data for some sources in the GHGI can be highly variable, and consequently, emissions estimates for some sources entail considerable uncertainty.

The GHGI is also beginning to be supplemented by new data from the Greenhouse Gas Reporting Program (GHGRP), a congressionally mandated EPA program requiring large emitters of GHGs from many sectors to estimate and report their emissions to EPA. Methane data are now available for several important sectors (*i.e.*, landfills, petroleum and natural gas systems, underground coal mines, and industrial wastewater systems) and are generally consistent with the GHGI, although more analysis is planned.

In addition to estimating human-related emissions using bottom-up statistical approaches, aggregate emissions can be inferred using top-down atmospheric models and measured concentrations of methane in the atmosphere.  Atmospheric methane concentrations are sampled in the United States, as well as globally, by a variety of instruments on towers, ships, and aircraft. The network is adequate to estimate average global emissions, but it lacks the density to quantify emissions in all regions or to systematically identify emissions sources.

In sum, bottom-up methods are necessary to characterize emissions sources with precision, which is critical for designing mitigation strategies. Top-down methods, while they cannot generally perform such attribution with high confidence, can help to validate bottom-up estimates using measured values and can help to identify emissions 'hot spots' for closer measurement.

**Key Actions to Improve Methane Emissions Measurement and Monitoring**
Administration efforts to improve U.S. methane measurement support two broad goals: 1) improving the bottom-up emissions data relevant for mitigation; and, 2) advancing the science and technology for monitoring and validating atmospheric concentrations. Within these broad goals, improvement opportunities exist across input data (*i.e.*, emissions factors, activity factors, and reductions data), atmospheric observations data, and the science needed to bridge between

atmospheric observations and bottom-up emissions data (*i.e.*, monitoring and validation science). Federal agencies are already investing in related enhancements, and this strategy announces several critical new activities to further improve methane emissions measurement Examples of both include:

- **Encouraging the Development of Cost-Effective Measurement Technologies**: DOE's ARPA-E program is preparing a new methane program that will fund technologies to deliver an order-of-magnitude reduction on the cost of methane sensing, thus facilitating much wider deployment throughout all segments of natural gas systems.

- **Enhancing the US Greenhouse Gas Inventory**: EPA will continue to update and enhance the data published in its annual GHGI as new scientific evidence and data sources emerge.  EPA will also continue to use the data collected through the GHGRP to improve the GHGI, particularly for the petroleum, natural gas, coal mining, and landfill sectors. This data will improve as additional reporting of inputs to emissions equations began in 2013 and, in 2015, EPA also plans to make ongoing improvements to the GHGRP regulatory requirements for petroleum and natural gas systems. In March 2014, EPA proposed revisions to GHGRP calculation methods, monitoring and data reporting requirements that would enhance the clarity and consistency of the reported data from petroleum and natural gas systems, such as for liquids unloading, completions and workovers, and compressors. The EPA will continue to review regulatory requirements to address potential gaps in coverage, improve methods, and help ensure high quality data reporting. DOE and USDA will also provide support to improve emissions factors.  EPA efforts to improve the GHGI will promote transparency and stakeholder input by means of annual expert, public and international review periods.

- **Building our National Methane Monitoring Network:** National Oceanic and Atmospheric Administration (NOAA) scientists maintain a network of methane monitoring sites in the United States, including tall towers, periodic aircraft measurements, and surface measurements. NOAA  has also conducted periodic aircraft-based methane measurements in six major U.S. oil and gas production regions. At its current funding level, this Carbon Observation and Analysis Program provides the minimum needed for climate modeling.  To expand capabilities, the President's budget requests $8 million above current funding of $6.5 million for this program to:
  - Add 6 tall towers to the network, increasing the network to 14;
  - Enhance the measurement capabilities of all 14 towers;
  - Triple the frequency of aircraft-based observations.

- **Improving Local & Regional Emissions Modeling:** As part of DOE's ongoing unconventional gas program, DOE is funding two projects - one at Pennsylvania State University and one at  Carnegie Mellon University - using tracer release methods and tower, automobile, aircraft monitoring, and other methods to measure and model methane emissions from the Marcellus region in Pennsylvania. A regional inventory of other methane sources including landfills, wetlands, water treatment facilities, and agriculture sources will also be obtained. The project is scheduled to begin in 2015 and end in 2017. Additionally, NASA's Jet Propulsion Laboratory JPL, is carrying out a Carbon in Arctic

Reservoirs Vulnerability Experiment, which includes regular monitoring of methane concentrations over Alaska's North Slope.

- **Improving Global Emissions Monitoring and Estimates:** EPA is collecting emissions reduction data through the Global Methane Initiative.  EPA will also continue to update and publish detailed estimates and projections of global human-related non-$CO_2$ greenhouse gas emissions, and the mitigation potential from these sources. DOE's Atmospheric Radiation Measurement Climate Research Facility is making long-term methane flux measurements at multiple permanent locations around the world. NOAA runs the largest global network of GHG measurements and works closely with international partners and the World Meteorological Organization to ensure global measurements of GHG concentrations, including methane, are standardized.  NOAA also consolidates data from this global network and releases the data to the public. Other Federal agencies (e.g. NASA and DOE) also contribute to these networks. NASA and the National Institute of Standards and Technology are helping to fund the Megacities Carbon Project, an international research effort to develop and demonstrate a scientifically robust capability to measure multi-year emission trends of $CO_2$, methane, and carbon monoxide attributed to individual megacities and selected major sectors in those cities. In addition, USDA's Forest Service is working with international partners, universities and the USAID on international efforts that monitor methane on sites in Mexico, Ecuador, Colombia, and Peru.




United Nations

**FCCC**/CP/2015/L.9

Framework Convention on
Climate Change

Distr.: Limited
12 December 2015

Original: English

---

**Conference of the Parties**
**Twenty-first session**
**Paris, 30 November to 11 December 2015**

Agenda item 4(b)
**Durban Platform for Enhanced Action (decision 1/CP.17)**
**Adoption of a protocol, another legal instrument, or an**
**agreed outcome with legal force under the Convention**
**applicable to all Parties**

# ADOPTION OF THE PARIS AGREEMENT

## Proposal by the President

## Draft decision -/CP.21

The *Conference of the Parties*,

*Recalling* decision 1/CP.17 on the establishment of the Ad Hoc Working Group on the Durban Platform for Enhanced Action,

*Also recalling* Articles 2, 3 and 4 of the Convention,

*Further recalling relevant* decisions of the Conference of the Parties, including decisions 1/CP.16, 2/CP.18, 1/CP.19 and 1/CP.20,

*Welcoming* the adoption of United Nations General Assembly resolution A/RES/70/1, "Transforming our world: the 2030 Agenda for Sustainable Development", in particular its goal 13, and the adoption of the Addis Ababa Action Agenda of the third International Conference on Financing for Development and the adoption of the Sendai Framework for Disaster Risk Reduction,

*Recognizing* that climate change represents an urgent and potentially irreversible threat to human societies and the planet and thus requires the widest possible cooperation by all countries, and their participation in an effective and appropriate international response, with a view to accelerating the reduction of global greenhouse gas emissions,

*Also recognizing* that deep reductions in global emissions will be required in order to achieve the ultimate objective of the Convention and emphasizing the need for urgency in addressing climate change,

*Acknowledging* that climate change is a common concern of humankind, Parties should, when taking action to address climate change, respect, promote and consider their respective obligations on human rights, the right to health, the rights of indigenous peoples,

GE.15-21930(E)
**\*1521930\***


Please recycle


local communities, migrants, children, persons with disabilities and people in vulnerable situations and the right to development, as well as gender equality, empowerment of women and intergenerational equity,

*Also acknowledging* the specific needs and concerns of developing country Parties arising from the impact of the implementation of response measures and, in this regard, decisions 5/CP.7, 1/CP.10, 1/CP.16 and 8/CP.17,

*Emphasizing* with serious concern the urgent need to address the significant gap between the aggregate effect of Parties' mitigation pledges in terms of global annual emissions of greenhouse gases by 2020 and aggregate emission pathways consistent with holding the increase in the global average temperature to well below 2 °C above pre-industrial levels and pursuing efforts to limit the temperature increase to 1.5 °C,

*Also emphasizing* that enhanced pre-2020 ambition can lay a solid foundation for enhanced post-2020 ambition,

*Stressing* the urgency of accelerating the implementation of the Convention and its Kyoto Protocol in order to enhance pre-2020 ambition,

*Recognizing* the urgent need to enhance the provision of finance, technology and capacity-building support by developed country Parties, in a predictable manner, to enable enhanced pre-2020 action by developing country Parties,

*Emphasizing* the enduring benefits of ambitious and early action, including major reductions in the cost of future mitigation and adaptation efforts,

*Acknowledging* the need to promote universal access to sustainable energy in developing countries, in particular in Africa, through the enhanced deployment of renewable energy,

*Agreeing* to uphold and promote regional and international cooperation in order to mobilize stronger and more ambitious climate action by all Parties and non-Party stakeholders, including civil society, the private sector, financial institutions, cities and other subnational authorities, local communities and indigenous peoples,

# I.   ADOPTION

1.      *Decides* to adopt the Paris Agreement under the United Nations Framework Convention on Climate Change (hereinafter referred to as "the Agreement") as contained in the annex;

2.      *Requests* the Secretary-General of the United Nations to be the Depositary of the Agreement and to have it open for signature in New York, United States of America, from 22 April 2016 to 21 April 2017;

3.      *Invites* the Secretary-General to convene a high-level signature ceremony for the Agreement on 22 April 2016;

4.      *Also invites* all Parties to the Convention to sign the Agreement at the ceremony to be convened by the Secretary-General, or at their earliest opportunity, and to deposit their respective instruments of ratification, acceptance, approval or accession, where appropriate, as soon as possible;

5.      *Recognizes* that Parties to the Convention may provisionally apply all of the provisions of the Agreement pending its entry into force, and *requests* Parties to provide notification of any such provisional application to the Depositary;

6.      *Notes* that the work of the Ad Hoc Working Group on the Durban Platform for Enhanced Action, in accordance with decision 1/CP.17, paragraph 4, has been completed;

7.      *Decides* to establish the Ad Hoc Working Group on the Paris Agreement under the same arrangement, *mutatis mutandis*, as those concerning the election of officers to the Bureau of the Ad Hoc Working Group on the Durban Platform for Enhanced Action;[1]

8.      *Also decides* that the Ad Hoc Working Group on the Paris Agreement shall prepare for the entry into force of the Agreement and for the convening of the first session of the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement;

9.      *Further decides* to oversee the implementation of the work programme resulting from the relevant requests contained in this decision;

10.     *Requests* the Ad Hoc Working Group on the Paris Agreement to report regularly to the Conference of the Parties on the progress of its work and to complete its work by the first session of the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement;

11.     *Decides* that the Ad Hoc Working Group on the Paris Agreement shall hold its sessions starting in 2016 in conjunction with the sessions of the Convention subsidiary bodies and shall prepare draft decisions to be recommended through the Conference of the Parties to the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement for consideration and adoption at its first session;

## II.   INTENDED NATIONALLY DETERMINED CONTRIBUTIONS

12.     *Welcomes* the intended nationally determined contributions that have been communicated by Parties in accordance with decision 1/CP.19, paragraph 2(b);

13.     *Reiterates* its invitation to all Parties that have not yet done so to communicate to the secretariat their intended nationally determined contributions towards achieving the objective of the Convention as set out in its Article 2 as soon as possible and well in advance of the twenty-second session of the Conference of the Parties (November 2016) and in a manner that facilitates the clarity, transparency and understanding of the intended nationally determined contributions;

14.     *Requests* the secretariat to continue to publish the intended nationally determined contributions communicated by Parties on the UNFCCC website;

15.     *Reiterates* its call to developed country Parties, the operating entities of the Financial Mechanism and any other organizations in a position to do so to provide support for the preparation and communication of the intended nationally determined contributions of Parties that may need such support;

16.     *Takes note* of the synthesis report on the aggregate effect of intended nationally determined contributions communicated by Parties by 1 October 2015, contained in document FCCC/CP/2015/7;

17.     *Notes* with concern that the estimated aggregate greenhouse gas emission levels in 2025 and 2030 resulting from the intended nationally determined contributions do not fall within least-cost 2 °C scenarios but rather lead to a projected level of 55 gigatonnes in 2030, and *also notes* that much greater emission reduction efforts will be required than those associated with the intended nationally determined contributions in order to hold the increase in the global average temperature to below 2 °C above pre-industrial levels by reducing emissions to 40 gigatonnes or to 1.5 °C above pre-industrial levels by reducing to a level to be identified in the special report referred to in paragraph 21 below;

---

[1]   Endorsed by decision 2/CP.18, paragraph 2.

18.     *Also notes, in this context,* the adaptation needs expressed by many developing country Parties in their intended nationally determined contributions;

19.     *Requests* the secretariat to update the synthesis report referred to in paragraph 16 above so as to cover all the information in the intended nationally determined contributions communicated by Parties pursuant to decision 1/CP.20 by 4 April 2016 and to make it available by 2 May 2016;

20.     *Decides* to convene a facilitative dialogue among Parties in 2018 to take stock of the collective efforts of Parties in relation to progress towards the long-term goal referred to in Article 4, paragraph 1, of the Agreement and to inform the preparation of nationally determined contributions pursuant to Article 4, paragraph 8, of the Agreement;

21.     *Invites* the Intergovernmental Panel on Climate Change to provide a special report in 2018 on the impacts of global warming of 1.5 °C above pre-industrial levels and related global greenhouse gas emission pathways;

# III.  DECISIONS TO GIVE EFFECT TO THE AGREEMENT

*MITIGATION*

22.     *Invites* Parties to communicate their first nationally determined contribution no later than when the Party submits its respective instrument of ratification, accession, or approval of the Paris Agreement. If a Party has communicated an intended nationally determined contribution prior to joining the Agreement, that Party shall be considered to have satisfied this provision unless that Party decides otherwise;

23.     *Urges* those Parties whose intended nationally determined contribution pursuant to decision 1/CP.20 contains a time frame up to 2025 to communicate by 2020 a new nationally determined contribution and to do so every five years thereafter pursuant to Article 4, paragraph 9, of the Agreement;

24.     *Requests* those Parties whose intended nationally determined contribution pursuant to decision 1/CP.20 contains a time frame up to 2030 to communicate or update by 2020 these contributions and to do so every five years thereafter pursuant to Article 4, paragraph 9, of the Agreement;

25.     *Decides* that Parties shall submit to the secretariat their nationally determined contributions referred to in Article 4 of the Agreement at least 9 to 12 months in advance of the relevant meeting of the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement with a view to facilitating the clarity, transparency and understanding of these contributions, including through a synthesis report prepared by the secretariat;

26.     *Requests* the Ad Hoc Working Group on the Paris Agreement to develop further guidance on features of the nationally determined contributions for consideration and adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session;

27.     *Agrees* that the information to be provided by Parties communicating their nationally determined contributions, in order to facilitate clarity, transparency and understanding, may include, as appropriate, inter alia, quantifiable information on the reference point (including, as appropriate, a base year), time frames and/or periods for implementation, scope and coverage, planning processes, assumptions and methodological approaches including those for estimating and accounting for anthropogenic greenhouse gas emissions and, as appropriate, removals, and how the Party considers that its nationally determined contribution is fair and ambitious, in the light of its national circumstances, and

how it contributes towards achieving the objective of the Convention as set out in its Article 2;

28. *Requests* the Ad Hoc Working Group on the Paris Agreement to develop further guidance for the information to be provided by Parties in order to facilitate clarity, transparency and understanding of nationally determined contributions for consideration and adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session;

29. *Also requests* the Subsidiary Body for Implementation to develop modalities and procedures for the operation and use of the public registry referred to in Article 4, paragraph 12, of the Agreement, for consideration and adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session;

30. *Further requests* the secretariat to make available an interim public registry in the first half of 2016 for the recording of nationally determined contributions submitted in accordance with Article 4 of the Agreement, pending the adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement of the modalities and procedures referred to in paragraph 29 above;

31. *Requests* the Ad Hoc Working Group on the Paris Agreement to elaborate, drawing from approaches established under the Convention and its related legal instruments as appropriate, guidance for accounting for Parties' nationally determined contributions, as referred to in Article 4, paragraph 13, of the Agreement, for consideration and adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session, which ensures that:

(a)    Parties account for anthropogenic emissions and removals in accordance with common methodologies and metrics assessed by the Intergovernmental Panel on Climate Change and adopted by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement;

(b)    Parties ensure methodological consistency, including on baselines, between the communication and implementation of nationally determined contributions;

(c)    Parties strive to include all categories of anthropogenic emissions or removals in their nationally determined contributions and, once a source, sink or activity is included, continue to include it;

(d)    Parties shall provide an explanation of why any categories of anthropogenic emissions or removals are excluded;

32. *Decides* that Parties shall apply the guidance mentioned in paragraph 31 above to the second and subsequent nationally determined contributions and that Parties may elect to apply such guidance to their first nationally determined contribution;

33. *Also decides* that the Forum on the Impact of the Implementation of response measures, under the subsidiary bodies, shall continue, and shall serve the Agreement;

34. *Further decides* that the Subsidiary Body for Scientific and Technological Advice and the Subsidiary Body for Implementation shall recommend, for consideration and adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session, the modalities, work programme and functions of the Forum on the Impact of the Implementation of response measures to address the effects of the implementation of response measures under the Agreement by enhancing cooperation amongst Parties on understanding the impacts of mitigation actions under the Agreement and the exchange of information, experiences, and best practices amongst Parties to raise their resilience to these impacts;

35.    *Decides* that the guidance under paragraph 31 above shall ensure that double counting is avoided on the basis of a corresponding adjustment by both Parties for anthropogenic emissions by sources and/or removals by sinks covered by their nationally determined contributions under the Agreement;

36.    *Invites* Parties to communicate, by 2020, to the secretariat mid-century, long-term low greenhouse gas emission development strategies in accordance with Article 4, paragraph 19, of the Agreement, and *requests* the secretariat to publish on the UNFCCC website Parties' low greenhouse gas emission development strategies as communicated;

37.    *Requests* the Subsidiary Body for Scientific and Technological Advice to develop and recommend the guidance referred to under Article 6, paragraph 2, of the Agreement for adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session, including guidance to ensure that double counting is avoided on the basis of a corresponding adjustment by Parties for both anthropogenic emissions by sources and removals by sinks covered by their nationally determined contributions under the Agreement;

38.    *Recommends* that the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement adopt rules, modalities and procedures for the mechanism established by Article 6, paragraph 4, of the Agreement on the basis of:

(a)    Voluntary participation authorized by each Party involved;

(b)    Real, measurable, and long-term benefits related to the mitigation of climate change;

(c)    Specific scopes of activities;

(d)    Reductions in emissions that are additional to any that would otherwise occur;

(e)    Verification and certification of emission reductions resulting from mitigation activities by designated operational entities;

(f)    Experience gained with and lessons learned from existing mechanisms and approaches adopted under the Convention and its related legal instruments;

39.    *Requests* the Subsidiary Body for Scientific and Technological Advice to develop and recommend rules, modalities and procedures for the mechanism referred to in paragraph 38 above for consideration and adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session;

40.    *Also requests* the Subsidiary Body for Scientific and Technological Advice to undertake a work programme under the framework for non-market approaches to sustainable development referred to in Article 6, paragraph 8, of the Agreement, with the objective of considering how to enhance linkages and create synergy between, inter alia, mitigation, adaptation, finance, technology transfer and capacity-building, and how to facilitate the implementation and coordination of non-market approaches;

41.    *Further requests* the Subsidiary Body for Scientific and Technological Advice to recommend a draft decision on the work programme referred to in paragraph 40 above, taking into account the views of Parties, for consideration and adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session;

*ADAPTATION*

42.    *Requests* the Adaptation Committee and the Least Developed Countries Expert Group to jointly develop modalities to recognize the adaptation efforts of developing

country Parties, as referred to in Article 7, paragraph 3, of the Agreement, and make recommendations for consideration and adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session;

43.    *Also requests* the Adaptation Committee, taking into account its mandate and its second three-year workplan, and with a view to preparing recommendations for consideration and adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session:

   (a)    To review, in 2017, the work of adaptation-related institutional arrangements under the Convention, with a view to identifying ways to enhance the coherence of their work, as appropriate, in order to respond adequately to the needs of Parties;

   (b)    To consider methodologies for assessing adaptation needs with a view to assisting developing countries, without placing an undue burden on them;

44.    *Invites* all relevant United Nations agencies and international, regional and national financial institutions to provide information to Parties through the secretariat on how their development assistance and climate finance programmes incorporate climate-proofing and climate resilience measures;

45.    *Requests* Parties to strengthen regional cooperation on adaptation where appropriate and, where necessary, establish regional centres and networks, in particular in developing countries, taking into account decision 1/CP.16, paragraph 13;

46.    *Also requests* the Adaptation Committee and the Least Developed Countries Expert Group, in collaboration with the Standing Committee on Finance and other relevant institutions, to develop methodologies, and make recommendations for consideration and adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session on:

   (a)    Taking the necessary steps to facilitate the mobilization of support for adaptation in developing countries in the context of the limit to global average temperature increase referred to in Article 2 of the Agreement;

   (b)    Reviewing the adequacy and effectiveness of adaptation and support referred to in Article 7, paragraph 14(c), of the Agreement;

47.    *Further requests* the Green Climate Fund to expedite support for the least developed countries and other developing country Parties for the formulation of national adaptation plans, consistent with decisions 1/CP.16 and 5/CP.17, and for the subsequent implementation of policies, projects and programmes identified by them;

*LOSS AND DAMAGE*

48.    *Decides* on the continuation of the Warsaw International Mechanism for Loss and Damage associated with Climate Change Impacts, following the review in 2016;

49.    *Requests* the Executive Committee of the Warsaw International Mechanism to establish a clearinghouse for risk transfer that serves as a repository for information on insurance and risk transfer, in order to facilitate the efforts of Parties to develop and implement comprehensive risk management strategies;

50.    *Also requests* the Executive Committee of the Warsaw International Mechanism to establish, according to its procedures and mandate, a task force to complement, draw upon the work of and involve, as appropriate, existing bodies and expert groups under the Convention including the Adaptation Committee and the Least Developed Countries Expert Group, as well as relevant organizations and expert bodies outside the Convention, to develop recommendations for integrated approaches to avert, minimize and address displacement related to the adverse impacts of climate change;

51. *Further requests* the Executive Committee of the Warsaw International Mechanism to initiate its work, at its next meeting, to operationalize the provisions referred to in paragraphs 49 and 50 above, and to report on progress thereon in its annual report;

52. *Agrees* that Article 8 of the Agreement does not involve or provide a basis for any liability or compensation;

*FINANCE*

53. *Decides* that, in the implementation of the Agreement, financial resources provided to developing countries should enhance the implementation of their policies, strategies, regulations and action plans and their climate change actions with respect to both mitigation and adaptation to contribute to the achievement of the purpose of the Agreement as defined in Article 2;

54. *Further decides* that, in accordance with Article 9, paragraph 3, of the Agreement, developed countries intend to continue their existing collective mobilization goal through 2025 in the context of meaningful mitigation actions and transparency on implementation; prior to 2025 the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall set a new collective quantified goal from a floor of USD 100 billion per year, taking into account the needs and priorities of developing countries;

55. *Recognizes* the importance of adequate and predictable financial resources, including for results-based payments, as appropriate, for the implementation of policy approaches and positive incentives for reducing emissions from deforestation and forest degradation, and the role of conservation, sustainable management of forests and enhancement of forest carbon stocks; as well as alternative policy approaches, such as joint mitigation and adaptation approaches for the integral and sustainable management of forests; while reaffirming the importance of non-carbon benefits associated with such approaches; encouraging the coordination of support from, inter alia, public and private, bilateral and multilateral sources, such as the Green Climate Fund, and alternative sources in accordance with relevant decisions by the Conference of the Parties;

56. *Decides* to initiate, at its twenty-second session, a process to identify the information to be provided by Parties, in accordance with Article 9, paragraph 5, of the Agreement with the view to providing a recommendation for consideration and adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session;

57. *Also decides* to ensure that the provision of information in accordance with Article 9, paragraph 7 of the Agreement shall be undertaken in accordance with modalities, procedures and guidelines referred to in paragraph 96 below;

58. *Requests* Subsidiary Body for Scientific and Technological Advice to develop modalities for the accounting of financial resources provided and mobilized through public interventions in accordance with Article 9, paragraph 7, of the Agreement for consideration by the Conference of the Parties at its twenty-fourth session (November 2018), with the view to making a recommendation for consideration and adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session;

59. *Decides* that the Green Climate Fund and the Global Environment Facility, the entities entrusted with the operation of the Financial Mechanism of the Convention, as well as the Least Developed Countries Fund and the Special Climate Change Fund, administered by the Global Environment Facility, shall serve the Agreement;

60. *Recognizes* that the Adaptation Fund may serve the Agreement, subject to relevant decisions by the Conference of the Parties serving as the meeting of the Parties to the Kyoto

Protocol and the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement;

61.    *Invites* the Conference of the Parties serving as the meeting of the Parties to the Kyoto Protocol to consider the issue referred to in paragraph 60 above and make a recommendation to the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session;

62.    *Recommends* that the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall provide guidance to the entities entrusted with the operation of the Financial Mechanism of the Convention on the policies, programme priorities and eligibility criteria related to the Agreement for transmission by the Conference of the Parties;

63.    *Decides* that the guidance to the entities entrusted with the operations of the Financial Mechanism of the Convention in relevant decisions of the Conference of the Parties, including those agreed before adoption of the Agreement, shall apply *mutatis mutandis*;

64.    *Also decides* that the Standing Committee on Finance shall serve the Agreement in line with its functions and responsibilities established under the Conference of the Parties;

65.    *Urges* the institutions serving the Agreement to enhance the coordination and delivery of resources to support country-driven strategies through simplified and efficient application and approval procedures, and through continued readiness support to developing country Parties, including the least developed countries and small island developing States, as appropriate;

*TECHNOLOGY DEVELOPMENT AND TRANSFER*

66.    *Takes note of* the interim report of the Technology Executive Committee on guidance on enhanced implementation of the results of technology needs assessments as referred to in document FCCC/SB/2015/INF.3;

67.    *Decides* to strengthen the Technology Mechanism and requests the Technology Executive Committee and the Climate Technology Centre and Network, in supporting the implementation of the Agreement, to undertake further work relating to, inter alia:

   (a)    Technology research, development and demonstration;

   (b)    The development and enhancement of endogenous capacities and technologies;

68.    *Requests* the Subsidiary Body for Scientific and Technological Advice to initiate, at its forty-fourth session (May 2016), the elaboration of the technology framework established under Article 10, paragraph 4, of the Agreement and to report on its findings to the Conference of the Parties, with a view to the Conference of the Parties making a recommendation on the framework to the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement for consideration and adoption at its first session, taking into consideration that the framework should facilitate, inter alia:

   (a)    The undertaking and updating of technology needs assessments, as well as the *enhanced* implementation of their results, particularly technology action plans and project ideas, through the preparation of bankable projects;

   (b)    The provision of enhanced financial and technical support for the implementation of the results of the technology needs assessments;

   (c)    The assessment of technologies that are ready for transfer;

(d)     The enhancement of enabling environments for and the addressing of barriers to the development and transfer of socially and environmentally sound technologies;

69.     *Decides* that the Technology Executive Committee and the Climate Technology Centre and Network shall report to the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement, through the subsidiary bodies, on their activities to support the implementation of the Agreement;

70.     *Also decides* to undertake a periodic assessment of the effectiveness of and the adequacy of the support provided to the Technology Mechanism in supporting the implementation of the Agreement on matters relating to technology development and transfer;

71.     *Requests* the Subsidiary Body for Implementation to initiate, at its forty-fourth session , the elaboration of the scope and modalities for the periodic assessment referred to in paragraph 70 above, taking into account the review of the Climate Technology Centre and Network as referred to in decision 2/CP.17, annex VII, paragraph 20 and the modalities for the global stocktake referred to in Article 14 of the Agreement, for consideration and adoption by the Conference of the Parties at its twenty-fifth session (November 2019);

*CAPACITY-BUILDING*

72.     *Decides* to establish the Paris Committee on Capacity-building whose aim will be to address gaps and needs, both current and emerging, in implementing capacity-building in developing country Parties and further enhancing capacity-building efforts, including with regard to coherence and coordination in capacity-building activities under the Convention;

73.     *Also decides* that the Paris Committee on Capacity-building will manage and oversee the work plan mentioned in paragraph 74 below;

74.     *Further decides* to launch a work plan for the period 2016–2020 with the following activities:

(a)     Assessing how to increase synergies through cooperation and avoid duplication among existing bodies established under the Convention that implement capacity-building activities, including through collaborating with institutions under and outside the Convention;

(b)     Identifying capacity gaps and needs and recommending ways to address them;

(c)     Promoting the development and dissemination of tools and methodologies for the implementation of capacity-building;

(d)     Fostering global, regional, national and subnational cooperation;

(e)     Identifying and collecting good practices, challenges, experiences, and lessons learned from work on capacity-building by bodies established under the Convention;

(f)     Exploring how developing country Parties can take ownership of building and maintaining capacity over time and space;

(g)     Identifying opportunities to strengthen capacity at the national, regional, and subnational level;

(h)     Fostering dialogue, coordination, collaboration and coherence among relevant processes and initiatives under the Convention, including through exchanging information on capacity-building activities and strategies of bodies established under the Convention;

(i)   Providing guidance to the secretariat on the maintenance and further development of the web-based capacity-building portal;

75.   *Decides* that the Paris Committee on Capacity-building will annually focus on an area or theme related to enhanced technical exchange on capacity-building, with the purpose of maintaining up-to-date knowledge on the successes and challenges in building capacity effectively in a particular area;

76.   *Requests* the Subsidiary Body for Implementation to organize annual in-session meetings of the Paris Committee on Capacity-building;

77.   *Also requests* the Subsidiary Body for Implementation to develop the terms of reference for the Paris Committee on Capacity-building, in the context of the third comprehensive review of the implementation of the capacity-building framework, also taking into account paragraphs 75, 76, 77 and 78 above and paragraphs 82 and 83 below, with a view to recommending a draft decision on this matter for consideration and adoption by the Conference of the Parties at its twenty-second session;

78.   *Invites* Parties to submit their views on the membership of the Paris Committee on Capacity-building by 9 March 2016;[2]

79.   *Requests* the secretariat to compile the submissions referred to in paragraph 78 above into a miscellaneous document for consideration by the Subsidiary Body for Implementation at its forty-fourth session;

80.   *Decides* that the inputs to the Paris Committee on Capacity-building will include, inter alia, submissions, the outcome of the third comprehensive review of the implementation of the capacity-building framework, the secretariat's annual synthesis report on the implementation of the framework for capacity-building in developing countries, the secretariat's compilation and synthesis report on capacity-building work of bodies established under the Convention and its Kyoto Protocol, and reports on the Durban Forum and the capacity-building portal;

81.   *Requests* the Paris Committee on Capacity-building to prepare annual technical progress reports on its work, and to make these reports available at the sessions of the Subsidiary Body for Implementation coinciding with the sessions of the Conference of the Parties;

82.   *Also requests* the Conference of the Parties at its twenty-fifth session (November 2019), to review the progress, need for extension, the effectiveness and enhancement of the Paris Committee on Capacity-building and to take any action it considers appropriate, with a view to making recommendations to the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session on enhancing institutional arrangements for capacity-building consistent with Article 11, paragraph 5, of the Agreement;

83.   *Calls upon* all Parties to ensure that education, training and public awareness, as reflected in Article 6 of the Convention and in Article 12 of the Agreement are adequately considered in their contribution to capacity-building;

84.   *Invites* the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session to explore ways of enhancing the implementation of training, public awareness, public participation and public access to information so as to enhance actions under the Agreement;

---

[2]  Parties should submit their views via the submissions portal at <http://www.unfccc.int/5900>.

*TRANSPARENCY OF ACTION AND SUPPORT*

85.    *Decides* to establish a Capacity-building Initiative for Transparency in order to build institutional and technical capacity, both pre- and post-2020. This initiative will support developing country Parties, upon request, in meeting enhanced transparency requirements as defined in Article 13 of the Agreement in a timely manner;

86.    *Also decides* that the Capacity-building Initiative for Transparency will aim:

(a)    To strengthen national institutions for transparency-related activities in line with national priorities;

(b)    To provide relevant tools, training and assistance for meeting the provisions stipulated in Article 13 of the Agreement;

(c)    To assist in the improvement of transparency over time;

87.    *Urges and requests* the Global Environment Facility to make arrangements to support the establishment and operation of the Capacity-building Initiative for Transparency as a priority reporting-related need, including through voluntary contributions to support developing countries in the sixth replenishment of the Global Environment Facility and future replenishment cycles, to complement existing support under the Global Environment Facility;

88.    *Decides* to assess the implementation of the Capacity-building Initiative for Transparency in the context of the seventh review of the financial mechanism;

89.    *Requests* that the Global Environment Facility, as an operating entity of the financial mechanism include in its annual report to the Conference of the Parties the progress of work in the design, development and implementation of the Capacity-building Initiative for Transparency referred to in paragraph 85 above starting in 2016;

90.    *Decides* that, in accordance with Article 13, paragraph 2, of the Agreement, developing countries shall be provided flexibility in the implementation of the provisions of that Article, including in the scope, frequency and level of detail of reporting, and in the scope of review, and that the scope of review could provide for in-country reviews to be optional, while such flexibilities shall be reflected in the development of modalities, procedures and guidelines referred to in paragraph 92 below;

91.    *Also decides* that all Parties, except for the least developed country Parties and small island developing States, shall submit the information referred to in Article 13, paragraphs 7, 8, 9 and 10, as appropriate, no less frequently than on a biennial basis, and that the least developed country Parties and small island developing States may submit this information at their discretion;

92.    *Requests* the Ad Hoc Working Group on the Paris Agreement to develop recommendations for modalities, procedures and guidelines in accordance with Article 13, paragraph 13, of the Agreement, and to define the year of their first and subsequent review and update, as appropriate, at regular intervals, for consideration by the Conference of the Parties, at its twenty-fourth session, with a view to forwarding them to the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement for adoption at its first session;

93.    *Also requests* the Ad Hoc Working Group on the Paris Agreement in developing the recommendations for the modalities, procedures and guidelines referred to in paragraph 92 above to take into account, inter alia:

(a)    The importance of facilitating improved reporting and transparency over time;

(b)     The need to provide flexibility to those developing country Parties that need it in the light of their capacities;

(c)     The need to promote transparency, accuracy, completeness, consistency, and comparability;

(d)     The need to avoid duplication as well as undue burden on Parties and the secretariat;

(e)     The need to ensure that Parties maintain at least the frequency and quality of reporting in accordance with their respective obligations under the Convention;

(f)     The need to ensure that double counting is avoided;

(g)     The need to ensure environmental integrity;

94.     *Further requests* the Ad Hoc Working Group on the Paris Agreement, when developing the modalities, procedures and guidelines referred to in paragraph 92 above, to draw on the experiences from and take into account other on-going relevant processes under the Convention;

95.     *Requests* the Ad Hoc Working Group on the Paris Agreement, when developing modalities, procedures and guidelines referred to in paragraph 92 above, to consider, inter alia:

(a)     The types of flexibility available to those developing countries that need it on the basis of their capacities;

(b)     The consistency between the methodology communicated in the nationally determined contribution and the methodology for reporting on progress made towards achieving individual Parties' respective nationally determined contribution;

(c)     That Parties report information on adaptation action and planning including, if appropriate, their national adaptation plans, with a view to collectively exchanging information and sharing lessons learned;

(d)     Support provided, enhancing delivery of support for both adaptation and mitigation through, inter alia, the common tabular formats for reporting support, and taking into account issues considered by the Subsidiary Body for Scientific and Technological Advice on methodologies for reporting on financial information, and enhancing the reporting by developing countries on support received, including the use, impact and estimated results thereof;

(e)     Information in the biennial assessments and other reports of the Standing Committee on Finance and other relevant bodies under the Convention;

(f)     Information on the social and economic impact of response measures;

96.     *Also requests* the Ad Hoc Working Group on the Paris Agreement, when developing recommendations for modalities, procedures and guidelines referred to in paragraph 92 above, to enhance the transparency of support provided in accordance with Article 9 of the Agreement;

97.     *Further requests* the Ad Hoc Working Group on the Paris Agreement to report on the progress of work on the modalities, procedures and guidelines referred to in paragraph 92 above to future sessions of the Conference of the Parties, and that this work be concluded no later than 2018;

98.     *Decides* that the modalities, procedures and guidelines developed under paragraph 92 above, shall be applied upon the entry into force of the Paris Agreement;

99.    *Also decides* that the modalities, procedures and guidelines of this transparency framework shall build upon and eventually supercede the measurement, reporting and verification system established by paragraphs 40 to 47 and 60 to 64 of decision 1/CP.16 and paragraph 12 to 62 of decision 2/CP.17 immediately following the submission of the final biennial reports and biennial update reports;

*GLOBAL STOCKTAKE*

100.    *Requests* the Ad Hoc Working Group on the Paris Agreement to identify the sources of input for the global stocktake referred to in Article 14 of the Agreement and to report to the Conference of the Parties, with a view to the Conference of the Parties making a recommendation to the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement for consideration and adoption at its first session, including, but not limited to:

(a)    Information on:

(i)    The overall effect of the nationally determined contributions communicated by Parties;

(ii)    The state of adaptation efforts, support, experiences and priorities from the communications referred to in Article 7, paragraphs 10 and 11, of the Agreement, and reports referred to in Article 13, paragraph 7, of the Agreement;

(iii)    The mobilization and provision of support;

(b)    The latest reports of the Intergovernmental Panel on Climate Change;

(c)    Reports of the subsidiary bodies;

101.    *Also requests* the Subsidiary Body for Scientific and Technological Advice to provide advice on how the assessments of the Intergovernmental Panel on Climate Change can inform the global stocktake of the implementation of the Agreement pursuant to its Article 14 of the Agreement and to report on this matter to the Ad Hoc Working Group on the Paris Agreement at its second session;

102.    *Further requests* the Ad Hoc Working Group on the Paris Agreement to develop modalities for the global stocktake referred to in Article 14 of the Agreement and to report to the Conference of the Parties, with a view to making a recommendation to the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement for consideration and adoption at its first session;

*FACILITATING IMPLEMENTATION AND COMPLIANCE*

103.    *Decides* that the committee referred to in Article 15, paragraph 2, of the Agreement shall consist of 12 members with recognized competence in relevant scientific, technical, socio-economic or legal fields, to be elected by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement on the basis of equitable geographical representation, with two members each from the five regional groups of the United Nations and one member each from the small island developing States and the least developed countries, while taking into account the goal of gender balance;

104.    *Requests* the Ad Hoc Working Group on the Paris Agreement to develop the modalities and procedures for the effective operation of the committee referred to in Article 15, paragraph 2, of the Agreement, with a view to the Ad Hoc Working Group on the Paris Agreement completing its work on such modalities and procedures for consideration and adoption by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session;

*FINAL CLAUSES*

105.    *Also requests* the secretariat, solely for the purposes of Article 21 of the Agreement, to make available on its website on the date of adoption of the Agreement as well as in the report of the Conference of the Parties at its twenty-first session, information on the most up-to-date total and per cent of greenhouse gas emissions communicated by Parties to the Convention in their national communications, greenhouse gas inventory reports, biennial reports or biennial update reports;

## IV.    ENHANCED ACTION PRIOR TO 2020

106.    *Resolves* to ensure the highest possible mitigation efforts in the pre-2020 period, including by:

(a)    Urging all Parties to the Kyoto Protocol that have not already done so to ratify and implement the Doha Amendment to the Kyoto Protocol;

(b)    Urging all Parties that have not already done so to make and implement a mitigation pledge under the Cancun Agreements;

(c)    Reiterating its resolve, as set out in decision 1/CP.19, paragraphs 3 and 4, to accelerate the full implementation of the decisions constituting the agreed outcome pursuant to decision 1/CP.13 and enhance ambition in the pre-2020 period in order to ensure the highest possible mitigation efforts under the Convention by all Parties;

(d)    Inviting developing country Parties that have not submitted their first biennial update reports to do so as soon as possible;

(e)    Urging all Parties to participate in the existing measurement, reporting and verification processes under the Cancun Agreements, in a timely manner, with a view to demonstrating progress made in the implementation of their mitigation pledges;

107.    *Encourages* Parties to promote the voluntary cancellation by Party and non-Party stakeholders, without double counting of units issued under the Kyoto Protocol, including certified emission reductions that are valid for the second commitment period;

108.    *Urges* host and purchasing Parties to report transparently on internationally transferred mitigation outcomes, including outcomes used to meet international pledges, and emission units issued under the Kyoto Protocol with a view to promoting environmental integrity and avoiding double counting;

109.    *Recognizes* the social, economic and environmental value of voluntary mitigation actions and their co-benefits for adaptation, health and sustainable development;

110.    *Resolves* to strengthen, in the period 2016–2020, the existing technical examination process on mitigation as defined in decision 1/CP.19, paragraph 5(a), and decision 1/CP.20, paragraph 19, taking into account the latest scientific knowledge, including by:

(a)    Encouraging Parties, Convention bodies and international organizations to engage in this process, including, as appropriate, in cooperation with relevant non-Party stakeholders, to share their experiences and suggestions, including from regional events, and to cooperate in facilitating the implementation of policies, practices and actions identified during this process in accordance with national sustainable development priorities;

(b)    Striving to improve, in consultation with Parties, access to and participation in this process by developing country Party and non-Party experts;

(c)    Requesting the Technology Executive Committee and the Climate Technology Centre and Network in accordance with their respective mandates:

(i)     To engage in the technical expert meetings and enhance their efforts to facilitate and support Parties in scaling up the implementation of policies, practices and actions identified during this process;

(ii)    To provide regular updates during the technical expert meetings on the progress made in facilitating the implementation of policies, practices and actions previously identified during this process;

(iii)   To include information on their activities under this process in their joint annual report to the Conference of the Parties;

(d)     Encouraging Parties to make effective use of the Climate Technology Centre and Network to obtain assistance to develop economically, environmentally and socially viable project proposals in the high mitigation potential areas identified in this process;

111.   *Encourages* the operating entities of the Financial Mechanism of the Convention to engage in the technical expert meetings and to inform participants of their contribution to facilitating progress in the implementation of policies, practices and actions identified during the technical examination process;

112.   *Requests* the secretariat to organize the process referred to in paragraph 110 above and disseminate its results, including by:

(a)     Organizing, in consultation with the Technology Executive Committee and relevant expert organizations, regular technical expert meetings focusing on specific policies, practices and actions representing best practices and with the potential to be scalable and replicable;

(b)     Updating, on an annual basis, following the meetings referred to in paragraph 112(a) above and in time to serve as input to the summary for policymakers referred to in paragraph 112(c) below, a technical paper on the mitigation benefits and co-benefits of policies, practices and actions for enhancing mitigation ambition, as well as on options for supporting their implementation, information on which should be made available in a user-friendly online format;

(c)     Preparing, in consultation with the champions referred to in paragraph 122 below, a summary for policymakers, with information on specific policies, practices and actions representing best practices and with the potential to be scalable and replicable, and on options to support their implementation, as well as on relevant collaborative initiatives, and publishing the summary at least two months in advance of each session of the Conference of the Parties as input for the high-level event referred to in paragraph 121 below;

113.   *Decides* that the process referred to in paragraph 110 above should be organized jointly by the Subsidiary Body for Implementation and the Subsidiary Body for Scientific and Technological Advice and should take place on an ongoing basis until 2020;

114.   *Also decides* to conduct in 2017 an assessment of the process referred to in paragraph 110 above so as to improve its effectiveness;

115.   *Resolves* to enhance the provision of urgent and adequate finance, technology and capacity-building support by developed country Parties in order to enhance the level of ambition of pre-2020 action by Parties, and in this regard *strongly urges* developed country Parties to scale up their level of financial support, with a concrete roadmap to achieve the goal of jointly providing USD 100 billion annually by 2020 for mitigation and adaptation while significantly increasing adaptation finance from current levels and to further provide appropriate technology and capacity-building support;

116.   *Decides* to conduct a facilitative dialogue in conjunction with the twenty-second session of the Conference of the Parties to assess the progress in implementing decision 1/CP.19, paragraphs 3 and 4, and identify relevant opportunities to enhance the provision of financial resources, including for technology development and transfer and capacity-building support, with a view to identifying ways to enhance the ambition of mitigation efforts by all Parties, including identifying relevant opportunities to enhance the provision and mobilization of support and enabling environments;

117.   *Acknowledges* with appreciation the results of the Lima-Paris Action Agenda, which build on the climate summit convened on 23 September 2014 by the Secretary-General of the United Nations;

118.   *Welcomes* the efforts of non-Party stakeholders to scale up their climate actions, and *encourages* the registration of those actions in the Non-State Actor Zone for Climate Action platform;[3]

119.   *Encourages* Parties to work closely with non-Party stakeholders to catalyse efforts to strengthen mitigation and adaptation action;

120.   *Also encourages* non-Party stakeholders to increase their engagement in the processes referred to in paragraph 110 above and paragraph 125 below;

121.   *Agrees* to convene, pursuant to decision 1/CP.20, paragraph 21, building on the Lima-Paris Action Agenda and in conjunction with each session of the Conference of the Parties during the period 2016–2020, a high-level event that:

(a)   Further strengthens high-level engagement on the implementation of policy options and actions arising from the processes referred to in paragraph 110 above and paragraph  below, drawing on the summary for policymakers referred to in paragraph 112(c) above;

(b)   Provides an opportunity for announcing new or strengthened voluntary efforts, initiatives and coalitions, including the implementation of policies, practices and actions arising from the processes referred to in paragraph 110 above and paragraph 125 below and presented in the summary for policymakers referred to in paragraph 112(c) above;

(c)   Takes stock of related progress and recognizes new or strengthened voluntary efforts, initiatives and coalitions;

(d)   Provides meaningful and regular opportunities for the effective high-level engagement of dignitaries of Parties, international organizations, international cooperative initiatives and non-Party stakeholders;

122.   *Decides* that two high-level champions shall be appointed to act on behalf of the President of the Conference of the Parties to facilitate through strengthened high-level engagement in the period 2016–2020 the successful execution of existing efforts and the scaling-up and introduction of new or strengthened voluntary efforts, initiatives and coalitions, including by:

(a)   Working with the Executive Secretary and the current and incoming Presidents of the Conference of the Parties to coordinate the annual high-level event referred to in paragraph 121 above;

(b)   Engaging with interested Parties and non-Party stakeholders, including to further the voluntary initiatives of the Lima-Paris Action Agenda;

---

[3]   <http://climateaction.unfccc.int/>.

(c)    Providing guidance to the secretariat on the organization of technical expert meetings referred to in paragraph 112(a) above and paragraph 130(a) below;

123.    *Also decides* that the high-level champions referred to in paragraph 122 above should normally serve for a term of two years, with their terms overlapping for a full year to ensure continuity, such that:

(a)    The President of the Conference of the Parties of the twenty-first session should appoint one champion, who should serve for one year from the date of the appointment until the last day of the Conference of the Parties at its twenty-second session;

(b)    The President of the Conference of the Parties of the twenty-second session should appoint one champion who should serve for two years from the date of the appointment until the last day of the Conference of the Parties at its twenty-third session (November 2017);

(c)    Thereafter, each subsequent President of the Conference of the Parties should appoint one champion who should serve for two years and succeed the previously appointed champion whose term has ended;

124.    *Invites* all interested Parties and relevant organizations to provide support for the work of the champions referred to in paragraph 122 above;

125.    *Decides* to launch, in the period 2016–2020, a technical examination process on adaptation;

126.    *Also decides* that the technical examination process on adaptation referred to in paragraph 125 above will endeavour to identify concrete opportunities for strengthening resilience, reducing vulnerabilities and increasing the understanding and implementation of adaptation actions;

127.    *Further decides* that the technical examination process referred to in paragraph 125 above should be organized jointly by the Subsidiary Body for Implementation and the Subsidiary Body for Scientific and Technological Advice, and conducted by the Adaptation Committee;

128.    *Decides* that the process referred to in paragraph 125 above will be pursued by:

(a)    Facilitating the sharing of good practices, experiences and lessons learned;

(b)    Identifying actions that could significantly enhance the implementation of adaptation actions, including actions that could enhance economic diversification and have mitigation co-benefits;

(c)    Promoting cooperative action on adaptation;

(d)    Identifying opportunities to strengthen enabling environments and enhance the provision of support for adaptation in the context of specific policies, practices and actions;

129.    *Also decides* that the technical examination process on adaptation referred to in paragraph 125 above will take into account the process, modalities, outputs, outcomes and lessons learned from the technical examination process on mitigation referred to in paragraph 110 above;

130.    *Requests* the secretariat to support the technical examination process referred to in paragraph 125 above by:

(a)    Organizing regular technical expert meetings focusing on specific policies, strategies and actions;

(b)     Preparing annually, on the basis of the meetings referred to in paragraph 130(a) above and in time to serve as an input to the summary for policymakers referred to in paragraph 112(c) above, a technical paper on opportunities to enhance adaptation action, as well as options to support their implementation, information on which should be made available in a user-friendly online format;

131.    *Decides* that in conducting the process referred to in paragraph 125 above, the Adaptation Committee will engage with and explore ways to take into account, synergize with and build on the existing arrangements for adaptation-related work programmes, bodies and institutions under the Convention so as to ensure coherence and maximum value;

132.    *Also decides* to conduct, in conjunction with the assessment referred to in paragraph 120 above, an assessment of the process referred to in paragraph 125 above, so as to improve its effectiveness;

133.    *Invites* Parties and observer organizations to submit information on the opportunities referred to in paragraph 126 above by 3 February 2016;

## V.     NON-PARTY STAKEHOLDERS

134.    *Welcomes* the efforts of all non-Party stakeholders to address and respond to climate change, including those of civil society, the private sector, financial institutions, cities and other subnational authorities;

135.    *Invites* the non-Party stakeholders referred to in paragraph 134 above to scale up their efforts and support actions to reduce emissions and/or to build resilience and decrease vulnerability to the adverse effects of climate change and demonstrate these efforts via the Non-State Actor Zone for Climate Action platform[4] referred to in paragraph 118 above;

136.    *Recognizes* the need to strengthen knowledge, technologies, practices and efforts of local communities and indigenous peoples related to addressing and responding to climate change, and *establishes* a platform for the exchange of experiences and sharing of best practices on mitigation and adaptation in a holistic and integrated manner;

137.    *Also recognizes* the important role of providing incentives for emission reduction activities, including tools such as domestic policies and carbon pricing;

## VI.    ADMINISTRATIVE AND BUDGETARY MATTERS

138.    *Takes note* of the estimated budgetary implications of the activities to be undertaken by the secretariat referred to in this decision and requests that the actions of the secretariat called for in this decision be undertaken subject to the availability of financial resources;

139.    *Emphasizes* the urgency of making additional resources available for the implementation of the relevant actions, including actions referred to in this decision, and the implementation of the work programme referred to in paragraph 9 above;

140.    *Urges* Parties to make voluntary contributions for the timely implementation of this decision.

---

[4]   <http://climateaction.unfccc.int/>.

# Annex

## PARIS AGREEMENT

The Parties to this Agreement,

*Being* Parties to the United Nations Framework Convention on Climate Change, hereinafter referred to as "the Convention",

*Pursuant* to the Durban Platform for Enhanced Action established by decision 1/CP.17 of the Conference of the Parties to the Convention at its seventeenth session,

*In pursuit* of the objective of the Convention, and being guided by its principles, including the principle of equity and common but differentiated responsibilities and respective capabilities, in the light of different national circumstances,

*Recognizing* the need for an effective and progressive response to the urgent threat of climate change on the basis of the best available scientific knowledge,

*Also recognizing* the specific needs and special circumstances of developing country Parties, especially those that are particularly vulnerable to the adverse effects of climate change, as provided for in the Convention,

*Taking full account* of the specific needs and special situations of the least developed countries with regard to funding and transfer of technology,

*Recognizing* that Parties may be affected not only by climate change, but also by the impacts of the measures taken in response to it,

*Emphasizing* the intrinsic relationship that climate change actions, responses and impacts have with equitable access to sustainable development and eradication of poverty,

*Recognizing* the fundamental priority of safeguarding food security and ending hunger, and the particular vulnerabilities of food production systems to the adverse impacts of climate change,

*Taking into account* the imperatives of a just transition of the workforce and the creation of decent work and quality jobs in accordance with nationally defined development priorities,

*Acknowledging* that climate change is a common concern of humankind, Parties should, when taking action to address climate change, respect, promote and consider their respective obligations on human rights, the right to health, the rights of indigenous peoples, local communities, migrants, children, persons with disabilities and people in vulnerable situations and the right to development, as well as gender equality, empowerment of women and intergenerational equity,

*Recognizing* the importance of the conservation and enhancement, as appropriate, of sinks and reservoirs of the greenhouse gases referred to in the Convention,

*Noting* the importance of ensuring the integrity of all ecosystems, including oceans, and the protection of biodiversity, recognized by some cultures as Mother Earth, and noting the importance for some of the concept of "climate justice", when taking action to address climate change,

*Affirming* the importance of education, training, public awareness, public participation, public access to information and cooperation at all levels on the matters addressed in this Agreement,

*Recognizing* the importance of the engagements of all levels of government and various actors, in accordance with respective national legislations of Parties, in addressing climate change,

*Also recognizing* that sustainable lifestyles and sustainable patterns of consumption and production, with developed country Parties taking the lead, play an important role in addressing climate change,

Have agreed as follows:

## Article 1

For the purpose of this Agreement, the definitions contained in Article 1 of the Convention shall apply. In addition:

1. "Convention" means the United Nations Framework Convention on Climate Change, adopted in New York on 9 May 1992.

2. "Conference of the Parties" means the Conference of the Parties to the Convention.

3. "Party" means a Party to this Agreement.

## Article 2

1. This Agreement, in enhancing the implementation of the Convention, including its objective, aims to strengthen the global response to the threat of climate change, in the context of sustainable development and efforts to eradicate poverty, including by:

    (a) Holding the increase in the global average temperature to well below 2 °C above pre-industrial levels and to pursue efforts to limit the temperature increase to 1.5 °C above pre-industrial levels, recognizing that this would significantly reduce the risks and impacts of climate change;

    (b) Increasing the ability to adapt to the adverse impacts of climate change and foster climate resilience and low greenhouse gas emissions development, in a manner that does not threaten food production;

    (c) Making finance flows consistent with a pathway towards low greenhouse gas emissions and climate-resilient development.

2. This Agreement will be implemented to reflect equity and the principle of common but differentiated responsibilities and respective capabilities, in the light of different national circumstances.

## Article 3

As nationally determined contributions to the global response to climate change, all Parties are to undertake and communicate ambitious efforts as defined in Articles 4, 7, 9, 10, 11 and 13 with the view to achieving the purpose of this Agreement as set out in Article 2. The efforts of all Parties will represent a progression over time, while recognizing the need to support developing country Parties for the effective implementation of this Agreement.

## Article 4

1. In order to achieve the long-term temperature goal set out in Article 2, Parties aim to reach global peaking of greenhouse gas emissions as soon as possible, recognizing that peaking will take longer for developing country Parties, and to undertake rapid reductions thereafter in accordance with best available science, so as to achieve a balance between anthropogenic emissions by sources and removals by sinks of greenhouse gases in the second half of this century, on the basis of equity, and in the context of sustainable development and efforts to eradicate poverty.

2. Each Party shall prepare, communicate and maintain successive nationally determined contributions that it intends to achieve. Parties shall pursue domestic mitigation measures with the aim of achieving the objectives of such contributions.

3. Each Party's successive nationally determined contribution will represent a progression beyond the Party's then current nationally determined contribution and reflect its highest possible ambition, reflecting its common but differentiated responsibilities and respective capabilities, in the light of different national circumstances.

4. Developed country Parties shall continue taking the lead by undertaking economy-wide absolute emission reduction targets. Developing country Parties should continue enhancing their mitigation efforts, and are encouraged to move over time towards economy-wide emission reduction or limitation targets in the light of different national circumstances.

5. Support shall be provided to developing country Parties for the implementation of this Article, in accordance with Articles 9, 10 and 11, recognizing that enhanced support for developing country Parties will allow for higher ambition in their actions.

6.      The least developed countries and small island developing States may prepare and communicate strategies, plans and actions for low greenhouse gas emissions development reflecting their special circumstances.

7.      Mitigation co-benefits resulting from Parties' adaptation actions and/or economic diversification plans can contribute to mitigation outcomes under this Article.

8.      In communicating their nationally determined contributions, all Parties shall provide the information necessary for clarity, transparency and understanding in accordance with decision 1/CP.21 and any relevant decisions of the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement.

9.      Each Party shall communicate a nationally determined contribution every five years in accordance with decision 1/CP.21 and any relevant decisions of the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement and be informed by the outcomes of the global stocktake referred to in Article 14.

10.     The Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall consider common time frames for nationally determined contributions at its first session.

11.     A Party may at any time adjust its existing nationally determined contribution with a view to enhancing its level of ambition, in accordance with guidance adopted by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement.

12.     Nationally determined contributions communicated by Parties shall be recorded in a public registry maintained by the secretariat.

13.     Parties shall account for their nationally determined contributions. In accounting for anthropogenic emissions and removals corresponding to their nationally determined contributions, Parties shall promote environmental integrity, transparency, accuracy, completeness, comparability and consistency, and ensure the avoidance of double counting, in accordance with guidance adopted by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement.

14.     In the context of their nationally determined contributions, when recognizing and implementing mitigation actions with respect to anthropogenic emissions and removals, Parties should take into account, as appropriate, existing methods and guidance under the Convention, in the light of the provisions of paragraph 13 of this Article.

15.     Parties shall take into consideration in the implementation of this Agreement the concerns of Parties with economies most affected by the impacts of response measures, particularly developing country Parties.

16.     Parties, including regional economic integration organizations and their member States, that have reached an agreement to act jointly under paragraph 2 of this Article shall notify the secretariat of the terms of that agreement, including the emission level allocated to each Party within the relevant time period, when they communicate their nationally determined contributions. The secretariat shall in turn inform the Parties and signatories to the Convention of the terms of that agreement.

17.     Each party to such an agreement shall be responsible for its emission level as set out in the agreement referred to in paragraph 16 above in accordance with paragraphs 13 and 14 of this Article and Articles 13 and 15.

18.     If Parties acting jointly do so in the framework of, and together with, a regional economic integration organization which is itself a Party to this Agreement, each member State of that regional economic integration organization individually, and together with the regional economic integration organization, shall be responsible for its emission level as set out in the agreement communicated under paragraph 16 of this Article in accordance with paragraphs 13 and 14 of this Article and Articles 13 and 15.

19.     All Parties should strive to formulate and communicate long-term low greenhouse gas emission development strategies, mindful of Article 2 taking into account their common but differentiated responsibilities and respective capabilities, in the light of different national circumstances.

## Article 5

1.      Parties should take action to conserve and enhance, as appropriate, sinks and reservoirs of greenhouse gases as referred to in Article 4, paragraph 1(d), of the Convention, including forests.

2.      Parties are encouraged to take action to implement and support, including through results-based payments, the existing framework as set out in related guidance and decisions already agreed under the Convention for: policy approaches and positive incentives for activities relating to reducing emissions from deforestation and forest degradation, and the role of conservation, sustainable management of forests and enhancement of forest carbon

stocks in developing countries; and alternative policy approaches, such as joint mitigation and adaptation approaches for the integral and sustainable management of forests, while reaffirming the importance of incentivizing, as appropriate, non-carbon benefits associated with such approaches.

## Article 6

1. Parties recognize that some Parties choose to pursue voluntary cooperation in the implementation of their nationally determined contributions to allow for higher ambition in their mitigation and adaptation actions and to promote sustainable development and environmental integrity.

2. Parties shall, where engaging on a voluntary basis in cooperative approaches that involve the use of internationally transferred mitigation outcomes towards nationally determined contributions, promote sustainable development and ensure environmental integrity and transparency, including in governance, and shall apply robust accounting to ensure, inter alia, the avoidance of double counting, consistent with guidance adopted by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement.

3. The use of internationally transferred mitigation outcomes to achieve nationally determined contributions under this Agreement shall be voluntary and authorized by participating Parties.

4. A mechanism to contribute to the mitigation of greenhouse gas emissions and support sustainable development is hereby established under the authority and guidance of the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement for use by Parties on a voluntary basis. It shall be supervised by a body designated by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement, and shall aim:

   (a) To promote the mitigation of greenhouse gas emissions while fostering sustainable development;

   (b) To incentivize and facilitate participation in the mitigation of greenhouse gas emissions by public and private entities authorized by a Party;

   (c) To contribute to the reduction of emission levels in the host Party, which will benefit from mitigation activities resulting in emission reductions that can also be used by another Party to fulfil its nationally determined contribution; and

   (d) To deliver an overall mitigation in global emissions.

5. Emission reductions resulting from the mechanism referred to in paragraph 4 of this Article shall not be used to demonstrate achievement of the host Party's nationally determined contribution if used by another Party to demonstrate achievement of its nationally determined contribution.

6. The Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall ensure that a share of the proceeds from activities under the mechanism referred to in paragraph 4 of this Article is used to cover administrative expenses as well as to assist developing country Parties that are particularly vulnerable to the adverse effects of climate change to meet the costs of adaptation.

7. The Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall adopt rules, modalities and procedures for the mechanism referred to in paragraph 4 of this Article at its first session.

8. Parties recognize the importance of integrated, holistic and balanced non-market approaches being available to Parties to assist in the implementation of their nationally determined contributions, in the context of sustainable development and poverty eradication, in a coordinated and effective manner, including through, inter alia, mitigation, adaptation, finance, technology transfer and capacity-building, as appropriate. These approaches shall aim to:

   (a) Promote mitigation and adaptation ambition;

   (b) Enhance public and private participation in the implementation of nationally determined contributions; and

   (c) Enable opportunities for coordination across instruments and relevant institutional arrangements.

9. A framework for non-market approaches to sustainable development is hereby defined to promote the non-market approaches referred to in paragraph 8 of this Article.

FCCC/CP/2015/L.9

## Article 7

1. Parties hereby establish the global goal on adaptation of enhancing adaptive capacity, strengthening resilience and reducing vulnerability to climate change, with a view to contributing to sustainable development and ensuring an adequate adaptation response in the context of the temperature goal referred to in Article 2.

2. Parties recognize that adaptation is a global challenge faced by all with local, subnational, national, regional and international dimensions, and that it is a key component of and makes a contribution to the long-term global response to climate change to protect people, livelihoods and ecosystems, taking into account the urgent and immediate needs of those developing country Parties that are particularly vulnerable to the adverse effects of climate change.

3. The adaptation efforts of developing country Parties shall be recognized, in accordance with the modalities to be adopted by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session.

4. Parties recognize that the current need for adaptation is significant and that greater levels of mitigation can reduce the need for additional adaptation efforts, and that greater adaptation needs can involve greater adaptation costs.

5. Parties acknowledge that adaptation action should follow a country-driven, gender-responsive, participatory and fully transparent approach, taking into consideration vulnerable groups, communities and ecosystems, and should be based on and guided by the best available science and, as appropriate, traditional knowledge, knowledge of indigenous peoples and local knowledge systems, with a view to integrating adaptation into relevant socioeconomic and environmental policies and actions, where appropriate.

6. Parties recognize the importance of support for and international cooperation on adaptation efforts and the importance of taking into account the needs of developing country Parties, especially those that are particularly vulnerable to the adverse effects of climate change.

7. Parties should strengthen their cooperation on enhancing action on adaptation, taking into account the Cancun Adaptation Framework, including with regard to:

    (a) Sharing information, good practices, experiences and lessons learned, including, as appropriate, as these relate to science, planning, policies and implementation in relation to adaptation actions;

    (b) Strengthening institutional arrangements, including those under the Convention that serve this Agreement, to support the synthesis of relevant information and knowledge, and the provision of technical support and guidance to Parties;

    (c) Strengthening scientific knowledge on climate, including research, systematic observation of the climate system and early warning systems, in a manner that informs climate services and supports decision-making;

    (d) Assisting developing country Parties in identifying effective adaptation practices, adaptation needs, priorities, support provided and received for adaptation actions and efforts, and challenges and gaps, in a manner consistent with encouraging good practices;

    (e) Improving the effectiveness and durability of adaptation actions.

8. United Nations specialized organizations and agencies are encouraged to support the efforts of Parties to implement the actions referred to in paragraph 7 of this Article, taking into account the provisions of paragraph 5 of this Article.

9. Each Party shall, as appropriate, engage in adaptation planning processes and the implementation of actions, including the development or enhancement of relevant plans, policies and/or contributions, which may include:

    (a) The implementation of adaptation actions, undertakings and/or efforts;

    (b) The process to formulate and implement national adaptation plans;

    (c) The assessment of climate change impacts and vulnerability, with a view to formulating nationally determined prioritized actions, taking into account vulnerable people, places and ecosystems;

    (d) Monitoring and evaluating and learning from adaptation plans, policies, programmes and actions; and

    (e) Building the resilience of socioeconomic and ecological systems, including through economic diversification and sustainable management of natural resources.

24

10. Each Party should, as appropriate, submit and update periodically an adaptation communication, which may include its priorities, implementation and support needs, plans and actions, without creating any additional burden for developing country Parties.

11. The adaptation communication referred to in paragraph 10 of this Article shall be, as appropriate, submitted and updated periodically, as a component of or in conjunction with other communications or documents, including a national adaptation plan, a nationally determined contribution as referred to in Article 4, paragraph 2, and/or a national communication.

12. The adaptation communications referred to in paragraph 10 of this Article shall be recorded in a public registry maintained by the secretariat.

13. Continuous and enhanced international support shall be provided to developing country Parties for the implementation of paragraphs 7, 9, 10 and 11 of this Article, in accordance with the provisions of Articles 9, 10 and 11.

14. The global stocktake referred to in Article 14 shall, inter alia:

  (a) Recognize adaptation efforts of developing country Parties;

  (b) Enhance the implementation of adaptation action taking into account the adaptation communication referred to in paragraph 10 of this Article;

  (c) Review the adequacy and effectiveness of adaptation and support provided for adaptation; and

  (d) Review the overall progress made in achieving the global goal on adaptation referred to in paragraph 1 of this Article.

## Article 8

1. Parties recognize the importance of averting, minimizing and addressing loss and damage associated with the adverse effects of climate change, including extreme weather events and slow onset events, and the role of sustainable development in reducing the risk of loss and damage.

2. The Warsaw International Mechanism for Loss and Damage associated with Climate Change Impacts shall be subject to the authority and guidance of the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement and may be enhanced and strengthened, as determined by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement.

3. Parties should enhance understanding, action and support, including through the Warsaw International Mechanism, as appropriate, on a cooperative and facilitative basis with respect to loss and damage associated with the adverse effects of climate change.

4. Accordingly, areas of cooperation and facilitation to enhance understanding, action and support may include:

  (a) Early warning systems;

  (b) Emergency preparedness;

  (c) Slow onset events;

  (d) Events that may involve irreversible and permanent loss and damage;

  (e) Comprehensive risk assessment and management;

  (f) Risk insurance facilities, climate risk pooling and other insurance solutions;

  (g) Non-economic losses;

  (h) Resilience of communities, livelihoods and ecosystems.

5. The Warsaw International Mechanism shall collaborate with existing bodies and expert groups under the Agreement, as well as relevant organizations and expert bodies outside the Agreement.

## Article 9

1. Developed country Parties shall provide financial resources to assist developing country Parties with respect to both mitigation and adaptation in continuation of their existing obligations under the Convention.

2. Other Parties are encouraged to provide or continue to provide such support voluntarily.

3. As part of a global effort, developed country Parties should continue to take the lead in mobilizing climate finance from a wide variety of sources, instruments and channels, noting the significant role of public funds,

through a variety of actions, including supporting country-driven strategies, and taking into account the needs and priorities of developing country Parties. Such mobilization of climate finance should represent a progression beyond previous efforts.

4.  The provision of scaled-up financial resources should aim to achieve a balance between adaptation and mitigation, taking into account country-driven strategies, and the priorities and needs of developing country Parties, especially those that are particularly vulnerable to the adverse effects of climate change and have significant capacity constraints, such as the least developed countries and small island developing States, considering the need for public and grant-based resources for adaptation.

5.  Developed country Parties shall biennially communicate indicative quantitative and qualitative information related to paragraphs 1 and 3 of this Article, as applicable, including, as available, projected levels of public financial resources to be provided to developing country Parties. Other Parties providing resources are encouraged to communicate biennially such information on a voluntary basis.

6.  The global stocktake referred to in Article 14 shall take into account the relevant information provided by developed country Parties and/or Agreement bodies on efforts related to climate finance.

7.  Developed country Parties shall provide transparent and consistent information on support for developing country Parties provided and mobilized through public interventions biennially in accordance with the modalities, procedures and guidelines to be adopted by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement, at its first session, as stipulated in Article 13, paragraph 13. Other Parties are encouraged to do so.

8.  The Financial Mechanism of the Convention, including its operating entities, shall serve as the financial mechanism of this Agreement.

9.  The institutions serving this Agreement, including the operating entities of the Financial Mechanism of the Convention, shall aim to ensure efficient access to financial resources through simplified approval procedures and enhanced readiness support for developing country Parties, in particular for the least developed countries and small island developing States, in the context of their national climate strategies and plans.

## Article 10

1.  Parties share a long-term vision on the importance of fully realizing technology development and transfer in order to improve resilience to climate change and to reduce greenhouse gas emissions.

2.  Parties, noting the importance of technology for the implementation of mitigation and adaptation actions under this Agreement and recognizing existing technology deployment and dissemination efforts, shall strengthen cooperative action on technology development and transfer.

3.  The Technology Mechanism established under the Convention shall serve this Agreement.

4.  A technology framework is hereby established to provide overarching guidance for the work of the Technology Mechanism in promoting and facilitating enhanced action on technology development and transfer in order to support the implementation of this Agreement, in pursuit of the long-term vision referred to in paragraph 1 of this Article.

5.  Accelerating, encouraging and enabling innovation is critical for an effective, long-term global response to climate change and promoting economic growth and sustainable development. Such effort shall be, as appropriate, supported, including by the Technology Mechanism and, through financial means, by the Financial Mechanism of the Convention, for collaborative approaches to research and development, and facilitating access to technology, in particular for early stages of the technology cycle, to developing country Parties.

6.  Support, including financial support, shall be provided to developing country Parties for the implementation of this Article, including for strengthening cooperative action on technology development and transfer at different stages of the technology cycle, with a view to achieving a balance between support for mitigation and adaptation. The global stocktake referred to in Article 14 shall take into account available information on efforts related to support on technology development and transfer for developing country Parties.

## Article 11

1.  Capacity-building under this Agreement should enhance the capacity and ability of developing country Parties, in particular countries with the least capacity, such as the least developed countries, and those that are particularly vulnerable to the adverse effects of climate change, such as small island developing States, to take

effective climate change action, including, inter alia, to implement adaptation and mitigation actions, and should facilitate technology development, dissemination and deployment, access to climate finance, relevant aspects of education, training and public awareness, and the transparent, timely and accurate communication of information.

2. Capacity-building should be country-driven, based on and responsive to national needs, and foster country ownership of Parties, in particular, for developing country Parties, including at the national, subnational and local levels. Capacity-building should be guided by lessons learned, including those from capacity-building activities under the Convention, and should be an effective, iterative process that is participatory, cross-cutting and gender-responsive.

3. All Parties should cooperate to enhance the capacity of developing country Parties to implement this Agreement. Developed country Parties should enhance support for capacity-building actions in developing country Parties.

4. All Parties enhancing the capacity of developing country Parties to implement this Agreement, including through regional, bilateral and multilateral approaches, shall regularly communicate on these actions or measures on capacity-building. Developing country Parties should regularly communicate progress made on implementing capacity-building plans, policies, actions or measures to implement this Agreement.

5. Capacity-building activities shall be enhanced through appropriate institutional arrangements to support the implementation of this Agreement, including the appropriate institutional arrangements established under the Convention that serve this Agreement. The Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall, at its first session, consider and adopt a decision on the initial institutional arrangements for capacity-building.

## Article 12

Parties shall cooperate in taking measures, as appropriate, to enhance climate change education, training, public awareness, public participation and public access to information, recognizing the importance of these steps with respect to enhancing actions under this Agreement.

## Article 13

1. In order to build mutual trust and confidence and to promote effective implementation, an enhanced transparency framework for action and support, with built-in flexibility which takes into account Parties' different capacities and builds upon collective experience is hereby established.

2. The transparency framework shall provide flexibility in the implementation of the provisions of this Article to those developing country Parties that need it in the light of their capacities. The modalities, procedures and guidelines referred to in paragraph 13 of this Article shall reflect such flexibility.

3. The transparency framework shall build on and enhance the transparency arrangements under the Convention, recognizing the special circumstances of the least developed countries and small island developing States, and be implemented in a facilitative, non-intrusive, non-punitive manner, respectful of national sovereignty, and avoid placing undue burden on Parties.

4. The transparency arrangements under the Convention, including national communications, biennial reports and biennial update reports, international assessment and review and international consultation and analysis, shall form part of the experience drawn upon for the development of the modalities, procedures and guidelines under paragraph 13 of this Article.

5. The purpose of the framework for transparency of action is to provide a clear understanding of climate change action in the light of the objective of the Convention as set out in its Article 2, including clarity and tracking of progress towards achieving Parties' individual nationally determined contributions under Article 4, and Parties' adaptation actions under Article 7, including good practices, priorities, needs and gaps, to inform the global stocktake under Article 14.

6. The purpose of the framework for transparency of support is to provide clarity on support provided and received by relevant individual Parties in the context of climate change actions under Articles 4, 7, 9, 10 and 11, and, to the extent possible, to provide a full overview of aggregate financial support provided, to inform the global stocktake under Article 14.

7. Each Party shall regularly provide the following information:

FCCC/CP/2015/L.9

<div style="margin-left:2em;">

(a)    A national inventory report of anthropogenic emissions by sources and removals by sinks of greenhouse gases, prepared using good practice methodologies accepted by the Intergovernmental Panel on Climate Change and agreed upon by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement;

(b)    Information necessary to track progress made in implementing and achieving its nationally determined contribution under Article 4.

</div>

8.    Each Party should also provide information related to climate change impacts and adaptation under Article 7, as appropriate.

9.    Developed country Parties shall, and other Parties that provide support should, provide information on financial, technology transfer and capacity-building support provided to developing country Parties under Article 9, 10 and 11.

10.    Developing country Parties should provide information on financial, technology transfer and capacity-building support needed and received under Articles 9, 10 and 11.

11.    Information submitted by each Party under paragraphs 7 and 9 of this Article shall undergo a technical expert review, in accordance with decision 1/CP.21. For those developing country Parties that need it in the light of their capacities, the review process shall include assistance in identifying capacity-building needs. In addition, each Party shall participate in a facilitative, multilateral consideration of progress with respect to efforts under Article 9, and its respective implementation and achievement of its nationally determined contribution.

12.    The technical expert review under this paragraph shall consist of a consideration of the Party's support provided, as relevant, and its implementation and achievement of its nationally determined contribution. The review shall also identify areas of improvement for the Party, and include a review of the consistency of the information with the modalities, procedures and guidelines referred to in paragraph 13 of this Article, taking into account the flexibility accorded to the Party under paragraph 2 of this Article. The review shall pay particular attention to the respective national capabilities and circumstances of developing country Parties.

13.    The Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall, at its first session, building on experience from the arrangements related to transparency under the Convention, and elaborating on the provisions in this Article, adopt common modalities, procedures and guidelines, as appropriate, for the transparency of action and support.

14.    Support shall be provided to developing countries for the implementation of this Article.

15.    Support shall also be provided for the building of transparency-related capacity of developing country Parties on a continuous basis.

## Article 14

1.    The Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall periodically take stock of the implementation of this Agreement to assess the collective progress towards achieving the purpose of this Agreement and its long-term goals (referred to as the "global stocktake"). It shall do so in a comprehensive and facilitative manner, considering mitigation, adaptation and the means of implementation and support, and in the light of equity and the best available science.

2.    The Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall undertake its first global stocktake in 2023 and every five years thereafter unless otherwise decided by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement.

3.    The outcome of the global stocktake shall inform Parties in updating and enhancing, in a nationally determined manner, their actions and support in accordance with the relevant provisions of this Agreement, as well as in enhancing international cooperation for climate action.

## Article 15

1.    A mechanism to facilitate implementation of and promote compliance with the provisions of this Agreement is hereby established.

2.    The mechanism referred to in paragraph 1 of this Article shall consist of a committee that shall be expert-based and facilitative in nature and function in a manner that is transparent, non-adversarial and non-punitive. The committee shall pay particular attention to the respective national capabilities and circumstances of Parties.

3. The committee shall operate under the modalities and procedures adopted by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement at its first session and report annually to the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement.

## Article 16

1. The Conference of the Parties, the supreme body of the Convention, shall serve as the meeting of the Parties to this Agreement.

2. Parties to the Convention that are not Parties to this Agreement may participate as observers in the proceedings of any session of the Conference of the Parties serving as the meeting of the Parties to this Agreement. When the Conference of the Parties serves as the meeting of the Parties to this Agreement, decisions under this Agreement shall be taken only by those that are Parties to this Agreement.

3. When the Conference of the Parties serves as the meeting of the Parties to this Agreement, any member of the Bureau of the Conference of the Parties representing a Party to the Convention but, at that time, not a Party to this Agreement, shall be replaced by an additional member to be elected by and from amongst the Parties to this Agreement.

4. The Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall keep under regular review the implementation of this Agreement and shall make, within its mandate, the decisions necessary to promote its effective implementation. It shall perform the functions assigned to it by this Agreement and shall:

   (a) Establish such subsidiary bodies as deemed necessary for the implementation of this Agreement; and

   (b) Exercise such other functions as may be required for the implementation of this Agreement.

5. The rules of procedure of the Conference of the Parties and the financial procedures applied under the Convention shall be applied mutatis mutandis under this Agreement, except as may be otherwise decided by consensus by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement.

6. The first session of the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall be convened by the secretariat in conjunction with the first session of the Conference of the Parties that is scheduled after the date of entry into force of this Agreement. Subsequent ordinary sessions of the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall be held in conjunction with ordinary sessions of the Conference of the Parties, unless otherwise decided by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement.

7. Extraordinary sessions of the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall be held at such other times as may be deemed necessary by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement or at the written request of any Party, provided that, within six months of the request being communicated to the Parties by the secretariat, it is supported by at least one third of the Parties.

8. The United Nations and its specialized agencies and the International Atomic Energy Agency, as well as any State member thereof or observers thereto not party to the Convention, may be represented at sessions of the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement as observers. Any body or agency, whether national or international, governmental or non-governmental, which is qualified in matters covered by this Agreement and which has informed the secretariat of its wish to be represented at a session of the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement as an observer, may be so admitted unless at least one third of the Parties present object. The admission and participation of observers shall be subject to the rules of procedure referred to in paragraph 5 of this Article.

## Article 17

1. The secretariat established by Article 8 of the Convention shall serve as the secretariat of this Agreement.

2. Article 8, paragraph 2, of the Convention on the functions of the secretariat, and Article 8, paragraph 3, of the Convention, on the arrangements made for the functioning of the secretariat, shall apply mutatis mutandis to this Agreement. The secretariat shall, in addition, exercise the functions assigned to it under this Agreement and by the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement.

## Article 18

1.　The Subsidiary Body for Scientific and Technological Advice and the Subsidiary Body for Implementation established by Articles 9 and 10 of the Convention shall serve, respectively, as the Subsidiary Body for Scientific and Technological Advice and the Subsidiary Body for Implementation of this Agreement. The provisions of the Convention relating to the functioning of these two bodies shall apply mutatis mutandis to this Agreement. Sessions of the meetings of the Subsidiary Body for Scientific and Technological Advice and the Subsidiary Body for Implementation of this Agreement shall be held in conjunction with the meetings of, respectively, the Subsidiary Body for Scientific and Technological Advice and the Subsidiary Body for Implementation of the Convention.

2.　Parties to the Convention that are not Parties to this Agreement may participate as observers in the proceedings of any session of the subsidiary bodies. When the subsidiary bodies serve as the subsidiary bodies of this Agreement, decisions under this Agreement shall be taken only by those that are Parties to this Agreement.

3.　When the subsidiary bodies established by Articles 9 and 10 of the Convention exercise their functions with regard to matters concerning this Agreement, any member of the bureaux of those subsidiary bodies representing a Party to the Convention but, at that time, not a Party to this Agreement, shall be replaced by an additional member to be elected by and from amongst the Parties to this Agreement.

## Article 19

1.　Subsidiary bodies or other institutional arrangements established by or under the Convention, other than those referred to in this Agreement, shall serve this Agreement upon a decision of the Conference of the Parties serving as the meeting of the Parties to the Paris Agreement. The Conference of the Parties serving as the meeting of the Parties to the Paris Agreement shall specify the functions to be exercised by such subsidiary bodies or arrangements.

2.　The Conference of the Parties serving as the meeting of the Parties to the Paris Agreement may provide further guidance to such subsidiary bodies and institutional arrangements.

## Article 20

1.　This Agreement shall be open for signature and subject to ratification, acceptance or approval by States and regional economic integration organizations that are Parties to the Convention. It shall be open for signature at the United Nations Headquarters in New York from 22 April 2016 to 21 April 2017. Thereafter, this Agreement shall be open for accession from the day following the date on which it is closed for signature. Instruments of ratification, acceptance, approval or accession shall be deposited with the Depositary.

2.　Any regional economic integration organization that becomes a Party to this Agreement without any of its member States being a Party shall be bound by all the obligations under this Agreement. In the case of regional economic integration organizations with one or more member States that are Parties to this Agreement, the organization and its member States shall decide on their respective responsibilities for the performance of their obligations under this Agreement. In such cases, the organization and the member States shall not be entitled to exercise rights under this Agreement concurrently.

3.　In their instruments of ratification, acceptance, approval or accession, regional economic integration organizations shall declare the extent of their competence with respect to the matters governed by this Agreement. These organizations shall also inform the Depositary, who shall in turn inform the Parties, of any substantial modification in the extent of their competence.

## Article 21

1.　This Agreement shall enter into force on the thirtieth day after the date on which at least 55 Parties to the Convention accounting in total for at least an estimated 55 percent of the total global greenhouse gas emissions have deposited their instruments of ratification, acceptance, approval or accession.

2.　Solely for the limited purpose of paragraph 1 of this Article, "total global greenhouse gas emissions" means the most up-to-date amount communicated on or before the date of adoption of this Agreement by the Parties to the Convention.

3.　For each State or regional economic integration organization that ratifies, accepts or approves this Agreement or accedes thereto after the conditions set out in paragraph 1 of this Article for entry into force have been fulfilled,

this Agreement shall enter into force on the thirtieth day after the date of deposit by such State or regional economic integration organization of its instrument of ratification, acceptance, approval or accession.

4.      For the purposes of paragraph 1 of this Article, any instrument deposited by a regional economic integration organization shall not be counted as additional to those deposited by its member States.

## Article 22

The provisions of Article 15 of the Convention on the adoption of amendments to the Convention shall apply mutatis mutandis to this Agreement.

## Article 23

1.      The provisions of Article 16 of the Convention on the adoption and amendment of annexes to the Convention shall apply mutatis mutandis to this Agreement.

2.      Annexes to this Agreement shall form an integral part thereof and, unless otherwise expressly provided for, a reference to this Agreement constitutes at the same time a reference to any annexes thereto. Such annexes shall be restricted to lists, forms and any other material of a descriptive nature that is of a scientific, technical, procedural or administrative character.

## Article 24

The provisions of Article 14 of the Convention on settlement of disputes shall apply mutatis mutandis to this Agreement.

## Article 25

1.      Each Party shall have one vote, except as provided for paragraph 2 of this Article.

2.      Regional economic integration organizations, in matters within their competence, shall exercise their right to vote with a number of votes equal to the number of their member States that are Parties to this Agreement. Such an organization shall not exercise its right to vote if any of its member States exercises its right, and vice versa.

## Article 26

The Secretary-General of the United Nations shall be the Depositary of this Agreement.

## Article 27

No reservations may be made to this Agreement.

## Article 28

1.      At any time after three years from the date on which this Agreement has entered into force for a Party, that Party may withdraw from this Agreement by giving written notification to the Depositary.

2.      Any such withdrawal shall take effect upon expiry of one year from the date of receipt by the Depositary of the notification of withdrawal, or on such later date as may be specified in the notification of withdrawal.

3.      Any Party that withdraws from the Convention shall be considered as also having withdrawn from this Agreement.

## Article 29

The original of this Agreement, of which the Arabic, Chinese, English, French, Russian and Spanish texts are equally authentic, shall be deposited with the Secretary-General of the United Nations.

DONE at Paris this twelfth day of December two thousand and fifteen.

IN WITNESS WHEREOF, the undersigned, being duly authorized to that effect, have signed this Agreement.

_____



EXECUTIVE OFFICE OF THE PRESIDENT
COUNCIL ON ENVIRONMENTAL QUALITY
WASHINGTON, D.C. 20503

August 1, 2016

MEMORANDUM FOR HEADS OF FEDERAL DEPARTMENTS AND AGENCIES

FROM:        CHRISTINA GOLDFUSS
             COUNCIL ON ENVIRONMENTAL QUALITY

SUBJECT:     Final Guidance for Federal Departments and Agencies on
             Consideration of Greenhouse Gas Emissions and the Effects of
             Climate Change in National Environmental Policy Act Reviews

## I.    INTRODUCTION

The Council on Environmental Quality (CEQ) issues this guidance to assist

Federal agencies in their consideration of the effects of greenhouse gas (GHG) emissions[1]

and climate change when evaluating proposed Federal actions in accordance with the

National Environmental Policy Act (NEPA) and the CEQ Regulations Implementing the

Procedural Provisions of NEPA (CEQ Regulations).[2]  This guidance will facilitate

compliance with existing NEPA requirements, thereby improving the efficiency and

consistency of reviews of proposed Federal actions for agencies, decision makers, project

proponents, and the public.[3]  The guidance provides Federal agencies a common

---

[1] For purposes of this guidance, CEQ defines GHGs in accordance with Section 19(m) of Exec. Order No. 13693, Planning for Federal Sustainability in the Next Decade, 80 Fed. Reg. 15869, 15882 (Mar. 25, 2015) (carbon dioxide, methane, nitrous oxide, hydrofluorocarbons, perfluorocarbons, nitrogen trifluoride, and sulfur hexafluoride).  Also for purposes of this guidance, "emissions" includes release of stored GHGs as a result of land management activities affecting terrestrial GHG pools such as, but not limited to, carbon stocks in forests and soils, as well as actions that affect the future changes in carbon stocks.  The common unit of measurement for GHGs is metric tons of $CO_2$ equivalent (mt $CO_2$-e).

[2] See 42 U.S.C. 4321 et seq.; 40 CFR Parts 1500–1508.

[3] This guidance is not a rule or regulation, and the recommendations it contains may not apply to a particular situation based upon the individual facts and circumstances.  This guidance does not change or substitute for any law, regulation, or other legally binding

approach for assessing their proposed actions, while recognizing each agency's unique circumstances and authorities.[4]

Climate change is a fundamental environmental issue, and its effects fall squarely within NEPA's purview.[5]   Climate change is a particularly complex challenge given its global nature and the inherent interrelationships among its sources, causation, mechanisms of action, and impacts.  Analyzing a proposed action's GHG emissions and the effects of climate change relevant to a proposed action—particularly how climate change may change an action's environmental effects—can provide useful information to decision makers and the public.

CEQ is issuing the guidance to provide for greater clarity and more consistency in how agencies address climate change in the environmental impact assessment process. This guidance uses longstanding NEPA principles because such an analysis should be similar to the analysis of other environmental impacts under NEPA.  The guidance is intended to assist agencies in disclosing and considering the reasonably foreseeable effects of proposed actions that are relevant to their decision-making processes.  It confirms that agencies should provide the public and decision makers with explanations of the basis for agency determinations.

---

requirement, and is not legally enforceable.  The use of non-mandatory language such as "guidance," "recommend," "may," "should," and "can," is intended to describe CEQ policies and recommendations.  The use of mandatory terminology such as "must" and "required" is intended to describe controlling requirements under the terms of NEPA and the CEQ regulations, but this document does not affect legally binding requirements.

[4] This guidance also addresses recommendations offered by a number of stakeholders. *See* President's State, Local, and Tribal Leaders Task Force on Climate Preparedness and Resilience, *Recommendations to the President* (November 2014), p. 20 (recommendation 2.7), *available at* www.whitehouse.gov/sites/default/files/docs/task_force_report_0.pdf; U.S. Government Accountability Office, *Future Federal Adaptation Efforts Could Better Support Local Infrastructure Decision Makers*, (Apr. 2013), *available at* http://www.gao.gov/assets/660/653741.pdf. Public comments on drafts of this guidance document are available at http://www.whitehouse.gov/administration/eop/ceq/initiatives/nepa/comments.

[5] NEPA recognizes "the profound impact of man's activity on the interrelations of all components of the natural environment." (42 U.S.C. 4331(a)).  It was enacted to, *inter alia*, "promote efforts which will prevent or eliminate damage to the environment and biosphere and stimulate the health and welfare of man." (42 U.S.C. 4321).

Focused and effective consideration of climate change in NEPA reviews[6] will allow agencies to improve the quality of their decisions.  Identifying important interactions between a changing climate and the environmental impacts from a proposed action can help Federal agencies and other decision makers identify practicable opportunities to reduce GHG emissions, improve environmental outcomes, and contribute to safeguarding communities and their infrastructure against the effects of extreme weather events and other climate-related impacts.

Agencies implement NEPA through one of three levels of NEPA analysis: a Categorical Exclusion (CE); an Environmental Assessment (EA); or an Environmental Impact Statement (EIS).  This guidance is intended to help Federal agencies ensure their analysis of potential GHG emissions and effects of climate change in an EA or EIS is commensurate with the extent of the effects of the proposed action.[7]  Agencies have discretion in how they tailor their individual NEPA reviews to accommodate the approach outlined in this guidance, consistent with the CEQ Regulations and their respective implementing procedures and policies.[8]  CEQ does not expect that implementation of this guidance will require agencies to develop new NEPA implementing procedures.  However, CEQ recommends that agencies review their NEPA procedures and propose any updates they deem necessary or appropriate to facilitate their consideration of GHG emissions and climate change.[9]  CEQ will review agency

---

[6] The term "NEPA review" is used to include the analysis, process, and documentation required under NEPA.  While this document focuses on NEPA reviews, agencies are encouraged to analyze GHG emissions and climate-resilient design issues early in the planning and development of proposed actions and projects under their substantive authorities.
[7] *See* 40 CFR 1502.2(b) (Impacts shall be discussed in proportion to their significance); 40 CFR 1502.15 (Data and analyses in a statement shall be commensurate with the importance of the impact…).
[8] *See* 40 CFR 1502.24 (Methodology and scientific accuracy).
[9] *See* 40 CFR 1507.3. Agency NEPA implementing procedures can be, but are not required to be, in the form of regulation.  Section 1507.3 encourages agencies to publish explanatory guidance, and agencies also should consider whether any updates to explanatory guidance are necessary. Agencies should review their policies and implementing procedures and revise them as necessary to ensure full compliance with NEPA.

proposals for revising their NEPA procedures, including any revision of CEs, in light of this guidance.

As discussed in this guidance, when addressing climate change agencies should consider: (1) The potential effects of a proposed action on climate change as indicated by assessing GHG emissions (e.g., to include, where applicable, carbon sequestration);[10] and, (2) The effects of climate change on a proposed action and its environmental impacts.

This guidance explains the application of NEPA principles and practices to the analysis of GHG emissions and climate change, and

- Recommends that agencies quantify a proposed agency action's projected direct and indirect GHG emissions, taking into account available data and GHG quantification tools that are suitable for the proposed agency action;

- Recommends that agencies use projected GHG emissions (to include, where applicable, carbon sequestration implications associated with the proposed agency action) as a proxy for assessing potential climate change effects when preparing a NEPA analysis for a proposed agency action;

- Recommends that where agencies do not quantify a proposed agency action's projected GHG emissions because tools, methodologies, or data inputs are not reasonably available to support calculations for a quantitative analysis, agencies include a qualitative analysis in the NEPA document and explain the basis for determining that quantification is not reasonably available;

---

[10] Carbon sequestration is the long-term carbon storage in plants, soils, geologic formations, and oceans.

- Discusses methods to appropriately analyze reasonably foreseeable direct, indirect, and cumulative GHG emissions and climate effects;

- Guides the consideration of reasonable alternatives and recommends agencies consider the short- and long-term effects and benefits in the alternatives and mitigation analysis;

- Advises agencies to use available information when assessing the potential future state of the affected environment in a NEPA analysis, instead of undertaking new research, and provides examples of existing sources of scientific information;

- Counsels agencies to use the information developed during the NEPA review to consider alternatives that would make the actions and affected communities more resilient to the effects of a changing climate;

- Outlines special considerations for agencies analyzing biogenic carbon dioxide sources and carbon stocks associated with land and resource management actions under NEPA;

- Recommends that agencies select the appropriate level of NEPA review to assess the broad-scale effects of GHG emissions and climate change, either to inform programmatic (e.g., landscape-scale) decisions, or at both the programmatic and tiered project- or site-specific level, and to set forth a reasoned explanation for the agency's approach; and

- Counsels agencies that the "rule of reason" inherent in NEPA and the CEQ Regulations allows agencies to determine, based on their expertise and

experience, how to consider an environmental effect and prepare an analysis based on the available information.

II.    BACKGROUND

A.  NEPA

NEPA is designed to promote consideration of potential effects on the human environment[11] that would result from proposed Federal agency actions, and to provide the public and decision makers with useful information regarding reasonable alternatives[12] and mitigation measures to improve the environmental outcomes of Federal agency actions.  NEPA ensures that the environmental effects of proposed actions are taken into account before decisions are made and informs the public of significant environmental effects of proposed Federal agency actions, promoting transparency and accountability concerning Federal actions that may significantly affect the quality of the human environment.  NEPA reviews should identify measures to avoid, minimize, or mitigate adverse effects of Federal agency actions.  Better analysis and decisions are the ultimate goal of the NEPA process.[13]

Inherent in NEPA and the CEQ Regulations is a "rule of reason" that allows agencies to determine, based on their expertise and experience, how to consider an environmental effect and prepare an analysis based on the available information.  The usefulness of that information to the decision-making process and the public, and the

---

[11] 40 CFR 1508.14 ("'Human environment' shall be interpreted comprehensively to include the natural and physical environment and the relationship of people with that environment.").

[12] 40 CFR 1508.25(b) ("Alternatives, which include:  (1) No action alternative. (2) Other reasonable courses of actions. (3) Mitigation measures (not in the proposed action).").

[13] 40 CFR 1500.1(c) ("Ultimately, of course, it is not better documents but better decisions that count.  NEPA's purpose is not to generate paperwork—even excellent paperwork—but to foster excellent action.  The NEPA process is intended to help public officials make decisions that are based on understanding of environmental consequences, and take actions that protect, restore, and enhance the environment.").

extent of the anticipated environmental consequences are important factors to consider when applying that "rule of reason."

B.  Climate Change

Climate change science continues to expand and refine our understanding of the impacts of anthropogenic GHG emissions.  CEQ's first Annual Report in 1970 referenced climate change, indicating that "[m]an may be changing his weather."[14]  At that time, the mean level of atmospheric carbon dioxide ($CO_2$) had been measured as increasing to 325 parts per million (ppm) from an average of 280 ppm pre-Industrial levels.[15]  Since 1970, the concentration of atmospheric carbon dioxide has increased to approximately 400 ppm (2015 globally averaged value).[16]  Since the publication of CEQ's first Annual Report, it has been determined that human activities have caused the carbon dioxide content of the atmosphere of our planet to increase to its highest level in at least 800,000 years.[17]

It is now well established that rising global atmospheric GHG emission concentrations are significantly affecting the Earth's climate.  These conclusions are built upon a scientific record that has been created with substantial contributions from the

---

[14] See CEQ, Environmental Quality  The First Annual Report, p. 93 (August 1970); available at https://ceq.doe.gov/ceq_reports/annual_environmental_quality_reports.html.

[15] See USGCRP, Climate Change Impacts in the United States  The Third National Climate Assessment (Jerry M. Melillo, Terese (T.C.) Richmond, & Gary W. Yohe eds., 2014) [hereinafter "Third National Climate Assessment"], Appendix 3  Climate Science Supplement, p. 739; EPA, April 2015: Inventory of U.S. Greenhouse Emissions and Sinks  1990-2013, available at https://www3.epa.gov/climatechange/Downloads/ghgemissions/US-GHG-Inventory-2015-Main-Text.pdf.  See also Hartmann, D.L., A.M.G. Klein Tank, M. Rusticucci, et al., 2013  Observations  Atmosphere and Surface. In  Climate Change 2013  The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K., et al. (eds)]. Cambridge University Press: Cambridge, United Kingdom and New York, NY, USA. Available at http://www.ipcc.ch/pdf/assessment-report/ar5/wg1/WG1AR5_Chapter02_Final.pdf.

[16] See Ed Dlugokencky & Pieter Tans, National Oceanic and Atmospheric Administration/Earth System Research Laboratory, http://www.esrl.noaa.gov/gmd/ccgg/trends/global.html.

[17] See http://earthobservatory.nasa.gov/Features/CarbonCycle; University of California Riverside, National Aeronautics and Space Administration (NASA), and Riverside Unified School District, Down to Earth Climate Change, http://globalclimate.ucr.edu/resources.html; USGCRP, Third National Climate Assessment, Appendix 3  Climate Science Supplement, p. 736 ("Although climate changes in the past have been caused by natural factors, human activities are now the dominant agents of change. Human activities are affecting climate through increasing atmospheric levels of heat-trapping gases and other substances, including particles.").

United States Global Change Research Program (USGCRP), which informs the United

States' response to global climate change through coordinated Federal programs of

research, education, communication, and decision support.[18]  Studies have projected the

effects of increasing GHGs on many resources normally discussed in the NEPA process,

including water availability, ocean acidity, sea-level rise, ecosystem functions, energy

production, agriculture and food security, air quality and human health.[19]

Based primarily on the scientific assessments of the USGCRP, the National

Research Council, and the Intergovernmental Panel on Climate Change, in 2009 the

Environmental Protection Agency (EPA) issued a finding that the changes in our climate

caused by elevated concentrations of greenhouse gases in the atmosphere are reasonably

anticipated to endanger the public health and public welfare of current and future

generations.[20]  In 2015, EPA acknowledged more recent scientific assessments that

"highlight the urgency of addressing the rising concentration of $CO_2$ in the atmosphere,"

finding that certain groups are especially vulnerable to climate-related effects.[21]  Broadly

---

[18] *See* Global Change Research Act of 1990, Pub. L. 101–606, Sec. 103 (November 16, 1990).  For additional information on the United States Global Change Research Program [hereinafter "USGCRP"], visit http://www.globalchange.gov.  The USGCRP, formerly the Climate Change Science Program, coordinates and integrates the activities of 13 Federal agencies that conduct research on changes in the global environment and their implications for society.  The USGCRP began as a Presidential initiative in 1989 and was codified in the Global Change Research Act of 1990 (Public Law 101–606).  USGCRP-participating agencies are the Departments of Agriculture, Commerce, Defense, Energy, Interior, Health and Human Services, State, and Transportation; the U.S. Agency for International Development, the Environmental Protection Agency, NASA, the National Science Foundation, and the Smithsonian Institution.

[19] *See* USGCRP, *Third National Climate Assessment, available at* http://nca2014.globalchange.gov/system/files_force/downloads/low/NCA3_Climate_Change_Impacts_in_the_United%20States_Low Res.pdf?download=1; IPCC, *Climate Change 2014   Synthesis Report.  Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* (R.K. Pachauri, & L.A. Meyer eds., 2014), *available at* https://www.ipcc.ch/pdf/assessment-report/ar5/syr/SYR_AR5_FINAL_full.pdf; *see also* http://www.globalchange.gov; 40 CFR 1508.8 (effects include ecological, aesthetic, historic, cultural, economic, social, and health effects); USGCRP, *The Impacts of Climate Change on Human Health in the United States   A Scientific Assessment, available at* https://health2016.globalchange.gov/.

[20] *See generally Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the Clean Air Act,* 74 Fed. Reg. 66496 (Dec. 15, 2009).  (For example, at 66497-98: "[t]he evidence concerning how human-induced climate change may alter extreme weather events also clearly supports a finding of endangerment, given the serious adverse impacts that can result from such events and the increase in risk, even if small, of the occurrence and intensity of events such as hurricanes and floods.  Additionally, public health is expected to be adversely affected by an increase in the severity of coastal storm events due to rising sea levels").

[21] *See* EPA, *Final Rule for Carbon Pollution Emission Guidelines for Existing Stationary Sources   Electric Utility Generating Units,* 80 Fed. Reg. 64661, 64677 (Oct. 23, 2015) ("Certain groups, including children, the elderly, and the poor, are most vulnerable to climate-related effects. Recent studies also find that certain communities, including low-income communities and some communities of color … are disproportionately affected by certain climate change related impacts—including heat waves, degraded air quality, and

stated, the effects of climate change observed to date and projected to occur in the future include more frequent and intense heat waves, longer fire seasons and more severe wildfires, degraded air quality, more heavy downpours and flooding, increased drought, greater sea-level rise, more intense storms, harm to water resources, harm to agriculture, ocean acidification, and harm to wildlife and ecosystems.[22]

III.   CONSIDERING THE EFFECTS OF GHG EMISSIONS AND CLIMATE CHANGE

This guidance is applicable to all Federal actions subject to NEPA, including site-specific actions, certain funding of site-specific projects, rulemaking actions, permitting decisions, and land and resource management decisions.[23]  This guidance does not – and cannot – expand the range of Federal agency actions that are subject to NEPA. Consistent with NEPA, Federal agencies should consider the extent to which a proposed action and its reasonable alternatives would contribute to climate change, through GHG emissions, and take into account the ways in which a changing climate may impact the proposed action and any alternative actions, change the action's environmental effects over the lifetime of those effects, and alter the overall environmental implications of such actions.

This guidance is intended to assist agencies in disclosing and considering the effects of GHG emissions and climate change along with the other reasonably foreseeable environmental effects of their proposed actions.  This guidance does not establish any

---

extreme weather events—which are associated with increased deaths, illnesses, and economic challenges. Studies also find that climate change poses particular threats to the health, well-being, and ways of life of indigenous peoples in the U.S.").

[22] *See* http://www.globalchange.gov/climate-change/impacts-society and Third National Climate Assessment, Chapters 3-15 (Sectors) and Chapters 16-25 (Regions), *available at* http://nca2014.globalchange.gov/downloads.

[23] *See* 40 CFR 1508.18.

particular quantity of GHG emissions as "significantly" affecting the quality of the human environment or give greater consideration to the effects of GHG emissions and climate change over other effects on the human environment.

A.   GHG Emissions as a Proxy for the Climate Change Impacts of a Proposed Action

In light of the global scope of the impacts of GHG emissions, and the incremental contribution of each single action to global concentrations, CEQ recommends agencies use the projected GHG emissions associated with proposed actions as a proxy for assessing proposed actions' potential effects on climate change in NEPA analysis.[24]  This approach, together with providing a qualitative summary discussion of the impacts of GHG emissions based on authoritative reports such as the USGCRP's National Climate Assessments and the Impacts of Climate Change on Human Health in the United States, a Scientific Assessment of the USGCRP, allows an agency to present the environmental and public health impacts of a proposed action in clear terms and with sufficient information to make a reasoned choice between no action and other alternatives and appropriate mitigation measures, and to ensure the professional and scientific integrity of the NEPA review.[25]

Climate change results from the incremental addition of GHG emissions from millions of individual sources,[26] which collectively have a large impact on a global scale.

---

[24] See 40 CFR 1502.16, 1508.9.

[25] See 40 CFR 1500.1, 1502.24 (requiring agencies to use high quality information and ensure the professional and scientific integrity of the discussions and analyses in environmental impact statements).

[26] Some sources emit GHGs in quantities that are orders of magnitude greater than others. See EPA, *Greenhouse Gas Reporting Program 2014  Reported Data*, Figure 2: Direct GHG Emissions Reported by Sector (2014), *available at* https://www.epa.gov/ghgreporting/ghgrp-2014-reported-data (amounts of GHG emissions by sector); *Final Rule for Carbon Pollution Emission Guidelines for Existing Stationary Sources  Electric Utility Generating Units*, 80 Fed. Reg. 64661, 64663, 64689 (Oct. 23, 2015) (regulation of GHG emissions from fossil fuel-fired electricity generating power plants); *Oil and Natural Gas Sector  Emission Standards for New, Reconstructed, and Modified Sources*, 81 Fed. Reg. 34824, 35830 (June 3, 2016 (regulation of GHG emissions from oil and gas sector).

CEQ recognizes that the totality of climate change impacts is not attributable to any single action, but are exacerbated by a series of actions including actions taken pursuant to decisions of the Federal Government.  Therefore, a statement that emissions from a proposed Federal action represent only a small fraction of global emissions is essentially a statement about the nature of the climate change challenge, and is not an appropriate basis for deciding whether or to what extent to consider climate change impacts under NEPA.  Moreover, these comparisons are also not an appropriate method for characterizing the potential impacts associated with a proposed action and its alternatives and mitigations because this approach does not reveal anything beyond the nature of the climate change challenge itself: the fact that diverse individual sources of emissions each make a relatively small addition to global atmospheric GHG concentrations that collectively have a large impact.  When considering GHG emissions and their significance, agencies should use appropriate tools and methodologies for quantifying GHG emissions and comparing GHG quantities across alternative scenarios.  Agencies should not limit themselves to calculating a proposed action's emissions as a percentage of sector, nationwide, or global emissions in deciding whether or to what extent to consider climate change impacts under NEPA.

> 1.  GHG Emissions Quantification and Relevant Tools

This guidance recommends that agencies quantify a proposed agency action's projected direct and indirect GHG emissions.  Agencies should be guided by the principle that the extent of the analysis should be commensurate with the quantity of projected GHG emissions and take into account available data and GHG  quantification tools that

are suitable for and commensurate with the proposed agency action.[27]  The rule of reason and the concept of proportionality caution against providing an in-depth analysis of emissions regardless of the insignificance of the quantity of GHG emissions that would be caused by the proposed agency action.

Quantification tools are widely available, and are already in broad use in the Federal and private sectors, by state and local governments, and globally.[28]  Such quantification tools and methodologies have been developed to assist institutions, organizations, agencies, and companies with different levels of technical sophistication, data availability, and GHG source profiles.  When data inputs are reasonably available to support calculations, agencies should conduct GHG analysis and disclose quantitative estimates of GHG emissions in their NEPA reviews.  These tools can provide estimates of GHG emissions, including emissions from fossil fuel combustion and estimates of GHG emissions and carbon sequestration for many of the sources and sinks potentially affected by proposed resource management actions.[29]  When considering which tool(s) to employ, it is important to consider the proposed action's temporal scale, and the availability of input data.[30]  Examples of the kinds of methodologies agencies might consider using are presented in CEQ's 2012 Guidance for Accounting and Reporting GHG Emissions for a wide variety of activities associated with Federal agency operations.[31]  When an agency determines that quantifying GHG emissions would not be

---

[27] *See* 40 CFR 1500.1(b) ("Most important, NEPA documents must concentrate on the issues that are truly significant to the action in question, rather than amassing needless detail."); 40 CFR 1502.2(b) (Impacts shall be discussed in proportion to their significance); 40 CFR 1502.15 (Data and analyses in a statement shall be commensurate with the importance of the impact…).
[28] *See* https://ceq.doe.gov/current_developments/GHG-accounting-tools.html.
[29] For example, USDA's COMET-Farm tool can be used to assess the carbon sequestration of existing agricultural activities along with the reduction in carbon sequestration (emissions) of project-level activities, http://cometfarm.nrel.colostate.edu/. Examples of other tools are available at https://ceq.doe.gov/current_developments/GHG-accounting-tools.html.
[30] *See* 40 CFR 1502.22.
[31] *See*
https://www.whitehouse.gov/sites/default/files/microsites/ceq/revised_federal_greenhouse_gas_accounting_and_reporting_guidance_

warranted because tools, methodologies, or data inputs are not reasonably available, the agency should provide a qualitative analysis and its rationale for determining that the quantitative analysis is not warranted.  A qualitative analysis can rely on sector-specific descriptions of the GHG emissions of the category of Federal agency action that is the subject of the NEPA analysis.

When updating their NEPA procedures[32] and guidance, agencies should coordinate with CEQ to identify 1) the actions that normally warrant quantification of their GHG emissions, and consideration of the relative GHG emissions associated with alternative actions and 2) agency actions that normally do not warrant such quantification because tools, methodologies, or data inputs are not reasonably available.  The determination of the potential significance of a proposed action remains subject to agency practice for the consideration of context and intensity, as set forth in the CEQ Regulations.[33]

### 2.   The Scope of the Proposed Action

In order to assess effects, agencies should take account of the proposed action – including "connected" actions[34] – subject to reasonable limits based on feasibility and practicality.  Activities that have a reasonably close causal relationship to the Federal action, such as those that may occur as a predicate for a proposed agency action or as a consequence of a proposed agency action, should be accounted for in the NEPA analysis.

---

060412.pdf.  Federal agencies' Strategic Sustainability Performance Plans reflecting their annual GHG inventories and reports under Executive Order 13514 are available at https://www.performance.gov/node/3406/view?view=public#supporting-info.
[32] *See* 40 CFR 1507.3.
[33] 40 CFR 1508.27 ("'Significantly' as used in NEPA requires considerations of both context and intensity: (a) Context.  This means that the significance of an action must be analyzed in several contexts such as society as a whole (human, national), the affected region, the affected interests, and the locality. . . .  (b) Intensity.  This refers to the severity of impact.").
[34] 40 CFR 1508.25(a) (Actions are connected if they:  (i) Automatically trigger other actions which may require environmental impact statements; (ii) Cannot or will not proceed unless other actions are taken previously or simultaneously, or; (iii) Are interdependent parts of a larger action and depend on the larger action for their justification.).

For example, NEPA reviews for proposed resource extraction and development projects typically include the reasonably foreseeable effects of various phases in the process, such as clearing land for the project, building access roads, extraction, transport, refining, processing, using the resource, disassembly, disposal, and reclamation. Depending on the relationship between any of the phases, as well as the authority under which they may be carried out, agencies should use the analytical scope that best informs their decision making.

The agency should focus on significant potential effects and conduct an analysis that is proportionate to the environmental consequences of the proposed action.[35] Agencies can rely on basic NEPA principles to determine and explain the reasonable parameters of their analyses in order to disclose the reasonably foreseeable effects that may result from their proposed actions.[36]

### 3. Alternatives

Considering alternatives, including alternatives that mitigate GHG emissions, is fundamental to the NEPA process and accords with NEPA Sections 102(2)(C) and 102(2)(E). [37]  The CEQ regulations emphasize that the alternatives analysis is the heart of the EIS under NEPA Section 102(2)(C).[38]  NEPA Section 102(2)(E) provides an independent requirement for the consideration of alternatives in environmental documents.[39]  NEPA calls upon agencies to use the NEPA process to "identify and assess the reasonable alternatives to proposed actions that will avoid or minimize adverse effects of these actions upon the quality of the human environment."[40]  The requirement to

---

[35] *See* 40 CFR 1501.7(a)(3), 1502.2(b), and 1502.15.
[36] *See* 40 CFR 1502.16.
[37] 42 U.S.C. 4332(2)(C), 4332(2)(E); 40 CFR 1502.14, 1508.9(b).
[38] 40 CFR 1502.14.
[39] *See* 40 CFR 1500.2, 1508.9(b).
[40] 40 CFR 1500.2(c).

consider alternatives ensures that agencies account for approaches with no, or less, adverse environmental effects for a particular resource.

Consideration of alternatives also provides each agency decision maker the information needed to examine other possible approaches to a particular proposed action (including the no action alternative) that could alter the environmental impact or the balance of factors considered in making the decision. Agency decisions are aided when there are reasonable alternatives that allow for comparing GHG emissions and carbon sequestration potential, trade-offs with other environmental values, and the risk from – and resilience to – climate change inherent in a proposed action and its design.

Agencies must consider a range of reasonable alternatives consistent with the level of NEPA review (e.g., EA or EIS) and the purpose and need for the proposed action, as well as reasonable mitigation measures if not already included in the proposed action or alternatives.[41] Accordingly, a comparison of these alternatives based on GHG emissions and any potential mitigation measures can be useful to advance a reasoned choice among alternatives and mitigation actions. When conducting the analysis, an agency should compare the anticipated levels of GHG emissions from each alternative – including the no-action alternative – and mitigation actions to provide information to the public and enable the decision maker to make an informed choice.

Agencies should consider reasonable alternatives and mitigation measures to reduce action-related GHG emissions or increase carbon sequestration in the same fashion as they consider alternatives and mitigation measures for any other environmental effects. NEPA, the CEQ Regulations, and this guidance do not require the decision

---

[41] See 42 U.S.C. 4332(2)(C), 4332(2)(E), and 40 CFR 1502.14(f), 1508.9(b). The purpose and need for action usually reflects both the extent of the agency's statutory authority and its policies.

maker to select the alternative with the lowest net level of emissions.  Rather, they allow for the careful consideration of emissions and mitigation measures along with all the other factors considered in making a final decision.

### 4.   Direct and Indirect Effects

If the direct and indirect GHG emissions can be quantified based on available information, including reasonable projections and assumptions, agencies should consider and disclose the reasonably foreseeable direct and indirect emissions when analyzing the direct and indirect effects of the proposed action.[42]  Agencies should disclose the information and any assumptions used in the analysis and explain any uncertainties.

To compare a project's estimated direct and indirect emissions with GHG emissions from the no-action alternative, agencies should draw on existing, timely, objective, and authoritative analyses, such as those by the Energy Information Administration, the Federal Energy Management Program, or Office of Fossil Energy of the Department of Energy.[43]  In the absence of such analyses, agencies should use other available information.  When such analyses or information for quantification is unavailable, or the complexity of comparing emissions from various sources would make quantification overly speculative, then the agency should quantify emissions to the extent that this information is available and explain the extent to which quantified emissions information is unavailable while providing a qualitative analysis of those emissions.  As

---

[42] For example, where the proposed action involves fossil fuel extraction, direct emissions typically include GHGs emitted during the process of exploring for or extracting the fossil fuel.  The indirect effects of such an action that are reasonably foreseeable at the time would vary with the circumstances of the proposed action.  For actions such as a Federal lease sale of coal for energy production, the impacts associated with the end-use of the fossil fuel being extracted would be the reasonably foreseeable combustion of that coal.

[43] For a current example, see Office of Fossil Energy, Nat'l Energy Tech. Lab., U.S. Dep't of Energy, *Life Cycle Greenhouse Gas Perspective on Exporting Liquefied Natural Gas from the United States*, Pub. No. DOE/NETL-2014/1649 (2014), *available at* http://energy.gov/sites/prod/files/2014/05/f16/Life%20Cycle%20GHG%20Perspective%20Report.pdf.

with any NEPA analysis, the level of effort should be proportionate to the scale of the emissions relevant to the NEPA review.

### 5. Cumulative Effects

"Cumulative impact" is defined in the CEQ Regulations as the "impact on the environment that results from the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions regardless of what agency (Federal or non-Federal) or person undertakes such other actions."[44]  All GHG emissions contribute to cumulative climate change impacts.  However, for most Federal agency actions CEQ does not expect that an EIS would be required based *solely* on the global significance of cumulative impacts of GHG emissions, as it would not be consistent with the rule of reason to require the preparation of an EIS for every Federal action that may cause GHG emissions regardless of the magnitude of those emissions.

Based on the agency identification and analysis of the direct and indirect effects of its proposed action, NEPA requires an agency to consider the cumulative impacts of its proposed action and reasonable alternatives.[45]  As noted above, for the purposes of NEPA, the analysis of the effects of GHG emissions is essentially a cumulative effects analysis that is subsumed within the general analysis and discussion of climate change impacts.  Therefore, direct and indirect effects analysis for GHG emissions will adequately address the cumulative impacts for climate change from the proposed action and its alternatives and a separate cumulative effects analysis for GHG emissions is not needed.

### 6. Short- and Long-Term Effects

---

[44] 40 CFR 1508.7.
[45] *See* 40 CFR 1502.16, 1508.7, 1508.8.  *See also* CEQ Memorandum to Heads of Federal Agencies, *Guidance on the Consideration of Past Actions in Cumulative Effects Analysis*, June 24, 2005, *available at* https://ceq.doe.gov/nepa/regs/Guidance_on_CE.pdf.

When considering effects, agencies should take into account both the short- and long-term adverse and beneficial effects using a temporal scope that is grounded in the concept of reasonable foreseeability. Some proposed actions will have to consider effects at different stages to ensure the direct effects and reasonably foreseeable indirect effects are appropriately assessed; for example, the effects of construction are different from the effects of the operations and maintenance of a facility.

Biogenic GHG emissions and carbon stocks from some land or resource management activities, such as a prescribed burn of a forest or grassland conducted to limit loss of ecosystem function through wildfires or insect infestations, may result in short-term GHG emissions and loss of stored carbon, while in the longer term a restored, healthy ecosystem may provide long-term carbon sequestration. Therefore, the short- and long-term effects should be described in comparison to the no action alternative in the NEPA review.

7. Mitigation

Mitigation is an important component of the NEPA process that Federal agencies can use to avoid, minimize, and compensate for the adverse environmental effects associated with their actions. Mitigation, by definition, includes avoiding impacts, minimizing impacts by limiting them, rectifying the impact, reducing or eliminating the impacts over time, or compensating for them.[46] Consequently, agencies should consider reasonable mitigation measures and alternatives as provided for under existing CEQ Regulations and take into account relevant agency statutory authorities and policies. The NEPA process is also intended to provide useful advice and information to State, local

---

[46] *See* 40 CFR 1508.20, 1508.25 (Alternatives include mitigation measures not included in the proposed action).

18

and tribal governments and private parties so that the agencies can better coordinate with other agencies and organizations regarding the means to mitigate effects of their actions.[47]  The NEPA process considers the effects of mitigation commitments made by project proponents or others and mitigation required under other relevant permitting and environmental review regimes.[48]

As Federal agencies evaluate potential mitigation of GHG emissions and the interaction of a proposed action with climate change, the agencies should also carefully evaluate the quality of that mitigation to ensure it is additional, verifiable, durable, enforceable, and will be implemented.[49]  Agencies should consider the potential for mitigation measures to reduce or mitigate GHG emissions and climate change effects when those measures are reasonable and consistent with achieving the purpose and need for the proposed action.  Such mitigation measures could include enhanced energy efficiency, lower GHG-emitting technology, carbon capture, carbon sequestration (e.g., forest, agricultural soils, and coastal habitat restoration), sustainable land management practices, and capturing or beneficially using GHG emissions such as methane.

Finally, the CEQ Regulations and guidance recognize the value of monitoring to ensure that mitigation is carried out as provided in a record of decision or finding of no significant impact.[50]  The agency's final decision on the proposed action should identify those mitigation measures that the agency commits to take, recommends, or requires

---

[47] NEPA directs Federal agencies to make "advice and information useful in restoring, maintaining, and enhancing the quality of the environment" available to States, Tribes, counties, cities, institutions and individuals.  NEPA Sec. 102(2)(G).

[48] *See* CEQ Memorandum to Heads of Federal Agencies, *Appropriate Use of Mitigation and Monitoring and Clarifying the Appropriate Use of Mitigated Findings of No Significant Impact,* 76 FR 3843 (Jan. 21, 2011) *available at* https://ceq.doe.gov/current_developments/docs/Mitigation_and_Monitoring_Guidance_14Jan2011.pdf.

[49] *See* Presidential Memorandum: *Mitigating Impacts on Natural Resources from Development and Encouraging Related Private Investment* (https://www.whitehouse.gov/the-press-office/2015/11/03/mitigating-impacts-natural-resources-development-and-encouraging-related) defining "durability" and addressing additionality.

[50] *See* 40 CFR 1505.2(c), 1505.3.  *See also* CEQ Memorandum to Heads of Federal Agencies, *Appropriate Use of Mitigation and Monitoring and Clarifying the Appropriate Use of Mitigated Findings of No Significant Impact,* 76 FR 3843 (Jan. 21, 2011) *available at* https://ceq.doe.gov/current_developments/docs/Mitigation_and_Monitoring_Guidance_14Jan2011.pdf.

others to take.  Monitoring is particularly appropriate to confirm the effectiveness of mitigation when that mitigation is adopted to reduce the impacts of a proposed action on affected resources already increasingly vulnerable due to climate change.

## B.  CONSIDERING THE EFFECTS OF CLIMATE CHANGE ON A PROPOSED ACTION AND ITS ENVIRONMENTAL IMPACTS

According to the USGCRP and others, GHGs already in the atmosphere will continue altering the climate system into the future, even with current or future emissions control efforts.[51]  Therefore, a NEPA review should consider an action in the context of the future state of the environment.  In addition, climate change adaptation and resilience — defined as adjustments to natural or human systems in response to actual or expected climate changes — are important considerations for agencies contemplating and planning actions with effects that will occur both at the time of implementation and into the future.[52]

### 1.  Affected Environment

An agency should identify the affected environment to provide a basis for comparing the current and the future state of the environment as affected by the proposed action or its reasonable alternatives.[53]  The current and projected future state of the environment without the proposed action (i.e., the no action alternative) represents the reasonably foreseeable affected environment, and this should be described based on

---

[51] *See* Third National Climate Assessment, *Appendix 3  Climate Science Supplement* 753-754, *available at* http://s3.amazonaws.com/nca2014/low/NCA3_Full_Report_Appendix_3_Climate_Science_Supplement_LowRes.pdf?download=1.

[52] *See* Third National Climate Assessment, Chapter 28, "Adaptation" and Chapter 26, "Decision Support:  Connecting Science, Risk Perception, and Decisions," *available at* http://www.globalchange.gov/nca3-downloads-materials; see also, Exec. Order No. 13653, 78 Fed. Reg. 66817 (Nov. 6, 2013) and Exec. Order No.13693, *Planning for Federal Sustainability in the Next Decade*, 80 Fed. Reg. 15869 (Mach 25, 2015) (defining "climate-resilient design").

[53] *See* 40 CFR 1502.15 (providing that environmental impact statements shall succinctly describe the environmental impacts on the area(s) to be affected or created by the alternatives under consideration).

authoritative climate change reports,[54] which often project at least two possible future scenarios.[55] The temporal bounds for the state of the environment are determined by the projected initiation of implementation and the expected life of the proposed action and its effects.[56] Agencies should remain aware of the evolving body of scientific information as more refined estimates of the impacts of climate change, both globally and at a localized level, become available.[57]

2. Impacts

The analysis of climate change impacts should focus on those aspects of the human environment that are impacted by both the proposed action and climate change. Climate change can make a resource, ecosystem, human community, or structure more susceptible to many types of impacts and lessen its resilience to other environmental impacts apart from climate change. This increase in vulnerability can exacerbate the effects of the proposed action. For example, a proposed action may require water from a stream that has diminishing quantities of available water because of decreased snow pack in the mountains, or add heat to a water body that is already warming due to increasing atmospheric temperatures. Such considerations are squarely within the scope of NEPA and can inform decisions on whether to proceed with, and how to design, the proposed action to eliminate or mitigate impacts exacerbated by climate change. They can also

---

[54] *See, e.g.,* Third National Climate Assessment (Regional impacts chapters) *available at* http://www.globalchange.gov/nca3-downloads-materials.
[55] *See, e.g.,* Third National Climate Assessment (Regional impacts chapters, considering a low future global emissions scenario, and a high emissions scenario) *available at* http://www.globalchange.gov/nca3-downloads-materials.
[56] CEQ, *Considering Cumulative Effects Under the National Environmental Policy Act* (1997), https://ceq.doe.gov/publications/cumulative_effects.html. Agencies should also consider their work under Exec. Order No. 13653, *Preparing the United States for the Impacts of Climate Change,* 78 Fed. Reg. 66817 (Nov. 6, 2013), that considers how capital investments will be affected by a changing climate over time.
[57] *See, e.g.,* http://nca2014.globalchange.gov/report/regions/coasts.

inform possible adaptation measures to address the impacts of climate change, ultimately enabling the selection of smarter, more resilient actions.

### 3. Available Assessments and Scenarios

In accordance with NEPA's rule of reason and standards for obtaining information regarding reasonably foreseeable effects on the human environment, agencies need not undertake new research or analysis of potential climate change impacts in the proposed action area, but may instead summarize and incorporate by reference the relevant scientific literature.[58] For example, agencies may summarize and incorporate by reference the relevant chapters of the most recent national climate assessments or reports from the USGCRP.[59] Particularly relevant to some proposed actions are the most current reports on climate change impacts on water resources, ecosystems, agriculture and forestry, health, coastlines, and ocean and arctic regions in the United States.[60] Agencies may recognize that scenarios or climate modeling information (including seasonal, inter-annual, long-term, and regional-scale projections) are widely used, but when relying on a single study or projection, agencies should consider their limitations and discuss them.[61]

### 4. Opportunities for Resilience and Adaptation

As called for under NEPA, the CEQ Regulations, and CEQ guidance, the NEPA review process should be integrated with agency planning at the earliest possible time that would allow for a meaningful analysis.[62] Information developed during early

---

[58] *See* 40 CFR 1502.21 (material may be incorporated by reference if it is reasonably available for inspection by potentially interested persons during public review and comment).

[59] *See* http://www.globalchange.gov/browse/reports.

[60] *See* Third National Climate Assessment, *Our Changing Climate, available at* http://nca2014.globalchange.gov/report. Agencies should consider the latest final assessments and reports when they are updated.

[61] *See* 40 CFR 1502.22. Agencies can consult www.data.gov/climate/portals for model data archives, visualization tools, and downscaling results.

[62] *See* 42 U.S.C. 4332 ("agencies of the Federal Government shall … utilize a systematic, interdisciplinary approach which will insure the integrated use of the natural and social sciences and the environmental design arts in planning and in decision-making"); 40 CFR 1501.2 ("Agencies shall integrate the NEPA process with other planning at the earliest possible time…"); *See also* CEQ Memorandum

planning processes that precede a NEPA review may be incorporated into the NEPA review. Decades of NEPA practice have shown that integrating environmental considerations with the planning process provides useful information that program and project planners can consider in the design of the proposed action, alternatives, and potential mitigation measures. For instance, agencies should take into account increased risks associated with development in floodplains, avoiding such development wherever there is a practicable alternative, as required by Executive Order 11988 and Executive Order 13690.[63] In addition, agencies should take into account their ongoing efforts to incorporate environmental justice principles into their programs, policies, and activities, including the environmental justice strategies required by Executive Order 12898, as amended, and consider whether the effects of climate change in association with the effects of the proposed action may result in a disproportionate effect on minority and low income communities.[64] Agencies also may consider co-benefits of the proposed action, alternatives, and potential mitigation measures for human health, economic and social stability, ecosystem services, or other benefit that increases climate change preparedness or resilience. Individual agency adaptation plans and interagency adaptation strategies, such as agency Climate Adaptation Plans, the National Fish, Wildlife and Plants Climate Adaptation Strategy, and the National Action Plan: Priorities for Managing Freshwater

---

for Heads of Federal Departments and Agencies, *Improving the Process for Preparing Efficient and Timely Environmental Reviews under the National Environmental Policy Act*, 77 Fed. Reg. 14473 (Mar. 12, 2012), *available at* https://ceq.doe.gov/current_developments/docs/Improving_NEPA_Efficiencies_06Mar2012.pdf.

[63] *See* Exec. Order No. 11988, "Floodplain Management," 42 Fed. Reg. 26951 (May 24, 1977), *available at* http://www.archives.gov/federal-register/codification/executive-order/11988.html; Exec. Order No. 13690, *Establishing a Federal Flood Risk Management Standard and a Process for Further Soliciting and Considering Stakeholder Input*, 80 Fed. Reg. 6425 (Jan. 30, 2015), *available at* https://www.gpo.gov/fdsys/pkg/FR-2015-02-04/pdf/2015-02379.pdf.

[64] *See* Exec. Order No. 12898, *Federal Actions to Address Environmental Justice in Minority and Low-Income Populations*, 59 Fed. Reg. 7629 (Feb. 16, 1994), *available at* https://ceq.doe.gov/nepa/regs/eos/ii-5.pdf; CEQ, *Environmental Justice Guidance Under the National Environmental Policy Act* (Dec. 1997), *available at* http://ceq.doe.gov/nepa/regs/ej/justice.pdf.

Resources in a Changing Climate, provide other good examples of the type of relevant and useful information that can be considered.[65]

Climate change effects on the environment and on the proposed project should be considered in the analysis of a project considered vulnerable to the effects of climate change such as increasing sea level, drought, high intensity precipitation events, increased fire risk, or ecological change.  In such cases, a NEPA review will provide relevant information that agencies can use to consider in the initial project design, as well as alternatives with preferable overall environmental outcomes and improved resilience to climate impacts.  For example, an agency considering a proposed long-term development of transportation infrastructure on a coastal barrier island should take into account climate change effects on the environment and, as applicable, consequences of rebuilding where sea level rise and more intense storms will shorten the projected life of the project and change its effects on the environment.[66]  Given the length of time involved in present sea level projections, such considerations typically will not be relevant to short-term actions with short-term effects.

In addition, the particular impacts of climate change on vulnerable communities may be considered in the design of the action or the selection among alternatives to

---

[65] *See* http://sustainability.performance.gov for agency sustainability plans, which contain agency adaptation plans.  *See also* http://www.wildlifeadaptationstrategy.gov;
http://www.whitehouse.gov/sites/default/files/microsites/ceq/2011_national_action_plan.pdf; and
https://www.epa.gov/greeningepa/climate-change-adaptation-plans
[66] *See* U.S. Department of Transportation, Gulf Coast Study, Phase 2, *Assessing Transportation Vulnerability to Climate Change Synthesis of Lessons Learned and Methods Applied,* FHWA-HEP-15-007 (Oct. 2014) (focusing on the Mobile, Alabama region), *available at*
http://www.fhwa.dot.gov/environment/climate_change/adaptation/ongoing_and_current_research/gulf_coast_study/phase2_task6/fhwahep15007.pdf; U.S. Climate Change Science Program, Synthesis and Assessment Product 4.7, Impacts of Climate Change and Variability on Transportation Systems and Infrastructure: Gulf Coast Study, Phase I (Mar. 2008) (focusing on a regional scale in the central Gulf Coast), *available at* https://downloads.globalchange.gov/sap/sap4-7/sap4-7-final-all.pdf.  Information about the Gulf Coast Study is *available at*
*http://www.fhwa.dot.gov/environment/climate_change/adaptation/ongoing_and_current_research/gulf_coast_study. See also* Third National Climate Assessment, Chapter 28, "Adaptation," at 675 (noting that Federal agencies in particular can facilitate climate adaptation by "ensuring the establishment of federal policies that allow for "flexible" adaptation efforts and take steps to avoid unintended consequences"), *available at* http://nca2014.globalchange.gov/report/response-strategies/adaptation#intro-section-2.

assess the impact, and potential for disproportionate impacts, on those communities.[67]
For example, chemical facilities located near the coastline could have increased risk of
spills or leakages due to sea level rise or increased storm surges, putting local
communities and environmental resources at greater risk.  Increased resilience could
minimize such potential future effects.  Finally, considering climate change preparedness
and resilience can help ensure that agencies evaluate the potential for generating
additional GHGs if a project has to be replaced, repaired, or modified, and minimize the
risk of expending additional time and funds in the future.

    C.  Special Considerations for Biogenic Sources of Carbon

    With regard to biogenic GHG emissions from land management actions – such as
prescribed burning, timber stand improvements, fuel load reductions, scheduled
harvesting, and livestock grazing – it is important to recognize that these land
management actions involve GHG emissions and carbon sequestration that operate within
the global carbon and nitrogen cycle, which may be affected by those actions.  Similarly,
some water management practices have GHG emission consequences (e.g., reservoir
management practices can reduce methane releases, wetlands management practices can
enhance carbon sequestration, and water conservation can improve energy efficiency).

    Notably, it is possible that the net effect of ecosystem restoration actions resulting
in short-term biogenic emissions may lead to long-term reductions of atmospheric GHG
concentrations through increases in carbon stocks or reduced risks of future emissions.  In
the land and resource management context, how a proposed action affects a net carbon
sink or source will depend on multiple factors such as the climatic region, the distribution

---

[67] For an example, *see* https://www.blm.gov/epl-front-office/projects/nepa/5251/42462/45213/NPR-A_FINAL_ROD_2-21-13.pdf.

of carbon across carbon pools in the project area, and the ongoing activities and trends. In addressing biogenic GHG emissions, resource management agencies should include a comparison of estimated net GHG emissions and carbon stock changes that are projected to occur with and without implementation of proposed land or resource management actions.[68]  This analysis should take into account the GHG emissions, carbon sequestration potential, and the changes in carbon stocks that are relevant to decision making in light of the proposed actions and timeframes under consideration.

One example of agencies dealing with biogenic emissions and carbon sequestration arises when agencies consider proposed vegetation management practices that affect the risk of wildfire, insect and disease outbreak, or other disturbance.  The public and the decision maker may benefit from consideration of the influence of a vegetation management action that affects the risk of wildfire on net GHG emissions and carbon stock changes.  NEPA reviews should consider whether to include a comparison of net GHG emissions and carbon stock changes that are anticipated to occur, with and without implementation of the proposed vegetation management practice, to provide information that is useful to the decision maker and the public to distinguish between alternatives.  The analysis would take into account the estimated GHG emissions (biogenic and fossil), carbon sequestration potential, and the net change in carbon stocks relevant in light of the proposed actions and timeframes under consideration.  In such cases the agency should describe the basis for estimates used to project the probability or likelihood of occurrence or changes in the effects or severity of wildfire.  Where such

---

[68] One example of a tool for such calculations is the Carbon On Line Estimator (COLE), which uses data based on USDA Forest Service Forest Inventory & Analysis and Resource Planning Assessment data and other ecological data.  COLE began as a collaboration between the National Council for Air and Stream Improvement, Inc. (NCASI) and USDA Forest Service, Northern Research Station.  It currently is maintained by NCASI.  It is available at http://www.fs.usda.gov/ccrc/tools/cole.

tools, methodologies, or data are not yet available, the agency should provide a qualitative analysis and its rationale for determining that the quantitative analysis is not warranted.  As with any other analysis, the rule of reason and proportionality should be applied to determine the extent of the analysis.

CEQ acknowledges that Federal land and resource management agencies are developing agency-specific principles and guidance for considering biological carbon in management and planning decisions.[69]  Such guidance is expected to address the importance of considering biogenic carbon fluxes and storage within the context of other management objectives and ecosystem service goals, and integrating carbon considerations as part of a balanced and comprehensive program of sustainable management, climate change mitigation, and climate change adaptation.

IV.    TRADITIONAL NEPA TOOLS AND PRACTICES

A.  Scoping and Framing the NEPA Review

To effectuate integrated decision making, avoid duplication, and focus the NEPA review, the CEQ Regulations provide for scoping.[70]  In scoping, the agency determines the issues that the NEPA review will address and identifies the impacts related to the proposed action that the analyses will consider.[71]  An agency can use the scoping process to help it determine whether analysis is relevant and, if so, the extent of analysis

---

[69] *See* Council on Climate Change Preparedness and Resilience, *Priority Agenda Enhancing the Climate Resilience of America's Natural Resources*, at 52 (Oct. 2014), *available at* http://www.whitehouse.gov/sites/default/files/docs/enhancing_climate_resilience_of_americas_natural_resources.pdf.
[70] *See* 40 CFR 1501.7 ("There shall be an early and open process for determining the scope of issues to be addressed and for identifying the significant issues related to a proposed action.  This process shall be termed scoping."); *see also* CEQ Memorandum for Heads of Federal Departments and Agencies, *Improving the Process for Preparing Efficient and Timely Environmental Reviews under the National Environmental Policy Act*, March 6, 2012, *available at* https://ceq.doe.gov/current_developments/docs/Improving_NEPA_Efficiencies_06Mar2012.pdf (the CEQ Regulations explicitly require scoping for preparing an EIS, however, agencies can also take advantage of scoping whenever preparing an EA).
[71] *See* 40 CFR 1500.4(b), 1500.4(g), 1501.7.

appropriate for a proposed action.[72]  When scoping for the climate change issues associated with the proposed agency action, the nature, location, timeframe, and type of the proposed action and the extent of its effects will help determine the degree to which to consider climate projections, including whether climate change considerations warrant emphasis, detailed analysis, and disclosure.

Consistent with this guidance, agencies may develop their own agency-specific practices and guidance for framing the NEPA review.  Grounded on the principles of proportionality and the rule of reason, such aids can help an agency determine the extent to which an analysis of GHG emissions and climate change impacts should be explored in the decision-making process and will assist in the analysis of the no action and proposed alternatives and mitigation.[73]  The agency should explain such a framing process and its application to the proposed action to the decision makers and the public during the NEPA review and in the EA or EIS document.

B.  Frame of Reference

When discussing GHG emissions, as for all environmental impacts, it can be helpful to provide the decision maker and the public with a recognizable frame of reference for comparing alternatives and mitigation measures.  Agencies should discuss relevant approved federal, regional, state, tribal, or local plans, policies, or laws for GHG emission reductions or climate adaptation to make clear whether a proposed project's

---

[72] *See* 40 CFR 1501.7 (The agency preparing the NEPA analysis must use the scoping process to, among other things, determine the scope and identify the significant issues to be analyzed in depth) and CEQ, *Memorandum for General Counsels, NEPA Liaisons, and Participants in Scoping*, April 30, 1981, *available at* https://ceq.doe.gov/nepa/regs/scope/scoping.htm.

[73] *See, e.g.*, Matthew P. Thompson, Bruce G. Marcot, Frank R. Thompson, III, Steven McNulty, Larry A. Fisher, Michael C. Runge, David Cleaves, and Monica Tomosy, *The Science of Decisionmaking   Applications for Sustainable Forest and Grassland Management in the National Forest System* (2013), *available at* http://www.fs.fed.us/rm/pubs_other/rmrs_2013_thompson_m004.pdf; U.S. Forest Service Comparative Risk Assessment Framework And Tools, *available at* www.fs.fed.us/psw/topics/fire_science/craft/craft; and Julien Martin, Michael C. Runge, James D. Nichols, Bruce C. Lubow, and William L. Kendall, *Structured decision making as a conceptual framework to identify thresholds for conservation and management* (2009), Ecological Applications 19:1079–1090, *available at* http://www.esajournals.org/doi/abs/10.1890/08-0255.1.

GHG emissions are consistent with such plans or laws.[74]  For example, the Bureau of Land Management has discussed how agency actions in California, especially joint projects with the State, may or may not facilitate California reaching its emission reduction goals under the State's Assembly Bill 32 (Global Warming Solutions Act).[75]  This approach helps frame the policy context for the agency decision based on its NEPA review.

    C.  Incorporation by Reference

Incorporation by reference is of great value in considering GHG emissions or where an agency is considering the implications of climate change for the proposed action and its environmental effects.  Agencies should identify situations where prior studies or NEPA analyses are likely to cover emissions or adaptation issues, in whole or in part.  When larger scale analyses have considered climate change impacts and GHG emissions, calculating GHG emissions and carbon stocks for a specific action may provide only limited information beyond the information already collected and considered in the larger scale analyses.  The NEPA reviews for a specific action can incorporate by reference earlier programmatic studies or information such as management plans, inventories, assessments, and research that consider potential changes in carbon stocks, as well as any relevant programmatic NEPA reviews.[76]

Accordingly, agencies should use the scoping process to consider whether they should incorporate by reference GHG analyses from other programmatic studies, action

---

[74] *See* 40 CFR 1502.16(c), 1506.2(d) (where an inconsistency exists, agencies should describe the extent to which the agency will reconcile its proposed action with the plan or law). *See also* Exec. Order No. 13693, 80 Fed. Reg. 15869 (Mar. 25, 2015) (establishing GHG emission and related goals for agency facilities and operations.  Scope 1, 2, and 3 emissions are typically separate and distinct from analyses and information used in an EA or EIS.).

[75] *See, e.g.,* U.S. Bureau of Land Management, Desert Renewable Energy Conservation Plan Proposed Land Use Plan Amendment and Final Environmental Impact Statement, Vol. I, § I.3.3.2, at 12, *available at* http://drecp.org/finaldrecp/.

[76] *See* 40 CFR 1502.5, 1502.21.

specific NEPA reviews, or programmatic NEPA reviews to avoid duplication of effort. Furthermore, agencies should engage other agencies and stakeholders with expertise or an interest in related actions to participate in the scoping process to identify relevant GHG and adaptation analyses from other actions or programmatic NEPA documents.

### D.  Using Available Information

Agencies should make decisions using current scientific information and methodologies.  CEQ does not expect agencies to fund and conduct original climate change research to support their NEPA analyses or for agencies to require project proponents to do so.  Agencies should exercise their discretion to select and use the tools, methodologies, and scientific and research information that are of high quality and available to assess the impacts.[77]

Agencies should be aware of the ongoing efforts to address the impacts of climate change on human health and vulnerable communities.[78]  Certain groups, including children, the elderly, and the poor, are more vulnerable to climate-related health effects, and may face barriers to engaging on issues that disproportionately affect them.  CEQ recommends that agencies periodically engage their environmental justice experts, and the Federal Interagency Working Group on Environmental Justice,[79] to identify approaches to avoid or minimize impacts that may have disproportionately high and

---

[77] See 40 CFR 1502.24 (requiring agencies to ensure the professional and scientific integrity of the discussions and analyses in environmental impact statements).

[78] USGCRP, *The Impacts of Climate Change on Human Health in the United States  A Scientific Assessment* (Apr. 2016), *available at* https://health2016.globalchange.gov/downloads.

[79] For more information on the Federal Interagency Working Group on Environmental Justice co-chaired by EPA and CEQ, *see* http://www.epa.gov/environmentaljustice/interagency/index.html.

adverse human health or environmental effects on minority and low-income populations.[80]

E.  Programmatic or Broad-Based Studies and NEPA Reviews

Agency decisions can address different geographic scales that can range from the programmatic or landscape level to the site- or project-specific level.  Agencies sometimes conduct analyses or studies that are not NEPA reviews at the national level or other broad scale level (e.g., landscape, regional, or watershed) to assess the status of one or more resources or to determine trends in changing environmental conditions.[81]  In the context of long-range energy, transportation, and resource management strategies an agency may decide that it would be useful and efficient to provide an aggregate analysis of GHG emissions or climate change effects in a programmatic analysis and then incorporate by reference that analysis into future NEPA reviews.

A tiered, analytical decision-making approach using a programmatic NEPA review is used for many types of Federal actions[82] and can be particularly relevant to addressing proposed land, aquatic, and other resource management plans.  Under such an approach, an agency conducts a broad-scale programmatic NEPA analysis for decisions such as establishing or revising USDA Forest Service land management plans, Bureau of Land Management resource management plans, or Natural Resources Conservation Service conservation programs.  Subsequent NEPA analyses for proposed site-specific

---

[80] *President's Memorandum for the Heads of All Departments and Agencies, Executive Order on Federal Actions to Address Environmental Justice in Minority and Low-Income Populations* (Feb. 11, 1994), *available at* https://ceq.doe.gov/nepa/regs/eos/ii-5.pdf; CEQ, *Environmental Justice  Guidance Under the National Environmental Policy Act, available at* https://ceq.doe.gov/nepa/regs/ej/justice.pdf.

[81] Such a programmatic study is distinct from a programmatic NEPA review which is appropriate when the action under consideration is itself subject to NEPA requirements. *See* CEQ, *Memorandum for Heads of Federal Departments and Agencies, Effective Use of Programmatic NEPA Reviews*, Dec. 18, 2014, § I(A), p. 9, *available at* https://www.whitehouse.gov/sites/default/files/docs/effective_use_of_programmatic_nepa_reviews_fmal_dec2014_searchable.pdf (discussing non-NEPA types of programmatic analyses such as data collection, assessments, and research, which previous NEPA guidance described as joint inventories or planning studies).

[82] *See* 40 CFR 1502.20, 1508.28.  A programmatic NEPA review may be appropriate when a decision is being made that is subject to NEPA, such as establishing formal plans, programs, and policies, and when considering a suite of similar projects.

decisions – such as proposed actions that implement land, aquatic, and other resource management plans – may be tiered from the broader programmatic analysis, drawing upon its basic framework analysis to avoid repeating analytical efforts for each tiered decision.  Examples of project- or site-specific actions that may benefit from being able to tier to a programmatic NEPA review include: constructing transmission lines; conducting prescribed burns; approving grazing leases; granting rights-of-way; issuing leases for oil and gas drilling; authorizing construction of wind, solar or geothermal projects; and approving hard rock mineral extraction.

A programmatic NEPA review may also serve as an efficient mechanism in which to assess Federal agency efforts to adopt broad-scale sustainable practices for energy efficiency, GHG emissions avoidance and emissions reduction measures, petroleum product use reduction, and renewable energy use, as well as other sustainability practices.[83]  While broad department- or agency-wide goals may be of a far larger scale than a particular program, policy, or proposed action, an analysis that informs how a particular action affects that broader goal can be of value.

F.   Monetizing Costs and Benefits

NEPA does not require monetizing costs and benefits.  Furthermore, the weighing of the merits and drawbacks of the various alternatives need not be displayed using a monetary cost-benefit analysis and should not be when there are important qualitative considerations.[84]  When an agency determines that a monetized assessment of the impacts of greenhouse gas emissions or a monetary cost-benefit analysis is appropriate and

---

[83] See Exec. Order No. 13693, 80 Fed. Reg. 15869 (Mar. 25, 2015).
[84] See 40 CFR 1502.23.

relevant to the choice among different alternatives being considered, such analysis may be incorporated by reference[85] or appended to the NEPA document as an aid in evaluating the environmental consequences.[86]  For example, a rulemaking could have useful information for the NEPA review in an associated regulatory impact analysis which could be incorporated by reference.[87]  When using a monetary cost-benefit analysis, just as with tools to quantify emissions, the agency should disclose the assumptions, alternative inputs, and levels of uncertainty associated with such analysis. Finally, if an agency chooses to monetize some but not all impacts of an action, the agency providing this additional information should explain its rationale for doing so.[88]

## V.  CONCLUSION AND EFFECTIVE DATE

Agencies should apply this guidance to all new proposed agency actions when a NEPA review is initiated.  Agencies should exercise judgment when considering whether to apply this guidance to the extent practicable to an on-going NEPA process.  CEQ does not expect agencies to apply this guidance to concluded NEPA reviews and actions for

---

[85] *See* 40 CFR 1502.21 (material may be cited if it is reasonably available for inspection by potentially interested persons within the time allowed for public review and comment).

[86] When conducting a cost-benefit analysis, determining an appropriate method for preparing a cost-benefit analysis is a decision left to the agency's discretion, taking into account established practices for cost-benefit analysis with strong theoretical underpinnings (for example, see OMB Circular A-4 and references therein).  For example, the Federal social cost of carbon (SCC) estimates the marginal damages associated with an increase in carbon dioxide emissions in a given year.  Developed through an interagency process committed to ensuring that the SCC estimates reflect the best available science and methodologies and used to assess the social benefits of reducing carbon dioxide emissions across alternatives in rulemakings, it provides a harmonized, interagency metric that can give decision makers and the public useful information for their NEPA review.  For current Federal estimates, *see* Interagency Working Group on Social Cost of Carbon, United States Government, *Technical Support Document  Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866* (revised July 2015), *available at* https://www.whitehouse.gov/omb/oira/social-cost-of-carbon.

[87] For example, the regulatory impact analysis was used as a source of information and aligned with the NEPA review for Corporate Average Fuel Economy (CAFÉ) standards, *see* National Highway Traffic Safety Administration, Corporate Average Fuel Economy Standards, Passenger Cars and Light Trucks, Model Years 2017-2025, Final Environmental Impact Statement, Docket No. NHTSA-2011-0056 (July 2012), § 5.3.2, *available at* http://www.nhtsa.gov/Laws+&+Regulations/CAFE+-+Fuel+Economy/Environmental+Impact+Statement+for+CAFE+Standards,+2017-2025.

[88] For example, the information may be responsive to public comments or useful to the decision maker in further distinguishing between alternatives and mitigation measures.  In all cases, the agency should ensure that its consideration of the information and other factors relevant to its decision is consistent with applicable statutory or other authorities, including requirements for the use of cost-benefit analysis.

which a final EIS or EA has been issued.  Agencies should consider applying this guidance to projects in the EIS or EA preparation stage if this would inform the consideration of differences between alternatives or address comments raised through the public comment process with sufficient scientific basis that suggest the environmental analysis would be incomplete without application of the guidance, and the additional time and resources needed would be proportionate to the value of the information included.

# # #

# Climate Change 2014

# Synthesis Report

# Summary for Policymakers

**SPM**

# Introduction

This Synthesis Report is based on the reports of the three Working Groups of the Intergovernmental Panel on Climate Change (IPCC), including relevant Special Reports. It provides an integrated view of climate change as the final part of the IPCC's Fifth Assessment Report (AR5).

This summary follows the structure of the longer report which addresses the following topics: Observed changes and their causes; Future climate change, risks and impacts; Future pathways for adaptation, mitigation and sustainable development; Adaptation and mitigation.

In the Synthesis Report, the certainty in key assessment findings is communicated as in the Working Group Reports and Special Reports. It is based on the author teams' evaluations of underlying scientific understanding and is expressed as a qualitative level of confidence (from *very low* to *very high*) and, when possible, probabilistically with a quantified likelihood (from *exceptionally unlikely* to *virtually certain*)[1]. Where appropriate, findings are also formulated as statements of fact without using uncertainty qualifiers.

This report includes information relevant to Article 2 of the United Nations Framework Convention on Climate Change (UNFCCC).

## SPM 1.     Observed Changes and their Causes

> **Human influence on the climate system is clear, and recent anthropogenic emissions of greenhouse gases are the highest in history. Recent climate changes have had widespread impacts on human and natural systems. {1}**

### SPM 1.1     Observed changes in the climate system

> **Warming of the climate system is unequivocal, and since the 1950s, many of the observed changes are unprecedented over decades to millennia. The atmosphere and ocean have warmed, the amounts of snow and ice have diminished, and sea level has risen. {1.1}**

Each of the last three decades has been successively warmer at the Earth's surface than any preceding decade since 1850. The period from 1983 to 2012 was *likely* the warmest 30-year period of the last 1400 years in the Northern Hemisphere, where such assessment is possible (*medium confidence*). The globally averaged combined land and ocean surface temperature data as calculated by a linear trend show a warming of 0.85 [0.65 to 1.06] °C[2] over the period 1880 to 2012, when multiple independently produced datasets exist (Figure SPM.1a). *{1.1.1, Figure 1.1}*

In addition to robust multi-decadal warming, the globally averaged surface temperature exhibits substantial decadal and interannual variability (Figure SPM.1a). Due to this natural variability, trends based on short records are very sensitive to the beginning and end dates and do not in general reflect long-term climate trends. As one example, the rate of warming over

---

[1]   Each finding is grounded in an evaluation of underlying evidence and agreement. In many cases, a synthesis of evidence and agreement supports an assignment of confidence. The summary terms for evidence are: limited, medium or robust. For agreement, they are low, medium or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high and very high, and typeset in italics, e.g., *medium confidence*. The following terms have been used to indicate the assessed likelihood of an outcome or a result: virtually certain 99–100% probability, very likely 90–100%, likely 66–100%, about as likely as not 33–66%, unlikely 0–33%, very unlikely 0–10%, exceptionally unlikely 0–1%. Additional terms (extremely likely 95–100%, more likely than not >50–100%, more unlikely than likely 0–<50%, extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely*. See for more details: Mastrandrea, M.D., C.B. Field, T.F. Stocker, O. Edenhofer, K.L. Ebi, D.J. Frame, H. Held, E. Kriegler, K.J. Mach, P.R. Matschoss, G.-K. Plattner, G.W. Yohe and F.W. Zwiers, 2010: Guidance Note for Lead Authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties, Intergovernmental Panel on Climate Change (IPCC), Geneva, Switzerland, 4 pp.

[2]   Ranges in square brackets or following '±' are expected to have a 90% likelihood of including the value that is being estimated, unless otherwise stated.

SPM



**Figure SPM.1 | The complex relationship between the observations (panels a, b, c, yellow background) and the emissions (panel d, light blue background) is addressed in Section 1.2 and Topic 1.** Observations and other indicators of a changing global climate system. Observations: **(a)** Annually and globally averaged combined land and ocean surface temperature anomalies relative to the average over the period 1986 to 2005. Colours indicate different data sets. **(b)** Annually and globally averaged sea level change relative to the average over the period 1986 to 2005 in the longest-running dataset. Colours indicate different data sets. All datasets are aligned to have the same value in 1993, the first year of satellite altimetry data (red). Where assessed, uncertainties are indicated by coloured shading. **(c)** Atmospheric concentrations of the greenhouse gases carbon dioxide ($CO_2$, green), methane ($CH_4$, orange) and nitrous oxide ($N_2O$, red) determined from ice core data (dots) and from direct atmospheric measurements (lines). Indicators: **(d)** Global anthropogenic $CO_2$ emissions from forestry and other land use as well as from burning of fossil fuel, cement production and flaring. Cumulative emissions of $CO_2$ from these sources and their uncertainties are shown as bars and whiskers, respectively, on the right hand side. The global effects of the accumulation of $CH_4$ and $N_2O$ emissions are shown in panel c. Greenhouse gas emission data from 1970 to 2010 are shown in Figure SPM.2. {Figures 1.1, 1.3, 1.5}

**SPM**

the past 15 years (1998–2012; 0.05 [–0.05 to 0.15] °C per decade), which begins with a strong El Niño, is smaller than the rate calculated since 1951 (1951–2012; 0.12 [0.08 to 0.14] °C per decade). *{1.1.1, Box 1.1}*

Ocean warming dominates the increase in energy stored in the climate system, accounting for more than 90% of the energy accumulated between 1971 and 2010 (*high confidence*), with only about 1% stored in the atmosphere. On a global scale, the ocean warming is largest near the surface, and the upper 75 m warmed by 0.11 [0.09 to 0.13] °C per decade over the period 1971 to 2010. It is *virtually certain* that the upper ocean (0–700 m) warmed from 1971 to 2010, and it *likely* warmed between the 1870s and 1971. *{1.1.2, Figure 1.2}*

Averaged over the mid-latitude land areas of the Northern Hemisphere, precipitation has increased since 1901 (*medium confidence* before and *high confidence* after 1951). For other latitudes, area-averaged long-term positive or negative trends have *low confidence*. Observations of changes in ocean surface salinity also provide indirect evidence for changes in the global water cycle over the ocean (*medium confidence*). It is *very likely* that regions of high salinity, where evaporation dominates, have become more saline, while regions of low salinity, where precipitation dominates, have become fresher since the 1950s. *{1.1.1, 1.1.2}*

Since the beginning of the industrial era, oceanic uptake of $CO_2$ has resulted in acidification of the ocean; the pH of ocean surface water has decreased by 0.1 (*high confidence*), corresponding to a 26% increase in acidity, measured as hydrogen ion concentration. *{1.1.2}*

Over the period 1992 to 2011, the Greenland and Antarctic ice sheets have been losing mass (*high confidence*), *likely* at a larger rate over 2002 to 2011. Glaciers have continued to shrink almost worldwide (*high confidence*). Northern Hemisphere spring snow cover has continued to decrease in extent (*high confidence*). There is *high confidence* that permafrost temperatures have increased in most regions since the early 1980s in response to increased surface temperature and changing snow cover. *{1.1.3}*

The annual mean Arctic sea-ice extent decreased over the period 1979 to 2012, with a rate that was *very likely* in the range 3.5 to 4.1% per decade. Arctic sea-ice extent has decreased in every season and in every successive decade since 1979, with the most rapid decrease in decadal mean extent in summer (*high confidence*). It is *very likely* that the annual mean Antarctic sea-ice extent increased in the range of 1.2 to 1.8% per decade between 1979 and 2012. However, there is *high confidence* that there are strong regional differences in Antarctica, with extent increasing in some regions and decreasing in others. *{1.1.3, Figure 1.1}*

Over the period 1901 to 2010, global mean sea level rose by 0.19 [0.17 to 0.21] m (Figure SPM.1b). The rate of sea level rise since the mid-19th century has been larger than the mean rate during the previous two millennia (*high confidence*). *{1.1.4, Figure 1.1}*

## SPM 1.2    Causes of climate change

> **Anthropogenic greenhouse gas emissions have increased since the pre-industrial era, driven largely by economic and population growth, and are now higher than ever. This has led to atmospheric concentrations of carbon dioxide, methane and nitrous oxide that are unprecedented in at least the last 800,000 years. Their effects, together with those of other anthropogenic drivers, have been detected throughout the climate system and are *extremely likely* to have been the dominant cause of the observed warming since the mid-20th century. *{1.2, 1.3.1}***

Anthropogenic greenhouse gas (GHG) emissions since the pre-industrial era have driven large increases in the atmospheric concentrations of carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$) (Figure SPM.1c). Between 1750 and 2011, cumulative anthropogenic $CO_2$ emissions to the atmosphere were 2040 ± 310 GtCO$_2$. About 40% of these emissions have remained in the atmosphere (880 ± 35 GtCO$_2$); the rest was removed from the atmosphere and stored on land (in plants and soils) and in the ocean. The ocean has absorbed about 30% of the emitted anthropogenic $CO_2$, causing ocean acidification. About half of the anthropogenic $CO_2$ emissions between 1750 and 2011 have occurred in the last 40 years (*high confidence*) (Figure SPM.1d). *{1.2.1, 1.2.2}*



**Figure SPM.2 |** Total annual anthropogenic greenhouse gas (GHG) emissions (gigatonne of $CO_2$-equivalent per year, Gt$CO_2$-eq/yr) for the period 1970 to 2010 by gases: $CO_2$ from fossil fuel combustion and industrial processes; $CO_2$ from Forestry and Other Land Use (FOLU); methane ($CH_4$); nitrous oxide ($N_2O$); fluorinated gases covered under the Kyoto Protocol (F-gases). Right hand side shows 2010 emissions, using alternatively $CO_2$-equivalent emission weightings based on IPCC Second Assessment Report (SAR) and AR5 values. Unless otherwise stated, $CO_2$-equivalent emissions in this report include the basket of Kyoto gases ($CO_2$, $CH_4$, $N_2O$ as well as F-gases) calculated based on 100-year Global Warming Potential (GWP$_{100}$) values from the SAR (see Glossary). Using the most recent GWP$_{100}$ values from the AR5 (right-hand bars) would result in higher total annual GHG emissions (52 Gt$CO_2$-eq/yr) from an increased contribution of methane, but does not change the long-term trend significantly. {Figure 1.6, Box 3.2}

Total anthropogenic GHG emissions have continued to increase over 1970 to 2010 with larger absolute increases between 2000 and 2010, despite a growing number of climate change mitigation policies. Anthropogenic GHG emissions in 2010 have reached 49 ± 4.5 Gt$CO_2$-eq/yr [3]. Emissions of $CO_2$ from fossil fuel combustion and industrial processes contributed about 78% of the total GHG emissions increase from 1970 to 2010, with a similar percentage contribution for the increase during the period 2000 to 2010 (*high confidence*) (Figure SPM.2). Globally, economic and population growth continued to be the most important drivers of increases in $CO_2$ emissions from fossil fuel combustion. The contribution of population growth between 2000 and 2010 remained roughly identical to the previous three decades, while the contribution of economic growth has risen sharply. Increased use of coal has reversed the long-standing trend of gradual decarbonization (i.e., reducing the carbon intensity of energy) of the world's energy supply (*high confidence*). {1.2.2}

The evidence for human influence on the climate system has grown since the IPCC Fourth Assessment Report (AR4). It is *extremely likely* that more than half of the observed increase in global average surface temperature from 1951 to 2010 was caused by the anthropogenic increase in GHG concentrations and other anthropogenic forcings together. The best estimate of the human-induced contribution to warming is similar to the observed warming over this period (Figure SPM.3). Anthropogenic forcings have *likely* made a substantial contribution to surface temperature increases since the mid-20th century over every continental region except Antarctica[4]. Anthropogenic influences have *likely* affected the global water cycle since 1960 and contributed to the retreat of glaciers since the 1960s and to the increased surface melting of the Greenland ice sheet since 1993. Anthropogenic influences have *very likely* contributed to Arctic sea-ice loss since 1979 and have *very likely* made a substantial contribution to increases in global upper ocean heat content (0—700 m) and to global mean sea level rise observed since the 1970s. {1.3, Figure 1.10}

---

[3]   Greenhouse gas emissions are quantified as $CO_2$-equivalent (Gt$CO_2$-eq) emissions using weightings based on the 100-year Global Warming Potentials, using IPCC Second Assessment Report values unless otherwise stated. {Box 3.2}

[4]   For Antarctica, large observational uncertainties result in *low confidence* that anthropogenic forcings have contributed to the observed warming averaged over available stations.

**SPM**



**Contributions to observed surface temperature change over the period 1951–2010**

**Figure SPM.3 |** Assessed *likely* ranges (whiskers) and their mid-points (bars) for warming trends over the 1951–2010 period from well-mixed greenhouse gases, other anthropogenic forcings (including the cooling effect of aerosols and the effect of land use change), combined anthropogenic forcings, natural forcings and natural internal climate variability (which is the element of climate variability that arises spontaneously within the climate system even in the absence of forcings). The observed surface temperature change is shown in black, with the 5 to 95% uncertainty range due to observational uncertainty. The attributed warming ranges (colours) are based on observations combined with climate model simulations, in order to estimate the contribution of an individual external forcing to the observed warming. The contribution from the combined anthropogenic forcings can be estimated with less uncertainty than the contributions from greenhouse gases and from other anthropogenic forcings separately. This is because these two contributions partially compensate, resulting in a combined signal that is better constrained by observations. *{Figure 1.9}*

## SPM 1.3    Impacts of climate change

> In recent decades, changes in climate have caused impacts on natural and human systems on all continents and across the oceans. Impacts are due to observed climate change, irrespective of its cause, indicating the sensitivity of natural and human systems to changing climate. *{1.3.2}*

Evidence of observed climate change impacts is strongest and most comprehensive for natural systems. In many regions, changing precipitation or melting snow and ice are altering hydrological systems, affecting water resources in terms of quantity and quality (*medium confidence*). Many terrestrial, freshwater and marine species have shifted their geographic ranges, seasonal activities, migration patterns, abundances and species interactions in response to ongoing climate change (*high confidence*). Some impacts on human systems have also been attributed to climate change, with a major or minor contribution of climate change distinguishable from other influences (Figure SPM.4). Assessment of many studies covering a wide range of regions and crops shows that negative impacts of climate change on crop yields have been more common than positive impacts (*high confidence*). Some impacts of ocean acidification on marine organisms have been attributed to human influence (*medium confidence*). *{1.3.2}*



**Figure SPM.4 |** Based on the available scientific literature since the IPCC Fourth Assessment Report (AR4), there are substantially more impacts in recent decades now attributed to climate change. Attribution requires defined scientific evidence on the role of climate change. Absence from the map of additional impacts attributed to climate change does not imply that such impacts have not occurred. The publications supporting attributed impacts reflect a growing knowledge base, but publications are still limited for many regions, systems and processes, highlighting gaps in data and studies. Symbols indicate categories of attributed impacts, the relative contribution of climate change (major or minor) to the observed impact and confidence in attribution. Each symbol refers to one or more entries in WGII Table SPM.A1, grouping related regional-scale impacts. Numbers in ovals indicate regional totals of climate change publications from 2001 to 2010, based on the Scopus bibliographic database for publications in English with individual countries mentioned in title, abstract or key words (as of July 2011). These numbers provide an overall measure of the available scientific literature on climate change across regions; they do not indicate the number of publications supporting attribution of climate change impacts in each region. Studies for polar regions and small islands are grouped with neighbouring continental regions. The inclusion of publications for assessment of attribution followed IPCC scientific evidence criteria defined in WGII Chapter 18. Publications considered in the attribution analyses come from a broader range of literature assessed in the WGII AR5. See WGII Table SPM.A1 for descriptions of the attributed impacts. *{Figure 1.11}*

## SPM 1.4    Extreme events

> **Changes in many extreme weather and climate events have been observed since about 1950. Some of these changes have been linked to human influences, including a decrease in cold temperature extremes, an increase in warm temperature extremes, an increase in extreme high sea levels and an increase in the number of heavy precipitation events in a number of regions.** *{1.4}*

It is *very likely* that the number of cold days and nights has decreased and the number of warm days and nights has increased on the global scale. It is *likely* that the frequency of heat waves has increased in large parts of Europe, Asia and Australia. It is

**SPM**

*very likely* that human influence has contributed to the observed global scale changes in the frequency and intensity of daily temperature extremes since the mid-20th century. It is *likely* that human influence has more than doubled the probability of occurrence of heat waves in some locations. There is *medium confidence* that the observed warming has increased heat-related human mortality and decreased cold-related human mortality in some regions. *{1.4}*

There are *likely* more land regions where the number of heavy precipitation events has increased than where it has decreased. Recent detection of increasing trends in extreme precipitation and discharge in some catchments implies greater risks of flooding at regional scale (*medium confidence*). It is *likely* that extreme sea levels (for example, as experienced in storm surges) have increased since 1970, being mainly a result of rising mean sea level. *{1.4}*

Impacts from recent climate-related extremes, such as heat waves, droughts, floods, cyclones and wildfires, reveal significant vulnerability and exposure of some ecosystems and many human systems to current climate variability (*very high confidence*). *{1.4}*

## SPM 2.    Future Climate Changes, Risks and Impacts

> **Continued emission of greenhouse gases will cause further warming and long-lasting changes in all components of the climate system, increasing the likelihood of severe, pervasive and irreversible impacts for people and ecosystems. Limiting climate change would require substantial and sustained reductions in greenhouse gas emissions which, together with adaptation, can limit climate change risks.** *{2}*

### SPM 2.1    Key drivers of future climate

> **Cumulative emissions of $CO_2$ largely determine global mean surface warming by the late 21st century and beyond. Projections of greenhouse gas emissions vary over a wide range, depending on both socio-economic development and climate policy.** *{2.1}*

Anthropogenic GHG emissions are mainly driven by population size, economic activity, lifestyle, energy use, land use patterns, technology and climate policy. The Representative Concentration Pathways (RCPs), which are used for making projections based on these factors, describe four different 21st century pathways of GHG emissions and atmospheric concentrations, air pollutant emissions and land use. The RCPs include a stringent mitigation scenario (RCP2.6), two intermediate scenarios (RCP4.5 and RCP6.0) and one scenario with very high GHG emissions (RCP8.5). Scenarios without additional efforts to constrain emissions ('baseline scenarios') lead to pathways ranging between RCP6.0 and RCP8.5 (Figure SPM.5a). RCP2.6 is representative of a scenario that aims to keep global warming *likely* below 2°C above pre-industrial temperatures. The RCPs are consistent with the wide range of scenarios in the literature as assessed by WGIII[5]. *{2.1, Box 2.2, 4.3}*

Multiple lines of evidence indicate a strong, consistent, almost linear relationship between cumulative $CO_2$ emissions and projected global temperature change to the year 2100 in both the RCPs and the wider set of mitigation scenarios analysed in WGIII (Figure SPM.5b). Any given level of warming is associated with a range of cumulative $CO_2$ emissions[6], and therefore, e.g., higher emissions in earlier decades imply lower emissions later. *{2.2.5, Table 2.2}*

---

[5]   Roughly 300 baseline scenarios and 900 mitigation scenarios are categorized by $CO_2$-equivalent concentration ($CO_2$-eq) by 2100. The $CO_2$-eq includes the forcing due to all GHGs (including halogenated gases and tropospheric ozone), aerosols and albedo change.

[6]   Quantification of this range of $CO_2$ emissions requires taking into account non-$CO_2$ drivers.

SPM





**Figure SPM.5 |** **(a)** Emissions of carbon dioxide ($CO_2$) alone in the Representative Concentration Pathways (RCPs) (lines) and the associated scenario categories used in WGIII (coloured areas show 5 to 95% range). The WGIII scenario categories summarize the wide range of emission scenarios published in the scientific literature and are defined on the basis of $CO_2$-eq concentration levels (in ppm) in 2100. The time series of other greenhouse gas emissions are shown in Box 2.2, Figure 1. **(b)** Global mean surface temperature increase at the time global $CO_2$ emissions reach a given net cumulative total, plotted as a function of that total, from various lines of evidence. Coloured plume shows the spread of past and future projections from a hierarchy of climate-carbon cycle models driven by historical emissions and the four RCPs over all times out to 2100, and fades with the decreasing number of available models. Ellipses show total anthropogenic warming in 2100 versus cumulative $CO_2$ emissions from 1870 to 2100 from a simple climate model (median climate response) under the scenario categories used in WGIII. The width of the ellipses in terms of temperature is caused by the impact of different scenarios for non-$CO_2$ climate drivers. The filled black ellipse shows observed emissions to 2005 and observed temperatures in the decade 2000–2009 with associated uncertainties. *{Box 2.2, Figure 1; Figure 2.3}*

**SPM**

Multi-model results show that limiting total human-induced warming to less than 2°C relative to the period 1861–1880 with a probability of >66%[7] would require cumulative $CO_2$ emissions from all anthropogenic sources since 1870 to remain below about 2900 $GtCO_2$ (with a range of 2550 to 3150 $GtCO_2$ depending on non-$CO_2$ drivers). About 1900 $GtCO_2$[8] had already been emitted by 2011. For additional context see Table 2.2. {2.2.5}

## SPM 2.2   Projected changes in the climate system

> **Surface temperature is projected to rise over the 21st century under all assessed emission scenarios. It is _very likely_ that heat waves will occur more often and last longer, and that extreme precipitation events will become more intense and frequent in many regions. The ocean will continue to warm and acidify, and global mean sea level to rise. {2.2}**

_The projected changes in Section SPM 2.2 are for 2081–2100 relative to 1986–2005, unless otherwise indicated._

Future climate will depend on committed warming caused by past anthropogenic emissions, as well as future anthropogenic emissions and natural climate variability. The global mean surface temperature change for the period 2016–2035 relative to 1986–2005 is similar for the four RCPs and will _likely_ be in the range 0.3°C to 0.7°C (_medium confidence_). This assumes that there will be no major volcanic eruptions or changes in some natural sources (e.g., $CH_4$ and $N_2O$), or unexpected changes in total solar irradiance. By mid-21st century, the magnitude of the projected climate change is substantially affected by the choice of emissions scenario. {2.2.1, Table 2.1}

Relative to 1850–1900, global surface temperature change for the end of the 21st century (2081–2100) is projected to _likely_ exceed 1.5°C for RCP4.5, RCP6.0 and RCP8.5 (_high confidence_). Warming is _likely_ to exceed 2°C for RCP6.0 and RCP8.5 (_high confidence_), _more likely than not_ to exceed 2°C for RCP4.5 (_medium confidence_), but _unlikely_ to exceed 2°C for RCP2.6 (_medium confidence_). {2.2.1}

The increase of global mean surface temperature by the end of the 21st century (2081–2100) relative to 1986–2005 is _likely_ to be 0.3°C to 1.7°C under RCP2.6, 1.1°C to 2.6°C under RCP4.5, 1.4°C to 3.1°C under RCP6.0 and 2.6°C to 4.8°C under RCP8.5[9]. The Arctic region will continue to warm more rapidly than the global mean (Figure SPM.6a, Figure SPM.7a). {2.2.1, Figure 2.1, Figure 2.2, Table 2.1}

It is _virtually certain_ that there will be more frequent hot and fewer cold temperature extremes over most land areas on daily and seasonal timescales, as global mean surface temperature increases. It is _very likely_ that heat waves will occur with a higher frequency and longer duration. Occasional cold winter extremes will continue to occur. {2.2.1}

---

[7]   Corresponding figures for limiting warming to 2°C with a probability of >50% and >33% are 3000 $GtCO_2$ (range of 2900 to 3200 $GtCO_2$) and 3300 $GtCO_2$ (range of 2950 to 3800 $GtCO_2$) respectively. Higher or lower temperature limits would imply larger or lower cumulative emissions respectively.

[8]   This corresponds to about two thirds of the 2900 $GtCO_2$ that would limit warming to less than 2°C with a probability of >66%; to about 63% of the total amount of 3000 $GtCO_2$ that would limit warming to less than 2°C with a probability of >50%; and to about 58% of the total amount of 3300 $GtCO_2$ that would limit warming to less than 2°C with a probability of >33%.

[9]   The period 1986–2005 is approximately 0.61 [0.55 to 0.67] °C warmer than 1850–1900. {2.2.1}

**SPM**



**Figure SPM.6 |** Global average surface temperature change **(a)** and global mean sea level rise[10] **(b)** from 2006 to 2100 as determined by multi-model simulations. All changes are relative to 1986–2005. Time series of projections and a measure of uncertainty (shading) are shown for scenarios RCP2.6 (blue) and RCP8.5 (red). The mean and associated uncertainties averaged over 2081–2100 are given for all RCP scenarios as coloured vertical bars at the right hand side of each panel. The number of Coupled Model Intercomparison Project Phase 5 (CMIP5) models used to calculate the multi-model mean is indicated. {2.2, Figure 2.1}

Changes in precipitation will not be uniform. The high latitudes and the equatorial Pacific are *likely* to experience an increase in annual mean precipitation under the RCP8.5 scenario. In many mid-latitude and subtropical dry regions, mean precipitation will *likely* decrease, while in many mid-latitude wet regions, mean precipitation will *likely* increase under the RCP8.5 scenario (Figure SPM.7b). Extreme precipitation events over most of the mid-latitude land masses and over wet tropical regions will *very likely* become more intense and more frequent. {2.2.2, Figure 2.2}

The global ocean will continue to warm during the 21st century, with the strongest warming projected for the surface in tropical and Northern Hemisphere subtropical regions (Figure SPM.7a). {2.2.3, Figure 2.2}

---

[10]   Based on current understanding (from observations, physical understanding and modelling), only the collapse of marine-based sectors of the Antarctic ice sheet, if initiated, could cause global mean sea level to rise substantially above the *likely* range during the 21st century. There is *medium confidence* that this additional contribution would not exceed several tenths of a meter of sea level rise during the 21st century.

SPM



**Figure SPM.7 |** Change in average surface temperature **(a)** and change in average precipitation **(b)** based on multi-model mean projections for 2081–2100 relative to 1986–2005 under the RCP2.6 (left) and RCP8.5 (right) scenarios. The number of models used to calculate the multi-model mean is indicated in the upper right corner of each panel. Stippling (i.e., dots) shows regions where the projected change is large compared to natural internal variability and where at least 90% of models agree on the sign of change. Hatching (i.e., diagonal lines) shows regions where the projected change is less than one standard deviation of the natural internal variability. {2.2, Figure 2.2}

Earth System Models project a global increase in ocean acidification for all RCP scenarios by the end of the 21st century, with a slow recovery after mid-century under RCP2.6. The decrease in surface ocean pH is in the range of 0.06 to 0.07 (15 to 17% increase in acidity) for RCP2.6, 0.14 to 0.15 (38 to 41%) for RCP4.5, 0.20 to 0.21 (58 to 62%) for RCP6.0 and 0.30 to 0.32 (100 to 109%) for RCP8.5. {2.2.4, Figure 2.1}

Year-round reductions in Arctic sea ice are projected for all RCP scenarios. A nearly ice-free[11] Arctic Ocean in the summer sea-ice minimum in September before mid-century is *likely* for RCP8.5[12] (*medium confidence*). {2.2.3, Figure 2.1}

It is *virtually certain* that near-surface permafrost extent at high northern latitudes will be reduced as global mean surface temperature increases, with the area of permafrost near the surface (upper 3.5 m) projected to decrease by 37% (RCP2.6) to 81% (RCP8.5) for the multi-model average (*medium confidence*). {2.2.3}

The global glacier volume, excluding glaciers on the periphery of Antarctica (and excluding the Greenland and Antarctic ice sheets), is projected to decrease by 15 to 55% for RCP2.6 and by 35 to 85% for RCP8.5 (*medium confidence*). {2.2.3}

---

[11]   When sea-ice extent is less than one million km² for at least five consecutive years.

[12]   Based on an assessment of the subset of models that most closely reproduce the climatological mean state and 1979–2012 trend of the Arctic sea-ice extent.

There has been significant improvement in understanding and projection of sea level change since the AR4. Global mean sea level rise will continue during the 21st century, *very likely* at a faster rate than observed from 1971 to 2010. For the period 2081–2100 relative to 1986–2005, the rise will *likely* be in the ranges of 0.26 to 0.55 m for RCP2.6, and of 0.45 to 0.82 m for RCP8.5 (*medium confidence*)[16] (Figure SPM.6b). Sea level rise will not be uniform across regions. By the end of the 21st century, it is *very likely* that sea level will rise in more than about 95% of the ocean area. About 70% of the coastlines worldwide are projected to experience a sea level change within ±20% of the global mean. *{2.2.3}*

## SPM 2.3    Future risks and impacts caused by a changing climate

**Climate change will amplify existing risks and create new risks for natural and human systems. Risks are unevenly distributed and are generally greater for disadvantaged people and communities in countries at all levels of development.** *{2.3}*

Risk of climate-related impacts results from the interaction of climate-related hazards (including hazardous events and trends) with the vulnerability and exposure of human and natural systems, including their ability to adapt. Rising rates and magnitudes of warming and other changes in the climate system, accompanied by ocean acidification, increase the risk of severe, pervasive and in some cases irreversible detrimental impacts. Some risks are particularly relevant for individual regions (Figure SPM.8), while others are global. The overall risks of future climate change impacts can be reduced by limiting the rate and magnitude of climate change, including ocean acidification. The precise levels of climate change sufficient to trigger abrupt and irreversible change remain uncertain, but the risk associated with crossing such thresholds increases with rising temperature (*medium confidence*). For risk assessment, it is important to evaluate the widest possible range of impacts, including low-probability outcomes with large consequences. *{1.5, 2.3, 2.4, 3.3, Box Introduction.1, Box 2.3, Box 2.4}*

A large fraction of species faces increased extinction risk due to climate change during and beyond the 21st century, especially as climate change interacts with other stressors (*high confidence*). Most plant species cannot naturally shift their geographical ranges sufficiently fast to keep up with current and high projected rates of climate change in most landscapes; most small mammals and freshwater molluscs will not be able to keep up at the rates projected under RCP4.5 and above in flat landscapes in this century (*high confidence*). Future risk is indicated to be high by the observation that natural global climate change at rates lower than current anthropogenic climate change caused significant ecosystem shifts and species extinctions during the past millions of years. Marine organisms will face progressively lower oxygen levels and high rates and magnitudes of ocean acidification (*high confidence*), with associated risks exacerbated by rising ocean temperature extremes (*medium confidence*). Coral reefs and polar ecosystems are highly vulnerable. Coastal systems and low-lying areas are at risk from sea level rise, which will continue for centuries even if the global mean temperature is stabilized (*high confidence*). *{2.3, 2.4, Figure 2.5}*

Climate change is projected to undermine food security (Figure SPM.9). Due to projected climate change by the mid-21st century and beyond, global marine species redistribution and marine biodiversity reduction in sensitive regions will challenge the sustained provision of fisheries productivity and other ecosystem services (*high confidence*). For wheat, rice and maize in tropical and temperate regions, climate change without adaptation is projected to negatively impact production for local temperature increases of 2°C or more above late 20th century levels, although individual locations may benefit (*medium confidence*). Global temperature increases of ~4°C or more[13] above late 20th century levels, combined with increasing food demand, would pose large risks to food security globally (*high confidence*). Climate change is projected to reduce renewable surface water and groundwater resources in most dry subtropical regions (*robust evidence*, *high agreement*), intensifying competition for water among sectors (*limited evidence*, *medium agreement*). *{2.3.1, 2.3.2}*

---

[13]   Projected warming averaged over land is larger than global average warming for all RCP scenarios for the period 2081–2100 relative to 1986–2005. For regional projections, see Figure SPM.7. *{2.2}*



**Figure SPM.8 |** Representative key risks[14] for each region, including the potential for risk reduction through adaptation and mitigation, as well as limits to adaptation. Each key risk is assessed as very low, low, medium, high or very high. Risk levels are presented for three time frames: present, near term (here, for 2030–2040) and long term (here, for 2080–2100). In the near term, projected levels of global mean temperature increase do not diverge substantially across different emission scenarios. For the long term, risk levels are presented for two possible futures (2°C and 4°C global mean temperature increase above pre-industrial levels). For each timeframe, risk levels are indicated for a continuation of current adaptation and assuming high levels of current or future adaptation. Risk levels are not necessarily comparable, especially across regions. *(Figure 2.4)*

14    Identification of key risks was based on expert judgment using the following specific criteria: large magnitude, high probability or irreversibility of impacts; timing of impacts; persistent vulnerability or exposure contributing to risks; or limited potential to reduce risks through adaptation or mitigation.

SPM



**Figure SPM.9 |** **(a)** Projected global redistribution of maximum catch potential of ~1000 exploited marine fish and invertebrate species. Projections compare the 10-year averages 2001–2010 and 2051–2060 using ocean conditions based on a single climate model under a moderate to high warming scenario, without analysis of potential impacts of overfishing or ocean acidification. **(b)** Summary of projected changes in crop yields (mostly wheat, maize, rice and soy), due to climate change over the 21st century. Data for each timeframe sum to 100%, indicating the percentage of projections showing yield increases versus decreases. The figure includes projections (based on 1090 data points) for different emission scenarios, for tropical and temperate regions and for adaptation and no-adaptation cases combined. Changes in crop yields are relative to late 20th century levels. {Figure 2.6a, Figure 2.7}

Until mid-century, projected climate change will impact human health mainly by exacerbating health problems that already exist (*very high confidence*). Throughout the 21st century, climate change is expected to lead to increases in ill-health in many regions and especially in developing countries with low income, as compared to a baseline without climate change (*high confidence*). By 2100 for RCP8.5, the combination of high temperature and humidity in some areas for parts of the year is expected to compromise common human activities, including growing food and working outdoors (*high confidence*). {2.3.2}

In urban areas climate change is projected to increase risks for people, assets, economies and ecosystems, including risks from heat stress, storms and extreme precipitation, inland and coastal flooding, landslides, air pollution, drought, water scarcity, sea level rise and storm surges (*very high confidence*). These risks are amplified for those lacking essential infrastructure and services or living in exposed areas. {2.3.2}

**SPM**

Rural areas are expected to experience major impacts on water availability and supply, food security, infrastructure and agricultural incomes, including shifts in the production areas of food and non-food crops around the world (*high confidence*). {2.3.2}

Aggregate economic losses accelerate with increasing temperature (*limited evidence, high agreement*), but global economic impacts from climate change are currently difficult to estimate. From a poverty perspective, climate change impacts are projected to slow down economic growth, make poverty reduction more difficult, further erode food security and prolong existing and create new poverty traps, the latter particularly in urban areas and emerging hotspots of hunger (*medium confidence*). International dimensions such as trade and relations among states are also important for understanding the risks of climate change at regional scales. {2.3.2}

Climate change is projected to increase displacement of people (*medium evidence, high agreement*). Populations that lack the resources for planned migration experience higher exposure to extreme weather events, particularly in developing countries with low income. Climate change can indirectly increase risks of violent conflicts by amplifying well-documented drivers of these conflicts such as poverty and economic shocks (*medium confidence*). {2.3.2}

### SPM 2.4   Climate change beyond 2100, irreversibility and abrupt changes

**Many aspects of climate change and associated impacts will continue for centuries, even if anthropogenic emissions of greenhouse gases are stopped. The risks of abrupt or irreversible changes increase as the magnitude of the warming increases.** *{2.4}*

Warming will continue beyond 2100 under all RCP scenarios except RCP2.6. Surface temperatures will remain approximately constant at elevated levels for many centuries after a complete cessation of net anthropogenic $CO_2$ emissions. A large fraction of anthropogenic climate change resulting from $CO_2$ emissions is irreversible on a multi-century to millennial timescale, except in the case of a large net removal of $CO_2$ from the atmosphere over a sustained period. {2.4, Figure 2.8}

Stabilization of global average surface temperature does not imply stabilization for all aspects of the climate system. Shifting biomes, soil carbon, ice sheets, ocean temperatures and associated sea level rise all have their own intrinsic long timescales which will result in changes lasting hundreds to thousands of years after global surface temperature is stabilized. {2.1, 2.4}

There is *high confidence* that ocean acidification will increase for centuries if $CO_2$ emissions continue, and will strongly affect marine ecosystems. {2.4}

It is *virtually certain* that global mean sea level rise will continue for many centuries beyond 2100, with the amount of rise dependent on future emissions. The threshold for the loss of the Greenland ice sheet over a millennium or more, and an associated sea level rise of up to 7 m, is greater than about 1°C (*low confidence*) but less than about 4°C (*medium confidence*) of global warming with respect to pre-industrial temperatures. Abrupt and irreversible ice loss from the Antarctic ice sheet is possible, but current evidence and understanding is insufficient to make a quantitative assessment. {2.4}

Magnitudes and rates of climate change associated with medium- to high-emission scenarios pose an increased risk of abrupt and irreversible regional-scale change in the composition, structure and function of marine, terrestrial and freshwater ecosystems, including wetlands (*medium confidence*). A reduction in permafrost extent is *virtually certain* with continued rise in global temperatures. {2.4}

16

**SPM**

## SPM 3.    Future Pathways for Adaptation, Mitigation and Sustainable Development

> Adaptation and mitigation are complementary strategies for reducing and managing the risks of climate change. Substantial emissions reductions over the next few decades can reduce climate risks in the 21st century and beyond, increase prospects for effective adaptation, reduce the costs and challenges of mitigation in the longer term and contribute to climate-resilient pathways for sustainable development. *{3.2, 3.3, 3.4}*

### SPM 3.1    Foundations of decision-making about climate change

> Effective decision-making to limit climate change and its effects can be informed by a wide range of analytical approaches for evaluating expected risks and benefits, recognizing the importance of governance, ethical dimensions, equity, value judgments, economic assessments and diverse perceptions and responses to risk and uncertainty. *{3.1}*

Sustainable development and equity provide a basis for assessing climate policies. Limiting the effects of climate change is necessary to achieve sustainable development and equity, including poverty eradication. Countries' past and future contributions to the accumulation of GHGs in the atmosphere are different, and countries also face varying challenges and circumstances and have different capacities to address mitigation and adaptation. Mitigation and adaptation raise issues of equity, justice and fairness. Many of those most vulnerable to climate change have contributed and contribute little to GHG emissions. Delaying mitigation shifts burdens from the present to the future, and insufficient adaptation responses to emerging impacts are already eroding the basis for sustainable development. Comprehensive strategies in response to climate change that are consistent with sustainable development take into account the co-benefits, adverse side effects and risks that may arise from both adaptation and mitigation options. *{3.1, 3.5, Box 3.4}*

The design of climate policy is influenced by how individuals and organizations perceive risks and uncertainties and take them into account. Methods of valuation from economic, social and ethical analysis are available to assist decision-making. These methods can take account of a wide range of possible impacts, including low-probability outcomes with large consequences. But they cannot identify a single best balance between mitigation, adaptation and residual climate impacts. *{3.1}*

Climate change has the characteristics of a collective action problem at the global scale, because most GHGs accumulate over time and mix globally, and emissions by any agent (e.g., individual, community, company, country) affect other agents. Effective mitigation will not be achieved if individual agents advance their own interests independently. Cooperative responses, including international cooperation, are therefore required to effectively mitigate GHG emissions and address other climate change issues. The effectiveness of adaptation can be enhanced through complementary actions across levels, including international cooperation. The evidence suggests that outcomes seen as equitable can lead to more effective cooperation. *{3.1}*

### SPM 3.2    Climate change risks reduced by mitigation and adaptation

> Without additional mitigation efforts beyond those in place today, and even with adaptation, warming by the end of the 21st century will lead to high to very high risk of severe, widespread and irreversible impacts globally (*high confidence*). Mitigation involves some level of co-benefits and of risks due to adverse side effects, but these risks do not involve the same possibility of severe, widespread and irreversible impacts as risks from climate change, increasing the benefits from near-term mitigation efforts. *{3.2, 3.4}*

Mitigation and adaptation are complementary approaches for reducing risks of climate change impacts over different timescales (*high confidence*). Mitigation, in the near term and through the century, can substantially reduce climate change

17

>1000 ppm $CO_2$-eq), warming is *more likely than not* to exceed 4°C above pre-industrial levels by 2100 (Table SPM.1). The risks associated with temperatures at or above 4°C include substantial species extinction, global and regional food insecurity, consequential constraints on common human activities and limited potential for adaptation in some cases (*high confidence*). Some risks of climate change, such as risks to unique and threatened systems and risks associated with extreme weather events, are moderate to high at temperatures 1°C to 2°C above pre-industrial levels. {2.3, Figure 2.5, 3.2, 3.4, Box 2.4, Table SPM.1}

Substantial cuts in GHG emissions over the next few decades can substantially reduce risks of climate change by limiting warming in the second half of the 21st century and beyond. Cumulative emissions of $CO_2$ largely determine global mean surface warming by the late 21st century and beyond. Limiting risks across RFCs would imply a limit for cumulative emissions of $CO_2$. Such a limit would require that global net emissions of $CO_2$ eventually decrease to zero and would constrain annual emissions over the next few decades (Figure SPM.10) (*high confidence*). But some risks from climate damages are unavoidable, even with mitigation and adaptation. {2.2.5, 3.2, 3.4}

Mitigation involves some level of co-benefits and risks, but these risks do not involve the same possibility of severe, widespread and irreversible impacts as risks from climate change. Inertia in the economic and climate system and the possibility of irreversible impacts from climate change increase the benefits from near-term mitigation efforts (*high confidence*). Delays in additional mitigation or constraints on technological options increase the longer-term mitigation costs to hold climate change risks at a given level (Table SPM.2). {3.2, 3.4}

## SPM 3.3    Characteristics of adaptation pathways

> **Adaptation can reduce the risks of climate change impacts, but there are limits to its effectiveness, especially with greater magnitudes and rates of climate change. Taking a longer-term perspective, in the context of sustainable development, increases the likelihood that more immediate adaptation actions will also enhance future options and preparedness.** {3.3}

Adaptation can contribute to the well-being of populations, the security of assets and the maintenance of ecosystem goods, functions and services now and in the future. Adaptation is place- and context-specific (*high confidence*). A first step towards adaptation to future climate change is reducing vulnerability and exposure to present climate variability (*high confidence*). Integration of adaptation into planning, including policy design, and decision-making can promote synergies with development and disaster risk reduction. Building adaptive capacity is crucial for effective selection and implementation of adaptation options (*robust evidence, high agreement*). {3.3}

Adaptation planning and implementation can be enhanced through complementary actions across levels, from individuals to governments (*high confidence*). National governments can coordinate adaptation efforts of local and sub-national governments, for example by protecting vulnerable groups, by supporting economic diversification and by providing information, policy and legal frameworks and financial support (*robust evidence, high agreement*). Local government and the private sector are increasingly recognized as critical to progress in adaptation, given their roles in scaling up adaptation of communities, households and civil society and in managing risk information and financing (*medium evidence, high agreement*). {3.3}

Adaptation planning and implementation at all levels of governance are contingent on societal values, objectives and risk perceptions (*high confidence*). Recognition of diverse interests, circumstances, social-cultural contexts and expectations can benefit decision-making processes. Indigenous, local and traditional knowledge systems and practices, including indigenous peoples' holistic view of community and environment, are a major resource for adapting to climate change, but these have not been used consistently in existing adaptation efforts. Integrating such forms of knowledge with existing practices increases the effectiveness of adaptation. {3.3}

Constraints can interact to impede adaptation planning and implementation (*high confidence*). Common constraints on implementation arise from the following: limited financial and human resources; limited integration or coordination of governance; uncertainties about projected impacts; different perceptions of risks; competing values; absence of key adaptation leaders and advocates; and limited tools to monitor adaptation effectiveness. Another constraint includes insufficient research, monitoring, and observation and the finance to maintain them. {3.3}

**SPM**

Greater rates and magnitude of climate change increase the likelihood of exceeding adaptation limits (*high confidence*). Limits to adaptation emerge from the interaction among climate change and biophysical and/or socio-economic constraints. Further, poor planning or implementation, overemphasizing short-term outcomes or failing to sufficiently anticipate conse-quences can result in maladaptation, increasing the vulnerability or exposure of the target group in the future or the vulner-ability of other people, places or sectors (*medium evidence, high agreement*). Underestimating the complexity of adaptation as a social process can create unrealistic expectations about achieving intended adaptation outcomes. {3.3}

Significant co-benefits, synergies and trade-offs exist between mitigation and adaptation and among different adap-tation responses; interactions occur both within and across regions (*very high confidence*). Increasing efforts to mitigate and adapt to climate change imply an increasing complexity of interactions, particularly at the intersections among water, energy, land use and biodiversity, but tools to understand and manage these interactions remain limited. Examples of actions with co-benefits include (i) improved energy efficiency and cleaner energy sources, leading to reduced emissions of health-damaging, climate-altering air pollutants; (ii) reduced energy and water consumption in urban areas through greening cities and recycling water; (iii) sustainable agriculture and forestry; and (iv) protection of ecosystems for carbon storage and other ecosystem services. {3.3}

Transformations in economic, social, technological and political decisions and actions can enhance adaptation and promote sustainable development (*high confidence*). At the national level, transformation is considered most effective when it reflects a country's own visions and approaches to achieving sustainable development in accordance with its national circumstances and priorities. Restricting adaptation responses to incremental changes to existing systems and structures, without consider-ing transformational change, may increase costs and losses and miss opportunities. Planning and implementation of trans-formational adaptation could reflect strengthened, altered or aligned paradigms and may place new and increased demands on governance structures to reconcile different goals and visions for the future and to address possible equity and ethical implications. Adaptation pathways are enhanced by iterative learning, deliberative processes and innovation. {3.3}

**SPM 3.4        Characteristics of mitigation pathways**

> **There are multiple mitigation pathways that are *likely* to limit warming to below 2°C relative to pre-industrial levels. These pathways would require substantial emissions reductions over the next few decades and near zero emissions of $CO_2$ and other long-lived greenhouse gases by the end of the century. Implementing such reductions poses substantial technological, eco-nomic, social and institutional challenges, which increase with delays in additional mitigation and if key technologies are not available. Limiting warming to lower or higher levels involves similar challenges but on different timescales. {3.4}**

Without additional efforts to reduce GHG emissions beyond those in place today, global emissions growth is expected to persist, driven by growth in global population and economic activities. Global mean surface temperature increases in 2100 in baseline scenarios—those without additional mitigation—range from 3.7°C to 4.8°C above the average for 1850–1900 for a median climate response. They range from 2.5°C to 7.8°C when including climate uncertainty (5th to 95th percentile range) (*high confidence*). {3.4}

Emissions scenarios leading to $CO_2$-equivalent concentrations in 2100 of about 450 ppm or lower are *likely* to maintain warming below 2°C over the 21st century relative to pre-industrial levels[15]. These scenarios are characterized by 40 to 70% global anthropogenic GHG emissions reductions by 2050 compared to 2010[16], and emissions levels near zero or below in 2100. Mitigation scenarios reaching concentration levels of about 500 ppm $CO_2$-eq by 2100 are *more likely than not* to limit temperature change to less than 2°C, unless they temporarily overshoot concentration levels of roughly 530 ppm $CO_2$-eq

---

[15]    For comparison, the $CO_2$-eq concentration in 2011 is estimated to be 430 ppm (uncertainty range 340 to 520 ppm)

[16]    This range differs from the range provided for a similar concentration category in the AR4 (50 to 85% lower than 2000 for $CO_2$ only). Reasons for this difference include that this report has assessed a substantially larger number of scenarios than in the AR4 and looks at all GHGs. In addition, a large proportion of the new scenarios include Carbon Dioxide Removal (CDR) technologies (see below). Other factors include the use of 2100 concentration levels instead of stabilization levels and the shift in reference year from 2000 to 2010.

before 2100, in which case they are *about as likely as not* to achieve that goal. In these 500 ppm $CO_2$-eq scenarios, global 2050 emissions levels are 25 to 55% lower than in 2010. Scenarios with higher emissions in 2050 are characterized by a greater reliance on Carbon Dioxide Removal (CDR) technologies beyond mid-century (and vice versa). Trajectories that are *likely* to limit warming to 3°C relative to pre-industrial levels reduce emissions less rapidly than those limiting warming to 2°C. A limited number of studies provide scenarios that are *more likely than not* to limit warming to 1.5°C by 2100; these scenarios are characterized by concentrations below 430 ppm $CO_2$-eq by 2100 and 2050 emission reduction between 70% and 95% below 2010. For a comprehensive overview of the characteristics of emissions scenarios, their $CO_2$-equivalent concentrations and their likelihood to keep warming to below a range of temperature levels, see Figure SPM.11 and Table SPM.1. *{3.4}*





**Figure SPM.11 |** Global greenhouse gas emissions (gigatonne of $CO_2$-equivalent per year, GtCO$_2$-eq/yr) in baseline and mitigation scenarios for different long-term concentration levels **(a)** and associated upscaling requirements of low-carbon energy (% of primary energy) for 2030, 2050 and 2100 compared to 2010 levels in mitigation scenarios **(b)**. *{Figure 3.2}*

**SPM**

**Table SPM.1 |** Key characteristics of the scenarios collected and assessed for WGIII AR5. For all parameters the 10th to 90th percentile of the scenarios is shown [a]. {Table 3.1}

| CO$_2$-eq Concentrations in 2100 (ppm CO$_2$-eq) [f] / Category label (conc. range) | Subcategories | Relative position of the RCPs [d] | Change in CO$_2$-eq emissions compared to 2010 (in %) [c] | | Likelihood of staying below a specific temperature level over the 21st century (relative to 1850–1900) [d,e] | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 2050 | 2100 | 1.5°C | 2°C | 3°C | 4°C |
| <430 | Only a limited number of individual model studies have explored levels below 430 ppm CO$_2$-eq [i] | | | | | | | |
| 450 (430 to 480) | Total range [a,g] | RCP2.6 | −72 to −41 | −118 to −78 | More unlikely than likely | Likely | Likely | Likely |
| 500 (480 to 530) | No overshoot of 530 ppm CO$_2$-eq | | −57 to −42 | −107 to −73 | Unlikely | More likely than not | | |
| | Overshoot of 530 ppm CO$_2$-eq | | −55 to −25 | −114 to −90 | | About as likely as not | | |
| 550 (530 to 580) | No overshoot of 580 ppm CO$_2$-eq | | −47 to −19 | −81 to −59 | | | | |
| | Overshoot of 580 ppm CO$_2$-eq | | −16 to 7 | −183 to −86 | | More unlikely than likely [j] | | |
| (580 to 650) | Total range | | −38 to 24 | −134 to −50 | | | | |
| (650 to 720) | Total range | RCP4.5 | −11 to 17 | −54 to −21 | Unlikely | Unlikely | More likely than not | |
| (720 to 1000) [b] | Total range | RCP6.0 | 18 to 54 | −7 to 72 | Unlikely [g] | | More unlikely than likely | |
| >1000 [b] | Total range | RCP8.5 | 52 to 95 | 74 to 178 | | Unlikely [i] | Unlikely | More unlikely than likely |

Notes:

[a] The 'total range' for the 430 to 480 ppm CO$_2$-eq concentrations scenarios corresponds to the range of the 10th to 90th percentile of the subcategory of these scenarios shown in Table 6.3 of the Working Group III Report.

[b] Baseline scenarios fall into the >1000 and 720 to 1000 ppm CO$_2$-eq categories. The latter category also includes mitigation scenarios. The baseline scenarios in the latter category reach a temperature change of 2.5°C to 5.8°C above the average for 1850–1900 in 2100. Together with the baseline scenarios in the >1000 ppm CO$_2$-eq category, this leads to an overall 2100 temperature range of 2.5°C to 7.8°C (range based on median climate response: 3.7°C to 4.8°C) for baseline scenarios across both concentration categories.

[c] The global 2010 emissions are 31% above the 1990 emissions (consistent with the historic greenhouse gas emission estimates presented in this report). CO$_2$-eq emissions include the basket of Kyoto gases (carbon dioxide (CO$_2$), methane (CH$_4$), nitrous oxide (N$_2$O) as well as fluorinated gases).

[d] The assessment here involves a large number of scenarios published in the scientific literature and is thus not limited to the Representative Concentration Pathways (RCPs). To evaluate the CO$_2$-eq concentration and climate implications of these scenarios, the Model for the Assessment of Greenhouse Gas Induced Climate Change (MAGICC) was used in a probabilistic mode. For a comparison between MAGICC model results and the outcomes of the models used in WGI, see WGI 12.4.1.2, 12.4.8 and WGIII 6.3.2.6.

[e] The assessment in this table is based on the probabilities calculated for the full ensemble of scenarios in WGIII AR5 using MAGICC and the assessment in WGI of the uncertainty of the temperature projections not covered by climate models. The statements are therefore consistent with the statements in WGI, which are based on the Coupled Model Intercomparison Project Phase 5 (CMIP5) runs of the RCPs and the assessed uncertainties. Hence, the likelihood statements reflect different lines of evidence from both WGs. This WGI method was also applied for scenarios with intermediate concentration levels where no CMIP5 runs are available. The likelihood statements are indicative only {WGIII 6.3} and follow broadly the terms used by the WGI SPM for temperature projections: likely 66–100%, more likely than not >50–100%, about as likely as not 33–66%, and unlikely 0–33%. In addition the term more unlikely than likely 0–<50% is used.

[f] The CO$_2$-equivalent concentration (see Glossary) is calculated on the basis of the total forcing from a simple carbon cycle/climate model, MAGICC. The CO$_2$-equivalent concentration in 2011 is estimated to be 430 ppm (uncertainty range 340 to 520 ppm). This is based on the assessment of total anthropogenic radiative forcing for 2011 relative to 1750 in WGI, i.e., 2.3 W/m$^2$, uncertainty range 1.1 to 3.3 W/m$^2$.

[g] The vast majority of scenarios in this category overshoot the category boundary of 480 ppm CO$_2$-eq concentration.

[h] For scenarios in this category, no CMIP5 run or MAGICC realization stays below the respective temperature level. Still, an unlikely assignment is given to reflect uncertainties that may not be reflected by the current climate models.

[i] Scenarios in the 580 to 650 ppm CO$_2$-eq category include both overshoot scenarios and scenarios that do not exceed the concentration level at the high end of the category (e.g., RCP4.5). The latter type of scenarios, in general, have an assessed probability of more unlikely than likely to stay below the 2°C temperature level, while the former are mostly assessed to have an unlikely probability of staying below this level.

[j] In these scenarios, global CO$_2$-eq emissions in 2050 are between 70 to 95% below 2010 emissions, and they are between 110 to 120% below 2010 emissions in 2100.

SPM



**Figure SPM.12 |** The implications of different 2030 greenhouse gas (GHG) emissions levels for the rate of carbon dioxide ($CO_2$) emissions reductions and low-carbon energy upscaling in mitigation scenarios that are at least *about as likely as not* to keep warming throughout the 21st century below 2°C relative to pre-industrial levels (2100 $CO_2$-equivalent concentrations of 430 to 530 ppm). The scenarios are grouped according to different emissions levels by 2030 (coloured in different shades of green). The left panel shows the pathways of GHG emissions (gigatonne of $CO_2$-equivalent per year, $GtCO_2$-eq/yr) leading to these 2030 levels. The black dot with whiskers gives historic GHG emission levels and associated uncertainties in 2010 as reported in Figure SPM.2. The black bar shows the estimated uncertainty range of GHG emissions implied by the Cancún Pledges. The middle panel denotes the average annual $CO_2$ emissions reduction rates for the period 2030–2050. It compares the median and interquartile range across scenarios from recent inter-model comparisons with explicit 2030 interim goals to the range of scenarios in the Scenario Database for WGIII AR5. Annual rates of historical emissions change (sustained over a period of 20 years) and the average annual $CO_2$ emission change between 2000 and 2010 are shown as well. The arrows in the right panel show the magnitude of zero and low-carbon energy supply upscaling from 2030 to 2050 subject to different 2030 GHG emissions levels. Zero- and low-carbon energy supply includes renewables, nuclear energy and fossil energy with carbon dioxide capture and storage (CCS) or bioenergy with CCS (BECCS). [Note: Only scenarios that apply the full, unconstrained mitigation technology portfolio of the underlying models (default technology assumption) are shown. Scenarios with large net negative global emissions (>20 $GtCO_2$-eq/yr), scenarios with exogenous carbon price assumptions and scenarios with 2010 emissions significantly outside the historical range are excluded.] *{Figure 3.3}*

Mitigation scenarios reaching about 450 ppm $CO_2$-eq in 2100 (consistent with a *likely* chance to keep warming below 2°C relative to pre-industrial levels) typically involve temporary overshoot[17] of atmospheric concentrations, as do many scenarios reaching about 500 ppm $CO_2$-eq to about 550 ppm $CO_2$-eq in 2100 (Table SPM.1). Depending on the level of overshoot, overshoot scenarios typically rely on the availability and widespread deployment of bioenergy with carbon dioxide capture and storage (BECCS) and afforestation in the second half of the century. The availability and scale of these and other CDR technologies and methods are uncertain and CDR technologies are, to varying degrees, associated with challenges and risks[18]. CDR is also prevalent in many scenarios without overshoot to compensate for residual emissions from sectors where mitigation is more expensive (*high confidence*). *{3.4, Box 3.3}*

Reducing emissions of non-$CO_2$ agents can be an important element of mitigation strategies. All current GHG emissions and other forcing agents affect the rate and magnitude of climate change over the next few decades, although long-term warming is mainly driven by $CO_2$ emissions. Emissions of non-$CO_2$ forcers are often expressed as '$CO_2$-equivalent emissions', but the choice of metric to calculate these emissions, and the implications for the emphasis and timing of abatement of the various climate forcers, depends on application and policy context and contains value judgments. *{3.4, Box 3.2}*

---

[17]   In concentration 'overshoot' scenarios, concentrations peak during the century and then decline.

[18]   CDR methods have biogeochemical and technological limitations to their potential on the global scale. There is insufficient knowledge to quantify how much $CO_2$ emissions could be partially offset by CDR on a century timescale. CDR methods may carry side effects and long-term consequences on a global scale.

SPM



Figure SPM.13 | Global mitigation costs in cost-effective scenarios at different atmospheric concentrations levels in 2100. Cost-effective scenarios assume immediate mitigation in all countries and a single global carbon price, and impose no additional limitations on technology relative to the models' default technology assumptions. Consumption losses are shown relative to a baseline development without climate policy (left panel). The table at the top shows percentage points of annualized consumption growth reductions relative to consumption growth in the baseline of 1.6 to 3% per year (e.g., if the reduction is 0.06 percentage points per year due to mitigation, and baseline growth is 2.0% per year, then the growth rate with mitigation would be 1.94% per year). Cost estimates shown in this table do not consider the benefits of reduced climate change or co-benefits and adverse side effects of mitigation. Estimates at the high end of these cost ranges are from models that are relatively inflexible to achieve the deep emissions reductions required in the long run to meet these goals and/or include assumptions about market imperfections that would raise costs. *[Figure 3.4]*

Delaying additional mitigation to 2030 will substantially increase the challenges associated with limiting warming over the 21st century to below 2°C relative to pre-industrial levels. It will require substantially higher rates of emissions reductions from 2030 to 2050; a much more rapid scale-up of low-carbon energy over this period; a larger reliance on CDR in the long term; and higher transitional and long-term economic impacts. Estimated global emissions levels in 2020 based on the Cancún Pledges are not consistent with cost-effective mitigation trajectories that are at least *about as likely as not* to limit warming to below 2°C relative to pre-industrial levels, but they do not preclude the option to meet this goal (*high confidence*) (Figure SPM.12, Table SPM.2). *{3.4}*

Estimates of the aggregate economic costs of mitigation vary widely depending on methodologies and assumptions, but increase with the stringency of mitigation. Scenarios in which all countries of the world begin mitigation immediately, in which there is a single global carbon price, and in which all key technologies are available have been used as a cost-effective benchmark for estimating macro-economic mitigation costs (Figure SPM.13). Under these assumptions mitigation scenarios that are *likely* to limit warming to below 2°C through the 21st century relative to pre-industrial levels entail losses in global consumption—not including benefits of reduced climate change as well as co-benefits and adverse side effects of mitigation—of 1 to 4% (median: 1.7%) in 2030, 2 to 6% (median: 3.4%) in 2050 and 3 to 11% (median: 4.8%) in 2100 relative to consumption in baseline scenarios that grows anywhere from 300% to more than 900% over the century (Figure SPM.13). These numbers correspond to an annualized reduction of consumption growth by 0.04 to 0.14 (median: 0.06) percentage points over the century relative to annualized consumption growth in the baseline that is between 1.6 and 3% per year (*high confidence*). *{3.4}*

In the absence or under limited availability of mitigation technologies (such as bioenergy, CCS and their combination BECCS, nuclear, wind/solar), mitigation costs can increase substantially depending on the technology considered. Delaying additional mitigation increases mitigation costs in the medium to long term. Many models could not limit *likely* warming to below 2°C over the 21st century relative to pre-industrial levels if additional mitigation is considerably delayed. Many models could not limit *likely* warming to below 2°C if bioenergy, CCS and their combination (BECCS) are limited (*high confidence*) (Table SPM.2). *{3.4}*

**SPM**

**Table SPM.2 |** Increase in global mitigation costs due to either limited availability of specific technologies or delays in additional mitigation [a] relative to cost-effective scenarios [b]. The increase in costs is given for the median estimate and the 16th to 84th percentile range of the scenarios (in parentheses) [c]. In addition, the sample size of each scenario set is provided in the coloured symbols. The colours of the symbols indicate the fraction of models from systematic model comparison exercises that could successfully reach the targeted concentration level. {Table 3.2}

| 2100 concentrations (ppm $CO_2$-eq) | Mitigation cost increases in scenarios with limited availability of technologies [d] [% increase in total discounted [e] mitigation costs (2015–2100) relative to default technology assumptions] | | | | Mitigation cost increases due to delayed additional mitigation until 2030 [% increase in mitigation costs relative to immediate mitigation] | |
| | no CCS | nuclear phase out | limited solar/wind | limited bioenergy | medium term costs (2030–2050) | long term costs (2050–2100) |
|---|---|---|---|---|---|---|
| 450 (430 to 480) | 138% (29 to 297%) **4** | 7% (4 to 18%) **8** | 6% (2 to 29%) **8** | 64% (44 to 78%) **8** | 44% (2 to 78%) **29** | 37% (16 to 82%) **29** |
| 500 (480 to 530) | not available (n.a.) | n.a. | n.a. | n.a. | | |
| 550 (530 to 580) | 39% (18 to 78%) **11** | 13% (2 to 23%) **10** | 8% (5 to 15%) **10** | 18% (4 to 66%) **12** | 15% (3 to 32%) | 16% (5 to 24%) |
| 580 to 650 | n.a. | n.a. | n.a. | n.a. | | |

**Symbol legend—fraction of models successful in producing scenarios (numbers indicate the number of successful models)**

| ▮ : all models successful | ▮ : between 50 and 80% of models successful |
|---|---|
| ▮ : between 80 and 100% of models successful | ▮ : less than 50% of models successful |

Notes:
[a] Delayed mitigation scenarios are associated with greenhouse gas emission of more than 55 $GtCO_2$-eq in 2030, and the increase in mitigation costs is measured relative to cost-effective mitigation scenarios for the same long-term concentration level.

[b] Cost-effective scenarios assume immediate mitigation in all countries and a single global carbon price, and impose no additional limitations on technology relative to the models' default technology assumptions.

[c] The range is determined by the central scenarios encompassing the 16th to 84th percentile range of the scenario set. Only scenarios with a time horizon until 2100 are included. Some models that are included in the cost ranges for concentration levels above 530 ppm $CO_2$-eq in 2100 could not produce associated scenarios for concentration levels below 530 ppm $CO_2$-eq in 2100 with assumptions about limited availability of technologies and/or delayed additional mitigation.

[d] No CCS: carbon dioxide capture and storage is not included in these scenarios. Nuclear phase out: no addition of nuclear power plants beyond those under construction, and operation of existing plants until the end of their lifetime. Limited Solar/Wind: a maximum of 20% global electricity generation from solar and wind power in any year of these scenarios. Limited Bioenergy: a maximum of 100 EJ/yr modern bioenergy supply globally (modern bioenergy used for heat, power, combinations and industry was around 18 EJ/yr in 2008). EJ = Exajoule = $10^{18}$ Joule.

[e] Percentage increase of net present value of consumption losses in percent of baseline consumption (for scenarios from general equilibrium models) and abatement costs in percent of baseline gross domestic product (GDP, for scenarios from partial equilibrium models) for the period 2015–2100, discounted at 5% per year.

Mitigation scenarios reaching about 450 or 500 ppm $CO_2$-eq by 2100 show reduced costs for achieving air quality and energy security objectives, with significant co-benefits for human health, ecosystem impacts and sufficiency of resources and resilience of the energy system. {4.4.2.2}

Mitigation policy could devalue fossil fuel assets and reduce revenues for fossil fuel exporters, but differences between regions and fuels exist (*high confidence*). Most mitigation scenarios are associated with reduced revenues from coal and oil trade for major exporters (*high confidence*). The availability of CCS would reduce the adverse effects of mitigation on the value of fossil fuel assets (*medium confidence*). {4.4.2.2}

Solar Radiation Management (SRM) involves large-scale methods that seek to reduce the amount of absorbed solar energy in the climate system. SRM is untested and is not included in any of the mitigation scenarios. If it were deployed, SRM would

**SPM**

entail numerous uncertainties, side effects, risks and shortcomings and has particular governance and ethical implications. SRM would not reduce ocean acidification. If it were terminated, there is *high confidence* that surface temperatures would rise very rapidly impacting ecosystems susceptible to rapid rates of change. *{Box 3.3}*

## SPM 4.    Adaptation and Mitigation

> **Many adaptation and mitigation options can help address climate change, but no single option is sufficient by itself. Effective implementation depends on policies and cooperation at all scales and can be enhanced through integrated responses that link adaptation and mitigation with other societal objectives.** *{4}*

### SPM 4.1    Common enabling factors and constraints for adaptation and mitigation responses

> **Adaptation and mitigation responses are underpinned by common enabling factors. These include effective institutions and governance, innovation and investments in environmentally sound technologies and infrastructure, sustainable livelihoods and behavioural and lifestyle choices.** *{4.1}*

Inertia in many aspects of the socio-economic system constrains adaptation and mitigation options (*medium evidence, high agreement*). Innovation and investments in environmentally sound infrastructure and technologies can reduce GHG emissions and enhance resilience to climate change (*very high confidence*). *{4.1}*

Vulnerability to climate change, GHG emissions and the capacity for adaptation and mitigation are strongly influenced by livelihoods, lifestyles, behaviour and culture (*medium evidence, medium agreement*). Also, the social acceptability and/or effectiveness of climate policies are influenced by the extent to which they incentivize or depend on regionally appropriate changes in lifestyles or behaviours. *{4.1}*

For many regions and sectors, enhanced capacities to mitigate and adapt are part of the foundation essential for managing climate change risks (*high confidence*). Improving institutions as well as coordination and cooperation in governance can help overcome regional constraints associated with mitigation, adaptation and disaster risk reduction (*very high confidence*). *{4.1}*

### SPM 4.2    Response options for adaptation

> **Adaptation options exist in all sectors, but their context for implementation and potential to reduce climate-related risks differs across sectors and regions. Some adaptation responses involve significant co-benefits, synergies and trade-offs. Increasing climate change will increase challenges for many adaptation options.** *{4.2}*

Adaptation experience is accumulating across regions in the public and private sectors and within communities. There is increasing recognition of the value of social (including local and indigenous), institutional, and ecosystem-based measures and of the extent of constraints to adaptation. Adaptation is becoming embedded in some planning processes, with more limited implementation of responses (*high confidence*). *{1.6, 4.2, 4.4.2.1}*

The need for adaptation along with associated challenges is expected to increase with climate change (*very high confidence*). Adaptation options exist in all sectors and regions, with diverse potential and approaches depending on their context in vulnerability reduction, disaster risk management or proactive adaptation planning (Table SPM.3). Effective strategies and actions consider the potential for co-benefits and opportunities within wider strategic goals and development plans. *{4.2}*

**Table SPM.3** | Approaches for managing the risks of climate change through adaptation. These approaches should be considered overlapping rather than discrete, and they are often pursued simultaneously. Examples are presented in no specific order and can be relevant to more than one category. *{Table 4.2}*

SPM

| Overlapping Approaches | Category | Examples |
|---|---|---|
| **Vulnerability & Exposure Reduction** *through development, planning & practices including many low-regrets measures* | Human development | Improved access to education, nutrition, health facilities, energy, safe housing & settlement structures, & social support structures; Reduced gender inequality & marginalization in other forms. |
| | Poverty alleviation | Improved access to & control of local resources; Land tenure; Disaster risk reduction; Social safety nets & social protection; Insurance schemes. |
| | Livelihood security | Income, asset & livelihood diversification; Improved infrastructure; Access to technology & decision-making fora; Increased decision-making power; Changed cropping, livestock & aquaculture practices; Reliance on social networks. |
| | Disaster risk management | Early warning systems; Hazard & vulnerability mapping; Diversifying water resources; Improved drainage; Flood & cyclone shelters; Building codes & practices; Storm & wastewater management; Transport & road infrastructure improvements. |
| | Ecosystem management | Maintaining wetlands & urban green spaces; Coastal afforestation; Watershed & reservoir management; Reduction of other stressors on ecosystems & of habitat fragmentation; Maintenance of genetic diversity; Manipulation of disturbance regimes; Community-based natural resource management. |
| | Spatial or land-use planning | Provisioning of adequate housing, infrastructure & services; Managing development in flood prone & other high risk areas; Urban planning & upgrading programs; Land zoning laws; Easements; Protected areas. |
| **Adaptation** *including incremental & transformational adjustments* | Structural/physical | ***Engineered & built-environment options***: Sea walls & coastal protection structures; Flood levees; Water storage; Improved drainage; Flood & cyclone shelters; Building codes & practices; Storm & wastewater management; Transport & road infrastructure improvements; Floating houses; Power plant & electricity grid adjustments. |
| | | ***Technological options***: New crop & animal varieties; Indigenous, traditional & local knowledge, technologies & methods; Efficient irrigation; Water-saving technologies; Desalinisation; Conservation agriculture; Food storage & preservation facilities; Hazard & vulnerability mapping & monitoring; Early warning systems; Building insulation; Mechanical & passive cooling; Technology development, transfer & diffusion. |
| | | ***Ecosystem-based options***: Ecological restoration; Soil conservation; Afforestation & reforestation; Mangrove conservation & replanting; Green infrastructure (e.g., shade trees, green roofs); Controlling overfishing; Fisheries co-management; Assisted species migration & dispersal; Ecological corridors; Seed banks, gene banks & other *ex situ* conservation; Community-based natural resource management. |
| | | ***Services***: Social safety nets & social protection; Food banks & distribution of food surplus; Municipal services including water & sanitation; Vaccination programs; Essential public health services; Enhanced emergency medical services. |
| | Institutional | ***Economic options***: Financial incentives; Insurance; Catastrophe bonds; Payments for ecosystem services; Pricing water to encourage universal provision and careful use; Microfinance; Disaster contingency funds; Cash transfers; Public-private partnerships. |
| | | ***Laws & regulations***: Land zoning laws; Building standards & practices; Easements; Water regulations & agreements; Laws to support disaster risk reduction; Laws to encourage insurance purchasing; Defined property rights & land tenure security; Protected areas; Fishing quotas; Patent pools & technology transfer. |
| | | ***National & government policies & programs***: National & regional adaptation plans including mainstreaming; Sub-national & local adaptation plans; Economic diversification; Urban upgrading programs; Municipal water management programs; Disaster planning & preparedness; Integrated water resource management; Integrated coastal zone management; Ecosystem-based management; Community-based adaptation. |
| **Transformation** | Social | ***Educational options***: Awareness raising & integrating into education; Gender equity in education; Extension services; Sharing indigenous, traditional & local knowledge; Participatory action research & social learning; Knowledge-sharing & learning platforms. |
| | | ***Informational options***: Hazard & vulnerability mapping; Early warning & response systems; Systematic monitoring & remote sensing; Climate services; Use of indigenous climate observations; Participatory scenario development; Integrated assessments. |
| | | ***Behavioural options***: Household preparation & evacuation planning; Migration; Soil & water conservation; Storm drain clearance; Livelihood diversification; Changed cropping, livestock & aquaculture practices; Reliance on social networks. |
| | Spheres of change | ***Practical***: Social & technical innovations, behavioural shifts, or institutional & managerial changes that produce substantial shifts in outcomes. |
| | | ***Political***: Political, social, cultural & ecological decisions & actions consistent with reducing vulnerability & risk & supporting adaptation, mitigation & sustainable development. |
| | | ***Personal***: Individual & collective assumptions, beliefs, values & worldviews influencing climate-change responses. |

**SPM**

### SPM 4.3    Response options for mitigation

> **Mitigation options are available in every major sector. Mitigation can be more cost-effective if using an integrated approach that combines measures to reduce energy use and the greenhouse gas intensity of end-use sectors, decarbonize energy supply, reduce net emissions and enhance carbon sinks in land-based sectors.** {4.3}

Well-designed systemic and cross-sectoral mitigation strategies are more cost-effective in cutting emissions than a focus on individual technologies and sectors, with efforts in one sector affecting the need for mitigation in others (*medium confidence*). Mitigation measures intersect with other societal goals, creating the possibility of co-benefits or adverse side effects. These intersections, if well-managed, can strengthen the basis for undertaking climate action. {4.3}

Emissions ranges for baseline scenarios and mitigation scenarios that limit $CO_2$-equivalent concentrations to low levels (about 450 ppm $CO_2$-eq, *likely* to limit warming to 2°C above pre-industrial levels) are shown for different sectors and gases in Figure SPM.14. Key measures to achieve such mitigation goals include decarbonizing (i.e., reducing the carbon intensity of) electricity generation (*medium evidence, high agreement*) as well as efficiency enhancements and behavioural changes, in order to reduce energy demand compared to baseline scenarios without compromising development (*robust evidence, high agreement*). In scenarios reaching 450 ppm $CO_2$-eq concentrations by 2100, global $CO_2$ emissions from the energy supply sector are projected to decline over the next decade and are characterized by reductions of 90% or more below 2010 levels between 2040 and 2070. In the majority of low-concentration stabilization scenarios (about 450 to about 500 ppm $CO_2$-eq, at least *about as likely as not* to limit warming to 2°C above pre-industrial levels), the share of low-carbon electricity supply (comprising renewable energy (RE), nuclear and carbon dioxide capture and storage (CCS) including bioenergy with carbon dioxide capture and storage (BECCS)) increases from the current share of approximately 30% to more than 80% by 2050, and fossil fuel power generation without CCS is phased out almost entirely by 2100. {4.3}

### Direct CO₂ emissions by major sectors, and non-CO₂ emissions, for baseline and mitigation scenarios




**Figure SPM.14 |** Carbon dioxide ($CO_2$) emissions by sector and total non-$CO_2$ greenhouse gases (Kyoto gases) across sectors in baseline (faded bars) and mitigation scenarios (solid colour bars) that reach about 450 (430 to 480) ppm $CO_2$-eq concentrations in 2100 (*likely* to limit warming to 2°C above pre-industrial levels). Mitigation in the end-use sectors leads also to indirect emissions reductions in the upstream energy supply sector. Direct emissions of the end-use sectors thus do not include the emission reduction potential at the supply-side due to, for example, reduced electricity demand. The numbers at the bottom of the graphs refer to the number of scenarios included in the range (upper row: baseline scenarios; lower row: mitigation scenarios), which differs across sectors and time due to different sectoral resolution and time horizon of models. Emissions ranges for mitigation scenarios include the full portfolio of mitigation options; many models cannot reach 450 ppm $CO_2$-eq concentration by 2100 in the absence of carbon dioxide capture and storage (CCS). Negative emissions in the electricity sector are due to the application of bioenergy with carbon dioxide capture and storage (BECCS). 'Net' agriculture, forestry and other land use (AFOLU) emissions consider afforestation, reforestation as well as deforestation activities. {4.3, Figure 4.1}

Near-term reductions in energy demand are an important element of cost-effective mitigation strategies, provide more flexibility for reducing carbon intensity in the energy supply sector, hedge against related supply-side risks, avoid lock-in to carbon-intensive infrastructures, and are associated with important co-benefits. The most cost-effective mitigation options in forestry are afforestation, sustainable forest management and reducing deforestation, with large differences in their relative importance across regions; and in agriculture, cropland management, grazing land management and restoration of organic soils (*medium evidence, high agreement*). {4.3, Figures 4.1, 4.2, Table 4.3}

Behaviour, lifestyle and culture have a considerable influence on energy use and associated emissions, with high mitigation potential in some sectors, in particular when complementing technological and structural change (*medium evidence, medium agreement*). Emissions can be substantially lowered through changes in consumption patterns, adoption of energy savings measures, dietary change and reduction in food wastes. {4.1, 4.3}

### SPM 4.4    Policy approaches for adaptation and mitigation, technology and finance

> **Effective adaptation and mitigation responses will depend on policies and measures across multiple scales: international, regional, national and sub-national. Policies across all scales supporting technology development, diffusion and transfer, as well as finance for responses to climate change, can complement and enhance the effectiveness of policies that directly promote adaptation and mitigation.** {4.4}

International cooperation is critical for effective mitigation, even though mitigation can also have local co-benefits. Adaptation focuses primarily on local to national scale outcomes, but its effectiveness can be enhanced through coordination across governance scales, including international cooperation: {3.1, 4.4.1}

- The United Nations Framework Convention on Climate Change (UNFCCC) is the main multilateral forum focused on addressing climate change, with nearly universal participation. Other institutions organized at different levels of governance have resulted in diversifying international climate change cooperation. {4.4.1}

- The Kyoto Protocol offers lessons towards achieving the ultimate objective of the UNFCCC, particularly with respect to participation, implementation, flexibility mechanisms and environmental effectiveness (*medium evidence, low agreement*). {4.4.1}

- Policy linkages among regional, national and sub-national climate policies offer potential climate change mitigation benefits (*medium evidence, medium agreement*). Potential advantages include lower mitigation costs, decreased emission leakage and increased market liquidity. {4.4.1}

- International cooperation for supporting adaptation planning and implementation has received less attention historically than mitigation but is increasing and has assisted in the creation of adaptation strategies, plans and actions at the national, sub-national and local level (*high confidence*). {4.4.1}

There has been a considerable increase in national and sub-national plans and strategies on both adaptation and mitigation since the AR4, with an increased focus on policies designed to integrate multiple objectives, increase co-benefits and reduce adverse side effects (*high confidence*): {4.4.2.1, 4.4.2.2}

- National governments play key roles in adaptation planning and implementation (*robust evidence, high agreement*) through coordinating actions and providing frameworks and support. While local government and the private sector have different functions, which vary regionally, they are increasingly recognized as critical to progress in adaptation, given their roles in scaling up adaptation of communities, households and civil society and in managing risk information and financing (*medium evidence, high agreement*). {4.4.2.1}

- Institutional dimensions of adaptation governance, including the integration of adaptation into planning and decision-making, play a key role in promoting the transition from planning to implementation of adaptation (*robust evidence,*

SPM

*high agreement*). Examples of institutional approaches to adaptation involving multiple actors include economic options (e.g., insurance, public-private partnerships), laws and regulations (e.g., land-zoning laws) and national and government policies and programmes (e.g., economic diversification). *{4.2, 4.4.2.1, Table SPM.3}*

- In principle, mechanisms that set a carbon price, including cap and trade systems and carbon taxes, can achieve mitigation in a cost-effective way but have been implemented with diverse effects due in part to national circumstances as well as policy design. The short-run effects of cap and trade systems have been limited as a result of loose caps or caps that have not proved to be constraining (*limited evidence, medium agreement*). In some countries, tax-based policies specifically aimed at reducing GHG emissions—alongside technology and other policies—have helped to weaken the link between GHG emissions and GDP (*high confidence*). In addition, in a large group of countries, fuel taxes (although not necessarily designed for the purpose of mitigation) have had effects that are akin to sectoral carbon taxes. *{4.4.2.2}*

- Regulatory approaches and information measures are widely used and are often environmentally effective (*medium evidence, medium agreement*). Examples of regulatory approaches include energy efficiency standards; examples of information programmes include labelling programmes that can help consumers make better-informed decisions. *{4.4.2.2}*

- Sector-specific mitigation policies have been more widely used than economy-wide policies (*medium evidence, high agreement*). Sector-specific policies may be better suited to address sector-specific barriers or market failures and may be bundled in packages of complementary policies. Although theoretically more cost-effective, administrative and political barriers may make economy-wide policies harder to implement. Interactions between or among mitigation policies may be synergistic or may have no additive effect on reducing emissions. *{4.4.2.2}*

- Economic instruments in the form of subsidies may be applied across sectors, and include a variety of policy designs, such as tax rebates or exemptions, grants, loans and credit lines. An increasing number and variety of renewable energy (RE) policies including subsidies—motivated by many factors—have driven escalated growth of RE technologies in recent years. At the same time, reducing subsidies for GHG-related activities in various sectors can achieve emission reductions, depending on the social and economic context (*high confidence*). *{4.4.2.2}*

Co-benefits and adverse side effects of mitigation could affect achievement of other objectives such as those related to human health, food security, biodiversity, local environmental quality, energy access, livelihoods and equitable sustainable development. The potential for co-benefits for energy end-use measures outweighs the potential for adverse side effects whereas the evidence suggests this may not be the case for all energy supply and agriculture, forestry and other land use (AFOLU) measures. Some mitigation policies raise the prices for some energy services and could hamper the ability of societies to expand access to modern energy services to underserved populations (*low confidence*). These potential adverse side effects on energy access can be avoided with the adoption of complementary policies such as income tax rebates or other benefit transfer mechanisms (*medium confidence*). Whether or not side effects materialize, and to what extent side effects materialize, will be case- and site-specific, and depend on local circumstances and the scale, scope and pace of implementation. Many co-benefits and adverse side effects have not been well-quantified. *{4.3, 4.4.2.2, Box 3.4}*

Technology policy (development, diffusion and transfer) complements other mitigation policies across all scales, from international to sub-national; many adaptation efforts also critically rely on diffusion and transfer of technologies and management practices (*high confidence*). Policies exist to address market failures in R&D, but the effective use of technologies can also depend on capacities to adopt technologies appropriate to local circumstances. *{4.4.3}*

Substantial reductions in emissions would require large changes in investment patterns (*high confidence*). For mitigation scenarios that stabilize concentrations (without overshoot) in the range of 430 to 530 ppm $CO_2$-eq by 2100[19], annual investments in low carbon electricity supply and energy efficiency in key sectors (transport, industry and buildings) are projected in the scenarios to rise by several hundred billion dollars per year before 2030. Within appropriate enabling environments, the private sector, along with the public sector, can play important roles in financing mitigation and adaptation (*medium evidence, high agreement*). *{4.4.4}*

---

[19]  This range comprises scenarios that reach 430 to 480 ppm $CO_2$-eq by 2100 (*likely* to limit warming to 2°C above pre-industrial levels) and scenarios that reach 480 to 530 ppm $CO_2$-eq by 2100 (without overshoot: *more likely than* not to limit warming to 2°C above pre-industrial levels).

Financial resources for adaptation have become available more slowly than for mitigation in both developed and developing countries. Limited evidence indicates that there is a gap between global adaptation needs and the funds available for adaptation (*medium confidence*). There is a need for better assessment of global adaptation costs, funding and investment. Potential synergies between international finance for disaster risk management and adaptation have not yet been fully realized (*high confidence*). {4.4.4}

### SPM 4.5   Trade-offs, synergies and interactions with sustainable development

**Climate change is a threat to sustainable development. Nonetheless, there are many opportunities to link mitigation, adaptation and the pursuit of other societal objectives through integrated responses (*high confidence*). Successful implementation relies on relevant tools, suitable governance structures and enhanced capacity to respond (*medium confidence*). {3.5, 4.5}**

Climate change exacerbates other threats to social and natural systems, placing additional burdens particularly on the poor (*high confidence*). Aligning climate policy with sustainable development requires attention to both adaptation and mitigation (*high confidence*). Delaying global mitigation actions may reduce options for climate-resilient pathways and adaptation in the future. Opportunities to take advantage of positive synergies between adaptation and mitigation may decrease with time, particularly if limits to adaptation are exceeded. Increasing efforts to mitigate and adapt to climate change imply an increasing complexity of interactions, encompassing connections among human health, water, energy, land use and biodiversity (*medium evidence, high agreement*). {3.1, 3.5, 4.5}

Strategies and actions can be pursued now which will move towards climate-resilient pathways for sustainable development, while at the same time helping to improve livelihoods, social and economic well-being and effective environmental management. In some cases, economic diversification can be an important element of such strategies. The effectiveness of integrated responses can be enhanced by relevant tools, suitable governance structures and adequate institutional and human capacity (*medium confidence*). Integrated responses are especially relevant to energy planning and implementation; interactions among water, food, energy and biological carbon sequestration; and urban planning, which provides substantial opportunities for enhanced resilience, reduced emissions and more sustainable development (*medium confidence*). {3.5, 4.4, 4.5}

# STATE OF THE CLIMATE IN 2015



Special Supplement to the
*Bulletin of the American Meteorological Society*
**Vol. 97, No. 8, August 2016**

# STATE OF THE CLIMATE IN 2015

**Editors**

Jessica Blunden                    Derek S. Arndt

**Chapter Editors**

Howard J. Diamond            Jeremy T. Mathis            Jacqueline A. Richter-Menge
A. Johannes Dolman           Ademe Mekonnen            Ahira Sánchez-Lugo
Robert J. H. Dunn            A. Rost Parsons            Carl J. Schreck III
Dale F. Hurst                James A. Renwick            Sharon Stammerjohn
Gregory C. Johnson                                      Kate M. Willett

**Technical Editors**

Kristin Gilbert
Tom Maycock
Susan Osborne
Mara Sprain

**AMERICAN METEOROLOGICAL SOCIETY**

Cover credits:

Front: Reproduced by courtesy of Jillian Pelto Art/University of Maine Alumnus, Studio Art and Earth Science — *Landscape of Change* © 2015 by the artist.

Back: Reproduced by courtesy of Jillian Pelto Art/University of Maine Alumnus, Studio Art and Earth Science — *Salmon Population Decline* © 2015 by the artist.

*Landscape of Change* uses data about sea level rise, glacier volume decline, increasing global temperatures, and the increasing use of fossil fuels. These data lines compose a landscape shaped by the changing climate, a world in which we are now living. (Data sources available at www.jillpelto.com/landscape-of-change; 2015.)

*Salmon Population Decline* uses population data about the Coho species in the Puget Sound, Washington. Seeing the rivers and reservoirs in western Washington looking so barren was frightening; the snowpack in the mountains and on the glaciers supplies a lot of the water for this region, and the additional lack of precipitation has greatly depleted the state's hydrosphere. Consequently, the water level in the rivers the salmon spawn in is very low, and not cold enough for them. The salmon are depicted swimming along the length of the graph, following its current. While salmon can swim upstream, it is becoming more of an uphill battle with lower streamflow and higher temperatures. This image depicts the struggle their population is facing as their spawning habitat declines. (Data sources available at www.jillpelto.com/salmon-populagtion-decline; 2015.)

---

How to cite this document:

Citing the complete report:

Blunden, J. and D. S. Arndt, Eds., 2016: State of the Climate in 2015. *Bull. Amer. Meteor. Soc.*, **97** (8), S1–S275, DOI:10.1175/2016BAMSStateoftheClimate.1

Citing a chapter (example):

Mekonnen, A., J. A. Renwick, and A. Sánchez-Lugo, Eds., 2016: Regional climates [in "State of the Climate in 2015"]. *Bull. Amer. Meteor. Soc.*, **97** (8), S173–S226.

Citing a section (example):

Tsidu, M., 2016: Southern Africa between 5° and 30°S [in "State of the Climate in 2015"]. *Bull. Amer. Meteor. Soc.*, **97** (8), S192–S193.

## EDITOR AND AUTHOR AFFILIATIONS (ALPHABETICAL BY NAME)

**Aaron-Morrison, Arlene P.,** Trinidad & Tobago Meteorological Service, Piarco, Trinidad

**Ackerman, Steven A.,** CIMSS, University of Wisconsin–Madison, Madison, Wisconsin

**Adams, Nicolaus G.,** NOAA/NMFS Northwest Fisheries Science Center, Seattle, Washington

**Adler, Robert F.,** Earth System Sciences Interdisciplinary Center, University of Maryland, College Park, College Park, Maryland

**Albanil, Adelina,** National Meteorological Service of Mexico, Mexico

**Alfaro, E.J.,** Center for Geophysical Research and School of Physics, University of Costa Rica, San José, Costa Rica

**Allan, Rob,** Met Office Hadley Centre, Exeter, United Kingdom

**Alves, Lincoln M.,** Centro de Ciencias do Sistema Terrestre, Instituto Nacional de Pesquisas Espaciais, Cachoeira Paulista, Sao Paulo, Brazil

**Amador, Jorge A.,** Center for Geophysical Research and School of Physics, University of Costa Rica, San José, Costa Rica

**Andreassen, L. M.,** Section for Glaciers, Ice and Snow, Norwegian Water Resources and Energy Directorate, Oslo, Norway

**Arendt, A.,** Applied Physics Laboratory, University of Washington, Seattle, Washington

**Arévalo, Juan,** Instituto Nacional de Meteorología e Hidrología de Venezuela, Caracas, Venezuela

**Arndt, Derek S.,** NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Arzhanova, N. M.,** Russian Institute for Hydrometeorological Information, Obninsk, Russia

**Aschan, M. M.,** UiT The Arctic University of Norway, Tromsø, Norway

**Azorin-Molina, César,** Instituto Pirenaico de Ecología, Consejo Superior de Investigaciones Científicas, Zaragoza, Spain

**Banzon, Viva,** NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Bardin, M. U.,** Islamic Republic of Iranian Meteorological Organization, Iran

**Barichivich, Jonathan,** Instituto de Conservación, Biodiversidad y Territorio, Universidad Austral de Chile, and Center for Climate and Resilience Research (CR)², Chile

**Baringer, Molly O.,** NOAA/OAR Atlantic Oceanographic and Meteorological Laboratory, Miami, Florida

**Barreira, Sandra,** Argentine Naval Hydrographic Service, Buenos Aires, Argentina

**Baxter, Stephen,** NOAA/NWS Climate Prediction Center, College Park, Maryland

**Bazo, Juan,** Servicio Nacional de Meteorología e Hidrología de Perú, Lima, Perú

**Becker, Andreas,** Global Precipitation Climatology Centre, Deutscher Wetterdienst, Offenbach, Germany

**Bedka, Kristopher M.,** NASA Langley Research Center, Hampton, Virginia

**Behrenfeld, Michael J.,** Oregon State University, Corvallis, Oregon

**Bell, Gerald D.,** NOAA/NWS Climate Prediction Center, College Park, Maryland

**Belmont, M.,** Seychelles National Meteorological Services, Pointe Larue, Mahé, Seychelles

**Benedetti, Angela,** European Centre for Medium-Range Weather Forecasts, Reading, United Kingdom

**Bernhard, G.,** Biospherical Instruments, San Diego, California

**Berrisford, Paul,** European Centre for Medium-Range Weather Forecasts, Reading, United Kingdom

**Berry, David I.,** National Oceanography Centre, Southampton, United Kingdom

**Bettolli, María L.,** Departamento Ciencias de la Atmósfera y los Océanos, Facultad de Ciencias Exactas y Naturales, Universidad de Buenos Aires, Argentina

**Bhatt, U. S.,** Geophysical Institute, University of Alaska Fairbanks, Fairbanks, Alaska

**Bidegain, Mario,** Instituto Uruguayo de Meteorología, Montevideo, Uruguay

**Bill, Brian D.,** NOAA/NMFS Northwest Fisheries Science Center, Seattle, Washington

**Billheimer, Sam,** Scripps Institution of Oceanography, University of California, San Diego, La Jolla, California

**Bissolli, Peter,** Deutscher Wetterdienst, WMO RA VI Regional Climate Centre Network, Offenbach, Germany

**Blake, Eric S.,** NOAA/NWS National Hurricane Center, Miami, Florida

**Blunden, Jessica,** NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Bosilovich, Michael G.,** Global Modelling and Assimilation Office, NASA Goddard Space Flight Center, Greenbelt, Maryland

**Boucher, Olivier,** Laboratoire de Météorologie Dynamique, Institut Pierre Simon Laplace, CNRS/UPMC, Paris, France

**Boudet, Dagne,** Climate Center, Institute of Meteorology of Cuba, Cuba

**Box, J. E.,** Geological Survey of Denmark and Greenland, Copenhagen, Denmark

**Boyer, Tim,** NOAA/NESDIS National Centers for Environmental Information, Silver Spring, Maryland

**Braathen, Geir O.,** WMO Atmospheric Environment Research Division, Geneva, Switzerland

**Bromwich, David H.,** Byrd Polar and Climate Research Center, The Ohio State University, Columbus, Ohio

**Brown, R.,** Climate Research Division, Environment and Climate Change Canada, Montreal, Quebec, Canada

**Bulygina, Olga N.,** Russian Institute for Hydrometeorological Information, Obninsk, Russia

**Burgess, D.,** Geological Survey of Canada, Ottawa, Ontario, Canada

**Calderón, Blanca,** Center for Geophysical Research, University of Costa Rica, San José, Costa Rica

**Camargo, Suzana J.,** Lamont-Doherty Earth Observatory, Columbia University, Palisades, New York

**Campbell, Jayaka D.,** Department of Physics, The University of the West Indies, Jamaica

**Cappelen, J.,** Danish Meteorological Institute, Copenhagen, Denmark

**Carrasco, Gualberto,** Servicio Nacional de Meteorología e Hidrología de Bolivia, La Paz, Bolivia

**Carter, Brendan R.,** Joint Institute for the Study of the Atmosphere and Ocean, University of Washington, and NOAA/OAR Pacific Marine Environmental Laboratory, Seattle, Washington

**Chambers, Don P.,** College of Marine Science, University of South Florida, St. Petersburg, Florida

**Chandler, Elise,** Bureau of Meteorology, Melbourne, Victoria, Australia

**Christiansen, Hanne H.,** Arctic Geology Department, UNIS-The University Centre in Svalbard, Longyearbyen, Norway

**Christy, John R.,** University of Alabama in Huntsville, Huntsville, Alabama

**Chung, Daniel,** Department of Geodesy and Geoinformation, Vienna University of Technology, Vienna, Austria

**Chung, E.-S.,** Rosenstiel School of Marine and Atmospheric Science, University of Miami, Miami, Florida

**Cinque, Kathy,** Melbourne Water, Melbourne, Australia

**Clem, Kyle R.,** School of Geography, Environment, and Earth Sciences, Victoria University of Wellington, Wellington, New Zealand

**Coelho, Caio A.S.,** CPTEC/INPE Center for Weather Forecasts and Climate Studies, Cachoeira Paulista, Brazil

**Cogley, J. G.,** Department of Geography, Trent University, Peterborough, Ontario, Canada

**Coldewey-Egbers, Melanie,** German Aerospace Center (DLR) Oberpfaffenhofen, Wessling, Germany

**Colwell, Steve,** British Antarctic Survey, Cambridge, United Kingdom

**Cooper, Owen. R.,** Cooperative Institute for Research in Environmental Sciences, University of Colorado Boulder, and NOAA/OAR Earth System Research Laboratory, Boulder, Colorado

**Copland, L.,** Department of Geography, University of Ottawa, Ottawa, Ontario, Canada

**Cosca, Catherine E.,** NOAA/OAR Pacific Marine Environmental Laboratory, Seattle, Washington

**Cross, Jessica N.,** NOAA/OAR Pacific Marine Environmental Laboratory, Seattle, Washington

**Crotwell, Molly J.,** Cooperative Institute for Research in Environmental Sciences, University of Colorado Boulder, and NOAA/OAR Earth System Research Laboratory, Boulder, Colorado

**Crouch, Jake,** NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Davis, Sean M.,** Cooperative Institute for Research in Environmental Sciences, University of Colorado Boulder, and NOAA/OAR Earth System Research Laboratory, Boulder, Colorado

**de Eyto, Elvira,** Marine Institute, Newport, Ireland

**de Jeu, Richard A. M.,** Transmissivity, and VanderSat, Noordwijk, Netherlands

**de Laat, Jos,** Royal Netherlands Meteorological Institute (KNMI), DeBilt, Netherlands

**DeGasperi, Curtis L.,** King County Water and Land Resources Division, Seattle, Washington

**Degenstein, Doug,** University of Saskatchewan, Saskatoon, Saskatchewan, Canada

**Demircan, M.,** Turkish State Meteorological Service, Ankara, Turkey

**Derksen, C.,** Climate Research Division, Environment and Climate Change Canada, Toronto, Ontario, Canada

**Destin, Dale,** Antigua and Barbuda Meteorological Service, St. John's, Antigua

**Di Girolamo, Larry,** University of Illinois at Urbana–Champaign, Urbana, Illinois

**Di Giuseppe, F.,** European Centre for Medium-Range Weather Forecasts, Reading, United Kingdom

**Diamond, Howard J.,** NOAA/NESDIS National Centers for Environmental Information, Silver Spring, Maryland

**Dlugokencky, Ed J.,** NOAA/OAR Earth System Research Laboratory, Boulder, Colorado

**Dohan, Kathleen,** Earth and Space Research, Seattle, Washington

**Dokulil, Martin T.,** Research Institute for Limnology, University of Innsbruck, Mondsee, Austria

**Dolgov, A. V.,** Knipovich Polar Research Institute of Marine Fisheries and Oceanography, Murmansk, Russia

**Dolman, A. Johannes,** Department of Earth Sciences, Earth and Climate Cluster, VU University Amsterdam, Amsterdam, Netherlands

**Domingues, Catia M.,** Institute for Marine and Antarctic Studies, University of Tasmania, and Antarctic Climate and Ecosystems Cooperative Research Centre, and Australian Research Council's Centre of Excellence for Climate System Science, Hobart, Tasmania, Australia

**Donat, Markus G.,** Climate Change Research Centre, University of New South Wales, Sydney, New South Wales, Australia

**Dong, Shenfu,** NOAA/OAR Atlantic Oceanographic and Meteorological Laboratory, and Cooperative Institute for Marine and Atmospheric Science, Miami, Florida

**Dorigo, Wouter A.,** Department of Geodesy and Geoinformation, Vienna University of Technology, Vienna, Austria

**Dortch, Quay,** NOAA/NOS National Centers for Coastal Ocean Science, Center for Sponsored Coastal Ocean Research, Coastal Ocean Program, Silver Spring, Maryland

**Doucette, Greg,** NOAA/NOS National Centers for Coastal Ocean Science, Center for Coastal Environmental Health and Biomolecular Research, Charleston, South Carolina

**Drozdov, D. S.,** Earth Cryosphere Institute, Tyumen, and Tyumen State Oil and Gas University, Tyumen, Russia

**Ducklow, Hugh,** Lamont–Doherty Earth Observatory, Columbia University, New York, New York

**Dunn, Robert J. H.,** Met Office Hadley Centre, Exeter, United Kingdom

**Durán-Quesada, Ana M.,** Center for Geophysical Research and School of Physics, University of Costa Rica, San José, Costa Rica

**Dutton, Geoff S.,** Cooperative Institute for Research in Environmental Sciences, University of Colorado Boulder, and NOAA/OAR Earth System Research Laboratory, Boulder, Colorado

**Ebrahim, A.,** Egyptian Meteorological Authority, Cairo, Egypt

**ElKharrim, M.,** Direction de la Météorologie Nationale Maroc, Rabat, Morocco

**Elkins, James W.,** NOAA/OAR Earth System Research Laboratory, Boulder, Colorado

**Espinoza, Jhan C.,** Instituto Geofisico del Perú, Lima, Perú

**Etienne-LeBlanc, Sheryl,** Meteorological Department of St. Maarten, St. Maarten

**Evans III, Thomas E.,** NOAA/NWS Central Pacific Hurricane Center, Honolulu, Hawaii

**Famiglietti, James S.,** Department of Earth System Science, University of California, Irvine, California

**Farrell, S.,** Earth System Science Interdisciplinary Center, University of Maryland, College Park, College Park, Maryland

**Fateh, S.,** Islamic Republic of Iranian Meteorological Organization, Iran

**Fausto, Robert S.,** Geological Survey of Denmark and Greenland, Copenhagen, Denmark

**Fedaeff, Nava,** National Institute of Water and Atmospheric Research, Ltd., Auckland, New Zealand

**Feely, Richard A.,** NOAA/OAR Pacific Marine Environmental Laboratory, Seattle, Washington

**Feng, Z.,** Pacific Northwest National Laboratory, Richland, Washington

**Fenimore, Chris,** NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Fettweis, X.,** University of Liège, Liège, Belgium

**Fioletov, Vitali E.,** Environment and Climate Change Canada, Toronto, Ontario, Canada

**Flemming, Johannes,** European Centre for Medium-Range Weather Forecasts, Reading, United Kingdom

**Fogarty, Chris T.,** Canadian Hurricane Centre, Environment and Climate Change Canada, Dartmouth, Nova Scotia, Canada

**Fogt, Ryan L.,** Department of Geography, Ohio University, Athens, Ohio

**Folland, Chris,** Met Office Hadley Centre, Exeter, United Kingdom

**Fonseca, C.,** Climate Center, Institute of Meteorology of Cuba, Cuba

**Fossheim, M.,** Institute of Marine Research, Bergen, Norway

**Foster, Michael J.,** Department of Geology, CIMSS, University of Wisconsin–Madison, Madison, Wisconsin

**Fountain, Andrew,** Portland State University, Portland, Oregon

**Francis, S. D.,** Nigerian Meteorological Agency, Abuja, Nigeria

**Franz, Bryan A.,** NASA Goddard Space Flight Center, Greenbelt, Maryland

**Frey, Richard A.,** CIMSS, University of Wisconsin–Madison, Madison, Wisconsin

**Frith, Stacey M.,** NASA Goddard Space Flight Center, Greenbelt, Maryland

**Froidevaux, Lucien,** Jet Propulsion Laboratory, California Institute of Technology, Pasadena, California

**Ganter, Catherine,** Bureau of Meteorology, Melbourne, Victoria, Australia

**Garzoli, Silvia,** NOAA/OAR Atlantic Oceanographic and Meteorological Laboratory, and Cooperative Institute for Marine and Atmospheric Science, Miami, Florida

**Gerland, S.,** Norwegian Polar Institute, Fram Centre, Tromsø, Norway

**Gobron, Nadine,** Land Resources Monitoring Unit, Institute for Environment and Sustainability, Joint Research Centre, European Commission, Ispra, Italy

**Goldenberg, Stanley B.,** NOAA/OAR Atlantic Oceanographic and Meteorological Laboratory, Miami, Florida

**Gomez, R. Sorbonne,** Sorbonne Universités (UPMC-Paris 6), LOCEAN-IPSL, CNRS-IRD-MNHN, Paris, France

**Goni, Gustavo,** NOAA/OAR Atlantic Oceanographic and Meteorological Laboratory, Miami, Florida

**Goto, A.,** Japan Meteorological Agency, Tokyo, Japan

**Grooß, J.-U.,** Forschungszentrum Jülich, Jülich, Germany

**Gruber, Alexander,** Department of Geodesy and Geoinformation, Vienna University of Technology, Vienna, Austria

**Guard, Charles "Chip",** NOAA/NWS Weather Forecast Office, Guam

**Gugliemin, Mauro,** Department of Theoretical and Applied Sciences, Insubria University, Varese, Italy

**Gupta, S. K.,** Science Systems and Applications, Inc., Hampton, Virginia

**Gutiérrez, J. M.,** Instituto de Física de Cantabria (CSIC-UC), Santander, Spain

**Hagos, S.,** Atmospheric Sciences and Global Change Division, Pacific Northwest National Laboratory, Richland, Washington

**Hahn, Sebastian,** Department of Geodesy and Geoinformation, Vienna University of Technology, Vienna, Austria

**Haimberger, Leo,** Department of Meteorology and Geophysics, University of Vienna, Vienna, Austria

**Hakkarainen, J.,** Finnish Meteorological Institute, Helsinki, Finland

**Hall, Brad D.,** NOAA/OAR Earth System Research Laboratory, Boulder, Colorado

**Halpert, Michael S.,** NOAA/NWS Climate Prediction Center, College Park, Maryland

**Hamlington, Benjamin D.,** Center for Coastal Physical Oceanography, Old Dominion University, Norfolk, Virginia

**Hanna, E.,** Department of Geography, University of Sheffield, Sheffield, United Kingdom

**Hansen, K.,** Danish Meteorological Institute, Copenhagen, Denmark

**Hanssen-Bauer, I.,** Norwegian Meteorological Institute, Blindern, Oslo, Norway

**Harris, Ian,** Climatic Research Unit, School of Environmental Sciences, University of East Anglia, Norwich, United Kingdom

**Heidinger, Andrew K.,** NOAA/NESDIS Center for Satellite Applications and Research, University of Wisconsin–Madison, Madison, Wisconsin

**Heikkilä, A.,** Finnish Meteorological Institute, Helsinki, Finland

**Heil, A.,** Max Planck Institute for Chemistry, Mainz, Germany

**Heim Jr., Richard R.,** NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Hendricks, S.,** Alfred Wegener Institute, Bremerhaven, Germany

**Hernández, Marieta,** Climate Center, Institute of Meteorology of Cuba, Cuba

**Hidalgo, Hugo G.,** Center for Geophysical Research and School of Physics, University of Costa Rica, San José, Costa Rica

**Hilburn, Kyle,** Remote Sensing Systems, Santa Rosa, California

**Ho, Shu-peng (Ben),** COSMIC, UCAR, Boulder, Colorado

**Holmes, R. M.,** Woods Hole Research Center, Falmouth, Massachusetts

**Hu, Zeng-Zhen,** NOAA/NWS National Centers for Environmental Prediction, Climate Prediction Center, College Park, Maryland

**Huang, Boyin,** NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Huelsing, Hannah K.,** State University of New York, Albany, New York

**Huffman, George J.,** NASA Goddard Space Flight Center, Greenbelt, Maryland

**Hughes, C.,** University of Liverpool, and National Oceanography Centre, Liverpool, United Kingdom

**Hurst, Dale F.,** Cooperative Institute for Research in Environmental Sciences, University of Colorado Boulder, and NOAA/OAR Earth System Research Laboratory, Boulder, Colorado

**Ialongo, I.,** Finnish Meteorological Institute, Helsinki, Finland

**Ijampy, J. A.,** Nigerian Meteorological Agency, Abuja, Nigeria

**Ingvaldsen, R. B.,** Institute of Marine Research, Bergen, Norway

**Inness, Antje,** European Centre for Medium-Range Weather Forecasts, Reading, United Kingdom

**Isaksen, K.,** Norwegian Meteorological Institute, Blindern, Oslo, Norway

**Ishii, Masayoshi,** Japan Meteorological Agency, Tsukuba, Japan

**Jevrejeva, Svetlana,** National Oceanography Centre, Liverpool, United Kingdom

**Jiménez, C.,** Estellus, and LERMA, Observatoire de Paris, Paris, France

**Jin, Xiangze,** Woods Hole Oceanographic Institution, Woods Hole, Massachusetts

**Johannesen, E.,** Institute of Marine Research, Bergen, Norway

**John, Viju,** EUMETSAT, Darmstadt, Germany, and Met Office Hadley Centre, Exeter, United Kingdom

**Johnsen, B.,** Norwegian Radiation Protection Authority, Østerås, Norway

**Johnson, Bryan,** NOAA/OAR Earth System Research Laboratory, Global Monitoring Division, and University of Colorado Boulder, Boulder, Colorado

**Johnson, Gregory C.,** NOAA/OAR Pacific Marine Environmental Laboratory, Seattle, Washington

**Jones, Philip D.,** Climatic Research Unit, School of Environmental Sciences, University of East Anglia, Norwich, United Kingdom

**Joseph, Annie C.,** Dominica Meteorological Service, Dominica

**Jumaux, Guillaume,** Météo France, Réunion

**Kabidi, Khadija,** Direction de la Météorologie Nationale Maroc, Rabat, Morocco

**Kaiser, Johannes W.,** Max Planck Institute for Chemistry, Mainz, Germany, and European Centre for Medium-Range Weather Forecasts, Reading, United Kingdom

**Kato, Seiji,** NASA Langley Research Center, Hampton, Virginia

**Kazemi, A.,** Islamic Republic of Iranian Meteorological Organization, Iran

**Keller, Linda M.,** Department of Atmospheric and Oceanic Sciences, University of Wisconsin–Madison, Madison, Wisconsin

**Kendon, Mike,** Met Office Hadley Centre, Exeter, United Kingdom

**Kennedy, John,** Met Office Hadley Centre, Exeter, United Kingdom

**Kerr, Kenneth,** Trinidad & Tobago Meteorological Service, Piarco, Trinidad

**Kholodov, A. L.,** Geophysical Institute, University of Alaska Fairbanks, Fairbanks, Alaska

**Khoshkam, Mahbobeh,** Islamic Republic of Iranian Meteorological Organization, Iran

**Killick, Rachel,** Met Office Hadley Centre, Exeter, United Kingdom

**Kim, Hyungjun,** Institute of Industrial Science, University of Tokyo, Japan

**Kim, S.-J.,** Korea Polar Research Institute, Incheon, Republic of Korea

**Kimberlain, Todd B.,** NOAA/NWS National Hurricane Center, Miami, Florida

**Klotzbach, Philip J.,** Department of Atmospheric Science, Colorado State University, Fort Collins, Colorado

**Knaff, John A.,** NOAA/NESDIS Center for Satellite Applications and Research, Fort Collins, Colorado

**Kobayashi, Shinya,** Japan Meteorological Agency, Tokyo, Japan

**Kohler, J.,** Norwegian Polar Institute, Tromsø, Norway

**Korhonen, Johanna,** Freshwater Centre, Finnish Environment Institute (SYKE), Helsinki, Finland

**Korshunova, Natalia N.,** All-Russian Research Institute of Hydrometeorological Information - World Data Center, Obninsk, Russia

**Kovacs, K. M.,** Norwegian Polar Institute, Tromsø, Norway

**Kramarova, Natalya,** Science Systems and Applications, Inc., NASA Goddard Space Flight Center, Greenbelt, Maryland

**Kratz, D. P.,** NASA Langley Research Center, Hampton, Virginia

**Kruger, Andries,** South African Weather Service, Pretoria, South Africa

**Kruk, Michael C.,** ERT, Inc., NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Kudela, Raphael,** University of California, Santa Cruz, Santa Cruz, California

**Kumar, Arun,** NOAA/NWS National Centers for Environmental Prediction, Climate Prediction Center, College Park, Maryland

**Lakatos, M.,** Hungarian Meteorological Service, Budapest, Hungary

**Lakkala, K.,** Finnish Meteorological Institute, Arctic Research Centre, Sodankylä, Finland

**Lander, Mark A.,** University of Guam, Mangilao, Guam

**Landsea, Chris W.,** NOAA/NWS National Hurricane Center, Miami, Florida

**Lankhorst, Matthias,** Scripps Institution of Oceanography, University of California, San Diego, La Jolla, California

**Lantz, Kathleen,** Cooperative Institute for Research in Environmental Sciences, University of Colorado Boulder, and NOAA/OAR Earth System Research Laboratory, Boulder, Colorado

**Lazzara, Matthew A.,** Space Science and Engineering Center, University of Wisconsin–Madison, and Department of Physical Sciences, Madison Area Technical College, Madison, Wisconsin

**Lemons, P.,** U.S. Fish and Wildlife Service, Anchorage, Alaska

**Leuliette, Eric,** NOAA/NESDIS NCWCP Laboratory for Satellite Altimetry, College Park, Maryland

**L'Heureux, Michelle,** NOAA/NWS Climate Prediction Center, College Park, Maryland

**Lieser, Jan L.,** Antarctic Climate and Ecosystems Cooperative Research Centre, University of Tasmania, Hobart, Tasmania, Australia

**Lin, I.-I.,** National Taiwan University, Taipei, Taiwan

**Liu, Hongxing,** Department of Geography, University of Cincinnati, Cincinnati, Ohio

**Liu, Yinghui,** Cooperative Institute for Meteorological Satellite Studies, University of Wisconsin–Madison, Madison, Wisconsin

**Locarnini, Ricardo,** NOAA/NESDIS National Centers for Environmental Information, Silver Spring, Maryland

**Loeb, Norman G.,** NASA Langley Research Center, Hampton, Virginia

**Lo Monaco, Claire,** Sorbonne Universités (UPMC-Paris 6), LOCEAN-IPSL, CNRS-IRD-MNHN, Paris, France

**Long, Craig S.,** NOAA/NWS National Centers for Envrionmental Prediction, Camp Springs, Maryland

**López Álvarez, Luis Alfonso,** Instituto de Hidrología de Meteorología y Estudios Ambientales de Colombia (IDEAM), Bogotá, Colombia

**Lorrey, Andrew M.,** National Institute of Water and Atmospheric Research, Ltd., Auckland, New Zealand

**Loyola, Diego,** German Aerospace Center (DLR) Oberpfaffenhofen, Wessling, Germany

**Lumpkin, Rick,** NOAA/OAR Atlantic Oceanographic and Meteorological Laboratory, Miami, Florida

**Luo, Jing-Jia,** Bureau of Meteorology, Melbourne, Victoria, Australia

**Luojus, K.,** Finnish Meteorological Institute, Helsinki, Finland

**Lydersen, C.,** Norwegian Polar Institute, Tromsø, Norway

**Lyman, John M.,** NOAA/OAR Pacific Marine Environmental Laboratory, Seattle, Washington, and Joint Institute for Marine and Atmospheric Research, University of Hawaii, Honolulu, Hawaii

**Maberly, Stephen C.,** Lake Ecosystems Group, Centre for Ecology and Hydrology, Lancaster, United Kingdom

**Maddux, Brent C.,** AOS/CIMSS University of Wisconsin–Madison, Madison, Wisconsin

**Malheiros Ramos, Andrea,** Instituto Nacional de Pesquisas Espaciais, Brasilia, Brazil

**Malkova, G. V.,** Earth Cryosphere Institute, Tyumen, and Tyumen State Oil and Gas University, Tyumen, Russia

**Manney, G.,** NorthWest Research Associates, and New Mexico Institute of Mining and Technology, Socorro, New Mexico

**Marcellin, Vernie,** Dominica Meteorological Service, Dominica

**Marchenko, S. S.,** Geophysical Institute, University of Alaska Fairbanks, Fairbanks, Alaska

**Marengo, José A.,** Centro Nacional de Monitoramento e Alertas aos Desastres Naturais, Cachoeira Paulista, Sao Paulo, Brazil

**Marra, John J.,** NOAA/NESDIS National Centers for Environmental Information, Honolulu, Hawaii

**Marszelewski, Wlodzimierz,** Department of Hydrology and Water Management, Nicolaus Copernicus University, Toruń, Poland

**Martens, B.,** Laboratory of Hydrology and Water Management, Ghent University, Ghent, Belgium

**Martínez-Güingla, Rodney,** CIIFEN Centro Internacional para la Investigación del Fenómeno de El Niño, Guayaquil, Ecuador

**Massom, Robert A.,** Australian Antarctic Division, and Antarctic Climate and Ecosystems Cooperative Research Centre, University of Tasmania, Hobart, Tasmania, Australia

**Mata, Mauricio M.,** Laboratório de Estudos dos Oceanos e Clima, Instituto de Oceanografia, Universidade Federal do Rio Grande-FURG, Rio Grande, Brazil

**Mathis, Jeremy T.,** NOAA/OAR Arctic Research Program, Climate Observation Division, Silver Spring, Maryland

**May, Linda,** Centre for Ecology and Hydrology, Edinburgh, United Kingdom

**Mayer, Michael,** Department of Meteorology and Geophysics, University of Vienna, Vienna, Austria

**Mazloff, Matthew,** Scripps Institution of Oceanography, University of California, San Diego, La Jolla, California

**McBride, Charlotte,** South African Weather Service, Pretoria, South Africa

**McCabe, M. F.,** Biological and Environmental Sciences and Engineering Division, King Abdullah University of Science and Technology, Thuwal, Saudi Arabia

**McCarthy, M.,** Met Office Hadley Centre, Exeter, United Kingdom

**McClelland, J. W.,** Marine Science Institute, University of Texas at Austin, Port Aransas, Texas

**McGree, Simon,** Bureau of Meteorology, Melbourne, Victoria, Australia

**McVicar, Tim R.,** CSIRO Land and Water Flagship, Canberra, Australian Capital Territory, and Australian Research Council Centre of Excellence for Climate System Science, Sydney, New South Wales, Australia

**Mears, Carl A.,** Remote Sensing Systems, Santa Rosa, California

**Meier, W.,** NASA Goddard Space Flight Center, Greenbelt, Maryland

**Meinen, Christopher S.,** NOAA/OAR Atlantic Oceanographic and Meteorological Laboratory, Miami, Florida

**Mekonnen, A.,** Department of Energy and Environmental Systems, North Carolina A & T State University, Greensboro, North Carolina

**Menéndez, Melisa,** Environmental Hydraulic Institute, Universidad de Cantabria, Cantabria, Spain

**Mengistu Tsidu, G.,** Department of Earth and Environmental Sciences, Botswana International University of Science and Technology, Palapye, Botswana, and Department of Physics, Addis Ababa University, Addis Ababa, Ethiopia

**Menzel, W. Paul,** Space Science and Engineering Center, University of Wisconsin–Madison, Madison, Wisconsin

**Merchant, Christopher J.,** Department of Meteorology, University of Reading, Reading, United Kingdom

**Meredith, Michael P.,** British Antarctic Survey, NERC, Cambridge, United Kingdom

**Merrifield, Mark A.,** Joint Institute for Marine and Atmospheric Research, University of Hawaii, Honolulu, Hawaii

**Metzl, N.,** Sorbonne Universités (UPMC-Paris 6), LOCEAN-IPSL, CNRS-IRD-MNHN, Paris, France

**Minnis, Patrick,** Science Directorate, NASA Langley Research Center, Hampton, Virginia

**Miralles, Diego G.,** Department of Earth Sciences, VU University Amsterdam, Amsterdam, Netherlands

**Mistelbauer, T.,** Department of Geodesy and Geoinformation, Vienna University of Technology, and EODC, Vienna, Austria

**Mitchum, Gary T.,** College of Marine Science, University of South Florida, St. Petersburg, Florida

**Monselesan, Didier,** CSIRO Oceans and Atmosphere, Hobart, Tasmania, Australia

**Monteiro, Pedro,** CSIR Natural Resources and the Environment, Stellenbosch, South Africa

**Montzka, Stephen A.,** NOAA/OAR Earth System Research Laboratory, Boulder, Colorado

**Morice, Colin,** Met Office Hadley Centre, Exeter, United Kingdom

**Mote, T.,** Department of Geography, The University of Georgia, Athens, Georgia

**Mudryk, L.,** Department of Physics, University of Toronto, Toronto, Ontario, Canada

**Mühle, Jens,** Scripps Institution of Oceanography, University of California, San Diego, La Jolla, California

**Mullan, A. Brett,** National Institute of Water and Atmospheric Research, Ltd., Wellington, New Zealand

**Nash, Eric R.,** Science Systems and Applications, Inc., NASA Goddard Space Flight Center, Greenbelt, Maryland

**Naveira-Garabato, Alberto C.,** University of Southampton, National Oceanography Centre, Southampton, United Kingdom

**Nerem, R. Steven,** Colorado Center for Astrodynamics Research, Cooperative Institute for Research in Environmental Sciences, University of Colorado Boulder, Boulder, Colorado

**Newman, Paul A.,** NASA Goddard Space Flight Center, Greenbelt, Maryland

**Nieto, Juan José,** CIIFEN Centro Internacional para la Investigación del Fenómeno de El Niño, Guayaquil, Ecuador

**Noetzli, Jeannette,** WSL Institute for Snow and Avalanche Research, Davos, Switzerland

**O'Neel, S.,** USGS, Alaska Science Center, Anchorage, Alaska

**Osborn, Tim J.,** Climatic Research Unit, School of Environmental Sciences, University of East Anglia, Norwich, United Kingdom

**Overland, J.,** NOAA/OAR Pacific Marine Environmental Laboratory, Seattle, Washington

**Oyunjargal, Lamjav,** Hydrology and Environmental Monitoring, Institute of Meteorology and Hydrology, National Agency for Meteorology, Ulaanbaatar, Mongolia

**Parinussa, Robert M.,** School of Civil and Environmental Engineering, Water Research Centre, University of New South Wales, Sydney, New South Wales, Australia

**Park, E-hyung,** Korea Meteorological Administration, Republic of Korea

**Parker, David,** Met Office Hadley Centre, Exeter, United Kingdom

**Parrington, M.,** European Centre for Medium-Range Weather Forecasts, Reading, United Kingdom

**Parsons, A. Rost,** NOAA/NESDIS National Centers for Environmental Information, Silver Spring, Maryland

**Pasch, Richard J.,** NOAA/NWS National Hurricane Center, Miami, Florida

**Pascual-Ramírez, Reynaldo,** National Meteorological Service of Mexico, Mexico

**Paterson, Andrew M.,** Dorset Environmental Science Centre, Ontario Ministry of the Environment and Climate Change, Dorset, Ontario, Canada

**Paulik, Christoph,** Department of Geodesy and Geoinformation, Vienna University of Technology, Vienna, Austria

**Pearce, Petra R.,** National Institute of Water and Atmospheric Research, Ltd., Auckland, New Zealand

**Pelto, Mauri S.,** Nichols College, Dudley, Massachusetts

**Peng, Liang,** UCAR COSMIC, Boulder, Colorado

**Perkins-Kirkpatrick, Sarah E.,** Climate Change Research Centre, University of New South Wales, Sydney, New South Wales, Australia

**Perovich, D.,** USACE, ERDC, Cold Regions Research and Engineering Laboratory, and Thayer School of Engineering, Dartmouth College, Hanover, New Hampshire

**Petropavlovskikh, Irina,** NOAA/OAR Earth System Research Laboratory, Global Monitoring Division, and University of Colorado Boulder, Boulder, Colorado

**Pezza, Alexandre B.,** Greater Wellington Regional Council, Wellington, New Zealand

**Phillips, David,** Environment and Climate Change Canada, Toronto, Ontario, Canada

**Pinty, Bernard,** Land Resource Management Unit, Institute for Environment and Sustainability, European Commission Joint Research Centre, Ispra, Italy

**Pitts, Michael C.,** NASA Langley Research Center, Hampton, Virginia

**Pons, M. R.,** Agencia Estatal de Meteorología, Santander, Spain

**Porter, Avalon O.,** Cayman Islands National Weather Service, Grand Cayman, Cayman Islands

**Primicerio, R.,** UiT The Arctic University of Norway, Tromsø, Norway

**Proshutinsky, A.,** Woods Hole Oceanographic Institution, Woods Hole, Massachusetts

**Quegan, Sean,** University of Sheffield, Sheffield, United Kingdom

**Quintana, Juan,** Dirección Meteorológica de Chile, Chile

**Rahimzadeh, Fatemeh,** Atmospheric Science and Meteorological Research Center, Tehran, Iran

**Rajeevan, Madhavan,** Earth System Science Organization, Ministry of Earth Sciences, New Delhi, India

**Randriamarolaza, L.,** Service de la Climatologie et du Changement Climatique, Direction Générale de la Météorologie, Madagascar

**Razuvaev, Vyacheslav N.,** All-Russian Research Institute of Hydrometeorological Information, Obninsk, Russia

**Reagan, James,** NOAA/NESDIS National Centers for Environmental Information, Silver Spring, Maryland, and Earth System Science Interdisciplinary Center/ Cooperative Institute for Climate and Satellites–Maryland, University of Maryland, College Park, Maryland

**Reid, Phillip,** Australian Bureau of Meteorology, and ACE CRC, Hobart, Tasmania, Australia

**Reimer, Christoph,** Department of Geodesy and Geoinformation, Vienna University of Technology, and EODC, Vienna, Austria

**Rémy, Samuel,** Laboratoire de Météorologie Dynamique, Paris, France

**Renwick, James A.,** Victoria University of Wellington, Wellington, New Zealand

**Revadekar, Jayashree V.,** Indian Institute of Tropical Meteorology, Pune, India

**Richter-Menge, J.,** USACE Cold Regions Research and Engineering Laboratory, Hanover, New Hampshire

**Riffler, Michael,** GeoVille Information Systems, Innsbruck, Austria, and Institute of Geography, University of Bern, Bern, Switzerland

**Rimmer, Alon,** Kinneret Limnological Laboratory, Israel Oceanographic and Limnological Research, Migdal, Israel

**Rintoul, Steve,** CSIRO-CMAR/CAWCR/ACE-CRC, Hobart, Tasmania, Australia

**Robinson, David A.,** Department of Geography, Rutgers University, Piscataway, New Jersey

**Rodell, Matthew,** Hydrological Sciences Laboratory, NASA Goddard Space Flight Center, Greenbelt, Maryland

**Rodríguez Solís, José L.,** National Meteorological Service of Mexico, Mexico

**Romanovsky, Vladimir E.,** Geophysical Institute, University of Alaska Fairbanks, Fairbanks, Alaska

**Ronchail, Josyane,** Université Paris Diderot (UPMC-Paris 7), LOCEAN-IPSL, CNRS-IRD-MNHN, Paris, France

**Rosenlof, Karen H.,** NOAA/OAR Earth System Research Laboratory, Boulder, Colorado

**Roth, Chris,** University of Saskatchewan, Saskatoon, Saskatchewan, Canada

**Rusak, James A.,** Dorset Environmental Science Centre, Ontario Ministry of the Environment and Climate Change, Dorset, Ontario, Canada

**Sabine, Christopher L.,** NOAA/OAR Pacific Marine Environmental Laboratory, Seattle, Washington

**Sallée, Jean-Baptiste,** Sorbonne Universités (UPMC-Paris 6), LOCEAN-IPSL, CNRS-IRD-MNHN, Paris, France, and British Antarctic Survey, NERC, Cambridge, United Kingdom

**Sánchez-Lugo, Ahira,** NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Santee, Michelle L.,** NASA Jet Propulsion Laboratory, Pasadena, California

**Sawaengphokhai, P.,** Science Systems and Applications, Inc., Hampton, Virginia

**Sayouri, Amal,** Direction de la Météorologie Nationale Maroc, Rabat, Morocco

**Scambos, Ted A.,** National Snow and Ice Data Center, University of Colorado Boulder, Boulder, Colorado

**Schemm, Jae,** NOAA/NWS Climate Prediction Center, College Park, Maryland

**Schladow, S. Geoffrey,** Tahoe Environmental Research Center, University of California, Davis, Davis, California

**Schmid, Claudia,** NOAA/OAR Atlantic Oceanographic and Meteorological Laboratory, Miami, Florida

**Schmid, Martin,** Eawag, Swiss Federal Institute of Aquatic Science and Technology, Dübendorf, Switzerland

**Schmidtko, Sunke,** GEOMAR Helmholtz Centre for Ocean Research Kiel, Kiel, Germany

**Schreck III, Carl J.,** Cooperative Institute for Climate and Satellites, North Carolina State University, Asheville, North Carolina

**Selkirk, H. B.,** Universities Space Research Association, NASA Goddard Space Flight Center, Greenbelt, Maryland

**Send, Uwe,** Scripps Institution of Oceanography, University of California, San Diego, La Jolla, California

**Sensoy, Serhat,** Turkish State Meteorological Service, Kalaba, Ankara, Turkey

**Setzer, Alberto,** National Institute for Space Research, São Jose dos Compos-SP, Brazil

**Sharp, M.,** Department of Earth and Atmospheric Sciences, University of Alberta, Edmonton, Alberta, Canada

**Shaw, Adrian,** Meteorological Service, Jamaica, Kingston, Jamaica

**Shi, Lei,** NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Shiklomanov, A. I.,** University of New Hampshire, Durham, New Hampshire, and Shirshov Institute of Oceanology, Moscow, Russia

**Shiklomanov, Nikolai I.,** Department of Geography, George Washington University, Washington, D.C.

**Siegel, David A.,** University of California, Santa Barbara, Santa Barbara, California

**Signorini, Sergio R.,** Science Application International Corporation, Beltsville, Maryland

**Sima, Fatou,** Division of Meteorology, Department of Water Resources, Banjul, The Gambia

**Simmons, Adrian J.,** European Centre for Medium-Range Weather Forecasts, Reading, United Kingdom

**Smeets, C. J. P. P.,** Institute for Marine and Atmospheric Research Utrecht, Utrecht University, Utrecht, Netherlands

**Smith, Sharon L.,** Geological Survey of Canada, Natural Resources Canada, Ottawa, Ontario, Canada

**Spence, Jaqueline M.,** Meteorological Service, Jamaica, Kingston, Jamaica

**Srivastava, A. K.,** India Meteorological Department, Jaipur, India

**Stackhouse Jr., Paul W.,** NASA Langley Research Center, Hampton, Virginia

**Stammerjohn, Sharon,** Institute of Arctic and Alpine Research, University of Colorado Boulder, Boulder, Colorado

**Steinbrecht, Wolfgang,** German Weather Service (DWD), Hohenpeissenberg, Germany

**Stella, José L.,** Servicio Meteorológico Nacional, Buenos Aires, Argentina

**Stengel, Martin,** Deutscher Wetterdienst, Offenbach, Germany

**Stennett-Brown, Roxann,** Department of Physics, The University of the West Indies, Jamaica

**Stephenson, Tannecia S.,** Department of Physics, The University of the West Indies, Jamaica

**Strahan, Susan,** Universities Space Research Association, NASA Goddard Space Flight Center, Greenbelt, Maryland

**Streletskiy, D. A.,** Department of Geography, George Washington University, Washington, D.C.

**Sun-Mack, Sunny,** Science Systems and Applications, Inc., Hampton, Virginia

**Swart, Sebastiaan,** CSIR Southern Ocean Carbon & Climate Observatory, Stellenbosch, South Africa

**Sweet, William,** NOAA/NOS Center for Operational Oceanographic Products and Services, Silver Spring, Maryland

**Talley, Lynne D.,** Scripps Institution of Oceanography, University of California, San Diego, La Jolla, California

**Tamar, Gerard,** Grenada Airports Authority, St. George's, Grenada

**Tank, S. E.,** University of Alberta, Edmonton, Alberta, Canada

**Taylor, Michael A.,** Department of Physics, The University of the West Indies, Jamaica

**Tedesco, M.,** Lamont–Doherty Earth Observatory, Columbia University Palisades, New York, and NASA Goddard Institute of Space Studies, New York, New York

**Teubner, Katrin,** Research Institute for Limnology, University of Innsbruck, Mondsee, Austria

**Thoman, R. L.,** NOAA/NWS, Alaska Region, Fairbanks, Alaska

**Thompson, Philip,** Joint Institute for Marine and Atmospheric Research, University of Hawaii, Honolulu, Hawaii

**Thomson, L.,** Department of Geography, University of Ottawa, Ottawa, Ontario, Canada

**Timmermans, M.-L.,** Yale University, New Haven, Connecticut

**Tirnanes, Joaquin A.,** Laboratory of Systems, Technological Research Institute, Universidad de Santiago de Compostela, Santiago de Compostela, Spain

**Tobin, Skie,** Bureau of Meteorology, Melbourne, Victoria, Australia

**Trachte, Katja,** Laboratory for Climatology and Remote Sensing, Philipps-Universität, Marburg, Germany

**Trainer, Vera L.,** NOAA/NMFS Northwest Fisheries Science Center, Seattle, Washington

**Tretiakov, M.,** Arctic and Antarctic Research Institute, St. Petersburg, Russia

**Trewin, Blair C.,** Bureau of Meteorology, Melbourne, Victoria, Australia

**Trotman, Adrian R.,** Caribbean Institute for Meteorology and Hydrology, Bridgetown, Barbados

**Tschudi, M.,** Aerospace Engineering Sciences, University of Colorado Boulder, Boulder, Colorado

**van As, D.,** Geological Survey of Denmark and Greenland, Copenhagen, Denmark

**van de Wal, R. S. W.,** Institute for Marine and Atmospheric Research Utrecht, Utrecht University, Utrecht, Netherlands

**van der A, Ronald J.,** Royal Netherlands Meteorological Institute (KNMI), DeBilt, Netherlands

**van der Schalie, Robin,** Transmissivity, and VanderSat, Noordwijk, Netherlands

**van der Schrier, Gerard,** Royal Netherlands Meteorological Institute (KNMI), De Bilt, Netherlands

**van der Werf, Guido R.,** Faculty of Earth and Life Sciences, VU University Amsterdam, Netherlands

**Van Meerbeeck, Cedric J.,** Caribbean Institute for Meteorology and Hydrology, Bridgetown, Barbados

**Velicogna, I.,** University of California, Irvine, California

**Verburg, Piet,** National Institute of Water and Atmospheric Research, Ltd., Hamilton, New Zealand

**Vigneswaran, Bala,** Water Quality and Spatial Science Section, WaterNSW, Penrith, New South Wales, Australia

**Vincent, Lucie A.,** Environment and Climate Change Canada, Toronto, Ontario, Canada

**Volkov, Denis,** NOAA/OAR Atlantic Oceanographic and Meteorological Laboratory, and Cooperative Institute for Marine and Atmospheric Science, Miami, Florida

**Vose, Russell S.,** NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Wagner, Wolfgang,** Department of Geodesy and Geoinformation, Vienna University of Technology, Vienna, Austria

**Wåhlin, Anna,** Department of Earth Sciences, University of Gothenburg, Göteborg, Sweden

**Wahr, J.,** Department of Physics and Cooperative Institute for Research in Environmental Sciences, University of Colorado Boulder, Boulder, Colorado

**Walsh, J.,** International Arctic Research Center, University of Alaska Fairbanks, Fairbanks, Alaska

**Wang, Chunzai,** NOAA/OAR Atlantic Oceanographic and Meteorological Laboratory, Miami, Florida

**Wang, Junhong,** State University of New York, Albany, New York

**Wang, Lei,** Department of Geography and Anthropology, Louisiana State University, Baton Rouge, Louisiana

**Wang, M.,** Joint Institute for the Study of the Atmosphere and Ocean, University of Washington, Seattle, Washington

**Wang, Sheng-Hung,** Byrd Polar and Climate Research Center, The Ohio State University, Columbus, Ohio

**Wanninkhof, Rik,** NOAA/OAR Atlantic Oceanographic and Meteorological Laboratory, Miami, Florida

**Watanabe, Shohei,** Tahoe Environmental Research Center, University of California, Davis, Davis, California

**Weber, Mark,** University of Bremen, Bremen, Germany

**Weller, Robert A.,** Woods Hole Oceanographic Institution, Woods Hole, Massachusetts

**Weyhenmeyer, Gesa A.,** Department of Limnology, Department of Ecology and Genetics, Uppsala University, Uppsala, Sweden

**Whitewood, Robert,** Environment and Climate Change Canada, Toronto, Ontario, Canada

**Wijffels, Susan E.,** CSIRO Oceans and Atmosphere, Hobart, Tasmania, Australia

**Wilber, Anne C.,** Science Systems and Applications, Inc., Hampton, Virginia

**Wild, Jeanette D.,** INNOVIM, NOAA/NWS National Centers for Environmental Prediction, Climate Prediction Center, College Park, Maryland

**Willett, Kate M.,** Met Office Hadley Centre, Exeter, United Kingdom

**Williams, Michael J.M.,** National Institute of Water and Atmospheric Research, Ltd., Wellington, New Zealand

**Willie, Shem,** St. Lucia Meteorological Service, St. Lucia

**Wolken, G.,** Alaska Division of Geological and Geophysical Surveys, Fairbanks, Alaska

**Wong, Takmeng,** NASA Langley Research Center, Hampton, Virginia

**Wood, E. F.,** Department of Civil and Environmental Engineering, Princeton University, Princeton, New Jersey

**Woolway, R. Iestyn,** Department of Meteorology, University of Reading, Reading, United Kingdom

**Wouters, B.,** School of Geographical Sciences, University of Bristol, Bristol, United Kingdom

**Xue, Yan,** NOAA/NWS National Centers for Environmental Prediction, Climate Prediction Center, College Park, Maryland

**Yamada, Ryuji,** Japan Meteorological Agency, Tokyo, Japan

**Yim, So-Young,** Korea Meteorological Administration, Republic of Korea

**Yin, Xungang,** ERT, Inc., NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Young, Steven H.,** Independent Researcher, Long Beach, California

**Yu, Lisan,** Woods Hole Oceanographic Institution, Woods Hole, Massachusetts

**Zahid, H.,** Maldives Meteorological Service, Maldives

**Zambrano, Eduardo,** Centro Internacional para la Investigación del Fenómeno El Niño, Guayaquil, Ecuador

**Zhang, Peiqun,** Beijing Climate Center, Beijing, China

**Zhao, Guanguo,** University of Illinois at Urbana–Champaign, Urbana, Illinois

**Zhou, Lin,** Cold and Arid Regions Environmental and Engineering Research Institute, Lanzhou, China

**Ziemke, Jerry R.,** Goddard Earth Sciences Technology and Research, Morgan State University, Baltimore, Maryland, and NASA Goddard Space Flight Center, Greenbelt, Maryland

## EDITORIAL AND PRODUCTION TEAM

**Love-Brotak, S. Elizabeth,** Lead Graphics Production, NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Gilbert, Kristin,** Bulletin of the American Meteorological Society, Boston, Massachusetts

**Maycock, Tom,** Technical Editor, Cooperative Institute for Climate and Satellites–NC, North Carolina State University, Asheville, North Carolina

**Osborne, Susan,** Technical Editor, TeleSolv Consulting, NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Sprain, Mara,** Technical Editor, LAC Group, NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Veasey, Sara W.,** Visual Communications Team Lead, NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Ambrose, Barbara J.,** Graphics Support, Riverside Technology, Inc., NOAA/NESDIS National Centers for Environmental Information, Stennis Space Center, Mississippi

**Griffin, Jessicca,** Graphics Support, Cooperative Institute for Climate and Satellites–NC, North Carolina State University, Asheville, North Carolina

**Misch, Deborah J.,** Graphics Support, TeleSolv Consulting, NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Riddle, Deborah B.,** Graphics Support, NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

**Young, Teresa,** Graphics Support, STG, Inc., NOAA/NESDIS National Centers for Environmental Information, Asheville, North Carolina

# TABLE OF CONTENTS

List of authors and affiliations......................................................................................................... i
Abstract......................................................................................................................................... xvi

**1. INTRODUCTION**................................................................................................................. 1
  Sidebar 1.1: The 2015/16 El Niño compared with other recent events................................5

**2. GLOBAL CLIMATE**...........................................................................................................7
  a. Overview.........................................................................................................................7
  b. Temperature..................................................................................................................12
    1. Surface temperature ................................................................................................12
    2. Lower and midtropospheric temperatures..............................................................13
    3. Lower stratospheric temperature............................................................................15
    4. Lake surface temperatures......................................................................................17
    5. Land surface temperature extremes........................................................................19
  c. Cryosphere...................................................................................................................20
    1. Permafrost thermal state.........................................................................................20
    2. Northern Hemisphere continental snow cover extent.............................................22
    3. Alpine glaciers and ice sheets.................................................................................23
  d. Hydrological cycle........................................................................................................24
    1. Surface humidity......................................................................................................24
    2. Total column water vapor.........................................................................................25
    3. Upper tropospheric humidity...................................................................................27
    4. Precipitation............................................................................................................27
    5. Cloudiness...............................................................................................................28
    6. River discharge........................................................................................................29
    7. Groundwater and terrestrial water storage.............................................................30
    8. Soil moisture...........................................................................................................31
    9. Monitoring global drought using the self-calibrating Palmer drought severity index ............32
  Sidebar 2.1: Global land evaporation ................................................................................34
  e. Atmospheric circulation...............................................................................................36
    1. Mean sea level pressure and related modes of variability.......................................36
    2. Surface winds..........................................................................................................38
    3. Upper air winds.......................................................................................................40
  f. Earth radiation budget..................................................................................................41
    1. Earth radiation budget at top-of-atmosphere.........................................................41
    2. Mauna Loa clear-sky "apparent" solar transmission............................................. 43
  g. Atmospheric composition............................................................................................ 44
    1. Long-lived greenhouse gases................................................................................. 44
    2. Ozone-depleting gases............................................................................................47
    3. Aerosols...................................................................................................................47
    4. Stratospheric ozone ................................................................................................ 49
    5. Stratospheric water vapor........................................................................................51
    6. Tropospheric ozone ................................................................................................ 53
    7. Carbon monoxide.................................................................................................... 55
  Sidebar 2.2: Atmospheric composition changes due to the extreme 2015 Indonesian fire season
    triggered by El Niño .........................................................................................................56
  h. Land surface properties............................................................................................... 58
    1. Land surface albedo dynamics................................................................................ 58
    2. Terrestrial vegetation dynamics..............................................................................59
    3. Biomass burning ..................................................................................................... 60

**3. GLOBAL OCEANS**.......................................................................................................... 63
  a. Overview....................................................................................................................... 63
  b. Sea surface temperatures............................................................................................ 63
  c. Ocean heat content...................................................................................................... 66
  Sidebar 3.1: A widespread harmful algal bloom in the northeast Pacific............................ 66
  d. Salinity......................................................................................................................... 70
    1. Introduction............................................................................................................. 70
    2. Sea surface salinity..................................................................................................71

3. Subsurface salinity..................................................................................................72
e. Ocean surface heat, freshwater, and momentum fluxes .................................................74
1. Surface heat fluxes..............................................................................................75
2. Surface freshwater fluxes.....................................................................................76
3. Wind stress.........................................................................................................77
4. Long-term perspective .........................................................................................77
Sidebar 3.2: Extraordinarily weak eighteen degree water production concurs with strongly
positive North Atlantic oscillation in late winter 2014/15.............................................78
f. Sea level variability and change ..................................................................................80
g. Surface currents........................................................................................................82
h. Meridional overturning circulation observations in the North Atlantic Ocean.........................84
i. Global ocean phytoplankton .......................................................................................87
j. Global ocean carbon cycle.........................................................................................89
1. Air–sea carbon dioxide fluxes ...............................................................................90
2. Carbon inventories from the GO-SHIP surveys ........................................................91

**4. THE TROPICS**..........................................................................................................93
a. Overview .................................................................................................................93
b. ENSO and the tropical Pacific.....................................................................................93
1. Oceanic conditions...............................................................................................94
2. Atmospheric circulation: tropics and subtropics........................................................96
3. Rainfall impacts ...................................................................................................97
c. Tropical intraseasonal activity ....................................................................................98
d. Intertropical convergence zones ................................................................................101
1. Pacific...............................................................................................................101
2. Atlantic..............................................................................................................102
e. Tropical cyclones ....................................................................................................104
1. Overview...........................................................................................................104
2. Atlantic basin.....................................................................................................105
3. Eastern North Pacific and central North Pacific basins .............................................108
4. Western North Pacific basin .................................................................................110
5. North Indian Ocean ............................................................................................114
6. South Indian Ocean ............................................................................................115
7. Australian basin .................................................................................................116
8. Southwest Pacific basin.......................................................................................118
f. Tropical cyclone heat potential..................................................................................120
g. Atlantic warm pool ..................................................................................................123
h. Indian Ocean dipole................................................................................................124
Sidebar 4.1: The record-shattering 2015 Northern Hemisphere tropical cyclone season ..............127
Sidebar 4.2: A southeast Pacific basin subtropical cyclone off the Chilean coast .........................129

**5. THE ARCTIC**..........................................................................................................131
a. Introduction............................................................................................................131
b. Air temperature.......................................................................................................132
c. Sea ice cover..........................................................................................................134
Sidebar 5.1: Walruses in a time of climate change .................................................................136
d. Sea surface temperature ...........................................................................................137
Sidebar 5.2: Climate change is pushing boreal fish northward to the Arctic:
the case of the Barents Sea .........................................................................................139
e. Greenland Ice Sheet ................................................................................................140
f. Glaciers and ice caps outside Greenland ....................................................................142
g. Terrestrial snow cover..............................................................................................145
h. River discharge.......................................................................................................147
i. Terrestrial permafrost...............................................................................................149
j. Ozone and UV radiation...........................................................................................152

**6. ANTARCTICA**..........................................................................................................155
a. Overview ...............................................................................................................155
b. Atmospheric circulation ...........................................................................................156
c. Surface manned and automatic weather station observations .........................................157
d. Net precipitation (P – E) ...........................................................................................159

e. Seasonal melt extent and duration ................................................................................... 161
Sidebar 6.1: El Niño and Antarctica ................................................................................. 162
f. Sea ice extent, concentration, and duration ..................................................................... 163
g. Southern Ocean ............................................................................................................... 166
h. Antarctic ozone hole ....................................................................................................... 168
Sidebar 6.2: Polar ecosystems and their sensitivity to climate perturbation ....................... 170

**7. REGIONAL CLIMATES** ....................................................................................................... 173
   a. Overview ....................................................................................................................... 173
   b. North America .............................................................................................................. 173
      1. Canada ...................................................................................................................... 173
      2. United States ............................................................................................................ 175
      3. Mexico ...................................................................................................................... 176
   c. Central America and the Caribbean .............................................................................. 178
      1. Central America ........................................................................................................ 178
      2. Caribbean .................................................................................................................. 181
   d. South America .............................................................................................................. 182
      1. Northern South America and the tropical Andes ..................................................... 183
      2. Tropical South America east of the Andes ............................................................... 184
      3. Southern South America ........................................................................................... 185
   e. Africa ............................................................................................................................ 187
      1. Northern Africa ........................................................................................................ 187
      2. West Africa ............................................................................................................... 188
      3. Eastern Africa ........................................................................................................... 189
      4. Southern Africa between 5° and 30°S ...................................................................... 192
      5. South Africa ............................................................................................................. 193
      6. Western and central Indian Ocean island countries ................................................. 195
   f. Europe and the Middle East ......................................................................................... 197
      1. Overview ................................................................................................................... 198
      2. Central and western Europe ..................................................................................... 200
      3. The Nordic and the Baltic countries ........................................................................ 201
      4. Iberian Peninsula ...................................................................................................... 202
   Sidebar 7.1: Unusually strong and long-lasting heat wave in Europe ............................... 204
      5. Mediterranean and Balkan States ............................................................................ 205
      6. Eastern Europe ......................................................................................................... 206
      7. Middle East ............................................................................................................... 207
   g. Asia ............................................................................................................................... 209
      1. Overview ................................................................................................................... 209
      2. Russia ........................................................................................................................ 209
      3. East Asia ................................................................................................................... 212
   Sidebar 7.2: Extremely wet conditions in Japan in late summer 2015 .............................. 213
      4. South Asia ................................................................................................................. 215
      5. Southwest Asia ......................................................................................................... 216
   h. Oceania ......................................................................................................................... 217
      1. Overview ................................................................................................................... 217
      2. Northwest Pacific and Micronesia ........................................................................... 217
      3. Southwest Pacific ..................................................................................................... 219
      4. Australia .................................................................................................................... 221
      5. New Zealand ............................................................................................................. 223
   Sidebar 7.3: Australia's warm ride to end 2015 ............................................................... 224

**APPENDIX 1: Relevant Datasets and Sources** .................................................................... 227

**ACKNOWLEDGMENTS** ........................................................................................................ 237

**ACRONYMS AND ABBREVIATIONS** ..................................................................................... 239

**REFERENCES** ........................................................................................................................ 241

## ABSTRACT—J. BLUNDEN AND D. S. ARNDT

In 2015, the dominant greenhouse gases released into Earth's atmosphere—carbon dioxide, methane, and nitrous oxide—all continued to reach new high levels. At Mauna Loa, Hawaii, the annual $CO_2$ concentration increased by a record 3.1 ppm, exceeding 400 ppm for the first time on record. The 2015 global $CO_2$ average neared this threshold, at 399.4 ppm. Additionally, one of the strongest El Niño events since at least 1950 developed in spring 2015 and continued to evolve through the year. The phenomenon was far reaching, impacting many regions across the globe and affecting most aspects of the climate system.

Owing to the combination of El Niño and a long-term upward trend, Earth observed record warmth for the second consecutive year, with the 2015 annual global surface temperature surpassing the previous record by more than 0.1°C and exceeding the average for the mid- to late 19th century—commonly considered representative of preindustrial conditions—by more than 1°C for the first time. Above Earth's surface, lower troposphere temperatures were near-record high.

Across land surfaces, record to near-record warmth was reported across every inhabited continent. Twelve countries, including Russia and China, reported record high annual temperatures. In June, one of the most severe heat waves since 1980 affected Karachi, Pakistan, claiming over 1000 lives. On 27 October, Vredendal, South Africa, reached 48.4°C, a new global high temperature record for this month.

In the Arctic, the 2015 land surface temperature was 1.2°C above the 1981–2010 average, tying 2007 and 2011 for the highest annual temperature and representing a 2.8°C increase since the record began in 1900. Increasing temperatures have led to decreasing Arctic sea ice extent and thickness. On 25 February 2015, the lowest maximum sea ice extent in the 37-year satellite record was observed, 7% below the 1981–2010 average. Mean sea surface temperatures across the Arctic Ocean during August in ice-free regions, representative of Arctic Ocean summer anomalies, ranged from ~0°C to 8°C above average. As a consequence of sea ice retreat and warming oceans, vast walrus herds in the Pacific Arctic are hauling out on land rather than on sea ice, raising concern about the energetics of females and young animals. Increasing temperatures in the Barents Sea are linked to a community-wide shift in fish populations: boreal communities are now farther north, and long-standing Arctic species have been almost pushed out of the area.

Above average sea surface temperatures are not confined to the Arctic. Sea surface temperature for 2015 was record high at the global scale; however, the North Atlantic southeast of Greenland remained colder than average and colder than 2014. Global annual ocean heat content and mean sea level also reached new record highs. The Greenland Ice Sheet, with the capacity to contribute ~7 m to sea level rise, experienced melting over more than 50% of its surface for the first time since the record melt of 2012.

Other aspects of the cryosphere were remarkable. Alpine glacier retreat continued, and preliminary data indicate that 2015 is the 36th consecutive year of negative annual mass balance. Across the Northern Hemisphere, late-spring snow cover extent continued its trend of decline, with June the second lowest in the 49-year satellite record. Below the surface, record high temperatures at 20-m depth were measured at all permafrost observatories on the North Slope of Alaska, increasing by up to 0.66°C decade$^{-1}$ since 2000.

In the Antarctic, surface pressure and temperatures were lower than the 1981–2010 average for most of the year, consistent with the primarily positive southern annular mode, which saw a record high index value of +4.92 in February. Antarctic sea ice extent and area had large intra-annual variability, with a shift from record high levels in May to record low levels in August. Springtime ozone depletion resulted in one of the largest and most persistent Antarctic ozone holes observed since the 1990s.

Closer to the equator, 101 named tropical storms were observed in 2015, well above the 1981–2010 average of 82. The eastern/central Pacific had 26 named storms, the most since 1992. The western north Pacific and north and south Indian Ocean basins also saw high activity. Globally, eight tropical cyclones reached the Saffir–Simpson Category 5 intensity level.

Overlaying a general increase in the hydrologic cycle, the strong El Niño enhanced precipitation variability around the world. An above-normal rainy season led to major floods in Paraguay, Bolivia, and southern Brazil. In May, the United States recorded its all-time wettest month in its 121-year national record. Denmark and Norway reported their second and third wettest year on record, respectively, but globally soil moisture was below average, terrestrial groundwater storage was the lowest in the 14-year record, and areas in "severe" drought rose from 8% in 2014 to 14% in 2015. Drought conditions prevailed across many Caribbean island nations, Colombia, Venezuela, and northeast Brazil for most of the year. Several South Pacific countries also experienced drought. Lack of rainfall across Ethiopia led to its worst drought in decades and affected millions of people, while prolonged drought in South Africa severely affected agricultural production. Indian summer monsoon rainfall was just 86% of average. Extremely dry conditions in Indonesia resulted in intense and widespread fires during August–November that produced abundant carbonaceous aerosols, carbon monoxide, and ozone. Overall, emissions from tropical Asian biomass burning in 2015 were almost three times the 2001–14 average.

## 1. INTRODUCTION—D. S. Arndt, J. Blunden, and K. M. Willett

This is the 26th edition of the annual assessment now known as *State of the Climate.* The year 2015 saw the toppling of several symbolic mileposts: notably, it was 1.0°C warmer than preindustrial times, and the Mauna Loa observatory recorded its first annual mean carbon dioxide concentration greater than 400 ppm. Beyond these more recognizable markers, changes seen in recent decades continued.

The year's exceptional warmth was fueled in part by a nearly year-round mature El Niño event, which is an omnipresent backdrop to the majority of the sections in this edition.

The ENSO phenomenon is perhaps the most visible reminder of connections across regions, scales, and systems. It underscores the circumstance that the climate system's components are intricately connected, to each other and to the world's many natural and human systems.

To that end, this year's SoC has an emphasis on ecosystems; several chapters have dedicated a sidebar to the complex relationship between a changing climate and its impact on living systems. This notion of connectedness—between climate, landscape, and life; between our daily work and the expression of its meaning; between planetary-scale drivers and humble living things; between the abstraction and rigor of data and the reality and complexity of their importance; and especially between one generation and the next—inspires and informs much of the work within this volume.

Our cover images this year reflect these intimate connections. Many of the shapes in the images are drawn, quite literally, from time series represented in this volume. The artist, Jill Pelto, is a practicing Earth scientist whose work reflects her field experience and her interpretation of the connection between global change, landscape, and life. Her father, Mauri, is both a longtime contributor to the *State of the Climate* series and a steward of a prominent global glacier dataset.

To convey these connections so beautifully and generously is a gift; we are thankful to artist and scientist alike, for sharing their talents and disciplines with the community.

Finally, we wish one of our dearest and most valuable connections, our technical editor, Mara Sprain, a speedy recovery from an unexpected health challenge. Her consistency and diligence continue to be a model for this series.

An overview of findings is presented in the Abstract, Fig. 1.1, and Plate 1.1. Chapter 2 features global-scale climate variables; Chapter 3 highlights the global oceans; and Chapter 4 includes tropical climate phenomena including tropical cyclones. The Arctic and Antarctic respond differently through time and are reported in separate chapters (5 and 6, respectively). Chapter 7 provides a regional perspective authored largely by local government climate specialists. Sidebars included in each chapter are intended to provide background information on a significant climate event from 2015, a developing technology, or an emerging dataset germane to the chapter's content. A list of relevant datasets and their sources for all chapters is provided as an Appendix.

# ESSENTIAL CLIMATE VARIABLES—K. M. Willett, J. Blunden and D. S. Arndt

Time series of major climate indicators are again presented in this introductory chapter. Many of these indicators are essential climate variables (ECVs), originally defined in GCOS 2003 and updated again by GCOS in 2010.

The following ECVs, included in this edition, are considered "fully monitored," in that they are observed and analyzed across much of the world, with a sufficiently long-term dataset that has peer-reviewed documentation:

- Atmospheric Surface: air temperature, precipitation, air pressure, water vapor, wind speed and direction.
- Atmospheric Upper Air: earth radiation budget, temperature, water vapor, wind speed and direction.
- Atmospheric Composition: carbon dioxide, methane, other long-lived gases, ozone.
- Ocean Surface: temperature, salinity, sea level, sea ice, current, ocean color, phytoplankton.
- Ocean Subsurface: temperature, salinity.
- Terrestrial: snow cover, albedo.

ECVs in this edition that are considered "partially monitored," meeting some but not all of the above requirements, include:

- Atmospheric Upper Air: cloud properties.
- Atmospheric Composition: aerosols and their precursors.
- Ocean Surface: carbon dioxide, ocean acidity.
- Ocean Subsurface: current, carbon.
- Terrestrial: soil moisture, permafrost, glaciers and ice caps, river discharge, groundwater, ice sheets, fraction of absorbed photosynthetically active radiation, biomass, fire disturbance.

Remaining ECVs that are desired for the future include:

- Atmospheric Surface: surface radiation budget.
- Ocean Surface: sea state.
- Ocean Subsurface: nutrients, ocean tracers, ocean acidity, oxygen.
- Terrestrial: water use, land cover, lakes, leaf area index, soil carbon.

PLATE 1.1. Global (or representative) average time series for essential climate variables. Anomalies are shown relative to the base period in parentheses although original base periods (as shown in other sections of the report) may differ. The numbers in the square brackets that follow in this caption indicate how many reanalysis (blue), satellite (red), and in situ (black) datasets are used to create each time series in that order. (a) N. Hemisphere lower stratospheric ozone (March) [0,5,1]; (b) S. Hemisphere lower stratospheric ozone (October) [0,5,1]; (c) Apparent transmission (Mauna Loa) [0,0,1]; (d) Lower stratospheric temperature [3,3,4]; (e) Lower tropospheric temperature [3,2,4]; (f) Surface temperature [4,0,4]; (g) Extremes (warm days (solid) and cool nights (dotted)) [0,0,1]; (h) Arctic sea ice extent (max (solid) and min (dashed)) [0,0,2]; (i) Antarctic sea ice extent (max (solid) and min (dashed)) [0,0,2]; (j) Glacier cumulative mean specific balance [0,0,1]; (k) N. Hemisphere snow cover extent [0,1,0]; (l) Lower stratospheric water vapor [0,1,0]; (m) Cloudiness [1,6,1]; (n) Total column water vapor–land [0,1,2]; (o) Total column water vapor–ocean [0,2,0]; (p) Upper Tropospheric Humidity [1,1,0]; (q) Specific humidity–land [3,0,4]; (r) Specific humidity–ocean [3,1,3]; (s) Relative humidity–land [2,0,4]; (t) Relative humidity–ocean [2,0,2]; (u) Precipitation–land [0,0,3]; (v) Precipitation–ocean [0,3,0]; (w) Ocean heat content (0–700 m) [0,0,4]; (x) Sea level rise [0,1,0]; (y) Tropospheric ozone [0,1,0]; (z) Tropospheric wind speed at 300 hPa for 20°–40°N [5,0,1]; (aa) Land wind speed [0,0,2]; (ab) Ocean wind speed [4,1,2]; (ac) Biomass burning [0,2,0]; (ad) Soil moisture [0,1,0]; (ae) Terrestrial groundwater storage [0,1,0]; (af) FAPAR [0,1,0]; (ag) Land surface albedo–visible (solid) and infrared (dashed) [0,2,0].





(a) N. Hemisphere Polar Stratospheric Ozone (Mar) (actual values)
(b) S. Hemisphere Polar Stratospheric Ozone (Oct) (actual values)
(c) Apparent Transmission (Mauna Loa) (actual values)
(d) Lower Stratospheric Temperature (1981–2010)
(e) Lower Tropospheric Temperature (1981–2010)
(f) Surface Temperature (1981–2010)
(g) Extremes [Warm Days and Cool Days (dotted)] (1961–1990)
(h) Arctic Sea Ice Extent [max and min (dotted)] (1981–2010)
(i) Antarctic Sea Ice Extent [max and min (dotted)] (1981–2010)
(j) Glacier Cumulative Mean Specific Balance (actual values)
(k) N. Hemisphere Snow Cover Extent (1966–2010)
(l) Lower Stratospheric Water Vapor (actual values)
(m) Cloudiness (2000–08)
(n) Total Column Water Vapor - Land (1981-2010)
(o) Total Column Water Vapor - Ocean (1981–2010)
(p) Upper Tropospheric Humidity (2001–10)
(q) Specific Humidity - Land (1979–2003)
(r) Specific Humidity - Ocean (1979–2003)
(s) Relative Humidity - Land (1979–2003)
(t) Relative Humidity - Ocean (1979–2003)
(u) Precipitation - Land (1961–90)
(v) Precipitation - Ocean (1988–2010)
(w) Ocean Heat Content (0–700 m) (1993-2012)
(x) Sea Level Rise (actual values)
(y) Tropospheric Ozone (actual values)
(z) Tropospheric Wind Speed at 300 hPa for 20°–40°N (1981–2010)
(aa) Land Wind Speed (1981–2010)
(ab) Ocean Wind Speed (1988–2010)
(ac) Biomass Burning (actual values)
(ad) Soil Moisture (1991–2012)
(ae) Terrestrial Water Storage (2005–10)
(af) FAPAR (1998–2012)
(ag) Land Surface Albedo–visible and infrared (dotted) (2003–12)
DU
AT
°C
% days
× 10⁶ km²
equivalent depth in water (m)
ppmv
%
mm
% rh
g kg⁻¹
10²¹ J
Ozone Burden (Tg)
m s⁻¹
Pg C yr⁻¹
m³
equivalent depth in water (cm)
FAPAR
1950
1960
1970
1980
1990
2000
2010

**ARCTIC SEA ICE EXTENT**
During its growth season, the Arctic had its smallest annual maximum extent. During its melt season, the Arctic reached its fourth smallest minimum extent on record.

**ASIA**
Much-warmer-than-average conditions were present across much of the continent. 2015 was the warmest year since continental records began in 1910. Russia had its warmest year since national records began in 1936. China also had its warmest year, with records dating to 1961.

**ALASKA**
The year 2015 tied with 2002 as the second warmest year since statewide records began in 1925, behind 2014.

**CANADA**
Parts of western Canada had their warmest summer on record. Moderate to extreme drought developed across parts of western Canada due to the unusual warmth and dryness.

**EUROPE**
Europe, as a whole, experienced its second warmest year on record, behind 2014. Spain, Switzerland, Belarus, Lithuania, and Finland were each record warm.

**CHINA**
Liaoning Province in north China had its driest summer since records began in 1961, contributing to severe drought in the area.

**EASTERN NORTH PACIFIC BASIN**
August 2015
At the end of August, three storms—Kilo, Ignacio, and Jimena—represented the first simultaneous occurrence of three major hurricanes in the basin since records began in 1949.

**INDIA**
A major heatwave affected much of India the second half of May. Temperatures reached 47°C on 23–26 May in some locations. Over 2500 fatalities were blamed on the excessive heat.

**CONTIGUOUS UNITED STATES**
The contiguous U.S. had its second warmest (behind 2012) and third wettest year since national records began in 1895. May 2015 was the wettest month of any month on record

**WESTERN PACIFIC OCEAN TYPHOON SEASON**
Above average activity
Third highest ACE on record
31 storms, 21 typhoons

**MOROCCO**
Marrakech received over 16 times its monthly average rainfall for August.

**ATLANTIC HURRICANE SEASON**
Below average activity
68% of normal ACE
11 storms, 4 hurricanes

**CYCLONE CHAPALA**
(October 28th–November 4th, 2015)
Maximum winds - 114 kt
Chapala was the first hurricane-strength storm (Category 1 in the Saffir-Simpson scale) on record to make landfall in Yemen.

**EASTERN NORTH PACIFIC & CENTRAL NORTH PACIFIC HURRICANE SEASON**
Above average activity
191% of normal ACE
26 storms, 16 hurricanes

**MEXICO**
Several storm systems brought heavy precipitation during March 2015, with the national average being over three times the monthly average. This was the wettest March since national records began in 1941.

**AFRICA**
2015 was the second warmest year, behind 2010, since continental records began in 1910.

**NORTH INDIAN OCEAN CYCLONE SEASON**
Above average activity
243% of normal ACE
5 storms, 2 cyclones

**AUSTRALIAN CYCLONE SEASON**
Near average activity
9 storms, 7 cyclones

**SOUTH WEST PACIFIC OCEAN CYCLONE SEASON**
Near average activity
9 cyclones

**CHILE**
June 2015 was the driest June on record, with no monthly precipitation.

**SOUTH AFRICA**
Jul 2014–Jun 2015 was the driest season since 1991/92 and third driest since records began in 1932/33.

**SOUTH WEST INDIAN OCEAN CYCLONE SEASON**
Near average activity
125% of normal ACE
14 storms, 6 cyclones

**AUSTRALIA**
Experienced its fifth warmest year since national records began in 1910. The month of October was exceptionally warm, recording the largest anomaly for any month on record.

**ARGENTINA**
Second warmest year, behind 2012, since national records began in 1961. The four warmest years on record have all occurred since 2012.

**SOUTH AMERICA**
Much-warmer-than-average conditions engulfed much of the region during the year, resulting in the warmest year since continental records began in 1910.

**ANTARCTIC SEA ICE EXTENT**
During its growth season, the Antarctic had its 16th largest annual maximum extent. During its melt season, the Antarctic shrank to its fourth largest minimum extent on record.

Please Note: Material provided in this map was compiled from NOAA's NCEI State of the Climate Reports, the WMO Provisional Status of the Climate in 2015, and authorship for this report. For more information please visit: http://www.ncdc.noaa.gov/sotc

**FIG. 1.1.** Geographical distribution of notable climate anomalies and events occurring around the world in 2015.

## SIDEBAR 1.1: **THE 2015/16 EL NIÑO COMPARED WITH OTHER RECENT EVENTS**—D. E. PARKER, K. M. WILLETT, R. ALLAN, C. SCHRECK, AND D. S. ARNDT

The climate of 2015 was clearly influenced by the strong 2015/16 El Niño. This sidebar places the event, still ongoing as of May 2016, into context by comparison to recent El Niños of similar magnitude.

Primary indicators of ENSO are predominantly based on SST and surface pressure changes from across the Indo-Pacific region. By most measures, the 2015/16 El Niño was one of the strongest on record, on par with those of 1982/83 and 1997/98. Figure SB1.1 shows the time evolution of tropical Pacific SSTs (from HadISST1.1) since 1970. The SST imprint for each event is unique. For example, the strongest SST anomalies in 2009/10 occurred in the central Pacific, while those for 2015/16, 1997/98, and 1982/83 were strongest in the eastern Pacific. The 2015/16 event stands as one of the more protracted warm events, with warm anomalies first appearing in summer 2014 and becoming firmly established in spring 2015.

Regionally-averaged SST anomalies (Fig. SB1.2) highlight the 2015/16 event's position among the most intense El Niño events. Notably, the Niño-4 index reached a record +1.8°C during November 2015. The 2015/16 event was only the third since 1980 (following 1982/83 and 1997/98) to exceed +2.0°C in the Niño-3, Niño-3.4, and Niño-1+2 regions; however, across Niño-1+2, the 2015/16 event, while quite strong, was almost 2°C weaker than the two strongest events: 1982/83 and 1997/98.

The 2015/16 El Niño appeared in the Southern Oscillation index (SOI; sea level pressure difference between Darwin and Tahiti; section 2e1, Fig. 2.30a,b, Fig. 4.1b) early in 2014, maturing in early 2015 and continuing into 2016. By this measure, it is a protracted event (Allan and D'Arrigo 1999). However, many other indicators are in use, reflecting the large variation in duration and character of each event. The oceanic Niño index (ONI; seasonal 3-month average of Niño-3.4 SSTs) and the Equatorial Southern Oscillation index (EQ-SOI; surface pressure difference between Indonesia and the eastern equatorial Pacific) showed neutral conditions until early 2015 (section 4b; Fig. 4.1). The Niño-3 and 3.4 regions, although mostly warm during 2014, were neither consistently nor significantly warmer than the designated threshold until early 2015 (sections 3b, 4b; Fig. 4.3). Nevertheless the protracted warmth over the tropical Pacific is clear from early 2014 onwards, as is the very different nature of each preceding El Niño event and its wider influence on climate.

El Niño events tend to elevate global mean surface temperatures and, indeed, 2015 reached record warmth (section 2b1). The history of these events since the mid-20th century in relation to global surface temperature suggests that the ongoing event will likely have a slightly greater effect on the global surface temperature of 2016 than on that of 2015.



FIG. SB1.1. Sea surface temperature (relative to 1961–90 base period) averaged between 5°S and 5°N over the Pacific from 120°E to 80°W, based on HadISST1.1 (Rayner et al. 2003).

Subsurface ocean temperature anomalies along the equatorial Pacific show significant El Niño characteristics from March–May onwards (section 4b1; Fig. 4.6). Compared to 1997 (which predated the ARGO float network) the precursor (January) warmth near the thermocline was much weaker, but the anomalies nearer the surface in December were of similar magnitude (Online Fig. S1.1).

Characteristic weakening/reversal of easterlies in the equatorial central Pacific was evident in the 2015 annual average surface winds (Plate 2.1s) with a similar signal at 850 hPa (Plate 2.1r). In late 2015 when El Niño was strongest, the negative wind anomaly in the tropical Pacific did not extend as far eastward as in late 1997, and the patterns were much less organized in the Indian and Atlantic Oceans (Online Fig. S2.22).

During El Niño events, cooling (warming) of the ocean surface and subsurface in the western (eastern) tropical Pacific, in addition to reduced drag on the ocean surface by weakened easterly winds, drives sea level fall (rise) in the western (eastern) tropical Pacific. The net effect is an increase in global sea level (section 4f; Fig. 3.17), evident in both 1997/98 and 2015/16.

Similar to other major El Niños, the 2015/16 event affected many parts of the global climate. Tropical cyclone activity, with respect to accumulated cyclone energy (ACE), was suppressed in the Atlantic Ocean (section 4e2) but enhanced across the North Pacific regarding both ACE and number of storms (sections 4e3, 4e4). The central Pacific was particularly active, setting several records. Global rainfall patterns were also greatly impacted (Section 4d1). The equatorial Pacific, Gulf of Mexico, and South America saw enhanced rainfall. Meanwhile, southern Africa, Australia, the Amazon, Caribbean, and Central America saw decreased rainfall. These patterns led to a substantial increase in the global land area covered by severe or extreme drought in 2015, similar to 1982/83 but not 1987/88 or 1997/98, possibly owing to countervailing influences such as extratropical atmospheric circulation patterns (section 2d9; Fig. 2.28; Plate 2.1f; Fig. 2.29).

The warmth in 2015 enabled an increase in total column water vapor (TCWV) of ~1 mm globally over both land and ocean (section 2d2; Figs. 2.16, 2.17). There were broadly similar increases following 1987/88, 1997/98, and 2009/10. Over the Pacific, 2015 lacked the dry anomaly north of the equator present in 1997 (Online Fig. S2.13). The dry anomaly over the Maritime Continent extended much farther west in 1997.



FIG. SB1.2. **Time series of various ENSO indicators: (a) Niño-3: 5°S–5°N, 150°–90°W; (b) Niño-4: 5°S–5°N, 160°E–150°W; (c) Niño-3.4: 5°S–5°N, 170°–120°W; (d) Niño-1+2: 10°S–0°, 90°–80°W; (e) oceanic Niño index (ONI); (f) Southern Oscillation index (SOI); (g) Equatorial Southern Oscillation index (EQ-SOI). The Niño region time series are from HadISST1.1 (Rayner et al. 2003). The ONI and EQ-SOI are from the NOAA Climate Prediction Center (www.cpc.ncep.noaa.gov/data/indices/). The SOI is from the Australian Bureau of Meteorology.**

Although global average total cloudiness did not change in 2015 and shows no clear ENSO signal (Fig. 2.20), there was a dramatic shift of ice cloud from the warm pool region of the western Pacific to the central Pacific during 2015, and likewise during 1997 (section 2d4; Fig. 2.21). This shift followed the displacement of convection during the events. The eastward displacement was greater in 1997/98, matching that event's more eastward peak SST anomaly. Related regional features are apparent in 2015 annual averages of many hydrological cycle ECVs (Plate 2.1).

The tendency for increased drought in the tropics during El Niño leads to increased release of $CO_2$ from increased tropical wildfires. In 2015, out-of-control agricultural biomass burning was exacerbated in Indonesia (see Sidebar 2.2) by ignition of the subsurface peat. These changes in terrestrial carbon storage likely contributed to the record 3.1 ppm increase in atmospheric $CO_2$ at Mauna Loa Observatory from 1 January 2015 to 1 January 2016. The previous highest annual increase of 2.9 ppm occurred in 1998.

Biomass burning in Indonesia also led to regional increases in atmospheric carbon monoxide, aerosols, and tropospheric ozone in 2015 (Sidebar 2.2). Huijnen et al. 2016 suggest that the 2015 carbon emissions from the Indonesian fires were the largest since those during the El Niño year of 1997 (section 2g7; Fig. 2.60), although still only 25% of the 1997 emissions.

## 2. GLOBAL CLIMATE—K. M. Willett, D. F. Hurst, R. J. H. Dunn, and A. J. Dolman

### a. Overview—K. M. Willett, D. F. Hurst, R. J. H. Dunn, and A. J. Dolman

Following the warmest year on record in 2014 according to most estimates, 2015 reached record warmth yet again, surpassing the previous record by more than 0.1°C. The considerable warmth, protracted strong El Niño, and new record levels of greenhouse gases provided climatological highlights for the year.

The progressing El Niño is a common theme woven throughout the essential climate variables (ECVs) presented here; its characteristic signature in temperature and water-related ECVs is clear across the maps in Plate 2.1. Having appeared in some indicators in 2014, and maturing in early 2015, this now-protracted event became the strongest since the 1997/98 El Niño. Indeed, many sections in this chapter compare the two events. Although strength-wise there are similarities, their characteristics are quite different (see Sidebar 1.1).

Atmospheric burdens of the three dominant greenhouse gases ($CO_2$, $CH_4$, $N_2O$) all continued to increase during 2015. The annual average $CO_2$ mole fraction at Mauna Loa, Hawaii (MLO), exceeded 400 ppm, a milestone never before surpassed in the MLO record or in measurements of air trapped in ice cores for up to 800 000 years. Global average $CO_2$ average at Earth's surface was not far below, at $399.4 \pm 0.1$ ppm. The 3.1 ppm (0.76%) increase in $CO_2$ at Mauna Loa during 2015 was the largest annual increase observed in the 56-year record. Global average surface methane increased $11.5 \pm 0.9$ ppb (0.6%) from 2014 to 2015, the largest annual increase since 1997–98. Many ozone-depleting substances (ODS) continued to decline, lowering the stratospheric loading of halogen and the radiative forcing associated with ODS. Recent ozone measurements in the extra-polar upper stratosphere (~40 km) show a small increase that may be a first sign of long-term ozone layer recovery. Despite this, the 2015 Antarctic ozone hole was near-record in terms of size and persistence. Stratospheric water vapor just above the tropical tropopause increased 30% from December 2014 to December 2015, likely due to the combined changes in phase of the quasi-biennial oscillation (QBO) (cold to warm) and the El Niño–Southern Oscillation (ENSO) during 2015. The strong El Niño in 2015 produced extremely dry conditions in Indonesia, contributing to intense and widespread fires during August–November that produced anomalously high abundances of carbonaceous aerosols, carbon monoxide, and ozone in the tropical troposphere (Sidebar 2.2).

Significant forest fires were noted in many of the terrestrial variables, with emissions from tropical Asian biomass burning almost three times the 2001–14 average. Drier-than-average conditions were also evident over the global landmass. Soil moisture was below average for the entire year, and terrestrial groundwater storage was lower than at any other time during the record, which began in 2002. Areas in "severe" drought greatly increased, from 8% at the end of 2014 to 14% by the end of 2015. In keeping with the prevailing theme of warmer/drier, the global average surface air temperature record was accompanied by record high frequency of warm days and record low frequency of cool days. The lower troposphere was also close to record warmth.

Despite drier conditions on the ground, there was generally more moisture in the air as shown by the peaks in surface specific humidity and total column water vapor. These peaks were especially high over oceans, consistent with the generally warmer air. These warmer, moister conditions tend to lag El Niño by a few months, and the event was ongoing at year end.

In the cryosphere, Northern Hemisphere snow cover extent was slightly below average. However, alpine glacier retreat continued unabated and, with an update to the now 41-reference glacier dataset, 2015 became the 36th consecutive year of negative mass balance.

In addition to the strong El Niño, 2015 saw mostly positive Antarctic Oscillation (AAO) conditions throughout the year, contributing to stronger wind speed anomalies both at the surface and aloft (850 hPa). This typically leads to reduced west Antarctic Peninsula (WAP) sea ice extent, but it was opposed in 2015 by the El Niño, which is more often associated with a weaker polar jet stream. The North Atlantic Oscillation (NAO) was broadly positive for the fifth year in a row. Land wind speed continued a slight increase, similar to 2014, following a long, steady decline over the entire record from 1973.

The lake temperatures section returns this year after two years of unavailability. Additionally, two sidebars are included: Sidebar 2.1 explores our ability to monitor evaporation over land, a crucial missing link for studying the hydrological cycle; Sidebar 2.2 provides an overview of atmospheric chemical composition changes in 2015 as a result of El Niño–related forest fires.

Time series and anomaly maps for many EVCs are shown in Plates 1.1 and 2.1 respectively. Supplementary online figures can be found at: http://journals.ametsoc.org/doi/suppl/10.1175/2016BAMSStateoftheClimate.1.



(a) Lower Stratospheric Temperature

Anomalies from 1981–2010 (°C)

(b) Lower Tropospheric Temperature

Anomalies from 1981–2010 (°C)

(c) Surface Temperature

Anomalies from 1981–2010 (°C)

(d) Warm Days

Anomalies from 1961–1990 (days)

(e) Cool Days

Anomalies from 1961–1990 (days)

(f) Soil Moisture

Anomalies from 1991–2014 (m³ m⁻³)

(g) Terrestrial Water Storage

Difference between 2015 and 2014 Equivalent Depth of Water (cm)

(h) Precipitation

Anomalies from 1981–2000 (mm yr⁻¹)



(i) Runoff

Anomalies from 1958–2015 (mm yr⁻¹)
−500  −250  −100  −50  −25  25  50  100  250  500

(j) River Discharge

Anomalies from 1958–2015 (m³ s⁻¹)
−1000  −500  −100  −50  −25  25  50  100  500  1000

(k) Surface Specific Humidity

Anomalies from 1981–2010 (g kg⁻¹)
−1.2  −0.9  −0.6  −0.3  0  0.3  0.6  0.9  1.2

(l) Surface Relative Humidity

Anomalies from 1981–2010 (% rh)
−4  −3  −2  −1  0  1  2  3  4

(m) Cloudiness

Anomalies from 1981–2010 (%)
−15  −10  −5  −2.5  0  2.5  5  10  15

(n) Upper Tropospheric Humidity

Anomalies from 2001–10 (% rh)
−4  −2  −1  −0.5  0  0.5  1  2  4

(o) Total Column Water Vapor

Anomalies from 1988–2012 (mm)
−8  −4  −2  −1  0  1  2  4  8

(p) Drought (self-calibrating PDSI)

Categories relative to 1901–2015 (self-calibrating PDSI)
DRY  −4  −3  −2  −1  0  1  2  3  4  WET



(q) Stratospheric (Total Column) Ozone

Anomalies from 1998–2008 (DU)

(r) Upper Air (850-hPa) Winds

Anomalies from 1981–2010 (m s⁻¹)

(s) Surface Winds

Anomalies from 1981–2010 (m s⁻¹)

(t) Sea Level Pressure

Anomalies from 1981–2010 (hPa)

(u) OMI/MLS Tropospheric Column Ozone

Anomalies from 2005–14 (DU)

(v) Total Aerosol

Anomalies from 2003–14 (AOD)

(w) Dust Aerosol

Anomalies from 2003–14 (AOD)

(x) Biomass Burning Aerosol

Anomalies from 2003–14 (AOD)



(y) Fraction of Absorbed Photosynthetically Active Radiation

-0.04  -0.03  -0.02  -0.01  -0.005  0.005  0.01  0.02  0.03  0.04
Anomalies from 1998–2015 (FAPAR)

(z) Land Surface Albedo in the Visible

-20  -15  -10  -5  -3   3   5   10   15   20
Anomalies from 2003–15 (%)

(ab) Carbon Emissions from Biomass Burning

-160  -80  -40  -10  -5   5   10   40   80   160
Anomalies from 2003–14 (g C m⁻² yr⁻¹)

(ac) Carbon Monoxide

-20  -15  -10  -5   0   5   10   15   20
Anomalies from 2003–14 (%)

(aa) Land Surface Albedo in the Near-Infrared



-20  -15  -10  -5  -3   3   5   10   15   20
Anomalies from 2003–15 (%)

PLATE 2.1. (a) ERA-Interim lower stratospheric temperature; (b) ERA-Interim lower tropospheric temperature; (c) NOAA/NCEI surface temperature (contoured) and lake temperatures (circles); (d) GHCNDEX warm day threshold exceedance (TX90p); (e) GHCNDEX cool day threshold exceedance (TX10p); (f) ESA CCI soil moisture; (g) GRACE 2015 difference from 2014 water storage; (h) GPCP precipitation; (i) ELSE system runoff; (j) ELSE system river discharge; (k) HadISDH (land) and NOCSv2.0 (ocean) surface specific humidity; (l) ERA-Interim surface relative humidity; (m) PATMOS-x cloudiness; (n) HIRS upper tropospheric humidity; (o) Microwave radiometer retrievals (ocean), COSMIC GPS-RO data (land), and GNSS (circles, land) total column water vapor; (p) sc-PDSI drought annual average 2015 anomaly; (q) GOME-2 (using GOME, SCIAMACHY, and GOME-2 for the climatology) stratospheric (total column) ozone; (r) ERA-Interim 850-hPa wind speed; (s) ERA-Interim (worldwide grids) and HadISD (points) surface wind speed; (t) HadSLP2r sea level pressure; (u) Tropospheric ozone; (v) CAMS total aerosol optical depth; (w) CAMS aerosol optical depth from dust; (x) CAMS aerosol optical depth from biomass burning; (y) SeaWiFS/MERIS/MODIS fraction of absorbed photosynthetically active radiation (FAPAR); (z) Surface visible-light albedo from MODIS White Sky broadband; (aa) Surface near-infrared albedo from MODIS White Sky broadband; (ab) GFASv1.3 carbonaceous emissions from biomass burning; (ac) CAMS total column CO anomalies.

### b. Temperature

#### 1) SURFACE TEMPERATURE—A. Sánchez-Lugo, C. Morice, and P. Berrisford

The 2015 global land and ocean temperature set new records, exceeding the previous records set in 2014 (and 2010 depending on the in situ dataset) by a wide margin of 0.13°–0.18°C. Much-warmer-than-average conditions across much of the world's surface and a strong El Niño contributed to the highest temperature since records began in the mid- to late 1800s, according to four independent in situ analyses (NASA–GISS, Hansen et al. 2010; HadCRUT4, Morice et al. 2012; NOAAGlobalTemp, Smith et al. 2008; JMA, Ishihara 2006). The 2015 globally averaged surface temperature was 0.42°–0.46°C (Table 2.1) above the 1981–2010 average. Note that ranges of temperature anomalies provided in this summary are ranges of best estimates for the assessed in situ datasets. These ranges do not include additional uncertainty information from each in situ analysis, which can be found in Table 2.1.

The last time a record high temperature surpassed the previous record by such a wide margin was 1998, which surpassed the previous 1997 record by 0.12°–0.16°C. Similar to 2015, a strong El Niño developed during the latter half of 1997, reaching its maturity during the first part of 1998 (see Sidebar 1.1). The presence of El Niño typically increases concurrent global temperatures and those in the year following its onset.

The year 2015 also marked the first time the global average surface temperature reached more than 1°C above the average of the mid- to late 19th century, a period in which temperatures are commonly taken to be representative of pre industrial conditions. The best-estimate global average surface temperatures were 1.03°–1.09°C above the mid- to late 19th century average in assessed datasets. Fourteen of the 15 warmest years on record have occurred since the beginning of the 21st century, with 1998 the only exception (ranking between third and eighth warmest year, depending on the dataset).

Every estimate of global average temperature has inherent uncertainty. The main sources of un-

certainty in observational datasets tend to be associated with changes in measurement practices and with sparse spatial sampling, both of which can vary with time. When taking into consideration the estimated uncertainty of the global land and ocean annual temperature in the annual ranking, following the method of Arguez et al. (2013), it is virtually certain that 2015 was the warmest year since records began, with a probability >99%, according to the NOAAGlobalTemp dataset (see Arguez and Applequist 2015).

The near-surface temperature analyses assessed here are derived from air temperatures observed at weather stations over land and sea surface temperatures (SST) observed from ships and buoys. While each analysis differs in methodology, all four analyses are in close agreement (Fig. 2.1). Plate 2.1c and Online Figs. S2.1, S2.2, and S2.3 show the differences between the datasets, which are mainly due to how each methodology treats areas with little to no data and how each analysis accounts for changes in measurement methods [for more details see Kennedy et al. (2010); Hansen et al. (2010); and Huang et al. (2015)].

Global average surface air temperatures are also estimated using reanalyses, which blend information from a numerical weather prediction model with observations. Reanalysis produces datasets with uniform spatial and temporal coverage, but suffers from model biases and problems arising from time variations in amount and/or quality of assimilated observations. Surface temperatures from reanalyses are consistent with observations in regions of good observational coverage at the surface, due in part to the large volumes of assimilated observations (e.g., more than 40 billion to date in the ERA-Interim reanalysis).

According to ERA-Interim (Dee et al. 2011), the 2015 globally averaged, analyzed 2-m temperature was the highest since records began in 1979. The

TABLE 2.1. Temperature anomalies (°C) and uncertainties (where available) for 2015 (base period: 1981–2010). The uncertainties indicate the scope of the range around the central value. For ERA-Interim, the values shown are the analyzed 2-m temperature anomalies (uncorrected). Note that the land values computed for HadCRUT4 used the CRUTEM.4.4.0.0 dataset (Jones et al. 2012), the ocean values were computed using the HadSST.3.1.1.0 dataset (Kennedy et al. 2011a, 2011b), and the global land and ocean values used the HadCRUT4.4.0.0 dataset. Uncertainty ranges are represented in terms of a 95% confidence interval, with the exception of JMA which has a 90% confidence interval.

| Global | NASA–GISS | HadCRUT4 | NOAA-Global Temp | JMA | ERA-Int |
|---|---|---|---|---|---|
| Land | +0.64 | +0.66±0.14 | +0.72±0.18 | +0.70 | +0.65 |
| Ocean | +0.36 | +0.39±0.07 | +0.37±0.16 | +0.33 | +0.28 |
| Land and Ocean | +0.44±0.05 | +0.45 ±0.08 | +0.46 ±0.08 | +0.42±0.13 | +0.38 |

temperature was 0.38°C above the 1981–2010 average (Table 2.1) and 0.10°C above its previous record set in 2005. The magnitude of the anomaly would be larger had the temperature analyses been corrected for changes in the source of the prescribed SST, which was uniformly cooler by about 0.1°C relative to Had-CRUT4 from 2002 onwards (Simmons and Poli 2014).

The only land areas with temperatures below average, according to the in situ datasets, were parts of southern South America, eastern Canada, Greenland, and Antarctica. Overall, the globally averaged annual temperature over land [including the land-only Berkeley Earth analysis (Rohde et al. 2013)] was 0.61°–0.72°C above average—the highest on record. This exceeds the previous 2007 record (and, depending on the in situ dataset, 2010) by 0.12°–0.26°C.

The strong El Niño maturing during 2015 resulted in record high SSTs across much of the tropical Pacific Ocean. However, areas in the North Atlantic, South Pacific, and the waters south of South America experienced below-average conditions (Plate 2.1c). The globally averaged annual temperature across the oceans was 0.33°–0.39°C above average—the highest on record according to the in situ datasets, surpassing the previous record set in 2014 by 0.10°–0.12°C (see section 3b for more detailed SST information).

Similarly, ERA-Interim for 2015 shows warmer-than-average conditions over many, but not all, regions of the world (Online Fig. S2.1). The average analyzed 2-m temperature over land was 0.65°C above average (0.09°C above the previous 2007 record), and, over the oceans, it was 0.28°C above average (0.10°C above the previous 2005 record).

### 2) Lower and midtropospheric temperatures—J. R. Christy

The 2015 globally averaged annual temperature of the lower troposphere (LT, the bulk atmosphere below 10 km altitude or roughly the lower 70% by mass) was approximately +0.3°C above the 1981–2010 mean. This placed 2015 first to fourth warmest of the past 58 years, depending on the dataset, and was on average about 0.2°C cooler than the warmest year, 1998, varying from just above the 1998 value in two radiosonde datasets to 0.1°–0.3°C below in the remaining datasets (Fig. 2.2).

Direct measurement of the LT bulk temperature utilizes radiosonde datasets since 1958, complemented by satellites since late 1978. The datasets are described in Christy (2015) with new additions of the UNSW radiosonde dataset from Sherwood and Nishant (2015) and, for use in the tropical midtroposphere, two satellite datasets with similar construc-

tion methods [NOAA (Zhou and Wang 2011) and UW (Po-Chedley et al. 2015)]. Previously utilized datasets from UAH and RSS have been updated (UAHv6.0, Spencer et al. 2016 submitted to *Asia-Pacific J. Atmos. Sci.;* RSSv4.0 for the midtroposphere, Mears and



Fig. 2.1. Global average surface temperature anomalies (°C, 1981–2010 base period). In situ estimates are shown from NOAA/NCEI (Smith et al. 2008), NASA–GISS (Hansen et al. 2010), HadCRUT4 (Morice et al. 2012), CRUTEM4 (Jones et al. 2012), HadSST3 (Kennedy et al. 2011a, b), JMA (Ishihara 2006), and Berkeley Earth (Rohde et al. 2013). Reanalyses estimates are shown from ERA-Interim (Dee et al. 2011), MERRA-2 (Gelaro et al. 2016; Bosilovich et al. 2015), and JRA-55 (Ebita et al. 2011).



FIG. 2.2. Global average lower tropospheric temperature annual anomalies (°C; 1981–2010 base period) for the MSU LT equivalent layer. (a) Radiosonde: RATPAC (Free et al. 2005; 85 stations), RAOBCORE and RICH (Haimberger et al. 2012; 1184 stations), and UNSW (Sherwood and Nishant 2015, 460 stations). (b) Satellites: UAHv6.0 (Spencer et al. 2016 submitted to *Asia-Pacific J. Atmos Sci*) and RSSv3.3 (Mears and Wentz 2009). (c) Reanalyses: ERA-Interim, MERRA-2, and JRA-55 are shown as described in Fig. 2.1.

Wentz 2016). In addition, three reanalyses products are also shown. There is close agreement in the interannual variability between all products; ERA-Interim is used here to provide the spatial depictions (Plate 2.1b and Online Fig. S2.4).

The global LT anomaly at any point in time is closely tied to the phase of the El Niño–Southern Oscillation (ENSO). The year 2015 is analogous to 1997 in that a warm ENSO phase began and peaked in the Pacific Ocean. The year 1998 was approximately +0.5°C warmer than 1997, and thus a comparison of 2016 with 1998 will indicate how similar the ENSOs evolved, having been quite similar for 1997 vs. 2015.

Regionally, warm anomalies extended from the Arctic equatorward to the eastern Pacific and much of Europe. The midlatitude belt in the Southern Hemisphere was mostly warmer than average. Cooler-than-average temperatures occupied northeast North America–Greenland, portions of Russia, and the far Southern Ocean (Plate 2.1b). The latitude–time depiction of the LT temperatures beginning in 1979 indicates tropical warming that is particularly strong during 2015, associated with the ongoing El Niño (Online Fig. S2.4).

The long-term global LT trend based on radiosondes (starting in 1958) is +0.15° ± 0.02°C decade⁻¹ and based on both radiosondes and satellites (starting in 1979) is +0.13° ± 0.03°C decade⁻¹. The range represents the variation among the different datasets, which then serves as an estimate of structural uncertainty in Fig. 2.2. When taking into account the magnitude of the year-to-year variations, there is a statistical confidence range of ± 0.06°C decade⁻¹, meaning that the trends are significantly positive. Major volcanic events in 1963, 1982, and 1991 contributed to cooler temperatures during the early part of the LT record, especially in the satellite era, thus increasing the upward trend to some extent.

With this edition we introduce the midtropospheric temperature (MT, surface to around 70 hPa) product for the tropical atmosphere (Fig. 2.3). The MT profile extends higher than that of LT, entering the stratosphere, but only slightly in the tropics where the tropopause is at approximately 16-km altitude. The dominant signal of this product is in the mid- to upper troposphere, thus capturing the layer in the tropics which represents the maximum response to forcing (e.g., increased greenhouse gases, warm surface waters from El Niño, volcanic cooling, etc.). MT is constructed from the Microwave Sounding Unit (MSU) channel 2 and the Advanced MSU



FIG. 2.3. Tropical (20°S–20°N) anomalies of midtropospheric temperature relative to the 1981–2010 base period. Data sources are as described in Figs. 2.1 and 2.2 with the addition of NOAA (Zhou and Wang 2011), UW (Po-Chedley et al. 2015) and RSSv4.0 (Mears and Wentz 2016).

channel 5 (Christy et al. 2003). MT tropical trends are influenced by lower stratospheric cooling by approximately 0.03°–0.04°C decade⁻¹, which is fully accounted for in comparison with theory.

Examining the various datasets of tropical MT trends (1979–2015), there are two clusters of results: +0.08°C decade⁻¹ (most radiosonde datasets and satellite UAH) and +0.12°C decade⁻¹ (RICH radiosonde dataset and satellite datasets of RSS, NOAA, and UW; Table 2.2). A significant difference between UAH and the other satellite datasets is evident over the oceans. This suggests the disagreement is due to differing assumptions regarding basic calibration issues rather than corrections for the diurnal drift of the spacecraft, and is an active area of research.

The MT time series and trends (Fig. 2.3, Table 2.2) through 2015 continue the characteristic noted in past *State of the Climate* reports that observed MT trends tend to be below estimates anticipated from basic lapse-rate theory—the theory that indicates a magnification of trend with height (Christy 2014). This is especially true in the tropics where theory suggests amplification by a factor of 1.4 ± 0.2 of the mid tropospheric trend over the surface trend. The range of trends for 1979–2015 from the different radiosonde datasets is +0.07° to +0.11°C decade⁻¹ and from satellites is +0.07° to +0.14°C decade⁻¹ compared with the tropical surface trend (average of NOAAGlobalTemp and HadCRUT4) of +0.12°C decade⁻¹. The median trend of all observational datasets examined



**Fig. 2.4. Global mean annual temperature anomalies of the lower-stratosphere temperatures derived from (a) radiosonde, (b) satellite, and (c) reanalysis. Anomalies are from the 1981–2010 mean. Data sources are as described in Figs. 2.1 and 2.2, additional data sources: NOAA (Zhou and Wang 2010).**

here is between +0.09 and 0.10°C decade⁻¹. Thus, the current tropical MT/surface ratio from observations since 1979 (0.8 ± 0.3) continues to be less than theory.

3) LOWER STRATOSPHERIC TEMPERATURE—C. S. Long and J. R. Christy

The globally averaged temperature in the lower stratosphere (TLS) for 2015, as measured by radiosonde and satellite and analyzed by reanalyses, ranged from slightly above to approximately 0.5°C below the 1981–2010 climatology (Fig. 2.4). All TLS estimates agree that globally 2015 was about the same as 2014. This year's persistence of last year's annual temperatures only slightly impacted the near-neutral to very gradual warming trend observed from 1995 to present.

**TABLE 2.2. Linear trends (°C decade⁻¹) in lower tropospheric (LT) and midtropospheric (MT) temperatures. The tropics region spans 20°S–20°N.**

| Start Year | Global LT | | Tropics MT | |
|---|---|---|---|---|
| | 1958 | 1979 | 1958 | 1979 |
| Radiosondes | | | | |
| RAOBCORE | +0.15 | +0.13 | +0.13 | +0.08 |
| RICH | +0.15 | +0.15 | +0.10 | +0.11 |
| RATPAC | +0.15 | +0.15 | +0.09 | +0.07 |
| UNSW | +0.17 | +0.16 | +0.10 | +0.07 |
| Satellites | | | | |
| UAHv6.0 | × | +0.11 | × | +0.07 |
| RSSv3.3 | × | +0.12 | × | +0.09 |
| RSSv4.0 | × | × | × | +0.14 |
| NOAAv3.0 | × | × | × | +0.13 |
| UWv1.0 | × | × | × | +0.12 |
| Reanalyses | | | | |
| ERA-I | × | +0.12 | × | +0.08 |
| JRA-55 | +0.16 | +0.15 | × | +0.08 |
| MERRA | × | +0.19 | × | +0.16 |

Despite similarity in the global average value, spatial patterns are different than those of 2014. The annual averaged temperature analysis (Plate 2.1a) shows negative anomalies in both hemispheres' polar latitudes. The Arctic negative anomalies extended into Siberia but positive anomalies were centered near Iceland. This strong positive anomaly was mirrored in the lower troposphere and surface by a strong cool anomaly (Plates 2.1b,c). The Antarctic had negative anomalies throughout the entire zone. In lower latitudes, positive anomalies generally prevailed over the Atlantic and eastern Asia, with negative anomalies over the central Pacific. These anomalies were related to the El Niño that grew during the latter half of 2015. The northern polar region oscillated between cold and warm anomalies for the first five months of 2015 (Online Fig. S2.5). The southern polar region was anomalously cold from August through December. These negative temperature anomalies coincided with the large and persistent ozone hole for 2015 (section 2g4). The tropical warm anomalies were a result of the thermal response to the descending quasi-biennial oscillation (QBO) westerlies during 2015 and the upper troposphere warming from the El Niño in the latter half of 2015.

A cooler stratosphere is consistent with a warmer troposphere in the case of rising greenhouse gases, as more outgoing energy is trapped in the troposphere. The TLS is a weighted layer-mean temperature of the part of the atmosphere observed by specific channels from satelliteborne microwave sounding instruments. It ranges from around 200–20 hPa (12–27 km) and is entirely in the lower stratosphere polewards of 35°. But equatorward of this, it extends into the upper troposphere, which needs to be accounted for when assessing latitudinal trends. For further details see Long and Christy (2015).

All radiosonde datasets (RATPAC, RAOBCORE, RICH, NSW) show a cooling trend in the lower stratosphere from 1958 to 1995. However, after 1995 there is not much of a trend to the present (Fig. 2.4). The pre-1995 cooling trend is only interrupted by several volcanoes [Agung (1963), El Chichón (1982), and Mt. Pinatubo (1991)], which imparted a warm pulse for about two years following each eruption. The satellite MSU channel 4 datasets (RSS, NOAA, and UAH) and four recent reanalysis datasets (CFSR; ERA-Interim; JRA-55; MERRA-2) also show general agreement with the radiosonde time series. Table 2.3 provides the trends for various time periods for the radiosondes, satellites, and reanalyses. There is variability among the datasets in the cooling trend from 1979 to 1995, with RATPAC having the great-



Fig. 2.5. Daily time series (blue lines) for 2015 lower stratosphere temperatures from the CFSR (Saha et al. 2010a) for the (a) northern high latitudes (60°–90°N) and (b) southern high latitudes (60°–90°S). The 1979–2015 daily maximum and minimum temperatures for each latitude region are shown in black.

est cooling of the radiosonde datasets and MERRA-2 having the greatest cooling of the reanalyses, while ERA-Interim and JRA-55 have the least cooling. The post-1995 trends also vary considerably. All three satellite, JRA-55, RATPAC, and NSW trends are near neutral. The ERA-Interim and MERRA-2 reanalyses, RICH, and RAOBCORE have a slightly positive trend. As shown in Long and Christy (2015), the trends discussed above are not uniformly distributed across all latitudes, rather there is considerable variability with latitude.

Figure 2.5 shows time series of daily TLS anomalies for the 60°–90°N and 60°–90°S bands for 2015. The southern high latitudes were exceptionally cold from August through December 2015. Monthly mean height analyses show that the polar circulation in late 2015 was centered over the South Pole (not shown). Additionally, wave activity was minimal, keeping the circulation very zonal and cold. The low temperatures and persistent circulation aided the destruction of ozone, resulting in a larger ozone hole than in recent years (section 2g4). In the northern high latitudes, a few midwinter warmings affected the upper stratosphere but did not propagate down into the middle or lower stratosphere. A final warming in mid-March propagated down to the TLS region and increased the temperatures in the polar zone (Fig. 2.5). This warming is classified as a "final" warming as the atmospheric temperatures and circulation did not return to a winter pattern but continued to transition to a summer pattern. During the boreal autumn and early winter, Arctic TLS temperatures were well below normal.

**TABLE 2.3.** Computed trends (°C decade⁻¹) for radiosonde, satellite, and re-analysis data for the periods: 1958–95, 1979–95, 1995–2015, and 1979–2015. 1995 is chosen as an inflection point distinguishing the earlier downward trend from the near-neutral trend of recent years.

| Global (82.5°N–82.5°S) TLS Temperature Anomaly Trends (1981–2010 base period) | | | | |
|---|---|---|---|---|
| **Dataset** | **1958–95** | **1979–95** | **1995–2015** | **1979–2015** |
| Radiosonde | | | | |
| RAOBCORE | −0.117 | −0.306 | 0.260 | −0.208 |
| RICH | −0.282 | −0.484 | 0.219 | −0.278 |
| RATPAC | −0.257 | −0.649 | −0.010 | −0.467 |
| UNSW | −0.330 | −0.474 | 0.039 | −0.317 |
| Satellite | | | | |
| RSS | × | −0.336 | −0.012 | −0.261 |
| STAR | × | −0.364 | −0.002 | −0.262 |
| UAH | × | −0.399 | −0.046 | −0.312 |
| Reanalysis | | | | |
| CFSR | × | −0.652 | 0.106 | −0.348 |
| ERA-Interim | × | −0.187 | 0.199 | −0.119 |
| JRA-55 | × | −0.235 | 0.018 | −0.217 |
| MERRA-2 | × | −0.300 | 0.171 | −0.199 |

4) LAKE SURFACE TEMPERATURES—R. I. Woolway, K. Cinque, E. de Eyto, C. L. DeGasperi, M. T. Dokulil, J. Korhonen, S. C. Maberly, W. Marszelewski, L. May, C. J. Merchant, A. M. Paterson, M. Riffler, A. Rimmer, J. A. Rusak, S. G. Schladow, M. Schmid, K. Teubner, P. Verburg, B. Vigneswaran, S. Watanabe, and G. A. Weyhenmeyer

Lake summer surface water temperatures (LSSWT) in 2015 strongly reflected the decadal patterns of warming noted in the scientific literature. Northern Hemisphere summer refers to July–September whereas Southern Hemisphere summer refers to January–March. A recent worldwide synthesis of lake temperatures (O'Reilly et al. 2015) found that LSSWTs rose by, on average, 0.034°C yr⁻¹ between 1985 and 2009, ~1.4 times that of the global surface air temperature (SAT) in general. Data from lakes in various regions collated here show that during 2009–15 lake temperatures continued to rise.

During 2015, LSSWT of many lakes exceeded their 1991–2010 averages by 1°C or more (Online Fig. S2.6; Plate 2.1c). Strong warm anomalies in LSSWT were most prominent in central Europe [Austria, Switzerland, and Poland (data from the Institute of Meteorology and Water Management, Poland)], where anomalies above 1°C were recorded. The hot central European summer (JJA) of 2015 (sections 2b6 7f, and Sidebar 7.1) is reflected in relatively high mean LSSWTs in three Austrian lakes (Mondsee, Neusiedler See, Wörthersee; Fig. 2.6; Online Fig. 2.6) with anomalies up to +1.6°C. Similarly, satellite-based LSSWT anomalies of 25 European lakes in and near the Alps were in excess of 1.0°C in 2015 (Fig. 2.7a), the second warmest anomaly year since the record summer of 2003 (Beniston 2004). High LSSWTs were also observed in other regions of the world (Plate 2.1c; Online Fig. 2.6), with anomalies for lakes in Seattle [Washington (state), U.S.], for example, up to +1°C in 2015.

LSSWTs are influenced by a combination of broad climatic variability and local characteristics, so regional and subregional differences in LSSWTs are common. LSSWTs in Britain and Ireland during 2015 were ~0.6°C below average, in contrast to central Europe. This likely reflects cool anomalies in SAT in early and mid-2015 (e.g., www.met.ie/climate/Monthly Weather/clim-2015-ann.pdf).

Although the Great Lakes (United States and Canada) have warmed faster than SAT in recent decades, the 2015 LSSWTs were relatively cool. This is attributable to above-average winter ice cover during 2014/15, which shortened the warming season. The annual maxima of percent ice cover (Great Lakes Environmental Research Laboratory; www.glerl. noaa.gov/) in 2014 (92.5%) and 2015 (88.8%) were substantially above the 1973–2015 average (53.2%). These were the first consecutive high-ice-cover years since the 94.7% maximum ice coverage recorded in 1979. The strong El Niño conditions of 2015 lessen the chance that 2016 will imitate 2014 and 2015.

Despite these recent cooler LSSWTs, the average warming rate for the Great Lakes is approximately 0.05°C yr⁻¹ (1979–2015). This rate contrasts with the Dorset lakes in Ontario, Canada (surface areas <100 ha), which do not show a statistically significant trend in LSSWT between 1980 and 2015. In 2015, LSSWT anomalies in these lakes were ~+0.6°C. These

lakes display large interannual variation in LSSWT, mainly reflecting interannual differences in SAT, with strong agreement in high and low years.

The relationship between SAT and LSSWT can be complicated by several processes. For Lake Erken, Sweden, LSSWT is strongly influenced by water col-

umn mixing and precipitation, leading to a relatively weak relationship between SAT and LSSWT. The LSSWT of New Zealand's largest lake, Lake Taupo, is thought to be influenced by interannual variation in geothermal heating (de Ronde et al. 2002) and shows no significant trend. Furthermore, an analysis of the 47-year record (1969–2015) of LSSWT from Lake Kinneret, Israel, reveals warming of ~1.65°C over the period (~0.036°C yr$^{-1}$). Two factors explain most of the variability (r$^2$ = 0.67): SAT and water levels (Rimmer et al. 2011; Ostrovsky et al. 2013).

In recent years there has been a strong emphasis on investigating LSSWT warming, with only a few investigations focusing on the winter months (e.g., Dokulil et al. 2014) due to a lack of available data. Winter temperature changes can be quite distinct from LSSWT trends. For example, the regional average warming rate for lakes in Britain and Ireland is substantially higher during winter (0.028°C yr$^{-1}$; Fig. 2.7b) than in summer (0.018°C yr$^{-1}$; Fig. 2.7d). Future assessments that focus on all seasons will provide a more complete picture.



FIG. 2.6. Lake summer (Jul–Sep in Northern Hemisphere, Jan–Mar in Southern Hemisphere) surface water temperature anomalies relative to 1991–2010 for (a) the United States (Washington, Sammamish, Union, and Tahoe); (b) the Laurentian Great Lakes, [Superior (buoys 45001, 45004, 45006), Michigan (buoys 45002, 45007), Huron (buoys 45003, 45008), and Erie (buoy 45005)]; (c) Dorset, Ontario, Canada [Blue Chalk, Chub, Crosson, Dickie, Harp, Heney Plastic, and Red Chalk (East and Main basin)]; (d) Britain and Ireland [Bassenthwaite Lake, Blelham Tarn, Derwent Water, Esthwaite Water, Lough Feeagh, Grasmere, Loch Leven, and Windermere (North and South basins)]; (e) Scandinavia (Erken, Inarijärvi, Kitusjärvi, Lappajärvi, Päijänne, Pielinen, and Saimaa); (f) central Europe (Charzykowskie, Jeziorak, Lubie, Mondsee, Neusiedler See, Wörthersee, and Zurich); (g) Israel (Kinneret); and (h) Australia and New Zealand (Burragorang, Cardinia, Sugarloaf, Taupo, and Upper Yarra). Gray lines indicate the temperature for each individual lake and the thick black line indicates the average lake temperature for the specified region. The trend for the regionally averaged temperatures is shown in red, and the equation describing the change is presented. Note that the warming rates are not comparable among the different regions due to the different time periods shown.



FIG. 2.7. Satellite-derived lake surface water temperature anomalies for (a) summer (Jul–Sep; 1991–2015) for European Alpine lakes (all natural water bodies in or near the Alps larger than 14 km$^2$; Riffler et al. 2015) and (b) winter (Jan–Mar, 1961–2015) for Britain and Ireland (base period: 1991–2010). Gray lines indicate the temperature for each individual lake and the thick black line indicates the average lake temperature for the region. The trend for the regionally averaged temperatures is shown in red, and the equation describing the change is presented. The lakes included are the same as those shown in Online Fig. 2.6 and Plate 2.1c.

5) LAND SURFACE TEMPERATURE EXTREMES—M. G. Donat, R. J. H. Dunn, and S. E. Perkins-Kirkpatrick

The year 2015 not only set the highest global annual mean temperature on record, it also brought some extreme temperature events, most anomalously warm. Regionally, the frequencies of warm days and warm nights were the highest on record in western North America, parts of central Europe, and central Asia (Plates 2.1d,e). The GHCNDEX dataset (Donat et al. 2013) is used to monitor temperature extremes for 2015. GHCNDEX is a quasi-global gridded dataset of land-based observed temperature and precipitation extremes. A suite of temperature and precipitation extremes indices (Zhang et al. 2011) is first calculated for daily station time series from the GHCN-Daily archive (Menne et al. 2012), before interpolating the indices on global grids. At the time of writing, and similar to Dunn et al. (2015), some of the indices fields have limited spatial coverage for 2015, especially those derived from minimum temperatures across central and eastern Asia, compared to those calculated from maximum temperatures. This limited spatial coverage is related to an excessive number of missing values throughout the year, whereas monthly indices fields are more complete. For more details on the completeness requirements see Zhang et al. (2011).

Here, results for TX90p (frequency of warm days, defined as number of days above the seasonal 90th percentile of daily maximum temperatures over the 1961–90 base period), TX10p (frequency of cool days, defined as number of days with maximum temperatures below the seasonal 10th percentile), TXx (the hottest daily maximum temperature) and TNn (the coldest daily minimum temperature) are presented.

Some of the extreme temperature indices showed global average records during 2015. For example, 2015 had the largest number of warm days (TX90p, 1.8 times compared to the 1961–90 baseline) and the smallest number of cool days (TX10p, 0.6 times the baseline; Fig. 2.8) in the GHCNDEX record going back to 1951. Note the limited spatial coverage of GHCNDEX; however, similar results also indicating the highest number of warm days and lowest number of cool days are found in the ERA-Interim reanalysis that provides complete coverage (see Online Fig. S2.7).

Several regions, including western North America, Europe, and large parts of Asia and Australia, experienced strong warm anomalies, i.e., high frequencies of warm days and low frequencies of cool days, throughout much of the year (Plates 2.1d,e). As GHCNDEX has limited spatial coverage, the ERA-Interim reanalysis product (Dee et al. 2011) is used to provide a more complete picture. ERA-Interim also

shows anomalously high numbers of warm days and low numbers of cool days in Africa and large parts of South America, where GHCNDEX lacks coverage, suggesting that most global land areas saw warm anomalies in 2015 (see Online Fig. S2.8).

The first half of the year had some strong cold anomalies over the eastern United States, persisting after the cold winter 2014/15 into spring and even early summer. This resulted in comparatively lower values of warm extremes, though some cold extremes indices only showed cold anomalies during boreal winter (December–February; Fig. 2.9a). Similar behavior was observed during 2013 and 2014.

Notable extreme temperature events included the European summer heat waves (late June–early July and early August); a number of Asian heat waves in, for example, India, Pakistan, and Indonesia; and the warm spring and autumn in Australia, Alaska, and western Russia. Winter (December–February) showed strong warm anomalies over much of the Northern Hemisphere, including large parts of Europe, Asia, and western North America. Most of these events are evident in higher frequencies of warm days and lower frequencies of cool nights (TN10p) and they mainly occurred during the shoulder seasons. The heat waves of Pakistan, India, and Indonesia could not be monitored from GHCNDEX due to lack of coverage. However, results from the ERA-Interim reanalysis (see Online Fig. S2.8) indicate anomalously high annual frequencies of warm days and low frequencies of cold nights over these areas during 2015.

The European heat wave is clearly evident in June–August hottest days (TXx), with anomalies of 4°–5°C, and to a lesser extent in corresponding



FIG. 2.8. Global average time series of the number of (a) warm days (TX90p) and (b) cool days (TX10p) over land. The dashed line shows a 5-year binomial smoothed time series. (Source: GHCNDEX.)

coldest nights (TNn), with anomalies of 1°–2°C (see Online Fig. S2.9). The frequency of both warm days and nights were also about double the normal for this period (see Fig. 2.9 and Online Fig. S2.7).

The Australian spring (September–November) experienced frequencies of cool nights and warm days well below and above average, respectively (Fig. 2.9), although anomalies in the hottest day and coldest night were not as extreme. The Russian and western North American springs (March–May) were also notably warm, similarly manifested in high frequencies of warm days and nights (Fig. 2.9).

The European autumn (September–November) also had anomalously high frequencies of warm days, whereas over northern North America and Greenland high frequencies of warm nights were more notable. Northern Russia and central Europe experienced warm days 3°–5°C warmer than normal during autumn. Interestingly, the northern central Asia autumn was relatively cold for both warm and cold extremes (Fig. 2.9).

*c. Cryosphere*

1) PERMAFROST THERMAL STATE—J. Noetzli, H. H. Christiansen, M. Gugliemin, V. E. Romanovsky, N. I. Shiklomanov, S. L. Smith, and L. Zhao

The Global Terrestrial Network for Permafrost (GTN-P) brings together long-term records on permafrost from permafrost regions worldwide (Smith and Brown 2009; Biskaborn et al. 2015). The two current observation elements are permafrost temperatures and active layer thickness (ALT). The ALT is the layer that thaws and freezes over the seasonal cycle; it generally increases in warmer conditions.

Permafrost has warmed over the past 2–3 decades, and generally continues to warm across the circumpolar north. Record-high temperatures were observed in 2015 on the Alaskan North Slope region and a noticeable warming has been recorded at several sites in the Alaskan Interior. Similar results have been obtained for northwestern Canada, Russia, and the Nordic regions. ALT for 2015 was generally greater than the long-term average. A detailed discussion of measurement results from Arctic terrestrial permafrost is provided in section 5i. In this section, results from the European Alps, central Asia, and continental Antarctica are summarized.

Mountain permafrost in the European Alps is patchy and its character and thermal conditions are spatially heterogeneous. The majority of permafrost is found between 2600 and 3000 m a.s.l. (Boeckli et al. 2012) in shady debris slopes and rock glaciers. There, permafrost temperatures have been measured for 1–2 decades and are typically above −3°C (Fig. 2.10). Recent installations on very high elevation shaded bedrock slopes show that the highest peaks can be significantly colder. For example, the Aiguille du Midi north face in the Mont Blanc area at 3840 m a.s.l. (see Figs. 2.10a,b), and the Matterhorn summit north slope at 4450 m a.s.l. experience annual mean temperatures near the surface as low as −10°C (Paolo Pogliotti, Environmental



FIG. 2.9. Seasonal anomalies of the frequency of (a–d) warm days (TX90p) and (e–h) cool nights (TN10p) for 2015 relative to the 1961–90 base period. There must be at least two months of data present within each season. (Source: GHCNDEX.)

Protection Agency of Valle d'Aosta, 20 February 2015, personal communication). Records measured within the Swiss Permafrost Monitoring Network (PERMOS) during the past 10 to 25 years show a general warming trend at depths to 10 and 20 m, especially over the past seven years (Figs. 2.10a,b). The recent warming is accentuated in 2015, when the highest permafrost temperatures were recorded at most PERMOS sites. This is a cumulative effect of the continuously warm weather conditions in recent years rather than a result of the extremely warm summer 2015. ALT reached new record values in 2015 at many PERMOS sites. Absolute ALT changes depend strongly on surface processes—mainly snow cover duration and thickness—and subsurface ice content (PERMOS 2013). The recent warming of permafrost in the Swiss Alps since 2009 has been accompanied by an increase of rock glacier velocities, as observed at multiple sites within Switzerland.

In the warm permafrost of the higher elevations of central Asia, ground temperatures have increased by up to 0.5°C decade[-1] since the early 1990s, and a general increase in ALT has been observed (e.g., Zhao et al. 2010). The ground temperature at sites along the Qinghai–Xizang Highway increased between 2004 and 2014 by 0.04°–0.5°C decade[-1] at 10-m depth, and about 0.01°–0.29°C decade[-1] at 20-m depth (Fig. 2.10c,d). Based on monitoring results extended by a freezing–thawing index model, the average increase of ALT was about 28 cm decade[-1] from 1981 to 2015 along the Qinghai–Xizang Highway (Fig. 2.11). The average ALT from 2011 to 2015 in Fig. 2.11 was about 15 cm more than the 2001–10 average. The mean annual air temperature in the Tibetan Plateau region increased at an average rate of 0.68°C decade[-1] over the past 35 years (Fig. 2.11).

Permafrost temperature at 20-m depth along the latitudinal transect in Victoria Land, continental Antarctica between Wright Valley and OASI (Terra Nova Bay), has increased by about 0.5°C since 2008 (Balks et al. 2016; Fig. 2.10e). This increase is independent of the air temperature, which has been stable since 1960. In contrast, there is no apparent trend in permafrost temperatures in maritime Antarctica (Rothera, Fig. 2.10e) despite recorded air warming in the area. ALT is strongly increasing in the coastal areas of continental Antarctica, between 5 cm year[-1] at Marble Point (Balks et al. 2016) and 0.8 cm year[-1] at Boulder Clay (Guglielmin et al. 2014a). In maritime Antarctica, at Signy Island, the active layer has ranged between 124 and 185 cm since 2006 (Guglielmin et al. 2012), while at Livingstone Island between 124 and 145 cm (De Pablo et al. 2014), both without any trends despite air temperatures having increased in this area.



**FIG. 2.10. Temperatures measured in permafrost boreholes. Boreholes for central and northern Europe at approximately (a) 10-m and (b) 20-m depth, with actual depths shown in parentheses; along Qinghai–Xizang Highway on the Tibetan Plateau at (c) 10-m and (d) 20-m depth; and (e) in Antarctica at 20-m depth: WV = Wright Valley; MP= Marble Point; OASI in Continental Antarctica; and Rothera in Maritime Antarctica. (Sources: Swiss Permafrost Monitoring Network PERMOS; Norwegian Meteorological Institute and the Norwegian Permafrost Database, NORPERM; EDYTEM/University of Savoie; Cryosphere Research Station on Qinghai–Xizang Plateau, CAS.)**



**Fig. 2.11. Annually-averaged ALTs and MAATs along Qinghai–Xizang Highway on the Tibetan Plateau (modified after Li et al. 2012 based on new data). (Sources: Cryosphere Research Station on Qinghai–Xizang Plateau, CAS.)**

2) NORTHERN HEMISPHERE CONTINENTAL SNOW COVER EXTENT—D. A. Robinson

Annual snow cover extent (SCE; Table 2.4; Fig. 2.12) over Northern Hemisphere (NH) lands averaged 24.6 million km² in 2015. This is 0.5 million km² less than the 46-year average and ranks 2015 as having the 36th most extensive (or 10th least extensive) cover on record. This evaluation considers snow over NH continents, including the Greenland ice sheet. SCE in 2015 ranged from 47.1 million km² in January to 3.0 million km² in August. Monthly SCE is calculated at the Rutgers Global Snow Lab from daily SCE maps produced by meteorologists at the National Ice Center (a U.S. joint NOAA, Navy, and Coast Guard facility), who rely primarily on visible satellite imagery to construct the maps.

SCE across the NH was close to average in January 2015, a balance between above-average cover in Eurasia (EU) and below-average over North America (NA). This reversed in Feb-

ruary, with SCE 1.1 million km² below average, mostly due to the ninth lowest SCE over EU. Both continents ranked among their 10 smallest for SCE during March. Spring melt proceeded faster over NA than EU, with the overall NH April coverage in the middle tercile. May and June behaved like most years within the past decade, quickly losing continental snow cover. This resulted in the sixth lowest May NH SCE and second lowest in June within the satellite era.

Much as in the previous two years, snow arrived early over NH continents during autumn 2015, with SCE 14th highest in September. Coverage continued expanding quickly in October and November, each month ranking seventh most extensive. December saw the brakes put on this rapid expansion, with coverage 0.2 million km² below average, or 32nd most extensive.

SCE over the contiguous United States was at the boundary of the middle and lower tercile in January 2015. It was within the middle tercile but nearer the above-normal side in February. The situation changed considerably in spring, with March SCE the fifth lowest on record and April ninth least extensive. Autumn 2015 began building slowly in October, ranking ninth lowest. This changed in November and December, which ranked 19th and 22nd most extensive, respectively.

**TABLE 2.4. Monthly and annual climatological statistics on Northern Hemisphere and continental snow extent between November 1966 and December 2015. Included are: number of years with data used in the calculations, means, standard deviations, 2015 values, and ranks. Areas are in km² (millions). 1968, 1969, and 1971 have 1, 5, and 3 missing months, respectively, thus are not included in the annual calculations. North America (N. Am.) includes Greenland. Ranks are from most extensive (1) to least (ranges from 46 to 50, depending on the month).**

|     | Years | Mean | Std. Dev. | 2015 | 2015 N. Hem rank | Eurasia rank | N. Am. rank |
|-----|-------|------|-----------|------|------------------|--------------|-------------|
| Jan | 49 | 47.1 | 1.6 | 47.3 | 22 | 18 | 32 |
| Feb | 49 | 46.1 | 1.8 | 45.0 | 36 | 41 | 20 |
| Mar | 49 | 40.6 | 1.8 | 38.5 | 43 | 41 | 40 |
| Apr | 49 | 30.6 | 1.7 | 30.1 | 28 | 21 | 35 |
| May | 49 | 19.3 | 1.9 | 17.0 | 44 | 38 | 47 |
| Jun | 48 | 9.7 | 2.4 | 5.4 | 47 | 47 | 47 |
| Jul | 46 | 4.0 | 1.2 | 2.5 | 42 | 39 | 44 |
| Aug | 47 | 3.0 | 0.7 | 2.6 | 34 | 39 | 23 |
| Sep | 47 | 5.4 | 1.0 | 5.9 | 14 | 18 | 8 |
| Oct | 48 | 18.3 | 2.6 | 21.4 | 7 | 6 | 11 |
| Nov | 50 | 34.0 | 2.1 | 36.2 | 7 | 7 | 19 |
| Dec | 50 | 43.7 | 1.9 | 43.5 | 32 | 30 | 22 |
| Ann | 46 | 25.1 | 0.8 | 24.6 | 36 | 29 | 39 |



**Fig. 2.12. Twelve-month running anomalies of monthly snow cover extent over Northern Hemisphere lands as a whole and Eurasia and North America (including Greenland) separately between Nov 1966 and Dec 2015. Anomalies are calculated from NOAA snow maps (http://snowcover.org) relative to 1981–2010. Monthly means for the period of record are used for 9 missing months between 1968 and 1971 in order to create a continuous series of running means. Missing months fall between Jun and Oct; no winter months are missing.**

Maps depicting daily, weekly, and monthly conditions, daily and monthly anomalies, and monthly climatologies for the entire period of record may be viewed at the Rutgers Global Snow Lab website (http://snowcover.org). Monthly SCE for the NH, EU, NA, contiguous U.S., Alaska, and Canada are also posted, along with information on how to access weekly areas and weekly and monthly gridded products.

### 3) ALPINE GLACIERS AND ICE SHEETS—M. S. Pelto

The World Glacier Monitoring Service (WGMS) record of mass balance and terminus behavior provides a global index for alpine glacier behavior. The WGMS dataset for terminus change contains 42000 observations from 2000 glaciers extending from the mid-19th century. There are 5200 geodetic and glaciological mass balance observations in this dataset. Annual mass balance is the annual change in volume due to snow and ice accumulation and snow and ice losses. Here, WGMS mass balance is reported in mm of water equivalent (Fig. 2.13). In 2014 mean mass balance was −798 mm for the 41 long-term reference glaciers and −586 mm for all 130 observed glaciers. Preliminary data for 2015 from 16 nations with more than one reporting glacier from Argentina, Austria, Canada, Chile, Italy, Kyrgyzstan, Norway, Switzerland, and the United States indicate that 2015 will be the 36th consecutive year of negative annual balances with a mean loss of −1162 mm for 27 reporting reference glaciers and −1481 mm for all 59 reporting glaciers (WGMS 2016). Reference glaciers are those with records longer than 30 years, hence the increase from 37 in 2014 to 41 this year. The number of reporting reference glaciers is 90% of all reporting glaciers but only 50% of all glaciers that have reported to date. The preliminary data indicate 2015 mass balance will be one of the two most negative along with 2003, with 2003 at −1268 mm for reference glaciers and −1198 mm for all glaciers.

The unprecedented ongoing retreat is a result of strongly negative mass balances over the last 32 years (Zemp et al. 2015). An examination of the WGMS record by Zemp et al. (2015) found that the rates of early 21st century mass loss are without precedent on a global scale, at least for the time period observed. The Randolph Glacier Inventory version 3.2 (RGI) was completed in 2014, compiling digital outlines of alpine glaciers using satellite imagery from 1999 to 2010. The inventory identified 198000 glaciers, with a total extent estimated at $726800 \pm 34000$ km$^2$ (Pfeffer et al. 2014). This inventory was crucial for glacier runoff modelling that indicates 11 of 13 alpine regions are experiencing decreased runoff (Bliss et al. 2014). This is due to a greater loss of glacier area than increased rate of glacier melt. The volume loss of alpine glaciers has led to a current sea level rise equivalent of approximately 0.8–1.0 mm year$^{-1}$ (Marzeion et al. 2012).

The cumulative mass balance loss from 1980 to 2015 is 18.8 m, the equivalent of cutting a 20.5 m thick slice off the top of the average glacier (Fig. 2.13). The trend is remarkably consistent from region to region (WGMS 2015a). The decadal mean annual mass balance was −261 mm in the 1980s, −386 mm in the 1990s, −727 mm for 2000s, and −818 mm from 2010 to 2015. The declining mass balance trend during a period of glacier retreat indicates alpine glaciers are not approaching equilibrium and retreat will continue to be the dominant terminus response (Zemp et al. 2015). The recent rapid retreat and prolonged negative balances have led to many glaciers disappearing and others fragmenting (Pelto 2010; Carturan et al. 2015).

In South America, seven glaciers in Colombia, Argentina, and Chile reported mass balance in 2015. All seven glaciers had losses greater than 1200 mm,



**FIG. 2.13. Mean annual (red bars) and cumulative (red line) annual balance reported for the 41 reference glaciers to the WGMS (1980–2015). The data for 2015 are preliminary, only including 27 reference glaciers at the time of publication.**

with a mean of −2200 mm. These Andean glaciers span 58° of latitude.

In the European Alps, mass balance has been reported for 15 glaciers from Austria, France, Italy, Spain, and Switzerland. All 15 had negative balances exceeding −1000 mm, with a mean of −1860 mm. This is an exceptionally negative mass balance, rivaling 2003 when average losses exceeded −2000 mm. The negative mass balances were largely due to an exceptionally hot summer (see section 7f), as in 2003.

In Norway, mass balance was reported for seven glaciers in 2015; all seven were positive with a mean of 860 mm. This is the only region that had a positive balance for the year. In Svalbard six glaciers reported mass balances, with all six having a negative mass balance averaging −675 mm.

In North America, Alberta, British Columbia, Washington (state), and Alaska mass balance data from 17 glaciers were reported with a mean loss of −2590 mm, with all 17 negative. This is the largest negative mass balance for the region during the period of record. From Alaska south through British Columbia to Washington the accumulation season temperature was exceptional with the mean for November–April being the highest observed (Fig. 2.14).

In the high mountains of central Asia, seven glaciers from China, Russia, Kazakhstan, and Kyrgyzstan reported data; all were negative with a mean of −705 mm.

### d. Hydrological cycle

#### 1) SURFACE HUMIDITY—K. M. Willett, D. I. Berry, M. G. Bosilovich, and A. Simmons

Surface moisture values in 2015 were at their highest level since the last El Niño event in 2010 (Fig. 2.15). Over land, levels of water vapor in the air (specific humidity) were well above the 1981–2010 average and approaching those of 1998 and 2010. Over oceans, annual average specific humidity values were higher than at any other point in the record that began in the early 1970s. The ability of the atmosphere to carry water vapor is limited by its temperature. The extra warmth associated with the El Niño, ongoing in some respects since 2014, together with generally above-average global temperatures, is consistent with the high atmospheric humidity seen in 2015. Similar anomalously high humidity levels are seen in the years following previous El Niño events, with the atmospheric humidity typically lagging the temperature changes by a few months.

Relative humidity levels in 2015 remained well below average, continuing an apparent declining trend since the early 2000s. While the land in situ data





FIG. 2.14. Columbia Glacier, Washington: 1 of 41 WGMS reference glaciers, viewed on 4 Aug 2015 from (a) below the terminus and (b) above the head of the glacier. Note the lack of retained snowcover with seven weeks left in the melt season. Numerous annual firn and ice layers exposed. (Photo credit: M. Pelto)

(HadISDH.2.1.0.2015p) are in broadscale agreement with the ERA-Interim and JRA-55 reanalyses in terms of overall behavior, HadISDH presents 2015 as slightly more moist than 2014 whereas both reanalyses present 2015 as slightly more arid. However, for HadISDH at least, the 2015−2014 difference is smaller than the annual uncertainty estimate for 2015 (±0.2% rh)

All estimates contain uncertainty. Arguably the largest sources of uncertainty, generally, are the gaps in sampling both in space and time. There is also uncertainty stemming from systematic errors in the data and the different methods for dealing with these by bias correction or homogeneity detection and adjustment. Over the ocean (Berry and Kent 2009, 2011), ship heights have increased over time, requiring height adjustment to avoid erroneously decreasing specific and relative humidity. Systematic biases have also been found between psychrometers housed within screens versus those that are hand held. Over land (Willett et al. 2013b, 2014b), changes to observing instruments, locations, or processes have been common and poorly documented, requiring statistical methods to account for them. Measurement uncertainty also plays a role. Reanalyses (Simmons et al. 2010; Simmons and Poli 2014) have the benefit

of the physical model and assimilation of high density observations with which to reduce the errors. However, they are not fully immune to such issues, and changing data streams over time can introduce inhomogeneities that can be substantial (Kent et al. 2014).

Despite these uncertainties, there is generally good agreement between the various estimates presented here [described more fully in Willett et al. (2013a, 2014a)]. The new MERRA-2 reanalysis (R. Gelaro et al. 2016 unpublished manuscript; Bosilovich et al. 2015) shows better agreement than the previously used MERRA, owing to improved data selection, inclusion of modern data, and model and data assimilation advances. MERRA-2 uses observation-corrected precipitation for



FIG. 2.15. Global average surface humidity annual anomalies (base period: 1979–2003). For in situ datasets, 2-m surface humidity is used over land and ~10-m over the oceans. For the reanalysis, 2-m humidity is used across the globe. For ERA-Interim, ocean-only points over open sea are selected and background forecast values are used as opposed to analysis values because of unreliable use of ship data in producing the analysis. All data have been adjusted to have a mean of zero over the common period 1979–2003 to allow direct comparison, with HOAPS given a zero mean over the 1988–2003 period. ERA values over land are from ERA-40 prior to 1979 and ERA-Interim thereafter. [Sources: HadISDH (Willett et al. 2013a, 2014a); HadCRUH (Willett et al. 2008); Dai (Dai 2006); HadCRUHext (Simmons et al. 2010); NOCSv2.0 (Berry and Kent, 2009, 2011); HOAPS (Fennig et al. 2012) and reanalyses as described in Fig. 2.1. Data provide by authors, A. Dai, M. Bosilovich and S. Kobayashi.]

forcing the land surface, which helps constrain the near-surface temperature and moisture over land (Reichle and Lui 2015). While the year-to-year variability is similar to the other estimates, there are some deviations around 2002 and 2007–09 (Fig. 2.15). These are thought to be linked to variability in the precipitation forcing at those times. All agree on the most recent period having the highest specific humidity levels on record while also being the most arid in relative humidity terms (Fig. 2.15).

Spatially, specific humidity was anomalously high over much of the land, especially over India and Southeast Asia, which was also common to 1998 and 2010 (Plate 2.1k; Online Figs. S2.10, S2.11). In contrast to 2014, the United States experienced almost entirely above-average specific humidity. Southern Africa was particularly dry. Over oceans, data quality significantly impacts the spatial coverage of the in situ data, meaning that the key El Niño–Southern Oscillation (ENSO) region of the Pacific Ocean is not well observed. ERA-Interim and MERRA-2 show strong moist anomalies there, in good agreement with the other hydrological cycle ECVs and the very warm SSTs (Plate 2.1c, Online Figs. S2.1 to S2.3).

Relative humidity was anomalously low over much of the land (Plate 2.1l; Online Fig. S2.12). Interestingly, some regions, such as southern Africa and Australia, experienced both below-average water vapor amounts (specific humidity) and levels of saturation (relative humidity), while other regions, such as the United States and southern India, experienced above-average water vapor but below-average saturation. The regions of low relative humidity are broadly, but not exactly, consistent with below-average precipitation (Plate 2.1h). Over the oceans there was a strong dipole along the equatorial Pacific with much lower-than-average values to the south. This was slightly farther north than the specific humidity dipole associated with the El Niño warm pool.

## 2) TOTAL COLUMN WATER VAPOR—C. Mears, S. Ho, J. Wang, H. Huelsing, and L. Peng

Total column water vapor (TCWV) rapidly increased during 2015 in response to the 2015/16 El Niño event (Fig. 2.16), with the annual average anomaly lying well above the long-term average. Estimates come from satelliteborne microwave radiometers over ocean (Wentz 1997, 2015), COSMIC



**Fig. 2.16. Global average total column water vapor anomalies (mm; 1981–2010 reference period) for (a,b) ocean only and (c,d) land only for observations and reanalyses (see Fig. 2.1 for reanalyses references) averaged over 60°S–60°N. The shorter time series have been given a zero mean over the period of overlap with ERA-Interim (1988–2015 for RSS Satellite, 1995–2015 for GNSS, 2007–15 for COSMIC).**

GPS-RO (Global Positioning System–Radio Occultation) over land and ocean (Ho et al. 2010; Teng et al. 2013; Huang et al. 2013), and ground-based GNSS (Global Navigation Satellite System) stations (Wang et al. 2007) over land. The 2015 anomaly map (Plate 2.1o) combines data from satellites over ocean and COSMIC GPS-RO over land with ground-based GNSS stations (Wang et al. 2007) also shown. Most of the tropical Pacific showed a large wet anomaly, which grew to unprecedented size by the end of 2015. Wet anomalies, albeit less pronounced, covered most of the rest of the globe, except for dry anomalies over the Maritime Continent, north of New Zealand, to the south of Greenland, southern Africa, and the Amazon basin. The spatial patterns in TCWV over the ocean (Plate 2.1o) are confirmed by similar features in COSMIC ocean measurements and supported by reanalysis output.

Over the ocean, the TCWV anomaly time series (Fig. 2.16a,b) from reanalyses and microwave radiometers show maxima in 1983/84, 1987/88, 1997/98, 2009/10, and late 2015, each associated with El Niño events. The December 2015 anomaly is the largest recorded for any month, particularly in the satellite radiometer data. This is a result of the large wet

anomaly in the tropical Pacific Ocean, coupled with the lack of large dry anomalies across the rest of the world. The radiometer data show a discernible increasing trend over the period. The different reanalysis products show reasonable agreement from the mid-1990s but deviations prior to that, resulting in a range of long-term trends. Minima are apparent in Northern Hemisphere winters during the La Niña events of 1984/85, 1988/89, 1999/2000, 2007/08, and late-2010 to mid-2012. The ocean-only COSMIC data are in general agreement with the reanalysis and radiometer data, but show a sharp peak in early 2012 and a small dip relative to the other data after 2013.

Over land, average anomalies from the ground-based GNSS stations are used in place of the satellite radiometer measurements (Figs. 2.16c,d), providing a record back to 1995, alongside the much shorter COSMIC record. The various reanalysis products, COSMIC, and GNSS are in good agreement throughout the record and all show a subtle increase in TCWV, similar to over ocean.

A land-and-ocean time–latitude plot derived from JRA-55 (Fig. 2.17) indicates that the long-term increase in TCWV is occurring at all latitudes, with less variability outside the tropics. The El Niño events are clear, especially the 1997/98 event. The previous strong El Niño events during 1983/84 and 1997/98 showed pronounced drying in the northern tropics that accompanied moistening on the equator and the southern subtropics. Although similar in strength in terms of sea surface temperature, the TCWV response to the current El Niño does not show this feature (see Sidebar 1.1; Online Fig. S2.13).



**Fig. 2.17. Hovmöller plot of total column water vapor anomalies (mm; base period 1981–2010) including land and ocean derived from JRA-55 reanalysis.**

### 3) UPPER TROPOSPHERIC HUMIDITY—V. O. John, L. Shi, and E.-S. Chung

Global scale monitoring of upper tropospheric relative humidity (UTH) was first reported last year, using one dataset of satellite origin and one reanalysis. However, the reanalysis data showed drying of the upper troposphere since 2001 that was not present in the satellite data. Therefore, for this year, two independent UTH satellite datasets are used. One is the infrared-based HIRS dataset (Shi and Bates 2011) which was used last year, and the other is the microwave-based UTH dataset (Chung et al. 2013). UTH represents a weighted average of relative humidity in a broad layer, roughly between 500 and 200 hPa. Humidity distribution at these levels of the atmosphere is a key climate variable due to its strong control on the outgoing longwave radiation (OLR) which makes a strong feedback factor in the climate system.

Area-weighted anomaly time series of UTH for the 60°N–60°S latitude belt are shown in Fig. 2.18. The anomalies are computed relative to 2001–10 because the microwave-based UTH dataset begins only in 1999. A slightly below-average 2015 anomaly is observed. A near-zero trend in the UTH time series indicates an increase in specific humidity in the warming upper troposphere and is consistent with a positive water vapor feedback (Chung et al. 2016). It is encouraging to see good agreement between the two independent datasets despite their differences in sampling: microwave data have an almost all-sky sampling whereas HIRS data samples mainly clear-sky areas. The annual average of UTH for 2015 (Plate 2.1n; Online Fig. S2.14) shows large moist anomalies over the central and eastern tropical Pacific and dry anomalies over the Maritime Continent, which results from the strong El Niño of 2015. This signal is stronger in the microwave dataset (Online Fig. S2.14) compared to HIRS (Plate 2.1n), possibly because of the sampling differences. The weak dry anomalies over India are an indication of the weak monsoon season in 2015 (see section 7g4).



**FIG. 2.18. Anomaly time series of upper tropospheric humidity using HIRS (black) and microwave (blue) datasets. The anomalies are computed based on 2001–10 average, and the time series is smoothed to remove variability on time scales shorter than 3 months.**

### 4) PRECIPITATION—R. S. Vose, A. Becker, K. Hilburn, G. Huffman, M. Kruk, and X. Yin

Precipitation over the global land surface in 2015 was far below the long-term average (Fig. 2.19). In fact, 2015 was the driest year on record in two prominent global products: the Global Precipitation Climatology Centre (GPCC) dataset (Schneider et al. 2011; Becker et al. 2013), which is based on surface stations, and the Global Precipitation Climatology Project (GPCP) version 2.3 (Adler et al. 2003), which is based on both satellite data and surface stations. Last year was also among the five driest years on record in a new (experimental) version of another prominent global product, the Global Historical Climatology Network (GHCN) dataset (Peterson and Vose 1997; Menne et al. 2012), which contains about five times as many surface stations as its operational counterpart (version 2).

From a spatial perspective, coherent anomaly patterns were evident across the global land surface in 2015 (Plate 2.1h). El Niño affected precipitation in many areas; in particular, below-average precipitation fell over much of northeastern South America, southern Africa, the Maritime Continent, and northern Australia, while above-average precipitation fell over the southeastern quadrants of North and South America. Relative to 2014, northern and eastern Asia became much wetter while western Europe became much drier.

In contrast to global land areas, precipitation over the global ocean surface in 2015 was much above the long-term average, continuing the general increase of the last five years (Fig. 2.19). Above-normal precipitation over the ocean served as a counterpoint to below-normal precipitation over land, and thus the global value for 2015 was slightly above the long-term



**FIG. 2.19. Globally averaged precipitation anomalies (mm) for (a) four in situ datasets over land (1961–90 base period) and (b), (c) one satellite-based dataset over ocean (1988–2010 base period). Ocean averages are for the global ocean equatorward of 60° latitude using a common definition of "ocean" and the annual cycle has been removed.**

average. The ongoing El Niño, which was particularly dominant in the tropics in the latter half of the year, resulted in several distinct anomaly patterns over the ocean (Plate 2.1h). In particular, an intense positive anomaly of rainfall stretched across the Pacific Ocean along the Inter-Tropical Convergence Zone, just north of the equator. The western Pacific experienced two distinct anomaly maxima (a larger one slightly to the south of the equator and a secondary one to the north). In addition, there was a strong negative rainfall anomaly over the seas of the Maritime Continent. Other large anomalies for 2015 include above-normal rainfall over the central Indian Ocean and the eastern Pacific Ocean (east of the Hawaiian Islands) as well as below-normal precipitation in parts of the northern and southern Pacific Oceans.

5) CLOUDINESS—M. J. Foster, S. A. Ackerman, K. Bedka, R. A. Frey, L. Di Girolamo, A. K. Heidinger, S. Sun-Mack, B. C. Maddux, W. P. Menzel, P. Minnis, M. Stengel, and G. Zhao

Based on the longest continuous record of cloud cover, PATMOS-x (Pathfinder Atmospheres Extended; Heidinger et al. 2013), 2015 was 1.4% less cloudy than the 35-year average, making it the 10th least cloudy year on record. Global mean annual cloudiness anomalies from eight satellite records are shown in Fig. 2.20. Four of the records—MISR (Multiangle Imaging Spectroradiometer; Di Girolamo et al. 2010), *Aqua* MODIS C6 (Moderate Resolution Imaging Radiospectrometer Collection 6; Ackerman et al. 2008), *CALIPSO* (Cloud-Aerosol Lidar and Infrared Pathfinder Satellite Observation; Winker et al. 2007), and CERES (Clouds and the Earth's Radiant Energy System) *Aqua* MODIS (CERES-MODIS; Minnis et al. 2008; Trepte et al. 2010) show little change in global cloudiness from 2014 to 2015 (<0.1%). PATMOS-x and HIRS (High Resolution Infrared Sounder; Wylie et al. 2005; Menzel et al. 2014)—show modest increases of 0.30% and 0.29%, respectively, while SatCORPS (Satellite ClOud and Radiative Property retrieval System; Minnis et al. 2015) shows an increase of 1.1%,

and CLARA-A2 (Cloud, ALbedo and RAdiation dataset; Karlsson et al. 2013) shows a modest decrease of 0.25%. Three of the records—PATMOS-x, CLARA-A2, and SatCORPS—are derived from the AVHRR (Advanced Very High Resolution Radiometer) on the NOAA Polar Orbiter Environmental Satellite series and more recently the EUMETSAT Polar System Metop series. SatCORPS is the most recent addition and was developed through the NOAA Climate Data Record program. CLARA-A2 is the successor to CLARA-A1 and includes several changes, the most notable to impact global cloudiness being improvements in cloud detection over semiarid regions. In addition to instrument sensitivity and calibration, several factors contribute to differences among the records. For example, the AVHRR-derived records use different methods to account for satellite diurnal drift, while HIRS is primarily focused on detection of cirrus cloud.

The satellite records are in good agreement post-2000, but prior to 2000, global cloudiness was more variable among the records and was relatively higher for all series with the exception of SatCORPS. Four of the records in Fig. 2.20 are derived from instruments flown on the NASA Earth Observing System (EOS) satellite missions, beginning in 1999 with the launch of *Terra*. MISR is flown on *Terra*, while CERES and MODIS are flown on *Terra* and *Aqua* (launched in 2002). Recent calibration issues with IR channels on *Terra*/MODIS have resulted in artificial positive trends in cloudiness, noticeable from around 2010, so only *Aqua*/MODIS is included here. *CALIPSO* was launched in 2006.

One explanation posited for the discrepancy between pre- and post-2000 is the lack of strong El Niño events in recent years. The last strong El Niño event was observed in 1997/98. Thus 2015 is significant in that it is the first year with a strong El Niño event during the NASA EOS/post-2000 era. The close agreement between cloud records and lack of a large positive cloudiness anomaly in relation to the current El Niño suggest that El Niño events in the 1980s and 1990s are, by themselves, not sufficient to explain the larger variability and higher cloudiness seen in the records of that time.

Figure 2.21 shows the shift in the tropical ice clouds during the 2015/16 and 1997/98 El Niño events (see Sidebar 1.1). The 1998 and 2016 images show observations during strong El Niño months while the 1997 and 2015 images show the same month of the previous year (preceding the El Niño). Both El Niño events see a dramatic shift of ice clouds in January from the Warm Pool region of the western Pacific to



FIG. 2.20. Annual global cloudiness anomalies for 1981–2015 (base period, 2003–14, a period common to the satellite records excluding *CALIPSO*, where the entire record was used instead). Datasets include PATMOS-x, HIRS, MISR, *AQUA* MODIS C6, *CALIPSO*, CERES, SatCORPS and CLARA-A2.



**Fig. 2.21. Mean ice cloud fractions for Jan 1997, 1998, 2015 and 2016. Data from 1997 and 1998 are from NOAA-14/AVHRR and data from 2015 and 2016 from SNPP/VIIRS.**

central Pacific. This caused statistically significant (at the 5% level) lower cloud cover over the Maritime Continent and the equatorial western Pacific and correspondingly significant higher cloud cover across the central and eastern Pacific (see Plate 2.1m). As the warm SSTs shift to the east, so do the tropical convection and the associated ice cloud. The 1997/98 data were taken from the AVHRR PATMOS-x record, which spans 1982–present. The 2015/16 data were generated using the SNPP/VIIRS instrument, which is the successor to the AVHRR.

Smaller, but still statistically significant, anomalies were observed across the globe, with many regional anomalies being attributable to teleconnections associated with El Niño. For example, the Amazon basin experienced significant drought, which corresponded to a reduction in cloud cover. The cloud cover over the southeast Pacific off the coast of Peru and the stratocumulus deck off the coast of southwest North America were both anomalously low. Interestingly, other atmospheric oscillations such as the record positive Pacific decadal oscillation (PDO) showed little impact on the annual and monthly cloud cover.

Other anomalies, not statistically significant for the entire year, were observed in the first half of the year, prior to El Niño (see Online Figs. S2.15, S2.16). Some of these anomalies corresponded with a record positive PDO, but were not directly attributable to it. Large positive anomalies in cloud cover over the

southern United States coincided with its wettest month on record in May (see section 7b2).

### 6) RIVER DISCHARGE—H. Kim

Runoff is one of the key components of the terrestrial water cycle. It serves as an integrated residual of the various hydraulic and hydrological processes after water has fallen on the land as precipitation. River discharge accumulates and transports total runoff generated in upstream watersheds to the ocean, playing a significant role in the freshwater balance and the salinity of the ocean.

Because of the lack of an observational methodology for real-time global long-term monitoring (Fekete et al. 2012), offline model simulation has been the primary method rather than in situ networks [e.g., the Global Runoff Data Centre (GRDC); Fekete, 2013]. A 58-year (1958–2015) terrestrial hydrologic simulation is performed by the ensemble land surface estimator (ELSE; Kim et al. 2009). The atmospheric boundary condition has been updated to use the second Japanese global atmospheric reanalysis (JRA-55; Kobayashi et al. 2015) and the Monitoring Product version 5 (Schneider et al. 2015) monthly observational precipitation by the Global Precipitation Climatology Centre (GPCC). The other parts of the simulation framework remain as described by Kim and Oki (2015). ELSE has been validated against the GRDC and also terrestrial water storage from GRACE (Kim et al. 2009).

The global distributions of runoff and river discharge anomalies in 2015 (relative to the 1958–2015 base period) are illustrated in Plates 2.1i and 2.1j, respectively. Most river basins in the tropics, such as the Congo, Zambezi, Tocantins, and São Francisco, show anomalously dry conditions. Among the major river basins in the subtropics and temperate regions, the Danube, La Plata, Indus, and Yangtze were wetter than the climate normal. The Mississippi, Nile, and Volga were drier than their long-term mean states. Many of the basins in northern latitudes (e.g., Ob, Yenisei, and Lena) were wetter than their climatological mean.

The 58-year time series of total terrestrial runoff anomalies and of the ENSO intensity are shown in Fig. 2.22. Variations of annual mean runoff and the oceanic Niño index (ONI) time series, smoothed by 12-month window moving average, are significantly anticorrelated with each other (R = −0.63). Because a strong El Niño developed through 2015, at the global scale the mean anomaly turned into a dry phase. However, it still remained close to the climate normal because of the lingering effect of La Niña



**Fig. 2.22. (a) Interannual variability of global runoff anomalies relative to the 1958–2015 base period (thick line for 12-month window moving average) and (b) the oceanic Niño index (ONI) [red and blue shades for positive and negative phases, respectively, with lighter (darker) shades representing weaker (stronger) phases in (a)].**



**Fig. 2.23. Seasonal variations of global and continental runoff. Gray bars show the 58-year climatology (1958–2015) with error bars for 2σ and colored lines for the most recent 4 yrs.**

after the 2009/10 El Niño. As shown in Fig. 2.23, seasonal variations of global runoff remained near the long-term mean during the boreal spring and summer and turned into a strong dry phase (~2σ) from the boreal autumn onwards. Regionally, North America, Asia, and Europe experienced significantly dry conditions during the latter half of 2015, and the dry condition was persistent in Africa through the entire year. During the most recent four years, large interannual variability affected South America, Europe, and Australia during February–July while the seasonal fluctuations in Africa were weak.

### 7) GROUNDWATER AND TERRESTRIAL WATER STORAGE— M. Rodell, D. P. Chambers, and J. S. Famiglietti

Terrestrial water storage (TWS) comprises groundwater, soil moisture, surface water, snow, and ice. Groundwater varies more slowly than the TWS components that are more proximal to the atmosphere, but often it is more dynamic on multiannual timescales (Rodell and Famiglietti 2001). In situ groundwater data are archived and made public by only a few countries. However, since 2002 the Gravity Recovery and Climate Experiment (GRACE; Tapley et al. 2004) satellite mission has been providing ob-

servations of TWS variations which are a reasonable proxy for unconfined (having a free water table that responds to atmospheric pressure and processes like plant uptake and evaporation) groundwater variations at climatic scales.

Changes in mean annual TWS from 2014 to 2015 are plotted in Plate 2.1g as equivalent heights of water in cm. TWS can be thought of as an integrator of other hydroclimatic variables (see Plates 2.1f–p). In addition to being very warm, 2015 was a dry year in terms of water in the ground, particularly in the southern tropics. TWS decreased in central and eastern South America, in southern Africa, and in central Australia. In 2014 the former two regions mostly had gained TWS. The year 2015 was also dry for much of the western United States and Canada, as the historic drought in California reached a crescendo in autumn before El Niño brought some relief. Drought diminished water levels across a swath of central Europe, from France across to western Russia. A combination of drought and water consumption most likely continued to diminish groundwater in the Middle East (Voss et al. 2013), northern India (Rodell et al. 2009; Panda and Wahr 2016), and the North China Plain (Feng et al. 2013). On the other hand, Turkey recovered from a major drought, and TWS also increased in a longitudinal band from Pakistan north through Afghanistan, Kazakhstan, and west central Russia. TWS also increased appreciably in Morocco (heavy rainfall in August), Texas and northern Mexico (continued recovery from a deep drought), central Argentina (heavy rains in February and August), and Peru and western Brazil. Northern Africa and eastern Asia were a mosaic of increasing and decreasing TWS, as seen in Plate 2.1g. Significant reductions in TWS in Greenland, Antarctica, and southern coastal Alaska represent ongoing ice sheet and glacier ablation, not groundwater depletion.

Figures 2.24 and 2.25 show time series of zonal mean and global, deseasonalized monthly TWS anomalies from GRACE, excluding Greenland and Antarctica. Data gaps occur in months when the satellites were powered down during certain parts of the orbital cycle to conserve battery life. Relative dryness in the southern tropics and northern equatorial zone in 2015 is clear in Fig. 2.24, while the northern midlatitudes maintained their low TWS conditions. All told, Earth's nonpolar TWS hit a new GRACE-period low in 2015, −2.3 cm equivalent height of water (Fig. 2.25), equivalent to about 9 mm of sea level rise across the global oceans.



**Fig. 2.24. GRACE zonal mean terrestrial water storage anomalies (cm equivalent height of water; base period: 2005–10). Gray areas indicate months when data were unavailable.**



**Fig. 2.25. GRACE global average terrestrial water storage anomalies (cm equivalent height of water, base period: 2005–10).**

8) Soil moisture—W. A. Dorigo, D. Chung, A. Gruber, S. Hahn, T. Mistelbauer, R. M. Parinussa, C. Paulik, C. Reimer, R. van der Schalie, R. A. M. de Jeu, and W. Wagner

Satellite-mounted microwave instruments can measure the moisture content of the upper few centimeters of the unsaturated soil column. Dedicated soil moisture missions, such as the Soil Moisture Active Passive (SMAP) mission launched in 2015 by NASA, are able to provide nearly contiguous global spatial coverage at daily time scales but, as stand-alone missions, are too short for assessing soil moisture variability and change in the context of a changing climate. To bridge this gap, the ESA Climate Change Initiative (CCI) developed the first multisatellite surface soil moisture dataset (ESA CCI SM), which combines observations from a large number of historical and present-day passive and active microwave instruments (De Jeu et al. 2012b; Liu et al. 2012; Wagner et al. 2012). The current version of the dataset combines nine different sensors (SMMR, ERS-1/2, TMI, SSM/I, AMSR-E, ASCAT, WindSat, AMSR2, and SMOS) between late 1978 and December 2015. It has been used for a wide range of applications (e.g., Dorigo and De Jeu 2016) and has been benchmarked against a large number of land surface models and in situ datasets (Albergel et al. 2013; Dorigo et al. 2015b;

Loew et al. 2013), revealing a good performance across the globe except for densely vegetated areas. The surface soil moisture content sensed by the microwave satellites is closely linked to that of the root zone (Paulik et al. 2012), except for very dry conditions where they may become decoupled (Hirschi et al. 2014). Based on the ESA CCI SM dataset, the yearly and monthly anomalies are computed here with respect to a 1991–2014 climatology.

For 2015, spatial anomaly patterns (Plate 2.1f) are markedly different from 2014 when, on a global scale, near-normal conditions prevailed (Dorigo et al. 2015a). The anomalous dry conditions in central-eastern Europe and Spain mainly resulted from the excessively warm and dry summer and autumn in this region (http://edo.jrc.ec.europa.eu/; ZAMG 2016, see October monthly anomalies; Online Fig. S2.17j). For eastern Brazil, strong anomalous negative soil moisture conditions were observed for the fourth consecutive year (Dorigo et al. 2014, 2015a; Parinussa et al. 2013), which may further exacerbate shortfalls in water supply in the states of São Paulo, Rio de Janeiro, and Minas Gerais. Below-average soil moisture conditions in southern Africa resulted from a dry episode in the southwest in early 2015, in combination with aggravating drought conditions towards the end of the year in the southeastern part of the continent (Online Fig. S2.17), increasing the risk of crop failure and food shortage in South Africa, Mozambique, Madagascar, Malawi, and Zimbabwe. For parts of Queensland, Australia, negative anomalies were a continuation of drought conditions observed in this region over the past three years (BoM 2016; Dorigo et al. 2014, 2015a). Even though most parts of Indonesia and Papua New Guinea are masked as missing because of dense vegetation, which is impenetrable for the microwave sensors used in ESA CCI SM, strong negative anomalies were still observed in the agricultural areas. Dry conditions promoted deforestation and biomass burning practices in this area, causing severe air quality problems during several months (sections 2g3, 2h3; Sidebar 2.2).

Prevailing wet soil moisture anomalies were observed for most of the United States, including the southwest, which was previously plagued by a persistent drought for several years (Dorigo et al. 2014, 2015a). Large parts of the United States experienced their wettest May on record (see section 7b2), which is reflected by the strong positive soil moisture anomalies (Online Figs. S2.17e,f). The shift from dry to wet conditions from October through November was remarkable, following the passage of Hurricane Patricia (Online Fig. S2.17). Anomalous wet

soil moisture conditions were also observed in eastern China with reported severe floods in May–June. The southern part of South America also experienced wetter-than-usual conditions, including severe flooding in Argentina and heavy precipitation in the Chilean Atacama Desert in March (see section 7c3).



**Fig. 2.26.** Time series of average global soil moisture anomalies for 1991–2015 (base period: 1991–2014). Data were masked as missing where retrievals were either not possible or of very low quality (dense forests, frozen soil, snow, ice, etc.). (Source: ESA CCI.)

To a large extent, the spatially distinct patterns in 2015 can be related to the strong El Niño conditions during the second half of the year (NOAA/ESRL 2016). ENSO anomalies are known to potentially cause continentwide deviations in terrestrial water storages (Bauer-Marschallinger et al. 2013; Boening et al. 2012; De Jeu et al. 2011, 2012a; Miralles et al. 2014c). ENSO-driven global negative soil moisture anomalies were clear during the 1997/98 El Niño, while positive anomalies were observable for the strong La Niña episode of 2010/11, especially for the Southern Hemisphere (Fig. 2.26). The negative soil moisture anomalies in the Southern Hemisphere are visible in the time–latitude diagram (Fig. 2.27), which shows the strongest anomalies in the southern tropics. However, even though El Niño conditions in 2015 were almost as strong as in 1997/98, its impact up to the end of 2015 on global soil moisture was not as strong. This suggests that other climate oscillations may have partly counterbalanced the effects of El Niño during 2015 at least.

No evident large-scale, long-term global soil moisture trends can be observed (Figs. 2.26, 2.27). However, this does not exclude the existence of long-term trends at the regional or local scale (Dorigo et al. 2012). Trends in average global soil moisture should be treated with caution owing to dataset properties changing over time and the inability to observe beneath dense vegetation, for mountain areas, or frozen soils (cf. gray regions in Plate 2.1f and Online Fig. S2.17).

### 9) Monitoring global drought using the self-calibrating Palmer drought severity index—T. J. Osborn, J. Barichivich, I. Harris, G. van der Schrier, and P. D. Jones

Hydrological drought results from a period of abnormally low precipitation, sometimes exacerbated by additional evapotranspiration (ET), and its occurrence can be apparent in reduced river discharge, soil moisture, and/or groundwater storage, depending on season and duration of the event. Here, an esti-



**Fig. 2.27.** Time–latitude diagram of soil moisture anomalies (base period: 1991–2014). Data were masked as missing where retrievals are either not possible or of low quality (dense forests, frozen soil, snow, ice, etc.). (Source: ESA CCI.)

mate of drought called the self-calibrating Palmer drought severity index is presented (scPDSI; Palmer 1965; Wells et al. 2004; van der Schrier et al. 2013a) using precipitation and Penman–Monteith potential ET from an early update of the CRU TS 3.24 dataset (Harris et al. 2014). Moisture categories are calibrated over the complete 1901–2015 period to ensure that "extreme" droughts and pluvials relate to events that do not occur more frequently than in approximately 2% of the months. This affects direct comparison with other hydrological cycle variables in Plate 2.1, which use a different baseline period. Other drought indices can give varied results (see van der Schrier et al. 2015).

van der Schrier et al. (2015) noted that 2014 appeared to have a remarkably small global area affected by drought, but the updated analysis (Fig. 2.28, with additional precipitation data that was not available at the time) now suggests that 2014 was affected by more extensive droughts (8% of land in severe drought at the end of 2014, compared with only 5% previously estimated). See Online Fig. S2.18 for a comparison with last year's analysis.



**Fig. 2.28.** Percentage of global land area (excluding ice sheets and deserts) with scPDSI indicating moderate (< –2), severe (< –3) and extreme (< –4) drought for each month of 1950–2015. Inset: 2015 monthly values.

There was a large expansion in the overall area of drought across the globe in 2015 (Fig. 2.28, inset), with 14% of global land seeing severe drought conditions (scPDSI < –3) by the end of the year. The areas where scPDSI indicates moderate (30%), severe (14%), or extreme (5%) droughts by the end of 2015 are among the highest in the post-1950 record, exceeded only by some years in the mid-1980s. The 2015 peak should be interpreted cautiously, given that more observations for the final months of 2015 will become available in due course (see Online Fig. S2.18).

The regional patterns of drought (Plate 2.1p) are partly associated with the strong El Niño event that developed during 2015. The full effect of this event may not be apparent until 2016, and other factors dominate in regions where the influence of the tropical Pacific is weak. Averaged over 2015, almost no regions of Africa experienced wet spells, and indeed most land areas south of 20°N across all continents were either near-normal (31% with scPDSI within ±1) or subject to some degree of drought (56% with scPDSI <–1).

Extensive severe or extreme drought affected many countries in southern Africa, intensifying as the 2015 El Niño progressed. These areas had been slowly recovering since a dry spell that began with the previous El Niño in 2010. In the Horn of Africa, severe drought affected Ethiopia and some neighboring regions in 2015, with significant impacts despite being apparent only over a relatively small region in the scPDSI data (Plate 2.1p). Very few areas of Africa exhibited wet spells in the 2015 mean scPDSI.

The effects of the 2014 drought in southeastern Brazil continued to be felt in 2015, though high rainfall farther south over the Paraná basin (consistent with previous strong El Niño events) replaced drought with wet conditions. New regions of drought emerged in the El Niño-sensitive regions of northeastern Brazil, Venezuela, and Colombia; these are expected to impact water supplies, hydroelectric power, and crop yields as El Niño continues into 2016. Parts of Chile remained in a severe 6-year drought in 2015 despite wetter El Niño conditions (www.cr2.cl/megasequía).

Drought conditions developed in some Central American and Caribbean nations, such as Guatemala and Haiti, contributing to food insecurity in the region. California continued to experience severe or extreme drought conditions, while most of the U.S. Midwest, South, and East were moderately or very wet, extending into Ontario, Canada.

Dry conditions were widespread across Australia, continuing from 2014. Severe or extreme drought conditions were apparent along the west coast, the southeast, and parts of Queensland, a region particularly susceptible to drought during protracted El Niño events, like the current one (section 2e1). Farther north, dry conditions were established across many parts of the Maritime Continent and parts of Southeast Asia, especially Myanmar and southwestern China (Plate 2.1p). Drought also affected parts of northern China and Mongolia in 2015 according to the scPDSI metric. In contrast with 2014, drought conditions were not evident in India despite a dry monsoon season. This was due to heavy out-of-season rainfall both early and late in the year. Dry conditions were, however, apparent over many Middle East countries.

In Europe, there was a strong contrast between the wet conditions of the southeast and Turkey and the severe drought indicated by scPDSI in eastern Europe and western Russia, affecting important crop production regions. Though not apparent in the annual-mean scPDSI (Plate 2.1p), July to December was very dry in Turkey, consistent with the strong positive North Atlantic Oscillation in late 2015 (sections 2e1, 7f).

The expansion in drought-affected areas during 2015 is similar to the earlier expansion during 1982 (Figs. 2.28, 2.29a), also a year when a strong El Niño developed, and is consistent with the reduction in the atmospheric transport of moisture from oceans to land during El Niño events (Dai 2013). The patterns of scPDSI drought (Plate 2.1p) correspond partly to those regions where El Niño events are associated with reduced rainfall (southeastern Africa, northeastern Australia, the Maritime Continent, and northeastern Brazil). There is weaker agreement with the 1997 pattern (Fig. 2.29b), which had less extensive droughts than in 2015, contributing to the absence of a clear signal in drought-affected area during the

## SIDEBAR 2.1: GLOBAL LAND EVAPORATION—D. G. MIRALLES, B. MARTENS, A. J. DOLMAN, C. JIMÉNEZ, M. F. MCCABE, AND E. F. WOOD

Evaporation of water from soils, snow-covered surfaces, continental water bodies, and vegetation (either via transpiration or interception loss) accounts for approximately two-thirds of continental precipitation. As such, land evaporation represents a key mechanism governing the distribution of hydrological resources, spanning catchment to planetary scales. The ability to monitor land evaporation dynamics is also critical in climatological applications, since evaporation 1) represents the exchange of latent energy from land to atmosphere, directly affecting air temperature; 2) influences air humidity and cloud formation, playing a strong role in driving atmospheric feedbacks; and 3) is intrinsically connected to photosynthesis, echoing changes in vegetation carbon fixation. A number of recent studies have highlighted the impact of evaporation on climate trends (e.g., Douville et al. 2013; Sheffield et al. 2012) and hydrometeorological extremes (e.g., Teuling et al. 2013; Miralles et al. 2014a).

To date, land evaporation cannot be observed directly from space. However, a range of approaches have been proposed to indirectly derive evaporation by applying models that combine the satellite-observed environmental and climatic drivers of the flux (e.g., Price 1982, Nemani and Running 1989; Anderson et al. 1997; Su 2002). Pioneering efforts targeting the global scale (Mu et al. 2007; Fisher et al. 2008) have been advanced by international activities to further explore and develop global datasets, such as the European Union Water and global Change (WATCH) project, the LandFlux initiative of the Global Energy and Water-cycle Exchanges (GEWEX) project, and the European Space Agency (ESA) Water Cycle Multi-mission Observation Strategy (WACMOS)-ET project.

Nonetheless, continental evaporation remains one of the most uncertain components of Earth's energy and water balance. Both the WACMOS-ET and LandFlux projects have brought to light the large discrepancies among widely used, observation-based evaporation datasets, particularly in semiarid regimes and tropical forests (e.g., Michel et al. 2016; Miralles et al. 2016; McCabe et al. 2016). Figure SB2.1 displays the spatial variability of land evaporation over the 2005–07 period based on data from the Penman–Monteith model that forms the basis of the official MODIS product (PM–MOD; Mu et al. 2007), the Priestley and Taylor Jet Propulsion Laboratory model (PT–JPL; Fisher et al. 2008), the Model Tree Ensemble (MTE; Jung et al. 2010), and the Global Land Evaporation Amsterdam Model (GLEAM; Miralles et al. 2011). The ERA-Interim reanalysis (Dee et al. 2011) is also included for comparison. Global estimates range between the low values of PM–MOD and the high values of ERA-Interim, with the remaining models showing a higher degree of spatial agreement.

Records of observation-based global evaporation only span the satellite era. This has not prevented a handful of studies from attempting to disentangle the impact of climate change on trends in evaporation. Jung et al. (2010) suggested a reversal in the rise of evaporation since the late 1990s, which was later shown to be a temporary anomaly caused by ENSO (Miralles et al. 2014b). Nonetheless, these studies, together with more recent contributions (Zhang et al. 2015, 2016), have indicated the existence of a slight positive trend over the last few decades, in agreement with expectations derived from temperature trends and global greening, and the theory of an accelerating hydrological cycle.

Although many of the models used for global flux estimation were originally intended for climatological-scale studies, some have evolved to provide estimates of evaporation in operational



Fig. SB2.1. Mean land evaporation patterns for different datasets. The right panel illustrates the latitudinal averages over the 2005–07 period. Adapted after Miralles et al. (2016).

mode, with ongoing efforts aiming to reduce product latency and improve spatial resolution. This opens up a range of possible applications, from global drought monitoring to irrigation management. Some examples of evaporation datasets targeting near-real-time simulation at continental scales include the Land Surface Analysis Satellite Applications Facility (LSA SAF) product (Ghilain et al. 2011) and the Atmosphere–Land Exchange Inverse (ALEXI) datasets (Anderson et al. 1997, 2011). While GLEAM was not deliberately designed with an operational intent, the current version 3 dataset has been updated to include 2015, using observations from the Soil Moisture and Ocean Salinity (SMOS) mission (www.gleam.eu). Figure SB2.2 shows the anomalies in evaporation for 1980–2015 based on this new dataset.

Periods of global decline in evaporation typically coincide with El Niño conditions, and are associated with drought in the water-limited ecosystems of the Southern Hemisphere (Miralles et al. 2014b). The year 2015 was no exception: despite El Niño conditions intensifying only in the second half of 2015, Fig. SB2.2 shows anomalously low evaporation in central Australia, eastern South America, Amazonia, and southern Africa. Considering the entire multidecadal record, the continental evaporation in 2015

does not seem particularly anomalous, as climate variability is superimposed on a positive trend of ~0.4 mm yr⁻¹. For most of the Northern Hemisphere, evaporation was above the multidecadal mean, with the notable exception of California, which experienced extraordinary drought conditions.

With the development of improved algorithms dedicated to estimating evaporation from satellite observations, global operational monitoring of land evaporation is becoming a realistic proposition. While discrepancies amongst current models are still large (Michel et al. 2016; McCabe et al. 2016), several of the existing datasets compare well against each other and against in situ measurements. These datasets open new pathways to diagnose large-scale drought and irrigation needs, and to improve water resources management and the characterization of hydrological cycles. Satellite-based evaporation estimates respond to long-term changes in Earth's water and energy budgets and are able to capture fluctuations due to internal climate variability. The mean distribution of evaporation anomalies in 2015 (Fig. SB2.2) is a clear example of the underlying effects of multidecadal climate trends and climate oscillations on the terrestrial water cycle.



Fɪɢ. SB2.2. (a) 2015 land evaporation anomalies. (Source: GLEAM). (b) Mean continental evaporation anomaly time series for the satellite era, based on an ensemble of GLEAM datasets (after Miralles et al. 2014b). The MTE dataset (Jung et al. 2010), the satellite-based multimodel range by Mueller et al. (2013), and the Southern Oscillation index (SOI) are also shown. GLEAM runs for 2012–15 incorporate SMOS data. Anomalies are calculated relative to the 1997–2007 period in which all datasets overlap.



**Fig. 2.29. Mean scPDSI for (a) 1982 and (b) 1997, years in which a strong El Niño developed. No calculation is made (gray areas) where a drought index is meaningless (e.g., ice sheets and deserts with approximately zero mean precipitation).**

strong 1997/98 El Niño (Fig. 2.28). Indeed, the other post-1950 years with scPDSI drought areas as large as in 2015 (31% in moderate drought; e.g., 1985 and 1987) have quite different spatial patterns (Online Fig. S2.19), with severe drought in the Sahel and India, for example; 1985 was not a strong El Niño while 1987 was part of the long 1986/87 event.

### e. Atmospheric circulation

#### 1) MEAN SEA LEVEL PRESSURE AND RELATED MODES OF VARIABILITY—R. Allan and C. K. Folland

Mean sea level pressure (MSLP) provides diagnostics of the major modes of variability that drive significant weather and climate events (Kaplan 2011). Arguably, the most globally impactful mode is the El Niño–Southern Oscillation (ENSO), for which the sea level pressure-derived Southern Oscillation index [SOI; Allan et al. 1996; normalized MSLP difference between Tahiti and Darwin (various other indices are also commonly used); Kaplan 2011; section 4b] is an indicator. For 2015, the SOI was negative, indicating the presence of the strongest El Niño since 1997/98 (see Sidebar 1.1).

The SOI trace since 2009 highlights the shift from El Niño to strong La Niña conditions around mid-2010, continuation as a protracted La Niña (with cold SST anomalies in the Niño-4 region) until its demise in early 2012, and then near-normal conditions until early 2013. Mainly positive (La Niña–type) values followed until a swing to negative (El Niño–type) conditions since early 2014 (Fig. 2.30; with warm SST anomalies in the Niño-4 region). Apart from April and May 2014, the SOI was negative from February 2014 onwards (Fig. 2.30). Accordingly, the Niño-3 and 4 regional SST anomalies have been positive since April and February 2014 respectively (section 4b). Following Allan and D'Arrigo (1999), by these measures this constitutes a protracted El Niño episode: *"….periods of 24 months or more when the SOI and the Niño 3 and 4 SST indices were of persistently negative or positive sign, or of the opposite sign in a maximum of only two consecutive months during the period…."* Figure 2.30 shows the presence of these protracted El Niño and La Niña episodes in the SOI record since 1876, demonstrating that they can last up to six years (e.g., the 1990–95 protracted El Niño; see Gergis and Fowler 2009).

Major El Niño and La Niña events can be near-global in their influence on world weather patterns, owing to ocean–atmosphere interactions across the Indo-Pacific region, with teleconnections to higher latitudes in both hemispheres. Protracted El Niño and La Niña episodes tend to be more regional in



**Fig. 2.30. Time series for modes of variability described using sea level pressure for the (left) complete period of record and (right) 2006–15. (a),(b) Southern Oscillation index (SOI) provided by the Australian Bureau of Meteorology; (c),(d) Arctic Oscillation (AO) provided by NCEP Climate Prediction Center; (e),(f) Antarctic Oscillation (AAO) provided by NCEP Climate Prediction Center; (g),(h) Winter (Dec–Feb) North Atlantic Oscillation (NAO) average provided by NCAR (presented for early winter of each year so winter 2015/16 is not shown); (i),(j) Summer (Jul–Aug) North Atlantic Oscillation (SNAO) average (Folland et al. 2009).**

their impacts (Allan and D'Arrigo 1999; Allan et al. 2003). The main influence appears to be periods of persistent drought (widespread flooding) in Queensland, Australia, which often occur during protracted El Niño (La Niña) episodes (Murphy and Ribbe 2004). The dry 2014/15 across much of Queensland reflects this latest protracted El Niño episode (section 2d9).

More regionally, the Arctic Oscillation (AO), North Atlantic Oscillation (NAO), and the Antarctic Oscillation (AAO) indices can also be derived from mean sea level pressure. In the Northern Hemisphere, the last five boreal winters have displayed broadly positive NAO conditions but a diverse range of circulation patterns. In the winter of 2013/14, a strong northeastward-displaced North Pacific anticyclone (Fig. 2.31a) was accompanied by a positive AO and a deep trough over central Canada and the United States. The subtropical jet stream was enhanced and displaced southward, extending across the Atlantic to the United Kingdom and Europe under strong positive NAO conditions (Fig. 2.31d). This led to severe cold winter conditions across much of the United States and a succession of major midlatitude storms being steered across the Atlantic to Ireland and the United Kingdom. By contrast, during the 2014/15 boreal winter the North Pacific anticyclone was weaker and the Aleutian low was prominent (Fig. 2.31b). The exceptional storm track from the United States to Europe in the 2013/14 boreal winter was not evident in 2014/15. During early winter of 2015/16, a deep trough over the North Atlantic led to an enhanced jet stream that directed a series of extratropical cyclones towards northern Ireland and Scotland–northern England (Figs. 2.31c,f). By the mid-to-latter part of the 2015/16 winter, the pattern had changed, with the Aleutian low enhanced and troughing over the North Atlantic–northern Europe. Midlatitude storm tracks were displaced farther north.

In the Southern Hemisphere, the AAO was in its positive phase during 2015/16 (Fig. 2.30), which favors reduced sea ice extent in the West Antarctic Peninsula (WAP) region, owing to enhanced westerly wind conditions (Stammerjohn et al. 2008). During the current situation, however, the WAP sea ice margins were extended (http://nsidc.org/data/seaice_index/), because in the interplay between the protracted El Niño, which should favor a weaker polar jet stream, and the positive AAO mode, with stronger westerly winds, the former appeared to have dominated. Related positive wind speed anomalies were noted at 850 hPa (section 2e3) over the midlatitude Southern Ocean.



Fig. 2.31. Boreal winter sea level pressure anomalies (hPa, base period: 1981–2010) averaged over Dec–Feb for (a) 2013/14, (b) 2014/15, and (c) 2015/16. NAO daily time series (hPa) for winter (d) 2013/14, (e) 2014/15, and (f) 2015/16. The 5-day running mean is shown by the solid black line. The data are from HadSLP2r (Allan and Ansell 2006).

In 2015, the summer NAO (SNAO), defined over July and August as in Folland et al. (2009), continued its marked tendency to a more negative state in the last decade. Only 2013 was a prominent exception. The

irregular decline in the SNAO index since its peak in the 1970s is striking (Fig. 2.30i). A negative state of the SNAO is consistent with generally strongly positive Atlantic multidecadal oscillation conditions over the last decade (Sutton and Dong 2012). However, evidence is strengthening that reductions in summer Arctic sea ice due to warming of the Arctic may also favor a negative SNAO (e.g., Knudsen et al. 2015, Petrie et al. 2015). The July 2015 MSLP anomaly pattern strongly resembled the negative SNAO. Although August also projected weakly onto the negative SNAO, Scandinavia had a high pressure anomaly with very warm temperatures over and to its south (Figs. 2.32a, b). Daily SNAO values reflect the somewhat different characters of July and August (Fig. 2.32c), with fewer days of negative SNAO in August. Despite this, the Central England Temperature (Parker et al. 1992) was close to its 1961–90 normal in both months. The HadCRUT4 temperature for July and August (Online Fig. S2.20) shows that central England was on the

boundary between warmer-than-normal conditions over most of Europe and distinctly cool conditions in the central extratropical North Atlantic Ocean. The latter is consistent with the July and August MSLP anomalies, but its strength may also reflect a persistent tendency to cool conditions in this region over the last few years. The pattern of rainfall anomalies varied consistently with MSLP patterns between July and August; most of northwestern Europe had above-average rainfall in July, with most of southern Europe drier than normal. In August, most of Scandinavia and eastern Europe were drier than normal, with a more restricted wet area than in July extending from Ireland through France to the Netherlands (section 7f; Online Fig. S2.21).

### 2) SURFACE WINDS—R. J. H. Dunn, C. Azorin-Molina, C. A. Mears, P. Berrisford, and T. R. McVicar

During 2015, over land, observational datasets have revealed generally higher surface wind speeds (Plate 2.1s; Fig. 2.33a) than in the last 20 years. This "recovery" continues the behavior observed since 2013 and concurs with Kim and Paik (2015), who reported a break from the decreasing trend in surface wind speed around the Republic of Korea during the most recent decade.



FIG. 2.32. HadSLP2r mean sea level pressure anomalies for Europe for (a) Jul and (b) Aug 2015. (c) EMULATE PMSL daily SNAO time series for Jul–Aug 2015 normalized over 1850–2015.



FIG. 2.33. Global (excluding Australia) and regional annual time series of land surface wind speed for 1981–2015 using HadISD and ERA-Interim showing (a) wind speed anomaly (m s⁻¹) relative to 1981–2010, and occurrence frequencies (in %) for wind speeds (b) >3 m s⁻¹ and (c) >10 m s⁻¹. Frequencies for Australia are not shown in (b) and (c).

The observed global (excluding Australia) average anomaly from the 1981–2010 climatology was +0.025 m s$^{-1}$ (Table 2.5) compared to −0.030 m s$^{-1}$ in 2014. As a result of unresolved differences between the two observing systems used in Australia (wind run, compared to wind speed in HadISD), and given agreement of modeling pan evaporation trends when using wind run (Roderick 2007), Australia is treated separately and the wind run results updated from McVicar et al. (2008) are used. In Australia, the positive anomaly made 2015 the fourth windiest year in the 1979–2015 record. There were positive anomalies in all other regions, with the exception of a noticeable negative anomaly in North America. Over this latter region, 2015 was the ninth calmest year in the observed record, with a slightly lower occurrence of both moderate (>3 m s$^{-1}$) and strong (>10 m s$^{-1}$) winds (Figs. 2.33b,c), in agreement with Iacono and Azorin-Molina (2014). Overall increases in Europe, central Asia, and East Asia reflected a higher occurrence of moderate winds, and particularly of strong winds in Europe (Fig. 2.33b,c).

Adapting the approach of Berrisford et al. (2015), two quality-controlled wind speed datasets from instrumental records are used: 1) the global HadISD (1973–2015, Dunn et al. 2012), with the highest station density in the Northern Hemisphere, and 2) an Australian database (1979–2015, McVicar et al. 2008). The 10-m wind speed fields from ERA-Interim (Dee et al. 2011) are also used to investigate the spatial and temporal variability of winds over regions that have few observations. Over land surfaces with high-density wind observations, the large-scale anomaly patterns from ERA-Interim (Plate 2.1s) are relatively consistent with the instrumental records. Reanalysis products provide contiguous global information but have shortcomings in their representation of surface layer processes and hence near-surface winds speeds (see McVicar et al. 2008; Pryor et al. 2009; Vautard et al. 2010 for examples). In addition, reanalyzed winds are representative of larger spatial and temporal scales than point observations.

The percentage of stations showing positive and negative anomalies in 2015 from HadISD is split almost evenly, with a slight dominance of stations with positive anomalies. At 15% of the stations, the wind speed was at least 0.5 m s$^{-1}$ above the 1981–2010 climatology while it was at least 0.5 m s$^{-1}$ below it at 11% of the stations. The wind speed was at least 1.0 m s$^{-1}$ above and below the climatology at 3.4% and 2.3% of stations, respectively.

Continentally, negative long-term trends of observed land surface wind speed dominate over 1979–2015, with a terrestrial global (excluding Australia) change of −0.087 m s$^{-1}$ decade$^{-1}$, varying from −0.070 (East Asia) to −0.151 (Central Asia) m s$^{-1}$ decade$^{-1}$ (Table 2.5, Fig. 2.34), with Australia at −0.062 m s$^{-1}$ decade$^{-1}$. Although the ERA-Interim pattern of reanalyzed trends (Fig. 2.34) is consistent with the observational HadISD dataset, the magnitude of changes is underestimated, as previously noted for other reanalysis products (McVicar et al. 2008;



Fig. 2.34. Land surface wind speed trends for the observational HadISD and Australian datasets (points) and the ERA-Interim reanalysis (worldwide grids) over 1979–2015.

Table 2.5. Global and regional statistics for land surface wind speed using observational HadISD and Australian (McVicar et al. 2008) datasets.

| Region | Mean 1981–2010 (m s$^{-1}$) | Anomaly 2015 (m s$^{-1}$) | Trend 1979–2015 (m s$^{-1}$ decade$^{-1}$) and 5th to 95th percentile confidence range | Number of stations |
|---|---|---|---|---|
| Globe (excluding Australia) | 3.309 | +0.025 | −0.087 (−0.094)–(−0.081) | 2264 |
| North America | 3.685 | −0.130 | −0.100 (−0.111)–(−0.088) | 587 |
| Europe | 3.747 | +0.063 | −0.087 (−0.100)–(−0.071) | 589 |
| Central Asia | 2.887 | +0.212 | −0.151 (−0.162)–(−0.133) | 263 |
| East Asia | 2.623 | +0.092 | −0.070 (−0.079)–(−0.060) | 399 |
| Australia | 2.066 | +0.160 | −0.062 | 41 |

Pryor et al. 2009; Vautard et al. 2010). This worldwide slowdown of land surface wind speed observed since the 1980s has been reported over many regions (see McVicar et al. 2012 for a review).

The precise causes of this weakening in wind speed remain largely uncertain and do not necessarily reflect wind tendency at higher altitudes (McVicar and Körner 2013) than the standard 10-m observations (Vautard et al. 2010; Troccoli et al. 2012). Increase of surface roughness due to forest growth, land use changes, and urbanization (Vautard et al. 2010; Bichet et al. 2012; Wever 2012; Wu et al. 2016); changes in large-scale atmospheric circulation (Azorin-Molina et al. 2014, 2016); instrumentation changes (Wan et al. 2010); and air pollution (Xu et al. 2006) are among the major identified hypothetical causes, which differ in importance regionally. Unlike the long-term declining trend over land, there is an apparent reversal of the trends since 2013, but still with overall negative anomalies.

Over oceans, estimates of globally-averaged wind obtained from satelliteborne microwave radiometers (Wentz 1997; Wentz et al. 2007) were slightly lower than average in 2015 (Fig. 2.35). Estimates from reanalysis products differ, with JRA-55 and ERA-Interim showing that 2015 was above average, and MERRA-2 showing the opposite. Reanalysis winds, which are in relatively good agreement with both the satellite data and each other from 1990 to 2009, diverge after 2010 (Figs. 2.35a–c). A comparison of annual mean anomaly global ocean average wind speed between ERA-Interim and satellite radiometers shows moderate agreement on short time scales and poorer agreement on long time scales, with the ERA-Interim results showing a larger long-term increasing trend. All products show an increasing trend from 1990 to 2007, followed by a drop-off in 2008–09, and a recovery in 2010. Since then, the winds have fallen slightly in most products.



FIG. 2.35. Global average surface wind anomaly over ocean relative to the 1981–2010 base period from (a) satellite radiometers, (b) ships, and (c) reanalyses (as described in Fig. 2.1).

During 2015, ocean winds showed large negative anomalies in the central tropical Pacific associated with the ongoing El Niño event (Plate 2.1s), similar to those found above the surface at 850 hPa (Plate 2.1r). This weakening was most apparent in the latter half of 2015. Compared to the 1997/98 El Niño, the region of weakening did not extend as far east, and Indian and Atlantic Ocean patterns were much less striking (Online Fig. S2.22). Other regions with negative anomalies include much of the tropical Indian Ocean and the southern Pacific midlatitudes between New Zealand and Chile. Other regions of the Southern Ocean showed positive anomalies, which were also present in the western Pacific surrounding the Maritime Continent and in the eastern tropical Pacific south of the equator. Over land, the anomalies were less pronounced, with most land areas showing small positive anomalies.

### 3) UPPER AIR WINDS—L. Haimberger and M. Mayer

Upper air wind is measured routinely with balloons and aircraft. Today it is also inferred from satellite imagery, at least in the lower to midtroposphere. Historical upper air wind data are particularly crucial for detecting signals associated with meridionally asymmetric aerosol forcing (Allen et al. 2014), for example, or with ENSO.

The buildup of a strong El Niño event was one of the major large-scale climate anomaly signals in 2015. There are many ways to depict this event, but it is useful to see its impact on upper level divergent flow. Figure 2.36 compares divergent wind anomalies at 200 hPa in late 2015 (3-month average centered around November 2015 to maximize the signal) with those from the strongest ENSO event in recent history (also centered around November 1997). The divergent flow of the 2015 event, while having the strongest divergence maximum east of the date line, was much more confined to the tropical Pacific than was the case in 1997, where the flow patterns over the whole tropics were massively perturbed. Regions with divergent flow are associated with deep convection and strong thermodynamic coupling between sea surface and the atmosphere, which also has a strong imprint on regional-scale energy flows (Mayer et al. 2013, 2014). Regions with strong convergence at this level are associated with large-scale subsidence and suppressed convection.

As may be expected (Zhang and Zhu 2012), this pattern fits well with the activity pattern of tropical cyclones in late 2015. There was an all-time record of 13 tropical cyclones in the central Pacific and enhanced tropical cyclone activity in the east Pa-

cific (www.nhc.noaa.gov/text/MIATWSEP.shtml; see section 4e3). It is also interesting to note that the anomalous divergence pattern over the Arabian Sea coincided with the occurrence of two strong tropical cyclones in this region (on average there is less than one tropical cyclone per year), affecting Yemen and Oman (see section 4e5). Tropical cyclone activity over the western Pacific (which is the region of strongest divergence in the climatological mean) and Atlantic was normal or below normal. This can be seen in Fig. 2.36a from the locations of peak intensities of tropical cyclones that reached at least Category 1 on the Saffir–Simpson scale. The near-average cyclone activity in the western Pacific can partly be explained by cyclones originating in the central Pacific that reached peak intensity farther west.

The upper level convergence over Indonesia and particularly Australia in late 2015 is also consistent with the observed severe drought conditions over parts of these regions (see Fig. 2.29). As can be seen from Fig. 2.36, the upper level divergence pattern is generally less perturbed in 2015 than in 1997. If the RMS of the divergent wind speed in the tropics is used as a measure, it was 1.4 m s$^{-1}$ in late 1997 compared to 1.3 m s$^{-1}$ in late 2015. Nevertheless, its spread over the whole tropics is remarkable.

The imprint of the 2015 El Niño event can also be seen in the 850-hPa wind speed anomaly map in Plate 2.1r. There is a distinct weakening of the tropical easterlies just west of the upper level divergence maximum in Fig. 2.36a or the SST anomaly maximum in Plate 2.1c. Other features of the anomaly map are a slight poleward shift of Southern Hemisphere midlatitude westerlies that leads to enhanced wind speeds over the seas adjacent to Antarctica. These are likely related to the positive phase Antarctic Oscillation (AAO) during 2015 (section 2e1), and possibly enhanced through the exceptionally warm troposphere farther equatorward (Plate 2.1b). The positive wind speed anomaly over the eastern North Atlantic is consistent with the positive phase of the North Atlantic Oscillation (NAO) prevailing in 2015 (section 2e1).

Radiosonde and pilot balloon are the best sources for station-based upper air wind climatologies, dating back to the early 1940s in the northern extratropics. Maps of upper air winds are best inferred from atmospheric reanalyses, which are well constrained by observations. It is difficult to get wind climatologies from satellite data because the altitude of observations (mostly cloud-based atmospheric motion vectors) is highly variable. Since last year's article, early upper air data have been assimilated in an experimental



Fig. 2.36. Three-month averages of velocity potential and divergent wind at 200 hPa compared to the 1979–2014 climatology. Anomalies centered around (a) Nov 2015 and (b) Nov 1997. On panel (a) crosses indicate location of peak intensities for Category 1 or higher tropical cyclones in second half of 2015. Percentage of tropical cyclone frequency compared to the National Hurricane Center's 1966–2009 climatology is also indicated.

reanalysis run called ERA-preSAT (1939–67, H. Hersbach et al. 2016,unpublished manuscript) which helped to extend the quasi-biennial oscillation (QBO) time series from reanalyses backward in time to at least the late 1940s.

Figure 2.37 shows time series of zonal belt mean wind speeds in the tropics at 50 hPa to cover the QBO signal. The experimental ERA-preSAT shows potential to extend reanalysis time series backward in a more realistic manner than the surface data only reanalyses (Haimberger 2015). The depiction of the QBO signal back to the early 1950s is particularly encouraging. There are practically no digitized upper air data prior to the early 1950s reaching high enough altitudes in the tropical belt.

### f. Earth radiation budget

1) Earth radiation budget at top-of-atmosphere—
P. W. Stackhouse, Jr., T. Wong, D. P. Kratz, P. Sawaengphokhai, A. C. Wilber, S. K. Gupta, and N. G. Loeb

The Earth's radiation budget (ERB) at the top-of-atmosphere (TOA) is the balance between the incoming total solar irradiance (TSI) and the sum of the



**Fig. 2.37.** Time series of zonal mean U-wind component in the (a) 20°–40°N belt at 300 hPa and (b) tropical belt 20°S–20°N at 50 hPa, calculated from ERA-Interim, MERRA, JRA-55, and ERA-preSAT reanalyses and pilot balloon/radiosonde winds (GRASP; Ramella-Pralungo et al. 2014). Note that positive (negative) changes in the zonal wind sped imply an increase in westerlies (easterlies). Data have been smoothed using a 12-point boxcar filter.

reflected shortwave (RSW) and outgoing longwave radiation (OLR). This balance defines the energetic state of the Earth–atmosphere system that drives weather processes, climate forcing, and climate feedbacks.

The year 2015 is remarkable due to the development of an intense El Niño that reached official status in April–May according to the multivariate ENSO index (MEI; Wolter and Timlin 1993, 1998; www.esrl.noaa.gov/psd/enso/mei/) and intensified into late 2015. Note that the MEI index is more appropriate than the SOI for comparing to radiative fluxes because it integrates information from across the Pacific. In contrast, 2013 was a neutral year while 2014 featured a slight shift from typical east–west Pacific conditions toward El Niño, becoming "marginal" by year end. Global annual mean OLR in 2015 increased ~0.15 W m$^{-2}$ since 2014, but was ~0.30 W m$^{-2}$ larger than for 2013 (Table 2.6). Meanwhile, the global-annual mean RSW decreased by ~0.45 W m$^{-2}$ from 2014 and was ~0.75 W m$^{-2}$ smaller than for 2013. In 2015, the global annually-averaged TSI was ~0.05 W m$^{-2}$ larger than that of both 2013 and 2014. The combination of these components amounts to an addition of 0.40 W m$^{-2}$ in the total net radiation into the Earth climate system relative to 2014 and corresponded to a ~0.50 W m$^{-2}$ increase relative to 2013. All the global annual mean changes appear to be amplifying relative to the neutral ENSO year of 2013, perhaps indicative of the atmospheric response due to the circulation anomalies over the last two years. Relative to the 2001–14 average, the 2015 global annual mean flux anomalies (Table 2.6) are +0.30, +0.10, −0.55, and +0.35 W m$^{-2}$ for OLR, TSI, RSW, and total net flux, respectively. These changes, except for the RSW anomaly, are within the corresponding 2-sigma interannual variability (Table 2.6) for this period and thus not viewed as particularly large anomalies. The 2015 global annual mean RSW flux anomaly greatly exceeds typical variability, implying a darkening of Earth's TOA albedo. Attribution of this to El Niño and/or other large-scale processes requires further analysis. However, it appears that reduction of the annually averaged RSW is resulting in a relative increase to the total net absorbed flux of the Earth–atmosphere system, indicating a net heating over the last two years.

**TABLE 2.6.** Global-annual mean TOA radiative flux changes between 2013 and 2015, 2014 and 2015, the 2015 global-annual mean radiative flux anomalies relative to their corresponding 2001–14 mean climatological values, and the 2-σ interannual variabilities of the 2001–14 global-annual mean fluxes (all units in W m$^{-2}$) for the outgoing longwave radiation (OLR), total solar irradiance (TSI), reflected shortwave (RSW), and total net fluxes. All flux values have been rounded to the nearest 0.05 W m$^{-2}$.

|  | Global-annual Mean Difference (2015 minus 2013) (W m$^{-2}$) | Global-annual Mean Difference (2015 minus 2014) (W m$^{-2}$) | 2015 Anomaly (relative to climatology) (W m$^{-2}$) | Interannual variability (2001 to 2014) (W m$^{-2}$) |
|---|---|---|---|---|
| OLR | +0.30 | +0.15 | +0.30 | ±0.50 |
| TSI | +0.05 | +0.05 | +0.10 | ±0.20 |
| RSW | −0.75 | −0.45 | −0.55 | ±0.40 |
| Net | +0.50 | +0.40 | +0.35 | ±0.65 |

Monthly mean anomaly TOA flux time series (Fig. 2.38) show that the OLR anomaly began 2015 with a value of 0.9 W m$^{-2}$, but then mostly oscillated between −0.2 and +0.7 W m$^{-2}$, which led to the slightly positive annual OLR anomaly (see Table 2.6) with higher values toward the end of 2015. This observed OLR variability is generally consistent with the NOAA-HIRS OLR (Lee et al. 2011). The absorbed shortwave (TSI − RSW) anomaly started the year with a value of 0.2 W m$^{-2}$, increased to just over 1.1 W m$^{-2}$ in September, but then decreased the last few months of the year. The positive values towards the latter half of the year were large enough to dominate the annual average, leading to a large absorbed shortwave anomaly for the year. The total net anomaly, which contains the combined OLR and absorbed shortwave anomalies, began 2015 with a value of −0.7 W m$^{-2}$, then jumped to positive values, peaking in September at 0.9 W m$^{-2}$ before falling below 0 W m$^{-2}$ by the end of the year. The positive absorbed shortwave anomaly dominates the net, resulting in the positive annual total net anomaly. Long-term trend analyses that include the last two months of the merged dataset are discouraged due to the natural fluctuation in ERB components, the uncertainty from the data merging process, and potential for drift in the FLASHFlux product.



**Fig. 2.38. Time series of global-monthly mean deseasonalized anomalies (W m$^{-2}$) of TOA earth Radiation Budget for OLR (upper panel), absorbed shortwave (TSI–RSW; middle panel), and total net (TSI–RSW–OLR; lower panel) from Mar 2000 to Dec 2015. Anomalies are relative to their calendar month climatology (2001–2014). The time series shows the CERES EBAF Ed2.8 1Deg data (Mar 2000 to Oct 2015) in red and the CERES FLASHFlux version 3B data (Nov–Dec 2015) in blue (Source: https://eosweb.larc.nasa.gov/project/ceres/ceres_table.)**

TSI data are from the Total Irradiance Monitor (TIM) instrument aboard the Solar Radiation and Climate Experiment (SORCE) spacecraft (Kopp and Lean 2011) and the Royal Meteorological Institute of Belgium (RMIB) composite dataset (Dewitte et al. 2004), both renormalized to the SORCE Version 15 data. RSW and OLR data were obtained from the Clouds and the Earth's Radiant Energy System (CERES) mission (Wielicki et al. 1996, 1998), deriving flux data from the *Terra* and *Aqua* spacecraft.

Time series (Fig. 2.38) were constructed from the CERES EBAF (Energy Balanced And Filled) Ed2.8 product (Loeb et al. 2009, 2012) from March 2000 to October 2015 and the CERES Fast Longwave and Shortwave Radiative Fluxes (FLASHFlux) products (Kratz et al. 2014; Stackhouse et al. 2006), for November and December 2015. The FLASHFlux data are normalized to the EBAF data using the following procedure based on overlapping data from January 2009 through December 2014. First, successive versions of globally-averaged FLASHFlux TOA components are normalized to each other relative to the current version 3B. Then, this unified 6-year FLASHFlux dataset is cross-calibrated to the corresponding EBAF Ed2.8 data using TOA fluxes from both datasets, accounting for multiyear bias, linear change, and seasonal dependent differences. Finally, these coefficients are used to cross-normalize FLASHFlux to EBAF and provide an estimate of monthly globally averaged TOA flux components. The resulting 2-sigma monthly uncertainty of the normalization procedure for the 6-year overlap period was ±0.22, ±0.07, ±0.19, and ±0.22 W m$^{-2}$ for the OLR, TSI, RSW, and total net radiation, respectively.

### 2) Mauna Loa clear-sky "apparent" solar transmission—K. Lantz

NOAA's Global Monitoring Division (GMD) maintains one of the longest continuous records of solar transmission at the Mauna Loa Observatory (MLO) in Hawaii. Because of the observatory's remote Pacific location and high elevation above local influences (3400 m a.s.l.), the solar transmission represents the free troposphere and above with limited local influences. This record is often used to show the influence of large explosive volcanic eruptions and is useful as an indicator of changes in background stratospheric aerosols. The "apparent" clear-sky solar transmission (AT) is calculated from the ratio of direct-beam broadband irradiance measurements from a pyrheliometer using fixed atmospheric paths (Ellis and Pueschel 1971). This technique is advantageous because using the ratio of fixed atmospheric

paths removes influences due to extraterrestrial irradiance and instrument calibrations. Past studies of changes in clear-sky AT at MLO have looked at the influence of volcanic aerosol, aerosol transport from Asia, water vapor, ozone, and influences of the quasi-biennial oscillation (QBO; Bodhaine et al. 1981; Dutton et al. 1985; Dutton 1992; Dutton and Bodhaine 2001). Effects due to aerosol are the most prominent in the record.

The monthly record of clear-sky apparent solar transmission has been updated through December 2015 (Fig. 2.39). The monthly values are calculated using morning values to remove boundary layer influences that occur predominantly in the afternoon due to prevailing upslope wind conditions (Ryan 1997). Major eruptions from Agung, El Chichón, and Mount Pinatubo are clearly visible in the record in 1964, 1982, and 1991, respectively (Fig. 2.39). The cleanest period of observations is between 1958 and 1962, except for a brief period in 1978. As such, this period is treated as the "clean" background with which to compare all other variations (dashed line in Fig. 2.39). Seasonal trends are highlighted by a 6-month running smoothed fit to the monthly values and have been attributed primarily to Asian aerosol transport in the spring (Bodhaine et al. 1981). Long-term changes are highlighted by a 24-month running smoothed fit. The monthly clear-sky AT eventually returned to near-background conditions in mid-1998 after the eruption of Mount Pinatubo in 1991. The 24-month fit shows a slow decrease in AT over the subsequent decade (Fig. 2.39b). This slow decrease in clear-sky AT was attributed to increased stratospheric aerosol due to small volcanic eruptions (Solomon et al. 2011; Vernier et al. 2011). These eruptions have been shown to contribute aerosol to the layer between the tropopause and 15 km in mid- to high latitudes (Ridley et al. 2014). The last several years have not shown a continued increase in the clear-sky AT. There is a negligible change in the mean of the monthly clear-sky AT in 2015 with respect to 2014 (−0.0006). The amplitude of the seasonal changes in clear-sky AT in 2015 is ~0.006, which is comparable to results reported previously of ~0.007 (Bodhaine et al. 1981).

### g. Atmospheric composition

1) LONG-LIVED GREENHOUSE GASES—E. J. Dlugokencky, B. D. Hall, M. J. Crotwell, S. A. Montzka, G. Dutton, J. Mühle, and J. W. Elkins

Carbon dioxide ($CO_2$), methane ($CH_4$), and nitrous oxide ($N_2O$), in decreasing order, are the most dominant long-lived greenhouse gases (LLGHG) contributing to climate forcing. Systematic measure-



FIG. 2.39. (a) Monthly mean of the clear-sky Apparent Transmission at Mauna Loa Observatory. The dashed line is the background level from 1958 to 1972. (b) Enlarged plot to highlight the seasonal (red line, 6-month running smoothed fit) and long-term (blue line, 24-month smoothed fit) changes in the clear-sky AT record.

ments of $CO_2$ began at Mauna Loa, Hawaii (MLO), in 1958, when the atmospheric mole fraction was ~315 ppm (parts per million in dry air). In 2015 the MLO annual average mole fraction of $CO_2$ exceeded 400 ppm (400.8 ± 0.1 ppm) for the first time (www.esrl .noaa.gov/gmd/ccgg/trends/), while the global average $CO_2$ mole fraction at Earth's surface was 399.4 ± 0.1 ppm (Fig. 2.40a, www.esrl.noaa.gov/gmd/ccgg /trends/global.html).

Atmospheric $CO_2$ growth since 1958 is largely attributable to a concurrent, fourfold increase in anthropogenic emissions from fossil fuel combustion and cement production (Boden et al. 2015). About half of this anthropogenic $CO_2$ remains in the atmosphere, while the other half is taken up by the terrestrial biosphere and oceans, where it acidifies seawater (see section 3l). The global growth rate of $CO_2$ has risen from 0.6 ± 0.1 ppm yr$^{-1}$ in the early 1960s to an average of 2.1 ± 0.1 ppm yr$^{-1}$ during the past 10 years. However, the increase at MLO during 2015 was 3.05 ± 0.11 ppm (0.76 ± 0.03%), the largest annual increase observed in the 56-year measurement record. The largest previous increase (2.93 ppm) occurred in 1998, which was also a strong El Niño year. ENSO plays a role in the interannual variability of the $CO_2$ growth rate through its influence on terrestrial carbon fluxes (Bastos et al. 2013).

Methane is emitted from both anthropogenic (60%) and natural (40%) sources (Fung et al. 1991). Anthropogenic sources include agriculture (e.g., ruminants and rice), fossil fuel extraction and use, biomass burning, landfills, and waste. Natural sources include wetlands, geological sources, oceans, and



**FIG. 2.40. Global mean surface mole fractions (in dry air) of (a) CO₂ (ppm), (b) CH₄ (ppb), (c) N₂O (ppb), and (d) CFC-12 and CFC-11 (ppt) derived from the NOAA sampling network.**

termites (Dlugokencky et al. 2011). Fossil fuel exploitation (coal, oil, and natural gas) contributes ~20% of total global $CH_4$ emissions (Kirschke et al. 2013). Having increased 250% since pre industrial time, the atmospheric $CH_4$ burden currently contributes ~0.5 W m⁻² direct radiative forcing, with an additional ~0.3 W m⁻² indirect radiative forcing coming from the production of tropospheric $O_3$ and stratospheric $H_2O$ from methane (Myhre et al. 2013). Total global $CH_4$ emissions are estimated at ~540 Tg $CH_4$ yr⁻¹ (1 Tg = 10¹² g), with a relatively small uncertainty of ~±10%, based on observations of globally averaged $CH_4$, its rate of increase, and an estimate of its lifetime (~9.1 yr). The complexity of the atmospheric $CH_4$ budget, with many sources that are difficult to quantify individually, makes bottom-up estimates by country and source difficult. The rate of $CH_4$ increase slowed from more than 10 ppb yr⁻¹ in the 1980s to

nearly zero in the early 2000s, then increased to an average of ~7 ppb yr⁻¹ since 2007 (Fig. 2.40b). Surface observations, including its rate of increase and spatial distribution, provide strong top-down constraints on the $CH_4$ source and sink budgets. Based on NOAA background air sampling sites, the 2015 globally averaged $CH_4$ mole fraction at Earth's surface was 1834.0 ± 0.8 ppb. The 11.5 ± 0.9 ppb increase in annual means from 2014 to 2015 is the largest since 1997/98.

Nitrous oxide is a powerful greenhouse gas produced by natural (~60%) and anthropogenic (~40%) sources and is also an ozone-depleting substance (Ciais et al. 2013; Ravishankara et al. 2009). The observed 21% increase in atmospheric $N_2O$ over pre-industrial levels (270 to 328 ppb) is largely the result of nitrogen-based fertilizer use (Park et al. 2012). The mean global atmospheric $N_2O$ mole fraction in 2015 was 328.2 ± 0.1 ppb, an increase of 1.1 ppb from the 2014 mean (Fig. 2.40c). The average $N_2O$ growth rate since 2010 is 0.98 ± 0.02 ppb yr⁻¹, higher than the 0.75 ± 0.02 ppb yr⁻¹ average growth over the previous decade.

Halogenated gases, such as chlorofluorocarbons (CFCs), hydrochlorofluorocarbons (HCFCs), hydrofluorocarbons (HFCs), and $CCl_4$ also contribute to radiative forcing. Atmospheric mole fractions of some CFCs, such as CFC-12 and CFC-11, have been decreasing for a decade or more in response to production and consumption restrictions imposed by the Montreal Protocol and its Amendments (Fig. 2.40d; Table 2.7). However, as a result of the CFC phase-out, the atmospheric burdens of CFC replacement gases—HCFCs and HFCs—have increased (Fig. 2.41; Table 2.7; Carpenter et al. 2014; Montzka et al. 2014). Interestingly, of the most abundant ozone-depleting substances that were controlled initially by the Montreal Protocol, the surface mole fraction of only one chemical, halon-1301, is not yet decreasing (Table 2.7).

Trends in the combined direct radiative forcing by five major LLGHGs ($CO_2$, $CH_4$, $N_2O$, CFC-11, and CFC-12) and 15 minor gases are summarized by the NOAA Annual Greenhouse Gas Index (AGGI; Hofmann et al. 2006; www.esrl.noaa.gov/gmd/aggi/). This index represents their annual cumulative radiative forcing relative to the Kyoto Protocol baseline year of 1990. The AGGI does not include indirect radiative forcings (e.g., influences on ozone and water vapor). In 2015, $CO_2$ contributed 1.94 W m⁻² direct radiative forcing, 65% of the combined forcing of 2.98 W m⁻² by the 5 major LLGHGs and 15 minor gases (Fig. 2.42). The combined forcing in 2015 represents a 38% increase (2015 AGGI = 1.38) since 1990, and a 1.4% increase over 2014 (AGGI = 1.36).

TABLE 2.7. Summary table of long-lived greenhouse gases for 2015 ($CO_2$ mixing ratios are in ppm, $N_2O$ and $CH_4$ in ppb, and all others in ppt).

| Industrial Designation or Common Name | Chemical Formula | AGGI | ODGI | Radiative Efficiency (W m⁻² ppb⁻¹)[a] | Mean Surface Mole Fraction, 2015 (change from prior year)[b] | Lifetime (years) |
|---|---|---|---|---|---|---|
| Carbon Dioxide | $CO_2$ | Y | N | $1.37\times10^{-5}$ | 399.4 (2.3) [c] | |
| Methane | $CH_4$ | Y | N | $3.63\times10^{-4}$ | 1834.0 (11.5) [c] | 9.1 |
| Nitrous Oxide | $N_2O$ | Y | N | $3.00\times10^{-3}$ | 328.2 (1.1) [c,d] | 123 |
| **Chlorofluorocarbons** | | | | | | |
| CFC-11 | $CCl_3F$ | Y | Y | 0.26 | 232.1 (−1.4) [c,d] | 52 |
| CFC-12 | $CCl_2F_2$ | Y | Y | 0.32 | 516.1 (−3.4) [c,d] | 102 |
| CFC-113 | $CCl_2FCClF_2$ | Y | Y | 0.30 | 71.9 (−0.5) [c,d] | 93 |
| **Hydrochlorofluorocarbons** | | | | | | |
| HCFC-22 | $CHClF_2$ | Y | Y | 0.21 | 233.0 (4.1) [c] | 11.9 |
| HCFC-141b | $CH_3CCl_2F$ | Y | Y | 0.16 | 24.3 (0.5) [c] | 9.4 |
| HCFC-142b | $CH_3CClF_2$ | Y | Y | 0.19 | 21.8 (−0.1) [c] | 18 |
| **Hydrofluorocarbons** | | | | | | |
| HFC-134a | $CH_2FCF_3$ | Y | N | 0.16 | 83.5 (5.9) [c] | 14 |
| HFC-152a | $CH_3CHF_2$ | Y | N | 0.10 | 6.6 (0.2) [c] | 1.6 |
| HFC-143a | $CH_3CF_3$ | Y | N | 0.16 | 16.1 (1.4) [c] | 51 |
| HFC-125 | $CHF_2CF_3$ | Y | N | 0.23 | 17.0 (1.9) [c] | 31 |
| HFC-32 | $CH_2F_2$ | N | N | 0.11 | 9.9 (1.6) [c] | 5.4 |
| HFC-23 | $CHF_3$ | Y | N | 0.18 | 28.1 (1.0) [c] | 228 |
| HFC-365mfc | $CH_3CF_2CH_2CF_3$ | N | N | 0.22 | 0.8 (0.08) [c] | 8.7 |
| HFC-227ea | $CF_3CHFCF_3$ | N | N | 0.26 | 1.1 (0.09) [c] | 36 |
| **Chlorocarbons** | | | | | | |
| Methyl Chloroform | $CH_3CCl_3$ | Y | Y | 0.07 | 3.1 (−0.6) [c] | 5.0 |
| Carbon Tetrachloride | $CCl_4$ | Y | Y | 0.17 | 82.5 (−1.3) [c,d] | 26 |
| Methyl Chloride | $CH_3Cl$ | N | Y | 0.01 | 550 (6) [c] | 0.9 |
| **Bromocarbons** | | | | | | |
| Methyl Bromide | $CH_3Br$ | N | Y | 0.004 | 6.6 (−0.04) [c] | 0.8 |
| Halon 1211 | $CBrClF_2$ | Y | Y | 0.29 | 3.61 (−0.08) [c] | 16 |
| Halon 1301 | $CBrF_3$ | Y | Y | 0.30 | 3.27 (0.01) [c] | 72 |
| Halon 2402 | $CBrF_2CBrF_2$ | Y | Y | 0.31 | 0.43 (−0.01) [c] | 28 |
| **Fully fluorinated species** | | | | | | |
| Sulfur Hexafluoride | $SF_6$ | Y | N | 0.57 | 8.60 (0.33) [c] | >600 |
| PFC-14 | $CF_4$ | N | N | 0.09 | 81.9 (0.7) [c] | ~50000 |
| PFC-116 | $C_2F_6$ | N | N | 0.25 | 4.49 (0.08) [c] | ~10000 |

[a] Radiative efficiencies were taken from IPCC AR5 (Myhre et al. 2013). Steady-state lifetimes were taken from Myhre et al. (2013) ($CH_4$), Ravishankara et al. (2009) ($SF_6$), Ko et al. (2013), and Carpenter et al. (2014). For $CO_2$, numerous removal processes complicate the derivation of a global lifetime.

[b] Mole fractions are global, annual surface means for the indicated calendar year determined from the NOAA global cooperative air sampling network (Hofmann et al. 2006), except for PFC-14, PFC-116, and HFC-23, which were measured by AGAGE (Mühle et al. 2010; Miller et al. 2010). Changes indicated in brackets are the differences between the 2015 and 2014 global mean mole fractions.

[c] Preliminary estimate.

[d] Global means derived from multiple NOAA measurement programs ("Combined Dataset").

### 2) OZONE-DEPLETING GASES—B. D. Hall, S. A. Montzka, G. Dutton, and J. W. Elkins

In addition to direct radiative forcing, chlorine- and bromine-containing gases contribute indirectly to radiative forcing through their destruction of stratospheric ozone. The emissions and atmospheric burdens of many of the most potent ozone-depleting gases have been decreasing in response to production and consumption restrictions imposed by the Montreal Protocol and its Amendments (Figs. 2.40d, 2.41). For example, the abundance of $CH_3CCl_3$ at Earth's surface has declined 98% from its peak in 1992 (Fig. 2.41). CFC-11 and CFC-12, which have much longer atmospheric lifetimes (Table 2.7), have declined by 7.7% and 2.3%, respectively, from their peak mole fractions in 1994 and 2002.

Equivalent effective stratospheric chlorine (EESC) is a measure of the ozone-depleting potential of the halogen loading in the stratosphere at a given time and place. As EESC declines, stratospheric ozone is expected to show signs of recovery. Some recovery is indeed evident in the upper stratosphere, and is attributable, in part, to the decrease in EESC (Pawson et al. 2014; see section 2g4). EESC is calculated from surface measurements of halogenated, ozone-depleting gases and weighting factors that include surface-to-stratosphere transport times, mixing during transit, photolytic reactivity, and ozone-destruction efficiency (Daniel et al. 1995; Schauffler et al. 2003; Newman et al. 2007). Progress towards reducing the stratospheric halogen load is evaluated by the NOAA Ozone-Depleting Gas Index (ODGI; Hofmann and Montzka 2009). The ODGI relates EESC in a given year to the EESC maximum (ODGI = 100) and 1980 value (ODGI = 0), a benchmark often used to assess progress towards reducing stratospheric halogen to pre-ozone hole levels (Fig. 2.43).

The EESC and ODGI are calculated for two representative stratospheric regions—Antarctica and the midlatitudes—that differ in total available reactive halogen (Fig. 2.43a). At the beginning of 2015, EESC values were ~3820 ppt and ~1620 ppt over Antarctica and the midlatitudes, respectively. EESC is larger in the Antarctic stratosphere than in the midlatitudes because more ozone-reactive halogen is released during transit to the Antarctic. Corresponding ODGI values at the beginning of 2015 were 82.9 and 59.5, compared to 84.3 and 61.5 at the beginning of 2014. These represent ~17% and ~40% reductions from the peak values in EESC over Antarctica and the midlatitudes, respectively, towards the 1980 benchmarks (Fig. 2.43b).

### 3) AEROSOLS—S. Rémy, A. Benedetti, and O. Boucher

Aerosol particles play an important role in the atmosphere through various mechanisms. They influence the radiation budget, directly by scattering and absorbing short- and long-wave radiation, and indirectly by affecting the concentrations, sizes, and chemical composition of cloud condensation nuclei (CCN) that impact the life cycle, optical properties, and precipitation activity of clouds. More information about the radiative forcing by aerosols is provided by Boucher et al. (2013). Aerosols also impact air quality and may cause serious public health issues,



FIG. 2.41. Global mean surface mole fractions at Earth's surface (ppt, dry air) for several halogenated long-lived greenhouse gases. See Table 2.7 for the 2015 global mean mole fractions of these gases.



FIG. 2.42. Direct radiative forcing (W m⁻²) due to 5 major LLGHG and 15 minor gases (left axis) and the Annual Greenhouse Gas Index (right axis).



**FIG. 2.43. (a) Equivalent Effective Stratospheric Chlorine (EESC) and (b) the NOAA Ozone-Depleting Gas Index (ODGI). The ODGI represents the relative mole fractions of reactive halogen in the midlatitude and Antarctic stratosphere scaled such that ODGI=100 at maximum EESC and zero in 1980. Both EESC and ODGI are derived from NOAA surface measurements of ozone-depleting gases (symbols) or, for earlier years, WMO scenarios (dashed lines, Harris and Wuebbles 2014). The EESC and ODGI values from 1992 forward are for Jan of each year.**

as documented by the world media during strong particulate pollution outbreaks in 2015 in parts of western Europe (March), Indonesia and adjacent countries (September–October), and northern China (November).

For the first time in this section, a new interim reanalysis of global aerosols is utilized that spans 2003–15. This was developed within the framework of the Copernicus Atmosphere Monitoring Service (CAMS; J. Flemming, *personal communication*, Feb 2016). Collection 5 retrievals of aerosol optical depth (AOD) at 550 nm from the satellite-based Moderate Resolution Imaging Spectroradiometer (MODIS; Remer et al. 2005) were used as observational constraints. All relevant physical aerosol processes, such as emissions, wet/dry deposition, and sedimentation, are included and fully coupled with the meteorology. The aerosol types treated are naturally produced sea salt and desert dust, as well as black carbon, organic

matter, and sulfate aerosols produced by anthropogenic and natural sources. Biomass burning aerosol emissions are the sum of the black carbon and organic matter emitted by open fires and biofuel combustion. Open fire emissions for this new reanalysis were provided by the Global Fire Assimilation System (GFAS) inventory (Kaiser et al. 2012) that estimates emissions from MODIS observations of fire radiative power. Preliminary verification of total AOD using independent observations from the ground-based Aerosol Robotic Network (AERONET) shows that the reanalysis has a global average bias of −2.5% but is consistent over time (J. Flemming, *personal communication*, Feb 2016).

The 2015 annual average anomalies of AOD due to total aerosols, dust, and biomass burning (Plates 2.1v,w,x, respectively) depict strong regional anomalies from biomass-burning events in Alaska, Siberia, Canada, and Indonesia. Overall, the 2015 anomalies of biomass burning aerosols (Plate 2.1x) are consistent with those of tropospheric ozone (section 2g6), carbon monoxide (section 2g7), and fires (section 2h3). Besides the large events already mentioned, the anomaly map of biomass burning aerosols reveals that the 2015 seasonal burning in Africa was more severe than usual south of the equator and less severe north of it. Biomass burning in the Amazon basin in 2015 was similar to the 2003–14 average, interrupting the decreasing trend observed for several previous years. There is a positive anomaly of dust extending west from western Sahara across the tropical Atlantic to Central America (Plate 2.1w), pointing to more active transatlantic dust transport in 2015 than in previous years. On the other hand, dust episodes were less important in 2015 over the northern Sahara and the Mediterranean Sea, and less dust was transported from the Taklamakan and Gobi Deserts into China. Sea salt aerosol anomalies (not shown) were strongly negative in the equatorial Pacific Ocean and west of Indonesia, probably due to disturbances in the trade winds by the strong El Niño conditions during the second half of the year. Positive anomalies of sea salt in the North Atlantic Ocean were caused by a string of active storms there in November–December.

Global maps of the total 550-nm AOD average for 2003–14 and statistically significant (95% confidence) linear trends from 2003 through 2015 are shown in Fig. 2.44. The highly polluted areas of eastern Asia and India are prominent features in the map of long-term average total AOD (Fig. 2.44a), as are the dust-producing regions of the Sahara, the Arabian Peninsula, the Middle East, and the Taklamakan and Gobi Deserts. Large AOD values over the Amazon





**Fig. 2.45. Global averages of total AOD at 550 nm averaged over monthly (red) and annual (blue) periods for 2003–15.**

**Fig. 2.44. (a) Total 550-nm AOD averages for 2003–14. (b) Linear trends from 2003 through 2015 of total AOD (AOD unit per year). Only trends that are statistically significant at the 95% level of confidence are shown.**

basin, equatorial Africa, and Indonesia are caused by seasonal biomass burning. The linear trends highlight long-term decreases in anthropogenic aerosols over the eastern United States, Europe, and parts of southern China, while increases occurred over most of the Indian subcontinent. The area of decreasing trends in the southern Amazon basin is associated with reduced deforestation there (Chen et al. 2013). The decreasing trends over the northern Sahara and western Mediterranean indicate lower frequencies or intensities of dust episodes in these regions. Though many positive trends over the Southern Hemisphere oceans are not statistically significant, those that are could be an artefact of the MODIS Collection 5 observations used in the reanalysis. Time series of globally-averaged total AOD during 2003–15 (Fig. 2.45) show strong seasonality, typically with yearly maxima in March–April and August–September driven mainly by dust episodes and biomass burning in Africa and South America.

Aerosol monitoring relies on a multistream global observing system. Routine aerosol observations are mainly provided by two federated, ground-based networks: AERONET and Global Atmospheric Watch (GAW), which in 2015 operated 311 and >220 stations, respectively. MODIS satellite instruments on *Aqua* and *Terra* have continued to provide retrievals of AOD during 2015, while the Visible Infrared Imaging Radiometer Suite (VIIRS) on *Suomi NPP* has provided aerosol data products since 2013. Geostationary satellites are also increasingly being used to measure aerosols. For instance, AOD derived from Meteosat Second Generation (MSG) observations over Europe and Africa is available from 2014 (Carrer et al. 2014). AOD observations are now routinely incorporated into atmospheric models using data assimilation algorithms (e.g., Zhang et al. 2008; Benedetti et al. 2009; Inness et al. 2015b) to combine them with short-term forecasts. Such observationally constrained models can be used to build a reanalysis of atmospheric composition. Reanalyses can, to a large extent, be considered a good proxy for observed conditions. They provide whole atmosphere coverage and the ability to provide variables not routinely observed, such as the AOD of different aerosol types (e.g., dust, sea salt, and carbonaceous). However, their limitations should be kept in mind. To accommodate limited computing resources, models usually simplify aerosol processes and may not take into account all of the aerosol species and/or their interaction. This means that the atmospheric composition reanalysis aerosol products usually do not capture all of the observed variability and complexity of aerosol fields. Assessing the relative weight of observations and model values in the data assimilation scheme of such systems is not trivial; this can also lead to uncertainties (Inness et al. 2013).

4) STRATOSPHERIC OZONE—M. Weber, W. Steinbrecht, C. Roth, M. Coldewey-Egbers, D. Degenstein, Y. E. Fioletov, S. M. Frith, L. Froidevaux, J. de Laat, C. S. Long, D. Loyola, and J. D. Wild

Total ozone columns in 2015 were close to the 1998–2008 average for most of the globe, except in extended regions at high latitudes in both hemispheres,

where ozone columns were largely below average (Plate 2.1q). The strong negative anomalies at high Southern Hemisphere latitudes reflect the large Antarctic ozone hole observed in September–December, whose size reached maximum values that were near the all-time record high (see section 6h).

In Fig. 2.46 the total ozone annual means from different data sources are shown for 1970–2015 in various zonal bands: near-global (60°S–60°N), mid-latitudes in both hemispheres (35°–60°), and the inner tropics (20°S–20°N). Also shown are the polar time series in March (Northern Hemisphere, 60°–90°N) and October (Southern Hemisphere, 60°–90°S), the months when polar ozone losses are largest in each hemisphere. Poleward of 60°S, a record low October mean was observed (Fig. 2.46e). Weaker-than-usual dynamical wave activity in the Southern Hemisphere winter diminished transport from the tropics, reducing ozone at Southern Hemisphere midlatitudes and in the collar region of the polar vortex, and permitting a very stable and cold polar vortex. The high vortex stability and low temperatures resulted in larger-than-usual polar ozone losses and a near-record ozone hole in terms of size and persistence. Ozone annual mean columns at mid- to polar latitudes (35°–90°) in each hemisphere are largely determined by winter/spring ozone levels. These vary considerably with changes in stratospheric meteorological conditions (e.g., Steinbrecht et al. 2011; Weber et al. 2011; Kuttippurath et al. 2015). The year-to-year variability seen in all ozone time series also reflects quasi-biennial oscillation (QBO)-related variations extending from the tropics into the extratropics (Randel and Wu 1996; Strahan et al. 2015).

It is clear that the Montreal Protocol and its Amendments have been successful in stopping the multidecadal decline in stratospheric ozone by the late 1990s (WMO 2011). However, at most latitudes, it has not yet been possible to determine a statistically significant increase in total column ozone or lower stratosphere ozone because the expected small increases are masked by large interannual variability (e.g., Chehade et al. 2014; Coldewey-Egbers et al. 2014; Frith et al. 2014; Kuttippurath et al. 2015; Nair



**Fig. 2.46.** Time series of annual mean total ozone in (a–d) four zonal bands and (e) polar (60°–90°) total ozone in Mar (Northern Hemisphere) and Oct (Southern Hemisphere). Data are from WOUDC ground-based measurements combining Brewer, Dobson, SAOZ, and filter spectrometer data (red: Fioletov et al. 2002, 2008); the BUV/SBUV/SBUV2 V8.6 merged products from NASA (MOD V8.6, dark blue, Chiou et al. 2014; Frith et al. 2014) and NOAA (light blue, Wild et al. 2012); the GOME/SCIAMACHY/GOME-2 products GSG from University of Bremen (dark green, Weber et al. 2011) and GTO from ESA/DLR (light green, Coldewey-Egbers et al. 2015); and the MSR V2 assimilated dataset extended with GOME-2 data (van der A et al. 2015). WOUDC values for 2015 are preliminary because not all ground station data were available in early 2016.

et al. 2015; de Laat et al. 2015). The 2015 total ozone columns in Fig. 2.46 are consistent with this overall picture and lie within the expected usual variations.

In the tropics, no discernible long-term trends in total column ozone have been observed for the entire 1970–2015 period (see Fig. 2.46). Ozone trends in the tropical lower stratosphere are mainly determined by tropical upwelling (related to changes in sea surface temperature). In a changing climate it is expected that tropical upwelling will increase and thus ozone will continue to decline (Zubov et al. 2013; WMO 2014). However, there is some evidence of a hiatus in tropical upwelling trends and corresponding lower stratospheric ozone trends during the last decade (Aschmann et al. 2014). Because tropospheric ozone contributes to the total ozone columns, trends in total ozone, despite major contributions from the lower stratosphere, may differ from trends in lower stratospheric ozone (Shepherd et al. 2014).

The most recent ozone assessment (WMO 2014) and studies (Nair et al. 2015; Harris et al. 2015) indicate that the clearest signs of significant ozone increases should occur in the upper stratosphere (2%–4% decade$^{-1}$ at ~2 hPa or 40 km; see Fig. 2.47). However, there still are uncertainties associated with the various available data records and with the proper interpretation of statistical approaches used to derive and attribute trends (e.g., Nair et al. 2015; Kuttippurath et al. 2015; Harris et al. 2015). This is reflected in the updated Stratospheric Aerosol and Gas Experiment (SAGE)–Optical Spectrograph and Infrared Imager System (OSIRIS) record, which now better accounts for tangent altitude drifts, and in the updated Solar Backscatter Ultraviolet (SBUV) data from NOAA with improved inter-satellite adjustments. Overall, the 2015 annual means in Fig. 2.47 support the claim of recent increases in upper stratospheric, extra-polar ozone. These suggest the Montreal Protocol has successfully turned the previous downward trend in ozone into an ozone increase, at least in the upper stratosphere.

### 5) Stratospheric water vapor—S. M. Davis, K. H. Rosenlof, D. F. Hurst, and H. B. Selkirk

Variations in stratospheric water vapor (SWV) over interannual-to-decadal timescales have the potential to affect stratospheric ozone (Dvortsov and Solomon 2001) and surface climate (Solomon et al. 2010). Throughout the first 10 months of 2015, water vapor mixing ratios in the tropical lowermost stratosphere were within 10% (0.4 ppm, μmol mol$^{-1}$) of the previous decade's average. Then, starting in November and continuing through December,



FIG. 2.47. Annual mean ozone anomalies at 2 hPa (~40 km, upper stratosphere) in three zonal bands. Data are from the merged SAGE II/OSIRIS (Bourassa et al. 2014) and GOZCARDS (Froidevaux et al. 2015) records and from the BUV/SBUV/SBUV2 v8.6 merged products from NASA (McPeters et al. 2013; Frith et al. 2014) and NOAA (Wild et al. 2012) (base period: 1998–2008). The orange curves represent EESC (effective equivalent stratospheric chlorine), scaled to reflect the expected ozone variation due to stratospheric halogens. Data points for 2015 are preliminary, because SAGE-OSIRIS data were not yet available after July 2015, and adjusted SBUV2 v8.0 data are used after July 2015 instead of v8.6 data, which are not available in early 2016.

tropical lowermost SWV increased to near-record levels, especially over the tropical western Pacific and Indian Ocean regions. The deep tropical-averaged (15°S–15°N) SWV anomaly at 82 hPa, based on data from the *Aura* Microwave Limb Sounder (MLS), was +0.7 ppm (+17%) in November and +0.9 ppm (+24%) in December. These values are in stark contrast to the weak negative (dry) tropical average anomalies of about −0.2 ppm (−6%) in November–December 2014 (Figs. 2.48, 2.49). Since the MLS record began in August 2004, the November–December 2015 anomalies at 82 hPa are surpassed only by +0.9 ppm (+25%) deep tropical anomalies in February–March 2011. The +0.7 ppm (+19%) average deep tropical anomaly at 100 hPa in November–December 2015 is the high-



**Fig. 2.48. (a) Vertical profiles of MLS tropical (15°S–15°N) water vapor anomalies (µmol mol⁻¹) and (b) latitudinal distributions of MLS water vapor anomalies (µmol mol⁻¹) at 82 hPa. Anomalies are differences from the 2004–15 mean water vapor mixing ratios for each month.**



**Fig. 2.49. Global stratospheric water vapor anomalies (µmol mol⁻¹) centered on 82 hPa in (a) Dec 2014 and (b) Dec 2015 from the *Aura* Microwave Limb Sounder.**

est ever observed by MLS at that pressure level. The change in tropical lower SWV from December 2014 to December 2015 was +1.1 ppm, ~50% of the typical seasonal mixing ratio amplitude at 82 hPa in the tropics. Strong water vapor increases in the tropical lower stratosphere at the end of 2015 were also observed at Hilo, Hawaii (20°N), and San José, Costa Rica (10°N), by balloonborne frost point hygrometers (Figs. 2.50b,c).

The seasonal variability of water vapor in the tropical lower stratosphere is predominantly controlled by the annual cycle of cold-point temperatures (CPTs) in the tropical tropopause layer (TTL). These minimum temperatures determine the amounts of water vapor that remain as moist tropospheric air masses are freeze-dried during their slow ascent into the stratosphere. Seasonal-to-interannual variations in tropical lower SWV are highly correlated with CPT

variations in the TTL. The dramatic increase in tropical lower SWV at the end of 2015 is consistent with the observed ~1°C increase in tropical CPTs over the same period (Fig. 2.50c).

Interannual variations in CPTs are potentially related to the changing phases of the El Niño–Southern Oscillation (ENSO) and the stratospheric quasi-biennial oscillation (QBO). In October, the QBO phase transitioned from easterly (cold) to westerly (warm) and persisted in the westerly phase through the end of 2015 (see sections 2b3, 2e3). The evolution towards a warmer TTL and wetter tropical lower stratosphere at the end of 2015 is consistent with this reversal of the QBO phase. Regionally, the enhancement of SWV in the tropical western Pacific and Indian Ocean regions is consistent with the adiabatic response of the TTL to reduced convection in this region as a result of the El Niño conditions present during 2015. Other factors such as variations in the strength of the Brewer–Dobson circulation can also impact SWV anomalies on an interannual timescale. However, given the potential interrelationships between ENSO, QBO, and the Brewer–Dobson circulation, a rigorous attribution of the positive SWV anomalies present at the end of 2015 is not possible.



**FIG. 2.50. Lower stratospheric water vapor anomalies (μmol mol⁻¹) at 82 hPa over four balloonborne frost point (FP) hygrometer stations. (a)–(d) show the anomalies of individual FP soundings (black) and of monthly zonal averages of MLS retrievals in the 5° latitude band containing the FP station (red). High-resolution FP vertical profile data were averaged between 70 and 100 hPa to emulate the MLS averaging kernel for 82 hPa. Each MLS monthly zonal mean was determined from 2000 to 3000 profiles. Tropical cold-point temperature anomalies based on the MERRA reanalysis [(c), blue curve] are generally well correlated with the tropical lower SWV anomalies.**

Anomalies in tropical lower SWV propagate from the tropics to the midlatitudes of both hemispheres, as is visually demonstrated by the many "C"-shaped contours in Fig. 2.48b. The late 2015 wet anomaly in tropical lower SWV (Figs. 2.48b, 2.50c) was just starting to reach the midlatitudes of each hemisphere at the end of 2015.

During 2015, SWV anomalies over Lauder, New Zealand, were close to zero or slightly positive (Fig. 2.50d). These are consistent with the poleward transport of weak dry tropical SWV anomalies present at the end of 2014 and early 2015 (Fig. 2.49a), and

the 2014 Antarctic vortex being anomalously weak, warm, and less dehydrated (Davis et al. 2015; see sections 2b3 and 6h). In general, Southern Hemisphere midlatitude SWV can vary interannually with the degree of seasonal dehydration within the Antarctic vortex and the strength of the poleward transport of dehydrated air masses (Fig. 2.48b). Indeed, the 2015 Antarctic vortex was particularly strong (see section 6h), as evidenced by the appearance of a −0.5 ppm anomaly in the high southern latitudes near the end of 2015 (Fig. 2.48b).

### 6) TROPOSPHERIC OZONE—J. R. Ziemke and O. R. Cooper

Two of the most important reasons to monitor tropospheric ozone are that it is a surface pollutant with harmful biological effects and is a greenhouse gas that affects long-term climate change. Tropospheric ozone is also the primary source of the hydroxyl radical (OH), the main oxidizing agent for pollutants in the troposphere. Sources of tropospheric ozone include transport from the stratosphere, photochemical production from lightning $NO_x$, and photochemical production from precursor gases emitted by the combustion of fossil fuels, biofuels, and biomass (e.g., Sauvage et al. 2007; Martin et al. 2007; Leung et al. 2007; Murray et al. 2013; Hess and Zbinden 2013; Young et al. 2013).

The variability of tropospheric ozone, from urban to hemispheric scales, is driven by a combination of photochemical ozone production and atmospheric transport. Tropospheric ozone production varies because its precursor gases and sunlight are variable. Transport phenomena that drive large-scale variability include ENSO (e.g., Chandra et al. 1998, 2009; Sudo and Takahashi 2001; Doherty et al. 2006; Koumoutsaris et al. 2008; Voulgarakis et al. 2011) and the Madden–Julian oscillation (MJO: Sun et al. 2014). Small- to large-scale tropospheric ozone variability also occurs over shorter periods, including weekly baroclinic timescales (e.g., Ziemke et al. 2015, and references therein), and finer scale airstream transport on the order of hours to days. Changes in tropospheric ozone at hemispheric and global scales include decadal trends (e.g., Hess and Zbinden 2013; Cooper et al. 2014; Lin et al. 2014; Parrish et al. 2014).

Global maps of annual means and anomalies of tropospheric column ozone from the satellite-based Ozone Monitoring Instrument (OMI) and MLS for 2015 are shown in Fig. 2.51 and Plate 2.1u, respectively. As in previous reports, OMI/MLS ozone trends are calculated only for latitudes 60°S–60°N where there is full annual coverage by OMI. In 2015, as for the last decade, annual average tropospheric column ozone



**FIG. 2.51. Average OMI/MLS tropospheric ozone column ozone for 2015. Data poleward of ±60° are not shown due to the inability of OMI to measure ozone during polar night.**



**FIG. 2.52. Monthly averages of OMI/MLS tropospheric ozone burdens (Tg) from Oct 2004 through Dec 2015. The top curve (black) shows 60°S–60°N monthly averages with 12-month running means. The bottom two curves show monthly averages and running means for the Northern Hemisphere (red) and Southern Hemisphere (blue). Slopes of linear fits (Tg yr$^{-1}$) of all three curves are also listed along with their ±2σ statistical uncertainties.**

amounts in the Northern Hemisphere exceeded those in the Southern Hemisphere. Some basic features of tropospheric column ozone include strong topographical effects, such as greatly reduced amounts over the Tibetan Plateau and the western U.S. Rocky Mountain region, with much larger amounts east and west of these regions over both land and ocean. The greatest annual mean tropospheric column values were observed over the Mediterranean–South Asian region and from eastern China eastward toward North America. In the tropics, the west-to-east zonal wave-1 pattern (Fishman et al. 1990) is evident, with high values over the Atlantic and low values over the Pacific. An extended band of high ozone was present at 30°S, with the greatest amounts between southern Africa and Australia. Zonally-averaged tropospheric column averages and their 95% confidence intervals for 2015 were 30.7 ± 2.2 DU for 60°S–60°N, 32.1 ± 2.6 DU for 0°–60°N, and 29.4 ± 1.9 DU for 0°–60°S. These column averages convert to tropospheric burdens of 291.2 ± 20.9, 152.1 ± 12.3, and 139.1 ± 9.0 Tg, (Tg = $10^{12}$ g), respectively. For comparison, the tropospheric column averages for 2005–15 for the three regions were 29.5 ± 2.1, 30.7 ± 2.5, and 28.2 ± 2.2 DU (279.0 ± 19.9, 145.4 ± 11.8, and 133.6 ± 10.4 Tg).

The 2015 average tropospheric ozone burdens for each hemisphere and the globe were greater than those in 2014, and 12-month running averages of each show steady increases since October 2004 (Fig. 2.52). Linear trends (in Tg yr$^{-1}$) with their ± 2σ statistical uncertainties are also given. The increasing trends in OMI/MLS tropospheric column ozone are statistically significant for both hemispheric means and the near-global mean. Relative to the average burdens for 2005–15 the three trends all depict increases of 0.8%

yr$^{-1}$. The combined OMI/MLS record now exceeds 11 years and the measured increases are becoming more indicative of true long-term trends, building on similar findings from previous reports.

Cooper and Ziemke (2013) reported surface ozone increasing since 1990 over eastern Asia and the western United States, but decreasing over the eastern United States, using measurements by ground- and satellite-based instruments. Cooper and Ziemke (2014) presented a time series of near-global (60°S–60°N) tropospheric burdens determined from satellite measurements that indicated a statistically significant increase over 2005–13 and Cooper and Ziemke (2015) showed that the increase in global tropospheric ozone continued through 2014.

For the past two years, the *State of the Climate* tropospheric ozone summary was based upon only the OMI/MLS satellite measurements (Ziemke et al. 2006) due to insufficient updated analyses of the ground-based measurement network data since 2012. Updates of the surface ozone data and trends have continued to be infrequent during 2015, so once again only the OMI/MLS satellite data are used. One significant change from previous reports is the use of new MLS version 4.2 ozone retrievals. A new activity of the International Global Atmospheric Chemistry (IGAC) project began in earnest in 2015 to produce a Tropospheric Ozone Assessment Report (TOAR). The TOAR is expected to be completed by the end of 2016 and will summarize the global distribution

and trends of tropospheric ozone through 2014/15 (depending on the product) using a variety of satellite, surface, ozonesonde, lidar, and aircraft ozone measurements (www.igacproject.org/TOAR).

### 7) CARBON MONOXIDE—J. Flemming and A. Inness

Carbon monoxide (CO) is not a greenhouse gas, but plays a significant role in determining the abundance of climate forcing gases like methane ($CH_4$), through hydroxyl radical (OH) chemistry, and tropospheric ozone ($O_3$), as a chemical precursor (Hartmann et al. 2013). Thus, CO is regarded as an indirect climate forcing agent. Sources of CO include incomplete fossil fuel and biomass combustion and in situ production via the oxidation of $CH_4$ and other organic trace gases. Combustion and chemical in situ sources typically produce similar amounts of CO each year.

New in 2015 is a CAMS-based retrospective analysis of CO for the period 2003–15 based on total column CO retrievals from the Measurements of Pollution in the Troposphere (MOPITT) instrument (Deeter et al. 2013, Version 5). This dataset is part of the CAMS interim reanalysis of atmospheric composition, an extended and temporally more consistent dataset than the previous Monitoring Atmospheric Composition and Climate (MACC) reanalysis (Inness et al. 2013). The MACC has been used in previous *State of the Climate* assessments of CO and aerosols. MOPITT retrievals between 65°N and 65°S were assimilated into the European Centre for Medium-Range Weather Forecasts (ECMWF) Integrated Forecasting System (IFS) that has been extended to simulate atmospheric chemistry (Flemming et al. 2015). The assimilation technique is documented in Inness et al. (2015b). The anthropogenic emissions for the assimilating model were taken from the MACCity inventory (Granier et al. 2011) that accounts for projected emission trends. Biomass burning emissions were taken from the Global Fire Assimilation System (v1.2, Kaiser et al. 2012). The global three-dimensional CO distribution from the CAMS interim reanalysis is used here to assess the anomalies in CO total columns for 2015.

The global CO burden in 2015 was significantly increased by the intensive El Niño-induced wildfires in Indonesia from mid-August to mid-November (Sidebar 2.2). Annual wildfire emissions from this region contributed 31% (140 Tg) of the global wildfire emissions in 2015, whereas for 2003–14 the contributions ranged from 5% to 20%. The highest total (biomass burning and anthropogenic) monthly CO emissions since 2003 were injected into the atmosphere during the 2015 Indonesian fire period. This El Niño–related increase in Indonesian fires and CO emissions was already reported for 2014 (Flemming and Inness 2015) and high fire activity is anticipated for the March–April fire season in 2016. An analysis by Huijnen et al. (2016) suggests that the 2015 carbon emissions from the Indonesia fires were the second largest since the extreme El Niño year of 1997, although the 2015 emissions were only 25% of those in 1997.

Plate 2.1ac shows the relative 2015 anomalies of the total column CO (TCCO) from the CAMS interim reanalysis with respect to 2003–15. The strong positive TCCO anomalies were located predominately over the Indonesian region and the eastern Indian Ocean, but the fire emissions increased CO over much of the tropics. Tropospheric CO mixing ratios between 50° and 100°E in the tropics in September and October were 50%–100% higher than the CO climatology. Larger-than-usual wildfire activity in North America during 2015 produced >10% anomalies in June–August and led to a positive anomaly in total column CO for the year. The CO anomaly of −10% over the Amazon basin reflects a decadal decrease in fires in that region, but the 2015 anomaly was not as strongly negative as in the two previous years.

The high global CO burden in 2015 occurred against a 12-year backdrop of a decreasing global CO burden. Figure 2.53 shows the time series of monthly mean global CO burdens since 2003. A decreasing linear trend of $-0.86 \pm 0.23$ yr$^{-1}$ is evident, yet the monthly averaged global burdens for October–December 2015 are the highest values in the entire record. Worden et al. (2013) estimate trends of $-1\%$ yr$^{-1}$ for both the globe and Northern Hemisphere over the last decade by studying observations from



FIG. 2.53. Time series of monthly global CO burdens (Tg) from the CAMS interim reanalysis.

One of the most extreme events of 2015 was the extensive burning of peat throughout large parts of Indonesia. As a common practice in Indonesia, fires are set during the dry season (July–October) to clear land and remove agricultural residues. During intense dry seasons these fires can penetrate into degraded subsurface peat soil with enhanced flammability. They are extremely difficult to extinguish and can burn continuously until the return of the monsoon rains, usually in late October or early November. In 2015, the annual fires were more widespread and intense than those that have typically occurred in Kalimantan since the 1980s and in Sumatra since at least the 1960s (Field et al. 2009). The strength and prevalence of these fires are strongly influenced by large-scale climate patterns like El Niño (Field et al. 2004; van der Werf 2008). Research started after the strong 1997/98 El Niño, which induced a severe fire/haze disaster in Indonesia, has provided a reliable understanding of how much fire and haze may occur for a given drought strength (Usup et al. 2004; Field et al. 2009). Despite this predictive capability, the 2015 fires in Indonesia still escalated to an environmental and public health catastrophe (Thielen et al. 2015; Inness et al. 2015; Field et al. 2015, manuscript submitted to *Proc. Natl. Acad. Sci. USA*).

The 2015 Indonesia fire season began in August, and by September much of Sumatra, Kalimantan, Singapore, and parts of Malaysia and Thailand were covered in thick smoke, affecting the respiratory health of millions of people. Visibility was also reduced to less than 10% of normal over Borneo, and large parts of the region could not be seen from space, as was documented for previous fire events in that region (Marlier et al. 2013; Wang et al. 2004). Preliminary estimates suggest that greenhouse gas emissions from the burning (in $CO_2$ equivalent) exceeded Japan's 2013 emissions from fossil fuel combustion (Van der Werf 2015). Even after the worst of the 2015 Indonesian fires were no longer burning, the remaining pollution stretched halfway around the globe.

Ongoing research into the socioeconomic drivers of the fires is beginning to identify the responsibilities of the landholders and the need for political action in regulating the agricultural practices in the region (Tacconi 2003). While finding the socioeconomic causes of this event is beyond the scope of this work, we can utilize analytical results from observations and reanalyses of atmospheric composition over Indonesia to provide an assessment of the current monitoring capabilities of observational and modeling systems.

To this end, we use the data assimilation system of the Copernicus Atmosphere Monitoring Service (CAMS) developed at the ECMWF since 2005. The interim CAMS reanalysis is an improved version of the previous MACC reanalysis (Inness et al. 2013) and is updated in quasi near–real time. Observational datasets used, among others, are the NASA MODIS Aerosol Optical Depth Collection 5 product (Remer et al. 2005) and the MOPITT V5 total column carbon monoxide (CO) retrievals. A reanalysis dataset provides a dynamically consistent 3D estimate of the climate state at each time step and can be considered a good proxy for atmospheric conditions, including variables that are not directly observed. Here, 2015 anomalies of CO and carbonaceous aerosols are determined from the 2003–15 CAMS reanalysis, while the ozone anomalies are based on the 2005–14 ozone records from NASA's Ozone Monitoring Instrument (OMI) and Microwave Limb Sounder (MLS) (Ziemke et al. 2006).

Realistic biomass burning emissions estimates, provided by the Global Fire Assimilation System (GFAS; Kaiser et al. 2012; Di Giuseppe et al. 2016, manuscript submitted to *J. Geophys. Res. Atmos.*), are an important input to the CAMS system. In the GFAS, the fire radiative power (FRP) measured by the MODIS sensors on the *Aqua* and *Terra* satellites is converted into emissions of 44 constituents using the regression coefficients of Wooster et al. (2003). The FRP observations accumulated over the period August–October 2015 (Fig. SB2.3) provide an overview of the extent and severity of the 2015 Indonesian fire season.

Fire emissions in Indonesia during August–October were consistently and extraordinarily strong, as clearly shown by the number of days in 2015 when daily emissions of CO and biomass burning aerosols [black carbon (BC),



FIG. SB2.3. **Fire radiative power (W m⁻²) accumulated over Indonesia during the 2015 fire season (Aug–Oct).**



FIG. SB2.4. (a) Daily Indonesian fire emissions in 2015 of CO (Mt day$^{-1}$) and OM+BC aerosols (kt day$^{-1}$). Red bars show the days in 2015 with emissions greater than the previous (2003–14) maximum emission estimate for that day. (b) Annual fire emissions of CO and OM+BC aerosols (Mt yr$^{-1}$) from Indonesia indicating their scale relative to the 2015 total anthropogenic CO emissions from the United States (red line) and Europe (blue line) from the MACCity emissions inventory. GFASv1.2 emissions of CO and OM+BC from biomass burning are directly proportional.

and organic matter (OM)] exceeded the maximum daily emissions during the same days in 2003–14 (Fig. SB2.4a). Total annual fire emissions over Indonesia (10°S–5°N, 60°–180°E) computed by the GFASv1.2 system for CO and BC+OM are substantially greater for El Niño years 2006, 2009, and 2015 (Fig. SB2.4b). For perspective, CO emissions from the Indonesian fires for 2015 were approximately three times the 2015 total anthropogenic emissions from the continental United States (25°–50°N, 70°–130°W) and Europe (30°–70°N, 10°W–45°E).

Inness et al. (2015a) utilized reanalysis data to investigate connections between El Niño/La Niña and atmospheric composition fields such as ozone, CO, and aerosols. They concluded that anomalies of CO and biomass burning aerosols depend mainly on local emissions. Hence, their strong positive anomalies over Indonesia during August–October 2015 (Figs. SB2.5a,b) were a direct consequence of the widespread fires in that region. Anomalies in ozone ($O_3$; Fig. SB2.5c), also produced by these fires, were further affected by El Niño–induced dynamical changes that altered the downward transport of $O_3$ from the stratosphere and modified $O_3$ photolysis rates. Total column CO anomalies that reached 500% in the core of the fire region were remarkable (Fig. SB2.5a), but even more striking were the extremely large anomalies (~2000%) in total AOD at 550 nm for biomass burning (OM+BC) aerosols that covered large areas of the Indian and western Pacific Oceans (Fig. SB2.5b). For tropospheric ozone (Fig. SB2.5c), the positive anomalies over Indonesia were a more modest 30%–40%.

The CAMS reanalysis is a valid tool for monitoring the evolution of large-scale pollution events in quasi near–real time and providing useful information at the onset of a pollution-related crisis. Because El Niño is highly predictable on a seasonal timescale and Indonesian fires are known to assume catastrophic proportions during exceptionally intense El Niño years, further development of CAMS towards integrating a seasonal prediction system with fire risk and air quality forecasts would provide comprehensive information for early warnings and planning of mitigation actions.



FIG. SB2.5. Anomalies (%) averaged over the 2015 Indonesian fire season (Aug–Oct) from the CAMS reanalysis of (a) total column CO and (b) biomass burning AOD at 550 nm. (c) Mean OMI/MLS tropospheric column ozone anomalies for Aug–Oct 2015, with contours drawn every 5%.

different satellite-based instruments. The spatial distribution of CO trends from the CAMS reanalysis (Fig. 2.54) shows significant decreasing trends of −1.0% to −1.5% year[-1] in most regions north of 40°N, up to −3.0% year[-1] over the Amazon basin and its outflow regions, −0.5% to −1.0% year[-1] for most of the rest of the globe, and almost no trends over India, eastern China, and a large region surrounding Indonesia. Diminished anthropogenic emissions in North America and Europe as well as strong reductions in fire emissions over South America are the main causes for the decreasing global CO burden during 2003–15.

### h. Land Surface Properties

#### 1) Land surface albedo dynamics—B. Pinty and N. Gobron

The land surface albedo is the fraction of solar radiation scattered backward by land surfaces. In the presence of vegetation, surface albedo results from complex nonlinear radiation transfer processes determining the amount of radiation that is scattered by the vegetation and its background, transmitted through the vegetation layer, or absorbed by the vegetation layer and its background (Pinty 2012).

The geographical distribution of normalized anomalies in visible and near-infrared surface albedo for 2015 calculated with respect to a 2003–15 base period [for which two MODIS sensors are available (Schaaf et al. 2002)] are shown in Plates 2.1z and 2.1aa, respectively. Mid- and high-latitude regions of the Northern Hemisphere are characterized by both positive and negative anomalies, mainly as a consequence of interannual variations in cover, amount, and duration of snow in winter and spring seasons. The large negative anomalies over eastern Europe, southern Sweden, western Russia, Caucasus, southwestern Siberia, and northern China are probably associated with a below-average snow cover in winter and early spring seasons, due to the occurrence of relatively high temperatures in some of these regions. Similarly, negative anomalies over Canada can be related to an unusually small snow cover extent (section 2c2). The amplitude of these negative changes can reach (or locally exceed) ±30% in relative units and is larger in the visible than the near-infrared domain, although with the same sign. By contrast, the average February snow cover extent across the eastern United States resulted in a positive annual anomaly.

A few snow-free regions show positive anomalies, especially in the visible domain. In the equatorial regions, these are well marked over Indonesia and, with more limited amplitude, over Amazonia, cen-



Fig. 2.54. Linear trends (% yr[-1]) in total column CO from the CAMS interim reanalysis for the period 2003–15. All trends are statistically significant at the 95% level of confidence except for those inside red contours.

tral Africa and Queensland, Australia. These are generally associated with less favorable vegetation growing conditions compared with previous years (section 2h2), although contamination of the albedo retrievals by clouds and aerosol load, especially in Indonesia (Sidebar 2.2), may also have induced some artifacts. The majority of snow-free regions exhibit noticeable negative anomalies, particularly in the visible domain, across Mexico and the southern United States and over the southern regions of South America, Australia, India, and China. The unusually warm conditions over northern regions such as western Europe, Turkey, and northwestern Iran may have contributed to the observed limited negative anomalies. A significant fraction of these variations are attributable to vegetation dynamics (Pinty et al. 2011a, 2011b) over these regions, which are sensitive to stress from ambient conditions and, in particular, water availability. Although weaker in the near-infrared, these negative anomalies sometimes occur simultaneously in the visible and the near infrared. Generally, the amplitude of both positive and negative anomalies changes seasonally.

Analysis of the zonally-averaged albedo anomalies in the visible and near-infrared (Fig. 2.55) spectral domains indicates considerable interannual variations related to the occurrence of snow events in winter and spring at mid- and high latitudes but also in vegetation conditions during the spring and summer periods. Strong negative anomalies are noticeable between 20° and 45°S, featuring a deviation from average conditions mainly over the southern regions in Latin America, Africa, and Australia. Limited but consistent positive anomalies are discernible across equatorial regions in 2015.





**Fig. 2.56. Globally-averaged MODIS White Sky broadband surface albedo (NASA) normalized anomalies with a 12-month running mean in the (a) visible and (b) near-infrared domain relative to a 2003–15 base period at the global scale (black), Northern Hemisphere (blue), and Southern Hemisphere (red).**

**Fig. 2.55. Zonal means of the MODIS White Sky broadband surface albedo (NASA) normalized anomalies in the (a) visible and (b) near-infrared domain relative to a 2003–15 base period.**

The 12-month running mean globally averaged normalized anomalies (Fig. 2.56) vary within ~±5% (~±3%) in the visible (near-infrared) domain. Antarctica is excluded owing to missing data. The year began with globally averaged negative albedo anomalies and ended with slightly positive anomalies. The trend towards positive anomalies was driven by contributions from the Southern Hemisphere. Figure 2.56 also shows analogous interannual and multiannual variations in the visible and near infrared during the 2003–15 base period, with mostly positive anomalies at the beginning of this base period.

### 2) Terrestrial vegetation dynamics—N. Gobron

Analysis of the 18-year record shows that large spatiotemporal deviations in vegetation dynamics occurred at regional and continental scales during 2015 (Plate 2.1y). The state of vegetation is examined by merging 1998–2015 estimates of the Fraction of Ab-

sorbed Photosynthetically Active Radiation (FAPAR) from three different sensors: SeaWiFS (NASA), MERIS (ESA), and MODIS (NASA) (Gobron et al. 2010; Pinty et al. 2011b; Gobron and Robustelli 2013).

A large number of regions experienced seasonal precipitation deficits in 2015 (sections 2d4 and 2d9), especially in the Southern Hemisphere, along with much higher-than-average annual temperatures across most of the globe (section 2b1). This translates into a large variation in vegetated surface conditions.

The largest annual negative anomalies (not favorable for vegetation) occurred over the high northern latitudes from Alaska to Sweden and Norway, and also over the equatorial belt from central and northeastern Brazil, central Africa, and Indonesia. To a lesser extent, regions near the Black and Caspian Seas were also affected.

The largest positive annual anomalies appeared over Mexico, the southern United States, Minas Gerais (Brazil), Turkey, and China. Limited positive anomalies occurred over eastern parts of Europe, India, and the Ural region of Russia.

Below-normal precipitation occurred during the second half of the year in Brazil and Indonesia, impacting the annual anomalies. The anomalies over southwestern and central Africa were mainly due to a warmer-than-normal spring together with below-normal precipitation.

Higher precipitation in spring over Mexico and the southern United States and in autumn over western China contributed to favorable conditions for vegetation health and growth, as was the case in 2014. Over Turkey, the positive anomalies were mainly correlated with a slight excess of rainfall and higher temperatures compared to previous years.

Zonally averaged monthly mean anomalies (Fig. 2.57) illustrate the differences between the two





Fig. 2.58. Average monthly FAPAR anomalies with a 12-month running mean (base period: 1998–2015) at the global scale (black), Northern Hemisphere (blue), and Southern Hemisphere (red).

Fig. 2.57. Time series of monthly zonal anomalies (base period: 1998–2015) of the Fraction of Absorbed Photosynthetic Radiation (FAPAR) from SeaWiFS, MERRIS, and MODIS sensors. Gray areas indicate missing data.

hemispheres, with persistent negative anomalies over the Southern Hemisphere during all seasons from around 2002 to 2009. A succession of positive and negative anomalies, suggesting a seasonal cycle, are depicted between 10°S and 30°S since 2010. In contrast, strong positive anomalies are observed over regions between 20° and 60°N since 2012; these persisted during 2015. Larger seasonal negative anomalies are seen over mid- and high latitudes in the Northern Hemisphere since mid-2012. A strong negative anomaly is depicted in 2015 around the equatorial regions, likely influenced by low precipitation and severe fires over Indonesia (Sidebar 2.2); it appeared to extend into the entire Southern Hemisphere during the last quarter of 2015.

The monthly mean averaged anomalies smoothed using a 12-month running average (Fig. 2.58) indicate that 2015 shows a relatively unhealthy state of the vegetation over the Southern Hemisphere compared with a more healthy state over the Northern Hemisphere.

### 3) Biomass burning—J. W. Kaiser, G. R. van der Werf, and A. Heil

Climate and weather provide boundary conditions for biomass burning or landscape fires to occur; in return these fires influence climate and weather by emitting greenhouse gases and aerosols and by modifying surface properties such as albedo and roughness. Generally, most fires occur in the tropics where they are often started by humans to manage the landscape. This includes frequent burning in many savannas and the use of fire to clear forest and make way for agricultural land. In temperate and boreal regions, fires tend to occur less frequently and can be either human or lightning ignited.

Since the late 1990s, fire occurrence and the associated burned area has been routinely detected by satellites. The Global Fire Assimilation System (GFAS) builds on active fire detections and their associated fire radiative power to estimate emissions in near–real time (Kaiser et al. 2012). GFAS is calibrated to partly match the Global Fire Emissions Database (GFED), which estimates emissions based on burned area and fuel consumption which have a much longer latency (van der Werf et al. 2010). The combined use of GFAS (2001–15) and GFED (1997–2014) indicates that fire emissions were on average 2.1 Pg C year$^{-1}$ (Pg = $10^{15}$ g), with substantial interannual variability, the latter mostly stemming from tropical deforestation zones and the boreal region where fire activity varies more from year to year than in most savanna areas.

In 2015, total global fire emissions were somewhat above average (+4%, see Table 2.8). By far, the largest anomaly was found in tropical Asia, where emissions were almost three times as high as the 2001–14 average (Plate 2.1ab, Fig. 2.59). As in 2014, North America also saw higher-than-average emissions (see sections 7b1 and 7b2). These positive anomalies were partially compensated for on a global scale by below-average emissions from South America and Northern Hemisphere Africa. The former is related to a downward trend in deforestation during the last decade (Chen et al. 2013), although fire emissions in 2015 were somewhat higher than in the previous two years. The latter is in line with an ongoing trend, possibly due to expansion of cropland (Andela and van der Werf 2014)

The exceptional fire season in tropical Asia is apparent in the pronounced aerosol and carbon monoxide (CO) anomalies (sections 2g3, 2g7; Sidebar 2.2). The fires were most active during September and October (see Fig. 2.60) and located predominantly in

TABLE 2.8. Annual continental-scale biomass burning budgets in terms of carbon emission (Tg C yr⁻¹). 2001–02 from GFASv1.0 (Remy and Kaiser 2014), 2003–15 from GFASv1.3.

| Time Period | | 2001–14 | 2015 | |
|---|---|---|---|---|
| Quantity Tg C yr⁻¹ | | Mean Value (Range) | Value | Anomaly (%) |
| Global | | 2116 (1803–2371) | 2201 | 86 (4%) |
| North America | 30°–57°N 170°W–30°W | 117 (50–171) | 172 | +55 (+47%) |
| Central America | 0°–30°N 170°W–30°W | 71 (54–102) | 72 | +1 (+1%) |
| S. Hem. America | 0°–60°S 170°W–30°W | 314 (170–477) | 246 | −68 (−22%) |
| Europe and Mediterranean | 30°–75°N 30°W–60°E | 39 (26–60) | 36 | −3 (−9%) |
| N. Hem. Africa | 0°–30°N 30°W–60°E | 405 (337–506) | 369 | −36 (−9%) |
| S. Hem. Africa | 0°–35°S 30°W–60°E | 519 (473–585) | 509 | −10 (−2%) |
| Northern Asia | 30°–75°N 60°E–170°W | 227 (122–449) | 202 | −25 (−11%) |
| Southeast Asia | 10°–30°N 60°E–170°W | 129 (83–173) | 116 | −13 (−10%) |
| Tropical Asia | 10°N–10°S 60°E–170°W | 123 (40–240) | 340 | +217 (+176%) |
| Australia | 10°–50°S 60°E–170°W | 172 (58–296) | 140 | −32 (−18%) |
| Sumatra | | 65 (17–147) | 183 | +118 (+182%) |
| Borneo | | 41 (8–93) | 99 | +58 (+142%) |

Sumatra and Kalimantan (see Table 2.8, Plate 2.1ab, Fig. 2.59 and Fig. SB2.3). These regions are most vulnerable to ENSO because drainage and deforestation have created large areas with degraded peatlands that



**FIG. 2.59. Global map of fire activity in 2015 in terms of actual carbon consumption. (Source: GFASv1.3.)**

can burn easily under El Niño-induced drought conditions. Such peat fires are difficult to extinguish and usually last until the onset of the wet season in late October or early November. Accordingly, increased emissions were observed during the previous El Niño years of 2004, 2006, and 2009 (Fig. 2.60a).

Smoke from open fires in Indonesia has a strong impact on residents and economy (Marlier et al. 2013; Sidebar 2.2). In addition, peat burning represents a net source of $CO_2$ to the atmosphere because drainage prevents regrowth of peat. During the 2015 fire season of tropical Asia, about 80% of the pyrogenic carbon flux occurred in peatlands. Both the carbon flux and its relative peatland contribution were the highest since the MODIS record started in 2001 (Fig. 2.60a).

Pinpointing the exact magnitude of emissions remains challenging. This is largely due to difficulties in estimating the burn depth of peat fires, leading to larger-than-average uncertainties in any kind

of emission assessment. Instead of fire observations, Huijnen et al. (2016) used satellite-based CO observations of the smoke plume and in situ measurements of the CO emission factors to estimate a carbon flux of 227 ± 66 Tg C for the most affected subregion of tropical Asia during September and October. The corresponding values for GFASv1.2 and GFASv1.3 are 320 and 250 Tg C, respectively, while preliminary GFED4 estimates are about 400 Tg C (www .globalfiredata.org/updates.html), but this estimate includes the full fire season. Compared to GFASv1.2, GFASv1.3 includes an improved representation of the diurnal variability of cloud cover, which prevents satellite observations of fires, and a higher-resolution peat map based on Wetland International (Wahyunto et al. 2003, 2004). While 2015 was the highest fire year in the GFAS record in tropical Asia, scaling the 2015 GFAS record to GFED based on a common base period in 2006 indicates that 2015 was only about half as strong as the extreme year 1997 (Fig. 2.60b).



Fɪɢ. 2.60. (a) Temporal evolution of fire emissions in tropical Asia during the Sep–Oct 2015 fire season, compared to the four most active fire seasons since 2003 (5-day smoothed GFASv1.3 data). The inset shows annual total emissions since 2003 and the relative contribution of fire emissions from peat fires, highlighting the increased relative importance of these fires in high fire years. (b) Monthly fire activity in tropical Asia for 1997–2015. The y-axis ranges are adjusted so that GFED4s and GFASv1.3 coincide graphically in Oct 2006.

### 3. GLOBAL OCEANS—G. C. Johnson and A. R. Parsons, Eds.

#### a. Overview—G. C. Johnson

The significant 2015 El Niño included a reduction in Pacific trade winds with anomalous cross-equatorial southerly surface winds in the eastern Pacific and a shift in tropical precipitation eastward from the Maritime Continent to a region extending from the date line to South America, mostly slightly north of the equator, associated with an eastward shift in fresh surface salinities. Sea surface temperatures (SSTs) were anomalously warm in 2015 from the date-line all the way to South America along the equator, with anomalously low chlorophyll-*a* owing to suppression of nutrient-rich upwelling. Redistribution of warm ocean waters to the surface during El Niño contributed, along with a long-term upward trend, to record high global average SSTs in 2015. Anomalously eastward currents along the equator and in the North Equatorial Countercurrent continued a pattern from 2014. These anomalous currents contributed to sea level and upper ocean heat content (OHC) falling in the western tropical Pacific and rising in the east, again building on a 2014 pattern. To summarize in haiku form:

> *El Niño waxes,*
> *warm waters shoal, flow eastward,*
> *Earth's fever rises.*

In the North Pacific, anomalously warm SSTs, high OHC, high sea level, and low chlorophyll-*a* persisted (as did the warm offshore "Blob") along the west coast of North America in 2015, the second year of the warm phase of the Pacific decadal oscillation. In these warm conditions, widespread harmful algal blooms developed along much of the West Coast.

North Atlantic SSTs southeast of Greenland were even colder in 2015 than the already cold previous year, with anomalously low OHC, fresh sea surface salinity (SSS) and subsurface salinity, low chlorophyll-*a*, and anomalous heat flux into the ocean. In contrast, western North Atlantic subtropical SSTs were anomalously warm in 2015, with high OHC and sea level along the east coast of North America. Subtropical mode water formation rates in the region were weak in 2014 and weaker in 2015, consistent with weaker-than-normal winds and anomalous heat flux into the ocean in their formation region. These signatures are consistent with a strong positive North Atlantic Oscillation index in 2014 and 2015. The SST pattern is also associated in climate models with a reduction

in the Atlantic meridional overturning circulation, as observed over the past decade.

In the Indian Ocean, anomalously northwesterly winds east of Madagascar in 2015 resulted in anomalous eastward flow (a diminished westward South Equatorial Current), consistent with slightly low sea level and OHC anomalies east of Madagascar, coupled with much higher sea level and OHC anomalies to the north. Surface currents on the equator were anomalously westward. Overall sea level and OHC remained elevated in the Indian Ocean, with a record high for SST.

In the Southern Ocean (see also section 6g), anomalously easterly winds (diminished westerlies) at about 40°S in the Indian sector and 50°S in the Pacific sector in 2015 were associated with anomalously high sea level and OHC at the northern edge of the Antarctic Circumpolar Current, consistent with a southward expansion of the subtropical gyres.

Globally, ocean heat content and sea level both continued to rise, reaching record high values in 2015. The ocean rate of uptake of carbon from the atmosphere has risen along with atmospheric $CO_2$ concentrations.

#### b. Sea surface temperatures—Y. Xue, Z.-Z. Hu, A. Kumar, V. Banzon, B. Huang, and J. Kennedy

Sea surface temperatures play a key role in regulating climate and its variability by modulating air–sea fluxes and tropical precipitation anomalies. In particular, slow variations in SST, such as those associated with the El Niño–Southern Oscillation (ENSO), Atlantic multidecadal oscillation (AMO), Pacific decadal oscillation (PDO), Indian Ocean dipole (IOD), and Atlantic Niño, are sources of predictability for climate fluctuations on time scales of a season and longer (Deser et al. 2010). This summary of global SST variations in 2015 emphasizes the evolutions of El Niño, the record warming in the tropical Indian Ocean, and the persistent warming in the North Pacific. The 2015 SST anomalies are also placed in the context of the historical record since 1950.

To quantify uncertainties in SST estimates, four SST products are examined: 1) the weekly Optimal Interpolation SST version 2 (OISST; Reynolds et al. 2002); 2) the Extended Reconstructed SST version 3b (ERSST.v3b; Smith et al. 2008); 3) the Met Office Hadley Centre's sea ice and SST dataset (HadISST; Rayner et al. 2003); and 4) the recent update of ERSST, version 4 (ERSST.v4; Huang et al. 2015). OISST is a satellite-based analysis that uses in situ data for bias adjustments of Advanced Very High Resolution Radiometer (AVHRR) data with 1° resolution, available since

November 1981. ERSST.v3b, ERSST.v4, and HadISST are historical analyses beginning in the 19th century, and all apply statistical methods to data from the recent period to extend the SST analysis back in time when in situ observations were sparse. ERSST.v3b and ERSST.v4 include in situ data only and are produced at 2° resolution; both are presented here because v4 is new to this report. OISST uses both in situ measurements and AVHRR SST retrievals from 1982 onward, available at 1° resolution. Here, SST variations are quantified as SST anomalies (SSTA), defined as departures from the 1981–2010 climatology (www.cpc.ncep.noaa.gov/products/people/yxue/sstclim).

Yearly mean 2015 SSTA (Fig. 3.1a) were characterized by a basinwide warming with a maximum amplitude exceeding +2°C in the equatorial eastern Pacific, reflecting the dominant influences of the 2015 El Niño. Warming was asymmetrical around the equator, with a second warming center around 15°N that extended from west of Hawaii to Baja California. In the high latitude North Pacific, strong positive SSTA in the northeast Pacific around 45°N dubbed "The Blob" emerged around the end of 2013 (Bond et al. 2015) and largely persisted in 2014/15. In 2015, the normalized monthly PDO index had an average value of +1.1 (www.cpc.ncep.noaa.gov/products/GODAS/), continuing a shift to positive



Fig. 3.1. (a) Yearly mean OISST anomaly in 2015 (°C, relative to the 1981–2010 average) and (b) 2015–2014 OISST difference.

values that commenced in 2014. In the Atlantic Ocean, SST was above normal in the Gulf of Mexico and along the east coast of North America, and below normal in the subpolar region. In the tropical Indian Ocean, positive SSTA exceeding +0.6°C was observed across much of the basin.

SSTA tendencies from 2014 to 2015 (Fig. 3.1b) show a substantial warming in the central eastern Pacific and cooling in the western tropical Pacific, reflecting the transition from a weak central Pacific warming in 2014 to a strong eastern Pacific warming in 2015. Compared to the mean SSTA in 2014, the positive SSTA extending from Hawaii to Baja California was enhanced, while the negative SSTA in the southeastern subtropical Pacific diminished. There was a warming tendency across the tropical Indian Ocean and a cooling tendency in the subpolar North Atlantic.

Boreal winter 2014/15 (December–February; Fig. 3.2a) was characterized by positive SSTA exceeding +1 standard deviation (STD; Fig. 3.2a, black solid contour) in the western equatorial Pacific, positive SSTA exceeding +2.5 STD (Fig. 3.2a, white solid contour) along the west coast of North America, and negative SSTA exceeding −1 STD in the southeastern subtropical Pacific. By spring 2015 (Fig. 3.2b), the positive SSTA in the western equatorial Pacific built and shifted eastward to near the date line. Positive SSTA emerged in the far eastern equatorial Pacific, while the negative SSTA in the southeastern Pacific diminished. NOAA declared El Niño conditions by March 2015 (see section 4b1). The positive SSTA in the central eastern equatorial Pacific grew rapidly in summer/autumn 2015, and exceeded +2.5°C in September–November (Fig. 3.2c). With the rapid growth of the 2015 El Niño, the positive SSTA near Baja California extended southwestward to Hawaii and strengthened to exceed +2.5 STD over a large area in the northeastern subtropical Pacific in summer/autumn 2015. These conditions were favorable for eastern Pacific hurricane activity (section 4e3). Coinciding with the rapid growth of El Niño, positive SSTA in the tropical Indian Ocean grew to exceed +2.5 STD in autumn 2015 (Fig. 3.2d). In the high latitude North Pacific, positive SSTA exceeding +2.5 STD along the west coast of North America persisted most of the year. In the North Atlantic, positive SSTA along the east coast of North America and negative SSTA in the subpolar region also persisted.

To provide a historical perspective for regional and global yearly mean SSTA in 2015, three historical analyses (ERSST.v4, ERSST.v3b, and HadISST) are compared from 1950 to 2015 and one modern analy-



**Fig. 3.2.** Seasonal mean SSTA from OISST (shading, °C, relative to the 1981–2010 average) for (a) Dec 2014 to Feb 2015, (b) Mar to May 2015, (c) Jun to Aug 2015, and (d) Sep to Nov 2015. Black solid contours are +1, black dashed −1, white solid +2.5, and white dashed −2.5 normalized seasonal mean SSTA, based on 1981–2010 seasonal mean standard deviations.

sis (OISST) from 1982 to 2015 (Fig. 3.3). The SSTA time series of OISST is largely consistent with those of ERSST.v3b in the common period, 1982–2015. HadISST also agrees well with OISST and ERSST. v3b except it is generally cooler in the tropical Indian Ocean and the differences can reach 0.2°C. However, ERSST.v4 is noticeably warmer than other SST products (Karl et al. 2015), as discussed below.

The global mean SSTA is dominated by a warming trend superimposed with interannual variations largely associated with El Niño and La Niña events (Fig. 3.3a), where the peaks and valleys in the global ocean SSTA often correspond with those in the tropical Pacific SSTA (Fig. 3.3b). The mean SSTA in the tropical Pacific increased by 0.23°–0.29°C from 2014 to 2015, and 2015 surpassed 1997 as the warmest year since 1950. Partially owing to the strong warming in the tropical Pacific, the mean SSTA in the global ocean increased by 0.08°–0.11°C from 2014 to 2015, depending on the dataset examined, and 2015 surpassed 2014 as the warmest year since 1950.

For the global ocean, the surface warming trend for 2000–15 increased by 0.03°–0.04°C decade⁻¹ compared to the 2000–14 trend. Because of this increase, the warming trend in 2000–15 (rising 0.13°C, 0.07°C, 0.08°C, and 0.08°C decade⁻¹ in ERSST.v4, ERSST.v3b, HadISST, and OISST, respectively) became comparable to the warming trend in 1950–99 (rising 0.09°C, 0.07°C, and 0.06°C decade⁻¹ in ERSST.v4, ERSST. v3b, and HadISST, respectively). Compared to ERSST.v3b and HadISST, the warming trend in ERSST.v4 was 0.05°– 0.06°C decade⁻¹ higher in 2000–15. Three factors contribute to the stronger warming trend in ERSST.v4 relative to other products in the more recent period (Karl et al. 2015; Huang et al. 2015): 1) the correction of buoy data to ship data and an increase in buoy data (which were not included in ERSST.v3b and OISST); 2) more weight given to more accurate buoy data in the reconstruction of SST; and 3) a continuous correction of ship data based on night marine air temperature. Huang et al. (2015) and Kennedy (2014) discuss bias correction uncertainties of ship and buoy data and reconstruction of historical SST analyses.

The tropical Indian Ocean SSTA is dominated by an upward trend superimposed with interannual



**Fig. 3.3.** Yearly mean SSTA (°C, relative to 1981–2010 averages) for ERSST.v4 (black), ERSST.v3b (blue), and HadISST (purple) for 1950–2015 and OISST (yellow) for 1982–2015, averaged over the (a) global, (b) tropical Pacific, (c) tropical Indian, (d) tropical Atlantic, (e) North Pacific, (f) North Atlantic, and (g) Southern Ocean.

variations (Fig. 3.3c). The interannual variations in the tropical Indian Ocean SSTA correspond well with those in the tropical Pacific SSTA due to the remote influences of ENSO (Kumar et al. 2014). The tropical Indian Ocean SSTA increased by 0.13°–0.20°C from 2014 to 2015, making 2015 the warmest year since 1950.

Tropical Atlantic SST reached a historical high in 2010, cooled down substantially in 2011/12, and rebounded gradually in 2013–15 (Fig. 3.3d). North Pacific SSTA increased by 0.10°–0.17°C from 2013 to 2014, and changed little from 2014 to 2015 (Fig. 3.3e).

North Atlantic SSTA reached a historical high in 2012, and cooled since that time (Fig. 3.3f). In the Southern Ocean, ERSST.v4 was warmer by about 0.08°C than ERSST.v3b, HadISST, and OISST, which show consistent values after 2009 (Fig. 3.3g).

*c. Ocean heat content*—G. C. Johnson, J. M. Lyman, T. Boyer, C. M. Domingues, M. Ishii, R. Killick, D. Monselesan, and S. E. Wijffels

Storage and transport of heat in the ocean are central to aspects of climate such as ENSO (Roemmich and Gilson 2011), tropical cyclones (Goni et al. 2009), sea level rise (e.g., Domingues et al. 2008), variations

## SIDEBAR 3.1: **A WIDESPREAD HARMFUL ALGAL BLOOM IN THE NORTHEAST PACIFIC**—V. L. TRAINER, Q. DORTCH, N. G. ADAMS, B. D. BILL, G. DOUCETTE, AND R. KUDELA

In the late spring and summer 2015, a widespread harmful algal bloom (HAB) of the marine diatom *Pseudo-nitzschia*, stretching off the west coast of North America from central California to British Columbia, Canada, resulted in significant impacts to marine life, coastal resources, and the human communities that depend on these resources. Blooms of *Pseudo-nitzschia* produce a potent neurotoxin, domoic acid, which can accumulate in shellfish, other invertebrates, and sometimes fish, leading to illness and death in a variety of seabirds and marine mammals. Human consumption of toxin-contaminated shellfish can result in Amnesic Shellfish Poisoning (ASP), which can be life threatening. Detectable concentrations of toxin, although well below levels of concern for human consumption, have been measured in finfish like salmon, tuna, and pollock. The greatest human health risk is from recreationally harvested shellfish; commercial supplies are closely monitored and have not resulted in human illnesses. States maintain websites indicating where shellfish can be safely harvested.

Although these blooms can occur annually at "hot spots" along the U.S. West Coast, the largest impacts and most widespread closures typically occur in autumn. Samples collected on two research cruises in June and July 2015 demonstrated that domoic acid was measurable at most sites in Washington and Oregon (Fig. SB3.1).

The 2015 bloom was detected in early May, and in response, Washington State closed its scheduled razor clam digs on coastal beaches. The abundance of *Pseudo-nitzschia* and concentrations of domoic acid in razor clams on Washington State beaches in 2015 greatly exceeded values observed during springtime blooms that have only rarely occurred on the Washington coast since 1991, when domoic acid events were first recognized on the U.S. West Coast. Comparison with a

typical springtime bloom experienced in 2005 illustrates the magnitude of the 2015 domoic acid event (Fig. SB3.2).

Scientists quickly recognized that the bloom extended from California's Channel Islands to as far north as Vancouver Island. The bloom is the largest and its effects have been the



FIG. SB3.1. Cellular domoic acid (DA) in phytoplankton net tows (several liters seawater filtered; Research Vessel (R/V) *Frosti*, sampled north to south) or quantified on 0.45 mm filters (1 liter seawater filtered; R/V *Ocean Starr*, sampled south to north).

in the global average surface warming rate (Meehl et al. 2013), and melting of ice sheet outlet glaciers around Greenland (Straneo and Heimbach 2013) and Antarctica (Rignot et al. 2013). Ocean warming accounts for about 93% of the total increase in energy storage in the climate system from 1971 to 2010 (Rhein et al. 2013).

Maps of annual (Fig. 3.4) upper (0–700 m) ocean heat content anomaly (OHCA) relative to a 1993–2015 baseline mean are generated from a combination of in situ ocean temperature data and satellite altimetry data following Johnson et al. (2015a), but using Argo (Riser et al. 2016) data downloaded in January 2016. Near-global average seasonal temperature anomalies (Fig. 3.5) vs. pressure from Argo data (Roemmich and Gilson 2009, updated) since 2004 and in situ global estimates of OHCA (Fig. 3.6) for various pressure layers from multiple research groups are also discussed. Here, increases in OHCA are sometimes referred to as warming and OHCA decreases as cooling.

For the second consecutive year (see Johnson et al. 2015a) dramatic upper OHCA cooling east of the Philippines fed warming in the equatorial Pacific between 2014 and 2015 (Fig. 3.4b) via

longest-lasting of all U.S. West Coast *Pseudo-nitzschia* events in at least the past 15 years; concentrations of domoic acid in seawater, some forage fish, and crab samples were among the highest ever reported for this region. By mid-May, domoic acid concentrations in Monterey Bay, California, were 10 to 30 times the level that would be considered high for a normal *Pseudo-nitzschia* bloom. Other HAB toxins also have been detected on the West Coast in 2015. For example, an increase in saxitoxin-producing algae has been reported in areas of Alaska.

Impacts include shellfish and Dungeness crab harvesting closures in multiple states, targeted finfish closures, public health advisories for certain fish species in some areas of California, and sea lion strandings in California and Washington. Other marine mammal and bird mortalities have been reported in multiple states; domoic acid has not been confirmed as the primary cause of death, although the toxin has been detected in recovered birds. On 20 August 2015, NOAA declared an Unusual Mortality Event for large whales in the western Gulf of Alaska. Scientists have recorded the mortality of 30 large whales between May 2015 and February 2016. HABs are suspected of playing a role in the deaths of these whales given the noted warmer-than-average ocean temperatures in the Gulf of Alaska and the algal bloom documented in neighboring areas. However, there is as of this writing no conclusive evidence linking the whale deaths to HAB toxins.

While exact causes of the severity and early onset of the bloom are not yet known, unusually warm surface water in the Pacific is considered a factor (R. M. McCabe et al. 2016, manuscript submitted to *Nat. Commun.*). First reported along the West Coast in the 1990s, *Pseudo-nitzschia* blooms have also been observed off the U.S. East Coast and in the Gulf of Mexico.



Fig. SB3.2. Concentrations of *Pseudo-nitzschia* (cells liter⁻¹ from 1 Mar–1 Sep) and domoic acid in razor clams (ppm) in (a) 2005 and (b) 2015 on Long Beach, Wash. (location shown in Fig. SB3.1). Inset: Chains of overlapping *Pseudo-nitzschia* cells, the diatom that produces the toxin domoic acid. [*Pseudo-nitzschia* image courtesy of Zachary Forster, Washington Department of Fish and Wildlife.]

stronger-than-normal eastward flow in the North Equatorial Countercurrent and along the equator (see Fig. 3.19). Hence, most of the equatorial Pacific was anomalously warm in 2015 (Fig. 3.4a), consistent with El Niño conditions (see section 4b). The cooling east of the Philippines brought upper OHCA (Fig. 3.4a) and sea level (see Fig. 3.15) in 2015 well below mean values there.

Conversely, eastern North Pacific upper OHCA warmed from 2014 to 2015 all along the west coast of North America (Fig. 3.4b), whereas the central North Pacific cooled. This pattern of change, together with the equatorial warming, reflects a transition of the Pacific decadal oscillation (PDO; Mantua et al. 1997) from negative in 2013 to positive in 2014 (http://research.jisao.washington.edu/pdo/). In 2015, North Pacific SST anomalies (see Fig. 3.1), upper OHCA anomalies (Fig. 3.4a), and sea level anomalies (see Fig. 3.15) reflect this positive PDO. This shift may result in an increased rate of global average surface warming (e.g., Meehl et al. 2013) and also affects regional rates of sea level rise (e.g., Zhang and Church 2012).

In the South Pacific, there was a large patch of cooling in the subtropics between 2014 and 2015 (Fig. 3.4b), but much of the South Pacific remained warm relative to 1993–2015 (Fig. 3.4a). In the Indian Ocean there was generally warming, with weak cooling in the far east and a zonal band of stronger cooling extending east of Madagascar, consistent with a reduction in the strength of the South Equatorial Current in 2015 relative to 2014 (an increase in eastward flow, see Fig. 3.19). The Brazil Current in the South Atlantic and Agulhas Current in the South Indian Ocean remained warm in 2015, despite some cooling of the latter from 2014 to 2015. Upper OHCA in the Indian Ocean remained mostly warm in 2015 (Fig. 3.4a), with cool patches in the far east and also east of Madagascar. In both locations there was cooling from 2014 to 2015 (Fig. 3.4b).

Much of the subpolar North Atlantic cooled from 2014 to 2015 while much of the Nordic Seas warmed. With these changes, in 2015 the subpolar region was anomalously cool (Fig. 3.4a), although warm upper OHCA persisted offshore of much of the east coast of North America, north of the Gulf Stream Extension. These changes may be related to a reduction in the strength of the Atlantic meridional overturning circulation (AMOC; see section 3h) in recent years (e.g., Saba et al. 2016).

Distinct and statistically significant (Fig. 3.4c) regional patterns stand out in the 1993–2015 local linear trends of upper OHCA. In the Indian Ocean, the warming trend is widespread and statistically



FIG. 3.4. (a) Combined satellite altimeter and in situ ocean temperature data estimate of upper (0–700 m) OHCA ($\times 10^9$ J m$^{-2}$) for 2015 analyzed following Willis et al. (2004), but using an Argo monthly climatology and displayed relative to the 1993–2015 baseline. (b) 2015 minus 2014 combined estimates of OHCA expressed as a local surface heat flux equivalent (W m$^{-2}$). For panel (a) and (b) comparisons, note that 95 W m$^{-2}$ applied over one year results in a 3 × 10$^9$ J m$^{-2}$ change of OHCA. (c) Linear trend from 1993–2015 of the combined estimates of upper (0–700 m) annual OHCA (W m$^{-2}$). Areas with statistically insignificant trends are stippled.

significant over much of the area north of 35°S, with almost no statistically significant cooling trends in that region.

In the Atlantic Ocean, the eastern seaboard of the North Atlantic, the Labrador Sea, and the Nordic Seas all trend warmer over 1993–2015 (Fig. 3.4c), all statistically robust over that interval. Eastern portions of the subtropical Atlantic and most of the tropics also



**Fig. 3.5. (a) Near-global (60°S–60°N, excluding marginal seas and continental shelves) integrals of monthly temperature anomalies [°C; updated from Roemmich and Gilson (2009)] relative to record-length average monthly values, smoothed with a 5-month Hanning filter and contoured at odd 0.02°C intervals (see colorbar) vs. pressure and time. (b) Linear trend of temperature anomalies over time for the length of the record in (a) plotted vs. pressure in °C decade⁻¹.**

trend warmer across both hemispheres. There is also a warming trend in the western South Atlantic around the Brazil Current. Statistically significant cooling trends in the Atlantic are found east of Argentina and in the region of the Gulf Stream Extension and North Atlantic Current.

Statistically significant 1993–2015 regional trends (Fig. 3.4a) in the Pacific Ocean include warming in the western tropical Pacific and extra-equatorial cooling in the east, consistent with strengthening of the interior subtropical–tropical circulation attributed to trade-wind intensification (Merrifield et al. 2012). This pattern, linked to the surface warming hiatus (England et al. 2014), weakened in 2014 (Johnson et al. 2015a) and reversed in 2015 (Fig. 3.4a), reducing the strength of the long-term trend through 2015 compared with that through 2013 (Johnson et al. 2014).

In the Southern Ocean, a distinct trend of upper OHCA over 1993–2015 (Fig. 3.4c) emerges: a primarily zonal narrow band of warming immediately north of a band of cooling is visible from the western South Atlantic where the Brazil and Falkland/Malvinas Currents meet, extending eastward across much of the South Atlantic and Indian Oceans all the way to south of New Zealand. The geostrophic relation implies a

strengthening of eastward currents across this dipole, in the region of the Antarctic Circumpolar Current. Elsewhere in the region there is a cooling around South America. The apparent warming trends adjacent to Antarctica are located in both in situ and altimeter data-sparse regions and are not as robust as suggested by the statistics.

Near-global average seasonal temperature anomalies (Fig. 3.5a) largely reflect ENSO redistributing heat (e.g., Roemmich and Gilson 2011) in the upper 400 dbar (1 dbar ~ 1 m). During La Niña (most notably around 2008 in the Argo era), temperatures in the upper 100 dbar tend to be colder than average and those from around 100–300 dbar warmer because cold water is brought to the surface in the eastern equatorial Pacific as the thermocline shoals, and warm water is sequestered below the surface in the western equatorial Pacific as the thermocline deepens there. During El Niño years (most notably around the end of 2015), the sign of this pattern flips, resulting in very warm SSTs (section 3b) that, along with global warming, contributed to record high global average surface temperatures in 2015. In addition to the ENSO signature, there is an overall warming trend (Fig. 3.5b) from 2004 to 2015 that approaches 0.15°C decade⁻¹ near the surface, declines to around 0.02°C decade⁻¹ by 400 dbar, and remains near that rate down to 2000 dbar. This warming trend is found mostly south of the equator since 2006 (Roemmich et al. 2015; Wijffels et al. 2016).

A decade is short for defining long-term trends with statistical confidence, especially in the upper ocean where ENSO causes large interannual perturbations, so the analysis is extended further back in time and deeper using historical data collected mostly from ships. Five different estimates of globally integrated in situ upper (0–700 m) OHCA (Fig. 3.6a) all reveal a large increase since 1993 and indicate a record high OHCA value in 2015. Causes of the differences among estimates are discussed in previous reports (e.g., Johnson et al. 2015a). OHCA variability and net increases are also found from 700 to 2000 m (Fig. 3.6b) and even deeper in the ocean from 2000 to 6000 m (Fig. 3.6b), though for the latter, trends can only be estimated from differences between decadal surveys (Purkey and Johnson 2013).

The rate of heat gain from linear trends fit to each of the global integral estimates of 0–700 m OHCA from 1993 through 2015 (Fig. 3.6a) are 0.26 (±0.05), 0.31 (±0.12), 0.43 (±0.11), 0.35 (±0.07), and 0.41 (±0.22) W m⁻² applied over the surface area of the Earth (5.1 × 10¹⁴ m²) for the MRI/JMA, CSIRO/ACE CRC/IMAS-UTAS, PMEL/JPL/JIMAR, NCEI, and Met Office Hadley Centre estimates, respectively. Linear trends

for 1993–2015 are 0.19 (±0.09) W m$^{-2}$ from 700 to 2000 m, 0.24 (±0.04) W m$^{-2}$ from 700 to 1800 m, and 0.19 (±0.08) W m$^{-2}$ from 700 to 2000 m for the MRI/JMA, PMEL/JPL/JIMAR, and NCEI estimates, respectively. Here, 5%–95% uncertainty estimates for the trends are based on the residuals, taking their temporal correlation into account when estimating degrees of freedom (Von Storch and Zwiers 1999). For 2000–6000 m, the linear trends are about 0.07 (±0.04) W m$^{-2}$ (again at 5%–95% uncertainty) from 1992 to 2009 (update of Purkey and Johnson 2010; D. Desbruyères and S. G. Purkey, 2016, personal communication).



**Fig. 3.6. (a) Time series of annual average global integrals of in situ estimates of upper (0–700 m) OHCA (1 ZJ = 10$^{21}$ J) for 1993–2015 with standard errors of the mean. The MRI/JMA estimate is an update of Ishii and Kimoto (2009). The CSIRO/ACE CRC/IMAS-UTAS estimate is an update of Domingues et al. (2008). The PMEL/JPL/JIMAR estimate is an update of Lyman and Johnson (2014). The NCEI estimate follows Levitus et al. (2012). The Met Office Hadley Centre estimate is computed from gridded monthly temperature anomalies (relative to 1950–2015 following Palmer et al. (2007). See Johnson et al. (2014) for more details on uncertainties, methods, and datasets. For comparison, all estimates have been individually offset (vertically on the plot), first to their individual 2005–15 means (the best sampled time period), and then to their collective 1993 mean. (b) Time series of annual average global integrals of in situ estimates of intermediate (700–2000 m for MRI/JMA and NCEI, 700–1800 m for PMEL/JPL/JIMAR) OHCA for 1993–2015 with standard errors of the mean, and a long-term trend with one standard error uncertainty shown from 1992–2009 for deep and abyssal (z > 2000 m) OHCA updated (D. Desbruyères and S. G. Purkey, 2016, personal communication) following Purkey and Johnson (2010).**

Summing the three layers, the full-depth ocean heat gain rate ranges from 0.52 to 0.74 W m$^{-2}$.

### d. Salinity—G. C. Johnson, J. Reagan, J. M. Lyman, T. Boyer, C. Schmid, and R. Locarnini

#### 1) INTRODUCTION—G. C. Johnson and J. Reagan

Salinity patterns, both long-term means and their variations, reflect ocean storage and transport of freshwater, a key aspect of global climate (e.g., Rhein et al. 2013). Ocean salinity distributions are largely determined by patterns of evaporation, precipitation, and river runoff (e.g., Schanze et al. 2010), and in some high-latitude regions, sea ice formation, advection, and melt (e.g., Petty et al. 2014). The result is relatively salty sea surface salinity (SSS) values in the subtropics, where evaporation dominates, and fresher SSS values under the intertropical convergence zones (ITCZs) and in the subpolar regions, where precipitation dominates. These fields are further modified by ocean advection (e.g., Yu 2011). In the subsurface, fresher subpolar waters slide along isopycnals to intermediate depths, underneath saltier subtropical waters, which are in turn capped at low latitudes by fresher tropical waters (e.g., Skliris et al. 2014). Salinity changes in these layers quantify the increase of the hydrological cycle with global warming over the recent decades, likely more accurately and directly than evaporation and precipitation estimates (Skliris et al. 2014). Below that, the salty North Atlantic Deep Waters formed mostly by open ocean convection are found, with salinities that vary over decades (e.g., van Aken et al. 2011). Fresher and colder Antarctic Bottom Waters, formed mostly in proximity to ice shelves, fill the abyss of much of the ocean (Johnson 2008), freshening in recent decades (e.g., Purkey and Johnson 2013). Salinity changes also have an effect on sea level (e.g., Durack et al. 2014) and the thermohaline circulation (e.g., Kuhlbrodt et al. 2007).

To investigate interannual changes of subsurface salinity, all available subsurface salinity profile data are quality controlled following Boyer et al. (2013) and then used to derive 1° monthly mean gridded salinity anomalies relative to a long-term monthly mean for years 1955–2006 (World Ocean Atlas 2009; Antonov et al. 2010) at standard depths from the surface to 2000 m (Boyer et al. 2012). In recent years, the single largest source of salinity profiles for the world's ocean is the Argo program with its fleet of profiling floats (Riser et al. 2016). These data are a mix of real-time (preliminary) and delayed-mode (scientific quality controlled). Hence, the estimates presented here could change after all data have been subjected to scientific quality control. The SSS analysis relies on Argo in situ

data downloaded in January 2016, with annual maps generated following Johnson and Lyman (2012) as well as monthly maps from BASS (Xie et al. 2014), a bulk (as opposed to skin) SSS data product that blends in situ SSS data with data from the Aquarius (Le Vine et al. 2014) and SMOS (Soil Moisture and Ocean Salinity; Font et al. 2013) satellite missions. The Aquarius mission ended in June 2015, leaving SMOS as the sole source for satellite SSS for the rest of 2015. BASS maps can be biased fresh around land (including islands) and should be compared carefully with in situ data-based maps at high latitudes before trusting features there. Salinity is measured as a dimensionless quantity and reported on the 1978 Practical Salinity Scale, or PSS-78 (Fofonoff and Lewis 1979). Surface salinity values in the open ocean range from about 32 to 37.5, with seasonal variations exceeding 1 in a few locations (Johnson et al. 2012).

### 2) SEA SURFACE SALINITY (SSS)—G. C. Johnson and J. M. Lyman

The 2015 SSS anomalies (Fig. 3.7a, colors) reveal some large-scale patterns that largely held from 2004 to 2014 (e.g., Johnson et al. 2015b, and previous *State of the Climate* reports.). Regions around the subtropical salinity maxima are generally salty with respect to *World Ocean Atlas* (*WOA*) *2009* (Antonov et al. 2010). Most of the high latitude, low-salinity regions appear fresher overall than *WOA 2009*, both in the vicinity of much of the Antarctic Circumpolar Current near 50°S and in portions of the subpolar gyres of the North Pacific and North Atlantic. These multiyear patterns are consistent with an increase in the hydrological cycle (that is, more evaporation in drier locations and more precipitation in rainy areas) over the ocean expected in a warming climate (Rhein et al. 2013). The large, relatively fresh patch in 2015 west of Australia and the Indonesian Throughflow was more prominent in previous years back to 2011 (Johnson and Lyman 2012). Its origin is associated with the strong 2010–12 La Niña and other climate indices (Fasullo et al. 2013; Johnson et al. 2015b).

Sea surface salinity changes from 2014 to 2015 (Fig. 3.7b, colors) strongly reflect 2014 anomalies in evaporation minus precipitation (see Fig. 3.12). Advection by anomalous ocean currents (see Fig. 3.19) also plays a role in SSS changes. The most prominent large-scale SSS changes from 2014 to 2015 were freshening under the Pacific ITCZ and salinification in the tropical warm pool around the Maritime Continent (Fig. 3.7b). The freshening is associated with stronger-than-usual freshwater fluxes into the ocean under the ITCZ (see Fig. 3.12) and anomalous eastward flow



FIG 3.7. (a) Map of the 2015 annual surface salinity anomaly (colors in PSS-78) with respect to monthly climatological salinity fields from WOA 2009 (yearly average—gray contours at 0.5 PSS-78 intervals). (b) Difference of 2015 and 2014 surface salinity maps [colors in PSS-78 yr⁻¹ to allow direct comparison with (a)]. White ocean areas are too data-poor (retaining < 80% of a large-scale signal) to map. (c) Map of local linear trends estimated from annual surface salinity anomalies for 2005–15 (colors in PSS-78 yr⁻¹). Areas with statistically insignificant trends are stippled. All maps are made using Argo data.

(see Fig. 3.19) of relatively fresh water in the tropical Pacific. The salinification over the tropical warm pool is associated with reduction in freshwater flux anomalies there. These changes are related to the strong El Niño event of 2015 (section 4b). In the subpolar North Atlantic, there was widespread freshening, strongest south of Iceland, but north of Iceland SSS becomes saltier. In the Indian Ocean, SSS decreased south of India from 2014 to 2015, consistent with the

westward spreading and weakening of the prominent fresh anomaly generated west of Australia circa 2011.

Seasonal variations of SSS anomalies in 2015 (Fig. 3.8) from BASS (Xie et al. 2014) show the buildup of anomalously fresh water associated with the tropical Pacific and western tropical Atlantic ITCZs (including just offshore of the Orinoco and Amazon Rivers), the increase in SSS in the tropical warm pool, and the decrease in fresh anomalies under the South Pacific convergence zone (SPCZ). Despite the lower accuracies of the satellite data relative to that of the Argo data, their higher spatial and temporal sampling allows higher spatial and temporal resolution maps than are possible using in situ data alone.



FIG. 3.8. Seasonal maps of SSS anomalies (colors) from monthly blended maps of satellite and in situ salinity data (BASS; Xie et al. 2014) relative to monthly climatological salinity fields from WOA 2009 for (a) Dec–Feb 2014/15, (b) Mar–May 2015, (c) Jun–Aug 2015, and (d) Sep–Nov 2015. Areas with maximum monthly errors exceeding 10 PSS-78 are left white.

Sea surface salinity trends for 2005–15 exhibit striking patterns in all three oceans (Fig. 3.7c). These trends are estimated by local linear fits to annual average SSS maps from Argo data with a starting year of 2005, because that is when Argo coverage became near-global. Near the salinity maxima in each basin (mostly in the subtropics but closer to 30°S in the Indian Ocean), there are regions of increasing salinity, especially in the North Pacific to the west of Hawaii. In contrast, there are regions in the Southern Ocean where the trend is toward freshening. Again, these patterns are reminiscent of the multidecadal changes discussed above and suggest an intensification of the hydrological cycle over the ocean, even over the last 11 years. There is a strong freshening trend in much of the subpolar North Atlantic, roughly coincident with anomalously low upper ocean heat content there (see Fig. 3.4) suggesting an eastward expansion of the subpolar gyre that may be linked to reductions in the AMOC over the past decade (section 3h). In addition to these patterns there is a freshening trend in the eastern Indian Ocean, probably owing to a lingering signature of the strong 2010–12 La Niña, as discussed above. Freshening trends are also apparent in the eastern tropical Pacific and the South China Sea. The region to the northwest of the Gulf Stream is trending saltier, as well as warmer (section 3c).

3) Subsurface salinity—J. Reagan, T. Boyer, C. Schmid, and R. Locarnini

Atlantic Ocean basin-average monthly salinity anomalies for 0–1500 m depth displayed a pattern during 2015 similar to the previous 10 years, with salty anomalies above 700 m and fresh anomalies below (Fig. 3.9a). From 2014 to 2015 salinity increased in the upper 300 m of the Atlantic, reaching a maximum increase of ~0.01 near the surface (Fig. 3.9b). The Pacific Ocean has exhibited fresh anomalies of about −0.02 from 200 to 500 m over the last five years (Fig. 3.9c). However, the upper 75 m was about −0.04 fresher in 2015, in contrast to salty conditions there from mid-2008 to mid-2014. This change reflects the enhanced precipitation along the ITCZ (see Fig. 3.12d) and anomalous eastward equatorial currents (see Fig. 3.19) during the 2015 El Niño (see section 4b). Salty anomalies from 100 to 200 m have been present since 2011. From 2014 to 2015 the Pacific (Fig. 3.9d) freshened in the upper 75 m, approaching about −0.03 at 30 m, and became saltier from 100 to 200 m, approaching ~0.01 at 125 m. The Indian Ocean continued to show similar salinity anomaly structure to that of the previous two years, with a fresh surface anomaly from 0 to 75 m, salty subsurface anomaly from 100 to 300 m, a slightly fresh anomaly (maximum of about −0.01) from 400 to 600 m, and a slightly salty anomaly (maximum of ~0.01) from 600 to 800 m (Fig. 3.9e). From 2014 to 2015 there was weak freshening (maximum of about −0.01 at 50 m) near the surface and salinification from 100 to 200 m, with a maximum of ~0.014 at 150 m (Fig. 3.9f).

North Atlantic 2015 volume-weighted salinity anomalies from 0 to 1500 m (Fig. 3.10a) were mostly positive, with values >0.10 along the Gulf Stream. The eastern portion of the subpolar gyre in the North

Atlantic exhibited a large (about −0.10) fresh anomaly. This fresh feature coincided with anomalously cool upper ocean heat content (see Fig. 3.4). The South Atlantic was dominated by positive salinity anomalies in 2015, with fresh anomalies south of 40°S, perhaps reflecting an anomalously northward position of the low salinity subantarctic front. From 2014 to 2015, positive salinity anomalies in the subtropics persisted with little change in strength, while the freshening north of the Azores Islands continued to strengthen (Fig. 3.10b).

The Indian Ocean displayed a dipole of salinity anomalies north of the equator during 2015, with salty anomalies in the Arabian Sea and fresh anomalies in the Bay of Bengal (Fig. 3.10a). Salty anomalies along the equator transitioned to fresh anomalies across the entire basin south of 15°S to 30°S. These fresh anomalies strengthened east of Madagascar from 2014 to 2015 but weakened west of Australia (Fig. 3.10b) as discussed in section 3d2. From 35°S to 50°S there was a transition from salty to fresh salinity anomalies, likely due to the position of the subantarctic front in 2015 (Fig. 3.10a).

The North Pacific, north of 20°N, was dominated by fresh anomalies in 2015; however, in the northeast Pacific there was a salty anomaly (Fig. 3.10a) in close proximity to a region of anomalously warm SSTs (see Fig. 3.1). The warm SSTs were at least partly due to a persistent atmospheric ridge in the region (Bond et al. 2015). With ridging, less precipitation and more evaporation are expected. This expectation was partially met (see Fig. 3.12) and likely to have been partially responsible for the observed salty anomaly strengthening from 2014 to 2015 (Fig. 3.10b). The subtropical North Pacific was anomalously salty in 2015, contrasting with fresh anomalies along the ITCZ, consistent with the 2015 $P - E$ anomalies (see Fig. 3.12). Salty anomalies were present in the subtropical South Pacific in 2015, with fresh anomalies along the SPCZ. These tropical and subtropical salinity anomaly features were mostly enhanced when compared to 2014, with the exception of a weakening





Fig. 3.9. Average monthly salinity anomalies from 0−1500 m for the (a) Atlantic from 2005–15 and (b) the change from 2014 to 2015; (c) Pacific from 2005–15 and (d) the change from 2014 to 2015; and (e) Indian from 2005–15 and (f) the change from 2014 to 2015. Data were smoothed using a 3-month running mean. Anomalies are relative to the long-term WOA 2009 monthly salinity climatology (Antonov et al. 2010).

Fig. 3.10. Near-global 0−1500 m volume-weighted salinity anomalies (a) for 2015, (b) change from 2014 to 2015, and (c) linear trend from 2005 to 2015 (yr⁻¹). Anomalies are relative to the long-term WOA 2009 monthly salinity climatology (Antonov et al. 2010). Annual figures were computed by averaging the 12 monthly salinity anomalies over calendar years.



Fig. 3.11. (a) Surface heat flux ($Q_{net}$) anomalies for 2015 relative to a 5-year (2010–14) mean. Positive values denote ocean heat gain. Panels (b), (c), and (d) are the 2015–2014 anomaly tendencies for $Q_{net}$, surface radiation (SW+LW), and turbulent heat fluxes (LH+SH), respectively. Positive anomalies denote that the ocean gained more heat in 2015 than in 2014. LH+SH are produced by the OAFlux high-resolution satellite-based analysis, and SW+LW by the NASA FLASHFlux project.

fluxes are the primary mechanisms for keeping the global climate system in balance with the incoming insolation at Earth's surface. Most of the shortwave radiation (SW) absorbed by the ocean's surface is vented into the atmosphere by three processes: longwave radiation (LW), turbulent heat loss by evaporation (latent heat flux, or LH), and turbulent heat loss by conduction (sensible heat flux, or SH). The residual heat is stored in the ocean and transported away by the ocean's surface circulation, forced primarily by the momentum transferred to the ocean by wind stress. Evaporation connects heat and moisture transfers, and the latter, together with pre-

positive salinity anomaly over the central subtropical North Pacific in 2015 (Fig. 3.10b). The South Pacific enhancement from 2014 to 2015 is inconsistent with 2015 $P-E$ anomalies (see Fig. 3.12).

The 2005–15 linear trends of the 0–1500 m salinity anomalies (Fig. 3.10c) reveal strong similarities to SSS trends over the same time period (see Fig. 3.7c and discussion above). This match is not surprising as most of the salinity variability from 0 to 1500 m over the global ocean occurs in the upper 300 m (Fig. 3.9). The large (> −0.01 yr⁻¹) freshening trend in the North Atlantic subpolar gyre could be partially responsible for the observed decline in the strength of the AMOC (Smeed et al. 2014).

### e. Ocean surface heat, freshwater, and momentum fluxes—

L. Yu, R. F. Adler, G. J. Huffman, X. Jin, S. Kato, N. G. Loeb, P. W. Stackhouse, R. A. Weller, and A. C. Wilber

The ocean and atmosphere communicate via interfacial exchanges of heat, freshwater, and momentum. These air–sea

cipitation, determines the local surface freshwater flux. Identifying changes in the air–sea fluxes is essential in deciphering observed changes in ocean circulation and its transport of heat and salt from the tropics to the poles. In particular, 2015 witnessed the interplay of three different warmings: the warm "Blob" in the



Fig. 3.12. (a) Surface freshwater ($P-E$) flux anomalies for 2015 relative to a 27-year (1988–2014) climatology. 2015–2014 anomaly tendencies for (b) $P-E$, (c) evaporation ($E$), and (d) precipitation ($P$), respectively. Green colors denote anomalous ocean moisture gain, and browns denote loss, consistent with the reversal of the color scheme in (c). $P$ is computed from the GPCP version 2.2 product, and $E$ from OAFlux high-resolution satellite-based analysis.

North Pacific (Bond et al. 2015), a strong El Niño in the tropical Pacific, and a warm PDO phase. Large-scale anomalies appear in observations of SST (see Fig. 3.1), heat content (see Fig. 3.4), sea surface salinity (see Fig. 3.7), sea level (see Fig. 3.15), ocean surface currents (see Fig. 3.19), and chlorophyll-$a$ (see Fig. 3.26a). All of these anomalies are related to changes in ocean surface forcing functions in 2015 and how the ocean and atmosphere generated anomalous conditions with unusual magnitudes and spatial dimensions.

Air–sea heat flux, freshwater flux, and wind stress in 2015 and their relationships with the ocean are assessed. The net surface heat flux, $Q_{net}$, is the sum of four terms: SW + LW + LH + SH. The net surface freshwater flux into the ocean (neglecting riverine and glacial fluxes from land) is simply Precipitation ($P$) minus Evaporation ($E$), or the $P-E$ flux. Wind stress is computed from satellite wind retrievals using the bulk parameterization of Edson et al. (2013). The production of the global maps of $Q_{net}$, $P-E$, and wind stress in 2015 (Figs. 3.11–3.13) and the long-term perspective of the change of the forcing functions (Fig. 3.14) are made possible by integrating the efforts of four world-class flux analysis groups. The Objectively Analyzed air–sea Fluxes (OAFlux; http://oaflux.whoi.edu/) project at the Woods Hole Oceanographic Institution (Yu and Weller 2007) provides the satellite-based high-resolution version of the turbulent ocean flux components, including LH, SH, E, and wind stress (Yu and Jin 2012; 2014a,b; Jin and Yu 2013; Jin et al. 2015). The Clouds and the Earth's Radiant Energy Systems (CERES) Fast Longwave and Shortwave Radiative Fluxes (FLASHFlux; https://eosweb.larc.nasa.gov /project/ceres/ceres_table) project at the NASA Langley Research Center (Stackhouse et al. 2006) provides the surface SW and LW products. The Global Precipitation Climatology Project (GPCP; http://precip.gsfc.nasa. gov) at the NASA Goddard Space Flight Center (Adler et al. 2003) provides the precipitation products. The CERES Energy Balanced and Filled (EBAF) surface SW and LW products (http://ceres.larc.nasa.gov; Kato et al. 2013) are used in the time series analysis.

### 1) Surface heat fluxes

The global $Q_{net}$ anomaly pattern in 2015 overall showed a remarkable hemispheric asymmetry (Fig. 3.11a), with net ocean heat loss (negative) anomalies dominating the Northern Hemisphere and net heat gain (positive) anomalies commanding the Southern Hemisphere. The 2015 minus 2014 $Q_{net}$ tendency map (Fig. 3.11b) had a similar pattern, except for the northeast Pacific, where the net heat loss associated with the warm "Blob" was more

intense and widespread compared to the long-term mean background. The $Q_{net}$ anomaly pattern was determined primarily by the LH+SH anomaly pattern (Fig. 3.11d), with the SW+LW anomalies contributing mostly in the tropical ocean.

The 2015 $Q_{net}$ anomalies in the tropical Pacific are associated with El Niño, with mean 2015 SST in the eastern equatorial Pacific more than 2°C above normal (see Fig. 3.1). The eastward displacement of convection typically found over the west tropical Pacific is identified in the SW+LW anomaly field, featuring a striking band of negative SW+LW anomalies of magnitude exceeding 20 W m$^{-2}$ in the central and eastern equatorial Pacific (Fig. 3.11c). The band's core was centered near the international date line and zonally elongated, extending eastward along 2°–3°N. The precipitation anomaly field (Fig. 3.12d) reveals an almost identical band structure of enhanced tropical rainfall. During an El Niño, the eastward movement of the ITCZ leads to the suppression of deep convective clouds over the Indo-Pacific warm pool and the Maritime Continent, and consequently, an increase in the net downward radiation. These typical ENSO composite features (Rasmusson and Wallace 1983), that is, negative SW+LW anomalies in the central and eastern equatorial basin and positive SW+LW anomalies in the equatorial Indo-Pacific, were clear in 2015.

The ENSO LH+SH anomalies (Fig. 3.11d) were dominated by the LH anomalies and produced largely by SST and wind anomalies. As the warmer sea surface tends to evaporate more quickly, latent heat loss increased along the equatorial warm tongue in the eastern Pacific. In the central and western equatorial basin, however, the LH anomalies were not a response to the SST condition; instead they were the source of heating contributing to the ocean warming there: trade winds weakened considerably within the deep convection center near the date line (Fig. 3.13a). This weakening, in turn, subdued the latent heat loss by more than 20 W m$^{-2}$, creating a warming effect at the ocean surface. The warming effect of the LH+SH anomalies exceeded the cooling effect of the SW+LW anomalies, leading to a marginally positive net heat input to the ocean area that hosted the center of deep convection.

The changing SST–$Q_{net}$ relationship from the eastern to the central equatorial Pacific demonstrates that $Q_{net}$ has a dual role in the dynamics of large-scale SST anomalies. On one hand, $Q_{net}$ contributes to the generation of SST anomalies. On the other hand, $Q_{net}$ acts as a damping mechanism to suppress the SST anomalies once they are generated, thereby providing a feedback to control the persistence

and the amplitude of the SST anomalies (Frankignoul and Hasselmann 1977). Outside the equatorial ocean, the heat flux feedback offers an explanation for the large heat loss over the exceptionally warm waters off the North American coast. The warm "Blob" has persisted since 2013, and the enormous latent heat loss that it produced in 2015 exceeds the climatological background by a large amount (Fig. 3.11a).

The $Q_{net}$ forcing is evident in basinwide warming in the subtropical Indian and Atlantic sectors, as well as in the southeast Pacific. The southeast trade winds are usually weaker during an El Niño (Rasmusson and Carpenter 1982). Similar to the wind–evaporation–SST mechanism that operated in the central equatorial Pacific, the subdued LH+SH loss due to the weakened winds appears to be a source of surface heating for the region.

The 2015 $Q_{net}$ anomalies in the North Atlantic exhibited a tripole-like pattern, with strong net heat loss (negative) anomalies ($< -20$ W m$^{-2}$) centered in the Labrador Sea and extending across the subpolar gyre north of 50°N, net heat gain (positive) anomalies (10–15 W m$^{-2}$) in the eastern region between 30° and 50°N, and strong net heat loss anomalies ($< -20$ W m$^{-2}$) in the northwest Atlantic, including the Gulf Stream region. The $Q_{net}$ anomalies in this tripole-like pattern were generally negative in regions of positive SST anomalies and positive in regions of negative SST anomalies (Fig. 3.1), indicating that the atmospheric thermal forcing in the North Atlantic was a response to the SST variability.

### 2) Surface freshwater fluxes

The 2014 to 2015 $P - E$ anomaly tendency (Fig. 3.12a,b) is dominated by precipitation (Fig. 3.12d) over the globe except for the extratropical North Pacific, where evaporation (Fig. 3.12c) is stronger in 2015 than 2014. The hemispheric asymmetry, which is featured in the 2015 $Q_{net}$ anomaly map, is not as obvious in the 2015 $P - E$ anomalies (Fig. 3.12a) but is visible in the $E$ tendencies (Fig. 3.12c). In the latter, the asymmetry is more about the contrast in the signs of the $E$



Fig. 3.13. (a) Wind stress magnitude (N m$^{-2}$; colored background) and vector anomalies for 2015 relative to a 27-yr (1988–2014) climatology, (b) 2015–2014 anomaly tendencies in wind stress, (c) Ekman vertical velocity ($W_{EK}$) anomalies (cm day$^{-1}$) for 2015 relative to a 27-year (1988–2014) climatology, and (d) 2015–2014 anomaly tendencies in $W_{EK}$. In (c) and (d), positive values denote upwelling anomalies and negative downwelling. Winds are computed from the OAFlux high-resolution satellite-based vector wind analysis.

tendencies in the subtropical sectors, with the northern basin evaporating more and the southern basin less.

In the North Pacific, one interesting anomaly feature in 2015 is the concurrence of increased evaporation with reduced precipitation along a band that extended northeastward across the central Pacific, from the western tropical Pacific toward the Gulf of Alaska. Both effects resulted in an enhanced net moisture release to the atmosphere. This band of $P - E$ anomalies is not a standalone feature. Along the location of the $P - E$ anomaly band, downward SW + LW increased (Fig. 3.11a), and wind-induced Ekman upwelling anomalies were observed (Fig. 3.13c). More importantly, ocean surface warming occurred. The net downward heating, net moisture loss from the ocean, and the surface warming imply a close coupling between the atmosphere and the ocean in the extratropical central Pacific.

Above-normal freshwater input was observed in the tropical Pacific, associated with the development of the strong El Niño. Consistent with the eastward displacement of the ITCZ, the core of the precipitation band was centered near the date line and elongated eastward along the El Niño region. Along the band, the maximum increase of rainfall exceeded 1.5 m during 2015, and its impact on the tropical sea surface salinity (see Fig. 3.7) is evident. The entire

equatorial Pacific experienced a surface freshening by as much as 0.1 PSS-78. As a consequence of the ITCZ migration, the rainfall deficit over the Indo-Pacific warm pool and the Maritime Continent was as large as 80 cm.

Interestingly, the changing $P - E$ forcing in the Indian and Atlantic basins is only loosely linked to observed SSS anomalies (see Fig. 3.7). For instance, the tropical Indian Ocean was mostly in a wetter condition, whereas the regional sea surface became saltier over a wide area. The southern Atlantic was mostly in a drier condition, whereas the regional sea surface was fresher. The low correlation between salinity and $P - E$, in sharp contrast to the close correlation between SST and $Q_{net}$ discussed above, reflects that $P - E$ variations can create or modify existing salinity anomalies but are not a damping mechanism for existing anomalies. The lack of a negative feedback of SSS to the $P - E$ flux suggests that SSS anomalies have a longer persistence than SST, and are more strongly influenced by horizontal processes such as wind-driven Ekman advection (Yu 2015).

### 3) Wind stress

The 2015 wind stress anomalies were largely aligned zonally, reflecting the fluctuations of the major wind belts (Fig. 3.13a,b). The vector wind anomaly directions indicate that there was a coherent weakening of the midlatitude westerlies in the Northern and Southern Hemispheres (30°–60°N and 30°–60°S). In response to the strong El Niño in the Pacific, the tropical trade winds were also weaker (Rasmusson and Carpenter 1982). The reduction in the magnitude of the trades is most evident in the center of the southeast trades (e.g., ~15°S in the Indian and Pacific basins). In the equatorial region, the shift of the deep convection to the date-line moved the Walker Circulation eastward, resulting in the equatorial westerly anomalies in the west and equatorial easterly anomalies in the east.

The spatial variations of wind stress (τ) cause divergence and convergence of the Ekman transport, leading to a vertical velocity, denoted by Ekman pumping (downward) or suction (upward) velocity, $W_{EK}$, at the base of the Ekman layer. Computation of $W_{EK}$ follows the equation: $W_{EK} = 1/\rho \nabla \times (\tau/f)$, where $\rho$ is density, and $f$ the Coriolis force. The 2015 $W_{EK}$ pattern (Fig. 3.13c,d) shows strong upwelling (positive) anomalies in the western and central equatorial Pacific. The pattern corresponds well with the cooling of the upper ocean in the observed region in OHC (see Fig. 3.4) and SSH (see Fig. 3.15). In the North Atlantic, a $W_{EK}$ tripole anomaly pattern is present:

positive upwelling anomalies poleward of 60°N, negative downwelling anomalies between 40° and 60°N, and positive downwelling anomalies in the northwest subtropical Atlantic. The region of the warm "Blob" in the northeast Pacific experienced an enhanced downwelling motion.

### 4) Long-term perspective

The time series of yearly variations of $Q_{net}$, $P - E$, and wind stress averaged over the global oceans (Fig. 3.14) provide decadal perspective on the ocean-surface forcing functions in 2015. The $Q_{net}$ time series (Fig. 3.14a) indicates that, despite interannual variability, net heat gain by the ocean shifted from nearly steady to higher variability around 2007, after which $Q_{net}$ shows a slight upward tendency. Whether the change is associated with the phase transition of the PDO is yet to be determined. The global average does not represent the change on the regional scale: for instance, decadal decrease of net downward heat flux is observed at a buoy off northern Chile (Weller 2015).

The $P - E$ time series (Fig. 3.14b) is up slightly in 2015, perhaps reflecting the 2015 El Niño's influence on tropical oceanic precipitation. The GPCP precipitation dataset shows that changes over land and ocean during El Niño or La Niña years balance to first



**Fig. 3.14. Annual-mean time series of global averages of (a) net surface heat flux ($Q_{net}$) from the combination of CERES EBAF SW+LW and OAFlux LH+SH, (b) net freshwater flux ($P–E$) from the combination of GPCP $P$ and OAFlux $E$, and (c) wind stress magnitude from OAFlux high-resolution vector wind analysis. Shaded areas indicate one standard deviation of annual-mean variability.**

SIDEBAR 3.2: **EXTRAORDINARILY WEAK EIGHTEEN DEGREE WATER PRODUCTION CONCURS WITH STRONGLY POSITIVE NORTH ATLANTIC OSCILLATION IN LATE WINTER 2014/15**—S. BILLHEIMER AND L. D. TALLEY

The Gulf Stream and Kuroshio Extension are the largest oceanic heat loss regions in the Northern Hemisphere. Associated with that enormous winter cooling are deep winter mixed layers, which become what is referred to as subtropical mode water.

Mode waters constitute a large portion of the upper ocean volume and are composed of nearly uniform temperature and salinity. These water masses outcrop at the surface during winter, at which point they are stamped with the current atmospheric conditions. Vigorous convection drives the creation of deep mixed layers that entrain heat, freshwater, and anthropogenic $CO_2$ into the upper ocean. When air–sea heat flux changes sign, generally in the spring, the upper ocean begins to restratify, and the thick subtropical mode water layer (Fig. SB3.3a) is isolated from the atmosphere by the development of a seasonal pycnocline (a strong vertical density gradient). In subsequent winters, when the seasonal pycnocline breaks down, it exposes a thick layer of nearly uniform temperature set by previous winters' heat loss to the atmosphere, which renews the mode water. During normal seasonal cycles, mode water acts both to integrate several years of likely variable atmospheric conditions and to modify wintertime air–sea exchange. With several years of abnormally limited mode water renewal, the anomalous heat, freshwater, and anthropogenic $CO_2$ associated with the mode water reservoir would diffuse into the permanent thermocline below.

Eighteen Degree Water (EDW) is the subtropical mode water associated with the Gulf Stream extension in the western North Atlantic (Worthington 1959). EDW volume and properties are affected both regionally by the Gulf Stream and by large-scale atmospheric conditions.

The strength of EDW formation during winter is strongly associated with the North Atlantic Oscillation (NAO; Talley 1996; Joyce et al. 2000; Fig. SB3.4). During strongly negative NAO index winters, including 2014/15, the ocean-to-atmosphere heat flux that produces deep mixed layers occurs primarily in the subtropical regions (Dickson et al. 1996), resulting in vigorous EDW formation. During strongly positive NAO winters, vigorous buoyancy forcing occurs in the subpolar regions and the subtropical EDW region is deprived of strong winter atmospheric forcing, resulting in weak to near cessation of EDW formation, as demonstrated for winter 2011/12



Fig. SB3.3. Eighteen Degree Water (EDW) potential vorticity (log scale color) and EDW thickness (black contours). "EDW PV" is taken as potential vorticity on the $\sigma_\theta = 26.5$ kg m$^{-3}$ potential density surface. "EDW thickness" is the thickness of the $\sigma_\theta = 26.2$–$26.7$ kg m$^{-3}$ potential density layer. Contours are at 50 m intervals. High PV (orange/brown) corresponds with very weak (thin) EDW. (a) Climatology of Mar/Apr EDW PV and thickness during the Argo era. (b) 2015 Mar/Apr EDW PV anomaly and Mar/Apr 2015 EDW thickness.

by Billheimer and Talley (2013). In late winter 2013/14, extraordinary ocean cooling in the subpolar North Atlantic that created an extreme type of Labrador Sea Water (Josey et al. 2015) coincided with a strongly positive NAO index and weak EDW formation, illustrating the spatially bimodal nature of NAO-related surface buoyancy forcing.

The Gulf Stream also plays a role in EDW formation. Strong lateral and vertical shears within the Gulf Stream

jet modify convective processes, driving cross-frontal mixing (Joyce et al. 2009, 2013; Thomas et al. 2013). The entrainment of fresh slope water originating north of the Gulf Stream, which occurs approximately between 65°W and 55°W, produces a colder, fresher variety of EDW. This mechanism of EDW formation is apparently much less affected by the intensity of winter subtropical surface heat flux (Billheimer and Talley 2013).

One measure of EDW formation strength is its winter Potential Vorticity (PV), defined by the planetary component only, neglecting relative vorticity:

$$PV = \frac{f}{\rho} \frac{\partial \rho}{\partial z},$$

where $f$ is the Coriolis parameter and $\rho$ is density. High PV is associated with strong stratification. Hence, high EDW PV during the EDW formation season indicates strong stratification and abnormally weak EDW formation.

Here, EDW PV is calculated using the Roemmich–Gilson climatology of Argo profiling floats (Roemmich and Gilson 2009). EDW PV is taken as the PV along the potential density contour $\sigma_\theta = 26.5$ kg m$^{-3}$, considered the "EDW core" of low PV EDW (Talley and Raymer 1982; Talley 1996).

The map of climatological EDW PV for March/April, when EDW PV is lowest, shows the thickest, low PV EDW concentrated in two pools (Fig. SB3.3a). We hypothesize that the pool centered at 52°W near the Gulf Stream extension in the northeastern Sargasso Sea is largely produced within the Gulf Stream via cross-frontal mixing (Joyce et al. 2009, 2013; Joyce 2012), whereas the pool centered at roughly 66°W within the tight recirculation gyre of the Sargasso Sea is largely formed and renewed by simple one-dimensional convection—driven by surface buoyancy flux (Worthington 1959).

In March/April 2015, EDW PV was substantially higher, hence EDW was abnormally weak throughout the entire EDW region, particularly in the northern Sargasso Sea (Fig. SB3.3b). A thick (~450–500 m) EDW density layer persisted in the northeastern Sargasso Sea near the Gulf Stream, where one would expect to find EDW formed via cross-frontal mixing, though in 2015 its PV was anomalously high.

Atmospheric conditions of late winter 2014/15 appeared to be a continuation of conditions of the previous winter (Josey et al. 2015; section 3e). A strong correla-



Fig. SB3.4. (a) Jan–Mar 2015 NAO index (red) and annual minimum EDW PV (blue), which tends to be in Mar or Apr. EDW PV is the regional average of the domain mapped in Fig. SB3.3. (b) EDW volume, taken as the volume of the $\sigma_\theta = 26.2$–26.7 kg m$^{-3}$ potential density layer integrated over the domain mapped in Fig. SB3.3. The Gulf Stream north wall is the EDW northern boundary.

tion exists between EDW PV and the NAO, where high NAO winters, particularly the late winter of 2014/15, are associated with abnormally weak EDW formation (Fig. SB3.4a). EDW volume in 2014/15 was consistent with the lack of EDW formation indicated by high winter EDW PV (Fig. SB3.4b). Peak EDW volume in late winter 2014/15 was at a minimum over the past 10 years, indicating an extraordinary lack of EDW production for a second consecutive year.

Lack of EDW renewal prior to 2011/12 was very unusual. Since 1954, when the time series at Bermuda station "S" was established, only one instance of near EDW depletion occurred, coinciding with the strongly positive NAO during the mid-1970s (Talley and Raymer 1982; Talley 1996; Joyce et al. 2000).

In summary, winter 2014/15 was the weakest EDW formation year on record during the Argo era and was associated with an extreme, strongly positive winter NAO. Three of the past four winters have had below average EDW renewal, with the most recent being the most extreme.

order, giving a global time series that is much more nearly constant than the land-only or ocean-only time series. Over the 27-year period, the $P-E$ time series shows a slight decrease during the 1990s, then no obvious subsequent trend. A strengthening of the global winds in the 1990s, also indicated in the global wind time series (Fig. 3.14c), leveled off since the late 1990s. Global average winds were slightly reduced after the dip in 2009.

### f. Sea level variability and change—M. A. Merrifield, E. Leuliette, P. Thompson, D. Chambers, B. D. Hamlington, S. Jevrejeva, J. J. Marra, M. Menéndez, G. T. Mitchum, R. S. Nerem, and W. Sweet

Sea level variations and trends during 2015 feature the largest El Niño event since 1997/98, the highest annual average global mean sea level (GMSL) recorded since the altimeter era began in 1993, and reversals in short-term regional trends reflecting the changing state of the PDO and other climate modes. Regional and global sea level patterns are described here using satellite altimeter data, and extreme coastal sea levels are described using tide gauge data.

The signature of El Niño is clear in the 2015 annual mean sea level anomaly (Fig. 3.15a), the change in sea level from 2014 to 2015 (Fig. 3.15b), and the 2015 deviation of sea level (minus GMSL) (Fig. 3.15c). All show the characteristic El Niño sea level pattern resulting from weakened trades and westerly wind anomalies in the tropical Pacific (see Fig. 3.13a), i.e., low sea levels in the western equatorial Pacific and high sea levels in the cold tongue region of the eastern equatorial Pacific. During the growth phase of El Niño in 2015, low sea levels in the western equatorial Pacific were more prominent north of the equator than south, with weak negative anomalies in the southern convergence zone region (Fig. 3.15c). Peak low sea levels south of the equator are expected during the decline phase of El Niño in 2016 (Widlansky et al. 2014). The poleward extension of high sea levels to mid- and high latitudes along the Pacific coasts of North and South America signifies coastal-trapped wave propagation of the high anomaly from the tropics, as well as local wind forcing at midlatitudes that drives positive anomalies along the eastern boundaries, particularly off North America (Enfield and Allen 1980; Chelton and Davis 1982). The El Niño–related negative sea level anomaly in the western equatorial Pacific is associated with reduced transport and a shallower thermocline in the Indonesian Throughflow (Sprintall et al. 2014). The thermocline depth anomalies propagate into the Indian Ocean along the coastal waveguide, reducing sea level along the west coast of Australia (Fig. 3.15c). High sea levels in the western equatorial Indian



FIG. 3.15. (a) Mean 2015 sea level anomaly (cm) relative to a 1993–2014 baseline; (b) 2015 minus 2014 annual means; and (c) 2015 annual mean sea level anomaly with the GMSL trend removed and normalized by the standard deviation of annual mean anomalies from 1993–2014. Data from the multimission gridded sea surface height altimeter product produced by Ssalto/Duacs, distributed by AVISO, with support from CNES (www.aviso.altimetry.fr).

Ocean are likely associated with anomalous easterlies linked to El Niño.

Other prominent patterns in the annual mean anomalies, particularly in the standard deviations (Fig. 3.15c), include: 1) anomalously low sea levels around Antarctica and an associated meridional sea level gradient, indicative of an intensified Antarctic

Circumpolar Current (ACC); 2) generally high sea levels between 30° and 60°S related to the subtropical gyre circulations (see Fig. 3.4a; Roemmich et al. 2007); 3) high sea levels in the North Atlantic subtropical gyre region suggesting an intensified anticyclonic gyre circulation; and 4) low sea levels in the North Atlantic subpolar region corresponding to a strengthened cyclonic gyre circulation.

The seasonal progression of the 2015 El Niño (Fig. 3.16) was marked by a steady autumn of western Pacific sea levels throughout the year and the eastward propagating equatorial Kelvin waves that strengthened in boreal spring (March–May) and fully impacted the South American coast by autumn (September–November). High sea levels along North and South America preceded the arrival of the propagating high anomaly from the equatorial Pacific, indicating that these high anomalies were partly remnants from the previous year, which featured a weak Modoki-like (Ashok et al. 2007) near-El Niño, as well as locally generated wind-forced anomalies.

Other features in the annual mean sea level (Fig. 3.15) that exhibited a marked variation over the year (Fig. 3.16) include the Indian Ocean high sea levels that developed over the second half of 2015. In addition, the low sea levels along Antarctica and the heightened ACC sea level gradient were more prominent in the first half of 2015 than the second half. Sea level changes over the course of the year were also evident in the marginal seas of the North Atlantic, with high sea levels in the North Sea peaking in summer and dropping in autumn, low sea levels in the Mediterranean over most of the year switching to high levels during autumn, and high sea levels in Hudson Bay peaking in spring that fell below climatology levels over the remainder of the year.

GMSL has risen over the satellite altimeter record (1993–present) at an average rate of $3.3 \pm 0.4$ mm yr$^{-1}$ (Fig. 3.17a). GMSL in 2015 was the highest yearly average over the record and ~70 mm greater than the 1993 average, due in part to the linear trend but also to the 2015 El Niño, which caused sea level to rise an additional ~10 mm above the long-term trend (Fig. 3.17b). The high GMSL anomaly during 2015 exceeded the anomaly during the previous large El Niño in 1997/98 (Fig. 3.17b).

The rise in sea level over the altimeter period has not been uniform, with regions of high rates located in the western Pacific and Indian Oceans (Fig. 3.17c). Sea level rates have been near zero or falling over areas of the eastern Pacific, Southern, and North Atlantic Oceans. These regional patterns are largely linked to trending wind patterns over the past 20 years associated with climate modes, such as the PDO (e.g., Merrifield et al. 2012). These are not long-term trends and have reversed in many regions over the past five years (Fig. 3.17c compared to 3.17d). In particular, sea level has been falling in the western tropical Pacific and rising in the eastern Pacific due to a change from negative to positive PDO phase, and with that a shift in basin-scale wind patterns, as well as the 2014 weak Modoki-like near-El Niño and the strong 2015 El Niño.

Extreme sea level events, measured as the average of the 2% highest daily values above the annual mean from tide gauges, showed a characteristic dependence on latitude, reflecting stronger atmospheric forcings outside the tropics (Fig. 3.18a). The 2015 extreme levels were above climatology at the eastern equatorial Pacific and along the Pacific coast of North America (Fig. 3.18b), reflecting the contribution of positive El Niño anomalies and possibly some shifts in storm forcing. The high pattern did not extend to mid-latitudes along the South American coast. Extremes were below climatology along the east coast of North America, due in part to slightly below average Atlantic hurricane activity (section 4e2).



**FIG. 3.16.** Seasonal sea level anomalies (cm, relative to the 1993-2014 average) for (a) Dec–Feb 2014/15, (b) Mar–May 2015, (c) Jun–Aug 2015, and (d) Sep–Nov 2015.



**FIG. 3.17. (a)** Global mean sea level (mm) obtained from consecutive satellite altimeter missions, with 60-day smoothing and seasonal signals removed (black line indicates a rise rate of 3.3 mm yr⁻¹); **(b)** Detrended GMSL compared with the multivariate ENSO index (MEI; obtained from http://sealevel.colorado.edu); **(c)** Sea level trends (cm decade⁻¹) 1993–2015; and **(d)** Sea level trends (cm decade⁻¹) 2011–15. Scales differ in (c) and (d).

### g. Surface currents—R. Lumpkin, G. Goni, and K. Dohan

Ocean surface current changes, transports derived from ocean surface currents, and features such as rings inferred from surface currents, all play a role in ocean climate variations. Surface currents described here are obtained from in situ (global array of drogued drifters and moorings) and satellite (altimetry, wind stress, and SST) observations. Transports are derived from a combination of sea level anomalies (from altimetry) and climatological hydrography. For details of these calculations, see Lumpkin et al. (2011). Anomalies are calculated with respect to 1992–2007. Annually averaged zonal current anomalies for 2015, changes in anomalies from 2014 to 2015 (Fig. 3.19), and seasonal average 2015 anomalies (Fig. 3.20) are discussed below by individual ocean basin.

The dramatic El Niño of 2015/16 dominated annual mean current anomalies in the Pacific basin (Fig. 3.19a), with annually averaged eastward anomalies >20 cm s⁻¹ between 1.5° and 6°N and weaker eastward anomalies in the rest of the latitude band between 10°S and 10°N. Because 2014 was characterized by westward anomalies on the equator and eastward anomalies in a strengthened North Equatorial Countercurrent (NECC) at 5°–6°N, the 2015 minus 2014 map (Fig. 3.19b) has larger eastward anomaly tendencies on the equator and weaker

tendencies along the NECC than the 2015 anomaly map (Fig. 3.20).

In contrast to the annual mean picture, 2015 began with westward anomalies between 5°S and 5°N across the eastern half of the basin (Fig. 3.20a), with peak westward anomalies of ~25 cm s⁻¹ at 1°N. These anomalies were an enhancement of the northern branch of the westward South Equatorial Current (SEC) as seen in December 2014 (Dohan et al. 2015). Immediately north of 5°N, the eastward NECC was only marginally faster than its climatological January strength. In February, intense El Niño–related eastward anomalies first appeared in the western tropical Pacific as anomalies of 20–40 cm s⁻¹ at 145°–175°E, 2.5°S–4°N.

Throughout boreal spring, the El Niño–related anomaly pattern propagated eastward (Fig. 3.20b), reaching 160°W by March and 90°W by April. During these months, warm water advected by these current anomalies caused the NINO3 and NINO3.4 SST indices to increase rapidly (see section 4b). In April, eastward anomalies of 40–50 cm s⁻¹ were present at 95°–130°W, 2.5°S–2.5°N. Throughout March and April, equatorial zonal currents in the band 120°W–180° were close to their climatological average, straddled by the eastward anomalies centered at 5°–6°N (the latitude of the NECC) and 1°–2°S (Fig. 3.20b). In May, the anomalies south of the equator diminished to <20 cm s⁻¹, while anomalies of 35–40 cm s⁻¹ persisted in the NECC band. The eastward advection of relatively fresh water, combined with an El Niño–driven shift in the ITCZ (section 3e), likely accounts for the development of fresh SSS anomalies (section 3d).

Throughout boreal summer (June–August; Fig. 3.20c), eastward anomalies persisted across the basin, with equatorial eastward anomalies returning across the western half of the basin in July and across the entire basin in August. Averaged over these three months (Fig. 3.20c), eastward anomalies exceeded 5 cm s⁻¹ from 6°S to 9°N, with peak anomalies of 30–35 cm s⁻¹ at 4°–6°N. This pattern persisted in boreal



**Fig. 3.18. (a) Annual maximum sea level (cm) during 2015 computed from the mean of the 2% highest daily values relative to the 2015 annual mean, measured at tide gauges (http://uhslc.soest.hawaii.edu); (b) The 2015 annual maximum from (a) divided by the time-averaged annual maximum measured at each station with at least 20 years of data.**

autumn (Fig. 3.20d), with another pulse of extremely strong (>50 cm s⁻¹) eastward anomalies appearing at 170°E–150°W, 3°–5°N in August and peaking at >60 cm s⁻¹ in October; these were the strongest monthly averaged broad-scale current anomalies seen in 2015. This pattern propagated eastward in November and weakened significantly through December. The year concluded with eastward anomalies of ~20 cm s⁻¹ across the basin from 3°N to 6°N, consistent with a stronger and wider NECC than in the December climatology. The northern edge of this NECC was close to its climatological northern extent but extended south to 2°N, compared to 3.5°N in climatology.

The Kuroshio was shifted anomalously northward in 2010–14, although this shift diminished during 2014 (Dohan et al. 2015). During 2015, the Kuroshio was close to its climatological latitude, with a maximum annually averaged speed of 35 cm s⁻¹ at 35°N between 140° and 170°E (Fig. 3.19).

Surface current anomalies in the equatorial Pacific typically lead SST anomalies by several months, with a magnitude that scales with the SST anomaly magnitude. A return to normal current conditions is also typically seen before SST returns to normal. Thus, current anomalies in this region are a valuable predictor of the evolution of SST anomalies and their related climate impacts. This leading nature can be seen in the first principal empirical orthogonal function (EOF) of surface current (SC) anomaly and separately of SST anomaly in the tropical Pacific basin (Fig. 3.21). For 1993–2015, the maximum correlation between SC and SST is 0.70 with SC leading SST by 71 days. Both SC and SST EOF amplitudes were positive throughout 2015, with the cumulative effect of positive SC EOF amplitude resulting in a steadily increasing SST EOF amplitude to almost 3 standard deviations in November 2015, nearing the November 1997 value of 3.2.

Throughout most of 2015, Indian Ocean monsoon-driven currents were much closer to climatology than the dramatic anomalies seen in the Pacific (Fig. 3.19a). This normality is in contrast to the strong eastward anomalies seen across the basin in 2013–14 (Lumpkin et al. 2014; Dohan et al. 2015). Those eastward anomalies dominate the 2015 minus 2014



**Fig. 3.19. Annually averaged geostrophic zonal current anomalies (cm s⁻¹) for (a) 2015 and (b) 2015 minus 2014 derived from a synthesis of drifters, altimetry, and winds. Positive (red) values denote anomalously eastward velocity.**



FIG. 3.20. Seasonally averaged zonal geostrophic anomalies (cm s⁻¹) with respect to seasonal climatology, for (a) Dec 2014–Feb 2015, (b) Mar–May 2015, (c) Jun–Aug 2015, and (d) Sep–Nov 2015.

zonal current tendencies in the Indian Ocean basin (Fig. 3.19b). In 2015, the strongest anomalies with respect to monthly climatology were seen in October and November, with an unusually early development of the North Monsoon Current (e.g., Beal et al. 2013) associated with westward anomalies of ~30 cm s⁻¹ at 3°S–2°N, 60°–80°E during these months (Fig. 3.20d). Large-scale current anomalies returned to near-climatological December values by the end of 2015.

The Agulhas Current transport is a key indicator of Indian–Atlantic Ocean interbasin water exchanges. The annual mean transport of the Agulhas Current has been decreasing from a high set in 2013, with values of 56 Sv in 2013 (1 Sv ≡ 10⁶ m³ s⁻¹), 53 Sv in 2014, and 50 Sv in 2015. The 2015 transport of 50 Sv is equal to the Agulhas' long-term (1993–2015) mean.

Annual mean anomalies in the Atlantic Ocean (Fig. 3.19a) indicate a 5–7 cm s⁻¹ strengthening of the eastward NECC at 4.5°–6.5°N, 30°–50°W, and conditions close to climatology along the equator. However, the annual average hides a pattern of reversing equatorial anomalies between boreal winter and spring (Fig. 3.20). The year began with eastward anomalies of 20 cm s⁻¹ from 3°S to 2°N across much of the basin, which weakened through February and were present only at 25°–35°W in March/April. In May, westward anomalies of 10–15 cm s⁻¹ developed across the basin from 2°S to 2°N. These anomalies weakened considerably through June and were no longer present in July. No significant basinwide equatorial anomalies were seen in the remainder of 2015.

The Gulf Stream in 2015 remained close to its climatological position with little change from 2014 (Fig. 3.19).

The North Brazil Current, which sheds rings that carry waters from the Southern Hemisphere into the North Atlantic and has important ecosystem impacts downstream (Kelly et al. 2000), exhibited an annual transport smaller than its long-term (1993–2015) value. As in 2014, it shed eight rings in 2015, a larger-than-average value. Sea level anomalies in the region, which have generally increased since 2001 (apart from lows in 2003 and 2008), remained higher than average in 2015.

In the southwest Atlantic Ocean, the Brazil Current carries waters from subtropical to subpolar regions, mainly in the form of large anticyclonic rings (Lentini et al. 2006). The separation of the Brazil Current front from the continental shelf break continued to exhibit a seasonal cycle, which is mainly driven by wind stress curl variations and the transport of this current. During 1993–98, the annual mean separation of the front shifted southward in response to a long-term warming in South Atlantic temperatures (cf. Lumpkin and Garzoli 2010; Goni et al. 2011). In 2015, the Brazil Current front and its separation from the continental shelf break persisted south of its mean position, unchanged from 2014.

### h. Meridional overturning circulation observations in the North Atlantic Ocean—M. O. Baringer, M. Lankhorst, D. Volkov, S. Garzoli, S. Dong, U. Send, and C. S. Meinen

This section describes the Atlantic meridional overturning circulation (AMOC) and the Atlantic meridional heat transport (AMHT), determined by the large-scale ocean circulation wherein northward moving upper layer waters are transformed into deep waters that return southward, redistributing heat, freshwater, carbon, and nutrients. Previous *State of the Climate* reports (e.g., Baringer et al. 2013) and reviews (e.g., Srokosz and Bryden 2015; Perez et al. 2015; Carton et al. 2014; Srokosz et al. 2012) discuss the AMOC's impact on climate variability and ecosystems. The AMOC is computed as the maximum of the

vertical accumulation of the horizontally integrated velocity across a section (i.e., the maximum transport that occurs in either the upper or lower layer before the circulation starts to change direction again). The AMHT involves the co-variability of temperature and velocity and is only meaningful as a flux (and hence, independent of the absolute temperature scale used) when the total mass transport can be accounted for (i.e., sums to zero). Observing systems can measure both temperature and velocity, usually with tradeoffs in system design that favor the computation of one quantity over the other. Here we describe the AMOC from observing systems at 41°N, 26°N, and 16°N, and AMHT at 41°N, 26°N, and 35°S. In the future, AMOC observing systems in the South Atlantic and subpolar North Atlantic should provide additional time series (e.g., Srokosz et al. 2012).

The longest time series of ocean transport to serve as an index of the AMOC's strength in the North Atlantic (e.g., Frajka-Williams 2015; Duchez et al. 2014) is from the Florida Current (FC, as the Gulf Stream is called at 26°N), measured since 1982 (Fig. 3.22). FC and AMHT transport variations at all time scales also are inversely linked to sea level variations along the east coast (Goddard et al. 2015; McCarthy et al. 2015). The median 1982–2015 transport of the FC is 31.9 ± 0.25 Sv (one standard error of the mean assuming a 20-day integral time scale) with a small downward trend of −0.31 ± 0.26 Sv decade$^{-1}$ (errors estimating 95% significance as above). The 2015 median FC transport was 31.7 ± 1.7 Sv, only slightly below the long-term average. Daily FC transports compared to those of all previous years (Fig. 3.22) indicate that



FIG. 3.22. (a) Daily estimates of Florida Current transport ($10^6$ m$^3$ s$^{-1}$) during 2015 (orange solid line), 2014 (dashed purple line), and 1982–2012 (light gray lines) with 95% confidence interval of daily transport values computed from all years (black solid line) and the long-term mean (dashed black). (b) Daily estimates of Florida Current transport ($10^6$ m$^3$ s$^{-1}$) for the full time series record (light gray), smoothed using a 12-month second-order Butterworth filter (heavy black line), mean transport for the full record (dashed black line), and linear trend from 1982 through 2015 (dashed blue line). Two-year low-passed Atlantic Multidecadal (AMO, yellow line) and North Atlantic Oscillation (NAO, red line) indices are also shown.

2015, like 2014, had several unusually low transport anomalies (extremes defined as outside the 95% confidence limits for daily values). These occurred during 8–9 May, 24–29 September, and 5–9 October 2015. The lowest daily 2015 FC transport was 22.2 Sv on 8 October, with transports < 23 Sv for five days around this date. During 2015 there was only one high transport event, with an average transport of > 39 Sv from 8 to 13 July.

At 41°N, a combination of profiling Argo floats (that measure ocean temperature and salinity for the upper 2000 m on broad spatial scales, as well as velocity at 1000 m) and altimetry-derived surface velocity (Willis and Fu 2008) are used to estimate the AMOC (Fig. 3.23) and AMHT (Fig. 3.24). This time series has not been updated since last year's report (Baringer et al. 2015a,b), extending from January 2002 to December 2014. At 26°N, the AMOC/AMHT (Figs. 3.23 and 3.24) is measured with full-water column moorings



FIG. 3.21. EOF of surface current (SC) and SST anomaly variations in the tropical Pacific from the OSCAR model (Bonjean and Lagerloef 2002; www.esr.org /enso_index.html). (a) EOF Amplitude time series normalized by their respective standard deviations. (b) EOF Spatial structures.



**Fig. 3.23. Estimates of Atlantic meridional overturning circulation (1 Sv ≡ $10^6$ m³ s⁻¹; AMOC) from the Argo/Altimetry estimate at 41°N (black; Willis 2010), the RAPID-MOC/MOCHA/WBTS 26°N array (red; McCarthy et al. 2015), and the German/NOAA MOVE array at 16°N (blue; Send et al. 2011) shown versus year. All time series have a three-month second-order Butterworth low-pass filter applied. Horizontal lines are mean transports during similar time periods as listed in the corresponding text. Dashed lines are trends for each series over the same time period. For MOVE data, the net zonal and vertical integral of the deep circulation represents the lower limb of the AMOC (with a negative sign indicating southward flow), and hence a stronger negative (southward) flow represents an increase in the AMOC amplitude. Light gray lines show ECCO2-derived transports: (top) thin gray is the 41°N transport, thick gray is the 26°N transport, (bottom) shows the negative meridional overturning circulation in the model for ease of comparison with the 16°N data.**

that span the full basin and include direct transport measurements in the boundary currents as part of the large RAPID-MOC/MOCHA/WBTS 26°N mooring array (Smeed et al. 2015). The data from these moorings are collected every 18 months, most recently in December 2015; too late to be calibrated and finalized for this report. The 26°N data shown here extend from April 2004 to March 2014 (see last year's report for full details). At 16°N, a mooring array of inverted echo sounders, current meters, and dynamic height moorings (Send et al. 2011) measures the flow below 1000 m (the southward flowing part of the AMOC "conveyor belt") that sends North Atlantic Deep Water toward the equator; hence, the AMOC estimate at this latitude (Fig. 3.23) is a negative number (southward deep flow) to distinguish these observations from the full water column systems. Since this array only measures the deep circulation, an estimate of the AMHT is impossible at 16°N because of the

missed large signals and high correlations in the surface waters. These data have been updated since last year's report and now extend from February 2000 to February 2016. At 35°S in the South Atlantic, the AMHT (Fig. 3.24) is estimated using a combination of high-density (closely spaced) expendable bathythermograph (XBT) and broader-scale Argo profiling float data (Garzoli et al. 2012). While the AMOC has also been estimated at 35°S (e.g., Dong et al. 2009), those estimates (not shown) are rough because the XBTs only extend to 750 m. These data are collected and analyzed in near–real time, with values spanning July 2002 to October 2015.

Some guidance on 2015 AMOC and AMHT variability can be gained from state estimation model output, constrained by observations. February 1992–November 2015 monthly estimates of AMOC and AMHT from the global MITgcm in ECCO2 (cube-sphere) configuration (e.g., Menemenlis et al. 2008), forced with the new JRA-55 atmospheric fields (Kobayashi et al. 2016) and GPCP precipitation



**Fig. 3.24. Observed time series of Atlantic meridional heat transport (PW; AMHT) at (a) 41°N (from profiling floats following Hobbs and Willis 2012; blue lines), with uncertainties (light blue lines) and the trend (dashed blue line), at (b) 26°N (from mooring/hydrography data) 12-hourly values (gray line), filtered with a 3-month low-pass filter (black line), and the trend (black dashed line), and at (c) 30°–35°S (from XBTs) quarterly values (light green), filtered with yearly boxcar (dark green line), and the trend (dashed green line). Heat transports simulated by ECCO2 (orange lines) are shown at all latitudes.**

(Huffman et al. 2012), are analyzed here. The ECCO2 model output is well correlated with the instrument-based measurement of the AMOC (Fig. 3.23) and AMHT (Fig. 3.24) at 26°N and 41°N, with correlations of 0.58/0.59 and 0.57/0.38, respectively, all significantly above the 95% confidence level. ECCO2 model output is not statistically significantly correlated with the 16°N AMOC or 35°S AMHT transports (correlation values of 0.12 and 0.13, respectively). At 26°N and 41°N the AMOC and AMHT in the ECCO2 output show a slight increase from 17.6 Sv and 1.02 PW (1 PW = $10^{15}$ W) in 2014 to 18.3 Sv and 1.09 PW in 2015. Preliminary analysis of the new data from 26°N (not shown) indicates that the transport has continued fairly unchanged since 2011 (through December 2015), with values lower than the earlier part of the record (D. A. Smeed, 2016, personal communication). Additionally, there is no unusual "event" in the assimilation time series, as has been clearly seen in other time periods (e.g., Fig. 3.24). This finding is supported by the FC time series and the ECCO2 state estimation (Fig. 3.22).

At 16°N, the time series of the AMOC estimate decreased from 29.0 Sv in 2013, to 28.4 Sv in 2014, and to 27.2 Sv in 2015 (as stated earlier the decrease in southward flow implies an increase in the AMOC at this latitude; Fig. 3.23). This reduction has led to a reduced estimate of the long-term trend of the AMOC from February 2000 to February 2016 at 16°N to be +3.6 Sv ± 2.5 Sv decade$^{-1}$. This trend is of the opposite sign from the trends at 26°N and 41°N (−4.1 ± 3.2 Sv decade$^{-1}$ and −1.3 ± 4.9 Sv decade$^{-1}$). A similar situation exists with the 35°S AMHT transport estimate. In the south, the AMHT has remained essentially constant for the last three years (mean value 0.6 PW northward). This implies a virtually steady AMOC as well (the AMOC and AMHT being highly correlated). This recently constant AMHT has reduced the long-term trend of an increasing AMHT to +0.11 ± 0.10 PW decade$^{-1}$. From these data it is clear that the variability at all latitudes in the Atlantic is not well correlated and, therefore, data from more than one latitude are needed to describe the state of the ocean.

### i. Global ocean phytoplankton—B. A. Franz, M. J. Behrenfeld, D. A. Siegel, and S. R. Signorini

Marine phytoplankton represent roughly half the net primary production (NPP) on Earth, fixing atmospheric $CO_2$ into food that fuels global ocean ecosystems and drives biogeochemical cycles (e.g., Field et al. 1998; Falkowski et al. 1998). Satellite ocean color sensors, such as SeaWiFS (McClain 2009), MODIS (Esaias et al. 1998), and VIIRS (Oudrari et al. 2014),

provide observations of sufficient frequency and geographic coverage to globally monitor changes in the near-surface concentrations of the phytoplankton pigment chlorophyll-$a$ (Chl$a$; mg m$^{-3}$). Chl$a$ provides a first-order index of phytoplankton abundance and is proportional to the maximum sunlight energy absorbed for photosynthesis (Behrenfeld et al. 2006). Here, global Chl$a$ distributions for 2015 are evaluated within the context of the 18-year continuous record provided through the combined observations of SeaWiFS (1997–2010), MODIS on *Aqua* (MODISA, 2002–present), and VIIRS on *Suomi-NPP* (2011–present). All Chl$a$ data used in this analysis correspond to version R2014.0 (http://oceancolor.gsfc.nasa.gov /cms/reprocessing/), which uses common algorithms and calibration methods to maximize consistency in the multimission satellite record.

The spatial distribution of VIIRS annual mean Chl$a$ for 2015 (Fig. 3.25) is generally consistent with the well-established, physically driven distribution of nutrients (e.g., Siegel et al. 2013). To assess changes in Chl$a$ for 2015, mean values for VIIRS Chl$a$ in each month of 2015 were subtracted from monthly climatological means for MODISA (2003–2011) within globally distributed geographic bins, and then those monthly anomaly fields were averaged (Fig. 3.26a). Identical calculations were performed on MODISA SST (°C) data to produce a companion SST annual mean anomaly (Fig. 3.26b).

In 2015, the phytoplankton Chl$a$ concentrations across much of the equatorial Pacific were strongly depressed, with concentrations 20%–50% below the climatological norm. This response is generally corre-



**FIG. 3.25. Mean 2015 Chl$a$ distribution (mg m$^{-3}$) derived from VIIRS with the location of the mean 15°C SST isotherm (black lines) delineating boundaries of the permanently stratified ocean (PSO). Chl$a$ data are from NASA Reprocessing version 2014.0. Data are averaged into geo-referenced equal area bins of approximately 4.6 km × 4.6 km and mapped to an equi-rectangular projection centered at 150°W.**



**Fig. 3.26. Spatial distribution of summed monthly 2015 (a) VIIRS Chl*a* anomalies expressed as % difference from climatology and (b) MODISA SST anomalies shown as absolute differences. (c) Relationships between the signs of SST and Chl*a* anomalies from (a) and (b), with colors differentiating sign pairs and absolute changes of less than 3% in Chl*a* or 0.1°C in SST masked in black. Monthly differences are derived relative to a MODISA 9-year climatological record (2003–11). Location of the mean 15°C SST isotherm (black lines) delineates the PSO.**

Typically, chlorophyll anomalies in the PSO exhibit an inverse relationship with SST anomalies (Behrenfeld et al. 2006), as annual mean SST anomalies largely coincide with surface mixed layer depth (MLD) changes in the PSO. A shallower MLD means that phytoplankton spend more time near the ocean's surface and thus have higher daily sunlight exposures than deeper mixing populations. Phytoplankton respond to this increased light by decreasing their cellular chlorophyll levels in a response called photoacclimation (thus, increased SST leads to decreased MLD, which leads to decreased Chl*a*). A potential second consequence of a decrease in MLD is a decrease in the vertical transport of nutrients to the surface layer, but coupling between the MLD and nutricline depths throughout much of the PSO is known to be weak (Lozier et al. 2011). In the equatorial Pacific, however, the anomalously low Chl*a* and high SST in 2015 were primarily driven by nutrient availability changes due to the El Niño event, wherein the westerly winds weaken along the equator allowing warm water, normally confined to the western Pacific, to migrate eastward. Wind-driven upwelling, a process that brings cold, nutrient-rich water to the surface along the equator, was also greatly reduced,

lated with elevated surface temperatures (Fig. 3.26c), consistent with a well-developed El Niño. Depressed Chl*a* was also observed in climatologically warmer waters of the northern Indian Ocean, northeastern Pacific, and Sargasso Sea, while elevated Chl*a* was observed in the cooler waters of the western North Pacific, much of the South Pacific, and throughout the tropical Atlantic. These regions fall within the permanently stratified ocean (PSO; Figs. 3.25 and 3.26, black lines at approximately 40°N and 40°S), defined here as the region where annual average surface temperatures are >15°C (Behrenfeld et al. 2006). The PSO is characterized by nutrient-depleted surface mixed layers shallower than the nutricline.

causing SST to rise and significantly lowering biological productivity. At higher latitudes, outside the PSO, the relationship between SST changes and light and nutrient conditions is more complex, resulting in a wide diversity of responses between anomalies in SST and Chl*a*, (Fig. 3.26c).

Spatially integrated monthly mean Chl*a* concentrations in the PSO (Fig. 3.27a) vary by ~20% (±0.03 mg m$^{-3}$) around a long-term mean of approximately 0.15 mg m$^{-3}$ over the 18-year time series. This variability includes seasonal cycles and larger departures from the climatological mean associated with climatic events. The long-term mean is approximately 0.01 mg m$^{-3}$ higher than previous reports (Franz et al.



**Fig. 3.27. Eighteen-year, multimission record of Chl*a* averaged over the PSO (see Fig. 3.25) for (black) Sea-WiFS, (blue) MODISA, and (red) VIIRS. (a) Independent records from each mission, with the multimission mean Chl*a* concentration for the region (horizontal black line). (b) Monthly anomalies for SeaWiFS, MODISA, and VIIRS after subtraction of the 9-year MODISA monthly climatological mean (2003–11), with the averaged difference between SeaWiFS and MODISA over the common mission lifetime (gray region). The MEI (green diamonds, see text) inverted and scaled to match the range of the Chl*a* anomalies.**

2015). This difference is not due to a change in global phytoplankton abundances but rather is a consequence of the R2014.0 reprocessing that includes calibration updates and a revised chlorophyll algorithm (Hu et al. 2012). The time series demonstrates the high level of consistency between the overlapping periods of the SeaWiFS and MODISA missions. Beyond 2012, the MODISA time series becomes increasingly erratic (not shown), reflecting a growing uncertainty in the calibration of that instrument (Franz et al. 2015). Consistency between MODISA and VIIRS in 2012, however, provides confidence for extension of the multimission trends into 2015.

Chl*a* monthly anomalies within the PSO (Fig. 3.27b) exhibit variations of ~15% over the multimission time series, with climatic events such as El Niño and La Niña clearly delineated. In 2015, consistent with a strong El Niño, Chl*a* trends in the PSO approached the lowest levels measured since the 1997/98 El Niño. Furthermore, mean Chl*a* concentrations in the PSO declined by approximately 20% from the peak observed during the 2010/11 La Niña, con-

sistent with expectations based on multivariate ENSO index variations (MEI; Wolter and Timlin 1998).

Distinguishing the different drivers of Chl*a* variability is important for interpreting the satellite record. Light-driven decreases in chlorophyll are associated with constant or even increased rates of photosynthesis, while nutrient-driven decreases are associated with decreased photosynthesis. An analysis of photoacclimation and nutrient-driven changes in growth rate and biomass from the MODIS record shows that the inverse relationship between SST and Chl*a* anomalies is overwhelmingly due to light- and division rate-driven changes in cellular pigmentation, rather than changes in biomass (Behrenfeld et al. 2016). This study also shows that photoacclimation contributed 10%–80% of the variability in cellular pigmentation, suggesting the 2015 anomaly patterns in Chl*a* for the PSO (Fig. 3.26c) were largely driven by photoacclimation. An additional contributor to the anomaly patterns in Chl*a* is the misrepresentation of Chl*a* changes due to colored dissolved organic matter (cDOM) signals (Siegel et al. 2005). Sunlight degrades cDOM, and this degradation is more extensive for shallow MLDs, yielding in the PSO an inverse relationship between cDOM and SST (Nelson and Siegel 2013) that may be mistakenly attributed to Chl*a* changes (Siegel et al. 2013).

*j.  Global ocean carbon cycle*—R. A. Feely, R. Wanninkhof, B. R. Carter, J. N. Cross, J. T. Mathis, C. L. Sabine, C. E. Cosca, and J. A. Tirnanes

The global ocean is a major sink for anthropogenic carbon dioxide ($CO_2$) that is released into the atmosphere from fossil fuel combustion, cement production, and land-use changes. Over the last decade, the global ocean has continued to take up a substantial fraction of anthropogenic carbon ($C_{anth}$) emissions and is therefore a major mediator of global climate change. Air–sea flux studies, general ocean circulation models including biogeochemistry, and data-constrained inverse models suggest the ocean absorbed approximately 46 Pg C (1 Pg C $\equiv 10^{15}$ grams of carbon) of $C_{anth}$ between 1994 and 2014 (Le Quéré et al. 2015; DeVries 2014), with an increase in the rate of $C_{anth}$ uptake from $2.2 \pm 0.5$ Pg C yr$^{-1}$ during the 1990s to approximately $2.6 \pm 0.5$ Pg C yr$^{-1}$ during the most recent decade from 2005 to 2014 (Table 3.1). A summary of the air–sea exchange and ocean inventory of $C_{anth}$ based on both observations and model results through 2014 is presented. Data for 2015 are not available owing to the need for careful scientific quality control of ocean carbon data prior to analysis.

### 1) Air–sea carbon dioxide fluxes

Ocean $CO_2$ uptake can be estimated from air–sea differences in $CO_2$ partial pressure ($pCO_2$) and gas transfer velocity, which is mainly a function of wind speed. Significant improvement in global and regional $CO_2$ flux estimates have been made in the past year as part of Surface Ocean $pCO_2$ Mapping Intercomparison (SOCOM), comparing 13 independent data-based methods of global interpolation of $pCO_2$ (Rödenbeck et al. 2015). Recent research has also decreased uncertainty on the equations used to estimate $CO_2$ exchange from air–sea $pCO_2$ differences (Wanninkhof 2014; Ho and Wanninkhof 2016). Large increases in autonomous $pCO_2$ measurements over time have been achieved with ships of opportunity (SOOP-$CO_2$) and moorings. The third update of the Surface Ocean $CO_2$ Atlas (SOCAT) with over 14 million data points was released to the public in 2015 (Bakker et al. 2016). Subsequent data releases will occur annually such that the data can inform the annual assessment of global $CO_2$ sources and sinks provided by the Global Carbon Project (www.globalcarbonproject.org). The increased data coverage and new mapping techniques make it possible to obtain air–sea $CO_2$ fluxes at monthly time scales, allowing investigation of variability on subannual to decadal time scales and the causes thereof. An important recent result illuminated by these improved approaches is the reinvigoration of the Southern Ocean carbon sink since 2002 (Landschützer et al. 2015), which had previously been found to be decreasing (Le Quéré et al. 2007).

The newly released datasets have been used to verify the magnitude of the anthropogenic air–sea $CO_2$ fluxes over the last decade and in 2014. The ocean sink in 2014 was 10% above the 2005–14 average of $2.6 \pm 0.5$ Pg C yr$^{-1}$ (Table 3.1). In 2014, the ocean and land carbon sinks removed 27% and 37% of total $CO_2$ emissions, respectively, leaving 36% of emissions in the atmosphere, compared to 44% as a decadal average (Le Quéré et al. 2015).

Ocean uptake anomalies (Fig. 3.28b) in 2014 relative to the 2005–14 average (Fig. 3.28a) are attributed to several climate reorganizations. The lower $CO_2$ effluxes in the equatorial Pacific are attributed to anomalously high regional SST and reduced upwelling of $CO_2$-rich subsurface waters due to a weak Modoki-like near-El Niño in 2014. Stronger effluxes are evident in the northeast Pacific due to the warm "Blob" (Bond et al. 2015) as well as warm conditions offshore of the California coast (Fig. 3.29). A cold anomaly in the southern Labrador Sea and adjacent regions (Josey et al. 2015) associated with deep mix-



Fig. 3.28. (a) Average annual air–sea $CO_2$ flux for 2005–14 based on the AOML–EMP approach (Park et al. 2010). Positive values are effluxes and negative values are influxes. The SST anomaly interpolation method used for this analysis is less robust than more recent and sophisticated approaches (Rödenbeck et al. 2015), but faithfully reproduces the major anomaly features, especially in the highly data-constrained equatorial Pacific. (b) Air–sea $CO_2$ flux anomaly in 2014 compared to ten-year average (2005–14). Positive values are increased effluxes (or decreased influxes) and negative values are increased influxes (or decreased effluxes).



Fig. 3.29. $CO_2$ measurement from a ship of opportunity (SOOP) from New Zealand to Long Beach, CA, showing anomalously high surface water partial pressure of $CO_2$ ($pCO_2$) values in 2014 and 2015 in the anomalously warm surface water offshore of the California coast. Equatorial $pCO_2$ values are depressed in the boreal spring of 2014 and 2015 compared to climatological values.

| Table 3.1. Global ocean $C_{anth}$ uptake rates. All uncertainties are reported as ±1σ. | | |
|---|---|---|
| Years | Mean $C_{anth}$ Uptake (Pg C yr$^{-1}$) | Reference |
| 1960–69 | 1.1 ± 0.5 | Le Quéré et al. 2015 |
| 1970–79 | 1.5 ± 0.5 | Le Quéré et al. 2015 |
| 1980–89 | 2.0 ± 0.5 | Le Quéré et al. 2015 |
| 1990–99 | 2.2 ± 0.5 | Le Quéré et al. 2015 |
| 1994–2006 | 2.6 ± 0.5 | Sabine and Tanhua 2010 |
| 2000–09 | 2.3 ± 0.5 | Le Quéré et al. 2015 |
| 1994–2010 | 2.3 ± 0.5 | Khatiwala et al. 2013 |
| 2000–10 | 2.9 ± 0.4 | Kouketsu and Murata 2014 |
| 2005–14 | 2.6 ± 0.5 | Le Quéré et al. 2015 |
| 2014 | 2.9 ± 0.5 | Le Quéré et al. 2015 |

ing led to larger effluxes in the northwest Atlantic. A large negative anomaly in the northwest Pacific, perhaps related to a shift in the PDO, contributed to the higher-than-average 2014 ocean $CO_2$ uptake.

A recent synthesis of $pCO_2$ data in the western Arctic showed that the Arctic biogeochemical seascape is in rapid transition. An analysis of nearly 600 000 surface seawater $pCO_2$ measurements from 2003 to 2014 found 0.0109 ± 0.0057 Pg C yr$^{-1}$ entered the ocean in the western Arctic coastal ocean (north of the Bering Strait) during this period, and that this uptake would be expected to increase by 30% under decreased sea ice cover conditions expected with Arctic warming (Evans et al. 2015). Reductions in ice cover may have a more moderate impact on other areas of the western Arctic, such as south of Bering Strait (Cross et al. 2014).

### 2) Carbon inventories from the GO-SHIP surveys

The CLIVAR/$CO_2$ Repeat Hydrography Global Ocean Ship-Based Hydrographic Investigations Program (GO-SHIP; www.go-ship.org/) collects high-quality surface-to-bottom water property measurements along transoceanic sections at decadal intervals. These data are essential for estimating decadal $C_{anth}$ storage changes within the ocean interior. The extended multiple linear regression method (eMLR) distinguishes these changes from large natural decadal changes in dissolved inorganic carbon (DIC) concentrations between cruises (e.g., Friis et al. 2005; Sabine et al. 2008). The method has recently been modified to permit basinwide estimates of $C_{anth}$ trends by utilizing data from repeat hydrography cruises and climatological data from World Ocean Atlas 2013 (Sabine and Tanhua 2010; Locarnini et al. 2013; Zweng et al. 2013; Williams et al. 2015). Global-scale results from this modified eMLR approach indicate a $C_{anth}$ uptake rate of ~2.6 Pg C yr$^{-1}$ (1994–2006). This estimate is consistent (within uncertainties) with model-based (Khatiwala et al. 2013; Talley et al. 2016) and data-based estimates (Table 3.1) for this period.

$C_{anth}$ storage rates vary widely regionally (Fig. 3.30), ranging from 0.1 ± 0.02 to 2.2 ± 0.7 mol C m$^{-2}$ yr$^{-1}$ (Williams et al. 2015). For comparison, the 2.3–2.9 Pg C yr$^{-1}$ global mean uptake rate estimates above correspond to a global mean $C_{anth}$ storage rate between 0.53 and 0.67 mol C m$^{-2}$ yr$^{-1}$. Updating regional storage estimates with measurements from the most recent GO-SHIP hydrographic surveys is an ongoing effort. Recent estimates (Fig. 3.30b) suggest greater storage in the Atlantic in the recent decade than in the preceding decade (Woosley et al. 2016), but consistent storage between the two decades in the Pacific.



FIG. 3.30. Regional $C_{anth}$ (anthropogenic carbon) storage rate estimates in literature as colored dots with positions corresponding to the approximate centers of the broad regions considered. Estimates are from: A. Williams et al. (2015), B. Sabine et al. (2008), C. Sabine et al. (2008), D. Peng et al. (2003), E. Peng et al. (2003), F. Murata et al. (2009), G. Wakita et al. (2010), H. Sabine et al. (2008), I. Waters et al. (2011), J. Waters et al. (2011), K. Waters et al. (2011), L. Sabine et al. (2008), M. Matear and McNeil (2003), N. Murata et al. (2007), O. Murata et al. (2010), P. Peng et al. (1998), Q. Peng et al. (1998), R. Murata et al. (2008), S. Peng and Wanninkhof (2010), T. Friis et al. (2005), U. Tanhua et al. (2007), V. Olsen et al. (2006), W. Wanninkhof et al. (2010), and X. Quay et al. (2007). Storage rate estimates that use data from cruises in the year 2011 or afterward are mapped in (b), and all other estimates are mapped in (a). Atlantic estimates in (b) are from Woosley et al. (2016). Colored lines are provided representing preliminary storage rate estimates along the labeled P16 and P02 sections in the decades spanning the (a) 1990s to 2000s and (b) 2000s to 2010s occupations. The similar line in (b) for S4P is from Williams et al. (2015).

## 4. THE TROPICS—H. J. Diamond and C. J. Schreck, Eds.

### a. Overview—H. J. Diamond and C. J. Schreck

From the standpoint of the El Niño–Southern Oscillation (ENSO), 2015 featured one of the three strongest El Niño episodes (1982/83, 1997/98, and 2015) since 1950. The end of 2014 was characterized by borderline El Niño conditions, and 2015 began with above-average SSTs across the central and east-central equatorial Pacific, with the largest anomalies (>1°C) confined to the region around the international date line. However, this warmth was accompanied by little-to-no atmospheric response, indicating that El Niño had not fully developed. SST anomalies then increased across the central and eastern equatorial Pacific during March–May. This evolution, combined with a coupling of the SST anomalies to the atmospheric wind and convection patterns, resulted in the development of El Niño conditions during March 2015. El Niño's strengthening accelerated during June–August, and again during September–November, when SST anomalies increased sharply across the eastern half of the equatorial Pacific.

Globally, 101 named tropical storms were observed during 2015. This overall tropical cyclone (TC) activity is well above the 1981–2010 global average of 82 storms and 10% higher than the 91 TCs recorded in 2014 (Diamond 2015). The eastern/central Pacific experienced significantly above-normal activity in 2015, and the western north Pacific and north and south Indian Ocean basins were also above normal; all other basins featured either near or below-normal TC activity. These levels of activity are consistent with the El Niño conditions in place. The 26 named storms in the eastern/central Pacific basin was the highest count in that basin since 1992 and was four more than the previous record of 22 named storms recorded in 2014, as documented in the International Best Tracks Archive for Climate Stewardship (IBTrACS; Knapp et al. 2010). Globally, eight TCs reached the Saffir–Simpson hurricane wind scale Category 5 intensity level—five in the western North Pacific basin, one in the southern Indian Ocean, one in the eastern North Pacific, and one in the southwest Pacific. This was three more than were recorded in 2013 and one more than recorded in 2014 (Diamond 2014, 2015). In terms of accumulated cyclone energy (ACE), the North Atlantic basin season was below normal, also consistent with the El Niño conditions in place. The actual number of storms, on the other hand, was close to normal due to a large number of weak and short-lived storms. Following a near-normal hurricane season in 2014 and a below-normal season in 2013, this marked the first time since 1992–94 in which three consecutive seasons in the North Atlantic were not above normal in terms of ACE (Bell et al. 2015).

The editors of this chapter would like to insert a personal note recognizing Dr. William M. (Bill) Gray, emeritus professor of atmospheric science at Colorado State University. Dr. Gray, who pioneered the development of seasonal tropical cyclone outlooks and was one of the most influential meteorologists of the past 50 years, passed away on 16 April 2016 in Fort Collins, Colorado, at the age of 86. Speaking on behalf of the entire community, we will always be indebted to, and benefit from, the accomplishments made during his incredibly long and outstanding career.

### b. ENSO and the tropical Pacific—G. D. Bell, M. Halpert, and M. L'Heureux

The El Niño–Southern Oscillation is a coupled ocean–atmosphere phenomenon over the tropical Pacific Ocean. Two indices used to monitor and as-



**Fig. 4.1. The evolution of three strong El Niño events (1982, 1997, and 2015) is compared using time series of (a) the oceanic Niño index (ONI; °C), and (b) the standardized 3-month running equatorial Southern Oscillation index (EQ–SOI, std. dev.). Each time series starts with the JAS season in the year prior to the event (year–1) and ends with the OND season in the year that the event formed (year). For the 1982, 1997, and 2015 El Niños, "year−1" corresponds to 1981, 1996, and 2014, respectively. ONI values are derived from the ERSST.v4 dataset (Huang et al. 2014). EQ–SOI values are derived from the monthly EQ–SOI index based on the Climate Forecast System Reanalysis (CFSR) (Saha et al. 2010b). The EQ–SOI is calculated as the standardized anomaly of the difference between the area-average monthly sea level pressure over the eastern equatorial Pacific (5°N–5°S, 80°–130°W) and Indonesia (5°N–5°S, 90°–140°E). [Data available at: www.cpc.ncep.noaa.gov/data/indices /reqsoi.for and discussed by Barnston (2015).]**

sess the strength of ENSO are the oceanic Niño index (ONI) and the equatorial Southern Oscillation index (EQ–SOI). The ONI (Fig. 4.1a) is the seasonal running average of sea surface temperature (SST) anomalies in the Niño-3.4 region (5°N–5°S, 170°–120°W) using ERSST.v4 data (Huang et al. 2015). NOAA's Climate Prediction Center classifies ENSO events historically using the ONI. At the end of 2015 ONI values were +2.25°C, comparable to the strongest El Niño (1997/98) in the 1950–2015 record.

The EQ–SOI measures the difference in surface air pressure anomalies between Indonesia and the eastern equatorial Pacific Ocean, two large areas along the equator (Barnston 2015). Therefore, the EQ–SOI is a more robust measure of ENSO than the traditional SOI, which is based on measurements at only two stations, both of which are off-equatorial (Tahiti at 18°S, Darwin at 12°S; Troup 1965; Trenberth 1984). Large negative values as seen during 2015 typify El Niño (Fig. 4.1b), and reflect the combination of decreased surface air pressure over the eastern equatorial Pacific and increased air pressure over Indonesia. Overall, the combined time series of the EQ–SOI and ONI suggest that the global climate during 2015 was af-

fected by one of the three strongest El Niño episodes (1982/83, 1997/98, and 2015/16) dating back to 1950.

1) OCEANIC CONDITIONS

The SST evolution across the Pacific basin during 2015 (Figs. 4.2, 4.3) is shown based on OISST data (Smith and Reynolds 1998). In 2015, the year began with above-average SSTs across the central and east-central equatorial Pacific, with the largest anomalies (>1°C) confined to the region around the date line (Fig. 4.2b). The corresponding weekly SST indices for the Niño-4 (Fig. 4.3a) and Niño-3.4 (Fig. 4.3b) regions were above 0.8°C and 0.5°C, respectively (regions shown in Fig. 4.3e). The ONI for December –February 2014/15 (DJF) was +0.52°C, which is near the NOAA threshold for El Niño conditions (ONI ≥ 0.5°C). However, this warmth was accompanied by little-to-no atmospheric response (Figs. 4.4a, 4.5a), indicating that El Niño had not fully developed.

SST anomalies then increased across the central and eastern equatorial Pacific during March–May (MAM; Figs. 4.2d, 4.3). This evolution, combined with a coupling of the SST anomalies to the atmospheric wind and convection patterns (Figs. 4.4b,



FIG. 4.2. Seasonal SST (left) and anomaly (right) for (a, b) DJF 2014/15, (c, d) MAM 2015, (e, f) JJA 2015, and (g, h) SON 2015. Contour interval for total SST is 1°C. For anomalous SST, contour interval is 0.5°C for anomalies between ±1°C, and interval is 1°C for anomalies > 1°C or < −1°C. Anomalies are departures from the 1981–2010 seasonal adjusted OI climatology (Smith and Reynolds 1998).



FIG. 4.3. Time series during 2015 of weekly area-averaged SST anomalies (°C) in the four Niño regions: (a) Niño-4 region [(5°N–5°S, 160°E–160°W, yellow box in (e)], (b) Niño-3.4 region [(5°N–5°S, 170°–120°W, thick black box in (e)], (c) Niño-3 region [5°N–5°S, 150°–90°W, red box in (e)], and (d) Niño-1+2 region [0°–10°S, 90°–80°W, blue box in (e)]. Values are departures from the 1981–2010 weekly adjusted OI climatology (Smith et al. 1998).



FIG. 4.4. Anomalous 850-hPa wind vectors and speed (contour interval is 2 m s⁻¹) and anomalous OLR (shaded, W m⁻²) during (a) DJF 2014/15, (b) MAM 2015, (c) JJA 2015, and (d) SON 2015. Anomalies are departures from the 1981–2010 period monthly means.

4.5b), resulted in the development of fully-coupled El Niño conditions during March 2015. The presence of El Niño during MAM was also indicated by an eastward shift of the 30°C isotherm to the date line, along with a weaker and reduced westward extent of the equatorial cold tongue (Fig. 4.2c). In fact, the SSTs were nearly uniformly warm (above 27°C) throughout the eastern half of the cold tongue, indicating that the normal east–west SST gradient in that region had nearly disappeared.

El Niño's strengthening accelerated during June–August (JJA; Figs. 4.2e,f) and September–November (SON; Figs. 4.2g,h), as SST anomalies increased sharply across the eastern half of the equatorial Pacific. The ONI for JJA was 1.23°C, increased to 2.04°C during SON, and reached 2.25°C for the last three months of the year (October–December;

Fig. 4.1a). These values are comparable to the strongest El Niño episodes in the 1950–2015 record.

This evolution is reflected by large SST index values for all four Niño regions, with the weekly Niño-4 index reaching +1.8°C in November and +1.7°C in December (Fig. 4.3a). The average Niño-4 index values for November and December 2015 were 1.75°C and 1.64°C, surpassing the previous record highs of 1.28°C and 1.2°C set in November and December 2009, respectively. Also, the weekly Niño-3.4 (Fig. 4.3b) and Niño-3 (Fig. 4.3c) indices reached +3.0°C by the end of 2015, while the weekly Niño-1+2 index remained near +2.5°C (Fig. 4.3d).

During the last half of the year, the anomalous warming largely reflected a weakening of the annual cycle in SSTs across the Pacific basin, with actual temperatures remaining nearly constant instead of cooling off as they would in a typical year, in association with a strengthening and expanding equatorial cold tongue. This cold tongue, which normally intensifies during JJA and SON, was nearly absent in 2015





Fig. 4.5. Anomalous 200-hPa wind vectors and speed (contour interval is 4 m s$^{-1}$) and anomalous OLR (shaded, W m$^{-2}$) during (a) DJF 2014/15, (b) MAM 2015, (c) JJA 2015, and (d) SON 2015. Anomalies are departures from the 1981–2010 period monthly means.

Fig. 4.6. Equatorial depth–longitude section of ocean temperature anomalies (°C) averaged between 5°N and 5°S during (a) DJF 2014/15, (b) MAM 2015, (c) JJA 2015, and (d) SON 2015. The 20°C isotherm (thick solid line) approximates the center of the oceanic thermocline. The data are derived from an analysis system that assimilates oceanic observations into an oceanic general circulation model (Behringer et al. 1998). Anomalies are departures from the 1981–2010 period monthly means.

(Figs. 4.2e,g), as was the typical westward advection of cooler waters toward the date line. Consistent with these conditions, the normal westward migration of the +30°C isotherm to New Guinea did not occur during JJA and SON. Instead, these exceptionally warm temperatures actually migrated eastward, further strengthening El Niño and its associated atmospheric response.

Consistent with the evolution of the equatorial SSTs, positive subsurface temperature anomalies increased east of the date line throughout the year (Fig. 4.6). A significant temperature increase occurred during MAM (Fig. 4.6b) in response to the combination of the evolving El Niño and the downwelling phase of a strong equatorial oceanic Kelvin wave (section 4c) that was initiated by a westerly wind burst.

Subsequent westerly wind bursts in late June/early July, early August, and early October also initiated downwelling equatorial oceanic Kelvin waves, which helped to maintain well-above-normal subsurface ocean temperatures through the end of the year (Figs. 4.6c,d). In contrast, in the western Pacific,

subsurface temperature anomalies decreased during the year. These conditions reflected a progressive flattening of the oceanic thermocline (indicated by the 20°C isotherm, thick solid line), which is typical of a strong El Niño pattern of anomalous downwelling (upwelling) in the eastern (western) equatorial Pacific (Wang et al. 1999; Wang and Weisberg 2000).

### 2) Atmospheric circulation: tropics and subtropics

During DJF 2014/15, the atmospheric circulation across the tropical Pacific reflected ENSO-neutral conditions, with near-average low-level (850-hPa) winds (Fig. 4.4a) and no consistent El Niño signal in the upper-level winds (Fig. 4.5a). Also, convection was slightly suppressed over the east-central equatorial Pacific in the area of anomalously warm SSTs, indicating a lack of oceanic–atmospheric coupling.

In March, the atmospheric pressure, wind, and convection patterns became coupled to the increasingly warm SST anomalies, signifying the development of El Niño. The atmospheric response to El Niño was evident through the remainder of the year, intensifying as El Niño strengthened.

The tropical atmospheric response to El Niño during MAM through SON featured an east–west dipole pattern of anomalous convection, with convection expanding and strengthening over the central and east-central equatorial Pacific while becoming more suppressed over Indonesia and the eastern Indian Ocean (Figs. 4.4b–d, 4.5b–d). This pattern reflected 1) a pronounced eastward extension of the primary area of tropical convection to well east of the date line and, at times, an actual shift of the main region of tropical convection to the eastern half of the tropical Pacific (not shown), and 2) a strengthening and equatorward shift of the intertropical convergence zone (ITCZ) in the Northern Hemisphere.

A key El Niño–related feature of the low-level (850-hPa) winds during JJA through SON was an extensive area of anomalous westerlies that strengthened and expanded along the equator as the year progressed (Figs. 4.4b–d). This anomaly pattern reflected a marked weakening (3–6 m s$^{-1}$ below normal) of the easterly trade winds, with departures exceeding 6 m s$^{-1}$ near the date line in SON (Fig. 4.4d).

An El Niño–related upper-level wind pattern also became established during MAM and strengthened as the year progressed. This pattern featured an extensive area of easterly wind anomalies across the central and east-central tropical Pacific (Figs. 4.5b–d), along with near-average winds over both the eastern equatorial Pacific and Indonesia.

The overall circulation also featured a combination of anomalous upper-level convergence and low-level divergence over Indonesia and the western tropical Pacific, and a combination of anomalous upper-level divergence and low-level convergence over the central and east-central equatorial Pacific. The resulting vertical motion pattern was consistent with the observed east–west dipole pattern of tropical convection, as was also noted by Bell and Halpert (1998) for the 1997/98 El Niño. Collectively, these wind, convection, and vertical motion patterns reflect a markedly reduced strength of the equatorial Walker circulation typical of El Niño (Bjerknes 1969).

In the subtropics, the upper-level winds during JJA–SON 2015 featured anticyclonic anomalies in both hemispheres straddling the area of enhanced equatorial convection. This anticyclonic couplet is a typical feature of El Niño (Arkin 1982). In the winter hemisphere, anomalous westerly winds along the poleward flank of the anomalous anticyclonic circulation reflect major dynamical and kinematic changes in the jet stream over the Pacific basin. As seen during JJA and SON in the Southern Hemisphere (Figs. 4.5c,d), the westerly wind anomalies between 20° and 30°S reflected a strengthening and eastward extension of the wintertime jet steam to well east of the date line, along with an eastward shift of that jet's exit region to the eastern South Pacific. This wintertime jet stream pattern represents a fundamental manner in which El Niño's circulation impacts are communicated downstream and poleward into the extratropics.

### 3) Rainfall impacts

Because of the rapid strengthening and expansion of the El Niño–related convection and circulation anomalies during MAM and JJA, many typical El Niño rainfall impacts (Ropelewski and Halpert 1987) were evident during the year. The accumulated precipitation deficits and surpluses during June–December, along with time series of area-averaged monthly precipitation totals and percentiles during the year, highlight these impacts (Fig. 4.7).

Two main regions with above-average precipitation during June–December 2015 were the central equatorial Pacific and within the Pacific ITCZ. The enhanced rainfall for both regions began in March and subsequently intensified with area-averaged monthly totals during May–December (red line, Fig. 4.7b) all being in the upper 10th percentile of occurrences (black bars). For the June–December period, rainfall surpluses in both areas exceeded 800 mm, with the largest surpluses exceeding 1200 mm. During June–October, these conditions were associated with strong hurricane seasons for both the central and eastern Pacific hurricane basins (see section 4e3).

Two other regions that typically record above-average precipitation during El Niño include southeastern South America and the Gulf Coast region of the United States. The extended South Pacific jet stream contributed to precipitation surpluses of 100–200 mm in southeastern South America during June–December, with above-average precipitation recorded in nearly every month from July to December (Fig. 4.7c; section 7d). Along the U.S. Gulf Coast, above-average precipitation was recorded from October to December, with area-averaged totals above the 90th percentile of occurrences during November–December (Fig. 4.7d).

Many other areas typically record below-average precipitation during El Niño. One such region is Indonesia, where cumulative deficits during June–

December 2015 exceeded 1000 mm. The most significant deficits occurred during July–October, when monthly totals of less than 100 mm were generally half of normal and in the lowest 10th percentile of occurrences (Fig. 4.7e). Other regions with below-average precipitation during the period from June to December included:

- The South African monsoon season (October–April) is typically suppressed during El Niño, and from October–December precipitation totals were well below average, with monthly totals in the lowest 10th percentile of occurrences in all three months (Fig. 4.7f).
- The Amazon basin recorded significantly below-average rainfall throughout the year, with monthly totals generally in the lowest 10th percentile of occurrences (Fig. 4.7g). During June–December 2015, much of the region recorded deficits of 400–600 mm.
- The Central America/Caribbean Sea region (Fig. 4.7h) and the tropical Atlantic (Fig. 4.7i) had rainfall that was below average during almost every month from April to December, with monthly totals in the lowest 20th percentile of occurrences in most months. Below-average

totals across the tropical Atlantic were also consistent with the overall below-average strength of the 2015 Atlantic hurricane season (see section 4e2).

### c. Tropical intraseasonal activity—S. Baxter, C. J. Schreck, and G. D. Bell

Tropical intraseasonal variability was prominent during 2015 in both the atmosphere and ocean, even in the presence of strong lower-frequency variability associated with El Niño. In the atmosphere, two aspects of this intraseasonal variability were the Madden–Julian oscillation (MJO; Madden and Julian 1971, 1972, 1994; Zhang 2005) and convectively coupled equatorial waves, which include equatorial Rossby waves and atmospheric Kelvin waves (Wheeler and Kiladis 1999; Kiladis et al. 2009;



FIG. 4.7. Precipitation during 2015: (a) Accumulated precipitation departures during (b–i) Jun–Dec (mm), Time series of area-averaged monthly precipitation for regions indicated with red boxes in (a). Bars show monthly percentile percentiles (left y-axis), and red and blue lines show monthly observed and climatological mean precipitation (right y-axis), respectively. Rainfall amounts are obtained by merging rain gauge observations and satellite-derived precipitation estimates (Janowiak and Xie 1999). Precipitation percentiles are based on a gamma distribution fit to the 1981–2010 base period. Anomalies are departures from the 1981–2010 means.

Roundy 2012a,b). There were three distinct periods of MJO activity during 2015 affecting a total of six months (Figs. 4.8–4.10), which were interspersed with the convectively coupled waves. Between these three periods, the intraseasonal variability was dominated by atmospheric Kelvin waves and tropical cyclone activity. Within the Pacific Ocean, strong intraseasonal variability throughout the year was reflected in a series of upwelling and downwelling equatorial oceanic Kelvin waves (Fig. 4.11).

The MJO is a leading intraseasonal climate mode of tropical convective variability. Its convective anomalies often have the same spatial scale as ENSO, but differ in that they exhibit a distinct eastward propagation and generally traverse the globe in 30–60 days. The MJO impacts weather patterns around the globe



Fig. 4.8. Time–longitude section for 2015 of 5-day running anomalous 200-hPa velocity potential (× 10⁶ m² s⁻¹) averaged for 5°N–5°S. For each day, the period mean is removed prior to plotting. Green (brown) shading highlights likely areas of anomalous divergence and rising motion (convergence and sinking motion). Red lines and labels highlight the main MJO episodes. Anomalies are departures from the 1981–2010 base period daily means.



Fig. 4.9. Time–longitude section for 2015 of anomalous outgoing longwave radiation (OLR; W m⁻²) averaged for 10°N–10°S. Negative anomalies indicate enhanced convection and positive anomalies indicate suppressed convection. Contours identify anomalies filtered for the MJO (black) and atmospheric Kelvin waves (red) as in Kiladis et al. (2006) and Straub and Kiladis (2002), respectively. Purple shaded ovals indicate hurricanes named on figure. Red labels highlight the main MJO episodes. Contours are drawn at ±10 W m⁻², with the enhanced (suppressed) convective phase of these phenomena indicated by solid (dashed) contours. Anomalies are departures from the 1981–2010 base period daily means.

(Zhang 2013), including monsoons (Krishnamurti and Subrahmanyam 1982; Lau and Waliser 2012), tropical cyclones (Mo 2000; Frank and Roundy 2006; Camargo et al. 2009; Schreck et al. 2012), and extratropical circulations (Knutson and Weickmann 1987; Kiladis and Weickmann 1992; Mo and Kousky 1993; Kousky and Kayano 1994; Kayano and Kousky 1999; Cassou 2008; Lin et al. 2009; Riddle et al. 2012; Schreck et al. 2013; Baxter et al. 2014). The MJO is often quite variable in a given year, with periods of moderate-to-strong activity sometimes followed by little or no activity. The MJO tends to be most active during ENSO neutral and weak El Niño periods, and is often absent during strong El Niño events (Hendon et al. 1999; Zhang and Gottschalck 2002; Zhang 2005). Given a background El Niño rivaling one of the strongest on record during 2015, the MJO events observed during the year are remarkable.

Common metrics for identifying the MJO include time–longitude plots of anomalous 200-hPa velocity potential (Fig. 4.8) and outgoing longwave radiation (OLR, Fig. 4.9), as well as the Wheeler–Hendon (2004)

Real-time Multivariate MJO (RMM) index (Fig. 4.10). In the time–longitude plots, the MJO exhibits eastward propagation. In the RMM, the MJO propagation and intensity are seen as large, counterclockwise circles around the origin. These diagnostics point to three main MJO episodes during 2015. MJO #1 was a strong episode from March into early April. MJO #2 was a strong event that began in late May and lasted through mid-July. MJO #3 was a moderately strong event that lasted from October through the end of the year.

MJO #1 featured a zonal wave-1 pattern of strong convective anomalies, with a periodicity of approximately 40 days (Figs. 4.8, 4.9, 4.10a,b). The plot of anomalous velocity potential shows that this event circumnavigated the globe once (Fig. 4.8). The RMM index achieved record amplitude of 4.03 standard deviations on 16 March (Fig. 4.10a). Historically, the

only prior MJO event to eclipse 4.0 occurred 30 years ago in February 1985 (4.02). The 2015 event ended in April when the convective anomalies became dominated by a series of fast-propagating atmospheric Kelvin waves (Fig. 4.9).

One of the largest impacts from MJO #1 was the interaction with a high-amplitude downwelling equatorial oceanic Kelvin wave (Fig. 4.11b). This oceanic Kelvin wave was triggered during March by a westerly wind burst associated with enhanced convection over the western Pacific (Fig. 4.11a). This wave reached the eastern Pacific in May and produced a significant increase in the upper ocean heat content while El Niño was developing. MJO #1 also impacted the extratropical circulation, mainly during mid- to late March, when suppressed convection and anomalous upper-level convergence were present over the eastern Indian Ocean, and enhanced convection and anomalous upper-level divergence were present over the western and central Pacific Ocean (Fig. 4.8). These conditions contributed to an eastward extension of the East Asian jet stream and a subsequent cold air outbreak over the continental United States.

MJO #2 began in late May and lasted through mid-July, with its wave-1 signal also making a full trip



Fɪɢ. 4.10. Wheeler–Hendon (2004) Real-time Multivariate MJO (RMM) index for (a) Jan–Mar, (b) Apr–Jun, (c) Jul–Sep, and (d) Oct–Dec 2015. Each point represents the MJO amplitude and location on a given day, and the connecting lines illustrate its propagation. Amplitude is indicated by distance from the origin, with points inside the circle representing weak or no MJO. The 8 phases around the origin identify the region experiencing enhanced convection, and counterclockwise movement is consistent with eastward propagation.

around the globe. Its convective anomalies masked the strengthening El Niño in early and mid-June, then accentuated the El Niño signal during late June and early July (Fig. 4.9). The RMM index showed remarkable amplitude in early July, again approaching four standard deviations (Fig. 4.10c). As is common with many MJO episodes (Straub et al. 2006; Sobel and Kim 2012), the convective signal of MJO #2 was partially masked by atmospheric Kelvin wave activity (Fig. 4.9). This MJO provided especially conducive conditions for producing tropical cyclones. Twelve storms, spanning from the Arabian Sea to the North Atlantic, developed in association with this event. These storms included "twin" tropical cyclones Raquel and Chan-hom that straddled the equator in the western Pacific and contributed to a particularly strong westerly wind burst (Fig. 4.11a).

Following MJO #2, enhanced tropical cyclone activity across the central and eastern North Pacific from August through October contributed to the atmospheric intraseasonal variability. Some of these storms (named and purple shaded ovals, Fig. 4.9) can be identified as westward-moving patterns of anomalous upper-level divergence and enhanced OLR (storm names).

MJO #3 lasted from mid-October through the end of the year. The periodicity of this event is difficult to assess, though it likely exceeded 60 days and is at the slower end of the MJO spectrum (Fig. 4.10d). After being initiated over the western Pacific, the area of enhanced convection associated with MJO #3 propagated over the Indian Ocean, where it then became quasi-stationary for most of November. It could be argued that this event did not begin in earnest until its eastward propagation resumed in early December. Similar to MJO #2, this event at times masked the El Niño convection pattern and at other times accentuated it. Across the Pacific Ocean, intraseasonal variability associated with equatorial oceanic Kelvin wave activity was seen throughout the year (Fig. 4.11b). All three MJO events featured westerly wind bursts (Fig. 4.11a) that triggered downwelling Kelvin waves. Overall, downwelling Kelvin waves tended to be strong, helping to strengthen and maintain the anomalous warmth associated with El Niño.

In contrast, the upwelling Kelvin waves tended to be weak throughout the year and had little net impact on the surface and subsurface warmth associated with El Niño. This suppression of the upwelling waves is linked to sustained anomalous westerly winds over the central and western equatorial Pacific in association with El Niño (see Figs. 4.4b–d).



**FIG. 4.11. (a) Time–longitude section for 2015 of anomalous 850-hPa zonal wind (m s⁻¹) averaged for 10°N–10°S. Black contours identify anomalies filtered for MJO. Red labels highlight the main MJO episodes. Significant westerly wind bursts (WWB) are labeled. (b) Time–longitude section for 2015 of the anomalous equatorial Pacific Ocean heat content, calculated as the mean temperature anomaly between 0 and 300 m depth. Yellow/red (blue) shading indicates above- (below-) average heat content. The relative warming (solid lines) and cooling (dashed lines) due to downwelling and upwelling equatorial oceanic Kelvin waves are indicated. Anomalies are departures from the 1981–2010 base period pentad means.**

#### d. Intertropical convergence zones

##### 1) PACIFIC—A. B. Mullan

The broad-scale patterns of tropical Pacific rainfall are dominated by two convergence zones, the intertropical convergence zone (ITCZ) and the South Pacific convergence zone (SPCZ). The ITCZ lies between 5° and 10°N and is most active during the August to December period, when it lies at its northernmost position. The SPCZ extends diagonally from around the Solomon Islands (10°S, 160°E) to near 30°S, 140°W, and is most active in the November–April half-year. Both convergence zones are strongly influenced by the state of ENSO.

During 2015, an El Niño event that had established itself in March continued to intensify through the end of the year. The monsoon of the western North Pacific extended far to the east to bring unusually strong and persistent westerly winds to the date line and beyond. Sea surface and subsurface temperatures were much warmer than normal, and the convergence zones were more active. For most months from May to December, the NASA ENSO Precipitation index (ESPI; Curtis and Adler 2000) was close to +2 or more, well above the +1 threshold associated with El Niño conditions.

Figure 4.12 summarizes the convergence zone behavior for 2015 and allows comparison of the 2015 seasonal variation against the longer term (1998–2014) climatology. Rainfall transects over 20°N to 30°S are presented for each quarter of the year, averaged across successive 30-degree longitude bands, starting in the western Pacific at 150°E–180°.

With the demise of the TRMM satellite in mid-2015, the rainfall data for this year's chapter are taken from NOAA's "CMORPH" global precipitation analysis (Joyce et al. 2004). This dataset, derived from low orbiter satellite microwave observations (as is TRMM 3B43), is available at the same 0.25° resolution as the TRMM 3B43 used previously (e.g., Mullan 2014). Although not identical, CMORPH and TRMM 3B43 rainfall are similar in pattern and magnitude at the broad scale discussed here.

In the western North Pacific, rainfall generally exceeded climatology from early in the year. The second quarter bulletin of the Pacific ENSO Applications Climate Center (www.weather.gov/media/peac/PEU/PEU_v21_n2.pdf) commented that: "In eastern Micronesia [5°–10°N, 140°–160°E,] … extraordinary amounts of rainfall occur[ed] in March and April." As a result of the El Niño event, from March to December convection was greatly enhanced over climatology from the date line eastward, especially in the Northern Hemisphere for the ITCZ (Figs. 4.12b–d). Not only was the ITCZ closer to the equator, but the region of convection also had a broader latitude extent with a larger rainfall maximum. Convection at the equator itself was typically about double the climatological value for sectors 150°E–180° and 180°–150°W. Figure 4.13 gives the 2015 annual average precipitation in the Pacific and clearly shows the broader ITCZ: rainfall is twice the climatology along a line a few degrees north of the equator and again near 15°N, while rainfall is close to climatology along 10°N.



**FIG. 4.12. Rainfall rate (mm day⁻¹) from CMORPH analysis for (a) Jan–Mar, (b) Apr–Jun, (c) Jul–Sep, and (d) Oct–Dec 2015. Each panel shows the 2015 rainfall cross section between 20°N and 30°S (solid line) and the 1998–2014 climatology (dotted line), separately for four 30° sectors from 150°E–180° to 120°–90°W.**



**FIG. 4.13. Annual-average CMORPH precipitation for 2015, as a percentage of the 1998–2014 average. The white areas have precipitation anomalies within 25% of normal.**



**FIG. 4.14. CMORPH rainfall rate (mm day⁻¹) for Oct–Dec period for each year 1998 to 2015, averaged over the longitude sector 180°–150°W. The cross sections are color-coded according to NOAA's ONI, except for 2015 (an El Niño year) shown in black.**

Enhanced convection near the equator, around and east of the date line, is typical of El Niño conditions. However, the degree of enhancement was quite extreme in 2015, as was the extent of warming in equatorial sea surface temperatures. Figure 4.14 shows precipitation transects for the last quarter of each year 1998–2015, averaged over the 180°–150°W sector. Rainfall within 5 degrees of the equator during 2015 was well above that for any other year in the relatively short CMORPH record (starting January 1998). It is likely, however, that October–December 1997 was similar, given the high rainfall along the equator in January–March 1998 under the very intense 1997/98 El Niño.

The CMORPH analysis matches reasonably well with observed rainfall in the Pacific Islands, although there is much more variability at the island scale. For Hawaii, at the northern edge of the 180°–150°W sector, the third quarter rainfall varied from about twice the average at Hilo, to ten times the average in Honolulu (www.weather.gov/media/peac/PEU /PEU_v21_n4.pdf).

Christmas Island (or Kiritimati) in eastern Kiribati lies on the equator in the same sector as Hawaii; rainfall was above normal for each of the last nine months of 2015 (www.niwa.co.nz/climate/icu), and Kiritimati received about ten times its normal December rainfall (667 mm). In contrast, islands along the southern edge of the SPCZ experienced well-below-normal rainfall from about April 2015 onward (www.niwa .co.nz/climate/icu). For example, the islands of New Caledonia, Fiji, Niue, and Tahiti were generally drier than normal for 8 or 9 of the last nine months of 2015.

2) ATLANTIC—A. B. Pezza and C. A. S. Coelho
The Atlantic ITCZ is a well-organized convective band that oscillates approximately between 5° and 12°N during July–November and 5°N and 5°S during January–May (Waliser and Gautier 1993; Nobre and Shukla 1996). Equatorial Kelvin waves can modulate the ITCZ intraseasonal variability (Guo et al. 2014). ENSO is also known to influence the ITCZ on the



**Fig. 4.15.** Spatial distribution of average global SST anomalies (°C, Reynolds et al. 2002) during 2015.



**Fig. 4.16.** (a) Atlantic ITCZ position inferred from outgoing longwave radiation during May 2014. The colored thin lines indicate the approximate position for the six pentads of the month. The black thick line indicates the Atlantic ITCZ climatological position. The SST anomalies for May 2014 based on the 1982–2013 climatology are shaded (°C). The two boxes indicate the areas used for the calculation of the Atlantic index in (b). (b) Monthly SST anomaly time series averaged over the South American sector (SA region, 10°–50°W, 5°S–5°N) minus the SST anomaly time series averaged over the North Atlantic sector (NA region, 20°–50°W, 5°–25°N) for the period 2010–14, forming the Atlantic index. The positive phase of the index indicates favorable conditions for enhanced Atlantic ITCZ activity.

interannual time scale (Münnich and Neelin 2005). In 2015, weak positive SST anomalies prevailed in the equatorial Pacific until March, followed by the development of a strong El Niño event from March onward, with a marked signature in the annual average (Fig. 4.15).

Consistent with Münnich and Neelin (2005), these conditions were associated with relatively warmer waters in the North Atlantic sector after the establishment of the El Niño, leading to a sharp negative peak in the Atlantic index (Fig 4.16a) in the second half of 2015, as measured by the north–south SST gradient (Fig. 4.16a). As a consequence, the ITCZ oscillated well north of its climatological position for most of the year, with an overall suppression of any significant activity in the Southern Hemisphere. An exception occurred in March and April (Fig. 4.16b), when the



**Fig. 4.17.** (a) Observed precipitation (mm day⁻¹) during 2015, (b) 1998–2014 precipitation climatology (mm day⁻¹), and (c) observed anomaly (mm day⁻¹) in 2015 derived from CPC Morphing technique (CMORPH; Joyce et al. 2004).

ITCZ moved south of the equator during a short gap before the air–sea teleconnection effects of the strong ENSO event became fully established. This southern burst was accompanied by a brief but sharp increase of the Atlantic index.

Despite that, the effects of the southern passage of the ITCZ on potentially enhancing the convective activity over the drought-prone areas of northeastern Brazil were only minor, with an overall annual balance of well-below-average precipitation in most of the region (Fig. 4.17a-c). This "lack of convective coupling" was associated with a widespread drought within most of the Amazon as well as in central Brazil. Persistent low vegetation health indices and reduced soil moisture likely contributed to lowering the rate of evapotranspiration and relative humidity, facilitating higher temperatures as observed during heat waves in Europe (Whan et al. 2015). This large-scale drought pattern has also extended into southeastern Brazil in recent years (Coelho et al. 2015a,b) and was already established before the onset of the latest El Niño. Otto et al. (2015) explore whether droughts in different parts of Brazil could either be part of a longer-term natural oscillation or attributable to anthropogenic forcing.

### e. *Tropical cyclones*

#### 1) OVERVIEW—H. J. Diamond and C. J. Schreck

The IBTrACS dataset comprises historical tropical cyclone (TC) best-track data from numerous sources around the globe, including all of the WMO Regional Specialized Meteorological Centers (RSMC; Knapp et al. 2010). To date, IBTrACS represents the most complete compilation of global TC data and offers a unique opportunity to revisit the global climatology of TCs. Using IBTrACS data (Schreck et al. 2014) a 30-year average value for storms (from WMO-based RSMC numbers) is noted for each basin.

The global tallying of total TC numbers is challenging and involves more than simply adding up basin totals because some storms cross basin boundaries, some basins overlap, and multiple agencies are involved in the tracking and categorization of TCs. Compiling the activity using the IBTrACS dataset over all seven TC basins (Fig. 4.18), the 2015 season (2014/15 in the Southern Hemisphere) had 101 named storms [wind speeds ≥ 34 knots (kt; 1 kt = 0.51 m s⁻¹) or 18 m s⁻¹], which is well above the 1981–2010 average of 82 (Schreck et al. 2014) and 10 more than the 2014 total of 91 (Diamond 2015). The 2015 season also featured 62 Hurricanes/Typhoons/Cyclones (HTC; wind speeds ≥ 64 kts or 33 m s⁻¹), which is also well above the 1981–2010 average of 46 HTCs (Schreck



FIG. 4.18. Global summary of TC tracks with respect to SST anomalies for the 2015 TC season.

et al. 2014). Of these, 36 storms reached major HTC status (wind speeds ≥ 96 kts or 49 m s⁻¹; WMO 2015), which is well above the average of 21. To assist in tallying the basin totals, this year we normalized the counts by basing them on WMO-defined basin boundaries and by using the Saffir–Simpson scale to represent intensities for all basins, realizing that the Saffir–Simpson scale is not operationally used in all basins. Therefore, Fig. 4.18 depicts as close to an overall picture of global TCs as possible, and each of the basin sections (4e2–4e8) has a graphic reflecting those normalized basin totals.

There were eight Saffir–Simpson level Category 5 systems during the year (one more than in 2014, and three more than in 2013): Patricia in the eastern North Pacific; Super Typhoons Maysak, Noul, Dolphin, Soudelor, and Atsani in the western North Pacific; Cyclone Eunice in the south Indian Ocean; and Tropical Cyclone Pam in the southwest Pacific. Patricia, with maximum sustained surface winds of 174 kt (88 m s⁻¹) and a minimum central pressure of 879 hPa, set records for these parameters for any tropical cyclone anywhere in the Western Hemisphere. Patricia was also characterized by an extraordinarily fast intensification, with a 100-hPa drop in its minimum central pressure within a 24-hour period.

There were also several Saffir–Simpson Category 3 and 4 intensity-level systems during 2015 that had major impacts: 1) Joaquin in the North Atlantic; 2) Hilda, Ignacio, and Kilo in the eastern North Pacific; 3) Koppu, Chan-hom, and Melor in the western North Pacific; 4) Chapala and Megh in the north Indian Ocean; 5) Chedza, Fundi, and Haliba in the south Indian Ocean; and 6) Marcia in the southwest Pacific. It should be noted that although TCs in the south Indian Ocean impacted life and property, the greatest impacts were caused by those storms that did not even become cyclones. This observation speaks to the damage that tropical cyclones can sometimes inflict

while not at the named storm level of intensity. The North Atlantic hurricane season was below normal (section 4e2), and both the central and eastern Pacific hurricane seasons were well above normal (section 4e3), consistent with the El Niño conditions in place (section 4b). Sidebar 4.1 also provides analysis and a summary of the overall Northern Hemisphere TC seasons and highlights the special role that El Niño plays with respect to TCs. Sidebar 4.2 describes a rare and interesting subtropical cyclone that developed over the southeast Pacific, a region usually not conducive to such development.

2) ATLANTIC BASIN—G. D. Bell, C. W. Landsea, E. S. Blake, J. Schemm, S. B. Goldenberg, T. B. Kimberlain, and R. J. Pasch

(i) 2015 seasonal activity

The 2015 Atlantic hurricane season produced 11 named storms, of which four became hurricanes and two became major hurricanes. These values are not far below the HURDAT2 30-year (1981–2010) seasonal averages of 11.8 tropical storms, 6.4 hurricanes, and 2.7 major hurricanes (Landsea and Franklin 2013). Many of the storms during 2015 were weak and short-lived, and the seasonal accumulated cyclone energy (ACE) value (Bell et al. 2000) was 67.8% of the 1981–2010 median (92.4 × 10⁴ kt²; Fig. 4.19). This value is below NOAA's upper threshold (71.4% of the median) for a below-normal season (see www.cpc.ncep.noaa.gov/products/outlooks/background_information.shtml), and consequently the season is classified as below-normal.

A single storm, Major Hurricane Joaquin, produced nearly one-half of the season's total ACE value; the remaining ten storms produced an ACE value of only 36.1% of the median. This result highlights the large number of weak and short-lived storms during the season. Combined with a near-normal hurricane season in 2014 and a below-normal season in 2013 (Bell et al. 2015), 2013–15 marks the first time since 1992–94 in which three consecutive seasons were not above normal.

Since the current high-activity era for Atlantic hurricanes began in 1995, 13 of 21 seasons (62%) have been above normal, and four seasons (19%) have been near normal. The 2015 season marks only the fourth below-normal season since 1995. The 2015 activity was well below the averages during the recent active period (1995–2014) of 15 named storms, 7.6 hurricanes, 3.5 major hurricanes, and 141.6% of the 1981–2010 median ACE. A yearly archive of conditions during these seasons can be found in previous *State of the Climate* reports.

A main delineator between more- and less-active Atlantic hurricane seasons is the number of hurricanes and major hurricanes that originate as named storms within the Main Development Region (MDR; green boxed region in Fig. 4.20a) which spans the tropical Atlantic Ocean and Caribbean Sea between 9.5° and 21.5°N (Goldenberg and Shapiro 1996; Goldenberg et al. 2001; Bell and Chelliah 2006). Only five named storms formed in the MDR during 2015, with two becoming hurricanes and one of those being a short-lived major hurricane. The resulting ACE value from these five storms was only about 27% of the median, which is comparable to the 1981–2010 below-normal season average for the MDR of 18.1%. These values are well below the above-normal and near-normal season ACE averages for the MDR of 151.1% and 57.9% of the median, respectively.

(ii) Storm tracks

Two tropical storms made landfall in the United States during 2015: Tropical Storm Ana which made landfall in South Carolina in May, and Tropical Storm Bill which made landfall in Texas in June. No hurricanes made landfall in the United States this season.

No hurricanes tracked through the Caribbean Sea during 2015. This region has seen only one hurricane in the last three seasons: Gonzalo in 2014. As discussed below, and also by Bell et al. (2014, 2015), this dearth of hurricane activity over the Caribbean Sea has reflected a lack of storms forming in the region due to strong vertical wind shear and anomalous sinking motion, and also a lack of storms propagating westward into the region.



FIG. 4.19. NOAA's Accumulated Cyclone Energy (ACE) index expressed as percent of the 1981–2010 median value. ACE is calculated by summing the squares of the 6-hourly maximum sustained surface wind speed (knots) for all periods while the storm is at least tropical storm strength. Red, yellow, and blue shadings correspond to NOAA's classifications for above-, near- and below-normal seasons, respectively. The 165% threshold for a hyperactive season is indicated. Vertical brown lines separate high- and low-activity eras.



**Fig. 4.20. (a) ASO 2015 SST anomalies (°C), with the MDR indicated by the green box. (b) Time series for 1950–2015 of ASO area-averaged SST anomalies in the MDR. (c) Time series showing the difference between ASO area-averaged SST anomalies in the MDR and those for the entire global tropics (20°N–20°S). Red lines show a 5-pt. running mean of each time series. Anomalies are departures from the ERSST.v3b (Smith et al. 2008) 1981–2010 period monthly means.**



**Fig. 4.21. Unfiltered index of the Atlantic multidecadal oscillation (AMO) during 1950–2015 averaged over ASO (red line) and JFM (blue line). Based on the Kaplan SST dataset (Enfield et al. 2001; www.esrl.noaa.gov /psd/data/timeseries/AMO).**

*(iii) Atlantic sea surface temperatures*

SST anomalies warmed across the MDR as the summer progressed, with below-average SSTs during June–July and above-average SSTs during August–November. For the MDR as a whole, the area-averaged SST anomaly for October (+0.64°C) was the warmest in the 1950–2015 record, and the area-averaged anomaly for November (+0.48°C) tied for the warmest on record.

For the peak months (August–October, ASO) of the Atlantic hurricane season the mean SST departure in the MDR was +0.43°C (Fig. 4.20b), which ties for fifth warmest in the record (Fig. 4.20b). Consistent with the ongoing warmth in the MDR since 1995, objective measures of the Atlantic multidecadal oscillation (AMO; Enfield and Mestas-Nuñez 1999), such as NOAA's operational Kaplan AMO index, indicate a continuance of the AMO warm phase during ASO 2015 (Fig. 4.21). In contrast, the AMO index for January–March has been near zero for the past two years.

The warm AMO phase and the associated positive phase of the Atlantic Meridional Mode (Vimont and Kossin 2007; Kossin and Vimont 2007) are the primary climate factors associated with high-activity eras for Atlantic hurricanes (Goldenberg et al. 2001; Bell and Chelliah 2006; Bell et al. 2011, 2012). This warm phase features anomalously warm SSTs in the MDR compared to the remainder of the global tropics (Fig. 4.20c). However, the mean SST anomaly within the MDR during ASO 2015 was less than the mean anomaly for the entire global tropics, due partly to the intensifying El Niño (see section 4b).

*(iv) Atmospheric conditions*
*a. Atlantic basin*

The below-normal 2015 Atlantic hurricane season resulted mainly from a set of atmospheric conditions during ASO that made the central and western MDR extremely unfavorable for TC activity. These conditions included: 1) anomalously strong vertical wind shear extending from the Caribbean Sea northeastward to the central Atlantic (Fig. 4.22), 2) anomalous upper-level (200-hPa) convergence and lower-level (850-hPa) divergence (Fig. 4.23a), 3) anomalous sinking motion throughout the troposphere (Fig. 4.23b) and, 4) midlevel drier air (Fig. 4.23c).

The vertical wind shear averaged across the Caribbean Sea during ASO was the third strongest (12.4 m s$^{-1}$) in the ASO 1970–2015 record (Fig. 4.22b). The two ASO seasons with larger shear values in this region were the El Niño years of 1972 and 1986. For the June–November hurricane season as a whole, the vertical wind shear over the Caribbean Sea was



**FIG. 4.22. 200–850 hPa vertical wind shear during ASO 2015: (a) magnitude (m s⁻¹) and (b) anomalous magnitude and vector. In (a), orange-red shading indicates areas where the vertical wind shear magnitude is ≤10 m s⁻¹. In (b), vector scale is below right of plot. Green box denotes the MDR. Anomalies are departures from the 1981–2010 means.**

the strongest in the record (17.3 m s⁻¹), exceeding the previous largest value of 15.4 m s⁻¹ recorded in 1972. On monthly time scales, shear values greater than 8–10 m s⁻¹ are generally considered nonconducive to hurricane formation.

The main activity during the 2015 hurricane season reflected more conducive conditions over the eastern MDR and also over the western subtropical North Atlantic north of the MDR. In portions of the eastern MDR the combination of weak vertical wind shear (Fig. 4.22a), anomalous rising motion (Fig. 4.23b), and increased midlevel moisture (Fig. 4.23c) contributed to the development of five named storms, including two hurricanes. Over the western subtropical North Atlantic, a similar combination of conditions contributed to the development of five named storms north of the MDR. Two of these storms became hurricanes, with one

becoming the only long-lived major hurricane of the season (Joaquin). Together, these five storms produced about 60% of the total seasonal ACE value.

#### b. El Niño impacts

The 200-hPa circulation patterns during ASO 2015 (Fig. 4.24) show that El Niño impacted atmospheric conditions across the tropical Pacific and Atlantic Oceans in both hemispheres, so as to weaken the Atlantic hurricane season and simultaneously strengthen both the central and eastern Pacific hurricane seasons (see section 4e3).

The velocity potential, which is related to the divergent component of the wind, showed an anomaly pattern during ASO that is typical of El Niño (Fig. 4.24a). This pattern featured a core of negative anomalies across the eastern half of the Pacific basin, along with cores of positive anomalies over the western Pacific/Australasia and also over the Amazon basin and MDR. The associated pattern of divergent wind vectors shows a suppressive pattern for Atlantic hurricanes of anomalous upper-level convergence over the Caribbean Sea and central MDR.

The 200-hPa streamfunction pattern also showed a typical El Niño signal, with anticyclonic anomalies across the subtropical Pacific Ocean in both hemispheres flanking the region of enhanced El Niño–related convection (see Fig. 4.5c), along with cyclonic anomalies extending downstream from the Americas (Fig. 4.24b).

Regionally, the streamfunction pattern included an anomalous upper-level subtropical trough that extended across the entire MDR. This feature reflected an amplification of the mean tropical upper tropospheric trough (TUTT; white dashed line) in



**FIG. 4.23. ASO 2015: Atmospheric height–longitude sections averaged for 9.5°–21.5°N, of (a) anomalous divergence (× 10⁻⁶ s⁻¹), (b) anomalous vertical velocity (× 10⁻² Pa s⁻¹), and (c) percent of normal specific humidity. Green shading indicates anomalous divergence, anomalous rising motion, and increased moisture, respectively. Brown shading indicates anomalous convergence, anomalous sinking motion, and decreased moisture. Zero lines are drawn on each panel. Anomalies are departures from the 1981–2010 means.**



**Fig. 4.24. 200-hPa circulation during ASO 2015: (a) anomalous velocity potential (× 10⁶ m² s⁻¹) and anomalous divergent wind vector (m s⁻¹), and (b) total (contours) and anomalous (shaded) streamfunction (× 10⁶ m² s⁻¹). Divergent wind vector scale in (a) is below right of plot. In (b), white dashed line indicates amplified tropical upper tropospheric trough (TUTT). Anticyclonic anomalies are indicated by positive values (orange/red) in the NH and negative values (blue) in the SH. Cyclonic anomalies are indicated by negative values in the NH and positive values in the SH. Green boxes indicate the Atlantic hurricane MDR. Anomalies are based on the 1981–2010 climatology.**

the western MDR and a disappearance of the mean upper-level subtropical ridge normally located over the central and eastern MDR. These conditions contributed anomalous upper-level westerly winds, increased vertical wind shear, and anomalous sinking motion across the MDR (Figs. 4.22, 4.23), the combination of which suppressed the 2015 Atlantic hurricane season.

### 3) EASTERN NORTH PACIFIC AND CENTRAL NORTH PACIFIC BASINS—M. C. Kruk, C. J. Schreck, and T. Evans

#### (i) Seasonal activity

The eastern North Pacific (ENP) basin is officially split into two separate regions for the issuance of warnings and advisories by NOAA's National Weather Service. NOAA's National Hurricane Center in Miami, Florida, is responsible for issuing warnings in the eastern part of the basin (ENP) that extends from the Pacific Coast of North America to 140°W, while NOAA's Central Pacific Hurricane Center in Honolulu, Hawaii, is responsible for issuing warnings in the central North Pacific (CNP) region between 140°W and the date line. This section summarizes the TC activity in both warning areas using com-

bined statistics, along with information specifically addressing the observed activity and impacts in the CNP region.

The ENP/CNP hurricane season officially spans from 15 May to 30 November. Hurricane and tropical storm activity in the eastern area of the basin typically peaks in September, while in the central Pacific, TC activity normally reaches its seasonal peak in August (Blake et al. 2009). During the 2015 season, a total of 26 named storms formed in the combined ENP/CNP basin. This total included 16 hurricanes, 11 of which were major hurricanes. The 1981–2010 IBTrACS seasonal averages for the basin are 16.5 named storms, 8.5 hurricanes, and 4.0 major hurricanes (Schreck et al. 2014). The 2015 season's 26 named storms is the highest storm count since the 1992 season. In late August, Hurricanes Kilo, Ignacio, and Jimena reached Category 4 status at the same time (Fig. SB4.1a). This was the first time on record that three Category 4 or stronger TCs were present at the same time in any global TC basin.

Given that 68% of the ENP/CP hurricanes in 2015 reached major hurricane status, it is no surprise that



**Fig. 4.25. Seasonal TC statistics for the full ENP/CNP basin over the period 1970–2015: (a) number of named storms, hurricanes, and major hurricanes, and (b) the ACE index (× 10⁴ kt²) with the 2015 seasonal total highlighted in red. The time series shown includes the corresponding 1981–2010 base period means for each parameter.**

the ACE index for 2015 was high as well, with a seasonal value of $251.6 \times 10^4 \, kt^2$ (Fig. 4.25), which is nearly double the 1981–2010 mean of $132.0 \times 10^4 \, kt^2$ (Bell et al. 2000; Bell and Chelliah 2006; Schreck et al. 2014). A record-shattering 16 tropical cyclones developed in, or entered into, the CNP basin during 2015, with a distribution of eight hurricanes (five major), six tropical storms, and two depressions (Fig. 4.25); the previous record season was 1992 with a total of 12 TCs. The long-term 1981–2010 IBTrACS mean is 4.7 storms passing through the CNP per season.

### (ii) Environmental influences on the 2015 season

Figure 4.26 illustrates the background conditions for TC activity in the ENP and CNP during 2015. Consistent with the strong El Niño conditions, the equatorial Pacific was dominated by anomalously warm SST anomalies (Fig. 4.26a). As in 2014, these warm SSTs extended throughout most of the subtropical ENP, which would be exceptionally favorable for TC activity. The ITCZ was also strongly enhanced in association with the warm SSTs, but the strongest enhancement of convection was southward of where TCs form (Fig. 4.26b). Vertical wind shear magnitudes were slightly below their climatological values

(Fig. 4.26c). The vertical wind shear anomalies were generally easterly from 120°E to the date line, which likely contributed to the record season in the CNP. The broad area of warm SSTs, enhanced convection, and moderate shear in 2015 all contributed to favorable conditions that resulted in above-normal hurricane activity.

Figure 4.26d shows a broad area of 850-hPa westerly anomalies near the equator. Similar patterns were seen in 2012–14 (Diamond 2013, 2014, 2015), although these years also featured stronger easterly anomalies to the north. Even on their own, the westerly anomalies produced the region of enhanced cyclonic vorticity within which most of the ENP storms developed. Many of these storms developed where the enhanced vorticity intersected the westerly anomalies. The westerlies could have strengthened easterly wave activity in this region through barotropic energy conversion and wave accumulation (Maloney and Hartmann 2001; Aiyyer and Molinari 2008; Rydbeck and Maloney 2014).

ENP TC activity is strongly influenced by the MJO (Maloney and Hartmann 2001; Aiyyer and Molinari 2008; Slade and Maloney 2013), and recent studies have found a greater role for convectively coupled



Fig. 4.26. May–Nov 2015 anomaly maps of (a) SST (°C, Banzon and Reynolds 2013), (b) OLR (W m⁻², Lee 2014), (c) 200–850-hPa vertical wind shear (m s⁻¹) vector (arrows) and scalar (shading) anomalies, and (d) 850-hPa winds (m s⁻¹, arrows) and zonal wind (shading) anomalies. Anomalies are relative to the annual cycle from 1981–2010, except for SST which is relative to 1982–2010 due to data availability. Hurricane symbols with letters denote where each ENP TC attained tropical storm intensity. Wind data obtained from NCEP–NCAR reanalysis I (Kalnay et al. 1996).



Fig. 4.27. Longitude–time Hovmoller of OLR (W m⁻², Lee 2014) averaged 5°–15°N. Unfiltered anomalies from a daily climatology are shaded. Negative anomalies (green) indicate enhanced convection. Anomalies filtered for Kelvin waves are contoured in blue at −10 W m⁻². Hurricane symbols and letters indicate genesis of ENP TCs.

Kelvin waves in modulating tropical cyclogenesis (Schreck and Molinari 2011; Ventrice et al. 2012a,b; Schreck 2015). Figure 4.27 uses OLR to examine the evolution of convection during the 2015 ENP hurricane season. Following Kiladis et al. (2009), the blue contours identify the Kelvin-filtered anomalies. Easterly waves are also apparent in the unfiltered anomalies (shading) as westward moving features, such as the ones leading up to Hurricanes Norbert and Simon.

During the 2015 ENP hurricane season, intraseasonal variability was dominated by eastward moving signals that straddled the boundaries between Kelvin waves and the MJO (Roundy 2012a,b). Three events are particularly noteworthy: early July, late August, and October. These events were all prolific TC producers, spawning strings of TC genesis from the north Indian Ocean to the North Atlantic. In the ENP/CNP alone, 5–7 TCs developed in association with each of these events, accounting for 18 of the 26 ENP/CNP TCs in 2015.

### (iii) TC impacts

During the 2015 season, only 2 of the season's 26 combined ENP/CNP tropical storms made landfall along the western coast of Mexico or Baja California, while remarkably no storms in the CNP region made landfall in Hawaii. The long-term annual average number of landfalling storms on the western coast of Mexico is 1.8 (Raga et al. 2013).

The first storm to make landfall along the Mexican coastline was Hurricane Blanca (31 May to 9 June), which had maximum sustained winds of 120 kt (61 m s$^{-1}$) and a minimum central pressure of 936 hPa. Blanca weakened to a tropical storm before making landfall in Baja California and made the earliest landfall in that region on record. Even as the storm was weakening, strong rip currents associated with the storm claimed four lives off the coast of Mexico.

The second landfalling storm of 2015 was Major Hurricane Patricia from 20–24 October, with maximum sustained winds of 174 kt (88 m s$^{-1}$) and a minimum central pressure of 879 hPa. The barometric pressure and maximum sustained winds, both as measured by hurricane reconnaissance aircraft, are now the lowest on record for pressure and highest on record for winds anywhere in the Western Hemisphere. The hurricane also intensified extraordinarily quickly, dropping 100 hPa in just 24 hours. Fortunately for the major cities and towns in coastal Mexico, Patricia made landfall as a Category 5 storm near Jalisco, Mexico, a relatively rural area, though it still caused a range of impacts. Many trees were completely defoliated, power outages were common, and torrential rains flooded roads and resulted in landslides. In the town of Tamaulipas, 193 mm of rain was recorded from the storm. Roughly 9000 homes were damaged or destroyed and many agricultural croplands, in particular banana crops, were wiped out by the wind and rain from Patricia.

Despite no direct landfalls, high surf, coastal flooding, flooding rains, and oppressive heat impacted the Hawaiian Islands throughout the 2015 season. The largest surf came from Hurricane Ignacio as it passed to the east and northeast of the main Hawaiian Islands. Ignacio produced large waves and a small storm surge resulting in water and debris on roadways along the Big Island's (also known as Hawaii Island) and Oahu's eastern coastline, causing road and beach park closures. Heavy rain associated with Ignacio fell across the main Hawaiian Islands causing widespread flooding, including in portions of Honolulu. Hurricanes Hilda and Kilo forced deep tropical moisture over the main Hawaiian Islands, which led to significant flooding rains. Impacts of this flooding included a massive sewage spill when the Honolulu drainage system was overwhelmed, flooded homes and businesses, and one flash flood fatality. Hurricane Guillermo had the closest approach to the main Hawaiian Islands and produced coastal flooding as large waves closed roads and beach parks. Portions of the northwest Hawaiian Islands, which are not populated but host research teams, were evacuated due to large waves associated with Hurricane Kilo and Tropical Storm Malia.

### 4) Western North Pacific basin—S. J. Camargo
#### (i) Introduction

The WNP is unique in that TCs are tracked simultaneously by several agencies in that region. Among these are the United States military's Joint Typhoon Warning Center (JTWC) and the WMO-sanctioned RSMC-Tokyo, Japan Meteorological Agency (JMA). Data from JTWC are used here; best-track dataset for the period 1945–2014 and from the JTWC's preliminary operational data for 2015. The best-track data from the RSMC-Tokyo, Japan Meteorological Agency (JMA), was used in Fig. 4.28b. All other figures were produced using JTWC TC data. Climatology is defined using the period 1981–2010, with the exception of landfall statistics, where 1951–2010 is used.

#### (ii) Seasonal activity

The TC season in the western North Pacific (WNP) in 2015 was above normal by most measures of TC activity considered. According to the JTWC, the 2015



FIG. 4.28. (a) Number of tropical storms, typhoons, and super typhoons per year in the western North Pacific for the period 1945–2015 based on the JWTC best-track dataset. (b) Number of TCs (all storms which reach tropical storm intensity or higher) for 1951–76; number of tropical storms, severe tropical storms, and typhoons for 1977–2015 based on the JMA best-track dataset. (c), (d) The number of TCs with tropical storm intensity or higher [named storms (c) and typhoons (d)] per month in 2015 (black line) and the climatological means (blue line). The blue plus signs denote the maximum and minimum monthly historical records, and the red error bars show the climatological interquartile range for each month (in the case of no error bars, the upper and/or lower percentiles coincide with the median). (e), (f) The cumulative number of named storms (e) and super typhoons (f) per month in the WNP in 2015 (black line) and climatology (1971–2010) as box plots [interquartile range: box; median: red line; mean: blue asterisk; values in the top or bottom quartile: blue crosses; high (low) records in the 1945–2015 period: red diamonds (circles)]. [Sources: 1945–2014 JTWC best-track dataset, 2015 JTWC preliminary operational track data for (a), (c), (d), (e), and (f); 1951–2015 RSMC-Tokyo, JMA best-track dataset for panel (b).]

of 8), 21 typhoons (above the 75th percentile of 20), 8 of which became super typhoons (winds ≥ 137 kt; 71 m s$^{-1}$; in the top 5th percentile, the 75th percentile is 5). In Fig. 4.28a, the number of tropical storms, typhoons, and super typhoons per year is shown for the period 1945–2015. The number of super typhoons is one of the measures for the intensity of the 2015 season that was well above normal. A high number of super typhoons is a typical feature of El Niño events (Camargo and Sobel 2005). The percentage of typhoons that reached super typhoon status in 2015 (38%) was in the top 10%. Climatologically, only 23% of typhoons reach super typhoon intensity each season.

The JMA total for 2015 was 27 TCs (above JMA's climatological median of 26), including Hurricanes/Typhoons Halola and Kilo. Tropical Storms 12W and Vamco were only considered to be tropical depressions by JMA, and TDs are not included in the JMA database. Of those 27, nine were greater than tropical storm strength (equal to the 25th percentile for JMA), and 18 were typhoons (top quartile for JMA). The number of TCs (1951–76), or tropical storms, severe tropical storms, and typhoons (1977–2015) according to the JMA are shown in Fig. 4.28b.[1]

season had 29 TCs form in the basin, with two additional TCs (Halola and Kilo) that formed in the central North Pacific (CNP) then crossed into the WNP. This total of 31 storms active in the basin is above the median of the climatological distribution (the climatological median is 28.5, the 75th percentile is 33). Of these, 28 TCs reached tropical storm intensity or higher (the climatological median is 26, the 75th percentile is 29.5) and 27 of them were named (only one, 12W, was not formally named). There were 3 tropical depressions (TDs; slightly below the climatological median of 3.5), 7 tropical storms (below the 25th percentile

the JMA database. Of those 27, nine were greater than tropical storm strength (equal to the 25th percentile for JMA), and 18 were typhoons (top quartile for JMA). The number of TCs (1951–76), or tropical storms, severe tropical storms, and typhoons (1977–2015) according to the JMA are shown in Fig. 4.28b.[1]

---

[1] It is well known that there are systematic differences between the JMA and the JTWC and the datasets, which have been extensively documented in the literature (e.g., Wu et al. 2006; Nakazawa and Hoshino 2009; Song et al. 2010; Ying et al. 2011; Yu et al. 2012; Knapp et al. 2013; Schreck et al. 2014).

The number of named storms and typhoons per month in 2015, compared with the climatological distribution, is shown in Figs. 4.28c,d. Super Typhoon Maysak was one of the strongest March storms in the historical record, reaching the same record intensity of Super Typhoon Mitag (February–March 2002) for that month. In May, two super typhoons formed in the WNP, Noul and Dolphin, while only Tropical Storm Kujira was active in June.[2] July was an active month with six storms present in the WNP, including Super Typhoons Nangka and Soudelor. On 9 July, three storms (Chan-hom, Nangka, and Linfa) were active simultaneously on the WNP, a rare event for July. September and October had five active storms each, including Super Typhoons Champi and Lando in October.

Considering the number of TCs and named storms, the 2015 typhoon season had an active, early season (January–June), with 8 TCs (top quartile), an average peak season (July–October) with 20 TCs (median is 19), and a quiet late season with 3 TCs (bottom quartile), as can be seen in the cumulative number of named of storms per month in 2015 and the climatological distribution (Fig. 4.28e). The occurrence of a high number of super typhoons, a typical feature of El Niño years, was clear in 2015, with 8 super typhoons, 3 of which formed in the early season and 5 during the peak season. The occurrence of three super typhoons in the early season is quite unusual, having only occurred twice previously in the historical record, 2002 and 2004; these were also El Niño years. The cumulative number of super typhoons in 2015 compared with the climatological baseline is shown in Fig. 4.28f. Previously, only one super typhoon had formed in March, in 1961 (while STY Mitag reached is lifetime maximum intensity in March, it formed in February). The 2015 season is the first time in the historical record that two super typhoons formed in May; the previous historical maximum for that month was one. An active July, with two tropical storms, two typhoons, and two super typhoons was followed by a relatively quiet August. The two typhoons (one of them a super typhoon) in August is in the bottom quartile for that month. Two more super typhoons occurred in October, in the top 10% for that month.

Typical of El Niño years, the total ACE in 2015 was high (Camargo and Sobel 2005), reaching the



**FIG. 4.29. (a)** ACE index per year in the western North Pacific for 1945–2015. The solid green line indicates the median for the climatology years 1971–2010, and the dashed lines show the climatological 25th and 75th percentiles. **(b)** ACE index per month in 2015 (red line) and the median during 1971–2010 (blue line), where the green error bars indicate the 25th and 75th percentiles. In case of no error bars, the upper and/or lower percentiles coincide with the median. The blue "+" signs denote the maximum and minimum values during the period 1945–2014. (Source: 1945–2014 JTWC best-track dataset, 2015 JTWC preliminary operational track data.)

third highest value in the historical record, just below the values in 2004 and 1997, both El Niño years (Fig. 4.29a). The bulk of the seasonal ACE occurred during July and August (Fig. 4.29b), contributing to 21% and 24% of the total ACE, respectively. The ACE for May was the largest in the historical record for that month. Other high monthly values of ACE reached the third (February and August), fourth (July), and fifth (March) highest values in the historical record for those months. In contrast, the June ACE was in the bottom quartile. Eight TCs in 2015 were in the top 10% of the ACE per storm, together contributing a total of 58.5% of the total ACE for the season. With the exception of Typhoon Goni, the other seven TCs with highest ACE in 2015 reached super typhoon status. The top ACE values in 2015 are from TCs Noul, Champ, Dolphin, Maysak, Soudelor, Atsani, Goni, and Nangka, in that order. Additionally, JTWC tracked the peak wind speed for Goni at 115 kt (59 m s⁻¹), but it is noteworthy that 5.5 of its 11 days had winds ≥ 100 kts. The ACEs of each of the top three named storms (Noul, Champ, Dolphin) reached the top 5% and contributed 25.7% of the total ACE in the season. Other storms in the top quartile of ACE per storm in 2015 were Koppu, Dujuan, Halola, In-fa, Kilo, and Chan-hom.

---

[2] Here, if a storm forms in the two last days of a month, it is counted for the following month if it lasts more than two days in the next month. This was the case in 2015 of typhoons Chan-hom (formed 29 June) and Mujigae (formed 30 September).



**FIG. 4.30. (a) SST anomalies, (b) potential intensity anomalies, (c) relative humidity 600-hPa anomalies, (d) genesis potential index anomalies in JASO 2015, and (e) zonal winds in Jul–Oct 2015 (positive contours are shown in solid lines, negative contours in dash dotted lines and the zero contour in a dotted line). [Source: atmospheric variables: NCEP–NCAR reanalysis data (Kalnay et al. 1996); sea surface temperature (Smith et al. 2008).]**

the central and western North Pacific basins. The longest-living storm that formed in the WNP was Super Typhoon Nangka, which lasted a total of 15.75 days from 3–19 July.

The mean genesis location for storms with genesis in the WNP in 2015 (13.4°N, 147.3°E) was slightly eastward from the climatological mean of WNP storms (13.2°N, 141.6°E, with standard deviations of 1.9° and 5.6°). The mean track position (16.7°N, 144.5°E) was also southeastward relative to the WNP climatological mean (17.3°N, 136.6°E, with standard deviations of 1.4° and 4.7°). Although a southeastward shift is typical of El Niño years (e.g., Chia and Ropelewski 2002; Camargo et al. 2007), this 2015 shift was mostly eastward, with almost no change (mean first position) or a small southward shift (mean track) in the meridional direction.

Figure 4.30 shows the environmental conditions associated with the typhoon activity in 2015. The warm SST anomalies during July–October (JASO; Fig. 4.30a) were large in the eastern and central Pacific, but small in the WNP. These large SST anomalies led to high values of potential intensity (Emanuel 1988 and 1995; Fig. 4.30b) and 600-hPa relative humidity (Fig. 4.30c) anomalies on the eastern and central Pacific in two bands, the first in the equatorial region, the second near Hawaii. The genesis potential index (GPI; Emanuel and Nolan 2004; Camargo et al. 2007) had positive anomalies on the eastern part of the basin and negative on the western side (Fig. 4.30d), typical of El Niño years. The maximum extent of the monsoon reached the date line, as documented via the zonal winds depicted in Fig. 4.30e; this monsoonal extent helps explain the eastward shift of the location of cyclogenesis in the basin for the season.

There were 174.75 days with TCs in 2015, near the 75th percentile (176.75 days), and 148.75 days with storms that reached tropical storm or higher, in the top 5% (median 111.75 days). From those active days, 90.75 days had typhoons, the third highest value in the historical record, less than only 1997 and 2004. There were 36.75 days with intense typhoons (Categories 3–5), in the top 10% (median 20 days). In 2015, the percentage of days with typhoons and intense typhoons were 51.9% and 21.0%, in the top 1% and 10%, respectively (median 37.9% and 12.2%, respectively). The median lifetime of named storms in 2015 was 8.75 days, slightly above the median of 8 days. The two longest-living storms were Kilo and Halola, which lasted 22 days (20 August to 11 September) and 17.75 days (10–26 July), while crossing both

### (iii) TC impacts

There were 18 storms that made landfall in 2015,[3] slightly above the 1951–2010 climatological median (17). Of these, three systems made landfall as a TD (median is three), seven storms made landfall as tropical storms (median is six), two struck as Category 1–2 typhoons (median is five). Five storms made landfall as intense typhoons, among the top 10% of the 1951–2010 climatological distribution (the median is two): Dujuan, Goni, Koppu, Melor, and Mujigae.

Many storms led to social and economic impacts in 2015. Typhoon Maysak made landfall in both Chuuk and Yap States of the Federated States of Micronesia in March and was responsible for four deaths and led to significant damage to homes and crops in both states. Typhoon Koppu (known as Lando in the Philippines) caused at least 58 deaths and flooding in the northern Philippines, as well as heavy agricultural and economical damage across the country. The double hit of Typhoon Melor and a tropical depression in December in the Philippines led to floods and at least 45 deaths. The storms with the largest economic impacts in 2015 were Typhoons Soudelor (3.2 billion U.S. dollars) and Chan-hom (1.5 billion U.S. dollars). Soudelor caused severe impacts in the Commonwealth of the Northern Mariana Islands, Taiwan, and eastern China (at least 38 deaths), as well as some lesser impacts in Japan, the Republic of Korea, and the Philippines. Chan-hom also affected many countries in the WNP basin, particularly Japan (Okinawa), Taiwan, China, the Republic of Korea (Jeju Island), and North Korea.

### 5) NORTH INDIAN OCEAN—M. C. Kruk

The north Indian Ocean (NIO) TC season typically extends from April to December, with two peaks in activity: during May–June and again in November, when the monsoon trough is positioned over tropical waters in the basin. TCs in the NIO basin normally develop over the Arabian Sea and Bay of Bengal between 8° and 15°N. These systems are usually short-lived and relatively weak and often quickly move into the Indian subcontinent.

According to the JTWC, the 2015 TC season produced five tropical storms, two of which were major cyclones (Fig. 4.31a). The 1981–2010 IBTrACS

seasonal averages for the basin are 3.9 tropical storms, 1.4 cyclones, and 0.6 major cyclones. The season produced its highest ACE index since 1972 with a value of $30.4 \times 10^4$ kt², well above the 1981–2010 mean of $12.5 \times 10^4$ kt² (Fig. 4.31b). Typically, there is enhanced TC activity, especially in the Bay of Bengal, during the cool phase of ENSO (Singh et al. 2000); however, most of this season was characterized by a strong developing El Niño. Four of the five storms developed in the Arabian Sea, and only tropical storm Two (29–30 July) developed in the Bay of Bengal.

There were two noteworthy storms during the season: Cyclones Chapala and Megh. Chapala (28 October–4 November) formed in the Arabian Sea and became a "severe cyclonic storm" (wind ≥ 96 kts) on 29 October with maximum sustained winds near 114 kt (58 m s⁻¹) and a minimum central pressure of 940 hPa. What made these storms unique was how they tracked westward over the island of Socotra and into the Gulf of Aden—a very unusual track compared to historical records. This resulted in extreme damage across Socotra and the country of Yemen, which rarely experiences tropical cyclone landfalls, much less the tremendous rains associated with them. In fact, these were not only the first tropical cyclones to strike Socotra since 1922, but most interesting was that they did so during the same week. Rainfall data are spotty for the region, but satellite estimates suggest 610 mm of rainfall along the Yemeni coastline, which is 700% of the annual average for the region. Eight people died in Yemen, most by drowning, and several hundred homes and businesses were damaged by flooding. A storm surge of nearly 10 m was observed in the coastal town of Al Mukalla, destroying the city's seafront and inundating many coastal structures with saltwater.

The second major storm of the season was Very Severe Tropical Cyclone Megh, which occurred from 5 to 10 November in the Arabian Sea, about a week after Cyclone Chapala. The track of Megh was similar to that of Chapala, moving over the island of Socotra and into the Gulf of Aden. Maximum sustained wind speeds reached 95 kt (48 m s⁻¹) with a minimum central pressure of 964 hPa. Megh made landfall in Socotra as a Category 3 equivalent storm, causing extensive devastation, resulting in nearly 20 deaths. Additionally, upwards of 3000 homes were either completely destroyed or damaged by the cyclone, which also caused havoc with local fishing operations.

---

[3] Landfall is defined when the storm track is over land and the previous location was over ocean. In order not to miss landfall over small islands, first the tracks were interpolated from 6-hourly to 15-minute intervals, before determining if the storm track was over land or ocean using a high-resolution land mask.



**FIG. 4.31. Annual TC statistics for the NIO for 1970–2015: (a) number of tropical storms, cyclones, and major cyclones and (b) the estimated annual ACE index (in kt² × 10⁴) for all TCs during which they were at least tropical storm strength or greater intensity (Bell et al. 2000). The 1981–2000 means (green lines) are included in both (a) and (b).**

#### 6) SOUTH INDIAN OCEAN—M. C. Kruk and C. Schreck

The south Indian Ocean (SIO) basin extends south of the equator from the African coastline to 90°E, with most cyclones developing south of 10°S. The SIO TC season extends from July to June encompassing equal portions of two calendar years (the 2015 season is comprised of storms from July to December 2014 and from January to June 2015). Peak activity typically occurs during December–April when the ITCZ is located in the Southern Hemisphere and migrating toward the equator. Historically, the vast majority of landfalling cyclones in the SIO affect Madagascar, Mozambique, and the Mascarene Islands, including Mauritius and Réunion Island. The RSMC on La Réunion serves as the official monitoring agency for TC activity within the basin.

The 2014/15 SIO storm season was much above average, with 14 tropical storms, of which 6 were cyclones and 4 were major cyclones (Fig. 4.32a). The 1981–2010 IBTrACS seasonal median averages are eight tropical storms, four cyclones, and one major cyclone. The active season is also reflected in the 2014/15

ACE index of $114.7 \times 10^4$ kt², which was above the 1981–2010 average of $91.5 \times 10^4$ kt² (Fig. 4.32b). This is the second consecutive year with above-average ACE values for the SIO. As a result of warmer-than-normal SSTs, coupled with generally below-average wind shear (Fig. 4.32), the overall season was above average. Figure 4.33a indicates that the seasonally averaged SST anomalies were above normal, stretching between 10° and 30°S across the width of the southern Indian Ocean. Moreover, Fig. 4.33c demonstrates that deep-layer vertical wind shear was also anomalously low across the same latitude belt, on the order of 1–3 m s⁻¹, below normal for the season. It appears likely that the combination of warm waters and a favorable low-shear environment helped to sustain not only the number of storms this season but also their above-average intensities, as reflected by the ACE index.

During the 2014/15 season, the strongest storm was Cyclone Eunice (27 January–2 February), which reached Category 5 equivalency with peak maximum



**FIG. 4.32. Annual TC statistics for the SIO for 1980–2015: (a) number of tropical storms, cyclones, and major cyclones and (b) the estimated annual ACE index (in kt² × 10⁴) for all TCs during which they were at least tropical storm strength or greater intensity (Bell et al. 2000). The 1981–2000 means (green lines) are included in both (a) and (b). Note that ACE index is estimated due to lack of consistent 6-h sustained winds for each storm.**



**FIG. 4.33. Jul–Jun 2014/15 anomaly maps of (a) SST (°C, Banzon and Reynolds 2013), (b) OLR (W m⁻², Lee 2014), (c) 200–850-hPa vertical wind shear (m s⁻¹) vector (arrows) and scalar (shading) anomalies, and (d) 850-hPa winds (m s⁻¹ arrows) and zonal wind (shading) anomalies. Anomalies are relative to the annual cycle from 1981–2010, except for SST which is relative to 1982–2010 due to data availability. Letter symbols denote where each SIO TC attained tropical storm intensity. Wind data obtained from NCEP–DOE Reanalysis 2 (Kanamitsu et al. 2002).**

sustained winds of 139 kt (70 m s⁻¹) and an estimated minimum central pressure of 900 hPa. The storm formed in the middle of the south Indian Ocean and remained there throughout its lifecycle, generally moving southeast before weakening over cooler waters.

Severe Tropical Storm Chedza (14–22 January 2015) was the deadliest storm of the season. Chedza formed off the southeast coast of Africa and intensified over the Mozambique Channel where it attained maximum sustained winds of 57 kt (29 m s⁻¹) and a minimum central pressure of 975 hPa. On 16 January, Chedza made landfall in western Madagascar,

resulting in extensive flooding following weeks of extreme wet weather across the island. This resulted in widespread mudslides across the region, damaging roads and homes. Nearly 4400 homes were destroyed by the floods and unfortunately the storm resulted in 80 fatalities, most of which were from landslides. The flooding rains inundated over 9000 ha (24 000 acres) of rice fields and displaced 1200 cattle.

In early February, Severe Tropical Storm Fundi developed over the southwestern shores of Madagascar, and by 6 February, the storm had reached maximum sustained winds of 55 kt (28 m s⁻¹) and a minimum central pressure of 985 hPa. Fundi brought 109 mm of rainfall to the southwestern Madagascar town of Tulear and as far inland as Toliara where five people died due to floods. While the storm never made landfall, the damage to water and sewer infrastructure caused by weeks of antecedent heavy rains, including those from Chedza, hindered ongoing relief efforts and increased the number of personal health and hygiene risks.

The final notable storm of the season was Moderate Tropical Storm Haliba (7–10 March), which was a tropical disturbance that formed east of Madagascar and tracked southeast near Réunion Island. During its development stages, Haliba produced heavy rains across eastern Madagascar, affecting over 95 000 people and killing 26. The storm intensified on 8 March with maximum sustained winds of 43 kt (22 m s⁻¹) and a minimum central pressure of 993 hPa. As it moved southeast, exceptional rain was recorded at Ganga Talao, with 135.6 mm falling in just 24 hours. The storm went on to produce 796 mm of rainfall over northern Réunion Island, and while that is a large amount of precipitation, it is not a particularly unusual amount for a tropical system at this latitude.

### 7) AUSTRALIAN BASIN—B. C. Trewin

#### (i) Seasonal activity

The 2014/15 TC season was near normal in the broader Australian basin (areas south of the equator and between 90° and 160°E,[4] which includes Australian, Papua New Guinea, and Indonesian areas of responsibility), with a slightly below-normal number of cyclones but an above-normal number of severe cyclones. The season produced 9 TCs, near the 1983/84–2010/11 average[5] of 10.8 and consistent with neutral to warm ENSO conditions. The 1981–2010

---

[4] The Australian Bureau of Meteorology's warning area overlaps both the southern Indian Ocean and southwest Pacific.

[5] Averages are taken from 1983/84 onwards as that is the start of consistent satellite coverage of the region.



**Fig. 4.34. Annual TC statistics for the Australian basin for 1980–2015: (a) number of tropical storms, cyclones, and major cyclones and (b) the estimated annual ACE index (in kt² × 10⁴) for all TCs during which they were at least tropical storm strength or greater intensity (Bell et al. 2000). The 1981–2000 means (green lines) are included in both (a) and (b). Note that ACE index is estimated due to lack of consistent 6-h sustained winds for each storm.**

IBTrACS seasonal averages for the basin are 9.9 NSs, 7.5 TCs, and 4.0 major TCs, which compares with the 2014/15 counts of 9, 7, and 5 respectively.

There were four TCs in the eastern sector[6] of the Australian region during 2014/15, two in the northern sector, and five in the western sector.[7] Four systems made landfall in Australia as tropical cyclones, one in Western Australia, two in the Northern Territory (one after an initial landfall in Queensland), and a fourth in Queensland (Fig. 4.34). Fig. 4.34 (as noted in section 4e1) is standardized on the Saffir–Simpson scale.

---

[6]  The western sector covers areas between 90° and 125°E. The eastern sector covers areas east of the eastern Australian coast to 160°E, as well as the eastern half of the Gulf of Carpentaria. The northern sector covers areas from 125°E east to the western half of the Gulf of Carpentaria.

[7]  Lam and Nathan each passed through both the eastern and northern sectors.

*(ii) Landfalling and other significant TCs*

The most intense cyclone of the season was Marcia. TC Marcia formed in the monsoon trough to the northeast of Cairns on 15 February and moved slowly east, reaching tropical cyclone intensity on 18 February. It then intensified rapidly on 19 February, intensifying from Category 1 to Category 5 on the Australian scale (see www.bom.gov.au/cyclone/about /intensity.shtml for details) in the space of 15 hours on 19 February, with maximum 10-minute sustained winds of 110 kt (57 m s⁻¹), as it moved southwest towards the central Queensland coast. Marcia made landfall at near peak intensity in Shoalwater Bay at 2200 hours UTC on 19 February (0800 20 February local time), weakening rapidly as it tracked southward over land and falling below tropical cyclone intensity by 1500 hours UTC on 20 February near Monto. The remnant tropical low moved back out over water off southeast Queensland on 21 February and drifted in the Coral Sea for several days, but did not regain cyclone intensity.

Marcia caused significant wind damage near the landfall point, especially in and around the towns of Yeppoon and Byfield, and less intense but more widespread damage in the major regional centre of Rockhampton, where it was the most significant cyclone impact since at least 1949. Some flooding also occurred in regions south of Rockhampton. Marcia is the southernmost known Category 5 landfall on the east coast of Australia.

Cyclone Lam formed in the monsoon trough south of Papua New Guinea on 12 February. It moved westward as a tropical low, crossing Cape York Peninsula, and then intensified over the northern Gulf of Carpentaria, where it reached cyclone intensity on 16 February. The system intensified steadily as it passed near the Wessel Islands, then turned southwest and reached Category 4 intensity west of Elcho Island early on 19 February, with maximum 10-minute sustained winds of 100 kt (51 m s⁻¹). Lam crossed the coast between Milingimbi and Elcho Island at peak intensity later that day (early on 20 February local time). Lam caused significant wind damage to a number of Aboriginal communities along eastern parts of the northern Arnhem Land coast and nearby islands, with Ramingining on the mainland coast and Galiwin'ku on Elcho Island the most severely impacted. This was the first known instance of two tropical cyclones of Category 4 or greater intensity making landfall in Australia on the same day.

Cyclone Olwyn formed as a tropical low approximately 900 km north of Exmouth on 8 March, moving southward and slowly strengthening. It reached

tropical cyclone intensity at 0600 hours UTC on 11 March, and continued to intensify as it approached the coast at North West Cape. It reached its peak intensity of Category 3, with 10-minute sustained winds of 75 kt (39 m s⁻¹), while it was located near North West Cape, just west of Exmouth, at 1800 hours UTC on 12 March. Olwyn then moved southward along the west coast with only minimal weakening, passing just to the west of Carnarvon at 0600 hours UTC on 13 March and crossing the coast in the Shark Bay area a few hours later. Reported wind gusts included 97 kt (50 m s⁻¹) at Learmonth and 79 kt (41 m s⁻¹) at Carnarvon. It was the most significant cyclone impact in the Carnarvon area for many years, with major crop losses (including the near-total loss of the banana crop), substantial wind damage to buildings in the town, and power and water outages that lasted for several days. Damage in Exmouth, where cyclones are a more common occurrence, was much less severe.

The fourth landfalling cyclone of the season was Nathan. Nathan formed on 10 March in the Coral Sea, south of the eastern tip of Papua New Guinea. It made an initial approach towards the east coast of Cape York Peninsula as a Category 1 system on 13 March before turning east again but then turned toward the coast again on 18 March and intensified, reaching its peak intensity of Category 4 on 19 March with maximum 10-minute sustained winds of 90 kt (46 m s⁻¹). Nathan made landfall at near peak intensity near Cape Melville around 1800 hours UTC on 19 March and weakened to a tropical low as it crossed Cape York Peninsula. It reintensified as it reached the Gulf of Carpentaria, making a second landfall as a Category 2 system near Nhulunbuy on 22 March. Nathan continued to track along the north coast before turning southwest and weakening. Minor to moderate damage was reported, principally to communities in northeast Arnhem Land and Elcho Island, and on Lizard Island off the Cape York Peninsula coast.

Three other cyclones reached Category 4 intensity during the season, all in the Indian Ocean: Kate in December, Ikola in April, and Quang in late April and early May. Neither Kate nor Ikola approached the mainland coast, although Kate passed near the Cocos (Keeling) Islands on 25 December with some minor flooding reported. Quang weakened as it neared the coast, causing a brief period of storm-force winds and associated minor damage in the Exmouth area before weakening to a tropical low at landfall on 1 May.

A noteworthy out-of-season cyclone was Raquel (a twin of Typhoon Chan-hom in the western North Pacific), which reached Category 1 intensity briefly from 1800 hours UTC on 30 June[8] in the western South Pacific northeast of the Solomon Islands. It is the first instance in the satellite era of a July tropical cyclone in the Australian sector of the South Pacific, and the first instance since 1972 in the Southern Hemisphere winter months (June, July, or August).

### 8) SOUTHWEST PACIFIC BASIN—P. R. Pearce, A. M. Lorrey, and H. J. Diamond

#### (i) Seasonal activity

The 2014/15 TC season in the southwest Pacific began in late November. The first storm developed as a tropical depression near Wallis and Futuna, and the season concluded very late with TC Raquel affecting the Solomon Islands in late June–early July. Storm-track data for November 2014–July 2015 was gathered by the Fiji Meteorological Service, Australian Bureau of Meteorology, and New Zealand MetService, Ltd. The southwest Pacific basin as defined by Diamond et al. (2012) (135°E–120°W) had nine tropical cyclones, including five severe tropical cyclones (based on the Australian TC intensity scale). As noted in section 4e1, Fig. 4.35 shows the standardized TC distribution based on the basin spanning the area from 160°E–120°W to avoid overlaps with the Australian basin that could result in double counting of storms. However, it is important to use the above definition of the southwest Pacific basin as that is how annual TC outlooks are produced and disseminated.

The 1981–2010 South Pacific Enhanced Archive of Tropical Cyclones (SPEArTC) indicates a seasonal average of 10.4 named tropical cyclones and 4.3 major tropical cyclones. The ratio of severe TCs relative to the total number of named TCs in 2014/15 was 56%, up from 36% during the previous season. Severe Tropical Cyclones Pam, Lam, and Marcia caused considerable damage and loss of life across the basin. Severe TC Pam, which devastated Vanuatu in March, was the most intense TC in the basin since Zoe in 2002.

#### (ii) Landfalling and other significant TCs

The first named TC of the 2014/15 season was reported as a tropical disturbance on January 19 to the northeast of the island of Tahiti in French Polynesia. On 20 January, the disturbance was upgraded to a Category 1 storm and named TC Niko. Over the next two days the system gradually intensified further and

---

[8] By definition, the formal TC year in the Southern Hemisphere goes from July to June, and any storm forming in June would be considered to be in the previous TC season (in this case the 2014/15 season).



**Fig. 4.35. Annual TC statistics for the southwest Pacific for 1980–2015: (a) number of tropical storms, cyclones, and major cyclones and (b) the estimated annual ACE index (in kt² × 10⁴) for all TCs during which they were at least tropical storm strength or greater intensity (Bell et al. 2000). The 1981–2000 means (green lines) are included in both (a) and (b). Note that ACE index is estimated due to lack of consistent 6-h sustained winds for each storm.**

became a Category 2 TC early on 22 January. On 25 January, Niko completed its extratropical transition. Severe Tropical Cyclone Ola was named on 30 January as a Category 1 storm. Over the next two days, the system intensified and became a Category 3 TC early on 1 February. Ola's peak 10-minute sustained wind speed was 81 kt (42 m s⁻¹) and central pressure was 955 hPa at its lowest.

The third TC of the season was Severe Tropical Cyclone Lam, which began as a tropical disturbance over the Gulf of Carpentaria on 13 February. See section 4e7 for a detailed timeline of Lam's development, landfall, decay, and impacts. Lam was the strongest storm to strike Australia's Northern Territory since TC Monica in 2006. In its formative stages, Lam produced heavy rainfall and flooding in Far North Queensland, and later set daily precipitation records in the Northern Territory. Total damage in the Northern Territory reached at least 64 million U.S. dollars.

The first Category 5 TC of the season was Severe Tropical Cyclone Marcia, which developed in the Coral Sea on 16 February. See section 4e7 for a detailed timeline of Marcia's development, landfall, decay, and impacts. Due to explosive intensification, Marcia became a Category 5 TC early on 20 February, with a peak 10-minute sustained wind speed of 110 kt (57 m s⁻¹) and a minimum central pressure of 930 hPa. The storm wrought extensive damage in Queensland, with losses amounting to 590 million U.S. dollars.

The most significant TC of the 2014/15 season was Severe Tropical Cyclone Pam, which developed on 6 March east of the Solomon Islands. On 9 March, Pam was named as a Category 1 storm. Located in an area of favorable conditions, Pam gradually intensified into a powerful Category 5 severe TC by 12 March. Pam's 10-minute maximum sustained wind speed peaked at 135 kt (69 m s⁻¹), along with a minimum central pressure of 896 hPa, making Pam the most intense TC of the southwest Pacific basin since Zoe in 2002, and the third-most intense storm in the Southern Hemisphere, after Zoe in 2002 and Gafilo in 2004. In addition, Pam had the highest 10-minute sustained wind speed (135 kt; 69 m s⁻¹) recorded of any South Pacific TC, and it is tied with Orson in 1989 and Monica in 2006 for having the strongest winds of any cyclone in the Southern Hemisphere.

Early in Pam's history, a damaging storm surge was felt in Tuvalu, forcing a state of emergency declaration after 45% of the nation's residents were displaced. Torrential rainfall occurred in the southeast Solomon Islands, with trees and crops flattened. In the Santa Cruz Islands, a 24-hour rainfall total of 495 mm was recorded. The storm also struck the remote islands of Anuta and Tikopia on 12 March, causing extensive damage. Approximately 1500 homes were damaged or destroyed, and Tikopia lost 90% of its food crop and fruit trees. Several hours after being named a Category 5 TC on 12 March, the TC began to curve towards the south-southeast, passing by some islands in Vanuatu but making a direct hit on others. Pam caused catastrophic damage to Efate, the main island of Vanuatu where the capital, Port Vila, is located. The islands of Erromango and Tanna were also devastated.

Pam became the single worst natural disaster in the history of Vanuatu, crippling its infrastructure. An estimated 90% of the nation's buildings were impacted by the storm's effects, telecommunications were paralyzed, and water shortages occurred. Communications with many islands were completely

severed during the storm, and four days after the storm nearly 60% of the nation's inhabited islands remained cut off from the outside world. According to UNESCO, 268 million U.S. dollars was required for total recovery and rehabilitation of Vanuatu.

The storm's winds gradually slowed afterwards as Pam tracked west of the Tafea Islands. However, the Fiji Meteorological Service indicated that the TC's pressure dropped farther to 896 hPa on 14 March. As Pam travelled farther south, the storm's eye faded away and Pam's low-level circulation became displaced from its associated thunderstorms, indicating a rapid weakening phase. Later on 15 March, Pam entered a phase of extratropical transition and affected northeast New Zealand and the Chatham Islands with high winds, heavy rain, and rough seas. A state of emergency was declared in the Chatham Islands. At least 15 people lost their lives either directly or indirectly as a result of Pam, with many others injured.

Shortly after Pam was classified, its outer rainbands led to the formation of a tropical low east of Cape York Peninsula, Australia, on 9 March. The Category 1 TC Nathan was named later that day. It slowly executed a cyclonic loop over the next few days, moving across Arnhem Land, Northern Territory, and into Western Australia. See section 4e7 for a detailed timeline of Nathan's development, landfall, decay, and impacts. On 19 March, a tropical disturbance developed about 375 km to the southwest of Apia, Samoa. From 20 to 22 March, the resulting tropical depression produced heavy rain and strong winds over Fiji's Lau Islands. The system moved southward as it was classified as a tropical depression. Early on 22 March, Tropical Cyclone Reuben was named as a Category 1 storm, located about 220 km to the south of Nuku'alofa, Tonga. On 23 March, TC Reuben began extratropical transition.

Tropical Cyclone Solo developed within the monsoon trough on 9 April, about 465 km to the south of Honiara, Solomon Islands. Due to ideal conditions, the system rapidly developed as it moved southward and was named a Category 1 storm. Solo peaked with winds of 54 kt (28 m s$^{-1}$), making it a Category 2 storm. As Solo turned to the south-southeast from 11 to 12 April, it moved between mainland New Caledonia and the Loyalty Islands. Rainfall totals up to 222 mm were recorded in New Caledonia. Significant damage was reported there, with roads impassable in places and contaminated drinking water in the municipality of Pouébo. Finally, and as noted in section 4e7, Tropical Cyclone Raquel, the last storm of the 2014/15 season, developed as a tropical disturbance about 718 km to the northeast of Honiara, Solomon

Islands, on 28 June. Over the next couple of days, the system moved westward into the Australian region, where it was named a TC. Raquel then moved eastward into the South Pacific basin, where it weakened into a tropical depression. On 4 July, the system moved south-westward and impacted the Solomon Islands with high wind gusts and heavy rain.

### f. Tropical cyclone heat potential—G. J. Goni, J. A. Knaff, and I.-I. Lin

This section summarizes the previously described tropical cyclone (TC) basins from the standpoint of tropical cyclone heat potential (TCHP) by focusing on vertically integrated upper ocean temperature conditions during the season for each basin with respect to their average values. The TCHP (Goni and Trinanes 2003), defined as the excess heat content contained in the water column between the sea surface and the depth of the 26°C isotherm, has been linked to TC intensity changes (Shay et al. 2000; Goni and Trinanes 2003; Lin et al. 2014). The magnitude of the in situ TCHP was also identified as impacting the maximum potential intensity (MPI) through modulating near-eyewall SSTs (and heat fluxes) occurring when TC winds mechanically mix the underlying ocean (Mainelli et al. 2008; Lin et al. 2013). In general, fields of TCHP show high spatial and temporal variability associated mainly with oceanic mesoscale features, interannual variability (e.g., ENSO), or long-term decadal variability. This variability can be assessed using satellite altimetry observations (Goni et al. 1996; Lin et al. 2008; Goni and Knaff 2009; Pun et al. 2013) or using a combination of altimetry and hydrographic data (Domingues et al. 2015), and has been used to assess meridional heat transport and the overturning circulation in the Atlantic Ocean (Dong et al. 2015).

Globally, the number of tropical cyclones was 10% higher than the previous season; however, in the eastern North Pacific (ENP), the number increased significantly from an already high number in 2014. The 2014 and 2015 ENP hurricane seasons were the most active in recorded history. In the western North Pacific (WNP) basin, the 2015 number was similar to the long-term climatological average. Nevertheless, it is a ~40% increase as compared to the very low occurrence in 2014.

The two following factors best illustrate the overall global TCHP interannual variability within and among the basins: 1) the TCHP anomalies (departures from the 1993–2014 mean values) during the TC seasons in each hemisphere; and 2) differences in TCHP between the 2015 and 2014 seasons.

Most basins exhibited positive TCHP anomalies (Fig. 4.36), except for the WNP and the western portion of the South Pacific basin. The WNP basin experienced a significant reduction in TCHP of ~20%, which is typical of El Niño years (Zheng et al. 2015). The TCHP in the Gulf of Mexico exhibited large positive anomalies due to the intrusion of the Loop Current and a long residence time of Loop Current rings. Despite these positive anomalies, there were no hurricanes in the Gulf of Mexico (just one tropical storm—Bill).

In the ENP basin, the positive TCHP anomalies were consistent with strong El Niño conditions and a continued positive phase of the Pacific decadal oscillation. The combination of these two phenomena is manifest in positive SST anomalies in that region and extending to the date line. Consequently, the TCHP values in this region during the season were even higher than in previous years (Fig. 4.37). As in 2014, positive TCHP and SST anomalies contributed to elevated tropical cyclone activity, with 16 hurricanes in the ENP during 2015 (Fig. 4.36).

The WNP basin also usually exhibits anomalies related to ENSO variability (Lin et al. 2014; Zheng et al. 2015). From the 1990s to 2013, it experienced a long-term decadal surface and subsurface warming associated with prevalent La Niña–like conditions



**FIG. 4.36. Global anomalies of TCHP corresponding to 2015 computed as described in the text. The boxes indicate the seven regions where TCs occur, from left to right: Southwest Indian, North Indian, West Pacific, Southeast Indian, South Pacific, East Pacific, and North Atlantic (shown as Gulf of Mexico and tropical Atlantic separately). The green lines indicate the trajectories of all tropical cyclones reaching at least Category 1 status (1-min average wind ≥64 kts, 33 m s⁻¹) and above during Nov–Apr 2014/15 in the Southern Hemisphere and Jun–Nov 2015 in the Northern Hemisphere. The numbers above each box correspond to the number of Category 1 and above cyclones that travel within each box. The Gulf of Mexico conditions during Jun–Nov 2015 are shown in the inset in the lower right corner.**



**FIG. 4.37. Differences between the TCHP fields in 2015 and 2014 (kJ cm⁻²).**

(Pun et al. 2013; England et al. 2014). However, with the developing El Niño, the warming had stopped. With 2015 being the strongest El Niño event since 1997, the TCHP over the WNP MDR (4°–19°N, 122°E–180°) fell considerably, as characterized by evident negative anomalies (Figs. 4.36, 4.37; Zheng et al. 2015). With the relaxation of the trade winds during El Niño, warm water returning from the western to the eastern Pacific produced a positive anomaly in the ENP while the WNP exhibited a negative anomaly (Figs. 4.36, 4.37; Zheng et al. 2015).

For each basin, the differences in the TCHP values between the most recent cyclone season and the previous season (Fig. 4.37) indicate that the southwest Indian Ocean, the northwest Indian Ocean, and the western portion of the ENP continued to exhibit an increase in TCHP values. TC activity in terms of Category 4 and 5 storms was correspondingly elevated in these basins. The largest changes with respect to the previous seasons occurred in the ENP and WNP basins, with differences greater in magnitude than 20 kJ cm⁻². Compared to 2014, the percentage of Category 5 TCs in the WNP was quite low, with only two of 15 TCs (13%) attaining Category 5. In contrast, in 2014, though there were only eight TCs during the TC season, there were three Category 5 TCs or 38%. The evident reduction in TCHP over the WNP may have acted as a damper by increasing the ocean cooling effect on restraining TC intensification (Zheng et al. 2015).

The 2015 season was noteworthy for several reasons with respect to intensification of TCs, including Hurricane Patricia, the strongest Western Hemisphere hurricane ever recorded and Hurricane Joaquin, the most intense TC on record to strike the Bahamas. A summary of the ocean conditions for these and some other selected TCs are as follows.

• Typhoon Koppu (Lando; Fig. 4.38a) was a Category 4 TC that formed east of the Commonwealth

of the Northern Mariana Islands (CNMI) on 10 October. This storm reached its peak intensity on 17 October, with sustained winds of over 100 kt (51 m s⁻¹), and 1-minute sustained winds of approximately 130 kt (67 m s⁻¹). Though it eventually reached Category 4, Koppu did not intensify as rapidly as most intense TCs over the WNP (e.g., Haiyan in 2013; Lin et al. 2014). The negative TCHP may have slowed down its intensification rate (Zheng et al. 2015). However, since the TCHP over the WNP is among the highest globally in a climatological sense, even with reduced TCHP, it is possible for intense TCs to develop (Zheng

et al. 2015). During El Niño years, TCs tend to form towards the southeast and closer to the date line. As a result, a TC can travel a longer distance across the ocean during intensification, through over reduced TCHP conditions (Zheng et al. 2015). Koppu made landfall in the north of the Philippines and quickly weakened due to its interaction with land. The cooling of SSTs caused by this typhoon was more evident west of 130°E, in both the surface and upper layer.

- Typhoon Chan-hom (Falcon; Fig. 4.38b) was characterized by its large size and long duration over the ocean. Chan-hom developed on 29 June from an atmospheric system that also developed TC Raquel in the southwest Pacific Ocean. Chan-hom's sustained winds reached values up to 89 kt. (46 m s⁻¹). This typhoon continuously intensified while traveling over warm waters with moderate (> 80 kJ cm⁻²) TCHP values. A cooling of the surface (−2°C) and the upper layer (40 kJ cm⁻²) under the track of this typhoon occurred when its intensity reached Category 1.

- Category 5 typhoon Soudelor (Hanna; Fig. 4.38c) was the second-strongest tropical cyclone to develop in the Northern Hemisphere in 2015. Though not as intense as Haiyan in 2013 (Lin et al. 2014), it was as intense as Vongfong in 2014 (Goni et al. 2015). This is in spite of the reduced TCHP in the WNP, associated with the 2015 El Niño year. This drop from the preexisting extremely high TCHP condition (Pun et al. 2013; Lin et al. 2014) was still able to provide favorable conditions for intensification. Soudelor intensified over a very favorable TCHP field of over 120 kJ cm⁻², which may have contributed to its ability to attain wind



FIG. 4.38. (left) Oceanic TCHP and surface cooling given by the difference between post- and pre-storm values of (center) tropical cyclone heat potential and (right) sea surface temperature, for 2015 Tropical Cyclones (a) Koppu (b) Chan-hom, (c) Soudelor, (d) Patricia, and (e) Joaquin. The TCHP values correspond to two days before each storm reached its maximum intensity value.

speeds of 116 kt (60 m s⁻¹) on 3 August. Its high translation speed (~5–8 m s⁻¹) during intensification helped to reduce the ocean cooling during the TC life cycle, thus supplying more air–sea flux for intensification (Lin et al. 2009). This was the most intense storm to strike Saipan, CNMI, in the last 25 years. Cooling of the surface waters of over 5°C was observed under the full track of this typhoon, while cooling of the upper ocean layers (TCHP) was restricted to between 135° and 150°E.

- Hurricane Patricia (Fig. 4.38d) was the most intense tropical cyclone ever recorded in the Western Hemisphere in terms of barometric pressure, and the strongest ever recorded globally in terms of maximum sustained winds of 185 kt (95 m s⁻¹; Kimberlain et al. 2016). Patricia started as a tropical depression off the coast of Mexico on 20 October, and developed into a Category 5 storm within 66 hours. During its rapid intensification the TCHP values were higher than 80 kJ cm⁻².

- Hurricane Joaquin (Fig. 4.38e) was an intense TC that evolved near the Bahamas on 26 September and was one of the strongest storms to affect these islands. Joaquin underwent rapid intensification and became a Category 3 hurricane on 1 October, exhibiting maximum sustained winds of approximately 135 kt (69 m s⁻¹) on 3 October (Berg 2016). The upper ocean conditions were supportive of Atlantic tropical cyclone intensification (Maineli et al. 2008). This rapid intensification occurred during a short travel time over very high TCHP values (> 100 kJ cm⁻²). The cooling of the ocean waters was evident both in the upper layer and at the surface.

### g. *Atlantic warm pool*—C. Wang

The description and characteristics of the Atlantic warm pool (AWP), including its multidecadal variability, have been previously described (e.g., Wang 2015). Figure 4.39 shows the extension of the AWP time series through 2015 varying on different time scales.

While the AWP in 2015 showed similarities to 2014, there were some key differences. As in 2014, the AWP in 2015 was larger than its climatological mean each month, with the largest AWP occurring in September (Fig. 4.40a). However, the AWP in 2015 started in February and lasted through December, longer than its normal period of May to October, and had an anomalously larger value in November. After starting in February, the AWP appeared in the Gulf of Mexico in June (Fig. 4.40b). By July and August, the AWP was well developed in the Gulf of Mexico and Caribbean Sea and reached eastward into the western



Fɪɢ. 4.39. The AWP index for 1900–2015. The AWP area index (%) is calculated as the anomalies of the area of SST warmer than 28.5°C divided by the climatological Jun–Nov AWP area. Shown are the (a) total, (b) detrended (removing the linear trend), (c) multidecadal, and (d) interannual area anomalies. The multidecadal variability is obtained by performing a 7-year running mean to the detrended AWP index. The interannual variability is calculated by subtracting the multidecadal variability from the detrended AWP index. The black straight line in (a) is the linear trend that is fitted to the total area anomaly. The extended reconstructed SST dataset is used.

tropical North Atlantic (Figs. 4.40c,d). By September, the AWP had further expanded southeastward and the 28.5°C isotherm covered nearly the entire tropical North Atlantic (Fig. 4.40e). The AWP started to decay after October when the waters in the Gulf of Mexico began cooling (Fig. 4.40f). In November, the 28.5°C isotherm still covered the Caribbean Sea and part of the western North Atlantic Ocean (Fig. 4.40g).

The effect of the AWP on TC steering flows and tracks has been previously documented (Wang 2015). The TC steering flow anomalies were consistent with those of other observed large AWP years (Wang et al. 2011). The TC steering flow anomalies during the North Atlantic TC season are depicted in Fig. 4.41. With the exception of June and November, the TC steering flow anomalies were unfavorable for TCs making landfall in the United States. From July to October, the TC steering flow anomalies were mostly southward or eastward in the western tropical North Atlantic, and northward and northeastward in the open ocean of the North Atlantic. This distribution



FIG. 4.40. (a) The monthly AWP area in 2015 ($10^{12}$ m²; blue) and the climatological AWP area (red) and the spatial distributions of the 2015 AWP in (b) Jun, (c) Jul, (d) Aug, (e) Sep, (f) Oct, and (g) Nov. The AWP is defined by SST larger than 28.5°C. The black thick contours in (b)–(g) are the climatological AWP based on the data from 1971 to 2000 and the white thick contours are the 2015 28.5°C SST values. The extended reconstructed SST dataset is used.



FIG. 4.41. The TC steering flow anomalies ($10^3$ hPa m s⁻¹) in the 2015 Atlantic TC season of (a) Jun, (b) Jul, (c) Aug, (d) Sep, (e) Oct, and (f) Nov. The TC steering flow anomalies are calculated by the vertically averaged wind anomalies from 850 hPa to 200 hPa relative to the 1971–2000 climalogy. The NCEP–NCAR reanalysis field (Kalnay et al. 1996) is used.

of these anomalies was consistent with the fact that for all TCs that formed in the Atlantic MDR, none made landfall in the United States. For the two landfalling North Atlantic TCs (Ana and Bill), neither one formed in the Atlantic MDR (see section 4e2).

### h. Indian Ocean dipole—J.-J. Luo

Year-to-year climate variability in the tropical Indian Ocean (IO) is largely driven by local ocean–atmosphere interactions and ENSO (e.g., Luo et al. 2010). Among the former, the Indian Ocean dipole (IOD) represents one major internal climate mode in the IO, which may exert significant climate impacts on countries surrounding the IO. The IOD often starts to grow in boreal summer, peaks in September–November, and deteriorates rapidly in December in association with the reversal of monsoonal winds along the west coast of Sumatra. During late boreal summer to fall 2015, a positive IOD occurred for the

first time since the last positive IOD event in 2012 (Luo 2013). The positive IOD in 2015 is the 10th such event since 1981.

SSTs and upper ocean (0–300 m) mean temperature in most of the tropical IO were warmer than normal throughout the year (Figs. 4.42, 4.43), in association with the influence of a strong El Niño in the Pacific and a pronounced long-term warming trend of the IO SST in recent decades (e.g., Luo et al. 2012). During December–February 2014/15, surface westerly anomalies occurred across the equatorial IO, corresponding to the dry–wet contrast between the IO and the Maritime Continent–western Pacific (Figs. 4.42a, 4.43a). This is consistent with a central Pacific–El Niño condition. The westerly anomalies across the equatorial IO shallow (deepen) the oceanic thermocline in the western (eastern) IO, which helps induce cold (warm) SST anomalies in the equatorial western (eastern) IO (Figs. 4.42a, 4.43a). From March to November, in accordance with a rapid development of a strong El Niño in the Pacific (see Fig. 4.3), rainfall over the Indonesia–western Pacific decreased due to a weakened Walker Cell. Meanwhile, SSTs in the western IO increased quickly and reached ~0.8°C greater than the climatology (1982–2014) during September–November (Figs. 4.42, 4.44). Correspondingly, easterly anomalies developed in the IO beginning in boreal spring (Figs. 4.43, 4.44). Weak anomalous southeasterlies initially appeared along the west coast

of Sumatra in May and then grew gradually with a westward expansion. This might have been largely driven by the surface divergence over the Indonesia–western Pacific due to the weakened Walker Cell. During June–August, considerable dry anomalies appeared west of Sumatra, consistent with a positive IOD index and easterly anomalies in the eastern IO (Figs. 4.42c, 4.43c, 4.44c). The positive IOD kept growing and reached a peak in September–November (Figs. 4.42d, 4.43d). In December, the eastern IO SST anomaly increased sharply, which reduced the IOD (Figs. 4.44a–d).

There is no clear evidence that supports local processes generating the positive IOD in 2015. Rather, it appears that the development of a strong El Niño in the Pacific played an important, if remote, role. The 2015 IOD shows distinct features compared to previous events (Fig. 4.44). Compared to the 1997 IOD that occurred with a similarly strong El Niño, the 2015 IOD was much weaker. Although the western IO SST in 2015 is warmer than that in 1997, the eastern IO SST anomalies in 2015 are positive, in stark contrast to the strong cold anomalies in 1997. Indeed, both the western and eastern IO SSTs in 2015 are warmer than those in previous nine positive IOD events, in association with warmer general conditions across the tropical IO basin (Fig. 4.44f). While the 10 positive IOD occurred with either El Niño or La Niña, the probability of the occurrence of positive IOD during El Niño is about twice that during La Niña (Figs. 4.44c, e).

In summary, the positive IOD event in 2015 was likely driven by the development of a strong El Niño in the Pacific. However, the intensity of this IOD is much weaker than that in 1997, mainly because of the absence of cold SST anomalies in the eastern IO



Fɪɢ. 4.42. SST (°C, colored scale) and precipitation (contour interval: 0, ±0.5, ±1, ±2, ±3, ±4, and ±5 mm day⁻¹; solid/dashed lines denote positive/negative values, and thick solid lines indicate zero contour anomalies during (a) Dec–Feb 2014/15, (b) Mar–May 2015, (c) Jun–Aug 2015, and (d) Sep–Nov 2015. The anomalies were calculated relative to the climatology over the period 1982–2014. These are based on the NCEP optimum interpolation SST (Reynolds et al. 2002) and monthly GPCP precipitation analysis (available at http://precip.gsfc.nasa.gov/).



Fɪɢ. 4.43. Upper 300-m mean ocean temperature (°C, colored scale) and surface wind (m s⁻¹) anomalies during (a) Dec–Feb 2014/15, (b) Mar–May 2015, (c) Jun–Aug 2015, and (d) Sep–Nov 2015. These are based on the NCEP ocean reanalysis (available at www.cpc.ncep .noaa.gov/products/GODAS/) and JRA-55 atmospheric reanalysis (Ebita et al. 2011).

in 2015. It appears that the multidecadal basinwide warming trend of the tropical IO SST (partly due to increasing radiative forcing) might have affected and will continue to affect the evolution of IOD.



FIG. 4.44. Monthly SST anomalies in the (a) western IO (IODW, 50°–70°E, 10°S–10°N) and (b) eastern IO (IODE, 90°–110°E, 10°S–0°) and (c) the IOD index (measured by the SST anomaly difference between the IODW and the IODE) during 10 positive IOD events since 1981. (d) As in (c) but for the surface zonal wind anomaly in the central equatorial IO (70°–90°E, 5°S–5°N). (e)–(f) As in (a)–(b), but for the monthly SST anomalies in the Niño-3.4 region (190°–240°E, 5°S–5°N) and the tropical IO basin (40°–120°E, 20°S–20°N).

## SIDEBAR 4.1: THE RECORD-SHATTERING 2015 NORTHERN HEMISPHERE TROPICAL CYCLONE SEASON—P. J. KLOTZBACH AND C. T. FOGARTY

The 2015 Northern Hemisphere tropical cyclone (TC) season was one for the record books. The Atlantic basin hurricane season recorded below-average activity with an ACE of $60 \times 10^4$ $kt^2$. The 1981–2010 median ACE for the Atlantic is 92, and NOAA defines any season with less than 66 ACE units as a below-average season. The remainder of the Northern Hemisphere basins (the eastern North Pacific, the western North Pacific, and the north Indian) were conversely quite active. Some of the most notable records set during this record-breaking year for these three basins individually, then collectively, for the Northern Hemisphere are documented. Table SB4.1 summarizes the statistics by basin and denotes records achieved in 2015. All statistics described are based on operational advisories from the National Hurricane Center, Central Pacific Hurricane Center, and Joint Typhoon Warning Center, and are then compared with archived best-track data compiled by those agencies. The data in these basins date back to 1851 in the North Atlantic, 1949 in the northeast Pacific, 1945 in the northwest Pacific, and 1972 in the north Indian; however, it should be noted that the data quality among these datasets is not uniform prior to about 1985 (Chu et al. 2002).

*Eastern North Pacific*

The eastern North Pacific (to 180°) season in 2015 tied its record for number of hurricanes and set a record for major hurricanes. ACE for the eastern North Pacific in 2015 was also quite high, trailing only 1992. Two of the most notable storm events of 2015 occurred in this basin. In late August, Hurricanes Kilo, Ignacio, and Jimena





Fig. SB4.1. Satellite imagery showing (a) from left to right: Kilo, Ignacio, and Jimena at Category 4 intensity on 30 Aug 2015 and (b) Hurricane Patricia near time of peak intensity on 23 Oct 2015.

TABLE SB4.1. Northern Hemisphere TC summary statistics by basin.

| Basin | Named Storms | Hurricanes | Major Hurricanes | Cat. 4–5 Hurricanes | ACE |
|---|---|---|---|---|---|
| North Atlantic | 11 (12) | 4 (6.5) | 2 (2) | 1 (1) | 60 (92) |
| Eastern North Pacific | *26 (17)* | **16\* (9)** | **11 (4)** | **10 (2)** | *288 (119)* |
| Western North Pacific | 26 (26.5) | 20 (17) | **16 (9)** | **14 (7)** | 479 (305) |
| North Indian | 5 (5) | 2 (1) | 2\* (1) | *1\* (0)* | 36 (16) |
| Northern Hemisphere | 68 (59) | 42 (33.5) | **31 (16.5)** | **26 (11)** | *865 (545)* |

The 1981–2010 median values are in parentheses. Record high values are highlighted in bold-faced font, while second highest values are italicized. An asterisk by a record means that several years tied for that record. A TC is counted based in the basin where the storm first achieved a specific intensity. Northern Hemisphere ACE does not exactly add as sum of four individual basins due to rounding. In the case of Halola, it was counted as a named storm in the northeast Pacific and a hurricane in the northwest Pacific. Hurricanes are used colloquially to refer to all hurricane-strength TCs in the Northern Hemisphere.

reached Category 4 status at the same time (FIG. SB4.1a). This was the first time on record that three Category 4 or stronger TCs were present at the same time in any global TC basin. On October 23, Hurricane Patricia became the strongest hurricane on record in the Western Hemisphere when an aircraft reconnaissance plane estimated 1-minute maximum sustained winds of 175 knots (Fig. SB4.1b). The central North Pacific (180°–140°W) portion of the eastern North Pacific was extraordinarily active (Collins et al. 2016, manuscript submitted to *Geophys. Res. Lett.*). Eight named storms formed in this portion of the basin, shattering the old record of four named storms set in 1982, and an additional eight storms spent some portion of their life in the basin. The central Pacific alone also accounted for an ACE level of $127 \times 10^4$ kt$^2$, breaking the record of $107 \times 10^4$ kt$^2$ set in 1994. The $127 \times 10^4$ kt$^2$ ACE level is especially impressive given that the 1981–2010 median for the full northeast Pacific basin was $119 \times 10^4$ kt$^2$.

### Western North Pacific

The western North Pacific was quite active from an ACE perspective, generating the third highest ACE value of all time for the basin. In addition, 16 major (Category 3–5) typhoons occurred, breaking the record of $15 \times 10^4$ kt$^2$ set in 1958 and tied in 1965, both well before the era of reliable best track data (Chu 2002). As is typically the case in strong El Niño seasons, while ACE increases significantly, the number of storm formations changes little (Camargo and Sobel 2005). The western North Pacific was extraordinarily active during the month of May. Two typhoons, Noul and Dolphin, reached Category 5 status (> 137 knots) in May. This was the first time on record that two typhoons reached Category 5 status in May.

### North Indian

The north Indian Ocean also experienced well above-average ACE in 2015, with $30 \times 10^4$ kt$^2$ generated, which is over twice the median value for the basin. Cyclones Chapala and Megh were significant storms that resulted in serious impacts on the island of Socotra. This was the first time in recorded history that two cyclone-strength TCs made landfall on Socotra in the same year (see section 4e5). Chapala also became the first cyclone-strength storm to make landfall in Yemen in recorded history, and just a week later Cyclone Megh also made landfall in Yemen.

### Northern Hemisphere

The Northern Hemisphere shattered several records for intense TCs. A total of 31 major (Category 3–5) TCs occurred in 2015, breaking the old record of 23 major hurricanes set in 2004. The previous record of 18 Category 4–5 TCs, set in 1997 and tied in 2004, was also eclipsed in 2015, with 26 Category 4–5 TCs occurring. In addition, 62% of all hurricane-strength TCs that formed in 2015 reached Category 4–5 intensity, breaking the old record of 50% that happened four different times (1994, 1997, 2002, and 2011). As noted in Klotzbach and Landsea (2015), significant underestimates in Category 4–5 TCs are likely prior to ~1990. In terms of integrated metrics, Northern Hemisphere ACE was at its second highest level on record. The 2015 season generated $821 \times 10^4$ kt$^2$, trailing only the $876 \times 10^4$ kt$^2$ value generated in 1992. In summary, the Northern Hemisphere TC season was extraordinarily active, due in large part to the strong El Niño conditions that prevailed throughout the year.

# SIDEBAR 4.2: A SOUTHEAST PACIFIC BASIN SUBTROPICAL CYCLONE OFF THE CHILEAN COAST—S. H. YOUNG

TCs are formally defined by NOAA's National Hurricane Center as "a warm-core nonfrontal synoptic-scale cyclone, originating over tropical or subtropical waters, with organized deep convection and a closed surface wind circulation about a well-defined center." However, closely related to TCs are subtropical cyclones, which derive a significant proportion of their energy from baroclinic sources and are generally cold core in the upper troposphere and are often associated with an upper-level low or trough. Additionally, maximum winds and convection are often at a distance generally more than 110 km from the center (see www.nhc.noaa.gov/aboutgloss.shtml#s).

Until recently, TCs were believed not to form in the Mediterranean Sea, the Atlantic basin south of the equator, and the far eastern Pacific basin south of the equator (Gray 1968). Here we describe a subtropical storm identified in the southeastern Pacific basin off the Chilean coast farther east than any in the historic record as documented in either the IBTrACS (Knapp et al. 2010) or SPEArTC (Diamond et al. 2012) datasets and outside of the responsibility of any global RSMC.

The formation of Hurricane Catarina off the coast of Brazil in 2004 (McTaggart et al. 2006; Gozzo et al. 2014) demonstrated that TCs can occasionally form in previously unsuspected areas such as the South Atlantic. The existence of possible TCs in the Mediterranean Sea, which are overwhelmingly subtropical in nature, has also generated interest in recent years (Moscatello et al. 2008; Pantillon et al. 2013; and Cavicchia et al. 2014).

In late April, Earth Observing (EOSDIS) satellite imagery showed a cyclonic circulation in the southeastern Pacific basin that appeared to meet the definition of a subtropical cyclone. Originating from a stalled frontal zone near 25°S, 102°W the storm developed into a clearly nonfrontal system with the majority of convection initially to the southeast of low-level circulation. This cyclonic storm was approximately 30° east of any previously recorded TC. ASCAT satellite derived winds were as much as 50 kt. The system was visible on imagery during the period from 30 April to 5 May (Fig. SB4.2).

The NCEP–NCAR reanalysis data (Kalnay et al. 1996) for 29 April at 1200 hours UTC showed a broad low pressure area located near 25°S, 102°W. As the system developed, it drifted toward the southeast before stalling near 28°S, 100°W for approximately 36 hours. From 2 to 3 May, the system moved west then northwest, dissipating on 6 May near 18°S, 110°W.



Fɪɢ. SB4.2. *Aqua* satellite image of sub-TC Katie on 1 May 2015 at 2055 UTC.

The location of the system was in a "no man's land" of sorts as it is not within the forecast or warning area of responsibility of any RSMC. It was too far to the east of the Nadi RSMC's area of responsibility, and while there is no formal RSMC covering the area east of 120°W, the system will be incorporated into the SPEArTC dataset under the informal name of Katie. Therefore, while the system will not necessarily be formally picked up by the IBTrACS dataset, which reflects RSMC tracks on behalf of the World Meteorological Organization's TC Programme, the more research-oriented SPEArTC dataset, which focuses on the southwest Pacific, will include this storm in its listing of 2014/15 storms with appropriate notation of its unique subtropical nature. An upper air analysis using NCAR data shows a trough over the system at the 300-hPa surface and a possible warm core at the 850-hPa surface. This is consistent with the NHC definition of a subtropical system.

From 29 April to 4 May, the Chilean Navy Weather Service included the system in their high seas warnings, reporting an

*CONT.* SIDEBAR 4.2: **A SOUTHEAST PACIFIC BASIN SUBTROPICAL CYCLONE OFF THE CHILEAN COAST**—*S. H. YOUNG*

estimated minimum central pressure of 993 hPa on 1 May at 0600 hours UTC. Using the method described by Knaff and Zehr (2007), this corresponds to a maximum sustained wind speed of approximately 40 kt (21 m s⁻¹). Several RapidScat passes (W. L. Poulsen 2015, personal communication) from 1 to 2 May showed winds in excess of 40 kt (21 m s⁻¹), with some returns of 50 kt (26 m s⁻¹). These peak winds were at some distance from the center of circulation, which is also consistent with a subtropical nature of the system (Fig. SB4.3). Phase diagrams (Hart 2003) using relative 900–600-hPa thickness symmetry and thermal winds for the system indicated that this system was warm core and symmetrical in early May (Fig. SB4.4), and the conditions described also support the identification of the system as either a tropical or subtropical cyclone.

Satellite imagery, phase diagrams, and surface analysis show that "Katie" was a tropical system located far from any previously identified TC listed in IBTrACS for the South Pacific basin. Although it may briefly have exhibited TC characteristics, and while the imagery is consistent with a subtropical cyclone, the system should be further examined for inclusion as a Southern Hemisphere tropical cyclone in the formal global archives.



**Fɪɢ. SB4.3. RapidScat Wind retrieval for 2 May 2015 starting at 1038 UTC (m s⁻¹).**



**Fɪɢ. SB4.4. System phase diagram for 3 May 2015 at 0600 UTC.**

## 5. THE ARCTIC—J. Richter-Menge and J. Mathis, Eds.

### a. *Introduction*—J. Richter-Menge and J. Mathis

The Arctic chapter describes a range of observations of essential climate variables (ECV; Bojinski et al. 2014) and other physical environmental parameters, encompassing the atmosphere, ocean, and land in the Arctic and subarctic. As in previous years, the 2015 report illustrates that although there are regional and seasonal variations in the state of the Arctic environmental system, it continues to respond to long-term upward trends in air temperature. Over Arctic landmasses, the rate of warming is more than twice that of low and midlatitude regions.

In 2015, the average annual surface air temperature anomaly over land north of 60°N was +1.2°C, relative to the 1981–2010 base period. This ties the recent years of 2007 and 2011 for the highest value in the temperature record starting in 1900 and represents a 2.8°C increase since the beginning of the 20th century. Evidence of strong connections between the Arctic and midlatitude regions occurred from 1) November 2014 through June 2015, when anomalously warm conditions in the Pacific Arctic region were associated with southerly air flow into and across Alaska, and 2) February through April 2015, when anomalously cold conditions from northeastern North America to southwest Greenland were associated with northerly air flow.

There is clear evidence of linkages among the various components of the Arctic system. Under the influence of persistent warming temperatures, the Arctic sea ice cover is diminishing in extent and thickness. The lowest maximum sea ice extent in the 37-year satellite record occurred on 25 February 2015, at 7% below the average for 1981–2010. This date of occurrence was the second earliest in the record and 15 days earlier than the average date of 12 March. Minimum sea ice extent in September 2015 was 29% less than the 1981–2010 average and the fourth lowest value in the satellite record. In February and March, the oldest ice (>4 years) and first-year ice made up 3% and 70%, respectively, of the pack ice compared to values of 20% and 35%, respectively, in 1985.

As the extent of sea ice retreat in the summer continues to increase, allowing previously ice-covered water to be exposed to more solar radiation, sea surface temperature (SST) and upper ocean temperatures are increasing throughout much of the Arctic Ocean and adjacent seas. The Chukchi Sea northwest of Alaska and eastern Baffin Bay off west Greenland have the largest warming trends: ~0.5°C per decade since 1982. In 2015, SST was up to 4°C higher than the 1982–2010 average in eastern Baffin Bay and the Kara Sea north of central Eurasia.

The impact of sea ice retreat and warming ocean temperatures on the ecosystem is well demonstrated by changes in the behavior of walrus and fish communities. In the Pacific Arctic, vast walrus herds are now hauling out on land rather than on sea ice as the ice retreats far to the north over the deep Arctic Ocean, raising concern about the energetics of females and young animals. Warming trends in water temperatures in the Barents Sea, which started in the late 1990s, are linked to a community-wide shift in fish populations: boreal communities are now found farther north and the local Arctic (cold-water affinity) community has been almost pushed out of the area.

Ice on land, including glaciers and ice caps outside Greenland (Arctic Canada, Alaska, Northern Scandinavia, Svalbard, and Iceland) and the Greenland Ice Sheet itself, continues to lose mass. In 2015, the Greenland Ice Sheet, with the capacity to contribute ~7 m to sea level rise, experienced melting over more than 50% of the ice sheet for the first time since the exceptional melting of 2012 and exceeded the 1981–2010 average on 50 of 92 days (54%). Reflecting the pattern of ice melt, which is driven by the pattern of surface air temperature anomalies, the average albedo in 2015 was below the 2000–09 average in northwest Greenland and above average in southwest Greenland.

Despite above-average snow cover extent (SCE) in April, Arctic SCE anomalies in May and June 2015 were below the 1981–2010 average, a continuation of consistent early spring snowmelt during the past decade. June SCE in both the North American and Eurasian sectors of the Arctic was the second lowest in the satellite record (1967–present). The rate of June SCE reductions since 1979 (the start of the passive microwave satellite era) is 18% per decade.

In 2014, the most recent year with complete data, the combined discharge of the eight largest Arctic rivers [2487 km³ from Eurasia (Pechora, S. Dvina, Ob', Yenisey, Lena, and Kolyma) and North America (Yukon and Mackenzie)] was 10% greater than the average discharge during 1980–89. Since 1976, discharge of the Eurasian and North American rivers has increased 3.1% and 2.6% per decade, respectively.

Regional variability in permafrost temperature records indicates more substantial permafrost warming since 2000 in higher latitudes than in the subarctic, in agreement with the pattern of average air temperature anomalies. In 2015, record high temperatures at 20-m depth were measured at all permafrost observatories on the North Slope of Alaska, increasing between

0.21°C and 0.66°C decade⁻¹ since 2000. Permafrost warming in northernmost Alaska exemplifies what is happening to permafrost on a pan-Arctic scale.

Arctic cloud cover variability significantly influences ultraviolet index (UVI) anomaly patterns. Reflecting this influence, monthly average noontime UVIs for March 2015 were below the 2005–14 means in a belt stretching from the Greenland Sea and Iceland in the east to Hudson Bay and the Canadian Arctic Archipelago in the west. This region roughly agrees with the regions where the atmospheric total ozone columns (TOC) were abnormally high in March 2015. At the pan-Arctic scale, the minimum TOC in March was 389 Dobson Units (DU), 17 DU (5%) above the average of 372 DU for the period 1979–2014 and 23 DU (6%) above the average for the past decade (2000–14).

This overview alone refers to a number of different periods of observation for which average values and departures from average (anomalies) have been calculated. For the World Meteorological Organization, and national agencies such as NOAA, 1981–2010 is the current standard reference period for calculating climate normals (averages) and anomalies. In this report, the current standard reference period is used when possible, but it cannot be used for all the variables described; some organizations choose not to use 1981–2010 and many observational records postdate 1981. The use of different periods to describe the state of different elements of the Arctic environmental system is unavoidable, but it does not change the fact that change is occurring throughout the Arctic environmental system.

### b. Air temperature—J. Overland, E. Hanna, I. Hanssen-Bauer, S.-J. Kim, J. Walsh, M. Wang, U. S. Bhatt, and R. L. Thoman

Arctic air temperatures are both an indicator and a driver of regional and global changes. Although there are year-to-year and regional differences in air temperatures due to natural variability, the magnitude and Arctic-wide character of the long-term temperature increase are major indicators of global warming (Overland 2009).

The mean annual surface air temperature anomaly for 2015 for land stations north of 60°N was +1.2°C, relative to the 1981–2010 mean value (Fig. 5.1). This ties the recent years of 2007 and 2011 for the highest value in the record starting in 1900. Currently, the Arctic is warming at more than twice the rate of lower latitudes (Fig. 5.1).

The greater rate of Arctic temperature increase compared to the global increase is referred to as Arctic amplification. Mechanisms for Arctic amplification



**Fig. 5.1.** Arctic (land stations north of 60°N) and global mean annual surface air temperature (SAT) anomalies (in °C) for the period 1900–2015 relative to the 1981–2010 mean value. Note that there were few stations in the Arctic, particularly in northern Canada, before 1940. (Source: CRUTEM4.)

include reduced summer albedo due to sea ice and snow cover loss, the decrease of total cloudiness in summer and an increase in winter, and the additional heat generated by increased sea ice free ocean areas that are maintained later into the autumn (Serreze and Barry 2011; Makshtas et al. 2011). Arctic amplification is also enhanced because radiational loss of heat from the top of the atmosphere is less in the Arctic than in the subtropics (Pithan and Mauritsen 2014).

Although there is an Arctic-wide long-term pattern of temperature increases, regional differences can be manifest in any given season based on natural variability of the atmospheric circulation (Overland et al. 2011; Kug et al. 2015).

Seasonal air temperature anomalies are described in Fig. 5.2 for winter [January–March (JFM)], spring [April–June (AMJ)], summer [July–September (JAS)], and autumn [October–December (OND)] of 2015. All seasons show extensive positive temperature anomalies across the central Arctic with many regional seasonal temperature anomalies greater than +3°C, relative to a 1981–2010 base period.

Warm temperature anomalies in winter 2015 extended across the Arctic, from the Pacific sector to the Atlantic sector (Fig. 5.2a). The warmest temperature anomalies were centered on Alaska and far eastern Siberia, including the Chukchi and East Siberian Seas. In Svalbard, in the Atlantic sector northeast of Greenland, winter temperatures were typically 2°C above the 1981–2010 average. In contrast, cold (negative) temperature anomalies of −2° to −3°C extended from southwest Greenland to central Canada and into the eastern United States.

A broad swath of warm temperature anomalies continued to stretch across the Arctic in spring



**FIG. 5.2. 2015 Seasonal anomaly patterns for near-surface air temperatures (°C) relative to the baseline period 1981–2010 in (a) winter, (b) spring, (c) summer, and (d) autumn. Temperatures are from somewhat above the surface layer (at 925 mb level) to emphasize large spatial patterns rather than local features. (Source: NOAA/ESRL.)**

2015, with a continuing warm anomaly over Alaska (Fig. 5.2b). However, unlike the winter pattern (Fig. 5.2a), spring saw a shift to a very warm anomaly (+4°C) over central Eurasia. A significant cold anomaly (–3°C) was centered over Greenland. In contrast to Greenland, spring temperatures at the weather station in Svalbard were typically 2°C above the 1981–2010 average, as Svalbard was located on the margin of the broad swath of positive temperature anomalies that extended from Alaska to Eurasia.

A warm temperature anomaly over much of the Arctic Ocean, with the exception of a moderately cold anomaly over the Beaufort Sea north of Alaska, characterized summer 2015 (Fig. 5.2c). Particularly cold anomalies occurred over western Eurasia. As noted in section 5f, a new record August low temperature of –39.6°C occurred on 28 August at Summit (elevation 3216 m in the center of the ice sheet), while summer temperatures measured at most coastal weather stations were above average (Tedesco et al. 2015). Similar to coastal Greenland locations, at the Svalbard weather station the average temperature was 1°–2°C above the 1981–2010 average, the highest JAS average ever recorded in the composite Longyearbyen–Svalbard Airport record that dates to 1898 (Nordli et al. 2014).

In autumn, particularly warm air temperature anomalies were seen in the subarctic regions of the Barents and Bering Seas (Fig. 5.2d). While the central Arctic remained relatively warm, cold anomalies were seen in northeastern North America similar to winter 2015. A difference, however, is that central Asia was also relatively cold in autumn compared to the warmer previous winter.

Both winter and autumn 2015 illustrate extensive interaction of large-scale weather systems between the Arctic and midlatitudes. The anomalously warm temperatures across Alaska in winter and spring 2015 (Fig. 5.2a,b) extend a pattern that began during autumn 2014. The persistent positive (warm) near-surface air temperature anomalies in Alaska and extending into the Chukchi and Beaufort Seas were associated with warm sea surface temperatures in the Gulf of Alaska and a pattern of geopotential height anomalies characterized by higher values along the Pacific Northwest coast of North America and lower values farther offshore (Fig. 5.3a). Consequently, warm air over the northeast Pacific Ocean was advected by southerly winds into and across Alaska, contributing to high mass loss on glaciers (see section 5f). Associated with the southerly winds, a downslope component of the wind on the north side of the Alaska Range and into Interior Alaska caused dry conditions and reinforced high temperatures. The warm and dry conditions in Interior Alaska during May and June contributed to the second worst fire season on record for those months, eclipsed only by 2004.



**FIG. 5.3. (a) Large geopotential height anomalies over western and eastern North America and continuing into the North Atlantic sector in winter 2015. (b) Negative geopotential height anomalies over the North Atlantic and Bering Sea sectors in autumn 2015. The arrows indicate anomalous warm (red) and cold (blue) air flow generated as a result of these anomaly patterns.**

In contrast to the warm temperature anomalies in winter in Alaska (Fig. 5.2a) due to warm, southerly air flow (Fig. 5.3a), the cold anomalies extending from eastern Canada to southwest Greenland (Fig. 5.2a) were associated with strong northwesterly air flow. These cold anomalies extended into early spring. The potential source of these relatively cold temperatures is illustrated by the extensive winter (JFM) negative geopotential height anomaly pattern (Fig. 5.3a) that shows high values over northwestern North America and low values over eastern North America, Greenland, and across the central Arctic Ocean to central Eurasia. Northwesterly winds on the west side of the trough between the two height centers channeled cold air southward from the source region in the central Arctic into northeastern North America. This geopotential height anomaly pattern may also explain the above-average winter air temperatures in Svalbard, which were associated with warm air advection across western Eurasia and into the central Arctic Ocean (Figs. 5.2a,b).

Autumn 2015 was noted for large active low pressure systems in the North Atlantic and Bering Sea (Fig 5.3b). These low height anomaly patterns with southerly wind components to their east kept the Chukchi and Barents Seas relatively warm and sea ice free well into the autumn season.

### c.  Sea ice cover—D. Perovich, W. Meier, M. Tschudi, S. Farrell, S. Gerland, and S. Hendricks

Three key variables are used to describe the state of the ice cover: the ice extent, the age of the ice, and the ice thickness. Sea ice extent is used as the basic description of the state of Arctic sea ice cover. Satellite-based passive microwave instruments have been used to determine sea ice extent since 1979. There are two months each year that are of particular interest: September, at the end of summer, when the ice reaches its annual minimum extent, and March, at the end of winter, when the ice typically reaches its maximum extent. Maps of monthly average ice extents in March 2015 and September 2015 are shown in Fig. 5.4.

Based on estimates produced by the National Snow and Ice Data Center (NSIDC), the 2015 sea ice cover reached its maximum extent on 25 February, at a value of 14.54 million km². This was 7% below the 1981–2010 average and the lowest maximum value in the satellite record. Also notable, the maximum extent occurred 15 days earlier than the 1981–2010 average (12 March) and was the second earliest of the satellite record. The annual minimum extent of 4.41 million km² was reached on 11 September. This was substantially higher (30%) than the record mini-

mum of 3.39 million km² set in 2012. However, the 2015 summer minimum extent was still 1.81 million km² (29%) less than the 1981–2010 average minimum ice extent and 0.62 million km² (12%) less than the 2014 minimum.

Sea ice extent has decreasing trends in all months and nearly all regions (the exception being the Bering Sea during winter). In 2015, the largest losses were in the eastern Arctic in regions of warm air temperature anomalies in spring and summer (section 5b, Fig. 5.2). The September monthly average decline for the entire Arctic Ocean is now −13.4% decade⁻¹ relative to the 1981–2010 average (Fig. 5.5). The trend is smaller dur-




FIG. 5.4. Average sea ice extent in (a) Mar and (b) Sep 2015 illustrate the respective winter maximum and summer minimum extents. The magenta line indicates the median ice extents in Mar and Sep, respectively, during the period 1981–2010. (Source: NSIDC.)



FIG. 5.5. Time series of ice extent anomalies in Mar (the month of maximum ice extent) and Sep (the month of minimum ice extent). The anomaly value for each year is the difference (in %) in ice extent relative to the mean values for the period 1981–2010. The black and red lines are least squares linear regression lines. Both trends are significant at the 99% confidence level.

ing March (−2.6% decade⁻¹) but is still a statistically significant rate of decrease in sea ice extent.

Prior to 2007, there had not been a March to September loss of more than 10 million km² of ice in the record, but now such large losses are not unusual. More typical of recent years, 10.13 million km² of ice was lost between the March maximum and September minimum extent in 2015.

The age of sea ice serves as an indicator for ice physical properties, including surface roughness, melt pond coverage, and thickness. Older ice tends to be thicker and thus more resilient to changes in atmospheric and oceanic forcing than younger ice. The age of the ice is estimated using satellite observations and drifting buoy records to track ice parcels over several years (Tschudi et al. 2010; Maslanik et al. 2011). This method has been used to provide a record of the age of the ice since the early 1980s (Tschudi et al. 2015).

The oldest ice (>4 years old) continues to make up a small fraction of the Arctic ice pack in March, when the sea ice extent has been at its maximum in most years of the satellite record (Figs. 5.6a,b). In 1985, 20% of the ice pack was >4 years old, but in March 2015, this ice category only constituted 3% of the ice pack. Furthermore, we note that first-year ice now dominates the ice cover, comprising ~70% of the March 2015 ice pack, compared to about 50% in the 1980s. Given that older ice tends to be thicker, the sea ice cover has transformed from a strong, thick pack in the 1980s to a more fragile, thin, and younger pack in recent years. The thinner, younger ice is more vulnerable to melting out in the summer, resulting in lower minimum ice extents. The distribution of ice age in March 2015 was similar to that in March 2014 (Fig. 5.6a).

Most of the oldest ice accumulates along the coast of North Greenland and the Queen Elizabeth Islands of the Canadian Arctic Archipelago, and much of this ice has resided in this area for several years (Fig. 5.6b). In 2015, as in most years, ice transport patterns resulted in the movement of old ice from this area into the Beaufort

Sea. The lack of ice older than one year in the eastern Arctic (on the Eurasian side of the Arctic basin) foreshadows its susceptibility to melt out in summer. The ice in the southern Beaufort and Chukchi Seas has also melted completely in the past few summers, with even the oldest ice not surviving the season.

Observations of sea ice thickness and volume from multiple sources have revealed the continued decline of the Arctic sea ice pack over the last decade (Kwok and Rothrock 2009; Laxon et al. 2013; Kwok and Cunningham 2015). Figure 5.6c shows ice thicknesses derived from CryoSat-2 satellite results and IceBridge aircraft observations in March–April 2015. The oldest ice north of Greenland and the Canadian Arctic Archipelago remains thicker than 3 m. There is a strong gradient to thinner, seasonal ice in the Canada basin and the eastern Arctic Ocean, where ice is 1–2 m thick.



FIG. 5.6. (a) Time series of sea ice age in Mar for 1985–present, (b) sea ice age in Mar 2015, and (c) sea ice thickness derived from ESA CryoSat-2 (background map) and NASA Operation IceBridge measurements (color coded lines) for Mar/Apr 2015.

## SIDEBAR 5.1: **WALRUSES IN A TIME OF CLIMATE CHANGE**—
### K. M. KOVACS, P. LEMONS, AND C. LYDERSEN

Climate change-induced alterations in Arctic ecosystems are having impacts at all trophic levels, which are already being described as "transformative" (Johannessen and Miles 2011). However, it remains a challenge to predict impacts in terms of population trends of even highly visible, top trophic animals on multidecadal scales, based on changes occurring in primary physical features that determine habitat suitability. For example, sea ice declines are clearly a major threat to ice-associated marine mammals (e.g., Kovacs et al. 2012; Laidre et al. 2015), but documented regional patterns in sea ice losses are not necessarily reflected in the trajectories of ice-dependent marine mammal populations on a regional basis. In this regard, walruses (*Odobenus rosmarus*) make an interesting case study.

Walruses of both subspecies, *O. r. divergens* in the North Pacific Arctic and *O. r. rosmarus* in the North Atlantic Arctic, mate along ice edges in the drifting pack ice during winter and give birth on sea ice in the late spring. Both subspecies use sea ice extensively as a haul-out platform throughout much of the year if it is available close enough to foraging areas. This habitat also provides shelter from storms and protection from some predators. Despite these shared critical links to sea ice, the population trajectories for the two subspecies do not consistently reflect the relative patterns of sea ice losses in the two broad regions occupied by the two subspecies.

The latest research indicates that the Pacific walrus population in the Bering and Chukchi Seas likely declined from about 1980 to 2000 (Taylor and Udevitz 2015). Prior to this time, subsistence harvest restrictions had allowed this population to recover from earlier overexploitation (Fay et al. 1989) to a level that likely approached the carrying capacity of the environment (e.g., Hills and Gilbert 1994). But, population models suggest that a subsequent decline of approximately 50% took place in the Pacific population (Taylor and Udevitz 2015), which was likely initially stimulated by changes in vital rates (e.g., birth rates, calf survivorship) within the population. This decline has almost certainly been exacerbated by declines in sea ice in the region (Fig. SB5.1), associated with global climate change (Taylor and Udevitz 2015). Hypothesized mechanisms include: (1) the retreat of sea ice to a position over the deep Arctic Ocean basin, forcing walruses to use



FIG. **SB5.1. Regional comparison of trends in sea ice (length of the summer season – number of days less coverage decade$^{-1}$) and walrus stocks according to Laidre et al. (2015) and expert opinion for Pacific (purple) and Atlantic walrus (red) by region. Stocks are identified by black boundary lines.**

land-based haulouts where trampling increases mortality of young animals (Fischbach et al. 2009; Udevitz et al. 2012) and (2) the decline in sea ice reducing walruses' access to prey, which could impact the adult female body condition, ultimately reducing calf survival and recruitment (Jay et al. 2011; Taylor and Udevitz 2015). The use of land-based haulout areas is not novel for Pacific walruses, but females with dependent young typically utilize sea ice for hauling out (Fay 1982), which allows them to avoid particularly large land-based groups where crowding and trampling events can result in high calf mortality. A lack of sea ice over the shelf in summer in the Bering and Chukchi Seas is already resulting in increased use of coastlines and islands by females with calves, which has in turn resulted in significant calf mortalities in recent years (Fishbach et al. 2009). Additionally, there is ongoing concern about the impacts of declining sea ice on the future energetics of females and young animals. These conditions require the animals to take significantly longer feeding trips between the coastal haul outs and offshore areas with high prey abundance (180 km one-way), rather than utilizing nearby ice edges for resting as they did in the past.

Sea ice losses in the North Atlantic Arctic, in particular the Barents Sea region, have been much more extreme than in the North Pacific (Fig. SB5.1). But, Atlantic walrus abundance is increasing or stable for all stocks for which the trend is known (see Laidre et al. 2015) despite reductions in carrying capacity that are almost certainly taking place due to the sea ice declines. Concern does remain regarding possible overharvesting of several stocks with currently unknown trends in Canada/Greenland. However, the positive turnarounds that have occurred are responses to protective management regimes that have been instituted in the early- and mid-1900s (1928 in Canada, 1952 in Norway, and 1956 in Russia), and, in the case of Greenland, much more recently, with quotas being established there in 2006 (see Wiig et al. 2014 for more details). Perhaps the most extreme example of walrus abundance increasing where environmental conditions are deteriorating due to climate change occurs in the Svalbard Archipelago. Svalbard is an Arctic hot spot that is experiencing dramatic sea ice declines and warming ocean and air temperatures, and yet walrus numbers in the archipelago are increasing exponentially (Kovacs et al. 2014). Walruses in this area were hunted without restriction over several hundred years, up until the 1950s. When they finally became protected in 1952, there were at best a few hundred animals left. Now, after 60 years of complete protection from hunting, with some special no-go reserve areas, recovery is taking place, despite major reductions in sea ice. More females with calves are documented during surveys and historically used sites are being reoccupied as walruses continue to expand through the archipelago. These changes are occurring despite the fact that overall carrying capacity of the region for walruses is likely declining.

The population trajectories of many walrus stocks are currently a result of distant past, or more recent, hunting regimes. However, there is little question that sea ice declines are going to be a challenge for walruses in the future along with other climate change related factors such as increased shipping and development in the north, increased disease and contaminant risks, and ocean acidification impacts on the prey of walruses.

### d. Sea surface temperature—M.-L. Timmermans and A. Proshutinsky

Summer sea surface temperatures in the Arctic Ocean are set by absorption of solar radiation into the surface layer. In the Barents and Chukchi Seas, there is an additional contribution from advection of warm water from the North Atlantic and Pacific Oceans, respectively. Solar warming of the ocean surface layer is influenced by the distribution of sea ice (with more solar warming in ice-free regions), cloud cover, water color, and upper-ocean stratification. In turn, warmer SSTs can drive intensified cyclonic activity; cyclones propagating in marginal ice zones are associated with large ocean-to-atmosphere heat fluxes in ice-free regions (e.g., Inoue and Hori 2011). Here, August SSTs are reported, which are an appropriate representation of Arctic Ocean summer SSTs and are not affected by the cooling and subsequent sea ice growth that takes place in the latter half of September. SST data are from the NOAA Optimum Interpolation (OI) SST Version 2 product, which is a blend of in situ and satellite measurements (Reynolds et al. 2002, 2007; www.esrl .noaa.gov/psd/data/gridded/data.noaa.oisst.v2.html).

Mean SSTs in August 2015 in ice-free regions ranged from ~0°C in some places to around +7°C to +8°C in the Chukchi, Barents, and Kara Seas and eastern Baffin Bay off the west coast of Greenland (Fig. 5.7a). August 2015 SSTs show the same general spatial distribution as the August mean for the period 1982–2010 (Timmermans and Proshutinsky 2015; Fig. 5.24b). The August 2015 SST pattern is also similar to that of recent years, for example 2012 (Fig. 5.7b), which was the summer of lowest minimum sea ice extent in the satellite record (1979–present).

Most boundary regions and marginal seas of the Arctic had anomalously warm SSTs in August 2015 compared to the 1982–2010 August mean (Fig. 5.7c). SSTs in these seas, which are mostly ice free in August, are linked to the timing of local sea ice retreat; anomalously warm SSTs (up to +3°C relative to 1982–2010) in August 2015 in the Beaufort and Chukchi Seas were associated with low sea ice extents and exposure of surface waters to direct solar heating (Fig. 5.7c; see also section 5c). The relationship between warm SSTs and reduced sea ice is further apparent in a comparison between August 2015 and August 2014 SSTs: anomalously warm regions (including to the east of Svalbard, where SSTs were up to +3°C warmer in 2015) are associated with relatively lower sea ice extents in 2015 compared to 2014 (Fig. 5.7d). Although SSTs were warmer in general, August 2015 SSTs were cooler relative to average in some regions, for example, along the southern boundaries of the Beaufort and East Siberian Seas (Fig. 5.7c), where summer air temperatures were also below average (see section 5b).



FIG. 5.7. (a) Mean SST (°C) in Aug 2015. White shading is the Aug 2015 mean sea ice extent. (b) Mean SST in Aug 2012. White shading is the Aug 2012 sea ice extent. Gray contours in (a) and (b) indicate the 10°C SST isotherm. (c) SST anomalies (°C) in Aug 2015 relative to the Aug mean for the period 1982–2010. White shading is the Aug 2015 mean ice extent and the black line indicates the median ice edge in Aug for the period 1982–2010. (d) SST anomalies (°C) in Aug 2015 relative to Aug 2014; white shading is the Aug 2015 mean ice extent and the black line indicates the median ice edge for Aug 2014. Sea ice extent and ice edge data are from NSIDC.

Anomalously warm August 2015 SSTs in eastern Baffin Bay were notable, with values as much as 4°C higher than the 1982–2010 August mean; SSTs over the region indicate a general warming trend of about 0.5°C decade⁻¹ since 1982 (Fig. 5.8a). Over the past two decades, the linear warming trend in the surface waters of eastern Baffin Bay has accelerated to about 1°C decade⁻¹ (+0.10°C yr⁻¹). Along the boundaries of the Arctic basin, the only marginal seas to exhibit statistically significant warming trends are the Chukchi and the Kara Seas. Chukchi Sea August SSTs are warming at a rate of about +0.5°C decade⁻¹, commensurate with declining trends in summer sea ice extent in the region. In the Kara Sea, August 2015 SSTs were also up to 4°C higher than the 1982–2010 August mean; SSTs in this sea have warmed by about +0.3°C decade⁻¹ since 1982. In other marginal seas, warm August SST anomalies observed in 2015 are of similar magnitude to warm anomalies observed in

past decades (Timmermans and Proshutinsky 2015, their Fig. 5.26a).

The seasonal evolution of SST in the marginal seas exhibited the same general trends and regional differences in 2015 (Fig. 5.8b) as for the preceding decade. Seasonal warming in the marginal seas begins as early as May, and the seasonal cooling period begins as early as mid-August, with cooling observed through December. The asymmetry in rates of seasonal warming and cooling, most notable in the Chukchi Sea and East Baffin Bay, suggests a source of heat in addition to solar radiation. Advection of warm water from the Bering Sea and North Atlantic likely inhibits SST cooling (e.g., Carton et al. 2011; Chepurin and Carton 2012).





FIG. 5.8. (a) Time series of area-averaged SST anomalies (°C) for Aug of each year relative to the Aug mean for the period 1982–2010 for the Chukchi and Kara Seas and eastern Baffin Bay (see Fig. 5.7b). The dash-dotted black line shows the linear SST trend for the Chukchi Sea (the same warming trend as eastern Baffin Bay). Numbers in the legend correspond to linear trends (with 95% confidence intervals) in °C yr⁻¹. (b) SST (°C) in 2014–15 for each of the marginal seas, where the OISST V2 weekly product has been used in the calculation. For sea ice concentrations greater than 50%, the SST product uses a linear relationship with sea ice concentration to infer SST; variations in freezing temperature as a consequence of salinity variations imply that SSTs inferred from sea ice can be erroneously cool by as much as 0.2°C, with the highest errors in the Canadian sector (see Timmermans and Proshutinsky 2015).

**SIDEBAR 5.2: CLIMATE CHANGE IS PUSHING BOREAL FISH NORTHWARD TO THE ARCTIC: THE CASE OF THE BARENTS SEA**—M. FOSSHEIM, R. PRIMICERIO, E. JOHANNESEN, R. B. INGVALDSEN, M. M. ASCHAN, AND A. V. DOLGOV

Under climate warming, species tend to shift their distributions poleward (IPCC 2014). Some of the most rapid shifts are taking place in the Arctic, where warming is currently twice the global average (see section 5.b, Fig. 5.1; Hoegh-Guldberg and Bruno 2010; Doney et al. 2012). Poleward shifting marine species have been entering the Arctic Ocean from both the Atlantic and the Pacific (Grebmeier et al. 2010; Wassmann et al. 2011). Boreal (warm-water affinity) species of fish have shifted extensively northward into the Arctic (Mueter and Litzow 2008; Grebmeier et al. 2006; Rand and Logerwell 2011; Christiansen et al. 2013; Fossheim et al. 2015).



FIG. SB5.2. Comparison of the fish communities between the beginning of the Ecosystem Survey taken in the Barents Sea in (a) 2004 and (b) 2012, indicates a significant change in distribution. The Atlantic (red) and central (yellow) communities (boreal fish species) have shifted north and east, taking over areas previously occupied by the Arctic (blue) community (arctic fish species). Data are available only for the shaded areas. (After Fig. 1 in Fossheim et al. 2015.)

As an example, we present the recent climate-induced changes in the fish communities of the Barents Sea, the entrance point to the Arctic Ocean from the Atlantic. The results are based on a large-scale annual Ecosystem Survey that monitors the whole ice-free shelf of the Barents Sea in August–September, the season with the least sea ice. This cooperative survey between Russia (Knipovich Polar Research Institute of Marine Fisheries and Oceanography) and Norway (Institute of Marine Research) was initiated in 2004. Our focus is on observations for the period 2004–12, as they have been most thoroughly assessed.

In the Barents Sea, the present warming trend in water temperatures started in the late 1990s (Boitsov et al. 2012). The late summer temperature at the seafloor has increased by almost 1°C during the last decade alone. In this region, sub-zero water masses in late summer have almost disappeared and the sea ice is retreating. In association with this warming, boreal fish species have entered the northern parts of the Barents Sea in large numbers. The expansions of these fish species have led to a community-wide shift: boreal communities are now found farther north and the local Arctic (cold-water affinity) community has been almost pushed out of the area (Fig. SB5.2).

The fish species increasing in the north are large boreal fish predators, such as cod (*Gadus morhua*), beaked redfish (*Sebastes mentella*), and long rough dab (*Hippoglossoides platessoides*). These fish species are considered "generalists" in that they can use a wide range of habitats and feed on a diverse set of prey. As such, they are better able to thrive in a changing environment. Their northward expansion is likely related to warmer water temperatures and greater food availability for these fish species (Fossheim et al. 2015). For instance, increased primary productivity in the previously ice-covered area (Dalpadado et al. 2014) and increasing abundance and biomass of Atlantic zooplankton in the northern Barents Sea (Dalpadado et al. 2012) likely favor boreal over Arctic fish species.

Cod, the most important commercial species, has reached a record high population size due to a favorable climate and lower fishing pressure (Kjesbu et al. 2014). The cod stock in the Barents Sea has not been this high since the 1950s. High abundances have also been recorded for haddock (*Melanogrammus aeglefinus*), the other main commercial species, and for long rough dab, a common and widespread species in the Barents Sea. A poleward expansion of cod and haddock and a northeastward displacement of beaked redfish (*Sebastes mentella*) have been documented (Renaud et al. 2012; Hollowed et al. 2013; Fossheim et al. 2015).

The Arctic fish community, including various snail-

CONT. SIDEBAR 5.2: **CLIMATE CHANGE IS PUSHING BOREAL FISH NORTHWARD TO THE ARCTIC: THE CASE OF THE BARENTS SEA**—M. FOSSHEIM, R. PRIMICERIO, E. JOHANNESEN, R. B. INGVALDSEN, M. M. ASCHAN, AND A. V. DOLGOV

fishes, sculpins, and eel pouts, does not seem to cope well with warming water temperatures (Fossheim et al. 2015). Most of these Arctic fish species are relatively small, stationary, and feed on organisms living on the sea bottom. These species have a more specialized diet than the boreal fish species and are thus more vulnerable to climate change (Kortsch et al. 2015). In addition, they are adapted to life on the shallow shelf of the Barents Sea. Because the central Arctic Ocean is much deeper, it is unlikely that these species will move farther north. However, they can be found farther to the east on the neighboring shelf (e.g., Kara Sea; Fig. SB5.2).

Large fish and marine mammals can move quickly over large distances, while other species, such as small Arctic fish species and organisms that live on or near the seafloor, are more stationary. As a result, two previously separate communities are now mixing together (Fossheim et al. 2015). The larger fish species from the south will compete with the smaller Arctic species for food, and even prey on them directly. Thus, the Arctic community is being pressured from two sides: the marine environment is changing due to rising water temperatures, and new competitors and predators are arriving. It is anticipated that this could result in the local extinction of some Arctic fish species, such as the gelatinous snailfish (*Liparis fabricii*) and even the most abundant Arctic species, the Polar cod (*Boreogadus saida*).

One consequence of the general nature of large boreal fish moving into the Arctic is the development of novel feeding links between incoming and resident species, ultimately changing the configuration of the Arctic marine food web (Kortsch et al. 2015). Arctic food webs contain fewer feeding links than boreal food webs. As cod and other large fish species feeding on many prey move into arctic waters, they establish many new links in the Arctic food web, which becomes more tightly connected. The ecological effects of perturbations will spread faster and more widely in a more interconnected arctic food web, making it more susceptible to environmental stress (Kortsch et al. 2015).

---

e. *Greenland Ice Sheet*—M. Tedesco, J. E. Box, J. Cappelen, X. Fettweis, K. Hansen, T. Mote, C. J. P. P. Smeets, D. van As, R. S. W. van de Wal, I. Velicogna, and J. Wahr

The Greenland Ice Sheet covers an area of 1.71 million km$^2$. With a volume of 2.85 million km$^3$, it is the second largest glacial ice mass on Earth, smaller only than the Antarctic ice sheet. The amount of freshwater stored in the Greenland Ice Sheet has a sea level equivalent of ~7 m. The discharge of the ice to the ocean through runoff and iceberg calving not only increases sea level, but can also alter the ocean thermohaline circulation and global climate (Rahmstorf et al. 2015). Moreover, the high albedo (reflectivity) of the ice sheet surface (together with that of sea ice and snow on land) plays a crucial role in the regional surface energy balance (Tedesco et al. 2011) and the regulation of global air temperatures.

Estimates of the spatial extent of Greenland Ice Sheet surface melting (e.g., Mote 2007; Tedesco 2007; Tedesco et al. 2013) show that in 2015 (Fig. 5.9a) melting occurred over more than half of the ice sheet for the first time since the exceptional melt events of July 2012 (Nghiem et al. 2012). The 2015 melt extent exceeded two standard deviations above the 1981–2010 average, reaching a maximum of 52% of the ice sheet area on 4 July (Fig. 5.9d). By comparison, melt extent in 2014 reached a maximum of 39% of the ice sheet area and ~90% in 2012. A second period of melting, which began in late August, covered between 15% and 20% of the ice sheet (a mean of ~5% over the same period) and lasted until early September. In the summer of 2015 (June–August), the number of melting days along the southwestern and southeastern margins of the ice sheet was close to or below the long-term average, with maximum negative anomalies (below the 1981–2010 average) of 5–10 days (Fig 5.9a). In contrast, the number of melt days in the northeastern, western, and northwestern regions was up to 30–40 days above the 1981–2010 average, setting new records in terms of meltwater production and runoff over the northwestern regions.

The surface mass balance measured along the southwestern portion of the ice sheet at the K-transect for September 2014 through September 2015 (van de Wal et al. 2005, 2012) was the third least negative since the beginning of the record in 1990 (Tedesco et al. 2015). This is consistent with the negative melting anomalies along the southwestern portion of the ice sheet (Fig. 5.9a). At all PROMICE network stations (www.promice.dk; Ahlstrøm et al. 2008; van As et al. 2011) summer 2015 ablation was low with respect to the 2011–15 period of record (Fig. 5.9b), except at

the most northerly latitudes (Kronprins Christian Land, KPC, 80°N, 25°W; Thule, THU, 76°N, 68°W), where melt totals were slightly above average. The highest recorded melt in 2015, 5.1 m on the Qassimiut lobe (QAS_L station, 61°N, 47°W), was just over half the record-setting 9.3 m at that site in 2010 (Fausto et al. 2012).

Consistent with the distribution of melt anomalies, measurements at weather stations of the Danish Meteorological Institute (DMI; Cappelen 2015) during spring 2015 indicate that summer average temperature anomalies (relative to the 1981–2010 average) were positive at several northerly stations around the Greenland coastline, with values exceeding one standard deviation at Pituffik (+1.2 °C), Upernavik (+1.2°C) and Danmarkshavn (+0.9°C). In contrast, temperatures in south and southwest Greenland (e.g.,Paamiut, Narsarsuaq, Qaqortoq, and Prins Christian Sund) were 1.5 standard deviations below the 1981–2010 average, with temperature anomalies as much as −2.6°C at Narsarsuaq (Tedesco et al. 2015). These widespread low temperatures are consistent with a strong negative spring temperature anomaly centered over Greenland (see section 5b, Fig. 5.2b). Danmarkshavn also experienced its warmest January on record, with a +7.7°C anomaly. A new record August low temperature of −39.6°C occurred on 28 August at Summit (3216 m a.s.l.).

The average albedo for the Greenland Ice Sheet in summer 2015, derived from data collected by the Moderate-resolution Imaging Spectroradiometer (MODIS, after Box et al. 2012), was below the 2000–09 average over the northwestern region and above the



FIG. 5.9. (a) Map of the anomaly (with respect to the 1981–2010 average) of the number of days when melting was detected in summer 2015 using spaceborne passive microwave data. The locations of the stations used for the in situ analysis of surface mass balance and temperature are reported on the map as black disks (PROMICE) and cyan triangles (K-transect). (b) Summer 2015 ablation at PROMICE stations with respect to the 2011–15 period of record. (c) Greenland Ice Sheet surface albedo anomaly for JJA 2015 relative to the average for those months between 2000 and 2009 derived from MODIS data. (d) Daily spatial extent of melting from Special Sensor Microwave Imager/Sounder (SSMIS) as a percentage of the total ice sheet area for all of 2015. The 1981–2010 average spatial extent of melting (dashed line) and ±2 std. dev. of the mean (shaded) are also plotted for reference.

average in the southwest (Fig. 5.9c), consistent with the negative surface mass balance and melting day anomalies measured over the same region (Fig. 5.9a). The trend of mean summer albedo over the entire ice sheet for the period 2000–15 remained negative and was estimated to be −5.5% ± 0.4%. In July 2015, when extensive melting occurred (Fig. 5.9d), albedo

averaged over the entire ice sheet was 68%. Albedo in July 2015 was as much as 15%–20% below average along the northwestern ice sheet and along the west coast, where a large increase in melting days was observed in 2015. Over the entire summer, however, the albedo anomaly along the southwestern ice sheet margin coast was positive, consistent with a relatively shorter melt season and with the presence of summer snow accumulation.

GRACE satellite data (Velicogna et al. 2014) are used to estimate monthly changes in the total mass of the Greenland Ice Sheet, including mass gain due to accumulation and summer losses due to runoff and calving (Fig. 5.10). Between the beginning of September 2014 and the beginning of September 2015 GRACE recorded a 174 ± 45 Gt (Gt ≡ 10⁹ tons) mass loss, versus an average September-to-September loss of 278 ± 35 Gt for the 2002–15 period. As a comparison, the 2013–14 September-to-September loss was 236 ± 45 Gt (7% of the total loss of ~ 3500 Gt since the beginning of the GRACE record in 2002) and that for 2011–12 was 638 ± 45 Gt (18% of the total loss). The relatively modest loss for the 2014–15 period is consistent with reduced melting over the southwest portion of the ice sheet and increased summer snowfall.

Glacier front classification in LANDSAT and AS-TER imagery (after Jensen et al. 2016) reveals that 45 of the widest and fastest flowing marine-terminating glaciers retreated at a slower rate in 2013–15 than in the 1999–2012 period (Fig. 5.11). Between the end of the 2014 melt season and the end of the 2015 melt season, 22 of the 45 glaciers retreated, but the advance of 9 relatively wide glaciers resulted in the lowest



**FIG. 5.11. Cumulative net area change (km², left y-axis and square miles, right y-axis) of 45 of the widest and fastest-flowing marine-terminating glaciers of the Greenland Ice Sheet (Box and Hansen 2015; Jensen et al. 2016). The linear regression is dashed.**

annual net area loss in the 16-year period of observations (1999–2015), being −16.5 km² or 7.7 times lower than the annual average area change trend of −127 km² yr⁻¹ (Fig. 5.11). Specifically, Petermann Glacier advanced by 0.68 km across a width of 17.35 km, and Kangerdlugssuaq Glacier advanced by 1.68 km across a width of 6.01 km.

*f.   Glaciers and ice caps outside Greenland*—G. Wolken, M. Sharp, L. M Andreassen, A. Arendt, D. Burgess, J. G. Cogley, L. Copland, J. Kohler, S. O'Neel, M. Pelto, L. Thomson, and B. Wouters

Mountain glaciers and ice caps cover an area of over 400 000 km² in the Arctic and are a leading contributor to global sea level change (Gardner et al. 2011, 2013; Jacob et al. 2012). They gain mass by snow accumulation and lose mass by surface melt runoff, and by iceberg calving where they terminate in water (ocean or lake). The total mass balance (ΔM) is defined as the difference between annual snow accumulation and annual mass losses (by iceberg calving plus surface melt runoff). Of the 27 glaciers currently monitored, however, only three (Kongsvegen, Hansbreen, and Devon Ice Cap NW) lose any mass by iceberg calving into the ocean. For all glaciers discussed here, the climatic mass balance is reported (B$_{clim}$, the difference between annual snow accumulation and annual runoff). B$_{clim}$ is a widely used index of how glaciers respond to climate variability and change.



**FIG. 5.10. Cumulative change in the total mass (Gt) of the Greenland Ice Sheet between Apr 2002 and Sep 2015 estimated from GRACE measurements. The square symbols denote Apr values for reference.**

$B_{clim}$ measurements for mass balance year 2014/15 are available for only 9 of the 26 glaciers that are monitored across the Arctic (three each in Alaska and Svalbard, and one in Norway), and some of these are still provisional. Therefore, we focus on the 2013/14 $B_{clim}$ measurements, which are available for 21 glaciers (WGMS 2015b). These glaciers are located in Alaska (three), Arctic Canada (four), Iceland (seven), Svalbard (three), Norway (three), and Sweden (one; Fig. 5.12; Table 5.1). For these glaciers as a group, the mean $B_{clim}$ in 2013/14 was negative. However, five glaciers [one each in Arctic Canada (Meighen Ice Cap) and Iceland (Dyngjujökull) and three in Svalbard (Midre Lovenbreen, Austre Broggerbreen, and Kongsvegen)] had positive balances.

For the Arctic as a whole, 2013/14 was the 17th most negative mass balance year on record (the first record dates from 1946) and the 12th most negative year since 1989 (i.e., the median for the 25-year period), when annual measurements of at least 20 glaciers began. This balance year continues the increasingly negative trend of cumulative regional climatic mass balances, calculated by summing the annual mean mass balances for all glaciers in each reporting region of the Arctic (Fig. 5.13). For Svalbard, 2013/14 was among the least negative mass balance years on record, and the climatic balances of each of its three glaciers were among the 3–9 most positive since 1987. Local meteorological observations suggest that the positive balances in Svalbard were attributable to high winter (October–May) precipitation, especially at low elevations, that was followed by a relatively cool summer (June–August). Melt suppression over Svalbard, as well as the Russian Arctic Archipelagos and the northernmost islands of Arctic Canada, was likely linked to negative 850-hPa air temperature anomalies in June–September. In contrast, in 2013/14 the mean measured climatic balance of glaciers in Alaska was the fifth most negative since 1966, with Lemon Creek and Wolverine glaciers registering their third and fourth most negative years on record, respectively. The negative balances of Alaska, Iceland, and northern Scandinavia glaciers in 2013/14 were most likely linked to melt increases caused by positive air temperature anomalies at the 850-hPa level in July–September that exceeded +2.5°C in northern Norway and Sweden (data from NCEP–NCAR reanalysis). Indeed, in 2014, many locations in northern Scandinavia reported their highest summer air temperatures since records began (Overland et al. 2015).

Among the nine glaciers for which 2014/15 $B_{clim}$ measurements have been reported, the balances of glaciers in Alaska, Svalbard, and northern Norway



FIG. 5.12. Locations (green circles) of 27 Arctic glaciers with long-term records of annual climatic mass balance ($B_{clim}$). See Table 5.1 for glacier names. Regions outlined in yellow are the Randolph Glacier Inventory (RGI) regions of the Arctic (Pfeffer et al. 2014). In regions where individual glaciers are located too close together to be identifiable on the map, their numbers are shown at the edge of the RGI region in which they occur. Red shading indicates glaciers and ice caps, including ice caps in Greenland outside the ice sheet. Yellow shading shows the solution domains for regional mass balance estimates for Alaska, Arctic Canada, Russian Arctic, and Svalbard derived using gravity data from the GRACE satellites (see Fig. 5.3).



FIG. 5.13. Cumulative climatic mass balances ($B_{clim}$ in kg m$^{-2}$) for glaciers in five regions of the Arctic and for the Arctic as a whole (Pan–Arctic). Mean balances are calculated for glaciers monitored in each region in each year and these means are summed over the period of record. Note that the period of monitoring varies between regions and that the number and identity of glaciers monitored in a given region may vary between years.

TABLE 5.1. Measured annual climatic mass balance ($B_{clim}$) of glaciers in Alaska, the Canadian Arctic, Iceland, Svalbard, and northern Scandinavia for 2013/14 and 2014/15, along with the 1980–2010 mean and standard deviation for each glacier (column 3). Mass balance data are from the World Glacier Monitoring Service (2015; 2016), with corrections to Svalbard data provided by J. Kohler and to Alaska data provided by S. O'Neel, and with updates from the Norwegian Water Resources and Energy Directorate (NVE) database. Numbers in column 1 identify glacier locations in Fig. 5.1. Note that 2014/15 results may be based upon data collected before the end of the 2015 melt season and may be subject to revision.

| Region | Glacier (Record length, years) | Mean Climatic Balance 1980–2010 (kg m$^{-2}$ yr$^{-1}$) | Standard Deviation of Climatic Mass Balance 1980–2010 (kg m$^{-2}$ yr$^{-1}$) | Climatic Balance 2013/14 (kg m$^{-2}$ yr$^{-1}$) | Climatic Balance 2014/15 (kg m$^{-2}$ yr$^{-1}$) |
|---|---|---|---|---|---|
| Alaska | | | | | |
| I | Wolverine (50) | −285 | 1205 | −1950 | −1130 |
| 3 | Lemon Creek (63) | −584 | 709 | −1825 | −2270 |
| 2 | Gulkana (50) | −505 | 738 | −220 | −1440 |
| Arctic Canada | | | | | |
| 7 | Devon Ice Cap (54) | −153 | 176 | −246 | |
| 5 | Meighen Ice Cap (53) | −173 | 284 | +57 | |
| 4 | Melville South Ice Cap (52) | −295 | 369 | −159 | |
| 6 | White (52) | −239 | 260 | −417 | |
| Iceland | | | | | |
| 8 | Langjökull S. Dome (18) | −1448 | 817 | −1950 | |
| 9 | Hofsjökull E (24) | −602 | 1009 | −990 | |
| 9 | Hofsjökull N (25) | −606 | 787 | −950 | |
| 9 | Hofsjökull SW (24) | −978 | 947 | −990 | |
| 14 | Köldukvislarjökull (22) | −529 | 738 | −887 | |
| 10 | Tungnaarjökull (23) | −1170 | 873 | −1535 | |
| 13 | Dyngjujökull (17) | −133 | 912 | +170 | |
| 12 | Brúarjökull (22) | −367 | 660 | −34 | |
| 11 | Eyjabakkajökull (23) | −867 | 813 | −353 | |
| Svalbard | | | | | |
| 17 | Midre Lovenbreen (48) | −356 | 305 | +30 | −450 |
| 16 | Austre Broggerbreen (49) | −469 | 342 | +10 | −610 |
| 15 | Kongsvegen (29) | −70 | 378 | +140 | −160 |
| 18 | Hansbreen (26) | −431 | 512 | −227 | |
| Nortern Scandinavia | | | | | |
| 20 | Engabreen (45) | +463 | 1091 | −892 | +668 |
| 21 | Langfjordjøkelen (25) | −927 | 781 | −780 | −800 |
| 22 | Marmaglaciaren (23) | −430 | 525 | | |
| 23 | Rabots Glaciar (29) | −394 | 560 | | |
| 24 | Riukojietna (26) | −592 | 805 | | |
| 25 | Storglaciaren (68) | −113 | 698 | −890 | |
| 26 | Tarfalaglaciaren (18) | −212 | 1101 | | |
| 27 | Rundvassbreen (8) | −777 | | −790 | −20 |

(Langfjordjøkelen) were negative, while those of glaciers in central Norway were near balance (Rundvassbreen) or positive (Engabreen). The pattern of negative balances in Alaska and Svalbard is also captured in time series of regional total stored water estimates (Fig. 5.14), derived using GRACE satellite gravimetry available since 2003. Annual storage changes are proxy for changes in the regional annual glacier mass balance (ΔM) for the heavily glacierized regions of the Arctic (Luthcke et al. 2013). Measurements of ΔM in 2014/15 for all the glaciers and ice caps in Arctic Canada and the Russian Arctic also

show a negative mass balance year. The GRACE-derived time series clearly show a continuation of negative trends in ΔM for all measured regions in the Arctic. These measurements of $B_{clim}$ and ΔM are consistent with anomalously warm (up to +1.5°C) June–August air temperatures over Alaska, Arctic Canada, the Russian Arctic, and Svalbard in 2015 (section 5b), and anomalously cool temperatures in northern Scandinavia, particularly in June and July (up to −2°C).

### g. Terrestrial snow cover—C. Derksen, R. Brown, L. Mudryk, and K. Luojus

The Arctic (land areas north of 60°N) is always completely snow-covered in winter and almost snow free in summer, so the transition seasons of autumn and spring are significant when characterizing variability and change. The timing of spring snowmelt is particularly significant because the transition from highly reflective snow cover to the low albedo of snow-free ground is coupled with increasing solar radiation during the lengthening days of the high-latitude spring. The 2015 spring melt season provided continued evidence of earlier snowmelt across the terrestrial Arctic. There is increased awareness of the impact of these changes on the Arctic climate system, the freshwater budget, other components of the cryosphere (such as permafrost and associated geochemical cycles), and Arctic ecosystems (Callaghan et al. 2011).

Snow cover extent (SCE) anomalies (relative to the 1981–2010 reference period) for the 2015 Arctic spring (April, May, June) were computed separately for the North American and Eurasian sectors of the Arctic from the NOAA snow chart Climate Data Record, maintained at Rutgers University (Estilow et al. 2015; http://climate.rutgers.edu/snowcover/). Consistent with nearly all spring seasons of the past decade, both May and June SCE anomalies were strongly negative in 2015 (Fig. 5.15). June SCE in both the North American and Eurasian sectors of the Arctic was the second lowest in the snow chart record, which extends back to 1967.



Fig. 5.14. Cumulative changes in regional total stored water for 2003–15 (Gt), derived using GRACE satellite gravimetry. Annual storage changes are proxy for changes in the regional annual glacier mass balance (ΔM). The estimated uncertainty in regional mass changes is 10 Gt yr⁻¹ for the Gulf of Alaska, 8 Gt yr⁻¹ for the Canadian Arctic, 8 Gt yr⁻¹ for the Russian Arctic, and 4 Gt yr⁻¹ for Svalbard. These errors include the formal error of the least squares fit and the uncertainties in the corrections for glacial isostatic adjustment, Little Ice Age, and terrestrial hydrology.



Fig. 5.15. Monthly Arctic snow cover extent standardized (and thus unitless) anomaly time series (with respect to 1981–2010) from the NOAA snow chart Climate Data Record for (a) Apr, (b) May, and (c) Jun 1967–2015 (solid lines denote 5-yr moving average); (d) % change decade⁻¹ in spring snow cover extent for running time series starting in 1979 (1979–98, 1979–99, 1979–2000, etc.).

For the fifth time in the past six years (2010–15), Arctic SCE in June was below 3 million km$^2$ despite never falling below this threshold in the previous 43 years of the snow chart data record (1967–2008). Figure 5.15d shows the changing rate of SCE loss across the Arctic since 1998 via calculations over running time periods since 1979, the first year of the satellite passive microwave record used to track sea ice extent. The April and May SCE reductions have remained relatively consistent year over year, ranging between −1% and −2% decade$^{-1}$ (April; insignificant at 95%) and −3% and −5% per decade$^{-1}$ (May; significant at 99%). A significant rate of June SCE loss was identified over the first 20 years (nearly −16% for 1979–98) due to rapid reductions in the 1980s, which then plateaued due to a period of stable spring snow cover during the 1990s. Since 2005, the rate of June SCE loss has increased again, reaching almost 18% decade$^{-1}$ for the period 1979–2015 (compared to the 1981–2010 mean June SCE). Since 2011, the rate of June snow cover loss has exceeded the much publicized rate of September sea ice loss (section 5c).

There are complex interactions between regional variability in the onset of snow cover in the autumn, subsequent winter season snow accumulation patterns (which themselves are driven by the complex interplay of temperature and precipitation anomalies), and continental-scale spring SCE anomalies (shown in Fig. 5.15). Snow cover duration (SCD) departures (relative to the 1998–2010 period) derived from the NOAA daily Interactive Multi-sensor Snow and Ice Mapping System (IMS) snow cover product (Helfrich et al. 2007) suggest earlier snow cover onset in the autumn over much of the Arctic for the 2014/15 snow year (Fig. 5.16a). This is consistent with premelt April snow depth anomalies (relative to the 1999–2010 average), derived from the Canadian Meteorological Centre (CMC) daily gridded global snow depth analysis (Brasnett 1999), which were largely positive over much of the Arctic land surface (25.1% and 33.7%, respectively, for the North American and Eurasian sectors of the Arctic). There was a notable east–west snow depth gradient across Eurasia in April 2015 with above-average snow depth in eastern Siberia and below-average snow depth across western Siberia and northern Europe. The North American Arctic was characterized by a more latitudinal gradient of deeper-than-normal snow depth north of the boreal tree line and shallower-than-normal snow depth across the boreal forest. Note that the CMC results shown in Figs. 5.17a–c mask out anomalies over high elevation areas (in the Canadian Arctic Archipelago, Baffin Island, coastal Alaska) known to be affected by



Fig. 5.16. Snow cover duration departures (with respect to 1998–2010) from the NOAA IMS data record for the (a) 2014 autumn season and (b) 2015 spring season.

a bias toward higher winter snow depths since 2006 due to changes in the resolution of the precipitation forcing used as part of the CMC analysis. Strong positive surface temperature anomalies over central Siberia, Alaska, and the western Canadian Arctic in May (which persisted into June; section 5b) were associated with rapid reductions in regional snow depth reflected in the May and June depth anomalies (Figs. 5.17b,c) and earlier than normal snowmelt in these regions (Fig. 5.16b), which drove the negative continental-scale SCE anomalies in May and June (Figs. 5.16b,c).



**FIG. 5.17. Snow depth anomaly (% of 1999–2010 average) from the CMC snow depth analysis for (a) Apr, (b) May, and (c) Jun 2015.**

### h. River discharge—R. M. Holmes, A. I. Shiklomanov, S. E. Tank, J. W. McClelland, and M. Tretiakov

River discharge integrates hydrologic processes occurring throughout the surrounding landscape. Consequently, changes in the discharge of large rivers can be a sensitive indicator of widespread changes in watersheds (Rawlins et al. 2010; Holmes et al. 2013). Changes in river discharge also impact coastal and ocean chemistry, biology, and circulation. This interaction is particularly strong in the Arctic, given the relative volume of river discharge to ocean volume. Rivers in this region transport >10% of the global river discharge into the Arctic Ocean, which represents only ~1% of the global ocean volume (Aagaard and Carmack 1989; McClelland et al. 2012).

In this section, annual river discharge values since 2011 are presented for the eight largest Arctic rivers, and recent observations are compared to a 1980–89 reference period (the first decade with data from all eight rivers). Six of the rivers lie in Eurasia and two are in North America. Together, the watersheds of these rivers cover 70% of the $16.8 \times 10^6$ km$^2$ pan-Arctic drainage area and, as such, account for the majority of riverine freshwater inputs to the Arctic Ocean (Fig. 5.18). Discharge data for the six Eurasian rivers are analyzed through 2015, whereas data from the Yukon and Mackenzie Rivers in North America are only available through 2014. Most of these data are now available through the Arctic Great Rivers Observatory (www.arcticgreatrivers.org).

A long-term increase in Arctic river discharge has been well documented and may be linked to increasing precipitation associated with global warming (Peterson et al. 2002; McClelland et al. 2006; Shiklomanov and Lammers 2009; Overeem and

Syvitski 2010; Rawlins et al. 2010). The long-term discharge trend is greatest for rivers of the Eurasian Arctic and constitutes the strongest evidence of intensification of the Arctic freshwater cycle (Rawlins et al. 2010).

In 2015, the combined discharge of 2051 km$^3$ for the six largest Eurasian Arctic rivers was 15% greater than the 1980–89 average (Fig. 5.19; Table 5.2), and the peak discharge occurred earlier than the average over the same period (Fig. 5.20). This is the fourth highest combined discharge value since measurements began in 1936. The four highest values have



**FIG. 5.18. Map showing the watersheds of the eight rivers featured in this section. The blue dots show the location of the discharge monitoring stations and the red line shows the boundary of the pan-Arctic watershed.**

TABLE 5.2. Annual discharge for 2012, 2013, and 2014 for the eight largest Arctic rivers, compared to long-term and decadal averages back to the start of observations. Values for 2015 are provided for the six Eurasian rivers. Red values indicate provisional data, which are subject to modification before official data are released.

| Discharge (km³ yr⁻¹) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Yukon | Mackenzie | Pechora | S. Dvina | Ob' | Yenisey | Lena | Kolyma | Sum |
| 2015 | | | 123 | 80 | 527 | 654 | 585 | 82 | |
| 2014 | 227 | 272 | 116 | 91 | 448 | 640 | 607 | 86 | 2487 |
| 2013 | 213 | 311 | 82 | 97 | 372 | 527 | 600 | 80 | 2282 |
| 2012 | 232 | 306 | 103 | 117 | 300 | 458 | 665 | 59 | 2240 |
| Average 2010–15 | 212 | 293 | 108 | 93 | 409 | 594 | 583 | 75 | 2366 |
| Average 2000–09 | 207 | 305 | 124 | 103 | 415 | 640 | 603 | 78 | 2475 |
| Average 1990–99 | 217 | 275 | 117 | 111 | 405 | 613 | 532 | 68 | 2338 |
| Average 1980–89 | 206 | 273 | 108 | 100 | 376 | 582 | 549 | 68 | 2262 |
| Average 1970–79 | 184 | 292 | 108 | 94 | 441 | 591 | 529 | 65 | 2304 |
| Average 1960–69 | | 273 | 112 | 98 | 376 | 546 | 535 | 73 | |
| Average 1950–59 | | | 110 | 108 | 380 | 566 | 511 | 74 | |
| Average 1940–49 | | | 102 | 100 | 424 | 578 | 498 | 72 | |
| Average for Period of Record | 206 | 286 | 111 | 100 | 401 | 589 | 540 | 71 | 2305 |

all occurred in the past 14 years. Overall, the most recent data indicate a continuing long-term increase in Eurasian Arctic river discharge, at a rate of 3.5% ± 2.1% decade⁻¹ since 1976. Looking more closely at recent years, Eurasian Arctic river discharge generally declined between 2007 and 2012 and then began to increase again in 2013. Values for 2012 (1702 km³), 2013 (1759 km³), and 2014 (1989 km³) were 5% less, 1% less, and 2% greater than the 1980–89 period, respectively. The short-term variability in Eurasian Arctic river discharge is consistent with previous increases and decreases over 4–6 year intervals in the past (Fig. 5.19).

For the North American Arctic rivers considered here (Yukon and Mackenzie), the combined discharge declined each year from 2012 (538 km³) to 2014 (499 km³), yet in each of those years the combined discharge was greater than the long-term average (493 km³ year⁻¹; Fig. 5.19; Table 5.2). Thus, as discussed for Eurasian rivers, these most recent data indicate a longer-term pattern of increasing river discharge (Fig. 5.19). At a rate of 2.6% ± 1.7% decade⁻¹ since 1976, the overall trends of increasing discharge are remarkably similar for the North American

and Eurasian rivers. (Increases per decade follow a Mann–Kendall trend analysis; error bounds are 95% confidence intervals for the trend.)



FIG. 5.19. Long-term trends in annual discharge for Eurasian and North American Arctic rivers. The Eurasian rivers are Severnaya Dvina, Pechora, Ob', Yenisey, Lena, and Kolyma. The North American rivers are Yukon and Mackenzie. Note the different scales for the Eurasian and North American river discharge; discharge from the former is 3–4 times greater than the latter. Reference lines show long-term means for the Eurasian (1812 km³ yr⁻¹, 1936–2015) and North American (493 km³ yr⁻¹, 1976–2014) rivers.



**Fig. 5.20.** Combined daily discharge for the six Eurasian Arctic rivers in 2015 compared to the 1980–89 average.

Considering the eight Eurasian and North American Arctic rivers together, their combined discharge in 2014 (2487 km³) was 10% greater than the average discharge for 1980–89. Comparing 2014 to 2012, the combined discharge of these eight rivers was almost 250 km³ greater in 2014. For perspective, 250 km³ is approximately 14 times the annual discharge of the Hudson River, the largest river on the east coast of the United States.

*i.   Terrestrial permafrost*—V. E. Romanovsky, S. L. Smith, K. Isaksen, N. I. Shiklomanov, D. A. Streletskiy, A. L. Kholodov, H. H. Christiansen, D. S. Drozdov, G. V. Malkova, and S. S. Marchenko

Permafrost is defined as soil, rock, and any other subsurface earth material that exists at or below 0°C continuously for two or more consecutive years. On top of permafrost is the active layer, which thaws during the summer and freezes again the following winter. The mean annual temperature of permafrost and the active layer thickness (ALT) are good indicators of changing climate and therefore designated as essential climate variables (Smith and Brown 2009; Biskaborn et al. 2015) by the Global Climate Observing System Program of the World Meteorological Organization. Changes in permafrost temperatures and ALT at undisturbed locations in Alaska, Canada, Russia, and the Nordic region (Fig. 5.21) are reported here. Regional variability in permafrost temperature records, described below, indicates more substantial permafrost warming since 2000 in higher latitudes than in the subarctic. This is in general agreement with the pattern of average air temperature anomalies.

In 2015, record high temperatures at 20-m depth were measured at all permafrost observatories on the North Slope of Alaska (Barrow, West Dock, Franklin Bluffs, Happy Valley, and Galbraith Lake in Fig. 5.22a; Romanovsky et al. 2015). The permafrost temperature increase in 2015 was substantial and comparable to the highest rate of warming observed in this region so far, which occurred during the period 1995–2000; 20-m depth temperatures in 2015 were from 0.10°C to 0.17°C higher than those in 2014 (Fig. 5.22a)

on the North Slope. Since 2000, temperature at 20-m depth in this region has increased between 0.21°C and 0.66°C decade⁻¹ (Fig. 5.22a; Table 5.3). Permafrost temperatures in Interior Alaska were higher in 2015 than 2014 at all sites (Old Man, College Peat, Birch Lake, Gulkana, and Healy in Fig. 5.22b), except for Coldfoot. Notably, this warming followed slight cooling of 2007–13 (Fig. 5.22b). However, the recent warming in the interior (see section 5b; Fig. 5.2) was not strong enough to bring permafrost temperatures back to the record highs observed between the mid-1990s and the mid-2000s except at Gulkana (Fig. 5.22b; Table 5.3).

In northwestern Canada, temperatures in warm permafrost of the central Mackenzie Valley (Norman Wells and Wrigley in Fig. 5.22b) were similar in 2014/15 to those observed the previous year.



**Fig. 5.21.** Location of the permafrost monitoring sites shown in Fig. 5.22 superimposed on average air temperature anomalies during 2000–14 (with respect to the 1971–2000 mean) from the NCEP–NCAR reanalysis (Kalnay et al. 1996) (Source: NOAA/ESRL.) Sites shown in Fig. 5.22 are (a) Barrow (Ba), West Dock (WD), KC-07 (KC), Deadhorse (De), Franklin Bluffs (FB), Galbraith Lake (GL), Happy Valley (HV), Norris Ck (No); (b) College Peat (CP), Old Man (OM), Chandalar Shelf (CS), Birch Lake (BL), Coldfoot (Co), Norman Wells (NW), Wrigley 2 (Wr), Healy (He), Gulakana (Gu), Wrigley 1 (Wr); (c) Eureka EUK4 (Eu), Alert BH2 (Al), Alert BH5 (Al), Resolute (Re), Alert BH1 (Al), Arctic Bay (AB), Pond Inlet (PI), Pangnirtung (Pa); (d) Janssonhaugen (Ja), Urengoy #15-10 (Ur), Juvvasshøe (Ju), Tarfalaryggen (Ta), Bolvansky #59 (Bo), Bolvansky #65 (Bo), Urengoy #15-06 (Ur), Bolvansky #56 (Bo), Iskoras Is-B-2 (Is).



Fɪɢ. 5.22. Time series of mean annual ground temperature at depths of 9–26 m below the surface at selected measurement sites that fall roughly into the Adaptation Actions for a Changing Arctic Project (AMAP 2015) priority regions: (a) cold continuous permafrost of NW North America (Beaufort–Chukchi region); (b) discontinuous permafrost in Alaska and northwestern Canada; (c) cold continuous permafrost of eastern and high Arctic Canada (Baffin Davis Strait); (d) continuous to discontinuous permafrost in Scandinavia, Svalbard, and Russia/Siberia (Barents region). Temperatures are measured at or near the depth of penetration of the seasonal ground temperature variations. Data series are updated from Christiansen et al. 2010; Romanovksy et al. 2015; Smith et al. 2015; Ednie and Smith 2015.

Tᴀʙʟᴇ 5.3. Change in mean annual ground temperature (MAGT; °C decade⁻¹) for sites shown in Fig. 5.22, for which data are available for 2015 († indicates discontinuous permafrost regions). For sites with records initiated prior to 2000, the rate for the entire available record is provided along with the rate for the period after 2000. (Note records for some sites only began after 2007 as shown in Fig. 5.22).

| Region | Sites | Entire Record | Since 2000 |
|---|---|---|---|
| Central Mackenzie Valley † | Norman Wells (NW), Wrigley (Wr) | +0.1 to +0.2 | <+0.1 to +0.2 |
| Northern Mackenzie Valley | Norris Ck (No), KC-07(KC) | NA | +0.4 to +0.7 |
| Baffin Island | Pond Inlet (PI) | NA | +0.7 |
| High Canadian Arctic | Resolute (Re), Eureka (Eu) | NA | +0.4 to +0.7 |
| High Canadian Arctic | Alert (Al), BH5, BH1, BH2 | +0.53, +0.3 to +0.4 | +1.2, +0.7 to +0.9 |
| Alaskan Arctic plain | West Dock (WD), Deadhorse (De), Franklin Bluffs (FB), Barrow (Ba) | +0.33 to +0.81 | +0.36 to +0.66 |
| Northern foothills of the Brooks Range, Alaska | Happy Valley (HV), Galbraith Lake (GL) | +0.25 to +0.37 | +0.21 to +0.35 |
| Southern foothills of the Brooks Range, Alaska † | Coldfoot (Co), Chandalar Shelf (CS), Old Man (OM) | +0.07 to +0.31 | +0.13 to +0.18 |
| Interior Alaska † | College Peat (CP), Birch Lake (BL), Gulkana (Gu), Healy (He) | +0.03 to +0.15 | −0.05 to +0.02 |
| North of West Siberia | Urengoy 15-06 and 15-10 (Ur) | +0.31 to +0.47 | +0.1 to +0.19 |
| Russian European North | Bolvansky 56, 59, and 65 (Bo) | +0.18 to +0.46 | +0.1 to +0.83 |
| Svalbard | Janssonhaugen (Ja) | +0.7 | +0.7 |
| Northern Scandinavia † | Tarfalarggen (Ta), Iskoras Is-B-2 (Is) | NA | +0.1 to +0.4 |
| Southern Norway † | Juvvasshøe (Ju) | +0.2 | +0.2 |

Permafrost in this region has generally warmed since the mid-1980s, with less warming observed since 2000 (Table 5.3), corresponding to a period of steady air temperatures. In contrast, greater recent warming has been observed in the colder permafrost of the northern Mackenzie (Norris Ck, KC-07 in Fig. 5.22a and Table 5.3) with 2014/15 temperatures higher than those recorded over the previous 5–7 years, reflecting an increase in air temperatures over the last decade (Fig. 5.21).

Mean temperatures for 2014/15 in the upper 25 m of the ground at Alert, northernmost Ellesmere Island in the high Canadian Arctic, were among the highest recorded since 1978 (Fig. 5.22c). Since 2010, temperatures have changed little or even declined, consistent with lower air temperatures since 2010 (Smith et al. 2015). However, higher permafrost temperature at 15-m depth in 2014/15 compared to 2013/14 appears to reflect an increase in air temperature since 2013. Since 2000, Alert permafrost temperatures have increased at a higher rate (Table 5.3) than that for the entire record (Smith et al. 2015), consistent with air temperature anomaly patterns (Fig. 5.21). Short records, from other high Arctic sites in the Queen Elizabeth Islands (Resolute and Eureka) and on Baffin Island (Pond Inlet) in the eastern Arctic, indicate some cooling of permafrost since 2012/13 at 10–15-m depth (Fig. 5.22c). However, a general warming trend is observed (Table 5.3) with higher temperatures in 2014/15 than in 2008/09 when measurements began.

Similar to northern Alaska and the Canadian high Arctic, permafrost temperature has increased by 1–2°C in northern Russia during the last 30 to 35 years. In the Russian European North and in the western Siberian Arctic, for example, temperatures at 10-m depth have increased by ~0.4°C to 0.6°C decade[-1] since the late 1980s at colder permafrost sites (in Fig. 5.22d, Bolvansky #59, Urengoy #15-5, and #15-10). Less warming has been observed at warm permafrost sites (Table 5.3; in Fig. 5.22d, sites Bolvansky #56 and Urengoy #15-6; Drozdov et al. 2015).

In the Nordic countries (including Svalbard), regional warming and thawing of permafrost have been observed recently (Christiansen et al. 2010; Isaksen et al. 2011; Farbrot et al. 2013). Since 2000, temperature at 20-m depth has increased between



**Fig. 5.23.** Long-term active-layer change from selected sites in six different Arctic regions as observed by the Circumpolar Active Layer Monitoring project (Shiklomanov et al. 2012). The data are presented as annual percentage deviations from the mean value for the period of observations. Thaw depth observations from the end of the thawing season were used. Only sites with at least 10 years of continuous thaw depth observations are shown in the figure. Solid red lines show mean values. Dashed black lines represent maximum and minimum values. In the Nordic countries (not shown here) active layer records (1996–2015) indicate a general increase in ALT since 1999. Maximum ALT was observed in 2011 followed by a period of thinner active layers.

0.1°C and 0.7°C decade[-1] (Fig. 5.22d; Table 5.3) with lower rates of increase occurring at sites in the discontinuous permafrost zone that are affected by latent heat exchange at temperatures close to 0°C. Higher temperature increases occurred at colder permafrost sites on Svalbard and in northern Scandinavia. In southern Norway permafrost was warmer in 2015 compared to 2014, a warming that followed a period of cooling between 2011 and 2014.

Active layer thickness [determined by probing according to Brown et al. (2000) and Shiklomanov et al. (2012)] at North Slope and Alaska Interior locations was on average greater in 2015 than in 2014 (Fig. 5.23). An increase in the thickness of the ALT indicates warming surface temperature. Of 26 North Slope sites observed in 2015, only nine had ALT values within 1 cm of those observed in 2014, while the majority of sites had greater ALT values than in 2014. The average ALT in 2015 for the 20 North Slope sites with records of at least 10 years was 0.51 m, which is 3 cm higher than the 1995–2013 average. In the interior of Alaska, three of the four active sites reported an ALT increase in 2015. The most pronounced change occurred at a site where surface cover was burned in 2010. Here ALT was 1.78 m in 2015, which is 0.10 m greater than the 2014 value and 1.23 m greater than the prefire 1990–2010 average.

Records from 25 sites with thaw tubes in the Mackenzie Valley, northwestern Canada, indicate that ALT in 2014 (the most recent year data are available) was

on average about 4% greater than the 2003–12 mean (Fig. 5.23). Although ALT in this region has generally increased since 2008 (Duchesne et al. 2015), there has been a decrease since 2012.

In Russia, active layer observations were conducted at 44 sites in 2015. Since 2009, a progressive increase in ALT is evident for western Siberian locations (Fig. 5.23), with a substantial increase in 2015 of 0.05–0.20 m. Locations in the Russian European North have been characterized by almost monotonic thickening of the active layer over the 1999–2012 period. However, after reaching its maximum in 2012, the ALT decreased for three consecutive years (Fig. 5.23). In central Siberia (Low Yenisey region) ALT increased by 0.07–0.10 m, while ALT in the East Siberian region (Yakutsk) was largely unchanged from 2014 values. In northeastern Siberia, ALT in 2015 was 4% lower than the 2014 peak values. Similarly, in Chukotka (Russian Far East) 2015 ALT values were on average 2% lower than in 2014 (Fig. 5.23).

However, ALT was still greater in 2012–15 than the long-term average value. The summer of 2014 was particularly warm in the Nordic countries and contributed to the thickest active layer measured to date at some places. On Svalbard (Janssonhaugen) ALT increased by 10% in 2015 compared to the 2000–14 mean and was the highest in the entire 1998–2015 observational record.

### j. Ozone and UV radiation—G. Bernhard, I. Ialongo, J.-U. Grooß, J. Hakkarainen, B. Johnsen, G.L. Manney, V. Fioletov, A. Heikkilä, K. Lakkala

The minimum Arctic daily total ozone column (TOC) measured by satellites (Levelt et al. 2006) in March 2015 was 389 Dobson Units (DU). Measurements from March are used for assessing the temporal evolution of Arctic ozone because chemically induced loss of ozone typically peaks in the month of March (WMO 2014). The March 2015 value was 17 DU (5%) above the average of 372 DU for the period of available measurements (1979–2014) and 23 DU (6%) above the average for the past decade, 2005–14 (Fig. 5.24). The record low was 308 DU in 2011. Figure 5.24 also indicates that the Arctic ozone interannual variability is large: the standard deviation for the period 1979–2014 is 35 DU. This large variability is caused by dynamical effects that affect vortex size and longevity, transport of ozone into the lower stratosphere, and stratospheric chemistry via its sensitivity to temperature (e.g., Tegtmeier et al. 2008; WMO 2014).

Between December 2014 and April 2015, ozone concentrations measured at an altitude of 20 km by the Microwave Limb Sounder (MLS) aboard the



Fɪɢ. 5.24. Time series of area-averaged minimum total ozone (DU) for Mar in the Arctic, calculated as the minimum of daily average column ozone poleward of 63° equivalent latitude (Butchart and Remsberg 1986). Open circles represent years in which the polar vortex broke up before Mar. Ozone in those years was relatively high due to mixing with air from lower latitudes and higher altitudes and a lack of significant chemical ozone depletion. Red and green lines indicate the average TOC for 1979–2014 and 2005–14, respectively. [Sources: Data are adapted from Müller et al. (2008) and WMO (2014), updated using ERA-Interim reanalysis data (Dee et al. 2011). Ozone data from 1979 to 2012 are based on the combined total column ozone database version 2.8 produced by Bodeker Scientific (www.bodekerscientific.com/data/total-column-ozone). Data for 2013–15 are from OMI.]

*Aura* satellite were the highest in the MLS record, which started in August 2004 (Manney et al. 2015). The altitude of 20 km is representative of the lower stratosphere (altitude range of 15 km to 25 km) where chemical destruction of ozone is typically observed in spring when temperatures drop below −78°C (equal to about −108°F or 195 K). Chemically induced loss of ozone was minimal in the spring of 2015 because of a minor sudden stratospheric warming (SSW) event in early January. This event caused lower stratospheric temperatures to rise above the critical temperature for the formation of polar stratospheric clouds, which is a prerequisite for heterogeneous chemical reactions that destroy ozone. A second reason for the abnormally high ozone concentrations observed in 2015 was larger-than-usual transport of ozone-rich air into the lower stratosphere from higher altitudes, as observed by MLS (Manney et al. 2015). As a consequence, TOCs in the spring of 2015 were relatively high (Figs. 5.24, 5.25b).

Spatial deviations of monthly average TOCs from historical (2005–14) means were estimated with measurements by the Ozone Monitoring Instrument (OMI), which is collocated with MLS on the *Aura* satellite (Figs. 5.25a, 5.25b). Monthly average TOCs for March 2015 exceeded historical means by more than 10% over Iceland, southern Greenland, the Davis Strait between Greenland and Canada, and eastern Canada (Fig. 5.25a). In contrast, TOCs over most of Siberia were 2.5%–7.5% below the 2005–14 average



**FIG. 5.25. Anomalies of total ozone column and the noontime UV index in 2015 relative to 2005–14 means. TOC anomaly for (a) Mar and (b) Apr. UVI anomaly for (c) Mar and (d) Apr (first value in parenthesis). Data are based on measurements from the OMI. Monthly means calculated from OMTO3 Level 3 total ozone products (Bhartia and Wellemeyer 2002) that are provided in 1° × 1° spatial gridding. (c) and (d) also indicate UVI anomalies measured by ground-based instruments at 12 locations (second value presented). Gray shading indicates areas where no OMI data are available.**

with somewhat larger negative departures east of Moscow. Monthly average TOCs for April 2015 were above 2005–2014 means over almost the entire Arctic (Fig. 5.25b). Positive TOC anomalies between 10% and 20% were observed at the North Pole, northern Greenland, and the Canadian Arctic Archipelago.

UV radiation is quantified with the UV index (UVI), a measure of the ability of UV radiation to cause erythema (sunburn) in human skin (WHO 2002). In addition to its inverse dependence on TOC, the UVI depends greatly on the sun angle, cloud cover, and surface albedo (Weatherhead et al. 2005). In the Arctic, the UVI ranges from 0 to about 7, with

sites closest to the North Pole having the smallest peak radiation and UVI values <4 all year. UVI values <5 indicate low to moderate risk of erythema (WHO 2002).

Maps shown in Figs. 5.25c,d quantify differences of monthly average noontime UVIs from historical (2005–14) means for March and April and are based on observations derived from OMI. The OMI UV algorithm uses a surface albedo climatology (Tanskanen et al. 2003) that does not change from year to year. At places where the actual surface albedo deviates greatly from the OMI albedo climatology (e.g., when snowmelt occurred earlier than usual), OMI UVI data may be biased by more than 50%, although differences in absolute values rarely exceed 2 UVI units (Bernhard et al. 2015). Figures 5.25c,d therefore also compare UVI anomalies measured by OMI and ground-based instruments deployed throughout the Arctic and Scandinavia. Anomalies derived from the two datasets agree to within ±12% at all locations, with the exception of Andøya for April (OMI overestimates the actual anomaly by 16%) and Jokioinen for March (overestimate by 27% or 0.3 UVI units). The large discrepancy for Jokioinen can be explained by early snowmelt on 9 March while the OMI climatology assumes snow cover through the month of March. Persistent cloud cover in the second half of March also contributed to this discrepancy.

Monthly average noontime UVIs for March 2015 were below the 2005–14 means in a belt stretching from the Greenland Sea and Iceland in the east to Hudson Bay and the Canadian Arctic Archipelago in the west (Fig. 5.25c). This region roughly agrees with the region where TOCs were abnormally high in March 2015 (Fig. 5.25a), but UVI anomalies show a larger spatial variability than TOCs because of their added dependence on cloud cover. Monthly average noontime UVIs for April 2015 were 5%–15% below the 2005–14 means over almost the entire Arctic (Fig. 5.25d), consistent with the positive ozone anomalies observed in this month (Fig. 5.25b).

## 6. ANTARCTICA—S. Stammerjohn, Ed.

### a. Overview—S. Stammerjohn

In strong contrast to 2014, 2015 was marked by low regional variability in both atmospheric and oceanic anomalies, at least for the first half of the year. The Antarctic-wide distribution of anomalies coincided with a strong positive southern annular mode (SAM) index. However, by October, the high-latitude response to El Niño became evident, but the associated anomalies were rather atypical compared to the mean response from six previous El Niño events. Simultaneously, a somewhat tardy but unusually large and persistent Antarctic ozone hole developed. These springtime conditions imparted strong regional contrasts late in the year, particularly in the West Antarctic sector. Other noteworthy Antarctic climate events from 2015 are below:

- For most of the year surface pressure was lower and temperatures were cooler than the 1981–2010 climatology, along with stronger-than-normal circumpolar westerly winds, slightly higher-than-normal precipitation over the ocean areas, and mostly shorter-than-normal melt seasons on the continent. These anomalies were consistent with the positive SAM index registered in all months except October. February had a record high SAM index value of +4.92 (13% higher than the previous high value recorded over 1981–2010).

- There was an abrupt but short-lived switch in the mean surface temperature anomaly for the continent (from cold to warm) and a weakening of the negative surface pressure anomaly in October 2015. These atmospheric circulation changes coincided with the emerging high-latitude response to El Niño, the ozone hole, and a shift in the SAM index from positive to negative.

- The 2015 Antarctic ozone hole was amongst the largest in areal coverage and most persistent, based on the record of ground and satellite observations starting in the 1970s. This very large ozone hole was caused by unusually weak stratospheric wave dynamics, resulting in a colder- and stronger-than-normal stratospheric polar vortex. The persistently below-normal temperatures enabled larger ozone depletion by human-produced chlorine and bromine compounds, which are still at fairly high levels despite their continuing decline resulting from the Montreal Protocol and its Amendments.

- Although the 2015 El Niño produced strong atmospheric circulation anomalies in the South Pacific, thus affecting temperatures and sea ice in the West Antarctic sector, its impact across the rest of Antarctica was weaker due to an atypical teleconnection pattern.

- There was a continuation of near-record high Antarctic sea ice extent and area for the first half of 2015, with 65 sea ice extent and 46 sea ice area daily records attained by July. However, at mid-year, there was a reversal of the sea ice anomalies, shifting from record high levels in May to record low levels in August. This was then followed by a period of near-average circumpolar sea ice (relative to the 36-year satellite record).

- Together with unusually high sea ice extent, particularly in the West Antarctic sector, SSTs were also cooler than average, in contrast to warmer-than-normal SSTs equatorward of the polar front. South of the polar front, sea surface height anomalies were negative, consistent with the mostly positive SAM index. Compared to 2014, there was a small decrease in sea level detected around the continental margin as well, leading to a slight increase in the estimated volume transport of the Antarctic Circumpolar Current. These changes are, however, superimposed on longer-term increases in sea level and a potential small decrease in volume transport. The 2015 deep ocean observations at 140°E indicate a continued freshening of Antarctic Bottom Water, relative to observations in the late 1960s and more frequent observations since the 1980s.

Details on the state of Antarctica's climate in 2015 and other climate-related aspects of the Antarctic region are provided below, starting with the atmospheric circulation, surface observations on the continent (including precipitation and seasonal



**Fig. 6.1. Map of stations and other regions used throughout the chapter.**

melt), ocean observations (including sea ice and ocean circulation), and finally the Antarctic ozone hole. Newly included this year is the southern high latitude response to El Niño (Sidebar 6.1) and the state of Antarctic ecosystems in the face of climate perturbations (Sidebar 6.2). Place names used in this chapter are provided in Fig. 6.1.

### b. Atmospheric circulation—K. R. Clem, S. Barreira, and R. L. Fogt

The 2015 atmospheric anomalies across Antarctica were dominated by below-average surface temperatures over much of coastal and interior Antarctica from January to September, particularly across the Antarctic Peninsula and the surrounding Weddell and Bellingshausen Seas. Negative pressure anomalies in the Antarctic troposphere during the first half of the year weakened in August, while the stratosphere poleward of 60°S became very active beginning in June with strong negative pressure and temperature anomalies and an amplification of the stratospheric vortex. Using a station-based SAM index (normalized difference in zonal mean sea level pressure between 40°S and 65°S; Marshall 2003), the generally low pressure conditions gave rise to positive SAM index values, which were observed in every month except October during 2015. Figure 6.2 depicts a vertical cross section of the geopotential height anomalies (Fig. 6.2a) and temperature anomalies (Fig. 6.2b) averaged over the polar cap (60°–90°S), as well as the circumpolar zonal wind anomalies (Fig. 6.2c) averaged over 50°–70°S and the Marshall (2003) SAM index average for each month.

Climatologically, the year was split into four time periods (denoted by vertical red lines in Fig. 6.2) that were selected based on periods of similar temperature and pressure anomalies (Fig. 6.3). The composite anomalies (contours) and standard deviations (from the 1981–2010 climatological average; shading) for each of the time periods are shown in Fig. 6.3; surface pressure anomalies are displayed in the left column and 2-m temperature anomalies in the right column.

During January–March, the large-scale circulation was marked with negative geopotential height (Fig. 6.2a) and surface pressure (Fig. 6.3a) anomalies over Antarctica and positive surface pressure anomalies over much of the middle latitudes. The Marshall SAM index was strongly positive, and reached a record monthly mean high value during February [+4.92; Fig. 6.2; Marshall (2003); SAM index values start in 1957]. At this time, the circumpolar zonal winds exceeded 2 m s⁻¹ (>1.5 standard deviations) above the climatological average throughout the



FIG. 6.2. Area-weighted averaged climate parameter anomalies for the southern polar region in 2015 relative to 1981–2010: (a) polar cap (60°–90°S) averaged geopotential height anomalies (contour interval is 50 m up to ±200 m with additional contour at ±25 m, and 100 m contour interval after ±200 m); (b) polar cap averaged temperature anomalies (contour interval is 1°C up to ±4°C with additional contour at ±0.5°C, and 2°C contour interval after ±4°C); (c) circumpolar (50°–70°S) averaged zonal wind anomalies (contour interval is 2 m s⁻¹ with additional contour at ±1 m s⁻¹). Shading represents standard deviation of anomalies from the 1981–2010 climatological average. (Source: ERA-Interim reanalysis.) Red vertical bars indicate the four separate climate periods used for compositing in Fig. 6.2; the dashed lines near Dec 2014 and Dec 2015 indicate circulation anomalies wrapping around the calendar year. Values from the Marshall (2003) SAM index are shown below panel (c) in black (positive values) and red (negative values).

troposphere and lower stratosphere (Fig. 6.2c). Much of the coastal Antarctic 2-m temperatures were below average (Fig. 6.3b), with the exception of areas of the Ross Ice Shelf and Wilkes Land (~90°E–180°). Positive temperature anomalies were observed throughout much of the stratosphere over the polar cap (Fig. 6.2b).

Positive SAM index values continued during April but weakened in May. This was due to a strong positive surface pressure anomaly southwest of Australia, while the remainder of the middle latitudes experi-



**Fig. 6.3. (left) Surface pressure anomalies and (right) 2-m temperature anomalies relative to 1981–2010 for (a) and (b) Jan–Mar 2015; (c) and (d) Apr–May 2015; (e) and (f) Jun–Sep 2015; and (g) and (h) Oct–Dec 2015. Contour interval for (a), (c), (e), and (g) is 2 hPa; contour interval for (b) and (h) is 1°C and contour interval for (d) and (f) contour interval is 2°C. Shading represents standard deviations of anomalies relative to the selected season from the 1981–2010 average. (Source: ERA-Interim reanalysis.)**

enced negative surface pressure anomalies with a weakening of the circumpolar zonal winds in May (Fig. 6.2c). Much of East Antarctica was colder than average, particularly offshore along coastal Queen Maud Land (30°W–0°) and portions of the Ross Sea westward towards Mirny station (~90°E), while the Amundsen Sea and the Ronne-Filchner Ice Shelf were slightly warmer than average (Fig. 6.3d).

During June–September, negative polar-cap averaged geopotential height anomalies and positive circumpolar zonal wind anomalies were observed

throughout the troposphere and stratosphere. Strong positive surface pressure anomalies occurred over the South Pacific, southwest of Australia, and over the South Atlantic, while strong negative surface pressure anomalies occurred over the Weddell Sea (Fig. 6.3e); these conditions led to positive SAM index values through September. Antarctic 2-m temperatures were primarily below average (Fig. 6.3f), with anomalies over the Antarctic Peninsula, Bellingshausen Sea, and eastern Amundsen Sea more than 2.5 standard deviations below the climatological average.

By October–December, positive surface pressure and 2-m temperature anomalies developed over interior East Antarctica, with the strongest warming noted over Queen Maud Land, while the Drake Passage and coastal Wilkes Land remained colder than average (Figs. 6.3g,h). A strong negative surface pressure anomaly was observed south of New Zealand and a strong positive surface pressure anomaly was observed in the southeastern South Pacific, likely tied to the strengthening of the El Niño conditions in the tropical Pacific. These circulation anomalies over the South Pacific brought cold, southerly flow to the coastal and offshore regions of Wilkes Land and the offshore region of the northwestern Antarctic Peninsula, respectively. Meanwhile, the stratosphere over the polar cap became very active after September. Negative temperature and geopotential height anomalies of 1–2 standard deviations below the climatological average propagated down through the stratosphere from October to December. A marked strengthening of the stratospheric circumpolar vortex occurred in response to the stratospheric cooling, with positive zonal wind anomalies exceeding 1–2 standard deviations above the climatological average throughout the stratosphere to finish the year. Over this time period (October–December) the SAM index values also weakened, and a negative value was observed in October 2015, coincident with the weaker and more regional nature of the near-surface conditions (Fig. 6.3).

### c. Surface manned and automatic weather station observations—S. Colwell, L. M. Keller, M. A. Lazzara, A. Setzer, R. L. Fogt, and T. Scambos

The circulation anomalies described in section 6b are discussed here in terms of observations at staffed and automatic weather stations (AWS). Climate data that depict regional conditions are displayed for four staffed stations (Bellingshausen on the Antarctic Peninsula, Halley in the Weddell Sea, Mawson in the Indian Ocean sector, and Amundsen-Scott at the South Pole; Figs. 6.4a–d) and two AWSs (Byrd in West



**FIG. 6.4. 2015 Antarctic climate anomalies at six representative stations [four staffed (a)–(d) and two automatic (e)–(f)]. Monthly mean anomalies for temperature (°C) and surface pressure (hPa) are shown, with + denoting record anomalies for a given month at each station in 2015. All anomalies are based on differences from 1981–2010 averages, except for Gill, which is based on averages during 1985–2013. Observational data start in 1968 for Bellingshausen, 1957 for Halley and Amundsen-Scott, 1954 for Mawson, 1985 for Gill AWS, and 1981 for Byrd AWS.**

1981–2010 mean, with the exception of June and July at Halley. In June, the mean monthly value nearly matched the lowest recorded mean monthly value and included a new record for the extreme daily minimum value, which was −56.2°C. The anomalously cold conditions in June were followed by a respite to anomalously warm conditions in July that were then followed by below- to near-average temperatures for the rest of the year.

Around the coast of East Antarctica, all of the Australian stations had near-average temperatures at the start and end of the year and colder-than-average temperatures from April to August, except for Casey (not shown) in June when the temperature was slightly higher than average. Davis (not shown) and Mawson (Fig. 6.4c) both had very low monthly mean temperatures in May (a record low at Mawson). Temperatures at Mawson were also anomalously low again in July. At Amundsen-Scott station (Fig. 6.4d), the monthly mean temperatures were close to the long-term means with the exception of October and November when they were warmer than average.

In the Antarctic Peninsula, an all-time record warm air temperature for the continent may have been set at Esperança on 24 March, reaching +17.5°C during an intense foehn wind event that spanned much of the northeastern Peninsula. Temperatures rose as much as 30°C within 48 hours as an intense high pressure region over the Drake Passage and strong low pressure over the northwestern Weddell Sea drove strong downslope winds all along eastern Graham Land. An automated sensor at Foyn Point in

Antarctica and Gill on the Ross Ice Shelf; Figs. 6.4e,f). To better understand the statistical significance of records and anomalies discussed in this section, references can be made to the spatial anomaly maps in Fig. 6.3 (the shading indicates the number of standard deviations the anomalies are from the mean).

Monthly mean temperatures at Bellingshausen station (Fig 6.4a) on the western side of the Antarctic Peninsula were similar to the 1981–2010 mean at the start and end of the year, but from May to September, the values were consistently lower than the mean. Midway down on the west side of the Antarctic Peninsula, the temperatures at Rothera (not shown) followed a similar pattern. In the Weddell Sea region, the monthly mean temperatures at Halley (Fig. 6.4b) and Neumayer (not shown) were within ±2°C of the

the Larsen B embayment recorded still higher values briefly, at +18.7°C on the 24th, and several other weather stations in the region surpassed +17°C on 23 and 24 March.

Temperatures at the AWS locations provide a broader view of weather records and trends for the continent. For the Ross sector, Possession Island (not shown) reported a record low temperature of −21.9°C (greater than 2 standard deviations from the 1981–2010 mean) in September and then tied its record high mean temperature of 1.7°C in December. Otherwise, temperatures at Possession Island were above normal for February, August, October, November, and December and below normal for the rest of the months (no report for July). The Ross Ice Shelf region (e.g., Gill AWS, Fig. 6.4f) had generally above-normal temperatures from January through March and again in August, but these warm periods were interspersed by colder-than-normal temperatures, especially in April, July, and September. In West Antarctica, Byrd AWS (Fig. 6.4e) was colder than normal for March–April, June–August, and November–December and was warmer than normal otherwise. At Relay Station (not shown) on the Polar Plateau, temperatures were above normal through May, below normal for June–September, and then 5°C above normal in October. On the other side of the Polar Plateau, Dome C II (not shown) did not operate from May through part of September, but October and November had above-normal temperatures.

While stations over Antarctica generally did not report record temperature anomalies, many staffed and unstaffed stations reported record low pressure anomalies in at least one month. The pressure data from all staffed stations showed lower-than-average pressures for all months except October (Figs. 6.4a–d) and January at the Bellingshausen station (Fig. 6.4a). On the Ross Ice Shelf, almost every month had below-normal pressure with a record low anomaly reported for February for Possession Island (−6.7 hPa), Marble Point (−9.2 hPa, greater than 2 standard deviations below normal), Ferrell (−9.9 hPa, about 2 standard deviations below normal), and Gill AWS (−10.5 hPa, greater than 2 standard deviations below normal; the latter shown in Fig. 6.4f). The record low pressure anomalies ranged from −6.7 to −10.5 hPa. Possession Island was only above normal for May, and Marble Point had slightly above-normal pressure for October. Relay Station also had a record low pressure anomaly in February (−5.1 hPa), and pressures were below normal through the whole year until October. The record low pressure anomalies observed in February on both the Ross Ice Shelf and at Relay Station also coincided

with the record high SAM index value (Fig. 6.2c). Byrd AWS (Fig. 6.4e) in West Antarctica reported record low pressures in March and November (803.7 and 799.8 hPa, respectively), with only four other months reporting pressure anomalies less than 6 hPa below normal. There were also a few reported wind speed records (not shown), but most stations generally reported only slightly above or below normal wind speeds over the course of the year. Marble Point had a record low monthly mean wind speed of 2.4 m s$^{-1}$ in March, and Gill reported a record low wind speed of 1.5 m s$^{-1}$ in April (both more than 2 standard deviations below normal). Relay Station had a record high monthly mean wind speed of 9.1 m s$^{-1}$ in April (greater than 2 standard deviations above normal).

### d. Net precipitation (P−E)—D. H. Bromwich and S.-H. Wang

Precipitation minus evaporation/sublimation (P−E) closely approximates the surface mass balance over Antarctica, except for the steep coastal slopes (e.g., Bromwich et al. 2011; Lenaerts and van den Broeke 2012). Precipitation variability is the dominant term for P−E changes at regional and larger scales over the Antarctic continent. There are few precipitation gauge measurements for Antarctica, and those are compromised by blowing snow. In addition, over the interior Antarctic plateau, snowfall amounts are often less than the minimum gauge resolution. As a result, precipitation and evaporation fields from the Japanese 55-year Reanalysis (JRA-55; Kobayashi et al. 2015) were examined to assess Antarctic net precipitation (P−E) behavior for 2015. JRA-55, the second generation of JRA, is produced with a low-resolution version of the Japan Meteorological Agency's (JMA) operational data assimilation system as of December 2009, which incorporated many improvements achieved since JRA-25 (Onogi et al. 2007), including a revised longwave radiation scheme, four-dimensional data assimilation, bias correction for satellite radiances, and assimilation of newly available homogenized observations. These improvements have resulted in better fits to observations, reduced analysis increments and improved forecast results (Kobayashi et al. 2015). The model is run at a spatial resolution of TL319 (~0.5625° or 55 km) and at 60 vertical levels from the surface up to 0.1 hPa. In comparison to other long-term global reanalyses (e.g., NCEP1 and NCEP2), JRA has higher horizontal and vertical model resolution, uses a greater number of observations, and has a more advanced model configuration (e.g., Bromwich et al. 2007; Kang and Ahn 2015).

Figure 6.5 shows the JRA-55 2015 and 2014 annual anomalies of P − E and mean sea level pressure

(MSLP) departures from the 1981–2010 average. In general, annual $P-E$ anomalies (Figs. 6.5a,b) over the high interior of the continent are small (within ±50 mm yr⁻¹), but larger anomalies can be observed along the coast, consistent with the low and high snow accumulation in these regions. At higher latitudes (> 60°S) JRA-55 is quantitatively similar to JRA-25 and ERA-I (European Centre for Medium-Range Weather Forecasts Interim reanalysis) $P-E$ results (Bromwich and Wang 2014, 2015). The excessively high positive anomalies of JRA-25 over the Southern Ocean north of 60°S (that were noted in last year's report) are not present in JRA-55. JRA-55 also shows better overall agreement with ERA-I than JRA-25 during 2013 and 2014.

Based on JRA-55, the 2014 negative anomalies located at eastern Queen Maud Land (between 15° and 80°E) are weaker in 2015, and positive anomalies are observed over Enderby Land and the Amery Ice Shelf. The strong negative features between American Highland and Wilkes Land (between 80° and 150°E) observed in 2014 were replaced by weak positive anomalies in 2015, except near the Budd Coast region (near 115°E) where negative anomalies were observed again. The George V Coast and Ross Sea had positive anomalies in 2015, in contrast to 2014 conditions. The small positive anomalies over the western Ross Sea seen in 2014 were replaced by negative anomalies in 2015. Strong positive anomalies over the Amundsen and Bellingshausen Seas (between 150° and 75°W) in 2014 were weaker but remained positive in 2015. Small negative anomaly centers were present along



Fig. 6.5. JRA-55 (a–d) annual $P-E$ and MSLP anomalies: (a) 2015 $P-E$ anomalies (mm month⁻¹); (b) 2014 $P-E$ anomalies (mm month⁻¹); (c) 2015 MSLP anomalies (hPa); and (d) 2014 MSLP anomalies (hPa). All anomalies are departures from the 1981–2010 mean. (e) Monthly total $P-E$ (mm; dashed green) for the West Antarctic sector bounded by 75°–90°S, 120°W–180°, along with the SOI (dashed dark blue, from NOAA Climate Prediction Center) and SAM [dashed light blue, from Marshall (2003)] indices since 2010. In (a) and (b), Antarctic regions with greater than ±30% change are hatched; sloping denotes negative values and horizontal denotes positive. Centered annual running means are plotted as solid lines.

the West Antarctic coastline in 2015. Both sides of the Antarctic Peninsula have similar anomaly patterns to 2014, but were weaker. The negative $P-E$ anomaly center over the Weddell Sea in 2014 was replaced by a positive one in 2015.

These annual $P-E$ anomaly features were generally consistent with the mean atmospheric circulation implied by the MSLP anomalies (Figs. 6.5c,d). In 2015 the MSLP anomalies surrounding Antarctica were less localized than in 2014 (Figs. 6.5c,d). The MSLP

pattern in 2015 consisted of large negative pressure anomalies over Antarctica (or high latitudes) and a ring of positive pressure anomalies at midlatitudes, which resulted in positive SAM index values recorded for most of 2015 (Figs. 6.2c, 6.5e). This MSLP pattern tended to induce higher precipitation from the Southern Ocean into Antarctica. The positive MSLP anomaly over the Ronne Ice Shelf and the Weddell Sea in 2014 was replaced by a strong negative anomaly center at the tip of the Antarctic Peninsula in 2015. Enhanced cyclonic flows induced more inflow from the ocean and resulted in higher precipitation anomalies into the Weddell Sea and Queen Maud Land. A strong negative anomaly center at the southern Indian Ocean (near 105°E) in 2014 was replaced by large positive anomalies, with weak negative anomalies along the coast of East Antarctica. Combined with cyclonic flow produced by negative anomalies over Weddell Sea, it produced higher precipitation along Queen Mary Coast (between 60° and 125°E) in 2015. The large positive anomaly center in 2014 over the South Pacific Ocean (near 120°W) was enhanced in 2015. In combination with the expanded and strengthened negative anomalies over the western Ross Sea region, above-normal precipitation was observed in the Ross Sea and Amundsen Sea regions (Fig. 6.5a).

Earlier studies show that almost half of the moisture transport into Antarctica occurs in the West Antarctic sector. Here, there is also large interannual variability in moisture transport in response to atmospheric circulation patterns associated with extreme ENSO events (e.g., Bromwich et al. 2004) and high SAM index values (e.g., Fogt et al. 2011). As the seasons progressed from 2014 to 2015, the negative MSLP anomalies over the Ross Sea weakened (Figs. 6.3a,c, 6.5d), while a positive MSLP anomaly deepened offshore of 60°S (Figs. 6.5c,d). A positive anomaly then appeared in the Bellingshausen Sea and strengthened in later months of 2015 (Figs. 6.3e,g). These anomaly features are consistent with a simultaneously strong El Niño event and a positive SAM index. Figure 6.5e shows the time series of average monthly total $P - E$ over Marie Byrd Land–Ross Ice Shelf (75°–90°S, 120°W–180°) and the monthly Southern Oscillation index (SOI) and SAM indices (with 12-month running means). It is clear that the SOI and SAM index were

positively associated with each other, but negatively associated with $P - E$, in most months from 2010 to mid-2011. From then on, the SOI and SAM index were negatively associated through 2015. From 2014 into 2015, the SOI became more negative (indicating El Niño conditions in the tropical Pacific), while the SAM index became more positive. The atmospheric circulation pattern associated with a positive SAM index modulated the high latitude response to El Niño, and the associated MSLP anomalies were located farther north than normal (Sidebar 6.1). The end result was near-normal precipitation over Marie Byrd Land–Ross Ice Shelf (Fig. 6.5e), in contrast to higher-than-normal precipitation during previous El Niño events (e.g., Bromwich et al. 2004).

### e. *Seasonal melt extent and duration*—L. Wang and H. Liu

Seasonal surface melt on the Antarctic continent during 2014/15 was estimated from daily measurements of passive microwave brightness temperature using data acquired by the Special Sensor Microwave–Imager Sounder (SSMIS) onboard the Defense Meteorological Satellite Program (DMSP) *F17* satellite. The data were preprocessed and provided by the U.S. National Snow and Ice Data Center (NSIDC) in level-3 EASE-Grid format (Armstrong et al. 1994) and were analyzed using a wavelet transform-based edge



**FIG. 6.6. Estimated surface melt for the 2014/15 austral summer (a) melt start day, (b) melt end day, (c) melt duration (days), and (d) melt duration anomalies (days) relative to 1981–2010. (Data source: DMSP SSMIS daily brightness temperature observations.)**

## SIDEBAR 6.1: **EL NIÑO AND ANTARCTICA**—R. L. FOGT

During 2015, a strong El Niño developed and intensified in the tropical Pacific. Like much of the globe, Antarctica is influenced during ENSO events by a series of atmospheric Rossby waves emanating from the tropical Pacific, extending to high latitudes over the South Pacific Ocean near West Antarctica (Turner 2004). This pattern has been widely referred to as the Pacific South American pattern, and during an El Niño event, positive pressure anomalies are typical off the coast of West Antarctica (Mo and Ghil 1987; Karoly 1989).

Despite the 2015/16 El Niño's emergence as a strong event in the Pacific by midyear, its impact near Antarctica was not at all typical. However, true to form, in September–December (SOND) 2015, the high-latitude South Pacific was marked by a strong positive pressure anomaly and associated counterclockwise near-surface flow (Figs. SB6.1a, 6.3g). The southerly flow in the vicinity of the Antarctic Peninsula partially explains the persistence of below-average temperatures across the Antarctic Peninsula in the latter half of 2015 (compare Figs. 6.3f,h with Fig. 6.4a). Elsewhere, the pattern of response was quite different from recent strong El Niño events (Fig. SB6.1b). The southern Pacific positive pressure anomaly, although much stronger than the El Niño average, was displaced northward. While this had consistent temperature and wind impacts across the Antarctic Peninsula and the South Pacific, much of the rest of West Antarctica was not strongly impacted in 2015 as is typical during other strong El Niño events (compare Fig. SB6.1b with Fig. 6.3e,g and Byrd AWS data in Fig. 6.4e). The northward displacement of the high pressure anomaly in 2015 is most likely due to the fact that much of 2015, with the exception of October, was marked by a positive SAM index (compare Fig. 6.2c). Because the SAM index monitors the strength and/or position of the circumpolar jet, which is known to influence extratropical Rossby wave propagation and breaking (L'Heureux and Thompson 2006; Fogt et al. 2011; Gong et al. 2010, 2013), the strengthened jet in 2015 was not so favorable for Rossby wave propagation into the higher (>60°) southern latitudes. Thus, the South Pacific teleconnection was displaced farther north than normal (based on Fig. SB6.1b). Historically, many of the strongest El Niño events occurred during negative SAM index values



Fig. SB6.1. (a) SOND MSLP (contoured) and 10-m wind anomalies (vectors) from the 1981–2010 climatological mean. Shading represents the number of standard deviations the 2015 SOND MSLP anomalies were from the climatological mean; wind vectors are only shown if at least one component was a standard deviation outside the climatological mean. (b) MSLP (contoured) and 10-m wind (vectors) anomaly composite for the six strongest El Niño events in SOND since 1979 (in rank order: 1997, 1982, 1987, 2002, 2009, 1991), with shading (from lightest to darkest shades) indicating composite mean anomalies (of MSLP and winds) significantly different from zero at $p < 0.10$, $p < 0.05$, $p < 0.01$, respectively, based on a two-tailed Student's $t$ test. The shading therefore indicates where the El Niño composite mean is significantly different from the 1981–2010 climatology. (Source: ERA-Interim reanalysis.)

(Fogt et al. 2011) in contrast to the 2015 El Niño event. Nonetheless, because of its influence on meridional flow over the ice edge at the time of maximum sea ice extent (Figs. SB6.1a, 6.8c), the end of 2015 was marked by strong regional sea ice extent anomalies in the West Antarctic sector (Figs. 6.8c,d, 6.9c–e), which were opposite in sign to the long-term trends in sea ice extent in that region (Fig. 6.8e).

In summary, the 2015 El Niño indeed produced strong atmospheric circulation impacts in the South Pacific, which are consistent with the below-average temperatures across the Antarctic Peninsula and sea ice extent anomalies in the Bellingshausen, Amundsen, and Ross Seas. However, because the teleconnection was displaced farther north than normal, its impact across the rest of Antarctica was much weaker than was the case for previous strong El Niño events.

detection method (Liu et al. 2005). The algorithm delineates each melt event in the time series by tracking its onset and end dates, with the onset day of the first melt event being the start day of the melt season (Fig. 6.6a) and the end day of the last melt event being the end day of the melt season (Fig. 6.6b). The melt duration is then the total number of melting days per pixel during the defined melt season (excluding any refreezing events that may have occurred during this period; Fig. 6.6c). The melt extent and melt index are metrics useful for quantifying the interannual variability in surface melt (Zwally and Fiegles 1994; Liu et al. 2006). Melt extent ($km^2$) is the total area that experienced surface melt for at least one day, while the melt index (day·$km^2$) is the product of duration and melt extent and describes the spatiotemporal variability of surface melting. The anomaly map (Fig. 6.6d) was created by referencing the mean melt duration computed over 1981–2010 (see also Fig. 3 in Liu et al. 2006).

The spatial pattern of the melt duration map in austral summer 2014/15 (Fig. 6.6c) was similar to previous years (Wang et al. 2014). Areas with extended melt duration (>45 day duration in orange-red) were the Antarctic Peninsula area, including the Larsen and Wilkins ice shelves, and parts of coastal East Antarctica, including the Shackleton ice shelf and other smaller ice shelves east of there. Areas with moderate melt duration (16–45 day duration in green-yellow) included much of coastal Queen Maud Land and the Amery, West, and Abbot ice shelves; short-term melt (<16 day duration in blues) occurred on the coast of Marie Byrd Land, including Ross ice shelf and portions of Queen Maud Land near the Filchner Ice Shelf.



FIG. 6.7. (a) Melt index ($10^6$ day·$km^2$) from 1978/79 to 2014/15, showing a slight negative trend ($p$ not significant at 95%). (b) Melt extent ($10^6$ $km^2$) from 1978/79 to 2014/15, also showing a negative trend ($p$ significant at 99%). A record low melt was observed during 2008/09. The year on the x-axis corresponds to the start of the austral summer melt season, e.g., 2008 corresponds to summer (DFJ) 2008/09.

The melt index for the entire Antarctic continent has continued to drop since the 2012/13 season (Fig. 6.7a; Wang et al. 2014). The estimated melt index of the 2014/15 season is 29 252 500 day·$km^2$ in comparison to 39 093 125 day·$km^2$ in 2013/14 and 51 335 000 day·$km^2$ in the 2012/13 season. The melt extent of the 2014/15 season (Fig. 6.7b), however, is 1 058 750 $km^2$, slightly greater than last year at 1 043 750 $km^2$. The melt anomaly map in Fig. 6.6d shows the melt season was generally shorter than the historical average. Therefore, austral summer 2014/15 is classified as a low melt year for Antarctica. The 2014/15 melt extent and index numbers were almost equivalent to those observed during austral summer 2011/12 (944 375 $km^2$ and 29 006 250 day·$km^2$, respectively). Figure 6.7 shows a nearly significant ($p = 0.05$) negative trend (311 900 day·$km^2$ $yr^{-1}$) in melt index and a significant ($p < 0.01$) negative trend (14 200 $km^2$ $yr^{-1}$) in melt extent over 1978/79 to 2014/15, highlighted by the record low melt season observed during austral summer 2008/09. The negative trends in melt index and melt extent are consistent with previous reports (Liu et al. 2006; Tedesco 2009a,b).

### f. Sea ice extent, concentration, and duration—P. Reid, R. A. Massom, S. Stammerjohn, S. Barreira, J. L. Lieser, and T. Scambos

Net sea ice areal extent was well above average during the first few months of 2015 (Fig. 6.8a). Monthly record extents were observed in January (7.46 × $10^6$ $km^2$), April (9.06 × $10^6$ $km^2$), and May (12.1 × $10^6$ $km^2$). The January extent marked the highest departure from average for any month since records began in 1979, at 2.39 × $10^6$ $km^2$ above the 1981–2010 mean of 5.07 × $10^6$ $km^2$, or nearly 50% greater. These early season records follow on from the record high extent and late retreat of sea ice in 2014 (Reid et al. 2015). During the first half of 2015, there were 65 individual days of record daily sea ice extent, the last occurring on 11 July, and 46 record-breaking days of sea ice area within the first half of the year. However, the expansion of sea ice slowed so dramatically midyear that although sea ice area was at a record high level in May, it was at a record low level in August, just 83 days later (Fig. 6.8a). Close-to-average net sea ice extent levels were then observed in the latter half of 2015.

The record high net sea ice extent in January was dominated by strong positive regional anomalies in sea ice concentration and extent in the Ross and Weddell Seas (Figs. 6.8b, 6.9c,e) and across East Antarctica (~75°–140°E). This was counterbalanced by strong negative ice concentration and extent anomalies that were present in the Bellingshausen–Amundsen Seas (Figs. 6.8b, 6.9d). All three regions