of more extensive sea ice coincided with anomalously cool SSTs adjacent to the sea ice. Low atmospheric pressure anomalies were also present in the Weddell and Ross–Amundsen Seas (Fig. 6.3a). Interestingly, at this time colder-than-normal SSTs were present just to the north of the Bellingshausen–Amundsen Seas, possibly entrained within the ACC but not adjacent to the ice edge itself (and thus removed from the area experiencing below-normal ice extent).

As shown in Fig. 6.8a, there was a substantial and rapid decrease in the net ice extent (and area) anomaly from late January to early February, in large part due to changes in the eastern Ross (reflected in Fig. 6.9c) and western Amundsen (not shown) Seas. This rapid regional "collapse" followed lower-than-normal sea ice concentrations in the central pack ice during the latter part of 2014 (see Reid et al. 2015). In spite of this, net sea ice extent and area continued to track well above average or at record high levels between February and May. The Indian Ocean sector between ~60° and 110°E, the western Ross Sea, and the Weddell Sea showed particularly high or increasing sea ice extents during the February to May period as reflected in the regionwide daily anomaly series (Figs. 6.9a,c,e, respectively), with early-season areal expansion spurred on by colder-than-normal SSTs (not shown) and surface air temperatures (Figs. 6.3b,d).

June saw the beginning of a major change in the large-scale atmospheric pattern at higher southern latitudes, with lower-than-normal atmospheric pressure over the Antarctic continent and a strong atmospheric wave-3 pattern evolving (Fig. 6.3e). This coincided with warmer-than-normal SSTs in lower latitudes of the Indian and Pacific Oceans (the latter associated with the developing El Niño) and their influence on



Fig. 6.8. (a) Plot of daily anomalies from the 1981–2010 mean of daily Southern Hemisphere sea ice extent (red line) and area (blue line) for 2015. Blue banding represents the range of daily values of extent for 1981–2010, while the thin black lines represent ±2 standard deviations of extent. Numbers at the top are monthly mean extent anomalies (× 10⁶ km²). Sea ice concentration anomaly (%) maps for (b) Jan and (c) Sep 2015 relative to the monthly means for 1981–2010, along with monthly mean SST anomalies (Reynolds et al. 2002; Smith et al. 2008). These maps are also superimposed with monthly mean contours of 500-hPa geopotential height anomaly (Kalnay et al. 1996; NCEP). Bell is Bellingshausen Sea, AIS is Amery Ice Shelf. (d) Sea ice duration anomaly for 2015/16 and (e) duration trend (Stammerjohn et al. 2008). Both the climatology (for computing the anomaly) and trend are based on 1981/82 to 2010/11 data (Cavalieri et al. 1996, updated yearly), while the 2015/16 duration-year data are from the NASA Team NRTSI dataset (Maslanik and Stroeve 1999).

the distribution of atmospheric jets (Yuan 2004) and hence cyclonicity at higher southern latitudes. The abrupt change in hemispheric atmospheric circulation began a regional redistribution of patterns of sea ice areal expansion (Fig. 6.9). On one hand, there was



**FIG. 6.9. Plots of daily anomalies (× 10⁶ km²) from the 1981–2010 mean of daily Southern Hemisphere sea ice extent (red line) and area (blue line) for 2015 for the sectors: (a) Indian Ocean; (b) western Pacific Ocean; (c) Ross Sea; (d) Bellingshausen–Amundsen Seas; and (e) Weddell Sea. The blue banding represents the range of daily values for 1981–2010 and the thin red line represents ±2 std dev. Based on satellite passive-microwave ice concentration data (Cavalieri et al. 1996, updated yearly).**

a reduction in the rate of expansion in the western Weddell and Ross Seas and much of East Antarctica (~30°E–180°). In other regions (i.e., the eastern Weddell and Ross Seas and Bellingshausen and Amundsen Seas), however, a likely combination of wind-driven ice advection and enhanced thermodynamics (colder-than-normal atmospheric temperatures, and in the Bellingshausen and Amundsen Seas region colder-than-normal SSTs) led to strongly positive sea ice extent anomalies. The anomalous ice extent patterns in the Ross Sea and Bellingshausen–Amundsen Seas were opposite to the trends observed over the last few decades of greater/lesser sea ice extent in those two regions respectively (Holland 2014). The net result of this redistribution in regional ice extent

anomalies was that net circumpolar sea ice extent and area dropped dramatically at the beginning of July (Fig. 6.8a). This general regional ice anomaly pattern then persisted to the end of September (Fig. 6.8c).

Another switch in large-scale regional sea ice extent anomalies occurred in October in response to the dissipation of the atmospheric wave-3 pattern and subsequent increase in negative pressure anomalies centered on ~0° and ~170°W and a broad ridge of positive pressure anomalies centered on ~55°S, 90°W (Fig. 6.3g). Positive sea ice extent anomalies were associated with a combination of cold SSTs in the Bellingshausen–Amundsen Seas and cool atmospheric temperatures in the western Ross and Weddell Seas and far eastern East Antarctic. Negative anomalies were associated with relatively warm atmospheric temperatures to the east of the low pressure systems (Fig. 6.3h). At the same time, sea ice extent in the far eastern Weddell Sea and Indian Ocean sector (~0° to ~60°E) was well below average (Fig. 6.9a) and remained so for the rest of the year. This is attributable to the very low sea ice extent in the western Weddell Sea in the previous months (July–September as mentioned above), leading to lower-than-normal eastward advection of sea ice in the eastern limb of the Weddell Gyre (see Kimura and Wakatsuchi 2011). Similarly, a lack of eastward zonal advection of sea ice from the western Ross Sea resulted in lower-than-normal sea ice extent in the eastern Ross Sea (~150° to ~120°W). On a smaller scale, in late October through mid-November several intense low pressure systems caused a temporary expansion of the sea ice edge (~50% above the long-term average) between ~60° and 90°E.

The net result of the seasonal sea ice anomalies described is summarized by the anomaly pattern in the annual ice season duration (Fig. 6.8d). The longer-than-normal annual ice season in the outer pack ice of the eastern Amundsen, Bellingshausen, and western Weddell Seas (120°W–0°) was due both to an anomalously early autumn ice-edge advance and later spring ice-edge retreat. In contrast, the longer annual ice season in the inner pack ice zones of the western Weddell Sea and East Antarctic sector (~80°–120°E) was the result of anomalously high summer sea ice concentrations (Fig. 6.8b) that initiated an anomalously early autumn ice edge advance in those two regions. The shorter-than-normal annual ice season in the eastern Ross and western Amundsen Seas (160°–120°W) was mostly due to an anomalously early ice edge retreat in spring associated with the increased negative pressure anomalies centered on 170°W and lack of zonal ice advection from the west. Though of lesser magnitude, similar spring factors

(the low pressure at 0° and lack of zonal ice advection from the west) were also implicated in the shorter-than-normal ice season in the far eastern Weddell Sea and western Indian Ocean sector between 10° and 40°E. The contrast in spring–summer anomaly patterns between the Bellingshausen–Amundsen Seas and eastern Ross Sea (Figs. 6.8c, 6.9c,d) is a somewhat typical response to El Niño and as such is opposite to the sea ice response to the atmospheric circulation pattern associated with a strong positive SAM index (and is also opposite to the long-term trend in annual ice season duration; Fig. 6.8e). However, and as described in Sidebar 6.1, the high-latitude response to this year's El Niño was spatially muted relative to past El Niños due to the damping effect of the circulation anomalies associated with a mostly positive SAM index during this time.

### g. *Southern Ocean*—J.-B. Sallée, M. Mazloff, M. P. Meredith, C. W. Hughes, S. Rintoul, R. Gomez, N. Metzl, C. Lo Monaco, S. Schmidtko, M. M. Mata, A. Wählin, S. Swart, M. J. M. Williams, A. C. Naveira-Garabata, and P. Monteiro

The horizontal circulation of the Southern Ocean, which allows climate signals to propagate across the major ocean basins, is marked by eddies and the meandering fronts of the Antarctic Circumpolar Current (ACC). In 2015, large observed anomalies of sea surface height (SSH; Fig. 6.10a) contributed to variations in the horizontal ocean circulation. While many of these anomalies are typical of interannual variability, there were several regions where the 2015 anomaly was noteworthy due either to its extreme magnitude or its spatial coherence: north of the ACC in the Southwest Indian Ocean (~20°–90°E); in the entire South Pacific (~150°E–60°W), specifically the mid-Pacific basin around 120°W; and the anomalous negative SSH anomalies stretching around much of the Antarctic south of the ACC, especially over the Weddell Sea (0°–60°W). A large part of the 2015 SSH anomalies in the mid-Pacific, around Australia, and around South America was likely attributable to the strong El Niño event in 2015, though the low around Antarctica appears unrelated to ENSO variations (Sallée et al. 2008).

It is not straightforward to convert these large-scale SSH anomalies into anomalies of circumpolar volume transport. The best indicator of such variations is bottom pressure averaged on the Antarctic continental slope (Hughes et al. 2014), but such observations on the narrow slope regions are not available. Instead, the focus is on sea level averaged over this strip (Hogg et al. 2015). Figure 6.10d reveals that recent years have shown a resumption of the steady rise in sea level in this region. A slight sea level fall in 2015 compared to 2014 remains consistent with this trend given the increase from 2014 to 2015 in eastward winds as represented by the SAM index (Fig. 6.10e), which is known to be associated with a fall in sea level (Aoki 2002; Hughes et al. 2003). A conversion from sea level to zonally averaged circumpolar transport, which is well established for periods of up to five years, is shown in Fig. 6.10e. This confirms the association with the atmospheric structures related to SAM but is suggestive of an additional source of variability associated with major El Niño (e.g., 2009/10, 2015/16) and La Niña (e.g., 1998/99, 1999/2000) events, when zonally averaged circumpolar transport anomalies became more negative (decreased transport) and positive (increased transport), respectively.

The horizontal circulation and vertical water-mass circulation are dynamically linked through a series of processes including surface water-mass transformation associated with air–sea–ice interactions. The characteristics of the lightest and densest of the Southern Ocean water masses are now described to provide an assessment of the vertical circulation and its contribution to ventilating the world's oceans. The ocean surface mixed layer is the gateway for air–sea exchanges and provides a conduit for the sequestration of heat or carbon dioxide from the atmosphere into the ocean's interior, which is ultimately mediated by the physical characteristics of the mixed layer.

The 2015 mixed layer temperature anomaly pattern revealed a distinct north–south dipole delimited by the ACC (Figs. 6.10b,c). Mixed layer conditions in Antarctic waters were very cold, whereas the mixed layers north of the ACC were warmer than average. This pattern persisted throughout both summer and winter, though with a reduced magnitude in winter. While the warm signal in the mid-Pacific was consistent with the influence of the 2015 El Niño event (Vivier et al. 2010), the cold signal south of the ACC was not. It was consistent, however, with the atmospheric circulation pattern associated with a positive SAM index that included increased northward Ekman transport of relatively cool and fresh Antarctic surface waters. In agreement, the southeast Pacific sector was fresher than the climatological average conditions, though other regions showed little homogeneity in salinity anomaly (not shown).

Mixed layer temperatures have a strong influence on air–sea $CO_2$ fluxes and ocean pH. Overall, the Southern Ocean is a net carbon sink. This sink decreased during the 1990s, but since 2002 has increased, reaching a maximum of about 1.3 Pg C yr$^{-1}$ in 2011 (Pg = $10^{15}$g; Landschutzer et al. 2015) and was



FIG. 6.10. (a) 2015 anomaly of sea surface height (cm) with respect to the 1993–2014 mean (produced from the Aviso SSH merged and gridded product). The trend at each location has been removed. (b) Time series (gray) of sea level anomaly (cm; produced from the Aviso SSH merged and gridded product) representative of a narrow region along the Antarctic coast (see Hogg et al. 2015) smoothed at different time scales. (c) Estimate of annual mean ACC transport anomaly (Sv, black line) derived from sea level (Hogg et al. 2015) with SAM index (Marshall et al. 2003) superimposed (dashed orange line). (d) 2015 anomaly of mixed layer temperature (°C) in summer (Jan–Apr) with respect to the climatological mean (2000–2014; computed from all available Argo observations). (e) Same as (d) but for the winter anomaly (Jul–Sep). In (a, d, e), the two black lines represent the mean location of the two main fronts of the ACC (Orsi et al. 1995). (f) Evolution of the Southern Ocean carbon sink (Pg C yr⁻¹) south of 35°S, showing the flux derived from an interpolation method (Landschützer et al. 2015) based on surface ocean $pCO_2$ data from SOCAT-V3 (black solid line) and from SOCAT-V2 (black dotted line; Bakker et al. 2014). Positive values refer to a flux from air to ocean (i.e., ocean acts as a sink). (g) Evolution of pH in the Antarctic surface water (around 56°S, solid square) and subantarctic surface water (around 40°S, hollow square) in the South Indian Ocean; only repeat summer stations are used. (h) Potential temperature (°C, black line) and salinity (dashed orange line) of Antarctic Bottom Water at 140°E for 1969–2015; only repeat summer stations are used. Potential temperature and salinity are averaged over the deepest 100 m of the water column for stations between 63.2° and 64.4°S, in the core of the AABW over the lower continental slope (average pressure of 3690 dbar). The vertical dashed line indicates the date of the calving of the Mertz Glacier Tongue. Note that time axis in (h) is different from (b), (c), (f), and (g).

likely stronger than 1 Pg C yr⁻¹ in 2015 (Fig. 6.10f). South of the ACC, the increase of the sink is explained by the cooling of the surface layer in summer (Fig. 6.10b) and the stability of the $CO_2$ concentrations in winter (Munro et al. 2015). The ocean carbon uptake leads to a decrease in pH, the so-called ocean acidification. A global assessment of surface water pH in 2015 is not possible due to scarcity of observations, so we present the evolution of pH in the South Indian sector, which has been monitored since 1985 (Fig. 6.10g). A rapid pH change was identified in 1985–2001 (−0.03 decade⁻¹) but has stabilized since 2002 (Fig. 6.10g), a signal probably associated with a shift in climate forcing (e.g., neutral state of SAM in 2000s; Fig. 6.10e).

The bottom layers of the Southern Ocean are also undergoing substantial changes. Linear trends of deep ocean change constructed from repeat sections between 1992 and 2005 reveal abyssal warming, with the strongest warming close to Antarctica (Purkey and Johnson 2010; Talley et al. 2016). Antarctic Bottom Water (AABW) is also contracting in volume and freshening (Purkey and Johnson 2012, 2013; Shimada et al. 2012; Jullion et al. 2013; van Wijk and Rintoul 2014; Katsumata et al. 2014; Meredith et al. 2014). These changes reflect the response of AABW source regions to changes in surface climate and ocean–ice shelf interaction and to downstream propagation of the signal by wave and advective processes (Jacobs and Giulivi 2010; van Wijk and Rintoul 2014; Johnson et al. 2014).

As with pH, observations of the deep ocean remain scarce, preventing a global assessment of the state of the abyssal ocean in 2015. However, repeat occupa-

tions of hydrographic sections at 140°E provide a record of variations in AABW properties immediately downstream of a primary source of bottom water (Fig. 6.10h). Potential temperature shows significant variability but no long-term trend between 1969 and 2015. In contrast, the long-term trend in salinity (~ −0.01 decade⁻¹; Fig. 6.10h) exceeds interannual variability. Calving of the Mertz Glacier Tongue in 2010 reduced the area of the Mertz polynya and thereby reduced the amount of sea ice and dense water formed in the polynya (Tamura et al. 2012; Shadwick et al. 2013), which likely contributed to the AABW variations observed after 2010.

### h. Antarctic ozone hole—E. R. Nash, S. E. Strahan, N. Kramarova, C. S. Long, M. C. Pitts, P. A. Newman, B. Johnson, M. L. Santee, I. Petropavlovskikh, and G. O. Braathen

The 2015 Antarctic ozone hole was among the largest and most persistent ever observed, based upon the record of ground and satellite measurements starting in the 1970s. Figure 6.11a displays the daily areal coverage of the Antarctic ozone hole during 2015 (blue line) compared to the 1986–2014 climatology (white line). The ozone hole area is defined as the area covered by total column ozone values less than 220 Dobson Units (DU). For 2015, area values greater than 5 million km² first appeared in late August, ap-

proximately two weeks later than typical. The ozone hole usually reaches its largest size by mid-September, but in 2015 the maximum size occurred on 2 October at 28.2 million km². The ozone hole then persisted at this large size (>20 million km²) until 15 November, setting daily records during much of October and November. The development of ozone depletion over time (daily minimum values; Fig. 6.11b) indicates that the ozone minimum was reached near 2 October; ozone then remained near record low values until early December. The late start, persistent large area, and low ozone minima were caused by unusually weak stratospheric wave dynamics.

NOAA ozonesondes are launched regularly over South Pole station. In early October 2015, the 12–20-km column ozone was close to the long-term mean (Fig. 6.12a), while ozone increases thereafter were delayed compared to the long-term record. The minimum 12–20-km column ozone in 2015 was the fourth lowest at 7.2 DU, measured on 21 October (ozone hole image Fig. 6.11a). The ozonesonde total column minimum was 112 DU on 15 October. The ozonesonde of 8 December 2015 (ozone hole image Fig. 6.11b) showed record low total column ozone for early December, highlighting the abnormally late breakup of the hole.

One of the key factors controlling the severity of the Antarctic ozone hole is stratospheric temperature. Lower temperatures allow more polar stratospheric cloud (PSC) formation, exacerbating ozone depletion. Southern Hemisphere stratospheric dynamical conditions were anomalous in spring 2015. The lower stratospheric polar cap temperatures from the NCEP–DOE Reanalysis 2 for 2015 (Fig. 6.12b, blue line) were near the climatological average through August, but were below climatology during September–November.

The 100-hPa eddy heat flux is a measure of wave propagation into the stratosphere. A smaller (larger) magnitude leads to colder- (warmer-) than-average temperatures. The heat flux was generally below average for July–October (Fig. 6.12c), especially in October. As a result, temperatures warmed at a slower rate in September–October (Fig. 6.12b), and the vortex eroded more slowly than in previous years. Consequently, the ozone hole was persistent, and stratospheric ozone levels at South Pole remained below average during October–November (Fig. 6.12a).

The 2015 ozone hole broke up on 21 December, about two weeks later than average. The breakup is identified as the date when total ozone values below 220 DU disappear (see Fig. 6.11). Ozone hole breakup is tightly correlated with the stratospheric polar vor-



Fig. 6.11. (a) Area coverage of the Antarctic ozone hole as defined by total column ozone values less than 220 DU and (b) daily total column ozone minimum values in the Antarctic region from TOMS/OMI for 2014 (red line) and 2015 (blue line). The average of the daily values (thick white line), the record maximum and minimum sizes (thin black lines), and the percentiles (gray regions and legend in a) are based on a climatology from 1986–2014. The black arrows indicate the dates of the ozone maps on the right side.



FIG. 6.12. (a) Column ozone from NOAA South Pole ozonesondes measured over the 12–20-km (~160–40-hPa) range. (b) NCEP–DOE Reanalysis 2 of lower stratospheric temperature (60°–90°S, 50-hPa). (c) NCEP–DOE Reanalysis 2 of zonal mean eddy heat flux (45°–75°S, 100 hPa). The blue lines show the 2015 values and the red lines show 2014. The average of the daily values (thick white line), the record maximum and minimum sizes (thin black lines), and the percentiles [(gray regions and legend in (b)] are based on a climatology from (a) 1986–2014 and (b), (c) 1979–2014.

tex breakup, which is driven by wave events propagating upward into the stratosphere, thus enabling transport of ozone-rich air from midlatitudes. The 2015 ozone hole broke up late because of weak wave driving in October–November (Fig. 6.12c).

Levels of chlorine and bromine continue to decline in the stratosphere, and improvement of ozone conditions over Antarctica is expected. Ozone depletion is estimated using equivalent effective stratospheric chlorine (EESC)—a combination of inorganic chlorine ($Cl_y$) and bromine. Using a mean age of air of 5.2

years, EESC shows a 2000–02 peak of 3.8 ppb, with a projected decrease in 2015 of 9% to 3.45 ppb as a result of the Montreal Protocol. This is a 20% drop towards the 1980 ("pre-ozone hole") level of 2.03 ppb. NASA *Aura* satellite Microwave Limb Sounder (MLS) $N_2O$ measurements can be used to estimate Antarctic stratospheric $Cl_y$ levels (Strahan et al. 2014). Antarctic EESC has a small annual decrease (<1% yr⁻¹), but interannual variations in transport to the Antarctic vortex cause $Cl_y$ to vary by up to ±8% with respect to expected levels. Similar to 2014, the 2015 Antarctic stratospheric $Cl_y$ was higher than recent years and similar to levels found in 2008 and 2010.

MLS lower stratospheric chlorine and ozone observations in the vortex were consistent with the



FIG. 6.13. Time series of 2014 (red line) and 2015 (blue line) Antarctic vortex-averaged: (a) HCl, (b) ClO, and (c) ozone from *Aura* MLS (updated from Manney et al. 2011). These MLS averages are made inside the polar vortex on the 440-K isentropic surface (~18 km or 65 hPa). The gray shading shows the range of Antarctic values for 2004–14. (d) Time series of 2014 (red line) and 2015 (blue line) *CALIPSO* PSC volume (updated from Pitts et al. 2009). The gray shading shows the range for 2006–14, and the black line is the average.

## SIDEBAR 6.2: POLAR ECOSYSTEMS AND THEIR SENSITIVITY TO CLIMATE PERTURBATION—H. DUCKLOW AND A. FOUNTAIN

Ice exerts a dominant control on the function and structure of polar ecosystems. Depending on the organism, it provides habitat and foraging platforms, or serves as a barrier to food and the flow of nutrients (Fountain et al. 2012). Polar ecosystems, both terrestrial and marine, have evolved and adapted to pervasive ice conditions, so when air temperatures rise above the melting threshold, the normal balance of water and ice shifts dramatically, resulting in a series of cascading effects that propagate through the entire ecosystem. The effects may persist for years to decades (J. Priscu 2016, manuscript submitted to *BioScience*).

In Antarctica, the differences between marine and terrestrial ecosystems could not be more extreme. These two biomes are the focus of two NSF-funded Long Term Ecological Research (LTER) programs: the Palmer LTER (or PAL), which is studying the rapidly changing marine ecosystem west of the Antarctic Peninsula (Ducklow et al. 2013), and the McMurdo Dry Valleys LTER (or MCM), which is studying the terrestrial ecosystem in the Dry Valley polar desert (Freckman and Virginia 1997). Established in the early 1990s, these two Antarctic sites collect baseline measurements to develop process-level understanding, thus providing necessary context for evaluating ecological responses to climate events.

The marine ecosystem surrounding Antarctica includes the coastal and continental shelf region that is influenced by seasonal sea ice cover, as well as the permanently open ocean zone poleward of the Antarctic Circumpolar Current (Treguer and Jacques 1992). Primary production in these regions is dominantly by phytoplankton. Although considerable regional and seasonal variability exists, Antarctic food webs are typically supported by diatoms with variable contributions by other types of phytoplankton. Diatom-based food webs are typically characterized by highly variable but sometimes vast swarms of Antarctic krill. Krill in turn are the principal food for the conspicuous large predators of Antarctic seas, including penguins and other seabirds, seals, and whales (Hardy 1967).

This general picture has served as the paradigm for the Antarctic marine ecosystem for decades, but it appears to be changing, at least in the rapidly warming (Smith et al. 1996) western Antarctic Peninsula region (WAP) of the Bellingshausen Sea. Ecological change along the WAP was first marked by catastrophic declines in Adélie penguins (Fig. SB6.2a; Fraser and Hofmann 2003; Bestelmeyer et al. 2011). The principal cause of ecological change is decreasing sea ice cover in the WAP and greater Bellingshausen Sea—both its extent and duration (Fig. 6.8e; Stammerjohn



Fig. SB6.2. (a) The number of breeding pairs of Adélie and Gentoo penguins near Palmer Station, 1976–2013. The Gentoo is a subpolar, ice-tolerant invasive species that has colonized the polar region as sea ice cover has declined and water temperatures have increased. The first Gentoo pairs were observed at this location in 1994. (b) Monthly mean composite anomaly map of 500-hPa geopotential height centered over Antarctica for Sep 2001 to Feb 2002 relative to the mean calculated over Sep to Feb 1980–2001. BH and LP denote blocking high pressure and low-pressure anomalies, respectively. The yellow X is close to Palmer Station and the yellow circle is close to McMurdo Station. (From Massom et al. 2006.)

et al. 2012). Diatom blooms, krill recruitment, and penguin breeding success are all dependent on the extent of sea ice and the timing of its retreat (Saba et al. 2014; Montes-Hugo et al. 2009). Other changes in the freshwater system are also known to influence the marine ecosystem. Glacial discharge and melt, for example, have the capacity to increase ocean stratification and add bio-available micronutrients, such as iron, to the productive upper

layers (Boyd and Ellwood 2010; Hawkings et al. 2014). Changes in any of these environment variables can lead to functionally extinct species and a reorganization of the marine ecosystem (e.g., Sailley et al. 2013).

Antarctic terrestrial ecosystems, at least those that inhabit the largest ice-free areas of the Antarctic continent, the Dry Valleys (78°S, 162°E), exist in a landscape that includes glaciers, perennially ice-covered lakes, seasonal meltwater streams, and arid soils (Ugolini and Bockhiem 2008). No vascular plants or vertebrates inhabit the region, and food webs are dominated by bacteria, cyanobacteria, fungi, yeasts, protozoa, and a few taxa of metazoan invertebrates (Freckman and Virginia 1997). Glacial meltwater is the primary source of water, which flows in ephemeral streams and conveys water, solutes, sediment, and organic matter to the lakes (Fountain et al. 1998; McKnight et al. 1999). Streams flow for up to 12 weeks in the austral summer providing a habitat for microbial mats abundant in streambeds stabilized by stone pavement (McKnight et al. 1998). Perennial water environments include ice-covered lakes in the Dry Valleys of Antarctica; they maintain biological activity year-round with food webs dominated by phytoplankton and bacteria (Laybourn-Parry 1997).

The two LTER sites are separated by about 3800 km (Fig. 6.1). On annual time scales, air temperatures at these two sites are inversely related (A. Fountain et al. 2016, manuscript submitted to BioScience; M. Obryk et al. 2016, manuscript submitted to BioScience) due mostly to the circulation anomalies associated with the SAM index (Trenberth et al. 2007). On decadal time scales, the lower-latitude PAL site is also experiencing rising air temperatures (+3°C increase in annual temperatures over 1958–2014), while the higher-latitude MCM site is experiencing a more modest change [+1°C over the same time period; A. Fountain et al. (2016), manuscript submitted to BioScience].

However, in the austral spring/summer of 2001/02, a hemisphere-wide atmospheric circulation anomaly caused unusually high temperatures across the entire continent (Fig. SB6.2b; Massom et al. 2006), which had long-lasting impacts.

At MCM, the rapid melting of glacial ice caused streams to flow at record levels, eroding stream banks and rapidly raising lake levels (Foreman et al. 2004). The stream waters transported unusually high concentrations of sediments and nutrients to the ice-covered lakes. Phytoplankton chlorophyll-a concentrations reached record high levels that austral summer but also remained at elevated levels for almost a decade. Elevated soil moisture caused a reorganization of species composition in the soils that was still evident seven years later (Barrett et al. 2008).

At PAL, warm, moist northwesterly winds caused a rapid and early ice edge retreat in early spring (September–October 2001) that subsequently compacted and piled the ice against the Peninsula. Snowfall was also anomalously high during this time (Massom et al. 2006). Abundances of krill species were higher than normal, likely due to the high productivity associated with the compacted sea ice inshore (Steinberg et al. 2015). The positive chlorophyll-a anomaly in 2001/02 corresponded to a statistically significant krill recruitment event (evidenced in Adélie penguin diet samples) the following year (Saba et al. 2014). However, it was the catastrophic late-season snowfalls and subsequent flooding that caused the largest single-season decline in Adélie penguin breeding success in 30 years (Fraser et al. 2013). There was a devastating loss of an entire breeding cohort, an effect that is still evident 10 years later.

The climate event of 2001/02 illustrates the extreme sensitivity of polar ecosystems and also illustrates how an anomalous event can induce connectivity across different regional climates. As exemplified here, a relatively small but critical change in the temporal and spatial distributions of ice and water exhibited dramatic and persistent ecological responses, the implications of which are still being studied.

late start of the 2015 ozone hole (Fig. 6.11a). The reformation of hydrogen chloride (HCl; Fig. 6.13a) and decrease of chlorine monoxide (ClO; Fig. 6.13b) occurred late in 2015. The 440-K potential temperature ozone levels (Fig. 6.13c) were higher than average in July–September, but declined to very low values by mid-October, consistent with Fig. 6.12a.

Heterogeneous chemical reactions on PSC surfaces convert reservoir chlorine (e.g., HCl) into reactive forms (e.g., ClO) for catalytic ozone loss. The PSC volume (Fig. 6.13d), as measured by the *Cloud-Aerosol Lidar and Infrared Pathfinder Satellite Observation (CALIPSO)*, generally followed the average (black line) for the entire season. However, the October 2015 volume of 5.6 million km³ ranked highest of all 10 years, consistent with the persistent and large October ozone hole (Fig. 6.11a).

Satellite column observations over Antarctica (not shown) show some indications that ozone loss

has diminished since the late-1990s. Averaged daily minima over 21 September–16 October (ozone hole maximum period) have increased since 1998 at a rate of 1.2 DU yr$^{-1}$ (90% confidence level). The 2015 ozone hole area, averaged over 7 September–13 October, was estimated at 25.6 million km$^2$, the fourth largest over the 1979–2015 record. Since 1998, this area is decreasing at a rate of –0.09 million km$^2$ yr$^{-1}$, but this trend is not statistically significant. The decline of chlorine concentrations should eventually be manifested in smaller and shallower Antarctic ozone holes. However, unambiguous attribution of the ozone hole improvement to the Montreal Protocol cannot yet be made because of relatively large year-to-year transport, wave activity, temperature variability, and observational uncertainty. Further information on the ozone hole, with data from satellites, ground instruments, and balloon instruments, can be found at www.wmo.int/pages/prog/arep/gaw/ozone/index.html.

## 7. REGIONAL CLIMATES—A. Mekonnen, J. A. Renwick, and A. Sanchez-Lugo, Eds.

### a. Overview

This chapter provides summaries of the 2015 temperature and precipitation conditions across seven broad regions: North America, Central America and the Caribbean, South America, Africa, Europe, Asia, and Oceania. In most cases, summaries of notable weather events are also included. Local scientists provided the annual summary for their respective regions and, unless otherwise noted, the source of the data used is typically the agency affiliated with the authors. Please note that different nations, even within the same section, may use unique periods to define their normals. Section introductions will typically define the prevailing practices for that section, and exceptions will be noted within the text. In a similar way, many contributing authors use languages other than English as their primary professional language. To minimize additional loss of fidelity through re-interpretation after translation, editors have been conservative and careful to preserve the voice of the author. In some cases, this may result in abrupt transitions in style from section to section.

### b. North America

This section is divided into three subsections: Canada, the United States, and Mexico. Information for each country has been provided by local scientists, and the source of the data is from the agency affiliated with the authors. Where available, anomalies are reported using a 1981–2010 base period; however, due to the different data sources, some anomalies are reported using other base periods. These are noted in the text.



Fig. 7.1. Annual average temperature anomalies (°C) for Canada for 1948–2015 (base period: 1961–90). The red line is the 11-yr running mean. (Source: Environment and Climate Change Canada.)

### 1) CANADA—R. Whitewood, L. A. Vincent, and D. Phillips

In Canada, 2015 was characterized by higher-than-average temperatures stretching from the central regions to the Pacific Coast and lower- and drier-than-average temperatures in the northeastern region of the country. Anomalies in this section are reported with respect to the 1961–90 base period.

#### (i) Temperature

The annual average temperature in 2015 for Canada was 1.3°C above the 1961–90 average, based on preliminary data. This marks the 11th warmest year since nationwide records began in 1948. The warmest year on record for Canada was 2010, at 3.0°C above average, and 4 of the 10 warmest years have occurred during the last decade. The national annual average temperature has increased 1.6°C over the past 68 years (Fig. 7.1). In 2015, annual departures >+2.5°C were recorded in the Yukon and western Northwest Territories, while annual departures <−0.5°C were observed in northern Quebec, Labrador, and Baffin Island (Fig. 7.2a).

Seasonally, winter (December–February) 2014/15 was 1.0°C above average and the 27th warmest since 1948. Warmer-than-average conditions were



Fig. 7.2. Annual (a) average temperature anomalies (°C) and (b) total precipitation anomalies in Canada (% departure; base period: 1961–90). (Source: Environment and Climate Change Canada.)

observed in Yukon, Northwest Territories, British Columbia, Alberta, and Saskatchewan. Most of Ontario, Quebec, and the Atlantic provinces experienced cooler-than-average conditions. During spring (March–May), the same pattern of warmer-than-average conditions in the western and central regions and cooler-than-average conditions in the eastern regions of the country continued. The nationally averaged temperature for spring 2015 was 1.3°C above the 1961–90 average and the 14th warmest in the 68-year period of record.

Summer (June–August) was 1.0°C above average and the sixth warmest since 1948. British Columbia and northern Nunavut (a territory in the northeast of the country) experienced warmer-than-average conditions. Southern Ontario was the only region with slightly cooler-than-average temperature conditions during summer. Summer temperatures across the remainder of the country were near-average.

During autumn (September–November), the pattern changed with the central regions of the country, from Saskatchewan through the Maritimes, and the northern territories all experiencing warmer-than-average conditions, while British Columbia, Alberta, northern Quebec, and Newfoundland and Labrador experienced near-average conditions. The nationally averaged temperature was 1.7°C above the 1961–90 average; the sixth warmest autumn since 1948.

#### (ii) Precipitation

Canada as a whole experienced slightly drier-than-average precipitation in 2015. Based on preliminary data, it was the 20th driest year since nationwide records began in 1948, with nationally averaged precipitation 97% of the 1961–90 average. Drier-than-average conditions were observed for eastern Nunavut, northern Quebec and Labrador, in central British Columbia, and Alberta, whereas only the area over the Canadian Arctic Archipelago experienced wetter-than-average conditions (Fig. 7.2b).

Seasonally, winter 2014/15 was the 13th driest since 1948, and nationally averaged precipitation was 90% of the 1961–90 average, with most of the country experiencing drier-than-average conditions. However, wetter-than-average conditions were observed over much of Nunavut and the Atlantic provinces. Spring 2015 was the 10th driest in the 68-year period of record with nationally averaged precipitation 89% of average. Drier-than-average conditions continued across much of the country, with some wetter-than-average conditions in the western Canadian Arctic Archipelago.

Summer 2015 was the 17th wettest since 1948, and national average precipitation was 105% of average. Wetter-than-average conditions were mainly observed in the northwestern regions of the country whereas drier-than-average conditions occurred in British Columbia and Alberta. Autumn 2015 was the 26th wettest since 1948, with nationally averaged precipitation 103% of average. Drier-than-average conditions for the season were experienced in the Yukon, northern British Columbia, most of Quebec, and over Baffin Island in the north. Wetter-than-average conditions were observed in the Prairie Provinces (Alberta, Saskatchewan, and Manitoba) and in the rest of Nunavut for the autumn months.

#### (iii) Notable events

Winter got off to a slow start for the Maritimes, but conditions changed in January. Snow fell from several storms, often just a few days apart. Atlantic Canada was continually battered through February and March with storm after storm, leaving behind snow amounts not seen in decades. Numerous records were set over the 2014/15 winter in the Maritimes. Halifax International Airport in Nova Scotia recorded total snow accumulation from January to May of 371 cm (normal is 59 cm). The previous snowiest such period at any Halifax station was 330 cm in 1972. Saint John, New Brunswick, received more than double its normal snowfall—495 cm (normal is 240 cm)—its snowiest winter on record. Moncton, New Brunswick, broke the 5-meter level at 507 cm (normal is 325 cm). In Charlottetown, Prince Edward Island, the snowiest city in Canada this winter, an April snowstorm helped set a new record for the most snow in one winter—551 cm—12 cm more than the previous record in 1971/72.

The wildfire season in Canada began early, ended late, and was extremely active, especially in the West. The national wildland fire season was above average for both number of fires and hectares burned, about four times the 15-year average (2001–15) and three times the 25-year average (1991–2015), respectively. Wildfires began in northern Saskatchewan in March. Residents from several communities near La Ronge and La Loche began evacuating to centers in the south. Hot temperatures and dry thunderstorms in May and June contributed to even more volatile fire conditions, with more than 13 000 people evacuated in what was the largest evacuation in Saskatchewan's history. In total, 1.8 million hectares burned in Saskatchewan, six times the provincial average. In Alberta, wildfires burned hot and fast in June when half the province came under a fire advisory. British

Columbia reported more than 1800 wildfires that burned an estimated 300 000 hectares and cost more than 287 million U.S. dollars to fight. The 20-year (1996–2015) average number of fires is about 1050 with an average 43 280 hectares burned. Conditions in British Columbia included extreme heat near 40°C, widespread and persistent dryness, large amounts of dry lightning, and gusty winds, which all contributed to the extreme fire season.

### 2) UNITED STATES—J. Crouch, R. R. Heim Jr., and C. Fenimore

The annual average temperature in 2015 for the contiguous United States (CONUS) was 12.4°C, or 0.9°C above the 1981–2010 average—the second warmest year since records began in 1895, behind 2012 (Fig. 7.3). The annual CONUS temperature over the 121-year period of record is increasing at an average rate of 0.1°C per decade. The nationally averaged precipitation total during 2015 was 111% of average, the third wettest year in the 121-year historical record. The annual CONUS precipitation is increasing at an average rate of 4.1 mm per decade. Outside of the CONUS, Alaska had its 2nd warmest and 15th wettest year since records began in 1925. The statewide temperature was 1.6°C above average, while the precipitation total was 108% of average. Complete U.S. temperature and precipitation maps are available at www.ncdc.noaa.gov/cag/.

#### (i) Temperature

During early 2015, record warmth spanned the western United States with record and near-record cold temperatures in the Midwest and Northeast. The last few months of 2015, particularly December, brought much-above-average temperatures to



**FIG. 7.3. Annual mean temperature anomalies (°C) for the contiguous United States for 1895–2015 based on the 1981–2010 average. The red line is the 10-year running mean. (Source: NOAA/NCEI.)**



**FIG. 7.4. (a) Annual average temperature anomalies (°C) and (b) % of average annual total precipitation in the contiguous United States (base period: 1981–2010). (Source: NOAA/NCEI.)**

the East, with near-average temperatures across the West. This pattern resulted in all 48 states in the CONUS observing an above-average annual temperature (Fig. 7.4a). Florida, Montana, Oregon, and Washington (state) each had their warmest year on record. Twenty-three additional states across the West, Great Plains, Gulf Coast, and East Coast each had annual temperatures that ranked in the highest 10th percentile of their historical records.

The winter (December–February) 2014/15 CONUS temperature was 0.4°C above average, ranking in the warmest third of the historical record. Record and near-record warmth were observed in the West, with six states observing record high seasonal temperatures. Below-average temperatures occurred in the East; February was particularly cold, with 24 states observing one of their 10 coldest months on record and numerous cities, including Chicago, Illinois, and Buffalo, New York, being record cold. The CONUS spring (March–May) temperature was 0.7°C above average, the 11th warmest on record. Much-above-average temperatures were observed across the West and Southeast—Florida observed its warmest spring

on record. The summer (June–August) CONUS temperature was 0.5°C above average, the 12th warmest on record. Above-average temperatures continued in the Southeast and West, where California, Oregon, and Washington were record warm, while parts of the Midwest were cooler than average. The autumn (September–November) temperature was 1.5°C above average, the warmest such period on record for the CONUS. Every state had an above-average autumn temperature: 40 states observed one of their 10 warmest on record, with Florida record warm. December ended the year with a record high monthly temperature for the CONUS that was 3.0°C above average. Twenty-nine states across the East were record warm, while near-average temperatures were observed across the West.

### (ii) Precipitation

During 2015, much of the central and eastern CONUS were wetter than average, while parts of the West and Northeast were drier than average (Fig. 7.4b). Fourteen states had an annual precipitation total that was within their wettest 10th percentiles. Oklahoma and Texas were both record wet with 145% and 143% of average annual precipitation, respectively. Drought conditions that began in 2010 in both states were eradicated during 2015. California, which was plagued by drought during all of 2015, had its 13th driest year on record; end-of-year precipitation partially erased early year deficits. At the beginning of 2015, the CONUS moderate to exceptional drought footprint was 28.7%; it peaked at 37.8% in May and ended the year at 18.7%. This end-of-year drought footprint was the smallest for the CONUS since December 2010.

The CONUS winter precipitation was 90% of average, ranking in the driest third of the historical record (29th driest). Despite near-average precipitation in the West, record warmth caused much of the high-elevation precipitation to fall as rain and not snow. The below-average mountain snowpack and subsequent below-average spring and summer runoff contributed to near-record low reservoir levels, worsening drought, and a record-breaking wildfire season. Spring was the 10th wettest on record for the CONUS, with 117% of average precipitation. Record and near-record precipitation totals were observed in the southern Great Plains and Central Rockies, with below-average precipitation along both coasts. May was an extraordinarily wet month for the CONUS with 112.8 mm of precipitation, 147% of average, the wettest among all months on record. Much of the precipitation fell across the Southern Plains. The

summer precipitation for the CONUS was 108% of average, the 16th wettest on record. Above-average precipitation was observed across the Ohio Valley, where record rain fell during June and July. For autumn, the CONUS precipitation total was 111% of average and the 15th wettest on record. Above-average precipitation was observed across the South and along the East Coast. South Carolina had its wettest autumn on record with 603.5 mm of rainfall, 321% of average. December was record wet for the CONUS, at 160% of average, becoming the only month in the 121-year period of record that was simultaneously wettest and warmest for its respective month.

### (iii) Notable events

Tornado activity during 2015 was below average for the fourth consecutive year, with a total of 1177 confirmed tornadoes, compared to the 1991–2010 annual average of 1253. Despite the below-average number of tornadoes, there were 36 tornado-related fatalities, with most occurring during a deadly outbreak in December across the Southern Plains and Lower Mississippi Valley.

Wildfires burned nearly 4.1 million hectares across the United States during 2015, surpassing 2006 for the most acreage burned since record keeping began in 1960. The most costly wildfires occurred in California, where over 2500 structures were destroyed in the Valley and Butte wildfires in September.

Numerous major precipitation events impacted different regions of the CONUS in 2015. Heavy snowfall during late winter and early spring set a new seasonal record for Boston, Massachusetts, with 281 cm of snow. In early October, an upper-level low interacted with moisture from Hurricane Joaquin offshore in the Atlantic to produce rainfall totals exceeding 500 mm in parts of North and South Carolina. In the Southern Plains, late-spring rainfall and summer and autumn rains associated with the remnants of east Pacific tropical cyclones (see section 4e3) caused several significant flooding events. On 30 October, the remnants of Hurricane Patricia dumped 389.7 mm of rain on Austin, Texas, 146.3 mm of which fell in a single hour.

### 3) Mexico—R. Pascual Ramírez, A. Albanil Encarnación, and J. L. Rodríguez Solís

In Mexico, the annual temperature for 2015 tied with 2014 as the highest since national temperature records began in 1971. The nationally averaged precipitation total was ninth highest since precipitation records began in 1941, with the most notable accumulations during February and March.



Fɪɢ. 7.5. Annual mean temperature anomalies (°C, blue) for Mexico (base period: 1981–2010). A linear trend is depicted by the red line. (Source: National Meteorological Service of Mexico.)



Fɪɢ. 7.6. Nationwide daily temperatures (°C) for Mexico. Shaded areas represent the ±2 std. dev. (base period: 1981–2010). Solid lines represent daily values for the three temperature parameters and dotted lines are the climatology. (Source: National Meteorological Service of Mexico.)

### (i) Temperature

The 2015 mean temperature for Mexico was 22.1°C, which was 1.1°C above the 1981–2010 average, tying with 2014 as the warmest year since national records began in 1971 and surpassing the previous record of 21.9°C set in 2006 and 2013 (Fig. 7.5). This was also the 12th consecutive year with an above-average annual temperature.

The first three months of the year were near-average; however, the rest of the year was character-ized by above-average temperatures and, in some instances, the daily mean, maximum, and minimum temperatures were close to two standard deviations above average (Fig. 7.6). The mean temperature for July–September was 2.3°C above average—the warm-est such period on record, surpassing the previous record set in 2013 and 2014 and making the last three years the three warmest for the July–September period on record.

Regionally, the mean temperature in 2015 was be-low average in northern Baja California, areas of Chi-huahua and its borders with Coahuila and Durango, between Colima and Jalisco, the central region (which includes the states of Mexico, Puebla, and Veracruz), and Oaxaca, while the rest of the country observed near-average to above-average temperatures. Eight states had their warmest year since records began in 1971: Campeche, Quintana Roo, and Yucatan in the Yucatan Peninsula; Nayarit, Jalisco, Michoacán, and Guerrero in the west; and Morelos in the central por-tion of the country. Conversely, the state of Veracruz observed one of its 20 coldest years on record (Fig. 7.7a).

Frost days, defined as daily minimum tempera-tures ≤0°C, is typical in Mexico during October–March, while hot days—daily maximum tempera-tures ≥40°C—are typical during April–September. During January–March 2015, only 26.0% of the country, mostly confined to the central region,



Fɪɢ. 7.7. Annual (a) mean temperature anomalies (°C) and (b) precipitation anomalies (% of normal) observed in 2015 over Mexico (base period: 1981–2010). (Source: National Meteorological Service of Mexico.)

experienced frost conditions (compared to the January–March average of 43.3%). Similarly, during October–December 2015, only 28.1% of the country, mainly in the northern areas, observed frost condi-tions, compared to the October–December average of 38.2%. During April–June, 20.2% of the country, mainly across northwestern and southern Mexico, observed hot days (compared to the average of 41.8%),

while 16.7% of the country, mainly in the northern regions, recorded hot days during July–September (much below the average of 29.6%).

##### (ii) Precipitation

Above-average rainfall was observed across the north-central region in 2015, while below-average conditions were present across northern Baja California, the South Pacific (coastal areas of Guerrero, Oaxaca, and Chiapas), Veracruz, and the northern Yucatan Peninsula (Fig. 7.7b). The 2015 national rainfall total of 872.0 mm (110.8% of normal) was the ninth highest annual total since national records began in 1941.

March was exceptionally wet. Two winter storms and four frontal passages led to the rainiest March since records began in 1941, with 69.6 mm of rain, providing 8.0% of the annual rainfall for the year compared to a normal contribution (14.7 mm) close to 2.0%. September, which climatologically provides the greatest amount to the annual rainfall total (18.5%), added 132.7 mm in 2015, which represents 15.2% of 2015 annual rainfall.

Nine hurricanes, which all formed in the eastern North Pacific basin (see section 4e3), impacted the nation's western coastal region, leaving, in most cases, significant rainfall. The most activity occurred in September when Tropical Storm Kevin, Hurricane Linda, Hurricane Marty, and Tropical Depression 16-E brought heavy rain to northwestern and south-western parts of the nation.

Overall, Aguascalientes (central Mexico) and Colima (western Mexico) had their wettest year on record, while Baja California Sur and Chihuahua had their second wettest. Meanwhile, the rainfall deficits were remarkable along the South Pacific coast, with Oaxaca having its second driest year since national records began in 1941.

##### (iii) Notable events

An EF3 tornado struck Ciudad Acuña, Coahuila, on the morning of 25 May, causing at least 14 deaths and 290 injuries and destroying 750 homes. This was only the second tornado to reach EF3 intensity over the past 15 years, following the tornado in Piedras Negras on 24 April 2007, also in the state of Coahuila.

Hurricane Patricia was the strongest hurricane on record in the eastern North Pacific basin and one of the most intense to strike Mexico. It developed on 20 October and reached Category 5 hurricane strength on the Saffir–Simpson scale, with maximum sustained winds of 174 kt (88 m s$^{-1}$) and a minimum pressure of 879 mb (see section 3e4). Patricia was only the second tropical cyclone to make landfall in Mexico on the Pa-

cific shores as a Category 5 storm since records began in the Pacific basin in 1949. The previous Category 5 landfall was in October 1959, when Hurricane No. 12 made landfall in the Tenacatita Bay, Jalisco, similar to Patricia's trajectory.

#### c. Central America and the Caribbean

##### 1) Central America—J. A. Amador, H. G. Hidalgo, E. J. Alfaro, A. M. Durán-Quesada, and B. Calderón

For this region, nine stations from five countries were analyzed (Fig. 7.8). Stations on the Caribbean slope are: Philip Goldson International Airport, Belize; Puerto Barrios, Guatemala; Puerto Lempira, Honduras; and Puerto Limón, Costa Rica. Stations located on the Pacific slope are: Tocumen International Airport and David, Panama; Liberia, Costa Rica; Choluteca, Honduras; and Puerto San Jose, Guatemala. For 2015, the NOAA/NCEI GHCN daily precipitation dataset showed a considerable amount of missing data. For some stations, the daily rainfall amount was incomplete, whereas in other cases the value was flagged because it did not pass a quality control test. Precipitation historical records for the above-mentioned stations were recovered from Central American national weather services (NWS). The station climatology (1981–2010) and anomalies for 2015 were recalculated using NWS data by filling the gaps in the daily data records of the NOAA/NCEI database (especially those considered initially as zero based on the flags listed in the metadata of this database). In some stations (e.g., David and Choluteca), differences in precipitation totals between NWS data and the NOAA/NCEI dataset were as high as 420 and 560 mm, respectively, for 2015. In the station climatology, the largest differences were found in David and Liberia (490 and 820 mm, respectively). Previous years' station climatology from the NOAA/NCEI database and procedures used for all variables can be found in Amador et al. (2011).

##### (i) Temperature

Mean temperature (Tm) frequency distributions for the nine stations are shown in Fig. 7.8. Most stations, with the exception of Limon and Liberia, experienced a higher frequency of above-average daily mean temperatures in 2015. There was a near-normal negative skewness in Tm at Philip Goldson (Tm1) and Puerto Barrios (Tm2) on the Caribbean slope and a near-average number of cold surges during the winter months. Stations in Panama (Tm5 and Tm6) and Honduras (Tm8) show a shift to the right of the Tm distribution with a higher frequency of warm Tm values during 2015.



**FIG. 7.8. Mean surface temperature (Tm) frequency (F; days) and accumulated pentad precipitation (P; mm) time series are shown for nine stations (blue dots) in Central America: (1) Philip Goldson International Airport, Belize; (2) Puerto Barrios, Guatemala; (3) Puerto Lempira, Honduras; (4) Puerto Limón, Costa Rica; (5) Tocumen International Airport, Panamá; (6) David, Panamá; (7) Liberia, Costa Rica; (8) Choluteca, Honduras; and (9) Puerto San José, Guatemala. The blue solid line represents the 1981–2010 average values and the red solid line shows 2015 values. Vertical dashed lines depict the mean temperature for 2015 (red) and the 1981–2010 period (blue). Vectors indicate July wind anomalies at 925 hPa (1981–2010 base period). Shading depicts regional elevation (m). (Source: NOAA/NCEI and Central American NWS.)**

*(ii) Precipitation*

Annual precipitation totals were below normal at all stations on the Pacific slope (Fig. 7.8). At Liberia and Choluteca, the values were extremely low (in the tail of the distribution at the $p = 0.05$ level), and these areas experienced a long dry spell that extended past pentad 50 (beginning of September). Subsequent rains helped increase the accumulations later in the year, but they were not sufficient to move out of the "extremely dry" classification. A similar type of variation also occurred in Tocumen, where lack of precipitation caused an extremely dry condition until around pentad 47 (third week of August), but subsequent rains led to a close-to-normal annual total. The other stations in the Pacific slope (David and Puerto San Jose) showed no or little indication

of this "late-rains" effect. Stations on the Caribbean slope observed relatively normal accumulations at the end of the year. Puerto Limon was extremely wet most of the time from the beginning of the year to pentad 40 (third week of July). A subsequent reduction of rainfall at this station resulted in moderately wetter-than-normal conditions for the year as a whole.

Low-level moisture appeared sensitive to ENSO conditions. Regional rainfall resembled conditions associated with the development of the El Niño event in 2015. Near-surface moisture flux convergence anomalies were computed based on ERA Interim reanalysis data. Results (not shown) reveal that wetter-than-normal conditions in late 2014 evolved into drier-than-normal after spring 2015.

TABLE 7.1. Summary of events and impacts, including number of fatalities (f), missing people (m), and affected people (a) by country and specific region. [(Sources for the Guatemala landslide in October 2015: www.redhum.org/documento_detail/17300 and the Pacific slope of Cenral America: OCHA-ROLAC (in Spanish: Oficina de Coordinación de Asuntos Humanitarios-Oficina Regional para América Latina y el Caribe, reliefweb.int/sites/reliefweb.int/files/resources/Crisis%20por%20sequia%20en%20America%20Central%20en%202015.pdf)]

| Country(ies) | Dates (2015) | Hydrometeorological Conditions | Fatalities (f) Missing People (m) Affected People (a) | Specific Region |
|---|---|---|---|---|
| Panamá | 22 Sep | Extreme below-average rains | Unknown number of affected farmers, 2500 cattle died | Azuero Peninsula |
| Costa Rica | 27–28 Oct | Floods | 4f | Central Valley |
| | 19 Nov | Floods | 1f | Alajuela and Corredores |
| Nicaragua | 2–14 Jun | Heavy rainfall and floods associated with low pressure systems | 6f, 35000a | Managua |
| El Salvador | 15–20 Oct | Floods and landslides | 4f, more than 210a | San Cayetano, Zaragoza, San Miguel, Luis de Moscoso |
| Honduras | 07–15 Jun | Heavy rainfall, landslides and floods | 2f, 2m, 300a | Tegucigalpa |
| | 16–18 Oct | Floods | 8f | Central Honduras |
| | 7–8 Dec | Floods and landslides | 3f | Northern Honduras |
| | 15 Dec | Landslides | 1f | Cuculmeca |
| Guatemala | 7 Jun | Floods and landslides | 8000a | Departments of Guatemala, Sacatepéquez, Santa Inés, and San Miguel Petapa |
| | 8 Aug | Floods associated with a tropical wave | 5f | Caribbean slope |
| | 13 Oct | Landslides | 274f, 353m | El Cambray II Community, and Santa Catalina Pinula |
| Pacific Slope of Central America | Up to 6 Oct | Extreme below-average rains | An estimated 3.5 million people affected, with more than 2 million in need of food, medical, and sanitary assistance | Azuero Peninsula, Panama; Guanacaste, Costa Rica; Pacific slopes of Nicaragua, El Salvador, Honduras, and Guatemala |

### (iii) Notable events

Tropical storm activity during 2015 was below average for the Caribbean basin (6°–24°N, 60°–92°W). There were three named storms: Danny, Erika, and Joaquin. Joaquin became a hurricane and reached major hurricane status in early October. No significant impacts were reported for Central America associated with any of these tropical systems. Stronger-than-average Caribbean low-level jet (CLLJ; Amador 1998), 925-hPa winds during July (vectors in Fig. 7.8) were consistent with El Niño (Amador et al. 2006). Central America experienced contrasting hydrometeorological conditions between the Pacific and Caribbean slopes from January to May. The impacts were severe, but different, across the region (Table 7.1).

2) CARIBBEAN—T. S. Stephenson, M. A. Taylor, A. R. Trotman, S. Etienne–LeBlanc, A. O. Porter, M. Hernández, D. Boudet, C. Fonseca, J. M. Spence, A. Shaw, A. P. Aaron-Morrison, K. Kerr, G. Tamar, D. Destin, C. Van Meerbeeck, V. Marcellin, A. C. Joseph, S. Willie, R. Stennett-Brown, and J. D. Campbell

Prevailing El Niño conditions were associated with below-normal annual rainfall and above-normal annual mean temperatures over much of the region (Fig. 7.9). Abundant dry and dusty air from the Sahara Desert in Africa also contributed to the dry weather for the year, particularly during the first six months. The base period for comparisons is 1981–2010.

### (i) Temperature

Some Caribbean countries, including Anguilla, Barbados, Cayman Islands, Cuba, Dominican Republic, St. Kitts and Nevis, St. Maarten, and St. Lucia, experienced above-normal to record temperatures during 2015. The average annual temperatures were the highest on record since 1951 for Cuba (26.6°C)

and second highest since 1946 for Piarco, Trinidad (27.4°C). Other temperature extremes for Piarco include the highest mean maximum temperature since 1946 for October (33.6°C) and November (32.7°C) and the second highest for August (33.6°C). V. C. Bird International Airport, Antigua, recorded its second-highest maximum temperature of 34.6°C (on 30 September) since records began in 1971 and observed a high mean minimum temperature of 24.5°C for the year, tying the record set in 2001 and 2002. Sangster International Airport, Jamaica, recorded its highest mean maximum temperature for May (33.0°C) since 1973, and Crown Point, Tobago, set records for August (33.2°C), September (33.9°C), and November (33.0°C) since records began in 1969. During October–December, record high mean maximum temperatures were observed in Freeport, Bahamas (25.3°C), and Grand Cayman (31.3°C) since 1990 and 1971, respectively, and the highest absolute maximum temperature was observed for Dominica (35.5°C) in the 45-year record.

### (ii) Precipitation

While annual rainfall for 2015 was below normal for most of the Caribbean, contrasting rainfall anomalies were observed in some territories during the first quarter of the year. The January–March rainfall was above normal for Dominican Republic, Grenada, Aruba, Barbados, and eastern Jamaica, and below normal for Anguilla, Antigua and Barbuda, and St. Maarten. St. Thomas, U.S. Virgin Islands, recorded its wettest February (339.1 mm) since 1953. The transition to drier conditions commenced in the second quarter for Aruba, Dominican Republic, and Jamaica, with Dominica, Guadeloupe, St. Kitts, and St. Lucia also recording very dry conditions.



FIG. 7.9. Annual (a) temperature anomalies (°C) and (b) percent of normal (%) rainfall for 2015 across the Caribbean basin with respect to the 1981–2010 annual mean. (Source: Caribbean Institute for Meteorology and Hydrology and the Instituto de Meteorología de la República de Cuba.)

Dry weather persisted from July to September across much of the Caribbean, including Aruba, Barbados, central Cuba, Grand Cayman, Dominica, southern and eastern Dominican Republic, Grenada, western Jamaica, the Leewards, and St. Lucia, though in August, wet conditions were recorded for Dominica and below-normal to near-normal rainfall for Puerto Rico. This is consistent with a below-normal Atlantic hurricane season (see section 4e2) in relation to El Niño that produced strong vertical wind shear, increased atmospheric stability, and subsidence over the Atlantic. July was the driest on record for St. Maarten (8.4 mm) since 1953 and second driest for St. Thomas (5.6 mm). Tobago had its fifth driest August (83.3 mm) since 1969.

For the last quarter, very dry conditions were recorded in Antigua, Aruba, Dominica, and northwestern Dominican Republic, with very wet conditions in northern Dominican Republic and western Puerto Rico. Antigua's all island-averaged rainfall for December was 49.0 mm, its 10th lowest on record, and rainfall for the three-month period of October–December was the ninth lowest on record (246.1 mm) since 1928. Record-low October–December rainfall was also observed at a number of stations, including Bowmanston, Barbados, (245.1 mm) since records began in 1981, and Rio San Juan and Villa Vasquez in Dominican Republic (230.7 and 31 mm, respectively) since 1971.

A number of territories and stations recorded their driest year (Table 7.2). The second driest year was observed at Hewanorra, St. Lucia, (1336.6 mm) since 1973 and the third driest for Jamaica (1308.0 mm) since 1881 and St. Croix (586.0 mm) since 1951. Conversely, St. Thomas (1276.4 mm) observed its sixth wettest year on record since 1953.

### (iii) Notable events

Several significant events impacted the Caribbean in 2015:

- Prevailing droughts were observed in Anguilla, Antigua, Barbados, Cuba, Dominica, Dominican Republic, Jamaica, Puerto Rico, St. Kitts and Nevis, and St. Lucia, with widespread agricultural losses and/or very low water production and rationed distribution. St. Lucia declared a water emergency for the period May to August and continuing drought.
- Water shortage was experienced in the eastern half of Puerto Rico, with San Juan (capital of Puerto Rico) having strict water rationing for much of 2015.
- Low rainfall totals in 2015 in Antigua led to Pot-

| Table 7.2. List of Caribbean territories and stations that had their driest year in 2015. | | |
|---|---|---|
| Station/Country | Annual rainfall recorded (mm) | Year records began |
| Antigua | 574.5 | 1928 |
| Aruba | 134.2 | 1971 |
| St. Barths | 465.6 | 1971 |
| St. Maarten | 495.4 | 1953 |
| Tobago | 1064.6 | 1969 |
| Grantley Adams, Barbados | 789.5 | 1979 |
| Santo Domingo, Dominican Republic | 813.8 | 1971 |
| Potsdam, Jamaica | 762.0 | 1971 |
| George F. L. Charles Airport, St. Lucia | 1148.6 | 1967 |

works Dam, with a capacity of 1 billion gallons, being completely dry. There were more bushfires than usual, and 65% of farmers were forced out of business. The drought continued throughout 2015 and was deemed the worst on record. The duration of the drought conditions in Antigua was the second longest of any drought on record and, by far, the greatest deficit of rainfall (records date to 1928). The longest drought occurred in 1964–67, lasting 32 months. The return period for 2015 rainfall is 1 in 500 years.
- On 27 August, flash floods from Tropical Storm Erika caused catastrophic damage across Dominica, dumping over 320.5 mm of rain in 12 hours, with 225.0 mm in less than six hours.

### d. South America

Positive SST anomalies were present along the tropical equatorial Pacific since the beginning of 2015. With the onset of El Niño, SST anomalies increased and expanded along the southeastern Pacific Ocean during the second half of the year. As is typical, El Niño influenced regional weather conditions in South America during most of 2015 (Fig. 7.10).

The annual temperature and precipitation anomalies were computed using data from 1190 stations provided by national meteorological services from South America and processed by El Centro Internacional para la Investigación del Fenómeno de El Niño (CIIFEN). Air temperature was above normal across most of the continent, with anomalies 0.5°–2.0°C (Fig. 7.11a) above average. El Niño impacts across



**Fig. 7.10. Seasonal mean sea surface temperature anomalies (°C) for 30°N–60°S, 120°–60°W (base period: 1971–2000). Data source: NOAA–NCEP (Processed by CIIFEN, 2016).**



**Fig. 7.11. 2015 South American annual (a) temperature anomalies (°C) and (b) precipitation anomalies (%; base period: 1981–2010). (Sources: Data from 1190 stations provided by National Meteorological Services of Argentina, Brazil, Bolivia, Chile, Colombia, Guyanas, Ecuador, Paraguay, Peru, Suriname, Uruguay, and Venezuela. The data were compiled and processed by CIIFEN 2016).**

South America generally include, but are not limited to, drier-than-average conditions across northern South America, with wetter-than-average conditions across the southeast. Dry conditions, observed since 2014, persisted and, in some instances, deteriorated during 2015, especially in northern South America. Above-normal precipitation with severe impacts was observed in southeastern South America (Fig. 7.11b). Along the west coast of South America, the El Niño effects during the last quarter of the year were modulated by regional factors such as the persistent positive sea level pressure anomalies in the southeastern Pacific Ocean and strong winds, which reduced convection near Ecuador and northern Peru.

All anomalies in this section are with respect to the 1981–2010 average unless otherwise noted.

### 1) Northern South America and the tropical Andes—R. Martínez, A. Malheiros, J. Arévalo, G. Carrasco, L. López Álvarez, J. Bazo, J. Nieto, and E. Zambrano

This subsection covers Bolivia, Colombia, Ecuador, Peru, and Venezuela.

#### (i) Temperature

Above-normal temperatures were predominant across Venezuela throughout the year. In the highlands (Tolima) and Caribbean coast (Cesar) of Colombia, record maximum temperatures were observed in September and December, respectively, with anomalies as high as +5°C. In Ecuador, above-average temperatures were present most of the year, with anomalies of +1.5°C to +2.0°C. Temperatures across Peru were above normal during March–May and June–August. During July and August, above-average temperatures (between +1°C and +4°C) were observed along the coastal zone, in some instances surpassing record high temperatures set in 1998. In Bolivia, temperatures were near- to above normal most of the year. From August to November, at least 12 maximum temperature records were reported at stations in central and eastern Bolivia.

#### (ii) Precipitation

Venezuela and Colombia experienced drier-than-normal conditions during 2015. During the first half of the year, anomalous subsidence was the main driver for the lack of precipitation in northern and southeastern Venezuela, which was just 40%–60% of normal. On the Caribbean coast of Colombia a slight precipitation deficit was also observed in this period. During the second half of the year, as a consequence of the El Niño onset, precipitation anomalies were 50%–70% of normal across most of Venezuela

and as little as 20% of normal in the Andean region (Departments of Tolima, Huila, Cauca, Valle) and Caribbean (central and northern) regions in Colombia. In Ecuador, precipitation was above normal during the first half of the year, with anomalies up to 200% of normal on the central coast. During the second half of the year, precipitation over the Amazon region was 50%–80% of normal; meanwhile, precipitation was 120%–150% of normal in the northern and central coastal regions during September–November. In Peru, extreme below-normal precipitation was observed in the northwest of the country and in the southern Andes. Above-normal precipitation prevailed during the second half of 2015 in the southern and central Amazon region.

In northern Bolivia, precipitation was above normal from January to August, with anomalies up to 159% of normal during March–May. During September–November, 88% of normal precipitation was observed. Over the Altiplano region (western Bolivia), precipitation was predominately above normal with anomalies ranging from 117% to 149% of normal throughout the year. In central Bolivia, precipitation was near normal. Above-normal precipitation (up to 150% of normal) was recorded in southeastern Bolivia during June–August. Below-normal precipitation (63% of normal) was observed during September–November.

### (iii) Notable events

On 24 March, unusually heavy rainfall caused landslides in the District of Lurigancho-Chosica (Lima region), Peru, leading to eight fatalities and destroying over 150 houses.

During April, northwestern Venezuela experienced a week-long heat wave, with some stations registering daily maximum temperatures as high as 40°C (April average maximum temperature is 34.9°C).

Northern Ecuador was affected by flooding during December that caused crop and cattle losses.

Colombia and Venezuela were impacted by a severe drought during most of the year, causing restrictions in water supply for human consumption, agriculture, and hydropower generation.

### 2) Tropical South America east of the Andes— J. A. Marengo, J. C. Espinoza, J. Ronchail, and L. M. Alves

This region includes Brazil, Paraguay, southern Venezuela, and the Amazon lowland sectors of Peru, Colombia and Bolivia.

### (i) Temperature

Monthly mean temperatures across most of the region were about 1°–3°C higher than average most of the year. In São Paulo, Brazil, the January mean temperature was 3.5°C above normal—the second warmest January since 1943. In October, temperatures were about 4°–5°C above normal in southeastern and west central Brazil, with the most notable warmth in Rio de Janeiro, which recorded a maximum temperature of 40°C, compared to the average October maximum temperature of 25°C. Maximum temperatures were slightly above average for autumn (March–May) and winter (June–August), with a mean temperature anomaly of +1.0°C. Notable temperatures of 2.0°–3.0°C above average were observed across Paraguay in June.

Various cold fronts during May–September brought well-below-freezing temperatures, hail, and the highest snowfall in 10 years in the Andean region, located more than 3500 meters a.s.l.

### (ii) Precipitation

Below-average rainfall (20%–75% of normal) was observed over southeastern Brazil, eastern Bolivia, and Paraguay during January–March. An atmospheric blocking pattern and a high pressure system over large parts of tropical Brazil and the South Atlantic, together with the absence of the South Atlantic convergence zone during January, were responsible for the lack of precipitation over most of subtropical South America east of the Andes, which lasted through mid-February. Between April and December, rainfall totals of 20%–50% of normal were recorded in northeastern Brazil, north-central Amazonia, eastern Peru, and the Amazon lowland sectors of Colombia and Venezuela. A weak and/or anomalously northward displaced intertropical convergence zone contributed to the below-average precipitation.

### (iii) Notable events

Drought conditions in southeastern Brazil that began in January 2014 (Nobre et al. 2016) continued through April 2015, particularly over the Cantareira reservoir system, which supplies water to nearly half of São Paulo's population (about 18 million residents). Summer (December–February 2014/15) rainfall was marginally less than average. However, during November and December 2015, above-average rain (100–150 mm month⁻¹ above normal) fell over the region, allowing the Cantareira Reservoir system to recover its volume.

The drought conditions that started in 2012 in northeast Brazil continued to persist in 2015, however, with less severity (Fig. 7.12a). Figure 7.12b shows that very dry conditions were present across the northern



**Fig. 7.12. (a) Average rainfall anomalies (mm month⁻¹)** — rendered below:

**Fig. 7.12. (a) Average rainfall anomalies (mm month$^{-1}$) during the peak rainy season (Feb–May) in northeast Brazil for 1951–2015. (Source: Global Precipitation Climatology Centre; updates from Marengo et al. 2013.) (b) Categories of observed precipitation based on percentiles for northeast Brazil during the hydrological year Oct–September (b) 2011/12, (c) 2012/13, (d) 2013/14, and (e) 2014/15. (Source: CEMADEN.)**

part of the state of Bahia, and particularly in the semiarid region of northern northeast Brazil and the region between southern Bahia and the northern parts of the state of Minas Gerais. The extreme dry conditions observed in this region contributed to an increase in wildfires and damages to crops, with local residents depending on water to be trucked in.

Between January and April, 32 000 families were affected by heavy rains in the lowlands of Bolivia, with the worst impacts occurring on 20 February when the Acre River flooded the city of Cobija, capital of Pando in western Amazonia.

As a result of heavy rains in the northwesternmost Amazonian regions (north of the Peruvian Amazon and western state of Amazonas in Brazil), the Peruvian government declared a state of emergency on 9 April. During March and April, more than 115 000 people were affected by floods. Also, in April, flood-

ing and landslides affected more than 20 000 people in Colombia. On 29 June, heavy rainfall in southern and southwestern Venezuela caused flooding, with more than 40 000 people affected. On 4 April, a severe storm hit several towns in the department of Concepción in northern Paraguay, affecting houses, crops, and farm animals. Authorities estimate that 5000 people were affected. Precipitation patterns shifted in October, as is typical during the presence of El Niño in the tropical Pacific Ocean (see section 4b), resulting in above-average rainfall across the same region. Abundant rainfall over southern Brazil and most of the La Plata basin caused significant floods.

During 8–10 July, minimum temperatures between −18°C and −22°C were measured in high areas of the Arequipa, Moquegua, Tacna, and Puno regions of the Peruvian southern Andes. According to the Empresa de Pesquisa Agropecuaria e de Extensao Rural of the state of Santa Catarina (EPAGRI) in southern Brazil, the same cold spell affected the southern region of Brazil, with minimum temperatures ranging between −3.0°C and 2.0°C in the highland city of São Joaquim on 5 July, compared with the average July minimum temperature of 6.1°C.

The above-normal rainy season in southeastern South America, which typically starts in October and ends in May, was 100–300 mm above normal in December 2015, leading to floods in Paraguay, Bolivia, and southern Brazil due to the overflow of the main rivers. The highest levels in 110 years were recorded along the Paraguay River, which produced slow-onset flooding that forced the evacuation of 18 545 families in the city of Asunción. Four people died and 130 000 were evacuated by the end of the year.

### 3) Southern South America—M. Bidegain, J. L. Stella, M. L. Bettolli, and J. Quintana

Argentina, Chile, Uruguay, and adjacent areas of southern Brazil are considered here.

#### (i) Temperature

Above-normal temperatures were observed over most of southern South America (SSA) during 2015, with mean temperature anomalies between +0.5°C and +1.5°C (Fig. 7.11a). According to preliminary analysis of the official data for 2015, the mean temperature anomaly for Argentina and Uruguay was estimated to be +0.71°C and +0.51°C, respectively. Argentina had its second warmest year in the country's 55-year period of record, behind 2012, with the past four years (2012–15) the four warmest on record. The cities of Buenos Aires, Iguazú, Santa Fé, Rosario, and Pehuajó were each record warm in 2015. Chile observed warmer-than-

average monthly temperatures most of the year. The largest positive annual anomalies were observed in the northern (+1.1°C) and central (+1.0°C) regions; however, September and October were cooler than average in the central and southern regions. Above-normal maximum temperatures were observed in Chile, particularly in the central region, with anomalies between +1.0° and +1.5°C.

Summer (December–February) 2014/15 had near-average temperatures, with no significant heat waves observed across Argentina and Uruguay. In Chile, anomalies of −0.8°C were observed across the north coast.

Autumn (March–May) was extremely warm. The most notable warmth was observed during April and May, with mean temperature anomalies as high as +2.0°C and +2.5°C in central Argentina and Uruguay, respectively. Argentina observed its warmest autumn since national records began in 1961, with a mean temperature 1.51°C above average. Chile had above-average temperatures during March–May, with much of the central to northwest regions 1.5°–3.0°C above average.

Above-average temperatures were observed across much of SSA during winter (June–August), with the most notable warmth across northeastern Argentina, Uruguay, southern Brazil, and Chile, where mean temperatures anomalies were as high as +3.0°C. Argentina also had its warmest winter on record. Much warmer-than-average conditions dominated the country during August, with many locations experiencing record high temperatures.

Below-average temperatures were present across Argentina, Uruguay, and Chile during spring (September–November). In Chile and central and southern Argentina, an increase in frequency of frontal systems and abundant cloudiness resulted in the region's coldest October on record. In Argentina, anomalies were 6°–7°C below average in some areas and more than 35% of stations set new daily low temperature records. Extremely cold conditions, including rare snowfalls and late frosts, affected Buenos Aires province during September and the Cuyo region during October.

### (ii) Precipitation

Drier-than-average conditions were observed during January–July, especially from March to July, in eastern Argentina (Corrientes, Entre Ríos, and Buenos Aires provinces), northeastern Argentina (Misiones province), Uruguay, and central Chile. During August–December, above-average precipitation fell across central and northeastern Argentina,

northern Uruguay, southern Brazil, and central Chile, as is typical during El Niño. The 2015 annual rainfall for Argentina and Uruguay was 109% and 103% of normal, respectively, and marked the second consecutive year since 2013 in which precipitation was above average in Argentina. However, some regions south of 34°S in Uruguay and Buenos Aires province recorded below-normal precipitation in 2015. As a result of severe water deficit, the Minister of Agriculture in Uruguay declared an "agricultural emergency" in May to assist farmers. Santiago, the capital of Chile, had its driest June on record, with no precipitation recorded for the first time since records began in 1866. During the second half of 2015, especially during October–December, some locations in northeastern Argentina and northern Uruguay were severely affected by floods, especially cities located near the Paraná and Uruguay Rivers.

### (iii) Notable events

Some areas of southern Chile experienced their driest January in at least 65 years. In northern Chile, unusually heavy rainfall during 24–26 March impacted the extremely dry regions of Atacama and Antofagasta. Some areas received well over their annual rainfall during this event. Antofagasta received 24.4 mm of rainfall in a 24-h period during 25–26 March (normal annual average rainfall for this location is 1.7 mm). Three people were killed by the impacts of the floods in Antofagasta and 23 people perished in Atacama.

Heavy precipitation fell across parts of northeastern Argentina in August. The downpours overflowed rivers and produced floods. The highest rainfall totals during August were in eastern Argentina, mainly in the south of the province of Corrientes, Entre Ríos, and northeast of Santa Fé, where values reached 300 mm. There was also significant precipitation in the province of Buenos Aires, with 200–250 mm recorded in August. Many other locations set new August precipitation total records (Table 7.3).

During December, abundant precipitation fell over northeastern Argentina and Uruguay, with several locations setting new records for the month (Table 7.4). Heavy rainfall mainly affected Corrientes and Misiones provinces in Argentina, with thousands of people forced to evacuate.

Above-normal temperatures and below-normal rainfall at the beginning of 2015 in Patagonia (southern Argentina) favored the development of one of the largest wildfires in the history of Argentina. The fire lasted nearly two months and burned 41 000 hectares of native forests.

**TABLE 7.3. Locations in Argentina that set new August precipitation totals (mm) in 2015.**

| Locations | 2015 Record (mm) | Previous Record (mm) |
|---|---|---|
| Reconquista | 330.2 | 138.8 (1956) |
| Mercedes Aero | 170.0 | 134.3 (1975) |
| Paso de los Libres Aero | 188.0 | 182.9 (1971) |
| Monte Caseros Aero | 262.6 | 218.0 (1972) |
| Concordia Aero | 358.8 | 198.0 (2012) |
| Junin Aero | 201.0 | 151.4 (1976) |
| San Fernando | 252.1 | 237.1 (2012) |

**TABLE 7.4. Locations in Argentina that set new December precipitation totals (mm) in 2015.**

| Locations | 2015 Record (mm) | Previous Record (mm) |
|---|---|---|
| Formosa | 425.3 | 357.5 set in 1979 |
| Posadas Aero | 466.9 | 416.1 set in 2012 |
| Oberá | 477.0 | 447.5 set in 2012 |
| Mercedes Aero | 458.1 | 337.0 set in 1968 |
| El Calafate | 42.2 | 30.5 set in 2012 |

### e. Africa

In 2015, most of Africa experienced above-average temperatures and below-average precipitation. Extreme weather caused loss of life and property damage in many parts of the continent. This extreme weather included torrential rains across western Africa and heavy rainfall related to a tropical storm over western Indian Ocean island countries. In contrast, eastern African countries, including Ethiopia, Somalia, and parts of Kenya, were impacted by drought. The drought in Ethiopia, the worst in several decades, was associated with the El Niño that developed early in the year. Extreme high temperatures were observed over northern, southern, and southwestern parts of Africa.

The 2015 climate assessment for Africa is based on the 1981–2010 reference period. Both observed and reanalysis datasets are presented for analysis.

#### 1) NORTHERN AFRICA—K. Kabidi, A. Sayouri, M. ElKharrim, A. Ebrahim, and A. Mekonnen

Countries considered in this region are Morocco, Algeria, and Egypt. Overall, below-normal precipitation and above-normal temperature conditions dominated during 2015. The annual temperature was the warmest since 1960 over Morocco, and successive heat waves were observed both during winter and summer in Egypt. Heavy downpours were reported in May and August 2015 in Morocco.

#### (i) Temperature

The annual mean maximum temperature over northwestern Morocco was about 1°C higher than normal. However, temperatures during January and February were markedly below average in association with a cold air surge from the Black Sea to the Maghreb (northwestern African countries). In January, temperatures were 2.4°C below normal in northeastern Morocco. In February they were 2.7°C below normal in southern Morocco. Generally, the winter (December–February 2014/15) mean surface seasonal temperatures over Algeria and Morocco were about 1°C below normal (Fig. 7.13), while winter surface temperatures over Egypt were mainly above normal. However, minimum temperatures as low as 1°C were observed in January in northeastern Egypt.

Temperatures during spring, summer, and autumn were all above normal in Morocco and Algeria. The average mean monthly temperature in Morocco and Algeria was 3°C above normal in May (Fig. 7.14). Overall, summer temperatures in Egypt were above normal, while isolated locations recorded below-average temperatures.

#### (ii) Precipitation

Annual precipitation was marked by deficits over southern Egypt and surpluses over the northern regions. Winter precipitation was about 50% of normal over western Egypt, while heavy rainfall events



FIG. 7.13. Dec–Feb 2014/15 mean temperature anomaly (°C; base period 1981–2010). (Source: NCEP–NCAR reanalysis.)



FIG. 7.14. May 2015 mean temperature anomaly (°C; base period 1981–2010). (Source: NCEP–NCAR reanalysis.)

were observed in January. Winter precipitation over Morocco was also highly variable. The average deficit in Morocco was about 89% of normal in January and 71% of normal in February (Fig. 7.15). Lack of rainfall was associated with dominant atmospheric high pressure conditions on the Moroccan Atlantic coast and in western Europe.

Monthly precipitation in spring was generally below normal in Morocco. However, above-normal rainfall ranging between 145% and 230% of normal was observed in March across central Morocco. New 24-h rainfall records ranging between 20 and 55 mm were observed during 23–25 May at various places in Morocco.

Convective precipitation brought extreme weather conditions in summer, especially during July and August, leading to excess rainfall, with an average amount of around 158% of normal over Morocco. Total precipitation received during August was well above normal (e.g., 45 mm at Marrakech compared to the normal of 2.7 mm; 23.2 mm at Sidi Ifni compared to the normal of 2.1 mm).

Unlike the recent autumns of 2013 and 2014, which were marked by a series of above-normal rainy conditions, autumn precipitation in 2015 was generally below normal over most of Morocco. Monthly rainfall ranged from 7% of normal at Casablanca to about 86% of normal at Midelt.

### (iii) Notable events

During January and February, a series of cold spells affected the region, resulting in heavy snow. Three meters of snow fell over northeastern Morocco during February, the highest total for February in the past 30 years. In Egypt, Alexandria received much-above-normal rainfall in October (238% of normal). A record rainfall of 127 mm was observed on 6 October 2015 at Alexandria.

Conversely, May, July, and August were marked by several heat waves (defined as daily maximum temperatures much higher than the daily mean),



**Fig. 7.15. Dec–Feb 2014/15 mean precipitation anomaly (mm day⁻¹; base period 1981–2010). (Source: NCEP–NCAR reanalysis.)**

resulting in high maximum temperatures. These heat waves were associated with continental dry air intrusions from the intense heat source in the Sahara. The heat waves, associated with an east wind, caused several forest fires, which devastated hundreds of hectares of forest, especially in northern Morocco. In Luxor, Egypt, a record temperature of 48°C was observed on 28 May.

### 2) WEST AFRICA—S. Hagos, I. A. Ijampy, F. Sima, S. D. Francis, and Z. Feng

West Africa refers to the region between 17.5°W (eastern Atlantic coast) and approximately 15°E (along the western border of Chad) and north of the equator (near Guinea coast) to about 20°N. Countries included are Senegal, the Gambia, Guinea-Bissau, Guinea, Sierra Leonne, Liberia, southern regions of Mali and Niger, Burkina-Faso, Côte d'Ivoire, Ghana, Togo, Benin, Cameroon, and Nigeria. It is often divided into two climatically distinct sub regions: the semiarid Sahel region (north of about 12°N) and the relatively wet coast of Guinea region to the south.

#### (i) Temperature

The annual mean temperature over West Africa was slightly above the 1981–2010 average with much of the northwestern Sahel region about 0.5°C above average. In May, much warmer-than-average conditions were reported over the region, with record warmth observed in Togo, Benin, and Burkina Faso. The majority of northern cities in Nigeria experienced above-average mean temperatures. Minna, Yelwa, Zaria, Katsina, and Kano experienced the highest annual mean temperature departures for 2015, as did Benin, Ikom, Ondo, and Warri in the South. Similarly, record high temperatures were observed across eastern Senegal in June, while Sierra Leone, central Mauritania, and eastern Nigeria recorded temperatures up to 3°C above normal in July (Fig. 7.16). The maximum temperature over the western part of The Gambia was higher than normal (by 3%–6%), while the minimum temperature increased by 5%–8% compared with normal in the central and eastern part of the country. Warmer-than-average conditions persisted over most of West Africa during August and September.

#### (ii) Precipitation

Wetter-than-average conditions persisted over most of the Sahel region. Rainfall totals for June–September, during which time the West African monsoon provides much of the annual precipitation, are shown in Fig. 7.17a. Relatively dry conditions prevailed over most of the coast of the Gulf of Guinea



**Fig. 7.16. Temperature anomalies (°C) for West Africa in Jul 2015 (base period: 1981–2010). (Source: NOAA–NCEP reanalysis.)**



**Fig. 7.17. (a) Jun–Sep 2015 precipitation (mm) for West Africa as total accumulated precipitation. The red dashed and solid lines mark 100 mm and 600 mm isohyets. (b) Jun–Sep 2015 precipitation anomaly, departure from 1981–2010 normal. (Source: NOAA–NCEP Reanalysis.)**

region from Liberia to Cameroon. Specifically, much drier-than-normal conditions over the Niger Delta and wetter-than-normal conditions in the Lake Chad region were observed during summer. Rainfall over most parts of Nigeria was near normal. However,

wetter-than-normal conditions were experienced over parts of central and northern Nigeria and drier conditions over pockets in the southwestern and eastern parts. The Gambia experienced a late onset of rains with late withdrawal and, overall, received above-normal rainfall for the season. Significant rainfall amounts prevailed during July–September, with the highest amounts, between 275 and 475 mm, recorded in August. The greater part of The Gambia experienced significant annual rainfall, ranging from 750 mm to more than 1000 mm. The country average seasonal rainfall during 2015 stood at 960.5 mm, 136% of the 1981–2010 mean (705.1 mm). The above-average rainfall over much of West Africa resulted in an above-average harvest according to the Famine Early Warning Systems Network. The dipole-like precipitation with a dry Guinean coast and wet Sahel region (Fig. 7.17b) often occurs as the intertropical convergence zone (ITCZ) precipitation is shifted farther north due to warmer SSTs over northeastern subtropical Atlantic and cooler-than-average SST conditions over the southeastern subtropical Atlantic (e.g., Hagos and Cook 2008). This condition persisted throughout the summer, especially notable during August and then into September. El Niño, typically associated with dry conditions over the Sahel (Janicot et al. 1998), had relatively little impact this year.

### (iii) Notable events

In northern Nigeria, torrential rain led to the failure of a dam in August. According to the UN Office for the Coordination of Humanitarian Affairs, 300 000 people were affected by the associated floods associated. Flash floods were also reported in some states. The floods led to 53 fatalities and destruction of property in about 11 states, and displaced about 100 000 people from their homes.

In early June, Togo, Benin, and Ghana experienced significant flooding; on 3 June, 84 mm of rain fell in Cotonou, Benin, in a 24-h period. Local media reported that flooding damaged several homes and blocked streets in the largest city and economic center of Benin.

The 2015 wet season (July–September) for The Gambia was characterized by several extreme events, including floods, lightning, and windstorms, resulting in loss of life and significant disruption in livelihood.

### 3) Eastern Africa—G. Mengistu Tsidu

Eastern Africa refers to countries located within 20°–50°E and 15°S–20°N. The region is comprised of the Sudan, South Sudan, Ethiopia, Eritrea, Dji-

bouti, and north and central Somalia, which are located north of 5°N, with the main rainfall season in June–September; southern Somalia, Kenya, northern Tanzania, Uganda, Rwanda, and Burundi, located between 5°N and 5°S, with the main rainfall season in March–May; and central and southern Tanzania, located south of 5°S, with the main rainfall season in December–February. Note also that Somalia, Kenya, northern Tanzania, Uganda, Rwanda, Burundi, and southern and southeastern Ethiopia receive a significant portion of their annual rainfall in autumn, with a peak rainfall shifting from October over Ethiopia and Somalia to November over the rest of the countries following the annual migration of the ITCZ. Therefore, rainfall analysis is also included for the extended September–December rainfall season.

The assessment for this region is based on rainfall from the latest version-2 Climate Hazards Group Infrared Precipitation with Stations (CHIRPS) data and European Centre for Medium-Range Weather Forecasts (ECMWF) Interim reanalysis (ERA-Interim) daily mean temperatures at a horizontal resolution of 0.25°.

### (i) Temperature

The December–February 2014/15 mean temperature was above normal over Sudan, Eritrea, western Ethiopia, Djibouti, Uganda, Rwanda, Burundi, most parts of Kenya, and northwestern Tanzania (Fig. 7.18a). Near-normal temperatures over the eastern half of Ethiopia and cold anomalies of up to −2°C were observed over part of northern Tanzania. The warm anomalies observed in December–February expanded eastward to cover most parts of Ethiopia while cold anomalies over Tanzania during the same season expanded northeastward to cover Kenya, southeastern Ethiopia, and Somalia during March–May (Fig. 7.18b). During June–August, the whole region experienced warm anomalies exceeding +2°C, with the exception of some pockets over northern Tanzania, western Kenya, and southwestern Ethiopia, which

reported normal to below-normal temperatures (Fig. 7.18c). The mean temperature remained above normal during September–November over most parts of the region, with the exception of below-normal temperatures at places in northern Tanzania and along the Ethiopia–Somalia border (Fig. 7.18d).

### (ii) Precipitation

During December–February 2014/15, southern Uganda, Rwanda, Burundi, northern Tanzania, and southern Kenya received substantially below-normal rainfall. However, some places in Tanzania and southern Kenya along the coast received 110%–150% of their normal precipitation (Fig. 7.19a). Rainfall during March–May was normal to above normal



Fig. 7.18. Eastern Africa seasonally averaged mean temperature anomalies (°C) for (a) DJF 2014/15 and (b) MAM, (c) JJA, and (d) SON 2015, with respect to the 1981–2010 base period.



**Fig. 7.19. Eastern Africa seasonal total rainfall (% of average) for (a) DJF 2014/15 and (b) MAM, (c) JJAS, and (d) SOND 2015, with respect to the 1981–2010 base period.**

over southwestern and southeastern lowlands of Ethiopia, adjoining areas over South Sudan, most parts of Somalia, Kenya, and Tanzania except for small pockets over the southern tip of Tanzania, the southeastern highlands of Ethiopia and southeastern Ethiopia, and Somalia border areas, which received 50%–90% of normal rainfall (Fig. 7.19b). Most parts of Ethiopia, with the exception of southeastern lowlands, South Sudan, and southern parts of the Sudan, receive their main rainfall during June–September. However, below-average rainfall, associated with the strong El Niño event (see section 4b), dominated the region in 2015. As a result, northern, central, and southeastern Ethiopian highlands received 50%–90% of their normal rainfall. The most affected northeastern highlands of Ethiopia received as little as

30% of normal rainfall (Fig. 7.19c). The dry conditions persisted during the usual September–December rainfall season over central and southeastern highlands of Ethiopia (Fig. 7.19d).

### (iii) Notable events

The failure of rainfall in Ethiopia in the summer of 2015, attributed to El Niño, led to the worst drought in decades, as reported by media outlets and later confirmed by the government of Ethiopia. According to the UN Office for the Coordination of Humanitarian Affairs, about 8.2 million people were in need of emergency food aid in Ethiopia.

The 2015 drought event can be illustrated using the standardized precipitation index (SPI) which provides a better representation of abnormal wetness and dryness than many other indices (Guttman 1998; McKee et al. 1993, 1995; Hayes et al. 1999). To account for the accumulation of drought effects over time, the SPI on 3-, 6-, 9-, and 12-month time scales during October 2014–September 2015 are considered based on the climatology of 1981–2015 for the region. Figure 7.20a shows 3-month SPIs from July to September 2015, which reveal moderate (SPI values between −1.0 and −1.49) to extreme (SPI values less than −2.0) drought over central, northern, and southeastern Ethiopian highlands as well as central Rift Valley of Ethiopia. Southern South Sudan and adjoining northern Uganda experienced moderate to severe (SPI values between −1.5 and −1.99) drought. However, the moderate to severe drought disappeared in the 6-month-SPI (April–September 2015) over these areas while the moderate to extreme drought over Ethiopia persisted (Fig. 7.20b). The moderate to extreme drought over Ethiopia continued to prevail in the 9-month (January–September 2015) and 12-month (October 2014–September 2015) SPIs (Figs. 7.20c,d) consistent with the prolonged observed rainfall anomalies in 2015 over Ethiopia. Thus, both the observed rainfall anomalies during the different seasons and the SPI confirm the failure of rains over a longer period of time.



**FIG. 7.20. SPI indices for eastern Africa for Oct 2014–September 2015 at (a) 3-month, (b) 6-month, (c) 9-month, and (d) 12-month times scales, based on 1981–2015 rainfall climatology.**

#### 4) SOUTHERN AFRICA BETWEEN 5° AND 30°S— G. Mengistu Tsidu

This region comprises countries bordering the Kalahari Desert within 5°–30°S and 10°–40°E, including Angola, Zambia, Botswana, Zimbabwe, and Namibia. The climate ranges from semiarid and subhumid in the east to arid in the west. Also included are Malawi and Mozambique, located in the east, with climate conditions ranging from dry to moist subtropical to midlatitude types. This region is located between two semipermanent high pressure systems over the South Atlantic and south Indian Oceans. The region is prone to frequent droughts and uneven rainfall distribution with two distinct seasons: a wet season from roughly November to April and a dry sea-

son roughly from May to October. The east coast is influenced by the southward-flowing Mozambique Current, which brings warm water and humid air from the equator and creates a humid, warm climate while the west coast is influenced by the cold Benguela Current from the Atlantic Ocean, which produces a drier climate. Total seasonal rainfall exhibits a strong spatial gradient along an axis oriented southwestward from above 700 mm over Zambia, Malawi, and Mozambique to below 25 mm over southern and eastern Namibia, southeastern Botswana, and eastern Angola during the peak rainy period of December–February (not shown).

Analyses are based on the same data sources as for section 7e3.

##### (i) Temperature

During December–February 2014/15, temperatures were well above normal over southern Angola, much of Namibia, and Botswana, and moderately above normal along the border between Malawi and Zambia (Fig. 7.21a). In contrast, the rest of the region had normal to below-normal temperatures. Warm anomalies exceeding +2°C were observed over the region bordering Namibia, Botswana, and Angola. The warm anomalies in the southwestern part of the region expanded eastward in March–May (Fig. 7.21b) and covered nearly the whole region in June–August (Fig. 7.21c) and September–November (Fig. 7.21d). The only exceptions were near-normal temperatures over areas that extended from the Mozambique–Zimbabwe border to close to the Mozambique–Malawi border during June–August and northern Angola and Zambia during September–November. Extreme warm anomalies exceeding +2°C during this period covered wider areas including the western half of Botswana, eastern half of Namibia, and southern part of Angola and Zambia (Fig. 7.21d).

##### (ii) Precipitation

In December–February, southern Africa received substantially lower-than-normal rainfall with the



**FIG. 7.21. Southern Africa seasonally-averaged mean temperature anomalies (°C) for (a) DJF 2014/15 and (b) MAM, (c) JJA, and (d) SON 2015, with respect to the 1981–2010 average.**



**FIG. 7.22. Southern Africa seasonal total rainfall (% of normal) for (a) DJF 2014/15 and (b) MAM, (c) JJA, and (d) SON 2015, with respect to the 1981–2010 average.**

exception of an isolated zonal band of normal to wet anomalies over northern Zimbabwe bordering Zambia and Mozambique, extending across Malawi to eastern Mozambique (Fig. 7.22a). Scattered normal-to-wet anomalies were observed in March–May (Fig. 7.22b) and June–August (Fig. 7.22c). The whole region received below-normal rainfall again during September–November (Fig. 7.22d). The deficit during this period is significant, as October and November constitute part of the extended climatological rainy period. Thus, overall rainfall over southern Africa was below normal in 2015.

*(iii) Notable events*

The below-normal rainfall was also investigated using the standardized precipitation index (SPI) on the 3-, 6-, 9-, and 12-month time scales from May 2014 to April 2015 which encompasses the peak rainy months over the region based on the climatology of 1981–2015 (not shown). The analyses revealed the presence of moderate to severe drought over the northern half of the region. On 10 November, the BBC reported that, as a result of the drought, significant portions of the population in Malawi and Zimbabwe needed food aid, citing a UNICEF assessment.

Southern Hemisphere heat waves were observed during SON over much of the region. The 90th percentile of heat wave duration (TXHW90, the maximum number of consecutive days with maximum temperatures higher than the 90th percentile calculated for each calendar day based on the 1981–2010

normal using running 5-day windows) is used (de Lima et al. 2013; Zhou and Ren 2011). In 2015, the longest period of consecutive days warmer than the 90th percentile of the normal maximum was, on average, more than 20 days over northern Namibia during September–November (Fig. 7.23d). Large parts of Botswana, Namibia, and southern Angola experienced 9- to 15-day periods warmer than the 90th percentile of normal maximum. There were warm anomalies of longer duration during other seasons over approximately the same areas (Figs. 7.23a–c).

5) SOUTH AFRICA—A. C. Kruger and C. McBride

The year 2015 was dominated by dry and abnormally hot conditions over most of the country.

*(i) Temperature*

In some parts of interior South Africa, mean maximum temperature deviations for January were more than 3°C above normal. Many areas in Western Cape, Free State, Limpopo Province, and Northern Cape had maximum temperature deviations in excess of +2° to +3°C during the first three months of the year.

The annual mean temperature anomaly for 2015 (based on data from 26 climate stations) was 0.86°C above the reference period (1981–2010), making it the warmest year for South Africa since records began in 1951 (Fig. 7.24). A warming trend of 0.14°C decade⁻¹ is indicated by the data of these particular climate stations, statistically significant at the 5% level.



**Fig. 7.23. The 90th percentile TXHW90 anomalies (in days) for Southern Africa during (a) DJF 2014/15 and (b) MAM, (c) JJA, and (d) SON 2015, with respect the 1981–2010 climatology.**



**Fig. 7.24. Annual mean temperature anomalies (°C; base period 1981–2010) of 26 climate stations in South Africa, as indicated in the map, for the period 1951–2015. The linear trend is indicated. (Source: South African Weather Service.)**



**Fig. 7.25. Rainfall anomalies (% of normal; base period 1981–2010) for South Africa during 2015 (Source: South African Weather Service.)**

### (ii) Precipitation

Figure 7.25 presents the annual rainfall anomalies for 2015 compared to the 1981–2010 reference period. The most significant feature was below-normal rainfall across most of the country, with particularly dry conditions in northern KwaZulu-Natal province, the far northeast and western North West, and northeastern Northern Cape provinces.

The beginning of the year was characterized by dry conditions in the western and northwestern interior and, due to below-normal rainfall conditions during the 2014/15 austral summer rainfall season, the northern and northeastern parts were already classified as very dry.

In June and July, the western half of the country, as well as some parts in the east, got temporary relief from the dry conditions, with most places receiving more than double their average rainfall for the month. In September the rainy season in the summer-rainfall areas commenced well, with comparatively high rainfall totals reported in the northern interior. However, (austral) spring and beginning of summer of 2015 had dry conditions accompanied by recurring heat waves in many places.

The July–June 2014/15 period was on average the driest season for South Africa since 1991/92 and the third driest since 1932/33.

### (iii) Notable events

With drought conditions firmly in place, by February some agricultural organizations requested that provinces, such as North West, be declared drought-stricken. In KwaZulu-Natal, a substantial loss in the sugarcane yield was expected, while water restrictions were in place over much of the province. By March, other provinces also considered applying to be declared drought-stricken areas, including the Western Cape, Free State, and Limpopo Province. The provinces of Northern Cape, North West, KwaZulu-Natal, Mpumalanga, and Limpopo, and the Free State were all declared drought disaster areas in November. By the end of (austral) summer, the prolonged drought conditions severely affected maize, sugar cane, and sorghum harvests.

In the spring, record high temperatures were broken on a regular basis, with Vredendal recording a temperature of 48.4°C on 27 October 2015, setting a new global record for the highest temperature ever observed for this month. The previous highest maximum temperature for this station was 42.5°C,

recorded on 30 October 1999. Extremely high maximum temperatures also occurred in Gauteng from 4 October, and resulted in prolonged heat wave conditions for 9 consecutive days in Pretoria and 8 consecutive days in Johannesburg. Lephalale in Limpopo Province also experienced heat wave conditions for 6 consecutive days. Heat wave conditions also occurred in November, beginning on the 7th and prevailing over four provinces: Gauteng Mpumalanga, the Limpopo Province, and North West.

An extensive dust storm occurred about 60 km north of Bloemfontein between Winburg and Verkeerdevlei on 11 November. According to reports, the wall of dust was estimated between 20 and 25 km wide and at least 3 km high. The dust storm was accompanied by strong winds blowing at 60–70 km hour⁻¹.

6) Western and central Indian Ocean island countries—G. Jumaux, L. Randriamarolaza, M. Belmont, and H. Zahid

This region consists of several island countries, namely Madagascar, La Réunion (France), Mayotte (France), Seychelles, and Maldives.

Overall, the 2015 mean temperature for the region was well above normal. Precipitation was also generally above normal, especially during the second half of the year in the Maldives and Réunion, but was below normal in Mayotte for the same period (Fig. 7.26).

*(i) Temperature*

In Madagascar, 2015 was the fourth warmest year since records began in 1971 (the warmest year was 2011). The overall annual mean temperature was

24.2°C, corresponding to an anomaly of about +0.5°C. All stations had positive anomalies, with the highest departure observed at Ambohitsilaozana (northeastern Madagascar; 1.8°C above average), except Antsiranana (northern Madagascar) station (0.1°C below; Fig. 7.27). During austral summer (January–March), the seasonal mean temperature was below the reference period. The mean temperature for July–August was above normal.

For Réunion Island, 2015 was the third warmest year since records began there in 1969, with an annual mean temperature anomaly (based on six stations) of +0.7°C. Only February and March were below or near-normal. Minimum and maximum annual temperatures were 0.5°C and 0.9°C above the 1981–2010 mean, respectively.

For Mayotte Island (Pamandzi Airport), 2015 was the warmest year since records began in 1961, with an annual mean temperature anomaly of +0.7°C (+0.6°C for maximum temperature and +0.8°C for minimum



Fig. 7.26. Mean annual temperature anomalies (°C), annual rainfall anomalies (%), and their respective deciles for the Indian Ocean islands (Sources: Météo France; and Meteorological Services of Madagascar, Seychelles, and Maldives.)



Fig. 7.27. Annual mean temperature anomalies (°C) based on 1981–2010 average. The circle dimension is related to the anomaly absolute values. (Source: Climate Change and Climatology Service, Meteorology of Madagascar.)

temperature, both highest on record). December was the warmest month of the year, with an average daily maximum temperature of 32°C.

For Seychelles, all months had above-normal mean maximum temperatures (at Seychelles International Airport) except January and February. The warmest month was April with a maximum temperature average of 32.3°C and a minimum temperature average of 26.2°C (respective anomalies of +0.7°C and +0.8°C). The annual mean temperature in 2015 was 0.5°C above average, marking the second warmest year since 2009.

For the Maldives, the annual mean temperature (based on two stations: Gan and Hulhule) in 2015 was 28.8°C, +0.5°C compared to normal. Mean temperatures were above average for all months, with the highest anomaly of +1.2°C observed in December (Fig. 7.28). These elevated temperatures are associated with the 2015 El Niño event. Overall, 2015 was the third warmest year since records began in 1981.

### (ii) Precipitation

In Madagascar, annual accumulated precipitation was slightly above the 1981–2010 average. However, 10 of 22 stations indicated below-average annual total precipitation. The highest positive anomaly was recorded in Morombe (200% of normal) in southwestern Madagascar, while the lowest negative anomaly was observed in Sainte Marie (47% of normal) in northeastern Madagascar. In addition, more stations were drier than average in northern Madagascar than in the south (Fig. 7.29). During austral summer (January–March), rainfall was above average, but was below average from April to December. In addition, the number of dry days (rainfall < 0.1mm) were 12 on average during summer, compared with 22 days on average for April–December.

For Réunion Island, the annual rainfall was about 120% of average, marking the ninth rainiest year



**FIG. 7.29. Annual total precipitation (% of normal) with respect to the 1981–2010 period. The circle dimension is related to the anomaly absolute values. (Source: Climate Change and Climatology Service, Meteorology of Madagascar.)**

since records began in 1969. March was the wettest month of the year due to heavy rainfall in the wake of tropical storm Haliba's passage near Réunion on 9 March. The number of substantial rainy days (56 days compared with an average of 37) was the highest on record (followed by 1982, 1972, and 2008).

For Mayotte Island, the annual rainfall amount (based on two stations) was slightly below average. January was the wettest month of the year, especially on the eastern part of the island. Pamandzi airport recorded 510 mm, which is the rainiest January for this station since records began in 1961 (followed by 1971, 1986, and 2008).

In Seychelles, annual rainfall total in 2015 was 105% of normal. Below-normal rainfall and fewer-than-normal rain days were reported from January to April and in July. May–October is the dry season in Seychelles but, with the presence of an active



**FIG. 7.28. Monthly mean temperature anomalies (°C) in 2015 in Maldives (average of two stations) with respect to the 1981–2010 base period. (Source: Maldives Meteorological Service.)**

El Niño, several months received abnormally high rainfall (Fig. 7.30). August received 298.3 mm (normal is 122.5 mm); October recorded 337.6 mm (normal is 177.7 mm); and November recorded 353.9 mm (normal is 192.5 mm). Many days with daily rainfall above 50 mm were recorded during the last five months of 2015. The highest daily value (122.6 mm) was recorded on 9 November at Seychelles Airport.

For the Maldives, the annual rainfall amount in 2015 was 2408 mm, 114% of average, making 2015 was the fourth wettest year since records began in 1981. August was the wettest month of the year, with an average rainfall of 370 mm over the Maldives (Fig. 7.31). As is typical, February was the driest month of the year, with average rainfall of 24 mm. On average, the Maldives experienced about 140 rainy days in 2015, 5 more than average. In 2015, the highest number of rainy days was recorded in August, September, and October (19 days each). On the other hand, the lowest number of rainy days (3) was experienced in January.

### (iii) Notable events

The absolute maximum temperature was recorded at Antsohihy (northwestern Madagascar) on 13 October and 11 November (+38.7°C) and the absolute



**Fig. 7.30. 2015 monthly rainfall anomalies (mm) at Seychelles International Airport. (Source: Seychelles Meteorological Services.)**



**Fig. 7.31. 2015 monthly rainfall anomalies (mm) in Maldives (Source: Maldives Meteorological Services.)**

minimum temperature was recorded at Antsirabe (central Madagascar) on 21 July (–1.2°C).

The highest 24-h accumulated precipitation was 318 mm recorded in Maintirano (western Madagascar) on 2 February, which is a 12-year return period event. Grand-Ilet station (Salazie, in the highlands) recorded 1277 mm in 4 days (5-year return period).

Associated with cyclones and other systems in the region, the Maldives experienced rough sea conditions and flooding. Average winds of 24 km hour[-1] prevailed in the central atolls from 10 January until the end of the month. Due to strong, sustained winds, moderate to rough seas prevailed in the area, which caused a passenger boat to run aground on a reef near Kaafu Maniyafushi. All 24 passengers were rescued, but the boat sank in the reef as the Coast Guard was unable to continue rescue efforts in the area due to the strong winds and rough seas. No cyclones directly impacted the Maldives in 2015.

On the other hand, Madagascar was affected by three tropical systems that formed in the Mozambican Channel on 13 January (Tropical Storm Chaedza), 5 February (Tropical Storm Fundi), and 3 March (a tropical depression). The persistence of the ITCZ amplified the conditions, leading to an event that had never occurred in February since records began in 1961. On 26 February, in Antananarivo, significant rainfall of 129.2 mm caused the destruction of a dam, which led to a major flooding event. Madagascar's disaster management agency, the Bureau National de Gestion des Risques et des Catastrophes (BNGRC), reported that 19 lives were lost, 36 956 residents displaced, and more than 60 000 people affected by the disaster. An estimated 517 houses were destroyed and 1698 were damaged in the floods. BNGRC also reported that the floods damaged 6339 hectares of rice fields.

Associated with a cloud cluster that formed south of the Maldives on 24 November, 228 mm of rain fell in the southernmost region in Addu City, the highest recorded 24-h rainfall for the Maldives, breaking the previous record of 188 mm. Three hours of torrential rain and more than 12 hours of incessant rainfall left most parts of Addu City under water, and flood water damaged household appliances and furniture in hundreds of households. It is estimated that more than 200 houses experienced flooding, and damage was estimated to be in excess of 200 000 U.S. dollars.

### f. Europe and the Middle East

This section covers western Europe, from Scandinavia to the Mediterranean, and extends from Ireland and the United Kingdom to eastern Europe, European

Russia, and parts of the Middle East. While the entire region is covered in the Overview, not all countries provided input to this report, so some individual national details are not included.

Throughout this section, normal is defined as the 1961–90 average for both temperature and precipitation, unless otherwise specified. European countries conform to different standard base periods applied by their national weather services. All seasons mentioned in this section refer to the Northern Hemisphere. Significance implies an exceedance of 5th or 95th percentiles.

More detailed information, including monthly statistics, can be found in the Monthly and Annual Bulletin on the Climate in RA VI – European and the Middle East, provided by WMO RA VI Regional Climate Centre Node on Climate Monitoring (RCC Node-CM; www.dwd.de/rcc-cm). All statistics reported here are for three-month seasons.

### 1) OVERVIEW

Europe was, on average, much warmer than normal in 2015. The mean land surface air temperature for the European region (35°–75°N, 10°W–30°E) from the CRUTEM4 dataset (Jones et al. 2012) was +1.51°C above the 1961–90 normal, only 0.2°C short of the previous record set in 2014 (Fig. 7.32). According to the E-OBS dataset (van der Schrier et al. 2013b; Chrysanthou et al. 2014), which uses different meteorological stations over an area extending farther west and east (25°W–45°E), the European annual mean land surface temperature was the highest on record (+0.93°C above the 1981–2010 average; Fig. 7.33). However, differences between both datasets are within the level of uncertainty (allowing for the different base periods).

Across Europe and the Middle East, temperature anomalies ranged between +1°C in northwestern areas and +3°C in northeastern and Alpine regions (Fig. 7.34).

Precipitation totals in 2015 (Fig. 7.35) were below average across most of continental Europe and Iceland (60%–80% of normal). Parts of the British Isles, northern Europe, and the central and eastern Mediterranean recorded significantly above-average totals of 125% of normal and locally up to 170% of normal.

Winter 2014/15 (December–February) was exceptionally mild over Scandinavia and the eastern European region, with surface and 850-hPa temperature anomalies up to +4°C (Fig. 7.36a). The Icelandic low (negative anomalies of −12 hPa) and the Azores high (positive anomalies of +12 hPa) were well established as reflected by the North Atlantic Oscillation index



FIG. 7.32. Annual average land surface air temperature anomaly (°C) for the European region (35°–75°N, 10°W–30°E) relative to the 1961–90 base period. The blue bars show the annual average values and the black error bars indicate the 95% confidence range of the uncertainties. The green bar is the annual value for 2015. Data are from the CRUTEM4 dataset (Jones et al. 2012.)



FIG. 7.33. Annual land surface air temperature anomaly (°C) for Europe, similar to FIG. 7.32, but based on the E-OBS dataset (van der Schrier et al. 2013b and Chrysanthou et al. 2014) from 1950 to 2015. [Source: KNMI (Royal National Meteorological Institute) Netherlands.]



FIG. 7.34. Annual mean air temperature anomalies (°C; 1961–90 base period) in 2015. (Source: DWD.)



**FIG. 7.35. European precipitation totals (% of 1951–2000 average) for 2015. Hatched areas indicate regions where precipitation is higher than the 95th percentile of the 1961–90 distribution. Only grid points with mean annual precipitation >15 mm month⁻¹ are represented. [Source: Global Precipitation Climatology Centre (Schneider et al. 2015).]**

[NAO +1.65, normalized pressure difference between the Azores High (Ponta Delgada, Azores) and the Icelandic Low (Reykjavík, Iceland)]. This synoptic pattern allowed for a frequent westerly flow of mild Atlantic air masses that brought precipitation totals of up to 170% of normal, particularly in northern parts of Europe and in the southeast (Fig. 7.37a, hatched). In contrast, the Iberian Peninsula and southwestern France had below-average surface temperature anomalies of up to −1°C due to the influence of high pressure and precipitation less than 40% of normal in places.

During spring (March–May) significant above-average 500-hPa heights centered over Iberia led to well-above-normal temperatures in southwestern Europe (Fig. 7.36c, dotted). March in particular contributed to the anomalous warmth. It was the third straight month of extensive westerlies and southwesterlies advancing over northeastern Europe where temperature anomalies exceeded +4°C.

Northern Europe was affected by frequent Atlantic cyclones throughout the season that caused a significant precipitation surplus of locally more than 180% of normal (Fig. 7.37b, hatched), whereas the western half of Europe, including most of the British Isles, had below-average totals.

The summer season (June–August) was characterized by a hot spell across western, central, and eastern Europe (see Sidebar 7.1) as a result of significant above-average 500-hPa heights (Fig. 7.36e, dotted). In



**FIG. 7.36. Seasonal anomalies of (left) 500-hPa geopotential height (contour, gpm) and 850-hPa temperature (shading, °C) and (right) near-surface air temperature, using data from the NCEP–NCAR reanalysis for (a), (b) DJF (winter), (c), (d) MAM (spring), (e), (f) JJA (summer), and (g), (h) SON (autumn). In left column, dotted areas indicate regions where 500-hPa geopotential is above (below) the 95th percentile (5th percentile) of the 1961–90 distribution, while hatched areas represent the corresponding thresholds but for 850-hPa temperature. Base period used for both analyses is 1961–90. (Source: Deutscher Wetterdienst.)**

contrast, the British Isles, Scandinavia, and northern European Russia were influenced by frequent low pressure systems. These regions recorded surface temperature anomalies of 0° to −1°C accompanied by above-average rain amounts of up to 170% of normal (Fig. 7.37c).



**FIG. 7.37. Seasonal anomalies for 2015 (1961–90 base period) of sea level pressure (hPa) from NCAR–NCEP reanalysis (contours) for (a) DJF (winter); (b) MAM (spring); (c) JJA (summer); and (d) SON (autumn). Colored shading represents the percentage of seasonal mean precipitation for 2015 compared with the 1961–90 mean from the monthly Global Precipitation Climatology Centre (Schneider et al. 2015) dataset (only grid points with climatological mean seasonal precipitation above 15 mm month⁻¹ are represented). Dotted areas indicate regions where SLP is higher (lower) than the 95th percentile (5th percentile) of the 1961–90 distribution, while hatched areas represent the corresponding thresholds but for precipitation.**

In autumn the atmospheric circulation featured above-average 500-hPa heights (Fig. 7.36g), and temperatures were warmer than normal in nearly all regions. Scandinavia and the eastern Mediterranean, including the Black Sea region, were especially affected by high pressure conditions and recorded significantly positive surface and 850-hPa temperature anomalies of more than +3°C in places. According to the E-OBS dataset, it was the third warmest autumn since 1950 for the European region. Eastern Turkey and the Balkan States received localized precipitation totals of more than 200% of normal (Fig. 7.37d).

The year ended exceptionally warm, with a strong positive NAO (+2.24) phase in December. The synoptic pattern was associated with exceptionally widespread positive temperature anomalies that exceeded +4°C. Large parts of Europe recorded their warmest December since 1950. Only the eastern Mediterranean experienced below-average temperatures, with anomalies reaching −2°C.

### 2) CENTRAL AND WESTERN EUROPE

This region includes Ireland, the United Kingdom, the Netherlands, Belgium, Luxembourg, France, Germany, Switzerland, Austria, Poland, Czech Republic, Slovakia, and Hungary.

#### (i) Temperature

Annual temperatures in central Europe were warmer than normal and nearly all areas of the region were around 2°C above their long-term means. Switzerland had its warmest year since national records began in 1864 (+2.1°C). Austria, Germany, Slovakia, and Hungary each experienced their second warmest year since 1767, 1881, 1961, and 1901, respectively, with anomalies ranging between +1.7°C and +2.2°C.

The winter season 2014/15 was exceptionally mild, particularly for the eastern part of the region, which was more often than normal under the influence of subtropical air masses. Spring was characterized by above-average temperatures except for most of Ireland, where deviations of −1°C were recorded. May in particular contributed to the cooler-than-normal conditions in Ireland, where deviations down to −1.7°C were recorded.

During summer, the atmospheric circulation featured significantly widespread anomalous high temperatures across continental Europe. Near the Alps, the blocking ridge led to positive temperature anomalies up to +4°C. In contrast, the British Isles were affected by frequent westerly flow of Atlantic air masses that led to a summer with mostly near-normal temperatures, although a brief heat wave occurred in early July, particularly affecting southern parts of the United Kingdom.

Temperature anomalies in autumn ranged between −1°C in parts of France to +2°C in the southern United Kingdom and eastern areas of the region. November was especially warm (2°–4°C above average), when many daily high temperature records were broken. Germany reported its warmest November on record (3.5°C above average). The United Kingdom and Switzerland reported deviations of +2.6°C and +2.7°C, respectively, with each having their third warmest November since 1910 and 1864, respectively.

The year ended with exceptionally warm December temperatures that were more than +4°C from the reference period across nearly the entire region. An exceptionally strong southwesterly flow associated with a strong positive phase of the NAO contributed to these spring-like temperatures.

### (ii) Precipitation

Annual precipitation totals were mostly below the long-term mean. Only Ireland, Scotland, Benelux, and northern Germany had slightly above-normal precipitation.

Winter 2014/15 was characterized by below-average precipitation in central Europe, with locally less than 60% of normal. The United Kingdom was affected by frequent cyclonic conditions that gave rise to a surplus of up to 140% of normal precipitation.

Spring was drier than normal across the entire region, except in Scotland. France, central Germany, and western Poland each received 60%–80% of normal precipitation and locally even less, associated with areas of significantly above-average sea level pressure (SLP, dotted areas in Fig. 7.37b). Over the British Isles, below-average totals of 70% of normal in southern England contrasted with values in western Scotland of more than 150% of normal.

During summer, below-average precipitation totals continued, especially in eastern and central Europe and the Alpine region where totals as low as 40% of normal were registered. Hungary reported its sixth driest June since 1901.

Autumn precipitation was above normal in the eastern part of the region, while western areas, including the British Isles, experienced a rain deficit. High pressure over northern Europe during September and October brought dry conditions to the United Kingdom, with 54% and 65% of normal rain, respectively. The season ended with very wet conditions when the Icelandic low was well established. This synoptic pattern was associated with 250% of normal totals in most regions, except France and the Alpine region. Repeated low pressure systems continued to the end of the year, and precipitation remained well above normal.

### (iii) Notable events

Two storms crossed the North Sea during 9–11 January. At the central German mountain station Brocken, wind gusts of more than 43 m s⁻¹ were measured.

During July and August, Hungary reported a record 27 days of heat wave conditions, and Budapest experienced a record-breaking 34 tropical nights, the most since records began in 1901.

Two intense rainstorms crossed southeastern France during 12–13 September, bringing 200–242 mm rain within 6 hours. The latter amount is a new record at station Grospierres.

In November, many record high temperatures were measured. On 7 November, a station in Freiburg, southwest Germany, recorded 23.2°C, its highest daily maximum temperature for November.

Ireland reported its sixth wettest November since records began in 1866. Newport, on the west coast of Ireland, observed a record daily rainfall of 66.2 mm (190% of normal) on 14 November.

Several storms traversed central Europe in November. During the 17th and 18th, a core pressure below 985 hPa brought wind gusts of more than 48 m s⁻¹, causing traffic disturbance and damage to trees and buildings.

### 3) THE NORDIC AND THE BALTIC COUNTRIES

This region includes Iceland, Norway, Denmark, Sweden, Finland, Estonia, Latvia, and Lithuania.

### (i) Temperature

Annual temperatures in 2015 were well above normal in the Nordic and Baltic countries. Finland and the Baltic States experienced anomalous temperatures of +2° to +3°C. Lithuania and Finland experienced their warmest year on record, with anomalies of +2.1°C and +2.6°C, respectively. Norway observed its third warmest year since records began in 1900, with an anomaly of +1.8°C. Iceland, however, recorded only slightly-above-average temperatures (0° to +1°C) and had its coldest year since 2000.

Winter 2014/15 was exceptionally mild in Scandinavia and the Baltic States, with the largest deviations of more than +4°C in Estonia, Finland, and central Sweden. The anomalous temperatures were caused by persistent southwesterly flow, which brought subtropical air far into Scandinavia. February in particular contributed to the anomalous warmth. Finland, on average, had temperatures 7°C above normal, marking its third warmest February, behind 1990 and 2014. Norway's average anomaly was +4.2°C, with anomalies at stations in southern and central regions up to +6°C and +9°C, respectively.

In spring, temperatures remained above the long-term mean, with anomalies between +3° and +4°C in northern Scandinavia (hatched areas in Fig. 7.36b). March was especially warm when mild subtropical air advanced far into the north. Lithuania reported positive anomalies of +4.9°C. Norway also experienced a mild March, at 3.8°C above average. Locally, in Finnmark and Troms (far northern Norway), deviations of +5° to +7°C were reported.

During summer, temperatures were near-normal on balance. Above-average temperatures of +1°C over the Baltic States contrasted with below-average conditions (−1°C) over Iceland and most of Scandinavia. June and July were cooler than normal, with anomalies as much as −2°C over the Scandinavian countries where below-average 500-hPa heights prevailed.

Temperatures in autumn were significantly warmer than normal throughout all regions due to dominant high pressure (dotted areas in Fig. 7.36g). The strongest deviations occurred in northern Scandinavia, at +2° to +3°C. In November, a strong positive NAO phase (+1.7) led to many locations in Scandinavia observing temperatures above their 90th percentile.

In December, a combination of prolonged high pressure over the central Mediterranean and warm air advection caused exceptionally mild conditions in the Nordic region. Widespread positive anomalies of more than +4°C were recorded across most regions, except for Iceland, where below-average temperatures in western areas contrasted with warmer conditions in the east.

### (ii) Precipitation

With the exception of Iceland and the Baltic States, annual precipitation totals were above normal. Denmark reported its second wettest year since 1874, and Norway observed 125% of normal precipitation on average, which is third wettest in its 116-year record.

Winter 2014/15 was wetter than normal across nearly all of the Nordic countries due to a strong positive NAO phase (+1.65). Below-average 500-hPa heights were associated with frequent cyclonic conditions that brought up to 170% of normal precipitation to the region (hatched areas in Fig. 7.37a).

In spring, wetter-than-normal conditions remained, especially across Scandinavia where 125%–170% of normal totals were widely observed. Norway experienced its second wettest May on record (after 1949), with 175% of normal rainfall.

Precipitation in summer was close to normal except for the Baltic States. A persistent blocking ridge centered over continental Europe resulted in dry conditions, with only 60% of normal rainfall recorded (dotted in Fig. 7.37c). August was especially dry, with nearly all regions recording below-average totals. Exceptionally low rainfall of less than 20% of normal was recorded across the Baltic States. Lithuania reported just 16% of its normal rainfall.

During autumn, precipitation totals were mostly below the long-term mean, except for parts of north-central Finland and Denmark (>125% of normal totals). The Baltic States recorded a deficit between 40% and 60% of normal totals. Exceptionally strong southwesterlies in December brought well-above-normal precipitation totals to the Nordic countries. Denmark received up to 250% of normal precipitation. Only parts of central and northern Scandinavia registered a rain deficit, 60%–80% of normal.

### (iii) Notable events

In January, Norway and Sweden experienced extreme precipitation totals. Some stations in Norway received up to 400% of normal; at Eikemo (coastal western Norway) 782.3 mm was measured, corresponding to 280% of normal. Station Piteå in northeast Sweden reported a monthly rain accumulation of 1346 mm, which is the most since the record began in 1890.

During 9–11 January, the Danish coast was hit by two successive storms. On the morning of 11 January, water in Lemvig (northwest Denmark) rose to 1.95 m above normal, breaking the previous record of 1.81 m.

During a period of strong westerlies in February, Norway reported record-breaking wind gusts of more than 46 m s$^{-1}$ in southern mountainous areas; 70 000 people lost power. Givær, an island in Bodø (northern Norway), was evacuated during a spring high tide.

In September, Norway was hit by thunderstorms and accompanying extreme precipitation. In the south, station Gjerstad received monthly totals of 478 mm (330% of normal), and station Postmyr i Drangedal received 449.5 mm (350% of normal). On 2 September, the latter recorded its highest daily total of 117.8 mm.

On 2 October, a storm caused forest damage in central Finland and left over 200 000 households without power.

In November, two storms hit Denmark with record-breaking wind gusts. During 7–8 November, the first storm produced Hanstholm's (on the northwest coast) highest wind gust of 34.6 m s$^{-1}$ and a record-breaking 10-minute mean wind of 27.3 m s$^{-1}$. On 29 November, the second storm passed with wind gusts up to 45.9 m s$^{-1}$.

### 4) Iberian Peninsula

This region includes Spain and Portugal. In this subsection, anomalies refer to a reference period of 1981–2010, with the exception of precipitation for Portugal, which the country reports with respect to a 1971–2000 reference period.

### (i) Temperature

The Iberian Peninsula experienced a warmer-than-normal year in 2015. Spain recorded an annual anomaly of +0.9°C and tied with 2011 for its warmest year on record, which dates to 1961. Portugal reported positive anomalies compared to the 1981–2010 reference period between +0.6°C in southern regions and +1.7°C in east-central parts of the country.

Winter 2014/15 was colder than normal throughout Iberia due to cold air advection from the north. Spain and Portugal were 0.6°C and 1°C below average, re-

spectively. A colder-than-normal winter was followed by a very warm spring, and the entire Iberian Peninsula registered positive temperature anomalies and significantly above-average 500-hPa heights (dotted in Fig. 7.36a,c). Spain reported a mean anomaly of +1.5°C, with an extremely warm May (+2.4°C), which was the second warmest in its 55-year record.

Significantly anomalous above-normal temperatures remained in summer due to a blocking high pressure ridge over Europe, and anomalies exceeded +2.5°C in most areas. During July, Spain experienced its highest monthly average temperature on record. This month also featured unusually persistent heat wave conditions. In central and southeastern parts of the country, positive anomalies of +3°C were recorded; it was the second warmest summer season on record, behind 2003.

Autumn, overall, was also warmer than normal but with only slightly-above-average values. Very warm conditions in November remained in December, with monthly anomalies of +2°C as a result of an eastward extending Azores high (positive SLP anomalies of up to +10 hPa over the Iberian Peninsula).

### (ii) Precipitation

Annual precipitation totals over Iberia were mostly below average (60%–80% of normal). For Portugal the year was extremely dry and only 68% of the normal rain was measured (25% of normal totals based on the 1971–2000 reference period used for precipitation in Portugal). Spain received 77% of its normal precipitation, mainly due to extremely dry conditions in April, May, November, and December.

Winter 2014/15 was characterized by a strong positive NAO, which was reflected in the precipitation distribution over the Iberian Peninsula. While the northernmost part was influenced by northerly flow bringing 125% of normal precipitation, the remaining region experienced a very dry season. Widespread below-average totals of less than 60% of normal were recorded.

During spring, the Azores high extended far into the European continent and led to well-below-normal precipitation totals. May brought an extreme rain deficit. Spain reported mean monthly precipitation totals just 25% of normal, its driest May on record. Portugal also observed extreme rain deficits, but mostly in the southern half of the country.

In summer, wetter-than-normal conditions in northeastern Spain contrasted with below-average totals in the remainder of the country. Southern Portugal received only 20%–40% of normal totals and locally even less.

Precipitation in autumn was below average throughout the Iberian Peninsula, with 60%–80% of normal rainfall over central to northeastern Spain. Only southeastern areas recorded a surplus, up to 125% of normal.

The year ended with very dry conditions, caused by a strengthening of the positive NAO phase (+2.2 in December). Spain reported December rainfall just 20% of normal, the driest December at many eastern stations (several reported no rain at all), and Portugal saw less than 50% of its normal precipitation in some regions.

### (iii) Notable events

During the first 10 days of February, Spain recorded a significant cold spell due to an intrusion of continental cold air masses from central Europe. A minimum temperature of −11.9°C was measured at the station Molina de Aragon in central Spain.

In northern Spain along the coast of the Bay of Biscay, heavy rainfall in February set new record high totals, with precipitation 300% of the wintertime normal.

Although spring was overall drier than normal in Spain, heavy precipitation events occurred in March. Starting on 5 March, a week of heavy rain, combined with meltwater, led to flooding in the northeast. On 22 March, Castellón de la Plana-Almazora on the eastern coast recorded 133.8 mm within 24 hours.

In May, Spain and Portugal were affected by a heat wave with record-breaking high temperatures. Valencia Airport registered 42.6°C on 13 May, 6.6°C higher than the previous record. By 14 May, the southern station of Beja had already reported 19 days in 2015 with maximum temperatures above 30°C, which was 14 days more than normal.

In summer, Spain suffered from an extraordinarily long, intense heat wave (nearly continuous from 27 June to 22 July), particularly affecting the central and southern regions, where temperatures above 45°C were reported on 6 and 7 July.

On 4 September, Palma de Mallorca (island south of Barcelona) received 124.3 mm rain from thunderstorm activity within 24 hours, the highest for any time of year since the record began in 1973.

On 15–16 September, a low pressure system with a core pressure of 990 hPa delivered more than 100 mm precipitation to several stations in Portugal. Rainfall totals were 150%–200% of normal for September in northern Portugal. The highest accumulated rain was recorded at northern station Cabril (160.4 mm).

Intense rainfall occurred on 1 November at the Algarve in Portugal. Daily accumulated precipitation

## SIDEBAR 7.1: UNUSUALLY STRONG AND LONG-LASTING HEAT WAVE IN EUROPE



Fɪɢ. SB7.1. Monthly air temperature anomalies (°C, 1961–90 reference period) for Europe in (a) Jun, (b) Jul, and (c) Aug 2015. (Source: Deutscher Wetterdienst.)

From late June to early September 2015, much of Europe was under the influence of an unusually strong and long-lasting heat wave. Spain and Portugal also had well-above-normal temperatures in May. The heat was associated with an exceptional rain deficit that led to drought conditions in several regions from southwestern Iberia to eastern Europe, while at the same time heavy thunderstorms were recorded in the central and eastern Mediterranean.

The heat wave affected much of Europe during June, July, and August (Fig. SB7.1). At the end of June, a blocking high pressure system developed over southwest-to-central Europe, with a meandering upper level jet stream, allowing hot air to flow from Africa to Europe, where it became trapped. In mid-July, the Azores high extended farther into central Europe, and by the end of the month, it shifted eastward. The anticyclone caused large-scale subsidence, and western Europe recorded maximum temperatures up to around 40°C. By the end of August, two anticyclones developed over eastern Europe. The resulting southerly flow of hot air masses brought high temperatures to eastern and central Europe.

On an areal average, the European region experienced its third warmest summer season since 1910, behind 2003 and 2010, with temperatures +1.7°C above the 1961–90 mean. August contributed most to the anomalous warmth, with a record high anomaly of +2.3°C, while July was sixth warmest (+1.5°C); June was 15th warmest, with slightly-above-normal temperatures (+0.9°C).

For much of June, Iberia, France, and the western Alpine region observed high temperatures, with anomalies of +3° to +4°C. Portugal registered a monthly mean temperature of 21.8°C, its fifth highest on record, at +2.4°C above the 1961–90 mean. The absolute maximum of 43.2°C was measured on 29 June at Beja, in the south of the country. In France, many



Fɪɢ. SB7.2. Percentages of (a) warm days and (b) warm nights for 2015. A warm day or night is defined as a day where the maximum or minimum temperature exceeds the 90th percentile of the values from the 1981–2010 average. (Source: E-OBS dataset, EURO4M.)

## *CONT.* SIDEBAR 7.1: **UNUSUALLY STRONG AND LONG-LASTING HEAT WAVE IN EUROPE**

maximum temperature records were broken at the end of June. On the 30th, temperatures were as much as 12°C above the seasonal mean in western areas.

In July, the core region of the heat wave moved to central Europe, the Mediterranean, and the Balkan region. However, Spain still experienced its warmest July in its 55-year record, with anomalies of +2.5°C above the 1981–2010 mean. Germany observed a record-breaking maximum temperature of 40.3°C at Kitzingen (central region) on 5 July, and France had a new record maximum temperature, 41.1°C, at Brive-la-Gaillarde (central southern France). Austria recorded temperatures 3.1°C above normal, its warmest July since records began in 1767. In Vienna, a new record daily minimum temperature of 26.9°C was measured. August brought extremely high temperatures to eastern and central Europe, with anomalies exceeding +4°C. In Belarus (Brest) and Lithuania (Kaunas), record daily maximum temperatures of 36.7°C and 35.3°C, respectively, were observed.

The unusual and long-lasting high temperatures were reflected in the fact that warm days and nights (see section 2b5) were more than 40% more frequent than in a normal summer (Fig. SB7.2). High nighttime temperatures in particular can affect human health, and in Belgium and the Netherlands, strongly increased mortality was registered during this period. During July and August, Hungary reported a record 27 days of extremely warm conditions, and Budapest experienced a record-breaking 34 tropical nights, the most since records began in 1901.

The heat wave was also associated with sub-regional severe rain deficits. Southern Spain and Portugal each received only 10 mm rain per month during June, July, and August, which corresponds to less than 40% of their normal totals. After several weeks of persistent heat and continuous rain deficit, southern Portugal and northeastern continental Europe suf-

fered from extreme drought conditions (Fig. SB7. 3) in August. On 31 August, 74% of Portugal was categorized as severely or extremely dry. As a result, wildfires occurred in the Mediterranean from Iberia to Turkey and in the Balkan States. The rain deficit also caused low water of the rivers Elbe, Rhine, and Danube, which affected shipping. The river Dnjepr in Belarus had record low levels.

In contrast, several regions experienced well-above-normal precipitation during summer, especially in Greece, western Turkey, and Sicily. The rain surplus was generated by heavy thunderstorms induced by anomalous warm sea surface temperatures (anomalies up to +4°C) in the Tyrrhenian Sea.



**Fig. SB7.3. DWD standardized precipitation index (1961–90 average) for Augv 2015. (Source: Deutscher Wetterdienst.)**

exceeded 100 mm. The highest amount of 144.8 mm was observed in Algoz, near the southern coast.

### 5) MEDITERRANEAN AND BALKAN STATES

This region includes Italy, Malta, Slovenia, Croatia, Serbia, Montenegro, Bosnia and Herzegovina, Albania, Macedonia, Greece, Bulgaria, and Turkey.

#### (i) Temperature

Averaged over the year, temperature anomalies in 2015 were between +1°C in the central and western Mediterranean and +2°C over the Balkans. Temperatures up to 3°C above normal occurred near the Alps. Much of Montenegro experienced its warmest year on record. Slovenia observed its third warmest year.

Winter 2014/15 was warmer than normal (+2° to +3°C) especially in northern parts of the region. Only some parts of southern Greece and southern Italy/Sicily had below-average temperatures, with anomalies up to −1°C. Croatia saw a mild season and registered positive anomalies up to +2.7°C in northeastern areas.

Above-average temperatures dominated almost the entire region in spring when the Azores high extended far into the European continent. Serbia recorded temperature anomalies of +2°C in northern areas. Croatia had positive anomalies of +1.8°C in its northern areas. During April, colder-than-normal conditions occurred over southeastern areas. In central Turkey, temperature anomalies ranged from −2° to −3°C.

Most of the region experienced a very warm summer, induced by prolonged anticyclonic conditions

centered over continental Europe. The northern Balkan States recorded large anomalies that ranged between +3°C and +4°C; Serbia and Croatia reported anomalies of +2.1°C to +3.8°C. In contrast, Greece's Peloponnese had only slightly-above-normal conditions.

During autumn, temperatures remained above the long-term mean. With the exception of northern Italy, which had only slightly-above-average temperatures, anomalies ranged between +1°C and +2°C. Southern Croatia reported temperature departures up to +2.8°C. The highest anomalies (+3°C to +4°C) occurred at the Bosporus, due to prevailing high pressure.

The year ended with contrasting conditions. While the northernmost areas of the region were under the influence of extremely strong westerlies and associated mild temperatures (3°–4°C above normal) during December, the southern Balkans experienced cool anomalies of −1°C.

### (ii) Precipitation

With the exception of northern Italy, annual precipitation totals were above normal. The largest rainfall departures occurred in Sicily, eastern Greece, Bulgaria, and western Turkey, where 125%–170% of normal totals were observed. In the southern Alpine region, drier-than-normal conditions of 60%–80% of normal were recorded. Croatia reported just 63% of its normal precipitation in the northwest.

Winter 2014/15 was very wet for most regions (hatched in Fig. 7.37a). Over the Balkans, precipitation totals of 125%–170% of normal were measured. Southern Serbia had 175% of normal rainfall, and localized areas in Croatia observed 225% of normal.

Precipitation totals in spring mainly ranged between 60% and 125% of normal. While drier-than-normal conditions occurred near the Southern Alps and in Albania, central and southern Italy, as well as easternmost parts of the region, experienced a surplus of precipitation. In Serbia, totals ranged from 67% of normal in eastern areas to 180% of normal in localized spots. Croatia experienced dry conditions in northwestern parts of the country, with 45% of normal precipitation. In April, above-average 500-hPa heights over Europe led to well-below-average precipitation over southern regions. Sicily and southern Peloponnese had very dry conditions with rainfall less than 20% of normal.

During summer, below-average rain in the north of the region contrasted with wet conditions in the south. Greece and parts of Turkey recorded totals greater than 170% of normal, whereas most of the Balkans received below-average precipitation. Eastern Serbia and Croatia reported 25%–30% of normal rainfall. In June, heavy rains fell over northern and central Turkey, bringing totals up to 250% of normal, while July was exceptionally dry across the entire region. Most areas observed less than 40% of normal rainfall, except parts of Italy that received 125% of normal.

Autumn remained wet over the Balkans, whereas the Alpine region recorded below-normal precipitation. Serbia reported very wet conditions, with up to 230% of normal precipitation, and above-normal precipitation prevailed in Bulgaria and northern Greece. October contributed to the overall surplus of rain, when the dipole pattern associated with a split flow brought storms and above-average precipitation across southern Europe. Nearly all areas of the region received more than 170% of their normal precipitation. Croatia rainfall was 140%–410% of normal. In contrast, November was very dry in the Alpine region, with less than 20% of normal rain in northern Italy.

Dry conditions were also evident in December 2015, associated with an exceptionally strong southwesterly flow. Nearly all of Turkey, Italy, and the northern Balkans received less than 40% of their normal rainfall, with some areas observing less than 20% of normal.

### (iii) Notable events

Southern Italy was hit by heavy thunderstorms on 5 September. The area surrounding Naples observed hail, the largest with a diameter of 11.5 cm and a weight of 350 g. The hail injured several people and animals, and caused damage to vehicles, houses, trees, and crops.

During 13–14 September, extremely intense precipitation over the Emilia Romania in central-north Italy caused a flood that destroyed roads and bridges. Record-breaking rainfall of 123.6 mm within 1 hour (189.0 mm within 3 hours) at Cabanne and 107.6 mm within 1 hour (201.8 mm within 3 hours) in Salsominore caused floods in the basin of the Aveto, Trebbia, and Nure Rivers. At Nure River, the water levels reached 7 m; the water entered the ground floors of nearby houses.

Bosnia and Herzegovina reported a nationwide heat wave that lasted six days, starting on 15 September. Many new September maximum temperature records were observed, for example, 38.0°C in Sarajevo and 40.9°C in Zenica, both on 18 September.

### 6) Eastern Europe

This region includes the European part of Russia, Belarus, Ukraine, Moldova, and Romania.

### (i) Temperature

Averaged over the year, temperatures across eastern Europe were well above normal, with departures mostly in the +2° to +3°C range. Belarus had its warmest year on record, 2.6°C above normal, surpassing the previous record years of 1989 and 2008. Moldova had its second warmest year, after 2007, and recorded departures from +2.1° to +2.7°C across the country.

Temperatures in winter 2014/15 were extremely mild, especially in northwestern and eastern European Russia, where anomalies exceeded +4°C (hatched in Fig. 7.36a). Belarus reported a national temperature 3.8°C above average, its fifth warmest such period since records began in 1945. In February, above-average 500-hPa heights over central Siberia caused widespread anomalous mild conditions across eastern Europe (more than +4°C). At the end of February, Moldova observed daily temperatures 5°–6.5°C above the long-term mean, which, on average, occurs once every 10 years.

Spring remained warmer than normal, with a meridional gradient in the temperature anomalies due to prolonged high pressure over central Siberia. While northern European Russia experienced anomalies that exceeded +4°C, the Caucasus region had near-normal conditions.

Summer was characterized by high pressure over continental Europe, whereas northern areas were affected by frequent cyclones. In northeastern areas of the region, below-normal temperature anomalies as low as −1°C were registered, while positive anomalies up to +4°C were recorded in westernmost and southernmost places. July was very cool in northern European Russia (down to −4°C) as a result of SLP anomalies of −12 hPa over western Siberia.

During autumn, temperature departures of −1°C in eastern European Russia contrasted with positive anomalies between +1° and +2°C in the remaining regions. Southeastern Ukraine and southern European Russia observed temperatures up to +3°C due to advection of subtropical air masses.

The year ended with significant mild conditions. Moldova reported positive deviations of +2.7°C to +4.5°C in December. On the 27th, areas across Moldova set new records in maximum temperature that ranged from 14° to 18°C.

### (ii) Precipitation

Annual precipitation totals in 2015 were above average (>125%) over northeastern areas of the region, while southwestern areas had near-normal conditions. Only the Caucasus region, western Ukraine, and northern Moldova recorded rainfall less than 80% of normal.

Winter 2014/15 was characterized by a strong Icelandic low associated with stronger-than-normal westerly winds that brought a precipitation surplus of more than 125% to most of European Russia (hatched in Fig. 7.37a). Along Romania's Black Sea coast, 170% of normal precipitation fell. Only southwestern Russia and Ukraine received below-average totals, less than 80% of normal.

In spring, precipitation was near normal for the westernmost areas but above average in the Black Sea region. The eastern half of Ukraine recorded totals more than 170% of normal. In contrast, parts of northern European Russia experienced drier-than-normal conditions.

During summer, prevailing high pressure conditions featured a strong rain deficit in western and southern areas of eastern Europe, where less than 60% of normal totals were observed (dotted in Fig. 7.37c). Northern and eastern European Russia were influenced by frequent low pressure systems that brought 125%–170% of normal totals to the region. August was dominated by exceptionally dry conditions in western and southern areas, with less than 20% of normal rainfall. Belarus reported just 16% of normal totals, experiencing its driest August on record since 1945.

Precipitation totals in autumn were unevenly distributed. While the majority of areas had near-normal precipitation, the western Black Sea region received more than 170% of normal, and Romania observed up to 250% of normal precipitation in places. In contrast, western European Russia recorded below-average totals, with some localized observations just 60% of normal.

In December, exceptionally strong westerlies brought well-above-average precipitation to most of the region, with more than 250% of normal totals measured in southern places.

### (iii) Notable events

Belarus reported a thunderstorm on 14 June with hailstones measuring 3 cm in diameter. On 27 July, 34.5 mm of rain fell within 30 minutes at station Zhitkovichi in the south.

Moldova experienced high temperatures during 1–2 September. Record-breaking maximum air temperatures of 35.3°C and 38.6°C were measured.

### 7) Middle East

This region includes Israel, Cyprus, Jordan, Lebanon, Syria, West Kazakhstan, Armenia, Georgia, and Azerbaijan.

### (i) Temperature

Annual temperatures were higher than normal, at +1° to +2°C above the long-term mean throughout the Middle East, except for Cyprus, where near-normal conditions prevailed. Armenia observed its third warmest year since records began in 1961 (+1.8°C) and Israel also had its third warmest year in its 65-year record.

Winter 2014/15 was characterized by anomalous temperatures between +2° and +3°C, associated with above-average 500-hPa heights and advection of subtropical air (Fig. 7.37a). Armenia reported significantly warmer conditions with positive anomalies of +2.6°C; locally, in January and February, temperatures were 4°–5°C above average.

In spring, temperatures were near to slightly below normal in the Caucasus region and western Kazakhstan, while the eastern Mediterranean countries experienced warmer-than-normal conditions (+1°C to +2°C). March contributed to the positive seasonal anomalies, due to a combination of high pressure over western Russia and warm air advection from subtropical regions. Armenia observed a national temperature 1.4°C above normal.

During summer, prevailing anticyclonic conditions induced positive temperature anomalies across the entire region (hatched and dotted areas in Fig. 7.36e). Western Kazakhstan and the Caucasus region had anomalies up to +3°C, and the eastern Mediterranean countries also experienced higher-than-normal temperatures of 1°–2°C above average. Armenia observed its second warmest summer, behind 2006, in its 55-year record, with anomalies of +2.4°C. The highest values were recorded in June, where most stations measured temperatures more than 3°C above the long-term mean. In Israel, colder-than-normal anomalies in June (−1°C) contrasted with well-above-average temperatures in August (+2°C).

Temperatures in autumn remained anomalously high in the Middle East. The eastern Mediterranean region experienced areawide anomalies of +3°C, whereas the Caucasus and western Kazakhstan were 1°–2°C above normal. Some places in northwestern Kazakhstan saw temperature anomalies down to −1°C. September was very warm, as a high pressure system associated with large subsidence developed over western Kazakhstan. Israel observed temperatures 2.5°–3°C above normal, marking its warmest September on record, while Cyprus reported its second warmest, with anomalies of +2°C. Armenia also had its second warmest September (2010 was warmer), exceeding the long-term mean by 3°C.

In December, colder-than-normal temperatures in the southern part of the region contrasted with exceptional positive anomalies in northern areas. Areawide anomalies exceeded +4°C in western Kazakhstan.

### (ii) Precipitation

Averaged over the year, much of the region saw near-normal precipitation totals. Only western Kazakhstan and the Caucasus region experienced drier-than-normal conditions (< 80%), while much of Jordan received totals up to 125% of normal.

Winter 2014/15 was mostly drier than normal, with as little as 60% of normal precipitation. Only areas in the southern Caucasus region and parts of western Kazakhstan received above-average totals (more than 125% of normal). During February, westernmost Kazakhstan experienced very dry conditions, less than 20% of normal precipitation, whereas northern Israel saw 120%–170% of normal rainfall.

In spring, above-average precipitation in northern areas of the region contrasted with a rain deficit in the eastern Mediterranean countries due to significant above-average SLP. Locally, less than 40% of normal total precipitation was received in some places.

During summer, conditions changed when the region was under the influence of significantly above-average SLP (dotted in Fig. 7.37c). Azerbaijan reported a very dry summer, with less than 40% of normal precipitation. In contrast, the eastern Mediterranean countries mostly received an extreme surplus of rain, locally exceeding 500% of normal in some areas, despite its being the dry season.

In autumn, western Kazakhstan and much of the eastern Mediterranean recorded 60%–80% of normal precipitation, whereas the Caucasus region received 125% of normal. September was dry, whereas October was wet. Israel reported 130% of normal rainfall in the central and southern coastal plain.

In December, low pressure over central European Russia brought precipitation to western Kazakhstan that totaled more than 167% of normal. The Mediterranean region was affected by a high pressure ridge that caused a rain deficit, as little as 20% of normal, in the eastern half and parts of the Caucasus.

### (iii) Notable events

Cyprus experienced heavy rainfall accompanied by floods during 5–6 January. Station Kelokedara received 276.6 mm of rain within 24 hours, the highest 1-day precipitation total during January since 1916.

On 7 January, Azerbaijan reported a daily maximum temperature of 15°C, the highest for January since records began in 1900.

During 6–8 January and 18–19 February, Cyprus received heavy snowfall, with 15 cm accumulation in the first event. In both events, schools in mountainous areas were closed.

On 13–14 June, Tbilisi, the capital of Georgia, was hit by heavy rain and thunderstorms. Flooding and an associated landslide led to 12 fatalities and damaged the local zoo, where many animals also perished.

From 25 to 30 October, Israel was hit by a major storm with strong winds of 13–20 m s⁻¹ and maximum wind gusts of 36.6 m s⁻¹. Hailstones with diameters of 4–5 cm damaged agriculture crops. On 28 October, 80–85 mm rain fell within 2–3 hours and caused floods in central and eastern parts of the country. A station near Tel Aviv received a monthly accumulation of 246 mm, which is a national record.

### g. Asia

This section covers Russia, East Asia, South Asia, and Southwest Asia. There is no information for Southeast Asia as no corresponding author was identified for the region. Throughout this section the normal periods used vary by region. The current standard is the 1981–2010 average for both temperature and precipitation, but earlier normal periods are still in use in several countries in the region. All seasons mentioned in this section refer to the Northern Hemisphere.

#### 1) Overview

Based on data from WMO CLIMAT reports, annual mean surface air temperatures during 2015 were above normal across most of Asia and Siberia (Fig. 7.38). Annual precipitation amounts were above normal in eastern China, from southern Mongolia to northwestern China, and from western Siberia to northern India, and they were below normal in Southeast Asia (Fig. 7.39).

Figure 7.40 shows seasonal temperature and precipitation departures from the 1981–2010 average during the year. Seasonal mean temperatures were above normal across Siberia in all seasons, except for the east in spring and the south in autumn. Temperatures were also above normal in northern China in winter, in parts of central and Southeast Asia in spring, in Southeast Asia in summer, and across Southeast Asia and India in autumn. Temperatures were below normal from central China to India in winter, from the western part of central Asia to India in spring, from eastern China to central Pakistan and in European Russia in summer, and across central Asia in autumn.



**Fig. 7.38. Annual mean temperature anomalies (°C; 1981–2010 base period) over Asia in 2015. (Source: Japan Meteorological Agency.)**



**Fig. 7.39. Annual precipitation (% of normal; 1981–2010 base period) over Asia in 2015. (Source: Japan Meteorological Agency.)**

Seasonal precipitation amounts were above normal in large areas from western to central Siberia in all seasons, especially in winter and summer. In contrast, they were below normal in Southeast Asia, especially in summer and autumn. They showed greater spatial variability across East, central, and South Asia.

Surface climate anomalies were associated with several distinct circulation features. Convective activity was suppressed over Southeast Asia except in winter (see Fig. 7.41), in association with El Niño conditions. In summer, the monsoon circulation over the Indian Ocean was weaker than normal (see Fig. 7.41c), and overall activity of the Asian summer monsoon was below normal. The northwestward seasonal extension of the northwest Pacific subtropical high was weaker than normal (see Fig. 7.42c), contributing to cool wet summer conditions from southeastern China to western Japan.

#### 2) Russia—O. N. Bulygina, N. N. Korshunova, M. U. Bardin, and N. M. Arzhanova

Analyses are based on hydrometeorological observations conducted at Roshydromet Observa-



FIG. 7.40. Seasonal temperature anomalies (°C, left column) and precipitation ratios (%, right column) over Asia in 2015 for (a), (b) winter (Dec–Feb 2014/2015); (c), (d) spring (Mar–May); (e), (f) summer (Jun–Aug); and (g), (h) autumn (Sep–Nov), with respect to the 1981–2010 base period. (Source: Japan Meteorological Agency.)

temperature anomalies of +4°–6°C, and +6°–8°C anomalies were observed across the Far East. Daily temperature records were exceeded many times across European Russia. Daily and monthly record-breaking air temperatures were repeatedly registered in many cities, including Moscow, St. Petersburg, Tambov, Voronezh, Tomsk, and Kemerovo.

Spring 2015 was also very warm, with a Russia-averaged mean seasonal air temperature anomaly of +2.3°C (Fig. 7.43), the fourth highest in the 77-year period of record. In northern European Russia and western Siberia, the spring mean air temperature anomaly reached a record-breaking value of +5.2°C.

Summer 2015 continued to be warmer-than-average across Russia, with a national seasonal air temperature anomaly of +1.2°C, the seventh warmest on record (Fig. 7.43).

Autumn was mild over most of Russia with a seasonal mean temperature anomaly of +0.9°C (Fig. 7.43). Positive anomalies were recorded in all regions, except southern West Siberia. From 11 to 30 September, all regions of European Russia experienced abnormally warm weather, and many meteorological stations, from Novaya Zemlya to northern Caucasia, registered several daily record-breaking maximum temperatures.

In December (Fig. 7.44), positive anomalies of mean monthly air temperature were recorded over a vast area, from the western boundaries to the Sea of Okhotsk coast. For the whole of Russia, the anomaly was +4.1°C, the second highest on record. The largest anomalies occurred in northwestern European Russia and in the central Krasnoyarsk Territory and southern West Siberia. In St. Petersburg, with nearly 200 years of meteorological observations, the December 2015 mean monthly air temperature of +2.1°C was the second highest for December on record (see inset in Fig. 7.44).

tion Network. Datasets are officially registered and available at meteo.ru/english/climate/cl_data.php. The national average temperature and precipitation records began in 1935, while seasonal averages are considered reliable only since 1939.

*(i) Temperature*

The mean annual Russia-averaged air temperature was 2.2°C above the 1961–90 normal (Fig. 7.43), making 2015 the warmest year since records began in 1935. Positive mean annual air temperature anomalies were observed across all regions of Russia, with the largest anomalies in northern European Russia and western Siberia (Fig. 7.38).

For Russia as a whole, winter was record warm, with the mean temperature 3.6°C above normal (Fig. 7.43). Central European Russia experienced mean

*(ii) Precipitation*

In 2015, Russia as a whole received slightly above-normal precipitation, 106% of the 1961–90 normal (Fig. 7.45).



**Fig. 7.41.** Seasonal mean anomalies of 850-hPa stream function (contour, 1 × 10⁶ m² s⁻¹) using data from the JRA-55 reanalysis and outgoing longwave radiation (OLR, shading, W m⁻²) using data originally provided by NOAA for (a) winter (Dec–Feb 2014/15), (b) spring (Mar–May), (c) summer (Jun–Aug), and (d) autumn (Sep–Nov), with respect to the 1981–2010 base period. (Source: Japan Meteorological Agency.)



**Fig. 7.42.** Seasonal mean anomalies of 500-hPa geopotential height (contour, gpm) and 850-hPa temperature (shading, °C) for (a) winter (Dec–Feb 2014/15), (b) spring (Mar–May), (c) summer (Jun–Aug), and (d) autumn (Sep–Nov), with respect to the 1981–2010 base period. Data from the JRA-55 reanalysis. (Source: Japan Meteorological Agency.)

Winter precipitation was 119% of normal, tying (with 2007/08) as the second wettest since 1935 (the wettest winter was 1965/66, 136% of normal). In spring, Russia on average received 115% of normal precipitation. Over European Russia, a significant precipitation deficit was recorded in March.

The summer precipitation total averaged over Russia was normal (99%). Near-normal precipitation was also recorded in autumn, 101% of normal. In December, Atlantic cyclones brought heavy precipitation to northwestern European Russia, the Urals, southern western Siberia, and the central Krasnoyarsk Territory.

*(iii) Notable events*

On 14 January, Kazan reached +2.3°C, the warmest for this date since records began in 1880.

During the last five days of January, the city of Magadan received nearly five times its normal monthly precipitation.

On 12 April, strong winds (25–31 m s⁻¹) in Khakassia caused a rapid propagation of natural fires that killed five people and injured 121. The fire destroyed 1205 homes.

On 24–25 June, heavy rain fell in Sochi, with 122 mm of precipitation observed in less than 11 hours. As a result, roads, 2000 houses, and the railroad station were inundated. Damage was estimated to be 760 million rubles (~10 million U.S. dollars). In the city of Adler, 211 mm of precipitation fell in 18 hours; 200 houses, the local airport, and the railroad station were inundated. Damage was estimated to be 10–13 billion rubles (150–195 million U.S. dollars), mostly associated with the temporary closure of the airport.

On 11 July, heavy rain and hail fell in the Ulyanovsk Region, with 31 mm of precipitation falling in 48 minutes. Hail with diameters reaching 5.6 cm damaged roofs, glass panes, and 150 cars.



**FIG. 7.43. Mean annual (1935–2015) and seasonal (1939–2015) air temperature anomalies (°C) averaged over the Russian territory for 1939–2015 (base period: 1961–90). Seasons are Dec–Feb (winter) 2014/15 and Mar–May (spring), Jun–Aug (summer), and Sep–Nov (autumn) 2015. The smoothed annual mean time series (11-point binomial filter) is shown in red in the top panel.**

On 7–8 September, as a result of heavy rain (20 mm in 4 hours), large hail (2.0 cm in diameter), and strong winds (up to 24 m s$^{-1}$) in Tatarstan, 19 people were injured, 31 cars were damaged, trees were toppled, and roofs were damaged.

**3) EAST ASIA**—P. Zhang, A. Goto, S.-Y. Yim, and L. Oyunjargal
Countries considered in this section include: China, Japan, Korea, and Mongolia. Unless otherwise noted, anomalies refer to a normal period of 1981–2010.

*(i) Temperature*
The annual mean temperature over China was 10.5°C, 0.9°C above normal, the highest since records began in 1961. The seasonal mean surface temperature anomalies were +1.1°C, +1.0°C, +0.3°C, and +0.8°C for winter, spring, summer, and autumn, respectively. Annual mean temperatures were above normal across Japan, especially in northern Japan and Okinawa/Amami. In western Japan, temperatures were below normal in summer and autumn but above normal for the year as a whole.

The annual mean surface air temperature over the Republic of Korea was 13.4°C, 0.9°C above normal,

the second warmest since national records began in 1973. In 2015, temperatures for most months except summer were higher than normal. May was the warmest on record, at 1.4°C above normal. The annual mean temperature over Mongolia for 2015 was 1.8°C, 1.3°C above normal, the second warmest since national records began in 1961 and 0.8°C warmer than 2014. Most monthly mean temperature anomalies for Mongolia were above normal, ranging from +0.2° to +4.4°C. January was the warmest month in 2015 with respect to departures from average, 4.4°C above normal and marking the warmest January for Mongolia in the 55-year record. Positive anomalies were as high as 5°–7°C in some areas.

*(ii) Precipitation*
The mean annual total precipitation in China was 648.8 mm, 103% of normal and 2% higher than 2014. The total seasonal precipitation was below normal in winter (94% of normal) and summer (91% of normal), and near-normal in spring but above normal in autumn (126% of normal). In 2015, the major rain belt of China lay south of its normal position, over areas from the middle and lower reaches of the Yangtze River to South China, especially during summer and autumn, associated with a weak East Asian monsoon. Regionally, total annual precipitation was significantly above normal in the Yangtze River basin (112% of normal, the wettest in 17 years) and in the Zhujiang River basin (111% of normal), and below normal in Northeast China (94% of normal), in the Liaohe River basin (86% of normal), and in the Yellow River basin (73% of normal, the driest in 13 years). The rainy season in the Meiyu region started approximately 16 days early on 26 May and ended around 17 days late on 27 July with about 169% of normal precipitation. The rainy season in North China started on 23 July (5 days later than normal) and ended on 17 August (slightly earlier than normal), and was the second driest season in the past 13 years.

In western Japan, annual precipitation amounts were above normal, especially on the Pacific side, since the seasonal northward expansion of the North Pacific subtropical high was weak and convection was often active in summer. On the Pacific side of eastern Japan, annual precipitation amounts were also above normal, including record-breaking rain in September.

## SIDEBAR 7.2: EXTREMELY WET CONDITIONS IN JAPAN IN LATE SUMMER 2015

From mid-August to early September 2015, most of western to northern Japan experienced unseasonably wet conditions. Regional average precipitation totals in the 32 days starting on 11 August were 245% and 209% of normal for the Pacific side of western Japan and eastern Japan, respectively. Sunshine duration averaged over the Sea of Japan side of eastern Japan was nearly half the normal amount. Toward the end of the period, record-breaking torrential rainfalls led to large river overflows and flooding in parts of eastern Japan.

The lasting, extremely wet weather conditions were associated with low pressure systems repeatedly forming and migrating eastward along a frontal zone that persisted over the Japanese Archipelago. The persistence of the frontal zone in turn appears related to warm air and vorticity advection in the middle troposphere induced by nearly stationary cyclonic circulation anomalies to the west of Japan (Fif. SB7.4). Meanwhile the northwestern Pacific subtropical high, which would bring hot and sunny days during a normal summer, shifted far southward of its normal position and became a factor in enhancing southwesterly moist air inflow toward Japan in the lower troposphere. These anomalous atmospheric circulation patterns were sustained in connection with suppressed convective activity across the Asian summer monsoon area (Fig. SB7.5), which is consistent with that observed in past El Niño events. Upper tropospheric wave trains propagating from the west across the Eurasian continent may also have played a part in sustaining the cyclonic anomalies to the west of Japan.

A further contribution to the above-normal precipitation amount came from two tropical cyclones during the second week of September. Typhoon Etau made landfall on mainland Japan and Typhoon Kilo passed northward over the Pacific off the coast of Japan, both of which induced moist air inflow and set the environment conducive to torrential rainfalls observed in parts of eastern to northern Japan.



FIG. SB7.4. Geopotential height anomalies (m) at 500 hPa averaged over 11 Aug to 11 Sep, 2015 (base period: 1981–2010). (Source: Japanese 55-year reanalysis.)



FIG. SB7.5. Velocity potential anomalies at 200 hPa (thick and thin contours at intervals of 2.0 × 10⁶ and 0.5 × 10⁶ m² s⁻¹, respectively) and outgoing longwave radiation (OLR; shading) anomalies averaged over the same period as Fig. SB7.4 (base period: 1981–2010). Arrows indicate associated divergent flow, where it is significantly different from climatology. [Source: Japanese 55-year reanalysis (velocity potential) and NOAA/CPC (OLR).]

In the Republic of Korea, the annual total precipitation was 948.2 mm, 72% of normal, the third lowest since national records began in 1973. In Mongolia, the annual average precipitation in 2015 was 202 mm, near normal. However, the temporal and spatial distribution of precipitation was unfavorable for agriculture. At the beginning of the growing season, late June was warmer and drier than normal in Mongolia, resulting in drought and economic losses in the agriculture sector. November was the wettest month of the year and wettest November on record (181% of normal) while July was the driest month of the year (80% of normal). The high November precipitation total included a lot of snowfall, with snow covering at least 80% of Mongolia during the month, making livestock husbandry difficult. Warm conditions in December helped alleviate this somewhat.



**FIG. 7.44. Air temperature anomalies (°C) in Dec 2015. Insets show the time series of mean monthly and mean daily air temperatures (°C) for the month at meteorological stations St. Petersburg, Eniseisk, and Vanavara.**

*(iii) Notable events*

Liaoning province in North China had its driest summer since records began in 1961, which contributed to severe drought in the area. Xinjiang had 25 days of daily maximum temperature exceeding 35°C (normal is 10 days).

In early September, the Kanto and Tohoku regions of Japan experienced record-breaking rainfall, due to warm, moist airflow associated with approaching typhoons Kilo and Etau. Total precipitation during 7–11 September was 647.5 mm at Imaichi in Tochigi Prefecture and 556.0 mm at Hippo in Miyagi Prefecture. Heavy rain caused large river overflows and serious damage.

Typhoon Mujigae in October was the strongest typhoon to make landfall in Guangdong province, China, since records began in 1949. The storm caused a major disaster, with 24 deaths and direct economic losses estimated at over 4.5 billion U.S. dollars (see section 4e4 for more details).

The worst large-scale and persistent haze event over China in 2015 occurred in Huanghuai and North China from late November to early December. It had a maximum extent of 41.7 km², with particulate matter smaller than 2.5 μm in diameter (PM2.5) exceeding 150 μg m⁻³ and visibility below 3 km.



**FIG. 7.45. Annual precipitation anomaly (% of normal) averaged over the Russian territory for the period 1935–2015. The smoothed time series (11-point binomial filter) is shown as a continuous line (base period: 1961–90).**

### 4) SOUTH ASIA—A. K. Srivastava, J. V. Revadekar, and M. Rajeevan

Countries in this section include: Bangaladesh, India, Pakistan, and Sri Lanka. Climate anomalies are relative to the 1961–90 normal. Monsoon precipitation is defined relative to a 50-year base period (1951–2000) because there is strong interdecadal variability in Indian monsoon precipitation (Guhathakurta et al. 2015). In the text below, this is referred to as the long-term average (LTA).

#### (i) Temperature

South Asia generally experienced well-above-normal temperatures in 2015. The annual mean land surface air temperature averaged over India was 0.7°C above the 1961–90 average, making 2015 the third warmest year since records commenced in 1901 (Fig. 7.46; 2009 and 2010 are warmest and second warmest, respectively). Record warmth was observed during July–September (+0.9°C) and October–December (+1.1°C).

#### (ii) Precipitation

The summer monsoon set in over Kerala (southern peninsular India) on 5 June, 4 days later than normal, but covered the entire country on 26 June, 20 days ahead of its normal date of 15 July. The pace of advance of the monsoon over different parts of the country was the third fastest in the 1950–2015 period.

Indian summer monsoon rainfall (ISMR) during 2015 was significantly below normal, 86% of its LTA of 890 mm. ISMR during 2015 was characterized by marked spatial and temporal variability. The eastern/northeastern region of the country received normal rainfall overall, with regional variability, while the central, peninsular, and northwestern regions of the country received below-normal rainfall (Fig. 7.47). Rainfall over many parts of northern, western, and central India was less than 70% of the LTA. Rainfall activity was also variable in time. During the first half of the season (1 June–31 July), the country received 95% of the LTA, falling to 77% of the LTA in the second half of the season (1 August–30 September).

During the monsoon season, only 1 meteorological subdivision (West Rajasthan) of 36 received excess rainfall. Eighteen subdivisions received normal rainfall, and the remaining 17 received below-normal rainfall. Except for June, rainfall averaged

over the country was below normal on most days during the season (Fig. 7.48).

During winter (January–February), rainfall over the country was 92% of its LTA, while it was above normal (138% of the LTA) during the premonsoon season (March–May). During the post-monsoon season (October–December), it was 77% of the LTA.

The northeast monsoon (NEM) typically sets in over southern peninsular India during October and over Sri Lanka in late November. The NEM generally contributes 30%–50% of the annual rainfall over southern peninsular India and Sri Lanka as a whole. The 2015 NEM seasonal rainfall over southern pen-



FIG. 7.46. Annual mean temperature anomalies (base period: 1961–90) averaged over India for the period 1901–2015. The smoothed time series (9-point binomial filter) is shown as a continuous line.



FIG. 7.47. Spatial distribution of monsoon seasonal (Jun–Sep) rainfall (mm) over India in 2015 for (a) observed rainfall, (b) normal rainfall, and (c) the difference between (a) and (b).



FIG. 7.48. Daily standardized rainfall time series averaged over the monsoon core zone over India (1 Jun–30 Sep).

insular India and Sri Lanka was above normal (132% of the LTA). Sri Lanka received below-normal rainfall during its summer monsoon season (May–September). However, northeast monsoon rainfall activity over the island nation during October–December was enhanced.

Pakistan, at the western edge of the pluvial region of the South Asian monsoon, generally receives 60%–70% of its annual rainfall during its summer monsoon season (July–September). In 2015, summer monsoon rainfall over Pakistan was 117% of the LTA and was marked by spatial and temporal variability. Southwestern/southern Pakistan received below-normal rainfall, while other regions received normal or above-normal rainfall during the season. Bangladesh also received above-normal rainfall overall during its summer monsoon season.

### (iii) Notable events
A severe Nor'wester (a line of strong thunderstorms) affected 12 districts of Bihar (eastern India) during the nighttime/early morning hours of 22–23 April. Over 50 lives were lost.

Heat wave conditions prevailed over central, peninsular, and northern parts of India during the second half of May. Maximum temperatures were more than 5°C above normal at many eastern and central stations for several days. Some stations in Odissa and coastal Andhra Pradesh reported temperatures of near 47°C during 23–26 May. Overall, the intense heat over central and peninsular parts of the country during May took a toll of around 2500 lives, and more than 2000 deaths were reported in the south Indian states of Telangana and Andhra Pradesh.

One of the most severe heat waves since 1980 affected Karachi, Pakistan, during the second half of June and took a toll of more than 1000 lives. Temperatures reached 44°C for two days during the period. The heat wave coincided with the beginning of the holy month of Ramadan, when many Muslims do not eat or drink during daylight hours, increasing susceptibility to heat stroke.

During 25–26 June, heavy rain and floods associated with a deep depression over the Arabian Sea took a toll of more than 80 lives in Gujarat in western India.

Floods caused about 70 deaths in West Bengal (eastern India) during 30 July–5 August.

Many parts of Bangladesh experienced severe floods from late June through the first week of August. An estimated 30 people were killed and around one million were affected.

Very heavy rainfall during an active period of the NEM during 9–17 November and 2–5 December led to more than 350 fatalities in Tamil Nadu (southern-most India) and more than 50 deaths in the adjoining state of Andhra Pradesh. Heavy rainfall and flooding affected around 1.8 million people in Tamil Nadu. Tambaram (near Chennai) reported an all-time 24-h record rainfall of 490 mm on 2 December, while Chennai reported 345 mm of rain on the same day. Economic loss due to these events was estimated to be around 2 billion rupees (~29 million U.S. dollars).

Northeast monsoon activity during the first week of December also led to floods in Sri Lanka, which caused 40 deaths and displaced more than 1.2 million residents.

### 5) SOUTHWEST ASIA—F. Rahimzadeh, M. Khoshkam, S. Fateh, and A. Kazemi
This subsection currently covers only Iran. Turkey is incorporated in the Europe subsection. Climate anomalies are relative to the 1981–2010 normal.

### (i) Temperature
Winter 2014/15 and spring 2015 were considerably warmer than normal, with anomalies up to +6.4°C during winter. Most of the country was also warmer than normal in summer and near-normal overall in autumn (Fig. 7.49).

### (ii) Precipitation
Generally, in 2015, Iran experienced drier-than-normal conditions in winter and spring, while summer and autumn were wetter than normal (Fig. 7.50).

During winter 2014/15, 30%–90% of normal precipitation fell across most parts of the country. Areas with average or above-average rainfall (up to 170% of normal) were confined to a small part in the northwest of the country adjacent to the Turkish border and a small part in the southeast. During spring, precipitation amounts were 30%–90% of normal across most of the country. The middle of the country received more than 90% of normal precipitation.

In summer, most of the country experienced normal or above-normal precipitation (90%–170% of normal). During autumn, precipitation was more than 90% of normal in much of the northern and southern regions, while the rest of country received 30%–90% of normal.

### (iii) Notable events
Significant dust storms during spring and summer spread over many parts of the country, especially southern and southwestern Iran.



**FIG. 7.49. Seasonal mean surface temperature anomalies (°C) in (a) summer (Jun–Aug) and (b) autumn (Sep–Nov). (Source: I.R. of Iran Meteorological Organization & National Center for Drought and Disaster Risk Management.)**

**FIG. 7.50. Observed precipitation over Iran (% of normal) for (a) winter (Dec–Feb 2014/15), (b) spring (Mar–May), (c) summer (Jun–Aug), and (d) autumn (Sep–Nov). (Source: I.R. of Iran Meteorological Organization.)**

#### h. Oceania
##### 1) Overview—J. A. Renwick

During the first half of 2015, substantial warming of the equatorial Pacific sea surface and subsurface waters clearly signaled the arrival of El Niño. Extremes typical of El Niño onset were observed across the region, including rainfall extremes and an abundance of early-season tropical cyclones.

Following warm SSTs in the central and eastern equatorial Pacific in 2014 that almost reached El Niño thresholds (defined by NOAA as +0.5°C SST anomaly in the Niño-3.4 region for three consecutive months), El Niño became established in spring (March–May) 2015 and evolved into one of the strongest such events on record (alongside 1972/73, 1982/83, and 1997/98; see section 4b). El Niño–associated air temperature and rainfall patterns were observed across most of the South Pacific in 2015. A number of South Pacific countries experienced agricultural and/or hydrological drought.

Temperatures were generally above normal in Australasia, with Australia having another warm year, especially in the spring (Sidebar 7.3). Precipitation totals for 2015 were generally near-normal for both Australia and New Zealand. The southern annual mode (SAM) was generally positive through much of 2015, becoming strongly positive at the end of

the year (www.cpc.ncep.noaa.gov/products/precip /CWlink/daily_ao_index/aao/month_aao_index .shtml). The base period used throughout this section is 1981–2010, unless otherwise indicated.

##### 2) Northwest Pacific and Micronesia—M. A. Lander and C. P. Guard

This assessment covers the area from the international date line west to 130°E, between the equator and 20°N. It includes the U.S.-affiliated islands of Micronesia, but excludes the western islands of Kiribati and nearby northeastern islands of Indonesia.

###### (i) Temperature

Temperatures across Micronesia in 2015 were mostly above average. The warmth was persistent, with above-average temperatures occurring during most or all of the year. Only Yap Island had a substantial negative departure for any of the time periods summarized in Table 7.5. At islands located in the west of the region (e.g., Palau, Yap, Guam, and Saipan) there was a tendency for daytime maximum temperature anomalies to be greater than those of nighttime minima. In the east (Chuuk to Kosrae and Majuro), the reverse pattern was observed, as also seen in 2014. Average monthly maximum and minimum temperatures across most of Micronesia

have gradually increased for several decades, with a total rise in average temperature on par with the global average increase of +0.74°C in the last century (Guard and Lander 2012).

### (ii) Precipitation

Dryness was observed across the Republic of the Marshall Islands (RMI) during early 2015, with very low rainfall totals reported at Utirik and Wotje in the northern RMI during January and February. However, rainfall throughout the RMI had a dramatic rebound to very wet conditions during March and April, even at the normally driest of the atolls in the north (e.g., Kwajalein, Utirik, and Wotje). Very wet conditions in the Marshall Islands typically occur in late winter and spring during years of El Niño onset. Dryness associated with El Niño typically begins earlier in the western bounds of Micronesia (e.g., Palau) and spreads eastward later in the year to the RMI. Meanwhile, locations in the far west of Micronesia experienced an early onset of dry conditions that became extreme late in the year.

Annual totals during 2015 were mostly higher than average, with early wetness outweighing dryness later

in the year. The 2015 fourth quarter rainfall totals at Yap Island and at Palau were the lowest and second lowest in their ~65-year post-World War II historical record, respectively. By late December 2015, persistent dry conditions were becoming established at most of the islands of Micronesia. The 6-month and annual rainfall values for selected locations across Micronesia are summarized in Table 7.5.

### (iii) Notable events

Micronesia was the overwhelming focus of the 2015 western North Pacific typhoon track distribution, with Guam at the primary nexus, by virtue of the passage of 12 named tropical cyclones within 550 km (see section 4e8 for more detail).

After nearly a decade of high values, sea level across Micronesia began to fall in 2014 and continued to fall dramatically in 2015 (Fig. 7.51). The maximum drop in monthly mean sea level (since 2013) at both Guam and at Kwajalein was approximately 40 cm (the drop in 12-month means was around 25 cm). A sharp drop in mean sea level typically occurs during El Niño, with the lowest sea level occurring in December of the year of the El Niño peak.

TABLE 7.5. Temperature and rainfall anomalies for selected Micronesia locations during 2015, (base period: 1981–2010). Latitudes and longitudes are approximate. "Kapinga" stands for Kapingamarangi Atoll in Pohnpei State, Federated States of Micronesia.

| Location | Max/Min Temp Anomaly | | Precipitation | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Jan–Jun °C | Jul–Dec °C | Jan–Jun mm | Jan–Jun % of avg. | Jul–Dec mm | Jul–Dec % | Year mm | Year % |
| **Saipan** 15°N,146°E | +1.92 +1.04 | +1.83 +1.46 | 570.0 | 126.9 | 939.3 | 71.0 | 1509.3 | 85.2 |
| **Guam** 13°N,145°E | +0.40 −0.06 | +0.58 +0.37 | 881.6 | 127.5 | 2058.4 | 115.1 | 2940.1 | 118.5 |
| **Yap** 9°N,138°E | −1.44 −0.29 | −0.30 +0.25 | 1319.5 | 112.8 | 1818.9 | 95.6 | 3138.4 | 102.2 |
| **Palau** 7°N,134°E | +0.96 +0.03 | +1.00 +0.31 | 1185.2 | 69.0 | 1265.9 | 62.3 | 2451.1 | 65.4 |
| **Chuuk** 7°N,152°E | +0.31 +0.48 | +0.28 +0.97 | 2147.8 | 135.6 | 1823.0 | 99.4 | 3970.8 | 116.2 |
| **Pohnpei** 7°N,158°E | +0.18 +0.10 | −0.10 +0.78 | 3039.4 | 134.1 | 2470.9 | 105.8 | 5510.3 | 119.7 |
| **Kapinga** 1°N,155°E | N/A | N/A | 2411.7 | 137.7 | 1486.9 | 98.4 | 3261.4 | 119.5 |
| **Kosrae** 5°N,163°E | +0.38 +1.29 | −0.21 +1.34 | 2552.5 | 99.4 | 2007.6 | 85.7 | 4560.1 | 92.9 |
| **Majuro** 7°N,171°E | +0.01 +0.91 | −0.03 +1.17 | 1854.7 | 135.5 | 1713.5 | 91.7 | 3568.2 | 110.2 |
| **Kwajalein** 9°N,168°E | +0.37 +0.09 | +0.22 +0.32 | 1737.1 | 216.8 | 1593.6 | 100.9 | 3330.7 | 139.9 |



**FIG. 7.51. Observed sea level rise/fall (12-month moving average) over the period 1945–2015 at Kwajalein (black, left vertical axis) and Guam (gray, right vertical axis).**

### 3) SOUTHWEST PACIFIC—E. Chandler and S. McGree

Countries considered in this section include: American Samoa, Cook Islands, Fiji, French Polynesia, Kiribati, New Caledonia, Niue, Papua New Guinea (PNG), Samoa, Solomon Islands, Tokelau, Tonga, Tuvalu, and Vanuatu. Air temperature and rainfall anomalies are relative to the 1981–2010 period.

#### (i) Temperature

Mean air temperatures in 2015 (derived from NCEP–NCAR reanalysis) were strongly influenced by El Niño, which dominated the climate of the South Pacific during the year. Temperatures were near normal or above normal between January and March (Fig. 7.52a) across much of the southwest Pacific. Positive anomalies peaked at around +1.3°C near the equatorial date line. Below-average temperatures occurred near PNG, with anomalies up to −1.5°C over a small region covering the PNG Islands.

Positive temperature anomalies centered on the equator expanded westward towards the Solomon Islands and strengthened during the second quarter (Fig. 7.52b). The largest positive anomalies over central Kiribati exceeded +1.2°C. Negative anomalies persisted over the PNG Islands, while a large area of negative anomalies covered Vanuatu, Fiji, Tonga, and Niue during April–June, associated with cool surrounding ocean. Temperatures were within 0.3°C of average around the Solomon Islands, New Caledonia, Samoa, Tuvalu, and parts of French Polynesia.

The temperature anomaly pattern from April to June persisted into the third quarter with negative anomalies

strengthening in the south (Fig. 7.52c). By the end of September, the characteristic El Niño signal was established: positive anomalies dominated the equatorial region, southwest of which was a band of negative anomalies aligned northwest–southeast. A narrow strip of near-average temperatures was sandwiched between the two major anomaly features.

Below-normal air temperatures near the PNG Islands persisted into the last three months of the year, although the band of negative anomalies stretching southeast from PNG through Fiji to the southern Cook Islands weakened considerably in the last quarter (Fig. 7.52d). In contrast, positive anomalies intensified along the equator and expanded southward to encompass northern French Polynesia.

#### (ii) Precipitation

In addition to ENSO, key climate features in the southwest Pacific are the west Pacific Monsoon (WPM), which lies over the west Pacific warm pool, the South Pacific convergence zone (SPCZ) aligned northwest–southeast in the southwest Pacific, and the subtropical high pressure belt which is part of the Hadley Circulation.

Due mainly to enhanced activity in the WPM and SPCZ, the year began with above-normal rainfall recorded during January–March in many western places and the Cook Islands (Table 7.6). High rainfall in central Vanuatu was associated with Tropical



**FIG. 7.52. 2015 Southwest Pacific surface air temperature anomalies from NCEP–NCAR reanalysis (°C; 1981–2010 base period); for (a) Jan–Mar, (b) Apr–Jun, (c) Jul–Sep, and (d) Oct–Dec.**

| Table 7.6. Observed 2015 rainfall relative to base period at capital towns/cities in the South Pacific. | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Port Moresby, PNG | | | | | | | | | | | | |
| Honiara, Solomon Is | | | | | | | | | | | | |
| Noumea, N. Caledonia | | | | | | | | | | | | |
| Port Vila, Vanuatu | | | | | | | | | | | | |
| Suva, Fiji | | | | | | | | | | | | |
| Nuku'alofa, Tonga | | | | | | | | | | | | |
| Alofi, Niue | | | | | | | | | | | | |
| Apia, Samoa | | | | | | | | | | | | |
| Pago Pago, A. Samoa | | | | | | | | | | | | |
| Rarotonga, Cook Is | | | | | | | | | | | | |
| Funafuti, Tuvalu | | | | | | | | | | | | |
| Tarawa, Kiribati | | | | | | | | | | | | |

Legend: < 40%   ≥ 40 to < 80%   ≥ 80 to < 120%   ≥ 120 to < 160%   > 160%

Cyclone Pam (see Notable events and section 4e8 for more details). Below-normal rainfall was recorded in the New Guinea Islands, northern and southern Vanuatu, southern Tuvalu, Fiji, northern Tonga, Niue, northern French Polynesia, and parts of Samoa. At Pekoa and Lamap in northern Vanuatu, January–March was second (out of 45 years of record) and fourth (out of 54 years of record) driest, respectively.

In the second quarter the SPCZ was displaced to the northeast. Rainfall was below normal in parts of PNG, Vanuatu, Fiji, Tonga, Niue, the Cook Islands, and French Polynesia. In contrast to typical El Niño conditions, the northern Cook Islands were drier than normal. At Suva (Fiji), April–June was the driest since 1942. Kiritimati (eastern) and Tarawa (western) Kiribati recorded their wettest and third wettest April–June respectively, with rainfall in excess of 1100 mm received across the country.

The extent of suppressed rainfall in the southwest Pacific expanded over the third quarter (July–September) to include most of PNG and most of the islands southwest of the SPCZ. Above-normal rainfall continued in the Kiribati, Tuvalu, and Tokelau region. Rainfall was strongly suppressed in the far western Pacific, with enhanced convection in the equatorial Pacific east of the Solomon Islands, a pattern typical of El Niño.

In the fourth quarter, the SPCZ continued to be displaced to the northeast. The central Pacific remained wetter or much wetter than average, with the region of enhanced rainfall extending to the northern Cook Islands and northern French Polynesia in November. Most islands between PNG and southern French Polynesia, with the exception of the Solomon Islands and Samoa, received below-normal rainfall. Rainfall for October–December at Garoka in the PNG highlands was the lowest in 45 years and second and third lowest at Momote and Wewak, respectively. Very low rainfall was also observed in western and southeastern Fiji, southern Cook Islands, and central Tonga.

### (iii) Notable events

On 6 March, Tropical Disturbance 11F developed about 1140 km to the northwest of Nadi, Fiji. The disturbance was upgraded to a tropical depression two days later, then named Pam on 9 March. Located in an area of favorable conditions, Pam gradually intensified and became a Category 5 severe tropical cyclone on 12 March. Pam's 10-min maximum sustained winds peaked at 135 kt (69 m s[-1]), along with a minimum pressure of 896 hPa, making Pam the most intense TC of the southwest Pacific basin since Zoe in 2002 (and third most intense storm in the Southern Hemisphere, after Zoe in 2002 and Gafilo in 2004). In addition, Pam had the highest 10-minute sustained wind speed recorded of any South Pacific TC. The center of Pam passed just east of Efate where the capital Port Vila is located (Fig. 7.53), and Erromango and Tanna suffered a direct hit, making Pam the single worst natural di-



**FIG. 7.53. Tropical Rainfall Measuring Mission (TRMM) satellite over Cyclone Pam on 13 March 2015 UTC. The image shows the cyclone track and a rainfall analysis from TRMM's Microwave Imager (TMI) and Precipitation Radar (PR) instruments. Rainfall in part of the cyclone was measured by TRMM PR at more than 119mmh⁻¹.(Source:trmm.gsfc.nasa.gov/trmm_rain/Events/pam_trmm_tmi_pr_13_march_2015_0923_utc.jpg.)**

saster in the history of Vanuatu. The cyclone crippled infrastructure, with an estimated 90% of Vanuatu's buildings impacted by the storm. Communications were devastated and there was a shortage of water for several days following the storm. At least 132 000 people were affected by Pam, including 54 000 children. There were at least 15 fatalities.

#### 4) Australia—C. Ganter and S. Tobin

The information presented here has been prepared using the homogenized Australian temperature dataset (ACORN-SAT) for area-averaged temperature values and the observational dataset (AWAP) for area-averaged rainfall values and mapped analyses for both temperature and rainfall. See www.bom.gov.au/climate/change/acorn-sat/ and www.bom.gov.au/climate/maps/#tabs=About-maps-and-data for more information.

#### (i) Temperature

Australia's annual mean temperature for 2015 was 0.83°C above the 1961–90 average, making it the fifth warmest year since national observations commenced in 1910. Eight of Australia's ten warmest years have occurred since 2002, with the most recent three years among the five warmest. In 2015, Western Australia, Queensland, Victoria, South Australia, and New

South Wales all observed one of their ten warmest years on record.

The Australian annual mean maximum temperature (Fig. 7.54) was 0.96°C above average, and annual mean minimum temperature (Fig. 7.55) was 0.69°C above average; both sixth highest on record. Several exceptional warm spells occurred during 2015, with an especially warm October–December (see Notable events and Sidebar 7.3 for more details). April and May were the only months in which national mean temperatures were below average.

Annual maxima were in the highest decile (top 10%) of the historical distribution (since 1900) for the north of the Northern Territory, most of Queensland and Victoria, southeast and western South Australia, and large areas of Western Australia (highest on record for part of southwest Western Australia). Annual anomalies of +1.5°C to +2.0°C were observed in the southwest and southern interior of Western Australia and over a large area of southwestern to central Queensland.

Annual minima were also in the highest 10% of historical observations for most of Western Australia, large parts of Queensland, western South Australia, areas of New South Wales, and far eastern Victoria. Annual minima were near-average for most of the Northern Territory, northeastern Western Australia, other smaller areas in western Tasmania, the northern Cape York Peninsula and near Rockhampton in Queensland, and pockets of the southern half of



**FIG. 7.54. Maximum temperature anomalies (°C) for Australia, averaged over 2015, relative to a 1961–90 base period. (Source: Australia Bureau of Meteorology.)**



**FIG. 7.55. Minimum temperature anomalies (°C) for Australia, averaged over 2015, relative to a 1961–90 base period. (Source: Australia Bureau of Meteorology.)**

South Australia. They were cooler than average for some areas of the Northern Territory and northern Western Australia. Large areas of Western Australia and the western half of Queensland observed anomalies in excess of +1.0°C, rising to more than +2.0°C in the southeastern interior of Western Australia. Cool anomalies within 1°C of average were observed over the northern Kimberley and large parts of the Northern Territory.

*(ii) Precipitation*

Rainfall averaged across Australia for 2015 was 445.8 mm, or 96% of the 1961–90 average, the 59th driest year since records commenced in 1900 and close to the median. The near-average national total masks some regional differences. Notable areas of below-average rainfall were recorded in the southwest of Western Australia, large areas of southwest to central Queensland, and large areas of the southeast, extending from Tasmania through Victoria and into South Australia. Above-average precipitation was recorded in the Pilbara and Gascoyne regions of Western Australia, and across most of the Northern Territory extending into northern South Australia. Scattered parts of the eastern seaboard, extending from Victoria to southern Queensland, also had above-average precipitation for the year (Fig. 7.56).

State-wise, only Western Australia and the Northern Territory had above-average precipitation for the year, but within 20% of their annual total. All other

states had below-average rainfall, with Victoria 14th driest and Tasmania 8th driest; both experiencing their driest year since the 2006 El Niño year. For Victoria, 16 of the last 19 years (1997–2015) have brought below-average rainfall with similar, though not quite as persistent, runs in other parts of southern Australia (e.g., southeastern Australia, 13 of the last 19 years).

Large parts of eastern Australia commenced the year with continuing long-term rainfall deficiencies (on the two- to three-year scale). These deficiencies persisted across much of inland Queensland in 2015, while drought increased through Victoria and southeast South Australia, and also emerged in Tasmania and southwest Western Australia. The deficiencies echo long-term declines in cool-season rainfall across southern Australia and poor wet-season rainfall in Queensland over three successive years.

After a wet January, much of northern and central Australia was very dry from February onwards, marking a dry end to the northern Australian wet season (October–April).

The combination of a strong El Niño and a record warm Indian Ocean (see section 4b) is an unusual set of climate drivers, and for Australia the presence of a very warm Indian Ocean appears to have limited the broad-scale rainfall anomalies in the cooler part of the year in inland southern and eastern Australia. However, southwest Western Australia recorded its second driest May–July while Victoria and southern South Australia were also dry, but to a lesser extent.



Rainfall Decile Ranges

| | 1 Very Much Below Average | 2-3 Below Average | 4-7 Average | 8-9 Above Average | 10 Very Much Above Average | |
|---|---|---|---|---|---|---|
| Lowest on Record | | | | | | Highest on Record |

**FIG. 7.56. Rainfall deciles for Australia for 2015, based on the 1900–2015 distribution. (Source: Australia Bureau of Meteorology.)**

A late-developing positive Indian Ocean dipole was associated with a very dry September–October, which had significant impacts on agricultural production in southern areas. December closed the year with heavy rainfall over large parts of the north.

### (iii) Notable events

An exceptional heat wave affected large parts of northern and central Australia during March, with prolonged heat peaking on the 19th and 20th. The other most notable heat waves occurred during the last three months of the year—record early-season heat across southern Australia in early October, contributing to Australia's warmest October on record and extreme heat in much of southeastern Australia in the third week of December (see Sidebar 7.3 for more detail).

Many significant bushfires occurred during the year. The most destructive, in terms of property loss or total area burned, are described below:

- Early January, South Australia's Mount Lofty Ranges, 27 houses destroyed and 20 000 hectares burned;
- Late January and early February, southwest Western Australia, 150 000 hectares burned—the most significant fires for the region in many decades;
- 15–21 November, around Esperance in Western Australia, 145 000 hectares burned;
- 25–27 November, South Australia's Mid North, at least 87 houses at Pinery (north of Adelaide) severely damaged or destroyed and 90 000 hectares burned;
- 25 December, near Lorne on Victoria's southwest coast, 116 homes and holiday houses destroyed at Wye River and Separation Creek.

Two east coast lows brought significant damage. The first caused severe weather and flooding in coastal New South Wales between 20 and 23 April, with 12 regions declared natural disaster areas and several deaths reported due to flash flooding at Dungog. The second low produced heavy rain and damaging winds over southeast Queensland and parts of New South Wales between 1 and 4 May.

A significant, but far from record-breaking, cold outbreak over southeastern Australia during 11–17 July brought widespread snow along the Great Dividing Range, extending from the hills east of Melbourne into southern Queensland. This was the most significant snow event in Queensland since 1984.

Four tropical cyclones made landfall in Australia during 2015: Lam, Marcia, Nathan, and Olwyn with a fifth, Quang, weakening below cyclone intensity just prior to landfall. Marcia was the strongest at landfall (Category 5) and the most intense known tropical cyclone so far south on the east coast [maximum 10-minute sustained winds of 110 kt (57 m s⁻¹), crossing near Yeppoon, and causing damage as far south as Bundaberg]. Lam made landfall in the eastern Top End on the same day, 20 February—the first time in recorded history that two severe tropical cyclones made landfall in Australia on the same day (see also section 4e7).

For further detail on these and other significant events please see the Monthly Weather Reviews, Annual Climate Statement, and Annual Climate Report available from www.bom.gov.au/climate /current/.

### 5) New Zealand—N. Fedaeff

In the following discussion, the base period is 1981–2010 for all variables, unless otherwise noted. The nation wide average temperature is based upon the National Institute of Water and Atmospheric Research (NIWA) seven-station temperature series that begins in 1909 (www.niwa.co.nz/our-science /climate/information-and-resources/nz-temp-record /seven-station-series-temperature-data). All statistics are based on data available as of 8 January 2016.

### (i) Temperature

New Zealand had a relatively mild 2015, with annual mean temperatures within 0.5°C of the annual average across much of the country (Fig. 7.57).



**Fig. 7.57. 2015 annual mean temperature anomalies (°C) relative to 1981–2010 normal. Dots show observing station locations. (Source: NIWA.)**

# SIDEBAR 7.3: **AUSTRALIA'S WARM RIDE TO END 2015**

The last three months of 2015 saw a very warm end to the year for Australia. It was the warmest October on record with respect to both maximum and minimum temperatures, with the October mean temperature anomaly of +2.89°C the largest anomaly on record for Australia for any month in 106 years of records. Maximum temperatures for October in Victoria, South Australia, and New South Wales were close to values typical of an average December, with monthly anomalies of more than +5°C for the three states (Fig. SB7.6).

October's most significant daily extremes occurred in the first half of the month. Significantly high daytime temperatures occurred in southwest Western Australia beginning 1 October, spreading eastwards and peaking in extent during 4–6 October in the southeast; each day, some part of southern Australia had daily anomalies in excess of +12°C. Another bout of extreme heat occurred over southern Western Australia from 8 to 13 October. Later in the month, there were several other periods which had temperatures well above average, but no individual event in the latter part of October surpassed the extremes of the first 10 days (www.bom.gov.au/climate/current/statements/scs52.pdf).

November mean temperatures were the third warmest on record and, overall, spring 2015 was second warmest on record. The most recent three springs were the three warmest, with 2014 remaining the warmest on record.

The last notable warm period for the year occurred in December. Following a consistently warm first half of December for the southeast interior of Australia, a burst of more extreme warmth occurred in mid-December over South Australia. Adelaide reached 40°C each day during 16–19 December—the first time this has occurred in Adelaide in December (previous earliest run of four or more days of at least 40°C was 3–6 January in 1906). Heat peaked for this event on 19 December in South Australia and western Victoria ahead of a front, with the cool change passing through southeast Australia on 20 December. Individual daytime and nighttime December records were set on the 19th and 20th across South Australia, Victoria, New South Wales, and Tasmania (Fig. SB7.7). Mildura measured a minimum of 31.9°C on 20 December. This was a new record high minimum temperature for a Victorian site for any month, surpassing 30.9°C also at Mildura on 24 January 2001. A number of other locations in northern Victoria experienced their hottest night on record for any month (www.bom.gov.au/climate/current/statements/scs53.pdf).

Overall, October–December was the warmest such period on record, with a mean temperature anomaly of +1.93°C. It also tied with July–September 2013 for highest positive anomaly for any three month period.



Fɪɢ. **SB7.6. Maximum temperature anomalies for Oct 2015 for Australia (1961–90 base period). (Source: Australia Bureau of Meteorology.)**



Fɪɢ. **SB7.7. Daily minimum temperature percentiles for 20 Dec 2015 (1961–90 base period). (Source: Australia Bureau of Meteorology.)**

The nation wide average temperature for 2015 was 12.7°C (0.1°C above average). According to NIWA's seven-station temperature series, 2015 was the 27th warmest year for New Zealand in the 107-year period of record. Above-average temperature anomalies were observed throughout many regions of the country in January and March, while below-average temperature anomalies were prominent in September.

### (ii) Precipitation

Annual rainfall totals for 2015 were below normal (50%–79% of the annual normal) in the north and east of the country: Northland, Tasman, Nelson, and Canterbury as well as parts of eastern Waikato, Bay of Plenty, Gisborne, and Wellington—a pattern typically observed during El Niño. Rainfall was within 20% of the annual normal for the remainder of New Zealand (Fig. 7.58). It was the driest year on record for Kaitaia and Kerikeri (both located in Northland), which recorded 75% and 63% of their normal annual rainfall, respectively. There were no high total rainfall records or near-records set in 2015. January was a particularly dry month for New Zealand with rainfall totals well below normal (less than 50% of the January normal) or below normal (50%–79% of the January normal) for most parts of the country. Parts of Northland, Auckland, Taranaki, Manawatu-Whanganui, Kapiti Coast, Wellington, Marlborough, north Canterbury, and Central Otago each received less than 10% of their respective January normal rainfall. Conversely, rainfall during April and June was well above normal (greater than 149% of normal) in Taranaki and large parts of Manawatu-Whanganui.

Of all of the regularly reporting gauges, the wettest location in 2015 was Cropp River, in the Hokitika River Catchment (West Coast, South Island, 975 m a.s.l.) with an annual rainfall total of 11 632 mm. The driest of the regularly reporting rainfall sites in 2015 was Clyde (Central Otago), which recorded 267 mm of rainfall for the year. North Egmont (Taranaki) experienced the highest 1-day rainfall total in 2015 of 466 mm on 19 June.

### (iii) Notable events

See Fig. 7.59 for a schematic of notable events. On 16 and 17 March, ex-Tropical Cyclone Pam passed east of New Zealand and was associated with strong winds and heavy rain in northern and eastern parts of the North Island. About 2200 Auckland and Northland properties lost power as strong winds brought down trees onto power lines. Over 100 people in the East Cape area were evacuated from their homes as a precaution, particularly in low lying coastal town-



**Fig. 7.58. 2015 annual total rainfall (%) relative to 1981–2010 normal. Distribution of observing station locations is as in Fig. 7.57. (Source: NIWA.)**

ships as high seas were expected to cause flooding and damage.

On 3 June, Dunedin (Otago) was inundated by heavy and prolonged rainfall, which resulted in significant flooding, loss of electricity, evacuations, and road closures throughout the city and nearby areas. Dunedin (Musselburgh) received 113 mm of rainfall in the 24 hours to 9 a.m. on 4 June—its second-highest 1-day rainfall total on record for all months (records began in 1918).

Another sigificant flooding event occurred during 20–21 June in Whanganui. Heavy and prolonged rainfall caused evacuation of more than 100 households and the Whanganui River breached its banks, spilling floodwaters into Whanganui's central business district. This event was the worst flood on record for the area and led to the declaration of a state of emergency.

From 23 to 26 June, record-low temperatures were observed in many regions of the country. A high pressure system over and west of New Zealand combined clear skies with a southerly flow, resulting in very cold temperatures for many parts of the country. In particular, sites in the Mackenzie Country and Central Otago dropped to well below 0°C. The lowest recorded air temperature for 2015 (excluding high elevation alpine sites) was −21.0°C, observed at Tara Hills (Mackenzie Country) on 24 June. This was the fourth coldest temperature ever recorded in New Zealand.



F.59. Notable weather events and climate extremes for New Zealand in 2015. (Source: NIWA.)

## APPENDIX 1: RELEVANT DATASETS AND SOURCES

| General variable or phenomenon | Specific dataset or variable | Source | Section |
|---|---|---|---|
| **Aerosols** | Aerosol products | http://apps.ecmwf.int/datasets/data/macc-reanalysis | SB2.2 |
| | CAMS Reanalysis | http://macc.copernicus-atmosphere.eu/catalogue/ | 2g3, SB2.2 |
| **Air-sea fluxes** | Woods Hole Oceanographic Institute OAFlux project | http://oaflux.whoi.edu | 3e |
| **Albedo** | MODIS | http://ladsweb.nascom.nasa.gov | 2h1, 5e |
| **Biomass burning** | GFAS | http://atmosphere.copernicus.eu/documentation-fire-emissions | 2h3, SB2.2 |
| | GFEDv4 | https://daac.ornl.gov/VEGETATION/guides/fire_emissions_v4.html | 2h3 |
| **Clouds, cloudiness** | *CALIPSO* | http://eosweb.larc.nasa.gov/PRODOCS/calipso/table_calipso.html | 2d5 |
| | CLARA-A2 | https://climatedataguide.ucar.edu/climate-data/clara-a1-cloud-properties-surface-albedo-and-surface-radiation-products-based-avhrr | 2d5 |
| | HIRS | www.ssec.wisc.edu/~donw/PAGE/CLIMATE.HTM | 2d5 |
| | MISR | http://eosweb.larc.nasa.gov/PRODOCS/misr/level3/overview.html | 2d5 |
| | MODIS C6 | http://ladsweb.nascom.nasa.gov | 2d5 |
| | NCEP CFSR | http://cfs.ncep.noaa.gov/cfsr/ | d5 |
| | PATMOS-x | www.ncdc.noaa.gov/cdr/operationalcdrs.html | 2d5 |
| | SatCORPS | No public archive | 2d5 |
| **Evaporation, evapotranspiration, sublimation** | ERA-Interim | www.ecmwf.int/en/research/climate-reanalysis/era-interim | SB2.1 |
| | GLEAM | www.gleam.eu/ | SB2.1 |
| | Woods Hole Oceanographic Institute OAFlux project | http://oaflux.whoi.edu | 3e2 |
| **FAPAR** | FAPAR | http://fapar.jrc.ec.europa.eu | 2h2 |
| | MERIS | https://earth.esa.int/web/guest/missions/esa-operational-eo-missions/envisat/instruments/meris | 2h2 |
| | MODIS-TIP | http://modis.gsfc.nasa.gov/about/ | 2h2 |
| **Geopotential height** | ERA-Interim | www.ecmwf.int/en/research/climate-reanalysis/era-interim | 6b |
| | JRA-55 | http://jra.kishou.go.jp/JRA-55/index_en.html | 7g |
| | NCEP–NCAR reanalysis-1 pressure | www.esrl.noaa.gov/psd/data/gridded/data.ncep.reanalysis.pressure.html | 5b, 7f |
| **Glacier mass or volume** | Glacier mass balance | http://dx.doi.org/10.5904/wgms-fog-2015-11 | 5f |
| | Randolph Glacier Inventory v3.2 | www.glims.org/RGI/ | 2c3 |
| | World Glacier Monitoring Service | www.wgms.ch/mbb/sum12.html | 2c3, 5f |

| General variable or phenomenon | Specific dataset or variable | Source | Section |
|---|---|---|---|
| Humidity, (near) surface | Dai | By email to adai@ucar.edu | 2d1 |
| | ERA-Interim | www.ecmwf.int/research/era | 2d1 |
| | HadCRUH | www.metoffice.gov.uk/hadobs/hadcruh | 2d1 |
| | HadISDH | www.metoffice.gov.uk/hadobs/hadisdh | 2d1 |
| | HOAPS | wui.cmsaf.eu/safira/action/viewDoiDetails?acronym=HOAPS_V001 | 2d1 |
| | JRA-55 | http://jra.kishou.go.jp/JRA-55/index_en.html | 2d1 |
| | MERRA-2 | http://gmao.gsfc.nasa.gov/reanalysis/MERRA-2/ | 2d1 |
| | NOCS 2.0 | www.noc.soton.ac.uk/noc_flux/noc2.php | 2d1 |
| Humidity, upper atmosphere | HIRS | www.ssec.wisc.edu/~donw/PAGE/CLIMATE.HTM | 2d3 |
| | UTH | By email to Viju.John@eumetsat.int | 2d3 |
| Ice sheet characteristics | DMSP-SSMIS | http://nsidc.org/data/docs/daac/nsidc0001_ssmi_tbs.gd.html | 5e, 6e |
| | GRACE | http://podaac.jpl.nasa.gov/datasetlist?ids=Platform&values=GRACE | 5e, 5f |
| | PROMICE (Greenland) | www.promice.dk/home.html | 5e |
| Lake temperature | Institute of Meteorology and Water Management (Poland) | www.imgw.pl | 2b4 |
| | NOAA/GLERL | www.glerl.noaa.gov | 2b4 |
| Modes of variability | AMO | www.esrl.noaa.gov/psd/data/timeseries/AMO/ | 3h, 4e2 |
| | AO | www.cpc.ncep.noaa.gov/products/precip/CWlink/daily_ao_index/teleconnections.shtml | 2e1 |
| | EQ-SOI | www.cpc.ncep.noaa.gov/data/indices | 4b, 6d |
| | MEI | www.esrl.noaa.gov/psd/enso/mei/ | 3f |
| | MJO, real-time multivariate | http://monitor.cicsnc.org/mjo/current/rmm/ | 4c |
| | NAO | ftp://ftp.cpc.ncep.noaa.gov/wd52dg/data/indices/tele_index.nh | SB3.2, 3h |
| | NAO (summer) | Courtesy of Chris K. Folland | 2e1 |
| | NAO (winter) | https://climatedataguide.ucar.edu/climate-data/hurrell-north-atlantic-oscillation-nao-index-station-based | 2e1 |
| | ONI | www.cpc.ncep.noaa.gov/products/analysis_monitoring/ensostuff/ensoyears.shtml | 4b |
| | PDO | http://research.jisao.washington.edu/pdo/ | 3b |
| | PDO | www.cpc.ncep.noaa.gov/products/GODAS/ | 3b |
| | SAM | www.antarctica.ac.uk/met/gjma/sam.html | 6b, 6d |
| | SAM, AAO | www.cpc.ncep.noaa.gov/products/precip/CWlink/daily_ao_index/aao/aao.shtml | 2e1 |
| | SOI | ftp://ftp.bom.gov.au/anon/home/ncc/www/sco/soi/soiplaintext.html | 2e1 |

| General variable or phenomenon | Specific dataset or variable | Source | Section |
|---|---|---|---|
| Ocean carbon | CLIVAR/CO2 Repeat Hydrography Global Ocean Ship-Based Hydrographic Investigations Program | www.go-ship.org | 3j |
| | $pCO_2$ | www.socat.info | 3j, 6g |
| Ocean circulation | Atlantic Meridional Overturning Circulation | www.noc.soton.ac.uk/rapidmoc | 3h |
| Ocean heat content and temperature | Antarctic Bottom Water | https://portal.aodn.org.au/ | 6g |
| | CSIRO/ACE CRC/IMAS-UTAS estimate | www.cmar.csiro.au/sealevel/thermal _expansion_ocean_heat_timeseries.html | 3c |
| | MRI/JMA | www.data.jma.go.jp/gmd/kaiyou/english/ohc/ohc _global_en.html | 3c |
| | NCEI | www.nodc.noaa.gov/OC5/3M_HEAT _CONTENT/ | 3c |
| | NCEP ocean reanalysis | www.cpc.ncep.noaa.gov/products/GODAS/ | 4h |
| | PMEL/JPL/JIMAR | http://oceans.pmel.noaa.gov | 3c |
| | Roemmich and Gilson (2009) Argo monthly climatology | http://sio-argo.ucsd.edu/RG_Climatology.html | 3c, SB3.2 |
| | Met Office EN4.0.2 | www.metoffice.gov.uk/hadobs/en4 /download-en4-0-2-l09.html | 3c |
| Ocean salinity | Antarctic Bottom Water | https://portal.aodn.org.au/ | 6g |
| | Argo | www.argo.ucsd.edu/ | 3d |
| | Blended Analysis for Surface Salinity | ftp://ftp.cpc.ncep.noaa.gov/precip/BASS | 3d2 |
| | NCEI global salinity anomalies | www.nodc.noaa.gov/OC5/3M_HEAT _CONTENT | 3d3 |
| | Roemmich and Gilson (2009) Argo monthly climatology | http://sio-argo.ucsd.edu/RG_Climatology.html | SB3.2 |
| | World Ocean Atlas 2009 | www.nodc.noaa.gov/OC5/WOA09/pr_woa09 .html | 3d2, 3d3 |
| Ocean surface heat flux | CERES FLASHflux | https://eosweb.larc.nasa.gov/project/ceres/ebaf _surface_table | 3e |
| Outgoing longwave radiation | CERES FLASHFlux Project | http://flashflux.larc.nasa.gov | 3e, 4b2, 4c |
| | Daily OLR | https://www.ncdc.noaa.gov/cdr/atmospheric /outgoing-longwave-radiation-daily | 4e3, 4e6 |

| General variable or phenomenon | Specific dataset or variable | Source | Section |
|---|---|---|---|
| | Bodeker Scientific | www.bodekerscientific.com/data/total-column-ozone | 5j |
| | *CALIPSO* (polar stratospheric clouds) | http://eosweb.larc.nasa.gov/PRODOCS/calipso/table_calipso.html | 6h |
| | GOME/ SCIAMACHY/ GOME2 (GSG) merged total ozone | www.iup.uni-bremen.de/gome/wfdoas/ | 2g4 |
| | GOME/ SCIAMACHY/ GOME2 (GTO) merged total ozone | http://atmos.eoc.dlr.de/gome/gto-ecv.html www.esa-ozone-cci.org | 2g4 |
| | GOZCARDS ozone profiles | https://gozcards.jpl.nasa.gov http://mirador.gsfc.nasa.gov | 2g4 |
| Ozone, total column and stratospheric | KNMI OMI | http://ozoneaq.gsfc.nasa.gov | 6h |
| | Multisensor reanalysis of total ozone | www.temis.nl | 2g4 |
| | NASA *Aura* MLS | http://mls.jpl.nasa.gov/index-eos-mls.php | 5j, 6h |
| | NASA BUV/SBUV v8.6 (MOD v8.6) merged ozone | http://acdb-ext.gsfc.nasa.gov/Data_services/merged | 2g4 |
| | NOAA BUV/SBUV v8.6 (MOD v8.6) merged ozone | ftp://ftp.cpc.ncep.noaa.gov/SBUV_CDR | 2g4 |
| | Ozonesonde | www.esrl.noaa.gov/gmd/dv/spo_oz | 6h |
| | SAGE II/OSIRIS | Dataset linked to Bourassa et al. (2014) | 2g4 |
| | WOUDC ground-based ozone | ftp://ftp.tor.ec.gc.ca/pub/woudc/Project-Campaigns/ZonalMeans | 2g4 |
| Ozone, tropospheric | *Aura* OMI/MLS | http://acd-ext.gsfc.nasa.gov/Data_services/cloud_slice/new_data.html | 2g6, SB2.2 |
| | Active layer thickness | http://nsidc.org/data/docs/fgdc/ggd313_calm/ | 5i |
| | GTN-P | http://gtnpdatabase.org | 2c1 |
| | Permafrost temperature | http://permafrost.gi.alaska.edu/sites_map | 5i |
| Permafrost | Permafrost temperature at French sites | http://edytem.univ-savoie.fr/ | 2c1 |
| | Permafrost temperature at Norwegian sites | www.tspnorway.com, www.met.no | 2c1 |
| | Permafrost temperature at Swiss sites | www.permos.ch | 2c1 |
| | MODIS-*Aqua* Reprocessing R2014.0 | http://oceancolor.gsfc.nasa.gov/cms/reprocessing/ | 3i |
| Phytoplankton, ocean color | SeaWiFS R2014.0 | http://oceancolor.gsfc.nasa.gov/cms/reprocessing/ | 3i |
| | VIIRS R2014.0 | http://oceancolor.gsfc.nasa.gov/cms/reprocessing/ | 3i |

| General variable or phenomenon | Specific dataset or variable | Source | Section |
|---|---|---|---|
| Precipitation | CMORPH | www.cpc.ncep.noaa.gov/products/janowiak/cmorph_description.html | 4b3, 4d |
| | GHCN | www.ncdc.noaa.gov/temp-and-precip/ghcn-gridded-products.php | 2d4 |
| | GPCC | www.gpcc.dwd.de | 2d4, 7f |
| | GPCPv23 | http://precip.gsfc.nasa.gov | 2d4, 3e, 4h |
| | NCEP–NCAR reanalysis | www.esrl.noaa.gov/psd/data/gridded/data.ncep.reanalysis.html | 7e |
| | TRMM MI/PR | http://pmm.nasa.gov/TRMM/products-and-applications | 7h |
| Precipitation (net) | JRA-55 | http://jra.kishou.go.jp/JRA-55/index_en.html | 6d |
| Pressure, sea level or near-surface | Antarctic Meteorological Research Center AWS | http://amrc.ssec.wisc.edu/data | 6c |
| | ERA-Interim | www.ecmwf.int/en/research/climate-reanalysis/era-interim | 6b, SB6.1 |
| | HadSLP2r | www.metoffice.gov.uk/hadobs | 2e1 |
| | JRA-55 | http://jra.kishou.go.jp/JRA-55/index_en.html | 6d |
| | NCEP–NCAR reanalysis | www.esrl.noaa.gov/psd/data/gridded/data.ncep.reanalysis.html | 7f |
| River discharge | ELSE | No public archive | 2d6 |
| Sea ice concentration | Near-Real-Time DMSP SSM/I-SSMIS Daily Polar Gridded | http://nsidc.org/data/nsidc-0081.html | 6f |
| | Nimbus-7 SMMR and DMSP SSM/I (Bootstrap) | http://nsidc.org/data/docs/daac/nsidc0079_bootstrap_seaice.gd.html | 6f |
| Sea ice duration | ESA CryoSat-2 | https://earth.esa.int/web/guest/missions/esa-operational-eo-missions/cryosat | 5c |
| | NASA Operation IceBridge | https://espo.nasa.gov/oib/content/OIB_1 | 5c |
| | Near-Real-Time DMSP SSM/I-SSMIS Daily Polar Gridded | http://nsidc.org/data/nsidc-0081.html | 6f |
| | Nimbus-7 SMMR and DMSP SSM/I (Bootstrap) | http://nsidc.org/data/nsidc-0079.html | 6f |
| Sea ice extent | Nimbus-7 SMMR and DMSP SSM/I (Bootstrap) | http://nsidc.org/data/docs/daac/nsidc0079_bootstrap_seaice.gd.html | 5c,6f |
| Sea ice freeboard/thickness | CryoSat-2 | https://earth.esa.int/web/guest/-/how-to-access-cryosat-data-6842 | 5c |
| Sea level/sea surface height | Ssalto/Duacs Multimission Altimeter Products | www.aviso.altimetry.fr | 3f, 6g |
| | Tide gauge | http://uhslc.soest.hawaii.edu/ | 3f |
| | TOPEX/Jason | http://sealevel.colorado.edu/ | 3f |

| General variable or phenomenon | Specific dataset or variable | Source | Section |
|---|---|---|---|
| Sea surface temperature | ERSST.v3b and v4 | www.esrl.noaa.gov/psd/data/gridded/data.noaa.ersst.html | 3b, 4e2, 4e4 ,4g |
| | HadISST1 | www.metoffice.gov.uk/hadobs/hadisst | 3b |
| | HadSST3 | www.metoffice.gov.uk/hadobs/hadsst3 | 2b1 |
| | NOAA OISSTv2 | www.esrl.noaa.gov/psd/data/gridded/data.ncep.oisst.v2.html | 3b, 4b1, 4d2, 4e3, 4e6, 4h, 5d, 7d |
| Snow cover | NOAA daily Interactive Multisensor Snow and Ice Mapping System | http://nsidc.org/data/g02156 | 5g |
| | Snow cover extent and duration | www.snowcover.org | 2c2, 5g |
| Snow depth | Canadian Meteorological Centre daily gridded global snow depth analysis | http://nsidc.org/data/nsidc-0447 | 5g |
| Soil moisture | ESA CCI SM | www.esa-soilmoisture-cci.org/node?page=3 | 2d8 |
| Solar transmission | Mauna Loa solar transmission | www.esrl.noaa.gov/gmd/grad/mloapt.html | 2f2 |
| Stratospheric water vapor | Frost Point Hygrometer Data (Boulder, Hilo, Lauder) | ftp://aftp.cmdl.noaa.gov/data/ozwv/WaterVapor | 2g5 |
| | Frost Point Hygrometer Data (San Jose) | http://physics.valpo.edu/ozone/ticosonde.html | 2g5 |
| | MLS data | http://disc.sci.gsfc.nasa.gov/Aura/data-holdings/MLS/index.shtml | 2g5 |
| | NASA *Aura* MLS | http://aura.gsfc.nasa.gov/instruments/mls.html | 2g5 |
| Surface current | Brazil-Malvina Region Confluence Region | www.aoml.noaa.gov/phod/altimetry/cvar/mal/BM_anm.php | 3g |
| | Long-term time series of surface currents: Agulhas Current | www.aoml.noaa.gov/phod/altimetry/cvar/agu/ | 3g |
| | Long-term time series of surface currents: North Brazil Current | www.aoml.noaa.gov/phod/altimetry/cvar/nbc | 3g |
| | Long-term time series of surface currents: Yucatan Current | www.aoml.noaa.gov/phod/altimetry/cvar/yuc/transport.php | 3g |
| | OSCAR | www.oscar.noaa.gov | 3h |

| General variable or phenomenon | Specific dataset or variable | Source | Section |
|---|---|---|---|
| Temperature, (near) surface | Antarctic Meteorological Research Center AWS | http://amrc.ssec.wisc.edu/data | 6c |
| | CRUTEM4 | www.metoffice.gov.uk/hadobs/crutem4 www.cru.uea.ac.uk/cru/data/temperature | 2b1, 5b, 7f |
| | ERA-Interim | www.ecmwf.int/en/research/climate-reanalysis /era-interim | 2b1, 2b5, 6b |
| | EURO4m E-obs | www.ecad.eu/download/ensembles /ensembles.php | 7f |
| | GHCNDEX | www.climdex.org/datasets.html | 2b5 |
| | HadCRUT4 global temperature | www.metoffice.gov.uk/hadobs/hadcrut4 | 2b1 |
| | JMA global temperature | http://ds.data.jma.go.jp/tcc/tcc/products/gwp/temp /map/download.html | 2b1, 7g |
| | JRA-55 | http://jra.kishou.go.jp/JRA-55/index_en.html | 2b1 |
| | MERRA-2 | http://gmao.gsfc.nasa.gov/reanalysis/MERRA-2/ | 2b1 |
| | NASA/GISS global temperature | http://data.giss.nasa.gov/gistemp | 2b1 |
| | NCEP–NCAR reanalysis | www.esrl.noaa.gov/psd/data/gridded/data .ncep.reanalysis.html | 5b, 5i, 7e, 7h |
| | NOAA/NCEI global temperature | www.ncdc.noaa.gov/monitoring-references /faq/anomalies.php | 2b1 |
| Temperature, upper atmosphere | Berkeley Earth surface temperature | www.berkeleyearth.org | 2b1 |
| | ERA-Interim | www.ecmwf.int/en/research/climate-reanalysis /era-interim | 2b1, 2b2, 2b3, 6b |
| | JRA-55 | http://jra.kishou.go.jp/JRA-55/index_en.html | 2b2, 2b3 |
| | MERRA-2 | http://gmao.gsfc.nasa.gov/reanalysis/MERRA-2/ | 2b2, 2b3 |
| | NCEP CFSR | http://cfs.ncep.noaa.gov/cfsr/ | 2b3 |
| | NCEP–DOE Reanalysis 2 | www.esrl.noaa.gov/psd/data/gridded /data.ncep.reanalysis2.html | 6h |
| | NCEP–NCAR reanalysis | www.esrl.noaa.gov/psd/data/gridded /data.ncep.reanalysis.html | 7f |
| | NOAA/NESDIS/ STAR | www.star.nesdis.noaa.gov/smcd/emb/mscat/ | 2b2, 2b3 |
| | RAOBCORE, RICH | www.univie.ac.at/theoret-met/research /raobcore | 2b2, 2b3 |
| | RATPAC | www.ncdc.noaa.gov/oa/climate/ratpac | 2b2, 2b3 |
| | RSS | www.remss.com | 2b2, 2b3 |
| | UAH MSU | http://vortex.nsstc.uah.edu/public/msu | 2b2, 2b3 |
| | University of New South Wales | web.science.unsw.edu.au/~stevensherwood /radproj/index.html | 2b2 |
| | University of Washington | www.atmos.uw.edu/~pochedls/nobackup /share/ | 2b2, 2b3 |
| Terrestrial groundwater storage | GRACE | http://podaac.jpl.nasa.gov/star/index.php | 2d7 |
| TOA earth radiation budget | CERES EBAF Ed2.8 | http://ceres.larc.nasa.gov/products .php?product=EBAF-TOA | 2f1 |
| | CERES FLASHFlux | https://eosweb.larc.nasa.gov/project/ceres/ebaf _toa_table | 2f1 |

| General variable or phenomenon | Specific dataset or variable | Source | Section |
|---|---|---|---|
| Total column water vapor | COSMIC GPS-RO | www.cosmic.ucar.edu/ro.html | 2d2 |
| | ERA-Interim | www.ecmwf.int/en/research/climate-reanalysis/era-interim | 2d2 |
| | GNSS ground-based total column water vapor | http://rda.ucar.edu/datasets/ds721.1/ | 2d2 |
| | JRA-55 | http://jra.kishou.go.jp/JRA-55/index_en.html | 2d2 |
| | MERRA-2 | http://gmao.gsfc.nasa.gov/reanalysis/MERRA-2/ | 2d2 |
| | RSS SSM/I AMSR-E ocean total column water vapor | www.remss.com | 2d2 |
| Total solar irradiance | SORCE/TIM | http://science.nasa.gov/missions/sorce/ | 2f |
| Trace gases | AGGI | www.esrl.noaa.gov/gmd/aggi | 2g1 |
| | Carbon dioxide | www.esrl.noaa.gov/gmd/dv/iadv | 2g1 |
| | Carbon monoxide | https://www2.acom.ucar.edu/mopitt | 2g7, SB2.2 |
| | Chlorine monoxide, *Aura* MLS | http://mls.jpl.nasa.gov/products/clo_product.php | 6h |
| | Hydrogen chloride, *Aura* MLS | http://disc.sci.gsfc.nasa.gov/datacollection/ML2HCL_V004.html | 6h |
| | Methane | www.esrl.noaa.gov/gmd/dv/iadv | 2g1 |
| | Nitrous oxide | www.esrl.noaa.gov/gmd/hats/combined/N2O.html | 2g1 |
| | ODGI | www.esrl.noaa.gov/gmd/odgi | 2g2 |
| | Perfluorocarbons | http://agage.eas.gatech.edu | 2g1, 2g2 |
| | Sulfur hexafluoride | www.esrl.noaa.gov/gmd/hats/combined/SF6.html | 2g1 |
| Tropical cyclone data | IBTrACS | www.ncdc.noaa.gov/oa/ibtracs | 4e |
| | JTWC best-track data (2011 preliminary) | www.usno.navy.mil/NOOC/nmfc-ph/RSS/jtwc/best_tracks | 4e4, 4e5, 4e6 |
| | RSMC-Tokyo, JMA best-track data | www.jma.go.jp/jma/jma-eng/jma-center/rsmc-hp-pub-eg/besttrack.html | 4e4 |
| | SPEArTC | http://apdrc.soest.hawaii.edu/projects/speartc | 4e7, 4e8 |
| Wind, (near) surface | Australian (McVicar) | http://doi.org/10.4225/08/56A8549IDDED2 | 2e2 |
| | ERA-Interim | www.ecmwf.int/en/research/climate-reanalysis/era-interim | 2e2, SB6.1 |
| | HadISD | www.metoffice.gov.uk/hadobs/hadisd/ | 2e2 |
| | JRA-55 | http://jra.kishou.go.jp/JRA-55/index_en.html | 2e2, 4h |
| | MERRA-2 | http://gmao.gsfc.nasa.gov/reanalysis/MERRA-2/ | 2e2 |
| | RapidScat | winds.jpl.nasa.gov/missions/RapidScat/ | SB4.2 |

| General variable or phenomenon | Specific dataset or variable | Source | Section |
|---|---|---|---|
| **Wind, upper atmosphere** | Climate Forecast System | http://cfs.ncep.noaa.gov/ | 4b1 |
| | ERA-Interim | www.ecmwf.int/en/research/climate-reanalysis/era-interim | 2e3, 6b |
| | GRASP | http://doi.pangaea.de/10.1594/PANGAEA.823617 | 2e3 |
| | JRA-55 | http://jra.kishou.go.jp/JRA-55/index_en.html | 2e3 |
| | MERRA | http://gmao.gsfc.nasa.gov/research/merra/ | 2e3 |
| | NCEP–NCAR reanalysis | www.esrl.noaa.gov/psd/data/gridded/data.ncep.reanalysis.html | 4e3, 4e4, 4e6, 4g |

## ACKNOWLEDGMENTS

We wish to thank the AMS Journals' editorial staff, in particular Melissa Fernau, for facilitating the document. We thank the NCEI visual communications team for laying the document out and executing the countless number of technical edits needed. We also wish to express our sincere and deep gratitude to Dr. Rick Rosen, who served as the AMS special editor for this report. Dr. Rosen's handling of the reviews was at the same time rigorous and responsive, and greatly improved the document.

Chapter 2
- We thank David Parker for his excellent internal review.
- Kate Willett, Robert Dunn, Rob Allan, David Parker, Chris Folland, and Colin Morice were supported by the Joint U.K. DECC/Defra Met Office Hadley Centre Climate Programme (GA01101).
- Markus Donat received funding from Australian Research Council Grant DE150100456.
- Iestyn Woolway and Chris Merchant received funding from the European Union's Horizon 2020 Programme for Research and Innovation under Grant Agreement 640171.
- Sarah Perkins-Kirkpatrick was funded by Australian Research Council Grant DE140100952.
- The datasets used for sections 2d2 and 2d5 were provided from the JRA-55 project carried out by the Japan Meteorological Agency.
- We thank Paul Berrisford (European Centre for Medium-Range Weather Forecasts), Mike Bosilovich (NASA), and Shinya Kobayashi (Japan Meteorological Agency) for timely provision of reanalysis data.

Chapter 3
- Sandra Bigley (NOAA/Pacific Marine Environmental Laboratory) provided outstanding editorial assistance.
- Scott Cross, Toby Garfield, Jon Hare, Boyin Huang, Liqing Jiang, Kelly Kearney, and Dan Seidov imparted useful comments on an early draft of the chapter.
- Comments from three anonymous reviewers helped to improve the chapter.
- M. Baringer, G. Goni, R. Lumpkin, C. Meinen, and C. Schmid were supported by NOAA/AOML and the Climate Observation Division of NOAA/CPO.

- S. Dong, S. Garzoli, and D. Volkov were supported by NOAA/AOML, NOAA/CPO, and the Cooperative Institute for Marine and Atmospheric Studies, University of Miami.
- S. Billheimer and L. D. Tally acknowledge funding from US CLIVAR CLIMODE, NSF OCE-0960928.
- M. Ishii's work was supported by ERTDF [2-1506] of the Ministry of Environment, Japan.
- G. C. Johnson and J. M. Lyman were supported by NOAA/PMEL and the Climate Observations Division of the NOAA/CPO.
- R. Killick was supported by the joint U.K. DECC/Defra Met Office Hadley Centre Climate Programme (GA01101).
- S. W. Wijffels and D. Monselesan were supported by the Australian Climate Change Science Program.
- C. M. Domingues was supported by an Australian Research Council Future Fellowship (FT130101532).
- Computational resources and support from the NASA Advanced Supercomputing Division are gratefully acknowledged.

Chapter 4
- We thank Brenden Moses (NOAA/National Hurricane Center, Miami, Florida) for his timely inputs to sidebar 4.2.
- We thank Bill Ward (NOAA/NWS/Pacific Region Headquarters) who was involved with the internal review of the chapter.
- We thank Mark Lander (University of Guam) and Charles "Chip" Guard (NWS/Guam Weather Forecast Office) for providing valuable inputs related to section 4e4.

Chapter 5
- For support in coediting the chapter, Jackie Richter-Menge and Jeremy Mathis thank the NOAA/Arctic Research Office.
- We thank the authors for their contributions and the reviewers for their thoughtful and constructive comments.
- Jim Overland's contribution to section 5b was supported by the NOAA/Arctic Research Project of the Climate Program Office and by the Office of Naval Research, Code 322.

- Kit M. Kovacs and Christian Lydersen acknowledge the support of the Norwegian Polar Institute, while Patrick Lemons acknowledges the U.S. Fish and Wildlife Service, for the research programs that supported the creation of sidebar 5.1.
- For section 5f, B.Wouters was supported by the Netherlands Polar Program and the Marie Curie International Outgoing Fellowship within the 7th European Community Framework Programme (FP7-PEOPLE-2011-IOF-301260), and M. Sharp is supported by a Discovery Grant from NSERC Canada.
- Max Holmes and the coauthors of section 5h thank the USGS (Yukon), Water Survey of Canada (Mackenzie), and Roshydromet (Severnaya Dvina, Pechora, Ob', Yenisey, Lena, and Kolyma) for the discharge data.
- Vladimir Romanovsky and coauthors of section 5i acknowledge the support of the state of Alaska, the National Science Foundation (Grants PLR-0856864 and PLR-1304271 to the University of Alaska, Fairbanks, as well as PLR-1002119 and PLR-1304555 to the George Washington University), and the Geological Survey of Canada and Natural Resources Canada.
- Support for section 5i was also provided by the Russian Science Foundation (Projects RNF 16-17-00102, 13-05-41509 RGO, 13-05-00811, 13-08-91001, 14-05-00956, 14-17-00037, and 15-55-71004) and by the government of the Russian Federation.
- Germar Bernhard and coauthors of section 5j acknowledge the support of the U.S. National Science Foundation (Grant ARC-1203250), a Research Council of Norway Centres of Excellence award (Project 223268/F50) to the Norwegian Radiation Protection Authority, and the Academy of Finland for UV measurements by the FARPOCC and SAARA projects in Finland.

Chapter 6
- Special thanks to Dr. Marilyn Raphael and Dr. Florence Fetterer for their internal reviews of the chapter.
- The work of Rob Massom, Phil Reid, and Jan Lieser was supported by the Australian Government's Cooperative Research Centre program through the Antarctic Climate and Ecosystems CRC, and contributes to AAS Project 4116.
- Ted Scambos was supported under NASA Grant NNX10AR76G and NSF ANT 0944763, the Antarctic Glaciological Data Center.
- Sharon Stammerjohn was supported under NSF PLR 0823101.

Chapter 7
- We thank Peter Bissolli (Deutsche Wetterdienst) and David Parker (Met Office) for their excellent help with section 7f.
- Samson Hagos and Zhe Feng are supported by the U.S. Department of Energy Office of Science Biological and Environmental Research as part of the Regional and Global Climate Modeling Program; their institution, Pacific Northwest National Laboratory, is operated by Battelle for the U.S. Department of Energy under Contract DE-AC05-76RLO1830.

## ACRONYMS AND ABBREVIATIONS

| | | | |
|---|---|---|---|
| AAO | Antarctic Oscillation | GCOS | Global Climate Observing System |
| ACE | NOAA's Accumulated Cyclone Energy Index | GHCN | Global Historical Climatology Network |
| AGGI | NOAA's Annual Greenhouse Gas Index | GHG | greenhouse gas |
| | | GISS | NASA's Goddard Institute of Space Studies |
| ALT | active layer thickness | | |
| AMO | Atlantic multidecadal oscillation | GOME | Global Ozone Monitoring Experiment |
| AMSR-E | Advanced Microwave Scanning Radiometer for Earth Observing System | GPCC | Global Precipitation Climatology Centre |
| AMSU | Advanced Microwave Sounding Unit | GPCP | Global Precipitation Climatology Project |
| AO | Arctic Oscillation | GRACE | Gravity Recovery and Climate Experiment |
| AOD | aerosol optical depth | | |
| ATSR | Along-Track Scanning Radiometers | GTN-P | Global Terrestrial Network on Permafrost |
| AVHRR | Advanced Very High Resolution Radiometer | HadAT | Met Office Hadley Centre's radiosonde temperature product |
| AVISO | Archiving, Validating, and Interpretation of Satellite Oceanographic data | HadCRUT | Met Office Hadley Centre/CRU gridded monthly temperatures dataset |
| CAMS | Climate Anomaly Monitoring System | HadISST | Met Office Hadley Centre's sea ice and SST dataset |
| CDR | climate data record | HIRS-W | High Resolution Infrared Sounder |
| CERES | Clouds and the Earth's Radiant Energy System | IBTrACS | International Best Track Archive for Climate Stewardship |
| CPC | NOAA's Climate Prediction Center | ICD | ice cover duration |
| CPHC | NOAA's Central Pacific Hurricane Center | IOD | Indian Ocean dipole |
| CRU | University of East Anglia's Climate Research Unit | ISCCP | International Satellite Cloud Climatology Project |
| DU | Dobson Unit | JMA | Japanese Meteorological Agency |
| E–P | evaporation minus precipitation | JPL | Jet Propulsion Laboratory |
| ECMWF | European Centre for Medium-Range Weather Forecasts | JRA | Japanese Reanalysis |
| | | JTWC | U.S. Navy's Joint Typhoon Warning Center |
| ECV | essential climate variable | | |
| EECl | effective equivalent chlorine | LHF | latent heat flux |
| EESC | effective equivalent stratospheric chlorine | LLGHG | long-lived greenhouse gas |
| | | MDR | Main Development Region |
| EOS | Earth Observatory System | MEI | multivariate ENSO index |
| ERB | Earth radiation budget | MERIS | Medium Resolution Imaging Spectrometer |
| ERBE | Earth Radiation Budget Experiment | MISR | Multiangle Imaging SpectroRadiometer |
| ERSST | Extended Reconstructed Sea Surface Temperature | MLS | Microwave Limb Sounder |
| ESA | European Space Agency | MOC | meridional overturning current |
| ESRL | Earth System Research Laboratory | MOCHA | Meridional Overturning Circulation Heat Transport Array |
| FAPAR | Fraction of Absorbed Photosynthetically Active Radiation | MODIS | Moderate Resolution Imaging Spectroradiometer |
| FLASHflux | Fast Longwave and Shortwave Radiative Fluxes | MSLP | mean sea level pressure |
| | | MSU | Microwave Sounding Unit |

| | |
|---|---|
| NAO | North Atlantic Oscillation |
| NASA | National Aeronautics and Space Administration |
| NCAR | National Center for Atmospheric Research |
| NCDC | NOAA's National Climatic Data Center |
| NCEP | NOAA's National Center for Environmental Prediction |
| NERC | National Environmental Research Council |
| NOAA | National Oceanic and Atmospheric Administration |
| NSIDC | National Snow and Ice Data Center |
| OAFlux | Objectively Analyzed Air-Sea Fluxes |
| ODGI | Ozone-depleting Gas Index |
| ODS | ozone-depleting substance |
| OHCA | ocean heat content anomaly |
| OISST | Optimal Interpolation SST |
| OLR | outgoing longwave radiation |
| OMI | Ozone Monitoring Instrument |
| ONI | NOAA's Oceanic Niño index |
| OPI | OLR precipitation index |
| P–E | precipitation minus evaporation |
| PATMOS (-x) | Pathfinder Atmospheres (Extended Product) |
| PDO | Pacific decadal oscillation |
| PSC | polar stratospheric clouds |
| PSS | practical salinity scale |
| QBO | Quasi-biennial oscillation |
| QuikSCAT | Quick Scatterometer |
| RAOBCORE | Radiosonde Observation Correction |
| RATPAC | Radiosonde Atmospheric Temperature Products for Assessing Climate |

| | |
|---|---|
| RICH | Radiosonde Innovation Composite Homogenization |
| RSS | Remote Sensing Systems |
| SAM | Southern annular mode |
| SCD | snow covered duration |
| SCE | snow cover extent |
| SCIAMACHY | Scanning Imaging Absorption Spectrometer for Atmospheric Chartography |
| SeaWiFS | Sea-viewing Wide Field of View |
| SHF | Sensible heat flux |
| SLP | Sea level pressure |
| SOI | Southern Oscillation index |
| SPCZ | South Pacific convergence zone |
| SSM/I | Special Sensor Microwave Imager |
| SSH | Sea surface height |
| SSS | Sea surface salinity |
| SSTA | Sea surface temperature anomaly |
| SWE | Snow water equivalent |
| TCHP | Tropical cyclone heat potential |
| TCWV | Total column water vapor |
| TOA | Top of atmosphere |
| TOMS | Total Ozone Mapping Spectrometer |
| TRMM | Tropical Rainfall Measuring Mission |
| WBM | Water Balance Model |
| w.e. | water equivalent |
| WGMS | World Glacier Monitoring Service |
| WMO | World Meteorological Organization |
| WOA | World Ocean Atlas |
| WOCE | World Ocean Circulation Experiment |

# REFERENCES

Aagaard, K., and E. C. Carmack, 1989: The role of sea ice and other fresh water in the Arctic circulation. *J. Geophys. Res.*, **94**, 14 485–14 498, doi:10.1029/JC094iC10p14485.

Ackerman, S. A., R. E. Holz, R. Frey, E. W. Eloranta, B. C. Maddux, and M. McGill, 2008: Cloud Detection with MODIS. Part II: Validation. *J. Atmos. Oceanic Technol.*, **25**, 1073–1086, doi:10.1175/2007JTECHA1053.1.

Adler, R. F., and Coauthors, 2003: The version 2 Global Precipitation Climatology Project (GPCP) monthly precipitation analysis (1979–present). *J. Hydrometeor.*, **4**, 1147–1167, doi:10.1175/1525-7541(2003)004<1147:TVGPCP>2.0.CO;2.

Ahlstrøm, A. P., and Coauthors, 2008: A new programme for monitoring the mass loss of the Greenland ice sheet. *Geol. Surv. Denmark Greenl. Bull.*, **15**, 61–64.

Aiyyer, A., and J. Molinari, 2008: MJO and tropical cyclogenesis in the Gulf of Mexico and eastern Pacific: Case study and idealized numerical modeling. *J. Atmos. Sci.*, **65**, 2691–2704, doi:10.1175/2007JAS2348.1.

Albergel, C., and Coauthors, 2013: Skill and global trend analysis of soil moisture from reanalyses and microwave remote sensing. *J. Hydrometeor.*, **14**, 1259–1277, doi:10.1175/JHM-D-12-0161.1.

Allan, R. J., and R. D. D'Arrigo, 1999: 'Persistent' ENSO sequences: How unusual was the 1990–1995 El Niño? *Holocene*, **9**, 101–118, doi:10.1191/095968399669125102.

——, and T. Ansell, 2006: A new globally complete monthly historical gridded mean sea level pressure dataset (HadSLP2): 1850–2004. *J. Climate*, **19**, 5816–5842, doi:10.1175/JCLI3937.1.

——, G. Beard, A. Close, A. L. Herczeg, P. D. Jones and H. J. Simpson, 1996: Mean sea level pressure indices of the El Niño–Southern Oscillation: Relevance to stream discharge in southeastern Australia. CSIRO Division of Water Resources Rep. 96/1, 23 pp.

——, C. J. C. Reason, J. A. Lindesay, and T. J. Ansell, 2003: 'Protracted' ENSO episodes and their impacts in the Indian Ocean region. *Deep-Sea Res. II*, **50**, 2331–2347, doi:10.1016/S0967-0645(03)00059-6.

Allen, R. J., J. R. Norris, and M. Kovilakam, 2014: Influence of anthropogenic aerosols and the Pacific decadal oscillation on tropical belt width. *Nat. Geosci.*, **7**, 270–274, doi:10.1038/ngeo2091.

Amador, J. A., 1998: A climatic feature of the tropical Americas: The trade wind easterly jet. *Top. Meteor. Oceanogr.* **5**, 91–102.

——, E. J. Alfaro, O. G. Lizano, and V. O. Magaña, 2006: Atmospheric forcing of the eastern tropical Pacific: A review. *Progr. Oceanogr.*, **69**, 101–142, doi:10.1016/j.pocean.2006.03.007.

——, E. J. Alfaro, H. G. Hidalgo, and B. Calderón, 2011: Central America [in "State of the Climate 2010"]. *Bull. Amer. Meteor. Soc.*, **92** (6), S182–S183.

AMAP, 2015: Adaptation Actions for a Changing Arctic—Status report. Arctic Monitoring and Assessment Programme. [Available online at https://oaarchive.arctic-council.org/handle/11374/1439.]

Andela, N., and G. R. van der Werf, 2014: Recent trends in African fires driven by cropland expansion and El Niño to La Niña transition. *Nat. Climate Change*, **4**, 791–795, doi:10.1038/nclimate2313.

Anderson, M. C., J. M. Norman, G. R. Diak, W. P. Kustas, and J. R. Mecikalski, 1997: A two-source time-integrated model for estimating surface fluxes using thermal infrared remote sensing. *Remote Sens. Environ.*, **60**, 195–216, doi:10.1016/S0034-4257(96)00215-5.

——, and Coauthors, 2011: Mapping daily evapotranspiration at field to continental scales using geostationary and polar orbiting satellite imagery, *Hydrol. Earth Syst. Sci.*, **15**, 223–239, doi:10.5194/hess-15-223-2011.

Antonov, J. I., and Coauthors, 2010: *Salinity.* Vol. 2, *World Ocean Atlas 2009*, NOAA Atlas NESDIS 69, 184 pp. [Available online at http://www.nodc.noaa.gov/OC5/WOA09/pr_woa09.html.]

Aoki, S., 2002: Coherent sea level response to the Antarctic Oscillation. *Geophys. Res. Lett.*, **29**, 1950, doi:10.1029/2002GL015733.

Arguez, A., and S. Applequist, 2015: Understanding the statistical uncertainty of 2014's designation as the warmest year on record [in "State of the Climate in 2014"] *Bull. Amer. Meteor. Soc.*, **96** (7), S11–S12.

——, T. R. Karl, M. F. Squires, and R. S. Vose, 2013: Uncertainty in annual rankings from NOAA's global temperature time series. *Geophys. Res. Lett.*, **40**, 5965–5969, doi:10.1002/2013GL057999.

Arkin, P. A., 1982: The relationship between interannual variability in the 200 mb tropical wind field and the Southern Oscillation. *Mon. Wea. Rev.*, **110**, 1393–1404.

Armstrong, R. L., K. W. Knowles, M. J. Brodzik, and M. A. Hardman, 1994 (updated annually): DMSP SSM/I-SSMIS pathfinder daily EASE-grid brightness temperatures, version 2. Southern Hemisphere data, National Snow and Ice Data Center, accessed 2016. [Available online at http://nsidc.org/data/docs/daac/nsidc0032_ssmi_ease_tbs.gd.html.]

Aschmann, J., J. P. Burrows, C. Gebhardt, A. Rozanov, R. Hommel, M. Weber, and A. M. Thompson, 2014: On the hiatus in the acceleration of tropical upwelling since the beginning of the 21st century. *Atmos. Chem. Phys.*, **14**, 12 803–12 814, doi:10.5194/acp-14-12803-2014.

Ashok, K., S. K. Behera, S. A. Rao, H. Weng, and T. Yamagata, 2007: El Niño Modoki and its possible teleconnection. *J. Geophys. Res.*, **112**, C11007, doi:10.1029/2006JC003798.

Azorin-Molina, C., and Coauthors, 2014: Homogenization and assessment of observed near-surface wind speed trends over Spain and Portugal, 1961–2011. *J. Climate*, **27**, 3692–3712, doi:10.1175/JCLI-D-13-00652.1.

——, J. A. Guijarro-Pastor, T. R. McVicar, S. M. Vicente-Serrano, S. Jerez, and F. Espírito-Santo, 2016: Trends of daily peak wind gusts in Spain and Portugal, 1961–2014. *J. Geophys. Res.*, **121**, 1059–1078, doi:10.1002/2015JD024485.

Bakker, D. C. E., and Coauthors, 2014: An update to the Surface Ocean CO$_2$ Atlas (SOCAT version 2). *Earth Syst. Sci. Data*, **6**, 69–90, doi:10.5194/essd-6-69-2014.

Balks, M., K. Seybold and M. Gugliemin, 2016: Thermal snapshot of McMurdo Dry Valley, continental Antarctica. *Proc. 11th Int. Conf. on Permafrost (ICOP)*, Potsdam, Germany, Alfred Wegener Institute, in press.

Banzon, V. F., and R. W. Reynolds, 2013: Use of WindSat to extend a microwave-based daily optimum interpolation sea surface temperature time series. *J. Climate*, **26**, 2557–2562, doi:10.1175/JCLI-D-12-00628.1.

Baringer, M. O., and Coauthors, 2013: Meridional overturning circulation and heat transport observations in the Atlantic [in "State of the Climate in 2012"]. *Bull. Amer. Meteor. Soc.*, **94** (8), S65–S68.

——, W. E. Johns, W. R. Hobbs, S. Garzoli, S. Dong, and J. Willis, 2015a: Meridional oceanic heat transport in the Atlantic Ocean [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S81–S82.

——, and Coauthors, 2015b: Meridional overturning circulation observations in the North Atlantic Ocean [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S78–S80.

Barnston, A., 2015: Why are there so many ENSO indexes, instead of just one? [Available online at https://www.climate.gov/news-features/blogs/enso/why-are-there-so-many-enso-indexes-instead-just-one.]

Barrett, J. E., R. A. Virginia, D. H. Wall, P. T. Doran, A. G. Fountain, K. A. Welch, and W. B. Lyons, 2008: Persistent effects of a discrete warming event on a polar desert ecosystem. *Global Change Biol.*, **14**, 2249–2261, doi:10.1111/j.1365-2486.2008.01641.x.

Bastos, A., S. W. Running, C. Gouveia, and R. M. Trigo, 2013: The global NPP dependence on ENSO: La Niña and the extraordinary year of 2011. *J. Geophys. Res. Biogeosci.*, **118**, 1247–1255, doi:10.1002/jgrg.20100.

Bauer-Marschallinger, B., W. A. Dorigo, W. Wagner, and A. I. J. M. van Dijk, 2013: How oceanic oscillation drives soil moisture variations over mainland Australia: An analysis of 32 years of satellite observations. *J. Climate*, **26**, 10 159–10 173, doi:10.1175/JCLI-D-13-00149.1.

Baxter, S., S. Weaver, J. Gottschalck, and Y. Xue, 2014: Pentad evolution of wintertime impacts of the Madden–Julian Oscillation over the contiguous United States. *J. Climate*, **27**, 7356–7367, doi:10.1175/JCLI-D-14-00105.1.

Beal, L. M., V. Hormann, R. Lumpkin, and G. R. Foltz, 2013: The response of the surface circulation of the Arabian Sea to monsoonal forcing. *J. Phys. Oceanogr.*, **43**, 2008–2022, doi:10.1175/JPO-D-13-033.1.

Becker, A., P. Finger, A. Meyer-Christoffer, B. Rudolf, K. Schamm, U. Schneider, and M. Ziese, 2013: A description of the global land-surface precipitation data products of the Global Precipitation Climatology Centre with sample applications including centennial (trend) analysis from 1901–present. *Earth Syst. Sci. Data*, **5**, 71–99, doi:10.5194/essd-5-71-2013.

Behrenfeld, M. J., and Coauthors, 2006: Climate-driven trends in contemporary ocean productivity. *Nature*, **444**, 752–755, doi:10.1038/nature05317.

——, and Coauthors, 2016: Revaluating ocean warming impacts on global phytoplankton. *Nat. Climate Change*, **6**, 323–330, doi:10.1038/nclimate2838.

Behringer, D. W., M. Ji, and A. Leetmaa, 1998: An improved coupled model for ENSO prediction and implications for ocean initialization. Part I: The ocean data assimilation system. *Mon. Wea. Rev.*, **126**, 1013–1021, doi:10.1175/1520-0493(1998)126<1013:AICMFE>2.0.CO;2.

Bell, G. D., and M. S. Halpert, 1998: Climate assessment for 1997. *Bull. Amer. Meteor. Soc.*, **79**, S1–S51, doi:10.1175/1520-0477(1998)079<1014:CAF>2.0.CO;2.

——, and M. Chelliah, 2006: Leading tropical modes associated with interannual and multi-decadal fluctuations in North Atlantic hurricane activity. *J. Climate*, **19**, 590–612, doi:10.1175/JCLI3659.1.

——, and Coauthors, 2000: The 1999 North Atlantic and eastern North Pacific hurricane season [in "Climate Assessment for 1999"]. *Bull. Amer. Meteor. Soc.*, **81** (6), S19–S22, doi:10.1175/1520-0477(2000)081<1328:CAF>2.3.CO;2.

——, and Coauthors, 2011: Tropical cyclones; Atlantic basin [in "State of the Climate in 2010"]. *Bull. Amer. Meteor. Soc.*, **92** (7), S115–S121.

——, and Coauthors, 2012: Tropical cyclones; Atlantic basin [in "State of the Climate in 2011"]. *Bull. Amer. Meteor. Soc.*, **93** (7), S99–S105.

——, and Coauthors, 2014: Tropical cyclones; Atlantic basin [in "State of the Climate in 2013"]. *Bull. Amer. Meteor. Soc.*, **95** (7), S86–S90.

——, and Coauthors, 2015: The 2014 North Atlantic hurricane season: A climate perspective [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S101–S107.

Benedetti, A., and Coauthors, 2009: Aerosol analysis and forecast in the European Centre for Medium-Range Weather Forecasts Integrated Forecast System: 2. Data assimilation. *J. Geophys. Res.*, **114**, D13205, doi:10.1029/2008JD011115.

Beniston, M., 2004: The 2003 heat wave in Europe: A shape of things to come? An analysis based on Swiss climatological data and model simulations. *Geophys. Res. Lett.*, **31**, L02202, doi:10.1029/2003GL018857.

Berg, R., 2016: Hurricane Joaquin (AL112015). National Hurricane Center tropical cyclone report. [Available online at http://www.nhc.noaa.gov/data/tcr/AL112015_Joaquin.pdf.]

Bernhard, G., and Coauthors, 2015: Comparison of OMI UV observations with ground-based measurements at high northern latitudes. *Atmos. Chem. Phys.*, **15**, 7391–7412, doi:10.5194/acp-15-7391-2015.

Berrisford, P., I. Tobin, R. J. H. Dunn, R. Vautard, and T. R. McVicar, 2015: Land surface winds [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S33–S34.

Berry, D. I., and E. C. Kent, 2009: A new air–sea interaction gridded dataset from ICOADS with uncertainty estimates. *Bull. Amer. Meteor. Soc.*, **90**, 645–656, doi:10.1175/2008BAMS2639.1.

——, and ——, 2011: Air–sea fluxes from ICOADS: The construction of a new gridded dataset with uncertainty estimates. *Int. J. Climatol.*, **31**, 987–1001, doi:10.1002/joc.2059.

Bestelmeyer, B. T., and Coauthors, 2011: Analysis of abrupt transitions in ecological systems. *Ecosphere*, **2**, 1–26, doi:10.1890/ES11-00216.1.

Bhartia, P. K., and C. W. Wellemeyer, 2002: TOMS-V8 total $O_3$ algorithm. OMI Algorithm Theoretical Basis Document, Vol II, NASA Goddard Space Flight Center, 15–31.

Bichet, A., M. Wild, D. Folini, and C. Schär, 2012: Causes for decadal variations of wind speed over land: Sensitivity studies with a global climate model. *Geophys. Res. Lett.*, **39**, L11701, doi:10.1029/2012GL051685.

Billheimer, S., and L. D. Talley, 2013: Near cessation of Eighteen Degree Water renewal in the western North Atlantic in the warm winter of 2011–2012. *J. Geophys. Res. Oceans*, **118**, 6838–6853, doi:10.1002/2013JC009024.

Biskaborn, B. K., J.-P. Lanckman, H. Lantuit, K. Elger, D. A. Streletskiy, W. L. Cable, and V. E. Romanovsky, 2015: The new database of the Global Terrestrial Network for Permafrost (GTN-P). *Earth Syst. Sci. Data*, **7**, 245–259, doi:10.5194/essd-7-245-2015.

Bjerknes, J., 1969: Atmospheric teleconnections from the equatorial Pacific. *Mon. Wea. Rev.*, **97**, 163–172, doi:10.1175/1520-0493(1969)097<0163:ATFTEP>2.3.CO;2.

Blake, E., and Coauthors, 2009: *Tropical Cyclones of the Eastern North Pacific Basin, 1949–2006*. Historical Climatology Series 6-5, NOAA/National Climatic Data Center, 162 pp.

Bliss, A., R. Hock and V. Radić, 2014: Global response of glacier runoff to twenty-first century climate change. *J. Geophys. Res. Earth Surf.*, **119**, 717–730, doi:10.1002/2013JF002931.

Boden, T. A., G. Marland, and R. J. Andres, 2015: Global, regional, and national fossil-fuel $CO_2$ emissions. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, doi:10.3334/CDIAC/00001_V2015.

Bodhaine, B. A., B. G. Mendonca, J. M. Harris, and J. M. Miller, 1981: Seasonal variations in aerosols and atmospheric transmission at Mauna Loa Observatory. *J. Geophys. Res.,* **86** (C6), 7395–7398, doi:10.1029/JC086iC08p07395.

Boeckli, L., A. Brenning, S. Gruber, and J. Noetzli, 2012: Permafrost distribution in the European Alps: Calculation and evaluation of an index map and summary statistics. *Cryosphere*, **6**, 807–820, doi:10.5194/tc-6-807-2012.

Boening, C., J. K. Willis, F. W. Landerer, R. S. Nerem, and J. Fasullo, 2012: The 2011 La Niña: So strong, the oceans fell. *Geophys. Res. Lett.*, **39**, L19602, doi:10.1029/2012GL053055.

Boitsov, V. D., A. L. Karsakov, and A. G. Trofimov, 2012: Atlantic water temperature and climate in the Barents Sea, 2000–2009. *ICES J. Mar. Sci.*, **69**, 833–840, doi:10.1093/icesjms/fss075.

Bojinski, S., M. Verstraete, T. C. Peterson, C. Richter, A. Simmons, and M. Zemp, 2014: The concept of essential climate variables in support of climate research, applications, and policy. *Bull. Amer. Meteor. Soc.*, **95**, 1431–1443, doi:10.1175/BAMS-D-13-00047.1.

BoM, 2016: Annual climate report 2015. Bureau of Meteorology Australia. [Available online at http://www.bom.gov.au/climate/current/annual/aus/2015/.]

Bond, N. A., M. F. Cronin, H. Freeland, and N. Mantua, 2015: Causes and impacts of the 2014 warm anomaly in the NE Pacific. *Geophys. Res. Lett.*, **42**, 3414–3420, doi:10.1002/2015GL063306.

Bonjean, F., and G. Lagerloef, 2002: Diagnostic model and analysis of the surface currents in the tropical Pacific Ocean. *J. Phys. Oceanogr.*, **32**, 2938–2954, doi:10.1175/1520-0485(2002)032<2938:DMAAOT >2.0.CO;2.

Bosilovich, M. G., and Coauthors, 2015: MERRA-2: Initial evaluation of the climate. NASA/TM-2015-104606, Vol. 43, 136 pp. [Available online at http://gmao.gsfc.nasa.gov/reanalysis/MERRA-2/docs/.]

Boucher, O., and Coauthors, 2013: Clouds and aerosols. *Climate Change 2013: The Physical Science Basis*, T. F. Stocker et al. Eds., Cambridge University Press, 573–657.

Bourassa, A. E., D. A. Degenstein, W. J. Randel, J. M. Zawodny, E. Kyrölä, C. A. McLinden, C. E. Sioris, and C. Z. Roth, 2014: Trends in stratospheric ozone derived from merged SAGE II and Odin-OSIRIS satellite observations. *Atmos. Chem. Phys.*, **14**, 6983–6994, doi:10.5194/acp-14-6983-2014.

Box, J. E., and K. Hansen, 2015: Survey of Greenland glacier area changes. *PROMICE Newsletter*, Vol. 8, Geological Survey of Denmark and Greenland, Copenhagen, Denmark, 1–2. [Available online at http://promice.org/Newsletter_08.pdf.]

——, X. Fettweis, J. C. Stroeve, M. Tedesco, D. K. Hall, and K. Steffen, 2012: Greenland ice sheet albedo feedback: Thermodynamics and atmospheric drivers. *Cryosphere*, **6**, 821–839, doi:10.5194/tc-6-821-2012.

Boyd, P. W., and M. J. Ellwood, 2010: The biogeochemical cycle of iron in the ocean. *Nat. Geosci.*, **3**, 675–682, doi:10.1038/ngeo964.

Boyer, T. P., S. Levitus, J. I. Antonov, J. R. Reagan, C. Schmid, and R. Locarnini, 2012: Subsurface salinity [in "State of the Climate in 2011"]. *Bull. Amer. Meteor. Soc.*, **93** (7), S72–S75.

——, and Coauthors, 2013: *World Ocean Database 2013.* S. Levitus, Ed., NOAA Atlas NESDIS 72, 209 pp.

Brasnett, B., 1999: A global analysis of snow depth for numerical weather prediction. *J. Appl. Meteor.*, **38**, 726–740, doi:10.1175/1520-0450(1999)038<0726:AG AOSD>2.0.CO;2.

Bromwich, D. H., and S.-H. Wang, 2014: Net precipitation (*P − E*) [in "State of the Climate in 2013"]. *Bull. Amer. Meteor. Soc.*, **95** (7), S147–S149, doi:10.1175/20 14BAMSStateoftheClimate.1.

——, and S.-H. Wang, 2015: Net precipitation (*P − E*) [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S153–S159, doi:10.117 5/2015BAMSStateoftheClimate.1.

——, A. J. Monaghan, and Z. Guo, 2004: Modeling the ENSO modulation of Antarctic climate in the late 1990s with Polar MM5. *J. Climate*, **17**, 109–132, doi:10.1175/1520-0442(2004)017<0109:MTEMOA> 2.0.CO;2.

——, R. L. Fogt, K. E. Hodges, and J. E. Walsh, 2007: A tropospheric assessment of the ERA-40, NCEP, and JRA-25 global reanalyses in the polar regions. *J. Geophys. Res.*, **112**, D10111, doi:10.1029/2006JD007859.

——, J. P. Nicolas, and A. J. Monaghan, 2011: An assessment of precipitation changes over Antarctica and the Southern Ocean since 1989 in contemporary global reanalyses. *J. Climate*, **24**, 4189–4209, doi:10.1175/2011JCLI4074.1.

Brown, J., Hinkel K. and Nelson F., 2000: The Circumpolar Active Layer Monitoring (CALM) program: Research designs and initial results. *Polar Geogr.*, **24**, 166–258, doi:10.1080/10889370009377698.

Butchart, N., and E. E. Remsberg, 1986: The area of the stratospheric polar vortex as a diagnostic for tracer transport on an isentropic surface. *J. Atmos. Sci.*, **43**, 1319–1339, doi:10.1175/1520-0469(1986)043<1319:TA OTSP>2.0.CO;2.

Callaghan, T., and Coauthors, 2011: The changing face of Arctic snow cover: A synthesis of observed and projected changes. *Ambio*, **40**, 17–31, doi:10.1007/ s13280-011-0212-y.

Camargo, S. J., and A. H. Sobel, 2005: Western North Pacific tropical cyclone intensity and ENSO. *J. Climate*, **18**, 2996–3006, doi:10.1175/JCLI3457.1.

——, K. A. Emanuel, and A. H. Sobel, 2007: Use of a genesis potential index to diagnose ENSO effects on tropical cyclone genesis. *J. Climate*, **20**, 4819–4834, doi:10.1175/JCLI4282.1.

——, M. C. Wheeler, and A. H. Sobel, 2009: Diagnosis of the MJO modulation of tropical cyclogenesis using an empirical index. *J. Atmos. Sci.*, **66**, 3061–3074, doi:10.1175/2009JAS3101.1.

Cappelen, J., Ed., 2015. Greenland—DMI Historical Climate Data Collection 1784–2014. Danish Meteorological Institute Tech. Rep. 15-04, 97 pp. [Available online at www.dmi.dk/fileadmin/user_upload/Rapporter/TR/2015/tr15-04.pdf.]

Carpenter, L. J., and Coauthors, 2014: Ozone-depleting substances (ODSs) and other gases of interest to the Montreal Protocol. *Scientific Assessment of Ozone Depletion: 2014,* Global Ozone Research and Monitoring Project Rep. 55, World Meteorological Organization, 1.1–1.101.

Carrer, D., X. Ceamanos, B. Six, and J.-L. Roujean, 2014: AERUS-GEO: A newly available satellite-derived aerosol optical depth product over Europe and Africa. *Geophys. Res. Lett.*, **41**, 7731–7738, doi:10.1002/2014GL061707.

Carton, J. A., G. A. Chepurin, J. Reagan, and S. Häkkinen, 2011: Interannual to decadal variability of Atlantic Water in the Nordic and adjacent seas. *J. Geophys. Res.*, **116**, C11035, doi:10.1029/2011JC007102.

——, A. Cunningham, E. Frajka-Williams, Y.-O. Kwon, D. Marshall, and R. Msadek, 2014: The Atlantic overturning circulation: More evidence of variability and links to climate. *Bull. Amer. Meteor. Soc.*, **95**, ES163–ES166, doi:10.1175/BAMS-D-13-00234.1.

Carturan, L., F. Cazorzi, F. De Blasi, and G. Dalla Fontana, 2015: Air temperature variability over three glaciers in the Ortles–Cevedale (Italian Alps) effects of glacier fragmentation, comparison of calculation methods, and impacts on mass balance modeling. *Cryosphere*, **9**, 1129–1146, doi:10.5194/tc-9-1129-2015.

Cassou, C., 2008: Intraseasonal interaction between the Madden Julian Oscillation and the North Atlantic Oscillation. *Nature*, **455**, 523–527, doi:10.1038/nature07286.

Cavalieri, D. J., C. L. Parkinson, P. Gloersen, and H. J. Zwally, 1996 (updated yearly): Sea ice concentrations from Nimbus-7 SMMR and DMSP SSM/I-SSMIS passive microwave data, version 1 [1981–2011]. National Snow and Ice Data Center Distributed Active Archive Center, accessed 2016, doi:10.5067/8GQ8LZQVL0VL.

Cavicchia, L., H. von Storch, and S. Gualdi, 2014: S. Mediterranean tropical-like cyclones in present and future climate. *J. Climate*, **27**, 7493–7501, doi:10.1175/JCLI-D-14-00339.1.

Chandra, S., J. R. Ziemke, W. Min, and W. G. Read, 1998: Effects of 1997–1998 El Niño on tropospheric ozone and water vapor. *Geophys. Res. Lett.*, **25**, 3867–3870, doi:10.1029/98GL02695.

——, ——, B. N. Duncan, T. L. Diehl, N. Livesey, and L. Froidevaux, 2009: Effects of the 2006 El Niño on tropospheric ozone and carbon monoxide: Implications for dynamics and biomass burning. *Atmos. Chem. Phys.*, **9**, 4239–4249, doi:10.5194/acp-9-4239-2009.

Chehade, W., M. Weber, and J. P. Burrows, 2014: Total ozone trends and variability during 1979–2012 from merged data sets of various satellites. *Atmos. Chem. Phys.*, **14**, 7059–7074, doi:10.5194/acp-14-7059-2014.

Chelton, D. B., and R. E. Davis, 1982: Monthly mean sea-level variability along the West Coast of North America. *J. Phys. Oceanogr.*, **12**, 757–784, doi:10.1175/1520-0485(1982)012<0757:MMSLVA>2.0.CO;2.

Chen, Y., D. C. Morton, Y. Jin, G. J. Gollatz, P. S. Kasibhatla, G. R. van der Werf, R. S. DeFries, and J. T. Randerson, 2013: Long-term trends and interannual variability of forest, savanna and agricultural fires in South America. *Carbon Manage.*, **4**, 617–638, doi:10.4155/cmt.13.61.

Chepurin, G. A., and J. A. Carton, 2012: Subarctic and Arctic sea surface temperature and its relation to ocean heat content 1982–2010. *J. Geophys. Res.*, **117**, C06019, doi:10.1029/2011JC007770.

Chia, H. H., and C. F. Ropelewski, 2002: The interannual variability in the genesis location of tropical cyclones in the northwest Pacific. *J. Climate*, **15**, 2934–2944, doi:10.1175/1520-0442(2002)015<2934:TIVITG>2.0.CO;2.

Chiou, E. W., and Coauthors, 2014: Comparison of profile total ozone from SBUV (v8.6) with GOME-type and ground-based total ozone for a 16-year period (1996 to 2011). *Atmos. Meas. Tech.*, **7**, 1681–1692, doi:10.5194/amt-7-1681-2014.

Christiansen, H. H., and Coauthors, 2010: The thermal state of permafrost in the Nordic area during the International Polar Year 2007–2009. *Permafr. Periglac. Process.*, **21**, 156–181, doi:10.1002/ppp.687.

Christiansen, J. S., C. W. Mecklenburg, and O. V. Karamushko, 2014: Arctic marine fishes and fisheries in light of global change. *Global Change Biol.*, **20**, 352–359, doi:10.1111/gcb.12395.

Christy, J., 2014: Lower tropospheric temperature [in "State of the Climate in 2013"]. *Bull. Amer. Meteor. Soc.*, **95** (7), S10–S11.

——, 2015: Lower tropospheric temperature [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S9–S10.

——, R. W. Spencer, W. B. Norris, W. D. Braswell, and D. E. Parker, 2003: Error estimates of version 5.0 of MSU-AMSU bulk atmospheric temperatures. *J. Atmos. Oceanic Technol.*, **20**, 613–629, doi:10.1175/1520-0426(2003)20<613:EEOVOM>2.0.CO;2.

Chrysanthou, A., G. Van der Schrier, E. J. M. Van den Besselaar, A. M. G. Klein Tank, and T. Brandsma, 2014: The effects of urbanization on the rise of the European temperature since 1960. *Geophys. Res. Lett.*, **41**, 21, 7716–7722, doi:10.1002/2014GL061154

Chu, J. H., C. R. Sampson, A. S. Levine, and E. Fukada, 2002: The Joint Typhoon Warning Center tropical cyclone best-tracks, 1945–2000. Ref. NRL/MR/7540-02-16, Naval Research Laboratory. [Available online at http://www.usno.navy.mil/NOOC/nmfc-ph/RSS/jtwc/best_tracks/TC_bt_report.html.]

Chung, E.-S., B. J. Soden, and V. O. John, 2013: Intercalibrating microwave satellite observations for monitoring long-term variations in upper- and midtropospheric water vapor. *J. Atmos. Oceanic Technol.*, **30**, 2303–2319, doi:10.1175/JTECH-D-13-00001.1.

——, ——, X. Huang, L. Shi, and V. O. John, 2016: An assessment of the consistency between satellite measurements of upper tropospheric water vapour, revised. *J. Geophys. Res. Atmos.*, **121**, 2874–2887, doi:10.1002/2015JD024496.

Ciais, P., and Coauthors, 2013: Carbon and other biogeochemical cycles. *Climate Change 2013: The Physical Science Basis*, T. F. Stocker, et al. Eds., Cambridge University Press, 465–570.

Coelho, C. A. S., D. H. F. Cardoso, and M. A. F. Firpo, 2016a: Precipitation diagnostics of an exceptionally dry event in São Paulo, Brazil. *Theor. Appl. Climatol.*, doi:10.1007/s00704-015-1540-9, in press.

——, and Coauthors, 2016b: The 2014 southeast Brazil austral summer drought: Regional scale mechanisms and teleconnections. *Climate Dyn.*, **46**, 3737–3752, doi:10.1007/s00382-015-2800-1.

Coldewey-Egbers, M., D. Loyola, P. Braesicke, M. Dameris, M. van Roozendael, C. Lerot, and W. Zimmer, 2014: A new health check of the ozone layer at global and regional scales. *Geophys. Res. Lett.*, **41**, 4363–4372, doi:10.1002/2014GL060212.

——, and Coauthors, 2015: The GOME-type Total Ozone Essential Climate Variable (GTO-ECV) data record from the ESA Climate Change Initiative. *Atmos. Meas. Tech.*, **8**, 3923–3940, doi:10.5194/amt-8-3923-2015.

Cooper, O. R., and J. R. Ziemke, 2013: Tropospheric ozone [in "State of the Climate in 2012"]. *Bull. Amer. Meteor. Soc.*, **94** (8), S38–S39.

——, and ——, 2014: Tropospheric ozone [in "State of the Climate in 2013"]. *Bull. Amer. Meteor. Soc.*, **95** (7), S42.

——, and ——, 2015: Tropospheric ozone [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S48–S49.

——, and Coauthors, 2014: Global distribution and trends of tropospheric ozone: An observation-based review. *Elementa Sci. Anthropocene*, **2**, 000029, doi:10.12952/journal.elementa.000029.

Cross, J. N., and Coauthors, 2014: Annual sea–air $CO_2$ fluxes in the Bering Sea: Insights from new autumn and winter observations of a seasonally ice-covered continental shelf. *J. Geophys. Res. Oceans*, **119**, 6692–6708, doi: 10.1002/2013JC009579.

Curtis, S., and R. Adler, 2000: ENSO indexes based on patterns of satellite-derived precipitation. *J. Climate*, **13**, 2786–2793, doi:10.1175/1520-0442(2000)013<2786:EIBOPO>2.0.CO;2.

Dai, A., 2006: Recent climatology, variability, and trends in global surface humidity. *J. Climate*, **19**, 3589–3606, doi:10.1175/JCLI3816.1.

——, 2013: Increasing drought under global warming in observations and models. *Nat. Climate Change*, **3**, 52–58, doi:10.1038/nclimate1633.

Dalpadado, P., R. B. Ingvaldsen, L. C. Stige, B. Bogstad, T. Knutsen, G. Ottersen, and B. Ellertsen, 2012: Climate effects on Barents Sea ecosystem dynamics. *ICES J. Mar. Sci.*, **69**, 1303–1316, doi:10.1093/icesjms/fss063.

——, and Coauthors, 2014: Productivity in the Barents Sea—Response to recent climate variability. *PLoS One*, **9**, e95273, doi:10.1371/journal.pone.0095273.

Daniel, J. S., S. Solomon, and D. L. Albritton, 1995: On the evaluation of halocarbon radiative forcing and global warming potentials. *J. Geophys. Res.*, **100**, 1271–1285, doi:10.1029/94JD02516.

Davis, S. M., D. F. Hurst, and K. H. Rosenlof, 2015: Stratospheric water vapor [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S46–S48.

De Jeu, R., W. Dorigo, W. Wagner, and Y. Liu, 2011: Soil moisture [in "State of the Climate in 2010"]. *Bull. Amer. Meteor. Soc.*, **92** (6), S52–S53.

——, ——, R. M. Parinussa, W. Wagner, and D. Chung, 2012a: Soil moisture [in "State of the Climate in 2011"]. *Bull. Amer. Meteor. Soc.*, **93** (7), S30–S34.

——, ——, ——, ——, Y. Y. Liu, D. Chung, and D. Fernández-Prieto, 2012b: Building a climate record of soil moisture from historical satellite observations [in "State of the Climate in 2011"]. *Bull. Amer. Meteor. Soc.*, **93** (7), S32–S33.

de Laat, A. T. J., R. J. van der A, and M. van Weele, 2015: Tracing the second stage of ozone recovery in the Antarctic ozone-hole with a "big data" approach to multivariate regressions. *Atmos. Chem. Phys.*, **15**, 79–97, doi:10.5194/acp-15-79-2015.

de Lima, M. I., F. E. Santo, A. M. Ramos, and J. L. M. P. de Lima, 2013: Recent changes in daily precipitation and surface air temperature extremes in mainland Portugal, in the period 1941–2007. *Atmos. Res.*, **127**, 195–209, doi:10.1016/j.atmosres.2012.10.001.

de Pablo, M. A., M. Ramos, and M. Molina, 2014: Thermal characterization of the active layer at the Limnopolar Lake CALM-S site on Byers Peninsula (Livingston Island), Antarctica. *Solid Earth*, **5**, 721–739, doi:10.5194/se-5-721-2014.

de Ronde, C. E. J., and Coauthors, 2002: Discovery of active hydrothermal venting in Lake Taupo, New Zealand. *J. Volcanol. Geotherm.*, **115**, 257–275, doi:10.1016/S0377-0273(01)00332-8.

Dee, D. P., and Coauthors, 2011: The ERA-Interim reanalysis: Configuration and performance of the data assimilation system. *Quart. J. Roy. Meteor. Soc.*, **137**, 553–597, doi:10.1002/qj.828.

Deeter, M. N., and Coauthors, 2013: Validation of MOPITT Version 5 thermal-infrared, near-infrared, and multispectral carbon monoxide profile retrievals for 2000–2011. *J. Geophys. Res.*, **118**, 6710–6725, doi:10.1002/jgrd.50272.

Deser, M., A. Alexander, S. P. Xie, and A. S. Phillips, 2010: Sea surface temperature variability: Patterns and mechanisms. *Annu. Rev. Mar. Sci.*, **2**, 115–143, doi:10.1146/annurev-marine-120408-151453.

DeVries, T., 2014: The oceanic anthropogenic $CO_2$ sink: Storage, air–sea fluxes, and transports over the industrial era. *Global Biogeochem. Cycles*, **28**, 631–647, doi:10.1002/2013GB004739.

Dewitte, S., D. Crommelynck, and A. Joukof, 2004: Total solar irradiance observations from DIARAD/VIRGO. *J. Geophys. Res.*, **109**, A02102, doi:10.1029/2002JA009694.

Di Girolamo, L., A. Menzies, G. Zhao, K. Mueller, C. Moroney, and D. J. Diner, 2010: Multi-angle imaging spectroradiometer level 3 cloud fraction by altitude algorithm theoretical basis document. JPL Publ. D-62358, Jet Propulsion Laboratory, 23 pp.

Diamond, H. J., Ed., 2013: Tropics [in "State of the Climate in 2012"]. *Bull. Amer. Meteor. Soc.*, **94** (8), S79–S110.

——, Ed., 2014: Tropics [in "State of the Climate in 2013"]. *Bull. Amer. Meteor. Soc.*, **95** (8), S81–S114.

——, Ed., 2015: Tropics [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S91–S126.

——, A. M. Lorrey, K. R. Knapp, and D. H. Levinson, 2012: Development of an enhanced tropical cyclone tracks database for the southwest Pacific from 1840 to 2011. *Int. J. Climatol.*, **32**, 2240–2250, doi:10.1002/joc.2412.

Dickson, R., J. Lazier, J. Meincke, P. Rhines, and J. Swift, 1996: Long-term coordinated changes in the convective activity of the North Atlantic. *Prog. Oceanogr.*, **38**, 241–295, doi:10.1016/S0079-6611(97)00002-5.

Dlugokencky, E. J., E. G. Nisbet, R. Fisher, and D. Lowry, 2011: Global atmospheric methane: Budget, changes and dangers. *Philos. Trans. Roy. Soc. London*, **369A**, 2058–2072, doi:10.1098/rsta.2010.0341.

Dohan, K., G. Goni, and R. Lumpkin, 2015: Surface currents [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S64–S66, S68.

Doherty, R. M., D. S. Stevenson, C. E. Johnson, W. J. Collins, and M. G. Sanderson, 2006: Tropospheric ozone and El Niño–Southern Oscillation: Influence of atmospheric dynamics, biomass burning emissions, and future climate change. *J. Geophys. Res.*, **111**, D19304, doi:10.1029/2005JD006849.

Dokulil, M. T., A. Herzig, B. Somogyi, L. Vörös, K. Donabaum, L. May, and T. Nõges, 2014: Winter conditions in European shallow lakes: A comparative synopsis. *Est. J. Ecol.*, **63**, 111–129, doi:10.3176/eco.2014.3.01.

Domingues, C. M., J. A. Church, N. J. White, P. J. Gleckler, S. E. Wijffels, P. M. Barker, and J. R. Dunn, 2008: Improved estimates of upper-ocean warming and multi-decadal sea-level rise. *Nature*, **453**, 1090–1093, doi:10.1038/nature07080.

Domingues, R., and Coauthors, 2015: Upper ocean response to Hurricane Gonzalo (2014): Salinity effects revealed by targeted and sustained underwater glider observations. *Geophys. Res. Lett.*, **42**, 7131–7138, doi:10.1002/2015GL065378.

Donat, M. G., L. V. Alexander, H. Yang, I. Durre, R. Vose, and J. Caesar, 2013: Global land-based datasets for monitoring climatic extremes. *Bull. Amer. Meteor. Soc.*, **94**, 997–1006, doi:10.1175/BAMS-D-12-00109.1.

Doney, S. C., and Coauthors, 2012: Climate change impacts on marine ecosystems. *Annu. Rev. Mar. Sci.*, **4**, 11–37, doi:10.1146/annurev-marine-041911-111611.

Dong, S., S. L. Garzoli, M. O. Baringer, C. S. Meinen, and G. J. Goni, 2009: The Atlantic meridional overturning circulation and its northward heat transport in the South Atlantic. *Geophys. Res. Lett.*, **36**, L20606, doi:10.1029/2009GL039356.

——, G. Goni, and F. Bringas, 2015: Temporal variability of the meridional overturning circulation in the South Atlantic between 20°S and 35°S. *Geophys. Res. Lett.*, **42**, 7655–7662, doi:10.1002/2015GL065603.

Dorigo, W., R. De Jeu, D. Chung, R. Parinussa, Y. Liu, W. Wagner, and D. Fernández-Prieto, 2012: Evaluating global trends (1988–2010) in harmonized multi-satellite surface soil moisture. *Geophys. Res. Lett.*, **39**, L18405, doi:10.1029/2012GL052988.

——, and Coauthors, 2014: Soil moisture [in "State of the Climate in 2013"]. *Bull. Amer. Meteor. Soc.*, **95** (7), S25–S26.

——, C. Reimer, D. Chung, R. M. Parinussa, T. Melzer, W. Wagner, R. A. M. de Jeu, and R. Kidd, 2015a: Soil moisture [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S28–S29.

——, and Coauthors, 2015b: Evaluation of the ESA CCI soil moisture product using ground-based observations. *Remote Sens. Environ.*, **162**, 380–395, doi:10.1016/j.rse.2014.07.023.

——, and R. De Jeu, 2016: Satellite soil moisture for advancing our understanding of Earth system processes and climate change. *Int. J. Appl. Earth Obs. Geoinf.*, **48**, 1–4, doi:10.1016/j.jag.2016.02.007.

Douville, H., A. Ribes, B. Decharme, R. Alkama, and J. Sheffield, 2013: Anthropogenic influence on multidecadal changes in reconstructed global evapotranspiration. *Nat. Climate Change,* **3**, 59–62, doi:10.1038/nclimate1632.

Drozdov, D., and Coauthors, 2015: Monitoring of permafrost in Russia and the international GTN-P project. *Proc. 68th Canadian Geotechnical Conf. (GEOQuébec 2015)*, Québec, Canada, GEOQuébec.

Duchesne, C., S. L. Smith, M. Ednie, and P. P. Bonnaventure, 2015: Active layer variability and change in the Mackenzie Valley, Northwest Territories. *Proc. 68th Canadian Geotechnical Conf. and Seventh Canadian Conf. on Permafrost (GEOQuébec 2015)*, Québec, Canada, GEOQuébec, Paper 117.

Duchez, A., and Coauthors, 2014: A new index for the Atlantic meridional overturning circulation at 26°N. *J. Climate*, **27**, 6439–6455, doi:10.1175/JCLI-D-13-00052.1.

Ducklow, H., and Coauthors, 2013: West Antarctic Peninsula: An ice-dependent coastal marine ecosystem in transition. *Oceanography*, **26**, 190–203, doi:10.5670/oceanog.2013.62.

Dunn, R. J. H., K. M. Willett, P. W. Thorne, E. V. Woolley, I. Durre, A. Dai, D. E. Parker, and R. S. Vose, 2012: HadISD: A quality-controlled global synoptic report database for selected variables at long-term stations from 1973–2011. *Climate Past*, **8**, 1649–1679, doi:10.5194/cp-8-1649-2012.

——, M. G. Donat, and T. Peterson, 2015: Temperature extreme indices [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S15–S16.

Durack, P. J., S. E. Wijffels, and P. J. Gleckler, 2014: Long-term sea-level change revisited: The role of salinity. *Environ. Res. Lett.*, **9**, 114017, doi:10.1088/1748-9326/9/11/114017.

Dutton, E. G., 1992: A coherence between the QBO and the amplitude of the Mauna Loa atmospheric transmission annual cycle. *Int. J. Climatol.*, **12**, 383–396, doi:10.1002/joc.3370120406.

——, and B. A. Bodhaine, 2001: Solar irradiance anomalies caused by clear-sky transmission variations above Mauna Loa: 1958–1999. *J. Climate*, **14**, 3255–3262, doi:10.1175/1520-0442(2001)014<3255:SIACBC>2.0.CO;2.

——, J. J. Deluisi and A. P. Austring, 1985: Interpretation of Mauna Loa atmospheric transmission relative to aerosols, using photometric precipitable water amounts. *J. Atmos. Chem.*, **3**, 53–68, doi:10.1007/BF00049368.

Dvortsov, V., and S. Solomon, 2001: Response of the stratospheric temperatures and ozone to past and future increases in stratospheric humidity. *J. Geophys. Res.*, **106**, 7505–7514, doi:10.1029/2000JD900637.

Ebita, A., and Coauthors, 2011: The Japanese 55-year Reanalysis "JRA-55": An interim report. *SOLA*, **7**, 149–152, doi:10.2151/sola.2011-038.

Ednie, M., and S. L. Smith, 2015: Permafrost temperature data 2008–2014 from community based monitoring sites in Nunavut. Geological Survey of Canada Open File 7784, doi:10.4095/296705.

Edson, J., and Coauthors, 2013: On the exchange of momentum over the open ocean. *J. Phys. Oceanogr.*, **43**, 1589–1610, doi:10.1175/JPO-D-12-0173.1.

Ellis, H. T., and R. F. Pueschel, 1971: Solar radiation: Absence of air pollution trends at Mauna Loa. *Science,* **172**, 845–846.

Emanuel, K. A., 1988: The maximum intensity of hurricanes. *J. Atmos. Sci.*, **45**, 1143–1155, doi:10.1175/1520-0469(1988)045<1143:TMIOH>2.0.CO;2.

——, 1995: Sensitivity of tropical cyclones to surface exchange coefficients and a revised steady-state model incorporating eye dynamics. *J. Atmos. Sci.*, **52**, 3969–3976, doi:10.1175/1520-0469(1995)052<3969:SOTCTS>2.0.CO;2.

——, and D. S. Nolan, 2004: Tropical cyclone activity and the global climate system. *Proc. 26th Conf. on Hurricanes and Tropical Meteorology*, Miami, FL, Amer. Meteor. Soc., 10A.2. [Available online at https://ams.confex.com/ams/26HURR/techprogram/paper_75463.htm.]

Enfield, D. B., and J. S. Allen, 1980: On the structure and dynamics of monthly mean sea level anomalies along the Pacific coast of North and South America. *J. Phys. Oceanogr.*, **10**, 557–578, doi:10.1175/1520-0485(1980)010<0557:OTSADO>2.0.CO;2.

——, and A. M. Mestas-Nuñez, 1999: Multiscale variabilities in global sea surface temperatures and their relationships with tropospheric climate patterns. *J. Climate*, **12**, 2719–2733, doi:10.1175/1520-0442(1999)012<2719:MVIGSS>2.0.CO;2.

——, ——, and P. J. Trimble, 2001: The Atlantic multidecadal oscillation and its relationship to rainfall and river flows in the continental US. *Geophys. Res. Lett.*, **28**, 2077–2080, doi:10.1029/2000GL012745.

England, M. H., and Coauthors, 2014: Recent intensification of wind-driven circulation in the Pacific and the ongoing warming hiatus. *Nat. Climate Change*, **4**, 222–227, doi:10.1038/nclimate2106.

Esaias, W. E., and Coauthors, 1998: An overview of MODIS capabilities for ocean science observations. *IEEE Trans. Geosci. Remote Sens.*, **36**, 1250–1265, doi:10.1109/36.701076.

Estilow, T., and Coauthors, updated 2013: The climate data guide: Snow cover extent (Northern Hemisphere) climate data record, by Rutgers. Data accessed 2015. [Available online at https://climatedataguide.ucar.edu/climate-data/snow-cover-extent-northern-hemisphere-climate-data-record-rutgers.]

Evans, W., and Coauthors, 2015: Sea–air $CO_2$ exchange in the western Arctic coastal ocean. *Global Biogeochem. Cycles*, **29**, 1190–1209, doi:10.1002/2015GB005153.

Falkowski, P. G., R. T. Barber, and V. Smetacek, 1998: Biogeochemical controls and feedbacks on ocean primary production. *Science*, **281**, 200–206, doi:10.1126/science.281.5374.200.

Farbrot, H., K. Isaksen, B. Etzelmüller, and K. Gisnås, 2013: Ground thermal regime and permafrost distribution under a changing climate in northern Norway. *Permafrost Periglacial Process.*, **24**, 20–38, doi:10.1002/ppp.1763.

Fasullo, J. T., C. Boening, F. W. Landerer, and R. S. Nerem, 2013: Australia's unique influence on global sea level in 2010–2011. *Geophys. Res. Lett.*, **40**, 4368–4373, doi:10.1002/grl.50834.

Fausto, R. S., and Coauthors, 2012: Ablation observations for 2008–2011 from the Programme for Monitoring of the Greenland Ice Sheet (PROMICE). *Geol. Surv. Denmark Greenl. Bull.*, **26**, 73–76.

Fay, F. H., 1982: Ecology and biology of the Pacific walrus, *Odobenus rosmarus divergens* Illiger. *North Amer. Fauna*, **74**, 1–279, doi:10.3996/nafa.74.0001.

——, B. P. Kelly, and J. L. Sease, 1989: Managing the exploitation of Pacific walruses: A tragedy of delayed response and poor communication. *Mar. Mamm. Sci.*, **5**, 1–16, doi:10.1111/j.1748-7692.1989.tb00210.x.

Fekete, B. M., 2013: [Global Climate] River discharge [in "State of the Climate in 2012"]. *Bull. Amer. Meteor. Soc.*, **94** (8), S22–S23.

——, U. Looser, and R. D. Robarts, 2012: Rationale for monitoring discharge on the ground. *J. Hydrometeor.*, **13**, 1977–1986, doi:10.1175/JHM-D-11-0126.1.

Feng, W., M. Zhong, J.-M. Lemoine, R. Biancale, H.-T. Hsu, and J. Xia, 2013: Evaluation of groundwater depletion in North China using the Gravity Recovery and Climate Experiment (GRACE) data and ground-based measurements. *Water Resour. Res.*, **49**, 2110–2118, doi:10.1002/wrcr.20192.

Fennig, K., A. Andersson, S. Bakan, C.-P. Klepp, and M. Schröder, 2012: Hamburg Ocean Atmosphere Parameters and Fluxes from Satellite Data–HOAPS 3.2–Monthly means/6-hourly composites. Satellite Application Facility on Climate Monitoring, doi:10.5676/EUM_SAF_CM/HOAPS/V001.

Field, C. B., M. J. Behrenfeld, J. T. Randerson, and P. Falkowski, 1998: Primary production of the biosphere: Integrating terrestrial and oceanic components. *Science*, **281**, 237–240, doi:10.1126/science.281.5374.237.

Field, R. D., Y. Wang, O. Roswintiarti, and Guswanto, 2004: A drought-based predictor of recent haze events in western Indonesia. *Atmos. Environ.*, **38**, 1869–1878, doi:10.1016/j.atmosenv.2004.01.011.

——, G. R. van der Werf, and S. S. P. Shen, 2009: Human amplification of drought-induced biomass burning in Indonesia since 1960. *Nat. Geosci.*, **2**, 185–188, doi:10.1038/ngeo443.

Fioletov, V. E., G. E. Bodeker, A. J. Miller, R. D. McPeters, and R. Stolarski, 2002: Global and zonal total ozone variations estimated from ground-based and satellite measurements: 1964–2000. *J. Geophys. Res.*, **107**, 4647, doi:10.1029/2001JD001350.

——, and Coauthors, 2008: The performance of the ground-based total ozone network assessed using satellite data. *J. Geophys. Res.*, **113**, D14313, doi:10.1029/2008JD009809.

Fischbach, A. S., D. H. Monson, and C. V. Jay, 2009: Enumeration of Pacific walrus carcasses on beaches of the Chukchi Sea in Alaska following a mortality event, September 2009. U.S. Geological Survey Open-File Rep. 2009–1291, 10 pp. [Available online at http://pubs.usgs.gov/of/2009/1291/.]

Fisher, J. B., K. P. Tu, and D. D. Baldocchi, 2008: Global estimates of the land–atmosphere water flux based on monthly AVHRR and ISLSCP-II data, validated at 16 FLUXNET sites. *Remote Sens. Environ.*, **112**, 901–919, doi:10.1016/j.rse.2007.06.025. Fishman, J., C. E. Watson, J. C. Larsen, and J. A. Logan, 1990: Distribution of tropospheric ozone determined from satellite data. *J. Geophys. Res.*, **95**, 3599–3617, doi:10.1029/JD095iD04p03599.

Flemming, J., and A. Inness, 2015: Carbon monoxide [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S49–S52.

——, and Coauthors, 2015: Tropospheric chemistry in the Integrated Forecasting System of ECMWF. *Geosci. Model Dev.*, **8**, 975–1003, doi:10.5194/gmd-8-975-2015.

Fofonoff, N. P., and E. L. Lewis, 1979: A practical salinity scale. *J. Oceanogr. Soc. Japan*, **35**, 63–64, doi:10.1007/BF02108283.

Fogt, R. L., D. H. Bromwich, and K. M. Hines, 2011: Understanding the SAM influence on the South Pacific ENSO teleconnection. *Climate Dyn.*, **36**, 1555–1576, doi:10.1007/s00382-010-0905-0.

Folland, C. K., J. Knight, H. W. Linderholm, D. Fereday, S. Ineson, and J. W. Hurrell, 2009: The summer North Atlantic Oscillation: Past, present and future. *J. Climate*, **22**, 1082–1103, doi:10.1175/2008JCLI2459.1.

Font, J., and Coauthors, 2013: SMOS first data analysis for sea surface salinity determination. *Int. J. Remote Sens.*, **34**, 3654–3670, doi:10.1080/01431161.2012.716541.

Foreman, C. M., C. F. Wolf, and J. C. Priscu, 2004: Impact of episodic warming events. *Aquat. Geochem.*, **10**, 239–268, doi:10.1007/s10498-004-2261-3.

Fossheim, M., R. Primicerio, E. Johannesen, R. B. Ingvaldsen, M. M. Aschan, and A. V. Dolgov, 2015: Recent warming leads to a rapid borealization of fish communities in the Arctic. *Nat. Climate Change*, **5**, 673–677, doi:10.1038/nclimate2647.

Fountain, A. G., G. L. Dana, K. J. Lewis, B. H. Vaughn, and D. M. McKnight, 1998: Glaciers of the McMurdo Dry Valleys, southern Victoria Land, Antarctica. *Ecosystem Dynamics in a Polar Desert: The McMurdo Dry Valleys, Antarctica.* J. C. Priscu, Ed., Antarctic Research Series, Vol. 72, Amer. Geophys. Union, 65–75.

——, J. L. Campbell, E. A. G. Schuur, S. E. Stammerjohn, M. W. Williams, and H. W. Ducklow, 2012: The disappearing cryosphere: Impacts and ecosystem responses to rapid cryosphere loss. *BioScience*, **62**, 405–415, doi:10.1525/bio.2012.62.4.11.

Frajka-Williams, E., 2015: Estimating the Atlantic overturning at 26°N using satellite altimetry and cable measurements. *Geophys. Res. Lett.*, **42**, 3458–3464, doi:10.1002/2015GL063220.

Frank, W. M., and P. E. Roundy, 2006: The role of tropical waves in tropical cyclogenesis. *Mon. Wea. Rev.*, **134**, 2397–2417, doi:10.1175/MWR3204.1.

Frankignoul, C., and K. Hasselmann, 1977: Stochastic climate models, Part II: Application to sea-surface temperature anomalies and thermocline variability. *Tellus*, **29A**, 289–305, doi:10.1111/j.2153-3490.1977.tb00740.x.

Franz, B. A., M. J. Behrenfeld, D. A. Siegel, and P. J. Werdell, 2015: [Global Oceans] Phytoplankton [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96**, S85–S87.

Fraser, W. R., and E. E. Hofmann, 2003: A predator's perspective on causal links between climate change, physical forcing and ecosystem response. *Mar. Ecol. Prog. Ser.*, **265**, 1–15, doi:10.3354/meps265001.

——, D. L. Patterson-Fraser, C. A. Ribic, O. Schofield, and H. Ducklow, 2013: A nonmarine source of variability in Adélie penguin demography. *Oceanography*, **26**, 207–209, doi:10.5670/oceanog.2013.64.

Freckman, D. W., and R. A. Virginia, 1997: Low-diversity Antarctic soil nematode communities: Distribution and response to disturbance. *Ecology*, **78**, 363–369, doi:10.1890/0012-9658(1997)078[0363:LDASNC]2.0.CO;2.

Free, M., D. J. Seidel, J. K. Angell, J. R. Lanzante, I. Durre, and T. C. Peterson, 2005: Radiosonde Atmospheric Temperature Products for Assessing Climate (RATPAC): A new dataset of large-area anomaly time series. *J. Geophys. Res.*, **110**, D22101, doi:10.1029/2005JD006169.

Friis, K., A. Körtzinger, J. Pätsch, and D. Wallace, 2005: On the temporal increase of anthropogenic $CO_2$ in the subpolar North Atlantic. *Deep-Sea Res. I*, **52**, 681–698, doi:10.1016/j.dsr.2004.11.017.

Frith, S. M., N. A. Kramarova, R. S. Stolarski, R. D. McPeters, P. K. Bhartia, and G. J. Labow, 2014: Recent changes in total column ozone based on the SBUV version 8.6 Merged Ozone Data Set. *J. Geophys. Res. Atmos.*, **119**, 9735–9751, doi:10.1002/2014JD021889.

Froidevaux, L., and Coauthors, 2015: Global Ozone Chemistry and Related Trace Gas Data Records for the Stratosphere (GOZCARDS): Methodology and sample results with a focus on HCl, $H_2O$, and $O_3$. *Atmos. Chem. Phys.*, **15**, 10471–10507, doi:10.5194/acp-15-10471-2015.

Fung, I., J. John, J. Lerner, E. Matthews, M. Prather, L. P. Steele, and P. J. Fraser, 1991: Three-dimensional model synthesis of the global methane cycle. *J. Geophys. Res.*, **96**, 13033–13065, doi:10.1029/91JD01247.

Gardner, A. S., and Coauthors, 2011: Sharply increased mass loss from glaciers and ice caps in the Canadian Arctic Archipelago. *Nature*, **473**, 357–360, doi:10.1038/nature10089.

——, and Coauthors, 2013: A reconciled estimate of glacier contributions to sea level rise: 2003 to 2009. *Science*, **340**, 852–857, doi:10.1126/science.1234532.

Garzoli, S. L., M. O. Baringer, S. Dong, R. C. Perez, and Q. Yao, 2013: South Atlantic meridional fluxes. *Deep-Sea Res. I*, **71**, 21–32, doi:10.1016/j.dsr.2012.09.003.

Gergis, J., and A. M. Fowler, 2009: A history of ENSO events since A.D. 1525: Implications for future climate change. *Climatic Change*, **92**, 343–387, doi:10.1007/s10584-008-9476-z.

Ghilain, N., A. Arboleda, and F. Gellens-Meulenberghs, 2011: Evapotranspiration modelling at large scale using near-real time MSG SEVIRI derived data. *Hydrol. Earth Syst. Sci.*, **15**, 771–786, doi:10.5194/hess-15-771-2011.

Gobron, N., and M. Robustelli, 2013: Monitoring the state of the global terrestrial surfaces. *Proc. 2013 ESA Living Planet Symp.*, Edinburgh, United Kingdom, European Space Agency, SP-722.

——, A. S. Belward, B. Pinty, and W. Knorr, 2010: Monitoring biosphere vegetation 1998–2009. *Geophys. Res. Lett.*, **37**, L15402, doi:10.1029/2010GL043870.

Goddard, P., J. Yin, S. M. Griffies, and S. Zhang, 2015: An extreme event of sea-level rise along the northeast coast of North America in 2009–2010. *Nat. Commun.*, **6**, 6346, doi:10.1038/ncomms7346.

Goldenberg, S. B., and L. J. Shapiro, 1996: Physical mechanisms for the association of El Niño and West African rainfall with Atlantic major hurricane activity. *J. Climate*, **9**, 1169–1187, doi:10.1175/1520-0442(1996)009<1169:PMFTAO>2.0.CO;2.

——, C. W. Landsea, A. M. Mestas-Nuñez, and W. M. Gray, 2001: The recent increase in Atlantic hurricane activity: Causes and implications. *Science*, **293**, 474–479, doi:10.1126/science.1060040.

Gong, T., S. B. Feldstein, and D. Luo, 2010: The impact of ENSO on wave breaking and southern annular mode events. *J. Atmos. Sci.*, **67**, 2854–2870, doi:10.1175/2010JAS3311.1.

——, ——, and ——, 2013: A simple GCM study on the relationship between ENSO and the southern annular mode. *J. Atmos. Sci.*, **70**, 1821–1832, doi:10.1175/JAS-D-12-0161.1.

Goni, G. J., and J. A. Trinanes, 2003: Ocean thermal structure monitoring could aid in the intensity forecast of tropical cyclones. *Eos, Trans. Amer. Geophys. Union*, **84**, 573–578, doi:10.1029/2003EO510001.

——, and J. A. Knaff, 2009: Tropical cyclone heat potential [in "State of the Climate in 2008"]. *Bull. Amer. Meteor. Soc.*, **90** (8), S54–S56.

——, S. Kamholz, S. Garzoli, and D. Olson, 1996: Dynamics of the Brazil-Malvinas confluence based on inverted echo sounders and altimetry. *J. Geophys. Res.*, **101** (C7), 16 273–16 289, doi:10.1029/96JC01146.

——, and Coauthors, 2009: Applications of satellite-derived ocean measurements to tropical cyclone intensity forecasting. *Oceanography*, **22**, 190–197, doi:10.5670/oceanog.2009.78.

——, F. Bringas, and P. N. DiNezio, 2011: Observed low frequency variability of the Brazil Current front. *J. Geophys. Res.*, **116**, C10037, doi:10.1029/2011JC007198.

——, J. A. Knaff, and I.-I. Lin, 2015: Tropical cyclone heat potential [in "State of the Climate in 2013"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S121–S122.

Gozzo, L. F., R. P. da Rocha, M. S. Rebotia, and S. Sugahara, 2014: Subtropical cyclones over the southwestern South Atlantic: Climatological aspects and case study. *J. Climate*, **27**, 8543–8562, doi:10.1175/JCLI-D-14-00149.1.

Granier, C., and Coauthors, 2011: Evolution of anthropogenic and biomass burning emissions of air pollutants at global and regional scales during the 1980–2010 period. *Climatic Change*, **109**, 163–190, doi:10.1007/s10584-011-0154-1.

Gray, W. M., 1968: Global view of the origin of tropical disturbances and storms. *Mon. Wea. Rev.*, **96**, 669–700, doi:10.1175/1520-0493(1968)096<0669:GVOTOO>2.0.CO;2.

Grebmeier, J. M., and Coauthors, 2006: A major ecosystem shift in the northern Bering Sea. *Science*, **311**, 1461–1464, doi:10.1126/science.1121365.

——, S. E. Moore, J. E. Overland, K. E. Frey, and R. Gradinger, 2010: Biological response to recent Pacific Arctic sea ice retreats. *Eos, Trans. Amer. Geophys. Union*, **91**, 161–162, doi:10.1029/2010EO180001.

Guard, C. P., and M. A. Lander, 2012: Northwest Pacific, Micronesia [in "State of the Climate in 2011"]. *Bull. Amer. Meteor. Soc.*, **93**, S215–S218.

Gugliemin, M., M. R. Worland and N. Cannone, 2012: Spatial and temporal variability of ground surface temperature and active layer thickness at the margin of maritime Antarctica, Signy Island. *Geomorphology*, **155**, 20–33, doi:10.1016/j.geomorph.2011.12.016.

——, M. Dalle Fratte, and N. Cannone, 2014: Permafrost warming and vegetation changes in continental Antarctica. *Environ. Res. Lett.*, **9**, 045001, doi:10.1088/1748-9326/9/4/045001.

Guhathakurta, P., M. Rajeevan, D. R. Sikka, and A. Tyagi, 2015: Observed changes in southwest monsoon rainfall over India during 1901–2011. *Int. J. Climatol.*, **35**, 1881–1898, doi:10.1002/joc.4095.

Guo, Y., X. Jiang, and D. E. Waliser, 2014: Modulation of the convectively coupled Kelvin waves over South America and the tropical Atlantic Ocean in association with the Madden–Julian oscillation. *J. Atmos. Sci.*, **71**, 1371–1388, doi:10.1175/JAS-D-13-0215.1.

Guttman, N. B., 1998: Comparing the Palmer Drought Index and the Standardized Precipitation Index. *J. Amer. Water Res. Assoc.*, **34**,113–121, doi:10.1111/j.1752-1688.1998.tb05964.x.

Hagos, S. M., and K. H. Cook, 2008: Ocean warming and late-twentieth-century Sahel drought and recovery. *J. Climate*, **21**, 3797–3814, doi:10.1175/2008JCLI2055.1.

Haimberger, L., 2015: Upper air wind speed [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S35–S37.

——, C. Tavolato, and S. Sperka, 2012: Homogenization of the global radiosonde temperature dataset through combined comparison with reanalysis background series and neighboring stations. *J. Climate*, **25**, 8108–8131, doi:10.1175/JCLI-D-11-00668.1.

Hansen, J., R. Ruedy, M. Sato, and K. Lo, 2010: Global surface temperature change. *Rev. Geophys.*, **48**, RG4004, doi:10.1029/2010RG000345.

Hardy, A., 1967: Great Waters. Collins, 542 pp.

Harris, I., P. D. Jones, T. J. Osborn, and D. H. Lister, 2014: Updated high-resolution grids of monthly climatic observations—The CRU TS3.10 dataset. *Int. J. Climatol.*, **34**, 623–642, doi:10.1002/joc.3711.

Harris, N. R. P., and D. J. Wuebbles, 2014: Scenarios and information for policymakers. *Scientific Assessment of Ozone Depletion: 2014*, Global Ozone Research and Monitoring Project Rep. 55, World Meteorological Organization, 5.1–5.58. [Available online at http://www.esrl.noaa.gov/csd/assessments/ozone/2014/chapters/2014OzoneAssessment.pdf.]

——, and Coauthors, 2015: Past changes in the vertical distribution of ozone—Part 3: Analysis and interpretation of trends. *Atmos. Chem. Phys.*, **15**, 9965–9982, doi:10.5194/acp-15-9965-2015.

Hart, R. E., 2003: A cyclone phase space derived from thermal wind and thermal asymmetry. *Mon. Wea. Rev.*, **131**, 585–616, doi:10.1175/1520-0493(2003)131<0585:ACPSDF>2.0.CO;2.

Hartmann, D. L., and Coauthors, 2013: Observations: Atmosphere and surface. *Climate Change 2013: The Physical Science Basis*, T. F. Stocker et al., Eds., Cambridge University Press, 159–254.

Hawkings, J. R., and Coauthors, 2014: Ice sheets as a significant source of highly reactive nanoparticulate iron to the oceans. *Nat. Commun.*, **5**, 3929, doi:10.1038/ncomms4929.

Hayes, M. J., M. D. Svoboda, D. A. Wilhite, and O. V. Varnyarkho, 1999: Monitoring the 1996 drought using the Standardized Precipitation Index. *Bull. Amer. Meteor. Soc.*, **80**, 429–438, doi:10.1175/1520-0477(1999)080<0429:MTDUTS>2.0.CO;2.

Heidinger, A. K., M. J. Foster, A. Walther, and X. Zhao, 2014: The Pathfinder Atmospheres–Extended AVHRR climate dataset. *Bull. Amer. Meteor. Soc.*, **95**, 909–922, doi:10.1175/BAMS-D-12-00246.1.

Helfrich, S., D. McNamara, B. Ramsay, T. Baldwin, and T. Kasheta, 2007: Enhancements to, and forthcoming developments in the Interactive Multisensor Snow and Ice Mapping System (IMS). *Hydrol. Processes*, **21**, 1576–1586, doi:10.1002/hyp.6720.

Hendon, H., C. Zhang, and J. Glick, 1999: Interannual variation of the Madden–Julian oscillation during austral summer. *J. Climate*, **12**, 2538–2550, doi:10.1175/1520-0442(1999)012<2538:IVOTMJ>2.0.CO;2.

Hess, P. G., and R. Zbinden, 2013: Stratospheric impact on tropospheric ozone variability and trends: 1990–2009. *Atmos. Chem. Phys.*, **13**, 649–674, doi:10.5194/acp-13-649-2013.

Hills, S., and J. R. Gilbert, 1994: Detecting Pacific walrus population trends with aerial surveys. *Transactions of the 59th North American Wilderness and Natural Resources Conference*, Wildlife management Institute, 201–210.

Hirschi, M., B. Mueller, W. A. Dorigo, and S. I. Seneviratne, 2014: Using remotely sensed soil moisture for land–atmosphere coupling diagnostics: The role of surface vs. root-zone soil moisture variability. *Remote Sens. Environ.*, **154**, 246–252, doi:10.1016/j.rse.2014.08.030.

Ho, D. T., and R. Wanninkhof, 2016: Air–sea gas exchange in the North Atlantic: $^3He/SF_6$ Experiment during GasEx-98. *Tellus*, **68B**, 30198, doi:10.3402/tellusb.v68.30198.

Ho, S. P., X. Zhou, Y. H. Kuo, D. Hunt, and J. H. Wang, 2010: Global evaluation of radiosonde water vapor systematic biases using GPS radio occultation from COSMIC and ECMWF analysis. *Remote Sens.*, **2**, 1320–1330, doi:10.3390/rs2051320.

Hobbs, W., and J. K. Willis, 2012: Midlatitude North Atlantic heat transport: A time series based on satellite and drifter data. *J. Geophys. Res.*, **17**, C01008, doi:10.1029/2011JC007039.

Hoegh-Guldberg, O., and J. F. Bruno, 2010: The impact of climate change on the world's marine ecosystems. *Science*, **328**, 1523–1528, doi:10.1126/science.1189930.

Hofmann, D. J., and S. A. Montzka, 2009: Recovery of the ozone layer. *Eos, Trans. Amer. Geophys. Union*, **90**, 1–2, doi:10.1029/2009EO010001.

——, J. H. Butler, E. J. Dlugokencky, J. W. Elkins, K. Masarie, S. A. Montzka, and P. Tans, 2006: The role of carbon dioxide in climate forcing from 1979 to 2004: introduction of the Annual Greenhouse Gas Index. *Tellus*, **58B**, 614–619, doi:10.1111/j.1600-0889.2006.00201.x.

Hogg, A. M., M. P. Meredith, D. P. Chambers, E. P. Abrahamsen, C. W. Hughes, and A. K. Morrison, 2015: Recent trends in the Southern Ocean eddy field. *J. Geophys. Res. Oceans*, **120**, 257–267, doi:10.1002/2014JC010470.

Holland, P. R., 2014: The seasonality of Antarctic sea ice trends. *Geophys. Res. Lett.*, **41**, 4230–4237, doi:10.1002/2014GL060172.

Hollowed, A. B., B. Planque, and H. Loeng, 2013: Potential movement of fish and shellfish stocks from the sub-Arctic to the Arctic Ocean. *Fish. Oceanogr.*, **22**, 355–370, doi:10.1111/fog.12027.

Holmes, R. M., and Coauthors, 2013: Climate change impacts on the hydrology and biogeochemistry of Arctic Rivers. *Global Impacts of Climate Change on Inland Waters*, C. R. Goldman, M. Kumagai, and R. D. Robarts, Eds., Wiley, 3–26.

Hu, C., Z. Lee, and B. A. Franz, 2012: Chlorophyll-*a* algorithms for oligotrophic oceans: A novel approach based on three-band reflectance difference. *J. Geophys. Res.*, **117**, C01011, doi:10.1029/2011JC007395.

Huang, B., and Coauthors, 2015: Extended reconstructed sea surface temperature version 4 (ERSST.v4). Part I: Upgrade and intercomparison. *J. Climate*, **28**, 911–930, doi:10.1175/JCLI-D-14-00006.1.

Huang, C.-Y., W.-H. Teng, S.-P. Ho, and Y.-H. Kuo, 2013: Global variation of COSMIC precipitable water over land: Comparisons with ground-based GPS measurements and NCEP reanalyses. *Geophys. Res. Lett.*, **40**, 5327–5331, doi:10.1002/grl.50885.

Huffman, G. J., D. T. Bolvin, and R. F. Adler, 2012: GPCP version 2.2 SG Combined Precipitation Data Set (last updated 2012). World Data Center for Meteorology (Asheville), NCDC. [Available online at https://www.ncdc.noaa.gov/wdc/wdcamet-ncdc.html.]

Hughes, C. W., P. L. Woodworth, M. P. Meredith, V. Stepanov, T. Whitworth, and A. Pyne, 2003: Coherence of Antarctic sea levels, Southern Hemisphere annular mode, and flow through Drake Passage. *Geophys. Res. Lett.*, **30**, 1464, doi:10.1029/2003GL017240.

——, J. Williams, A. C. Coward, and B. A. de Cuevas, 2014: Antarctic circumpolar transport and the southern mode: A model investigation of interannul to decadal timescales. *Ocean Sci.*, **10**, 215–225, doi:10.5194/os-10-215-2014.

Huijnen, V., and Coauthors, 2016: Fire carbon emissions over maritime Southeast Asia in 2015 largest since 1997. *Sci. Rep.*, **6**, 26886, doi:10.1038/srep26886.

Huss, M., A. Bauder, and M. Funk, 2009: Homogenization of long-term mass-balance time series. *Ann. Glaciol.*, **50**, 198–206, doi:10.3189/172756409787769627.

Iacono, M., and C. Azorin-Molina, 2014: Long-term declining trends in historical wind measurements at the Blue Hill Meteorological Observatory, 1885–2013. *2014 Fall Meeting*, San Francisco, CA, American Geophysical Union, Abstract A23C-3241.

Inness, A., and Coauthors, 2013: The MACC reanalysis: An 8 yr data set of atmospheric composition. *Atmos. Chem. Phys.*, **13**, 4073–4109, doi:10.5194/acp-13-4073-2013.

——, and Coauthors, 2015a: Data assimilation of satellite-retrieved ozone, carbon monoxide and nitrogen dioxide with ECMWF's Composition-IFS. *Atmos. Chem. Phys.*, **15**, 5275–5303, doi:10.5194/acp-15-5275-2015.

——, A. Benedetti, J. Flemming, V. Huijnen, J. W. Kaiser, M. Parrington, and S. Remy, 2015b: The ENSO signal in atmospheric composition fields: Emission-driven versus dynamically induced changes. *Atmos. Chem. Phys.*, **15**, 9083–9097, doi:10.5194/acp-15-9083-2015.

Inoue, J., and M. E. Hori, 2011: Arctic cyclogenesis at the marginal ice zone: A contributory mechanism for the temperature amplification? *Geophys. Res. Lett.*, **38**, L12502, doi:10.1029/2011GL047696.

IPCC, 2014: Summary for policymakers. *Climate Change 2014: Impacts, Adaptation, and Vulnerability*, C. B. Field, et al., Eds., Cambridge University Press, 1–32.

Isaksen, K., and Coauthors, 2011: Degrading mountain permafrost in southern Norway: Spatial and temporal variability of mean ground temperatures, 1999–2009. *Permafr. Periglac. Process.*, **22**, 361–377, doi:10.1002/ppp.728.

Ishihara, K., 2006: Calculation of global surface temperature anomalies with COBE-SST (in Japanese). *Sokko-jiho [Weather Service Bulletin]*, **73** (special issue), S19–S25.

Ishii, M., and M. Kimoto, 2009: Reevaluation of historical ocean heat content variations with time-varying XBT and MBT depth bias corrections. *J. Oceanogr.*, **65**, 287–299, doi:10.1007/s10872-009-0027-7.

Jacob, T., J. Wahr, W. T. Pfeffer, and S. Swenson, 2012: Recent contributions of glaciers and ice caps to sea level rise. *Nature*, **482**, 514–518, doi:10.1038/nature10847.

Jacobs, S. S., and C. F. Giulivi, 2010: Large multidecadal salinity trends near the Pacific–Antarctic continental margin. *J. Climate*, **23**, 4508–4524, doi:10.1175/2010JCLI3284.1.

Janicot, S., A. Harzallah, B. Fontaine, and V. Moron, 1998: West African monsoon dynamics and eastern equatorial Atlantic and Pacific SST anomalies (1970–1988). *J. Climate*, **11**, 1874–1882, doi:10.1175/1520-0442-11.8.1874.

Janowiak, J., and P. Xie, 1999: CAMS-OPI: A global satellite–rain gauge merged product for real-time precipitation monitoring applications. *J. Climate*, **12**, 3335–3342, doi:10.1175/1520-0442(1999)012<3335:COAGSR>2.0.CO;2.

Jay, C. V., B. G. Marcot, and D. C. Douglas, 2011: Projected status of the Pacific walrus (*Odobenus rosmarus divergens*) in the twenty-first century. *Polar Biol.*, **34**, 1065–1084, doi:10.1007/s00300-011-0967-4.

Jensen, T., J. E. Box, and C. Hvidberg, 2016: A sensitivity study of yearly Greenland ice sheet marine terminating outlet glacier changes: 1999–2013. *J. Glaciol.*, **62**, 72–81, doi:10.1017/jog.2016.12.

Jin, X., and L. Yu, 2013: Assessing high-resolution analysis of surface heat fluxes in the Gulf Stream region. *J. Geophys. Res. Oceans*, **118**, 5353–5375, doi:10.1002/jgrc.20386.

Jin, X., L. Yu, D. L. Jackson, and G. A. Wick, 2015: An improved near-surface specific humidity and air temperature climatology for the SSM/I satellite period. *J. Atmos. Oceanic Technol.*, **32**, 412–433, doi:10.1175/JTECH-D-14-00080.1.

Johannessen, O. M., and M. W. Miles, 2011: Critical vulnerabilities of marine and sea ice–based ecosystems in the high Arctic. *Reg. Environ. Change*, **11** (Suppl. 1), S239–S248, doi:10.1007/s10113-010-0186-5.

Johnson, G. C., 2008: Quantifying Antarctic Bottom Water and North Atlantic Deep Water volumes. *J. Geophys. Res.*, **113**, C05027, doi:10.1029/2007JC004477.

——, and J. M. Lyman, 2012: Sea surface salinity [in "State of the Climate in 2011"]. *Bull. Amer. Meteor. Soc.*, **93** (7), S68–S69, S72.

——, S. Schmidtko, and J. M. Lyman, 2012: Relative contributions of temperature and salinity to seasonal mixed layer density changes and horizontal density gradients. *J. Geophys. Res.*, **117**, C04015, doi:10.1029/2011JC007651.

——, J. M. Lyman, J. K. Willis, T. Boyer, J. Antonov, S. A. Good, C. M. Domingues, and N. Bindoff, 2014a: Ocean heat content [in "State of the Climate in 2013"]. *Bull. Amer. Meteor. Soc.*, **95** (7), S54–S57.

——, K. E. McTaggart, and R. Wanninkhof, 2014b: Antarctic Bottom Water temperature changes in the western South Atlantic from 1989 to 2014. *J. Geophys. Res. Oceans*, **119**, 8567–8577, doi:10.1002/2014JC010367.

——, and Coauthors, 2015a: Ocean heat content [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S64–S66, S68.

——, J. M. Lyman, G. S. E. Lagerloef, and H.-Y. Kao, 2015b: Sea surface salinity [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S71–S74.

Jones, P. D., D. H. Lister, T. J. Osborn, C. Harpham, M. Salmon, and C. P. Morice, 2012: Hemispheric and large-scale land surface air temperature variations: An extensive revision and an update to 2010. *J. Geophys. Res.*, **117**, D05127, doi:10.1029/2011JD017139.

Josey, S. A., J. Grist, D. Kieke, I. Yashayaev, and L. Yu, 2015: Extraordinary ocean cooling and new dense water formation in the North Atlantic [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S67.

Joyce, R. J., J. E. Janowiak, P. A. Arkin, and P. Xie, 2004: CMORPH: A method that produces global precipitation estimates from passive microwave and infrared data at high spatial and temporal resolution. *J. Hydrometeor.*, **5**, 487–503, doi:10.1175/1525-7541(2004)005<0487:CAMTPG>2.0.CO;2.

Joyce, T. M., 2012: New perspectives on eighteen-degree water formation in the North Atlantic. *J. Oceanogr.*, **68**, 45–52, doi:10.1007/s10872-011-0029-0.

——, C. Deser, and M. A. Spall, 2000: The relation between decadal variability of subtropical mode water and the North Atlantic Oscillation. *J. Climate*, **13**, 2550–2569, doi:10.1175/1520-0442(2000)013<2550:TRBDVO>2.0.CO;2.

——, L. N. Thomas, and F. B. Bahr, 2009: Wintertime observations of subtropical mode water formation within the Gulf Stream. *Geophys. Res. Lett.*, **36**, L02607, doi:10.1029/2008GL035918.

——, ——, W. K. Dewar, and J. B. Girton, 2013: Eighteen degree water formation within the Gulf Stream during CLIMODE. *Deep-Sea Res. II*, **91**, 1–10, doi:10.1016/j.dsr2.2013.02.019.

Jullion, L., A. C. Naveira-Garabato, M. P. Meredith, P. R. Holland, P. Courtois, and B. A. King, 2013: Decadal freshening of the Antarctic Bottom Water exported from the Weddell Sea. *J. Climate*, **26**, 8111–8125, doi:10.1175/JCLI-D-12-00765.1.

Jung, M., and Coauthors, 2010: Recent decline in the global land evapotranspiration trend due to limited moisture supply. *Nature*, **467**, 951–954, doi:10.1038/nature09396.

Kaiser, J. W., and Coauthors, 2012: Biomass burning emissions estimated with a global fire assimilation system based on observed fire radiative power. *Biogeosciences*, **9**, 527–554, doi:10.5194/bg-9-527-2012.

——, A. Benedetti, F. Chevallier, J. A. Flemming, A. Inness, and Y.-H. Peuch, 2015: [Global Climate] Sidebar 2.3: Climate monitoring meets air quality forecasting in CAMS [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S50–S51.

Kalnay, E., and Coauthors, 1996: The NCEP/NCAR 40-Year Reanalysis Project. *Bull. Amer. Meteor. Soc.*, **77**, 437–471, doi:10.1175/1520-0477(1996)077<0437:TNYRP>2.0.CO;2.

Kanamitsu, M., W. Ebisuzaki, J. Woollen, S.-K. Yang, J. J. Hnilo, M. Fiorino, and G. L. Potter, 2002: NCEP-DOE AMIP-II Reanalysis (R-2). *Bull. Amer. Meteor. Soc.*, **83**, 1631–1643, doi:10.1175/BAMS-83-11-1631.

Kang, S., and J.-B. Ahn, 2015: Global energy and water balances in the latest reanalyses. *Asia-Pac. J. Atmos. Sci.*, **51**, 293–302, doi:10.1007/s13143-015-0079-0.

Kaplan, A., 2011: Sidebar 1.1: Patterns and indices of climate variability [in "State of the Climate in 2010"]. *Bull. Amer. Meteor. Soc.*, **92** (6), S20–S25.

Karl, T. R., and Coauthors, 2015: Possible artifacts of data biases in the recent global surface warming hiatus. *Science*, **348**, 1469–1472, doi:10.1126/science.aaa5632.

Karlsson, K.-G., and Coauthors, 2013: CLARA-A1: A cloud, albedo, and radiation dataset from 28 yr of global AVHRR data. *Atmos. Chem. Phys.*, **13**, 5351–5367, doi:10.5194/acp-13-5351-2013.

Karoly, D. J., 1989: Southern Hemisphere circulation features associated with El Niño–Southern Oscillation events. *J. Climate*, **2**, 1239–1252, doi:10.1175/1520-0442(1989)002<1239:SHCFAW>2.0.CO;2.

Kato, S., N. G. Loeb, F. G. Rose, D. R. Doelling, D. A. Rutan, T. E. Caldwell, L. Yu, and R. A. Weller, 2013: Surface irradiances consistent with CERES-derived top-of-atmosphere shortwave and longwave irradiances. *J. Climate*, **26**, 2719–2740, doi:10.1175/JCLI-D-12-00436.1.

Katsumata, K., H. Hakano, and Y. Kumamoto, 2015: Dissolved oxygen change and freshening of Antarctic Bottom water along 62S in the Australian-Antarctic Basin between 1995/1996 and 2012/2013. *Deep-Sea Res. II*, **114**, 27–38, doi:10.1016/j.dsr2.2014.05.016.

Kayano, M., and V. Kousky, 1999: Intra-seasonal (30–60 day) variability in the global tropics: Principal modes and their evolution. *Tellus*, **51A**, 373–386, doi:10.1034/j.1600-0870.1999.t01-3-00003.x.

Kelly, P. S., K. M. M. Lwiza, R. K. Cowen, and G. J. Goni, 2000: Low-salinity pools at Barbados, West Indies: Their origin, frequency, and variability. *J. Geophys. Res.*, **105**, 19 699–19 708, doi:10.1029/1999JC900328.

Kennedy, J. J., 2014: A review of uncertainty in in situ measurements and data sets of sea surface temperature. *Rev. Geophys.*, **52**, 1–32, doi:10.1002/2013RG000434.

——, and Coauthors, 2010: How do we know the world has warmed? [in "State of the Climate in 2009"]. *Bull. Amer. Meteor. Soc.*, **91** (6), S26–S27.

——, N. A. Rayner, R. O. Smith, D. E. Parker, and M. Saunby, 2011a: Reassessing biases and other uncertainties in sea-surface temperature observations since 1850: 1. Measurement and sampling errors. *J. Geophys. Res.*, **116**, D14103, doi:10.1029/2010JD015218.

——, ——, ——, ——, and ——, 2011b: Reassessing biases and other uncertainties in sea-surface temperature observations since 1850: 2. Biases and homogenisation. *J. Geophys. Res.*, **116**, D14104, doi:10.1029/2010JD015220.

Kent, E. C., D. I. Berry, J. Prytherch, and J. B. Roberts, 2014: A comparison of global marine surface specific humidity datasets from in situ observations and atmospheric reanalysis. *Int. J. Climatol.*, **34**, 355–376, doi:10.1002/joc.3691.

Khatiwala, S., and Coauthors, 2013: Global ocean storage of anthropogenic carbon. *Biogeosciences*, **10**, 2169–2191, doi:10.5194/bg-10-2169-2013.

Kiladis, G. N., and K. Weickmann, 1992: Circulation anomalies associated with tropical convection during northern winter. *Mon. Wea. Rev.*, **120**, 1900–1923, doi:10.1175/1520-0493(1992)120<1900:CAAWTC>2.0.CO;2.

——, K. H. Straub, and P. T. Haertel, 2005: Zonal and vertical structure of the Madden–Julian oscillation. *J. Atmos. Sci.*, **62**, 2790–2809, doi:10.1175/JAS3520.1.

——, M. C. Wheeler, P. T. Haertel, K. H. Straub, and P. E. Roundy, 2009: Convectively coupled equatorial waves. *Rev. Geophys.*, **47**, RG2003, doi:10.1029/2008RG000266.

Kim, H., and T. Oki, 2015: River discharge [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S26–S27. Kim, H., P. J.-F. Yeh, T. Oki, and S. Kanae, 2009: Role of rivers in the seasonal variations of terrestrial water storage over global basins. *Geophys. Res. Lett.*, **36**, L17402, doi:10.1029/2009GL039006.

Kim, J., and K. Paik, 2015: Recent recovery of surface wind speed after decadal decrease: A focus on South Korea. *Climate Dyn.*, **45**, 1699–1712, doi:10.1007/s00382-015-2546-9.

Kimberlain, T. B., E. S. Blake, and J. P. Cangialosi, 2016: Hurricane Patricia (EP202015). National Hurricane Center tropical cyclone report. 32 pp. [Available online at http://www.nhc.noaa.gov/data/tcr/EP202015_Patricia.pdf.]

Kimura, N., and M. Wakatsuchi, 2011: Large-scale processes governing the seasonal variability of the Antarctic sea ice. *Tellus*, **63A**, 828–840, doi:10.1111/j.1600-0870.2011.00526.x.

Kirschke, S., and Coauthors, 2013: Three decades of global methane sources and sinks. *Nat. Geosci.*, **6**, 813–823, doi:10.1038/ngeo1955.

Kjesbu, O. S., B. Bogstad, J. A. Devine, H. Gjøsæter, D. Howell, R. B. Ingvaldsen, R. D. M. Nash, and J. E. Skjæraasen, 2014: Synergies between climate and management for Atlantic cod fisheries at high latitudes. *Proc. Natl. Acad. Sci. USA*, **111**, 3478–3483, doi:10.1073/pnas.1316342111.

Klotzbach, P. J. and C. W. Landsea, 2015: Extremely intense hurricanes: Revisiting Webster et al. (2005) after 10 years. *J. Climate*, **28**, 7621–7629, doi:10.1175/JCLI-D-15-0188.1, doi:10.1175/JCLI-D-15-0188.1.

Knaff, J. A., and R. M. Zehr, 2007: Reexamination of tropical cyclone wind–pressure relationships. *Wea. Forecasting*, **22**, 71–88, doi:10.1175/WAF965.1.

Knapp, K. R., M. C. Kruk, D. H. Levinson, H. J. Diamond, and C. J. Neumann, 2010: The International Best Track Archive for Climate Stewardship (IBTrACS): Unifying tropical cyclone data. *Bull. Amer. Meteor. Soc.*, **91**, 363–376, doi:10.1175/2009BAMS2755.1.

——, J. A. Knaff, C. R. Sampson, G. M. Riggio, and A. D. Schnapp, 2013: A pressure-based analysis of the historical western North Pacific tropical cyclone intensity record. *Mon. Wea. Rev.*, **141**, 2611–2631, doi:10.1175/MWR-D-12-00323.1.

Knudsen, E. M., Y. J. Orsolini, T. Furevik, and K. I. Hodges, 2015: Observed anomalous atmospheric patterns in summers of unusual Arctic sea ice melt. *J. Geophys. Res. Atmos.*, **120**, 2595–2611, doi:10.1002/2014JD022608.

Knutson, T., and K. Weickmann, 1987: 30–60 day atmospheric oscillations: Composite life cycles of convection and circulation anomalies. *Mon. Wea. Rev.*, **115**, 1407–1436, doi:10.1175/1520-0493(1987)115<1407:DAOCLC>2.0.CO;2.

Ko, M. K. W., and Coauthors, 2013: Recommended values for steady-state atmospheric lifetimes and their uncertainties. SPARC report on the lifetimes of stratospheric ozone-depleting substances, their replacements, and related species, SPARC Rep. 6, WCRP-15/2013, 6-1–6-21.

Kobayashi, S., and Coauthors, 2015: The JRA-55 Reanalysis: General specifications and basic characteristics. *J. Meteor. Soc. Japan*, **93**, 5–48, doi:10.2151/jmsj.2015-001.

——, and Coauthors, 2016: The climate data guide: JRA-55. [Available online at https://climatedataguide.ucar.edu/climate-data/jra-55.]

Kopp, G., and J. L. Lean, 2011: A new, lower value of total solar irradiance: Evidence and climate significance. *Geophys. Res. Lett.*, **38**, L01706, doi:10.1029/2010GL045777.

Kortsch, S., R. Primicerio, M. Fossheim, A. V. Dolgov, and M. Aschan, 2015: Climate change alters the structure of Arctic marine food webs due to poleward shifts of boreal generalists. *Proc. Roy. Soc*, **282B**, 20151546, doi:10.1098/rspb.2015.1546.

Kossin, J. P., and D. J. Vimont, 2007: A more general framework for understanding Atlantic hurricane variability and trends. *Bull. Amer. Meteor. Soc.*, **88**, 1767–1781, doi:10.1175/BAMS-88-11-1767.

Kouketsu, S., and A. M. Murata, 2014: Detecting decadal scale increases in anthropogenic $CO_2$ in the ocean. *Geophys. Res. Lett.*, **41**, 4594–4600, doi:10.1002/2014GL060516.

Koumoutsaris, S., I. Bey, S. Generoso, and V. Thouret, 2008: Influence of El Niño–Southern Oscillation on the interannual variability of tropospheric ozone in the northern midlatitudes. *J. Geophys. Res.*, **113**, D19301, doi:10.1029/2007JD009753.

Kousky, V., and M. Kayano, 1994: Principal modes of outgoing longwave radiation and 250-mb circulation for the South American sector. *J. Climate*, **7**, 1131–1143, doi:10.1175/1520-0442(1994)007<1131:PMOOLR>2.0.CO;2.

Kovacs, K. M., and Coauthors, 2012: Global threats to pinnipeds. *Mar. Mamm. Sci.*, **28**, 414–436, doi:10.1111/j.1748-7692.2011.00479.x.

——, J. Aars, and C. Lydersen, 2014: Walruses recovering after 60+ years of protection at Svalbard, Norway. *Polar Res.*, **33**, 26034, doi:10.3402/polar.v33.26034.

Kratz, D. P., P. W. Stackhouse Jr., S. K. Gupta, A. C. Wilber, P. Sawaengphokhai, and G. R. McGarragh, 2014: The Fast Longwave and Shortwave Flux (FLASHFlux) data product: Single scanner footprint fluxes. *J. Appl. Meteor. Climatol.*, **53**, 1059–1079, doi:10.1175/JAMC-D-13-061.1.

Krishnamurti, T. N., and D. Subrahmanyam, 1982: The 30–50 day mode at 850 mb during MONEX. *J. Atmos. Sci.*, **39**, 2088–2095, doi:10.1175/1520-0469(1982)039<2088:TDMAMD>2.0.CO;2.

Kug, J.-S., J.-H. Jeong, Y.-S. Jang, B.-M. Kim, C. K. Folland, S.-K. Min, and S.-W. Son, 2015: Two distinct influences of Arctic warming on cold winters over North America and East Asia. *Nat. Geosci.*, **8**, 759–762, doi:10.1038/ngeo2517.

Kuhlbrodt, T., A. Griesel, M. Montoya, A. Levermann, M. Hofmann, and S. Rahmstorf, 2007: On the driving processes of the Atlantic meridional overturning circulation. *Rev. Geophys.*, **45**, RG2001, doi:10.1029/2004RG000166.

Kumar, A., B. Jha, and H. Wang, 2014: Attribution of SST variability in global oceans and the role of ENSO. *Climate Dyn.*, **43**, 209–220, doi:10.1007/s00382-013-1865-y.

Kuttippurath, J., G. E. Bodeker, H. K. Roscoe, and P. J. Nair, 2015: A cautionary note on the use of EESC-based regression analysis for ozone trend studies. *Geophys. Res. Lett.*, **42**, 162–168, doi:10.1002/2014GL062142.

Kwok, R., and D. A. Rothrock, 2009: Decline in Arctic sea ice thickness from submarine and ICESat records: 1958–2008. *Geophys. Res. Lett.*, **36**, L15501, doi:10.1029/2009GL039035.

——, and G. F. Cunningham, 2015: Variability of Arctic sea ice thickness and volume from CryoSat-2. *Philos. Trans. Royal Soc. London*, **373A**, 2045, 10.1098/rsta.2014.0157.

L'Heureux, M. L., and D. W. J. Thompson, 2006: Observed relationships between the El Niño/Southern Oscillation and the extratropical zonal-mean circulation. *J. Climate*, **19**, 276–287, doi:10.1175/JCLI3617.1.

Laidre, K. L., and Coauthors, 2015: Arctic marine mammal population status, sea ice habitat loss, and conservation recommendations for the 21st century. *Conserv. Biol.*, **29**, 724–737, doi:10.1111/cobi.12474.

Landschützer, P., and Coauthors, 2015: The reinvigoration of the Southern Ocean carbon sink. *Science*, **349**, 1221–1224, doi:10.1126/science.aab2620.

Landsea, C. W., and J. L. Franklin, 2013: Atlantic Hurricane Database Uncertainty and Presentation of a New Database Format. *Mon. Wea. Rev.*, **141**, 3576–3592

Lau, W. K.-M., and D. E. Waliser, 2012: Intraseasonal Variability in the Atmosphere-Ocean Climate System. Springer, 642 pp.

Laxon, S. W., and Coauthors, 2013: CryoSat estimates of Arctic sea ice thickness and volume. *Geophys. Res. Lett.*, **40**, 732–737, doi:10.1002/grl.50193.

Laybourn-Parry, J., M. R. James, D. M. McKnight, J. Priscu, S. A. Spaulding, and R. Shiel, 1997: The microbial plankton of Lake Fryxell, southern Victoria Land, Antarctica during the summers of 1992 and 1994. *Polar Biol.*, **17**, 54–61, doi:10.1007/s003000050104.

Le Quéré, C., and Coauthors, 2007: Saturation of the Southern Ocean CO$_2$ sink due to recent climate change. *Science*, **316**, 1735–1738, doi:10.1126/science.1136188.

——, and Coauthors, 2015: Global carbon budget 2015. *Earth Syst. Sci. Data*, **7**, 349–396, doi:10.5194/essd-7-349-2015.

Le Vine, D. M., E. P. Dinnat, G. S. E. Lagerloef, P. de Matthaeis, S. Abraham, C. Utku, and H. Kao, 2014: Aquarius: Status and recent results. *Radio Sci.*, **49**, 709–720, doi:10.1002/2014RS005505.

Lee, H.-T., 2014: Climate Algorithm Theoretical Basis Document (C-ATBD): Outgoing Longwave Radiation (OLR)–Daily. NOAA's Climate Data Record (CDR) Program, CDRP-ATBD-0526, 46 pp. [Available online at http://www1.ncdc.noaa.gov/pub/data/sds/cdr/CDRs/Outgoing%20Longwave%20Radiation%20-%20Daily/AlgorithmDescription.pdf.]

——, and Coauthors, 2011: NOAA climate data record (CDR) of monthly outgoing longwave radiation (OLR), version 2.2-1 (dates Feb 2000–Dec 2015). NOAA National Climatic Data Center, data accessed 5 Feb 2015, doi:10.7289/V5222RQP.

Lenaerts, J. T. M., and M. R. van den Broeke, 2012: Modeling drifting snow in Antarctica with a regional climate model: 2. Results. *J. Geophys. Res.*, **117**, D05109, doi:10.1029/2010JD015419.

Lentini, C., G. J. Goni, and D. Olson, 2006: Investigation of Brazil Current rings in the confluence region. *J. Geophys. Res.*, **111**, C06013, doi:10.1029/2005JC002988.

Leung, F.-Y. T., J. A. Logan, R. Park, E. Hyer, E. Kasischke, D. Streets, and L. Yurganov, 2007: Impacts of enhanced biomass burning in the boreal forests in 1998 on tropospheric chemistry and the sensitivity of model results to the injection height of emissions. *J. Geophys. Res.*, **112**, D10313, doi:10.1029/2006JD008132.

Levelt, P. F., and Coauthors, 2006: The Ozone Monitoring Instrument. *IEEE Trans. Geosci. Remote Sens.*, **44** (5), 1093–1101, doi:10.1109/TGRS.2006.872333.

Levitus, S., and Coauthors, 2012: World Ocean heat content and thermosteric sea level change (0–2000 m), 1955–2010. *Geophys. Res. Lett.*, **39**, L10603, doi:10.1029/2012GL051106.

Li, R., and Coauthors, 2012: Temporal and spatial variations of the active layer along the Qinghai-Tibet Highway in a permafrost region. *Chin. Sci. Bull.*, **57**, 4609–4616, doi:10.1007/s11434-012-5323-8.

Lin, H., G. Brunet, and J. Derome, 2009: An observed connection between the North Atlantic Oscillation and the Madden–Julian oscillation. *J. Climate*, **22**, 364–380, doi:10.1175/2008JCLI2515.1.

Lin, I.-I., C.-C. Wu, I.-F. Pun, and D.-S. Ko, 2008: Upper-ocean thermal structure and the western North Pacific category 5 typhoons. Part I: Ocean features and the category 5 typhoons' intensification. *Mon. Wea. Rev.*, **136**, 3288–3306, doi:10.1175/2008MWR2277.1.

——, and Coauthors, 2013: An ocean coupling potential intensity index for tropical cyclones. *Geophys. Res. Lett.*, **40**, 1878–1882, doi:10.1002/grl.50091.

——, I.-F. Pun, and C.-C. Lien, 2014: "Category-6" supertyphoon Haiyan in global warming hiatus: Contribution from subsurface ocean warming. *Geophys. Res. Lett.*, **41**, 8547–8553, doi:10.1002/2014GL061281.

Lin, M., L. W. Horowitz, S. J. Oltmans, A. M. Fiore, and S. Fan, 2014: Tropospheric ozone trends at Mauna Loa Observatory tied to decadal climate variability. *Nat. Geosci.*, **7**, 136–143, doi:10.1038/ngeo2066.

Liu, H., L. Wang, and K. Jezek, 2005: Wavelet-based edge detection approach to derivation of snow-melt onset, end and duration from satellite passive microwave measurements. *Int. J. Remote Sens.*, **26**, 4639–4660, doi:10.1080/01431160500213342.

——, ——, and ——, 2006: Spatiotemporal variations of snowmelt in Antarctica derived from satellite scanning multichannel microwave radiometer and Special Sensor Microwave Imager data (1978–2004). *J. Geophys. Res.*, **111**, F01003, doi:10.1029/2005JF000318.

Liu, Y. Y., W. A. Dorigo, R. M. Parinussa, R. A. M. De Jeu, W. Wagner, M. F. McCabe, J. P. Evans, and A. I. J. M. Van Dijk, 2012: Trend-preserving blending of passive and active microwave soil moisture retrievals. *Remote Sens. Environ.*, **123**, 280–297, doi:10.1016/j.rse.2012.03.014.

Locarnini, R. A., and Coauthors, 2013: *Temperature.* Vol. 1, *World Ocean Atlas 2013*, NOAA Atlas NESDIS 73, 40 pp. [Available online at https://www.nodc.noaa.gov/OC5/woa13/.]

Loeb, N. G., B. A. Wielicki, D. R. Doelling, G. L. Smith, D. F. Keyes, S. Kato, N. Manalo-Smith, and T. Wong, 2009: Toward optimal closure of the Earth's top-of-atmosphere radiation budget. *J. Climate*, **22**, 748–766, doi:10.1175/2008JCLI2637.1.

——, S. Kato, W. Su, T. Wong, F. Rose, D. R. Doelling, and J. Norris, 2012: Advances in understanding top-of-atmosphere radiation variability from satellite observations. *Surv. Geophys.*, **33**, 359–385.

Loew, A., T. Stacke, W. Dorigo, R. de Jeu, and S. Hagemann, 2013: Potential and limitations of multidecadal satellite soil moisture observations for selected climate model evaluation studies. *Hydrol. Earth Syst. Sci.*, **17**, 3523–3542, doi:10.5194/hess-17-3523-2013.

Long, C. S., and J. R. Christy, 2015: [Global Climate] Lower stratospheric temperature [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S14–S15.

Lozier, M. S., A. C. Dave, J. B. Palter, L. M. Gerber, and R. T. Barber, 2011: On the relationship between stratification and primary productivity in the North Atlantic. *Geophys. Res. Lett.*, **38**, LI8609, doi:10.1029/2011GL049414.

Lumpkin, R., and S. Garzoli, 2010: Interannual to decadal changes in the western South Atlantic's surface circulation. *J. Geophys. Res.*, **116**, C01014, doi:10.1029/2010JC006285.

——, G. Goni, and K. Dohan, 2011: Surface currents [in "State of the Climate in 2010"]. *Bull. Amer. Meteor. Soc.*, **92** (6), S92–S95.

——, ——, and ——, 2014: Surface currents [in "State of the Climate in 2013"]. *Bull. Amer. Meteor. Soc.*, **95** (7), S65–S67.

Luo, J.-J., 2013: [Tropics] Indian Ocean dipole [in "State of the Climate in 2012"]. *Bull. Amer. Meteor. Soc.*, **94**, S105–S108.

——, R. Zhang, S. K. Behera, Y. Masumoto, F.-F. Jin, R. Lukas, and T. Yamagata, 2010: Interaction between El Niño and extreme Indian Ocean dipole. *J. Climate*, **23**, 726–742, doi:10.1175/2009JCLI3104.1.

——, W. Sasaki, and Y. Masumoto, 2012: Indian Ocean warming modulates Pacific climate change. *Proc. Natl. Acad. Sci. USA*, **109**, 18701–18706, doi:10.1073/pnas.1210239109.

Luthcke, S. B., T. J. Sabaka, B. D. Loomis, A. A. Arendt, J. J. McCarthy, and J. Camp, 2013: Antarctica, Greenland and Gulf of Alaska land-ice evolution from an iterated GRACE global mascon solution. *J. Glaciol.*, **59**, 613–631, doi:10.3189/2013JoG12J147.

Lyman, J. M., and G. C. Johnson, 2014: Estimating global ocean heat content changes in the upper 1800 m since 1950 and the influence of climatology choice. *J. Climate*, **27**, 1945–1957, doi:10.1175/JCLI-D-12-00752.1.

Madden, R., and P. Julian, 1971: Detection of a 40–50 day oscillation in the zonal wind in the tropical Pacific. *J. Atmos. Sci.*, **28**, 702–708, doi:10.1175/1520-0469(1971)028<0702:DOADOI>2.0.CO;2.

——, and ——, 1972: Description of global-scale circulation cells in the tropics with a 40–50 day period. *J. Atmos. Sci.*, **29**, 1109–1123, doi:10.1175/1520-0469(1972)029<1109:DOGSCC>2.0.CO;2.

——, and ——, 1994: Observations of the 40–50-day tropical oscillation: A review. *Mon. Wea. Rev.*, **122**, 814–837, doi:10.1175/1520-0493(1994)122<0814:OOTDTO>2.0.CO;2.

Mainelli, M., M. DeMaria, L. Shay, and G. Goni, 2008: Application of oceanic heat content estimation to operational forecasting of recent Atlantic category 5 hurricanes. *Wea. Forecasting*, **23**, 3–16, doi:10.1175/2007WAF2006111.1.

Makshtas, A. P., I. I. Bolshakova, R. M. Gun, O. L. Jukova, N. E. Ivanov, and S. V. Shutilin, 2011: Climate of the Hydrometeorological Observatory Tiksi region (in Russian). *Meteorological and Geophysical Investigations*, Paulsen, 49–74.

Maloney, E. D., and D. L. Hartmann, 2001: The Madden–Julian oscillation, barotropic dynamics, and North Pacific tropical cyclone formation. Part I: Observations. *J. Atmos. Sci.*, **58**, 2545–2558, doi:10.1175/1520-0469(2001)058<2545:TMJOBD>2.0.CO;2.

Manney, G. L., and Coauthors, 2011: Unprecedented Arctic ozone loss in 2011. *Nature*, **478**, 469–475, doi:10.1038/nature10556.

——, and Coauthors, 2015: A minor sudden stratospheric warming with a major impact: Transport and polar processing in the 2014/2015 Arctic winter. *Geophys. Res. Lett.*, **42**, 7808–7816, doi:10.1002/2015GL065864.

Mantua, N. J., S. R. Hare, Y. Zhang, J. M. Wallace, and R. C. Francis, 1997: A Pacific interdecadal climate oscillation with impacts on salmon production. *Bull. Amer. Meteor. Soc.*, **78**, 1069–1079, doi:10.1175/1520-0477(1997)078<1069:APICOW>2.0.CO;2.

Marengo, J. A., L. M. Alves, W. R. Soares, D. A. Rodriguez, H. Camargo, M. Paredes Riveros, and A. Diaz Pabló, 2013: Two contrasting seasonal extremes in tropical South America in 2012: Flood in Amazonia and drought in northeast Brazil. *J. Climate*, **26**, 9137–9154, doi:10.1175/JCLI-D-12-00642.1.

Marlier, M. E., and Coauthors, 2013: El Niño and health risks from landscape fire emissions in Southeast Asia. *Nat. Climate Change*, **3**, 131–136, doi:10.1038/nclimate1658.

Marshall, G. J., 2003: Trends in the southern annular mode from observations and reanalyses. *J. Climate*, **16**, 4134–4143, doi:10.1175/1520-0442(2003)016<4134:TITSAM>2.0.CO;2.

Martin, R. V., B. Sauvage, I. Folkins, C. E. Sioris, C. Boone, P. Bernath, and J. Ziemke, 2007: Space-based constraints on the production of nitric oxide by lightning. *J. Geophys. Res.*, **112**, D09309, doi:10.1029/2006JD007831.

Marzeion, B., A. H. Jarosch, and M. Hofer, 2012: Past and future sea-level change from the surface mass balance of glaciers. *Cryosphere*, **6**, 1295–1322, doi:10.5194/tc-6-1295-2012.

Maslanik, J., and J. Stroeve, 1999 (updated daily): Near-Real-Time DMSP SSM/I-SSMIS Daily Polar Gridded Sea Ice Concentrations [data from 1 Jan 2015 to 15 Feb 2016]. National Snow and Ice Data Center, data accessed 2016. [Available online at http://nsidc.org/data/docs/daac/nsidc0081_ssmi_nrt_seaice.gd.html.]

Maslanik, J., J. Stroeve, C. Fowler, and W. Emery, 2011: Distribution and trends in Arctic sea ice age through spring 2011. *Geophys. Res. Lett.*, **38**, L13502, doi:10.1029/2011GL047735.

Massom, R. A., and Coauthors, 2006: Extreme anomalous atmospheric circulation in the West Antarctic Peninsula region in austral spring and summer 2001/02, and its profound impact on sea ice and biota. *J. Climate*, **19**, 3544–3571, doi:10.1175/JCLI3805.1.

Matear, R. J., and B. I. McNeil, 2003: Decadal accumulation of anthropogenic $CO_2$ in the Southern Ocean: A comparison of CFC-age derived estimates to multiple-linear regression estimates. *Global Biogeochem. Cycles*, **17**, 1113, doi:10.1029/2003GB002089.

Mayer, M., K. E. Trenberth, L. Haimberger, and J. T. Fasullo, 2013: The response of tropical atmospheric energy budgets to ENSO. *J. Climate*, **26**, 4710–4724, doi:10.1175/JCLI-D-12-00681.1.

——, L. Haimberger, and M. A. Balmaseda, 2014: On the energy exchange between tropical ocean basins related to ENSO. *J. Climate*, **27**, 6393–6403, doi:10.1175/JCLI-D-14-00123.1.

McCabe, M. F., A. Ershadi, C. Jiménez, D. G. Miralles, D. Michel, and E. F. Wood, 2016: The GEWEX LandFlux project: Evaluation of model evaporation using tower-based and globally gridded forcing data. *Geosci. Model Dev.*, **9**, 283–305, doi:10.5194/gmd-9-283-2016.

McCarthy, G. D., I. D. Haigh, J. J.-M. Hirschi, J. P. Grist, and D. A. Smeed, 2015: Ocean impact on decadal Atlantic climate variability revealed by sea-level observations. *Nature*, **521**, 508–510, doi:10.1038/nature14491.

McClain, C. R., 2009: A decade of satellite ocean color observations. *Annu. Rev. Mar. Sci.*, **1**, 19–42, doi:10.1146/annurev.marine.010908.163650.

McClelland, J. W., S. J. Déry, B. J. Peterson, R. M. Holmes, and E. F. Wood, 2006: A pan-Arctic evaluation of changes in river discharge during the latter half of the 20th century. *Geophys. Res. Lett.* **33**, L06715, doi:10.1029/2006GL025753.

——, R. M. Holmes, K. H. Dunton, and R. Macdonald, 2012: The Arctic Ocean estuary. *Estuaries Coasts*, **35**, 353–368, doi:10.1007/s12237-010-9357-3.

McKee, T. B, N. J. Doesken, and J. Kleist, 1993: The relationship of drought frequency and duration to time scales. *Eighth Conf. on Applied Climatology*, Anaheim, CA. Amer. Meteor. Soc., 179–184.

——, ——, and ——, 1995: Drought monitoring with multiple time scales. *Ninth Conf. on Applied Climatology*, Dallas, TX, Amer. Meteor. Soc., 233–236.

McKnight, D. M., A. Alger, C. M. Tate, G. Shupe, and S. A. Spaulding, 1998: Longitudinal patterns in algal abundance and species distribution in meltwater streams in Taylor Valley, southern Victoria Land, Antarctica. *Ecosystem Dynamics in a Polar Desert: The McMurdo Dry Valleys, Antarctica*. J. C. Priscu, Ed., Antarctic Research Series, Vol. 72, Amer. Geophys. Union, 109–127.

——, D. K. Niyogi, A. S. Alger, A. Bomblies, P. A. Conovitz, and C. M. Tate, 1999: Dry valley streams in Antarctica: Ecosystems waiting for water. *BioScience*, **49**, 985–995, doi:10.2307/1313732.

McPeters, R. D., P. K. Bhartia, D. Haffner, G. J. Labow, and L. Flynn, 2013: The version 8.6 SBUV ozone data record: An overview. *J. Geophys. Res. Atmos.*, **118**, 8032–8039, doi:10.1002/jgrd.50597.

McTaggart-Cowan, R., L. F. Bosart, C. A. Davis, E. H. Atallah, J. R. Gyakum, and K. A. Emanuel, 2006: Analysis of Hurricane Catarina. *Mon. Wea. Rev.*, **134**, 3029–3053, doi:10.1175/MWR3330.1.

McVicar, T. R., and C. Körner, 2013: On the use of elevation, altitude, and height in the ecological and climatological literature. *Oecologia*, **171**, 335–337, doi:10.1007/s00442-012-2416-7.

——, T. G. van Niel, L. T. Li, M. L. Roderick, D. P. Rayner, L. Ricciardulli, and R. J. Donohue, 2008: Wind speed climatology and trends for Australia, 1975–2006: Capturing the stilling phenomenon and comparison with near-surface reanalysis output. *Geophys. Res. Lett.*, **35**, L20403, doi:10.1029/2008GL035627.

——, and Coauthors, 2012: Global review and synthesis of trends in observed terrestrial near-surface wind speeds: Implications for evaporation. *J. Hydrol.*, **416-417**, 182–205, doi:10.1016/j.jhydrol.2011.10.024.

Mears, C. A., and F. J. Wentz, 2009: Construction of the RSS V3.2 lower-tropospheric temperature records from the MSU and AMSU microwave sounders. *J. Atmos. Oceanic Technol.*, **26**, 1492–1509, doi:10.1175/2009JTECHA1237.1.

——, and ——, 2016: Sensitivity of satellite-derived tropospheric temperature trends to the diurnal cycle adjustment. *J. Climate*, **29**, 3629–3646, doi:10.1175/JCLI-D-15-0744.1.

Meehl, G. A., A. Hu, J. M. Arblaster, J. Fasullo, and K. E. Trenberth, 2013: Externally forced and internally generated decadal climate variability associated with the interdecadal Pacific Oscillation. *J. Climate*, **26**, 7298–7310, doi:10.1175/JCLI-D-12-00548.1.

Menemenlis, D., P. Heimbach, C. Hill, T. Lee, A. Nguyen, M. Schodlok, and H. Zhang, 2008: ECCO2: High-resolution global ocean and sea ice data synthesis. *Mercator Ocean Quarterly Newsletter*, Vol. 31, Mercator Ocean, Agne, France, 13–21.

Menne, M. J., I. Durre, R. S. Vose, B. E. Gleason, and T. G. Houston, 2012: An overview of the Global Historical Climatology Network-daily database. *J. Atmos. Oceanic Technol.*, **29**, 897–910, doi:10.1175/JTECH-D-11-00103.1.

Menzel, W. P., R. A. Frey, E. E. Borbas, N. Bearson, B. Baum, R. Chen, and C. Cao, 2014: Recalibrating HIRS sensors to produce a 30 year record of radiance measurements. *Proc. EUMETSAT Meteorological Satellite Conf.*, Geneva, Switzerland, EUMETSAT.

Meredith, M. P., L. Jullion, P. J. Brown, A. C. Naveira-Garabato, and M. P. Couldrey, 2014: Dense waters of the Weddell and Scotia Seas: Recent changes in properties and circulation. *Philos. Trans. Roy. Soc. London*, **372A**, 20130041, doi:10.1098/rsta.2013.0041.

Merrifield, M. A., P. R. Thompson, and M. Lander, 2012: Multidecadal sea level anomalies and trends in the western tropical Pacific. *Geophys. Res. Lett.*, **39**, L13602, doi:10.1029/2012GL052032.

Michel, D., and Coauthors, 2016: The WACMOS-ET project—Part 1: Tower-scale evaluation of four remote sensing-based evapotranspiration algorithms. *Hydrol. Earth Syst. Sci.*, **20**, 803–822, doi:10.5194/hess-20-803-2016.

Miller, B. R., and Coauthors, 2010: HFC-23 ($CHF_3$) emission trend response to HCFC-22 ($CHClF_2$) production and recent HFC-23 emission abatement measures. *Atmos. Chem. Phys.*, **10**, 7875–7890, doi:10.5194/acp-10-7875-2010.

Minnis, P., and Coauthors, 2008: Cloud detection in nonpolar regions for CERES using TRMM VIRS and Terra and Aqua MODIS data. *IEEE Trans. Geosci. Remote Sens.*, **46**, 3857–3884, doi:10.1109/TGRS.2008.2001351.

——, and Coauthors, 2015: Long-term cloud property datasets from MODIS and AVHRR using the CERES cloud algorithm. *Proc. 2015 EUMETSAT Meteorological Satellite Conf.*, Toulouse, France, EUMETSAT.

Miralles, D. G., T. R. H. Holmes, R. A. M. De Jeu, J. H. Gash, A. G. C. A. Meesters, and A. J. Dolman, 2011: Global land-surface evaporation estimated from satellite-based observations. *Hydrol. Earth Syst. Sci.*, **15**, 453–469, doi:10.5194/hess-15-453-2011.

——, and Coauthors, 2014a: El Niño–La Niña cycle and recent trends in continental evaporation. *Nat. Climate Change*, **4**, 122–126, doi:10.1038/nclimate2068.

——, and Coauthors, 2014b: El Niño–La Niña cycle and recent trends in continental evaporation. *Nat. Clim. Change*, **4**, 122–126, doi:10.1038/nclimate2068.

——, and Coauthors, 2014c: El Niño–La Niña cycle and recent trends in continental evaporation. *Nature Climate Change*, **4**, 122–126.

——, and Coauthors, 2016: The WACMOS-ET project—Part 2: Evaluation of global terrestrial evaporation data sets. *Hydrol. Earth Syst. Sci.*, **20**, 823–842, doi:10.5194/hess-20-823-2016.

Mo, K. C., 2000: The association between intraseasonal oscillations and tropical storms in the Atlantic basin. *Mon. Wea. Rev.*, **128**, 4097–4107, doi:10.1175/1520-0493(2000)129<4097:TABIOA>2.0.CO;2.

——, and M. Ghil, 1987: Statistics and dynamics of persistent anomalies. *J. Atmos. Sci.*, **44**, 877–902, doi:10.1175/1520-0469(1987)044<0877:SADOPA>2.0.CO;2.

——, and V. E. Kousky, 1993: Further analysis of the relationship between circulation anomaly patterns and tropical convection. *J. Geophys. Res.*, **98** (D3), 5103–5113, doi:10.1029/92JD02952.

Montes-Hugo, M., S. C. Doney, H. W. Ducklow, W. Fraser, D. Martinson, S. E. Stammerjohn, and O. Schofield, 2009: Recent changes in phytoplankton communities associated with rapid regional climate change along the Western Antarctic Peninsula. *Science*, **323**, 1470–1473, doi:10.1126/science.1164533.

Montzka, S. A., and Coauthors, 2015: Recent trends in global emissions of hydrochlorofluorocarbons and hydrofluorocarbons: Reflecting on the 2007 adjustments to the Montreal Protocol. *J. Phys. Chem.*, **119A**, 4439–4449, doi:10.1021/jp5097376.

Morice, C. P., J. J. Kennedy, N. A. Rayner, and P. D. Jones, 2012: Quantifying uncertainties in global and regional temperature change using an ensemble of observational estimates: The HadCRUT4 dataset. *J. Geophys. Res.*, **117**, D08101, doi:10.1029/2011JD017187.

Moscatello, A., M. M. Miglietta, and R. Rotunno, 2008: Numerical analysis of a Mediterranean "hurricane" over southeastern Italy. *Mon. Wea. Rev.*, **136**, 4373–4397, doi:10.1175/2008MWR2512.1.

Mote, T. L., 2007: Greenland surface melt trends 1973–2007: Evidence of a large increase in 2007. *Geophys. Res. Lett.*, **34**, L22507, doi:10.1029/2007GL031976.

Mu, Q., F. A. Heinsch, M. Zhao, and S. W. Running, 2007: Development of a global evapotranspiration algorithm based on MODIS and global meteorology data. *Remote Sens. Environ.*, **111**, 519–536, doi:10.1016/j.rse.2007.04.015.

Mueller, B. and Coauthors, 2013: Benchmark products for land evapotranspiration: LandFlux-EVAL multi-dataset synthesis. *Hydrol. Earth Syst. Sci.*, **17**, 3707–3720, doi:10.5194/hess-17-3707-2013.

Mueter, F. J., and M. A. Litzow, 2008: Sea ice retreat alters the biogeography of the Bering Sea continental shelf. *Ecol. Appl.*, **18**, 309–320, doi:10.1890/07-0564.1.

Mühle, J., and Coauthors, 2010: Perfluorocarbons in the global atmosphere: Tetrafluoromethane, hexafluoroethane, and octafluoropropane. *Atmos. Chem. Phys.*, **10**, 5145–5164, doi:10.5194/acp-10-5145-2010.

Mullan, A. B., 2014: Intertropical convergence zones. *Bull. Amer. Meteor. Soc.*, **95** (7), S103–S104. [in "State of the Climate in 2013"].

Müller, R., J.-U. Grooß, C. Lemmen, D. Heinze, M. Dameris, and G. Bodeker, 2008: Simple measures of ozone depletion in the polar stratosphere. *Atmos. Chem. Phys.*, **8**, 251–264, doi:10.5194/acp-8-251-2008.

Münnich, M., and J. D. Neelin, 2005: Seasonal influence of ENSO on the Atlantic ITCZ and equatorial South America. *Geophys. Res. Lett.*, **32**, L21709, doi:10.1029/2005GL023900.

Munro, D. R., N. S. Lovenduski, T. Takahashi, B. B. Stephens, T. Newberger, and C. Sweeney, 2015: Recent evidence for a strengthening $CO_2$ sink in the Southern Ocean from carbonate system measurements in the Drake Passage (2002–2015). *Geophys. Res. Lett.*, **42**, 7623–7630, doi:10.1002/2015GL065194.

Murata, A., Y. Kumamoto, S. Watanabe, and M. Fukasawa, 2007: Decadal increases of anthropogenic $CO_2$ in the South Pacific subtropical ocean along 32°S. *J. Geophys. Res.*, **112**, C05033, doi:10.1029/2005JC003405.

——, ——, K. Sasaki, S. Watanabe, and M. Fukasawa, 2008: Decadal increases of anthropogenic $CO_2$ in the subtropical South Atlantic Ocean along 30°S. *J. Geophys. Res.*, **113**, C06007, doi:10.1029/2007JC004424.

——, ——, ——, ——, and ——, 2009: Decadal increases of anthropogenic $CO_2$ along 149°E in the western North Pacific. *J. Geophys. Res.*, **114**, C04018, doi:10.1029/2008JC004920.

——, ——, ——, ——, and ——, 2010: Decadal increases in anthropogenic $CO_2$ along 20°S in the South Indian Ocean. *J. Geophys. Res.*, **115**, C12055, doi:10.1029/2010JC006250.

Murphy, B. F., and J. Ribbe, 2004: Variability of southeast Queensland rainfall and climate indices. *Int. J. Climatol.*, **24**, 703–721, doi:10.1002/joc.1018.

Murray, L. T., J. A. Logan, and D. J. Jacob, 2013: Interannual variability in tropical tropospheric ozone and OH: The role of lightning. *J. Geophys. Res. Atmos.*, **118**, 11 468–11 480, doi:10.1002/jgrd.50857.

Myhre, G., and Coauthors, 2013: Anthropogenic and natural radiative forcing. *Climate Change 2013: The Physical Science Basis*, T. F. Stocker et al., Eds., Cambridge University Press, 659–740.

Nair, P. J., and Coauthors, 2015: Subtropical and midlatitude ozone trends in the stratosphere: Implications for recovery. *J. Geophys. Res. Atmos.*, **120**, 7247–7257, doi:10.1002/2014JD022371.

Nakazawa, T., and S. Hoshino, 2009: Intercomparison of Dvorak parameters in the tropical cyclone datasets over the western North Pacific. *SOLA*, **5**, 33–36, doi:10.2151/sola.2009-009.

Nelson, N. B., and D. A. Siegel, 2013: Global distribution and dynamics of chromophoric dissolved organic matter. *Annu. Rev. Mar. Sci.*, **5**, 447–476, doi:10.1146/annurev-marine-120710-100751.

Nemani, R. R., and S. W. Running, 1989: Estimation of regional surface resistance to evapotranspiration from NDVI and thermal-IR AVHRR data. *J. Appl. Meteor.*, **28**, 276–284, doi:10.1175/1520-0450(1989)028<0276:EORSRT>2.0.CO;2.

Newman, P. A., J. S. Daniel, D. W. Waugh, and E. R. Nash, 2007: A new formulation of equivalent effective stratospheric chlorine (EESC). *Atmos. Chem. Phys.*, **7**, 4537–4552, doi:10.5194/acp-7-4537-2007.

Nghiem, S. V., D. K. Hall, T. L. Mote, M. Tedesco, M. R. Albert, K. Keegan, C. A. Shuman, N. E. DiGirolamo, and G. Neumann, 2012: The extreme melt across the Greenland ice sheet in 2012. *Geophys. Res. Lett.*, **39**, L20502, doi:10.1029/2012GL053611.

NOAA-ESRL, 2016: Multivariate ENSO Index (MEI). NOAA Earth System Research Laboratory. [Available online at http://www.esrl.noaa.gov/psd/enso/mei/.]

Nobre, C. A., J. A. Marengo, M. E. Seluchi, L. A. Cuartas, and L. M Alvess, 2016: Some characteristics and impacts of the drought and water crisis in southeastern Brazil during 2014 and 2015. *J. Water Resour. Prot.*, **8**, 252–262, doi:10.4236/jwarp.2016.82022.

Nobre, P., and J. Shukla, 1996: Variations of sea surface temperature, wind stress and rainfall over the tropical Atlantic and South America. *J. Climate*, **9**, 2464–2479, doi:10.1175/1520-0442(1996)009<2464:VOSSTW>2.0.CO;2.

Nordli, Ö., R. Przybylak, A. E. J. Ogilvie, and K. Isaksen, 2014: Long-term temperature trends and variability on Spitsbergen: the extended Svalbard Airport temperature series, 1898–2012. *Polar Res.*, **33**, 21349, doi:10.3402/polar.v33.21349.

O'Reilly, C. M., and Coauthors, 2015: Rapid and highly variable warming of lake surface waters around the globe. *Geophys. Res. Lett.*, **42**, 10 771–10 781, doi:10.1002/2015GL066235.

Olsen, A., and Coauthors, 2006: Magnitude and origin of the anthropogenic $CO_2$ increase and $^{13}C$ Suess effect in the Nordic seas since 1981. *Global Biogeochem. Cycles*, **20**, GB3027, doi:10.1029/2005GB002669.

Onogi, K., and Coauthors, 2007: The JRA-25 Reanalysis. *J. Meteor. Soc. Japan*, **85**, 369–432, doi:10.2151/jmsj.85.369.

Orsi, A., T. Whitworth III, and W. Nowlin Jr., 1995: On the meridional extent and fronts of the Antarctic Circumpolar Current. *Deep-Sea Res. II*, **42**, 641–673, doi:10.1016/0967-0637(95)00021-W.

Ostrovsky, I., A. Rimmer, Y. Z. Yacobi, A. Nishri, A. Sukenik, O. Hadas, and T. Zohary, 2013: Long-term changes in the Lake Kinneret ecosystem: The effects of climate change and anthropogenic factors. *Climatic Change and Global Warming of Inland Waters: Impacts and Mitigation for Ecosystems and Societies*, C. R. Goldman, M. Kumagai, and R. D. Robarts, Eds., Wiley, 271–293.

Otto, F. E. L., and Coauthors, 2015: Factors other than climate change, main drivers of 2014/15 water shortage in southeast Brazil [in "Explaining Extreme Events from a Climate Perspective"]. *Bull. Amer. Meteor. Soc.*, **96** (12), S35–S40, doi:10.1175/BAMS-D-15-00120.1.

Oudrari, H., J. McIntire, X. Xiong, J. Butler, S. Lee, N. Lei, T. Schwarting, and J. Sun, 2015: Prelaunch radiometric characterization and calibration of the S-NPP VIIRS Sensor. *IEEE Trans. Geosci. Remote Sens.*, **53**, 2195–2210, doi:10.1109/TGRS.2014.2357678.

Overeem, I., and J. P. M. Syvitski, 2010: Shifting discharge peaks in Arctic rivers, 1977–2007. *Geogr. Ann.*, **92A**, 285–296, doi:10.1111/j.1468-0459.2010.00395.x.

Overland, J., E. Hanna, I. Hanssen-Bauer, S.-J. Kim, J. Walsh, M. Wang, and U. S. Bhatt, 2015: Air temperature [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S128–S129.

Overland, J. E., 2009: The case for global warming in the Arctic. *Influence of Climate Change on the Changing Arctic and Sub-Arctic Conditions*, J. C. J. Nihoul and A. G. Kostianoy, Eds., Springer, 13–23.

——, K. R. Wood, and M. Wang, 2011: Warm Arctic–cold continents: Impacts of the newly open Arctic Sea. *Polar Res.*, **30**, 15787, doi:10.3402/polar.v30i0.15787.

Palmer, M. D., K. Haines, S. F. B. Tett, and T. J. Ansell, 2007: Isolating the signal of ocean global warming. *Geophys. Res. Lett.*, **34**, L23610, doi:10.1029/2007GL031712.

Palmer, W. C., 1965: Meteorological drought. Weather Bureau Research Paper 45, U.S. Department of Commerce, 58 pp.

Panda, D. K., and J. Wahr, 2016: Spatiotemporal evolution of water storage changes in India from the updated GRACE-derived gravity records. *Water Resour. Res.*, **52**, 135–149, doi:10.1002/2015WR017797.

Pantillon, F. P., J. P. Chaboureau, P. J. Mascart, and C. Lac, 2013: Predictability of a Mediterranean tropical-like storm downstream of the extratropical transition of Hurricane Helene (2006). *Mon. Wea. Rev.*, **141**, 1943–1962, doi:10.1175/MWR-D-12-00164.1.

Parinussa, R. M., R. De Jeu, W. Wagner, W. Dorigo, F. Fang, W. Teng, and Y. Y. Liu, 2013: [Global Climate] Soil moisture [in "State of the Climate in 2012"]. *Bull. Amer. Meteor. Soc.*, **94**, S24–S25.

Park, G.-H., and Coauthors, 2010: Variability of global net sea–air $CO_2$ fluxes over the last three decades using empirical relationships. *Tellus*, **62B**, 352–368, doi:10.1111/j.1600-0889.2010.00498.x.

Park, S., and Coauthors, 2012: Trends and seasonal cycles in the isotopic composition of nitrous oxide since 1940. *Nat. Geosci.*, **5**, 261–265, doi:10.1038/ngeo1421.

Parker, D. E., T. P. Legg, and C. K. Folland, 1992: A new daily central England temperature series, 1772–1991. *Int. J. Climatol.*, **12**, 317–342, doi:10.1002/joc.3370120402.

Parrish, D. D., and Coauthors, 2014: Long-term changes in lower tropospheric baseline ozone concentrations: Comparing chemistry-climate models and observations at northern midlatitudes. *J. Geophys. Res. Atmos.*, **119**, 5719–5736, doi:10.1002/2013JD021435.

Paulik, C., W. Dorigo, W. Wagner, and R. Kidd, 2014: Validation of the ASCAT Soil Water Index using in situ data from the International Soil Moisture Network. *Int. J. Appl. Earth Obs. Geoinfo.*, **30**, 1–8, doi:10.1016/j.jag.2014.01.007.

Pawson, S., and Coauthors, 2014: Update on global ozone: Past, present, and future. *Scientific Assessment of Ozone Depletion: 2014*, Global Ozone Research and Monitoring Project Rep. 55, World Meteorological Organization, 2.1–2.66. [Available online at http://www.esrl.noaa.gov/csd/assessments/ozone/2014/chapters/2014OzoneAssessment.pdf.]

Pelto, M., 2010: Forecasting temperate alpine glacier survival from accumulation zone observations. *Cryosphere*, **4**, 67–75, doi:10.5194/tc-4-67-2010.

Peng, T.-H., and R. Wanninkhof, 2010: Increase in anthropogenic $CO_2$ in the Atlantic Ocean in the last two decades. *Deep-Sea Res. I*, **57**, 755–770, doi:10.1016/j.dsr.2010.03.008.

——, ——, J. L. Bullister, R. A. Feely, and T. Takahashi, 1998: Quantification of decadal anthropogenic $CO_2$ uptake in the ocean based on dissolved inorganic carbon measurements. *Nature*, **396**, 560–563, doi:10.1038/25103.

——, ——, and R. A. Feely, 2003: Increase of anthropogenic $CO_2$ in the Pacific Ocean over the last two decades. *Deep-Sea Res. II*, **50**, 3065–3082, doi:10.1016/j.dsr2.2003.09.001.

Perez, R. C., and Coauthors, 2015: Measuring the Atlantic meridional overturning circulation. *Mar. Technol. Soc. J.*, **49**, 167–177, doi:10.4031/MTSJ.49.2.14.

PERMOS, 2013: Permafrost in Switzerland 2008/2009 and 2009/2010. Glaciological Report (Permafrost) No. 10/11 of the Cryospheric Commission of the Swiss Academy of Sciences, J. Noetzli, Ed., 80 pp. [Available online at http://www.permos.ch/publications.html.]

Peterson, B. J., R. M. Holmes, J. W. McClelland, C. J. Vorosmarty, R. B. Lammers, A. I. Shiklomanov, I. A. Shiklomanov, and S. Rahmstorf, 2002: Increasing river discharge to the Arctic Ocean. *Science*, **298**, 2171–2173, doi:10.1126/science.1077445.

Peterson, T. C., and R. S. Vose, 1997: An overview of the Global Historical Climatology Network temperature database. *Bull. Amer. Meteor. Soc.*, **78**, 2837–2849, doi:10.1175/1520-0477(1997)078<2837:AOOTGH>2.0.CO;2.

Petrie, R. E., L. C. Shaffrey, and R. T. Sutton, 2015: Atmospheric impact of Arctic sea ice loss in a coupled ocean–atmosphere simulation. *J. Climate*, **28**, 9606–9622, doi:10.1175/JCLI-D-15-0316.1.

Petty, A. A., P. R. Holland, and D. L. Feltham, 2014: Sea ice and the ocean mixed layer over the Antarctic shelf seas. *Cryosphere*, **8**, 761–783, doi:10.5194/tc-8-761-2014.

Pfeffer, W. T., and Coauthors, 2014: The Randolph Glacier Inventory: A globally complete inventory of glaciers. *J. Glaciol.*, **60**, 537–552, doi:10.3189/2014JoG13J176.

Pinty, B., 2012: Land surface albedo [in "State of the Climate in 2011"]. *Bull. Amer. Meteor. Soc.*, **93** (7), S52–S53.

——, and Coauthors, 2011a: Exploiting the MODIS albedos with the Two-stream Inversion Package (JRC-TIP): 1. Effective leaf area index, vegetation, and soil properties, *J. Geophys. Res.*, **116**, D09105, doi:10.1029/2010JD015372.

——, I. Andredakis, M. Clerici, T. Kaminski, M. Taberner, M. M. Verstraete, N. Gobron, and J.-L. Widlowski, 2011b: Fractions of transmitted and absorbed fluxes in the Vegetation and Soil layers. *J. Geophys. Res.*, **116**, D09106, doi:10.1029/2010JD015373.

Pithan, F., and T. Mauritsen, 2014: Arctic amplification dominated by temperature feedbacks in contemporary climate models. *Nat. Geosci.*, **7**, 181–184, doi:10.1038/ngeo2071.

Pitts, M. C., L. R. Poole, and L. W. Thomason, 2009: CALIPSO polar stratospheric cloud observations: Second-generation detection algorithm and composition discrimination. *Atmos. Chem. Phys.*, **9**, 7577–7589, doi:10.5194/acp-9-7577-2009.

Po-Chedley, S., T. J. Thorsen, and Q. Fu, 2015: Removing diurnal cycle contamination in satellite-derived tropospheric temperatures: Understanding tropical tropospheric trend discrepancies. *J. Climate*, **28**, 2274–2290, doi:10.1175/JCLI-D-13-00767.1.

Price, J. C., 1982: Estimation of regional scale evapotranspiration through analysis of satellite thermal-infrared data. *IEEE Trans. Geosci. Remote Sens.*, **3**, 286–292, doi:10.1109/TGRS.1982.350445.

Pryor, S. C., and Coauthors, 2009: Wind speed trends over the contiguous United States. *J. Geophys. Res.*, **114**, D14105, doi:10.1029/2008JD011416.

Pun, I.-F., I.-I. Lin, and M.-H. Lo, 2013: Recent increase in high tropical cyclone heat potential area in the western North Pacific Ocean. *Geophys. Res. Lett.*, **40**, 4680–4684, doi:10.1002/grl.50548.

Purkey, S. G., and G. C. Johnson, 2010: Warming of global abyssal and deep Southern Ocean waters between the 1990s and 2000s: Contributions to global heat and sea level rise budgets. *J. Climate*, **23**, 6336–6351, doi:10.1175/2010JCLI3682.1.

——, and ——, 2012: Global contraction of Antarctic Bottom Water between the 1980s and 2000s. *J. Climate*, **25**, 5830–5844, doi:10.1175/JCLI-D-11-00612.1.

——, and ——, 2013: Antarctic Bottom Water warming and freshening: Contributions to sea level rise, ocean freshwater budgets, and global heat gain. *J. Climate*, **26**, 6105–6122, doi:10.1175/JCLI-D-12-00834.1.

Quay, P., R. Sonnerup, J. Stutsman, J. Maurer, A. Körtzinger, X. A. Padin, and C. Robinson, 2007: Anthropogenic $CO_2$ accumulation rates in the North Atlantic Ocean from changes in the $^{13}C/^{12}C$ of dissolved inorganic carbon. *Global Biogeochem. Cycles*, **21**, GB1009, doi:10.1029/2006GB002761.

Raga, G. B., B. Bracamontes-Ceballos, L. Farfán, and R. Romero-Centeno, 2013: Landfalling tropical cyclones on the Pacific coast of Mexico: 1850–2010. *Atmósfera*, **26**, 209–220, doi:10.1016/S0187-6236(13)71072-5.

Rahmstorf, S., J. E. Box, G. Feulner, M. E. Mann, A. Robinson, S. Rutherford, and E. J. Schaernicht, 2015: Exceptional twentieth-century slowdown in Atlantic Ocean overturning circulation. *Nat. Climate Change*, **5**, 475–480, doi:10.1038/nclimate2554.

Ramella-Pralungo, L. R., L. Haimberger, A. Stickler, and S. Brönnimann, 2014: A global radiosonde and tracked balloon archive on 16 pressure levels (GRASP) back to 1905. Part 1: Merging and interpolation to 00:00 and 12:00 GMT. *Earth Syst. Sci. Data*, **6**, 185–200, doi:10.5194/essd-6-185-2014.

Rand, K. M., and E. A. Logerwell, 2011: The first demersal trawl survey of benthic fish and invertebrates in the Beaufort Sea since the late 1970s. *Polar Biol.*, **34**, 475–488, doi:10.1007/s00300-010-0900-2.

Randel, W. J., and F. Wu, 1996: Isolation of the ozone QBO in SAGE II data by singular-value decomposition. *J. Atmos. Sci.*, **53**, 2546–2559, doi:10.1175/1520-0469(1996)053<2546:IOTOQI>2.0.CO;2.

Rasmusson, E. M., and T. H. Carpenter, 1982: Variations in tropical sea surface temperature and surface wind fields associated with the Southern Oscillation/El Nino. *Mon. Wea. Rev.*, **110**, 354–384, doi:10.1175/1520-0493(1982)110<0354:VITSST>2.0.CO;2.

——, and J. M. Wallace, 1983: Meteorological aspects of the El Niño/Southern Oscillation. *Science*, **222**, 1195–1202, doi:10.1126/science.222.4629.1195.

Ravishankara, A. R., J. S. Daniel, and R. W. Portmann, 2009: Nitrous oxide ($N_2O$): The dominant ozone-depleting substance emitted in the 21st century. *Science*, **326**, 123–125, doi:10.1126/science.1176985.

Rawlins, M. A., and Coauthors, 2010: Analysis of the Arctic system freshwater cycle intensification: Observations and expectations. *J. Climate*, **23**, 5715–5737, doi:10.1175/2010JCLI3421.1.

Rayner, N. A., D. E. Parker, E. B. Horton, C. K. Folland, L. V. Alexander, D. P. Rowell, E. C. Kent, and A. Kaplan, 2003: Global analyses of sea surface temperature, sea ice, and night marine air temperature since the late nineteenth century. *J. Geophys. Res.*, **108**, 4407, doi:10.1029/2002JD002670.

Reichle, R. H., and Q. Liu, 2014: Observation-corrected precipitation estimates in GEOS-5. NASA/TM–2014-104606, Vol. 35, 18 pp. [Available online at http://gmao.gsfc.nasa.gov/pubs/tm/docs/Reichle734.pdf.]

Reid, P., S. Stammerjohn, R. Massom, T. Scambos, and J. Lieser, 2015: The record 2013 Southern Hemisphere sea-ice extent maximum. *Ann. Glaciol.*, **56**, 99–106, doi:10.3189/2015AoG69A892.

Remer, L. A., and Coauthors, 2005: The MODIS aerosol algorithm, products and validation. *J. Atmos. Sci.*, **62**, 947–973, doi:10.1175/JAS3385.1.

Remy, S., and J. W. Kaiser, 2014: Daily global fire radiative power fields estimation from one or two MODIS instruments. *Atmos. Chem. Phys.*, **14**, 13 377–13 390, doi:10.5194/acp-14-13377-2014.

Renaud, P. E., J. Berge, Ø. Varpe, O. J. Lønne, J. Nahrgang, C. Ottesen, and I. Hallanger, 2012: Is the poleward expansion by Atlantic cod and haddock threatening native polar cod, *Boreogadus saida*? *Polar Biol.*, **35**, 401–412, doi:10.1007/s00300-011-1085-z.

Reynolds, R. W., N. A. Rayner, T. M. Smith, D. C. Stokes, and W. Wang, 2002: An improved in situ and satellite SST analysis for climate. *J. Climate*, **15**, 1609–1625, doi:10.1175/1520-0442(2002)015<1609:AIISAS>2.0.CO;2.

——, T. M. Smith, C. Liu, D. B. Chelton, K. S. Casey, and M. G. Schlax, 2007: Daily high-resolution-blended analyses for sea surface temperature. *J. Climate*, **20**, 5473–5496, doi:10.1175/2007JCLI1824.1.

Rhein, M., and Coauthors, 2013: Observations: Ocean. *Climate Change 2013: The Physical Science Basis*, T. F. Stocker et al., Eds., Cambridge University Press, 255–316, doi:10.1017/CBO9781107415324.010.

Riddle, E., M. Stoner, N. Johnson, M. L'Heureux, D. Collins, and S. Feldstein, 2013: The impact of the MJO on clusters of wintertime circulation anomalies over the North American region. *Climate Dyn.*, **40**, 1749–1766, doi:10.1007/s00382-012-1493-y.

Ridley, D. A., and Coauthors, 2014: Total volcanic stratospheric aerosol optical depths and implications for global climate change. *Geophys. Res. Lett.*, **41**, 7763–7769, doi:10.1002/2014GL061541.

Riffler, M., G. Lieberherr, and S. Wunderle, 2015: Lake surface water temperatures of European Alpine lakes (1989–2013) based on the Advanced Very High Resolution Radiometer (AVHRR) 1 km data set. *Earth Syst. Sci. Data*, **7**, 1–17, doi:10.5194/essd-7-1-2015.

Rignot, E., S. Jacobs, J. Mouginot, and B. Scheuchl, 2013: Ice-shelf melting around Antarctica. *Science*, **341**, 266–270, doi:10.1126/science.1235798.

Rimmer, A., G. Gal, T. Opher, Y. Lechinsky, and Y. Z. Yacobi, 2011: Mechanisms of long-term variations of the thermal structure in a warm lake. *Limnol. Oceanogr.*, **56**, 974–988, doi:10.4319/lo.2011.56.3.0974.

Riser, S. C., and Coauthors, 2016: Fifteen years of ocean observations with the global Argo array. *Nat. Climate Change*, **6**, 145–153, doi:10.1038/nclimate2872.

Rodell, M., and J. S. Famiglietti, 2001: An analysis of terrestrial water storage variations in Illinois with implications for the Gravity Recovery and Climate Experiment (GRACE). *Water Resour. Res.*, **37**, 1327–1339, doi:10.1029/2000WR900306.

——, I. Velicogna, and J. S. Famiglietti, 2009: Satellite-based estimates of groundwater depletion in India. *Nature*, **460**, 999–1002, doi:10.1038/nature08238.

Rödenbeck, C., and Coauthors, 2015: Data-based estimates of the ocean carbon sink variability—First results of the Surface Ocean $pCO_2$ Mapping Intercomparison (SOCOM). *Biogeosciences*, **12**, 7251–7278, doi:10.5194/bg-12-7251-2015.

Roderick, M. L., L. D. Rotstayn, G. D. Farquhar, and M. T. Hobbins, 2007: On the attribution of changing pan evaporation. *Geophys. Res. Lett.*, **34**, L17403, doi:10.1029/2007GL031166.

Roemmich, D., and J. Gilson, 2009: The 2004–2008 mean and annual cycle of temperature, salinity, and steric height in the global ocean from the Argo Program. *Prog. Oceanogr.*, **82**, 81–100, doi:10.1016/j.pocean.2009.03.004.

——, and ——, 2011: The global ocean imprint of ENSO. *Geophys. Res. Lett.*, **38**, L13606, doi:10.1029/2011GL047992.

——, ——, R. Davis, P. Sutton, S. Wijffels, and S. Riser, 2007: Decadal spinup of the South Pacific subtropical gyre. *J. Phys. Oceanogr.*, **37**, 162–173, doi:10.1175/JPO3004.1.

——, J. Church, J. Gilson, D. Monselesan, P. Sutton, and S. Wijffels, 2015: Unabated planetary warming and its ocean structure since 2006. *Nat. Climate Change*, **5**, 240–245, doi:10.1038/nclimate2513.

Rohde, R., and Coauthors, 2013: A new estimate of the average Earth surface land temperature spanning 1753 to 2011. *Geoinfor. Geostat. Overview*, **1** (1), doi:10.4172/2327-4581.1000101.

Romanovsky, V. E., W. L. Cable, and A. L. Kholodov, 2015: Changes in permafrost and active-layer temperatures along an Alaskan permafrost-ecological transect. *Proc. 68th Canadian Geotechnical Conf. and Seventh Canadian Conf. on Permafrost (GEOQuébec 2015)*. Québec, Canada, GEOQuébec 2015, Paper 479.

Ropelewski, C. F., and M. S. Halpert, 1987: Global and regional scale precipitation patterns associated with the El Niño/Southern Oscillation. *Mon. Wea. Rev.*, **115**, 1606–1626, doi:10.1175/1520-0493(1987)115<1606:GARSPP>2.0.CO;2.

Roundy, P. E., 2012a: The spectrum of convectively coupled Kelvin waves and the Madden–Julian oscillation in regions of low-level easterly and westerly background flow. *J. Atmos. Sci.*, **69**, 2107–2111, doi:10.1175/JAS-D-12-060.1.

——, 2012b: Observed structure of convectively coupled waves as a function of equivalent depth: Kelvin waves and the Madden–Julian oscillation. *J. Atmos. Sci.*, **69**, 2097–2106, doi:10.1175/JAS-D-12-03.1.

Ryan, S., 1997: The wind field around Mauna Loa derived from surface and balloon observations, *J. Geophys. Res.*, **102** (D9), 10 711–10 725, doi:10.1029/97JD00646.

Rydbeck, A. V., and E. D. Maloney, 2014: Energetics of east Pacific easterly waves during intraseasonal events. *J. Climate*, **27**, 7603–7621, doi:10.1175/JCLI-D-14-00211.1.

Saba, G. K., and Coauthors, 2014: Winter and spring controls of the summer marine food web in the Western Antarctic Peninsula. *Nat. Commun.*, **5**, 4318, doi:10.1038/ncomms5318.

Saba, V. S., and Coauthors, 2016: Enhanced warming of the Northwest Atlantic Ocean under climate change. *J. Geophys. Res. Oceans*, **121**, 118–132, doi:10.1002/2015JC011346.

Sabine, C. L., and T. Tanhua, 2010: Estimation of anthropogenic $CO_2$ inventories in the ocean. *Annu. Rev. Mar. Sci.*, **2**, 175–198, doi:10.1146/annurev-marine-120308-080947.

——, R. A. Feely, F. J. Millero, A. G. Dickson, C. Langdon, S. Mecking, and D. Greeley, 2008: Decadal changes in Pacific carbon. *J. Geophys. Res.*, **113**, C07021, doi:10.1029/2007JC004577.

Saha, S., and Coauthors, 2010a: The NCEP Climate Forecast System Reanalysis. *Bull. Amer. Meteor. Soc.*, **91**, 1015–1057, doi:10.1175/2010BAMS3001.1.

Saha, S., and Coauthors, 2010b: NCEP Climate Forecast System Reanalysis (CFSR) Selected Hourly Time-Series Products, January 1979 to December 2010. Research Data Archive at the National Center for Atmospheric Research, Computational and Information Systems Laboratory, data accessed January 2016 doi:10.5065/D6513W89.

Sailley, S. F., H. W. Ducklow, H. V. Moeller, W. R. Fraser, O. M. Schofield, D. K. Steinberg, L. M. Garzio, and S. C. Doney, 2013: Carbon fluxes and pelagic ecosystem dynamics near two western Antarctic Peninsula Adélie penguin colonies: An inverse model approach. *Mar. Ecol. Prog. Ser.*, **492**, 253–272, doi:10.3354/meps10534.

Sallée, J. B., K. Speer, and R. Morrow, 2008: Southern Ocean fronts and their variability to climate modes. *J. Climate*, **21**, 3020–3039, doi:10.1175/2007JCLI1702.1.

Sauvage, B., R. V. Martin, A. van Donkelaar, and J. R. Ziemke, 2007: Quantification of the factors controlling tropical tropospheric ozone and the South Atlantic maximum. *J. Geophys. Res.*, **112**, D11309, doi:10.1029/2006JD008008.

Schaaf, C. B., and Coauthors, 2002: First operational BRDF, albedo nadir reflectance products from MODIS. *Remote Sens. Environ.*, **83**, 135–148, doi:10.1016/S0034-4257(02)00091-3.

Schanze, J. J., R. W. Schmitt, and L. L. Yu, 2010: The global oceanic freshwater cycle: A state-of-the-art quantification. *J. Mar. Res.*, **68**, 569–595, doi:10.1357/002224010794657164.

Schauffler, S. M., and Coauthors, 2003: Chlorine budget and partitioning during the Stratospheric Aerosol and Gas Experiment (SAGE) III Ozone Loss and Validation Experiment (SOLVE). *J. Geophys. Res.*, **108**, 4173, doi:10.1029/2001JD002040.

Schmidt, G., 2016: 2015 temperatures. RealClimate.org. Accessed April 2016. [Available online at www.realclimate.org/index.php/archives/2016/01/2015-temperatures/.]

Schneider, U., A. Becker, P. Finger, A. Meyer-Christoffer, and M. Ziese, 2015: GPCC monitoring product: Near real-time monthly land-surface precipitation from rain-gauges based on SYNOP and CLIMAT data, doi:10.5676/DWD_GPCC/MP_M_V5_100.

Schreck, C. J., 2015: Kelvin waves and tropical cyclogenesis: A global survey. *Mon. Wea. Rev.*, **143**, 3996–4011, doi:10.1175/MWR-D-15-0111.1.

——, and J. Molinari, 2011: Tropical cyclogenesis associated with Kelvin waves and the Madden–Julian oscillation. *Mon. Wea. Rev.*, **139**, 2723–2734, doi:10.1175/MWR-D-10-05060.1.

——, ——, and A. Aiyyer, 2012: A global view of equatorial waves and tropical cyclogenesis. *Mon. Wea. Rev.*, **140**, 774–788, doi:10.1175/MWR-D-11-00110.1.

——, J. M. Cordeira, and D. Margolin, 2013: Which MJO events affect North American temperatures? *Mon. Wea. Rev.*, **141**, 3840–3850, doi:10.1175/MWR-D-13-00118.1.

——, K. R. Knapp, and J. P. Kossin, 2014: The impact of best track discrepancies on global tropical cyclone climatologies using IBTrACS. *Mon. Wea. Rev.*, **142**, 3881–3899, doi:10.1175/MWR-D-14-00021.1.

Send, U., M. Lankhorst, and T. Kanzow, 2011: Observation of decadal change in the Atlantic meridional overturning circulation using 10 years of continuous transport data. *Geophys. Res. Lett.*, **38**, L24606, doi:10.1029/2011GL049801.

Serreze, M., and R. Barry, 2011: Processes and impacts of Arctic amplification: A research synthesis. *Global Planet. Change*, **77**, 85–96, doi:10.1016/j.gloplacha.2011.03.004.

Shadwick, E. H., and Coauthors, 2013: Glacier tongue calving reduced dense water formation and enhanced carbon uptake. *Geophys. Res. Lett.*, **40**, 904–909, doi:10.1002/grl.50178.

Shay, L. K., G. J. Goni, and P. G. Black, 2000: Effects of a warm oceanic feature on Hurricane Opal. *Mon. Wea. Rev.*, **128**, 1366–1383, doi:10.1175/1520-0493(2000)128<1366:EOAWOF>2.0.CO;2.

Sheffield, J., E. F. Wood, and M. L. Roderick, 2012: Little change in global drought over the past 60 years. *Nature*, **491**, 435–438, doi:10.1038/nature11575.

Shepherd, T. G., and Coauthors, 2014: Reconciliation of halogen-induced ozone loss with the total-column ozone record. *Nat. Geosci.*, **7**, 443–449, doi:10.1038/ngeo2155.

Sherwood, S. C., and N. Nishant, 2015: Atmospheric changes through 2012 as shown by iteratively homogenised radiosonde temperature and wind data (IUKv2). *Environ. Res. Lett.*, **10**, 054007, doi:10.1088/1748-9326/10/5/054007.

Shi, L., and J. J. Bates, 2011: Three decades of intersatellite-calibrated High-Resolution Infrared Radiation Sounder upper tropospheric water vapor. *J. Geophys. Res.*, **116**, D04108, doi:10.1029/2010JD014847.

Shiklomanov, A. I., and R. B. Lammers, 2009: Record Russian river discharge in 2007 and the limits of analysis. *Environ. Res. Lett.*, **4**, 045015, doi:10.1088/1748-9326/4/4/045015.

Shiklomanov, N. I., D. A. Streletskiy, and F. E. Nelson, 2012: Northern Hemisphere component of the global Circumpolar Active Layer Monitoring (CALM) program. *Proc. 10th Int. Conf. on Permafrost*, Vol. 1, Salekhard, Russia, 377–382.

Shimada, K., S. Aoki, K. I. Ohshima, and S. R. Rintoul, 2012: Influence of Ross Sea Bottom Water changes on the warming and freshening of the Antarctic Bottom Water in the Australian-Antarctic Basin. *Ocean Sci.*, **8**, 419–432, doi:10.5194/os-8-419-2012.

Siegel, D. A., S. Maritorena, N. B. Nelson, M. J. Behrenfeld, and C. R. McClain, 2005: Colored dissolved organic matter and its influence on the satellite-based characterization of the ocean biosphere. *Geophys. Res. Lett.*, **32**, L20605, doi:10.1029/2005GL024310.

——, and Coauthors, 2013: Regional to global assessments of phytoplankton dynamics from the Sea-WiFS mission. *Remote Sens. Environ.*, **135**, 77–91, doi:10.1016/j.rse.2013.03.025.

Simmons, A. J., and P. Poli, 2014: Arctic warming in ERA-Interim and other analyses. *Quart. J. Roy. Meteor. Soc.*, **141B**, 1147–1162, doi:10.1002/qj.2422.

——, K. M. Willett, P. D. Jones, P. W. Thorne, and D. Dee, 2010: Low-frequency variations in surface atmospheric humidity, temperature and precipitation: Inferences from reanalyses and monthly gridded observational datasets. *J. Geophys. Res.*, **115**, D01110, doi:10.1029/2009JD012442.

Singh, O. P., T. M. Ali Khan, and S. Rahman, 2000: Changes in the frequency of tropical cyclones over the North Indian Ocean. *Meteor. Atmos. Phys.*, **75**, 11–20, doi:10.1007/s007030070011.

Skliris, N., R. Marsh, S. A. Josey, S. A. Good, C. Liu, and R. P. Allan, 2014: Salinity changes in the World Ocean since 1950 in relation to changing surface freshwater flux. *Climate Dyn.*, **43**, 709–736, doi:10.1007/s00382-014-2131-7.

Slade, S. A., and E. D. Maloney, 2013: An intraseasonal prediction model of Atlantic and East Pacific tropical cyclone genesis. *Mon. Wea. Rev.*, **141**, 1925–1942, doi:10.1175/MWR-D-12-00268.1.

Smeed, D. A., and Coauthors, 2014: Observed decline of the Atlantic meridional overturning circulation 2004–2012. *Ocean Sci.*, **10**, 29–38, doi:10.5194/os-10-29-2014.

——, G. D. McCarthy, D. Rayner, B. I. Moat, W. E. Johns, M. O. Baringer, and C. S. Meinen, 2015: Atlantic meridional overturning circulation observed by the RAPID-MOCHA-WBTS (RAPID-Meridional Overturning Circulation and Heatflux Array-Western Boundary Time Series) array at 26°N from 2004 to 2014. British Oceanographic Data Centre–Natural Environment Research Council, doi:10/6qb.

Smith, R. C., S. E. Stammerjohn, and K. S. Baker, 1996: Surface air temperature variations in the western Antarctic peninsula region. *Foundations for Ecological Research West of the Antarctic Peninsula*, R. M. Ross, E. E. Hofmann, and L. B. Quetin, Eds., Amer. Geophys. Union, 105–121.

Smith, S., and J. Brown, 2009: Assessment of the status of the development of the standards for the Terrestrial Essential Climate Variables (T7): Permafrost and seasonally frozen ground. Global Terrestrial Observing System Rep. 62, 24 pp. [Available online at www.fao.org/gtos/doc/ecvs/t07/t07.pdf.]

Smith, S. L., A. G. Lewkowicz, C. Duchesne, and M. Ednie, 2015: Variability and change in permafrost thermal state in northern Canada. *Proc. 68th Canadian Geotechnical Conf. and Seventh Canadian Conf. on Permafrost (GEOQuébec 2015)*. Québec. GEOQuébec 2015, Paper 237.

Smith, T. M., and R. W. Reynolds, 1998: A high-resolution global sea surface temperature climatology for the 1961–90 base period. *J. Climate*, **11**, 3320–3323, doi:10.1175/1520-0442(1998)011<3320:AHRGSS>2.0.CO;2.

——, ——, T. C. Peterson, and J. Lawrimore, 2008: Improvements to NOAA's historical merged land–ocean surface temperature analysis (1880–2006). *J. Climate*, **21**, 2283–2296, doi:10.1175/2007JCLI2100.1.

Sobel, A. H., and D. Kim, 2012: The MJO–Kelvin wave transition. *Geophys. Res. Lett.*, **39**, L20808, doi:10.1029/2012GL053380.

Solomon, S., K. H. Rosenlof, R. W. Portmann, J. S. Daniel, S. M. Davis, T. J. Sanford, and G.-K. Plattner, 2010: Contributions of stratospheric water vapor to decadal changes in the rate of global warming. *Science*, **327**, 1219–1223, doi:10.1126/science.1182488.

——, J. S. Daniel, R. R. Neely III, J.-P. Vernier, E. G. Dutton, and L. W. Thomason, 2011: The persistently variable "background" stratospheric aerosol layer and global climate change. *Science*, **333**, 866–870, doi:10.1126/science.1206027.

Song, J.-J., Y. Wang, and L. Wu, 2010: Trend discrepancies among three best track data sets of western North Pacific tropical cyclones. *J. Geophys. Res.*, **115**, D12128, doi:10.1029/2009JD013058.

Spencer, R. W., J. R. Christy, and W. D. Braswell, 2016: Version 6.0 of the UAH temperature dataset released: New LT trend = +0.11 C/decade. Accessed May 2016. [Available online at http://www.drroyspencer.com/2015/04/version-6-0-of-the-uah-temperature-dataset-released-new-lt-trend-0-11-cdecade/.]

Sprintall, J., A. L. Gordon, A. Koch-Larrouy, T. Lee, J. T. Potemra, K. Pujiana, and S. E. Wijffels, 2014: The Indonesian seas and their role in the coupled ocean–climate system. *Nat. Geosci.*, **7**, 487–492, doi:10.1038/ngeo2188.

Srokosz, M. A., and H. L. Bryden, 2015: Observing the Atlantic meridional overturning circulation yields a decade of inevitable surprises. *Science*, **348**, 1255575, doi:10.1126/science.1255575.

Srokosz, M. A., M. Baringer, H. Bryden, S. Cunningham, T. Delworth, S. Lozier, J. Marotzke, and R. Sutton, 2012: Past, present and future change in the Atlantic meridional overturning circulation. *Bull. Amer. Meteor. Soc.*, **93**, 1663–1676, doi:10.1175/BAMS-D-11-00151.1.

Stackhouse, P. W., Jr., D. P. Kratz, G. R. McGarragh, S. K. Gupta, and E. B. Geier, 2006: Fast Longwave and Shortwave Radiative Flux (FLASHFlux) products from CERES and MODIS measurements. *Proc. 12th Conf. Atmospheric Radiation,* Madison, WI, Amer. Meteor. Soc., P1.10. [Available online at https://ams.confex.com/ams/Madison2006/techprogram/paper_113479.htm.]

Stammerjohn, S., R. Massom, D. Rind, and D. Martinson, 2012: Regions of rapid sea ice change: An inter-hemispheric seasonal comparison. *Geophys. Res. Lett.*, **39**, L06501, doi:10.1029/2012GL050874.

Stammerjohn, S. E., D. G. Martinson, R. C. Smith, X. Yuan, and D. Rind, 2008: Trends in Antarctic annual sea ice retreat and advance and their relation to El Niño–Southern Oscillation and southern annular mode variability. *J. Geophys. Res.*, **113**, C03S90, doi:10.1029/2007JC004269.

Steinberg, D. K., and Coauthors, 2015: Long-term (1993–2013) changes in macrozooplankton off the Western Antarctic Peninsula. *Deep-Sea Res. I*, **101**, 54–70, doi:10.1016/j.dsr.2015.02.009.

Steinbrecht, W., U. Köhler, H. Claude, M. Weber, J. P. Burrows, and R. J. van der A, 2011: Very high ozone columns at northern mid-latitudes in 2010. *Geophys. Res. Lett.*, **38**, L06803, doi:10.1029/2010GL046634.

Strahan, S. E., A. R. Douglass, P. A. Newman, and S. D. Steenrod, 2014: Inorganic chlorine variability in the Antarctic vortex and implications for ozone recovery. *J. Geophys. Res. Atmos.*, **119**, 14 098–14 109, doi:10.1002/2014JD022295.

——, L. D. Oman, A. R. Douglass, and L. Coy, 2015: Modulation of Antarctic vortex composition by the quasi-biennial oscillation. *Geophys. Res. Lett.*, **42**, 4216–4223, doi:10.1002/2015GL063759.

Straneo, F., and P. Heimbach, 2013: North Atlantic warming and the retreat of Greenland's outlet glaciers. *Nature*, **504**, 36–43, doi:10.1038/nature12854.

Straub, K. H., and G. N. Kiladis, 2002: Observations of a convectively coupled Kelvin wave in the eastern Pacific ITCZ. *J. Atmos. Sci.*, **59**, 30–53, doi:10.1175/1520-0469(2002)059<0030:OOACCK>2.0.CO;2.

——, ——, and P. E. Ciesielski, 2006: The role of equatorial waves in the onset of the South China Sea summer monsoon and the demise of El Niño during 1998. *Dyn. Atmos. Oceans*, **42**, 216–238, doi:10.1016/j.dynatmoce.2006.02.005.

Su, Z., 2002: The Surface Energy Balance System (SEBS) for estimation of turbulent heat fluxes. *Hydrol. Earth Syst. Sci.*, **6**, 85–100, doi:10.5194/hess-6-85-2002.

Sudo, K., and M. Takahashi, 2001: Simulation of tropospheric ozone changes during 1997–1998 El Niño: Meteorological impact on tropospheric photochemistry. *Geophys. Res. Lett.*, **28**, 4091–4094, doi:10.1029/2001GL013335.

Sun, W., P. Hess, and B. Tian, 2014: The response of the equatorial tropospheric ozone to the Madden–Julian oscillation in TES satellite observations and CAM-chem model simulation. *Atmos. Chem. Phys.*, **14**, 11 775–11 790, doi:10.5194/acp-14-11775-2014.

Sutton, R. T., and B. Dong, 2012: Atlantic Ocean influence on a shift in European climate in the 1990s. *Nat. Geosci.*, **5**, 788–792, doi:10.1038/ngeo1595.

Tacconi, L., 2003: Fires in Indonesia: Causes, costs and policy implications. CIFOR Occasional Paper 38, CIFOR, Bogor, Indonesia, 24 pp.

Talley, L., and Coauthors, 2016: Changes in ocean heat, carbon content, and ventilation: A review of the first decade of GO-SHIP Global Repeat Hydrography. *Annu. Rev. Mar. Sci.*, **8**, 185–215, doi:10.1146/annurev-marine-052915-100829.

Talley, L. D., 1996: North Atlantic circulation and variability, reviewed for the CNLS conference. *Physica D*, **98**, 625–646, doi:10.1016/0167-2789(96)00123-6.

——, and M. Raymer, 1982: Eighteen degree water variability. *J. Mar. Res.*, **40**, 757–775.

——, and Coauthors, 2016: Changes in ocean heat, carbon content, and ventilation: A review of the first decade of GO-SHIP Global Repeat Hydrography. *Annu. Rev. Mar. Sci.*, **8**, 185–215, doi:10.1146/annurev-marine-052915-100829.

Tamura, T., G. D. Williams, A. D. Fraser, and K. I. Ohshima, 2012: Potential regime shift in decreased sea ice production after the Mertz Glacier calving. *Nat. Commun.*, **3**, 826, doi:10.1038/ncomms1820.

Tanhua, T., A. Körtzinger, K. Friis, D. W. Waugh, and D. W. R. Wallace, 2007: An estimate of anthropogenic $CO_2$ inventory from decadal changes in oceanic carbon content. *Proc. Natl. Acad. Sci. USA*, **104**, 3037–3042, doi:10.1073/pnas.0606574104.

Tanskanen, A., A. Arola, and J. Kujanpää, 2003: Use of the moving time-window technique to determine surface albedo from the TOMS reflectivity data. *Ultraviolet Ground- and Space-Based Measurements, Models, and Effects II*, W. Gao et al. Eds., International Society for Optical Engineering (SPIE Proceedings, Vol. 4896), 239–250.

Tapley, B. D., S. Bettadpur, J. C. Ries, P. F. Thompson, and M. M. Watkins, 2004: GRACE measurements of mass variability in the Earth system. *Science*, **305**, 503–505, doi:10.1126/science.1099192.

Taylor, R. L., and M. S. Udevitz, 2015: Demography of the Pacific walrus (*Odobenus rosmarus divergens*): 1974–2006. *Mar. Mamm. Sci.*, **31**, 231–254, doi:10.1111/mms.12156.

Tedesco, M., 2007: Snowmelt detection over the Greenland ice sheet from SSM/I brightness temperature daily variations. *Geophys. Res. Lett.*, **34**, L02504, doi:10.1029/2006GL028466.

——, 2009: Assessment and development of snowmelt retrieval algorithms over Antarctica from K-band spaceborne brightness temperature (1979–2008). *Remote Sens. Environ.*, **113**, 979–997, doi:10.1016/j.rse.2009.01.009.

——, and A. J. Monaghan, 2009: An updated Antarctic melt record through 2009 and its linkages to high-latitude and tropical climate variability. *Geophys. Res. Lett.*, **36**, L18502, doi:10.1029/2009GL039186.

——, X. Fettweis, M. R. van den Broeke, R. S. W. van de Wal, C. J. P. P. Smeets, W. J. van de Berg, M. C. Serreze, and J. E. Box, 2011: The role of albedo and accumulation in the 2010 melting record in Greenland. *Environ. Res. Lett.*, **6**, 014005, doi:10.1088/1748-9326/6/1/014005.

——, ——, T. Mote, J. Box, and B. Wouters, 2013: Evidence and analysis of 2012 Greenland records from spaceborne observations, a regional climate model and reanalysis data. *Cryosphere*, **7**, 615–630, doi:10.5194/tc-7-615-2013.

——, and Coauthors, 2015: Greenland Ice Sheet. Arctic Report Card: Update for 2015, NOAA. [Available online at http://www.arctic.noaa.gov/report14/greenland_ice_sheet.html.]

Tegtmeier, S., M. Rex, I. Wohltmann, and K. Krüger, 2008: Relative importance of dynamical and chemical contributions to Arctic wintertime ozone. *Geophys. Res. Lett.*, **35**, L17801, doi:10.1029/2008GL034250.

Teng, W.-H., C.-Y. Huang, S.-P. Ho, Y.-H. Kuo, and X.-J. Zhou, 2013: Characteristics of global precipitable water in ENSO events revealed by COSMIC measurements. *J. Geophys. Res. Atmos.*, **118**, 8411–8425, doi:10.1002/jgrd.50371.

Teuling, A. J., A. F. Van Loon, S. I. Seneviratne, I. Lehner, M. Aubinet, B. Heinesch, C. Bernhofer, T. Grünwald, H. Prasse, and U. Spank, 2013: Evapotranspiration amplifies European summer drought. *Geophys. Res. Lett.*, **40**, 2071–2075, doi:10.1002/grl.50495.

Thomas, L. N., J. R. Taylor, R. Ferrari, and T. M. Joyce, 2013: Symmetric instability in the Gulf Stream. *Deep-Sea Res. II*, **91**, 96–110, doi:10.1016/j.dsr2.2013.02.025.

Timmermans, M.-L., and A. Proshutinsky, 2015: Sea surface temperature [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S147–S148.

Tréguer, P., and G. Jacques, 1992: Dynamics of nutrients and phytoplankton and fluxes of carbon, nitrogen and silicon in the Antarctic Ocean. *Polar Biol.*, **12**, 149–162, doi:10.1007/BF00238255.

Trenberth, K. E., 1984: Signal versus noise in the Southern Oscillation. *Mon. Wea. Rev.*, **112**, 326–332, doi:10.1175/1520-0493(1984)112<0326:SVNITS>2.0.CO;2.

——, and Coauthors, 2007: Observations: Surface and atmospheric climate change. *Climate Change 2007: The Physical Science Basis*. S. Solomon et al. Eds., Cambridge University Press, 385–432.

Trepte, Q. Z., P. Minnis, C. R. Trepte, S. Sun-Mack, and R. Brown, 2010: Improved cloud detection in CERES edition 3 algorithm and comparison with the CALIPSO vertical feature mask. *Proc. 13th Conf. on Atmospheric Radiation and Cloud Physics*, Portland, OR, Amer. Meteor. Soc., JP1.32.

Troccoli, A., K. Muller, P. Coppin, R. Davy, C. Russell, and A. L. Hirsch, 2012: Long-term wind speed trends over Australia. *J. Climate*, **25**, 170–183, doi:10.1175/2011JCLI4198.1.

Troup, A. J., 1965: The "southern oscillation." *Quart. J. Roy. Meteor. Soc.*, **91**, 490–506, doi:10.1002/qj.49709139009.

Tschudi, M., C. Fowler, and J. A. Maslanik, 2015: EASE-Grid Sea Ice Age, version 3. NASA National Snow and Ice Data Center Distributed Active Archive Center, doi:10.5067/1UQJWCYPVX61.

Tschudi, M. A., C. Fowler, J. A. Maslanik, and J. A. Stroeve, 2010: Tracking the movement and changing surface characteristics of Arctic sea ice. *IEEE J. Selected Topics Earth Obs. Remote Sens.*, **3**, 536–540, doi:10.1109/JSTARS.2010.2048305.

Turner, J., 2004: The El Niño–Southern Oscillation and Antarctica. *Int. J. Climatol.*, **24**, 1–31, doi:10.1002 /joc.965.

Udevitz, M. S., R. L. Taylor, J. L. Garlich-Miller, L. T. Quakenbush, and J. A. Snyder, 2013: Potential population level effects of increased haulout-related mortality of Pacific walrus calves. *Polar Biol.*, **36**, 291–298, doi:10.1007/s00300-012-1259-3.

Ugolini, F. C., and J. G. Bockheim, 2008: Antarctic soils and soil formation in a changing environment: A review. *Geoderma*, **144**, 1–8, doi:10.1016/j .geoderma.2007.10.005.

Usup, A., Y. Hashimoto, H. Takahashi, and H. Hayasaka, 2004: Combustion and thermal characteristics of peat fire in tropical peatland in Central Kalimantan, Indonesia. *Tropics*, **14**, 1–19, doi:10.3759/tropics.14.1.

van Aken, H. M., M. F. de Jong, and I. Yashayaev, 2011: Decadal and multi-decadal variability of Labrador Sea Water in the north-western North Atlantic Ocean derived from tracer distributions: Heat budget, ventilation, and advection. *Deep-Sea Res. I*, **58**, 505–523, doi:10.1016/j.dsr.2011.02.008.

van As, D., and Coauthors, 2011: Programme for Monitoring of the Greenland Ice Sheet (PROMICE): First temperature and ablation records. *Geol. Surv. Denmark Greenl. Bull.*, **23**, 73–76.

van de Wal, R. S. W., W. Greuell, M. R. van den Broeke, C. H. Reijmer, and J. Oerlemans, 2005: Surface mass-balance observations and automatic weather station data along a transect near Kangerlussuaq, West Greenland. *Ann. Glaciol.*, **42**, 311–316, doi:10.3189/172756405781812529.

——, W. Boot, C. J. P. P. Smeets, H. Snellen, M. R. van den Broeke, and J. Oerlemans, 2012: Twenty-one years of mass balance observations along the K-transect, West Greenland. *Earth Syst. Sci. Data*, **4**, 31–35, doi:10.5194/essd-4-31-2012.

van der A, R. J., M. A. F Allaart, and H. J. Eskes, 2015: Extended and refined multi sensor reanalysis of total ozone for the period 1970–2012. *Atmos. Meas. Tech.*, **8**, 3021–3035, doi:10.5194/amt-8-3021-2015.

van der Schrier, G., J. Barichivich, K. R. Briffa, and P. D. Jones, 2013a: A scPDSI-based global dataset of dry and wet spells for 1901–2009. *J. Geophys. Res. Atmos.*, **118**, 4025–4048, doi:10.1002/jgrd.50355.

——, E. J. M. Van den Besselaar, A. M. G. Klein Tank, and G. Verver, 2013b: Monitoring European averaged temperature based on the E-OBS gridded dataset. *J. Geophys. Res.*, **118**, 11, 5120–5135.

——, J. Barichivich, I. Harris, P. D. Jonesand, and T. J. Osborn, 2015: Monitoring global drought using the self-calibrating Palmer Drought Severity Index [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96**, S30–S31.

van der Werf, G. R., 2015: Global Fire Emissions Database (GFED): Updates. Accessed February 2016. [Available online at http://www.globalfiredata.org /updates.html.]

——, and Coauthors, 2008: Climate regulation of fire emissions and deforestation in equatorial Asia. *Proc. Natl. Acad. Sci. USA*, **105**, 20 350–20 355, doi:10.1073 /pnas.0803375105.

——, and Coauthors, 2010: Global fire emissions and the contribution of deforestation, savanna, forest, agricultural, and peat fires (1997–2009). *Atmos. Chem. Phys.*, **10**, 11 707–11 735, doi:10.5194/acp-10 -11707-2010.

van Wijk, E. M., and S. R. Rintoul, 2014: Freshening drives contraction of Antarctic Bottom Water in the Australian Antarctic Basin. *Geophys. Res. Lett.*, **41**, 1657–1664, doi:10.1002/2013GL058921.

Vautard, R., J. Cattiaux, P. Yiou, J.-N. Thépaut, and P. Ciais, 2010: Northern Hemisphere atmospheric stilling partly attributed to an increase in surface roughness. *Nat. Geosci.*, **3**, 756–761, doi:10.1038 /ngeo979.

Velicogna, I., T. C. Sutterley, and M. van den Broeke, 2014: Regional acceleration in ice mass loss from Greenland and Antarctica using GRACE time-variable gravity data. *Geophys. Res. Lett.*, **41**, 8130–8137, doi:10.1002/2014GL061052.

Ventrice, M. J., C. D. Thorncroft, and M. A. Janiga, 2012a: Atlantic tropical cyclogenesis: A three-way interaction between an African easterly wave, diurnally varying convection, and a convectively coupled atmospheric Kelvin wave. *Mon. Wea. Rev.*, **140**, 1108–1124, doi:10.1175/MWR-D-11-00122.1.

——, ——, and C. J. Schreck, 2012b: Impacts of convectively coupled Kelvin waves on environmental conditions for Atlantic tropical cyclogenesis. *Mon. Wea. Rev.*, **140**, 2198–2214, doi:10.1175/MWR -D-11-00305.1.

Vernier, J.-P., and Coauthors, 2011: Major influence of tropical volcanic eruptions on the stratospheric aerosol layer during the last decade. *Geophys. Res. Lett.*, **38**, L12807, doi:10.1029/2011GL047563.

Vimont, D. J., and J. P. Kossin, 2007: The Atlantic meridional mode and hurricane activity. *Geophys. Res. Lett.*, **34**, L07709, doi:10.1029/2007GL029683.

Vivier, F., D. Iudicone, F. Busdraghi, and Y.-H. Park, 2010: Dynamics of sea surface temperature anomalies in the Southern Ocean diagnosed from a 2D mixed-layer model. *Climate Dyn.*, **34**, 153–184, doi:10.1007/s00382-009-0724-3.

Von Storch, H., and F. W. Zwiers, 1999: Statistical Analysis in Climate Research. Cambridge University Press, 484 pp.

Voss, K. A., J. S. Famiglietti, M. Lo, C. de Linage, M. Rodell, and S. C. Swenson, 2013: Groundwater depletion in the Middle East from GRACE with implications for transboundary water management in the Tigris–Euphrates–western Iran region. *Water Resour. Res.*, **49**, 904–914, doi:10.1002/wrcr.20078.

Voulgarakis, A., P. Hadjinicolaou, and J. A. Pyle, 2011: Increases in global tropospheric ozone following an El Niño event: Examining stratospheric ozone variability as a potential driver. *Atmos. Sci. Lett.*, **12**, 228–232, doi:10.1002/asl.318.

Wagner, W., W. Dorigo, R. de Jeu, D. Fernandez-Prieto, J. Benveniste, E. Haas, and M. Ertl, 2012: Fusion of active and passive microwave observations to create an essential climate variable data record on soil moisture. *Proc. XXII ISPRS Congress*, Melbourne, Australia, Intl. Society for Photogrammetry and Remote Sensing, doi:10.5194/isprsannals-I-7-315-2012.

Wahyunto, S., Ritung, and H. Subagjo, 2003: Maps of area of peatland distribution and carbon content in Sumatera, 1990–2002. Bogor, Indonesia: Wetlands International—Indonesia Programme & Wildlife Habitat Canada (WHC). [Available online at http://indonesia.wetlands.org/Infolahanbasah/PetaSebaranGambut/tabid/2834/language/en-GB/Default.aspx.]

Wahyunto, S., Ritung, Suparto, and H. Subagjo, 2004: Map of peatland distribution area and carbon content in Kalimantan, 2000–2002. Bogor, Indonesia: Wetlands International—Indonesia Programme & Wildlife Habitat Canada (WHC). [Available online at http://indonesia.wetlands.org/Infolahanbasah/PetaSebaranGambut/tabid/2834/language/en-GB/Default.aspx.]

Wakita, M., S. Watanabe, A. Murata, N. Tsurushima, and M. Honda, 2010: Decadal change of dissolved inorganic carbon in the subarctic western North Pacific Ocean. *Tellus*, **62B**, 608–620, doi:10.1111/j.1600-0889.2010.00476.x.

Waliser, D. E., and C. Gautier, 1993: A satellite-derived climatology of the ITCZ. *J. Climate*, **6**, 2162–2174, doi:10.1175/1520-0442(1993)006<2162:ASDCOT>2.0.CO;2.

Wan, H., L. W. Xiaolan, and V. R. Swail, 2010: Homogenization and trend analysis of Canadian near-surface wind speeds. *J. Climate*, **23**, 1209–1225, doi:10.1175/2009JCLI3200.1.

Wang, C., 2015: Atlantic warm pool [in "State of the Climate in 2014"]. *Bull. Amer. Meteor. Soc.*, **96** (7), S123–S124.

——, and R. H. Weisberg, 2000: The 1997–98 El Niño evolution relative to previous El Niño events. *J. Climate*, **13**, 488–501, doi:10.1175/1520-0442(2000)013<0488:TENOER>2.0.CO;2.

——, ——, and J. L. Virmani, 1999: Western Pacific interannual variability associated with the El Niño–Southern Oscillation. *J. Geophys. Res.*, **104**, 5131–5149, doi:10.1029/1998JC900090.

——, H. Liu, S.-K. Lee, and R. Atlas, 2011: Impact of the Atlantic warm pool on United States landfalling hurricanes. *Geophys. Res. Lett.*, **38**, L19702, doi:10.1029/2011GL049265.

Wang, J., L. Zhang, A. Dai, T. Van Hove, and J. Van Baelen, 2007: A near-global, 2-hourly data set of atmospheric precipitable water from ground-based GPS measurements. *J. Geophys. Res.*, **112**, D11107, doi:10.1029/2006JD007529.

Wang, L., H. Liu, S. Wang, and S. Shu, 2014: 2012/13 Seasonal melt extent and duration [in "State of the Climate in 2013"]. *Bull. Amer. Meteor. Soc.*, **95** (7), S149–S150, doi:10.1175/2014BAMSStateoftheClimate.1.

Wang, Y., R. D. Field, and O. Roswintiarti, 2004: Trends in atmospheric haze induced by peat fires in Sumatra Island, Indonesia and El Niño phenomenon from 1973 to 2003. *Geophys. Res. Lett.*, **31**, L04103, doi:10.1029/2003GL018853.

Wanninkhof, R., 2014: Relationship between wind speed and gas exchange over the ocean revisited. *Limnol. Oceanogr. Methods*, **12**, 351–362, doi:10.4319/lom.2014.12.351.

——, S. C. Doney, J. L. Bullister, N. M. Levine, M. Warner, and N. Gruber, 2010: Detecting anthropogenic $CO_2$ changes in the interior Atlantic Ocean between 1989 and 2005. *J. Geophys. Res.*, **115**, C11028, doi:10.1029/2010JC006251.

Wassmann, P., C. M. Duarte, S. Agustí, and M. K. Sejr, 2011: Footprints of climate change in the Arctic marine ecosystem. *Global Change Biol.*, **17**, 1235–1249, doi:10.1111/j.1365-2486.2010.02311.x.

Waters, J. F., F. J. Millero, and C. L. Sabine, 2011: Changes in South Pacific anthropogenic carbon. *Global Biogeochem. Cycles*, **25**, GB4011, doi:10.1029/2010GB003988.

Weatherhead, B., A. Tanskanen, and A. Stevermer, 2005: Ozone and ultraviolet radiation. *Arctic Climate Impact Assessment*, Cambridge University Press, 151–182. [Available online at http://www.acia.uaf.edu/PDFs/ACIA_Science_Chapters_Final/ACIA_Ch05_Final.pdf.]

Weber, M., S. Dikty, J. P. Burrows, H. Garny, M. Dameris, A. Kubin, J. Abalichin, and U. Langematz, 2011: The Brewer–Dobson circulation and total ozone from seasonal to decadal time scales. *Atmos. Chem. Phys.*, **11**, 11 221–11 235, doi:10.5194/acp-11-11221-2011.

Weller, R. A., 2015: Variability and trends in surface meteorology and air–sea fluxes at a site off northern Chile. *J. Climate*, **28**, 3004–3023, doi:10.1175/JCLI-D-14-00591.1.

Wells, N., S. Goddard, and M. J. Hayes, 2004: A self-calibrating Palmer Drought Severity Index. *J. Climate*, **17**, 2335–2351, doi:10.1175/1520-0442(2004)017<2335:ASPDSI>2.0.CO;2.

Wentz, F. J., 1997: A well calibrated ocean algorithm for Special Sensor Microwave/Imager. *J. Geophys. Res.*, **102**, 8703–8718, doi:10.1029/96JC01751.

——, 2015: A 17-yr climate record of environmental parameters derived from the Tropical Rainfall Measuring Mission (TRMM) microwave imager. *J. Climate*, **28**, 6882–6902, doi:10.1175/JCLI-D-15-0155.1.

——, L. Ricciardulli, K. A. Hilburn, and C. A. Mears, 2007: How much more rain will global warming bring? *Science*, **317**, 233–235, doi:10.1126/science.1140746.

Wever, N., 2012: Quantifying trends in surface roughness and the effect on surface wind speed observations. *J. Geophys. Res.*, **117**, D11104, doi:10.1029/2011JD017118.

WGMS, 2015a: Glacier Mass Balance Bulletin, Vol. 1 (2012–2013). M. Zemp et al., Eds., World Glacier Monitoring Service, 230 pp. [Available online at http://wgms.ch/literature_published_by_wgms/.]

——, 2015b: Latest glacier mass balance data. World Glacier Monitoring Service. Accessed 2015. [Available online at http://wgms.ch/latest-glacier-mass-balance-data/.]

——, 2016: Latest glacier mass balance data. World Glacier Monitoring Service, accessed February 2016. [Available online at http://wgms.ch/latest-glacier-mass-balance-data/.]

Whan, K., J. Zscheischler, R. Orth, M. Shongwe, M. Rahimi, E. O. Asare, and S. I. Seneviratne, 2015: Impact of soil moisture on extreme maximum temperatures in Europe. *Wea. Climate Extremes*, **9**, 57–67, doi:10.1016/j.wace.2015.05.001.

Wheeler, M., and G. N. Kiladis, 1999: Convectively coupled equatorial waves: Analysis of clouds and temperature in the wavenumber–frequency domain. *J. Atmos. Sci.*, **56**, 374–399, doi:10.1175/1520-0469(1999)056<0374:CCEWAO>2.0.CO;2.

——, and H. H. Hendon, 2004: An all-season real-time multivariate MJO index: Development of an index for monitoring and prediction. *Mon. Wea. Rev.*, **132**, 1917–1932, doi:10.1175/1520-0493(2004)132<1917:AARMMI>2.0.CO;2.

WHO, 2002: Global solar UV index: A practical guide. World Health Organization, 28 pp. [Available online at http://www.who.int/uv/publications/en/GlobalUVI.pdf.]

Widlansky, M. J., A. Timmermann, S. McGregor, M. F. Stuecker, and W. Cai, 2014: An interhemispheric tropical sea level seesaw due to El Niño Taimasa. *J. Climate*, **27**, 1070–1081, doi:10.1175/JCLI-D-13-00276.1.

Wielicki, B. A., B. R. Barkstrom, E. F. Harrison, R. B. Lee III, G. L. Smith, and J. E. Cooper, 1996: Clouds and the Earth's Radiant Energy System (CERES): An Earth observing system experiment. *Bull. Amer. Meteor. Soc.*, **77**, 853–868, doi:10.1175/1520-0477(1996)077<0853:CATERE>2.0.CO;2.

——, and Coauthors, 1998: Clouds and the Earth's Radiant Energy System (CERES): Algorithm overview. *IEEE Trans. Geosci. Remote Sens.*, **36**, 1127–1141, doi:10.1109/36.701020.

Wiig, Ø., E. W. Born, and R. E. A. Stewart, 2014: Management of Atlantic walrus (*Odobenus rosmarus rosmarus*) in the Arctic Atlantic. *NAMMCO Sci. Publ.*, **9**, 315–344, doi:10.7557/3.2855.

Wijffels, S., D. Roemmich, D. Monselesan, J. Church, and J. Gilson, 2016: Ocean temperatures chronicle the ongoing warming of Earth. *Nat. Climate Change*, **6**, 116–118, doi:10.1038/nclimate2924.

Wild, J. D., C. S. Long, P. K. Barthia, and R. D. McPeters, 2012: Constructing a long-term ozone climate data set (1979–2010) from V8.6 SBUV/2 profiles. *Proc. Quadrennial Ozone Symp. 2012*, Toronto, ON, Canada. [Available online at http://larss.science.yorku.ca/QOS2012pdf/6071.pdf.]

Willett, K. M., P. D. Jones, N. P. Gillett, and P. W. Thorne, 2008: Recent changes in surface humidity: Development of the HadCRUH dataset. *J. Climate*, **21**, 5364–5383, doi:10.1175/2008JCLI2274.1.

——, D. I. Berry, and A. Simmons, 2013a: Surface humidity [in "State of the Climate in 2012"]. *Bull. Amer. Meteor. Soc.*, **94** (8), S18–S19.

——, C. N. Williams Jr., R. J. H. Dunn, P. W. Thorne, S. Bell, M. de Podesta, P. D. Jones, and D. E. Parker, 2013b: HadISDH: An updateable land surface specific humidity product for climate monitoring. *Climate Past*, **9**, 657–677, doi:10.5194/cp-9-657-2013.

——, D. I. Berry, and A. Simmons, 2014a: Surface humidity [in "State of the Climate in 2013"]. *Bull. Amer. Meteor. Soc.*, **95** (7), S19–S20.

——, R. J. H. Dunn, P. W. Thorne, S. Bell, M. de Podesta, P. D. Jones, D. E. Parker, and C. N. Williams Jr., 2014b: HadISDH land surface multi-variable humidity and temperature record for climate monitoring. *Climate Past*, **10**, 1983–2006, doi:10.5194/cp-10-1983-2014.

Williams, N. L., R. A. Feely, C. L. Sabine, A. G. Dickson, J. H. Swift, L. D. Talley, and J. L. Russell, 2015: Quantifying anthropogenic carbon inventory changes in the Pacific sector of the Southern Ocean. *Mar. Chem.*, **174**, 147–160, doi:10.1016/j.marchem.2015.06.015.

Willis, J. K., 2010: Can in situ floats and satellite altimeters detect long-term changes in Atlantic Ocean overturning? *Geophys. Res. Lett.*, **37**, L06602, doi:10.1029/2010GL042372.

——, and L.-L. Fu, 2008: Combining altimeter and subsurface float data to estimate the time-averaged circulation in the upper ocean. *J. Geophys. Res.*, **113**, C12017, doi:10.1029/2007JC004690.

——, D. Roemmich, and B. Cornuelle, 2004: Interannual variability in upper ocean heat content, temperature, and thermosteric expansion on global scales. *J. Geophys. Res.*, **109**, C12036, doi:10.1029/2003JC002260.

Winker, D. M., W. Hunt, and M. J. McGill, 2007: Initial performance assessment of CALIOP. *Geophys. Res. Lett.*, **34**, L19803, doi:10.1029/2007GL030135.

WMO, 2011: Scientific Assessment of Ozone Depletion: 2010. Global Ozone Research and Monitoring Project Rep. 52, World Meteorological Organization. [Available online at http://www.esrl.noaa.gov/csd/assessments/ozone/2010/report.html.]

——, 2014: Scientific assessment of ozone depletion: 2014. Global Ozone Research and Monitoring Project, Rep. 55, World Meteorological Organization, 416 pp. [Available online at https://www.wmo.int/pages/prog/arep/gaw/ozone_2014/ozone_asst_report.html.]

——, 2015: WMO statement on the status of the global climate in 2014. WMO-No. 1152, World Meteorological Organization, 24 pp. [Available online at http://library.wmo.int/opac/index.php?lvl=notice_display&id=16898#.VtRsbUaBnco.]

Wolter, K., and M. S. Timlin, 1993: Monitoring ENSO in COADS with a seasonally adjusted principal component index. *Proc. 17th Climate Diagnostics Workshop*, Norman, OK, NOAA/NMC/CAC, NSSL, Oklahoma Climate Survey, CIMMS and the School of Meteorology, University of Oklahoma, 52–57.

——, and ——, 1998: Measuring the strength of ENSO—How does 1997/98 rank? *Weather*, **53**, 315–324, doi:10.1002/j.1477-8696.1998.tb06408.x.

Woosley, R. J., F. J. Millero, and R. Wanninkhof, 2016: Rapid anthropogenic changes in $CO_2$ and pH in the Atlantic Ocean: 2003–2014. *Global Biogeochem. Cycles*, **30**, 70–90, doi:10.1002/2015GB005248.

Wooster, M. J., B. Zhukov, and D. Oertel, 2003: Fire radiative energy for quantitative study of biomass burning: Derivation from the BIRD experimental satellite and comparison to MODIS fire products. *Remote Sens. Environ.*, **86**, 83–107, doi:10.1016/S0034-4257(03)00070-1.

Worden, H. M., and Coauthors, 2013: Decadal record of satellite carbon monoxide observations. *Atmos. Chem. Phys.*, **13**, 837–850, doi:10.5194/acp-13-837-2013.

Worthington, L. V., 1959: The 18° water in the Sargasso Sea. *Deep-Sea Res.*, **5**, 297–305, doi:10.1016/0146-6313(58)90026-1.

Wu, J., J. Zha, and D. Zhao, 2016: Estimating the impact of the changes in land use and cover on the surface wind speed over the East China Plain during the period 1980–2011. *Climate Dyn.*, **46**, 847–863, doi:10.1007/s00382-015-2616-z.

Wu, M.-C., K.-H. Yeung, and W.-L. Chang, 2006: Trends in western North Pacific tropical cyclone intensity. *Eos, Trans. Amer. Geophys. Union*, **87**, 537–548, doi:10.1029/2006EO480001.

Wylie, D. P., D. L. Jackson, W. P. Menzel, and J. J. Bates, 2005: Global cloud cover trends inferred from two decades of HIRS observations. *J. Climate*, **18**, 3021–3031, doi:10.1175/JCLI3461.1.

Xie, P., and Coauthors, 2014: An in situ–satellite blended analysis of global sea surface salinity. *J. Geophys. Res. Oceans*, **119**, 6140–6160, doi:10.1002/2014JC010046.

Xu, M., C. P. Chang, C. Fu, Y. Qi, A. Robock, D. Robinson, and H. Zhang, 2006: Steady decline of East Asian monsoon winds, 1969–2000: Evidence from direct ground measurements of wind speed. *J. Geophys. Res.*, **111**, D24111, doi:10.1029/2006JD007337.

Ying, M., E.-J. Cha, and H. J. Kwon, 2011: Comparison of three western North Pacific tropical best track datasets in a seasonal context. *J. Meteor. Soc. Japan*, **89**, 211–224, doi:10.2151/jmsj.2011-303.

Young, P. J., and Coauthors, 2013: Pre-industrial to end 21st century projections of tropospheric ozone from the Atmospheric Chemistry and Climate Model Inter-comparison Project (ACCMIP). *Atmos. Chem. Phys.*, **13**, 2063–2090, doi:10.5194/acp-13-2063-2013.

Yu, H., Y. Lu, P.-Y. Chen, and W. C. Zhou, 2012: Intensity change characteristics of tropical cyclones in the western North Pacific as revealed by three different datasets. *J. Trop. Meteor.*, **18**, 119–126.

Yu, L., 2011: A global relationship between the ocean water cycle and near-surface salinity. *J. Geophys. Res.*, **116**, C10025, doi:10.1029/2010JC006937.

——, 2015: Sea-surface salinity fronts and associated salinity-minimum zones in the tropical ocean. *J. Geophys. Res. Oceans*, **120**, 4205–4225, doi:10.1002/2015JC010790.

——, and R. A. Weller, 2007: Objectively analyzed air–sea heat fluxes for the global ice-free oceans (1981–2005). *Bull. Amer. Meteor. Soc.*, **88**, 527–539, doi:10.1175/BAMS-88-4-527.

——, and X. Jin, 2012: Buoy perspective of a high-resolution global ocean vector wind analysis constructed from passive radiometers and active scatterometers (1987–present). *J. Geophys. Res.*, **117**, C11013, doi:10.1029/2012JC008069.

——, and ——, 2014a: Insights on the OAFlux ocean surface vector wind analysis merged from scatterometers and passive microwave radiometers (1987 onward). *J. Geophys. Res. Oceans*, **119**, 5244–5269, doi:10.1002/2013JC009648.

——, and ——, 2014b: Confidence and sensitivity study of the OAFlux multisensor synthesis of the global ocean surface vector wind from 1987 onward. *J. Geophys. Res.*, **119**, 6842–6862, doi:10.1002/2014JC010194.

Yuan, X., 2004: ENSO-related impacts on Antarctic sea ice: A synthesis of phenomenon and mechanisms. *Antarct. Sci.*, **16**, 415–425, doi:10.1017/S0954102004002238.

ZAMG, 2016: Annual climate overview (in German). Zentralanstalt für Meteorologie und Geodynamik, Austria. [Available online at http://www.zamg.ac.at/cms/de/klima/klima-aktuell/jahresrueckblick.]

Zemp, M., M. Hoelzle, and W. Haeberli, 2009: Six decades of glacier mass-balance observations: A review of the worldwide monitoring network. *Ann. Glaciol.*, **50**, 101–111, doi:10.3189/172756409787769591.

——, and Coauthors, 2013: Reanalysing glacier mass balance measurement series. *Cryosphere*, **7**, 1227–1245, doi:10.5194/tc-7-1227-2013.

——, and Coauthors, 2015: Historically unprecedented global glacier decline in the early 21st century. *J. Glaciol.*, **61**, 745–762, doi:10.3189/2015JoG15J017.

Zhang, C., 2005: Madden–Julian oscillation. *Rev. Geophys.*, **43**, RG2003, doi:10.1029/2004RG000158.

——, 2013: Madden–Julian oscillation: Bridging weather and climate. *Bull. Amer. Meteor. Soc.*, **94**, 1849–1870, doi:10.1175/BAMS-D-12-00026.1.

——, and J. Gottschalck, 2002: SST anomalies of ENSO and the Madden–Julian oscillation in the equatorial Pacific. *J. Climate*, **15**, 2429–2445, doi:10.1175/1520-0442(2002)015<2429:SAOEAT>2.0.CO;2.

Zhang, D.-L., and L. Zhu, 2012: Roles of upper-level processes in tropical cyclogenesis. *Geophys. Res. Lett.*, **39**, L17804, doi:10.1029/2012GL053140.

Zhang, J., J. S. Reid, D. L. Westphal, N. L. Baker, and E. J. Hyer, 2008: A system for operational aerosol optical depth data assimilation over global oceans. *J. Geophys. Res.*, **113**, D10208, doi:10.1029/2007JD009065.

Zhang, K., J. S. Kimball, R. R. Nemani, S. W. Running, Y. Hong, J. J. Gourley, and Z. Yu, 2015: Vegetation greening and climate change promote multidecadal rises of global land evapotranspiration. *Sci. Rep.*, **5**, 15956, doi:10.1038/srep15956.

Zhang, X., and J. A. Church, 2012: Sea level trends, interannual and decadal variability in the Pacific Ocean. *Geophys. Res. Lett.*, **39**, L21701, doi:10.1029/2012GL053240.

——, L. Alexander, G. C. Hegerl, P. Jones, A. Klein Tank, T. C. Peterson, B. Trewin, and F. W. Zwiers, 2011: Indices for monitoring changes in extremes based on daily temperature and precipitation data. *Wiley Interdiscip. Rev.: Climate Change*, **2**, 851–870, doi:10.1002/wcc.147.

Zhang, Y., and Coauthors, 2016: Multi-decadal trends in global terrestrial evapotranspiration and its components. *Sci. Rep.*, **5**, 19124, doi:10.1038/srep19124.

Zhao, L., Q. Wu, S. S. Marchenko, and N. Sharkhuu, 2010: Thermal state of permafrost and active layer in central Asia during the International Polar Year. *Permafrost Periglacial Process.*, **21**, 198–207, doi:10.1002/ppp.688.

Zheng, Z.-W., I.-I. Lin, B. Wang, H.-C. Huang, and C.-H. Chen, 2015: A long neglected damper in the El Niño–typhoon relationship: A 'Gaia-like' process. *Sci. Rep.*, **5**, 11103, doi:10.1038/srep11103.

Zhou, Y. and G. Ren, 2011: Change in extreme temperature event frequency over mainland China, 1961–2008. *Climate Res.*, **50**, 125–139, doi:10.3354/cr01053.

Ziemke, J. R., S. Chandra, B. N. Duncan, L. Froidevaux, P. K. Bhartia, P. F. Levelt, and J. W. Waters, 2006: Tropospheric ozone determined from Aura OMI and MLS: Evaluation of measurements and comparison with the Global Modeling Initiative's Chemical Transport Model. *J. Geophys. Res.*, **111**, D19303, doi:10.1029/2006JD007089.

Case No. 1:20-cv-02484-MSK   Document 81   filed 05/06/21   USDC Colorado   pg 112 of 309

——, A. R. Douglass, L. D. Oman, S. E. Strahan, and B. N. Duncan, 2015: Tropospheric ozone variability in the tropical Pacific from ENSO to MJO and shorter timescales. *Atmos. Chem. Phys.*, **15**, 8037–8049, doi:10.5194/acp-15-8037-2015.

Zou, C.-Z., and W. Wang, 2010: Stability of the MSU-derived atmospheric temperature trend. *J. Atmos. Oceanic Technol.*, **27**, 1960–1971, doi:10.1175/2009JTECHA1333.1.

——, and ——, 2011: Inter-satellite calibration of AMSU-A observations for weather and climate applications. *J. Geophys. Res.*, **116**, D23113, doi:10.1029/2011JD016205.

Zubov, V., E. Rozanov, T. Egorova, I. Karol, and W. Schmutz, 2013: The role of external factors in the evolution of the ozone layer and stratospheric circulation in 21st century. *Atmos. Chem. Phys.*, **13**, 4697–4706, doi:10.5194/acp-13-4697-2013.

Zwally, H. J., and S. Fiegles, 1994: Extent and duration of Antarctic surface melting. *J. Glaciol.*, **40**, 463–476.

Zweng, M. M., and Coauthors, 2013: *Salinity.* Vol. 2, *World Ocean Atlas 2013*, NOAA Atlas NESDIS 74, 40 pp. [Available online at https://www.nodc.noaa.gov/OC5/woa13/.]



# Assessing "Dangerous Climate Change": Required Reduction of Carbon Emissions to Protect Young People, Future Generations and Nature

James Hansen, Pushker Kharecha, Makiko Sato, Valerie Masson-Delmotte, Frank Ackerman, David J. Beerling, Paul J. Hearty, Ove Hoegh-Guldberg, Shi-Ling Hsu, Camille Parmesan, Johan Rockstrom, Eelco J. Rohling, Jeffrey Sachs, Pete Smith, Konrad Steffen, Lise Van Susteren, Karina von Schuckmann, James C. Zachos

This paper, by an international team of scientists, is being published today (3/12/2013) in the open access journal PLOS ONE, where it is freely available. The paper points out the clear and present danger that today's children may be handed a deteriorating climate with consequences out of their control. However, despite the fact that governments today seem to allow and encourage extraction of almost every fossil fuel that can be found, we suggest that "there is still opportunity for humanity to exercise free will."[1]

Here we (Hansen and Kharecha) first summarize some of the main conclusions reached in the paper. Then in a following discussion we provide our opinion concerning more detailed policy implications

## Summary.

We conclude that the widely accepted target of limiting human-made global climate warming to 2 degrees Celsius (3.6 degrees Fahrenheit) above the preindustrial level is too high and would subject young people, future generations and nature to irreparable harm. Carbon dioxide ($CO_2$) emissions from fossil fuel use must be reduced rapidly to avoid irreversible consequences such as sea level rise large enough to inundate most coastal cities and extermination of many of today's species. Unabated global warming would also worsen climate extremes. In association with summer high pressure systems, warming causes stronger summer heat waves, more intense droughts, and wildfires that burn hotter. Yet because warming causes the atmosphere to hold more water vapor, which is the fuel that drives thunderstorms, tornadoes and tropical storms, it also leads to the possibility of stronger storms as well as heavier rainfall and floods. Observational data reveal that some climate extremes are already increasing in response to warming of several tenths of a degree in recent decades; these extremes would likely be much enhanced with warming of 2°C or more.

We use evidence from Earth's climate history and measurements of Earth's present energy imbalance as our principal tools for inferring climate sensitivity and the safe level of global warming. The inferred warming limit leads to a limit on cumulative fossil fuel emissions.

It is assessed that humanity must aim to keep global temperature close to the range occurring in the past 10,000 years, the Holocene epoch, a time of relatively stable climate and stable sea level during which civilization developed. The world cooled slowly over the last half of the Holocene, but warming of 0.8°C (1.4°F) in the past 100 years has brought global temperature back near the Holocene maximum.

We note that policies should emphasize fossil fuel carbon, not mixing in carbon from forest changes as if it were equivalent. Most of the carbon from fossil fuel burning will stay in the climate system for of order 100,000 years. Of course carbon dioxide from deforestation also causes warming and policies must address that carbon source, but good land use policies could restore most of that carbon to the biosphere on a time scale of decades to centuries. However, maximum biospheric restoration is likely to be only comparable to the past deforestation source, so fossil fuel sources must be strictly limited.

We conclude that human-made warming could be held to about 1°C (1.8°F) if cumulative industrial-era fossil fuel emissions are limited to 500 GtC (gigatons of carbon, where a gigaton is one billion metric tons) and if policies are pursued to restore 100 GtC into the biosphere, including the soil. This scenario leads to reduction of atmospheric $CO_2$ to 350 ppm by 2100, as needed to restore Earth's energy balance and approximately stabilize climate.

---

[1] With this theme, PLOS ONE is initiating a Collection of papers "Responding to Climate Change". Papers are sought in areas of research aimed at returning the Earth to a state of energy balance, including: Atmospheric Chemistry, Geoengineering, Alternative Energy, Science Policy, Economics, Behavioral Psychology, Conservation Biology. Articles will be published immediately after passing peer review and acceptance. Information available at PLOS ONE booth #301 at the AGU meeting.

In contrast, we conclude that the target to limit global warming to 2°C, confirmed by the 2009 Copenhagen Accord of the 15th Conference of the Parties of the United Nations Framework Convention on Climate Change, would lead to disastrous consequences. For example, Earth's history shows that 2°C global warming is likely to result in eventual sea level rise of the order of six meters (20 feet). Moreover, we note that such a warming level would induce "slow amplifying feedbacks".

These amplifying feedbacks include a reduction of ice sheet area, vegetation changes including growth of forests in high latitudes of Asia and North America that are now sparsely vegetated, and an increase of atmospheric gases such as nitrous oxide and methane. These slow feedbacks are small if climate stays within the Holocene range, but substantial if warming reaches 2°C or more.

Cumulative fossil fuel emissions through 2012 are 370 GtC and increasing almost 10 GtC per year. The current emission rate would need to decrease 6% per year to limit emissions to 500 GtC. If reductions had begun in 1995, the required reduction rate would have been 2.1% per year, or 3.5% per year if reductions had begun in 2005. If emissions continue to grow until 2020, reductions must be 15% per year to stay within the 500 GtC limit, which emphasizes the urgency of initiating emission reductions.

The huge fossil fuel energy infrastructure now in place makes it practically certain that the 500 GtC limit will be exceeded. However, the need to come as close as possible to that target is made clear by the specter of likely climate impacts from 2°C warming. Although it is difficult to predict the timing of consequences such as large sea level rise, its eventual occurrence likely will be locked in if we allow warming to reach a level as high as 2°C. The situation would then be out of humanity's control, because, even if the atmospheric $CO_2$ amount declines, it would take many centuries for the ocean to cool down.

We draw attention to the difficulty, and possible impracticality, of extracting much $CO_2$ from the air, once it becomes clear that an acceptable level of $CO_2$ has been overshot. Specifically, we note that the American Physical Society estimates a cost for air capture of 1 GtC with current technology as about $2 trillion, thus about $200 trillion to remove 100 GtC. Improved technologies might reduce this cost, but fundamental energy considerations imply that extraction will be very costly and very unlikely to be deployed at a sufficient scale in the required time frame. At most $CO_2$ extraction might help alleviate a modest overshoot of the safe $CO_2$ level at a high cost to future generations.

The research team, which includes three economists, covers a broad range of fields and does not shy away from "connecting the dots" all the way to policy implications. It concludes that the essential underlying policy, albeit not sufficient, is a rising price on carbon emissions that allows the costs of pollution and climate change to be internalized within the economics of energy use. We note that a rising carbon fee collected from fossil fuel companies would improve economic efficiency, as it allows energy efficiency and alternative low-carbon and no-carbon energies to compete on equal footing. The resulting energy transformations would generate many jobs, especially benefitting nations still in economic recession.

An advantage of a carbon fee or tax is the relative ease with which it can be made global. An agreement among even a few of the largest economies (United States, China, European Union, Japan) could spur near-global agreement. Countries agreeing to have a rising carbon fee would likely place border duties on products from countries without a carbon fee, thus providing strong incentive for other countries to join.

Governments should also support technology research, development and demonstration of carbon-free energy including advanced generation nuclear power as well as renewable energy, especially in view of the urgency with which emissions from coal and unconventional fossil fuels must be eliminated. (Unconventional fossil fuels include tar sands, shale-derived oil and gas, and methane hydrates.)



**Fig. 1.** World energy consumption for indicated fuels, excludes wood [2].

## Opinion: Further Policy Implications.

In the following pages we discuss policy implications of the science in more detail. We have no indication that the conclusions drawn would be especially controversial with the co-authors on our paper, but the discussion goes well beyond that in the paper, so we do not want to imply that we have discussed these topics and reached a consensus on these specific conclusions.

The huge task of phasing out fossil fuel emissions is illustrated in Fig. 1, which shows that fossil fuels provide more than 85% of global energy today. Non-hydro renewable energy, despite laws in many nations that require utilities to employ increasing amounts of renewable energy, still provides only about 2% of global energy. Thus cumulative efforts over several decades to expand renewable energy use offset only about one year's current growth in global energy use and $CO_2$ emissions (Fig. 2).

The urgency of halting the rapid growth of emissions (Fig. 2), reversing that trend, and phasing down $CO_2$ emissions implies a need for an extraordinary change of energy systems and international cooperation. It is crucial that the major international powers today realize that we are all in the same boat together and we will all sink together or sail together. At such a time, when true leadership is needed, and on the 50th anniversary of John F. Kennedy's death, it is worth recalling words from his 1963 Peace speech: "No problem of human destiny is beyond human beings. Man's reason and spirit have often solved the seemingly unsolvable--and we believe they can do it again."

The solution of a challenging problem in science is often revealed by clear objective problem definition. Indeed, an outline of the political approach required to stabilize climate is implied by the basic science described in the present paper. The principal task is to limit the amount of $CO_2$ injected into the climate system by burning fossil fuels. Two subsidiary but important tasks are: (1) to achieve a net storage in the biosphere and soil of at least ~100 GtC via reforestation and improved agricultural and forestry practices, and (2) to at least stabilize human-made non-$CO_2$ climate forcings (no net increase of present forcing).

Fig. 2 helps define what is needed to phase down $CO_2$ emissions. The main cause of growing emissions is coal use, especially in China and developing countries. The biggest use of coal is electricity generation. Electricity is a clean energy carrier, the fastest growing form of energy use, and a key to solution of both the climate and pollution problems. With abundant affordable carbon-free pollution-free sources of electricity, it becomes feasible not only to eliminate most of the $CO_2$ emissions from coal (now approaching half of the $CO_2$ emissions), but also to phase down oil and gas use, because electricity can be used for heating and for vehicles or to produce liquid fuels for vehicles.

Coal is used for electricity generation because it seems to be cheap, but that is only because it does not pay its costs to society. Those costs include not only climate impacts but air and water pollution, which



**Fig. 2.** $CO_2$ annual emissions from fossil fuel use and cement manufacture, based on data of British Petroleum [2] concatenated with data of Boden et al. [3]. (A) is log scale and (B) is linear.

kills enough people in China, via increased incidence of cardiorespiratory mortality, to reduce average lifespan by more than 5 years [5]. China is initiating large scale production of syngas, synthetic natural gas extracted from coal. Syngas power plants produce less air pollution than pulverized-coal-fired power plants, but life-cycle greenhouse gas emissions are 36-82% higher than direct burning of coal [6].

A preferable approach, for the sake of both global climate and local pollution reduction, would be a combination of renewable energy and advanced (3rd and 4th) generation nuclear power plants[2]. Abundant affordable clean energy is essential to provide the energy needed to raise billions of people out of poverty, which empirical evidence indicates is a requirement for reducing fertility rates, thus lowering human population, and giving hope that we can provide the opportunity of a good life to all humanity while allowing other life on the planet to flourish.

When the world's leading nations recognize the urgency of phasing out fossil fuel emissions, and realize that we are all in the same boat, it should be possible to agree on cooperative technology development and deployment. History, including World War II and the Apollo program, reveal how rapidly technology can be developed and deployed. Phase-out of most coal emissions and a substantial reduction of oil and gas use could be achieved rapidly. This would require agreement among leading nations not only to have common internal rising carbon fees, but also an agreement to cooperate in rapid technology development.

Surely rapid phase-down of coal emissions requires a major role for advanced-generation safer nuclear power. Nuclear technology has advanced significantly over the past few decades such that there is now the potential to produce modular 3rd generation light-water reactors that are passively safe, i.e., reactors that would shut down automatically in case of an anomaly such as an earthquake and have the ability to keep the nuclear fuel cool without an external power source. The same concept, modular[3] simplified reactor design with factory production and shipping to the utility site, is appropriate for 4th generation reactors, and these should also be pursued to deal with nuclear waste, utilizing the waste as fuel.

---

[2] The existing fleet of nuclear power plants, largely 40-year-old 2nd generation technology, itself saved a large number of lives and reduced carbon emissions by replacing fossil fuel plants [7]. However, 3rd generation reactors incorporate additional safety features including automatic shutdown in case of anomalies and the ability to cool the nuclear fuel without external power. 4th generation power plants add an ability to utilize more than 99% of the nuclear fuel (compared with about 1% in earlier generations) including the ability to "burn" nuclear waste, depleted uranium, and excess weapons material as fuel. Stockpiles of these latter materials contain enough fuel to power 4th generation reactors for centuries. Japan and the United States have demonstrated that nuclear fuel can be sieved from the ocean, where there is enough nuclear material to last billions of years. Thus it will be possible to eliminate mining of uranium on land, should there be strong incentives to do that.

[3] An example of 3rd generation modular reactor is Gen III++ mPower (http://en.wikipedia.org/wiki/B&W_mPower). An example of 4th generation is the Integral Fast Reactor, Till and Chang [8]



**Fig. 3.** (A) Fossil fuel $CO_2$ 2012 emissions by source region and (B) cumulative 1751-2012 emissions (update of Fig. 10 of [4] using data from [3]).  Emissions include gas flaring and cement manufacture.

Fortunately, the place where deployment of advanced nuclear technology is most urgently needed, China, is also the place that has the potential to rapidly build and grow the manufacturing capability.  What is needed is cooperation with nations that have developed relevant technical abilities, especially the United States.  Such cooperation has potential for enormous mutual and global benefits via development of scalable affordable carbon-free  energy.  Contrary to assertions of dedicated anti-nuke activists, such

technology can be made more resistant than existing technology to exploitation by terrorists who may seek weapons material.  Dangers from  rogue states or terrorists will always exist, and the best way to minimize such danger is to cooperate in developing the safest technology, not to pretend that anti-nuclear activism will cause nuclear technology to disappear from the planet.

The principal policy allowing renewable energies to grow to almost 2% of global energy use has been laws imposing specified "renewable energy portfolio standards" (RPS) on utilities or other mandates for renewable energy use.  These policies have aided growth of renewables, and by spreading costs among all utility customers of feed-in tariffs, added transmission lines, and the backup power needed for intermittent renewables (usually fossil fuel based), the electricity cost has been bearable as long as the portion of renewables is small.  Now  for the sake of moving rapidly to carbon-free power while minimizing electricity costs, the need is for "clean energy portfolio standards" (CPS), thus allowing nuclear energy to compete with renewable energies.

Every energy source has environmental and economic costs, and these need to weighed and considered by local populations, but given the enormous challenge of stabilizing climate it is inappropriate to eliminate any candidates a priori on a global basis.  Some nations and states, e.g., Germany and California, seem to have a preference to eliminate nuclear power a priori and they have populations that are willing to pay high electricity costs.  However, such nations and states need to understand that they must phase out fossil fuels entirely, and environmentalists need to recognize that attempts to force all-renewable policies on all of the world will only assure that fossil fuels continue to reign for baseload electric power, making it unlikely that abundant affordable power will exist and implausible that fossil fuels will be phased out.

As mentioned above, stabilizing climate requires, besides phasing down fossil fuel use: (1) storing at least ~ 100 GtC in the biosphere and soil, and (2) stabilizing or even reducing human-made non-$CO_2$ climate forcings.  Much of the solution of these matters necessarily will occur in developing countries and it is appropriate that the countries who caused the climate problem provide financial and other assistance to achieve these goals.

The burden for climate change causation is accurately specified by cumulative fossil fuel emissions [4] (Fig. 3B).  It is important for this burden to be recognized now and for all nations to realize that their

proportion of the burden will continue to change as emissions continue. Thus, for example, if China chooses to build extensive syngas plants, China will incur a heavy future obligation, which should be factored into their decision-making process. Obligations implied by human-made climate change tend to be ignored by today's political leaders, but the leaders need to become aware that this matter and the global cacophony for reparations will grow as climate change impacts accelerate.

We do not attempt to define specific agreements that must be reached to achieve the goals of increasing biospheric/soil carbon storage and decreasing non-$CO_2$ climate forcings. However, certain general characteristics are apparent. Financial assistance deserved by any given nation will be dependent upon climate impacts that are being suffered by that nation. However, the support delivered should be dependent on another factor: the cooperation of that nation in achieving the goals of biospheric/soil storage of carbon and reduction of non-$CO_2$ (and $CO_2$) climate forcings.

In other words, developing countries have a legitimate claim for assistance to deal with climate change. However, for their own good as well as for the good of all other nations, they should be encouraged to contribute to the actions that minimize climate change. Thus the support provided to participating nations should be continually evaluated and the level of support to any nation adjusted in proportion to their success in contributing to the carbon and non-$CO_2$ objectives in the preceding reporting period. Although goals and assessments for biospheric/soil carbon and non-$CO_2$ forcings are not as easy to quantify as fossil fuel carbon emissions, they can be set and assessed based on best available and developing science.

Our paper [1] was initiated to provide the scientific basis for legal actions against national and state governments for not doing their job of protecting the rights of young people and future generations. A lower court ruling in the case against the U.S. federal government, suggesting that the "trust"[4] doctrine [9] does not give the court a constitutional basis for ordering actions on the executive branch, is now being appealed to a higher court. The appeal places greater emphasis on "equal protection of the laws" and "due process", which the U.S. Constitution guarantees to all people. Amici briefs have been filed with the court concerning both the scientific [10] and legal [11] aspects.

James Hansen and Pushker Kharecha
03 December 2013

## References

[1]   Hansen, J, P Kharecha, M Sato, V Masson-Delmotte, F. Ackerman, DJ Beerling, PJ Hearty, O Hoegh-Guldberg, S-L Hsu, C Parmesan, L Van Susteren, K von Schuckmann, JC Zachos (2013) Climate change and intergenerational justice: rapid reduction of carbon emissions required to protect young people, future generations and nature. Plos One, 3 December 2013 (in press).
[2]   BP Statistical Review of World Energy 2012.
      http://www.bp.com/assets/bp_internet/globalbp/globalbp_uk_english/reports_and_publications/statistical_energy_review_2011/STAGIN
      G/local_assets/pdf/statistical_review_of_world_energy_full_report_2012.pdf
[3]   Boden TA, G Marland, RJ Andres (2012) Global, Regional, and National Fossil-Fuel $CO_2$
      http://www.bp.com/assets/bp_internet/globalbp/globalbp_uk_english/reports_and_publications/statistical_energy_review_2011/STAGIN
      G/local_assets/pdf/statistical_review_of_world_energy_full_report_2012.pdf
[4]   Hansen, J, M Sato, R Ruedy, P Kharecha, A Lacis, et al. (2007) Dangerous human-made interference with climate: a GISS modelE study. Atmos Chem Phys 7, 1189-1202.
[5]   Chen Y, A Ebenstein, M Greenstone, H Li (2013) Evidence on the impact of sustained exposure to air pollution on life expectancy from China's Huai River policy. Proc Natl Acad Sci USA www.pnas.org/cgi/doi/10.1073/pnas.1300018110
[6]   Yang, C, R Jackson (2013) China's synthetic natural gas revolution. Nature Clim Chan 3, 852-854.
[7]   Kharecha PA, JE Hansen (2013) Prevented mortality and greenhouse gas emissions from historical and projected nuclear power. Environ Sci Technol 47, 4889-4895, doi:10.1021/es3051197.
[8]   Till, CE, YI Chang, Plentiful energy: the story of the integral fast reactor. ISBN:978:-1466384606, 116 pp.
[9]   Wood MC, Nature's Trust: Environmental Law for a New Ecological Age, Cambridge University Press, 2013.
[10]  Hansen, J, D Beerling, PJ Hearty, O Hoegh-Guldberg, P Kharecha, V Masson-Delmotte, C. Parmesan, EJ Rohling, M Sato, P Smith, L Van Susteren (2013) U.S. Court of Appeals for District of Columbia Circuit, Alec L et al. versus Gina McCarthy et al. Brief of Scientists as Amici Curiae in support of Plaintiffs-Appellants seeking reversal.
[11]  Rodgers, WH, MC Wood, E Chemerinsky, M Blumm, J Davidson, et al. (2013) U.S. Court of Appeals for District of Columbia Circuit, Alec L et al. versus Gina McCarthy et al. Brief of Law Professors as Amici Curiae in support of Plaintiffs-Appellants seeking reversal.

---

[4] The concept that the current generation has a usufruct (use and enjoyment) obligation to deliver an undamaged environment to the next generation was recognized by U.S. founding fathers, e.g., Thomas Jefferson argued that the soils must be left in equally productive condition. Other cultures have similar concepts, e.g., Native Americans speak of obligation to the 'seventh generation.'



SEPTEMBER 2016

# THE SKY'S LIMIT

## WHY THE PARIS CLIMATE GOALS REQUIRE A MANAGED DECLINE OF FOSSIL FUEL PRODUCTION



PUBLISHED IN COLLABORATION WITH

      

     

This report was researched and written by Greg Muttitt with
contributions from Hannah McKinnon, Lorne Stockman,
Steve Kretzmann, Adam Scott, and David Turnbull. It was
edited by Collin Rees. All are with Oil Change International.

Oil Change International is a research, communications, and
advocacy organization focused on exposing the true costs
of fossil fuels and facilitating the coming transition towards
clean energy.

Oil Change International
714 G Street SE
Washington,
DC 20003 USA
www.priceofoil.org

The author is grateful for feedback from the following reviewers:
Andrew Grant and James Leaton of Carbon Tracker Initiative,
Mohamed Adow of Christian Aid, Wendel Trio of Climate Action
Network Europe, Fabio Sferra of Climate Analytics, Mark Fulton
of Energy Transition Advisers, György Dallos of Greenpeace
International, Nnimmo Bassey of the Health of Mother Earth
Foundation, Joeri Rogelj of IIASA, Andrea Bassi of IISD,
Red Constantino of the Institute for Climate and Sustainable
Cities, Anabella Rosemberg of ITUC, Jeremy Brecher and
Joe Uehlein of the Labor Network for Sustainability, Malte
Meinshausen of Melbourne University, Franz Matzner of NRDC,
Elizabeth Bast and Janet Redman of Oil Change International,
Shelagh Whitley of the Overseas Development Institute,
Alex Pfeiffer of Oxford University, Lena Moffitt of the Sierra Club,
Pete Erickson and Sivan Kartha of the Stockholm Environment
Institute, and Brett Fleishman and Duncan Meisel of 350.org.

Design: paul@hellopaul.com

Cover Image: Looking west from Qian'an, iron and steel plant
smokestacks. Hebei Province, China, 2014.
©Lu Guang/Greenpeace.

September 2016

Published by Oil Change International (www.priceofoil.org), in collaboration with:

| | |
|---|---|
| 350.org | http://www.350.org |
| Amazon Watch | http://amazonwatch.org |
| Asian Peoples' Movement on Debt and Development | http://www.apmdd.org |
| Australian Youth Climate Coalition | http://www.aycc.org.au |
| Bold Alliance | http://boldnebraska.org/tag/bold-alliance |
| Christian Aid | http://www.christianaid.org.uk |
| Earthworks | https://www.earthworksaction.org |
| Equiterre | http://www.equiterre.org |
| Global Catholic Climate Movement | https://catholicclimatemovement.global |
| Health of Mother Earth Foundation | http://www.homef.org |
| Indigenous Environmental Network | http://www.ienearth.org |
| IndyAct | http://www.indyact.org |
| Rainforest Action Network | http://www.ran.org |
| STAND.earth | http://www.stand.earth |

IF YOU'RE IN A HOLE,
STOP DIGGING

# CONTENTS

Executive Summary                                                            5

1   Climate Science and Carbon Budgets                                      11

2   Enough Oil, Gas, and Coal Already in Production                         17

3   Trimming the Excess                                                     26

4   Why Fossil Fuel Supply Matters                                          31

5   Making an Energy Transition Happen                                      36

6   Conclusion                                                              45

Appendix 1:  Definitions of Reserves                                        46

Appendix 2: Assumptions on Land Use and Cement Production                   47

Appendix 3: Carbon Capture and Storage                                      48

Appendix 4: Oil and Gas Requirement in Clean Energy Scenarios               50

References                                                                  52

# ABBREVIATIONS USED IN THIS REPORT

| | |
|---|---|
| AR5 | Fifth Assessment Report of the IPCC |
| Bbl | Barrel |
| Bn Bbl | Billion Barrel |
| Bcf/d | Billion Cubic Feet Per Day |
| BNEF | Bloomberg New Energy Finance |
| °C | degrees Celsius |
| CCS | Carbon Capture and Storage |
| $CO_2$ | Carbon Dioxide |
| EV | Electric Vehicle |
| GDP | Gross Domestic Product |
| Gt | Billion Metric Tons |
| Gtce | Billion Metric Tons of Coal Equivalent |
| $GtCO_2$ | Billion Metric Tons of Carbon Dioxide |
| GW | Billion Watts (A Measure of Power) |
| GWh | Billion Watt-Hours (A Measure of Energy, or Power Supplied/Used Over Time) |
| IEA | International Energy Agency |
| IPCC | Intergovernmental Panel on Climate Change |
| LULUCF | Land Use, Land Use Change and Forestry |
| mbd | Million Barrels Per Day |
| Mt | Million Metric Tons |
| Mtoe | Million Tons of Oil Equivalent |
| OECD | Organisation for Economic Co-operation and Development |
| OPEC | Organization of the Petroleum Exporting Countries |
| SEI | Stockholm Environment Institute |
| Tcf | Trillion Cubic Feet |
| TW | Terawatts |
| UNFCCC | United Nations Framework Convention on Climate Change |



# EXECUTIVE SUMMARY

In December 2015, world governments agreed to limit global average temperature rise to well below 2°C, and to strive to limit it to 1.5°C. This report examines, for the first time, the implications of these climate boundaries for energy production and use. Our key findings are:

- The potential carbon emissions from the oil, gas, and coal in the world's currently operating fields and mines would take us beyond 2°C of warming.

- The reserves in currently operating oil and gas fields alone, even with no coal, would take the world beyond 1.5°C.

- With the necessary decline in production over the coming decades to meet climate goals, clean energy can be scaled up at a corresponding pace, expanding the total number of energy jobs.

One of the most powerful climate policy levers is also the simplest: stop digging for more fossil fuels. We therefore recommend:

- No new fossil fuel extraction or transportation infrastructure should be built, and governments should grant no new permits for them.

- Some fields and mines – primarily in rich countries – should be closed before fully exploiting their resources, and financial support should be provided for non-carbon development in poorer countries.

- This does not mean stopping using all fossil fuels overnight. Governments and companies should conduct a managed decline of the fossil fuel industry and ensure a just transition for the workers and communities that depend on it.

In August 2015, just months before the Paris climate talks, President Anote Tong of the Pacific island nation of Kiribati called for an end to construction of new coal mines and coal mine expansions. This report expands his call to all fossil fuels.

View of Suncor Millennium tailings pond and tar sands mining operations north of Fort McMurray.

**Figure ES-1: Emissions from Developed Fossil Fuel Reserves, Plus Projected Land Use and Cement Manufacture**



Sources: Rystad Energy, International Energy Agency (IEA), World Energy Council, Intergovernmental Panel on Climate Change (IPCC)

## ENOUGH ALREADY

The Paris Agreement aims to help the world avoid the worst effects of climate change and respond to its already substantial impacts. The basic climate science involved is simple: cumulative carbon dioxide ($CO_2$) emissions over time are the key determinant of how much global warming occurs.[a] This gives us a finite *carbon budget* of how much may be emitted in total without surpassing dangerous temperature limits.

We consider carbon budgets that would give a likely (66%) chance of limiting global warming below the 2°C limit beyond which severe dangers occur, or a medium (50%) chance of achieving the 1.5°C goal. Fossil fuel reserves – the known below-ground stocks of extractable fossil fuels – significantly exceed these budgets. For the 2°C or 1.5°C limits, respectively 68% or 85% of reserves must remain in the ground.

This report focuses on the roughly 30% of reserves in oil fields, gas fields, and coal mines that are already in operation or under construction. These are the sites where the necessary wells have been (or are being) drilled, the pits dug, and the pipelines, processing facilities, railways, and export terminals constructed. These *developed reserves* are detailed in Figure ES-1, along with assumed future emissions from the two major non-energy sources of emissions: land use and cement manufacture.

We see that – in the absence of a major change in the prospects of carbon capture and storage (CCS):[b]

✖ The oil, gas, and coal in already-producing fields and mines are more than we can afford to burn while keeping likely warming below 2°C.

✖ The oil and gas alone are more than we can afford for a medium chance of keeping to 1.5°C.

a   The carbon budgets approach does not apply to other greenhouse gases, whose effects are factored into the calculation of carbon budgets in the form of assumptions about their future emissions.
b   CCS has not been successfully deployed at scale despite major efforts, and there are doubts as to whether it will ever be affordable or environmentally safe.

## WHEN YOU'RE IN A HOLE, STOP DIGGING

Traditional climate policy has largely focused on regulating at the point of emissions, while leaving the supply of fossil fuels to the market. If it ever was, that approach is no longer supportable. Increased extraction leads directly to higher emissions, through lower prices, infrastructure lock-in, and perverse political incentives. Our analysis indicates a hard limit to how much fossil fuel can be extracted, which can be implemented only by governments:

✖ No new fossil fuel extraction or transportation infrastructure should be built, and governments should grant no new permits for them.[c]

Continued construction would either commit the world to exceeding 2°C of warming, and/or require an abrupt end to fossil fuel production and use at a later date (with increasing severity depending on the delay). Yet right now, projected investment in new fields, mines, and transportation infrastructure over the next twenty years is $14 trillion – either a vast waste of money or a lethal capital injection. The logic is simple: whether through climate change or stranded assets, a failure to begin a managed decline now would inevitably entail major economic and social costs.

The good news is that there is already progress toward stopping new fossil fuel development. China and Indonesia have declared moratoria on new coal mine development, and the United States has done so on federal lands. These three countries account for roughly two-thirds of the world's current coal production. In 2015, U.S. President Barack Obama rejected the proposed Keystone XL tar sands pipeline by noting that some fossil fuels should be left in the ground, and there is growing recognition of the importance of a climate test in decisions regarding new fossil fuel infrastructure.[d] There is an urgent need to make the coal moratoria permanent and worldwide, and to stop new oil and gas development as well.

Ending new fossil fuel construction would bring us much closer to staying within our carbon budgets, but it is still not enough to achieve the Paris goals. To meet them, some early closure of existing operations will be required. Every country should do its fair share, determined by its capacity to act, along with its historic responsibility for causing climate change. With just 18% of the world's population, industrialized countries have accounted for over 60% of emissions to date, and possess far greater financial resources to address the climate problem.

Most early closures should therefore take place in industrialized countries, beginning with (but not limited to) coal. While politically pragmatic, the approach of stopping new construction tends to favor countries with mature fossil fuel industries; therefore, part of their fair share should include supporting other countries on the path of development without fossil fuels, especially in providing universal access to energy. Therefore:

✖ Some fields and mines – primarily in rich countries – should be closed before fully exploiting their reserves, and financial support should be provided for non-carbon development in poorer countries.

Additionally, production should be discontinued wherever it violates the rights of local people – including indigenous peoples – or where it seriously damages biodiversity.

c   This does not mean stopping all capital investment in existing field and mines, only stopping the development of new ones (including new project phases).
d   http://ClimateTest.org



## A MANAGED DECLINE AND A JUST TRANSITION

Stopping new construction does not mean turning off the taps overnight. Existing fields and mines contain a finite stock of extractable fossil fuels. Depleting these stocks, even including some early closures, would entail a gradual transition in which extraction rates would decline over a few decades. This is consistent with a rate of expansion of clean energy that is both technically and economically possible.

We consider a simple modelling of world energy sources under two scenarios: 50% renewable energy by 2035 and 80% by 2045, both with a complete phase-out of coal usage, except in steel production. It is compared with the projected oil and gas extraction from existing fields alone.

We conclude that:

⊗ While existing fields and mines are depleted over the coming decades, clean energy can be scaled up at a corresponding pace.

While this pace of renewable energy expansion will require policy support, it continues existing trends. In many countries – large and small, rich and poor – clean energy is already being deployed at scale today. Denmark now generates more than 40% of its electricity from renewable sources, Germany more than 30%, and Nicaragua 36%. China is now the largest absolute generator of renewable electricity, and expanding renewable generation quickly. In most contexts, the costs of wind and solar power are now close to those of gas and coal; in some countries renewable costs are already lower. The expansion of renewable energy will be harder where there are weak grids in developing countries, hence the importance of climate finance in supporting a non-carbon transition.

As for transportation, electric vehicles are now entering the mainstream and are on course to soon be cheaper than gasoline or diesel cars. With sufficient policy support and investment, the growth in clean energy can match the needed decline in fossil fuel extraction and use.

While there are clear advantages to clean energy – lower costs, greater employment, reduced local pollution, and ultimately greater financial returns – the transition will not be painless. Energy workers' skills and locations may not be well matched to the new energy economy. Whole communities still depend on fossil fuel industries. There is a vital need for a careful, just transition to maximize the benefits of climate action while minimizing its negative impacts.

Governments should provide training and social protection for affected energy workers and communities. Where appropriate, they should require energy companies to offer viable careers to their workers in non-carbon areas of their business. Governments should also consult with communities to kick-start investments that will enable carbon-dependent regions to find a new economic life. Waiting is not an option; planning and implementation must begin now:

⊗ Governments and companies should conduct a proactively managed decline of the fossil fuel industry and ensure a just transition for the workers and communities that depend on it.

A flare burns near a hydraulic fracturing drilling tower in rural Weld County in northern Colorado, the most intensively fracked area in the United States.



©Les Stone/Greenpeace



Aerial view of seismic lines and a tar sands mine in the
Boreal forest north of Fort McMurray, northern Alberta.

©Jiri Rezac/Greenpeace

# 1. CLIMATE SCIENCE AND CARBON BUDGETS

Burning of fossil fuels – oil, gas and coal – is driving one of the biggest challenges facing the world today: climate change. Extreme weather events, rising oceans, and record setting temperatures are already wreaking havoc on hundreds of millions of lives and livelihoods around the world. In the absence of strong action to reduce emissions, these impacts will get significantly worse throughout the course of the twenty-first Century:[1]

⊗ A large proportion of the earth's species faces increased risk of extinction, as many cannot adapt or migrate as fast as the climate changes. Lost species will never return.

⊗ Crop yields will be severely reduced, potentially causing hunger on a mass scale. The Intergovernmental Panel on Climate Change (IPCC) reports a one-in-five chance (in terms of proportion of model projections) that yields of wheat, corn, rice and soy will decrease by more than 50% by 2100, and a further one-in-five chance that they will decrease by between 25% and 50%: in either case the consequences would be catastrophic.

⊗ Water supplies too will become stressed, especially in dry and tropical regions.

⊗ Cities will increasingly be hit by storms and extreme precipitation, inland and coastal flooding, landslides, air pollution, drought, water scarcity, sea level rise and storm surges.

This report sets out the decisions and actions that can be taken now to avoid the worst of these impacts on lives and livelihoods, on economies and ecosystems.

## WELL BELOW 2°C, AND AIMING FOR 1.5°C

During the first decade of the twenty-first century, 2°C of warming above pre-industrial levels was often seen as a "guardrail" of a safe climate. Since then, new findings have indicated that view to be too optimistic. Runaway climate change – in which feedback loops drive ever-worsening climate change, regardless of human activities* – are now seen as a risk even at 2°C of warming.[2]

A two-year review within the United Nations Framework Convention on Climate Change (UNFCCC), based on inputs from scientists and other experts, summarized the evolving understanding: "The 'guardrail' concept, in which up to 2°C of warming is considered safe, is inadequate and would therefore be better seen as an upper limit, a defense line that needs to be stringently defended, while less warming would be preferable."[3]

There has been limited study of specific climate impacts at 1.5°C, but some initial findings suggest significantly lower risks than at 2°C. Bruce Campbell of the Consultative Group for International Agricultural Research (CGIAR) estimates that 2°C of warming could reduce African maize yields by 50% compared to 1.5°C of warming,[4] while a recent assessment by Carl-Friedrich Schleussner and others identified several differential impacts between 1.5°C and 2°C of warming:[5]

⊗ Heat extremes would become both more frequent and of longer duration at 2°C than at 1.5°C.

⊗ Reductions in water availability for the Mediterranean region would nearly double from 9% to 17% between 1.5°C and 2°C, and the projected lengthening of regional dry spells would increase from 7% to 11%.

⊗ Wheat yields would be reduced by 15% at 2°C compared to 9% at 1.5°C in a best estimate; the reduction could be as bad as 42% at 2˚C versus 25% at 1.5°C.

⊗ The difference between 1.5°C and 2°C is likely to be decisive for the survival of tropical coral reefs.

For these reasons – and due to the moral call from small island states and other vulnerable nations – governments meeting in Paris set more ambitious goals than at previous UNFCCC meetings. The Paris Agreement established the goal of "holding the increase in global average temperature to well below 2°C above preindustrial levels and pursuing efforts to limit the temperature increase to 1.5°C above preindustrial levels."[6]

Still, the specific commitments that governments made in Paris were not sufficient to deliver these long-term goals. The Climate Action Tracker estimates that current global commitments (as stated in countries' Intended Nationally Determined Contributions to the UNFCCC) would result in 2.7°C of warming by the end of the century.[7] In this report we explore what is necessary to actually meet the Paris goals.

e    Examples include release of methane due to melting permafrost or accelerated dieback of Amazon rainforest.

## CARBON BUDGETS

Many existing analyses of the energy transition start from the current energy system, and attempt to plot what they consider pragmatic rates of change from the status quo. In some cases, such an approach fails to deliver the emissions reductions needed. In that vein, oil companies have often used their energy forecasts to claim that preventing dangerous climate change is simply impossible:

✖ BP: "Emissions [will] remain well above the path recommended by scientists."[8]

✖ Shell: "We also do not see governments taking the steps now that are consistent with the 2°C scenario."[9]

✖ ExxonMobil: "It is difficult to envision governments choosing this [low carbon] path."[10]

In this report we take the opposite approach: we start from climate limits and translate into what needs to happen to the energy system in order to achieve them. We find that what is necessary is also achievable.

We know from atmospheric physics that the key factor determining the extent of global warming is the cumulative amount of carbon dioxide ($CO_2$) emissions over time.[11] Because $CO_2$ stays in the atmosphere

**Table 1: Global Carbon Budgets for Likely Chance of 2°C and Medium Chance of 1.5°C**

| (GtCO$_2$) | 2°C | 1.5°C |
|---|---|---|
| Post-2011 Budget (from IPCC)[14] | 1,000 | 550 |
| Emissions 2012 to 2015[15] | 157 | 157 |
| Post-2015 Budget | 843 | 393 |

Sources: IPCC, Global Carbon Project

for centuries, it has been accumulating for many decades and continues to do so.[12] To keep warming within any particular limit – all else being equal – there is a maximum cumulative amount of $CO_2$ that may be emitted. (Non-$CO_2$ greenhouse gases are treated differently – see Box 1)

In the same way that an individual, business, or government has a budget corresponding to the resources they have, how long they need them to last, and the consequences of debt or deficit, a carbon budget does the same for greenhouse gas pollution. This is an important and helpful way to understand what we can afford to burn when it comes to fossil fuels (and other sources of emissions), and to drive conversations about the most effective and fairest ways to divide the budget between regions and types of fossil fuels.

In this report we analyze the carbon budgets calculated by the IPCC, to examine

their implications for the energy system. We consider two climate limits: a likely chance (66%) of limiting global warming to below 2°C, and a medium chance (50%) of limiting it to below 1.5°C. These budgets are shown in Table 1, deducting emissions that have occurred since the IPCC compiled them.

Some scenarios and analyses, such as the International Energy Agency's 450 Scenario, are based on a 50% chance of staying below 2°C of warming.[13] Since 2°C is considered an absolute limit beyond which severe dangers occur, these 50% odds may be considered imprudent; hence other analyses such as United Nations Environment Programme's annual Emissions Gap report use the budget for delivering a 66% chance of avoiding those dangers, as do we in this report.[f] However, we use a 50% chance of reaching 1.5°C because it has been set as an aspirational goal in the Paris Agreement, rather than an absolute maximum.

---

**Box 1: Carbon Budgets and Other Greenhouse Gases**

The carbon budgets concept applies to $CO_2$, because of the way it accumulates in the atmosphere over many decades. The budgets concept cannot be used in the same way to account for other greenhouse gases, which have a more complex warming effect because they do not last for as long in the atmosphere. Methane is the most important of these other gases.

In the short term, methane is a much more potent greenhouse gas than $CO_2$. However, because methane molecules break down after an average of twelve years, their direct warming effect occurs only during those years after they are emitted, while they are still present in the atmosphere. Methane also has indirect effects lasting beyond twelve years, due to feedback loops in the climate system.[g] Because these loops do not follow a linear

relationship with cumulative emissions, they cannot be described using carbon budgets.

For these reasons, carbon budgets as discussed in this report relate only to $CO_2$. However, other greenhouse gases are factored in when the sizes of $CO_2$ budgets are calculated. Assumptions are made about what other gases' future emissions will be, and so if those assumptions change, then the sizes of carbon budgets change. Recent studies have indicated that methane leakage rates from natural gas facilities in the United States are much higher than previously thought, especially as a result of hydraulic fracturing, or "fracking." Such changed assumptions may require $CO_2$ budgets to be revised downward, which would allow for less $CO_2$ to be emitted.

---

f    There is an argument on that basis that we should require a better than 66% of staying below 2°C – a 33% chance of failure is frightening, given the severity of what failure actually means. The IPCC provides budgets only for 33%, 50%, and 66%, partly as a relic of earlier decisions on how to quantify English-language terms such as "likely" and "unlikely." While some scientists have calculated carbon budgets that would give 80% or 90% probabilities, in this report we use the IPCC budgets, as they are the most reviewed and most-authoritative options. However, we do so with the following proviso: to be more confident of staying below 2°C, budgets would be smaller and require more dramatic action than outlined here.

g    For example, short-term warming caused by methane's direct greenhouse effect may cause ice to melt, reducing the extent to which solar radiation is reflected, and hence leading to greater absorption of heat, even beyond the methane's atmospheric lifetime.

## URGENT EMISSIONS CUTS

To put the carbon budget numbers in context, we can compare them with current rates of emissions.

We see from Table 2 that reducing emissions is urgent: at current rates of emissions, the carbon budget for a likely chance of limiting warming to 2°C will be fully exhausted by 2037, and by 2025 for a medium chance at 1.5°C.

For the world to stay within either of these temperature limits, rapid emissions cuts are required. Figure 1 shows a range of scenarios for emissions pathways that would lead to achieving the likely chance of 2°C or medium chance of 1.5°C outcomes. For 2°C, emissions need to reach net zero by around 2070, and for 1.5°C they must do so by 2050 – and in both cases they must fall steeply, starting immediately.

Note that these scenarios assume that "negative emissions" technology will occur in the second half of the century, through approaches such as bioenergy with carbon capture and storage or direct air capture. If we want to avoid depending on unproven technology becoming available, emissions would need to be reduced even more rapidly.

Table 2: Global Carbon Budgets for Likely Chance of 2°C and Medium Chance of 1.5°C, in context

|  | 2°C | 1.5°C |
|---|---|---|
| Post-2015 Budget (GtCO$_2$) | 843 | 393 |
| Current Global Emissions (GtCO$_2$)[17] | 39.2 | 39.2 |
| Years Remaining at Current Rate | 21.5 | 10.0 |
| Year Exhausted at Current Rates | 2037 | 2025 |

Sources: IPCC, Global Carbon Project

Figure 1: Range of Global Emissions Pathways in Scenarios Consistent with Likely Chance of 2°C or Medium Chance of 1.5°C[18]



Sources: Joeri Rogelj et al

## BOX 2: A History of Carbon Budget Analyses

This report continues a tradition of work by scientists and campaigners showing how global carbon budgets limit the amount of fossil fuels that can safely be extracted and burned.

It has been known for more than 20 years that cumulative emissions of $CO_2$ are a key determinant of how much the planet warms. The IPCC's Second Assessment Report in 1995 observed that in climate models all pathways leading to a particular temperature outcome had similar cumulative emissions. Indeed, the notion of carbon budgets goes back at least to the early 1990s.[20] Further scientific study has developed our understanding of how this works in relation to the carbon cycle, forming a major theme in the IPCC's Fifth Assessment Report in 2013-14.

The pioneering step was taken by Bill Hare, then Climate Policy Director of Greenpeace, in what he called the 'carbon logic'. His 1997 paper, "Fossil Fuels and Climate Protection" showed that if burned, the fossil fuel reserves that were known at that time would release at least four times as much $CO_2$ as could be afforded while keeping warming below 1°C, or twice as much as the budget to keep below 2°C.[21] Several campaign groups (including Greenpeace, Oilwatch, Rainforest Action Network, Project Underground, and Amazon Watch) used the analysis to argue that exploration for new reserves should be stopped, but it was many more years before such calls started to gain traction.

In 2009, an influential paper was published in the journal Nature by Malte Meinshausen and seven co-authors (including Hare, who by then worked with Meinshausen at the Potsdam Institute for Climate Impact Research). They found that only 43% of the world's fossil fuels could be burned before 2050 if the world was to have a 50% chance of keeping warming below 2°C, or 27% of reserves for a 75% chance.[22]

Based on Meinshausen's research, in 2011 the Carbon Tracker Initiative published a report coining the term 'unburnable carbon' and describing its potential consequences for financial markets.[23] Carbon Tracker continues to examine the implications of stranded assets, which are long-term fossil fuel investments that will fail to generate returns because they were made assuming the world will not sufficiently act to address climate change.

Bill McKibben brought this analysis to a wider audience in 2012 in an article in Rolling Stone entitled "Global Warming's Terrifying New Math." In it, he argued that three simple numbers – the 2°C limit, the 565 Gt $CO_2$ budget for an 80% chance of staying within the limit, and the 2,795 Gt $CO_2$ of fossil fuel reserves – added up to global catastrophe.[24] The following year, Mike Berners-Lee and Duncan Clark published an analysis of reserves versus carbon budgets in a book, "The Burning Question".

In 2015, Christophe McGlade and Paul Ekins assessed which reserves might be left unburned if emissions were constrained within carbon budgets through an escalating carbon price. Their paper in Nature concluded that 88% of global coal reserves should remain unburned for a 50% chance of staying below 2°C. Even after assuming significant development of CCS, this proportion dropped to just 82% of global coal reserves. 75% of Canada's tar sands would have to remain unburned, or 74% with CCS.[25]

This report is inspired by that history of earlier work, and aims to build on it by turning the focus to reserves in fields and mines that are already operating.

## FOSSIL FUEL RESERVES

After a company finds and then develops a deposit of oil, gas, or coal, it will generally extract the deposit over a period of several decades (see Figure 4 on page 20). *Reserves* are the quantity of known oil, gas, or coal that can be extracted in the coming years, with current technology and in current economic conditions.[h]

In Figure 2 we compare carbon budgets with fossil fuel reserves, echoing earlier work to translate climate limits into energy limits (see Box 2). For oil and gas, both proven and probable reserves are shown, while for coal only proven reserves are shown (see Appendix 1).[i]

We see that for a likely chance of keeping warming below 2°C, 68% of reserves must remain in the ground. For a medium chance of limiting warming to 1.5°C, 85% of reserves must remain underground.

This conclusion is based on an assumption that carbon capture and storage (CCS) is not widely deployed. CCS is a process in which some of the $CO_2$ released from burning fossil fuels is captured, compressed, and stored underground in deep geological reservoirs – thus enabling fossil fuels to be burned without releasing all of their carbon into the atmosphere. The problem is that the technology needed is far from proven: it has been deployed only in a few pilot

settings, and without significant success (see Appendix 3); meanwhile, there are reasons to believe its costs may remain prohibitive, and questions about its environmental safety.

If CCS is eventually proven and deployed, it might provide a welcome means of further lowering emissions. However, we take the view that it would not be prudent to be dependent on an uncertain technology to avoid dangerous climate change; a much safer approach is to ensure that emissions are reduced in the first place by reducing fossil fuel use and moving the economy to clean energy. Therefore, we apply that assumption throughout this report.[j]

**Figure 2: Global Fossil Fuel Reserves Compared to Carbon Budgets for Likely Chance of 2°C and Medium Chance of 1.5°C[28]**



Sources: Rystad Energy, World Energy Council, IPCC

---

h    Reserves are a subset of resources, which are an estimate of all the oil, gas, or coal that might one day be extracted. There are two criteria that define reserves:
(i)   They have been identified – they have a specified location and grade/type (whereas resources also include those that are expected or postulated to exist, based on geological understanding)
(ii)  They can be extracted with currently available technology and under current economic conditions (whereas resources also include those that rely on speculative future technologies or commodity prices)[58]
i    An overview of government-reported data for nine countries that together account for 60% of proven coal reserves suggests additional probable reserves of around 350 Gt of coal in those countries, equivalent to 885 Gt of $CO_2$. However, coal data is plagued by unreliability and inconsistent definitions, so this estimate should be taken with caution.[27]
j    As noted, we are taking a different approach from the IEA's 450 Scenario, which assumes large-scale CCS will become available, hence requiring only modest reductions in fossil fuel usage while having a 50% chance of staying within 2°C.

CLIMATE SCIENCE AND CARBON BUDGETS | 15



Excavators pile up coal on a quay at the Port of Lianyungang in Lianyungang city, east China's Jiangsu province, 10 November 2013.

© Associated Press, Wang Chun.

# 2. ENOUGH OIL, GAS, AND COAL ALREADY IN PRODUCTION

We have seen that existing fossil fuel reserves considerably exceed both the 2°C and 1.5°C carbon budgets. It follows that exploration for new fossil fuel reserves is at best a waste of money and at worst very dangerous. However, ceasing exploration is not enough, as that still leaves much more fossil fuel than can safely be burned.

## DEVELOPED RESERVES

We now turn to the question of how much room exists within the carbon budgets for development of new oil fields, gas fields, and coal mines.

Figure 3 explains three categories of fossil fuels in the ground:

- ✖ **Resources** that might one day be extracted, some of which are geologically "expected" but yet to be actually found.

- ✖ **Reserves** that are known and extractable using today's technologies and in today's economic conditions.

- ✖ **Developed Reserves** that can currently be extracted from oil fields, gas fields and coal mines that are already

operating – for which the wells have been drilled and the pits dug, and where the pipelines, processing facilities, railways, and export terminals have been constructed.

We focus on the smallest of these three measures: 'developed reserves'. If no new fields or mines are developed, production of each fossil fuel will decline over time as existing fields and mines are depleted, eventually reaching zero. A finite amount of cumulative production would thus occur with no new development, which we have estimated in Table 3.

Figure 3: Three Measures of Available Fossil Fuels



RESOURCES

RESERVES

DEVELOPED RESERVES

What exists, ultimately recoverable (incl. with future technology).

explore, develop technology

What is known, economically recoverable now.

drill wells, dig mines, build infrastructure

What is known and recoverable in currently operating fields and mines.

Source: Oil Change International. Not to scale.

**Figure 4: Lifecycle of an Oil or Gas Field**
Source: Oil Change International



For oil and gas fields, we use data from Rystad Energy's UCube, a database of upstream oil and gas projects.[29] Rystad creates this data using a combination of company reports, regulatory information, and modeling. We have included fields that are currently being developed – for which shovels are in the ground – as well as those already producing, as the under-construction ones are "committed" in a similar sense. Because the estimates of reserves in existing fields are sensitive to oil and gas prices, we have used Rystad's base case, which projects the prices Rystad considers most likely over coming years.

Rystad provides data at the level of an "asset", which roughly divides the oil and gas universe into units for which a separate investment decision is made, based on its assessed profitability. For this reason, we do not count the reserves that would be unlocked in future development phases of a producing field as "developed." For example, we count the 3.6 billion barrels of oil that can be extracted with existing infrastructure on BP's Mad Dog field in the Gulf of Mexico as developed, but not the further 10.7 billion barrels that would be unlocked by its planned Mad Dog Phase 2 development, which would involve additional infrastructure investments.

For coal mines, we use estimates from the International Energy Agency (IEA), which are comprised of data from various sources combined with the IEA's own analysis.[30] It should be noted that available data for coal is generally of poorer quality than for oil and gas (see Appendix 1). Data is not available for coal mines under construction.

Table 3: Developed Reserves and $CO_2$ Emissions, from Existing and Under-Construction Global Oil and Gas Fields, and Existing Coal Mines[31]

|  | Reserves | Emissions |
|---|---|---|
| Oil, Proven | 413 bn bbl | 175 Gt $CO_2$ |
| Oil, Probable | 400 bn bbl | 169 Gt $CO_2$ |
| Gas, Proven | 1,761 Tcf | 105 Gt $CO_2$ |
| Gas, Probable | 1,130 Tcf | 68 Gt $CO_2$ |
| Coal, Proven | 174 Gtce | 425 Gt $CO_2$ |
| TOTAL |  | 942 Gt $CO_2$ |

Sources: Rystad Energy, IEA

## DEVELOPED RESERVES COMPARED TO CARBON BUDGETS

Figure 5 compares developed reserves with the carbon budgets. In addition to emissions from energy (the burning of the three fossil fuels), we must also consider two other sources of emissions:

✖ Land use, especially changes in forest cover and agricultural uses;

✖ Cement manufacture, where aside from any energy usage, $CO_2$ is released in the calcination reaction that is fundamental to cement production.[k]

In both cases, we use relatively optimistic projections of emissions this century, assuming climate action, while noting that these sit within a wide range of projections, from those assuming business-as-usual to those involving speculative new technologies. This range is shown in Table 4 (more details in Appendix 2). There is considerable variation in modelled land use emissions.[l] If emissions from these two sources are not reduced to zero by the end of this century, they could occupy a larger share of the remaining carbon budgets, leaving less for fossil fuel emissions.

It can be seen from Figure 5 that (in the absence of CCS):

✖ The emissions from existing fossil fuel fields and mines exceed the 2°C carbon budget.

A recent study by Alex Pfeiffer and colleagues at Oxford University found that the "2°C capital stock" of power plants will be reached in 2017, by projecting the emissions from power plants over their full 40-year lifespans. In other words, if any more gas or coal plants are built after next year, others will have to be retired before the end of their design lives, in order for the world to have a 50% chance of staying below the 2°C limit (for a 66% chance of

2°C, that capital stock was reached in 2009, meaning early retirements are already required).[32] We have reached a similar conclusion for the capital stock in fossil fuel extraction.

## NO MORE FOSSIL FUELS

In 2015, President of Kiribati Anote Tong wrote to other national leaders urging an end to the development of new coal mines, "as an essential initial step in our collective global action against climate change".[33] As a low-lying island in the Pacific, Kiribati is a nation whose very existence is threatened. Our analysis in this report supports his call, and extends it further.

If we are to stay within the agreed climate limits and avoid the dangers that more severe warming would cause, the fossil fuels in fields that have already been developed exceed our global carbon budget. Therefore, we conclude that:

✖ No new oil fields, gas fields, or coal mines should be developed anywhere in the world, beyond those that are already in use or under construction.[m]

✖ Similarly, no new transportation infrastructure – such as pipelines, export terminals, and rail facilities – should be built to facilitate new field and mine development (this does not preclude replacing existing infrastructure such as an old, leaky pipeline).[34]

Governments and companies might argue that early closure of coal could make space for new development of oil and gas. This substitution argument might have worked if the total developed reserves were equivalent to well below 2°C or 1.5°C. But instead, Figure 5 shows that developed reserves exceed the 2°C carbon budget and significantly exceed the 1.5°C budget. Furthermore:

✖ Oil and gas emissions alone exceed the 1.5°C budget.

If governments are serious about keeping warming well below 2°C and aiming for 1.5°C, no new oil or gas development would be permitted, even if coal, cement, and deforestation were stopped overnight.

## LEAST-COST APPROACHES

Many analyses of emissions pathways and climate solutions assess the "least-cost" routes to achieving climate targets.[n] Such an analysis – with the same targets we have used in this report – might not lead to the conclusion that no new fields or mines should be developed. Although developed reserves will often be cheaper to extract than new reserves because capital has already been spent, that is not always the case. A new Saudi oil field may cost less to develop and operate than simply maintaining production from an existing Venezuelan heavy oil field, for example. In optimizing the global economics, a least-cost approach might suggest that rather than precluding new development, we should instead close the Venezuelan field early and open the Saudi one. In this report we take a different approach.

There are two rationales for using least-cost models to assess the best way of achieving a given climate target: predictively, assuming a markets-based mechanism for delivering change; or normatively, on grounds that the least total cost implies the greatest net benefit to humanity.

As it relates to this report, the predictive role will hold only if we expect that sufficiently strict market-based policies will be put in place to achieve climate goals. In the absence of these policies, the predictive role is lost. Those policies do not currently exist; and in fact, in Section 4 we will argue that market-based, demand-side policies alone may not be enough to transform the energy system to the extent climate limits require.

---

k   Calcium carbonate (limestone) is heated to break it into carbon dioxide and calcium oxide, the largest ingredient used to make cement clinker: $CaCO_3 \rightarrow CaO + CO_2$. The heat may come from coal or gas, but those emissions are counted within the energy total; the additional component here is the $CO_2$ from the calcination reaction.

l   Many scenarios include significant negative emissions, from bioenergy with CCS (BECCS), biochar, and afforestation. In this report, we have based our conclusions on an assumption that CCS is not deployed at scale, based on unpromising experience to date (see Appendix 3). Extending this precautionary assumption could potentially increase the assumed land use emissions, and reduce the share of carbon budgets available for fossil fuels.

m   It should be noted that we have not included probable reserves of coal, due to lack of data and for the other reasons listed in Appendix 1. So more precisely, our conclusion is that coal mines should not continue producing beyond their proven reserves. Similarly, if new technology enabled greater recovery from existing oil and gas fields, further restraint would be needed.

n   They commonly do so using an integrated assessment model, which combines both physical effects of emissions in the climate system, and economic effects of energy in the economy. Such models are used to generate the emissions scenarios featured in IPCC reports, such as those shown in Figure 1.

**Table 4: Assumed 2015 to 2100 Emissions from Land Use and Non-Energy Emissions from Cement Manufacture** (see Appendix 2 for details)

| Gt CO$_2$ | Assumed Base Case | Range |
|---|---|---|
| Land Use | 21 | -206 to 57 |
| Cement Manufacture | 162 | 150 to 241 |

Sources: IPCC Scenarios Database, IEA

Figure 5: Emissions from Developed Reserves, Compared to Carbon Budgets for Likely Chance of 2°C and Medium Chance of 1.5°C



Sources: Rystad Energy, IEA, World Energy Council, IPCC



Examining the normative rationale, we run into the important question of how the climate goal is to be achieved. It is a sad reflection on climate politics that leaders find it easy to make principled or pragmatic arguments for why others should take action, but much harder to see arguments for why they should do so themselves. No government seems to need much excuse to carry on extracting or burning fossil fuels: the logic leaps quickly from "someone can extract if conditions ABC are met" to "I can extract as much as I like." This is one reason why we focus on overall global limits.

Since political action is required, we should look for solutions that are not just economically optimized, but politically optimized. Politically, it is much more difficult to demand the loss of physical capital – on which dollars have been spent, and steel and concrete installed – than to relinquish the future hope of benefits from untapped reserves. Shutting an existing asset leads to an investor losing money, and if a government shuts it by decree the investor will demand compensation. That lost money is a powerful disincentive for all parties involved. In contrast, stopping plans for the construction of unbuilt facilities mostly involves the loss of potential future income, since the amount spent on exploration is relatively small.

Similarly, existing jobs held by specific people generally carry more political weight than the promise of future jobs. This can even be the case when policy decisions may lead to more jobs than the present ones that would be lost. We will examine this in more detail in Section 4 and 5.

Mountaintop removal coal mining on Cherry Pond and Kayford mountains in West Virginia 2012.



©Wade Payne/Greenpeace.

## THE FRONT LINES OF EXPANSION

The consequence of our analysis is that no new extractive or facilitating infrastructure should be built anywhere in the world. We identify here the countries where the most expansion is proposed. If these expansions go ahead, they could be the worst culprits in tipping the world over the edge.

### (i) Coal

The world's largest and fifth-largest coal producers, China and Indonesia, have declared moratoria on new coal mine development. The second-largest producer, the United States, has implemented a limited moratorium on new coal mines on public lands. These three countries account for roughly two-thirds of the world's coal production (or 60%, if US production on non-federal lands is excluded).[35] The first priority must be to make these moratoria permanent, and to extend the U.S. moratorium to all coal mining in the country.

The two countries that are currently proceeding with major coal mining development are Australia and India:

⊗ **Australia:** Nine coal mines are proposed in the Galilee Basin in Queensland. They would have combined peak production of 330 Mt of coal per year, amounting to 705 Mt $CO_2$ of emissions per year – if this were a country, it would be the world's 7th largest emitter.[36] Table 5 shows the six mines that have filed applications for regulatory approval, with estimated recovery of 9.6 billion metric tons of coal over their lifetimes, leading to 24 Gt of $CO_2$ emissions. This would total 6% of the global carbon budget for 1.5°C. Three further mines – Waratah's Alpha North, GVK/Hancock's Alpha West, and Vale's Degulla – have not yet started the approvals process.

⊗ **India:** In 2015, the government of India set a target of tripling national coal extraction to 1.5 billion metric tons per year by 2020, with majority-state-owned Coal India Limited increasing its extraction to 1 billion metric tons per year, and other companies increasing from 120 Mt per year to 500 Mt per year.[38] Most commentators expect production growth to fall well short of these goals; the IEA's projection

of production from existing and new mines is shown in Figure 6. Data are not available on the reserves in new mines.

It should be noted that India has done less than most countries to cause the climate problem: despite having 18% of the world's population, it has accounted for just 3% of historical global $CO_2$ emissions.[40] And with per capita GDP of just $1,600, the country has an urgent need for economic development. Therefore, many argue with good justification that it is unreasonable to expect a country like India to bear an equal burden of addressing climate change to those with far greater historic responsibility. At the same time, it is difficult to see how the world can avoid dangerous climate change if this coal expansion goes ahead. The solution could be a generous support package, primarily provided by the wealthy countries that are most responsible for climate change, including climate finance and technology transfer, to help India pursue a low-carbon development path.

Table 5: Proposed Coal Mines in Australia's Galilee Basin[37]

| Mine | Company | Expected recovery / Mt coal |
| --- | --- | --- |
| Carmichael | Adani | 5,000 |
| China Stone | MacMines | 1,800 |
| China First | Watarah Coal | 1,000 |
| Alpha | GVK / Hancock | 840 |
| Kevin's Corner | GVK | 470 |
| South Galilee | Bandanna/AMCI | 450 |
| TOTAL | | 9,560 |

Sources: Individual Project Environmental Impact Statements

Figure 6: Projected Indian Coal Production from Existing and Proposed Mines, in Million Metric Tons of Coal Equivalent (taking into account low quality)[39]



■ Existing mines ■ Brown and Greenfield Projects

Source: International Energy Agency

Figure 7: CO$_2$ Emissions from Largest Proposed New Oil and Gas Developments



Source: Rystad Energy

## (ii) Oil and Gas

The largest proposed oil and gas developments, as projected by Rystad, are shown in Figure 7.

They comprise:

✖ **Qatar:** Along with partner ExxonMobil, state-owned Qatar Petroleum plans to expand gas and oil production on the massive North field in several new phases, although this is not expected until prices increase. The projected 52 Gt of lifetime CO$_2$ emissions would on their own exhaust 13% of the 1.5°C budget.

✖ **United States:** Major ongoing fracking developments, particularly for oil in North Dakota's Bakken, and Texas' Permian and Eagle Ford shales, and for gas in the Appalachian Basin's Marcellus-Utica shale. These are all proceeding in spite of low prices, and would add another 51 Gt of CO$_2$ emissions.

✖ **Russia:** Gazprom proposes several major gas and oil developments in the Yamal Peninsula in Arctic northwest Siberia, though this is not expected until prices increase. They would add 38 Gt of CO$_2$ emissions.

✖ **Iran:** The Iranian government is currently preparing an auction of several fields and exploration blocks to foreign companies, with initial offerings expected in late 2016 or early 2017. The emissions would amount to 24 Gt CO$_2$.

✖ **Canada:** Proposed expansion of tar sands extraction in Alberta depends on the construction of new pipelines, which have been stalled due to public opposition. Two major new pipelines are currently proposed, one by Kinder Morgan to the west coast and another by TransCanada to the east coast. Projected emissions are 21 Gt CO$_2$.

It can be seen from the chart that new gas development is as much of a threat as new oil development.

Proceeding with any of the above oil, gas, or coal expansions – the world's largest new sources of new carbon proposed for development – could commit us to far more than 2°C warming.

# 3. TRIMMING THE EXCESS

We saw in the previous section that stopping new fossil fuel construction can get the world closer to staying below 2°C of warming, but still is not enough (see Figure 5). Some closure of existing operations will be required to limit warming to 2°C. To have a chance of staying below 1.5°C, significant closures will be needed.

We have noted that closing existing facilities is more politically difficult than not building new ones. Stopping new fossil fuel construction minimizes the number of existing operations that need to be closed early. In this section we will consider where the necessary early shut-downs could or should take place.

Environmental justice is a priority principle for considering where to stop fossil fuel extraction. Extraction should not continue where it violates the rights of local people – including indigenous peoples – nor should it continue where resulting pollution would cause intolerable health impacts or seriously damage biodiversity. Fossil fuels have a long and violent history of being associated with such violations, stopping which is important in its own right.

## COAL MINES

An obvious candidate for early closure is the coal sector. Coal accounts for the largest share of resources, the largest $CO_2$ emissions intensity, and the largest emissions per unit of power generated. Furthermore, coal's use in power generation is readily substitutable by renewable energy,[o] at least in countries and regions with mature electrical grids. Coal mining is also less capital-intensive than oil or gas extraction, so it is less costly to retire a coal asset early (although coal mining is also more labor-intensive, raising issues of its closure's impact on workers – see Section 5).

This does not mean that all coal should be phased out before any action to restrict existing oil and gas extraction. Poorer countries rely disproportionately on coal for their energy, compared to oil and gas: coal accounts for 19% of primary energy in industrialized countries in the Organisation for Economic Co-operation and Development (OECD), but 37% of primary energy in non-OECD countries.[42] There is danger that placing too much emphasis on coal may put an unfair share of the burden on the very countries who did least to cause the climate problem and who have the least financial and technological capacity to transform their economies. We will examine these issues in more detail shortly.

As a starting point, there is little justification for continued mining or burning of thermal coal in industrialized countries. Figure 8 shows that the OECD countries extracting the most coal are the United States, Australia, Germany, and Poland.

China has already adopted a policy of closing some existing coal mines, which will cut its annual production capacity by between one to two billion metric tons of coal, depending on implementation. For comparison, China currently extracts 3.7 billion metric tons, (though these capacity reductions will not translate to a 25% to 50% cut in output because of current overcapacity, but they will reduce China's developed reserves.)[43]

---

o   Around 17% of coal demand is used in steel production. Research and development is under way to seek to make steel without coal; some projects have instead used forestry-derived charcoal, and earlier-stage technologies include polymers or natural gas. Steel is also highly recyclable, boosting recycling levels from the current 30% could help reduce the level of demand.[41]



The Shengli open-cast coal mine in Xilinhot, Inner Mongolia, China, 2012.

**Figure 8: Partying Like it's 1899:**[44] **OECD Countries (a) Extracting and (b) Burning the Most Coal** (2014 data)



Source: German Federal Institute for Geosciences & Natural Resources (BGR)

## EQUITY: ALLOCATING FAIR SHARES

Some poorer countries see extraction and use of fossil fuels as a means to achieve economic empowerment, by providing either domestic energy or revenue from exports. At the same time, the greatest impacts of climate change will fall on poorer countries which have done the least to cause the climate problem. A study commissioned by the Climate Vulnerable Forum estimates that climate change already causes 400,000 deaths per year, 98% of which occur in developing countries as a result of increases in hunger and in communicable diseases. The current estimated 1.7% reduction in global gross domestic product (GDP) due to climate change is disproportionately felt by the world's poorest nations, the Least Developed Countries, whose GDP is being reduced by 7%.[45]

In contrast to the least-cost approaches discussed in the previous section, the appropriate question is not only which solution incurs the least cost to humanity as a whole: we must also consider a just distribution of who incurs the cost, such that each country contributes its fair share to address the global problem of climate change.

We have argued that ending the construction of new fossil fuel infrastructure is a politically pragmatic approach to avoiding dangerous climate change. The problem is that much of current fossil fuel extraction is located where it may not be most needed or justified in terms of fairness; examples include oil, gas, and coal in the United States and Russia, oil in Canada, oil in Saudi Arabia, and coal in Australia.

A forthcoming paper by Sivan Kartha and colleagues at the Stockholm Environment Institute argues that climate politics contain an unresolved tension between two different views of fossil fuel extraction: one of "extraction as pollution," and another of "extraction as [economic] development."[46] The authors point out that this tension goes right back to the 1992 UNFCCC treaty, whose preamble says: "States have [...] the sovereign right to exploit their own resources pursuant to their own environmental and developmental policies, and the responsibility to ensure that activities within their jurisdiction or control do not cause damage to the environment of other States or of areas beyond the limits of national jurisdiction."

At the level of emissions, where most climate policy has historically focused, this tension has been addressed through the principles of equity. Most importantly, the duty to cut emissions rests more with countries that carry greater responsibility for causing the problem (those with greater historic emissions), and with those that have most capacity to act (the wealthiest countries).[47] Industrialized countries, which account for just 18% of the world's population, are responsible for 60% of all historical $CO_2$ emissions.[48]

Already, important questions arise. How do these principles of responsibility and capacity translate to the fossil fuel supply side? How does the "resource curse" – the paradox that those countries with the most natural resources sometimes have less economic development success – diminish the developmental value of fossil fuels, or the historic responsibility for their extraction? How do demand-side equity and supply-side equity interrelate?

Oil Change International is working with the Stockholm Environment Institute on a paper that more fully explores these questions and makes concrete proposals for an equity framework on fossil fuel



Syncrude upgrader plant north of Fort McMurray, Alberta, Canada

supply. For now, it is clear that whatever the details, the onus of climate action remains on wealthier countries both to take action themselves, and to help finance and facilitate further action in countries that do not have the resources to do so themselves.

Countries with low levels of fossil fuel infrastructure have an opportunity to seek sustainable development along a low-carbon pathway, leapfrogging to clean energy without the risk and cost of investing in assets that may become stranded when climate action makes them obsolete. In this regard, it should be noted that some of the greatest ambition for energy transition comes from small, poor, and vulnerable countries, such as Costa Rica, Nicaragua, Djibouti, and Vanuatu (see Box 3 in Section 5).

However, in return such countries can and should rightly demand financial support from industrialized countries, given the advantages these nations have drawn from fossil fuels, and conversely the challenges for poorer countries of integrating variable renewables in weaker grids. This may include investment and transfer of technologies in renewable energy, as well as in other industries that can provide alternatives to revenue from fossil fuel extraction.

Other developing countries that have relied more on fossil fuel extraction or combustion will similarly require finance to facilitate a transition, in a manner that protects the livelihoods of those working in the energy industry and diversifies their revenue bases and broader economies. Some fossil fuel exporters have grappled with the challenge of how to lift their people out of poverty while addressing climate change. Ecuador, for instance, has proposed charging a tax on oil exports to wealthy countries, to increase revenue while also incentivizing lower oil use.

We conclude:

❌ To achieve the Paris goals, no new fossil fuel extraction infrastructure should be built in any country, rich or poor, except in extreme cases where there is clearly no other viable option for providing energy access.

❌ Since rich countries have a greater responsibility to act, they should provide finance to poorer countries to help expand non-carbon energy and drive economic development, as part of their fair share of global action. Particularly important will be financial support to

meet the urgent priority of providing universal access to energy. Around the world, over a billion people have no electricity in their home. Nearly three billion rely on wood or other biomass for cooking or heating. Lack of access to energy in households and communities threatens the achievement of nearly every one of the Sustainable Development Goals that the international community has set to fight poverty, hunger, and disease.

❌ To stay within our carbon budgets, we must go further than stopping new construction: some fossil fuel extraction assets must be closed before they are exploited fully. These early shut-downs should occur predominantly in rich countries.

❌ Extraction should not continue where it violates the rights of local people – including indigenous peoples – nor should it continue where resulting pollution would cause intolerable health impacts or seriously damage biodiversity.



©Jiri Rezac/Greenpeace



Oil workers at the Rumaila oil refinery, near the city of Basra, Iraq. 2013

© AP Photo/Nabil al-Jurani

# 4. WHY FOSSIL FUEL SUPPLY MATTERS

Over the last three decades, climate policy has focused almost exclusively on limiting the combustion that physically releases $CO_2$ into the atmosphere, this is far from the only way to address the problem. By contrast, ozone protection was achieved by regulating the production of chlorofluorocarbons (CFCs) and other chemicals, rather than trying to influence their usage and release (for example by a deodorant tax or quota).

Around 95% of the carbon extracted in oil, gas, or coal is subsequently burned and released into the atmosphere as $CO_2$. As such, the amount of carbon extracted is roughly equal to the amount that will be emitted.

There are two routes by which extracted carbon may not end up in the atmosphere:

❌ Small amounts of oil and gas are used in industrial manufacturing of plastics, chemicals, fertilizer, and other products. In 2011, non-combustion uses accounted for 14% of U.S. oil consumption, 2% of gas consumption, and 0.1% of coal consumption – combined, these total just 6% of the carbon in U.S. fossil fuel consumption.[49] Even in some of these cases, the carbon still ends up in the atmosphere as the finished products decompose.

❌ In theory, $CO_2$ emissions could be captured. However, CCS has barely been deployed to date, despite strong advocacy since the 1990s by the fossil fuel industry. Due to slow development of the technology, even if CCS were developed at scale – and it is questionable whether it could be at affordable cost – the carbon budget would only be extended by an estimated 12-14% by 2050 (see Appendix 3).[50]

Apart from these exceptions – one of them minor, and the other currently tiny with uncertain prospects – any carbon that is extracted in fossil fuels ends up in the atmosphere as $CO_2$, as shown in Figure 9.

## THREE POSSIBLE FUTURES
We have seen that the reserves in developed fields and mines exceed the carbon budget for a likely chance of staying below 2°C. As a result of this arithmetic, adding any new resource can logically do only one of two things (in the absence of CCS): either add to the excess of emissions above 2°C, or cause an asset to be stranded elsewhere.

Figure 9: The Carbon Supply Chain



Source: Oil Change International

To illustrate what this means, we extend this basic logic to all new sources of fossil fuel. There are three scenarios:

⊗ **Managed Decline:** No further extraction infrastructure is developed, existing fields and mines are depleted over time, and declining fossil fuel supplies are replaced with clean alternatives to which energy workers are redeployed, thus preventing dangerous climate change.

⊗ **Stranded Assets:** Companies continue to develop new fields and mines, governments are eventually successful in restricting emissions, and the resulting reduction in demand causes many extraction assets to become uneconomic and shut down, causing destruction of capital and large job losses.

⊗ **Climate Chaos:** Companies continue to develop new fields and mines, none are stranded, and the resulting emissions take us well beyond 2°C of warming, with resulting economic and human catastrophe.

In reality, the scenarios are not mutually exclusive – the future will be some combination of all three. However, we know that each new field or mine must contribute to one of the following outcomes;

if developed it will either cause stranded assets and/or dangerous climate change. Figure 10 illustrates the situation: the aggregate effect of many such decisions will be to cause considerable warming above 2°C, and/or considerable stranding of assets.

The "managed decline" scenario is explored in more detail in Section 5. This scenario requires deliberate policy decisions to cease development of new fields, mines, and infrastructure.

If that decision is not made, economic and political factors will determine the ratio of "climate chaos" (see Section 1) to "stranded assets," which we outline below. We will then consider how fossil fuel supply relates to emissions, in order to better identify the economic and political factors that arbitrate between the two scenarios.

## STRANDED ASSETS

The concept of stranded assets has entered the climate debate in the last few years, especially through the work of Carbon Tracker Initiative.[51] It has been taken up by many in the financial sector, including banks such as HSBC[52] and Citi,[53] and Bank of England Governor Mark Carney.[54]

If we assume that a combination of government policy and technological change is successful in limiting warming to below 2°C or to 1.5°C (and that CCS prospects do not radically improve), demand for fossil fuels will fall rapidly, resulting in a significant decrease in fossil fuel commodity prices. This in turn will make many extraction projects unprofitable, leading to significant losses for investors.

To estimate the scale of stranding, Table 6 gives estimates of projected capital expenditure over the next 20 years that will potentially be wasted: over $10 trillion in new oil fields, gas fields, and coal mines, and up to $4 trillion in transportation infrastructure such as pipelines, railways, and port terminals. (For comparison, projected ongoing and maintenance capital expenditure on existing fields and mines is just over $6 trillion).[p]

On top of this, there would be stranding of downstream assets such as power plants and refineries, the estimation of which is beyond the scope of this report.

The "stranded assets" scenario is not something we can regard as a problem only for financial institutions. It would be bad news for pension-holders, for those employed by the fossil fuel industry, and for

Figure 10: Logic Tree of Fossil Fuel Supply vs. Emissions Restrictions



Source: Oil Change International

---

[p]   Comprising $4.4 trillion on oil, $1.5 trillion on gas and $0.35 trillion on coal

Table 6: Potential for Asset Stranding: Projected (Public and Private) Capital Expenditures on New Fields and Mines, 2014-35 (2012 Dollars)

| | Extraction Projects[55] | Transportation Projects[56] |
|---|---|---|
| Oil | $6,270 bn | $990 bn |
| Gas | $3,990 bn | $2,630 bn |
| Coal | $380 bn | $300 bn |
| TOTAL | $10,640 bn | $3,920 bn |

Sources: International Energy Agency, Rystad UCube

the wider population dependent on a stable economy. Inevitably, if fossil fuel extraction is maintained or increased, then staying within climate limits would require a much faster pace of reductions than if a managed decline begins now. This means much more disruption, more expenditure on faster development of alternative infrastructure, and the loss of more jobs at a quicker rate.

"Stranded assets" is not the only scenario that causes economic loss. On top of the severe human costs of greater disease, starvation, and lost homes, the economic costs of climate change are vast, encompassing infrastructure damage and the decline of sectors such as agriculture and insurance. Estimates since the Stern Review of 2006 have commonly put the impact at several percent of global GDP by the late twenty-first century, and a more recent study of historic correlations between temperature and economic activity suggested that unmitigated climate change could cause as much as a 20% reduction in 2100 output.[57] Another study on the impact on financial investments estimated that $2.5 trillion of financial assets could be at risk.[58] The economic disruption of climate change would also cause major job losses across numerous sectors, and would do so in a chaotic way that would make transitional support even more difficult.

In contrast to the combination of these two costly scenarios, managed decline of fossil fuel extraction offers a more reasonable path forward.

## SUPPLY AND DEMAND

In recent years, many governments have adopted the apparently contradictory goals of reducing emissions while encouraging increased fossil fuel extraction. In the absence of CCS, these two goals cannot both be achieved at a global level: if emissions are to be reduced, total fossil fuel consumption must be reduced, which in turn means that total fossil fuel extraction must be reduced as well.

When pressed, governments and companies tend to square the circle by assuming that it is someone else's production that will get constrained and some other investor's bet that will go sour. However, they never specify which other country or company's production they anticipate will be stopped, or why, or how.

Some commentators insist that climate change should only be addressed on the demand side.[59] But the trouble with this view is that the act of increasing supply makes it harder to cut emissions.

## (i) More Supply = Lower Price = Higher Demand

While climate policy has addressed fossil fuels almost entirely on the demand side, there has been an implicit assumption that markets will then simply allocate the aggregate demand between suppliers. However, this is not how energy markets work.[60]

Over the history of the modern energy industry, there have been times when demand has led events, and times when supply has done so. For an illustration of supply leading the way, consider the present-day situation. U.S. oil extraction expanded from 6.8 million barrels per day (mbd) in 2010 to 11.7 mbd in 2014,[61] stimulating a fall in price, which was exacerbated when the Organization of the Petroleum Exporting Countries (OPEC) decided in November 2014 not to cut its production to compensate. The resulting low oil prices led to global oil demand growing at the fastest pace in five years,[62] and to the fastest increase in U.S. gasoline consumption since 1978.[63]

Figure 11: Impact of Policy to Encourage Supply on Supply / Demand Equilibrium



In sum, a company will not proceed with a new project if commodity prices are less than the total operating and capital costs, but will close down an-already developed project only if prices hit the much lower threshold of marginal operating costs. In other words, any given action to reduce demand becomes less effective as soon as extraction projects have been developed and operation is ongoing.

### (iii) Perverse Political Effects

As well as the perverse economic impacts of increasing fossil fuel supply, there are also perverse political impacts. Governments tend to act more strongly to protect existing industries than to stimulate future ones, because of the political clout of real jobs held by identifiable people (as opposed to abstract numbers), and because of the lobbying power of dominant industries.

When fossil fuel prices are low, governments often feel political pressure to reduce taxes on fossil fuel production or provide other subsidies to keep companies producing. For example, the United Kingdom cut the highest tax rate on North Sea oil production from 80% to 68% in 2015 and again to 40% in 2016.[64] Noting declining profitability since 2011 (when coal prices began their slide), the Indonesian Coal Mining Association is calling for the government to guarantee cost-based prices in order to enable continued expansion.[65] The effect of subsidies expanding or maintaining supply translates through the price mechanism again into increasing demand and increased emissions.

This should not be surprising, as it is what basic economic theory tells us: supply does not simply passively match demand, but interacts with it in dynamic equilibrium.[q] Figure 11 shows how supply and demand interact: the actual quantity consumed and produced is determined by the point where the two lines cross. A policy designed to increase extraction or lower its costs – in this example, weak environmental regulation of hydraulic fracturing in the United States – will move the supply curve to the right and/or downward. The resulting new equilibrium has a lower price and a higher quantity. In short, the increase of supply has also increased consumption, and thereby emissions.

### (ii) Lock-In of Production

Once a field or mine has been developed, it will generally keep producing. In other words, the act of developing it locks in future production. This is because once capital has been expended, an investor has strong incentives to avoid letting the asset become stranded. This is illustrated in Figure 12, where cash flow is negative in the early phase as capital is invested. The project only receives income once oil production begins, after three years. In the higher-price scenario, it takes a further nine years to pay back the invested capital, and the project finally begins making a profit around Year Twelve. In the lower-price scenario, the project never breaks even.

If the company knew beforehand – in Year Zero – that the price would follow the lower path, it would not move ahead with the project. But once the project has been developed, the economic incentives push for continued production even if it means a long-term loss on the capital invested, since closing down would lead to an even greater loss. As long as the red curve is rising in Figure 12, continued production reduces the ultimate loss. It is only if the price received is less than the marginal operating cost (the curve bends downward) that it is better to stop before losses increase.

q   This mechanism breaks down if there is a perfect swing producer, which adjusts its own supply to maintain equilibrium at a certain level. Even before 2014, OPEC's ability to act was in reality limited by physical, political and economic factors (if it had been a perfect swing producer, the price would not have fluctuated). Now that Saudi Arabia and OPEC have decided not to fulfil that role even partially, and instead to maximize their production, the market reflects this model.

**34** │ WHY FOSSIL FUEL SUPPLY MATTERS

Figure 12: Cumulative Discounted Cash Flow for a Typical Fossil Fuel Project[r]



Source: Oil Change International

r   Cash flow is the total income minus total (undepreciated) expenditure in any year. Discounting adjusts this to account for the time value of money, reflecting both the cost of capital and the opportunity cost of not investing it elsewhere.

# 5. MAKING AN ENERGY TRANSITION HAPPEN

Twenty-five years of climate politics has thoroughly embedded the notion that climate change should be addressed at the point of emissions, while the supply of fossil fuels should be left to the market. That view is now no longer supportable (if in fact it ever was). Our analysis indicates a hard limit on the amount of fossil fuels that can be extracted, pointing to an intervention that can only be implemented by governments. We conclude that:

⊗ Governments should issue no further leases or permits for new oil, gas, or coal extraction projects or transportation infrastructure.

While this would mark a significant change in the direction of climate policy, it is also the least disruptive and least painful option. As we saw in the previous section, in the absence of a dramatic turnaround for CCS, further building of fossil fuel extraction infrastructure will lead us only to two possible futures, both of which entail vast economic and social costs.

What we propose in this report is the easiest global approach to restraint: when in a hole, stop digging.

## A GRADUAL TRANSITION

Existing fields and mines contain a large amount of oil, gas, and coal, which will be extracted over time. Rates of extraction will decline without development of new resources and infrastructure, but the decline is far from precipitous. The fastest decline will be in fracked shale, where wells produce for only a few years. Other fields often last much longer.

Figures 13 and 14 show Rystad's projection of oil and gas extraction from existing fields and those under construction, in its oil price base case[s]: extraction (and hence global supply) would fall by 50% by the early 2030s. Data is not available for coal.

This projection should not be alarming. Remember that emissions must decline rapidly, to net zero by 2070, for a likely chance of staying below 2°C, or by 2050 for a medium chance of staying below 1.5°C (see Figure 1 on page 13). For emissions to decline, fossil fuel use (and consequently extraction) must decline at the same overall rate.

Simply restricting supply alone would lead to increased prices, potentially making marginal production in existing fields and mines viable. The amount ultimately extracted and emitted would still be lower (see Figure 11 on page 34), but may not be as low as carbon budgets allow. A more powerful policy approach would be to pursue reductions in supply and demand simultaneously. As long as the two remain roughly in sync, prices will remain more stable, and "leakage" – where reductions in one country's extraction are offset by increased extraction in another country – will be minimized. The two policy approaches can also be mutually reinforcing, as declining supply of fossil fuels stimulates more private investment in alternatives, and vice versa.

s   A higher price would lead to slower decline, as companies would invest more capital expenditures even in existing fields. Conversely, a lower price would lead to faster decline.

Figure 13: Projected Global Oil Production from Existing and Under-Construction Fields[66]



Source: Rystad Energy

Figure 14: Projected Global Gas Production from Existing and Under-Construction Fields[67]



Source: Rystad Energy

## BOX 3: The Remarkable Growth in Renewable Energy

Renewable power generation is growing exponentially: wind at around 20% per year globally, and solar at around 35% per year.[68] Wind generation has more than doubled since 2010, while solar has doubled nearly three times in that period. Compounded over many years, these growth rates add up rapidly: if wind and solar sustained their current global growth rates, they would exceed current coal and gas power generation in 2029.[69] At some point, growth rates will slow down, but there is no indication that it is happening yet.

Denmark, a relatively small country, generates 40% of its electricity from renewables (mainly wind), and is aiming for 100% renewable generation by 2035.[70] In 2015, Germany – the world's fourth largest economy – generated nearly one-third of its power from renewables, primarily wind and solar.[71]

Small and large developing countries are moving to renewables too. Costa Rica produces 99% of its electricity from renewable sources, including hydro, wind, and geothermal.[72] Neighbouring Nicaragua generates up to 20% of its electricity from wind, and 16% from geothermal.[73] Djibouti is aiming for 100% of its energy to be renewable by 2020, much of it off-grid solar.[74] Vanuatu currently generates 43% of its electricity from renewables, and aims for 65% by 2020 and 100% by 2030, with much of the growth coming from grid-connected wind and solar, and off-grid solar.[75] In absolute terms, China is set to overtake the United States in 2016 as the largest generator of wind and solar power.[76] China is also showing the fastest growth in wind and solar installations: 2015 was a record year in which its wind capacity grew by 33.5% and grid connected solar capacity by 73.7%.[77]

India has a target of a twenty-fold increase in solar power to 100 GW by 2022, which would take it to more than twice China's current level.[78]

In many countries, wind and solar are already cost-competitive with fossil fuel and nuclear power generation. A recent Deutsche Bank survey of sixty countries found that solar has reached grid parity in fully half of the countries already.[79] And costs are falling fast. The International Renewable Energy Agency reports that the levelized cost of electricity from utility-scale solar fell by 58% between 2010 and 2015, and could fall by a further 59% between 2015 and 2025.[80]

New transportation technologies, specifically electric vehicles (EVs), are also developing fast. Battery costs – a major element of the price of an EV – are falling quickly, as lithium-ion battery costs fell 65% from 2010 to 2015.[81] Further cost declines and performance improvements are widely expected, with some projecting a further 60% cost decline by 2020.[82] Financier UBS predicts that by the early 2020s, the purchase price of an EV will be only very slightly higher than a petroleum-fueled car, with only small a fraction of the fuel and maintenance costs.[83]

In 2016 and 2017, three different mass-market, long-range electric car models are being launched in the United States, with dozens more expected by 2020. China aims to have five million EVs on the road by 2020, while several European countries (including Norway, France and Germany) have recently announced that they to no longer allow sales of petroleum-fueled cars after either 2025 or 2030.[84]

An oil storage facility in Lincen, New Jersey USA.



© AP Photo/Mark Lennihan

## CLEAN ENERGY REPLACES FOSSIL FUELS

Renewable power technologies are not only possible; they are already in use at scale in many countries, growing rapidly, and often cost less than gas or coal generation (see Box 3). Electric vehicles are at an earlier stage of development than renewable power, but may be able to penetrate the market more rapidly: whereas a power plant has a typical lifetime of 40 years, cars generally last for around ten years.

A common objection to renewable energy relates to the challenges of intermittency. However, this problem is often overstated. For example, the chief executive officer of the northeast Germany electrical grid says the country can get up to 70% to 80% wind and solar even without "additional flexibility options" such as storage.[85] A 2012 report by the National Renewable Energy

Laboratory found that with existing storage capacity, the U.S. grid can handle as much as 50% wind and solar penetration.[86] To go further, affordable storage solutions are now emerging, from lithium ion batteries to compressed air and others. Residential battery storage systems entered the mainstream market in the US and Australia in 2015, and the coming years are also expected to see increasing deployment of grid-scale storage.[87] The bigger challenges will be expanding renewable energy in weaker grids in developing countries, emphasizing again the importance of climate finance to facilitate the transition.

We now examine what is needed to replace depleting fossil fuel extraction, by comparing the residual oil and gas demand that will remain while aggressively moving to clean energy, with natural depletion of existing oil and gas fields

(as shown in Figures 13 and 14, on page 37). Using a simple model of progressive electrification of energy-consuming sectors and progressive conversion of electricity generation to renewables, we convert the final energy consumption projected in the IEA's 450 Scenario in two scenarios: 50% renewable energy by 2035 and 80% by 2045. In both we assume a complete phase-out of coal usage, except in steel production. The results are shown in Figure 15 (see detailed calculation and assumptions in Appendix 4).[88]

We see in the Figure that in 2035, expected oil and gas production from existing fields roughly matches the requirement with a 50% renewable energy penetration. Further depletion to 2045 leaves greater production than would be required while moving to 80% renewable energy.

Figure 15: Final Energy Consumption by Source With 50% Renewable Penetration in 2035 and 80% in 2045, Compared to Depletion of Existing Oil and Gas Fields (See Appendix 4)



Sources: IEA, Mark Jacobson et al, Rystad Energy, Oil Change International analysis

Figure 16: Projected Power Demand and Fuel Source, in Jacobson et al's Roadmap for 139 Countries



Source: Mark Jacobson et al

Mark Jacobson of Stanford University and colleagues have developed detailed roadmaps for how 139 countries could achieve 80% renewable energy by 2030, and 100% by 2050, as shown in Figure 16.[89] These are much faster rates of conversion than we have outlined above. For each country's projected energy demand – including electricity, transportation, heating/cooling, and industry – Jacobson's team considers what level of each renewable energy source would be required, using only technologies that are available today. They take into account the wind, solar and water resource, land area and infrastructure for each country, and allow for intermittency. A small proportion of transportation and industrial energy uses hydrogen as a fuel carrier.

What Jacobson and his colleagues have shown is the *technical* feasibility of obtaining 100% of energy from wind, water and solar by 2050, and 80% of it by 2030. The technology can deliver, and there is sufficient available resource, while taking up just 0.25% of the 139-country land area, mostly in deserts and barren land (plus a further 0.7% for spacing between wind turbines, which can be used at the same time for farmland, ranchland, grazing land, or open space). They have also shown that the transformation will create a major net addition to the number of energy jobs, compared to continuing with fossil fuels.

Jacobson's calculations are not just a theoretical possibility. In a global survey of 1,600 energy professionals by consultancy DNV GL, nearly half of respondents said they believed the electricity system they work in could achieve 70% renewable generation by 2030, if there were sufficient political will.[90]

How much does all this cost? Over recent years, estimates of clean energy costs have been consistently revised downward, while estimates of the cost of climate change have been revised upwards. In many parts of the world, wind and solar are cost-competitive with gas and coal power generation, and with fast-falling costs they soon will be elsewhere as well (see Box 3).

Bloomberg New Energy Finance (BNEF) estimates that by 2027, it will be as cheap to build a *new* wind or solar plant as to run an *existing* coal or gas plant. BNEF projects that to have a 50% chance of keeping warming to 2°C, $14 trillion of clean energy investments would be needed over the next 25 years; however, $9 trillion would occur even in the absence of policy intervention.[91] While in this report we focus on achieving a greater probability of staying below 2°C, and aiming for 1.5°C, which

Table 7: Case Studies of Rapid Energy Transitions

| Country | Technology / Fuel | Market or Sector | Period of Transition | No. of Years from 1% to 25% Market Share | Population Affected (millions) |
|---|---|---|---|---|---|
| **End Use Energy Technology** | | | | | |
| Sweden | Energy Efficient Ballasts | Commercial Buildings | 1991-2000 | 7 | 2.3 |
| China | Improved Cookstoves | Rural Households | 1983-1998 | 8 | 592 |
| Indonesia | Liquefied Petroleum Gas Stoves | Urban and Rural Households | 2007-2010 | 3 | 216 |
| Brazil | Flex-Fuel Vehicles | New Automobile Sales | 2004-2009 | 1 | 2 |
| United States | Air Conditioning | Urban and Rural Households | 1947-1970 | 16 | 52.8 |
| **Energy Supply** | | | | | |
| Kuwait | Crude Oil and Electricity | National Energy Supply | 1946-1955 | 2 | 0.28 |
| Netherlands | Natural Gas | National Energy Supply | 1959-1971 | 10 | 11.5 |
| France | Nuclear Electricity | Electricity | 1974-1982 | 11 | 72.8 |
| Denmark | Combined Heat and Power | Electricity and Heating | 1976-1981 | 3 | 5.1 |
| Ontario, Canada | Coal | Electricity | 2003-2014 | 11* | 13 |

Source: Benjamin Sovacool

* The Ontario case study is the inverse, showing how quickly the province went from 25% coal supply to zero.

would require a greater proportion of clean energy, the BNEF estimate gives a useful ballpark figure. It should be compared with the projected $14 trillion in new fossil fuel extraction and transportation (Section 4), not to mention investment in power plants and refineries.

As a result of increasing cost-competitiveness, much new energy investment is now indeed going into clean energy. However, the rates of renewable penetration in Figure 15 – sufficient to replace fossil fuel decline – are greater than would occur due to market forces alone. The point is that policy intervention is needed to drive investment decisions solely into clean energy, to build sufficient institutional capacity to carry out the investments, and to stop expansion of fossil fuels. The cost competitiveness shows that the net cost of those interventions will be modest, or even negative. We would further note that one of the biggest barriers to the transition is the estimated $452 billion G20 countries currently provide in subsidies every year to fossil fuel extraction.[92]

Is such a large-scale transformation possible, at such a speed? Benjamin Sovacool of Aarhus University has pointed to several energy transformations at the national-level – in both end-use and supply technologies – that took place on these kind of timescales, shown in Table 7.[93] In several cases, a concerted and coordinated effort by government was vital to facilitating the transition, through subsidies, establishing pilot programs, retraining workers, and regulation. A worldwide transition away from fossil fuels is of course a larger and more complex undertaking than these examples, but as Sovacool notes, "previous transitions may have been accidental or circumstantial, whereas future transitions could become more planned and coordinated, or backed by aggressive social movements or progressive government targets."

We conclude that:

✪ Gradual decline of fossil fuel extraction by depleting existing oil and gas fields and phasing out coal is replaceable with existing clean energy technologies, with-out major extra cost.

## JUST TRANSITION

The implications of limiting global warming to below either 2°C or 1.5°C are significant. It will require a fundamental transformation of the energy industry, beginning immediately and taking place over the next three to four decades. There are many advantages to this transition, even aside from its necessity to prevent dangerous climate change:

- ✖ Renewable energy sources generate power more cheaply than coal or gas in many parts of the world, and soon will do so nearly everywhere (see Box 3).

- ✖ Electric vehicles commonly offer higher performance than internal combustion engines, and are also expected to be cheaper within the next five years.

- ✖ Clean energy industries employ many more people per dollar invested and per GWh generated than fossil fuel industries. A study by the United Nations Industrial Development Organization found that $1 million creates twice as many jobs if invested in renewable energy and energy efficiency as it would if invested in fossil fuels.[94] Meanwhile, the United Kingdom Energy Research Centre finds that a GWh of electricity from wind and solar creates five times as many jobs on average as a GWh of electricity generated from gas and coal.[95]

- ✖ Reduced fossil fuel pollution will have massive benefits for health: coal burning alone is estimated to cause 366,000 deaths per year in China and 100,000 per year in India.[96]

- ✖ Some analysts argue that given diminishing returns from developing oil and gas at the frontiers, investors in oil companies would obtain higher returns from a phased wind-down of the companies than by their high-cost continuation.[97]

However, the process of transition will not necessarily be painless for individuals, companies, regions, and countries. It will affect fossil fuel energy workers, many of whom may not have the right skills or be in the right location to smoothly transition into clean energy jobs. It will also affect people working to service fossil-based utilities and worksites, whose positions are often more precarious than jobs directly in energy companies. Many energy jobs lie in construction rather than operations, and so in the short term, an end to fossil fuel construction may lead to a more rapid decline in job numbers than in volumes of fossil fuels. Communities may be hit by a loss of revenue or local economic activity, and cultural impacts in places where a community has been long associated with a particular employer or industry.

Action by governments is therefore needed to conduct the energy transition in a way that maximizes the benefits of climate action while minimizing hardships for workers and their communities. Trade unions and others have developed a framework for a just transition in relation to climate change, the importance of which is recognized in the preamble of the Paris Agreement.[98] In 2015 the International Labour Organization adopted guidelines on just transition.[99] Key elements of a just transition include:[100]

- ✖ **Sound investment**s in low-emission and job-rich sectors and technologies.

- ✖ **Social dialogue and democratic consultation** of social partners (trade unions and employers) and other stakeholders (such as communities).

- ✖ **Research and early assessment** of the social and employment impacts of climate policies.

- ✖ **Training and skills development** to support the deployment of new technologies and foster industrial change.

- ✖ **Social protection** alongside active labor markets policies.

- ✖ **Local economic diversification** plans that support decent work and provide community stability in the transition.

As Jeremy Brecher of Labor Network for Sustainability points out, all of this is achievable and has several relevant precedents in the United States.[101] At the end of World War II, the G.I. Bill of Rights provided education and training, loan guarantees for homes, farms, and businesses, and unemployment pay for returning veterans. It was vital to their reintegration into American society and to the transition to peace. Another military example was the 2005 Base Realignment and Closing Commission (BRAC), which provided communities around closing bases with planning and economic assistance, environmental cleanup, community development grants, and funding for community services, as well as counselling and preferential hiring for affected workers.

In the energy sector, the current Obama Administration Power+ Plan, which offers support for communities previously dependent on coal, has many of the features of a just transition, including funding for job training, job creation, and economic diversification.

The job and skill profiles of workers who could potentially be affected vary widely, and therefore require different strategies. For workers currently employed in fossil fuel extraction or use, incumbent companies must support workers and either offer career progress in non-fossil fuel parts of the company or provide them with transferable skills to navigate the labor market with better chances for success. For communities and workers that depend indirectly on fossil fuel economic activity, public authorities must anticipate the need for new sources of revenue and support investments to transform their economies.

The most critical questions lie in how industry and policymakers will conduct an orderly and managed decline of fossil fuel extraction, with robust planning for economic and energy diversification. As Anabella Rosemberg of the International Trade Union Confederation writes, "Job losses are not an automatic consequence of climate policies, but the consequence of a lack of investment, social policies, and anticipation."[102]

National governments should seek to stimulate new economic growth in regions previously dependent on fossil fuel industries, and in new industries to take their place. Most importantly, leaving things until carbon budgets are mostly exhausted would result in disruptive change that would be sudden, costly, and painful. By starting now, the transition can be managed efficiently and fairly, to the maximum benefit of everyone involved.



©AP Photo/Mark Schiefelbein



# 6. CONCLUSION

In the Paris Agreement, 195 governments agreed to limit global warming to "well below 2°C" above pre-industrial levels, and to aim for a temperature increase of not more than 1.5°C. In this report, we have used the concept of carbon budgets, drawn from the Fifth Assessment Report of the IPCC, to explore what this would mean in practice.

We find that the oil, gas, and coal in already-developed fields and mines (that is, where the infrastructure has been built) exceeds the amount that can be burned while likely staying below 2°C, and significantly exceeds the amount that can be burned while staying below 1.5°C. Any new fossil fuel infrastructure that is built would require a corresponding early retirement of existing infrastructure. Given the political and economic difficulties of closing down existing facilities, we recommend that:

✖ No new fossil fuel extraction or transportation infrastructure should be built worldwide.

Instead, we should allow for the gradual decline of existing operations, over the coming decades, and invest strongly in clean energy to make up the difference. We have seen that there is no economic or technical barrier to making this transition over this time frame: the only requirement is political will.

To minimize the costs of the transition, governments should conduct robust planning for economic and energy diversification. The principles of just transition should be applied, to ensure workers and communities benefit from the shift to a clean energy economy, rather than be harmed by it.

The conclusions in this report will take some by surprise, and cause alarm with others. They imply serious alterations to the global economy, will be resisted by some of the most profitable companies ever known, and will necessitate bold and decisive action by governments on a scale not seen thus far.

But the conclusions are also remarkably straightforward at their core. To keep from burning more fossil fuels than our atmosphere can withstand, we must stop digging them out of the ground. With this report, we put forward recommendations on how to go about doing just that in a sufficient, equitable, economically efficient, and just fashion.

Vehicles work at an open-pit coal mine near Ordos in
northern China's Inner Mongolia Autonomous Region, 2015.

# APPENDIX 1: DEFINITIONS OF RESERVES

Since fossil fuel reserves are located beneath the earth's surface, estimating their quantity is based on inherently limited information drawing on interpretation and judgment of geological data, as well as assumptions about economics and operations. Quantities of reserves are therefore distinguished by the degree of confidence in them: proven, probable, and possible.

The most commonly cited estimates for reserves in fact refer only to proven reserves, a quantity defined (where probabilistic methods are used) as having a 90% likelihood that the amount actually recovered will exceed the estimated amount.[103] This is because the principal use of the concept of reserves is to help investors assess the value of a company by providing an indicator of its future potential production. For this purpose, the most relevant estimate is the more certain one, as it carries less risk.

Since it requires such a high degree of confidence, the proven reserves figure understates what can be expected to in fact be extracted, even based on current knowledge. For anticipating the future impact on the climate (or indeed on energy markets), it is more relevant to consider a realistic estimate of what will be extracted. In this report, we therefore also state probable reserves of oil and gas, taking proven plus probable to refer to the best estimate of the quantity that will ultimately be extracted in the absence of climate constraints. We interpret this as the mean (expected) value.[t]

Contrary to what might then have been expected, the proven-plus-probable reserves figures we use in this report are actually lower than those in the BP Statistical Review of World Energy, which claims to give proven reserves. The reason is that BP takes at face value the amounts claimed by countries such as Venezuela, Saudi Arabia, and Canada, whose measurements lack transparency, are widely suspected to be inflated, and/or rely on broader-than-usual definitions of proven reserves. Rystad Energy – our source of reserves data – instead makes judgments of what reserves are realistically extractable.[104]

Estimates of probable reserves are harder to obtain than of proven. In particular, there are no reliable data available for probable reserves of coal, and definitions vary significantly between countries. Even data on proven coal reserves is of much poorer quality[u] than data on oil and gas, for which there have been efforts to align definitions and compile global reserves data from company and government reports.[v] The IEA notes that due to the sheer scale of coal reserves and substitution by gas, there has been little interest in coal surveys since the start of the twenty-first century.[107]

The implication is that the quantity of reserves is a less important determinant of future production for coal than for oil and gas (another important underlying factor is air pollution regulations).[108] For these reasons, in this report we use only proven reserves for coal.

---

t   While definitions vary, it should be noted that we differ from the more common usage of "proven + probable" to refer to the median estimate. Our reason is that whereas the median is a useful quantity for considering a single field, median values cannot be arithmetically added due to the mathematics of probability, whereas mean values can be.

u   For example, the BP Statistical Review takes its coal reserves data from the World Energy Council's World Energy Resources, which is only published every three years: thus the 2016 BP publication contains data relating to 2011. Availability of reliable coal data is especially limited for China, by far the world's largest coal producer. The World Energy Council has not updated its China data since 1992.[106]

v   Estimates of reserves held by listed companies are relatively reliable and easily available. This is because listed companies are required by financial regulators to report their reserves, and the definitions and rules are quite strict. But the majority of the world's oil, gas and coal reserves are held by public sector companies, for which reporting is much less standardised and so there is less certainty in the numbers. This uncertainty is reflected for instance in debates on the actual level of Saudi Arabia's oil reserves.[106]

# APPENDIX 2: ASSUMPTIONS ON LAND USE AND CEMENT PRODUCTION

This appendix explains the basis for the estimates of future emissions from land use change and cement production, used in Figure 5.

## LAND USE

For emission projections from land use, we use IPCC AR5 scenario database found at https://tntcat.iiasa.ac.at/AR5DB/.[109]

There is considerable variation among the scenarios. For the base case assumption, we use the median; for the range calculations we use the interquartile range. All are shown in Table A2-1.

## CEMENT MANUFACTURE

Of all $CO_2$ emissions, the emissions from the calcination reaction in cement manufacture are among the most difficult to reduce, particularly given that cement is such a fundamental material for construction that there are no foreseeable prospects for its widespread substitution. There are four possible routes to reducing these emissions:[110]

✪ Blending other materials such as fly ash, blast furnace slag, or natural volcanic materials, to reduce the clinker content of cement.

✪ Using high-performance cement to reduce the cement content in concrete.

✪ Making clinker from substances other than calcium oxide, such as magnesium oxides derived from magnesium silicates.

✪ Carbon capture and storage (CCS).

Neither novel clinker ingredients nor CCS are proven technologies, with both existing only in a few pilot settings (see Appendix 3). And in much of the world, the cement content of concrete is already minimized; no estimates are available for potential further optimization.

Blending, the final potential option, is commonly used. The IEA estimates that the average clinker content of cement could be reduced from 79% in 2006 to 71% in 2050.[111] In a subsequent publication, the IEA adjusted this to an improvement from 80% in 2009 to 67% in 2050.[112] In our base case, we assume that $CO_2$ emissions per metric ton of cement produced are reduced in proportion to the reduced clinker content on a straight-line basis up to 2050 (and that the increased amount of blended substitutes does not cause new emissions), but that no further improvements occur

after 2050. In the worst case, we assume no change in emissions intensity from 2015.

The IEA projects an increase in global cement production from 3,800 Mt in 2012 to between 4,475 Mt (low-demand scenario) and 5,549 Mt (high-demand scenario) in 2050.[113] We assume the volume of cement production grows until 2050 according to the IEA's low-demand scenario, and then remains at the 2050 level for the rest of the century.[w] In the worst-case element of the range, we assume the high-demand scenario until 2050, and then continued growth at the same rate for the rest of the century, up to 6,944 Mt in 2100.

If the technologies of novel clinker ingredients and CCS turn out to be successful, emissions from cement manufacture could be reduced to close to zero at some point in the second half of this century. Drawing on the same studies by the IEA and discussions with cement industry experts, climate scientist Kevin Anderson suggests that in this scenario total cement emissions could be limited to 150 Gt of $CO_2$ from 2011 till eventual phase-out later this century.[115]

Table A2-1: Cumulative CO2 Emissions from Land Use, 2015 to 2100

| Median | 21 Gt $CO_2$ |
| --- | --- |
| 1st Quartile | -206 Gt $CO_2$ |
| 3rd Quartile | 57 Gt $CO_2$ |

Source: IPCC Scenarios Database

Table A2-2: Range of Cement Emissions, 2015 to 2100

| | Best Case | Base Case | Worst Case |
| --- | --- | --- | --- |
| Cumulative Cement Production, 2015-2100 / Gt | N/K | 377 | 487 |
| Calcination Emissions (t $CO_2$) per Tonne of Production, 2100 (Declining from 0.49t/t in 2012) | 0 | 0.41 | 0.49 |
| Total Emissions / Gt $CO_2$ | 150 | 162 | 241 |

Sources: IEA, Kevin Anderson

[w] Once urbanisation and development reach a certain level, a country's cement consumption declines to a lower level as major infrastructure has already been built, and construction is reduced to maintenance and replacement. When this happens in enough countries, the world will reach "peak cement."[114]

# APPENDIX 3: CARBON CAPTURE AND STORAGE

Carbon capture and storage (CCS) is a process in which the $CO_2$ released from burning fossil fuels is captured, compressed, and stored underground in deep geological reservoirs. Although CCS has been strongly advocated since the 1990s by the fossil fuel industry and others, it has barely been deployed to date, a record the Financial Times describes as "woeful."[116] Due to slow development of the technology, even if CCS were developed at scale it is estimated that the carbon budget would only be extended by 12% to 14% by 2050.[117]

While CCS technology is well understood in theory, many actual projects have been beset with problems. The only operating joined-up CCS power project, Boundary Dam, came on line in Canada in 2014. The plant has struggled to operate as planned, suffered considerable cost-overruns, and been forced to pay out for missing contracted obligations.[118] The leading U.S. project, Kemper, is already over two years late and $4.3 billion over budget.[119]

A fundamental question about CCS is whether stored $CO_2$ might be at risk of leaking from underground reservoirs. If it did, it could add large quantities of $CO_2$ to the atmosphere, at a time when it is too late to stop emissions. While the reservoir integrity question has been modeled, there is a shortage of empirical evidence, especially over extended periods of time. Part of the problem is that of the twenty-two CCS projects built to date, sixteen have been used in enhanced oil recovery.[120] In these cases, studies have focused largely on the objective of increasing short-term reservoir pressures in order to force more oil out, and not so much on long-term storage integrity.[121] The IPCC believes that the risks are low, for "well-selected, designed, and managed geological storage sites."[122] In that light, it is troubling that the world's first industrial scale CCS project, the Sleipner project in Norway, started in 1996 and assumed to be safe until it was discovered to have fractures in its caprock in 2013.[123] The other major problem facing CCS is its cost. Even CCS advocates recognize the "outstanding commercial challenges" that projects around the world face.[124] It is estimated that CCS could increase the cost of coal-fired electricity plants by 40% to 63% in the 2020s.[125] In 2015, Shell Chief Executive Officer Ben van Beurden conceded that CCS is too expensive without government subsidies.[126]

Faced with these many challenges, CCS now appears to be experiencing a cooling of government and industry interest. Last year, the United Kingdom cancelled its competition for commercial-scale CCS projects[127] and the United States terminated funding for the FutureGen CCS retrofitting demonstration project.[128] Earlier in 2015, four leading European utilities pulled out of the European Union's Zero Emission Platform, a long-term project to study and develop CCS technology, jointly stating, "We currently do not have the necessary economic framework conditions in Europe to make CCS an attractive technology to invest in."[129]



A tailings pond at the Suncor Steepbank/Millennium Mine in the Canadian tar sands. Alberta, Canada, 2014.



©Greenpeace/William Akehurst.

# APPENDIX 4: OIL AND GAS REQUIREMENT IN CLEAN ENERGY SCENARIOS

This appendix explains the basis for our calculations of renewable energy required to replace depleting fossil fuels, in Figure 15. We use the model of 139 countries developed by Mark Jacobson of Stanford University,[130] to consider two scenarios: 50% average renewable energy in 2035, and 80% in 2045. In both scenarios, steam coal is entirely phased out; we examine therefore the remaining oil and gas requirement.

## APPROACH AND ASSUMPTIONS

In the model, all energy-using sectors are progressively electrified, and electricity generated using wind, concentrated solar power, geothermal, solar photovoltaic, tidal, wave, and hydropower. No new hydro dams are built, but existing ones are maintained. A small amount of the electricity is used to produce hydrogen for some transportation and industrial applications.

The estimates are all based on final energy consumption.

We use projections of 2035 and 2045 energy demand by extrapolating on a straight line from the International Energy Agency's 450 Scenario,[131] broken down by sector (industry, transportation and buildings) and fuel. We adjust these demand estimates using Jacobson's conversion factors, to account for the higher energy-to-work conversion efficiency of electricity compared to combustion of fossil fuels.

In the 50%-by-2035 scenario, we use the IEA 450 Scenario's estimates of coking coal use, with zero steam coal. In the 80%-by-2045 scenario, we assign 10% of industrial final energy to coking coal.

To simplify, we further assume:

- ⊗ 50% renewable energy is achieved by electrifying 90% of energy for buildings, 60% for industry, and 30% for transport; and then generating 84% of electricity with renewables.

- ⊗ 80% renewable energy is achieved by electrifying 95% of energy for buildings, 85% for industry, and 80% for transport, and generating 90% of electricity with renewables.

**Table A4-1: Global Final Energy Consumption by Source With 50% Renewable Penetration in 2035 and 80% in 2045** (Using Jacobson Model)

| mtoe | 50% by 2035 | 80% by 2045 |
|---|---|---|
| **Industry** | | |
| Coal | 473 | 332 |
| Oil | 69 | 0 |
| Gas | 298 | 0 |
| Electricity | 1,565 | 2,057 |
| Heat | 56 | 0 |
| Bioenergy | 128 | 0 |
| Other RE | 19 | 31 |
| SUB-TOTAL | **2,608** | **2,420** |
| **Transport** | | |
| Oil | 1,180 | 149 |
| Electricity | 703 | 1,392 |
| Biofuels | 271 | 123 |
| Other | 191 | 76 |
| SUB-TOTAL | **2,345** | **1,739** |
| **Buildings** | | |
| Coal | 0 | 0 |
| Oil | 17 | 0 |
| Gas | 22 | 0 |
| Electricity | 1,995 | 2,428 |
| Heat | 17 | 0 |
| Bioenergy | 70 | 0 |
| Other RE | 96 | 161 |
| SUB-TOTAL | **2,217** | **2,589** |
| **TOTAL** | **7,168** | **6,748** |
| **Power** | | |
| Coal | 0 | 0 |
| Oil | 95 | 90 |
| Gas | 463 | 437 |
| Nuclear | 226 | 213 |
| Bioenergy | 42 | 40 |
| Renewable | 3,436 | 5,097 |
| SUB-TOTAL | **4,263** | **5,876** |
| **Totals by fuel** | | |
| Oil | 1,360 | 239 |
| Gas | 783 | 437 |
| Coal | 473 | 332 |
| Nuclear | 226 | 213 |
| Bioenergy | 511 | 163 |
| Other | 264 | 76 |
| Renewable | 3,551 | 5,289 |
| **TOTAL** | **7,169** | **6,748** |

Sources: IEA, Mark Jacobson et al, Oil Change International analysis

# REFERENCES

1   IPCC, Climate Change 2014, Synthesis Report, section 2.3, pp.13-16, http://ipcc.ch/pdf/assessment-report/ar5/syr/AR5_SYR_FINAL_SPM.pdf

2   Fred Pearce, "Paris COP21: An Unexpected Move Toward Global Target of 1.5 Degrees," Yale Environment 360, 10 December 2015, https://e360.yale.edu/digest/paris_cop21_an_unexpected_move_toward_global_target_of_15_degrees/4607/

3   UNFCCC Subsidiary Body for Scientific and Technological Advice, Forty-second session, Bonn, 1–11 June 2015, Report on the structured expert dialogue on the 2013–2015 review, http://unfccc.int/resource/docs/2015/sb/eng/inf01.pdf, p.18

4   Bruce Campbell, "Half a Degree Will Make a World of Difference for the Food We Eat," Huffington Post, 9 December 2015, http://www.huffingtonpost.com/bruce-campbell-phd/climate-change-half-a-deg_b_8756428.html

5   Carl-Friedrich Schleussner et al, "Differential climate impacts for policy-relevant limits to global warming: the case of 1.5°C and 2°C," Earth System Dynamics #7, 2016, pp.327-351, http://www.earth-syst-dynam.net/7/327/2016/esd-7-327-2016.pdf

6   UNFCCC, Adoption of the Paris Agreement, pg. 2 https://unfccc.int/resource/docs/2015/cop21/eng/l09r01.pdf

7   Climate Action Tracker, INDCs lower projected warming to 2.7°C: significant progress but still above 2C, 1 October 2015, http://climateactiontracker.org/news/224/INDCs-lower-projected-warming-to-2.7C-significant-progress-but-still-above-2C-.html Also Joeri Rogelj et al, "Paris Agreement climate proposals need a boost to keep warming well below 2°C," Nature 534(7609): pp.631-639, 30 June, 2016

8   BP, Energy Outlook 2035, February 2015, p.85

9   Shell, letter on climate change and stranded assets, 16 May 2014, p.6, http://s02.static-shell.com/content/dam/shell-new/local/corporate/corporate/downloads/pdf/investor/presentations/2014/sri-web-response-climate-change-may14.pdf

10  ExxonMobil, "Energy and Carbon - Managing the Risks", 2014, p.11, http://cdn.exxonmobil.com/~/media/global/files/energy-and-environment/report---energy-and-carbon---managing-the-risks.pdf

11  Temperature change is roughly proportional to total cumulative $CO_2$ emissions (until emissions peak, and assuming smooth variations in emissions). IPCC Climate Change 2013, Working Group 1 report, sec.12.5.4, pp.1108ff, http://ipcc.ch/pdf/assessment-report/ar5/wg1/WG1AR5_Chapter12_FINAL.pdf See also Reto Knutti presentation to UNFCCC Structured Expert Dialogue 2013-15 Review, 13 November 2013, 'Relationship between global emissions and global temperature rise', at https://unfccc.int/files/science/workstreams/the_2013-2015_review/application/pdf/7_knutti.reto.3esd2.pdf

12  Mason Inman, "Carbon is Forever", Nature, 20 November 2008, http://www.nature.com/climate/2008/0812/full/climate.2008.122.html

13  They do this partly because 2°C is the most likely temperature increase arising from these scenarios: in that 50% of simulations deliver a lower temperature rise and 50% a higher one. While this might be useful as a projection, it is not useful as a policy guide.

14  IPCC, Climate Change 2014, Synthesis Report, table 2.2, p.68, http://ipcc.ch/pdf/assessment-report/ar5/syr/AR5_SYR_FINAL_All_Topics.pdf

15  2012-14: 32.09 GtC = 117.6 $GtCO_2$. Carbon Dioxide Information Analysis Center / Global Carbon Project, 2015 Budget v1.1, http://cdiac.ornl.gov/GCP/ 2015 projection: 10.7 GtC = 39.2 $GtCO_2$. Corinne Le Quéré et al, "Global Carbon Budget 2015," Earth Syst. Sci. Data, 7, 2015, Pp.371, 374, http://www.earth-syst-sci-data.net/7/349/2015/essd-7-349-2015.pdf

16  Robert Howarth, "Methane emissions and climatic warming risk from hydraulic fracturing and shale gas development: implications for policy", Energy and Emission Control Technologies, 2015:3 45–54; Ramón A. Alvarez et al, "Greater focus needed on methane leakage from natural gas infrastructure", PNAS, vol. 109, no. 17, 24 April 2012, pp.6435–6440

17  2015 projection: 10.7 GtC = 39.2 $GtCO_2$. Corinne Le Quéré et al, "Global Carbon Budget 2015," Earth Syst. Sci. Data, 7, 2015, Pp.371, 374, http://www.earth-syst-sci-data.net/7/349/2015/essd-7-349-2015.pdf

18  Joeri Rogelj et al, "Energy system transformations for limiting end-of-century warming to below 1.5°C," Nature Climate Change, Vol.5, June 2015, p.520

19  IPCC, Climate Change 1995, Working Group 1 Report, p.98, http://ipcc.ch/ipccreports/sar/wg_I/ipcc_sar_wg_I_full_report.pdf

20  Florentin Krause et al, Energy Policy in the Greenhouse: From Warming Fate to Warming Limit, Earthscan, 1990

21  Bill Hare, Fossil Fuels and Climate Protection: The Carbon Logic, Greenpeace International, September 1997, http://www.greenpeace.org/international/Global/international/planet-2/report/2006/3/fossil-fuels-and-climate-prote.pdf

22  Malte Meinshausen, "Greenhouse-gas emission targets for limiting global warming to 2°C", Nature, Vol 458, 30 April 2009

23  Carbon Tracker Initiative, Unburnable Carbon – Are the world's financial markets carrying a carbon bubble?, November 2011, http://www.carbontracker.org/report/carbon-bubble/

24  Bill McKibben, "Global Warming's Terrifying New Math," Rolling Stone, 19 July 2012, http://www.rollingstone.com/politics/news/global-warmings-terrifying-new-math-20120719

25  McGlade & Ekins, "The geographical distribution of fossil fuels unused when limiting global warming to 2°C," Nature, 8 Jan 2015.

26  For an explanation of the difference between reserves and resources, see International Institute for Applied Systems Analysis (IIASA), Global Energy Assessment, 2012, pp.433-435 (pp.461-463 of pdf), http://www.globalenergyassessment.org/; and IEA, Resources to Reserves 2013, pp.28-35 (pp.30-37 of pdf), https://www.iea.org/publications/freepublications/publication/Resources2013.pdf For a more detailed technical discussion, see Christophe McGlade, "Uncertainties in estimating remaining recoverable resources of conventional oil", 7 July 2010, http://www.iaee.org/en/students/best_papers/mcGlade.pdf; and Erica Thompson et al, Definition and interpretation of reserve estimates, UK Energy Research Centre, July 2009, http://www.ukerc.ac.uk/publications/ukerc-review-of-evidence-on-global-oil-depletion-technical-report-2-definition-and-interpretation-of-reserve-estimates.html

27  The World Energy Council gives probable or indicated reserves for six countries, based on (unverified) government reports: India = 124 Gt; Indonesia = 27 Gt; Colombia = 5 Gt; Brazil = 11 Gt; Canada = 51 Gt; Poland = 48 Gt. (WEC, World Energy Resources 2013, Chapter 1, https://www.worldenergy.org/wp-content/uploads/2013/09/Complete_WER_2013_Survey.pdf) The U.S. Energy Information Administration cites estimated 2014 recoverable reserves of 256 Gt (EIA, Annual Coal Report, March 2016, Table 15, http://www.eia.gov/coal/annual/), which is roughly equivalent to the definition of 2P reserves. From this we deduct proven reserves, estimated in the WEC's World Energy Resources 2013 as 237 Gt, to leave 18 Gt. As for China, a detailed study led by Jianliang Wang estimated 2010 ultimately recoverable reserves at 224 Gt, including cumulative production to date of 54 Gt (Jianliang Wang et al, "An analysis of China's coal supply and its impact on China's future economic growth", Energy Policy #57, 2013 542–551). The BP Statistical review of World Energy 2016 estimates 2011-15 production as 19.3 Gt. Deducting these two elements of cumulative production and also WEC's estimated proven reserves of 115 Gt leaves 36 Gt of 2016 probable reserves. (See also the larger estimate in IEA, Cleaner Coal in China, p.35 (p.37 of pdf), https://www.iea.org/publications/freepublications/publication/coal_china2009.pdf; and the more sceptical view in Energy Watch Group, Coal: Resources And Future Production, March 2007, pp.21-29, http://energywatchgroup/wp-content/uploads/2014/02/EWG_Report_Coal_10-07-2007ms1.pdf) Geoscience Australia estimates demonstrated, economic reserves as 107 Gt at end 2014. (GA, Australia's Identified Mineral Resources Table 1, http://www.ga.gov.au/scientific-topics/minerals/table1). Deducting WEC's proven estimate of 76 Gt leaves 30 Gt of probable reserves.

28  Oil and gas reserves from Rystad UCube, July 2016 update: P90 (proven) and P50+Pmean (probable) resources, 2016. Coal reserves from WEC, World Energy Resources 2013, Table 1.1, p.1.09 (p.34 of pdf), https://www.worldenergy.org/wp-content/uploads/2013/09/Complete_WER_2013_Survey.pdf Note that WER is the original data source used by the BP Statistical Review of World Energy and (along with BGR's Energy Study) the IEA World Energy Outlook. We use emissions factors of 0.42 $tCO_2$/bbl for crude oil, 59.7 $tCO_2$/mcf for natural gas, 2.53 $tCO_2$/t for hard coal, 1.81 $tCO_2$/t for sub-bituminous coal and 1.20 $tCO_2$/t for lignite. IPCC, Guidelines for National Greenhouse Gas Inventories, 2006, Vol.2, Chapter 1, Tables 1.2 and 1.3, http://www.ipcc-nggip.iges.or.jp/public/2006gl/pdf/2_Volume2/V2_1_Ch1_Introduction.pdf

29  Rystad UCube, July 2016 update: P90 + P50 resources, producing + under-construction assets, 2016. In "oil" we include field condensate and natural gas liquid. Note that a new phase of a field is counted as a separate asset; hence "producing" here does not include future project phases.

30  IEA World Energy Outlook 2013, Figure 4.4 (p.148); IEA, World Energy Outlook 2015, Box 7.2 (p.275) and data tables (p.583). We assume linear trend between data points in the tables.

31  Average emissions factors from IPCC: 0.42 $tCO_2$/bbl for crude oil, 59.7 $tCO_2$/mcf for natural gas, 2.53 $tCO_2$/t for hard coal, 1.81 $tCO_2$/t for sub-bituminous coal and 1.20 $tCO_2$/t for lignite. See note 23 Gtce = giga tonnes of coal equivalent. 1 t anthracite/bituminous = 1 tce. 1 t sub-bituminous = 0.75 tce. 1 t lignite = 0.67 tce. Since data on developed reserves of coal are not divided by coal rank, we assume the proportions of hard coal, sub-bituminous and lignite are proportional to their rates of production in 2011, as stated in WEC, World Energy Resources 2013, Table 1.2, p.1.11 (p.36 of pdf), https://www.worldenergy.org/wp-content/uploads/2013/09/Complete_WER_2013_Survey.pdf To try to corroborate the coal data: Reuben Finighan of Melbourne University uses two estimation methods, to obtain 140 and 150 Mt. op cit. National data for the US and South Africa cited in his paper are also consistent with IEA estimates; Australia data is higher due to the inclusion of probable reserves as well as proven. Reuben Finighan, The Case for a Coal Mine Moratorium: Reserves within existing mines versus the carbon Budget, 11 April 2016, http://www.greenpeace.org/international/Global/international/briefings/climate/2016/Coal-Mine-Moratorium-Briefing-Paper-Ruben-Finighan.pdf

32  Alexander Pfeiffer et al, "The '2°C capital stock' for electricity generation: Committed cumulative carbon emissions from the electricity generation sector and the transition to a green economy," Applied Energy, 2016, http://dx.doi.org/10.1016/j.apenergy.2016.02.093

33  His Excellency Anote Tong, letter to world leaders, August 2015, at http://www.climatechangenews.com/2015/08/13/kiribati-president-calls-for-moratorium-on-coal-mines/

34  By definition, as the existing fields and mines already have their transport infrastructure, to carry the resources that they are producing now.

35  BP Statistical Review of World Energy 2016, http://www.bp.com/en/global/corporate/energy-economics/statistical-review-of-world-energy.html; Energy Informationa Administration (EIA), Sales of Fossil Fuels Produced from Federal and Indian Lands, FY 2003 through FY 2014, 17 July 2015, https://www.eia.gov/analysis/requests/federallands/

36  Georgina Woods, Cooking the Climate, Wrecking the Reef, Greenpeace, September 2012, http://www.greenpeace.org/australia/Global/australia/images/2012/Climate/Galilee%20Report(4.2MB).pdf

37  From project environmental impact statements: Carmichael: Vol.2 Sec.2, p.2-18, http://eisdocs.dsdip.qld.gov.au/Carmichael%20Coal%20Mine%20and%20Rail/EIS/EIS/Mine%20Chapters/02-project-description-mine.pdf  China Stone: p.4-1, http://eisdocs.dsdip.qld.gov.au/China%20Stone%20Coal/DEIS/Draft%20EIS%20-%20Volume%201A/china-stone-chapter-4-project-description.pdf China First: Vol.2, Chap.1, p.5, http://eisdocs.dsdip.qld.gov.au/Galilee%20Coal%20Project%20(Northern%20Export%20Facility)%20(aka%20China%20First)/EIS%2022%20Sep%202011/Vol%202%20-%20Mine/01-project-description.pdf Alpha: Vol.2 Sec.2, Table 2.2, p.2-16, http://gvkhancockcoal.com/documents/Publications/EIS/ACPEIS2010/Vol2/Section%2002%20Project%20Description.pdf  Kevin's Corner: Vol.1, p.2-31, http://gvkhancockcoal.com/documents/Publications/EIS/ACPEIS2010/Vol2/Section%2002%20Project%20Description.pdf South Galilee: Sec.4, p.4-29, http://www.southgalilee.com.au/files/EIS/SGCP_EIS_04_Project_Description.pdf

38  Sylvie Cornot-Gandolphe, Indian Steam Coal Imports: The Great Equation, Oxford Institute for Energy Studies, March 2016, p.51, https://www.oxfordenergy.org/wpcms/wp-content/uploads/2016/03/Indian-Steam-Coal-Imports-The-Great-Equation-CL-3.pdf

39  IEA, World Energy Outlook 2015, Figure 13.4, p.512

40  Share of world $CO_2$ emissions excluding land use, land use change and forestry (LULUCF), 1850-2012. World Resources Institute, CAIT Climate Data Explorer, 2015, http://cait.wri.org

41  IEA, World Energy Outlook 2015, Table 7.1, p.273; Jeanette Fitzsimons, "Can We Make Steel Without Coal?", 24 April 2013, https://coalactionnetworkaotearoa.wordpress.com/2013/04/24/can-we-make-steel-without-coal/

42  IEA, World Energy Outlook 2015 data tables

43  Lauri Myllyvirta, "China's coal mine moratorium is more ambitious than anyone expected," Energy Desk, 12 February 2016, http://energydesk.greenpeace.org/2016/02/12/china-coal-plan-genuinely-impressive/

44  BGR, Energy Study 2015: Reserves, Resources and Availability of Energy Resources, Tables 33, 34, 40 & 41, https://www.bgr.bund.de/EN/Themen/Energie/Produkte/energy_study_2015_summary_en.html

45  DARA International / Climate Vulnerable Forum, Climate Vulnerability Monitor 2: A Guide to the Cold Calculus of a Hot Planet, 2012, Pp.17-18 (pp.22-23 of pdf), http://daraint.org/wp-content/uploads/2012/10/CVM2-Low.pdf

46  Sivan Kartha, Michael Lazarus, and Kevin Tempest, "Equity and the Future of Fossil Fuel Production: Can We 'Leave it in the Ground' Without Compromising Development?", SEI Working Paper, 2016 (forthcoming).

47  ActionAid et al, Fair Shares: A Civil Society Equity Review of INDCs, November 2015, https://www.oxfam.org/sites/www.oxfam.org/files/file_attachments/ib-civil-society-review-climate-indcs-191015-en_2.pdf

48  OECD members as share of world $CO_2$ emissions excluding land use, land use change and forestry (LULUCF), 1850-2012. World Resources Institute, CAIT Climate Data Explorer, 2015, http://cait.wri.org

49  EIA, Annual Energy Review, September 2012, Tables 1.15, 5.1a, 6.5 and 7.1, https://www.eia.gov/totalenergy/data/annual/

50  Carbon Tracker Initiative, Unburnable carbon 2013: Wasted capital and stranded assets, 2013, www.carbontracker.org/wp-content/uploads/2014/09/Unburnable-Carbon-2-Web-Version.pdf

51  http://www.carbontracker.org/

52  Ashim Paun et al, Stranded Assets: What Next?, HSBC Global Research, 16 April 2015

53  Jason Channell et al, Energy Darwinism II: Why a Low Carbon Future Doesn't Have to Cost the Earth, August 2015, https://www.citivelocity.com/citigps/ReportSeries.action?recordId=41

54  Jessica Shankleman, "Mark Carney: most fossil fuel reserves can't be burned", Guardian, 13 October 2014, http://www.theguardian.com/environment/2014/oct/13/mark-carney-fossil-fuel-reserves-burned-carbon-bubble

55  Oil and gas: Rystad UCube, capex + exploration capex, life cycle = discovery + undiscovered. Coal: IEA, World Energy Investment Outlook 2014, p.81

56  IEA, World Energy Investment Outlook 2014, p.162

57  Marshall Burke et al, "Global non-linear effect of temperature on economic production," Nature, 2015, http://web.stanford.edu/~mburke/climate/BurkeHsiangMiguel2015.pdf

58  Simon Dietz et al, "'Climate value at risk' of global financial assets," Nature Climate Change, Vol.6, July 2016, p.676ff

59   Eg Washington Post Editorial Board, "Keystone XL's continued delay is absurd", 23 April 2014, https://www.washingtonpost.com/opinions/keystone-xls-continued-delay-is-absurd/2014/04/23/81dab79c-c98c-11e3-9f5f-7ecdde72d2ea_story.html?utm_term=.25481dff0d16

60   For further discussion of tackling climate change on the fossil fuel supply side, see Michael Lazarus et al, Supply-side climate policy: the road less taken, Stockholm Environment Institute, http://sei-us.org/Publications_PDF/SEI-WP-2015-13-Supply-side-climate-policy.pdf

61   BP Statistical Review of World Energy 2016, http://www.bp.com/en/global/corporate/energy-economics/statistical-review-of-world-energy.html

62   John Kemp, "Global oil demand growing at fastest pace for five years," Reuters, 30 September 2015, http://www.reuters.com/article/oil-demand-kemp-idUSL5N12031A20150930

63   Javier Bias, "Gasoline Consumption in U.S. Rises Most in Nearly Four Decades," Bloomberg, 2 May 2016, http://www.bloomberg.com/news/articles/2016-05-02/gasoline-consumption-in-u-s-rises-most-in-nearly-four-decades

64   Oil Change International, "UK BUDGET 2016: Oil tax breaks are the wrong course", 16 March 2016, http://priceofoil.org/2016/03/16/uk-budget-2016-oil-tax-breaks-are-the-wrong-course/

65   PwC for Asosiasi Pertambangan Batubara Indonesia (ABPI), Securing Indonesian Coal Supply for Coal-Fired Power Plants in the 35 GW Programme, Presentation to Minister of Energy and Mineral Resources, March 2016, http://www.apbi-icma.org/wp-content/uploads/2016/03/03-03-2016-APBI-Report-Summary-FINAL-1.pdf

66   Rystad UCube, July 2016 update, oil + condensate + NGL production, producing + under-construction assets

67   Rystad UCube, July 2016 update, gas production, producing + under-construction assets

68   BP Statistical Review of World Energy 2016. Average annual growth (CAGR) of wind consumption 2010-15 and solar consumption 2013-15. We use a shorter timeframe for solar because it grew at much higher rates the previous four years: 33% appears to reflect the longer-term average.

69   Assuming combined CAGR of 25% (ibid). According to the IEA, power generation in 2013 by "other renewables" (excluding hydro and biomass) was 127 mtoe; by coal was 2,404 mtoe; and by gas was 1,172 mtoe. World Energy Outlook 2015, p.584

70   Laurie Guevara-Stone, "A Small Country Goes Big with Renewables: Denmark's goal to be fossil fuel free," RMI Outlet, 2 March 2016, http://blog.rmi.org/blog_2016_03_02_a_small_country_goes_big_with_renewables

71   Bruno Burger, "Power generation from renewable energy in Germany – assessment of 2015," FRAUNHOFER INSTITUTE, 13 January 2016, p.3, https://www.ise.fraunhofer.de/en/downloads-englisch/pdf-files-englisch/power-generation-from-renewable-energy-in-germany-assessment-of-2015.pdf

72   REN21, Renewables 2016: Global Status Report, Table R17, p.165, http://www.ren21.net/status-of-renewables/global-status-report/

73   Cole Mellino, "Nicaragua Joins Clean Energy Revolution, Vows 90% Renewables by 2020", EcoWatch, 8 January 2016, http://www.ecowatch.com/nicaragua-joins-clean-energy-revolution-vows-90-renewables-by-2020-1882145790.html

74   IRENA, Djibouti – Renewables Readiness Assessment, 2015, http://www.irena.org/DocumentDownloads/Publications/IRENA_RRA_Djibout_2015_EN.pdf

75   IRENA, Vanuatu Renewables Readiness Assessment, June 2015, http://www.irena.org/DocumentDownloads/Publications/IRENA_RRA_Vanuatu_2015.pdf

76   BP Statistical Review of World Energy 2016, http://www.bp.com/en/global/corporate/energy-economics/statistical-review-of-world-energy.html

77   National Bureau of Statistics of China. "Statistical Communiqué of the People's Republic of China on the 2015 National Economic and Social Development." February 29, 2016. http://www.stats.gov.cn/english/PressRelease/201602/t20160229_1324019.html

78   REN21, Renewables 2016: Global Status Report, Table R19, p.172, http://www.ren21.net/status-of-renewables/global-status-report/

79   Vishal Shah, F.I.T.T. for investors – Crossing the Chasm, Deutsche Bank Markets Research, 27 February 2015, p.9 (p.11 of pdf), https://www.db.com/cr/en/docs/solar_report_full_length.pdf

80   IRENA, The Power to Change: Solar and Wind Cost Reduction Potential to 2025, June 2016, p.10, 37 http://www.irena.org/DocumentDownloads/Publications/IRENA_Power_to_Change_2016.pdf

81   Bloomberg New Energy Finance (BNEF), New Energy Outlook 2016, Global overview p.13

82   Moores, S. "The battery megafactories are coming." Benchmark Minerals Intelligence, March 2016.

83   Patrick Hummel et al, Will solar, batteries and electric cars re-shape the electricity system? UBS Global Research, 20 August 2014, p.4

84   Pedestrian Observations, "Several European Countries to Follow Norway's Lead, Ban Fuel-Powered Cars," 1 April 2016, https://pedestrianobservations.wordpress.com/2016/04/01/several-european-countries-to-follow-norways-lead-ban-fuel-powered-cars/

85   Tagesspiegel interview, clipping summarized in Clean Energy Wire, "Grid operator says 80% renewables no problem," 6 June 2016, https://www.cleanenergywire.org/news/grid-operator-says-80-renewables-no-problem-environment-ministry-turns-30; Giles Parkinson, "German grid operator sees 70% wind + solar before storage needed," RenewEconomy, 7 December 2015, http://reneweconomy.com.au/german-grid-operator-sees-70-wind-solar-storage-needed-35731

86   NREL, Renewable Electricity Futures Study, June 2012 http://www.nrel.gov/docs/fy12osti/52409-1.pdf

87   Bloomberg New Energy Finance (BNEF), New Energy Outlook 2016, Global overview p.3; Andy Colthorpe, "Energy storage in 2016: Where do we go now?", Energy Storage News, 29 March 2016, http://www.energy-storage.news/analysis/energy-storage-in-2016-where-do-we-go-now. Also Robert Fares, "Renewable Energy Intermittency Explained: Challenges, Solutions, and Opportunities," Scientific American, 11 March 2015, http://blogs.scientificamerican.com/plugged-in/renewable-energy-intermittency-explained-challenges-solutions-and-opportunities/

88   IEA, World Energy Outlook 2015, pp. 584-586. Conversion factors from Mark Jacobson et al, spreadsheet at http://web.stanford.edu/group/efmh/jacobson/Articles/I/AllCountries.xlsx; and pers.comm with Mark Jacobson. Oil and gas depletion from Rystad Energy, as in Figures 13 and 14

89   Mark Jacobson et al, "100% Clean and Renewable Wind, Water, and Sunlight (WWS) AllSector Energy Roadmaps for 139 Countries of the World," draft paper, 24 April 2016, http://web.stanford.edu/group/efmh/jacobson/Articles/I/CountriesWWS.pdf and spreadsheet at http://web.stanford.edu/group/efmh/jacobson/Articles/I/AllCountries.xlsx; and pers.comm with Mark Jacobson

90   DNV GL, Beyond Integration: Three dynamics reshaping renewables and the grid, March 2015, p.9

91   Seb Henbest et al, New Energy Outlook 2016, Bloomberg New Energy Finance, June 2016, Global Overview, pp.2, 49

92   Elizabeth Bast et al, Empty promises: G20 subsidies to oil, gas and coal production, ODI & Oil Change International, November 2015, p.11, http://priceofoil.org/2015/11/11/empty-promises-g20-subsidies-to-oil-gas-and-coal-production/

93   Benjamin Sovacool, "How long will it take? Conceptualizing the temporal dynamics of energy transitions," Energy Research & Social Science 13 (2016), pp.202–215

94 On (unweighted) average across Brazil, Germany, Korea and South Africa, $1 million invested in renewable energy and energy efficiency creates 46 jobs, whereas in fossil fuels $1 million creates 20 jobs. Direct + indirect employment with stable domestic content, 2005

| | Clean energy | Fossil fuels |
|---|---|---|
| Brazil | 37.1 | 21.2 |
| Germany | 9.7 | 7.6 |
| Indonesia | 99.1 | 22 |
| Korea | 14.6 | 13.6 |
| South Africa | 70.6 | 33.1 |

UNIDO, Global Green Growth: Clean Energy Industrial Investments and Expanding Job Opportunities, April 2015, Tables 7.2, 7.6, 7.10, 7.14 & 7.18, http://www.unido.org/fileadmin/user_media_upgrade/Resources/Policy_advice/GLOBAL_GREEN_GROWTH_REPORT_vol1_final.pdf

95 UKERC, Low carbon jobs: The evidence for net job creation from policy support for energy efficiency and renewable energy, November 2014, p.33 (p.35 of pdf), http://www.ukerc.ac.uk/publications/low-carbon-jobs-the-evidence-for-net-job-creation-from-policy-support-for-energy-efficiency-and-renewable-energy.html

96 Research my Qiao Ma, cited in Michael Brauer, "Poor air quality kills 5.5 million worldwide annually," 12 February 2016, http://www.healthdata.org/news-release/poor-air-quality-kills-55-million-worldwide-annually; and Lisa Friedman, "Coal-Fired Power in India May Cause More Than 100,000 Premature Deaths Annually," Scientific American, 11 March 2013, http://www.scientificamerican.com/article/coal-fired-power-in-india-may-cause-more-than-100000-premature-deaths-annually/

97 Eg Anatole Kaletsky, "Why Big Oil Should Kill Itself," Project Syndicate, 23 December 2015, https://www.project-syndicate.org/commentary/marginal-pricing-end-of-western-oil-producers-by-anatole-kaletsky-2015-12

98 "Taking into account the imperatives of a just transition of the workforce and the creation of decent work and quality jobs in accordance with nationally defined development priorities." UNFCCC, Adoption of the Paris Agreement, p.21 https://unfccc.int/resource/docs/2015/cop21/eng/l09r01.pdf

99 INTERNATIONAL LABOUR OFFICE Governing Body, Outcome of the Tripartite Meeting of Experts on Sustainable Development, Decent Work and Green Jobs, 325th Session, Geneva, 5–9 October 2015, http://www.ilo.org/wcmsp5/groups/public/---ed_norm/---relconf/documents/meetingdocument/wcms_420286.pdf

100 International Trade Union Confederation, Climate Justice: There Are No Jobs on a Dead Planet, March 2015, http://www.ituc-csi.org/IMG/pdf/ituc_frontlines_climate_change_report_en.pdf

101 Jeremy Brecher, "A superfund for workers," Dollars & Sense, November/December 2015, pp.20ff, http://www.labor4sustainability.org/wp-content/uploads/2015/10/1115brecher.pdf

102 Anabella Rosemberg, "Building a Just Transition: The linkages between climate change and employment," International Journal of Labour Research, Vol.2 #2, 2010, p.134

103 Society of Petroleum Engineers et al, Petroleum Resources Management System, 2007, pp.9-11 (pp.11-13 of pdf), http://www.spe.org/industry/docs/Petroleum_Resources_Management_System_2007.pdf This document provides the accepted, standardised definitions for petroleum resources.

104 Comparison of BP "proven" reserves with Rystad proven + probable reserves used in this report:

| Bn bbl | Rystad 2P reserves | BP Statistical Review "proven" reserves |
|---|---|---|
| Saudi Arabia | 182 | 267 |
| United States | 128 | 55 |
| Russia | 109 | 102 |
| Iran | 100 | 158 |
| Canada | 92 | 172 |
| Iraq | 90 | 143 |
| Qatar | 52 | 26 |
| Venezuela | 44 | 301 |
| UAE | 43 | 98 |
| China | 42 | 19 |
| Kuwait | 41 | 102 |
| Brazil | 40 | 13 |
| Kazakhstan | 29 | 30 |
| Nigeria | 19 | 37 |
| Norway | 16 | 8 |
| Libya | 15 | 48 |

105 World Energy Council, World Energy Resources 2013 Survey, p.1.17, https://www.worldenergy.org/wp-content/uploads/2013/09/Complete_WER_2013_Survey.pdf (The other primary coal data source is the German Federal Institute for Geosciences & Natural Resources' (BGR's) annual Energy Study: Reserves, Resources and Availability of Resources, which does not comment on China data reliability)

106 eg Matthew Simmons, Twilight in the Desert: The Coming Saudi Oil Shock and the World Economy, Wiley, 2005

107 IEA, Resources to Reserves 2013, p.206 (p.208 of pdf), https://www.iea.org/publications/freepublications/publication/Resources2013.pdf

108 Or, as Christophe McGlade and Paul Ekins note, the proved reserve estimates of coal are so large that the unproven estimates are less important than is the case for oil and gas. McGlade & Ekins, "The geographical distribution of fossil fuels unused when limiting global warming to 2°C," Nature, 8 Jan 2015.

109 We use the 80 scenarios in Climate Category 1 (resulting in 430-480 ppm $CO_2e$ in 2100) whose geographical coverage is the whole world. The database gives modeled emissions at five-year and ten-year intervals; we use the mean for each interval and assume that emissions vary on a straight line between the values given.

110 IEA, Cement Technology Roadmap, 2009, pp.5,12-15 (pp.7,14-17 of pdf), https://www.iea.org/publications/freepublications/publication/Cement.pdf and European Cement Research Academy / World Business Council for Sustainable Development, Development of State of the Art Techniques in Cement Manufacturing: Trying to Look Ahead, 2009, pp.41-41, 66-86, 89-97, http://www.wbcsdcement.org/pdf/technology/Technology%20papers.pdf Note that these papers deal with energy-related emissions in cement manufacture as well as those related to the calcination reaction; in this report we focus only on the latter, as energy emissions have been counted under coal, oil or gas.

111 IEA, Cement Technology Roadmap, 2009, Annex II, p.28 (p.30 of pdf), https://www.iea.org/publications/freepublications/publication/Cement.pdf

112 IEA, Energy Technology Pathways, 2012, Table 12.4 (p.404)

113 IEA, Energy Technology Pathways, 2014, Table 1.2 (p.48); and IEA, Energy Technology Pathways, 2015, Fig.6.2 (p.254)

114 See Emma Davidson, "Defining the Trend: Cement consumption versus GDP," Global Cement, June 2014, p.8, http://www.globalcement.com/magazine/articles/858-defining-the-trend-cement-consumption-vs-gdp; and Peter Edwards, "The Rise and Potential Peak of Cement Demand in the Urbanized World," Cornerstone, June 2015, http://cornerstonemag.net/the-rise-and-potential-peak-of-cement-demand-in-the-urbanized-world/

115 Kevin Anderson, "Duality in Climate Science," Nature Geoscience 8, 2015, pp. 898-900, http://www.nature.com/ngeo/journal/v8/n12/full/ngeo2559.html

116 Pillita Clark, "Carbon capture: Miracle machine or white elephant?", Financial Times, 9 September 2015, http://www.ft.com/cms/s/2/88c187b4-5619-11e5-a28b-50226830d644.html#axzz4FgpsDohY

117 Carbon Tracker Initiative, Unburnable carbon 2013: Wasted capital and stranded assets, 2013, www.carbontracker.org/wp-content/uploads/2014/09/Unburnable-Carbon-2-Web-Version.pdf

118 MIT, Boundary Dam Fact Sheet: Carbon Dioxide Capture and Storage Project, http://sequestration.mit.edu/tools/projects/boundary_dam.html; and Ian Austen, "Technology to Make Clean Energy From Coal Is Stumbling in Practice," New York Times, 29 March 2016, http://www.nytimes.com/2016/03/30/business/energy-environment/technology-to-make-clean-energy-from-coal-is-stumbling-in-practice.html

119 Ian Urbina, "Piles of Dirty Secrets Behind a Model 'Clean Coal' Project," New York Times, 5 July 2016, http://www.nytimes.com/2016/07/05/science/kemper-coal-mississippi.html?_r=1

120 Carbon Brief, "Around the world in 22 carbon capture projects," https://www.carbonbrief.org/around-the-world-in-22-carbon-capture-projects

121 IEA, A Policy Strategy for Carbon Capture and Storage, January 2012, Box 4, p.33, http://www.iea.org/publications/freepublications/publication/policy_strategy_for_ccs.pdf

122 IPCC, Carbon Dioxide Capture and Storage, 2005, p.14, https://www.ipcc.ch/pdf/special-reports/srccs/srccs_wholereport.pdf

123 Richard Monastersky, "Seabed scars raise questions over carbon-storage plan," Nature, 17 December 2013, http://www.nature.com/news/seabed-scars-raise-questions-over-carbon-storage-plan-1.14386

124 The Carbon Capture and Storage Association, "Report Launch: Lessons Learned from UK CCS Programmes," 29 June 2016, http://www.ccsassociation.org/index.php/download_file/view/1024/1/

125 OECD Companion to the Inventory of Support Measures for Fossil Fuels 2015, Box 2.1, p.28, http://www.oecd.org/environment/oecd-companion-to-the-inventory-of-support-measures-for-fossil-fuels-2015-9789264239616-en.htm

126 Jeremy van Loon, "Shell Sees Carbon Price of $60 to $80 Needed to Justify CCS," Bloomberg, 6 November 2015, http://www.bloomberg.com/news/articles/2015-11-06/shell-sees-carbon-price-of-60-to-80-needed-to-justify-ccs

127 Emily Gosden, "UK scraps £1bn carbon capture and storage competition," Telegraph, 25 November 2015, http://www.telegraph.co.uk/finance/newsbysector/energy/12016882/autumn-statement-2015-UK-scraps-1bn-carbon-capture-and-storage-competition.html

128 Steve Daniels, "FutureGen 'clean-coal' plant is dead," Crain's Chicago Business, 3 February 2015, http://www.chicagobusiness.com/article/20150203/NEWS11/150209921/futuregen-clean-coal-plant-is-dead

129 Alister Doyle, "Four European utilities drop EU CCS technology project," Reuters, 19 January 2015, http://af.reuters.com/article/commoditiesNews/idAFL6N0UV3H32015011 9?pageNumber=2&virtualBrandChannel=0&sp=true

130 Mark Jacobson et al, "100% Clean and Renewable Wind, Water, and Sunlight (WWS) AllSector Energy Roadmaps for 139 Countries of the World," draft paper, 24 April 2016, http://web.stanford.edu/group/efmh/jacobson/Articles/I/CountriesWWS.pdf and spreadsheet at http://web.stanford.edu/group/efmh/jacobson/Articles/I/AllCountries.xlsx; and pers.comm with Mark Jacobson

131 IEA, World Energy Outlook 2015, pp. 584-586





# CLIMATE REALITY CHECK

## AFTER PARIS, COUNTING THE COST

BY DAVID SPRATT



# "OUR CLIMATE IS NOT SAFE NOW, SO WHAT DOES DANGEROUS CLIMATE CHANGE MEAN?"

Prof. David Karoly, *The Age*, 4 December 2015

## BREAK/THROUGH

Written by David Spratt
Published by Breakthrough - National Centre for Climate Restoration
Melbourne, Australia | Second edition May 2016
**breakthroughonline.org.au**

# AFTER PARIS, COUNTING THE COST

The December 2015 Paris climate conference was a failure marketed as a success. It sets the world on course for more than 3°C of warming and all but precludes a less-than-2°C future unless radical climate interventions are applied. Commentators say "deadly flaws" in the Paris deal mean it gives the impression that global warming is now being properly addressed, when in fact the measures fall alarmingly short of what is needed to avoid escalating climate change.

Prof. Kevin Anderson of the UK Tyndall Centre for Climate Change is fond of quoting the twentieth century quantum physicist and Nobel laureate Richard P. Feynman: "For a successful technology, reality must take precedence over public relations, for Nature cannot be fooled."

We fool ourselves if we are not deeply alarmed by recent events. In 2015, atmospheric carbon dioxide ($CO_2$) concentrations jumped by 3.05 parts per million (ppm), the largest year-to-year increase in 56 years of research data. 2015 was the fourth consecutive year that $CO_2$ grew more than 2 ppm.[1] Methane levels also reached a new instrumental high, 254 per cent higher than the pre-industrial level.[2] And Arctic sea-ice extent hit a record winter low.

2015 was the hottest year on record by a significant margin, and the UK Met Office says 2016 will be as hot or hotter.[3]  Scientists were stunned by NASA data that February 2016 was an "unprecedented" 1.65°C warmer than the beginning of the twentieth century, that is, 1.9°C higher than the pre-industrial level.[4]  The current El Niño conditions have contributed around 0.2°C to the record figures[5] but, compared to previous big El Niños, we are experiencing blowout temperatures.

Prof. Michael Mann says, "We have no carbon budget left for the 1.5°C target and the opportunity for holding to 2°C is rapidly fading unless the world starts cutting emissions hard right now".[6] Other experts agree.

Prof. Stefan Rahmstorf of Germany's Potsdam University considers that we are now "in a kind of climate emergency"[7] and that at least 1.5°C is "locked in".[8]  More and more scientists agree.

Like the dramatic and unexpected Arctic "big melt" in 2007, these record temperatures confront us with the terrifying reality of global warming, for Nature cannot be fooled. The recent data suggest it has taken just months for the Paris climate accord — with its escalating emissions to 2030 — to become a relic, grossly inadequate for the task the world now faces.

So what is the reality after Paris? What do recent research findings and observations teach us? And what does decisive leadership look like in the era of climate emergency?

# 1. CARBON EMISSIONS & TEMPERATURE

Human-caused carbon dioxide emissions increase the global average temperatures, such that the elevated temperatures remain roughly constant for many centuries.[9] One landmark research paper says that "any future anthropogenic emissions will commit the climate system to warming that is essentially irreversible on centennial timescales".[10]

In other words, we cannot, on human time scales and in the normal course of events, undo the elevated temperatures and damage done by CO2 emissions. The only exception to this understanding would be the deployment of incoming solar radiation management or very large-scale CO2 removal (negative-emission) technologies to cool the Earth. In the main, these technologies at present are little more than a conceptual stage of development and not currently deployable at scale (see Section 14).[11]

# 2. "COMMITTED" WARMING

Accounting for inter-annual variability, global warming has now reached ~1°C above the 1880-1920 level.[12] And warming is now ~1.2°C above the 1750 pre-industrial level.[13]

If we were to cease burning fossil fuels today, the loss of aerosol cooling (see next section) would quickly add ~0.5°C or more to temperatures, taking warming to ~1.7°C above the pre-industrial level.[14] The more fossil fuels we burn, the higher this level of of "committed" warming will become in the absence of yet unproven, large-scale, negative-emission and/or solar radiation technologies.

Each decade, human activity is adding ~20 ppm of CO2 to the atmosphere,[15] enough to cause an extra ~0.2°C of warming. So if the emissions trajectory over the next 15 years follows the Paris path — in which annual emissions would be ~10% higher in 2030 than they are today[16] — then by 2030 "committed" warming will have risen by ~0.3°C to ~2°C.

Analyst Bill Hare of Climate Analytics says: "if the Paris meeting locks in present climate commitments for 2030, holding warming below 2°C could essentially become infeasible".[17] In this sense, Paris has locked out a less-than-2°C outcome, unless immediate and radical emission reductions occur across the high-polluting, developed economies.[18]

# 3. FAUSTIAN BARGAIN

A by-product of burning fossil fuels is a group of substances known as aerosols (including black-carbon soot, organic carbon, sulphates and nitrates) which have a short-term (~one week) cooling impact generally estimated to be in the range of ~0.5–0.8°C. For now, these aerosols are ameliorating the warming impact of increasing levels of greenhouse gases, including carbon dioxide, methane and nitrous oxide.

Reducing the use of fossil fuels, however, will also reduce the production of aerosols, and the loss of their cooling effect will increase the global temperature. But not stopping fossil fuel use will eventually cause global warming sufficient to threaten human civilisation.

Former NASA climate science chief Prof. James Hansen keenly observed this dilemma to be our Faustian bargain, in which the "devil's payment" will be extracted from humanity via increased global warming as we end fossil fuel use: "As long-lived CO2 accumulates, continued balancing requires a greater and greater aerosol load. Such a solution... would be a Faustian bargain. Detrimental effects of aerosols, including acid rain and health impacts, will eventually limit the permissible atmospheric aerosol amount and thus expose latent greenhouse warming."[19]

# 4. PARIS COMMITMENTS

Although the Paris deal gives the impression that global warming is now being properly addressed, in fact the measures fall alarmingly short of what is needed to avoid escalating climate change.[20] Amongst its "deadly flaws" is the lack of any requirement that the parties must upgrade their existing pledges before 2030.

Indeed, analysis reveals that the Paris voluntary commitments, with no further progress in the post-pledge period, would result in expected warming by 2100 of 3.5°C (uncertainty range 2.0–4.6°C).[21]

Claims that the Paris commitments represent a 2.7°C path are a misconception, based on an unjustified assumption that countries will commit in the future to keep reducing emissions after 2030 at the rate they did before 2030.[22]





## PARIS COMMITMENTS COMPARED TO 2°C PATHWAY

**4-5°C** BUSINESS AS USUAL IPCC RCP8.5

**3°C** PARIS COMMITMENTS

**2°C** TWO DEGREES PATHWAY

**0°C** SAFE CLIMATE PATHWAY

GtCO2 EMISSIONS

40
35
30
25
20
15
10
5
0

BELOW ZERO EMISSIONS

2005  2010  2015  2020  2025  2030  2035  2040  2045  2050

**SOURCES**[7]: WBGU special report 2009, Boyd, Stern & Ward (May 2015), IPCC 2014, Climate Action Tracker, Philip Sutton

## 5. FEASIBILITY OF 1.5ºC GOAL

The Paris agreement's stated aims are to keep warming "well below 2°C above pre-industrial levels" and to "pursue efforts to limit the temperature increase to 1.5°C".

A goal far below 1.5°C is highly desirable, because climate change is already dangerous.

"Committed" warming today is now 1.7°C[23] and will be ~2°C by 2030 if emissions proceed along the Paris pathway. So there is no carbon budget left for 1.5°C: "And what about 1.5°C stabilisation? We're already overdrawn", says Prof. Michael E Mann, one of the world's foremost climate scientists.[24]

Researchers say there are no "model scenarios where global temperatures remain below 1.5°C throughout this century". "Overshoot" scenarios — exceeding 1.5°C of warming and returning to below 1.5°C by assuming the deployment of large-scale negative-emission technologies later in the century — impose challenging requirements, including "curtailing future energy demand... with only a slight increase over today's demand by 2100, despite rising populations and growing economies".[25]

The possibility of staying below 1.5°C of warming for the whole of this century would require geo-engineering techniques such as the deployment of sulphate aerosols to reduce the amount of incoming solar radiation (see Section 14). Such approaches are not proven or safe technology, and are opposed by the large climate action NGOs, without exception. Likewise, the large-scale negative-emission technologies necessary to get warming back under 1.5°C by 2100 in the "overshoot" scenarios are not presently deployable in an environmentally safe way and at manageable cost, and are strongly opposed by significant elements of the climate justice movement.

## 6. RELIANCE ON NEGATIVE EMISSIONS TECHNOLOGIES

Rather than requiring large emissions reductions in the short-to-medium term, the Paris agreement instead relies on being able to successfully suck the carbon pollution back from the atmosphere in the longer term, plumping for biomass energy with carbon capture and storage (BECCS) as the most promising negative-emissions technology.

BECCS is an unproven technology at scale and "negative-emission technologies... are currently at little more than a conceptual stage of development", yet the framing of the 2°C goal and, even more the 1.5°C one, is premised on the massive uptake of BECCS some time in the latter half of the century.[26]

Potsdam Institute head Prof. John Schellnhuber warns against "the illusion you can just extract huge amounts of carbon from the air in order to restore the atmosphere".[27]

The land-use intensity of BECCS is quite high, with values of ~1-1.7 hectares per ton of carbon per year.[28] In other words, if ALL the world's land currently devoted to cropping (~3 billion hectares) were devoted to BECCS, the drawdown would be ~3 billion tonnes of carbon per year — still only about 30% of the world's current annual emissions. Whether the storage of the compressed carbon dioxide in expired oil and gas fields and other underground geological sites would be secure and stable over the long term is another question for which there is yet no satisfactory answer.

## 7. CARBON BUDGETS

Any temperature target only has practical meaning if the size of the risk of exceeding it is known, and the scale of the impacts of exceeding the target are also known. A low-impact risk target for atmospheric greenhouse gases is very much less than the current level: the IPCC reported that "to provide a 93% mid-value probability of not exceeding 2°C, the concentration (of atmospheric greenhouse gases) would need to be stabilised at or below 350 parts per million carbon dioxide equivalent (ppm CO2e)" compared to the current level of ~485 ppm CO2e.[29]

The catastrophic consequences caused by 2°C of warming demand a strong risk-management approach of having a very low probability of exceeding the target, and taking fully into account the likelihood of changes in the carbon cycle. Yet policymakers focus on "middle of the road" outcomes, and turn a collective blind eye to the bad possibilities that are much more likely to occur than is widely acknowledged (see Appendix).

While policy-makers and advocates often talk about a carbon budget of allowable fossil fuel use that would limit warming to 2°C, the evidence shows we have no such budget for a sensible risk-management, low-risk probability of exceeding that target.[30] There is no carbon budget if 2°C is considered a cap (an upper boundary not to be exceeded) as per the Copenhagen Accord, rather than a target (an aspiration which can be significantly exceeded). And there is no carbon budget for fossil fuel emissions after accounting for likely emissions resulting from future food production and deforestation.

Anderson and Bows have shown that even with a too-high goal of holding temperatures to 2°C (with only a 66% probability of success), for developed economies to play a fair role they would have to cut their emissions by 40% reduction by 2018, 70% reduction by 2024, and 90% by 2030 from 1990 levels.[31]

## CHANCES OF KEEPING BELOW 2ºC

### Releasing a further...



**400,000,000,000**
TONS OF CARBON
**= 33%** CHANCE
OF KEEPING BELOW 2ºC

**310,000,000,000**
**= 50%** CHANCE

**120,000,000,000**
**= 66%** CHANCE



There is no carbon budget if 2°C is considered a cap

**ZERO**
**= 90%** CHANCE

2°C is the boundary between dangerous & very dangerous climate change - how much can we chance?

# 8. CARBON CYCLE FEEDBACKS

There is an unacceptable risk that before 2°C of warming is reached, significant "long-term" feedbacks will be triggered, in which warmer conditions make carbon sinks (stores) such as the oceans and forests less efficient at storing carbon, and polar warming triggers the large-scale release of greenhouse gases from melting terrestrial permafrost and frozen methane deposits on the ocean floor.

This escalating release of greenhouse gases generates even more warming in a cycle of reinforcing feedbacks that could make an effective human response extremely difficult.

It is conventionally considered that these feedbacks operate on millennial timescales. Yet the rate at which human activity is changing the Earth's energy balance is without precedent in the last 66 million years and about ten times faster than during the Palaeocene–Eocene Thermal Maximum, a period with one of the largest extinction events on record.[32] The rate of change in energy forcing is now so great that these "long-term" feedbacks have already begun to operate within short time frames.

A recent study makes use of projections from the most recent IPCC report to estimate that up to 200 billion tonnes of carbon could be released due to melting permafrost and up to 0.5°C extra warming.[33] Some carbon stores have already reached a tipping point, and are now becoming carbon emitters rather than carbon sinks.

These include Arctic tundra.[34] One research paper concluded that: "the permafrost carbon feedback will change the Arctic from a carbon sink to a source after the mid-2020s and is strong enough to cancel 42–88% of the total global land sink."[35]

In February 2013, scientists using radiometric dating techniques on Russian cave formations to measure melting rates warned that a 1.5°C global rise in temperature compared to the pre-industrial level was enough to start a general permafrost melt.[36]

In the first half of 2015, new lines of evidence were published suggesting that more elements of the system may be heading towards tipping points or experiencing qualitative change, including: the slowing of the major sea current known as the Atlantic conveyor, likely as a result of climate change; accelerating ice mass loss from Antarctic ice shelves and the vulnerability of East Antarctica glaciers; declining carbon efficiency of the Amazon forests and other sinks; rapid thinning of Arctic sea-ice; and the vulnerability of Arctic permafrost, exemplified by the proliferation of Siberian methane craters.[37]

# 9. CRYOSPHERE THRESHOLDS

In late 2015, a chilling report on *Thresholds and closing windows: Risks of irreversible cryosphere climate change*[38] warned that the Paris commitments will not prevent the Earth "crossing into the zone of irreversible thresholds" in polar and mountain glacier regions, and that crossing these boundaries may result in processes that cannot be halted unless temperatures were returned to below the pre-industrial level.

It warns that: "These thresholds are drawing closer.. some of these changes may close during the 2020–2030 (Paris) commitment period."

The consequences would include the loss of reliable water resources from mountain glaciers for millions of people; the melting polar of ice sheets that would set the world on course to a sea-level rise of 4–10 metres or more; and the loss of fisheries and ecosystem loss from polar ocean acidification.

The report says it is not well understood outside the scientific community that cryosphere dynamics are slow to manifest but once triggered "inevitably forces the Earth's climate system into a new state, one that most scientists believe has not existed for 35–50 million years".

Observational estimates based on model simulations and the record of past climates make it appear very likely that "the loss of certain vulnerable parts of our planet's ice sheets will become unstoppable at temperatures and CO2 concentrations at, or very close to those of today". The "best estimate" for "the threshold for Greenland melt to become irreversible" is 1.6°C, a threshold beginning near today's levels and well below the 2.7–3.5°C estimate from the Paris Accord.

# 10. ACCELERATING SEA-LEVEL RISE?

Climate warming causes the ocean volume to expand. It melts polar and mountain glaciers. Both raise the sea level. The questions are how far, and how fast?

Estimates of sea-level rise this century have been 0.5–2 metres, and centred around 1 metre, but this is only the tip of the iceberg. Prof. Kenneth Miller says: "The natural state of the Earth with present CO2 levels is one with sea levels about 70 feet (21 metres) higher than now."[39] Other research scientists agree it is likely to be more than 20 metres.[40] The long-term sea-level rise associated with a 2°C warming would submerge parts of Australia on which 25-50% of the population lives.[41]

Major recent studies show a number of polar ice sheets are unstable and heading toward collapse. As to how fast the seas will rise, one answer is "several metres" this century, according to Prof. James Hansen and 17 highly-regarded co-authors, who map a potential path to the "loss of all coastal cities" and the arrival of "super storms" not previously experienced by humans.[42] Superstorm Sandy and Cyclone Haiyan may be " precursors of such a future.

This research surveys evidence from the previous Eemian warm interglacial around 120,000 years ago of rapid fluctuations in sea level, and identifies a mechanism in the Earth's climate system not previously understood, but which points to a much more rapid rise in sea levels than currently anticipated. Increasing ocean stratification occurs when cooler surface layers from melting ice sheets trap warmer waters underneath, accelerating their impact on the melting of ice shelves and outlet glaciers. This in turn increases ice sheet mass loss, and generates more cool surface melt water in a positive feedback.

The consequences include the slowing or shutting down of key ocean currents including the Gulf Stream System, which would increase temperature differentials between tropical and sub-polar waters, and drive "super storms" such that "All hell will break loose in the North Atlantic and neighbouring lands".

The projected cooling pattern of waters around Antarctica and the north Atlantic waters from the injection of fresh ice-melt water is already visible in the observed data and is already contributing to a circulation decline of the Gulf Stream System and cooling of some European countries.[44]

Another significant new study[45] dovetails with the Hansen study and concludes that "Antarctica has the potential to contribute more than a metre of sea-level rise by 2100 and more than 15 metres by 2500", doubling previous forecasts for total sea level rise this century to 2 metres and more. "People should not look at this as a futuristic scenario of things that may or may not happen. They should look at it as the tragic story we are following right now," says Eric Rignot, an expert on Antarctica's ice sheet and an earth sciences professor at the University of California.[46]



Retreat of Jakobshavn Glacier, Greenland.
NASA Earth Observatory images by Jesse Allen & Robert Simmon.

# 11. ONE-DEGREE IMPACTS

Evidence suggests tipping points for events, which may be irreversible on century time scales, are being crossed already. The Arctic is warming two-to-three times as fast as the global average.[47] Even before we reached 1°C of global warming, a dynamic had been established that will lead to sea-ice-free Arctic summer conditions, with severe consequences for the future stability of permafrost and frozen methane stores, and for sea-level rises, as well as for accelerated global warming as ice sheets retreat and the Earth's albedo (reflectivity) decreases.[48]

One of the most significant research findings in 2014 was that the "tipping point" has already been crossed for the Amundsen Sea sector of West Antarctica at under 1°C of warming. Scientists found that the retreat of ice was "unstoppable" (unless temperatures return to the level of the 1970s). The consequences include that: "sea levels will rise one metre worldwide.. [the ice's] disappearance will likely trigger the collapse of the rest of the West Antarctic ice sheet, which comes with a sea level rise of between 3–5 metres. Such an event will displace millions of people worldwide."[49] (Note: "millions" would seem a significant understatement.)

While a one-metre sea-level rise may sound manageable, it would destroy some nations, flood some of the world's richest river-delta agricultural lands or render them unusable due to salination, and likely create climate-change-driven failed states. In Bangladesh, a one-metre sea level rise would inundate 15-17% of the land and threaten more than a million hectares of agricultural land. The Mekong River Commission warns that a one-metre sea-level rise would wipe out nearly 40% of the Mekong Delta.[50] A one-metre rise would flood one-fourth of the Nile Delta, forcing more than 10% of Egypt's population from their homes. Nearly half of Egypt's crops, including wheat, bananas and rice, are grown in the delta.[51]

Current climate trends, if not arrested and reversed rapidly, will likely lead to a substantial displacement of, and reduction in, global population, with attendant mass social conflict and migration, early signs of which are already evident in the Middle East and North Africa.

The Syrian conflict was preceded by the worst long-term drought and crop failures since civilisation began in the region, resulting in 800,000 people losing their livelihoods by 2009, and 2–3 million being driven into extreme poverty.[52] The eastern Mediterranean has experienced significant deceases in winter rainfall over the past four decades, as illustrated.[53]

**Cold season (Nov-Apr) rainfall anomaly 1971-2010 compared to 1902-1970**
Reds, oranges and yellows highlight lands which experienced significantly drier winters



MILLIMETRES
-60 -48 -36 -24 -12  0  12  24  36  48  60

# 12. DAMAGE BEFORE 2°C

The damage that will eventually be caused by the current level of warming of just 1°C is beyond adaptation for many nations and peoples, yet much higher temperatures targets have been the goal of policy-makers. Prof. James Hansen maintains that it is "well understood by the scientific community" that goals to limit human-made warming to 2°C are "prescriptions for disaster", because "we know that the prior interglacial period about 120,000 years ago was less than 2°C warmer than pre-industrial conditions and sea level was a least five to nine metres higher, so it's crazy to think that 2°C is a safe limit".[54]

The 2009 Copenhagen climate conference of governments agreed that there should be a scientific review of the 2°C cap. It was completed in 2015 for the secretariat of the UN Framework Convention on Climate Change and concluded that that 2°C is not a safe temperature cap and that a 1.5°C cap, while causing less damage than the 2°C cap, is also not safe.[55]

Scientists have found evidence of 41 cases of regional abrupt changes in the ocean, sea ice, snow cover, permafrost and terrestrial biospheres, many of which occur for global warming levels of less than 2°C. Although most climate models predict one or more abrupt regional shifts, any specific occurrence typically appears in only a few models.[56]

Warming of 1.5°C would set sea level rises in train sufficient to challenge significant components of human civilisation, besides reducing the world's coral ecosystems to remnant structures.[57]

Before or around +1.5°C, more significant events are likely to occur, including a decline in the efficiency of terrestrial and ocean carbon stores, and the already-documented accelerating ice-mass loss from the Greenland ice sheet and West Antarctic glaciers. New research looks at the damage to system elements — including water security, staple crops land, coral reefs, vegetation and UNESCO World Heritage sites — as the temperature increases. The findings are sobering. Almost all the damage from climate change to vulnerable categories like coral reefs, freshwater availability and plant life could happen before 2°C warming is reached, as the chart from this research results dramatically shows.[58]

Additionally, temperatures below 2°C could trigger the release of CO2 and methane from natural carbon stores (eg. permafrost, ocean-floor methane deposits, forests and peat deposits) on such a scale that human efforts to contain the level of future warming to manageable levels could be rendered ineffective.

**Maximum potential climate change impacts for various sectors as determined by the sigmoidal fit**



Global temperature change (°C)



- ● Coral reefs
- ● Fresh water scarcity
- ● UNESCO world heritage sites
- ● Terrestrial biosphere
- ● Staple crop land
- ● Increased river flood
- ● Population SLR

# 13. HOLOCENE CONDITIONS

Human civilisation has flourished over the last 11,000 years under relatively stable climate conditions and sea levels in a period known as the Holocene, which provided a "safe operating space" for global societal development. [59] We have already left the Holocene temperature range, however. Reestablishing Holocene conditions of less than 325 ppm CO2e would be safe for humanity, especially given that so much of human civilisation comprises coastal settlement and delta/flood plain agriculture.

If a significant proportion of coastal settlement were to be overwhelmed by rising sea levels and forced to retreat, what then would be "safe" for humanity?

Even a small global warming above the level of the Holocene begins to generate a disproportionate warming on the Antarctic and Greenland ice sheets. [60] Even a moderate sea level rise of 1–2 metres in less than a century would produce a change in coastlines that is unprecedented for human civilisation.

Current atmospheric greenhouse gas levels (~400ppm CO2 and ~485 CO2e) are likely the highest in the last 15 million years, and never previously experienced by humans. The current conditions, if maintained over centuries to millennia (that is, until the system reaches equilibrium), would likely produce temperatures 3–6°C warmer and sea level rises of 25 metres or more, based on evidence of past climates. [61] There is a widespread view amongst scientists that "a 4°C future is incompatible with an organised global community, is likely to be beyond 'adaptation', is devastating to the majority of ecosystems and has a high probability of not being stable". [62]

Given the current state of the atmosphere, getting back to Holocene-like greenhouse gas conditions would require a rapid end to human-caused emissions, and the deployment at massive scale of efficacious biological and other carbon dioxide drawdown measures to reduce the level of atmospheric greenhouse gases for many, many decades and perhaps a century or more.

# 14. CLIMATE INTERVENTIONS

For thirty years, efforts to tackle climate change have focused almost entirely on emissions reduction. But the modest scale and slow pace of action, plus better scientific understanding of what constitutes dangerous climate change, have led to the realisation that what is required is not just a slowing or stabilisation of the warming, but instead a cooling of the earth to below its current temperature.

To cool the earth requires two steps. The first is an end to human emissions, to stop making warming worse. The second is removing excess CO2 from the atmosphere and/or solar radiation management, which reflects a small amount of the incoming sunlight back to space.

Solar radiation management (SRM) and carbon dioxide removal (CDR) may be termed climate interventions or engineering: "purposeful actions intended to produce a targeted change in some aspects of the climate". [63] They could only make a practical contribution if they complement dramatic emissions reduction efforts, and their net benefit depends upon their technical effectiveness, cost, risk and governance.

SRM techniques are designed to produce immediate surface cooling by employing aerosol-cooling sulphates or similar into the lower stratosphere, or boosting the earth's reflectivity in some other way. The cooling effect would be almost immediate (within months) and substantial and the cost relatively low. [64]

SRM techniques have not demonstrated clear net benefits because of as yet not-fully-understood but damaging side effects. [65] They may not be able to simultaneously restore all features of the climate (e.g., temperature and rain/snow distribution) and do not address the issue of dangerous levels of ocean acidification. There are actual unresolved ethical, political and governance issues. SRM could actually reduce the incentive to curb anthropogenic CO2 emissions.

Some CDR techniques such as reforestation and afforestation are proven and safe, but limited in scale. Covering 3% of the world's surface with forests would be equivalent to negating just 10% of the world's current greenhouse gas emissions (a billion tonnes of carbon annually). Other CDR techniques include biochar, land management, accelerated weathering, bioenergy with carbon capture and sequestration (BECCS), direct capture and sequestration, ocean fertilization, and seaweed and algal farming.

Many of these are unproven, high cost at present, slow to implement, not currently deployable at the scale needed, and have implications for land use and the maintenance of food production and traditional land ownership, farming and biodiversity protection, because of the large spatial areas required (See section 6 above).

The impact of CDR would be slow and "will not have an appreciable effect on global climate for decades" and hence does not provide an opportunity for rapid reductions of global temperature. [66]

The use of carbon capture and storage technology to store liquid CO2 either from power and industrial plants or direct capture from the atmosphere in disused oil and gas fields and other geological formations is being deployed and has substantial business-sector and policymakers' support in establishing a liquid CO2 market perhaps larger than the existing oil industry. There is concern about the ethics and efficacy of such an approach, and the safety and stability of such storage, especially in geological formations other than disused oil and gas fields and in deep ocean sediments. At the moment, most CDR options are much more expensive than emissions reduction costs, so in the first instance emissions reduction is the better option in giving more "bang for the buck", though some deployment of carbon drawdown will help drive it down the cost curve. CDR becomes important when the marginal cost is less than that of reducing emissions, only then, "with declining costs and stronger regulatory commitment, atmospheric CO2 removal could become a valuable component of the portfolio of long-term approaches to reducing CO2". [67]

The bottom line remains a question of least-worst options. The US National Academy of Sciences poses a question most of us would hope does not materialize: "If, despite mitigation and adaptation, the impacts of climate change still become intolerable (e.g., massive crop failures throughout the tropics), society would face very tough choices regarding whether and how to deploy albedo modification until such time as mitigation, carbon diox8de removal, and adaptation actions could significantly reduce the impacts of climate change." It concludes that despite the moral hazard risk that albedo modification research may distract from the mitigation effort, "the potential risks from climate change appear to outweigh the potential risks from the moral hazard associated with a suitably designed and governed research program". [68]

It must be emphasized that none of these technologies is currently viable at scale in terms of technical effectiveness, cost, risk and governance.



EXPECTED WARMING BY 2100

ON TRACK FOR 2° RISE BY 2050

WE ARE HERE

3.5°

2°

1°

SAFE CLIMATE ZONE

HUMAN CIVILISATION

PRE-INDUSTRIAL BASELINE

ICE AGE

-20000    -16000    -12000    -8000    -4000    0    2015

YEAR (BC/AD)


# 15. DISCUSSION

Over the medium-to-long term, living with 2°C or more of warming will, in Prof. James Hansen's words, condemn "our biggest, most prosperous and populated cities to an underwater existence". [69] Climate change is already dangerous, especially for the world's most vulnerable people and species. Yet, there is no pathway to keeping warming below 1.5°C without unproven solar radiation management. In light of the Paris commitments over the next 15 years, it is also very difficult to construct pathways that do not exceed 2°C thresholds and prevent more significant tipping points being from crossed, unless large-scale climate interventions are also adopted.

Humanity faces an existential crisis. What can be done about the immediate challenges this poses?

## HOW DO WE RESOLVE THESE CHALLENGES?

• **The immediate goal of any climate strategy must be to avoid passing further significant tipping points, including those related to the carbon cycle, ice sheets and sea levels.** We must seek actions that form the least-worse path for future emissions, greenhouse gas levels and temperatures.

• **No matter what we do, there will be severe and unavoidable consequences, especially for peoples and ecosystems most vulnerable to a hotter climate.** We must focus on preparing for and adapting to the changes that are now inevitable, while working to achieve negative emissions and reduce warming in a manner that causes the least damage.

• **The best path is one that includes emergency-scale action to get to zero emissions as fast as possible and by 2030.** After a natural disaster such as an earthquake or flood, we know that deploying maximum resources as quickly and efficiently as possible will produce the best result. We must respond to the climate disaster in the same way. This requires a whole-of-government effort based on conscious recognition that climate warming now represents a near-term threat to human civilisation. It requires a strong regulatory approach, because simply pushing and prodding the market within a neo-liberal framework cannot get the job done. A rescue plan must lay out the many steps to solving the problem: a plan to drive rapid emissions reductions; a plan for a just transition out of fossil fuels; a plan for the labour, skills and investment to do it; a plan for sustainable modes of work and leisure; and so on. The transition will be economically and socially disruptive because old, carbon-intensive industries must die, and current lifestyles in the high-income economies are not sustainable.

• **Innovation has astounded us.** Forty years ago when solar PV cells were ~$A100 a watt, who would have imagined that in 2015 they would be around 30 cents? We have many of the technologies we need, including battery storage rapidly falling in cost and new-generation electric vehicles that will make the petrol car obsolete. The obstacles are largely social and political, with a lack of commitment and poor regulatory systems slowing change for technologies that are already mature or rapidly sliding down the cost curve. Where technological challenges remain, we need a huge innovation and deployment effort on many fronts, including a search for efficacious climate interventions.

• **It is clear that a zero emissions strategy can't deliver, by itself, the degree of protection that would be desirable and that might be possible.** We need to set aside the reflex taboo that some people have begun to build up around CO2 drawdown or solar radiation management and openly and rigorously assess if these interventions are able to contribute in strategically important ways to a least worst, or most beneficial, climate outcome for all people and species, especially the most vulnerable.

• **Some claim that climate intervention technologies can justify continuing high fossil fuel use and are unethical.** These technologies can only be effective over the longer term if allied to a zero-emissions plan. It is suggested that climate interventions are not ethical; yet, surely not finding the path of least damage is not ethical in the face of intolerable future climate change impacts, such as massive crop failures throughout the tropics. We have a responsibility to investigate these through a large-scale research-and-development effort.

• **Radical emissions reductions can be driven more quickly by demand reduction than by replacing the energy supply system,** though of course both are essential. It is often aid that the era of fossil fuels is coming to an end, [70] but it is not coming soon enough, however: the Paris path sees emissions increasing to 2030 and new coal power stations are still being planned and built. Energy-efficiency policies can reduce energy demand at a lower cost and more quickly than building new energy supply infrastructure. [71]

• **A great social mobilization is needed to transform society.** Technological innovation in the energy sector by itself is insufficient to bring about the necessary change in energy use and production. When people are educated and motivated and act in concert, great social transformation can be achieved.

## IDEAS LEADERSHIP

The reasons for failing to do what is obviously in our collective best interest have been widely canvassed, but one striking element is the lack of public ideas leadership. Only a handful of public figures in Australia have ever canvassed the main issues discussed here. Timidity and a relentless bright-siding infuse the public conversation, as if people cannot bear to hear the truth.

But what if the public is more prepared for the conversation than are our public ideas leaders?

Melanie Randle and Richard Eckersley recently investigated the perceived probability of threats to humanity and different responses to them (nihilism, fundamentalism and activism) in the US, UK, Canada and Australia. They found that:

Overall, a majority (54%) rated the risk of our way of life ending within the next 100 years at 50% or greater, and a quarter (24%) rated the risk of humans being wiped out at 50% or greater. The responses were relatively uniform across countries, age groups, gender and education level, although statistically significant differences exist. Almost 80% agreed "we need to transform our worldview and way of life if we are to create a better future for the world" (activism). About a half agreed that "the world's future looks grim so we have to focus on looking after ourselves and those we love" (nihilism), and over a third that "we are facing a final conflict between good and evil in the world" (fundamentalism). The findings offer insight into the willingness of humanity to respond to the challenges identified by scientists and warrant increased consideration in scientific and political debate. [72]

So here is the great irony: people have a fair, intuitive sense of what might be coming, but our ideas leaders cannot talk about it.

Now is the time to press those who aspire to leadership on climate issues and action to ask the questions that prompted this discussion paper. If the propositions are contentious, we must debate them. Repressing troubling thoughts does not resolve them — they will come back to haunt us with increasingly intensity.

# APPENDIX: BEWARE THE "FAT TAIL" CLIMATE

The question "How should we respond to climate change, avoid catastrophe and get back to safer conditions?" is often posed in "risk-management" terms. But what does this mean? We have tended to underestimate the rate of climate change impacts.[73] Scientists are not biased toward alarmism but rather the reverse of "erring on the side of least drama, whose causes may include adherence to the scientific norms of restraint, objectivity, skepticism, rationality, dispassion, and moderation".[74]

Too often, policy is based on least-drama, consensus scientific projections that downplay what Prof. Ross Garnaut called the "bad possibilities", that is, the relatively low-probability outcomes with very high impacts. These events may be more likely than is often assumed, as Prof. Michael E. Mann explains:

> One of the most under-appreciated aspects of the climate change problem is the so-called "fat tail" of risk. In short, the likelihood of very large impacts is greater than we would expect under typical statistical assumptions... With additional warming comes the increased likelihood that we exceed certain "tipping points", such as the melting of large parts of the Greenland and Antarctic ice sheet and the associated massive rise in sea level that would produce.[75]

As one example of this "fat tail" risk, a greenhouse concentration may have a "most likely" outcome of ~3°C of warming, but a greater than 10% risk of warming of greater than 6°C![76]

Prof. Garnaut suggests climate research had a conservative "systematic bias" due to "scholarly reticence".[77] Nicholas Stern wrote in similar vein about the IPCC Fifth Assessment Report: "Essentially it reported on a body of literature that had systematically and grossly underestimated the risks of unmanaged climate change".[78]

As far back as 2007, Prof. James Hansen said that scientific reticence hinders communication with the public about dangers of global warming and a potentially large sea level rise.[79] More recently Hansen wrote that: "the affliction is widespread and severe. Unless recognized, it may severely diminish our chances of averting dangerous climate change".[80]

Scientific reticence also facilitates criticism for presenting climate science that is not the middle-of-the-road version. Such charges were made against *Climate Code Red: The case for emergency action*[81] But the evolution of climate warming since publication shows that book was not wide of the mark, because "the worst" it discussed on many key issues has already become our bitter harvest. Now the book's core proposition that we need an emergency-level response coincides with what many scientists are now saying.[82]

Two climate research scientists who reviewed the present report said it reflected most of the recent climate system insights correctly, and one said it leant toward the more "pessimistic perceptions". But that is exactly the distinction that has to be drawn between the science and the risks it implies. Waiting for catastrophe to happen before acting means that it is too late to act. It is precisely this scenario that proper risk management is designed to avoid.

As with a bushfire, a flood, a plane malfunction or any other potential disaster, it is prudent to plan for the worst that can happen, and be pleasantly surprised if it does not. To hope and plan only for "middle-of-the-road" outcomes, which characterises most climate policy-making, including in Australia, is foolish.

A prudent risk-management approach would consider the full range of real risks to which we are exposed, including those "fat tail" existential events whose consequences would be damaging beyond quantification, and which human civilization as we know it would be lucky to survive. If we focus on the "middle of the road" and ignore the worst possibilities, we may end up in a fatal crash.



## "THIS IS BIGGER THAN US. THIS IS WHAT CLIMATE CHANGE LOOKS LIKE, THIS IS WHAT SCIENTISTS HAVE BEEN TELLING PEOPLE, THIS IS SYSTEM COLLAPSE."

Fire ecologist David Bowman on the January 2016 Tasmanian World Heritage bushfires[83]

Fire-killed ancient pencil pines at Lake Mackenzie Tasmanian Wilderness World Heritage Area. Photographed 30 Jan 2016 © Rob Blakers

# NOTES

**1** http://www.noaa.gov/record-annual-increase-carbon-dioxide-observed-mauna-loa-2015

**2** http://www.abc.net.au/news/2015-03-22/climate-report-reveals-world-temperature-increase-alarming/7264904

**3** http://www.theguardian.com/environment/2015/dec/17/2016-set-to-be-hottest-year-on-record-globally

**4** http://www.climatecodered.org/2016/03/mind-blowing-february-2016-temperature.html

**5** http://www.smh.com.au/environment/climate-change/spike-in-global-temperature-fuels-climate-change-fears-20160317-gnl7do

**6** http://www.climatecodered.org/2016/03/mind-blowing-february-2016.html

**7** http://www.theguardian.com/environment/planet-oz/2016/mar/18/welcome-to-the-climate-emergency-youre-about-20-years-late

**8** http://www.smh.com.au/environment/climate-change/spike-in-global-temperature-fuels-climate-change-fears-20160317-gnl7do.html

**9** Matthews and Solomon (2013) "Irreversible Does Not Mean Unavoidable", Science 340:438-39

**10** Matthews and Caldeira (2008) "Stabilizing climate requires near-zero emissions", Geophys. Res. Lett. 35:L04705

**11** Anderson (2015) "Duality in climate science", Nature Geoscience, 8: 898–900

**12** http://rcuk.ox.climatedynamics.com/2016/01/19/global-temperature-in-2015/

**13** Marit, Zhang et al (2008) "Proxy-based reconstructions of hemispheric and global surface temperature variations over the past two millennia", Proc .Nat. Acad. Sci. 105:14252-57; http://www.huffingtonpost.com/michael-e-mann/how-close-are-we-to-dangerous-planetary-warming_b_8841534.html

**14** http://www.huffingtonpost.com/michael-e-mann/how-close-are-we-to-dangerous-planetary-warming_b_8841534.html

**15** http://www.globalcarbonproject.org/carbonbudget/15/hi-full.htm#atmosphere

**16** http://www.climatecentral.org/environment/2015/oct/10/climate-20-global-warming-target-fail

**17** http://climateactiontracker.org/news/222/Emissions-Gap-How-close-are-INDCs-to-2-and-15C-pathways.html

**18** http://www.lse.ac.uk/newsAndMedia/channels/publicLecturesAndEvents/player.aspx?id=3363

**19** Hansen, Kharecha and Sato (2013) "Climate forcing growth rates: Doubling down on our Faustian bargain", Env. Res. Lett. 8:011001; Hansen, Sato et al (2000). "Global warming in the twenty-first century: An alternative scenario", Proc. Nat. Acad. Sci. 97:9875-80; http://www.sciencedaily.com/releases/2012/03/120305101359.htm

**20** http://www.independent.co.uk/environment/climate-change/cop21-paris-deal-far-too-weak-to-prevent-devastating-climate-change-academics-warn-a6803096.html

**21** https://www.commondreams.org/

**22** http://thinkprogress.org/climate/2015/11/03/3718146/misleading-un-report-confuses-media-paris-climate-talks/

**23** http://www.huffingtonpost.com/michael-e-mann/how-close-are-we-to-dangerous-planetary-warming_b_8841534.html

**24** http://www.theguardian.com/environment/climate-consensus-97-per-cent/2015/dec/30/why-we-need-the-next-to-impossible-15c-temperature-target

**25** http://www.carbonbrief.org/talks-in-the-city-of-light-generate-more-heat

**26** Anderson (2015) "Talks in the city of light generate more heat", Nature 528:437; Anderson (2015) "Duality in climate science", Nature Geoscience, 8: 898–900

**27** http://www.theguardian.com/environment/2015/dec/14/climate-expert-calls-for-decarbonisation-tech-to-help-meet-paris-targets

**28** Smith, Davis et al (2015) "Biophysical and economic limits to negative CO2 emissions", Nature doi:10.1038/nclimate2870

**29** Anderson and Bows (2008) "Reframing the climate change challenge in light of post-2000 emission trends", Phil. Trans. R. Soc. A 366:3863–3882, quoting Meinshausen (2006) "What does a 2C target mean for greenhouse gas concentrations? A brief analysis based on multi-gas emission pathways and several climate sensitivity uncertainty estimates", in Avoiding dangerous climate change (eds Schellnhuber, Cramer et al). Cambridge, UK: Cambridge University Press

**30** http://www.unep.org/publications/ebooks/emissionsgapreport/chapter1.asp; Raupach (2013, unpublished), based on Raupach, Harman and Canadell (2011) "Global climate goals for temperature, concentrations, emissions and cumulative emissions"; discussed at http://www.climatecodered.org/2014/05/the-real-budgetary-emergency-burnable.html; Anna, Scrocco et al (2012) "Carbon emission limits required to satisfy future representative concentration pathways of greenhouse gases", Geophys. Res. Lett. 38: L05805; Meinshausen, (2008) "The EU, the IPCC and the Science of 2°C warming"; 8 October 2008, IES Autumn lecture series 2008. Brussels; Anderson and Bows (2008) "Reframing the climate change challenge in light of post-2000 emission trends", Phil. Trans. R. Soc. A 366: 3863-3882; nocarbonbudget.info

**31** Anderson and Bows (2008) "Reframing the climate change challenge in light of post-2000 emission trends", Phil. Trans. R. Soc. A 366:3863-3882

**32** Zeebe, Ridgwell et al (2016) "Anthropogenic carbon release rate unprecedented during the past 66 million years", Nature, 21 March 2016; https://www.scientificamerican.com/article/todays-climate-change-proves-much-faster-than-changes-in-past-65-million-years/

**33** http://www.huffingtonpost.com/environment/climate-consensus-97-per-cent/2015/oct/13/methane-release-from-melting-permafrost-could-trigger-dangerous-global-warming

**34** Webb, Schuur et al (2016) "Increased wintertime CO2 loss as a result of sustained tundra warming", Biogeosciences 10.1002/2014JG002795

**35** Schaefer, Zhang et al (2011) "Amount and timing of permafrost carbon release in response to climate warming", Tellus B 63:165-180

**36** Vaks, Gutareva et al. (2013) "Speleothems reveal 500,000-year history of Siberian permafrost", Science 340:183-186

**37** Rahmstorf, Box et al. (2015) "Exceptional twentieth-century slowdown in Atlantic Ocean overturning circulation", Nature Climate Change 5:475–480; Paolo, Fricker et al (2015) "Volume loss from Antarctic ice shelves is accelerating", Science 348:327–331; Greenbaum, Blankenship et al (2015) "Ocean access to a cavity beneath Totten Glacier in East Antarctica", Nature Geoscience 8:294–298; Brienen, Phillips et al (2015) "Long-term decline of the Amazon carbon sink", Nature 519:344–348; Gutareva et al (2014) "The declining uptake rate of atmospheric CO2 by land and ocean sinks", Biogeosciences 11:3453–3475; Khan, Kjær et al (2014) "Sustained mass loss of the northeast Greenland ice sheet triggered by regional warming", Nature Climate Change 4:292–299; Lindsay and Schweiger (2015) "Arctic sea ice thickness loss determined using subsurface, aircraft, and satellite observations", The Cryosphere 9:269–283; http://nsidc.org/arcticseaicenews/2015/04/a-double-dip; Natali, Shuur et al (2014) "Permafrost degradation stimulates carbon loss from experimentally warmed tundra", Ecology 95: 602–608

**38** http://icicnet.org/thresholds

**39** http://news.rutgers.edu/news-releases/2012/03/global-sea-level-lik-20120316

**40** http://www.sciencedaily.com/releases/2009/06/090622103833.htm

**41** Clark, Shakun et al (2016) "Consequences of twenty-first-century policy for multi-millennial climate and sea-level change", Nature Climate Change 6:360-369

**42** Hansen, Sato et al (2015) "Ice melt, sea level rise and superstorms: evidence from paleoclimate data, climate modeling, and modern observations that 2 °C global warming could be dangerous", Atmos. Chem. Phys. 16:3761-3812

**43** http://www.theguardian.com/environment/planet-oz/2016/mar/24/has-veteran-climate-scientist-james-hansen-foretold-the-loss-of-all-coastal-cities-with-latest-study

**44** http://www.realclimate.org/index.php/archives/2015/03/whats-going-on-in-the-north-atlantic

**45** DeConto and Pollard (2016) "Contribution of Antarctica to past and future sea level rise", Nature 531:591–597

**46** http://www.theage.com.au/environment/climate-change/antarctic-ice-could-double-expected-sea-level-rise-by-2100-scientists-say-20160330-gnumtj

**47** Hope and Schaefer (2015) "Economic impacts of carbon dioxide and methane released from thawing permafrost", Nature Climate Change, doi:10.1038/nclimate2807

**48** Livina and Lenton (2013) "A recent tipping point in the Arctic sea ice cover: abrupt and persistent increase in the seasonal cycle since 2007", The Cryosphere 7: 275-286; Maslowski, Kinney et al. (2012) "The future of Arctic sea ice", Annual Review of Earth and Planetary Sciences 40:625-654

**49** Rignot, Mouginot et al (2014) "Widespread, rapid grounding line retreat of Pine Island, Thwaites, Smith, and Kohler glaciers, West Antarctica, from 1992 to 2011", Geophys. Res. Lett. 41:3502–3509; www.theguardian.com/environment/2014/may/17/climate-change-antarctica-glaciers-melting-global-warming-nasa

**50** http://www.icem.com.au/02_contents/06_materials/06-mdcc-page.htm

**51** https://www.academia.edu/8280674/Impacts_of_Future_Climate_Change_on_Egyptian_Population

**52** Kelley, Mohtadi et al (2014) "Climate change in the Fertile Crescent and implications of the recent Syrian drought", Proc .Nat. Acad. Sci. 112:3241–3246; Gleick (2014) "Water, drought, climate change and conflict in Syria", Weather, Climate and Society 6:331-340; Werrell and Femia (ed) (2013) "The Arab Spring and Climate Change, Centre for American Progress/Stimson/The Center for Climate and Security, Washington

**53** http://www.nouanews.noaa.gov/stories2011/20111027_drought.html

**54** Hansen and Sato (2011) Paleoclimate implications for human-made climate change" in Climate Change: Inferences from Paleoclimate and Regional Aspects, Berger, Mesinger and Šijači (eds). Springer; http://www.nas.nasa.gov/radionational/programs/breakfast/two-degrees-of-global-warming-is-not-safe/6444698; Hansen, Sato et al (2015) "Ice melt, sea level rise and superstorms: evidence from paleoclimate data, climate modeling, and modern observations that 2 °C global warming could be dangerous", Atmos. Chem. Phys. 16:3761-3812

**55** http://climateanalytics.org/hot-topics/how-hot-is-too-hot; http://unfccc.int/ science/workstreams/the_2013-2015_review/items/7521.php

**55** Drijfhout, Bathiany et al (2015) "A catalogue of abrupt shifts in IPCC climate models", Proc. Nat. Acad. Sci. 112:E5777–E5786

**57** Frieler, Meinshausen et al (2013) "Limiting global warming to 2°C is unlikely to save most coral reefs", Nature Climate Change 3:165-170

**58** Ricke, Moerno-Cruz et al (2015) "Policy thresholds in mitigation", Nature Geoscience 9:5–6

**59** Steffen, Richardson et al (2015) "Planetary boundaries: Guiding human development on a changing planet", Science 347: 1259855

**60** Hansen and Sato (2011) "Paleoclimate implications for human-made climate change" in Climate Change: Inferences from Paleoclimate and Regional Aspects, Berger, Mesinger and Šijači (eds). Springer.

**61** Tripudi, Roberts et al (2009) "Coupling of CO2 and Ice Sheet Stability Over Major Climate Transitions of the Last 20 Million Years", Science 326: 1394-1397

**62** Prof. Kevin Anderson, quoted by David Roberts in "The brutal logic of climate change", http://grist.org/climate-change/2011-12-05-the-brutal-logic-of-climate-change/

**63** National Academy of Sciences (2015) Climate Intervention: Carbon Dioxide Removal and Reliable Sequestration, National Academies Press, Washington.

**64** Caldeira, Bala et al (2013) "The Science of geo-engineering", Annual Review Earth Planetary Sciences 2013 41:231–56

**65** http://climatenewsnetwork.net/solar-dimming-reflects-complexity-of-climate-change/

**66** Caldeira, Bala et al (2013) "The Science of geo-engineering", Annual Review Earth Planetary Sciences 2013 41:231–56

**67** National Academy of Sciences (2015) Climate Intervention: Carbon Dioxide Removal and Reliable Sequestration, National Academies Press, Washington.

**68** National Academy of Sciences (2015) Climate Intervention: Carbon Dioxide Removal and Reliable Sequestration, National Academies Press, Washington.

**69** http://www.baltimoresun.com/news/opinion/oped/bs-ed-climate-scientist-20150727-story.html

**70** http://reneweconomy.com.au/2015/beginning-of-the-end-for-fossil-fuels-panic-sweeps-global-markets-11700

**71** http://kevinanderson.info/blog/why-carbon-prices-cant-deliver-the-2c-target

**72** http://ro.uow.edu.au/buspapers/740/

**73** http://www.huffingtonpost.com/michael-e-mann/the-fat-tail-of-climate-change-risk_b_8116264.html

**74** Brysse, Oreskes et al (2013) "Climate change prediction: Erring on the side of least drums?", Global Environmental Change 23:327–337

**75** http://www.huffingtonpost.com/michael-e-mann/the-fat-tail-of-climate-change-risk_b_8116264.html

**76** http://www.huffingtonpost.com/michael-e-mann/the-fat-tail-of-climate-change-risk_b_8116264.html

**77** Gamaut, R. (2011) Update Paper 5: The Science of Climate Change. Gamaut Climate Change Review, Canberra. 2011

**78** Stern (2016) "Economics: Current climate models are grossly misleading", Nature 25 February 2016

**79** Hansen (2007) "Scientific reticence and sea level rise", Environ. Res. Lett. 2:024002

**80** http://www.columbia.edu/ -jeh1/mailings/2016/20160323_DangerousReticence.pdf

**81** Spratt and Sutton (2008) Climate Code Red: The case for emergency action. Scribe, Melbourne

**82** http://www.climatecodered.org/2016/03/mind-blowing-february-2016-temperature.html

**83** http://www.theage.com.au/environment/like-losing-the-thylacine-fire-burns-tasmanian-wilderness-world-heritage-area-20160131-gmi2re.html

"SOME COASTAL CITIES WILL DROWN FOR WHAT WE HAVE DONE AND WILL DO."

Prof. Stefan Rahmstorf, University of Melbourne forum, 22 October 2015



Published by Breakthrough – National Centre for Climate Restoration
Melbourne, Australia | Second edition May 2016

**breakthroughonline.org.au**



# The Emissions Gap Report 2015

A UNEP Synthesis Report

**ADVANCE COPY**



Published by the United Nations Environment Programme (UNEP), November 2015
Copyright © UNEP 2015

ISBN: 978-92-807-3491-1
Job Number: DEW/1896/NA

This publication may be reproduced in whole or in part and in any form for educational or non-profit services without special permission from the copyright holder, provided acknowledgement of the source is made. UNEP would appreciate receiving a copy of any publication that uses this publication as a source.

No use of this publication may be made for resale or any other commercial purpose whatsoever without prior permission in writing from the United Nations Environment Programme. Applications for such permission, with a statement of the purpose and extent of the reproduction, should be addressed to the Director, DCPI, UNEP, P. O. Box 30552, Nairobi 00100, Kenya.

**Disclaimers**
Mention of a commercial company or product in this document does not imply endorsement by UNEP or the authors. The use of information from this document for publicity or advertising is not permitted. Trademark names and symbols are used in an editorial fashion with no intention on infringement of trademark or copyright laws.

The views expressed in this publication are those of the authors and do not necessarily reflect the views of the United Nations Environment Programme. We regret any errors or omissions that may have been unwittingly made.

© Images and illustrations as specified.

**Citation** This document may be cited as: UNEP (2015). The Emissions Gap Report 2015. United Nations Environment Programme (UNEP), Nairobi

A digital copy of this report along with supporting appendices are available at http://www.unep.org/emissionsgapreport2015/

This project is part of the International Climate Initiative. The Federal Ministry for the Environment, Nature Conservation and Nuclear Safely supports this initiative on the basis of a decision adopted by the German Bundestag.

Supported by:



Federal Ministry for the Environment, Nature Conservation and Nuclear Safety

Based on a decision of the Parliament of the Federal Republic of Germany

UNEP promotes
environmentally sound practices
globally and in its own activities. This
report is printed on paper from sustainable
forests including recycled fibre. The paper is
chlorine free, and the inks vegetable-based.
Our distribution policy aims to reduce
UNEP's carbon footprint



# The Emissions Gap Report 2015

A UNEP Synthesis Report

November 2015

# Acknowledgements

The United Nations Environment Programme (UNEP) would like to thank the members of the steering committee, the lead and contributing authors, reviewers and the secretariat for their contribution to the preparation of this assessment report.

Authors and reviewers have contributed to the report in their individual capacities. Their affiliations are only mentioned for identification purposes.

## Project steering committee

Mónica Araya (Nivela), Pierre Brender (Ministry of Ecology, Sustainable Development and Energy, France), John Christensen (UNEP DTU Partnership), Navroz K. Dubash (Centre for Policy Research, India), Thelma Krug (National Institute for Space Research, Brazil), Simon Maxwell (Climate and Development Knowledge Network), Jacqueline McGlade (United Nations Environment Programme), Bert Metz (European Climate Foundation), Yacob Mulugetta (University College London), Klaus Müschen (Federal Environment Agency of Germany), Katia Simeonova (United Nations Framework Convention on Climate Change), Merlyn van Voore (United Nations Environment Programme)

## Chapter 1

**Lead authors:** John Christensen (UNEP DTU Partnership), Paul Burgon (independent consultant)

## Chapter 2

### Section 2.2
**Lead author:** Joeri Rogelj (International Institute for Applied Systems Analysis)

**Contributing authors:** Kejun Jiang (Energy Research Institute), Jason Lowe (Met Office), Greet Maenhout (Joint Research Centre, European Commission), Steven Smith (Pacific Northwest National Laboratory)

### Section 2.3
**Lead authors:** Taryn Fransen (World Resources Institute), Michel den Elzen (PBL Netherlands Environmental Assessment Agency), Hanna Fekete (NewClimate Institute), Niklas Höhne (NewClimate Institute)

**Contributing authors:** Mengpin Ge (World Resources Institute), Heleen van Soest (PBL Netherlands Environmental Assessment Agency)

## Chapter 3

**Lead authors:** Michel den Elzen (PBL Netherlands Environmental Assessment Agency), Taryn Fransen (World Resources Institute), Niklas Höhne (NewClimate Institute), Harald Winkler (University of Cape Town), Roberto Schaeffer (Universidade Federal do Rio de Janeiro), Fu Sha (National Center for Climate Strategy and International Cooperation), Amit Garg (Indian Institute of Management Ahmedabad)

**Contributing authors:** Guy Cunliffe (University of Cape Town), Hanna Fekete (NewClimate Institute), Mengpin Ge (World Resources Institute), Giacomo Grassi (Joint Research Centre, European Commission), Mark Roelfsema (PBL Netherlands Environmental Assessment Agency), Joeri Rogelj (International Institute for Applied Systems Analysis), Sebastian Sterl (NewClimate Institute), Eveline Vasquez (Universidade Federal do Rio de Janeiro)

## Chapter 4

**Lead author:** Anne Olhoff (UNEP DTU Partnership)

**Contributing author**: John Christensen (UNEP DTU Partnership)

## Chapter 5

**Lead authors:** Walter Vergara (UNEP DTU Partnership / World Resources Institute), Michiel Schaeffer (Climate Analytics), Kornelis Blok (Ecofys)

**Contributing authors:** Andrzej Ancygier (Climate Analytics), Skylar Bee (UNEP DTU Partnership), Philip Drost (United Nations Environment Programme), Lara Esser (Ecofys), Mark Roelfsema (PBL Netherlands Environmental Assessment Agency)

## Chapter 6

**Lead authors:** Lera Miles (UNEP World Conservation Monitoring Centre), Denis Jean Sonwa (Center for International Forestry Research)

**Contributing authors:** Riyong Kim Bakkegaard (UNEP DTU Partnership), Blaise Bodin (UNEP World Conservation Monitoring Centre), Rebecca Mant (UNEP World Conservation Monitoring Centre), Lisen Runsten (UNEP World Conservation Monitoring Centre), Maria Sanz Sanchez (Food and Agriculture Organization of the United Nations), Kimberly Todd (United Nations Development Programme),

Francesco Tubiello (Food and Agriculture Organization of the United Nations), Arief Wijaya (Centre for International Forestry Research / Thuenen Institute Hamburg)

## Reviewers

Maria Belenky (Climate Advisers), Duncan Brack (Chatham House), Pieter Boot (PBL Netherlands Environmental Assessment Agency), Michael Bucki (European Commission), Katherine Calvin (Pacific Northwest National Laboratory), Tim Christophersen (United Nations Environment Programme), Leon Clarke (Pacific Northwest National Laboratory), Michel Colombier (Sustainable Development and International Relations - IDDRI), Laura Cozzi (International Energy Agency), Joe Cranston Turner (London School of Economics and Political Science), Rob Dellink (Organisation for Economic Cooperation and Development), Harald Diaz-Bone (independent consultant), Steffen Dockweiler (Danish Energy Agency), Thomas Enters (United Nations Environment Programme), Thomas Hale (University of Oxford), Richard Houghton (Woods Hole Research Center), Inkar Kadyrzhanova (United Nations Framework Convention on Climate Change), Johan Kieft (United Nations Office for REDD+ Coordination in Indonesia - UNORCID), Ariane Labat (European Commission), Axel Michaelowa (Perspectives), Perry Miles (European Commission), Peter Minang (World Agroforestry Centre - ICRAF), Helen Mountford (New Climate Economy), Dirk Nemitz (United Nations Framework Convention on Climate Change), Ian Ponce (United Nations Framework Convention on Climate Change), Mark Roelfsema (PBL Netherlands Environmental Assessment Agency), James Rydge (New Climate Economy), Katja Schumacher (Institute for Applied Ecology, Germany), Rajendra Shende (Technology, Education, Research and Rehabilitation for the Environment - TERRE Policy Centre), Anne Siemons (Institute for Applied Ecology, Germany), VU University Amsterdam), Erin Sills (North Carolina State University), Thomas Spencer (Sustainable Development and International Relations - IDDRI), Jaime Webbe (United Nations Environment Programme), Oscar Widerberg (Institute for Environmental Studies (IVM)), Michael Wolosin (Climate Advisers), Zhao Xiusheng (Tshingua University)

## Editorial team

Anne Olhoff (UNEP DTU Partnership), John Christensen (UNEP DTU Partnership), Paul Burgon (independent consultant), Riyong Kim Bakkegaard (UNEP DTU Partnership)

**Editorial Support:** Cecilie Larsen (UNEP DTU Partnership), Marco Schletz (UNEP DTU Partnership)

## Project coordination

Anne Olhoff (UNEP DTU Partnership), John Christensen (UNEP DTU Partnership), Cecilie Larsen (UNEP DTU Partnership), Paul Burgon (independent consultant), Riyong Kim Bakkegaard (UNEP DTU Partnership), Volodymyr Demkine (United Nations Environment Programme)

## Media support

Shereen Zorba (United Nations Environment Programme), Fanina Kodre (United Nations Environment Programme), Michael Logan (United Nations Environment Programme), Kelvin Memia (United Nations Environment Programme), Tamiza Khalid (United Nations Environment Programme), Waiganjo Njoroge (United Nations Environment Programme), Mette Annelie Rasmussen (UNEP DTU Partnership)

## Assessment webpage on UNEP Live

Simone Targettiferri (United Nations Environment Programme)

## INDC assessment and gap calculations

Michel den Elzen (PBL Netherlands Environmental Assessment Agency), Hanna Fekete (NewClimate Institute), Niklas Höhne (NewClimate Institute)

## External modelling data contributors

Alterra / Wageningen University and Research (Chapter 6)
Centre for Policy Research, India (Chapter 3) (Navroz K. Dubash)
Climate Action Tracker (Chapter 3)
Climate Advisers (Chapter 3)
Climate Interactive (Chapter 3) (Lori Siegel)
Danish Energy Agency (Chapter 3) (Steffen Dockweiler)
Energy Research Institute, China (Chapter 3) (Chenmin He and Kejun Jiang)
Fondazione Eni Enrico Mattei (Chapter 3)
International Energy Agency (Chapter 3)
International Institute for Applied Systems Analysis (Chapter 3)
London School of Economics and Political Science (Chapter 3) (Joe Cranston Turner, Rodney Boyd and Bob Ward)
National Center for Climate Strategy and International Cooperation (Chapter 3)
National Institute for Environmental Studies, Japan (Chapter 3) (Tatsuya Hanaoka)
PBL Netherlands Environmental Assessment Agency (Chapter 3)
Potsdam Institute for Climate Impact Research (Chapter 3)
The Energy Resources Institute (Chapter 3) (Manish Shrivastava)
United States Environmental Protection Agency (Chapter 3)
University of Melbourne (Chapter 3) (Malte Meinshausen)
World Resources Institute (Chapter 3)

## Thanks also to

Jørgen Fenhann (UNEP DTU Partnership), Christina Power (United Nations Environment Programme), Gemma Shepherd (United Nations Environment Programme), Lene Thorsted (UNEP DTU Partnership), Fabian Twerdy (Federal Environment Agency of Germany), United Nations Reducing Emissions from Deforestation and forest Degradation Programme (UN-REDD)

## Design, layout and printing

Audrey Ringler (United Nations Environment Programme), Jennifer Odallo, UNON Publishing Services (ISO 14001:2004 certified), Caren Weeks (independent consultant)

# Contents

Acknowledgements ..................................................................................................................................iv

Glossary ...............................................................................................................................................vii

Acronyms ..............................................................................................................................................xii

Foreword ..............................................................................................................................................xiv

Executive Summary ...............................................................................................................................xv

Chapter 1: Scoping the 2015 report ........................................................................................................ 1
    1.1    Moving towards a new international climate change agreement ...........................................................1
    1.2    Key questions.................................................................................................................................1
    1.3    Aim of the report and assessment principles ..................................................................................2
    1.4    INDC assessment process .............................................................................................................2
    1.5    Organization of the report .............................................................................................................2

PART I     THE EMISSIONS GAP

Chapter 2: The importance of pre-2020 action ......................................................................................... 3
    2.1    Introduction.................................................................................................................................3
    2.2    Global emission pathways and the importance of enhanced action..................................................3
    2.3    Progress towards the 2020 pledges: a closer look at major economies ............................................7

Chapter 3: The emissions gap in 2025 and 2030 .....................................................................................12
    3.1    Introduction...............................................................................................................................12
    3.2    Broad characteristics of submitted INDCs ...................................................................................14
    3.3    Methodology for quantifying the effect of INDCs on global GHG emissions.....................................16
    3.4    The effect of INDCs on global GHG emissions ...............................................................................18
    3.5    INDCs of G20 countries ...............................................................................................................24
    3.6    Concluding remarks ....................................................................................................................27

PART II    BRIDGING THE GAP

Chapter 4: Opportunities for bridging the gap.........................................................................................28
    4.1    Introduction...............................................................................................................................28
    4.2    Ensuring coherence, synergy and complementarity between climate change,
            economic growth and sustainable development..............................................................................28
    4.3    A robust, effective and transparent follow-up and review framework under the Paris
            Agreement is vital to narrow the emissions gap.............................................................................29
    4.4    Bridging the gap – realizing emission reduction potentials by 2020 and 2030 ................................30

Chapter 5: International Cooperative Initiatives........................................................................................34
    5.1    Introduction...............................................................................................................................34
    5.2    Quantitative impact of ICIs on emission reductions ......................................................................34
    5.3    Non-state actors and the UNFCCC process..................................................................................36
    5.4    Summary of initiatives.................................................................................................................36
    5.5    The private sector and innovation in mitigation .............................................................................42

Chapter 6: Mitigation potential from forest-related activities and incentives for enhanced action in developing countries .......44
    6.1    Introduction...............................................................................................................................44
    6.2    Global overview of forest-related mitigation engagement..............................................................44
    6.3    Forest-related mitigation opportunities ........................................................................................46
    6.4    Emission reduction potential of forest-related mitigation activities..................................................47
    6.5    REDD+ as a key instrument to realize forest-related emission reductions in developing countries ...............49

Annex 1: Country-specific findings ........................................................................................................51

References ...........................................................................................................................................65

# Glossary

This glossary is compiled according to the Lead Authors of the report drawing on glossaries and other resources available on the websites of the following organizations, networks and projects: Center for International Forestry Research, Food and Agriculture Organization of the United Nations, Intergovernmental Panel on Climate Change, Non-State Actor Zone for Climate Action, United Nations Environment Programme, United Nations Framework Convention on Climate Change and World Resources Institute.

**Adaptation:** The process of adjustment to actual or expected climate and its effects. In human systems, adaptation seeks to moderate or avoid harm or exploit beneficial opportunities. In some natural systems, human intervention may facilitate adjustment to expected climate and its effects.

**Additionality:** A criterion sometimes applied to projects aimed at reducing GHG emissions. It stipulates that the emission reductions accomplished by the project must not have happened anyway had the project not taken place.

**Afforestation:** Planting of new forests on lands that historically have not contained forests.

**Agriculture, forestry and other land use:** AFOLU plays a central role for food security and sustainable development. The main mitigation options within AFOLU involve one or more of three strategies: prevention of emissions to the atmosphere by conserving existing carbon pools in soils or vegetation or by reducing emissions of methane and nitrous oxide; sequestration—increasing the size of existing carbon pools and thereby extracting carbon dioxide ($CO_2$) from the atmosphere; and substitution—substituting biological products for fossil fuels or energy-intensive products, thereby reducing $CO_2$ emissions. Demand-side measures (for example, reducing losses and wastes of food, changes in human diet, or changes in wood consumption) may also play a role. FOLU (Forestry and Other Land Use)—also referred to as LULUCF (Land Use, Land-Use Change, and Forestry)—is the subset of AFOLU emissions and removals of GHGs resulting from direct human-induced land use, land-use change, and forestry activities excluding agricultural emissions.

**Annex I Parties:** The industrialized countries listed in Annex I to the Convention, which committed to returning their GHG emissions to 1990 levels by the year 2000 as per Article 4.2(a) and (b). They have also accepted emission targets for the period 2008-12 as per Article 3 and Annex B of the Kyoto Protocol. They include the 24 original OECD members, the European Union, and 14 countries with economies in transition (Croatia, Liechtenstein, Monaco and Slovenia joined Annex I at COP 3, and the Czech Republic and Slovakia replaced Czechoslovakia). *See also Non-Annex I Parties.*

**Annex II Parties:** The countries listed in Annex II to the Convention which have a special obligation to provide financial resources and facilitate technology transfer to developing countries. Annex II Parties include the 24 original OECD members plus the European Union.

**Baseline/reference:** The state against which change is measured. In the context of transformation pathways, the term 'baseline scenarios' refers to scenarios that are based on the assumption that no mitigation policies or measures will be implemented beyond those that are already in force and/or are legislated or planned to be adopted. Baseline scenarios are not intended to be predictions of the future, but rather counterfactual constructions that can serve to highlight the level of emissions that would occur without further policy effort. Typically, baseline scenarios are then compared to mitigation scenarios that are constructed to meet different goals for GHG emissions, atmospheric concentrations or temperature change. The term 'baseline scenario' is used interchangeably with 'reference scenario' and 'no policy scenario'. In much of the literature the term is also synonymous with the term 'business-as-usual (BAU) scenario', although the term 'BAU' has fallen out of favour because the idea of 'business-as-usual' in century-long socioeconomic projections is hard to fathom.

**Biomass:** The total mass of living organisms in a given area or volume, including products, by-products, and waste of biological origin (plants or animal matter) and excluding material embedded in geological formations and transformed to fossil fuels or peat.

**Biomass plus carbon capture and storage (BioCCS or BECCS):** Use of energy produced from biomass where the combustion gases are then captured and stored underground or used, for example, in industrial processes. It excludes gases generated through, for example, a fermentation process (as opposed to combustion).

**Black carbon:** The substance formed through the incomplete combustion of fossil fuels, biofuels, and biomass, which is emitted in both anthropogenic and naturally occurring soot. It consists of pure carbon in several linked forms. Black carbon warms the Earth by absorbing heat in the atmosphere and by reducing albedo – the ability to reflect sunlight – when deposited on snow and ice.

**Bottom-up model:** In the context of this assessment, a model that represents a system by looking at its detailed underlying parts. Compared to so-called top-down models, which focus on economic interlinkages, bottom-up models of energy use and emissions can provide greater resolution with regards to sectors or mitigation technologies.

**Business-as-usual:** A scenario that describes future GHG emission levels in the absence of additional mitigation efforts and policies (with respect to an agreed set). In the 2014 EGR (page 5, para 2), BAU scenarios were based on an extrapolation of current economic, social and technological trends. They only took into account climate policies implemented up to around 2005-10 (that is, more recent country pledges and policies were not considered) and therefore served as a reference point for what would happen to emissions if planned climate mitigation policies were not implemented. *See Baseline/reference.*

**Bunker fuels:** A term used to refer to fuels consumed for international marine and air transport.

**Cancun pledge:** During 2010, many countries submitted their existing plans for controlling GHG emissions to the Climate Change Secretariat and these proposals were formally acknowledged under the UNFCCC. Developed countries presented their plans in the shape of economy-wide targets to reduce emissions, mainly up to 2020, while developing countries proposed ways to limit their growth of emissions in the shape of plans of action.

**Carbon credits:** An entitlement allocated by a government to a legal entity (company or other type of emitter) to emit a specified amount of a substance. These entitlements, which may be transferable and tradable, can be used to reduce emissions of GHGs (by giving them a monetary value) or can be used for accounting of emissions.

**Carbon dioxide emission budget:** For a given temperature rise limit, for example a 1.5°C or 2°C long-term limit, the corresponding carbon budget reflects the total amount of carbon emissions that can be emitted to stay within that limit. Stated differently, a carbon budget is the area under a GHG emission trajectory that satisfies assumptions about limits on cumulative emissions estimated to avoid a certain level of global mean surface temperature rise.

**Carbon dioxide equivalent:** A way to place emissions of various radiative forcing agents on a common footing by accounting for their effect on climate. It describes, for a given mixture and amount of GHGs, the amount of carbon dioxide that would have the same global warming ability, when measured over a specified time period. For the purpose of this report, GHG emissions (unless otherwise specified) are the sum of the basket of GHG listed in Annex A to the Kyoto Protocol, expressed as carbon dioxide equivalents assuming a 100-year global warming potential.

**Carbon intensity:** The amount of emissions of carbon dioxide released per unit of another variable such as gross domestic product (GDP), output energy use or transport.

**Carbon market:** A popular (but misleading) term for a trading system through which countries may buy or sell units of GHG emissions in an effort to meet their national limits on emissions, either under the Kyoto Protocol or under other agreements, such as that among member states of the European Union. The term comes from the fact that $CO_2$ is the predominant GHG, and other gases are measured in units called '$CO_2$ equivalents'.

**Carbon offset:** *See Offset.*

**Carbon price:** The price for avoided or released $CO_2$ or $CO_2$-equivalent emissions. This may refer to the rate of a carbon tax or the price of emission permits. In many models that are used to assess the economic costs of mitigation, carbon prices are used as a proxy to represent the level of effort in mitigation policies.

**Carbon sequestration:** The process of removing carbon from the atmosphere and depositing it in a reservoir.

**Carbon sink:** A pool (reservoir) that removes carbon from the active part of the carbon cycle.

**Carbon stock:** The quantity of carbon contained in a carbon pool.

**Carbon tax:** A levy on the carbon content of fossil fuels. Because virtually all of the carbon in fossil fuels is ultimately emitted as carbon dioxide, a carbon tax is equivalent to an emission tax on $CO_2$ emissions.

**Co-benefits:** The positive effects that a policy or measure aimed at one objective might have on other objectives, without yet evaluating the net effect on overall social welfare. Co-benefits are often subject to uncertainty and depend on, among others, local circumstances and implementation practices. Co-benefits are often referred to as ancillary benefits.

**Conditional INDCs:** INDCs proposed by some countries that are contingent on a range of possible conditions, such as the ability of national legislatures to enact the necessary laws, ambitious action from other countries, realization of finance and technical support, or other factors.

**Conference of the Parties (COP):** The supreme body of the Convention. It currently meets once a year to review the Convention's progress.

**Current policy trajectory:** This trajectory is based on estimates of 2020 emissions considering projected economic trends and current policy approaches including policies at least through 2012. Estimates may be based on either official data or independent analysis.

**Decarbonization:** The process by which countries or other entities aim to achieve a low-carbon economy, or by which individuals aim to reduce their carbon consumption.

**Deforestation:** The direct human-induced conversion of forested land to non-forested land (Marrakesh Accords). The conversion of forest to another land use or the long-term reduction of the tree canopy cover below the minimum 10 per cent threshold.

**Degradation (forest):** Changes within the forest that negatively affect the structure or function of the forest stand or site, and thereby lower its capacity to supply products and services.

**Delayed-action scenarios:** *See Later-action scenarios.*

**Double counting:** In the context of this assessment, double counting refers to a situation in which the same emission reductions are counted towards meeting two countries' pledges.

**Emissions gap:** The difference between the GHG emission levels consistent with having a likely chance (>66 per cent) of limiting the mean global temperature rise to below 2°C or 1.5°C in 2100 above pre-industrial levels and the GHG emission levels consistent with the global effect of the INDCs, assuming full implementation from 2020.

**Emission pathway:** The trajectory of annual GHG emissions over time.

**Forest:** Land spanning more than 0.5 ha with trees higher than 5 m and a canopy cover of more than 10 per cent, or trees able to reach these thresholds *in situ*. It does not include land that is predominantly under agricultural or urban land use.

**Forest landscape restoration:** A process which aims to regain ecological integrity and enhance human wellbeing in deforested or degraded forest landscapes to meet present and future needs and accommodate multiple uses over time.

**Global warming potential:** An index representing the combined effect of the differing times GHGs remain in the atmosphere and their relative effectiveness in absorbing outgoing infrared radiation.

**Greenhouse gases (GHGs):** The atmospheric gases responsible for causing global warming and climatic change. The major GHGs are carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$). Less prevalent, but very powerful, GHGs are hydrofluorocarbons (HFCs), perfluorocarbons (PFCs) and sulphur hexafluoride ($SF_6$).

**Grid parity:** This occurs when an alternative energy source can generate power at a levelized cost of electricity (LCOE) that is less than or equal to the price of purchasing power from the electricity grid.

**Gross domestic product (GDP):** The sum of gross value added, at purchasers' prices, by all resident and non-resident producers in the economy, plus any taxes and minus any subsidies not included in the value of products in a country or geographic region for a given period, normally one year. GDP is calculated without deducting for depreciation of fabricated assets or depletion and degradation of natural resources.

**'Hot air':** Refers to the concern that some governments will be able to meet their targets for GHG emissions under any formal agreement with minimal effort and could then flood the market with emission credits, reducing the incentive for other countries to cut their own domestic emissions.

**Integrated assessment models:** Models that seek to combine knowledge from multiple disciplines in the form of equations and/or algorithms in order to explore complex environmental problems. As such, they describe the full chain of climate change, from production of GHGs to atmospheric responses. This necessarily includes relevant links and feedbacks between socio-economic and biophysical processes.

**Intended nationally determined contribution (INDC):** Submissions by Parties which identify actions each national government intends to take under the future UNFCCC climate agreement, due to be negotiated in Paris in December 2015. INDCs are, in effect, the basis of post-2020 global emission reduction commitments that will be included in the future climate agreement.

**International cooperative initiatives (ICIs):** Initiatives outside the United Nations Framework Convention on Climate Change aimed at reducing emissions of climate forcers by, for example, promoting actions that are less GHG intensive, compared to prevailing alternatives. Cooperative initiatives also involve national and sub-national partners (they are often referred to as, simply, 'cooperative initiatives').

**Kyoto Protocol:** An international agreement, standing on its own, and requiring separate ratification by governments, but linked to the UNFCCC. The Kyoto Protocol, among other things, sets binding targets for the reduction of GHG emissions by industrialized countries.

**Land use, land-use change and forestry (LULUCF):** A GHG inventory sector that covers emissions and removals of GHGs resulting from direct human-induced land use, land-use change and forestry activities.

**Later-action scenarios:** Climate change mitigation scenarios in which emission levels in the near term, typically up to 2020 or 2030, are higher than those in the corresponding least-cost scenarios.

**Leakage:** That portion of cuts in GHG emissions by developed countries – countries trying to meet mandatory limits under

the Kyoto Protocol – that may reappear in other countries not bound by such limits. For example, multinational corporations may shift factories from developed to developing countries to escape restrictions on emissions.

**Least-cost scenarios:** Climate change mitigation scenarios assuming that emission reductions start immediately after the model base year, and are distributed optimally over time, sectors and regions, such that aggregate costs of reaching the climate target are minimized.

**Likely chance:** A likelihood greater than 66 per cent chance. Used in this assessment to convey the probabilities of meeting temperature limits.

**Lock-in:** Lock-in occurs when a market is stuck with a standard even though participants would be better off with an alternative.

**Medium chance:** A likelihood of 50–66 per cent chance. Used in this report to convey the probabilities of meeting temperature limits.

**Mitigation:** In the context of climate change, a human intervention to reduce the sources, or enhance the sinks of GHGs. Examples include using fossil fuels more efficiently for industrial processes or electricity generation, switching to solar energy or wind power, improving the insulation of buildings and expanding forests and other 'sinks' to remove greater amounts of $CO_2$ from the atmosphere.

**Monitoring, reporting and verification:** A process/concept that potentially supports greater transparency in the climate change regime.

**Montreal Protocol:** The Montreal Protocol on Substances that Deplete the Ozone Layer is an international treaty that was designed to reduce the production and consumption of ozone-depleting substances in order to reduce their abundance in the atmosphere, and thereby protect the Earth's ozone layer.

**Mosaic restoration:** This integrates trees into mixed-use landscapes, such as agricultural lands and settlements, where trees can support people through improved water quality, increased soil fertility, and other ecosystem services. This type of restoration is more likely in deforested or degraded forest landscapes with moderate population density (10-100 people/km$^2$).

**Net negative emissions:** A situation of net negative emissions is achieved when, as a result of human activities, more GHGs are sequestered or stored than are released into the atmosphere.

**No-policy scenario:** *See Baseline/reference.*

**Non-Annex I Parties:** The countries that have ratified or acceded to the UNFCCC that are not included in Annex I of the Convention.

**Non-state actor:** In the context of climate action, 'non-state actor' includes companies, cities, subnational regions and

investors. More broadly, non-state actors have been defined as entities that participate or act in international relations. They are organizations with sufficient power to influence and cause a change even though they do not belong to any state institution.

**Offset** (in climate policy): A unit of $CO_2$-equivalent emissions that is reduced, avoided, or sequestered to compensate for emissions occurring elsewhere.

**Party:** A state (or regional economic integration organization such as the EU) that agrees to be bound by a treaty and for which the treaty has entered into force.

**Pledge case:** This case identifies the maximum level of GHG emissions that each country or Party could emit in 2020 and still meet its pledge – without considering the use of offsets.

**Readiness:** REDD+ country actions – including capacity building, policy design, consultation and consensus building, and testing and evaluation of a REDD+ national strategy – that are taken prior to the comprehensive implementation of REDD+.

**REDD+:** Reducing emissions from deforestation and forest degradation in developing countries; and the role of conservation, sustainable management of forests and enhancement of forest carbon stocks in developing countries.

**Reference scenario:** *See Baseline/reference.*

**Reforestation:** Planting of forests on lands that have previously contained forests but that have been converted to some other use.

**Rehabilitation (forest):** Restoration of the capacity of degraded forest land to deliver forest products and services. Forest rehabilitation re-establishes the original productivity of the forest and some, but not necessarily all, of the plant and animal species thought to be originally present at a site.

**Restoration forest:** Restoration of a degraded forest to its original state – that is, to re-establish the presumed structure, productivity and species diversity of the forest originally present at a site.

**Results-based payments:** Payments for fully measured, reported and verified emission reductions (or removals), also conditional upon the country having a national strategy/action plan for REDD+, a national forest monitoring system, national forest reference emission level and/or forest reference level, a safeguard information system and a summary of information on how safeguards have been addressed and respected.

**Scenario:** A description of how the future may unfold based on 'if-then' propositions. Scenarios typically include an initial socio-economic situation and a description of the key driving forces and future changes in emissions, temperature or other climate change-related variables.

**Sink:** Any process, activity or mechanism which removes a GHG, an aerosol or a precursor of a GHG from the

atmosphere. Forests and other vegetation are considered sinks because they remove $CO_2$ through photosynthesis.

**Source:** Any process, activity or mechanism that releases a GHG, an aerosol or a precursor of a GHG or aerosol into the atmosphere.

**Sustainable development:** Development that meets the needs of the present without compromising the ability of future generations to meet their own needs.

**Technology transfer:** A broad set of processes covering the flows of know-how, experience and equipment for mitigating and adapting to climate change among different stakeholders.

**Temperature overshoot:** An emission pathway that temporarily exceeds target temperature limits (2°C or 1.5°C) before falling below the limits again by 2100 with a given percentage chance.

**Tipping point:** A level of change in system properties beyond which a system reorganizes, often abruptly, and does not return to the initial state even if the drivers of the change are abated. For the climate system, it refers to a critical threshold when global or regional climate changes from one stable state to another stable state. The tipping point event may be irreversible.

**Top-down model:** A model that applies macroeconomic theory, econometric and/or optimization techniques to aggregate economic variables. Using historical data on consumption, prices, incomes, and factor costs, top-down models assess demand and emissions for goods and services from main sectors, such as energy conversion, transportation, buildings, agriculture and industry.

**Transient climate response:** Measure of the temperature rise that occurs at the time of a doubling of carbon dioxide concentration in the atmosphere.

**Transient climate response to cumulative carbon emissions:** Measure of temperature rise per unit of cumulative carbon emissions.

**Uncertainty:** A cognitive state of incomplete knowledge that can result from a lack of information or from disagreement about what is known or even knowable. It may have many types of sources, from imprecision in the data to ambiguously defined concepts or terminology, or uncertain projections of human behaviour. Uncertainty can therefore be represented by quantitative measures (for example a probability density function) or by qualitative statements (for example reflecting the judgement of a team of experts).

**Unconditional INDCs:** INDCs proposed by countries without conditions attached.

**Wide-scale restoration:** Aims to restore closed forests to the landscape. This type of restoration is more likely in deforested or degraded landscapes with low population density (<10 people/km$^2$) that are also areas where closed forests formerly dominated the landscape.

**2020 pledge:** *See Cancun pledge.*

**20th–80th percentile range:** Results that fall within the 20–80 per cent range of the frequency distribution of results in this assessment.

# Acronyms

| | | | |
|---|---|---|---|
| **AFOLU** | agriculture, forestry and other land use | **ERU** | emission reduction unit |
| **AR5** | fifth Assessment Report of the Intergovernmental Panel on Climate Change | **EU-ETS** | European Union Emissions Trading System |
| **BAU** | business as usual | **FAO** | Food and Agriculture Organization of the United Nations |
| **BC** | black carbon | **FCPF** | Forest Carbon Partnership Facility |
| **BECCS** | biomass plus carbon capture and storage (or BioCCS) | **FF&I** | fossil fuels and industry |
| **BELC** | Business Environmental Leadership Council | **FIA** | Federation Internationale de l'Automobile |
| **BRT** | Bus Rapid Transit | **FLR** | forest landscape restoration |
| **CAIT** | Climate Analysis Indicators Tool | **FS-UNEP** | Frankfurt School - UNEP Collaborating Centre for Climate and Sustainable Energy Finance |
| **CAT** | Climate Action Tracker | | |
| **CBD** | Convention on Biological Diversity | **GDP** | gross domestic product |
| **cCR** | carbo*nn* Climate Registry | **GEA** | Global Energy Assessment |
| **CCS** | carbon capture and storage | **GFEI** | Global Fuel Economy Initiative |
| **CDKN** | Climate and Development Knowledge Network | **GHG** | greenhouse gas |
| | | **GLOBIOM** | global biosphere management model |
| **CDM** | Clean Development Mechanism | **GPC** | Global Protocol for Community-scale GHG Emissions |
| **CDP** | Carbon Disclosure Project (now 'CDP') | | |
| **CER** | certified emission reduction | **Gt** | gigatonne |
| **CFC** | chlorofluorocarbon | **GWP** | global warming potential |
| **$CH_4$** | methane | **G4M** | global forest model |
| **CISL** | Cambridge Institute for Sustainability Leadership | **HFC** | hydrofluorocarbon |
| | | **IAM** | integrated assessment model |
| **$CO_2$** | carbon dioxide | **ICAO** | International Civil Aviation Organization |
| **$CO_2e$** | carbon dioxide equivalent | **ICI** | international cooperative initiative |
| **CoM** | Covenant of Mayors | **ICLEI** | International Council for Local Environmental Initiatives |
| **COP** | Conference of the Parties to the UNFCCC | | |
| **CRF** | common reporting format (of the UNFCCC) | **ICRAF** | World Agroforestry Centre (formerly International Centre for Research in Agroforestry) |
| **C-ROADS** | Climate Rapid Overview and Decision Support | | |
| **CSI** | Cement Sustainability Initiative | **IDDRI** | Institut du Developpement Durables et des Relations Internationales |
| **CSP** | concentrating solar power | | |
| **DEA** | Danish Energy Agency | **IEA** | International Energy Agency |
| **EDGAR** | Emissions Database for Global Atmospheric Research | **IIASA** | International Institute for Applied Systems Analysis |
| **EEA** | European Environment Agency | **IIMA** | Indian Institute of Management, Ahmedabad |
| **EHCC** | Earth Hour City Challenge | | |
| **ERI** | Energy Research Institute | **IMO** | International Maritime Organization |
| **ER-PIN** | Emission Reductions Program Idea Note (in FCPF) | **INDC** | Intended Nationally Determined Contribution |

| | | | | |
|---|---|---|---|---|
| **INPE** | National Institute for Space Research | | **PRIMAP** | **P**otsdam **R**eal-time **I**ntegrated **M**odel for probabilistic **A**ssessment of emission **P**aths |
| **IPCC** | Intergovernmental Panel on Climate Change | | | |
| **IPPU** | industrial processes and product use (IPCC sector) | | **PV** | photovoltaic |
| **IRENA** | International Renewable Energy Agency | | **REALU** | reducing emissions from all land uses |
| **IUCN** | International Union for Conservation of Nature | | **REDD+** | Reduced Emissions from Deforestation and forest Degradation Plus in developing countries (includes sustainable management and enhancement of forest carbon stocks) |
| **JRC** | Joint Research Centre (European Commission) | | | |
| **LIMITS** | **L**ow climate **IM**pact scenarios and the **I**mplications of required **T**ight emission control **S**trategies | | **SBT** | science-based targets |
| | | | **SDG** | Sustainable Development Goal |
| | | | **SE4ALL** | Sustainable Energy for All |
| **LSE** | London School of Economics and Political Science | | **SEAP** | Sustainable Energy Action Plan |
| | | | **SF$_6$** | sulphur hexafluoride |
| **LULUCF** | land use, land-use change and forestry | | **SIDS** | small island developing states |
| **MCPA** | Mayors' Climate Protection Agreement (USA) | | **SLCF** | short-lived climate forcers |
| | | | **SOC** | soil organic carbon |
| **MRV** | monitoring, reporting and verification | | **TCR** | transient climate response |
| **MtCO$_2$e** | million metric tons of CO$_2$ equivalent | | **UCL** | University College London |
| **NAMA** | Nationally Appropriate Mitigation Action | | **UCLG** | United Cities and Local Governments |
| **NAP** | National Adaptation Plan | | **ULCOS** | ultra-low CO$_2$ steelmaking |
| **NAZCA** | Non-State Actor Zone for Climate Action | | **UNCCD** | United Nations Convention to Combat Desertification |
| **NCSC** | National Center for Climate Strategy and International Cooperation | | **UNEP** | United Nations Environment Programme |
| | | | **UNEP-DTU** | UNEP-Technical University of Denmark |
| **NF$_3$** | nitrogen trifluoride | | **UNEP-WCMC** | UNEP-World Conservation Monitoring Centre |
| **NGO** | non-governmental organization | | | |
| **NIES** | National Institute for Environmental Studies | | **UNFCCC** | United Nations Framework Convention on Climate Change |
| **NYDF** | New York Declaration on Forests | | | |
| **N$_2$O** | nitrous oxide | | **UNGA** | United Nations General Assembly |
| **OC** | organic carbon | | **UNORCID** | United Nations Office for REDD+ Coordination in Indonesia |
| **ODS** | ozone-depleting substances | | | |
| **OECD** | Organisation for Economic Cooperation and Development | | **WBCSD** | World Business Council for Sustainable Development |
| **OPIC** | Overseas Private Investment Corporation | | **WHRC** | Woods Hole Research Center |
| **PAM** | policies and measures | | **WMCCC** | World Mayors Council on Climate Change |
| **PFC** | perfluorocarbon | | **WRI** | World Resources Institute |
| **PIK** | Potsdam Institute for Climate Change Research | | **WWF** | World Wildlife Fund |



# Foreword

Following the historic signing of the 2030 Agenda for Sustainable Development, this sixth edition of the UNEP Emissions Gap Report comes as world leaders start gathering in Paris to establish a new agreement on climate change.

The report offers an independent assessment of the mitigation contributions from the Intended Nationally Determined Contributions (INDC) committed to by 1 October 2015, by the 146 countries that account for around 90 per cent of global emissions. It compares the 2030 emission levels that would result from these commitments with what science tells us would keep average temperature increases on track to stay below 2°C by the end of the century; it provides data for an aspirational target of keeping that increase below 1.5°C; and it evaluates the INDCs in relation to progress on the 2020 pledges made in Cancun.

The INDCs demonstrate a significant increase in ambition and their successful delivery could reduce emissions by around 25 per cent compared to the level expected from current policies and pledges. However, this would still put long-term temperatures on track for an increase and lead to serious climate impact, so more action is required.

Therefore, the Emissions Gap Report also explores how available financial, technical and capacity building solutions can be scaled up, or even accelerated, to close the gap between the expected and required levels of emissions. This includes detailed assessments that look beyond the INDCs to identify the further gains being identified by the International Cooperative Initiatives and by Reducing Emissions from Deforestation and Forest Degradation (REDD+).

With many new emission reduction initiatives also generating substantial economic, social and environmental benefits, the INDC preparation process in most countries encouraged greater exploration of the links between development and climate. This is an important first step in a possible transition towards more low carbon economies.

The Emissions Gap Report makes it very clear that while reaching a meaningful global agreement in Paris is essential, it is not the end of the climate change story: it is a stepping stone on a much longer journey that requires us to stay alert to the science and remain dynamic in our response. The world has already tripled the expected performance on scaling up clean energy and been able to start reversing damage to the ozone layer.

I firmly believe that if we act on the findings of this report, there is nothing to stop us closing the emissions gap and creating a more inclusive and sustainable future for both the developed and the developing world.

**Achim Steiner**
UN Under-Secretary-General,
UNEP Executive Director



# Executive Summary

**The year 2015 has the potential to become a turning point in global efforts to transform the prevailing social and economic development paradigm into a more sustainable one.**

The global community reached agreement in September 2015 on a set of 17 sustainable development goals to be achieved by 2030, including climate change. Countries will meet again at the United Nations Framework Convention on Climate Change (UNFCCC) 21st Conference of the Parties (COP 21) in Paris with the aim of establishing a new global agreement on climate change, hereafter the 'Paris Agreement', with the ambition of limiting changes in global temperatures to below 2°C or 1.5°C warming in 2100 compared to pre-industrial levels. The Paris Agreement will also aim to establish a framework to provide technological and financial support for developing countries to accelerate the transition towards low carbon and climate resilient development paths.

The architecture of a new climate agreement has many facets with an array of issues under negotiation that have become significantly more complex since the Framework Convention on Climate Change entered into force in 1994. The core structure of the Paris Agreement will comprise the "Intended Nationally Determined Contributions" (INDCs) as well as the process by which implementation of the agreement will proceed over time to advance the objectives of the UNFCCC. In addition, a number of key decisions will be required covering issues like adaptation, finance, technology, and capacity building.

## 1. What is covered in the 2015 Emissions Gap Report?

**This sixth UNEP Emissions Gap Report provides a scientific assessment of the mitigation contributions from the submitted INDCs. As in the previous reports, it then compares the resulting emission levels in 2030 with what science tells us is required to be on track towards the agreed target of a global average temperature increase below 2°C by 2100. The Report also provides data for the aspirational target of keeping the temperature increase below 1.5°C. In addition, the Report presents selected areas where enhanced action can be taken, accelerated and scaled up to close the emissions gap.**

The 2015 Emissions Gap Report addresses the following key questions:

- What are the latest estimates of 2025 and 2030 total global emissions levels consistent with the goal of holding the global average temperature rise below 2°C or 1.5°C above pre-industrial levels by 2100?
- What is the progress on implementation of the Cancun pledges for the period to 2020?
- Will the combined INDC commitments for 2030 (if fully implemented) be sufficient to stay within the range consistent with the 2°C temperature goal?
- What are possible contributions in selected key areas, where action can be accelerated to enhance the ambition of national pledges both in the period before and after the expected entry into force in 2020 of the Paris Agreement? This year the detailed assessment is on possible mitigation contributions from International Cooperative Initiatives (ICIs) and enhanced forest-related mitigation activities with a focus on Reducing Emissions from Deforestation and Forest Degradation (REDD+).

By 1 October 2015, a total of 119 INDCs had been submitted to the UNFCCC. Fifteen INDCs included only mitigation, while most included both adaptation and mitigation components. The report only presents qualitative information about the adaptation component of the INDCs submitted.

The report has been prepared by an international team of leading scientists assessing all available information, including that reviewed by the IPCC in its fifth assessment report, as well as more recent scientific studies. The assessment production process has been transparent and participatory. The assessment methodology and preliminary findings were made available to governments and stakeholders concerned

during relevant international fora as well as on the UNEP Live website. The governments of the countries with specific mention in the report have been invited to comment on the assessment findings.

## 2. What are current emissions and what emission levels in 2030 are consistent with the 2°C and the 1.5°C targets?

**Over the past decades global GHG emissions have been increasing steadily, with small variations around a longer-term trend.**

The most recent global emission estimates[1] are available for the year 2014. In that year, total global Kyoto-GHG emissions[2] amounted to about 52.7 $GtCO_2e$ (range: 47.9-57.5). Global

carbon-dioxide ($CO_2$) emissions from fossil-fuel and industry were estimated at 35.5 $GtCO_2$ for 2014 (range: 32.5-38.5).

**Staying below 2°C temperature rise implies that $CO_2$ emissions are reduced to net zero by 2060-2075.**

The IPCC in its fifth assessment report concluded that to limit global warming to below 2°C, the remaining cumulative $CO_2$ emissions − the so-called carbon budget − are in the order of 1 000 $GtCO_2$. This remaining budget can be utilized in different ways, but given the most recent assessment of current trends, net global carbon emissions will eventually need to be reduced to zero between 2060 and 2075[3]. For a detailed discussion of the carbon budget, see the 2014 Emissions Gap Report.

## Figure ES1: Historical greenhouse (GHG) emissions and projections until 2050



---

[1]  Data for 2014 are available from EDGAR and PRIMAP, see Chapter 2.

[2]  The six greenhouse gases covered by the UNFCCC/Kyoto Protocol — carbon dioxide, methane, nitrous oxide, hydrofluorocarbons, perfluorocarbons and sulphur hexafluoride. Here aggregated with 100-year Global Warming Potentials (GWPs) of the IPCC Second Assessment Report.

[3]  Based on the final released IPCC AR5 scenarios database data.



The 2015 Report presents an updated set of possible pathways to stay within this budget, and also includes an updated assessment of the pathways and requirements to stay within the more ambitious 1.5°C temperature goal.

**The median emission level in 2030 in scenarios that have a >66 per cent chance of keeping temperature increase to below 2°C by the end of the century is 42 GtCO$_2$e (range: 31-44). The similar level for a 1.5°C pathway is 39 GtCO$_2$e[4]. The trajectories for the two target levels are similar in many aspects, but earlier and much stronger action is necessary for the 1.5°C target to be kept.**

As reflected in last year's report, the focus for the gap assessment has shifted from 2020 to 2030, reflecting that the underlying scenarios assume emission levels that are consistent with the Cancun pledges until 2020. Least-cost enhanced emission reduction pathways are only assumed from 2020. Earlier analysis assumed the world would move onto a least-cost pathway by 2010. Current trends indicate that this will not be the case, and accordingly the new set of scenarios from the IPCC, which are referenced in this report, include only those that assume least-cost pathways starting from 2020.

### 3.   What are the implications of the scenarios that are consistent with the temperature goals?

**The scenarios used in this Report as reference for meeting the 2°C and 1.5°C goals are all characterized by modest emissions reductions compared to current policies until 2020[5] that are in line with the ambition of Cancun pledges. This implies a need for deep and stringent emission reductions over later decades. Enhanced action before 2020 that would bring emission levels below the projected 2020 Cancun pledge level would ease the challenge and reduce overall cost of transitioning to least-cost pathways after 2020. It should be noted that in order to move to such pathways after 2020, the necessary policies and investment will need to be prepared well in advance.**

The assessment of the pathways and target levels point at three key issues that have also been raised in previous gap reports:

- All scenarios analyzing 2°C pathways that follow the Cancun pledges until 2020 and with a least-cost starting point in 2020, require strong reductions after 2020. They also rely on so-called 'negative emission technologies' such as bioenergy combined with carbon capture and storage
- For scenarios analyzing the 1.5°C target, the reduction rates will need to be steeper
- The feasibility of large scale deployment of negative emission technologies is still a contentious issue.

Enhanced early action (such as moving below the 2020 pledges) is associated with the following economic and technological advantages:

- Softening the requirement for very steep emission reductions over the medium term
- Facilitating mitigation in the medium to long term by reducing lock-in of carbon and energy intensive infrastructure in the energy system and society as a whole
- Encouraging near-term learning and development of technologies that will be essential in the long term
- Providing early policy signals which are needed for action later in the coming decades
- Reducing the overall costs and economic challenges in terms of, for example, upscaling of energy investments, during the transitional period
- Reducing the dependence on unproven technologies and increase the options society can choose from in terms of means to achieve stringent emission reductions in the long term.

Delaying stringent mitigation efforts until 2030 (in other words, not following a least-cost reduction trajectory after 2020) would with high confidence make the transition to longer-term emissions levels in line with the 2°C goal significantly more difficult. A significant number of models are not able to produce 2°C scenarios consistent with global emission levels in 2030 above 55 GtCO$_2$e, while other scenarios which delay enhanced mitigation action until after 2030 would imply massive cost increases coupled with a need for unprecedented political action.

### 4.   Are G20 countries making progress on the implementation of 2020 pledges?

**Among the G20 there are thirteen countries with pledges for 2020 (counting the EU members France, Germany, Italy and UK as one) and three countries without pledges. Six of these are assessed as being on track to meet pledges or extremely close, four are not, and three cannot be assessed, because there is insufficient evidence.**

Pledges are self-determined. A country being on track does not necessarily mean that it undertakes more stringent action on mitigation than a country that is not on track – it depends on the ambition of the pledge.

The report presents an assessment of progress by G20 countries on the national pledges presented in the context of the Cancun agreement, and referred to here as the Cancun pledges.

The assessment compares projected 2020 emissions under three cases:

- Pledge case – projecting the maximum amount of emissions for 2020 compatible with the pledge
- Current policy trajectory – official national estimate
- Current policy trajectory – independent analysis.

Despite progress towards implementing policies in line with pledges, it is evident that work remains to be done to bring all G20 countries into pledge attainment.

---

4   As there are fewer than 10 scenarios available for the 1.5°C pathways, the 20th to 80th percentile range is not provided. However, the minimum and maximum values are 37 GtCO$_2$e and 40 GtCO$_2$e respectively.

5   Global emissions in 2020 under various pledge cases are estimated to be about 52-54 GtCO$_2$e. The least-cost 2020 scenarios used here have global emissions close to this range (49-56 GtCO$_2$e).



## 5. What is the emissions gap in 2025 and 2030 assuming full implementation of the INDCs?

The emissions gap between what the full implementation of the unconditional INDCs contribute and the least-cost emission level for a pathway to stay below 2°C, is estimated to be 14 GtCO$_2$e (range: 12-17) in 2030 and 7 GtCO$_2$e (range: 5-10) in 2025. When conditional INDCs are included as fully implemented, the emissions gap in 2030 is estimated to be 12 GtCO$_2$e (range: 10-15) and 5 GtCO$_2$e (range: 4-8) in 2025.

If countries that have not yet submitted an INDC were to reduce their emissions at the same percentage below current policy trajectories as those that have already submitted, the projected global emissions would be further reduced, and the gap narrowed, by a further 0.5 GtCO$_2$e in 2025 and 1 GtCO$_2$e in 2030.

Full implementation of unconditional INDC results in emission level estimates in 2030 that are most consistent with scenarios that limit global average temperature increase to below 3.5°C until 2100 with a greater than 66 per cent chance. INDC estimates do, however, come with uncertainty ranges. When taking this into account the 3.5°C value could decrease to 3°C or increase towards 4°C for the low and high unconditional INDC estimates, respectively. When including the full implementation of conditional INDCs, the emissions level estimates become most consistent with long-term scenarios that limit global average temperature increase to <3-3.5°C by the end of the century with a greater than 66 per cent chance.

These numbers essentially tell two stories. Firstly the INDCs do present a real increase in the ambition level compared to a projection of current policies; all global modelling groups that have been assessed reached this conclusion. Secondly the submitted contributions are far from enough and the emissions gap in both 2025 and 2030 will be very significant.

The Report presents an assessment of the 119 INDCs submitted by 1 October 2015, covering 146 countries and 85-88 per cent of global GHG emissions in 2012. A final update of the assessment including later submissions will be presented on the UNEP Live website before the start of COP 21.

In the absence of agreed formats for reporting on mitigation contributions, including on the units in which those might be expressed, Parties have chosen a wide variety of forms and contributions: for example, targets could include:

- Economy-wide absolute reduction from historical base year emissions
- Emissions reduction relative to a baseline projection for the emissions reduction associated with energy consumption
- Trajectory target for specific sectors or gases
- Specifying a peaking year
- Emissions intensity of GDP
- A fixed level target.

This has increased the analytical challenge of ensuring consistency when comparing and aggregating different mitigation contributions. The assessment builds on a combination of global and country-specific modelling studies from independent research teams, and official country-specific data sources.

The global emission levels in 2030 consistent with having a likely chance (>66 per cent) of staying below the 2°C goal in 2100, following a least-cost pathway from 2020 with only modest improvement of the GHG intensity until then, is 42 GtCO$_2$e (range: 31-44). In 2025 this level is 48 GtCO$_2$e (range: 46-50).

In comparison, global GHG emissions, based on assessment of the INDCs submitted by 1 October 2015, are for the unconditional INDCs projected to be at 54 GtCO$_2$e (range: 53-58) in 2025, and 56 GtCO$_2$e (range: 54-59) in 2030. If conditional INDCs are included, the global emissions projection is 53 GtCO$_2$e (range: 52-56) in 2025 and 54 GtCO$_2$e (range: 52-57) in 2030. The emission levels resulting from submitted INDCs are 4 to 6 GtCO$_2$e lower than the current policy trajectory in 2030 of 60 GtCO$_2$e (range: 58-62). They are 9 to 11 GtCO$_2$e lower than the baseline of 65 GtCO$_2$e (range: 60-70), which is based on IPCC AR5 scenarios and assumes no additional climate policies are put in place after 2010.

## 6. Can the INDC process become a foundation for enhancing ambition?

It is clear from the assessment of the mitigation contributions from the INDCs that much more needs to be done. This round of INDCs should therefore be considered as the first step in building foundations for a successful global climate agreement. The social and political effects of the INDCs and the processes undertaken at national level transcend the aggregate effect they are estimated to have on total global GHG emission levels in 2025 and 2030. The preparation of the INDCs has in many countries incentivized exploration of linkages between development and climate, as well as development of new national climate polices, and can be seen as an important step in a transition towards low carbon economies.

The Paris Agreement can support these national transitions and provide the framework for mobilization of the enhanced mitigation effort that is required to align national efforts with the global mitigation ambition indicated by the 2°C pathways. Establishing a robust, effective and transparent follow-up and review framework as part of the Paris Agreement will be critical in this context.

The INDCs and options for enhanced mitigation action must be seen in the broader context of economic growth and sustainable development. The Sustainable Development Goals (SDGs) recently adopted in New York by Heads of State of all member states of the United Nations explicitly recognise the interdependence between the achievement of climate, development and sustainability goals and recommends prioritizing coherence, co-benefits, and complementarity between the SDGs and a climate change agreement under the UNFCCC.

The SDG Goal 13 "Take urgent action to combat climate change and its impacts" specifically acknowledges that the



**Figure ES2: The emissions gap**

Annual Global Total Greenhouse Gas Emissions (GtCO$_2$e)

Baseline

Current policy trajectory

Unconditional INDC case

Cond. INDC case

**2°C range**

Remaining gap to stay within 2°C limit

**12** GtCO$_2$e — INDC case cond.

**14** GtCO$_2$e — INDC case uncond.

Median estimate of level consistent with 2°C: 42 GtCO$_2$e (range 31-44)

Blue area shows pathways of limiting of global temperature increase to below 2°C by 2100 with >66% probability

Annual Global Total Greenhouse Gas Emissions (GtCO$_2$e)

2020      2030

United Nations Framework Convention on Climate Change is the primary international, intergovernmental forum for negotiating the global response to climate change, and the targets associated with the goal are clearly aligned with the ambitions in the INDCs.

## 7. What are some of the options for closing the gap?

**A number of recent global studies conclude that there is a significant potential to reduce global emissions in 2030 – beyond the reductions resulting from implementation of the INDCs. If this potential is fully exploited, it could bring global emissions to a level very close to bridge the emissions gap in 2030. Furthermore, the studies suggest that this can be done by relying on proven technologies and policies.**

A number of recent studies and reports, including by the IPCC and leading international research institutions, identifies a significant emissions reduction potential by 2030. Acknowledging that the methodologies, assumptions, scope and coverage of measures considered vary across the assessed studies, they all show that tapping into unused emission reduction potential could narrow the emissions gap in 2030 considerably. Taken together, they indicate that global greenhouse gas emissions could be further reduced by between 5 to 12 $GtCO_2e/yr$ (range: 3-13) relative to the emissions level resulting from implementation of the unconditional INDCs, and between 5 to 10 $GtCO_2e/yr$ (range: 1-11) relative to the emissions level associated with implementation of the conditional INDCs. These reductions could contribute to the reductions needed to bridge the emissions gap in 2030, which as previously stated is estimated at 14 $GtCO_2e$ (range: 12-17) for the unconditional INDC case and at 12 $GtCO_2e$ (range: 10-15), if both unconditional and conditional INDCs are implemented.

There is considerable uncertainty associated with the possibilities for achieving the emission reduction opportunities put forward in some of these studies. At the same time, the studies assessed do not cover all relevant measures, thematic areas and sectors. In other words the total technical and economic emission reduction potential in 2030 could be larger than indicated in the studies assessed. In comparison the Fourth Assessment Report of the IPCC indicated a total emission reduction potential in 2030 of 23 $GtCO_2e$ (range: 16-31). No update of the total emission reduction potential in 2030 was provided in the Fifth Assessment Report of the IPCC, but sectoral updates in this report indicate emission reduction potentials in 2030 of the same order of magnitude.

The assessed recent studies emphasize the key importance of enhanced energy efficiency with a particular emphasis on industry, buildings and transport, and expanded use of renewable energy technologies for power production combined with increased efficiency of fossil fuel-based power production will all be critical for achievement of the desired large-scale emission reductions. Other key sectors for enhanced mitigation action emphasized in the studies include forestry, agriculture and waste.

These are all sectors that have been assessed in earlier UNEP Emissions Gap Reports and where significant opportunities for bridging the gap have been highlighted through possibilities for replication, acceleration and scaling up proven good practices and policies.

## 8. How can International Cooperative Initiatives contribute to implementation of INDCs and enhance ambitions?

**The impact of actions by International Cooperative Initiatives can potentially be significant. Preliminary assessments indicate a contribution in the range of 2.5 to 4 $GtCO_2e$ in 2020, if fully implemented. Part of this contribution falls within the Cancun pledges while the additional contribution may be in the range of 0.75 to 2 $GtCO_2e$ in 2020.**

Significant attention has been put on mitigation actions by ICIs including actors other than Parties to the UNFCCC.

ICIs include a wide variety of activities, which makes consistent and thorough assessment difficult. Nevertheless, an effort has been made to assess all available information and organize it under a simple catalogue of actions categorized by type of constituent engaged. This catalogue serves to focus on those ICIs that have the most impact potential and by disentangling the various initiatives the overlap and double-counting risks with the national pledges can be minimized.

The report examines initiatives in three broad categories:

- Cities and regions
- Companies
- Sectors

A few examples below illustrate the wide span of ICIs:

- C40 Cities Climate Leadership Group – is a network of the world's megacities committed to taking action that reduces global GHG emissions. It has 75 affiliated cities (as of July 2015) and a total of 80 total participants
- The Compact of Mayors - is an agreement by three city networks to undertake a transparent and supportive approach to reduce city-level emissions, and to reduce vulnerability from, and enhance resilience to, climate change, in a consistent and complementary manner to national level climate protection efforts. It builds on ongoing city-level efforts
- Cement Sustainability Initiative (CSI) - is an alliance of 25 leading companies in the global cement industry created under the auspices of the World Business Council for Sustainable Development (WBCSD). Participants commit to developing a climate change mitigation strategy, setting reduction targets for $CO_2$ and reporting annually on their progress.

A number of new studies have examined the major initiatives and this report presents an assessment of these studies and their estimates of the emission reduction potential for each category of initiative. The studies list a number of challenges related to the analyzed ICIs including elements of overlap between initiatives and comparability of transparent monitoring, reporting and verification (MRV) of results. It is therefore difficult to assess whether all the international initiatives actually deliver on promises, as most initiatives propose only voluntary commitments and hence make it difficult for accountability and compliance to be enforced and sometimes lack robust Monitoring, Reporting and Verification (MRV).

Many initiatives can, however, play important roles to advance climate action, as they:

- Encourage or facilitate emission reductions at the city and regional level, via knowledge sharing, capacity building and technical support for project planning and implementation
- Identify partnerships and support local communities to become climate resilient
- Represent common city-level interests to influence policymakers at other levels
- Help implement climate plans and low-carbon and climate-resilient economic development projects
- Achieve transparency and accountability by encouraging best practice in GHG emission reporting
- Help overcome financial barriers and attract investors and accelerate additional capital flows into cities for low carbon projects.

The studies compare the emissions reduction potential for the different categories of initiatives compared to a current trajectory baseline (noting that studies are not necessarily using same baseline approaches). Even if uncertainties are quite large, it is interesting that results are quite comparable at the aggregate level, even if the assessment of the different groups of initiatives varies significantly.

The assessment notes that the impact of non-state climate commitments can be significant, most likely in the range between 2.5 and 4 $GtCO_2e$ in 2020 (taking into account that not all initiatives are included in all assessments). These numbers include an estimate of overlaps between the various initiatives, in terms of actual actions, sectors, greenhouse gases and regions.

It is harder to estimate the overlap between these non-state initiatives and government emission reduction pledges for 2020. The recent studies examined in this assessment suggest that the overlap ranges between 33 and 70 per cent, resulting in possible additional net contributions of the order of 0.75 to 2 $GtCO_2e$ in 2020.

Even if ICIs are not necessarily additional to national 2020 pledges, they can be an important component of actually implementing these and at the same time facilitate or even drive increased national ambition. Only one study extrapolates the potential reductions to 2030, so it is not possible to present numbers here, but the study indicates that the mitigation contribution from existing ICIs would be substantial.



### Figure ES3: National statements of intention to undertake forest-related mitigation activities



Specifies activities for forest-related emission reductions (ER)
Specifies activities for enhancement of forest carbon stocks (EN)
Specifies activities for both forest-related ER and EN
Includes forests in scope but does not specify forest-related activities
No national statement of intention to undertake forest-related mitigation activities in the sources consulted

Note: The boundaries and names shown and designations used on this map do not imply official endorsement or acceptance by the United Nations. The map shows forest-related mitigation aims expressed in one or more of the following: INDCs submitted to UNFCCC until 1 October 2015; NAMAs submitted to UNFCCC by June 2013 for non-Annex countries and to the Copenhagen Accord for Annex 1 countries; ER-PINs submitted to the FCPF Carbon Fund; bilateral agreements for results-based payments; Bonn Challenge commitments; Initiative 20x20 commitments; endorsement of the New York Declaration on Forests.

## 9.  What is the potential for greater forest-related mitigation, in particular through REDD+?

**Forest-related mitigation activities in both developing and developed countries are attracting significant political attention, both in the negotiation process over the last years and in many of the submitted INDCs. Special focus is on policies and actions under REDD+ as the theoretical potential of forest-related mitigation activities in developing countries is estimated to be up to 9 GtCO$_2$ in 2030. The realization of this theoretical potential will be constrained by economic and land-use factors.**

A rapid review[6] has been undertaken of forestry related mitigation actions in the submitted INDCs and these are together with other types of national engagement in forestry related mitigation illustrated in the global map below. The map clearly shows that many countries see potential mitigation opportunities in the forestry sector.

A special focus in the assessment has been devoted to the set of policy approaches and actions known as REDD+ as one option for facilitating cost-effective contributions to climate change mitigation, in developing countries. REDD+ (as defined under the UNFCCC) includes – reducing greenhouse gas emissions from deforestation and forest degradation, conservation of forest carbon stocks, sustainable management of forests and enhancement of forest carbon stocks.

REDD+ has seen marked progress under the UNFCCC negotiations over the last ten years, as a policy tool to reduce forest related emissions, including on measurement, safeguards and eligibility for results-based finance. In order for developing countries to access results-based finance for REDD+ emissions reductions or enhanced removals of carbon from the atmosphere, they need to have in place:

- A national strategy or action plan
- A national forest monitoring system
- A safeguards information system and a summary of information on how the REDD+ safeguards have been addressed and respected
- A forest reference emissions level or forest reference level
- Fully measured, reported and verified results, in terms of emission reductions/enhanced removals.

These requirements place some constraints on the potential for REDD+ implementation in the short term, for example the speed at which policies can be put in place and governance improvements can be implemented. The availability of finance, whether domestic or international, to cover the upfront costs of REDD+ measures will also be a determining factor. Results-based finance, by its nature, will be released only after success has been achieved. Many developing countries have expressed their interest in large-scale forest-related actions, both in their INDCs and a range of other statements.

The theoretical emissions reduction potential has been assessed for Africa, Asia-Pacific, and Latin America and the Caribbean and is broadly in the range 2.7-3.3 GtCO$_2$ in 2030 for each region. However, the realization of this theoretical potential will be significantly constrained by economic and land-use factors.

---

[6]  Individual countries classified according to the actions specified in the documents reviewed.



**Chapter 1**

# Scoping the 2015 report

**Lead authors:** John Christensen (UNEP DTU Partnership), Paul Burgon (independent consultant)

## 1.1 Moving towards a new international climate change agreement

The year 2015 has the potential to become a turning point in global efforts to transform the prevailing economic development paradigm into a more sustainable one.

All UN member countries reached agreement in September 2015 on a set of 17 sustainable development goals (SDGs) to be achieved by 2030. The main political instrument to address SDG 13 – "Take urgent action to combat climate change and its impacts" - is the United Nations Framework Convention on Climate Change (UNFCCC). Countries will meet again at the UNFCCC 21st Conference of the Parties (COP 21) in Paris with the aim of establishing a new international climate change agreement, hereafter the 'Paris Agreement', with the ambition of limiting changes in global temperatures to below 2°C or 1.5°C warming in 2100 compared to pre-industrial levels. The decision "[...] to adopt a protocol, another legal instrument or an agreed outcome with legal force under the Convention applicable to all Parties" originated at COP 17 in Durban (Decision 1/CP.17) and has been confirmed most recently at COP 20 in Lima (Decision 1/CP.20) (UNFCCC, 2014).

As the foundation for a new agreement, and reiterating decisions of COP 19 in Warsaw, the 'Lima Call for Climate Action' requested each Party "[...] to communicate to the secretariat its intended nationally determined contribution [INDC] towards achieving the objective of the Convention as set out in its Article 2" (UNFCCC, 1992)[1] ensuring that these are submitted "[...] well in advance of the twenty-first session of the Conference of the Parties [...] in a manner that facilitates the clarity, transparency and understanding of the intended nationally determined contributions" (UNFCCC, 2014).

The architecture of a new climate agreement has many facets relating to mitigation and adaptation, and the array of issues under negotiation has become significantly more complex since the Convention was established. The Paris Agreement will also aim to establish a framework to enhance capacity building and provide technological and financial support for developing countries to accelerate the transition towards low carbon and climate resilient development paths. A number of key decisions related to these issues will be required, while the core structure of the agreement will be based on the INDCs.

## 1.2 Key questions

Subsequent to COP 15, UNEP has produced an annual Emissions Gap Report presenting an up-to-date assessment of how actions, pledges and commitments by countries affect the global GHG emissions trend and how this compares to emissions trajectories consistent with the goal of keeping temperatures below 1.5°C or 2°C by 2100. The difference has become known as the emissions gap, calculated for specific target years.

This year, UNEP was requested by a number of countries to undertake an independent scientific assessment of the INDC submissions to inform the political process. The UNFCCC Secretariat has undertaken the formal compilation for COP 21.

The 2015 UNEP Emissions Gap Report asks four principal questions:

i) What are the latest estimates of 2025 and 2030 total global emissions levels consistent with the goal of holding the global average temperature rise below 2°C or 1.5°C above pre-industrial levels by 2100?
ii) What is the progress on implementation of the Cancun pledges for the period to 2020?
iii) Will the combined INDC commitments for 2030

---

[1] Article 2 states "The ultimate objective of this Convention and any related legal instruments that the Conference of the Parties may adopt is to achieve, in accordance with the relevant provisions of the Convention, stabilization of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system. Such a level should be achieved within a time frame sufficient to allow ecosystems to adapt naturally to climate change, to ensure that food production is not threatened and to enable economic development to proceed in a sustainable manner" (UNFCCC, 1992).

(if fully implemented) be sufficient to stay within the range consistent with the 2°C temperature goal?

iv) What are possible contributions in selected key areas, where action can be accelerated to enhance the ambition of national pledges both in the period before and after the expected entry into force in 2020 of the Paris Agreement? This year the detailed assessment is on possible mitigation contributions from International Cooperative Initiatives (ICIs) and enhanced forest-related mitigation activities with a focus on Reducing Emissions from Deforestation and Forest Degradation (REDD+).

## 1.3 Aim of the report and assessment principles

This is the sixth UNEP Emissions Gap Report and while the focus of the assessment has gradually shifted from initially examining the emissions gap in 2020 to focusing on 2030, the scientific basis has remained firmly based on the best available analysis worldwide.

The objective of the report remains the same, which is to assess the global progress towards the emissions reductions required to be on track towards the agreed target of limiting global average temperature increase to below 2°C by the end of the century compared to pre-industrial levels. In parallel, the report assesses the possible actions to be taken to achieve the necessary reductions and how these can be accelerated and scaled up to close the gap between the target and actual emissions trends – a constant feature of this series of reports.

## 1.4 INDC Assessment process

The INDC assessment team's approach has been to assess the impacts of the INDCs on future global GHG emissions. Global GHG emissions in 2025 and 2030 are compared under four scenarios – the baseline scenario (assuming no additional climate policies since 2010), the current policy trajectory scenario (includes currently adopted and implemented policies), the INDC scenario (how global GHG emissions might evolve with full implementation of the INDCs) and the 2°C scenario (representing an idealized global scenario consistent with limiting warming to below 2°C by 2100, keeping the option open to strengthen the global temperature target to 1.5°C). Each scenario is a composite in the sense that it draws on multiple individual scenarios from the published literature. The emissions gap is estimated as the difference between the INDC scenario and the 2°C scenario.

The approach to the assessment is characterized by the following principles:

i) For nationally-generated data, assessment is based on the figures directly available in the officially submitted INDCs

ii) For independently-generated data, assessment is based on peer-reviewed published analyses (or on related outputs) by independent modelling groups/

analysts based on the analysis of the information available in the INDCs

iii) Participation of a balanced team of experts in the INDC assessment (by gender, professional and sectoral background, institutional affiliation and geographical location).

In the process of preparing the Report and the INDC assessment, experts have frequently debated differences in understanding of assumptions (such as forms of mitigation contribution, conditional versus unconditional INDCs, use of international market mechanisms and treatment of the land use sector). By scrutinising assumptions (used by governments, independent modelling groups and international bodies), the team has been able to resolve many inconsistencies which, in turn, has led to increased confidence in the accuracy and validity of results.

## 1.5 Organization of the report

The report comprises six chapters – this first one scoping the outline, with subsequent ones falling under two main parts of the report.

**Part I** comprises Chapters 2 and 3. Chapter 2 focuses on the importance of enhanced pre-2020 mitigation action. It starts by presenting recent estimates for global emission levels and assesses pathways consistent with the 2°C and 1.5°C temperature goals, based on the latest available literature. It then explains why enhanced early action matters and outlines the implications of not enhancing action, followed by a review of progress with current 2020 pledges. Chapter 3 assesses the 119 INDCs, covering 146 countries, submitted by 1 October 2015, with a specific focus on the extent to which the INDCs in aggregate contribute to a reduction in global GHG emissions consistent with limiting average global temperature increase to below 2°C in 2100 with >66 per cent chance. The chapter quantifies an emissions gap – the gap in 2025 and 2030 between future emission levels with the INDCs fully implemented and the emission levels consistent with the temperature goals of 1.5°C and 2°C in 2100.

**PART II** explores some of the opportunities for narrowing and potentially bridging the estimated emissions gap in 2030. It starts with an overview of key issues and potentials for reducing GHG emissions by 2030, based on an assessment of a number of recent studies. This is followed by two focal chapters. Chapter 5 assesses the possible contribution to global mitigation efforts by key International Cooperative Initiatives (ICIs) led by actors other than the Parties to the UNFCCC. Finally, Chapter 6 reviews a range of forest-related mitigation activities and identifies the technical potential for both $CO_2$ emissions reductions and sequestration from these activities in developing countries, and with a special focus on REDD+.

As in previous editions, this year's Report has been put together by an international team of top scientists. This year 42 scientists from 24 scientific groups in 18 countries have contributed to the report.

## Chapter 2

# The importance of pre-2020 action

**Section 2.2:**
**Lead author:** Joeri Rogelj (International Institute for Applied Systems Analysis)

**Contributing authors:** Kejun Jiang (Energy Research Institute), Jason Lowe (Met Office), Greet Maenhout (Joint Research Centre, European Commission), Steven Smith (Pacific Northwest National Laboratory)

**Section 2.3:**
**Lead authors:** Taryn Fransen (World Resources Institute), Michel den Elzen (PBL Netherlands Environmental Assessment Agency), Hanna Fekete (NewClimate Institute), Niklas Höhne (NewClimate Institute)

**Contributing authors:** Mengpin Ge (World Resources Institute), Heleen van Soest (PBL Netherlands Environmental Assessment Agency)

## 2.1  Introduction

This Chapter first discusses recent global emission levels and trends, and reviews where global emissions would be heading in the absence of additional deliberate climate policies. It then presents assessment of global emission pathways that would keep global warming to below respectively 1.5°C or 2°C in 2100. This is followed by an elaboration of why enhanced early action matters and a discussion of the implications of not increasing short-term climate mitigation efforts.

Achievement of the Cancun 2020 pledges will be important for the transition to least-cost mitigation pathways from 2020. Section 2.3 therefore takes a closer look at progress towards achieving the 2020 pledges. The focus is on the Parties that are members of the G20, as these economies collectively generate around three quarters of global GHG emissions. However, it remains critical that all countries advance as far as possible towards achieving – and ideally exceeding – their Cancun pledges.

## 2.2  Global emission pathways and the importance of enhanced action

### 2.2.1   Recent trends and baselines

Over the past decades, global GHG emissions have increased steadily with small variations around a longer term trend. Moreover, during the first decade of the 21st century, emissions increased at a faster rate (2.2 per cent/yr) than during the last three decades of the 20th century (1.3 per cent/yr) (IPCC, 2014a). After the recovery from the economic crisis (with a 3.5 per cent increase in 2010-2011), the emissions growth slowed to 1.8 per cent on average over the subsequent two years[1]. The most recent global emission estimates[2] are for the year 2014. In that year, total global Kyoto-GHG emissions[3] amounted to about 52.7 $GtCO_2e/yr$ (range: 47.9-57.5[4], Figure 2.1). Global carbon dioxide ($CO_2$) emissions from fossil fuels and industry alone were estimated at 35.5 $GtCO_2/yr$[5] for 2014 (range: 32.5-38.5[6]).

In the absence of any further mitigation action compared to these trends, GHG emission projections are set to increase significantly over the 21st century. These projections are influenced by many factors. For example, economic and population growth will generally result in an increase in emissions, while energy intensity improvements in the global economy and reductions of carbon intensity in energy production will generally result in a decrease in emissions. These factors have characterized the last three decades of the 20th century. During the first decade of the 21st century, however, carbon intensity increased again, thus further contributing to rising global emissions.

---

1   Based on EC-JRC/PBL. EDGAR version 4.3. http://edgar.jrc.ec.europa.eu/, 2015 update (forthcoming).
2   Data for this year is available from EDGAR and PRIMAP. Sources: EC-JRC/PBL. EDGAR version 4.3. http://e gar.jrc.ec.europa.eu/, 2015 update (forthcoming); PRIMAP4 baseline: PIK-Potsdam. https://www.pik-potsdam.de/research/climate-impacts-and-vulnerabilities/research/rd2-flagship-projects/primap/emissions-module
3   Here aggregated with 100-year Global Warming Potentials (GWPs) of the IPCC Second Assessment Report.
4   90 per cent confidence interval, based on the uncertainty range assessed in IPCC AR5 Working Group III.
5   Source: BP Statistical Review of World Energy June 2015, http://www.bp.com/statisticalreview
6   95 per cent uncertainty range, based on Andres et al. (2014).

## Figure 2.1: Historical greenhouse gas (GHG) emissions and projections until 2050



**Left hand panel:** Historical GHG from CAIT* (dashed line), PRIMAP** (solid line), and EDGAR*** (dotted line) – all excluding biomass-burning emissions. The solid line surrounded by the brown-shaded area shows the EDGAR estimates when including large-scale biomass burning emission estimates as in IPCC AR5 WG3****, and their overall 90% uncertainty range. Projections are drawn from the IPCC AR5 Scenario Database and show baselines (grey) and scenarios limiting warming to below 2°C by 2100 with at least a likely (>66%) chance (blue). The 2°C scenarios start from 2020 levels and assume a global least-cost pathway afterwards. Data for these pathways can be found in Table 2.1 under label "2°C (>66% in 2100)", along with other temperature target definitions. For each subset the median (solid line), the 20-80% range (dark) and the min-max range (lighter) of Kyoto-GHG emissions are shown.

**Right hand panel:** Estimated global temperature increase in 2100 of both scenario subsets. The climate uncertainty represents the 90% range of carbon-cycle and climate response uncertainty, as used in the IPCC AR5 WGIII assessment. Kyoto-GHG emissions are aggregated using 100-year Global Warming Potentials reported in the IPCC Second Assessment Report.

SOURCES:
* CAIT: World Resource Institute (WRI). http://www.wri.org/resources/data-sets/cait-historical-emissions-data-countries-us-states-unfccc
** PRIMAP4 baseline: Potsdam Institute for Climate Impact Research (PIK). https://www.pik-potsdam.de/research/climate-impacts-and-vulnerabilities/research/rd2-flagship-projects/primap/emissions-module
*** EDGAR: European Commission, Joint Research Centre (JRC)/ Netherlands Environmental Assessment Agency (PBL). Emission Database for Global Atmospheric Research (EDGAR) version 4.3. http://edgar.jrc.ec.europa.eu/, 2015 update (forthcoming), (Olivier and Janssens-Maenhout, 2012).
**** based on updates of van der Werf *et al.* (2010).

A projection of GHG emissions and their driving factors in the absence of dedicated climate policies is often referred to as a 'baseline'. In the IPCC Fifth Assessment Report (Clarke et al., 2014), baselines are defined as "not to include climate policy after 2010"[7]. In such baselines, GHG emissions are expected to increase to about 70-90 $GtCO_2e/yr$ in 2050[8], and in most cases global warming would exceed 4°C by the end of the century, as indicated in Figure 2.1.

### 2.2.2   Pathways towards 1.5°C and 2°C

In 2014, the UNEP Emissions Gap Report described how global temperature levels are linked to so-called carbon dioxide emission budgets, and how these budgets, in line with holding warming to below 2°C, can be spread over time (UNEP, 2014). While these budgets remain useful and valid benchmarks, this year's analysis uses emission scenario data compiled for the IPCC AR5[9] to further explore the timing of reaching global net zero emissions and the evolution of annual GHG emissions over time. Data from a recent scientific study that described pathways that limit warming to below 1.5°C by 2100 were also included[10].

Pathway characteristics for both 1.5°C and 2°C scenarios are provided in Table 2.1. These show pathways with limited action until 2020 and global least-cost mitigation afterwards. These are in line with current policy trajectories (see Section 2.3 and Chapter 3), which suggest that the global community did not enhance its mitigation action from 2010 aligned with long-term least-cost 1.5°C or 2°C pathways from 2010 onward (UNEP, 2014). Therefore, the scenarios used in this year's report assume global emissions in 2020 that are roughly in line with the Cancun pledges for 2020 (that is, 49-56 $GtCO_2e$ in 2020 as indicated in Table 2.1). Furthermore, the pathways shown allow temperatures to 'overshoot' – that is, to temporarily exceed the 2°C limit before falling below it again by 2100[11]. These pathways do not represent the only possibilities of limiting warming to below 1.5°C and 2°C. Some level of flexibility is available for emissions falling outside the range. However, this flexibility is not infinite and enhanced pre-2020 action matters (as further discussed in Section 2.2.3).

As Table 2.1 shows all scenarios are characterized by net negative global total GHG emissions by 2100. Looking specifically at $CO_2$ emissions that play a dominant role in determining long-term warming as described in Box 2.1, 1.5°C- and 2°C-consistent scenarios reach net zero $CO_2$ emissions globally between 2045 and 2075 (Table 2.1). Scenarios in line with 1.5°C reach net zero $CO_2$ emissions around 2050. In scenarios that keep warming to below 2°C

with >66 per cent chance, the timing is of the order of one or more decades later, more specifically around 2070 (range: 2060-2075)[12].

Achieving global net zero $CO_2$ emissions is a geophysical requirement. It follows directly from the fact that to limit warming to any level, total net $CO_2$ emissions need to be capped, and from the fact that, up to the present day, global $CO_2$ emissions are still rising[13]. In theory, a small set of scenarios is able to limit warming to below 2°C[14] without achieving net negative emissions by 2100 (UNEP, 2014). However, these scenarios all start stringent, global mitigation before 2020 (see also Section 2.2.3), which is no longer considered realistic. Without exception, all 1.5°C scenarios available in the literature reach net negative $CO_2$ emissions by mid-century, even with stringent mitigation action having started in 2010.

In most scenarios, global net zero and negative emissions are achieved by the use of so-called negative emission technologies that offset any residual positive emissions. Such negative emissions might be achieved on a large scale, for example, by massive afforestation or by combining bio-energy with capture and storage of $CO_2$. Bio-energy combined with capture and geological storage of $CO_2$ has been studied increasingly over the past decade, but uncertainties about its large-scale deployment remain (see Annex A for details).

Compared to 2°C pathways, significantly fewer studies have explored pathways that limit warming to 1.5°C (Clarke et al., 2014). Findings for the very stringent 1.5°C limit are therefore less robust. However, one scientific review of 1.5°C scenarios (Rogelj et al., 2015a) found that such scenarios are in many aspects similar to 2°C-consistent scenarios, but that they are characterized by faster emissions reductions in the near term (in 2020 and 2030). Compared to 2°C, the rapid and profound decarbonization of the energy system in 1.5°C scenarios is driven by earlier reductions in the power sector, important efforts to limit energy demand in the industry, buildings, and transport sector; and no delays in global mitigation action beyond 2020. This more rapid transformation translates into significantly higher costs. For example, carbon prices are about two or three times higher in 1.5°C scenarios than in scenarios that keep warming to below 2°C with >66 per cent chance (Rogelj et al., 2015a).

### 2.2.3 Why enhanced early action matters

Enhanced early action facilitates the transition to the stringent, long-term emission reductions required for limiting warming to below 1.5°C and 2°C. It would enable countries i) to overachieve their current pledges by 2020,

---

7   They may or may not include Kyoto Protocol commitments until 2012.

8   Scenario-based ranges in this chapter refer to the 20th to 80th percentile range, unless stated otherwise.

9   In particular, the emission scenarios available in the IPCC AR5 Scenario Database were used. Temperature projections for the IPCC AR5 Scenario Database were computed with a probabilistic version of MAGICC. (Meinshausen et al., 2009; Meinshausen et al., 2011).

10  Rogelj et al. (2015a). These 1.5°C scenarios temporarily exceed the 1.5°C limit during the 21st century in order to fall below it again with >50 per cent chance in 2100. This is sometimes referred to as a temperature overshoot. Insufficient data are available for assessing pathways that return warming to below 1.5°C by 2100 with >66 per cent chance.

11  Pathways for 2°C scenarios that do not allow overshooting (that is, where temperatures stay below 2°C during the 21st century) are shown in the technical Annex A to Chapter 2, available online.

12  These numbers differ from the ones presented in the 2014 Emissions Gap Report (UNEP, 2014, Table 2.1), where the median year and range of annual net global $CO_2$ emissions including LULUCF becoming zero was indicated as 2065 (range: 2055-2070). The reason is that this year the final IPCC AR5 Scenario Database was used, whereas the estimate last year was based on a preliminary release of the IPCC AR5 scenarios database data. In addition, this year the estimate is corrected for sampling bias by removing scenarios that do not represent a variation at the global level, but only represent a variation in the regional burden sharing scheme. See Annex A, available online, for technical details.

13  See Rogelj et al. (2015b) for a detailed discussion.

14  Both with a >66 per cent or >50 per cent chance, based on the IPCC AR5 Scenario Database.

## Box 2.1:   The global carbon dioxide ($CO_2$) budget, non-$CO_2$ GHGs and the link to global warming

Limiting warming to any desired level requires a cap on total, cumulative anthropogenic $CO_2$ emissions. Working Group I of the IPCC (IPCC, 2013) showed that global mean temperature increases are almost directly proportional to cumulative carbon dioxide emissions since the pre-industrial period. This leads to the important conclusion that there is a maximum amount of carbon dioxide emissions, or a $CO_2$ budget, that can be discharged to the atmosphere over time if society wishes to stay within a 2°C or other global warming limit. The IPCC indicated that to limit warming to below 2°C with a 'likely chance' (that is >66% chance) by the end of the century, about 1 000 Gt$CO_2$ of $CO_2$ emissions remained 'in the budget' from 2011 onward* (IPCC, 2014b; Knutti and Rogelj, 2015). To keep $CO_2$ emissions within such a budget allowance, annual global $CO_2$ emissions have to become zero at some point during the 21st century. This is a geophysical requirement that applies regardless of the budget level chosen. For non-$CO_2$ GHGs with a shorter lifetime in the atmosphere, such as methane, the levels of emissions that are emitted per year are more important than the cumulative amount**. Reducing their annual emissions is also important to limit global mean temperature increase to low levels. Table 2.1 indicates the year of global annual emissions becoming net zero for each of the pathways considered.

* This number is accompanied by an uncertainty range, which depends on the concurrent mitigation of non-$CO_2$ GHGs.
** This is approximately true, as for non-$CO_2$ GHGs that stay in the atmosphere for quite a while (for example, $N_2O$ has an atmospheric lifetime of 121 years) there is also a more limited cumulative effect. See, for example, Smith *et al.* (2012).

**Table 2.1:** Overview of pathway characteristics of 1.5°C and 2°C scenarios based on a re-analysis of the IPCC AR5 Scenario Database and a recent study on 1.5°C scenarios[15].

All scenarios have prescribed 2020 emissions consistent with the GHG pledges made by Parties in Cancun in 2010, and hence do not represent least-cost emission levels until then. All available scenarios with limited action until 2020 rely on net negative $CO_2$ emissions from energy and industry during the 21st century. Most scenarios with such specifications were contributed to the IPCC AR5 Scenario Database by the LIMITS intercomparison project[16]. Note that this table provides data for limiting warming below 1.5°C and 2°C in 2100. Further information is provided in the Tables of Annex A (available online).

| Limiting warming in 2100 (allowing for overshoot) | | | | | |
|---|---|---|---|---|---|
| **1.5°C (>50% in 2100)** | Pathways limiting warming to below 1.5°C by 2100 with >50% chance<br>Limited action until 2020 and least-cost mitigation afterwards | | | | |
| Number of available scenarios: 6; Number of contributing modelling frameworks: 2<br>Year of global annual emissions becoming net zero† for:<br>Kyoto-GHGs: **(2060-2080)**; total $CO_2$ (including LULUCF): **(2045-2050)**; $CO_2$ from energy and industry: **(2045-2055)** | | | | | |
| | **Annual emissions of global total greenhouse gases [Gt$CO_2$e/yr]** | | | | |
| Year | 2020 | 2025 | 2030 | 2050 | 2100 |
| **median*** | 56 | 47 | 39 | 8 | -5 |
| range and spread** | 53(-/-)56 | 46(-/-)48 | 37(-/-)40 | 4(-/-)14 | -5(-/-)-3 |
| **2°C (>66% in 2100)** | Pathways limiting warming to below 2°C by 2100 with >66% chance<br>Limited action until 2020 and least-cost mitigation afterwards | | | | |
| Number of available scenarios: 10; Number of contributing modelling frameworks: 4<br>Year of global annual emissions becoming net zero† for:<br>Kyoto-GHGs: **2085 (2080-2090)**; total $CO_2$ (including LULUCF): **2070 (2060-2075)**; $CO_2$ from energy and industry: **2070 (2060-2075)** | | | | | |
| | **Annual emissions of global total greenhouse gases [Gt$CO_2$e/yr]** | | | | |
| Year | 2020 | 2025 | 2030 | 2050 | 2100 |
| **median*** | 52 | 48 | 42 | 23 | -3 |
| range and spread** | 49(49/53)55 | 44(46/50)53 | 29(31/44)44 | 17(18/27)29 | -11(-9/-1)0 |
| **2°C (50-66% in 2100)** | Pathways limiting warming to below 2°C by 2100 with 50-66% chance<br>Limited action until 2020 and least-cost mitigation afterwards | | | | |
| Number of available scenarios: 4; Number of contributing modelling frameworks: 2<br>Year of global annual emissions becoming net zero† for:<br>Kyoto-GHGs: **(2095-2095)**; total $CO_2$ (including LULUCF): **(2065-2070)**; $CO_2$ emissions from energy and industry: **(2070-2080)** | | | | | |
| | **Annual emissions of global total greenhouse gases [Gt$CO_2$e/yr]** | | | | |
| Year | 2020 | 2025 | 2030 | 2050 | 2100 |
| **median*** | 53 | 50 | 47 | 28 | -1 |
| range and spread** | 50(-/-)55 | 49(-/-)51 | 46(-/-)48 | 27(-/-)29 | -2(-/-)-1 |

† Rounded to nearest 5 years. Explanation of format: 'median (20th percentile – 80th percentile)' – for example, '2085 (2080-2090)'; no median is provided if fewer than 10 scenarios are available 'minimum–maximum)' – for example, '(2060-2080)'.
* Rounded to the nearest 1 Gt$CO_2$e/yr .
** Rounded to the nearest 1 Gt$CO_2$e/yr. Explanation of format: 'minimum value (20th percentile/80th percentile) maximum value' – for example, '44(46/50)53'. No percentiles are provided if fewer than 10 scenarios are available – for example, '46(-/-)48'.

15  See Rogelj et al. (2015a).
16  See Kriegler et al. (2013).



and ii) to transition towards a pathway in line with a least-cost trajectory after 2020. By making the shift in emissions less abrupt, enhanced pre-2020 and pre-2030 action reduces the so-called transitional challenges (see below). Furthermore, to keep the door open for limiting warming to below 1.5°C by 2100, enhanced early action seems essential. Previous reports (UNEP, 2012, 2013, 2014) provided detailed discussion of the trade-offs between early and late action. Three main areas of importance with respect to enhanced early action were highlighted in particular:

1.  *Economics and technology*, where enhanced early action will:
    - mediate the requirement for very steep emission reductions in the medium term
    - facilitate mitigation in the medium to long term by reducing lock-in of carbon and energy intensive infrastructure in the energy system and society as a whole
    - spur near-term learning and development of technologies that will be essential in the long term
    - provide early policy signals which are needed for action in the following decades
    - reduce the overall costs and economic challenges during the transitional period, for example, in terms of upscaling of energy investments
    - reduce the dependence on unproven technologies such as negative emissions technologies[17] and increase the options society can choose from to achieve stringent emission reductions.
2.  *Climate outcomes:* Enhanced early action will reduce climate risks, for example, by influencing the rate of temperature increase (Schaeffer *et al.*, 2013; Ricke and Caldeira, 2014).
3.  *Co-benefits:* Enhanced early action will enable the realisation of near-term co-benefits of climate change mitigation, such as improved public health as a result of lower air pollution, improved energy security, and reduced crop yield losses[18].

The issue of lock-in is very important in a number of ways. Even with enhanced early action, it is projected that carbon intensive infrastructure, such as unabated coal-fired power plants, will have to be shut down before the end of their lifetime in some stringent mitigation scenarios, and delay exacerbates this (Rogelj *et al.*, 2013; Johnson *et al.*, 2015). Furthermore, delay also locks in energy intensive practices. Limiting energy demand is critical to keep stringent mitigation targets within reach (Clarke *et al.*, 2014). Furthermore, the transition to a low energy-demand society is also inhibited by delays of action, as more energy intensive infrastructure continues to be built up. Infrastructure lock-in makes the transition to a low-carbon path harder.

Enhanced early action is thus important. As described above, overachievement of the 2020 pledges will improve the chances for the stringent emission reductions that are required post-2020 ( Rogelj *et al.*, 2013; Clarke *et al.*, 2014).

## 2.3  Progress towards the 2020 pledges: a closer look at major economies

Section 2.2 underlined the importance of pre-2020 mitigation action to achieving consistency with the below 2°C by 2100 scenarios. It is critical that all countries, and particularly the highest-emitting economies, advance as far as possible towards achieving — and ideally exceeding — their Cancun pledges. This section takes a closer look at progress towards achieving these 2020 pledges, focusing on the parties that are members of the G20[19]. These economies collectively generate around three quarters of global GHG emissions[20].

### 2.3.1  Assessment of G20 countries' 2020 emissions under three cases

The section compares current emissions trajectories of G20 members with the trajectories associated with the achievement of these Parties' 2020 pledges. It should be read with three important caveats in mind. First, not all pledges demand the same level of effort to achieve. In other words, a country currently on track to achieve its pledge has not necessarily made a greater effort to mitigate emissions than a country not yet on track[21]. Secondly, these projections are subject to the uncertainty associated with macroeconomic trends, such as changes in gross domestic product (GDP), as well as the impact of policies. Thirdly, the emission trajectories analysed here do not quantify the potential impact of using offsets to achieve pledges. If offsets are traded internationally, and are counted towards the pledges of both buying and selling parties, the global impact of the pledges will be weakened. Most countries have not clarified their intentions concerning use of offsets to meet their 2020 pledges. Australia, Brazil, Canada, the European Union, and the United States have explicitly not excluded the possibility; others have not formally commented (CAIT WRI, 2015).

Table 2.2 compares 2020 emissions under three cases: a pledge case, based on official data; a current policy trajectory case, based on official data; and a current policy trajectory case, based on independent analysis. These cases are described in Box 2.2.

---

17  Enhanced early action is important in reducing dependence on negative emissions in the long term for achieving stringent climate targets like 2°C. However, there are no scenarios available that return warming to below 1.5°C by 2100, without the use of bio-energy combined with capture and geological storage of $CO_2$.

18  Note that the IPCC AR5 also identified adverse side-effects of climate change mitigation, which will have to be considered simultaneously.

19  The members of the G20 are Argentina, Australia, Brazil, Canada, China, France, Germany, India, Indonesia, Italy, Japan, Republic of Korea, Mexico, Russia, Saudi Arabia, South Africa, Turkey, the UK, the USA, and the EU. In our analysis, the EU including all its Member States (regardless of G20 status) is considered as a single Party, and EU Member States are not considered individually. In general, evaluating the pledges of other countries is limited by a lack of data.

20  In 2012, these parties accounted for 77 per cent of global emissions excluding LULUCF and 75 per cent of global GHG emissions including LULUCF (CAIT WRI, 2015).

21  See Appendix 2.D of the 2013 UNEP Emissions Gap Report (UNEP, 2013) for further discussion of this issue.



**Box 2.2: Assumptions of analysis of progress towards pledges**

For each country or Party, Table 2.2 compares estimates for 2020 emissions under three cases:

1. **Pledge case (official data):** Identifies the maximum level of GHG emissions that each country or Party could emit in 2020 and still meet its pledge – without considering the use of offsets. If a pledge is presented as a range (Brazil, China and India), the less ambitious end of the range is adopted as the official pledge estimate. If a country has both a conditional and unconditional pledge (Indonesia), only the unconditional pledge is used. If a country has only a conditional pledge (Mexico, South Africa), the conditional pledge is used. For countries whose pledges are framed relative to a baseline scenario, it is assumed that baselines are not adjusted in the future. For countries whose pledges are framed as GHG intensity targets, economic growth consistent with official projections is assumed[22]. Where available, the 2020 emission level described by the country or Party as the pledge level is used; alternatively, these levels are calculated working from official base-year or baseline data.

2. **Current policy trajectory case (official data):** Identifies official estimates of 2020 emissions considering projected economic trends and current policy approaches, including policies at least through 2012.

3. **Current policy trajectory case (independent analysis):** Similarly identifies estimates of 2020 emissions considering the best current estimates of projected economic trends and current policy approaches, but is based on independent analysis rather than official data. Figures are drawn from the Climate Action Tracker (CAT, 2015) and den Elzen *et al.* (2015) for all countries, as well as other, country-specific sources where noted. Current policy trajectory (independent analysis) supplements the official sources described in point two by providing data that aim for consistency across countries and political independence.

Projections only consider a limited subset of sectors and gases, for example, $CO_2$ emissions from fossil fuels are omitted, as they cannot be compared to projections and targets that include the full set of GHGs across the entire economy.

---

22   For China, GDP is assumed to reach 61.6 trillion yuan in 2020, consistent with China's National Communication (People's Republic of China, 2012). For India, GDP is assumed to reach 120.41 trillion rupees ('06–'07 rupee value) in 2020, consistent with the average of the scenarios presented in Planning Commission Government of India (2014).

**Table 2.2:** Emissions in 2020 under pledge case and current policy trajectory cases for G20 countries (MtCO$_2$e)[23]

| Parties | 2020 Pledge Case (based on official data) | Current Policy Trajectory (based on official data) | Current Policy Trajectory (based on independent estimates)[24] | Mitigation pledge and current policy trajectory details |
|---|---|---|---|---|
| Australia | 530[a] (DoE, 2015) | 655[a] (DoE, 2015) | 575-580[b] (CAT, 2015) 650-665[a] (den Elzen et al., 2015) | Base year pledge<br><br>Current Policy Trajectory (official data) excludes impacts of Emissions Reduction Fund (ERF) (see discussion below) |
| Brazil | 2 070[a] (Brazilian Government, 2010) | N/A | 1 750-2 075[a] (CAT, 2015) 1 470-1 520[a] (den Elzen et al., 2015) | Baseline scenario pledge |
| Canada | 610[a] (Environment Canada, 2014) | 730[a] (Environment Canada, 2014) | 745[b] (CAT, 2015) 720-760[b] (den Elzen et al., 2015) | Base year pledge |
| China* | 14 500[a] (People's Republic of China, 2012) | N/A | 12 200-12 600[a] (CAT, 2015) 12 535-13 420[a] (den Elzen et al., 2015) | Intensity pledge<br><br>2020 Pledge Case assumes 40% reduction in GHG intensity and 2020 GDP of People's Republic of China (2012), adjusted for non-CO$_2$ projections from CAT (2015). The high end of this range is based in part on China's Second National Communication (People's Republic of China, 2012), which considers policies only through 2010, and is therefore likely to be higher than actual 2020 emissions |
| European Union | 4 500[b] (EEA, 2014a) | 4 230[b] (EEA, 2015) | 4 115-4 375[b] (CAT, 2015) 4 105-4 370[b] (den Elzen et al., 2015) | Base year pledge<br><br>Current Policy Trajectory (official data) does not fully reflect all policies adopted past mid-2012 |
| India* | 3 815[b] (Planning Commission Government of India 2011, 2014) | N/A | 3 500-3 600[b] (CAT, 2015) 3 535-3 960[a] (den Elzen et al., 2015) | Intensity pledge<br><br>2020 Pledge Case assumes 20% reduction in GHG intensity per Planning Commission Government of India (2011), 2020 GDP per Planning Commission Government of India (2014), and exclusion of the emissions from agriculture and LULUCF per Planning Commission Government of India (2011) |
| Indonesia | 1 335[a] (BAPPENAS, 2015) 2 185[a] (Ministry of Environment Indonesia, 2010) | N/A | 2 540[a] (CAT, 2015) 1 910-1 950[a] (den Elzen et al., 2015) | Baseline scenario pledge<br><br>2020 Pledge Case of 1 335[a] is calculated based on the baseline from BAPPENAS (2015)[25]<br><br>2020 Pledge Case of 2 185[a] is calculated based on the baseline from Ministry of Environment Indonesia (2010) |
| Japan | 1 300[b] (UNFCCC, 2014) | 1 320[b] (UNFCCC, 2014) | 1 230-1 330[b] (CAT, 2015) 1 135-1 330[b] (den Elzen et al., 2015) 1 350-1 400[b] (Kuramochi, 2014) | Base year pledge |
| Mexico | 555[a] (Mexico, 2015) 670[a] (NCCS, 2013) | 830[a] (Government of Mexico, 2012; SEMARNAT, 2013) | 785-800[a] (CAT, 2015) 770-810[a] (den Elzen et al., 2015) | Baseline scenario pledge<br><br>2020 Pledge Case of 555[a] is calculated from INDC (Mexico, 2015) baseline[26] of 792<br><br>Current Policy Trajectory (official data) is based on Government of Mexico (2012), adjusted per SEMARNAT (2013) |

---

23   Figures do not consider the possible purchase or sale of offsets. Figures including LULUCF indicated with [a], excluding LULUCF indicated with [b].

24   References to den Elzen et al. (2015) in this column represent PBL estimates based on the method of den Elzen et al. (2015). Some numbers presented here have been updated by other studies cited here. See http://infographics.pbl.nl/indc/.

25   The INDC baseline is based on a revised national inventory that shows significantly lower 2010 emissions than those shown in the National Communication and assumed by other studies cited here. See http://ranradgrk.bappenas.go.id/rangrk/beranda/92-bahasa/informasi-sektoral/193-hasil-indc for a comparison of 2010 emissions.

26   The INDC baseline is based on a new methodology with global warming potentials (GWPs) from the IPCC 5th Assessment Report; it is therefore not comparable to any other sources cited here. All other sources use GWPs from the IPCC 2nd Assessment Report; the NCCS (2013) also uses a previous methodology.

| Parties | 2020 Pledge Case (based on official data) | Current Policy Trajectory (based on official data) | Current Policy Trajectory (based on independent estimates)[24] | Mitigation pledge and current policy trajectory details |
|---|---|---|---|---|
| Republic of Korea | 550[a] (Republic of Korea, 2015)<br><br>545[a] (Republic of Korea, 2014) | N/A | 745-755[b] (CAT, 2015)<br>585-620[b] (den Elzen *et al.*, 2015) | Baseline scenario pledge<br><br>2020 Pledge Case of 550[a] is calculated from INDC (Republic of Korea, 2015) baseline of 783 |
| Russian Federation | 2 515[b] (Government of Russia, 2014) | 2 410[b] (Government of Russia, 2014) | 2 600[b] (CAT, 2015)<br>2 295-2 375[b] (den Elzen *et al.*, 2015) | Base year pledge<br><br>2020 Pledge Case reflects 25% reduction calculated based on national inventory data (Government of Russia, 2014) |
| South Africa | 585[a] (Department of Environmental Affairs, 2011a, 2011b) | N/A | 730[b] (CAT, 2015)<br>560-885[b] (PBL, 2015) | Baseline scenario pledge |
| United States of America | 5 145[a] (Biennial Report, 2013) | 5 920[a] (Biennial Report, 2013) | 6 360-6 600[b] (CAT, 2015)<br>5 445-6 170[a] (den Elzen *et al.*, 2015)[27] | Base year pledge<br><br>Current Policy Trajectory (official data) is from the 'with measures' scenario in the Biennial Report (2013). The USA considers that it has moved onto the 'with additional measures' trajectory, with a range of 4 893-5 591 MtCO$_2$e for 2020 |
| **No 2020 pledge** | | | | |
| Argentina | No pledge | No pledge | 380-480[b] (CAT, 2015) | |
| Saudi Arabia | No pledge | No pledge | 645[b] (CAT, 2015) | |
| Turkey | No pledge | No pledge | 655[b] (CAT, 2015)<br>485-690[b] (den Elzen *et al.*, 2015) | |

**Notes:**
[a] Figures including LULUCF
[b] Figures excluding LULUCF
[*] China and India have GHG intensity targets based on the ratio of GHG emissions to GDP. For consistency, we have converted these to absolute emission numbers based on the official documentation cited above, but a determination of whether each country has achieved its pledge should be based on intensity rather than absolute emissions.

Estimates are rounded to the nearest 5 MtCO$_2$e.

---

27   A suite of additional studies (Rhodium Group, 2014; Belenky, 2015; Hausker *et al.*, 2015) finds that US emissions in 2020 could range from 5 087-5 844 MtCO$_2$e incl. LULUCF if the Administration implements further regulations consistent with its Climate Action Plan.

### 2.3.2 Progress of G20 countries

Based on this analysis, three of the parties considered here – China, the EU28, and India – are on track to meet their pledges without purchasing offsets according to all available analyses. Three more – Brazil, Japan, and Russia – are on track according to most estimates and are within one per cent, one per cent, and three per cent of the pledge level, respectively, according to all estimates.

China's and India's pledges are framed in terms of GHG intensity reductions from 2005 levels, and several sources indicate that both countries are currently on track to achieve them. Studies indicate that China, which pledged a reduction of 40-45 per cent in emissions intensity, is on track to achieve a reduction of at least 42 per cent (IEA, 2014a, 2014b; CAT, 2015; PBL, 2015; Sha et al., 2015). For India, Garg et al. (2014) show that by 2012, India had already reduced intensity by 17 per cent out of a pledged reduction of 20–25 per cent by 2020, and the CAT (2015) and PBL (2015) show India on track for a 36 per cent or 28 per cent reduction by 2020, respectively[28].

Japan announced an adjustment to its pledge in November 2013 from a 25 per cent reduction on 1990 levels to a 3.8 per cent reduction on 2005 levels (similar to an increase of about 3.1 per cent on 1990 levels). While this adjustment makes it much easier for Japan to achieve its pledge, current official projections still place Japan's 2020 emissions slightly above its pledge threshold (UNFCCC, 2014). Independent projections differ slightly – CAT (2015) shows Japan on track to meet its revised pledge, whereas den Elzen et al. (2015) estimates a range in 2020 from slightly below to slightly above the pledge level. Japan's actual trajectory, however, will depend significantly on the respective roles of nuclear power and coal-fired power to meet future needs[29].

Canada and Mexico are likely to require further action or purchased offsets, or both in order to meet their pledges, according to government and independent estimates. Mexico's 2020 pledge is conditional on the provision of adequate financial and technological support from developed countries as part of a global agreement (Mexico, 2015).

According to independent analysis, the Republic of Korea will also require further action to meet its pledge, but this cannot be verified based on publicly available official projections. Independent estimates of 2020 emissions range from well below to well above the pledge level (CAT, 2015; den Elzen et al., 2015).

In the cases of Australia[30] and the USA, government and independent analyses reach differing conclusions regarding each country's progress towards its pledge. In the case of Australia, the government projects 2020 emissions of approximately 655 MtCO$_2$e, not including the impact of the Emission Reduction Fund (ERF). The Australian government states that it is "on track" to meet its target of 533 MtCO$_2$e, and that the ERF has contracted projects expected to deliver abatement of 47 MtCO$_2$e (Commonwealth of Australia, 2015). Prior to the initial auction, CCA (2014) reviewed studies of the potential of the ERF and concluded, "In short, these studies suggest that the ERF's contribution to reducing emissions is likely to come some way short of what is required to meet Australia's minimum 2020 target". Independent analyses (CAT, 2015; PBL 2015) project emissions above the pledge level.

The USA contends that the 'with additional measures' scenario from a 2014 addendum to its biennial report now represents its current policy trajectory. This trajectory shows the United States on track to achieve its pledge. Independent analyses, by contrast, find that further action is still necessary (see, for example, Rhodium Group, 2014; Belenky, 2015; CAT, 2015; Hausker et al., 2015; PBL, 2015).

Insufficient information is currently available to determine whether Indonesia and South Africa are on track to meet their pledges. In the case of Indonesia, independent projections span a wide range, and official projections reflecting current policies are unavailable. In the case of South Africa, official projections to 2020 do not reflect recently adopted and implemented policies, and independent estimates vary widely, from well below the pledge level to well above it. South Africa's pledge is conditional.

Finally, Argentina, Saudi Arabia and Turkey have not proposed GHG reduction pledges for 2020 (as of 1 October 2015, Argentina and Turkey had submitted post-2020 pledges to the UNFCCC as part of their Intended Nationally Determined Contributions).

Despite progress towards implementing policies in line with pledges, work remains to be done to bring all G20 countries into pledge attainment. Additionally, better data are necessary to adequately track this progress in some countries. Ensuring continued progress towards 2020 pledges will reduce the mitigation burden associated with achieving the post-2020 pledges put forward in the INDCs.

This section has examined the extent to which G20 countries are proceeding towards the minimum level of their 2020 pledges, in light of the importance of pre-2020 GHG reductions for achieving consistency with 2°C scenarios, with implications beyond 2020. As described earlier in this chapter, this report does not address the global emissions gap in 2020, so the cumulative impact of the progress towards 2020 pledges is not calculated. UNEP (2014) found that emissions under the global current policy trajectory – taking into account progress by the G20 countries – roughly aligned with the higher-emissions end of the range associated with meeting the unconditional pledges.

It is important to recognise that these pledge levels do not align with the least-cost pathways to limit warming with stringent mitigation action starting in 2010 (UNEP, 2014). Ideally, all countries with 2020 pledges will recognise the need to exceed their undertakings while countries without 2020 pledges will strengthen their own mitigation ambition with appropriate polices and measures. This would allow a transition towards a pathway in line with a least-cost trajectory after 2020, with the associated economic, technology, societal co-benefits, and climate outcome benefits highlighted in Section 2.2.

---

28  Calculated for China based on an assumed GDP growth rate of 8.5 per cent (PBL, 2015) and 7.0 per cent (CAT, 2015), and for India based on an assumed GDP growth rate of 7.5 per cent (PBL, 2015) and 6.4 per cent (CAT, 2015).

29  A study commissioned by Japan's Ministry of Environment (MOE, 2015) projected that by 2030, the share of renewable energy in the electricity sector could reach around 25-30 per cent in a 'medium deployment' case and 30-35 per cent in a 'high deployment' case.

30  See CCA (2014) for further discussion.

## Chapter 3

# The emissions gap in 2025 and 2030

**Lead authors:** Michel den Elzen (PBL Netherlands Environmental Assessment Agency), Taryn Fransen (World Resources Institute), Niklas Höhne (NewClimate Institute), Harald Winkler (University of Cape Town), Roberto Schaeffer (Universidade Federal do Rio de Janeiro), Fu Sha (National Center for Climate Strategy and International Cooperation), Amit Garg (Indian Institute of Management Ahmedabad)

**Contributing authors:** Guy Cunliffe (University of Cape Town), Hanna Fekete (NewClimate Institute), Mengpin Ge (World Resources Institute), Giacomo Grassi (Joint Research Centre, European Commission), Mark Roelfsema (PBL Netherlands Environmental Assessment Agency), Joeri Rogelj (International Institute for Applied Systems Analysis), Sebastian Sterl (NewClimate Institute), Eveline Vasquez (Universidade Federal do Rio de Janeiro)

### 3.1 Introduction

The Lima Call for Climate Action, adopted by Parties to the United Nations Framework Convention on Climate Change (UNFCCC) in December 2014, noted the gap between Parties' mitigation pledges for 2020 and the emission pathways consistent with limiting the increase in global average temperature to below 2°C or 1.5°C (UNFCCC, 2014). It reiterated the invitation issued by the 2013 Warsaw decision for Parties to communicate their Intended Nationally Determined Contributions (INDCs) towards achieving the objective of the Convention (UNFCCC, 2013) (see Box 3.1).

This chapter explores the INDCs submitted by 1 October 2015 (UNFCCC, 2015a), with a specific focus on the extent to which the INDCs *in aggregate* are in accordance with the long-term objective of the Convention, which is "[...] to achieve [...] stabilization of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system". The chapter quantifies an 'emissions gap' – the gap between future emissions under full implementation of the INDCs and under the pathways consistent with limiting warming to below 2°C in 2100 – for the years 2025 and 2030. The Chapter first presents qualitative information about the

### Box 3.1: INDCs in the Warsaw (2013) and Lima (2014) decisions under the UNFCCC

The Warsaw decision 1/CP19 (UNFCCC, 2013) introduced the concept of INDCs as follows:
- All Parties are invited to initiate or intensify preparations for their INDCs, without prejudice to the legal nature of the contributions
- All Parties are invited to communicate their INDCs well in advance of COP 21 "[...] (by the first quarter of 2015 by those Parties ready to do so) in a manner that facilitates the clarity, transparency and understanding of the intended contributions, without prejudice to the legal nature of the contributions".

The Lima decision 1/CP20 (UNFCCC, 2014) reiterated the points agreed in Warsaw, and also:
- Agreed that each Party's intended nationally determined contribution towards achieving the objective of the Convention as set out in its Article 2 will represent a progression beyond the current undertaking of that Party
- Invited all Parties to consider communicating their undertakings in adaptation planning or consider including an adaptation component in their INDCs
- Agreed that the information to be provided by Parties may include, as appropriate, inter alia, quantifiable information on the reference point (including, as appropriate, a base year), time frames and/or periods for implementation, scope and coverage, planning processes, assumptions and methodological approaches including those for estimating and accounting for anthropogenic greenhouse gas emissions and, as appropriate, removals, and how the Party considers that its INDC is fair and ambitious, in light of its national circumstances, and how it contributes towards achieving the objective of the Convention as set out in its Article 2 (UNFCCC, 1992).

**Figure 3.1: Map showing countries that submitted INDCs by 1 October 2015**



Base year target
Baseline scenario target
Fixed level target
Intensity target
Trajectory target

INDC but no GHG target
No INDC submitted
by 1 October 2015

Adapted from **WRI CAIT** Climate Data Explorer
**Note:** The boundaries and names shown and designations used on this map do not imply official endorsement or acceptance by the United Nations

Source: WRI CAIT Climate Data Explorer (WRI, 2015)



INDCs submitted, concerning – for example, the treatment of adaptation, equity, and various GHG accounting issues. It then quantifies future global GHG emission pathways with full implementation of INDCs out to 2030, and compares them to the pathways for limiting warming to below 2°C that were described in Chapter 2.2. INDCs that countries intend to achieve unconditionally, as well as INDCs that are subject to conditions (such as the provision of international climate finance), are evaluated separately. A final update of the assessment including later submissions will be presented on the UNEP Live website before the start of COP 21.

## 3.2  Broad characteristics of submitted INDCs

By 1 October 2015, a total of 119 INDCs, covering 146 countries and 85-88 per cent of global GHG emissions in 2012 (JRC/PBL, 2012; WRI, 2015), had been submitted to the UNFCCC[1,2]. Every INDC includes a mitigation component and just over 85 per cent cover both mitigation and adaptation. Fifteen INDCs cover mitigation only.

Mitigation INDCs were submitted by countries from all regions (see Figure 3.1), and the 10 largest emitters had all submitted their INDCs by 1 October. These are, in descending order of emission levels, China, the USA, EU, India, Russia, Indonesia, Brazil, Japan, Canada and Mexico. The review of the INDCs submitted by 1 October 2015 identified broad mitigation-related groupings as follows:

**Coverage:** 38 INDCs explicitly state that they are economy-wide. Many of these cover 100 per cent of national GHG emissions, while another specifies 98.5 per cent coverage.

**Sectors:** 50 INDCs include all major IPCC sector categories (energy, industrial processes and product use, agriculture, waste, and Land Use, Land-Use Change and Forestry (LULUCF)), while 61 INDCs are sector-specific. Eight INDCs do not explicitly state which sectors are covered.

**Nitrogen trifluoride:** 19 INDCs cover nitrogen trifluoride ($NF_3$, also a Kyoto gas from 2013 onward) in addition to all Kyoto GHGs of the first commitment period. With respect to $NF_3$, two countries (Gabon and Republic of Congo) indicate the gas to be included in future.

**Selective GHGs:** 50 INDCs cover only $CO_2$, $N_2O$ and $CH_4$ (and another INDC includes $SF_6$ in addition to these). Eleven INDCs include only $CO_2$ emissions, while two (Mauritius and Mexico), besides first-commitment-period Kyoto Protocol gases, also include Short Lived Climate Forcers (SLCF)[3].

**100-year Global Warming Potential (GWP):** The common metric of 100-year GWP values is indicated in some, but not all, INDCs, referring to different IPCC Assessment Reports (ARs). GWP values used in INDCs are not all the same. 38 INDCs indicate the use of 100-year GWP values from the IPCC Second Assessment Report (AR2), while 29 INDCs use values from the IPCC AR4. Mexico, Brazil and Ecuador use 100-year GWP values from the IPCC AR5. Brazil further indicated 100-year Global Temperature Potential (GTP) values from the IPCC AR5.

### 3.2.1  Forms of mitigation contributions

Figure 3.1 illustrates that Parties' mitigation contributions take several forms. Below, the various forms of targets included by Parties in their INDCs are summarized.

**Base year target:** 32 INDCs report on an absolute reduction from historical base year emissions. The base year chosen varies, with 1990, 2005 and 2010 being the most common. Most Parties chose 2030 as the target year for their INDCs. However, 11 countries chose 2025.

**Baseline scenario target:** The form of emissions reduction relative to a baseline projection has been chosen in 63 INDCs, mainly for countries located in South and Central America, Africa and South Asia. Two countries using a baseline scenario target are Guyana and Mozambique. They quantify the $MtCO_2e$ they intend to reduce, but do not specify relative baseline emissions projections.

**Trajectory target:** South Africa has a trajectory target stating the emission range in 2025 and 2030 and adds an emission range in absolute Mt to its trajectory target. Specifying a peaking year is part of China's and Singapore's INDCs. In these cases, the timing of the maximum $CO_2$ emissions has been communicated, but not the level, while adding intensity targets.

**Intensity target:** China also specifies the carbon intensity of GDP, indicating percentages by which $CO_2$ emissions per unit of GDP will be reduced by 2030, compared to the 2005 intensity. Singapore adopts the same approach, but for all GHG emissions, giving an emission intensity of GDP. A further four countries (Chile, India, Tunisia and Uruguay) indicate reductions in emission intensity of GDP as the main form of their mitigation INDC.

**Fixed level target:** Seven countries put forward a fixed level target; that is, they specify the $MtCO_2e$ that they intend not to exceed in a given year (Armenia, Bhutan, Costa Rica, Eritrea, Ethiopia, Israel and Sierra Leone). Kenya's INDC, though framed as percentage emission reduction relative to a baseline projection, adds the Mt in the same sentence; the calculation of absolute emissions in 2030 is simple multiplication.

**Actions and non-GHG metrics only:** Six countries (Gambia, Guinea Bissau, Malawi, Myanmar, Rwanda and Swaziland) include only actions and another four countries only non-GHG metrics (Cape Verde, Papua New Guinea, Samoa and Vanuatu).

**Additional non-GHG metrics:** Some INDCs include additional non-GHG metrics, for example, in the form of a target for non-fossil-fuel primary energy share, in the case of China, and a reduction from baseline projections of Short Lived Climate Pollutants, in the case of Mexico.

---

[1]  This total of 119 recognizes that the EU submitted collectively as 1 INDC. Counting the 28 EU member states separately, the country total covered by the INDCs is 146.

[2]  Covering all sectors including land use, land-use change and forestry (LULUCF), and all six Kyoto gases of the first commitment period [carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$), hydrofluorocarbons (HFCs), perfluorocarbons (PFCs) and sulphur hexafluoride ($SF_6$)].

[3]  Mexico's unconditional INDC is equivalent to a reduction of 51 per cent of black carbon (BC); with conditional reductions extending up to 70 per cent of BC emissions, both below BAU by 2030. Mauritius does not provide further information about their SLCF emissions.

**Renewable energy (RE) target:** 42 INDCs include quantified renewable energy (RE) targets as a form of non-GHG metric or actions consistent with their GHG target, in addition to other forms. For example, Brazil targets 45 per cent of renewables in its energy mix by 2030, including expanding the use of renewable energy sources other than hydropower to between 28-33 per cent and increasing the share of renewables (other than hydropower) in the power supply to at least 23 per cent. Furthermore, eight INDCs (Cape Verde, Gabon, Indonesia, Jordan, Lebanon, Papua New Guinea, Samoa and Vanuatu) made RE targets part of their headline mitigation contribution. As an example, Gabon's RE target is expressed as 80 per cent of electricity supply from hydropower by 2025, and as a summary component of its mitigation INDC in addition to an emission reduction target, while Samoa's contribution is a "[...] 100% renewable energy target for electricity generation through to the year 2025".

From the above review, it is evident that, in the absence of agreed forms of mitigation contribution and the units in which these might be expressed, countries have selected a wide variety of forms. Over 50 per cent of the mitigation INDCs have taken the form of emission reduction relative to a baseline projection. Within single forms, different units have been chosen; forms are not mutually exclusive; and several countries have chosen more than one form of mitigation contribution. This has increased the analytical challenge of comparing INDC elements and ensuring consistency when aggregating the different contributions.

### 3.2.2   Treatment of Agriculture, Forestry and Other Land Use

The vast majority of INDCs includes the land-use sector or a component of it. Only a few countries (including Albania, Andorra, Djibouti, Georgia, Marshall Islands, Republic of Macedonia and Trinidad and Tobago) explicitly exclude it. Some countries (for example, Republic of Korea) indicate that a decision on whether to include LULUCF will be made later. Few countries explicitly include a separate forest goal (for example, Benin, China and India).

Most Parties referring to LULUCF include it (or at least the forest component of it) as any other sector within the INDC. In some cases it is not clear if LULUCF is included in the base year. Among those Parties referring to LULUCF accounting rules (most developed or Annex I country Parties), in several cases there is some uncertainty on which rule will be applied. Canada, United States and Australia intend to use a net-net approach[4]. Japan and Switzerland declare the use of an equivalent methodology to those under the Kyoto Protocol. New Zealand will confirm details of the accounting approach prior to or upon ratification of the Paris Agreement. The EU indicates that policy on how to include LULUCF will be established as soon as technical conditions

allow. In addition, Switzerland, Australia, New Zealand, United States and Canada declared also that emissions from natural disturbances may or will be excluded, consistent with available IPCC guidance.

Almost all developing countries have mitigation actions both in agriculture and LULUCF. In many cases, LULUCF represents the most relevant current source of emissions and the main area for future mitigation. Often REDD+ is mentioned, but sometimes the relationship between INDC and REDD+ is not fully clear.

Several developing countries include specific LULUCF information within the unconditional and the conditional targets (for example the expected LULUCF mitigation and the related cost of implementation).

In terms of methodology for estimating GHG emissions and removals, the IPCC 2006 Guidelines are mentioned as the primary guidance by most countries (including all developed country Parties). The 2003 Good Practice Guidance for LULUCF is mentioned by few countries (for example, Kenya, Madagascar, Peru, Jordan and Benin). Some countries also refer to the 1996 IPCC guidelines (for example, Argentina, Democratic Republic of Congo, Macedonia and Republic of Korea).

### 3.2.3   Adaptation components in INDCs and undertakings in adaptation planning

The Lima decision invited all Parties to consider including an adaptation component in their INDCs or to consider communicating their undertakings in adaptation planning. Components on adaptation have been included in just over 85 per cent of INDCs submitted by 1 October (102/119). Of these, three (Australia, Israel and Monaco) indicate in their INDCs that they are working to build their adaptation strategies during 2015, while Brazil's INDC states that it is "[...] working on the design of new public policies, through its National Adaptation Plan (NAP), in its final elaboration phase", and Macedonia's INDC states that "[...] climate change adaptation shall be the subject of more detailed analysis in the future" (UNFCCC, 2015a).

Four undertakings in adaptation planning were submitted or referred to in the INDCs submitted to the UNFCCC. Undertakings in adaptation planning were submitted by both the EU and the USA. These are available on the UNFCCC website (UNFCCC, 2015b) as distinct from the INDC portal (UNFCCC, 2015a). Furthermore, New Zealand and Norway refer in their INDCs (UNFCCC, 2015a) to undertakings in adaptation planning by referring to chapters in their national communications.

### 3.2.4   Specifying support required or offered

Several countries have stated requirements for support for their INDCs in the form of finance, technology transfer, and investment in capacity building, and through international support or the use of international market mechanisms or both.

**Conditional versus unconditional INDCs:** 42 INDCs have both unconditional and conditional components to their GHG emission reduction targets while 39 include only conditional contributions. 37 INDCs do not make a clear distinction between conditional and unconditional provisions in their INDCs.

---

4   Net-net is a term used to describe a method for LULUCF accounting under the Kyoto Protocol, where credits and debits are obtained by comparing the accounting period to the base year. However, under the Kyoto Protocol, LULUCF forestry activities were often without reference to the base year, or were with reference to a projected reference level. If an INDC explicitly includes LULUCF in the base year, then net-net is assumed to be treating LULUCF is the same way as any other GHG inventory sector. It is also possible for countries to use a net-net accounting approach where the base year does not include LULUCF, but the LULUCF contribution is added or subtracted from total national emissions in the target year.

**Use of international market mechanisms:** 22 INDCs indicate they will mainly achieve their emission reductions domestically, although only seven of these specifically state international market mechanisms will not be used. An explicit intention to use these mechanisms is stated by 11 countries, while 20 INDCs express support for their use and a further 23 are considering their potential use. Norway and Iceland indicate in their INDCs that they will likely continue their participation in the EU Emissions Trading System (ETS). Liechtenstein's INDC indicates "[...] supplemental emission reductions abroad", while Albania, Chad, Ethiopia, Montenegro and Rwanda intend to "[...] sell carbon credits". In formulating their mitigation INDCs, four countries (Ghana, Guyana, Japan and New Zealand) have assumed that international mechanisms will be used.

**Requests for international support, including finance:** 91 countries have indicated requirements for international support, with 71 INDCs quantifying these requirements in monetary terms. Examples include India's INDC, which notes that "[...] a preliminary estimate suggests that at least US$2.5 trillion will be required [...]" as a total cost, for its intended contributions, and Morocco's INDC, which communicates that meeting its target will require US$45 billion of investment, of which US$35 billion is conditional on international support (UNFCCC, 2015a). Ethiopia notes that "[...] full implementation of Ethiopia's INDC requires support in the form of finance, capacity building and technology transfer", and estimates that implementing its Green Economy Strategy requires expenditure which exceeds US$150 billion (UNFCCC, 2015a). Another example comes from Kenya's INDC, which states that "Kenya will require support in form of finance, investment, technology development, and capacity building", estimating that "[...] over US$40 billion is required for mitigation and adaptation actions across sectors up to 2030". For further detail on these examples, see UNFCCC (2015a).

**Offers of international support (including finance):** No Annex II country has specified finance, technology or capacity-building support that might be offered or provided in the future. China has offered support for other developing countries, "[...] including the small island developing countries, the least developed countries and African countries", and plans to establish the "Fund for South-South Cooperation on Climate Change". Finally, the Republic of Belarus stated that it has supported, and will support, developing nations, mainly in the area of awareness-raising, education, capacity building, and in the area of research and development relating to climate change issues. For further detail on these examples, see UNFCCC (2015a).

### 3.2.5  How countries address equity, ambition and Article 2 of the Convention

The Lima decision invited information on fairness and ambition, and how the INDC contributes towards achieving the objective of the Convention as set out in its Article 2 (UNFCCC, 1992).

In relation to the objective of the Convention, 52 of the INDCs make reference to Article 2 (verbatim or indirectly),

while 62 INDCs refer to the 2°C goal; 36 INDCs make no reference to either Article 2 or 2°C.

Most INDCs have addressed equity (or fairness) and ambition in some way. However, 80 INDCs do not offer specific metrics to support their claims to relative fairness in relation to their INDCs, instead providing only general statements or reference to principles. A further 31 INDCs draw on analyses conducted by modelling teams or experts from within the country. Only eight INDCs – Andorra, Brazil, Macedonia, Monaco, Norway, Republic of Moldova, South Africa and Switzerland – refer to external, independent analyses.

On equity, a range of arguments and indicators is referred to in the INDCs. The most common indicator chosen is per capita emission levels, described in 57 INDCs. Specifically, 68 INDCs refer to their countries representing a small share of global emissions. Additionally nine INDCs (Andorra, Armenia, Bangladesh, EU, Japan, Jordan, Monaco, Norway and Switzerland) reference ranges in IPCC reports for consistency with 2°C.

Further details are available in Annex B of this report (available online), presenting a summary of key characteristics of all INDCs submitted by 1 October 2015 in table form.

### 3.3  Methodology for quantifying the effect of INDCs on global GHG emissions

### 3.3.1  Overview of scenarios

To assess the impact of the INDCs on future global GHG emissions, global GHG emissions in 2025 and 2030 are compared under four scenarios. Each scenario is composite. It draws on multiple individual scenarios from the published literature in line with the characteristics described below.

- **The baseline scenario** assumes that no additional climate policies have been put in place since 2010 (see also Chapter 2). It is sourced from the scenario database that accompanied the Fifth Assessment Report (AR5) of the Intergovernmental Panel on Climate Change (IPCC) (Clarke et al., 2014).
- **The current policy trajectory scenario** takes into account currently adopted and implemented policies. It is based on (i) the current policies scenarios from three[5] out of the eight global INDC analyses[6] that provide such current policy trajectory scenarios, (ii) official country-specific data sources, and (iii) independent country-specific data sources, as detailed in Table 3.1.

---

5  These three groups with current policy scenarios are: (i) the Climate Action Tracker by Climate Analytics, NewClimate Institute, Ecofys and Potsdam Institute for Climate Impact Research–PIK (CAT, 2015); (ii) International Energy Agency (IEA, 2014); and iii) PBL Netherlands Environmental Assessment Agency (den Elzen et al., 2015). The groups from LSE and DEA (see footnote 6) also have current policies scenarios that are calibrated at the IEA current policies scenario.

6  These eight global groups with INDC scenarios are: (i) the Climate Action Tracker by Climate Analytics, NewClimate Institute, Ecofys and PIK (CAT, 2015); (ii) PBL Netherlands Environmental Assessment Agency (PBL, 2015) (iii) International Energy Agency (IEA, 2014, 2015); (iv) London School of Economics and Political Science (LSE) (Boyd et al., 2015); (v) Climate and Energy College / University of Melbourne dataset (Meinshausen, 2015); (vi) Danish Energy Agency (DEA, 2015); (vii) Climate Interactive (Climate Interactive, 2015); and (viii) NIES (Masui, 2015).

- **The INDC scenario** portrays how global GHG emissions might evolve with full implementation of INDCs. It is sourced from (i) the official estimates included in the INDCs (UNFCCC, 2015a), (ii) calculations based on the INDCs and on other documents submitted by countries to the UNFCCC (such as national GHG inventories, national communications, biennial reports, and biennial update reports), (iii) estimates published in country-specific studies, and (iv) eight global analyses, described further below.

- **The 2°C scenario** represents an idealized global scenario consistent with limiting warming to below 2°C, keeping the option open to strengthen the global temperature target to 1.5°C. It comprises the subset of scenarios from the IPCC AR5 scenario database that (i) have a greater than 66 per cent chance of keeping global temperature increase to below 2°C in 2100 compared pre-industrial levels, (ii) are consistent with full implementation of 2020 pledges that are anchored in the Cancun Agreements, and

**Table 3.1:** Overview of INDC studies included in the assessment by type of source (in alphabetical order)

| Reference | Geographic coverage | Sector and gas coverage | Scenario coverage |
|---|---|---|---|
| Global INDC analyses | | | |
| Climate Action Tracker (CAT, 2015; Gütschow *et al.*, 2015) | Global | All | Current policy trajectory, INDC |
| Climate and Energy College / University of Melbourne dataset (Meinshausen, 2015) | Global | All | INDC |
| Climate Interactive (Climate Interactive, 2015) | Global | All | INDC |
| Danish Energy Agency (DEA, 2015) | Global | All | INDC |
| London School of Economics and Political Science (LSE) (Boyd *et al.*, 2015) | Global | All | INDC |
| International Energy Agency - World Energy Outlook (IEA, 2014; IEA, 2015) | Global | $CO_2$ from energy use[a] | Current policy trajectory, INDC |
| National Institute for Environmental Studies (NIES) (Masui, 2015) | Global | All | INDC |
| PBL Netherlands Environmental Assessment Agency (den Elzen *et al.*, 2015; PBL, 2015) | Global | All | Current policy trajectory, INDC |
| Official country-specific data sources | | | |
| Australian Government (2015) | Australia | All | Current policy trajectory |
| Biennial Report/Biennial Update Report (UNFCCC National Reports, 2015)[a] | Brazil, Japan, Norway, Korea, Republic of, Russia and Switzerland | Varies | Current policy trajectory |
| Department of Environmental Affairs (2014) | South Africa | All | Current policy trajectory, INDC |
| EEA (2014) | EU | All | Current policy trajectory |
| Government of Canada (2014) | Canada | All | Current policy trajectory |
| INDCs (UNFCCC, 2015a) | Brazil, Japan, Korea, Republic of, Mexico, Morocco, South Africa and the USA | Varies | INDC |
| National Climate Change Strategy (2013) | Mexico | All | Current policy trajectory |
| National Communications (UNFCCC National Reports, 2015) | Indonesia, USA | Varies | INDC |
| Independent country-specific data sources | | | |
| Centre for Policy Research (Dubash *et al.*, 2015) | India | $CO_2$ | Current policy trajectory |
| Climate Advisers (Belenky, 2015) | United States | All | Current policy trajectory, INDC |
| Energy Research Institute Low carbon scenarios (based on Jiang *et al.*, 2013) | China | $CO_2$[b] | Current policy trajectory, INDC |
| Indian Institute of Management, Ahmedabad (Garg *et al.*, 2014) | India | All | Current policy trajectory |
| Institut du Développement Durables et des Relations Internationales (IDDRI, 2015) | Japan | All | INDC |
| National Center for Climate Strategy and International Cooperation (Sha *et al.*, 2015) | China | $CO_2$[b] | INDC |
| World Resources Institute (Kuramochi, 2014) | Japan | All | INDC |
| World Resources Institute (Hausker *et al.*, 2015) | United States | All | Current policy trajectory, INDC |

[a] Augmented with US Environmental Protection Agency (2012), JRC/PBL (2012) and den Elzen *et al.* (2015) to produce economy-wide figures.
[b] Augmented with Tavoni *et al.* (2015) and Government of China (2012) to produce economy-wide figures.

(iii) distribute emission reductions across regions, gases and sectors after 2020 in such a way that that global mitigation costs of necessary reductions are minimized.

### 3.3.2  Methodology for current policy trajectory and INDC scenarios

While the baseline and 2℃ scenarios are drawn entirely from the iPCC AR5 database and have not been adjusted, the data sources and methodologies for the current policy trajectory and iNDC scenarios are more complex, as indicated above and in Table 3.1. The methodology in the assessment of these scenarios is therefore described in more detail in the following.

As mentioned, the **current policy trajectory scenario** draws from the current policy scenarios of three of the eight global analyses, in addition to current policy scenarios from official and independent country-specific sources. Where no data are available from official or independent country-specific sources, the assessment uses the median current policy scenario estimate from the three global studies.

Current policy trajectory scenarios assume that no additional mitigation action is taken beyond current policies – even if it results in 2020 pledges not being achieved or being overachieved. Current policy trajectories reflect all adopted and implemented policies, which for the purpose of this report are defined as legislative decisions, executive orders, or their equivalent. This implies that publicly announced plans or strategies alone would not qualify, while individual executive orders to implement such plans or strategies would qualify. Ultimately, however, these definitions may be interpreted differently in the different underlying studies. This assessment is bound by the definitions that the individual research groups use.

The **INDC scenario** draws on individual INDC scenarios from the same eight global analyses. It furthermore draws on official and independent country-specific sources, as indicated in Table 3.1. These are converted to two global estimates in the same manner as for the current policy trajectory scenario. Finally, it considers five additional scenarios that are created by combining emission growth rates of the non-INDC countries from five modelling groups (Tavoni *et al.*, 2015)[7] with the median emission values for INDC-countries taken from the INDC scenarios of the eight global INDC analyses, and the two additional analyses based on the aggregated official and independent country-specific data sources[8]. The resulting composite INDC scenario comprises the median, 10th percentile, and 90th percentile global estimates for 2025 and 2030 from all of these sources.

### 3.3.3  Unconditional and conditional INDC cases

As discussed in Section 3.2, some countries place conditions on all or part of their INDCs. Consequently, two cases are explored in this assessment: unconditional INDCs and conditional INDCs. In the unconditional INDC case, Parties with INDCs are assumed to implement targets without conditions only. Parties that solely have a conditional target, or have not submitted an INDC, are assumed to follow a current policy trajectory. In the conditional INDC case all Parties with INDCs are assumed to implement their conditional targets. Parties that only have an unconditional target are assumed to implement that target, and Parties with no INDCs are assumed to follow a current policy trajectory, or if that is not available, a baseline scenario. In both the unconditional and the conditional INDC cases, it is assumed that for any traded international offsets, each unit is counted towards the INDC of a single country only – either the buyer or the seller.

The studies from which the current policy trajectory scenario and the INDC scenario are drawn differ in a number of respects, such as: conditional versus unconditional INDCs; assumptions regarding non-covered sectors and gases; treatment of LULUCF and surplus emission units; and different bases for calculating Global Warming Potentials (GWPs).

The methodological differences between the groups cannot be fully harmonized, which leads to some uncertainty as indicated in the results presented in Section 3.4, where the implications of the differences between studies are also further explored.

## 3.4  The effect of INDCs on global GHG emissions

This section presents the findings regarding the aggregate effect on global total GHG emissions of full implementation of the INDCs in 2025 and 2030, compared to the emissions implied by baseline, current policy trajectory and 2℃ scenarios. The results are shown in Figure 3.2, with details on medians and ranges provided in Table 3.2. It should be noted that the baseline emission projection is about 2.5 $GtCO_2e$ lower in 2030 compared to the projection in last year's Emissions Gap Report (UNEP, 2014). The reason is that this year baseline emission projections are not harmonized to the global GHG emissions of 49.5 $GtCO_2e$ in 2010.

Taken together, Figure 3.2 and Table 3.2 show that full implementation of the **unconditional INDCs** will reduce global GHG emissions in 2025 by 7 $GtCO_2e$ (range: 3-8) relative to the baseline, and by 3 $GtCO_2e$ (range: 0-4) relative to the current policy trajectory. This leaves a gap in 2025 of 7 $GtCO_2e$ (range: 5-10) between the unconditional INDC scenario and the 2 ℃ scenario.

In 2030, the reduction from the unconditional INDCs is 9 $GtCO_2e$ (range: 6-11) relative to the baseline and 4 $GtCO_2e$

---

7   *The* **Low** *climate* **IM***pact scenarios and the* **I***mplications of required* **T***ight emission control* **S***trategies* (LIMITS) study modelled reference scenarios consistent with achieving the Cancun pledges, assuming constant climate policies thereafter. The LIMITS modelling groups are: Energy Research Centre of the Netherlands (ECN), Fondazione Eni Enrico Mattei (FEEM), International Institute for Applied Systems Analysis (IIASA), Pacific Northwest National Laboratory (PNNL), and Potsdam Institute for Climate Impact Research (PIK).

8   These five scenarios represent the sum of the median value for 2025 and 2030 emissions for countries with INDCs from the ten INDC analyses (eight global studies, one official and one national global estimate) and estimated values for future emissions in non-INDC countries. The latter are calculated by applying the 2010-2030 emission growth rates from each of the five LIMITS studies to the median 2010 emissions of the non-INDC countries from the ten INDC analyses. This results in five additional global INDC scenarios considered in the composite INDC scenario.

**Figure 3.2: Global greenhouse gas emissions under different scenarios and the emissions gap in 2030**



Sources:
Baseline and 2°C ranges:  20th to 80th percentile of the scenarios in IPCC database

INDC case: 10th to 90th percentile of the global estimates for 2025 and 2030 from all global analyses and official and independent country-specific sources

**Table 3.2:** Global total GHG emissions, emission reductions and distance to the 2⁰C range in 2025 and 2030 under different scenarios (median and range)

| 2025 emissions gap assessment estimates | | | | |
|---|---|---|---|---|
| Scenario | Global total emissions (range) | Emission reduction compared to baseline (range) | Emission reduction compared to current policy trajectory (range) | Remaining emission reduction to stay within 2⁰C limit (range) |
| | $GtCO_2e$ | $GtCO_2e$ | $GtCO_2e$ | $GtCO_2e$ |
| Baseline | 61 (57-64) | n/a | n/a | 13 (9-17) |
| Current policy trajectory | 57 (55-58) | 4 (3-6) | n/a | 9 (7-10) |
| Unconditional INDCs | 54 (53-58) | 7 (3-8) | 3 (0-4) | 7 (5-10) |
| Conditional INDCs [a] | 53 (52-56) | 8 (5-9) | 4 (1-5) | 5 (4-8) |
| 2⁰C pathways | 48 (46-50) | 13 (11-15) | 9 (7-11) | 0 (0) |

| 2030 emissions gap assessment estimates | | | | |
|---|---|---|---|---|
| Scenario | Global total emissions (range) | Emission reduction compared to baseline (range) | Emission reduction compared to current policy trajectory (range) | Remaining emission reduction to stay within 2⁰C limit (range) |
| | $GtCO_2e$ | $GtCO_2e$ | $GtCO_2e$ | $GtCO_2e$ |
| Baseline | 65 (60-70) | n/a | n/a | 23 (18-28) |
| Current policy trajectory | 60 (58-62) | 5 (3-7) | n/a | 18 (16-20) |
| Unconditional INDCs | 56 (54-59) | 9 (6-11) | 4 (1-6) | 14 (12-17) |
| Conditional INDCs [a] | 54 (52-57) | 11 (8-13) | 6 (3-8) | 12 (10-15) |
| 2⁰C pathways | 42 (31-44) | 23 (21-34) | 18 (16-29) | 0 (0) |

[a] Assumes full implementation of both unconditional and conditional INDCs.

(range: 1-6) relative to the current policy scenario, leaving a gap of 14 $GtCO_2e$ (range: 12-17) between the INDC scenario and the 2⁰C scenario (See Figure 3.2 and Table 3.2)[9].

In comparison, if countries were to **also fully implement the conditional INDCs,** global GHG emissions in 2025 would be reduced by 8 $GtCO_2e$ (range: 5-9) relative to the baseline, and by 4 $GtCO_2e$ (range: 1-5) relative to the current policy trajectory. This leaves a gap in 2025 of 5 $GtCO_2e$ (range: 4-8) between the combined implementation of unconditional and conditional INDCs and the 2⁰C scenario.

In 2030, the emission reduction from the combined implementation of unconditional and conditional INDCs is 11 $GtCO_2e$ (range: 8-13) relative to the baseline, and 6 $GtCO_2e$ (range: 3-8) relative to the current policy scenario, leaving a gap of 12 $GtCO_2e$ (range: 10-15) between the INDC scenario and the 2⁰C scenario in 2030.

Excluding the potential impact of surplus emission units (for countries where achieving the INDC generates higher emissions than their current policy trajectory), would further reduce this gap by 0.5 $GtCO_2e$ (range: 0-1) by 2030, to a final level of 12 $GtCO_2e$ (range: 9-15).

If countries that have not yet submitted an INDC were to reduce their emissions by the same average percentage below current trajectories as those that have already

submitted their INDCs (as of 1 October 2015), the gap for the full implementation of both unconditional and conditional INDCs could be narrowed by an additional 0.5 $GtCO_2e$ in 2025 and 1 $GtCO_2e$ in 2030, to 11 $GtCO_2e$[10].

### 3.4.1 Temperature implications of the emission levels resulting from the INDCs

The temperature implications of the emission levels implied by the INDCs are illustrated in Figure 3.3, which compares the emission levels estimated for the unconditional and conditional INDCs with emission pathways over the 21st century[11,12].

---

9  UNEP (2014) estimated a 2030 emissions gap of about 14–17 $GtCO_2e$, based on the extrapolation of the four pledge cases in 2020 (52–54 $GtCO_2e$). This study, however, estimates 2020 emissions at 54-55 $GtCO_2e$. Therefore, the lower end of the previous gap estimate (14 $GtCO_2e$) is no longer relevant, and the gap assessed in this report under the INDC scenario is more appropriately compared with the higher end of the previous gap estimate (17 $GtCO_2e$).

10  Countries covering 85 per cent of global emissions reduce emissions for the conditional INDCs about 6 $GtCO_2e$ below the current trajectories in 2030. The remaining 15 per cent are assumed to reduce emissions by about 1 $GtCO_2e$ ((6 )/85×15=1.05).

11  Based on Rogelj *et al.* (2011) to warrant a sufficient coverage of scenarios in the range of interest. These scenarios assume a constant level of climate mitigation from 2000 or 2005 and until 2100.

12  Note that the scenarios underlying Figure 3.3 assume a constant level of mitigation ambition over the 21st century, from 2000 or 2005 onward. This is different from what is assumed for the 2°C – consistent scenarios in Chapter 2, where scenarios achieve the Cancun pledges in 2020 and then start a global mitigation path towards 2°C. As a result, the 2030 emission levels in line with limiting warming to below 2°C with greater than 66 per cent chance in Figure 3.3 are lower than the levels reported in Chapter 2.

**Figure 3.3: Greenhouse gas emissions levels in the year 2030 from long-term scenarios that assume a constant level of climate action over time starting before 2010, compared to the estimated conditional and unconditional INDC emission levels for 2030**



Scenarios are grouped based on the level of warming they avoid during the 21st century with at least 66% chance, and show median (black line), 15-85th percentile range (dark coloured boxes), and the minimum maximum range (ligher shaded boxes). The 10-90th percentile range for the INDC cases is shown.

The Figure illustrates that compared to the levels of 4°C and above that would be expected under baseline projections (see also Chapter 2) current policies and full implementation of the INDCs would reduce the long-term temperature projections. More specifically, Figure 3.3 illustrates that full implementation of unconditional INDC results in estimated 2030 emission levels that are most consistent with scenarios that limit global average temperature increase to below 3.5°C by the end of the century 2100 with >66 per cent chance.

Figure 3.3 furthermore illustrates that a move from implementation of the unconditional to combined implementation of both conditional and unconditional INDCs would have an effect on long-term temperature projections. Combined implementation of unconditional and conditional INDCs, results in projections becoming more

consistent with long-term scenarios that limit global average temperature increase to below 3°C by the end of the century with a greater than 66 per cent chance[13].

There is significant overlap between the ranges of the unconditional and conditional INDC emission levels, as well as between the scenario bins. Taking uncertainty ranges into account, the 3.5°C value for implementation of unconditional INDCs could decrease to 3°C or increase towards 4°C for the low and high unconditional INDC estimates respectively. When including the full implementation also of conditional INDCs, the emission level estimates taking uncertainty ranges

---

13   Given the uncertainties in both projections and climate response, the resolution of the bins is limited and therefore the above-mentioned estimates are to be interpreted as indications of the broad order of magnitude of the expected avoided warming.

into account become most consistent with long-term scenarios that limit global average temperature increase to below 3-3.5°C by the end of the century with >66 per cent chance.

### 3.4.2   Overview of differences between studies and their implications

A number of methodological factors can contribute to differences in findings between studies. To illustrate the range of estimates from the studies considered for this assessment, Figure 3.4 provides an overview of historical emissions (2010),

current policy trajectories (2020, 2025, and 2030), Cancun pledges (2020), and unconditional and conditional INDCs (2025 and 2030) by the different studies considered.

The figure illustrates that differences can be significant. However, it is noteworthy that, amongst all the global modelling and country-specific scenarios, there is unanimity that full INDC implementation would indeed reduce global emission levels in 2025 and 2030 relative to the current policy trajectory.

### Figure 3.4: Global greenhouse gas emissions as implied by submitted INDCs (original data from different modelling groups, including LULUCF)



**Notes:**
Uncertainty ranges for baseline and 2°C scenarios are the 20th and 80th percentile of the full scenario dataset, the uncertainty range for current policy trajectories is assumed to be the same as for the baseline, the uncertainty ranges of the INDC scenario is 10th to 90th percentile of the data points.
Subsequent to the finalization of this gap assessment, the IEA has updated their unconditional INDC emission estimate for 2030 to 52 GtCO$_2$e. This is approximately 2 GtCO$_2$e lower than the estimate shown in the figure and based on IEA (2015).

The main factors that contribute to the discrepancies and consequently the approximate ranges in the 2030 emission estimates are described below. Where possible, the uncertainty that each discrepancy implies for 2030 global emissions, is also indicated.

- **Non-covered sectors and countries**: There is often a significant range in the emission estimates for sectors not included under INDC pledges, such as emissions from international aviation and maritime transport (bunkers) and for countries which have not submitted an INDC. For example, the uncertainty range across the model groups for the emission projections from international bunker emissions are 1.7 $GtCO_2e$ (range: 1.3-2.1), which is consistent with the uncertainty ranges of the projections from international shipping and aviation organisations (ICAO, 2013; IMO, 2014). The results from different studies will vary, since some have explored the impact of mitigation policies of only a subset of countries.

- **Uncertainties surrounding the emission projections of the countries with INDCs**: Modelling groups have used different assumptions regarding the implementation of INDCs. Many INDCs put forward absolute GHG emission goals, which can be represented easily. There are also many INDCs that referenced a business-as-usual emission projection. However, for most INDCs an estimate of target-year or target-period emissions is given. The quantification of these INDCs is not surrounded with moderate uncertainties (see Section 3.5). The few countries putting forward GDP emission intensity targets (measured as the improvement in emissions per unit of GDP), did not provide target-year GDP estimates or indicate the data source for GDP absolute level, BAU, or reference level if given. The quantification of these INDCs with intensity targets poses additional uncertainties.

- **Land use, land-use change and forestry (LULUCF)**: LULUCF plays a relevant role in the mitigation target of most INDCs. Quantification of the LULUCF contribution depends on the availability of adequate official information from each country on: (i) the modality of inclusion of LULUCF in the INDC (for example, LULUCF treated as any other sector or through special accounting rules); (ii) historical data and projections (for example, from INDC, GHG inventories, National Communications, Biennial Update Reports). Using information available in 32 INDCs[14] and based entirely on countries' information, the unconditional LULUCF mitigation contribution is estimated at around 1.6 $GtCO_2$ (of which 0.5 $GtCO_2$ comes from Annex I countries). In addition 0.3 $GtCO_2$ is explicitly indicated as conditional (from non-Annex I countries). Taking into account uncertainties due to accounting rules of about +0.3 $GtCO_2$ for Annex I countries, and due to countries' projections, the total range of LULUCF contribution ranges from negative contributions of 0.1 $GtCO_2$ to positive contributions of 4.3 $GtCO_2$. This range does not consider possible future natural disturbances in Annex I countries explicitly, the impact of which is assumed to be excluded according to UNFCCC Kyoto Protocol provisions. Another source of uncertainty for Annex I countries is the modality of inclusion of LULUCF in the base year, whose impact on GHG allowances is estimated at ±0.2 $GtCO_2$.[15] For non-Annex I countries, uncertainty stems from the range of country projections available and from the availability of adequate support to achieve the conditional targets.

- **Impact of harmonization of global 2010 emissions** (no impact on emissions gap): The median estimate of all model teams shows global emissions of 47.5 $GtCO_2e$ in 2010, which is lower than the independent global emission estimates of the IPCC AR5 of about 49.5 $GtCO_2e$ (range: 45-54). In Chapter 2, the global emission pathways consistent with meeting the below 2°C target also have global emissions with a median estimate of 47.5 $GtCO_2e$ by 2010, so the discrepancy between the historical emissions and the emission projections resulting from the INDCs of the model teams has not been corrected. If we were to resolve the discrepancy in historical emissions (that is, harmonization), this would also increase the emission projections resulting from the INDCs by about 2 $GtCO_2e$ (under a constant harmonization) or about 1 $GtCO_2e$ (under a decreasing harmonization, towards zero by 2050, for example). However, as the global emission pathways consistent with meeting the 2°C target also need to be harmonized, and thus would increase by the same amount, harmonization has no impact on the global emissions gap.

- **Conditional versus unconditional INDCs**: Some studies report separate figures for conditional and unconditional INDCs, while others combine this aspect with other uncertainties in a maximum/minimum range or leave out the conditional targets completely.

- **Surplus emission units**: For countries where the emission level resulting from the INDC is higher than the current policy trajectory, some studies use the current policies trajectory as the value for the INDC emission level, implying that they do not allow the use of surplus emissions, whereas the other studies assume INDC emission levels.

- **Global Warming Potential**: About 25 per cent of all countries have submitted their INDC based on GWP from the Fourth Assessment Report of the IPCC. Many of the models, however, still work based on GWP from the Second IPCC Assessment Report. It is not always possible to convert from one GWP to another in the context of a particular study without making assumptions that may differ by modelling group.

- **Differences between data sources for historic data and projections**: Assumptions differ on baselines and reference years.

---

14   11 Annex I Parties and 21 non-Annex I Parties accounting for about 41 per cent of global GHG emissions in 2012.

15   Here, natural disturbances are taken into account, if they are explicitly mentioned in the INDC, because if LULUCF is included in the base year natural disturbances are expected to be excluded in the base year.

### 3.5  INDCs of G20 countries

This section presents additional findings concerning the emissions of some of the highest-emitting countries – namely 13 of the G20 countries (counting the EU as one) that had submitted their INDCs by 1 October 2015. Their emission levels and INDCs have the largest impact on the aggregate, global findings of this assessment.

Cross-cutting information regarding national emissions, emissions per GDP and emissions per capita for these countries is summarized in Figure 3.5, Figure 3.6, and Figure 3.7 respectively. The figures present this cross-cutting information for historic emissions (for 1990 and 2010), current policy trajectories (for 2020, 2025, and

**Figure 3.5: Greenhouse gas emissions for G20 countries with INDCs submitted by 1 October for historic emissions (1990, 2010), current policy trajectory emissions (2020, 2025, 2030), and INDC emissions (2025, 2030)**



\* For USA unconditional INDC is for 2025

**Figure 3.6: Greenhouse gas emissions *per unit of real GDP (US$ 2005)* G20 countries with INDCs submitted by 1 October for historic emissions (1990, 2010), current policy trajectory emissions (2020, 2025, 2030), and INDC emissions (2025, 2030)**



* For USA unconditional INDC is for 2025

**Emissions per unit of real GDP (PPP)**
($MtCO_2e$/billion US$ (2005))

2030)[16], Cancun pledges (for 2020)[17], and unconditional and conditional (in the case of India, Indonesia and Mexico) INDC cases (for 2030, noting that for USA, the 2025 unconditional INDC is shown).

By comparing the current policy trajectory scenarios and the INDC scenarios, the figures indicate whether or not a country is on track to meet its 2020 pledge (as discussed in Chapter 2.3) and its INDC target. The figures do not attempt to comment on the ambition of either the 2020 pledges or the INDC targets. It is also important to note that the current policy trajectory scenarios, which attempt to reflect the most recent mitigation policies, differ from the baseline or "business as usual" scenarios employed by some countries, which typically assume that no new policies are adopted or implemented after a given cut-off year.

Figure 3.5 shows that the emissions from middle-income countries such as Mexico, Indonesia (only for conditional INDC), Brazil and South Korea are expected to peak before 2025. Emissions of China and India are expected to peak by

---

16  The current trajectories draw only from those studies that explicitly account for currently adopted and implemented policies. These include Climate Action Tracker, IEA adjusted, and PBL and relevant country-specific studies where available.

17  The estimates for 2020 pledges are based on the UNEP 2014 report (UNEP, 2014) and as these estimates are based on a different set of model studies from current year, only the median emission level are shown in the country graphs.

**Figure 3.7: Greenhouse gas emissions *per capita* of G20 countries with INDCs submitted by 1 October for historic emissions (1990, 2010), current policy trajectory emissions (2020, 2025, 2030), and INDC emissions (2025, 2030)**



* For USA unconditional INDC is for 2025

2030 or later. These countries have relatively high emission intensities due to carbon intensive economies. Emissions from most high-income countries have already peaked. The EU28 peaked around 1980, the Russian Federation around 1990, and in Canada, Japan, and the USA around 2005.

The emission levels as a result of INDCs show a decline in per capita emissions between 2010 and 2030, except for China, India and the Russian Federation (Figure 3.6)

All countries show a substantive reduction and convergence in emission intensity (emissions per GDP) by 2030 as a result

of their INDCs (Figure 3.7). The largest reductions take place in countries with the highest emission intensities in 2010, such as Indonesia and China.

In addition, detailed findings for each of the above-mentioned countries are provided in Annex 1 to this report. For each of these countries, Annex 1 includes a brief description of the elements of the INDC that have been considered by the modelling groups. A discussion of the reasons for discrepancies between different data sources is included. Data is sourced from the global studies, the national studies and official government sources.

### 3.6  Concluding remarks

A number of important policy implications can be drawn based on the assessment presented above. First, due to the steep rate at which global emissions must decline after 2020 to be consistent with the 2°C scenario, the emissions gap grows rapidly over time. This underscores the importance of enhanced early action to reduce emissions. Secondly, bearing in mind the emissions gap that remains even under the most optimistic assumptions about the INDCs, countries should not assume that these proposed contributions will be sufficient to meet agreed global objectives. While an appropriate level of additional ambition would depend on equity considerations, in general, countries should expect that additional ambition will be necessary. Failure to anticipate this could result in technological lock-in and stranded assets. Third, the INDC process has proven to elicit greater ambition from countries relative to a current policy trajectory. Future calls for INDCs may therefore be successful in eliciting even greater ambition. Early calls to enhance ambition for the 2020 to 2030 timeframe can best address the need for enhanced early action.

In this context the IPCC AR5 (IPCC, 2014) highlighted that if GHG emissions are above 55 $GtCO_2e$ in 2030, challenges of transitioning to low emission levels in line with 2°C in the longer term will become particularly daunting (Figure 6.32 in Clarke *et al.,* 2014). The challenges are much reduced if 2030 Kyoto-GHG emissions are kept below 50 $GtCO_2e$ (Clarke *et al.,* 2014), or even more so, to 42 $GtCO_2e$ in line with a least-cost 2°C pathway after 2020.

To sum up, this assessment of the aggregate effect of the INDCs on global total GHG emissions in 2025 and 2030 essentially tells two stories. First, the INDCs do present a real increase in the levels of ambition compared to a projection of current policies; all global modelling analyses and scenarios based on country-specific data sources assessed, reached this conclusion. Secondly, however, the ambitions are far from sufficient, and the emissions gap in 2030 is very significant. Unless ambition is raised rapidly, the projected emission levels resulting from the INDCs are likely to lead to a path that at best will be consistent with an increase in global average temperature of below 3°C in 2100. If considering unconditional INDC levels only, the projected temperature increase is closer to below 3.5°C. Taking uncertainty ranges into account, the emission level estimates under full implementation of both unconditional and conditional INDCs become most consistent with long-term scenarios that limit global average temperature increase to below 3-3.5°C by the end of the century with >66 per cent chance.

# Chapter 4

# Opportunities for bridging the gap

**Lead author:** Anne Olhoff (UNEP DTU Partnership)

**Contributing author:** John Christensen (UNEP DTU Partnership)

## 4.1  Introduction

The INDCs represent a real increase in the level of mitigation ambition compared to a continuation of current policies. However, as Chapter 3 illustrates, even with combined implementation of unconditional and conditional INDCs, the emissions gap in 2030 is estimated to be in the order of 12 GtCO$_2$e.

The central question is then if and how this emissions gap can be narrowed and potentially bridged?

This second part of the Emissions Gap Report explores some of the answers to this question. Assessing the most recent literature, it sets off by providing an overview of key issues and opportunities for narrowing and potentially bridging the emissions gap in 2030 in this chapter. These opportunities include:

- Establishing a dynamic framework under the Paris Agreement to drive continuous strengthening of mitigation ambition and ensure efficient implementation of the agreement
- Boosting pre-2020 mitigation action to reduce mitigation costs, avoid lock-in and maintain a possibility of staying below 1.5°C by 2100
- Introducing, replicating and scaling up good practice mitigation action, enabling countries to overachieve on their INDCs and bring about a transition to a low carbon economy
- Full integration of development and climate co-benefits in policies, planning and action.

This is followed by 2 chapters providing in-depth assessment of opportunities to further tap into emission reduction potentials in one cross-cutting area, International Cooperative Initiatives (Chapter 5), and for one sector, forestry (Chapter 6).

## 4.2  Ensuring coherence, synergy and complementarity between climate change, economic growth and sustainable development

A deeper understanding and recognition of the interdependency between climate change, economic growth and sustainable development has emerged over the past decade. The Sustainable Development Goals (SDGs) recently adopted in New York by Heads of State of all member states of the United Nations (UN, 2015a) (see also Chapter 1) are an exemplification of this recognition. The SDG process explicitly recommends prioritizing coherence, co-benefits, and complementarity between a climate change agreement under the UNFCCC and the SDGs.

The interrelationships between climate and development are demonstrated in the SDGs and the Fifth Assessment Report by the Intergovernmental Panel on Climate Change (IPCC, 2014a, 2014b). Similarly linkages between economic growth, sustainable development and climate change are echoed across the recent literature (GGBP, 2014; Ansuategi *et al.*, 2015; GCEC 2015a, 2015b; IEA, 2015a, 2015b). A briefing paper prepared for the United Nations Sustainable Development Summit in New York earlier this year states that "Progress towards many SDGs will be affected, overwhelmingly negatively, by climate change (for example food security, water scarcity and water related disasters, poverty and livelihoods, health, and the well-being of ocean and terrestrial ecosystems)" (UN, 2015a, p.2). At the same time, "[...] significant progress on many SDGs can contribute to tackling climate change (including sustainable energy, infrastructure and industrialization, sustainable consumption and production, sustainable agriculture and sustainable cities)" (UN, 2015a, p.2).

**Box 4.1: Preparation of the INDC in Chile**

The preparation of the INDC has involved high level political responsibility starting with a political mandate from the President implemented by the Council of Ministers for Sustainability and Climate Change. In order to get both political engagement and input for consideration, the draft INDC was submitted for public consultation over a period of 4 months with public briefings throughout the country. Proposals received went into a revision process for the draft INDC and final decision rested with the Council. Mitigation discussion was focused around two possible emission intensity targets for the country with different implications but neither of them was seen as damaging to the economy. So climate change policies were treated, in effect, as an integral part of overall national development.

**Box 4.2: Preparation of the INDC in the Gambia**

The INDC of the Gambia comprehensively addresses mitigation and adaptation and relevant means for implementation like finance, technology and capacity building. The INDC process has been founded in the context of the regular national development planning process. The national INDC preparation process has a strong focus on stakeholder engagement with sensitization workshops in each of the eight districts of the country and broad cross ministerial and institutional engagement in the actual preparation of the national submission. As a small LDC the Gambia has limited mitigation potential but has identified a number of areas like renewable energy, forestry and agriculture where actions can be implemented - some domestically, others requiring international financial and technological support.

Similarly, the recent IPCC AR5 Synthesis Report states with high confidence that climate change poses a threat to equitable and sustainable development (IPCC, 2014a). However, the report also finds that it is possible to pursue strategies and actions that will move towards climate-resilient pathways for sustainable development, while simultaneously facilitating improved livelihoods, social and economic well-being and effective environmental management (IPCC, 2014a).

The SDG Goal 13 "Take urgent action to combat climate change and its impacts" specifically acknowledges that the United Nations Framework Convention on Climate Change is the primary international, intergovernmental forum for negotiating the global response to climate change (UN, 2015b), and the targets associated with the Goal are clearly aligned with the ambitions in the INDCs. From the assessment of the submitted INDCs it is evident that many countries have established national processes that are explicitly anchored in an understanding of climate change mitigation and adaptation in the broader context of sustainable development planning at the national level (see Box 4.1 and 4.2).

### 4.3 A robust, effective and transparent follow-up and review framework under the Paris Agreement is vital to narrow the emissions gap

A robust, effective and transparent follow-up and review framework is critical to ensure the implementation of an ambitious global agreement on climate change. The SDG process has emphasized the importance of establishing a framework for periodic follow-up and review of progress towards implementation of the SDGs and mobilization of further action to accelerate implementation with a four-year interval (UN, 2015c).

A similar approach seems likely to feature in the Paris Agreement. As of 23 October 2015, the UNFCCC draft negotiating text includes mention of periodical global stocktakes of the implementation of the Paris Agreement guided by modalities to be adopted by a body under the new agreement at its first session[1].

A dynamic approach of the Paris Agreement that enables countries to regularly review and strengthen their INDCs is consistently highlighted as essential to enhance mitigation ambition and narrow the emissions gap (GCEC, 2015a; IDDRI, 2015; IEA, 2015a; INDC Forum, 2015; Spencer et al., 2015). In this way it has been stressed that the first round of INDCs should be seen as the basis for a 'virtuous circle' of rising ambition (IEA, 2015a), and as representing 'floors rather than ceilings' to national ambition over the coming years (GCEC, 2015a).

In this context it is important to note that the social and political effects of the INDCs and the processes undertaken at national level transcend the aggregate effect they are estimated to have on total global GHG emission levels in 2025 and 2030. The preparation of the INDCs, has in many countries incentivized exploration of linkages between development and climate outcomes, and can be seen as a step towards a transition to a low carbon economy. As Figures 3.6 and 3.7 in Chapter 3 illustrate, in many cases the INDCs support a decoupling of economic growth and emissions growth, and reduce per capita emissions.

The Paris Agreement can support these national transitions and provide the framework for mobilization of the enhanced mitigation effort that is required to align national efforts with the global mitigation ambition indicated by the 2°C pathways.

---

[1]   Draft text available at http://unfccc.int/files/meetings/bonn_oct_2015/application/pdf/ws_1_and_2.pdf [Accessed 6 November 2015].

Establishing a robust, effective and transparent follow-up and review framework as part of the Paris Agreement will be critical in this context.

The following sections look into the opportunities for further enhancing mitigation action to narrow and potentially bridge the emissions gap, which would support the transition towards a low carbon economy and facilitate overachievement of the emission reductions put forward in the INDCs.

## 4.4  Bridging the gap – realizing emission reduction potentials by 2020 and 2030

### 4.4.1  The critical role of boosting pre-2020 mitigation action

The importance of increasing pre-2020 mitigation action was underscored in Chapter 2. Reducing emissions compared to the current policy trajectories before 2020 will not only improve the chances for achieving the stringent emission reductions that are required after 2020 to limit warming to below 2°C by 2100. It will also reduce the costs of emission reductions, avoid lock-in of carbon and energy intensive infrastructure, and lower the risk associated with substantial dependence on negative emissions beyond 2050 to limit global warming to 2°C. In addition, as shown in Chapter 2, enhanced early action that goes beyond current policies would facilitate maintaining the option of limiting warming to below 1.5°C in 2100 (with a greater than 50 per cent chance).

Previous Emissions Gap Reports (UNEP, 2011, 2012, 2013) showed estimates of the aggregate emission reduction potential by sector by 2020[2]. This potential was based on studies that assumed earlier and more stringent mitigation action than indicated by the current policy trajectory. As we get closer to 2020, it is no longer possible to realize the full 2020 emission reduction potential referred to in previous Emissions Gap Reports. One reason is that often there is a considerable time lag between the adoption of emission reducing policies and options, their implementation and the reaping of the associated emission reductions. In addition, failure to invest in best available technologies and options as early as possible constrains our ability, in the near-future, to reduce emissions in some sectors and cross-cutting areas, because of lock-in of higher-energy use and emission investments with long timeframes.

The size of the remaining emission reduction potential by 2020 is difficult to assess, as few comprehensive updated studies are available. However, three recent technical reports by the UNFCCC (2014a, 2014b, 2015) highlight that significant emission reduction potential by 2020 remains. These reports focus on the thematic areas of renewable energy; energy efficiency; land use; urban environments; carbon dioxide capture, use and storage; and non-carbon dioxide GHG emissions. Another recent study finds that scaling up and replicating current good practices could, reduce global emissions by around

4.6 $GtCO_2e$ in 2020, if wide-spread and urgent action is undertaken (Fekete et al., 2015).

### 4.4.2  Reaping emission reduction potentials by 2030 to narrow and potentially bridge the gap

#### Extensive emission reduction potential by 2030

Looking beyond 2020, a number of recent studies and reports, including by the IPCC and leading international institutions, identify a significant emissions reduction potential by 2030 (IPCC, 2014b; IRENA, 2014; Fekete et al., 2015; GCEC, 2015a; IDDRI, 2015; IEA, 2015a; JRC, 2015; OECD/IEA/NEA/ITF, 2015). Acknowledging that the methodologies, assumptions, scope and coverage of measures vary across these studies, they all document that tapping into unused emission reduction potential could narrow the emissions gap in 2030 considerably.

Specific examples are presented in Table 4.1 showing emission reduction opportunities by 2030 estimated by different studies, and how this potential relates to the gap assessment findings presented in Chapter 3. Only studies that allow comparison of emission reductions relative to the INDC case levels are included in the table. Several other recent studies show sizeable emission reduction potential in specific sectors or thematic areas, but cannot be directly compared to the 2030 baseline, current policy trajectory and INDC emission levels from Chapter 3 and are therefore not included in the table.

Taken together, the studies shown in Table 4.1 indicate that global GHG emissions could be further reduced in 2030 by between 5-12 $GtCO_2e$ (range: 3-13) relative to the emissions level resulting from implementation of the unconditional INDCs, and between 5-10 $GtCO_2e$ (range: 1-11) relative to the emissions level associated with implementation of the conditional INDCs. Such reductions would significantly narrow the emissions gap in 2030, which as previously stated is estimated at 14 $GtCO_2e$ (range: 12-17) for the unconditional INDC case, and at 12 $GtCO_2e$ (range: 10-15), if both unconditional and conditional INDCs are implemented. Furthermore, the studies rely exclusively on implementation of proven technologies and policies.

There is considerable uncertainty associated with the emission reduction potential estimated in the studies included in Table 4.1. On the other hand, the studies do not cover all possible measures, thematic areas or sectors. The study by NCI, PBL and IIASA (Fekete et al., 2015), for example, excludes potential emission reductions in agriculture, parts of the transport and industrial sector, waste, and bunkers. Similarly, the IEA study only considers options for reducing energy-related $CO_2$ emissions.

In other words the total technical and economic emission reduction potential in 2030 could very well be larger than indicated in the table. Other sources like the Fourth Assessment Report, AR4, of the IPCC (2007) provided an estimate of total emission reduction potential in 2030 of

---

2    Assessed in previous Emissions Gap Reports to be in the order of $17 \pm 3$ $GtCO_2e$, adopting a sectoral bottom-up approach, with marginal costs of up to US$50–100/$tCO_2e$.

**Table 4.1:** Illustration of estimated emission reduction potentials by 2030 from various studies

| Study | Emission reduction compared to baseline | Emission reduction compared to current policy trajectory | Emission reduction compared to INDCs unconditional / conditional |
|---|---|---|---|
| | GtCO$_2$e by 2030 Median (range)[a] | | |
| *Emission reduction required to transition to 2$^0$C pathways* | *23 (18-28)* | *18 (16-20)* | *14 (12-17) / 12 (10-15)* |
| **"Global mitigation scenario" (JRC, 2015)** | 19.5 | 14.5 | 11 / 8.5 |
| Assumes a rapid intensification of policies across several world countries from 2015, leading to a peak in emissions as early as 2020. A progressive convergence of underlying carbon prices after 2030, depending on their per capita income, leads to an emissions profile by 2050 that is compatible with the below 2°C target. | | | |
| **NewClimate Institute (NCI), PBL Netherlands, and International Institute for Applied Systems Analysis (IIASA) (Fekete *et al.*, 2015)** | 18-20 | 13-15 | 9-12 / 7-10 |
| Considers the global implications of scaling up and replicating current good practice across nine policy areas and actions: 1) Increase renewable share in electricity through country dependent policy mix; 2) Emission reductions from production of fossil fuels; 3) Promotion of industrial energy efficiency through country specific policy instruments; 4) HFC and other F-gas emission reductions; 5) Standards for efficiency of appliances and lighting; 6) Energy efficiency of the building envelope (heating/cooling); 7) Fuel efficiency/emission standards light duty vehicles; 8) Support Electric cars driven by renewable electricity; and 9) Emission reduction from deforestation. The following sectors are not included: agriculture, parts of the transport and industrial sector, waste, and bunkers. | | | |
| **New Climate Economy (GCEC, 2015a)** | 17 (12-22)[b] | 12 (7-17) | 8 (3-13) / 6 (1-11) |
| Identifies 10 key areas of opportunity for stronger climate action: 1) Accelerate low-carbon development in the world's cities; 2) Restore and protect agricultural and forest landscapes and increase agricultural productivity; 3) Invest at least US$1 trillion a year in clean energy by 2030; 4) Raise energy efficiency standards to the global best; 5) Implement effective carbon pricing; 6) Ensure new infrastructure is climate-smart; 7) Galvanize low-carbon innovation; 8) Drive low-carbon action through business and investor action; 9) Raise ambition to reduce international aviation and maritime emissions; and 10) Phase down the use of hydrofluorocarbons. | | | |
| **"Bridge Scenario" (IEA, 2015a, 2015b)[c]** | 16 | 11 | 5 |
| Medium coverage. Includes five energy-related measures: 1) Increasing energy efficiency in the industry, buildings and transport sectors; 2) Progressively reducing the use of the least-efficient coal-fired power plants and banning their construction; 3) Increasing investment in renewable energy technologies in the power sector from US$270 billion in 2014 to US$400 billion in 2030; 4) Gradual phasing out of fossil-fuel subsidies to end-users by 2030; and 5)Reducing methane emissions in oil and gas production. | | | |

**Notes:** It is not possible to indicate technical and economic potential for specific levels of marginal cost based on the information provided in the studies.
[a] Median and range is indicated where possible. JRC (2015) and IEA (2015a, 2015b) do not provide uncertainty ranges. NCI, PBL, and IIASA (Fekete *et al.*, 2015) provide a range indicating medians of two analyses, but no uncertainty ranges.
[b] The New Climate Economy study (GCEC, 2015a) has baseline emissions in 2030 of 69 GtCO$_2$e and indicate a total emission reduction potential of 21 (range: 16-26) GtCO$_2$e compared to this baseline level. In the Table, the 2030 baseline emissions of 65 GtCO$_2$e is estimated in Chapter 3 are used. Therefore, the total emission reduction potential of the New Climate Economy study has been adjusted by -4 GtCO$_2$e to be comparable to the Emissions Gap Assessment.
[c] IEA (2015a, 2015b) only considers CO$_2$ emissions. As the studies do not indicate the projected energy-related CO$_2$ emission share of global GHG emissions in 2030, the emission reduction calculations in the table are approximate, based on the assumption that global energy-related CO$_2$ emissions will also account for roughly two-thirds of global GHG emissions in 2030. This study does not distinguish between unconditional and conditional INDCs. Therefore, only one estimate for the emission reduction compared to INDC is included in the Table.

23 GtCO$_2$e (range: 16-31)[3], which is in the order of magnitude required to bridge the gap in 2030. An update of the total emission reduction potential in 2030 is not available in the Fifth Assessment Report, AR5, of the IPCC (2014a, 2014b). However, updates for key sectors in AR5 indicate that emission reduction potentials in 2030 remain in the same order of magnitude as in the AR4 (IPCC, 2007).

For the industry sector overall, global mitigation potentials in 2030 of up to 8 GtCO$_2$e are referenced in AR5 (IPCC, 2014b). For the transport sector, the emission reduction potential is assessed to be higher than reported in the AR4, with projected energy efficiency and vehicle performance improvements ranging from 30-50 per cent in 2030 relative to 2010 (IPCC, 2014a). Similarly, for the building sector, the AR5 reports that mitigation or energy saving potentials often go beyond 30 per cent up to even 60 per cent of the baseline

(IPCC, 2014b)[4]. Analyses have furthermore shown that "[...] technological improvement keeps replenishing the potential for efficiency improvement, so that the potential for cost-effective energy efficiency improvement has not been diminishing in spite of continuously improving standards" (IPCC, 2014b).

Finally, for Agriculture, Forestry and Other Land Use (AFOLU), emission reduction potential of supply-side measures is estimated to be 7.2-11 GtCO$_2$e in 2030 (IPCC, 2014b)[5].

The studies assessed all emphasize the key importance of enhanced energy efficiency, with a particular emphasis on industry, buildings and transport. Expanded use of renewable energy technologies for power production combined with increased efficiency of fossil fuel-based power production is also considered key. Other key areas and sectors for enhanced mitigation action emphasized in the studies include forestry, agriculture and waste. These are all areas that have been

---

3    The IPCC (2007) estimated sectoral emission reduction potentials in GtCO$_2$e by 2030 with marginal costs in the range of US$50–100/tCO$_2$e as follows: Power sector [2.4–4.7]; Manufacturing industry [2.5–5.5]; Transportation [1.6–2.5]; Buildings [5.4–6.7]; Forestry [1.3–4.2]; Agriculture [2.3–6.4]; and Waste [0.4–1.0].

4    Base years for the studies considered are generally between 2000 and 2010.
5    For mitigation efforts consistent with carbon prices up to US$100/tCO$_2$e, of which about a third can be achieved at below US$20/tCO$_2$e.

assessed in earlier UNEP Emissions Gap Reports and where significant opportunities for bridging the gap have been highlighted through possibilities for replication, acceleration and scaling up proven good practices and policies.

### The importance of scaling up good practices and policies

There is immense potential for reducing emissions through world-wide replication and scaling up of good practices and policies as illustrated above. However, the emission reduction potentials shown in the previous sections can only be realized if strong, long-term and sector-specific policies are put in place at the global and national levels without delay.

Previous editions of the Emissions Gap Report (UNEP 2012, 2013, 2014) have demonstrated how proven policies can be scaled up (both in ambition and geographical reach) across countries and regions taking national differences and circumstances into account. Box 4.3 summarizes key proven policies in different areas considered in earlier Emissions Gap Reports.

---

**Box 4.3:  Summary of proven policies  for reducing GHG emissions and achieving development goals highlighted in previous UNEP emissions gap reports (source: UNEP 2012, 2013, 2014)**

The 2012, 2013 and 2014 UNEP Emission Gap Reports identify policies in key areas that have proven successful in reducing greenhouse gas emissions in many different countries, while contributing to national development goals. Such policies have the potential to make a significant contribution to bridging the gap, if scaled up in terms of ambition and geographical coverage.

#### Energy
These policies are related to improvements in energy efficiency in various sectors:
- Building sector – Regulations for building energy performance or codes for new construction: especially with regards to energy efficiency in heating, cooling appliances and lighting. Most developed countries also need to pay attention to renovating existing buildings in an energy efficient manner
- Industry sector – Country- and subsector-specific approaches rather than standardized policies: due to the diverse nature of the industry sector target policies have proven most effective
- Transport sector – Mandatory fuel economy standards for road vehicles: principal means for slowing down the growing fossil fuel consumption. Often supplemented with measure such as labelling, taxes and incentives, while promoting more efficient transportation modes
- Appliance standards – Regulations that prescribe the energy performance of manufactured products
- Appliance labels – Energy-efficiency labels that are fixed to manufactured products to describe the products' energy performance.

#### Agriculture
- Promotion of no-tillage practices
- Improved nutrient and water management in rice production
- Agroforestry: different agricultural management practices that all deliberately include woody perennials on farms and the landscape, and which promote a greater uptake of carbon dioxide from the atmosphere by biomass and soils.

#### Buildings
Policies that lower energy use and therefore reduce carbon-dioxide and other emissions (see also under Energy):
- Building codes: regulatory instruments that set standards for specific technologies or energy performance levels and that can be applied to both new buildings and retrofits of existing buildings.

#### Transport
These policies reduce energy use and therefore reduce carbon dioxide and other emissions (see also under Energy):
- Transit-oriented development: the practice of mixing residential, commercial and recreational land uses to promote high-density neighbourhoods around public transit stations
- Bus Rapid Transit (BRT): key elements of bus rapid transit include frequent, high-capacity service; higher operating speeds than conventional buses; separated lanes; distinct stations with level boarding; and fare prepayment and unique branding
- Vehicle performance standards: establish minimum requirements based on fuel consumption or greenhouse gas emissions per unit of distance travelled by certain vehicle classes.

The policies included above do not represent a comprehensive list. Moreover, some policies will be more appropriate and successful in reducing emissions in some countries than in others. Their success also depends on how stringently they are implemented.

### Consideration of multiple benefits essential

Previous editions of the Emissions Gap Report have emphasized that in many, if not most, cases climate change mitigation is not the primary driver for action, but rather a significant co-benefit of sound sectoral and national development planning and policies. The previous Emissions Gap Reports offer examples of how ambitious policy instruments that lead to significant emission reductions can foster innovation and economic growth, bolster national energy security, improve public health and address other key developmental priorities.

The feasibility of introducing, replicating or expanding ambitious regulatory measures, market- and price-based instruments, and command-and-control measures varies across thematic areas, sectors and countries (UNEP, 2012; IPCC, 2014b). In order to build a strong case for enhanced action by policy makers and other stakeholders, it will be important to provide clear and convincing documentation of the wide range of benefits associated with the implementation of the policies and actions that can bring about the needed reductions of GHG emissions (UNEP, 2012).

Numerous studies confirm that many actions that reduce GHG emissions are associated with considerable co-benefits (IPCC, 2014a; Parry, et al., 2014; WB, 2014; Fekete et al., 2015; GCEC, 2015b; Höhne et al., 2015; UNFCCC, 2014a, 2014b, 2015). Accounting for co-benefits reduces the average cost of emission reduction options and increases the total emission reduction potential associated with a net benefit. For energy efficiency options, inclusion of multiple benefits in some cases triples the overall benefit of these options, notably where they heavily reduce coal use (GCEC, 2015b). Options associated with net costs, may also swing to net benefits when co-benefits are taken into account. This is, for example, the case for reduced deforestation, recycling of new waste, and offshore wind (GCEC, 2015b).

Full integration of co-benefits in planning and decision-making can thus have profound implications for climate and development action.

Chapter 5

# International Cooperative Initiatives

**Lead authors:** Walter Vergara (UNEP DTU Partnership / World Resources Institute), Michiel Schaeffer (Climate Analytics), Kornelis Blok (Ecofys)

**Contributing authors:** Andrzej Ancygier (Climate Analytics), Skylar Bee (UNEP DTU Partnership), Philip Drost (United Nations Environment Programme), Lara Esser (Ecofys), Mark Roelfsema (PBL Netherlands Environmental Assessment Agency)

## 5.1 Introduction

The objective of this chapter is to provide an assessment based on published or readily available information of the possible contribution to global mitigation efforts especially by key International Cooperative Initiatives (ICIs). In addition, the chapter looks into the role of other groups of non-state actors. In the context of climate mitigation, ICIs are considered to be cooperative efforts led by actors other than Parties to the UNFCCC, but many are undertaken in partnership with national governments whose agencies are very often critical to the realization of the ICIs' emission reduction potential. Many ICIs have strong international partners – catalyzing both national and international actions and often providing opportunity for enhancing national ambition.

Across this spectrum, ICIs cover a wide range of activities, and although it is a challenge to cover them comprehensively, an effort has been made to assess available information and prioritize initiatives according to their potential mitigation significance. The chapter starts by presenting the results of a number of recent studies regarding the potential emission reduction contribution of ICIs together with an assessment as to what extent ICI contributions can be considered as *additional* to those anticipated from the Cancun pledges. This is followed by an examination of the links between national level cooperative initiatives and the UNFCCC process, with examples from selected INDCs submitted during 2015. The chapter then presents a detailed overview of ICIs grouped into three categories, cities and regions, companies and sectors, which help illustrate the innovative approaches adopted by many non-state actors and facilitate opportunities for identifying new types of partnerships that could contribute to addressing the mitigation challenge.

A particular effort has been made to examine south-south initiatives that may have been under-represented in past reviews. The chapter focuses on actions on the ground rather than enabling measures, as the former are more quantifiable. Particular attention is given to private sector activities which, under favourable policy and legislative frameworks, strengthen technological innovation.

## 5.2 Quantitative impact of ICIs on emission reductions

An earlier estimate of the possible emissions reduction impact of ICIs was reported in the Emissions Gap Report 2013 (UNEP, 2013). This report stated a total expected impact of about 10 GtCO$_2$e in 2020, based on a number of underlying studies (Blok *et al.*, 2012; IEA, 2013; UNFCCC, 2013).

A number of recent studies have estimated both the gross emission reduction potential of ICIs for 2020 and 2030, and, for 2020, attempted to calculate net impacts additional to what will be included in the 2020 pledge achievement. These include a study carried out for UNEP by Ecofys (UNEP, 2015), a study by Yale University (Hsu *et al.*, 2015) and a study by the Netherlands' Environmental Assessment Agency (Roelfsema *et al.*, 2015). An overview of the results, broken down by sector is given in Table 5.4.

Although all studies have comparable methodologies (Mosteller and Hsu, 2015) and consider similar categories, there are marked differences in scope between the studies. UNEP (2015) started from all initiatives gathered on the Climate Initiatives Platform (CIP, 2015), and then selected the most significant ones for quantitative analysis. Commitments made at the New York Climate Summit in 2014 were not included because of their early stage of development. This summit sparked significant new engagement on climate action and a number of new ICI type commitments were presented (Climate Change Summary, 2014). Hsu *et al.* (2015) explicitly focus on these new commitments from the Climate Summit. Roelfsema *et al.* (2015) took a similar approach as the UNEP report, but the authors used a different baseline scenario. They also included major initiatives outside the UNFCCC framework (for example, those of national governments

under the Montreal Protocol). This is also the only study to project possible emission reduction contributions to 2030, partly through extrapolation. Findings from a further study (CISL/Ecofys) have been also been included in the assessment, even if the coverage was more restricted. These differences in scope and coverage indicate that the total impact of non-state climate action can be larger than reported by each individual study, as they do not fully overlap.

An overall conclusion of the assessment is that the impact of non-state climate commitments can be very significant, most likely in the range of 2.5-4 GtCO$_2$e in 2020 (taking into account that not all initiatives are included in all assessments). This already accounts for an estimate of overlap between the various initiatives, in terms of actual actions, sectors, greenhouse gases and regions.

It is difficult to estimate the overlap between these non-state initiatives and national government pledges for 2020.

Overlap between these varies from full overlap, for example for the Global Fuel Efficiency Initiative, to virtually no overlap, for example for the international marine and aviation sector (Roelfsema et al., 2015). For countries with economy-wide reduction pledges the overlap is hard to estimate, but likely to be larger, compared to the overlap for countries with very narrowly defined pledges limited to one or two particular sectors. Roelfsema et al. (2015) estimated the overlap for individual initiatives and country pledges and, by aggregating this to the global level, found a total of 70 per cent overlap between initiatives included and government pledges for the year 2020. In contrast, UNEP (2015) found a lower overlap of just 33 per cent at the maximum for the initiatives and country pledges included in their study. As shown in Table 5.1 below, these two key studies would suggest that the estimated range of emission reductions from ICIs net of the 2020 pledges is currently in the order of 0.75-2.2 GtCO$_2$e in 2020.

**Table 5.1:** Quantitative emission reduction impact of initiatives in 2020, according to different studies (in MtCO$_2$e). All emission reductions are compared to a business-as-usual or current policies scenario

| Actors or sectors | | UNEP, 2015 | University of Yale (Hsu et al., 2015) | University of Cambridge (CISL/ Ecofys, 2015) | PBL (Roelfsema et al., 2015) | |
|---|---|---|---|---|---|---|
| Target year | | 2020 | 2020 | 2020 | 2020 | 2030 |
| Sub-national | Cities and municipalities | 1 080 | 454[1] | | 600[2] | 700 |
| | Regions | 760 | | | | |
| Companies | | 630 | | 51-100[3] 10-30[4] | 800[5] | 1 400 |
| Sectors | Energy efficiency | 60[6] | 1 750[7] | 60 | | |
| | Efficient cook stoves | 120 | | | | |
| | Renewable energy | | 0.2[8] | | | |
| | Transport | | | | 200[9] | 500 |
| | Methane and other SLCP | 90 | | | 500[10] | 1 300 |
| | Fluorinated GHG | | | 0.0-0.7[11] | 0 | 700[12] |
| | Reduce deforestation | 100[13] | 331[14] | 20-200 | 300[15] | 700 |
| | Agriculture | 300 | | | | |
| | Shipping and aviation | | | | 200[16] | 500 |
| Overlap between initiatives | | 200 | | | 200 | 300 |
| Total expected impact | Midpoint | 2 900 | 2 540 | No total [17] | 2 500 | 5 500 |
| | Range | 2 500-3 300 | | | | |
| % overlap with national pledges | | 33 | | | 70 | |
| Impact of ICIs net of national pledges | | 1 700-2 200 | | | 750 | |

1    Compact of Mayors.
2    CDP – Top 500 Companies and Cement Sustainability Initiatives.
3    Cement Sustainability Initiative (WBCSD).
4    WWF Climate Savers programme.
5    C40 and Covenant of Mayors.
6    En.lighten initiative.
7    Energy Efficiency Accelerator.
8    Small Island Developing States (SIDS) Lighthouse Initiative.
9    Global Fuel Economy Initiative (GFEI).
10   Global Methane Initiative and Zero Routine Flaring by 2030.
11   Refrigerants Naturally!
12   North American 2013 HFC Submission to the Montreal Protocol.
13   Tropical Forestry Alliance.
14   New York Declaration on Forests.
15   New York Declaration on Forests.
16   International Maritime Organization and International Civil Aviation Organization.
17   No total given as study was not intended to be exhaustive.

It is important to recognize that the emission reduction impact of the initiatives assessed here assumes that the actors live up to their commitments. It is currently difficult to assess whether international initiatives actually deliver. Most initiatives put forward voluntary commitments which makes it difficult to enforce accountability and compliance. For some initiatives this leads to a lack of robust Monitoring, Reporting and Verification (MRV) (IVM, 2015). In practice, actors may over- or under-deliver compared to their commitments (see section 5.4.2 on delivery by companies). Although the 2013 Emissions Gap Report (UNEP, 2013) quoted a non-state contribution of just under 10 $GtCO_2e/yr$ by 2020, this represented an acknowledged overlap with national pledges that was not quantified.

Beyond the possible direct mitigation contribution either as part of fulfilling government pledges or providing additional reductions, it is important to stress the possibilities for growth and acceleration of initiatives. A recent study (CISL/Ecofys, 2015) illustrates in several areas that there is significant potential for scaling up initiatives. The development and engagement of ICIs are rapidly evolving within all the different categories, therefore the results presented in this section must be seen as a snapshot of where ICIs stand today.

It would have been very interesting to assess the possible contribution from ICIs for 2030 and similarly, as with pledges, to examine how much of this contribution would be additional to the new INDCs. However, although PBL (Roelfsema et al., 2015) does offer an extrapolation of the total expected impact of ICIs in 2030 (midpoint estimate 5.5 $GtCO_2e$), it is not feasible at this point to consider questions of 2030 additionality in any meaningful way.

## 5.3  Non-state actors and the UNFCCC process

In view of the importance of cooperative initiatives (often led by non-state actors) in low carbon development, some UNFCCC Parties and observers have called for better representation of their role in the UNFCCC process (Chan and Paux, 2014).

In December 2014 at the COP 20 in Lima, a new platform was launched to showcase climate mitigation initiatives as distinct from national pledges (NAZCA, 2015). The Non-State Actor Zone for Climate Action (NAZCA) signifies a "[...] symbolic step towards considering subnational and non-state actors within the political sphere of the UNFCCC" (Hsu et al., 2015). The platform mainly promotes voluntary action and does not apply a standardised set of compliance, monitoring, reporting and verification rules. Although administered by the UNFCCC, data are primarily contributed by partner organisations and not collected by the UNFCCC itself.

The role of non-state actors has recently expanded due to the need to assist with INDC submissions of the UNFCCC Parties prior to COP 21 in Paris in December 2015. As pointed out by Edwards et al. (2015) "[...] the INDC design process offers an unprecedented opportunity to improve civil society and business participation in climate change policymaking".

Where some developing countries have lacked capacity, non-state actors have been able to assist. Both national and international NGOs have provided know how in connection with preparation of INDCs for different countries (for example, climateanalytics.org, energies2050.org).

Domestic non-state actors have also contributed to the national debate on INDCs. In Brazil, Observatório do Clima, a Brazilian coalition comprising more than 30 NGOs, has estimated annual GHG emissions estimates for Brazil since 2013. Even before the INDC process, the organization had already participated in domestic consultations led by the Ministry of Foreign Affairs. In Senegal, a non-governmental organization, Enda Energie, participated in the sectoral and national reports validation workshops and contributed to the preparation of scenarios used as the basis for the INDC[18].

The contribution of non-state actors to climate mitigation actions will continue following the submission of INDCs. They can be instrumental not only in facilitating the achievement of the emission reduction targets, but also in monitoring, reporting and verification of actions at national level (Dodwell et al., 2015).

Some INDCs acknowledge the contribution of non-state actors. Mexico states that multiple stakeholders have been consulted during the INDC preparation, including NGOs specializing in adaptation. Interestingly, few INDCs have highlighted the role of non-state initiatives in mitigation. An exception is China, which plans to "[...] conduct low-carbon cities (towns) pilots as well as low-carbon industrial parks, low-carbon communities, low-carbon business and low-carbon transport pilots" (UNFCCC, 2015). Indonesia mentions "[...] active participation of the private sector, small and medium enterprises, civil society organizations, local communities and the most vulnerable groups [...]" in sustainable forest management (UNFCCC, 2015).

## 5.4  Summary of Initiatives

This section presents a review of the recent literature on ICIs with a main focus on initiatives that have substantial mitigation potential. Various reports (Hale and Roger, 2014; Hsu et al., 2015; Roelfsema et al., 2015; Roger et al., 2015; UNEP, 2015) provide an overview of what has been announced or implemented by subnational governments, such as cities, municipalities and regions, company initiatives and initiatives with a specific sectoral focus. Descriptions of initiatives can be found on the Climate Initiatives Platform (CIP, 2015) and the NAZCA portal (NAZCA, 2015). Monitoring, reporting and verification (MRV) arrangements for the various initiatives is also assessed, as this is a key element in providing transparency and ensuring credibility. The ICIs considered are grouped into three categories, cities and regions, companies and sectors.

### 5.4.1 Cities and regions initiatives

Subnational governments can act on climate change mitigation in many ways. Sub-national jurisdictions, such as state or regional governments, have even attempted to

---

18   Direct communication with the NGO's representative.

compensate for the lack of political will at the national level (Somanathan *et al.,* 2014).

There are many ICIs in which several cities and regions cooperate; for example, UNEP's recent report on subnational actors lists twenty one initiatives of this type (UNEP, 2015). A few started in the 1990s[19], while the majority started in the period 2005-2012[20] and some were announced during the UN Secretary-General's Climate Summit in September 2014[21]. Initiatives focus on the following roles:

- Encouraging or facilitating emission reductions at the city and regional level, via knowledge sharing, capacity building and technical support for project planning and implementation
- Identifying partnerships and supporting local communities to become climate resilient
- Representing common city-level interests to influence policymakers at other levels
- Helping implement climate plans and low-carbon and climate-resilient economic development projects
- Achieving transparency and accountability by encouraging best practice in GHG emission reporting
- Helping overcome financial barriers and attract investors and accelerate additional capital flows into cities for low carbon projects.

The overview identifies those cities and regions initiatives with members who have committed to GHG emission reductions. In most cases they have (or plan to have) inventories or registries to report both their goals and their past and current GHG emissions, with the aim of promoting transparency and accountability. The following initiatives fall into this category: C40, carbon*n* (including Mexico City Pact and WWF Earth Hour City Challenge), Covenant of Mayors, Climate Group's States and Regions, Compact of Mayors and Compact of States and Regions (see Table 5.2). There is an overlap in membership between some of these various initiatives.

### Monitoring, reporting and verification
The Covenant of Mayors provides European local governments with guidance on how to develop a Sustainable Energy Action Plan (SEAP). Once this is adopted, implementation towards the goal is monitored. As of July 2015, about 460 monitoring reports were available from 2 882 adopted SEAPs. C40 cities reporting via the CDP[22] are asked to report using the primary protocol standard or methodology to calculate GHG emissions (for example, 2006 IPCC Guidelines for National Greenhouse Gas Inventories, Global Protocol for Community-Scale Greenhouse Gas Emissions Inventories (GPC) (WRI, C40 and ICLEI, 2014)).

Cities participating in the Compact of Mayors are requested to use the Global Protocol for Community-scale GHG emissions (GPC) and they are also required within 3 years to submit a climate action plan which includes an implementation and monitoring plan.

The cities and regions initiatives generally have designated registries (see Table 5.2). In the case of the newer initiatives such as the Compact of Cities and Compact of States and Regions, signatories have the choice of reporting to the carbon*n* Climate Registry or CDP. In addition to reporting on GHG emissions, signatories are requested to advise which GHG protocol and emissions factors were applied. The Compact of Mayors requires a complete updated inventory every three years[23]. Annual reports or summaries are published by the initiatives or the reporting platform. These include the total planned emission reductions and often the base year of emissions, without specifying the current progress towards the emission reduction targets. Such information is currently only publicly available for a limited number of cities such as those under the Covenant of Mayors.

The cities that disclose their information to CDP also provide information on whether or not their GHG emissions inventory has been verified by a third party. While the SEAPs that are submitted to the Covenant of Mayor are subject to verification by the European Commission's Joint Research Centre, the monitoring progress reports available for certain cities on the website do not indicate that they are third party verified. Participating authorities to the CDP States and Regions platform will be asked to report whether data sources have been verified.

It is evident from the assessment of cities and regions initiatives that there are a number of different approaches to especially monitoring and reporting and generally limited independent verification. Recent development indicates that the initiatives are gradually building the necessary processes and moving towards more uniform approaches.

---

19  Including Climate Alliance, Energy Cities, ICLEI - Local Governments for Sustainability.
20  Including C40 Cities Climate Leadership Group (C40), U.S. Conference of Mayors' Climate Protection Agreement (MCPA), World Mayors Council on Climate Change (WMCCC), Connected Urban Development, Transition Network, The Climate Registry, Covenant of Mayors, EUROCITIES Declaration on Climate Change, carbon*n* Climate Registry (cCR), Mexico City Pact, R20, WWF Earth Hour City Challenge (EHCC), The Clean Revolution.
21  Including City Creditworthiness Partnership, Compact of Mayors, Compact of States and Regions, District Energy Accelerator, The Cities Climate Finance Leadership Alliance.
22  CDP (formerly Carbon Disclosure Project) is an organization focussed on monitoring GHG emission performance and climate action engagement for companies and other actors.

---

23  The year of the inventory should not be more than three years prior to the reporting year – that is, in 2017 inventories must be dated between 2014 and 2016. Over time, the Compact would like cities to update their inventories on a more frequent / annual basis.



**Table 5.2:** Overview of cities and regions initiatives[24]

| Initiative/date of establishment | Description | Members | Registry and public access | Reporting | Partnerships/Collaboration |
|---|---|---|---|---|---|
| C40 Cities Climate Leadership Group (2005) | C40 cities leadership group is a network of the world's megacities committed to taking action that reduces global GHG emissions. | 80 affiliated cities (as of October 2015)[25] | CDP database (registered access)<br><br>C40 open data portal – (open access since early 2015) | Annual reporting to Carbon Disclosure Project (CDP) (concerning GHG emissions, plus risk and adaptation, policies/plans and goals, latest emissions from local government operations and community emissions, water supply) states whether data is externally verified or not. Publishes annual cities report that summarizes climate risks and adaptation and specific C40 research.<br><br>In December 2014, C40, WRI and ICLEI launched the Global Protocol for Community-scale Greenhouse Gas Emission Inventories (GPC) to support cities to develop robust, comprehensive and consistent inventories. | In partnership with: Clinton Climate Initiative Cities Programme, ICLEI, World Bank, Bloomberg Philanthropies, CDP, and Arup. |
| carbonn Climate Registry (cCR) (2010) | cCR is not only an initiative itself, but also the reporting platform for two other initiatives: The Global Cities Covenant on Climate – The Mexico City Pact and WWF Earth Hour City Challenge. It is designated as the central repository of the Compact of Mayors and the Compact of States and Regions. Led by ICLEI. | 461 reporting cities and city-regions (as of October 2015) | Own website (open access) | Annual reports/updates on the registry.<br><br>Jurisdictions report mitigation and adaptation actions and their committed emission reduction targets. Current progress is not reported. | Led by ICLEI. In partnership with: World Mayors Council on Climate Change, Club of Madrid, UCLG, Ciudad de Mexico. C40 Cities, R20, Michael R. Bloomberg, UN SG Special Envoy for Cities and Climate Change, UN Habitat, WWF, Eco Mobility Alliance, cCCR Japan Project, PACMUN Plan de Accion Climatica Municipal, and Urban LEDS. |
| Covenant of Mayors (CoM) (2008) | The CoM is a group of city mayors, mostly from the EU, who commit to meet and exceed the EU $CO_2$ emission reduction target of 20% by 2020 (from a 1990 baseline). | 5 515 signatories (as of October 2015) | Own website (open access) | Signatories make available their local sustainable energy action plans (SEAPs) and baseline inventory. Depending on the status, progress will be monitored and verified. Current progress is not reported. | In partnership with: Joint Research Centre of the European Commission, and many other supporting partners. |
| Mexico City Pact (The Global Cities Covenant on Climate) (2010) | Participating cities commit to 10 voluntary action points, including reduction of their local GHG emissions, adoption of mitigation measures to achieve their targets and reporting of their emissions and targets. Established by the World Mayors Council on Climate Change. | 338 signatories (as of July 2015) | Via carbonn (open access) | 118 of the 338 signatories report to the carbonn registry. | Led by the World Mayors Council on Climate Change. In partnership with: ICLEI, Club of Madrid, UCLG, and Ciudad de Mexico. |
| WWF Earth Hour City Challenge (EHCC)(2011) | The EHCC aims to showcase diverse solutions and challenges for cities in different parts of the world and to identify options for collaboration between these cities. Established by WWF. | 163 (as of May 2015) | Via carbonn (open access) | n/a | Led by WWF. In partnership with: ICLEI. |

---

24   Initiatives can be found at www.climateinitiativesdatabase.org
25   Africa, East Asia, Europe, Latin America, South and West Asia, Southeast Asia and Oceania.

| Initiative/date of establishment | Description | Members | Registry and public access | Reporting | Partnerships/Collaboration |
|---|---|---|---|---|---|
| The Climate Group States and Regions Alliance (2005) | The Alliance brings together 27 subnational government leaders to share expertise, demonstrate impact and influence the international climate dialogue. In 2005 representatives of the local governments signed the Montreal Declaration of Federated States and Regions, in which they commit to setting targets and implementing climate action in their own jurisdictions. Led by the Climate Group. | 119 (as of October 2015) | Own website | Website on alliance and its regions, infographic on emissions in 2008 and emission reduction goals until 2050, as well as commitments and declarations. | Led by The Climate Group. Affiliated network: The China Regional Low Carbon Alliance. |
| The Compact of Mayors (2014) | The Compact is an agreement by 3 city networks, including ICLEI, and then by their members, to undertake a transparent and supportive approach to reduce city-level emissions, and to reduce vulnerability from, and enhance resilience to, climate change, in a consistent and complementary manner to national level climate protection efforts. It builds on the ongoing city-level efforts. | 85 (as of July 2015) | Report to either carbon*n* or CDP (in planning). 50 cities/towns currently reporting to carbon*n* intend to comply with the Compact | Annual report, use Global Protocol for Community-Scale Greenhouse Gas Inventories. City Action for Urban Sustainability (CURB) Tool with inputs specifically for transportation, buildings, waste management sector where cities have greatest control under development. | In partnership with: C40 Cities, ICLEI, UCLG and other partners for reporting, funding and city networks. |
| Compact of States and Regions (2014) | The Compact represents a commitment by global state and regional government networks to provide an annual assessment of commitments (that is, GHG reduction targets), and progress towards those commitments (that is, GHG inventory data). | At least 18 (as of July 2015) | CDP's states and regions platform and/ or via carbon*n* (public access) (carbon*n*, 2015) | Signatories will be required to provide their data annually using a recognized online reporting platform. It will be reported whether data has been verified. Data will be aggregated and published in a public report each year, showing reported GHG emissions arising in reporting regions, reported GHG reduction targets to quantify impact of commitments made to date. | Led by The Climate Group. Partnership with: The Climate Group States and Regions, NRG4SD, R20, CDP, and supported by the UN, Climate-KIC, Center for the New Energy Economy (CNEE), ICLEI and ENCORE. |



### 5.4.2    Companies initiatives

Another set of ICIs engage private sector companies in mitigation activities. A total of 30 such initiatives are currently listed on the Climate Initiatives Platform (CIP, 2015). Many of these initiatives act more as convening platforms for exchange of best practice and advocacy than engaging in direct commitments. But some have objectives that indirectly lead to emission reduction, for example, those aiming to re-direct investment to clean energy.

An overview of companies' initiatives that focus on direct GHG emission reduction is provided in Table 5.3. One common characteristic, of the initiatives with considerable potential for emission reductions (UNEP, 2015), is the requirement for participating companies to set their own emission reduction commitments. The most recent climate initiative assessed in this chapter, the Science Based Target Initiative which was launched in 2014, requests participating companies to set targets that are compatible with a global 2°C goal (CDP, WRI and WWF, 2014).

There is a trend towards more collaboration between different kinds of partners. Most private sector companies' initiatives have up to 50 member companies, while others like the Caring for Climate Initiative has over 380 signatories.

### Monitoring, reporting and verification

Among companies initiatives, members of the Cement Sustainability Initiative (CSI) use the Cement $CO_2$ and Energy Protocol, while others reporting via CDP routinely use The Greenhouse Gas Protocol: A Corporate Accounting and Reporting Standard. The Caring for Climate companies are recommended to use CDP's reporting process on an annual basis. Other alternatives are the Global Reporting Initiative (GRI) guidelines and the Global Compact Advanced Communication on Progress (COP).

Almost all companies of the Business Environmental Leadership Council (BELC), the majority of WWF Climate Savers and CSI[26] companies, and half of the participating companies of Ultra-Low $CO_2$ Steelmaking (ULCOS) initiative self-report to CDP by means of a questionnaire. The information related to supply chain or climate change reported to CDP as part of their corporate disclosure can be viewed by registered users. The company can choose via the CDP Platform, whether their disclosure is available to registered users and whether their submission is scored. The Caring for Climate companies should annually report by means of a Communication on Progress-Climate (COP-Climate), which is available via the initiative's website[27].

Annual reports or summaries are published by the various initiatives or reporting platforms, covering total planned emission reductions and often the base year of emissions, without specifying the current progress towards the emission reduction targets.

The companies that disclose their information to the CDP, report whether their information on GHG emissions has been verified, whether assurance is still underway or whether no third party verification took place. The annual reports of Caring for Climate are self-assessed. The overall picture on MRV for company initiatives is, therefore, quite similar to that for cities and regions though with variation in approach and limited evidence of verification at present.

### Progress towards goals

An important question is to what extent companies are on track to reach their goals. According to their Progress Report (Caring for Climate, 2014), which lists both large companies and SMEs, a subsample of 33 large companies with high quality data for 2012 and 2013 demonstrated a decrease in GHG emission levels of around 13 per cent against 2007 levels. However, the CDP Carbon Action Report 2014 (CDP, 2014) suggests that more than half of the companies in its sample did not set absolute targets and a quarter of absolute targets ended in the reporting year. The report notes that 70 per cent of the correctly set absolute targets by companies "[...] will not be achieved in a business-as-usual scenario and further action will be required" (CDP, 2014, p.12).

---

26   CSI companies can also report their information to a voluntary and independently-managed database of $CO_2$ and energy performance information of the global cement industry called Getting the Numbers Right (GNR). Annual summary information is published. The database covers over 930 individual facilities including non-CSI.

27   Failure to prepare a publicly available COP-Climate report will result in a change of status (to "non-communicating") and eventually in the delisting of a signatory from Caring for Climate.

**Table 5.3:** Overview of Companies initiatives

| Initiative/Date of establishment | Description | Members | Partnership/collaboration |
|---|---|---|---|
| Business Environmental Leadership Council (BELC) (1998) | BELC is the largest US-based group of corporations. Companies adopt voluntary emission reduction targets and innovative programs in energy, carbon sequestration and waste management. | 39 participants (global) (as of October 2015) | Led by Centre for Climate and Energy Solutions (C2ES) |
| Cement Sustainability Initiative (CSI) (1999) | CSI is an alliance of 25 leading companies in the global cement industry created under the auspices of the World Business Council for Sustainable Development (WBCSD). Participants commit to developing a climate change mitigation strategy, setting reduction targets for $CO_2$ and reporting annually on their progress. | 25 participants (global) (as of October 2015) | Led by WBCSD |
| WWF Climate Savers (1999) | WWF Climate Savers is for companies seeking to substantially reduce their carbon footprints. Each participant sets a reduction target in absolute terms and within a defined timeframe. | 28 participants (global) (as of October 2015) | Led by WWF |
| Ultra-Low $CO_2$ Steelmaking (ULCOS) (2004) | ULCOS is a consortium of 48 European companies and organisations from 15 European countries. The aim of the ULCOS programme is to reduce the $CO_2$ emissions of today's leading steel production routes by at least 50%. | 10 participants (Europe-based) (as of October 2015) | Led by Arcelor Mittal |
| Caring for Climate Initiative (2007) | Caring for Climate is an initiative aimed at advancing the role of business in addressing climate change. Participants commit to set voluntary targets to improve energy efficiency and to reduce their carbon footprint. | 385 participants (including investors) (global) (as of October 2015) | Led by UN Global Compact, UNFCCC secretariat and UNEP |
| Science Based Targets (SBT) (2014) | A joint initiative by CDP, the UN Global Compact, the World Resources Institute and WWF launched in 2014, aiming to increase corporate ambition on climate action consistent with limiting global warming to less than 2°C compared to pre-industrial temperatures. | 44 companies (global) (as of October 2015) | CDP, UN Global Compact, World Resources Institute, WWF |
| RE100 (2014) | Aim of the initiative is for at least 100 companies to make a global 100% renewable commitment with a clear timeframe for reaching their goal. RE100 considers as 'renewable' the electricity generated from biomass (including biogas), geothermal, solar, water and wind energy sources (see RE100 criteria). | 29 companies (global) (as of October 2015) | Led by The Climate Group, in partnership with CDP. Supported by IRENA and an action of We Mean Business. Corporate founding partners: IKEA and Swiss Re |
| Global Fuel Economy Initiative GFEI (2009) | A partnership between 6 organizations that promotes further research and action to improve fuel economy worldwide. GFEI's core activities are data development and analysis of fuel economy potentials, support for national and regional policy-making efforts and outreach and awareness raising to stakeholders (for example, vehicle manufacturers). | 6 participants (global) (as of October 2015) | FIA Foundation, UNEP, IEA, International Council on Clean Transportation, International Transport Forum and University of California - Davis |



### 5.4.3   Sector initiatives

Sector initiatives are grouped around renewable energy, energy efficiency, industrial processes, low carbon transport, land restoration and reforestation, and marine energy. There is a clear likelihood of overlap between the sector initiatives and the other categories (cities and regions, and companies), but recent estimates indicate this overlap to be relatively small – less than 10 per cent – in the region of 0.21 $GtCO_2e/yr$ by 2020 on a total impact range of 2.5-3.3 $GtCO_2e/yr$ by 2020 (UNEP, 2015). Table 5.4 identifies principal sector-led initiatives.

## 5.5  The private sector and innovation in mitigation

Looking beyond ICIs, the private sector is engaged in a wide range of climate activities that have the potential to reduce carbon intensity in many economies (Vergara *et al.,* 2015). Acknowledging the critical role of favourable policy and regulatory frameworks, the private sector is instrumental for innovation, as innovation stems from technology advances, often through new economic and financial opportunities, and market-based risk-taking undertaken by the private sector. Selected examples include:

- Renewable energy, which has seen annual investments grow between 2004-2014 by 500 per cent from US$45 billion to US$270 billion (FS UNEP Centre, 2015) partially as a result of significant reductions in capital and operation and maintenance costs. For example, PV utility-size costs have been consistently falling at 22 per cent per year since 1976 (Seba, 2014). Capital costs for wind energy have also seen substantial decreases (IRENA, 2015). This pace of change is already affecting how new capacity is being planned and has the potential to bring substantive additional changes in the power generation market in the near future
- Deployment of distributed power, which has the ability to shift modes of generation and transmission from

**Table 5.4:** Overview of sector initiatives

| Sector | Sector initiative | Objectives and targets |
|---|---|---|
| Renewable energy | RE 100 | Ambition to attain 100% renewable energy by 100 leading businesses. |
| | European Industrial Renewable Energy Initiative | Initiative for European businesses – PV to supply 12% of EU power by 2020; wind to provide 34% of EU power by 2030. |
| | Africa Clean Energy Initiative | Investment in renewable energy through Overseas Private Investment Corporation (OPIC) – US$250 million in loans and guarantees in Africa by 2020. |
| | CSP Alliance: USA | The CSP Alliance comprises solar thermal electric power developers and suppliers who advocate for the increasing acceptance, adoption and implementation of solar thermal electric technology and thermal energy storage. |
| Energy efficiency | Sustainable Energy for All - Global Energy Efficiency Accelerator | By 2030, aiming to contribute to the target of doubling the global rate of improvement in energy efficiency – driving action by public and private leaders at all levels. |
| | Zero Routine Flaring by 2030 | Major oil companies and governments of oil-producing countries have committed to end routine gas flaring at oil production sites by 2030. |
| | Climate and Clean Air Coalition | Partnership engaging both countries and non-state actors to reduce short-lived climate pollutants including methane, black carbon and hydrofluorocarbons (HFCs). |
| | Coalition for Energy Savings | Coalition representing 400 associations, 150 companies in 30 countries in Europe (aiming for 40% energy savings in 2030 compared to 1990 levels). |
| Industrial processes | Carbon Disclosure Project | Improving the management of environmental risk by putting information on climate change, water and forest-risk at the core of business, investment and policy decision making. |
| | Cement Sustainability Initiative | Global effort by 25 leading cement producers (accounting for over 30% of global production) to pursue sustainable operations in over 100 countries. |
| | Global Methane Initiative | A multilateral partnership (14 countries) aiming to reduce global methane emissions and to advance the abatement, recovery and use of methane as a valuable clean energy source. |
| | Industrial Energy Efficiency Coalition | Alliance of private sector companies seeking to promote continuous energy efficiency improvements in industrial processes in the USA. |
| Low carbon transport | International Civil Aviation Organisation | Targeting 1.5% fuel use efficiency per year until 2020 and 2% thereafter. |
| | Bus Rapid Transit systems (BRTs) | Informal coalition of 64 BRTs in over 40 countries. |
| Land restoration and reforestation | Bonn Challenge | Targeting restoration of 150 million ha of forests by 2020. |
| | 20x20 Initiative | Targeting restoration of over 20 million ha of degraded land in Latin America by 2020. Eight private impact investors have pledged US$670 million. |
| Marine energy | Marine Energy Council | Unites technology developers, academia, consultants, suppliers and service providers representing the wave, tidal, ocean current and riverine sectors focussing attention on opportunities in marine energy. |

centralized solutions with large grids to local systems with only distribution grids, resulting in lower overall costs in many developing countries, in particular for rural and isolated communities

- Electric power storage, which has seen an average reduction in production costs of 14 per cent per year during the period 2007-2014 and may be at a tipping point for mass production (Nykvist and Nilsson, 2015)
- Electric vehicle technologies, which are projected to potentially disrupt the use of fossil fuels in transport and may represent one of the largest available energy efficiency measures (Vergara *et al.,* 2015), and
- The application of land restoration practices, which can significantly impact accumulation of carbon sinks.

Most, if not all, of these measures are also associated with significant co-benefits, for example through improvements in energy security, reductions in emissions of harmful airborne pollutants, increased food security, and recovery of soil and water quality (IPCC, 2014; Vergara *et al.,* 2015).

Together these developments improve the outlook for substantial reductions in global carbon emissions, in some cases at an unexpected pace, bringing new market solutions into play – working hand in hand with enabling policy from government and behaviour change initiatives in civil society. In the broader picture of raising ambition and closing the gap, these recent developments indicate that acceleration is possible with the right incentives, and action on the ground may eventually surpass formal commitments.

## Chapter 6

# Mitigation potential from forest-related activities and incentives for enhanced action in developing countries

**Lead authors:** Lera Miles (UNEP World Conservation Monitoring Centre), Denis Jean Sonwa (Center for International Forestry Research)

**Contributing authors:** Riyong Kim Bakkegaard (UNEP DTU Partnership), Blaise Bodin (UNEP World Conservation Monitoring Centre), Rebecca Mant (UNEP World Conservation Monitoring Centre), Lisen Runsten (UNEP World Conservation Monitoring Centre), Maria Sanz Sanchez (Food and Agriculture Organization of the United Nations), Kimberly Todd (United Nations Development Programme), Francesco Tubiello (Food and Agriculture Organization of the United Nations), Arief Wijaya (Centre for International Forestry Research / Thuenen Institute Hamburg)

## 6.1 Introduction

Forest-related mitigation activities in both developing and developed countries represent important opportunities for climate change mitigation, and enhanced action on these activities could contribute significantly to narrowing the emissions gap. The IPCC AR5 (Smith *et al.*, 2014) highlights that 12 per cent of global greenhouse gas (GHG) emissions (in the period 2000-2009) come from forests and other land use change. Forests hold large carbon stores within their living biomass (above and below ground), in dead organic matter (litter/dead wood) and in soil. Enhanced mitigation action could involve enhancing carbon stocks in new or existing forests, changes to forest management, and increased reforestation and afforestation.

This chapter starts by providing a global overview of existing statements regarding intended forest-related mitigation actions by countries, including in their INDCs. This is followed by a review of the range of available forest-related mitigation options. International multi-stakeholder partnerships such as the New York Declaration on Forests and the Bonn Challenge on forest landscape restoration have focused on ambitious global objectives for the sector. Over the last ten years, there has also been considerable effort and progress under the UNFCCC in negotiating the set of policy approaches and interventions known as REDD+ (reducing GHG emissions from deforestation and forest degradation, 'plus' conservation of forest carbon stocks, sustainable management of forests and enhancement of forest carbon stocks), which is considered a key option under the UNFCCC for facilitating specific cost-effective contribution to climate change mitigation in developing countries (Eliasch, 2008; UNFCCC, 2009).

Reflecting the political interest in REDD+, the chapter has a special focus on assessing the potential contribution of carbon dioxide emissions reductions and sequestration from forest-related activities in developing countries to bridging the emissions gap in 2030; and the role REDD+ can play as a key instrument to realize these reductions.

## 6.2 Global overview of forest-related mitigation engagement

Countries are already committing to substantial efforts towards forest-related mitigation. To date a total of 109 countries (counting the EU as one), including 94 developing countries[1], have made statements regarding their willingness to reduce emissions from deforestation and forest degradation, or to enhance forest carbon stocks. Figure 6.1 provides a global overview of these national statements[2] that are made in a range of different texts and fora including:

- *Contributions under UNFCCC:*
  - Intended Nationally Determined Contributions (INDCs), conditional or unconditional (see Box 6.1): Several countries include quantitative information on anticipated forest-related activities and LULUCF. Of the 82 developing countries that submitted their INDC by 1 October 2015 and included forest-related contributions, the majority aim to undertake actions to reduce forest-related emissions and to enhance forest carbon stocks. Fifteen Annex I countries included forest-related contributions in their INDC of which eight specify these activities, which include reducing forest-related emissions, enhancing forest carbon stock or both

---

1   For analytical purposes, this chapter requires a list of developing countries. There is no standard UN list, but the UNFCCC states that most of the Convention's 'non-Annex I' Parties are developing, so this set is here used as an approximation (as in the former REDD+ Partnership's Voluntary REDD+ Database). In contrast, Annex I Parties are all industrialized or have economies in transition. http://unfccc.int/parties_and_observers/items/2704.php, see also http://unfccc.int/parties_and_observers/parties/negotiating_groups/items/1031.php

2   Underlying data can be found in Annex C, which is available online.

○ Nationally Appropriate Mitigation Actions (NAMAs): Several countries include quantitative information on anticipated forest-related mitigation activities, in hectares or in carbon terms (UNFCCC, 2014a, 2014b, 2014c)

- *Bilateral arrangements:* Donors (including Germany and Norway) have agreements with Brazil, Ecuador, Ethiopia, Guyana, Indonesia, Liberia and Peru to provide funding conditional upon demonstrated success in contributing to mitigation through REDD+ ('results-based payments'). Other donors have made or are negotiating similar bilateral agreements
- *Carbon Fund:* Proposals for reductions as documented in ER-PINs (FCPF, 2015)
- *International multi-stakeholder partnerships*: The New York Declaration on Forests and Bonn Challenge

commitments on forest landscape restoration (Bonn Challenge, 2015).

Of the 79 developing country Parties and five Annex I countries that have declared their intention to enhance forest carbon stocks in any of the sources listed above, 36 have quantified the area intended for restoration/ afforestation/reforestation, amounting to a total of over 141 million hectares (ha).

As indicated in Chapter 3, analysis of the emission reduction contribution of LULUCF in INDCs estimates an approximate contribution of 1.6 $GtCO_2$ (of which 0.5 $GtCO_2$ comes from Annex I countries) from full implementation of unconditional INDCs, increasing to 1.9 $GtCO_2$ (range: -0.1-4.3) under full implementation of both unconditional and conditional

## Figure 6.1: National statements of intention to undertake forest-related mitigation activities



## Box 6.1: Forest-related mitigation in INDCs

Countries that have submitted INDCs describe their forest-related activities in a variety of different ways (see also Chapter 3). Some countries mention that the forest sector is relevant, but do not provide any quantification. Some specify conditional and unconditional contributions without indicating how these are attributed to forests. Some examples of the types of statements in the INDCs are:

- Democratic Republic of Congo: the INDC presents a 17 per cent emissions reduction contribution entirely conditional on finance, and achieved through agriculture, forestry and energy sectors. Forestry activities will focus mainly on afforestation and reforestation
- Ethiopia: the INDC presents a quantified target for mitigation in the forestry sector of 130 $MtCO_2$ through protecting and re-establishing forests and increasing carbon stocks, fully conditional on international support
- Brazil: the INDC presents an unconditional economy-wide emissions reduction for 2025. Specifically in the forest sector, implementation and permanence of REDD+ activities require the provision, on a continuous basis, of adequate and predictable results-based payments in accordance with the relevant COP decisions.

INDCs. The forest-related mitigation potential under the INDCs will be less than this, as forestry comprises a subset of LULUCF activities described in the INDCs. The following sections put these numbers into a broader context of forest-related mitigation opportunities and potentials.

## 6.3 Forest-related mitigation opportunities

Forest-related mitigation opportunities include maintaining or increasing forest areas and carbon density through reducing deforestation and degradation, afforestation or reforestation, or forest management to increase stand- and landscape-level carbon density (Nabuurs *et al.,* 2007).

Best practice policies to curb deforestation were reviewed in the 2012 Emissions Gap Report (UNEP, 2012). This report highlighted four distinct policy categories, including:

- Establishing new protected areas
- Using command-and-control measures (enacting, enforcing and monitoring of regulations on conversion of forest, may include investment in existing protected areas to prevent incursion (Scharlemann *et al.*, 2010))
- Using economic instruments (taxes, subsidies, payments for ecosystem services), and
- Creating policies affecting drivers and contexts that currently promote deforestation (sectoral policies, institutional frameworks, governance structures and agricultural subsidy reform).

Addressing the drivers of deforestation is critical. On-the-ground measures to reduce pressure on forests include sustainable intensification of agriculture to improve yields on existing land, and alternative livelihoods development for communities dependent on deforestation. Designating new protected areas, indigenous lands and community-managed forests can be effective in preventing deforestation *in situ*[3] and avoiding its displacement to other areas. However, forest-related mitigation approaches are generally found to be more effective if they also address the direct and indirect drivers of land-use change (Ewers and Rodrigues, 2008). Combinations of policies and measures that work at the landscape scale to reduce the drivers of deforestation, whilst identifying and protecting the most valued forests, are most likely to yield multiple benefits (New Climate Economy, 2015).

Reducing degradation and promoting enhancement of forest carbon stocks can also benefit from policies ranging from incentives for best practice to actions to address drivers (for example, fire and unsustainable harvesting). Sustainable forest management can reduce emissions from forest degradation through specific policies and measures, including adoption of reduced-impact logging in areas designated as production forest; prevention of illegal logging; planting of woodlots for poles or charcoal; promotion of more sustainable extraction and efficient use of fuelwood and charcoal; and support to community forestry and development of systems to limit the spread of anthropogenic fires such as those used in agriculture.

Enhancing carbon stocks may involve afforestation or reforestation, with approaches ranging from assisted natural regeneration to tree planting. In areas of disturbed forest, carbon stocks may be enhanced by controlling the degradation drivers covered above and by direct interventions, for example, through enrichment planting (Paquette *et al.*, 2009) or rewetting of drained peatland forest (Jaenicke *et al.*, 2010). Enhancing carbon stocks is one goal among many in the process known as forest landscape restoration, which aims to regain ecological integrity and enhance human well-being in deforested or degraded forest landscapes to meet present and future needs, whilst accommodating multiple uses over time (Maginnis *et al.*, 2012). Forest landscape restoration may involve planting trees on farms, woodlots or agroforestry systems, or establishing new areas of forests to restore and recreate the structure, function and composition of an original forest ecosystem, or both (Lamb and Gilmour, 2003).

Conserving, restoring and sustainably managing forests offers numerous benefits other than carbon storage, strengthening the case for prioritizing forest-related mitigation options. Forests provide essential ecosystem goods and services, such as water quality and regulation (providing more consistent flows of clean water for drinking and agriculture), erosion control (preventing sedimentation of hydropower dams, and protecting other lands downstream), forest products (directly supporting livelihoods, for example through timber, fuelwood, foods, medicine and fibre) and cultural services (supporting cultural traditions and tourism) (Shvidenko *et al.*, 2005). Hence, well-chosen and implemented forest-related mitigation activities can contribute to many other domestic and international policy objectives, including those defined in the Convention on Biological Diversity's Strategic Plan for Biodiversity 2011-2020 and the Aichi Targets (CBD, 2010), the Sustainable Development Goals (Goal 13 on urgent climate action and Goal 15 including to halt deforestation by 2020) (UNGA, 2015), the UN Declaration on the Rights of Indigenous Peoples (UN, 2008), the UNCCD 10-year strategic plan and framework (UNCCD, 2007) and the Non-Legally Binding Instrument on All Types of Forests (UNGA, 2007). Synergies between adaptation and mitigation also exist in many cases and can, for example, be achieved through ecosystem-based adaptation (Rizvi *et al.,* 2015). Furthermore, forest-related mitigation opportunities are integral to landscape-level mitigation approaches, and complement actions to reduce emissions from agricultural land[4] and from non-forested peatlands (Smith *et al.*, 2014).

The variety of forest-related mitigation opportunities presented here demonstrates the potential for broad participation by countries in forest-related mitigation according to their national circumstances. Drivers of land-use change, potential for restoration, and climate impacts on forest ecology among many other factors will differ between countries and regions, and determine the appropriate forest-related mitigation activities.

---

3   Though around nine per cent of all deforestation emissions in the humid tropics between 2000 and 2005 resulted from forest cleared from within protected areas (Scharlemann *et al.*, 2010).

4   Responsible for a similar quantity of annual GHG emissions, based on CO$_2$ only from deforestation and forest degradation (Table 6.1) compared to all greenhouse gases from agricultural land in 2005 (Smith *et al.*, 2014, Figure 11.4).



## 6.4 Emission reduction potential of forest-related mitigation activities

The previous sections provided a global overview of countries' intentions regarding forest-related mitigation activities and illustrated the wide range of areas in which such activities can be undertaken. In addition, the estimated LULUCF mitigation contribution in the INDCs was highlighted. While acknowledging the importance of reducing forest-related emissions in all countries, the political interest and emphasis given to REDD+ as a key instrument to realizing forest-based emission reductions reflects the critical role of developing countries in reducing emissions from deforestation.

This section assesses the total potential contribution to bridging the emissions gap in 2030 that could be brought about by forest-related emission reductions in developing countries. More specifically, the section assesses the technical potential for reducing emissions through forest-related activities in developing countries based on a review of the published literature. The technical potential represents the full biophysical potential of a mitigation option without accounting for economic or other constraints (as defined in Smith *et al.*, 2014, p. 847). It represents a halt of emissions from deforestation and forest degradation including on peatland, and universal 'wide-scale' forest restoration on available and suitable areas. This represents an upper technical maximum and is estimated to be around 9 GtCO$_2$ in 2030 (range: 6.7-11.9) (Table 6.1).

Achieving the technical mitigation potential of the forest sector is limited by operational and socio-economic factors. Factors that can place increased demands on forest land include limited capacity to increase production in agriculture, national objectives for food self-sufficiency, infrastructure development, and wood product requirements. Demands can be reduced by factors such as restoring degraded lands to agricultural production, changing dietary preferences or reducing waste. Hence, country goals for forest-related emission reductions and enhancement of carbon stocks need to take into account potential competition with other land uses.

### 6.4.1 Technical mitigation potential of reducing carbon dioxide emissions

A wide range of estimates of global CO$_2$ emissions from deforestation and forest degradation exist (Ciais *et al.*, 2013; Smith *et al.*, 2014). The range reflects uncertainty in data sources, use of different methodologies to estimate emissions, and differences in the land use change processes included, the range of emission sources included and the land-cover definitions adopted (Houghton *et al.*, 2012). For example, the forest definitions used in international analyses are frequently based on those used by FAO's Global Forest Resources Assessment (forest area >0.5 ha, tree height >5 m and canopy cover >10 per cent, or trees able to reach these thresholds *in situ*, not predominantly under agricultural or urban use) (IPCC, 2006; FAO, 2010a). However, national forest definitions vary widely in terms of thresholds for canopy cover and tree height, and land uses included (Sasaki and Putz, 2009), meaning that vegetation types such as savannas, agroforestry systems, and mangroves may or

may not be addressed by forest policies, depending on the country. Differences in definition, not only of land cover types but also land-use change processes, influence both the overall estimated mitigation potential and whether certain emissions result from deforestation or from forest degradation (Romijn *et al.*, 2013).

To estimate the technical mitigation potential of reducing deforestation and degradation and enhancing forest management in 2030 (second and third columns of Table 6.1), recent emissions given by published studies (referenced below the table) are used to approximate future emissions, assuming no further forest-related mitigation action. The business-as-usual scenarios in Clarke *et al.* (2014) suggest that total emissions from AFOLU (agriculture, forestry and other land use) may remain stable or decline, as they assume a slowing of population growth and increased efficiencies of food production that will contribute to reducing deforestation. Emissions from forest degradation in non-Annex I countries have declined marginally from 1.1 GtCO$_2$/yr in 2001-2010 to 1 GtCO$_2$/yr in 2011-2015, but the relative emissions from degradation compared to deforestation have increased from a quarter to a third (Federici *et al.*, 2015). Indeed, in scenarios that consider increased reliance on biofuels for energy generation and climate mitigation, demand for agricultural land continues to grow. Bottom-up assessments of drivers also suggest that pressures will increase (Kissinger *et al.*, 2012). For example, emissions from deforestation in the Congo basin are expected to increase in the future, with average annual deforested area between 2020 and 2030 varying amongst policy scenarios from 0.4 to 1.3 million ha (Megevand, 2013). Hence, the technical mitigation potential from reduced deforestation and forest degradation and enhanced forest management are estimated at 5.2 GtCO$_2$/yr (range: 2.1-6.3), and may be a relatively conservative approximation of total potential, assuming that emissions from these sources are likely to continue at present levels or increase.

In the two decades up to 2010, tropical deforestation emissions have been found to represent around 98 per cent of reported deforestation emissions from non-Annex I countries[5]. Therefore tropical deforestation derived from published studies (Harris *et al.*, 2012; Achard *et al.*, 2014) has been used to approximate the technical potential for reduced deforestation in developing countries, which amounts to between 1.7-4.7 GtCO$_2$/yr, with a mean of 3.4 GtCO$_2$/yr (Table 6.1).

Forest degradation in non-Annex I countries, including the effects of selective logging, fire or drought, and fuelwood harvest, accounts for around 1 GtCO$_2$/yr (between 2011-2015 (Federici *et al.*, 2015)), which is very similar to the results found by Grace *et al.* (2014) for 2000-2012 of a mean of 1 GtCO$_2$/yr (range: 0.3-1.7). In addition, emissions from drainage and fire in forested or deforested peatlands in Southeast Asia were estimated at a mean of 0.8 GtCO$_2$/yr (drainage in 2006, fire 1998-2009 (Smith *et al.*, 2014, Box 11.1)). Therefore the total

---

5   Percentage calculated from FAO (2010b) Global Forest Resources Assessment 2010. Global Tables: Table 11 Trends in carbon stock in living forest biomass 1990-2010. Available at: http://www.fao.org/forestry/fra/fra2010/en/

technical potential of reducing degradation and enhancing forest management would equal 1.8 GtCO₂/yr.

### 6.4.2 Technical mitigation potential of enhanced carbon sequestration

As noted, increased sequestration, or enhanced removals, of carbon can result from increasing forest area, or through enhancing sequestration in existing forest (for example, rehabilitating degraded forest). When tree density increases, carbon is removed from the atmosphere by the increasing plant biomass, and soil carbon stocks are protected from erosion and may also increase.

Reforestation can take place at a variety of scales, from increasing tree cover in small areas within a mosaic of other land uses (so called 'mosaic restoration') to restoring larger areas ('wide-scale' restoration, see Glossary). The estimated global potential for 'wide-scale' restoration of closed-canopy forest is up to half a billion ha, excluding areas in intensive use (WRI, 2011)[6]. An additional 1.5 billion ha globally may have the potential for mosaic restoration (WRI, 2011). Mosaic restoration may be easier to undertake as it allows a greater range of land uses, whilst restoring areas to closed-canopy forest is likely to remove more $CO_2$ per unit of area. Depending on ecosystem type, and whether the result is a natural forest or a plantation, areas converted to forest are estimated to remove between about 1 and 35 t$CO_2$ per ha per year in above- and below-ground biomass (from default data in IPCC (2006)[7]). If natural forest were simultaneously restored over the 351 million ha with potential for wide-scale restoration in non-Annex I countries in Africa, Asia-Pacific and Latin America and the Caribbean regions, calculated from WRI (2011), this could equate to 3.8 GtCO₂/yr while the forest was re-growing.

Standing, secondary and planted forests also contribute to the global 'terrestrial carbon sink', absorbing $CO_2$ from the atmosphere. The forest carbon sink is estimated to be large and vary widely, from a global value of 3.4 ± 1 GtCO₂/yr (for the period 2001-2010 (Federici *et al.*, 2015)), to estimates for tropical sinks alone of 6.8 GtCO₂/yr (for the period 2005-2010 (Grace *et al.*, 2014)). The IPCC states with high confidence that increased atmospheric $CO_2$ will lead to increased terrestrial carbon uptake (Ciais *et al.*, 2013), and a recent review suggests that the largest increase has been in woody biomass within savanna (included in some national forest definitions) and non-forest ecosystems (Liu *et al.*, 2015). Carbon sink figures for existing forests are not included in the technical potential for reduced deforestation given here, as a result of the uncertainty surrounding how carbon sinks and their capacity to absorb $CO_2$ will change in the changing climate (Bellassen and Luyssaert, 2014).

### 6.4.3 Economic mitigation potential of forest-related mitigation

A number of recent studies estimate the global economic mitigation potential in 2030 of various forest-related activities given economic and land-use constraints, at different levels of costs and for different regions of the world.

Table 6.1: Technical potential for forest related mitigation activities for developing countries (GtCO₂ in 2030, median (range)).

| Regions | Reduced deforestation Technical (tropics)[a,b] | Reduced degradation and forest management Technical (degradation, tropics)[c,d] | Afforestation and reforestation Technical (non-Annex I countries)[e,f] | Totals Technical |
|---|---|---|---|---|
| Africa | 0.6 (0.2-0.8) | 0.5 (0.2-0.9) | 1.6 | 2.7 (1.9-3.3) |
| Latin America and Caribbean | 1.9 (1.2-2.5) | 0.1 (0-0.2) | 1 | 3 (2.3-3.7) |
| Asia-Pacific | 1 (0.4-1.4) | 0.3 (0.1-0.6) | 1.2 | 2.5 (1.7-3.1) |
| Peatland degradation | - | 0.8 | - | 0.8 |
| Totals | 3.5 (1.8-4.7) | 1.7 (0.3-1.7) | 3.8 | 9 (6.7-11.9) |

Notes to Table 6.1:
[a] Achard *et al.* (2014), Table 2: annual carbon losses from gross loss of tropical forest cover (>30% cover) and other wooded land (<30% cover) for 2000-2010. Three estimates from Achard study (Ecozone/IPCC, max and min Saatchi). Tropical regions: Central and South America, Africa, Southeast Asia.
[b] Harris *et al.* (2012), Table 1: WHRC and Winrock team's estimates of gross carbon emissions from tropical deforestation, 2000-2005. Tropical regions: Sub-saharan Africa, Latin America, South and Southeast Asia. Only forest biomass carbon stocks.
[c] Grace *et al.* (2014), Table 5: estimated annual degradation flux from tropical degradation, 2000-2012. Tropical regions: Africa, America, Asia.
[d] Total technical potential for degradation includes peatland degradation. Emissions from drainage (in 2006 according to Hooijer *et al.,* 2010 in Smith *et al.,* 2014) and fire in forested or deforested peatlands in Southeast Asia (lower estimate for 1998-2009, Box 11.1 in Smith *et al.,* 2014).
[e] Afforestation and reforestation, including any expansion of forest area (see section 6.3).
[f] Calculated for this chapter as: area of wide-scale restoration potential WRI (2011) in different FAO ecological zones (FAO, 2012) for non-Annex I countries in UNEP region codes (excluding Europe and West Asia), multiplied by net annual $CO_2$ uptake based on IPCC (2006) [annual net above + below-ground biomass growth, for natural forest in each ecological zone]/ [biomass to carbon conversion factor = 0.47] * [carbon to $CO_2$ conversion factor = 3.67]. This figure is greater than the maximum estimate of 3.4 GtCO₂ for the similar area of 350 million hectares at 2030 by Wolosin (2014); however that analysis was not restricted to non-Annex I countries and averages over restoration scenarios that include a large proportion of mosaic restoration and improved secondary and naturally regenerated forest, of which will result in a lower average biomass growth per hectare. Use of the IPCC biomass growth figures for plantation forest would yield a still higher estimate. Single source, no range.

6   In (WRI, 2011) closed-canopy forest has a canopy density greater than 45 per cent.

7   In (IPCC, 2006, Tables 4.4 and 4.12) ecosystems from boreal tundra woodland to tropical plantation.



They offer a very large range of estimates of global mitigation potential at different cost levels, ranging from 0-1.5 $GtCO_2e$ for costs <US\$20/$tCO_2e$, to mitigation potentials of 0.1-9.5 $GtCO_2e$ for costs <US\$50/$tCO_2e$, and ranging from 0-13.8 $GtCO_2e$ for costs <US\$100/$tCO_2e$ (Smith *et al.*, 2014). Differences among models reviewed include the cost levels used, the economic assumptions, model approach (bottom-up or top-down), and the mitigation options considered. The economic mitigation potential for developing countries is not provided separately. However, it is highlighted that for developing countries the most cost-effective mitigation options in forestry are reducing deforestation, sustainable forest management and afforestation (Nabuurs *et al.*, 2007). Regional breakdowns show that reduced deforestation dominates as the most cost-effective forestry option for Latin America and Middle East and Africa regions, whereas forest management dominates the Asia region (Smith *et al.*, 2014).

In general, the economic mitigation potential will be smaller than the technical potential. Furthermore, estimates of economic mitigation potential do not consider policy incentives and socio-cultural and institutional barriers to implementation of forest-related mitigation activities (Smith *et al.*, 2014), which further affect in either direction the extent to which emission reduction potentials are realized.

Real-world examples of how the results of full-scale realisation of forest mitigation policies might compare to these economic mitigation potentials are limited. Nevertheless, Brazil's success in reducing deforestation by 82 per cent in the Brazilian Amazon between 2004-2014 (INPE, 2015) results from a mix of policies that included expansion of protected areas, supply chain interventions, and positive incentives for landholders (Nepstad *et al.*, 2014) as well as exogenous economic factors such as falling commodity prices (Assunção *et al.*, 2015). This emphasizes the role of socio-cultural, institutional and policy-related contexts for realising forest-related emission reductions.

Nonetheless, the previous sections have indicated that there is significant potential to further reduce forest-related emissions, both compared to current practices and to the contributions indicated in the submitted INDCs. The last section of this chapter focuses on REDD+ as a key option under the UNFCCC for further enhancing forest-related mitigation in developing countries.

## 6.5  REDD+ as a key instrument to realize forest-related emission reductions in developing countries

The immediate and relatively large impact of preserving carbon through reducing deforestation and degradation, as well as the cost-effectiveness of this land use option compared to other mitigation measures (Golub *et al.*, 2010; Smith *et al.*, 2014) has driven the momentum behind development of the REDD+ mechanism. Originally recognizing the contribution of "reducing emissions from deforestation in developing countries" ('RED') (UNFCCC, 2005), the scope was expanded in 2007 to include emissions from degradation and became a component of enhanced action on mitigation ('REDD') (UNFCCC, 2007). In 2009 REDD+ was further expanded to include "conservation of forest carbon stocks, sustainable management of forests and enhancement of forest carbon stocks" ('REDD+') (UNFCCC, 2009) and now represents a specific suite of forest-related mitigation activities in the developing world (see Box 6.2) that countries can implement voluntarily to contribute to the global mitigation effort. Since 2005, the REDD+ framework has evolved under the UNFCCC, adapting to improved understanding of issues regarding potential impacts, methodological accounting, safeguards, and financing (Smith *et al.*, 2014).

At COP 16 in Cancun in 2010, a phased approach to REDD+ was decided "[...] beginning with the development of national strategies or action plans, policies and measures, and capacity-building, followed by the implementation of

---

### Box 6.2: The REDD+ activities

While the five REDD+ activities are listed in UNFCCC decision text, it is useful to further define these to understand how REDD+ can contribute to forest-related mitigation. Noting that countries will have their own definitions, this chapter adopts:

a) Reducing emissions from deforestation – reducing emissions resulting from conversion of forest to other land uses

b) Reducing emissions from forest degradation – reducing emissions resulting from activities in forest areas that do not result in conversion of forest

c) Conservation of forest carbon stocks – the retention of existing forest carbon stocks. This activity can only make a contribution to mitigation if the carbon stock would otherwise be lost, so it is difficult to estimate mitigation potential separately from (a) or (b). The rationale for inclusion of this activity was to provide conservation incentives for those countries with limited deforestation or stable forest cover

d) Sustainable management of forest – though this could include the whole set of REDD+ forest activities, it is defined more narrowly here as the sustainable management of forest including for timber or fuelwood production (maintaining constant or increasing levels of carbon stocks over multiple harvest cycles) (Miles and Dickson, 2010). This contributes to reduced emissions from forest degradation, and rehabilitation of carbon stocks in degraded forest

e) Enhancement of forest carbon stocks – both the restoration of carbon stocks in degraded forest, and through expansion of forest cover.

national policies and measures and national strategies or action plans that could involve further capacity-building, technology development and transfer and results-based demonstration activities, and evolving into results-based actions that should be fully measured, reported and verified" (UNFCCC, 2010[8]). This was to provide a progressive pathway to full-scale REDD+ implementation, taking into account the differing capacities of countries.

Moreover, interventions at the national level are needed to overcome internal displacement of pressures from one area to the next. For this to happen, nationally coordinated cross-sectoral strategies are required, and should be based on an analysis of the drivers of deforestation and forest degradation, and barriers to the sustainable management of forest and enhancement of forest carbon stocks. National, and often, subnational institutions need to be mandated, resourced and have the capacity to implement these strategies. Safeguards need to be promoted and supported - to protect or enhance the many social and environmental values of forest, to respect the knowledge and rights of indigenous peoples and member of local communities, and to enable the full and effective participation of relevant stakeholders, in particular indigenous peoples and local communities. A robust and transparent national forest monitoring system is also required, enabling consistency in data and information to support the implementation of REDD+ activities (UN-REDD Programme, 2013).

Each of these pre-requisites to successful implementation is reflected in a series of decisions made under the 2013 Warsaw Framework on REDD+ (UNFCCC, 2013), which made significant progress on deciding on the coordination of financing, transparency and safeguards, development of national forest monitoring systems, verification at the international level, institutional arrangements to receive results-based finance, and action on drivers of deforestation (UNFCCC, 2013[9]). To access results-based payments for REDD+ activities, actions need to be fully measured, reported and verified. To this end, countries need to have in place:

- A national strategy or action plan,
- A national forest monitoring system (or interim subnational system),
- A safeguards information system and a summary of information on how the REDD+ safeguards have been addressed and respected, and
- A forest reference emission level or forest reference level (or interim subnational reference level).

The contribution of REDD+ to meeting the potential for forest-related mitigation is partly contingent on available resources, first to put these requirements in place and to develop enabling policy frameworks and institutional capacity to implement them (sometimes referred to as 'REDD+ readiness'), and later to supply the financing that creates positive incentives for enhanced results-based action on mitigation by developing countries[10].

The series of decisions made under the 2013 Warsaw Framework on REDD+ (UNFCCC, 2013) has been accompanied by an ongoing and diverse set of early action REDD+ activities and other multilateral, bilateral or country driven initiatives being implemented that contribute to REDD+ readiness or complement the goals of REDD+ (for example, conservation and sustainable forest management).

Despite the complexities that have slowed REDD+ implementation on the ground (Sills *et al.*, 2014), REDD+ is seen as a unique approach to better integrate the forest sector in the broader climate change and sustainable development plans of developing countries. Indeed, support to REDD+ readiness actions offers national benefits to many countries, including the development of national forest monitoring systems, understanding of drivers of deforestation, the strengthening of policies, laws and regulations relevant to the UNFCCC's REDD+ safeguards, the adoption of wider stakeholder engagement in decision-making, and development of better data and information on the distribution of forest carbon stocks, biodiversity and ecosystem services (Lee and Pistorius, 2015). It involves implementing policies and measures that contribute substantially to climate change mitigation, are based on positive incentives for action, and can deliver additional co-benefits. Hence, REDD+ continues to receive political support from many developed and developing countries.

Some major constraints on the potential for REDD+ implementation include the speed at which policies can be put in place and governance improvements can be implemented, as well as competition with other land uses (food security with a growing global population). In principle, national strategies and action plans should take account of these constraints when determining the scale of ambition for REDD+. The availability of finance to cover the readiness and upfront costs of REDD+, whether domestic or international, will also be a determining factor (Streck, 2012).

Many countries have included forest-related mitigation contributions within their INDCs, which can contribute to setting the stage for large-scale implementation of REDD+ in the coming years. Together with an awareness of the challenges facing implementation and building on the existing momentum in this sector, forest-related mitigation activities represent significant opportunities to narrow the emissions gap and facilitate the transition to a low-emission pathway consistent with limiting global average temperature increase to below $2^{0}C$ in 2100 with >66 per cent chance.

---

8    Decision 1/CP.16 (UNFCCC, 2010).
9    Decision 9-15/ CP. 19 (UNFCCC, 2013).

10   "Results-based finance may come from a wide variety of sources, pub-lic and private, bilateral and multilateral, including alternative sources" (UNFCCC, 2013).

**Annex 1**

# Country-specific findings

This Annex presents detailed country-level findings for 13 of the G20 countries that had submitted their INDCs by 1 October 2015. The EU is considered as one (EU28). Accounting for around three quarters of global GHG emissions, the G20 has the largest effect on the aggregate, global findings of this assessment.

For each country, a brief description of the INDC elements considered by the modelling groups is provided. Reasons for discrepancies between different data sources are discussed. Data are sourced from global studies (if available), national studies, and official government sources. It should be noted that the current policy trajectory emissions are based only on the CAT (2015) and PBL (2015), as well as official and national studies. Other studies do not provide current policy trajectory emission projections.

## Australia

Australia intends to reduce GHG emissions by 26–28 per cent from 2005 levels including land use, land use change and forestry (LULUCF) by 2030. Australia's target covers all sectors (energy, industrial processes and product use, agriculture, LULUCF, and waste) and gases (CO$_2$, CH$_4$, N$_2$O, HFCs, PFCs, SF$_6$ and NF$_3$).

The four modelling groups which estimated the INDC scenario in 2030 all agree on the impact of Australia's INDC on its emissions in 2030. As an official estimate is not available in Australia's INDC itself, an alternative official country-specific data source was used (Australian Government, 2015). This source provided the 'official estimate' in the Figure below. All models demonstrate a significant difference between current policy trajectories and the INDC trajectory in 2030.

**Figure A1.1: GHG emissions of Australia under the 2020 pledge, INDC and current policy trajectory case**

The official study is: Australian Government (2015). Noted, CROADS, IEA (adjusted) and NIES are excluded as the results of these studies are presented at a regional level, only cover limited countries



## Brazil

The Brazilian INDC establishes an absolute target relative to 2005, reducing GHG emissions by 37 per cent in 2025 and indicating further reductions by 43 per cent in 2030. These percentage reductions are relative to reported emissions of 2.1 $GtCO_2e$ in 2005, corresponding respectively to emission levels of 1.3 $GtCO_2e$ in 2025 and 1.2 $GtCO_2e$ in 2030, using IPCC AR5 GWP-100. Brazil´s INDC is economy-wide, covers all IPCC sectors and six gases ($CO_2$, $CH_4$, $N_2O$, HFCs, PFCs and

$SF_6$), and is unconditional. Actions to achieve the targets focus mainly on the forest sector and on increasing the share of biofuels and renewable electricity in the Brazilian energy mix.

Modelling groups estimate higher historical emission levels than official estimates, but do roughly agree with the projection of the current policy trajectory for 2020. Modelling group estimates for emission levels in 2025 and 2030 are similar to national estimates as they also used official INDC projections.

### Figure A1.2: GHG emissions of Brazil under the 2020 pledge, INDC and current policy trajectory case

The official study is: INDC Brazil (UNFCCC, 2015)



## Canada

Canada proposes an economy-wide target to reduce GHG emissions by 30 per cent below 2005 levels in 2030. Canada´s INDC is said to include all sectors and GHG gases. However, there are some uncertainties on the treatment of LULUCF. Although the country declares its target to include *all* IPCC sectors (excluding emissions from natural disturbances), the LULUCF sector does not appear to be included in the base year (based on the information presented in the INDC). For that reason, it is possible that the LULUCF sector will be treated separately from the other sectors.

The modelling groups largely agree on the impact of Canada's INDC on its emissions. Projections of Canada's future emissions under current policies, however, vary widely.

### Figure A1.3: GHG emissions of Canada under the 2020 pledge, INDC and current trajectory policy case

The official and national studies are: UNFCCC inventories for historic data/6th National Communication for projections and the first Biennial Report of Canada (Government of Canada 2014a) and Government of Canada (2014b)



## China

China's INDC includes an intention to peak $CO_2$ emissions around 2030, making best efforts to peak earlier, to reduce the carbon intensity of GDP by 60-65 per cent from 2005 levels by 2030, to increase the share of non-fossil fuels in primary energy consumption to around 20 per cent by 2030, and to increase the forest stock volume by around 4.5 billion cubic metres from 2005 levels by 2030. Although China's INDC is framed in terms of $CO_2$, the discussion text also implies action on other gases. China's INDC also includes a comprehensive list of actions. The GHG targets cover $CO_2$, but the sectors to which the targets apply are not specified.

The studies assessed show a wide range of potential impacts of China's INDC on national emissions (varying from 12.8-14 $GtCO_2e$ by 2030), with higher estimates (LSE, CROADS, Climate Advisers), arising, inter alia, from different assumptions on GDP growth rate, different base year data (varying from 9.1-11.3 $GtCO_2e$) and different estimates on emissions other than $CO_2$ emissions from the energy sector (and cement), etc. The higher estimates of LSE, CROADS and Climate Advisers are confined to the INDC intensity target calculations only.

An official estimate is not available, but two national estimates for $CO_2$ emissions from the energy sector (and cement) are available from NCSC (Sha *et al.,* 2015) and updated calculations from Energy Reserarch Institute (ERI) (Jiang *et al.,* 2013). Three studies (CAT, 2015; IEA, 2014, 2015; PBL, 2015) that estimated both China's current policy trajectory and the INDC scenario, demonstrate a further reduction from current policy trajectories to the INDC in 2030.

Only NCSC's estimate adjusts for the possible effect of including energy statistics from the 2014 economic census, which leads to a much higher estimate for China's $CO_2$ emission in 2030 (around 1 $GtCO_2e$ higher than the pre-adjustment estimate) (Sha *et al.,* 2015).

### Figure A1.4: GHG emissions of China under the 2020 pledge, INDC and current policy trajectory case

The national studies are: NCSC (Sha, et al., 2015) and ERI (updated calculations based on Jiang et al. (2013)). Noted that the higher estimates of LSE, CROADS and Climate Advisers for China on INDC 2030 did not provide current policy trajectory estimates. Three studies (CAT, 2015; IEA, 2014, 2015; PBL, 2015) that estimated both China's current policy trajectory and the INDC scenario, demonstrate a further reduction from current policy trajectories to the INDC in 2030.



## European Union

The EU proposes a binding target of at least 40 per cent domestic reduction in GHG emissions by 2030 compared to 1990. It includes all sectors and gases. The INDC also states a policy on including LULUCF in the 2030 GHG mitigation framework – to be established as soon as technical conditions allow and in any case before 2020.

While the modelling groups largely agree on the impact of the EU's INDC on its emissions, the Climate Action Tracker estimates a higher level of emissions in 2030 due to its accounting assumptions regarding LULUCF. CAT (2015) assumes that LULUCF accounting rules may lead to credits for 2030 of the order of 1-4 per cent of 1990 emissions. All other studies assume a net-net approach.

### Figure A1.5: GHG emissions of the European Union under the 2020 pledge, INDC and current policy trajectory case

The official and national studies are: UNFCCC inventories for historic data/6th National Communication for projections (UNFCCC National Reports, 2015) and EEA (2015)



## India

India's INDC for the period 2021 to 2030 included the following intentions: "[...] to put forward and further propagate a healthy and sustainable way of living based on traditions and values of conservation and moderation; to adopt a climate friendly and a cleaner path than the one followed hitherto by others at corresponding level of economic development; to reduce the emissions intensity of its GDP by 33 to 35 per cent by 2030 from 2005 level; to achieve about 40 per cent cumulative electric power installed capacity from non-fossil fuel based energy resources by 2030 with the help of transfer of technology and low cost international finance including from Green Climate Fund (GCF); to create an additional carbon sink of 2.5 to 3 billion tonnes of $CO_2$ equivalent through additional forest and tree cover by 2030" (UNFCCC, 2015). The sectors and gases covered by the intensity target are not specified.

The studies assessed show a wide range of potential mitigation impacts of India's INDC on national emissions, varying from 3.7-4.8 $GtCO_2$e by 2030 for the conditional INDCs (assuming a full implementation of the INDC, including the non-fossil fuel target), and varying from 3.7-6.5 $GtCO_2$e by 2030 for the unconditional INDCs (assuming current policies, or only accounting for the intensity target). The wide ranges are caused mainly by different assumptions regarding GDP growth rate, different base year data, and interpretation of the conditionality of the INDCs. The higher estimates of LSE and the national study stem from a focus on the INDC intensity target calculations only, and do not consider other INDC elements, such as the non-fossil energy target.

An official estimate of emissions under the INDC is not available. National estimates for $CO_2$ emissions from the energy sector (and cement) are available from Dubash *et al.* (2015), which are not included here. From Damassa *et al.* (2015, forthcoming), there are national 'all GHG' projections including land-use for India based on a relatively large range of GDP assumptions (6.3-7.4 per cent average GDP growth for the period 2005-2030), resulting in emissions of 5.7-7.5 $GtCO_2$e in 2030.

### Figure A1.6: GHG emissions of India under the 2020 pledge, INDC and current policy trajectory case

The official and national studies are: INDC India (UNFCCC, 2015) and Damassa et al. (2015, forthcoming)



## Indonesia

Indonesia's INDC states that the country "[...] has committed to reduce unconditionally 26 per cent of its greenhouse gases against the business as usual scenario by the year 2020. Indonesia is committed to reducing emissions by 29 per cent compared to the business as usual (BAU) scenario by 2030". Furthermore, "Indonesia's target should encourage support from international cooperation, which is expected to help Indonesia to increase its contribution up to 41 per cent reduction in emissions by 2030" (UNFCCC, 2015). Indonesia defines its baseline emissions as 2 881 $GtCO_2e$ in 2030. The INDC covers all sectors and $CO_2$, $CH_4$, and $N_2O$.

Studies diverge on Indonesia's emissions in all cases, due in part to different assumptions regarding land use emissions, for which data are highly uncertain (for example, den Elzen *et al.,* 2015).

**Figure A1.7: GHG emission of Indonesia under the 2020 pledge, INDC and current policy trajectory case**
Official sources include: INDC Indonesia (UNFCCC, 2015)



## Japan

Japan's INDC proposes to reduce GHG emissions by 26 per cent by 2030 compared to 2013 levels, equivalent to a 25.4 per cent reduction against 2005 levels. All sectors and all GHGs ($CO_2$, $CH_4$, $N_2O$, HFCs, PFCs, $SF_6$ and $NF_3$) are covered (UNFCCC, 2015).

According to the official estimate that has been included in the INDC document, Japan's INDC would equate to emissions levels of about 1 042 Gt $CO_2$ in 2030. The modelling groups largely agree on the impact of Japan's INDC on its emissions.

**Figure A1.8: GHG emissions of Japan under the 2020 pledge, INDC and current policy trajectory case**

The official and national studies are: INDC Japan (UNFCCC, 2015), IDDRI (2015), Damassa *et al.* (2015, forthcoming) and Kuramochi (2014)





## Mexico

Mexico aims to reduce its GHG emissions by 22 per cent (unconditional) and by 36 per cent (conditional) from BAU by 2030. Mexico's INDC provides the resulting 2030 emission levels in MtCO2e. The target covers all sectors (energy, industrial processes and product use, agriculture, LULUCF, and waste) and six greenhouse gases ($CO_2$, $CH_4$, $N_2O$, HFCs, PFCs and $SF_6$).

The studies assessed adopted the official estimate of 2030 emissions from the INDC, and therefore agree on this figure. The 2020 pledge presented here is measured from a different baseline than that presented in the INDC (Fransen *et al.*, 2015).

### Figure A1.9: GHG emissions of Mexico under the 2020 pledge, INDC and current policy trajectory case

The official study is: INDC of Mexico (UNFCCC, 2015), and national studies are: Government of Mexico (2012) and SEMARNAT (2013)



## Republic of Korea

The Republic of Korea put forward an economy-wide target to reduce its GHG emissions by 37 per cent from business-as-usual (BAU) by 2030. The Republic of Korea intends to achieve a 25.7 per cent emissions reduction from BAU domestically. The INDC covers energy, industrial processes and product use, agriculture and waste, and states that "[...] a decision will be made at a later stage on whether to include greenhouse gas emissions and sinks of the land sector as well as the method for doing so" (UNFCCC, 2015). The target applies to five sectors (energy, industrial processes and product use, agriculture, LULUCF and waste) and six gases ($CO_2$, $CH_4$, $N_2O$, HFCs, PFCs and $SF_6$).

The Republic of Korea provides an official estimate in its INDC document, which would equate to emission levels of about 535.9 $MtCO_2e$ in 2030. Modelling groups agree on the emission levels in 2030 since they use the emission level taken from the INDC document. The Climate Action Tracker (CAT, 2015) provides a higher estimate indicating the levels of intended domestic reductions.

### Figure A1.10: GHG emissions of the Republic of Korea under the 2020 pledge, INDC and current policy trajectory case

The official and national study is: UNFCCC National Reports (2015)



## Russian Federation

The INDC of the Russian Federation states that "Limiting anthropogenic greenhouse gases in Russia to 70-75% of 1990 levels by the year 2030 might be a long-term indicator, subject to the maximum possible account of absorbing capacity of forests". This implies reducing emissions by 25-30 per cent below the 1990 level (UNFCCC, 2015). It is an economy-wide target and includes all greenhouse gases.

Study estimates diverge significantly on future emission trends under the current policy trajectory and under the INDC. This is due primarily to different assumptions on accounting of LULUCF emissions.

### Figure A1.11: GHG emissions of the Russian Federation under the 2020 pledge, INDC and current policy trajectory case

The official studies are: UNFCCC inventories for historic data/6th National Communication for current policy projections (UNFCCC National Reports, 2015). For INDC: reductions from INDC submission applied to base year 1990 (UNFCCC, 2015)



## South Africa

South Africa proposes that the form of its mitigation INDC is a peak, plateau and decline GHG emissions trajectory range. South Africa's emissions by 2025 and 2030 will be in a range between 398 and 614 MtCO$_2$e. It includes all sectors and gases. No quantification of any unconditional share of mitigation is offered. Uncertainties are noted in relation to AFOLU emissions and trace gases, with the intention of reducing uncertainty over time and moving to a comprehensive accounting approach for land-based

emissions and removals. South Africa proposes innovative methodologies for adaptation, both impacts and investments required, also noting that methodologies can be improved.

Given that the INDC states emission ranges in absolute units (MtCO$_2$e), modelling groups have greater certainty on the impact of South Africa's INDC. There is reference to more than one mitigation potential analysis, which has provided estimates of what mitigation can be implemented, the most recent being in 2014.

### Figure A1.12: GHG emissions of the South Africa under the 2020 pledge, INDC and current policy trajectory case
The official and national studies are INDC of South Africa (UNFCCC, 2015) and the Mitigation Report (Department of Environmental Affairs, 2014)



## United States of America

The USA intends to reduce net GHG emissions by 26–28 per cent from 2005 by 2025, including LULUCF. The target covers all IPCC sectors and seven greenhouse gases.

The modelling groups largely agree on the impact of the USA's INDC on its emissions.

### Figure A1.13: GHG emissions of the United States of America under the 2020 pledge, INDC and current policy trajectory case

The official studies are: UNFCCC inventories for historic data, 6th National Communication for current policy projections (UNFCCC National Reports, 2015). For INDC: INDC submission (UNFCCC, 2015). The analysis in this report uses the 'with measures' scenario from the 6th National Communication. The US indicates that its current trajectory is better represented by the 'with additional measures' scenario. The national studies are: Belenky (2015) and Hausker *et al*. (2015). Current policies only from Belenky (2015). 2030 INDC estimate only from Hausker *et al*. (2015)



# References

**Chapter 1**

UNFCCC (1992) *'United Nations Framework Convention on Climate Change',* United Nations. Available at: https://unfccc.int/resource/docs/convkp/conveng.pdf [Accessed 10 November 2015].

UNFCCC (2014) *'Lima call for climate action'*, The Conference of the Parties. Available at: https://unfccc.int/files/meetings/lima_dec_2014/application/pdf/auv_cop20_lima_call_for_climate_action.pdf [Accessed 10 November 2015].


**Chapter 2**

Andres, R. J., Boden, T. A., and Higdon, D. (2014) *'A new evaluation of the uncertainty associated with CDIAC estimates of fossil fuel carbon dioxide emission'*. Tellus B. Available at: http://www.tellusb.net/index.php/tellusb/article/view/23616 [Accessed 10 November 2015].

BAPPENAS (2015) *'Sekretariat RAN-GRK'*. Available at: http://ranradgrk.bappenas.go.id/rangrk/component/content/article/92-bahasa/informasi-sektoral/193-hasil-indc [Accessed 10 November 2015].

Belenky, M. (2015) *'Achieving the U.S. 2025 Emissions Mitigation Target. Climate Advisers'*. Available at: http://www.climateadvisers.com/wp-content/uploads/2013/12/US-Achieving-2025-Target_May-2015.pdf [Accessed 10 November 2015].

Biennial Report (2013) *'2014 First Biennial Report of The United States of America Under the United Nations Framework Convention on Climate Change'*. Available at: http://unfccc.int/files/national_reports/biennial_reports_and_iar/submitted_biennial_reports/application/pdf/first_u.s._biennial_report_rev.pdf [Accessed 10 November 2015].

Brazilian Government (2010) *'Decreto No. 7390, de 9 de Dezembro de 2010'*. Presidência da República, Casa Civil Available at: http://www.planalto.gov.br/ccivil_03/_Ato2007-2010/2010/Decreto/D7390.htm [Accessed 10 November 2015].

CAIT WRI (2015) *'CAIT Climate Analysis Indicators Tool*. *Data Explorer - Pre-2020 Pledges Map'*. Available at: http://cait.wri.org/pledges/ [Accessed on 10 November 2015].

CAT (2013) *'India - Climate Action Tracker'*. Available at: http://climateactiontracker.org/countries/india/2013.html [Accessed 10 November 2015].

CAT (2015) *'Climate Action Tracker'*. Available at: http://climateactiontracker.org/ [Accessed 10 November 2015].

CCA (2014) *'Carbon Farming Initiative Review Report. Government of Australia – Climate Change Authority'*. Available at: http://climatechangeauthority.gov.au/sites/prod.climatechangeauthority.gov.au/files/files/CCA-CFI-Review-published.pdf [Accessed 10 November 2015].

Clarke, L., Jiang, K., Akimoto, K., Babiker, M., Blanford, G., Fisher-Vanden, K., Hourcade, J-C., Krey, V., Kriegler, E., Löschel, A., McCollum, D., Paltsev, S., Rose, S., Shukla, P. R., Tavoni, M., van der Zwaan, B. and van Vuuren, D.P. (2014) *'Assessing Transformation Pathways'* in Edenhofer, O., Pichs-Madruga, R., Sokona, Y., Farahani, E., Kadner, S., Seyboth, K., Adler, A., Baum, I., Brunner, S., Eickemeier, P., Kriemann, B., Savolainen, J., Schlömer, S., Stechow, C. v., Zwickel, T. and Minx, J. C., eds., *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*, Cambridge, United Kingdom and New York, NY, USA: Cambridge University Press, 413-510. Available at: http://www.ipcc.ch/pdf/assessment-report/ar5/wg3/ipcc_wg3_ar5_chapter6.pdf [Accessed 10 November 2015].

Commonwealth of Australia (2015) *'Setting Australia's post-2020 target for reducing greenhouse gas emissions'*. Final report of the UNFCCC Taskforce. Canberra: Commonwealth of Australia. Available at: https://www.dpmc.gov.au/sites/default/files/publications/Setting%20Australias%20post-2020%20target%20for%20reducing%20greenhouse%20gas%20emissions_0.pdf [Accessed 10 November 2015].

den Elzen, M.G.J., Fekete, H., Admiraal, A., Forsell, N., Höhne, N., Korosuo, A., Roelfsema, M., van Soest, H., Wouters, K., Day, T., Hagemann, M., Hof, A.F. (2015). *'Enhanced policy scenarios for major emitting countries. Analysis of current and planned climate policies, and selected enhanced mitigation measure'*. Bilthoven, the Netherlands: PBL Netherlands Environmental Assessment Agency. Available at: http://www.pbl.nl/sites/default/files/cms/publicaties/pbl-2015-enhanced-policy-scenarios-for-major-emitting-countries_1631.pdf [Accessed 10 November 2015].

Department of Environmental Affairs (2011a) *'South Africa's Second National Communication under the UNFCCC'*. Available at: http://unfccc.int/resource/docs/natc/zafnc02.pdf [Accessed 10 November 2015].

Department of Environmental Affairs (2011b) *'South African Government's position on Climate Change'*. SA Government Position on Climate Change. Available at: http://www.climateaction.org.za/cop17-cmp7/sa-government-position-on-climate-change [Accessed 10 November 2015].

DoE (2015) *'Australia's emissions projections 2014-15'*. Department of the Environment, Australian Government. Available at: http://www.environment.gov.au/climate-change/publications/emissions-projections-2014-15 [Accessed 10 November 2015].

EEA (2014a) *'Annual European Union greenhouse gas inventory 1990–2012 and inventory report 2014'*. European Environment Agency. Available at: http://www.eea.europa.eu/publications/european-union-greenhouse-gas-inventory-2014 [Accessed 10 November 2015].

EEA (2014b) *'Trends and projections in Europe 2014 - Tracking progress towards Europe's climate and energy targets until 2020'*. European Environment Agency. Available at: http://www.eea.europa.eu/publications/trends-and-projections-in-europe-2014 [Accessed 31 October 2015].

EEA (2015) *'Trends and projections in Europe 2015 - Tracking progress towards Europe's climate and energy targets for 2020'*. European Environment Agency. Available at: http://www.eea.europa.eu/publications/trends-and-projections-in-europe-2015 [Accessed 10 November 2015].

Environment Canada (2014) *'Canada's Emissions Trends'* Available at: http://ec.gc.ca/Publications/default. asp?lang=En&xml=E998D465-B89F-4E0F-8327-01D5B0D66885 [Accessed 10 November 2015].

Garg, A., Shukla, P.R., and Bhushan K. (2014) *'India Report - Alternate Development Pathways for India: Aligning Copenhagen Climate Change Commitments with National Energy Security and Economic Development. Low Climate Impact Scenarios and the Implications of Required Tight Emission Control Strategies [LIMITS]'*. Ahmedabad, India: Indian Institute of Management, Ahmedabad. Available at: http://www.feem-project.net/limits/docs/limits_india%20report_iim.pdf [Accessed 10 November 2015].

Government of Mexico (2012) *'Programas para mitigar el cambio climático'*. Available at: http://www2.inecc.gob.mx/publicaciones/libros/685/programas2.pdf [Accessed 10 November 2015].

Government of Russia (2014) *'First Biennial Report of the Russian Federation'*. Available at: http://unfccc.int/files/national_reports/biennial_reports_and_iar/submitted_biennial_reports/application/pdf/1br_rus_unoffical_translation_eng.pdf [Accessed 10 November 2015].

Hausker, K., Meek, K., Gasper, R., Aden, N. and Obeiter, M. (2015) *'Delivering on the U.S. Climate Commitment: A 10-Point Plan Toward a Low-Carbon Future'*. Working Paper Executive Summary. Washington, DC: World Resources Institute. Available at: http://www.wri.org/sites/default/files/Delivering_on_the_US_Climate_Commitment_ES.pdf [Accessed 10 November 2015].

IEA (2014a) *'World Energy Outlook 2014'*. Paris: International Energy Agency. Available at: http://www.worldenergyoutlook.org/publications/weo-2014/ [Accessed 10 November 2015].

IEA (2014b) *'$CO_2$ emissions from fuel combustion – Highlights'*. Available at: https://www.iea.org/publications/freepublications/publication/CO2EmissionsFromFuelCombustionHighlights.pdf [Accessed 10 November 2015].

IPCC (2013) *'Summary for Policymakers'* in Stocker, T.F., Qin, D., Plattner, G.-K., Tignor, M., Allen, S.K., Boschung, J., Nauels, A., Xia, Y., Bex V. and Midgley P.M. (Eds.), Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge, UK and New York, USA: Cambridge University Press, pp. 1-29. Available at: https://www.ipcc.ch/pdf/assessment-report/ar5/wg1/WGIAR5_SPM_brochure_en.pdf [Accessed 10 November 2015].

IPCC (2014a) *'Climate Change 2014: Mitigation of Climate Change'. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change,* Cambridge, United Kingdom and New York, NY, USA: Cambridge University Press. Available at: http://www.ipcc.ch/report/ar5/wg3/ [Accessed 10 November 2015].

IPCC (2014b) *'Climate Change 2014: Synthesis Report'.* Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change, Geneva, Switzerland: IPCC. Available at: https://www.ipcc.ch/pdf/assessment-report/ar5/syr/AR5_SYR_FINAL_SPM.pdf [Accessed 10 November 2015].

Johnson, N., Krey, V., McCollum, D. L., Rao, S., Riahi, K., and Rogelj, J. (2015) *'Stranded on a low-carbon planet: Implications of climate policy for the phase-out of coal-based power plants'*. Technological Forecasting and Social Change, 90, Part A(0):89-102. Available at: http://www.sciencedirect.com/science/article/pii/S0040162514000924 [Accessed 10 November 2015].

Knutti, R. and Rogelj, J. (2015) *'The legacy of our $CO_2$ emissions: a clash of scientific facts, politics and ethics'*. Climatic Change: 1-13. Available at: http://link.springer.com/article/10.1007%2Fs10584-015-1340-3 [Accessed 10 November 2015].

Kriegler, E., Tavoni, M., Aboumahboub, T., Luderer, G., Calvin, K., Demaere, G., Krey, V., Riahi, K., Rösler, H., Schaeffer, M., and Van Vuuren, D. P. (2013) *'What does the 2°C target imply for a global climate agreement in 2020? The LIMITS study on Durban Platform Scenarios'*. Clim. Change Econ., 04(04):1340008. Available at: http://www.iiasa.ac.at/publication/more_XO-13-041.php [Accessed 10 November 2015].

Kuramochi, T. (2014) *'GHG Mitigation in Japan: An Overview of the Current Policy Landscape'*. Working Paper. Washington, DC: World Resources Institute. Available at: http://www.wri.org/sites/default/files/wri_workingpaper_japan_final_ck_6_11_14.pdf [Accessed 10 November 2015].

Meinshausen, M., Meinshausen, N., Hare, W., Raper, S. C. B., Frieler, K., Knutti, R., Frame, D. J., and Allen, M. R. (2009) *'Greenhouse-gas emission targets for limiting global warming to 2°C*. Nature, 458(7242):1158-62. Available at: https://www1.ethz.ch/iac/people/knuttir/papers/meinshausen09nat.pdf [Accessed 10 November 2015].

Meinshausen, M., Raper, S. C. B., and Wigley, T. M. L. (2011) *'Emulating coupled atmosphere-ocean and carbon cycle models with a simpler model, MAGICC6 – Part 1: Model description and calibration'*. Atmos. Chem. Phys., 11(4):1417-56. Available at: http://www.atmos-chem-phys.net/11/1417/2011/acp-11-1417-2011.html [Accessed 10 November 2015].

Mexico (2015) *'Mexico Intended Nationally Determined Contribution'*. Available at: http://www4.unfccc.int/submissions/INDC/Published%20Documents/Mexico/1/MEXICO%20INDC%2003.30.2015.pdf [Accessed 10 November 2015].

Ministry of Environment Indonesia (2010) *'Indonesia Second National Communication under the UNFCCC'*. Jakarta: Ministry of Environment, Republic of Indonesia. Available at: http://unfccc.int/files/national_reports/non-annex_i_natcom/submitted_natcom/application/pdf/indonesia_snc.pdf [Accessed 10 November 2015].

MOE (2015) *'Chapter 4: Renewable Energy Deployment Potential'*. In: *'Heisei 26nendo 2050nen saiseikanou enerugii nado bunsangata enerugii fukyuukanousei kenshoukentou houkokusho'* (FY2013 report on the assessment of deployment potential for renewable energy and other distributed energy technologies). In Japanese. Tokyo: Ministry of the Environment. Available at: http://www.env.go.jp/policy/ [Accessed 10 November 2015].

NCCS (2013) *'National Climate Change Strategy. 10-20-40 Vision'*. Mexico: Federal Government of Mexico. Available at: http://mitigationpartnership.net/sites/default/files/encc_englishversion.pdf [Accessed 10 November 2015].

Olivier, J. G. J. and Janssens-Maenhout, G. (2012) '$CO_2$ Emissions from Fuel Combustion -- 2012 Edition' in 'IEA $CO_2$ report 2012, Part III, Greenhouse-Gas Emissions', Paris, France: IEA, 554. Available at: http://edgar.jrc.ec.europa.eu/docs/IEA_PARTIII.pdf [Accessed 10 November 2015].

PBL (2015) 'PBL Climate Pledge INDC tool'. Bilthoven: PBL Netherlands Environmental Assessment Agency. Available at: http://infographics.pbl.nl/indc/ [Accessed 10 November 2015].

Planning Commission Government of India (2011) 'Low Carbon Strategies for Inclusive Growth: An Interim Report'. Interim Report of the Expert Group on Low Carbon Strategies for Inclusive Growth. New Delhi: Planning commission. Available at: http://www.moef.nic.in/downloads/public-information/Interim%20Report%20of%20the%20Expert%20Group.pdf [Accessed 10 November 2015].

Planning Commission Government of India (2014) 'The Final Report of the Expert Group on Low Carbon Strategies for Inclusive Growth'. New Delhi: Planning Commission. Available at:

http://planningcommission.nic.in/reports/genrep/rep_carbon2005.pdf [Accessed 10 November 2015].

People's Republic of China (2012) 'Second National Communication on Climate Change of the People's Republic of China'. Beijing: National Development and Reform Commission Available at: http://unfccc.int/resource/docs/natc/chnnc2e.pdf [Accessed 10 November 2015].

Republic of Korea (2014) 'First Biennial Update Report of the Republic of Korea'. Seoul, South Korea: Greenhouse Gas Inventory & Research Center of Korea. Available at: http://unfccc.int/resource/docs/natc/rkorbur1.pdf [Accessed 10 November 2015].

Republic of Korea (2015) 'Submission by the Republic of Korea - Intended Nationally Determined Contribution'. Available at: http://www4.unfccc.int/submissions/INDC/Published%20Documents/Republic%20of%20Korea/1/INDC%20Submission%20by%20the%20Republic%20of%20Korea%20on%20June%2030.pdf [Accessed 10 November 2015].

Rhodium Group (2014) 'Is the US on Track? EPA's Clean Power Plan and the US 2020 Climate Goal'. Available at: http://rhg.com/notes/is-the-us-on-track-epas-clean-power-plan-and-the-us-2020-climate-goal [Accessed 10 November 2015].

Ricke, K. L. and Caldeira, K. (2014) 'Maximum warming occurs about one decade after a carbon dioxide emission'. Environmental Research Letters, 9(12):124002. Available at: http://iopscience.iop.org/article/10.1088/1748-9326/9/12/124002/meta [Accessed 10 November 2015].

Rogelj, J., McCollum, D. L., O'Neill, B. C., and Riahi, K. (2013) '2020 emissions levels required to limit warming to below 2°C'. Nature Clim. Change, 3(4):405-412. Available at: http://www.nature.com/nclimate/journal/v3/n4/abs/nclimate1758.html [Accessed 10 November 2015].

Rogelj, J., Luderer, G., Pietzcker, R. C., Kriegler, E., Schaeffer, M., Krey, V., and Riahi, K. (2015a) 'Energy system transformations for limiting end-of-century warming to below 1.5°C'. Nature Clim. Change, 5(6):519-527. Available at: http://www.nature.com/nclimate/journal/v5/n6/full/nclimate2572.html [Accessed 10 November 2015].

Rogelj, J., Schaeffer, M., Meinshausen, M., Knutti, R., Alcamo, J., Riahi, K., and Hare, W. (2015b) 'Zero emission targets as long-term global goals for climate protection'. Environmental Research Letters, 10(10):105007. Available at: http://iopscience.iop.org/article/10.1088/1748-9326/10/10/105007 [Accessed 10 November 2015].

Schaeffer, M., Gohar, L. K., Kriegler, E., Lowe, J. A., Riahi, K., and Van Vuuren, D. P. (2013) 'Mid- and long-term climate projections for fragmented and delayed-action scenarios'. Technological Forecasting & Social Change, 90 (Part A): 257-68. Available at: http://www.iiasa.ac.at/publication/more_XJ-15-018.php [Accessed 10 November 2015].

SEEG (2014) 'Sistema de Estimativa de Emissão de Gases de Efeito Estufa'. Brasil. Available at: http://seeg.observatoriodoclima.eco.br [Accessed 10 November 2015].

SEMARNAT (2013) 'Estrategia Nacional de Cambio Climático: visión 10-20-40'. Secretaría de Medio Ambiente y Recursos Naturales, México. Available at: http://www.inmujeres.gob.mx/inmujeres/images/stories/medioambiente/2014/09_SEPTIEMBRE/estrategia_nacional_cambio_climatico.pdf [Accessed 10 November 2015].

Sha, F., Ji, Z., and Linwei, L. (2015) 'An Analysis of China's INDC'. Beijing: China National Center for Climate Change Strategy and International Cooperation. Available at: http://www.chinacarbon.info/wp-content/uploads/2010/12/Comments-on-Chinas-INDC.pdf [Accessed 10 November 2015].

Smith, S. M., Lowe, J. A., Bowerman, N. H. A., Gohar, L. K., Huntingford, C., and Allen, M. R. (2012) 'Equivalence of greenhouse-gas emissions for peak temperature limits'. Nature Clim. Change, 2(7):535-538. Available at: http://www.nature.com/nclimate/journal/v2/n7/full/nclimate1496.html [Accessed 10 November 2015].

UNEP (2012) 'The Emissions Gap Report 2012', Nairobi: United Nations Environment Programme. Available at: http://www.unep.org/pdf/2012gapreport.pdf [Accessed 10 November 2015].

UNEP (2013) 'The Emissions Gap Report 2013', Nairobi: UNEP. Available at: http://www.unep.org/pdf/UNEPEmissionsGapReport2013.pdf [Accessed 10 November 2015].

UNEP (2014) 'The Emissions Gap Report 2014', Nairobi: UNEP. Available at: http://www.unep.org/publications/ebooks/emissionsgapreport2014/portals/50268/pdf/EGR2014_LOWRES.pdf [Accessed 10 November 2015].

UNFCCC (2014) 'Submitted Biennial Reports'. Available at: http://unfccc.int/national_reports/biennial_reports_and_iar/submitted_biennial_reports/items/7550.php [Accessed 10 November 2015].

van der Werf, G.R., Randerson, J.T., Giglio, L., Collatz, G. J., Mu, M., Kasibhatla, P S., Morton, D.C., DeFries, R.S., Jin, Y. and van Leeuwen, T.T. (2010) 'Global fire emissions and the contribution of deforestation, savanna, forest, agricultural, and peat fires (1997–2009)'. Atmos. Chem. Phys., 10(23):11707-11735. Available at: http://www.atmos-chem-phys.net/10/11707/2010/acp-10-11707-2010.html [Accessed 10 November 2015].

**Chapter 3**

Australian Government (2015) *'Australia's emissions projections 2014-15'*. Department of the Environment. Available at: http://www.environment.gov.au/climate-change/publications/emissions-projections-2014-15 [Accessed 10 November 2015].

Belenky, M. (2015) *'Achieving the U.S. 2025 Emissions Mitigation Target'*. Available at: http://www.climateadvisers.com/wp-content/uploads/2013/12/US-Achieving-2025-Target_May-20151.pdf [Accessed 10 November 2015].

Boyd, R., Cranston-Turner, J., Ward, B. (2015) '*Intended nationally determined contributions: what are the implications for greenhouse gas emissions in 2030?'* Policy Paper, London: ESRC Centre for Climate Change Economics and Policy and Grantham Research Institute on Climate Change and the Environment. Available at: http://www.lse.ac.uk/GranthamInstitute/wp-content/uploads/2015/10/Boyd_Turner_and_Ward_policy_paper_October_2015.pdf [Accessed 10 November 2015].

Clarke, L., Jiang, K., Akimoto, K., Babiker, M., Blanford, G., Fisher-Vanden, K., Hourcade, J-C., Krey, V., Kriegler, E., Löschel, A., McCollum, D., Paltsev, S., Rose, S., Shukla, P. R., Tavoni, M., van der Zwaan, B. and van Vuuren, D.P. (2014) *'Assessing Transformation Pathways'* in Edenhofer, O., Pichs-Madruga, R., Sokona, Y., Farahani, E., Kadner, S., Seyboth, K., Adler, A., Baum, I., Brunner, S., Eickemeier, P., Kriemann, B., Savolainen, J., Schlömer, S., Stechow, C. v., Zwickel, T. and Minx, J. C., eds., *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*, Cambridge, United Kingdom and New York, NY, USA: Cambridge University Press, 413-510. Available at: http://www.ipcc.ch/pdf/assessment-report/ar5/wg3/ipcc_wg3_ar5_chapter6.pdf [Accessed 10 November 2015].

CAT (2015) *'Climate Action Tracker'*. Available at: http://climateactiontracker.org. [Accessed 10 November 2015].

Climate Interactive (2015) *'Scoreboard Science and Data'*. Climate Interactive. Available at: https://www.climateinteractive.org/tools/scoreboard/scoreboard-science-and-data/ [Accessed 10 November 2015].

DEA (2015) *'Analyzing the 2030 emissions gap'*. Energistyrelsen. Available at: http://www.ens.dk/en/info/facts-figures/scenarios-analyses-models/models/compare/analyzing-2030-emissions-gap [Accessed 10 November 2015].

den Elzen, M.G.J., Fekete, H., Admiraal, A., Forsell, N., Höhne, N., Korosuo, A., Roelfsema, M., van Soest, H., Wouters, K., Day, T., Hagemann, M., Hof, A.F. (2015). *'Enhanced policy scenarios for major emitting countries. Analysis of current and planned climate policies, and selected enhanced mitigation measure'*. Bilthoven, the Netherlands: PBL Netherlands Environmental Assessment Agency. Available at: http://www.pbl.nl/sites/default/files/cms/publicaties/pbl-2015-enhanced-policy-scenarios-for-major-emitting-countries_1631.pdf [Accessed 10 November 2015].

Department of Environmental Affairs (2014) '*South Africa's Greenhouse Gas (GHG) Mitigation Potential Analysis'*. Pretoria: Department of Environmental Affairs. Available at: https://www.environment.gov.za/sites/default/files/docs/mitigationreport.pdf [Accessed 10 November 2015].

Dubash, N.K., Khosla, R., Rao, N.D., Sharma, K.R. (2014) '*Informing India's Energy and Climate Debate: Policy Lessons from Modelling Studies'*. New Delhi: Centre for Policy Research, Climate Initiative, Research Report. Available at: http://www.iiasa.ac.at/publication/more_XO-15-012.php [Accessed 10 November 2015].

EEA (2014) '*Trends and projections in Europe 2014'*. Brussels: European Environment Agency. Available at: http://www.eea.europa.eu/publications/trends-and-projections-in-europe-2014 [Accessed 10 November 2015].

Garg, A., Shukla, P.R. and Bhushan K. (2014) '*India Report on Alternate Development Pathways for India: Aligning Copenhagen Climate Change Commitments with National Energy Security and Economic Development'*. Low Climate Impact Scenarios and the Implications of Required Tight Emission Control Strategies [LIMITS]. Ahmedabad, India: Indian Institute of Management, Ahmedabad Available at: http://www.feem-project.net/limits/docs/limits_india%20report_iim.pdf [Accessed 10 November 2015]

Government of Canada (2014) *'Canada's Emission Trends 2014'*. Environment Canada. Available at: https://www.ec.gc.ca/ges-ghg/default.asp?lang=En&n=E0533893-1 [Accessed 10 November 2015].

Government of China (2012) *'Second national communication on climate change of the People's Republic of China'*. Beijing: National Development and Reform Commission. Available at: http://unfccc.int/resource/docs/natc/chnnc2e.pdf [Accessed 10 November 2015].

Gütschow, J., Jeffery, L., Alexander, R., Hare, B., Schaeffer, M., Rocha, M., Höhne, N., Fekete, H., van Breevoort, P., and Blok, K. (2015) *'INDCs lower projected warming to 2.7°C: significant progress but still above 2°C*. Potsdam Institute for Climate Impact Research (PIK), Climate Analytics, NewClimate Institute and Ecofys. Available at: http://climateanalytics.org/publications/2015/indcs-lower-projected-warming-to-2-7-c-significant-progress-but-still-above-2oc [Accessed 10 November 2015].

Hausker, K., Meek, K., Gasper, R., Aden, N. and Obeiter, M. (2015) '*Delivering on the U.S. Climate Commitment: A 10-Point Plan Toward a Low-Carbon Future'*. Working Paper. Executive Summary. Washington, DC: World Resources Institute. Available at: http://www.wri.org/sites/default/files/Delivering_on_the_US_Climate_Commitment_ES.pdf [Accessed 10 November 2015].

ICAO (2013) '*Environmental Report 2013 - Destination Green'*. Available at: http://cfapp.icao.int/Environmental-Report-2013/files/assets/common/downloads/ICAO_2013_Environmental_Report.pdf [Accessed 10 November 2015].

IDDRI (2015) '*Beyond the Numbers: Understanding the Transformation Induced by INDCs'*. Available at: http://www.iddri.org/Publications/Collections/Analyses/MILES%20report.pdf [Accessed 10 November 2015].

IEA (2014) '*World Energy Outlook 2014'*. Paris: International Energy Agency. Available at: http://www.worldenergyoutlook.org/publications/weo-2014/ [Accessed 10 November 2015].

IEA (2015) '*World Energy Outlook Special Report 2015: Energy and Climate Change'*. Paris: International Energy Agency. Available at: https://www.iea.org/publications/freepublications/publication/weo-2015-special-report-energy-climate-change.html [Accessed 10 November 2015].

IMO (2014) '*Third IMO Greenhouse Gas study 2014'*. London: International Maritime Organization. Available at: http://www.imo.org/en/OurWork/Environment/PollutionPrevention/AirPollution/Documents/MEPC%2067-INF.3%20-%20Third%20IMO%20GHG%20Study%202014%20-%20Final%20Report%20(Secretariat).pdf [Accessed 10 November 2015].

IPCC (2014) '*Climate Change 2014: Mitigation of Climate Change'. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change,* Cambridge, United Kingdom and New York, NY, USA: Cambridge University Press. Available at: http://www.ipcc.ch/report/ar5/wg3/ [Accessed 10 November 2015].

Jiang, K., Zhuang, X., Miao, R., and He, C. (2013). '*China's role in attaining the global 2°C target'. Climate Policy,* 13(supp01), 55-69. doi: 10.1080/14693062.2012.746070. Available at: http://www.tandfonline.com/doi/full/10.1080/14693062.2012.746070 [Accessed 10 November 2015]

JRC/PBL (2012) 'EDGAR version 4.2 FT 2010'. Belgium and Netherlands: Joint Research Centre of the European Commission/ PBL Netherlands Environmental Assessment Agency. EUROPA - EDGAR Overview. Available at: http://edgar.jrc.ec.europa.eu/ overview.php?v=GHGts1990-2010 [Accessed 10 November 2015].

Kuramochi, T. (2014) 'GHG Mitigation in Japan: An Overview of the Current Policy Landscape'. Working Paper. Washington, DC: World Resources Institute. Available at: http://www.wri.org/sites/default/files/wri_workingpaper_japan_final_ck_6_11_14.pdf. [Accessed 10 November 2015].

Masui, T. (2015) 'Assessment of INDCs toward 2 degree target based on AIM (Asia-Pacific Integrated Model)'. Tokyo: National Institute For Environmental Studies. Available at: http://www.env.go.jp/earth/ondanka/attach_8/1_4_ToshihikoMasui.pdf [Accessed 10 November 2015]

Meinshausen, M. (2015) 'Australian-German Climate and Energy College'. Available at: http://www.climate-energy-college.net/ search/content/INDC%20factsheets [Accessed 10 November 2015].

National Climate Change Strategy (2013) 'National Climate Change Strategy. 10-20-40 Vision'. Mexico: Federal Government of Mexico. Available at: http://mitigationpartnership.net/mexico-2013-national-climate-change-strategy-10-20-40-vision [Accessed 10 November 2015].

PBL (2015) 'The Climate Pledge INDC tool'. Bilthoven: PBL Netherlands Environmental Assessment Agency. Available at: http:// infographics.pbl.nl/indc/ [Accessed 10 November 2015].

Rogelj, J., Hare, W., Lowe, J., van Vuuren, D. P., Riahi, K., Matthews, B., Hanaoka, T., Jiang, K. and Meinshausen, M. (2011) 'Emission pathways consistent with a 2°C global temperature limit', Nature Clim. Change, 1(8):413-418. Available at: http://www.nature. com/nclimate/journal/v1/n8/abs/nclimate1258.html [Accessed 10 November 2015].

Sha, F., Ji, Z. and Linwei, L. (2015) 'An Analysis of China's INDC'. Beijing: China National Center for Climate Change Strategy and International Cooperation. Available at: http://www.chinacarbon.info/wp-content/uploads/2010/12/Comments-on-Chinas-INDC.pdf [Accessed 10 November 2015].

Tavoni,M., Kriegler,E., Riahi,K., van Vuuren,D.P., Aboumahboub,T., Bowen,A., Calvin,K., Campiglio,E.,Kober,T., Jewell,J., Luderer,G., Marangoni,G., McCollum,D., van Sluisveld,M., Zimmer, A., and van der Zwaan, B. (2015) 'Post-2020 climate agreements in the major economies assessed in the light of global models'. Nature Climate Change, 5:119-126. Available at: http://www.nature. com/nclimate/journal/v5/n2/full/nclimate2475.html [Accessed 10 November 2015].

UNEP (2014) 'The Emissions Gap Report 2014'. A UNEP Synthesis Report. Nairobi: UNEP. Available at: http://www.unep.org/ publications/ebooks/emissionsgapreport2014/portals/50268/pdf/EGR2014_LOWRES.pdf [Accessed 10 November 2015].

UNFCCC (1992) 'United Nations Framework Convention on Climate Change'. Available at: https://unfccc.int/resource/docs/convkp/ conveng.pdf [Accessed 10 November 2015].

UNFCCC (2013) 'Report of the Conference of the Parties on its nineteenth session, held in Warsaw from 11 to 23 November 2013'. Available at: http://unfccc.int/resource/docs/2013/cop19/eng/10a01.pdf [Accessed 10 November 2015].

UNFCCC (2014) 'Lima Call for Climate Action'. Available at: https://unfccc.int/files/meetings/lima_dec_2014/application/pdf/auv_ cop20_lima_call_for_climate_action.pdf [Accessed 10 November 2015].

UNFCCC (2015a) 'INDC – Submissions'. Available at: http://www4.unfccc.int/submissions/INDC/Submission%20Pages/submissions. aspx [Accessed 10 November 2015].

UNFCCC (2015b) 'Undertakings in adaptation planning communicated by Parties in line with paragraph 12 of decision 1/CP.20'. Available at: https://unfccc.int/focus/adaptation/undertakings_in_adaptation_planning/items/8932.php [Accessed 10 November 2015].

UNFCCC National Reports (2015) 'National Reports'. Available at: http://unfccc.int/national_reports/items/1408.php [Accessed 10 November 2015].

US Environmental Protection Agency (2012) 'Global Anthropogenic Non-CO$_2$ Greenhouse Gas Emissions: 1990–2030: Revised Version 2012'. Available: http://www3.epa.gov/climatechange/Downloads/EPAactivities/EPA_Global_NonCO2_Projections_Dec2012. pdf [Accessed 10 November 2015].

WRI (2015) 'CAIT Paris Contributions Map – Explore Intended Nationally Determined Contributions (INDCs)'. Available at: http://cait. wri.org/indc/ [Accessed 10 November 2015].

## Chapter 4

Ansuategi, A, Greño, P., Houlden, V., Markandya, A, Onofri, L., Picot, H., Tsarouchi, G-M., and Walmsley, N. (2015): 'The impact of climate change on the achievement of the post-2015 sustainable development goals'. London: CDKN, HR Wallingford and Metroeconomica. Available at: http://cdkn.org/wp-content/uploads/2015/05/Impact-of-climate-on-SDGs-technical-report-CDKN.pdf [Accessed 10 November 2015].

Fekete, H., Roelfsema, M., Höhne, N., den Elzen, M., Forsell, N. and Becerra, S. (2015): 'Impacts of good practice policies on regional and global greenhouse gas emissions'. NewClimate Institute, PBL Netherlands Environmental Assessment Agency and International Institute for Applied Systems Analysis 2015 by order of DG CLIMA. Available at: https://newclimateinstitute.files. wordpress.com/2015/07/task2c_goodpracticeanalysis_july_2015.pdf [Accessed 10 November 2015].

GCEC (2015a) 'Seizing the global opportunity partnerships for better growth and a better climate'. The 2015 New Climate Economy Report. London: Global Commission on the Economy and Climate. Available at: http://2015.newclimateeconomy.report/ [Accessed 10 November 2015].

GCEC (2015b) 'New Climate Economy Technical Note: Abatement Reduction Potential'. London: Global Commission on the Economy and Climate. Available at: http://2014.newclimateeconomy.report/wp-content/uploads/2015/01/NCE-technical-note-emission-reduction-potential_final.pdf [Accessed 10 November 2015].

GGBP (2014) 'Green Growth in Practice: Lessons from Country Experiences'. Green Growth Best Practice. Seoul: Global Green Growth Institute. Available at: http://www.ggbp.org/sites/all/themes/ggbp/uploads/Green-Growth-in-Practice-062014-Full.pdf [Accessed 10 November 2015].

Höhne, N., Day, T., Fekete, H., and Gonzales, S. (2015): 'Assessing the missed benefits of countries' national contributions'. Quantifying potential co-benefits. Berlin: NewClimate Institute. Available at: https://newclimateinstitute.files.wordpress.com/2015/06/ cobenefits-of-indcs-june-2015.pdf [Accessed 10 November 2015].

IDDRI (2015) *'Beyond the Numbers: Understanding the Transformation Induced by INDCs'*. IDDRI Study No.5. Paris: Institut du développement durable et des relations internationals. Available at: http://www.iddri.org/Publications/Collections/Analyses/MILES%20report.pdf [Accessed 10 November 2015].

IEA (2015a) *'Energy and Climate Change'*. World Energy Outlook Special Report. Paris: International Energy Agency. Available at: https://www.iea.org/publications/freepublications/publication/WEO2015SpecialReportonEnergyandClimateChange.pdf [Accessed 10 November 2015].

IEA (2015b) *'Energy and Climate Change'*. World Energy Outlook Special Briefing for COP21. Paris: International Energy Agency. Available at: https://www.iea.org/media/news/WEO_INDC_Paper_Final_WEB.PDF [Accessed 10 November 2015].

INDC Forum (2015): *'Meeting Documents and Presentations'*. Available at: http://www.indcforum.org/2015/10/08/forum-presentations/ [Accessed 10 November 2015].

IPCC (2007) *'Climate Change 2007: Synthesis Report'*. Contribution of Working Groups I, II and III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, Pachauri, R.K and Reisinger, A. (eds.)]. IPCC, Geneva, Switzerland, 104 pp. Available at: https://www.ipcc.ch/pdf/assessment-report/ar4/syr/ar4_syr_frontmatter.pdf [Accessed 10 November 2015].

IPCC (2014a) *'Climate Change 2014: Synthesis Report'*. Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, Pachauri, R.K., and Meyer, L.A., eds]. Geneva: IPCC. Available at: http://www.ipcc.ch/pdf/assessment-report/ar5/syr/SYR_AR5_FINAL_full.pdf [Accessed 10 November 2015].

IPCC (2014b) *'Climate Change 2014: Mitigation of Climate Change'*. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Edenhofer, O., Pichs-Madruga, R., Sokona,Y., Farahani, E., Kadner, S., Seyboth, K., Adler, A., Baum, I., Brunner, S., Eickemeier, P., Kriemann, B., Savolainen, J., Schlömer, S., von Stechow, C., Zwickel, T. and Minx, J.C., eds]. Cambridge and New York: Cambridge University Press. Available at: http://mitigation2014.org/report/publication/ [Accessed 10 November 2015].

IRENA (2014) *'REmap 2030: A Renewable Energy Roadmap'*, Summary of Findings, June 2014. IRENA, Abu Dhabi: International Renewable Energy Agency. Available at: www.irena.org/remap [Accessed 10 November 2015].

JRC (2015) *'Analysis of scenarios integrating the INDCs. JRC Policy Brief'*. EC JRC IPTS/J1. October 2015. Brussels: Joint Research Centre. Available at: https://ec.europa.eu/jrc/en/publication/eur-scientific-and-technical-research-reports/analysis-scenarios-integrating-indcs [Accessed 10 November 2015]

OECD/IEA/NEA/ITF (2015) *'Aligning Policies for a Low-Carbon Economy'*. Paris: OECD Publishing. Available at: http://dx.doi.org/10.1787/9789264233294-en [Accessed 10 November 2015].

Parry, I., Chandara, V., and Dirk, H. (2014) *'How Much Carbon Pricing is in Countries' Own Interests? The Critical Role of Co-Benefits'*. IMF Working Paper WP/14/174. Washington: International Monetary Fund. Available at: https://www.imf.org/external/pubs/ft/wp/2014/wp14174.pdf [Accessed 10 November 2015].

Spencer, T., Pierfederici, R. *et al*. (2015): *'Beyond the Numbers: Understanding the Transformation Induced by INDCs – Executive Summary, October 2015, IDDRI – MILES Project Consortium'*. Paris: Institut du développement durable et des relations internationales. Available at: http://www.iddri.org/Publications/Collections/Analyses/Exe-summary_miles.pdf [Accessed 10 November 2015].

UN (2015a) *'Protecting Our Planet and Combatting Climate Change'*, UN Sustainable Development Summit. Interactive Dialogue 4, New York: United Nations. Available at: https://sustainabledevelopment.un.org/content/documents/8156Interactive%20Dialogue%20%204%20-Climate%20Change%20Environment.pdf [Accessed 10 November 2015].

UN (2015b) *'Goal 13: Take urgent action to combat climate change and its impacts'*. Climate Change – United Nations Sustainable Development. New York: United Nations. Available at: http://www.un.org/sustainabledevelopment/climate-change-2/ [Accessed 10 November 2015].

UN (2015c) *'Discussion Paper on Follow-up and Review of the Post-2015 Development Agenda - 12 May 2015'*. Available at: https://sustainabledevelopment.un.org/content/documents/7132Discussion%20paper%20on%20Follow%20up%20and%20Review%2012%20May%202015.pdf [Accessed 10 November 2015].

UNEP (2011) *'The Emissions Gap Report 2011: A UNEP Synthesis Report'*. Nairobi: UNEP: Available at: http://www.unep.org/publications/ebooks/bridgingemissionsgap/ [Accessed 10 November 2015].

UNEP (2012) *'The Emissions Gap Report 2012. A UNEP Synthesis Report'*. Nairobi: UNEP. Available at: http://www.unep.org/pdf/2012gapreport.pdf [Accessed 10 November 2015].

UNEP (2013) *The Emissions Gap Report 2013. A UNEP Synthesis Report*. Nairobi: UNEP. Available at: http://www.unep.org/pdf/UNEPEmissionsGapReport2013.pdf [Accessed 10 November 2015].

UNFCCC (2014a) *'Updated compilation of information on the mitigation benefits of actions, initiatives and options to enhance mitigation ambition'*. UNFCCC Technical Paper. FCCC/TP/2014/13. 26 November 2014. Available at: http://unfccc.int/resource/docs/2014/tp/13.pdf [Accessed 10 November 2015].

UNFCCC (2014b) *'Updated compilation of information on mitigation benefits of actions, initiatives and options to enhance mitigation ambition'*. UNFCCC Technical Paper. FCCC/TP/2014/3. 2 June 2014. Available at: http://unfccc.int/resource/docs/2014/tp/03.pdf [Accessed 10 November 2015].

UNFCCC (2015) *'Updated compilation of information on mitigation benefits of actions, initiatives and options to enhance mitigation ambition'*. UNFCCC Technical Paper. FCCC/TP/2015/4. 16 October 2015. Available at: http://unfccc.int/resource/docs/2015/tp/04.pdf [Accessed 10 November 2015].

WB (2014) *'Climate-Smart Development: Adding Up the Benefits of Actions That Help Build Prosperity, End Poverty and Combat Climate Change'*. Report 88908. Washington, DC: World Bank. Available at http://www-wds.worldbank.org/external/default/WDSContentServer/WDSP/IB/2014/06/20/000456286_20140620100846/Rendered/PDF/889080WP0v10RE0Smart0Development0Ma.pdf [Accessed 10 November 2015].

## Chapter 5

Blok, K., Höhne, N., van der Leun, K., and Harrison, N. (2012) *'Bridging the greenhouse-gas emissions gap'*. Nature Climate Change, 2: 471-74. Available at: http://www.nature.com/nclimate/journal/v2/n7/full/nclimate1602.html?WT.mc_id=FBK_ [Accessed 10 November 2015].

carbon*n* (2015) carbon*n* Climate Registry. Available at: http://carbonn.org [Accessed 17 November 2015].

Caring for Climate (2014) *'Progress Report 2014'*. Available at: https://www.unglobalcompact.org/library/1121 [Accessed 10 November 2015].

CDP (2014) *'Carbon action report 2014. Why companies need emissions reduction targets'*. Available at: https://www.cdp.net/CDPResults/Carbon-action-report-2014.pdf [Accessed 10 November 2015].

CDP, WRI, WWF (2014) *'Mind the Science, Mind the Gap Frequently Asked Questions (FAQ's)'*. Available at: http://www.wri.org/sites/default/files/uploads/mind_the_gap_faqs.pdf [Accessed 10 November 2015].

Chan, S., and Paux, P. (2014) *'A global framework for climate action (GFCA). Orchestrating non-state and subnational initiatives for more effective global climate governance'*. Available at: https://www.die-gdi.de/uploads/media/DP_34.2014.pdf [Accessed 10 November 2015].

CISL/Ecofys (2015) *'Better Partnerships: Understanding and increasing the impact of private sector cooperative initiatives'*, University of Cambridge and Ecofys report highlights emissions reduction opportunities — Cambridge Institute for Sustainability Leadership. Available at: http://www.cisl.cam.ac.uk/publications/publication-pdfs/better-partnerships-understanding-and-increasing-the-impact-of-private-sector-cooperative-initiatives [Accessed 10 November 2015].

CIP (2015) *'Climate Initiatives Platform'*. Available at: http://www.climateinitiativesplatform.org/index.php/Welcome [Accessed 10 November 2015].

Climate Change Summary (2014) *'Chair's Summary - UN Climate Summit 2014'*. Available at: http://www.un.org/climatechange/summit/2014/09/2014-climate-change-summary-chairs-summary/ [Accessed 10 November 2015].

Dodwell, C., Holdaway, E., Sura, K., and Picot H. (2015) *'Supporting ambitious Intended Nationally Determined Contributions: Lessons learned from developing countries'*, Working paper. Ricardo-AEA and the Climate and Development Knowledge Network. Available at: http://r4d.dfid.gov.uk/Output/201361/ [Accessed 10 November 2015].

Edwards, G., Timmons Roberts, J., Araya, M. and Retamal, C. (2015) *'A New Global Agreement Can Catalyze Climate Action in Latin America'*, Santiago, Chile. Available at: http://www.brookings.edu/research/papers/2015/05/global-agreement-climate-action-latin-america [Accessed 10 November 2015].

FS UNEP Centre (2015) *'Global Trends in Renewable Energy Investment 2015'*. UNEP Centre. Available [Accessed 10 November 2015].

Hale, T. and Roger C. (2014) *'Orchestration and Transnational Climate Governance'*. Review of International Organizations, 9 (1): 59-82 Available at: http://econpapers.repec.org/article/sprrevint/v_3a9_3ay_3a2014_3ai_3a1_3ap_3a59-82.htm [Accessed 10 November 2015].

Hsu A., Moffat, A.S., Weinfurter, A.J., and Schwartz, J.D. (2015) *'Five of the 29 commitments made at the NY Climate Summit could result in a 2.54 GtCO₂e reduction in annual global total GHG emissions in 2020'*. Towards a new climate diplomacy: Nature Climate Change: Nature Publishing Group. Available at: http://www.nature.com/nclimate/journal/v5/n6/fig_tab/nclimate2594_F1.html [Accessed 10 November 2015].

IEA (2013) *'Redrawing the Energy-climate map'*. World Energy Outlook Special Report. Paris: International Energy Agency Available at: http://www.iea.org/publications/freepublications/publication/weo_special_report_2013_redrawing_the_energy_climate_map.pdf [Accessed 10 November 2015].

IPCC (2014) *'Climate Change 2014: Synthesis Report'*. Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, Pachauri, R.K., and Meyer, L.A., eds]. Geneva: IPCC. Available at: http://www.ipcc.ch/pdf/assessment-report/ar5/syr/SYR_AR5_FINAL_full.pdf [Accessed 10 November 2015].

IRENA (2015) *'Renewable Energy in Latin America 2015: An Overview of Policies'*. Abu Dhabi. Available at: http://www.irena.org/Publications/index.aspx?mnu=cat&PriMenuID=36&CatID=141 [Accessed 10 November 2015].

IVM (2015) *'Non-state actors in a Paris Agreement – are cities and companies bridging the ambition gap?'* Policy Brief, Amsterdam: Institute for Environmental Studies, Free University. Available at: http://fores.se/wp-content/uploads/2015/05/NSA_Policy_brief_Bonn2.pdf [Accessed 10 November 2015].

Mosteller, D. and Hsu, A. (2015) *'Getting to Two Degrees: Measuring What Cities, Companies, and Others Have Promised'*, The Metric Yale University. Available at: http://epi.yale.edu/the-metric/getting-two-degrees-measuring-what-cities-companies-and-others-have-promised [Accessed 10 November 2015].

NAZCA (2015) *'Non-State Actor Zone for Climate Action'*. Available at: http://climateaction.unfccc.int [Accessed 10 November 2015].

Nykvist, B. and Nilsson, M. (2015) *'Rapidly falling costs of battery packs for electric vehicles'*. Nature Climate Change 5(4): 329–32. Available at: http://www.nature.com/nclimate/journal/v5/n4/full/nclimate2564.html?WT.ec_id%3DNCLIMATE-201504 [Accessed 10 November 2015].

Roelfsema M., Harmsen, M., and Olivier, I. (2015) *'Climate action outside the UNFCCC'*. Policy Brief, PBL Netherlands Environmental Assessment Agency, Bilthoven, the Netherlands. Available at: http://www.pbl.nl/sites/default/files/cms/pbl-2015-climate-action-outside-the-unfccc_01188.pdf [Accessed 11 November 2015].

Roger, C., Hale T., and Andonova L. (2015) *'How do Domestic Politics shape participation in Transnational Climate Governance?'* Blavatnik School Working Paper 001. Available at: http://www.bsg.ox.ac.uk/sites/www.bsg.ox.ac.uk/files/documents/BSG-WP-2015-001.pdf [Accessed 10 November 2015].

Seba, T. (2014) *'Clean Disruption of Energy and Transportation: How Silicon Valley Will Make Oil, Nuclear, Natural Gas, Coal, Electric Utilities and Conventional Cars Obsolete by 2030'*. Available at: http://tonyseba.com/portfolio-item/clean-disruption-of-energy-transportation/ [Accessed 10 November 2015].

Somanathan, E., Sterner, T., Sugiyama, T., Chimanikire, D., Dubash, N.K., Essandoh-Yeddu, J., Fifita, S., Goulder, L., Jaffe, A., Labandeira, X., Managi, S., Mitchell, C., Montero, J.P., Teng, F., and Zylicz, T., (2014) *'National and Sub-national Policies and Institutions'*. In: *'Climate Change 2014: Mitigation of Climate Change'*. Contribution of Working Group III to the Fifth Assessment. Report of the Intergovernmental Panel on Climate Change [Edenhofer, O., Pichs-Madruga, R., Sokona, Y., Farahani, E., Kadner, S., Seyboth, K.,

Adler, A., Baum, I., Brunner, S., Eickemeier, P., Kriemann, B., Savolainen, J., Schlömer, S., von Stechow, C., Zwickel, T. and Minx, J. C.(eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA. Available at: http://www.ipcc.ch/pdf/assessment-report/ar5/wg3/ipcc_wg3_ar5_chapter15.pdf [Accessed 10 November 2015].

UNEP (2013) *'The Emissions Gap Report 2013: A UNEP Synthesis Report'*. Nairobi: UNEP. Available at: http://www.unep.org/publications/ebooks/emissionsgapreport2013/ [Accessed 10 November 2015].

UNEP (2015) *'Climate commitments of subnational actors and business: A quantitative assessment of their emission reduction impact'* [p. 28, Table 8.1]. United Nations Environment Programme (UNEP), Nairobi. Available at: http://apps.unep.org/publications/pmtdocuments/-Climate_Commitments_of_Subnational_Actors_and_Business-2015CCSA_2015.pdf.pdf [Accessed 10 November 2015].

UNFCCC (2013) *'Compilation of information on mitigation benefits of actions, initiatives and options to enhance mitigation ambition'*. UNFCCC document FCCC/TP/2013/4. Geneva: United Nations Office. Available at: http://unfccc.int/resource/docs/2013/tp/08.pdf [Accessed 10 November 2015].

UNFCCC (2015) *'INDC – Submissions'*. Available at: http://www4.unfccc.int/submissions/INDC/Submission%20Pages/submissions.aspx [Accessed 10 November 2015].

Vergara, W., Fenhann, J. & Schletz, M. (2015, forthcoming) *,Zero Carbon Latin America. A pathway to net decarbonisation by mid-century'*. Copenhagen: UNEP DTU Partnership. Available at: http://www.unepdtu.org/PUBLICATIONS [Accessed 11 November 2015].

WRI, C40 and ICLEI (2014): *'Global Protocol for Community-Scale Greenhouse Gas Emission Inventories - An Accounting and Reporting Standard for Cities'*, Greenhouse Gas Protocol. Available at: http://www.ghgprotocol.org [Accessed 10 November 2015].

## Chapter 6

Achard, F., Beuchle, R., Mayaux, P., Stibig, H-J., Bodart, C., Brink, A., Carboni, S., Desclée, B., Donnay, F., Eva, H.D., Lupi, A., Raši, R., Seliger, R., and Simonetti, D. (2014) *'Determination of tropical deforestation rates and related carbon losses from 1990 to 2010'*. Global Change Biology, 20: 2540-2554. Available at: http://onlinelibrary.wiley.com.globalproxy.cvt.dk/doi/10.1111/gcb.12605/pdf [Accessed 11 November 2015].

Assunção, J., Gandour, C., and Rocha, R.(2015) *'Deforestation slowdown in the Brazilian Amazon: prices or policies?'* Environment and Development Economics, 20(6): 697-722. Available at: http://climatepolicyinitiative.org/publication/deforestation-slowdown-in-the-legal-amazon-prices-or-policie/ [Accessed 11 November 2015].

Bellassen, V. and Luyssaert, S. (2014) *'Managing forests in uncertain times'*. Nature, 506: 153-155. Available at: http://www.nature.com/news/carbon-sequestration-managing-forests-in-uncertain-times-1.14687 [Accessed 11 November 2015].

Bonn Challenge (2015) *'The Bonn Challenge is a global aspiration to restore 150 million hectares of the world's deforested and degraded lands by 2020'*. Available at: http://www.bonnchallenge.org/ [Accessed 11 November 2015].

CBD (2010) *'COP 10 Decision X/2 - X/2. Strategic Plan for Biodiversity 2011-2020'*. Nagoya, Japan: Convention on Biological Diversity Conference of Parties. 18 – 29 October 2010. Available at: https://www.cbd.int/decision/cop/?id=12268 [Accessed 11 November 2015].

Ciais, P., Sabine, C., Bala, G., Bopp, L., Brovkin,V., Canadell, J., Chhabra, A., DeFries, R., Galloway, J., Heimann M., C. Jones, Le Quéré, C., Myneni, R.B., Piao, S., and Thornton, P. (2013) *'Carbon and Other Biogeochemical Cycles'*. In: *'Climate Change 2013: The Physical Science Basis'*. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., Qin, D., Plattner, G-K.,Tignor, M.,Allen, S.K., Boschung, A., Nauels, J., Xia, Y., Bex, V. and Midgley, P.M., eds. Cambridge and New York: Cambridge University Press. Available at: https://www.ipcc.ch/pdf/assessment-report/ar5/wg1/WG1AR5_Chapter06_FINAL.pdf [Accessed 11 November 2015].

Clarke L. Jiang, K., Akimoto, K., Babiker, M., Blanford, G., Fisher, K., Vanden, J., Hourcade, J.C., & Krey, V. (2014) *'Assessing Transformation Pathways'*. In: Edenhofer, O. *et al.* eds. *'Climate Change 2014: Mitigation of Climate Change'*. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge and New York: Cambridge University Press. Available at: http://www.ipcc.ch/report/ar5/wg3/ [Accessed 11 November 2015].

Eliasch, J. (2008) *'Climate Change: Financing Global Forests'*. The Eliasch Review. London: Office of Climate Change / Her Majesty's Stationery Office. Available at: https://www.gov.uk/government/uploads/system/uploads/attachment_data/file/228833/9780108507632.pdf [Accessed 11 November 2015].

Ewers, R. and Rodrigues, A.S.L. (2008) *'Estimates of reserve effectiveness are confounded by leakage'*. Trends in Ecology and Evolution, 23 (3): 113-116. Available at: http://www.cell.com/trends/ecology-evolution/abstract/S0169-5347(08)00040-2?_returnURL=http%3A%2F%2Flinkinghub.elsevier.com%2Fretrieve%2Fpii%2FS0169534708000402%3Fshowall%3Dtrue [Accessed 11 November 2015].

FAO (2010a) *'Global Forest Resources Assessment 2010. Main report'*. FAO Forestry Paper 163. Rome: Food and Agriculture Organization of the United Nations. Available at: http://www.fao.org/forest-resources-assessment/past-assessments/fra-2010/en/ [Accessed 11 November 2015].

FAO (2010b) *'Global Forest Resources Assessment 2010'*. Global Tables: Table 11 Trends in carbon stock in living forest biomass 1990-2010. Available at: http://www.fao.org/forestry/fra/fra2010/en/ [Accessed 11 November 2015].

FAO (2012) *'Global ecological zones for FAO forest reporting: 2010 update'*. Forest Resources Assessment Working Paper 179. Rome: Food and Agriculture Organization of the United Nations. Available at: http://www.fao.org/docrep/017/ap861e/ap861e00.pdf [Accessed 11 November 2015].

FCPF (2015) *'ER-PINs in FCPF Pipeline'*. Washington: Forest Carbon Partnership Facility. Available at: https://www.forestcarbonpartnership.org/er-pins-fcpf-pipeline [Accessed 11 November 2015].

Federici, S., Tubiello, F.N., Salvatore, M., Jacobs, H., and Schmidhuber, J. (2015) *'New estimates of CO2 forest emissions and removals: 1990-2015'*. Forest Ecology and Management, 352: 89-98. Available at: http://www.sciencedirect.com/science/article/pii/S0378112715002443 [Accessed 11 November 2015].

Golub, A., Henderson, B., Hertel, T., Rose, S., Avetisyan, M. and Sohngen, B. (2010) *'Effects of GHG mitigation policies on livestock sectors'*, 13th Annual Conference on Global Economic Analysis, Penang, Malaysia, 2010. Available at: https://www.gtap.agecon.purdue.edu/resources/res_display.asp?RecordID=3393 [Accessed 11 November 2015].

Grace, J., Mitchard, E., and Gloor, E. (2014) *'Perturbations in the carbon budget of the tropics'*. Global Change Biology, 20: 3238–3255. Available at: http://dx.doi.org/10.1111/gcb.12600 [Accessed 11 November 2015].

Harris, N.L. *et al.* (2012) *'Baseline Map of Carbon Emissions from Deforestation in Tropical Regions'*. Science, 336: 1573–1576. Available at: http://dx.doi.org/10.1126/science.1217962 [Accessed 11 November 2015].

Hooijer A., S. Page, J. G. Canadell, M. Silvius, J. Kwadijk, H. Wösten, and J. Jauhiainen (2010) *'Current and future CO2 emissions from drained peatlands in Southeast Asia'*. Biogeosciences, 7: 1505 – 1514. Available at: http://www.biogeosciences.net/7/1505/2010/bg-7-1505-2010.html [Accessed 11 November 2015].

Houghton, R. A., House, J. I., Pongratz, J., van der Werf, G. R., DeFries, R. S., Hansen, M. C., Le Quéré, C., and Ramankutty, N. (2012) *'Carbon emissions from land use and land-cover change'*. Biogeosciences, 9(12): 5125-5142. Available at: http://www.biogeosciences.net/9/5125/2012/bg-9-5125-2012.html [Accessed 11 November 2015].

INPE (2015) *'Projeto Prodes: Monitoramento da Floresta Amazônica Brasileira por Satélite'*. http://www.obt.inpe.br/prodes/index.php [Accessed 11 November 2015].

IPCC (2006) *'IPCC Guidelines for National Greenhouse Gas Inventories'*. Volume 4: Agriculture, Forestry and Other Land Use. Prepared by the National Greenhouse Gas Inventories Programme, Eggleston, H. S., Buendia, L., Miwa, Ki., Ngara, T. and Tanabe, K. eds. Japan: IGES. Available at: http://www.ipcc-nggip.iges.or.jp/public/2006gl/vol4.html [Accessed 11 November 2015].

Jaenicke, J., Wösten, H., Budiman, A., and Siegert, F. (2010) *'Planning hydrological restoration of peatlands in Indonesia to mitigate carbon dioxide emissions'*. Mitigation and Adaptation Strategies for Global Change, 15(3): 223-239. Available at: https://www.wageningenur.nl/en/Publication-details.htm?publicationId=publication-way-343031313233 [Accessed 11 November 2015].

Kissinger, G., Herold, M., and de Sy, V. (2012) *'Drivers of Deforestation and Forest Degradation: A Synthesis Report for REDD+ Policymakers'*. Vancouver: Lexeme Consulting. Available at: https://www.gov. uk/government/publications/deforestation-and-forest-degradation-drivers-synthesis-report-for-redd-policymakers [Accessed 11 November 2015].

Lamb, D. and Gilmour, D. (2003) *'Rehabilitation and Restoration of Degraded Forests'*. Gland and Cambridge: IUCN and WWF. Available at: http://cmsdata.iucn.org/downloads/rehabilitation_and_restoration_of_degraded_forests.pdf [Accessed 11 November 2015].

Lee, D. and Pistorius, T. (2015) *'The Impacts of International REDD+ Finance'*. Climate and Land Use Alliance. Available at: http://www.climateandlandusealliance.org/en/Impacts_of_International_REDD_Finance/ [Accessed 11 November 2015].

Liu, Y.Y., van Dijk, A.I.J.M., de Jeu, R.A.M., Canadell, J.G., McCabe, M.F., Evans, J.P., and Wang, G. (2015) *'Recent reversal in loss of global terrestrial biomass'*. Nature Climate Change, 5:470–474. Available at: http://www.researchgate.net/publication/281887147_Recent_reversal_in_loss_of_global_terrestrial_biomass [Accessed 11 November 2015].

Maginnis, S., Rietbergen-McCracken, J., and Sarre, A. eds. (2012) *'The Forest Landscape Restoration Handbook'*. Trove, National Library of Australia. Available at: http://trove.nla.gov.au/work/25061115?q&versionId=208466756 [Accessed 11 November 2015].

Megevand, C. (2013) *'Deforestation Trends in the Congo Basin: Reconciling Economic Growth and Forest Protection'*. Washington: World Bank. Available at: http://www.profor.info/knowledge/economic-growth-and-drivers-deforestation-congo-basin [Accessed 11 November 2015].

Miles, L. and Dickson, B. (2010) `*REDD-plus and biodiversity: opportunities and challenges'*. Unasylva 236(61):56-63. Available at: http://www.fao.org/docrep/013/i1758e/i1758e14.pdf [Accessed 11 November 2015].

Nabuurs, G.J., Masera, O., Andrasko, K., Benitez-Ponce, P., Boer, Dutschke, M., Elsiddig, E., Ford-Robertson, J., Frumhoff, P., Karjalainen, T., Krankina, O., Kurz, W.A., Matsumoto, M., Oyhantcabal, W., Ravindranath, N.H., Sanz Sanchez, M.J., and Zhang X. (2007) *'Forestry'*. In *'Climate Change 2007: Mitigation'*. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. In: Metz, B., Davidson, O.R., Bosch, P.R., Dave, R. and Meyer, L.A. eds. Cambridge and New York: Cambridge University Press. Available at: https://www.ipcc.ch/pdf/assessment-report/ar4/wg3/ar4-wg3-chapter9.pdf [Accessed 11 November 2015].

Nepstad, D., McGrath, D., Stickler, C., Alencar, A., Azevedo, A., Swette, B., Bezerra, B., DiGiano, M., Shimada, J., da Motta, R.S., Armijo, E., Castello, L., Brando, P., Hansen, M.C., McGrath-Horn, M., Carvalho, O., and Hess, L. (2014) *'Slowing Amazon deforestation through public policy and interventions in beef and soy supply chains'*. Science, 344(6188), 1118-1123. Available at: https://www.sciencemag.org/content/344/6188/1118.figures-only [Accessed 11 November 2015].

New Climate Economy (2015) *'Seizing the Global Opportunity. Partnerships for better growth and a better climate'*. The 2015 New Climate Economy Report. London: Global Commission on the Economy and Climate. Available at: http://2015.newclimateeconomy.report/ [Accessed 11 November 2015].

Paquette, A., Hawryshyn, J., Vyta Senikas, A. and Potvin, C. (2009) *'Enrichment planting in secondary forests: a promising clean development mechanism to increase terrestrial carbon sinks'*. Ecology and Society, 14(1):31. Available at: http://www.ecologyandsociety.org/vol14/iss1/art31/ [Accessed 11 November 2015].

Rizvi, A.R., Baig, S., Barrow, E., and Kumar, C. (2015) *'Synergies between Climate Mitigation and Adaptation in Forest Landscape Restoration'*. Gland: IUCN. Available at: https://portals.iucn.org/library/sites/library/files/documents/2015-013.pdf [Accessed 11 November 2015].

Romijn, E., Ainembabazi, J.H., Wijaya, A., Herold, M., Angelsen, A., Verchot, L., and Murdiyarso, D. (2013) *'Exploring different forest definitions and their impact on developing REDD+ reference emission levels: a case study for Indonesia'*. Environmental Science and Policy, 33:246-259. Available at: http://www.researchgate.net/publication/253239946_Exploring_different_forest_definitions_and_their_impact_on_developing_REDD_reference_emission_levels_A_case_study_for_Indonesia [Accessed 11 November 2015].

Sasaki, N. and Putz, F.E. (2009) *'Critical need for new definitions of "forest" and "forest degradation" in global climate change agreements'*. Conservation Letters, 2(5): 226-232. Available at: http://dx.doi.org/10.1111/j.1755-263X.2009.00067.x [Accessed 11 November 2015].

Scharlemann, J. P. W., Kapos, V., Campbell, A., Lysenko, I., Burgess, N.D., Hansen, M.C., Gibbs, H.K., Dickson, B., and Miles, L. (2010) *'Securing tropical forest carbon: the contribution of protected areas to REDD'*. Oryx, 44 (3):352-357. Available at: http://macroecointern.dk/pdf-reprints/Scharlemann_O_2010.pdf [Accessed 11 November 2015].

Shvidenko, A., Barber, C.V., and Persson, R. (2005) *'Chapter 21. Forest and Woodland Systems'*. In: Hassan, R., Scholes, R., Ash, A. eds. *'Ecosystems and Human Well-being: Current State and Trends, Volume 1. Findings of the Condition and Trends Working Group of the Millennium Ecosystem Assessment'*. Washington: Island Press. Available at: http://www.millenniumassessment.org/documents/document.290.aspx.pdf [Accessed 11 November 2015].

Sills, E.O., Atmadja, S.S., de Sassi, C., Duchelle, A.E., Kweka, D.L., Resosudarmo, I.A.P., and Sunderlin, W.D. (2014) '*REDD+ on the ground. A case book of subnational initiatives across the globe*'. Bogota: CIFOR. Available at: http://www.cifor.org/publications/pdf_files/books/BCIFOR1403.pdf [Accessed 11 November 2015].

Smith P., Bustamante, M., Ahammad, H., Clark, H., Dong, H., Elsiddig, E.A., Haberl, H., Harper, R., House, J., Jafari,M., Masera, O., Mbow, C., Ravindranath, N.H., Rice, C.W., Robledo Abad, C., Romanovskaya, A., Sperling, F. and Tubiello, (2014): '*Agriculture, Forestry and Other Land Use (AFOLU)*'. In: '*Climate Change 2014: Mitigation of Climate Change*'. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Edenhofer, O., Pichs-Madruga, R., Sokona, Y., Farahani, E., Kadner, S., Seyboth, K., Adler, A., Baum, I., Brunner, S., Eickemeier, P., Kriemann, B., Savolainen, J., Schlömer, S., von Stechow, C., Zwickel, T. and Minx, J.C. eds. Cambridge and New York: Cambridge University Press. Available at: https://www.ipcc.ch/pdf/assessment-report/ar5/wg3/ipcc_wg3_ar5_full.pdf [Accessed 11 November 2015].

Streck C. (2012) '*Financing REDD+: matching needs and ends*'. Current Opinion in Environmental Sustainability, 4(6):628–637. doi:10.1016/j.cosust.2012.10.001. Available at: http://www.sciencedirect.com/science/article/pii/S1877343512001376 [Accessed 11 November 2015].

UN (2008) '*United Nations Declaration on the Rights of Indigenous Peoples*'. Available at: http://www.un.org/esa/socdev/unpfii/documents/DRIPS_en.pdf [Accessed 11 November 2015].

UNCCD (2007) '*The 10-year strategic plan and framework to enhance the implementation of the Convention (2008–2018)*'. United Nations Convention to Combat Desertification Conference of the Parties: ICCD/CoP(8)/16/Add.1, at 8 (Oct. 23, 2007). Madrid: 3 –14 September, 2007. Available at: http://www.unccd.int/Lists/OfficialDocuments/cop8/16add1eng.pdf [Accessed 11 November 2015].

UNEP (2012) '*The Emissions Gap Report 2012: A UNEP Synthesis Report*'. Nairobi: UNEP. Available at: http://www.unep.org/pdf/2012gapreport.pdf [Accessed 11 November 2015].

UNFCCC (2005) '*Report of the Conference of the Parties on its eleventh session, held at Montreal from 28 November to 10 December 2005*'. Available at: http://unfccc.int/resource/docs/2005/cop11/eng/05.pdf [Accessed 11 November 2015].

UNFCCC (2007) '*Report of the Conference of the Parties on Its Thirteenth Session, Decision 2/CP.13. FCCC/CP/2007/6/Add.1, at 8 (Mar. 14, 2008)*'. United Nations Framework Convention on Climate Change Conference of the Parties. Bali: 3 – 15 December, 2007. Available at: http://unfccc.int/resource/docs/2007/cop13/eng/06a01.pdf [Accessed 11 November 2015].

UNFCCC (2009) '*Report on the Conference of the Parties on Its Fifteenth Session, Decision 4/CP.15. FCCC/CP/2009/11/Add.1, at 11 (Mar. 30, 2010)*'. United Nations Framework Convention on Climate Change Conference of the Parties. Copenhagen: 7 – 19 December, 2009. Available at: http://unfccc.int/resource/docs/2009/cop15/eng/11a01.pdf [Accessed 11 November 2015].

UNFCCC (2010) '*Report of the Conference of the Parties on its sixteenth session, held in Cancun from 29 November to 10 December 2010. Addendum. Part two: Action taken by the Conference of Parties at its sixteenth session*'. United Nations Framework Convention on Climate Change Conference of the Parties: FCCC/CP/2010/7/Add.1at (March 15, 2011). Cancun: 9th Plenary Meeting 10-11 December 2010. Available at: http://unfccc.int/resource/docs/2010/cop16/eng/07a01.pdf [Accessed 11 November 2015].

UNFCCC (2013) '*Report on the Conference of the Parties on Its Nineteenth Session. Decisions 9-15/CP.19, FCCC/CP/2013/10/Add.1, at 24 (Jan. 31, 2014)*'. United Nations Framework Convention on Climate Change Conference of the Parties. Warsaw: 11 – 22 November, 2013. Available at: http://unfccc.int/resource/docs/2013/cop19/eng/10a01.pdf [Accessed 11 November 2015].

UNFCCC (2014a) '*Appendix II – Nationally appropriate mitigation actions of developing country Parties*'. Available at: http://unfccc.int/meetings/cop_15/copenhagen_accord/items/5265.php [Accessed 11 November 2015].

UNFCCC (2014b) '*Appendix I - Quantified economy-wide emissions targets for 2020*'. Available at: http://unfccc.int/meetings/copenhagen_dec_2009/items/5264.php [Accessed 11 November 2015].

UNFCCC (2014c) '*Communications received from Parties in relation to the listing in the chapeau of the Copenhagen Accord*'. Available at: http://unfccc.int/meetings/copenhagen_dec_2009/items/5276.php [Accessed 11 November 2015].

UNGA (2007) '*Non-Legally Binding Instrument on All Types of Forests. Agenda item 54. A/RES/62/98*'. United Nations General Assembly sixty-second session. 17 December, 2007. Available at: http://www.un.org/ga/search/view_doc.asp?symbol=A/res/62/98 [Accessed 11 November 2015].

UNGA (2015) '*Resolution adopted by the General Assembly on 1 September 2015. 69/315. Draft outcome document of the United Nations summit for the adoption of the post-2015 development agenda*'. Agenda items 13 (a) and 115. A/RES/69/315'. United Nations General Assembly sixty-ninth session. 15 September, 2015. Available at: http://www.un.org/en/ga/search/view_doc.asp?symbol=A/RES/69/315 [Accessed 11 November 2015].

UN-REDD Programme (2013) '*National Forest Monitoring Systems: Monitoring and Measurement, Reporting and Verification (M & MRV) in the context of REDD+ Activities*'. Geneva: UN-REDD Programme Secretariat Available at: http://www.unredd.net/index.php?option=com_docman&view=document&alias=12345-national-forest-monitoring-systems-monitoring-and-measurement-reporting-and-verification-m-mrv-in-the-context-of-redd-activities-12345&category_slug=other-useful-presentations-and-materials-3439&Itemid=134 [Accessed 11 November 2015].

Wolosin, M. (2014) '*Quantifying Benefits of the New York Declaration on Forests*'. Washington: Climate Advisers. Available at: http://www.climateadvisers.com/wp-content/uploads/2014/09/Quantifying-Benefits-of-the-New-York-Declaration-on-Forests-09232014.pdf [Accessed 11 November 2015].

WRI (2011) '*Global Assessment of Opportunities for Restoration of Forests and Landscapes*'. Final report to UNEP-WCMC. Cambridge: United Nations Environment Programme World Conservation Monitoring Centre. Available at: http://www.unep-wcmc.org/resources-and-data/global-assessment-of-opportunities-for-restoration-of-forests-and-landscapes [Accessed 11 November 2015].

**Annex 1**

Australian Government (2015) *'Australia's emissions projections 2014-15'*. Department of the Environment. Available at: http://www.environment.gov.au/climate-change/publications/emissions-projections-2014-15 [Accessed 11 November 2015].

Belenky, M. (2015) *'Achieving the U.S. 2025 Emissions Mitigation Target'*. Climate Advisers. Available at: http://www.climateadvisers.com/wp-content/uploads/2013/12/US-Achieving-2025-Target_May-20151.pdf [Accessed 11 November 2015].

CAT (2015) *'Climate Action Tracker'*. Available at: http://climateactiontracker.org [Accessed 11 November 2015].

Damassa, T., Fransen, T., Ge, M., Haya, B., Pjeczka, K., and Ross, K. (2015, forthcoming) *'Interpreting INDCs: Assessment of the Transparency of Post-2020 Greenhouse Gas Mitigation Targets of Brazil, China, the EU, India, Indonesia, Japan, Mexico, and the United States'*. Working Paper: Open Climate Network. Washington, DC: World Resources Institute. Available at: http://www.wri.org/our-work/project/open-climate-network/publications [Accessed 11 November 2015].

den Elzen, M.G.J., Fekete, H., Admiraal, A., Forsell, N., Höhne, N., Korosuo, A., Roelfsema, M., van Soest, H., Wouters, K., Day, T., Hagemann, M., and Hof, A.F. (2015). *'Enhanced policy scenarios for major emitting countries. Analysis of current and planned climate policies, and selected enhanced mitigation measure'*. Bilthoven, the Netherlands: PBL Netherlands Environmental Assessment Agency. Available at: http://www.pbl.nl/sites/default/files/cms/publicaties/pbl-2015-enhanced-policy-scenarios-for-major-emitting-countries_1631.pdf [Accessed 11 November 2015].

Department of Environmental Affairs (2014) *'South Africa's Greenhouse Gas (GHG) Mitigation Potential Analysis'*. Pretoria: Department of Environmental Affairs. Available at: https://www.environment.gov.za/sites/default/files/docs/mitigationreport.pdf [Accessed 11 November 2015].

Dubash, N.K., Khosla, R., Rao, N.D., and Sharma, K.R. (2015) *'Informing India's Energy and Climate Debate: Policy Lessons from Modelling Studies'*. Centre for Policy Research, Climate Initiative, Research Report. New Delhi: Centre for Policy Research. Available at: http://www.iiasa.ac.at/publication/more_XO-15-012.php [Accessed 11 November 2015].

EEA (2015) *'Trends and projections in Europe 2015 - Tracking progress towards Europe's climate and energy targets for 2020'*. European Environment Agency. Available at: http://www.eea.europa.eu/publications/trends-and-projections-in-europe-2015 [Accessed 10 November 2015].

Fransen, T., Francke, E., Damassa, T., Altamirano, J., Ge, M., Martinez, J., and Ramos L. (2015) *'Climate Change Mitigation in Mexico's Intended Nationally Determined Contribution (INDC): Preliminary Analysis and Recommendations'*. Working Paper. Washington, DC: Open Climate Network. Available at: http://www.wri.org/sites/default/files/uploads/WRI15_OCN_Mexico_INDC_English2.pdf [Accessed 11 November 2015].

Government of Canada (2014a) *'Canada's Sixth National Report on Climate Change'*. Available at: http://unfccc.int/files/national_reports/annex_i_natcom/submitted_natcom/application/pdf/nc6_can_resubmission_english.pdf [Accessed 11 November 2015].

Government of Canada (2014b) *'Canada's Emission Trends 2014'*, Environment Canada. Available at: https://www.ec.gc.ca/ges-ghg/default.asp?lang=En&n=E0533893-1 [Accessed 11 November 2015].

Government of Mexico (2012) *'Programas para mitigar el cambio climático'*. Available at: http://www2.inecc.gob.mx/publicaciones/libros/685/programas2.pdf [Accessed 11 November 2015].

Hausker, K., Meek, K., Gasper, R., Aden, N., and Obeiter, M. (2015) *'Delivering on the U.S. Climate Commitment: A 10-Point Plan Toward a Low-Carbon Future'*. Working Paper Executive Summary. Washington, DC: World Resources Institute. Available at: http://www.wri.org/sites/default/files/Delivering_on_the_US_Climate_Commitment_ES.pdf [Accessed 11 November 2015].

IDDRI (2015) *'Beyond the Numbers: Understanding the Transformation Induced by INDCs'*. Paris: Institut du developpement durable et des relations internationales. Available at: http://www.iddri.org/Publications/Collections/Analyses/MILES%20report.pdf [Accessed 11 November 2015].

IEA (2014) *'World Energy Outlook 2014'*. Paris: International Energy Agency. Available at: http://www.worldenergyoutlook.org/publications/weo-2014/ [Accessed 11 November 2015].

IEA (2015) *'World Energy Outlook Special Report 2015: Energy and Climate Change'*. Paris: International Energy Agency. Available at: https://www.iea.org/publications/freepublications/publication/weo-2015-special-report-energy-climate-change.html [Accessed 11 November 2015].

Jiang, K., Zhuang, X., Miao, R., and He, C. (2013) *'China's role in attaining the global 2°C target'*. Climate Policy, 13(supp01), 55-69. doi: 10.1080/14693062.2012.746070 Available at: http://www.tandfonline.com/doi/full/10.1080/14693062.2012.746070 [Accessed 11 November 2015].

Kuramochi, T. (2014) *'GHG Mitigation in Japan: An Overview of the Current Policy Landscape'*. Working Paper. Washington, DC: World Resources Institute. Available at: http://www.wri.org/sites/default/files/wri_workingpaper_japan_final_ck_6_11_14.pdf [Accessed 11 November 2015].

PBL (2015) *'The Climate Pledge INDC tool'*. Bilthoven: PBL Netherlands Environmental Assessment Agency. Available at: http://infographics.pbl.nl/indc/ [Accessed 11 November 2015].

SEMARNAT (2013) *'Estrategia Nacional de Cambio Climático: visión 10-20-40'*. Secretaría de Medio Ambiente y Recursos Naturales, México. Available at: http://www.inmujeres.gob.mx/inmujeres/images/stories/medioambiente/2014/09_SEPTIEMBRE/estrategia_nacional_cambio_climatico.pdf [Accessed 11 November 2015].

Sha, F., Ji, Z. and Linwei, L. (2015) *'An Analysis of China's INDC'*. Beijing: China National Center for Climate Change Strategy and International Cooperation. Available at: http://www.chinacarbon.info/wp-content/uploads/2010/12/Comments-on-Chinas-INDC.pdf [Accessed 11 November 2015].

UNFCCC (2015) *'INDCs as communicated by Parties'*. Available at: http://www4.unfccc.int/submissions/INDC/Submission%20Pages/submissions.aspx [Accessed 11 November 2015].

UNFCCC National Reports (2015) *'National Reports'*. Available at: http://unfccc.int/national_reports/items/1408.php [Accessed 11 November 2015].



**www.unep.org**
United Nations Environment Programme
P.O. Box 30552 - 00100 Nairobi, Kenya
Tel.: +254 20 762 1234
Fax: +254 20 762 3927
e-mail: uneppub@unep.org
www.unep.org





ISBN: 978-92-807-3491-1
Job Number: DEW/1896/NA

Case No. 1:20-cv-02484-MSK    Document 81    filed 05/06/21    USDC Colorado    pg 293 of 309

# Separating Forced from Chaotic Climate Variability over the Past Millennium

ANDREW P. SCHURER AND GABRIELE C. HEGERL

*School of GeoSciences, The University of Edinburgh, Edinburgh, United Kingdom*

MICHAEL E. MANN

*Department of Meteorology, and Earth and Environmental Systems Institute, The Pennsylvania State University,
University Park, Pennsylvania*

SIMON F. B. TETT

*School of GeoSciences, The University of Edinburgh, Edinburgh, United Kingdom*

STEVEN J. PHIPPS

*Climate Change Research Centre, and ARC Centre of Excellence for Climate System Science,
University of New South Wales, Sydney, New South Wales, Australia*

(Manuscript received 23 November 2012, in final form 7 March 2013)

ABSTRACT

Reconstructions of past climate show notable temperature variability over the past millennium, with relatively warm conditions during the Medieval Climate Anomaly (MCA) and a relatively cold Little Ice Age (LIA). Multimodel simulations of the past millennium are used together with a wide range of reconstructions of Northern Hemispheric mean annual temperature to separate climate variability from 850 to 1950 CE into components attributable to external forcing and internal variability. External forcing is found to contribute significantly to long-term temperature variations irrespective of the proxy reconstruction, particularly from 1400 onward. Over the MCA alone, however, the effect of forcing is only detectable in about half of the reconstructions considered, and the response to forcing in the models cannot explain the warm conditions around 1000 CE seen in some reconstructions. The residual from the detection analysis is used to estimate internal variability independent from climate modeling, and it is found that the recent observed 50- and 100-yr hemispheric temperature trends are substantially larger than any of the internally generated trends even using the large residuals over the MCA. Variations in solar output and explosive volcanism are found to be the main drivers of climate change from 1400 to 1900, but for the first time a significant contribution from greenhouse gas variations to the cold conditions during 1600–1800 is also detected. The proxy reconstructions tend to show a smaller forced response than is simulated by the models. This discrepancy is shown, at least partly, to be likely associated with the difference in the response to large volcanic eruptions between reconstructions and model simulations.

## 1. Introduction

Climate variability originates from two fundamentally different mechanisms: (i) changes in the large-scale (often global) energy budget of the planet due to influences external to the climate system and (ii) chaotic interactions

within and between climate system components, which generate substantial variability over a broad range of time scales (e.g., Hasselmann 1976) and are unrelated to this external forcing. The externally forced component can be subdivided into that due to anthropogenic forcing (e.g., due to changes in land use and fossil fuel burning producing greenhouse gases and aerosols) and natural external forcings (e.g., solar variations and large volcanic eruptions). Changes in greenhouse gases over the last millennium have been strongly influenced by humans since the industrial revolution, while earlier changes, such

*Corresponding author address:* Andrew Schurer, GeoSciences, Grant Institute, The King's Buildings, West Mains Road, Edinburgh EH9 3JW, United Kingdom.
E-mail: a.schurer@ed.ac.uk

DOI: 10.1175/JCLI-D-12-00826.1

© 2013 American Meteorological Society

as the dip over the Little Ice Age, may be at least in part due to Earth system feedbacks (see, e.g., Cox and Jones 2008; Frank et al. 2010).

To determine the relative importance of each forcing, studies often utilize detection and attribution analysis. This first determines whether an externally forced signal can be detected in observations, given our understanding of the expected response to the forcing and internal variability, and then attempts to attribute the observed response to a particular combination of individual forcings (for a review, see Hegerl et al. 2007b). Hence, detection and attribution studies require reliable estimates of internal climate variability.

Much of our understanding of the climate system originates from observations during the twentieth century, a period covered by high-quality instrumental data (for a review, see Trenberth et al. 2007). However, it is difficult to estimate internal climate variability from the twentieth-century record alone, as this period is too short to obtain well-sampled estimates of variability on multidecadal time scales. In addition, climate over the twentieth century experienced substantial anthropogenic radiative forcing, which has to be accounted for in order to derive estimates of climate variability.

Consequently, climate models are usually used to determine the characteristics of internal variability and its possible contribution to the recent warming, with the model dependence of this estimate understood as a source of uncertainty (see, e.g., Hegerl and Zwiers 2011). Reconstructions of temperature over the last millennium can provide alternative estimates of internal variability. While such estimates are prone to uncertainties (see Jansen et al. 2007; Jones et al. 2009), they nevertheless provide valuable information on the role of internal climate variability on interdecadal and longer time scales. However, to obtain these estimates we first need to separate internal variability from the externally forced component of change over the last millennium. This paper attempts to do that.

Our knowledge about the climate of the past millennium originates from two main sources: proxy reconstructions and climate modeling. Reconstructions attempt to determine past climate variability by combining information from a number of different proxies, such as tree-ring widths and/or tree-ring densities, corals, documentary evidence, ice cores, speleothems, boreholes, and sedimentary deposits (for a review, see, e.g., Jones et al. 2009). Climate modeling, in contrast, aims to simulate past climate variability based on our understanding of the underlying physics. The models are driven by reconstructions of climate forcings, such as volcanic eruptions, fluctuations in solar irradiance, orbital changes, variations in $CO_2$, sulfate aerosols, and land-use changes (see, e.g., Schmidt et al. 2011, 2012; Forster et al. 2007). Both the forcing histories and the response of the models to the forcing are sources of uncertainty. This uncertainty implies that model-based estimates of the forced component present in proxy reconstructions are incomplete, which in turn implies uncertainty in estimates of internal variability derived by removing these estimated forced components from actual reconstructions. Nevertheless, these empirically derived estimates can provide a valuable cross-check against purely model-based estimates of internal climate variability.

Previous analyses that aimed at separating forced and internal variability over the past millennium have typically used only a limited number of climate reconstructions; few, often simple, climate models (e.g., Hegerl et al. 2007a; Weber 2005); and a very limited sample of internal climate variability. Many new reconstructions of temperature variability over the past millennium have recently become available. These reconstructions make use of an expanding body of proxy evidence in combination with improved statistical techniques aiming to better preserve variance (Ammann and Wahl 2007, Juckes et al. 2007; Mann et al. 2008, 2009; Moberg et al. 2005; D'Arrigo et al. 2006; Frank et al. 2007; Christiansen and Ljungqvist 2011, Hegerl et al. 2007a) and more thorough exploration of the sensitivity of reconstructions to the choice of proxy data and the reconstruction methods. This includes additional studies that test reconstruction methods using model output (see, e.g., Hegerl et al. 2007a; Mann et al. 2007; Jones et al. 2009; Smerdon 2012).

In addition, a relatively large number of simulations with fully coupled GCMs have recently been completed for the whole of the last millennium (section 3). These were predominantly performed as part of the fifth phase of the Coupled Model Intercomparison Project (CMIP5; see Taylor et al. 2012) and the third phase of the Paleoclimate Modelling Intercomparison Project (PMIP3; Braconnot et al. 2012). Here we make use of these new model simulations and the newly expanded range of proxy reconstructions to improve our knowledge of natural variability and its potential implications for detection and attribution studies.

The reconstructions used in this paper are introduced in section 2 and the model simulations are described in section 3. Section 4 presents results aimed at calculating the relative importance of external forcing over the past millennium. This is done by first examining the variance explained by the forced component in the reconstructions. Then a detection and attribution analysis is carried out, followed by a discussion of results and their implication for studies of recent climate change. The

Table 1. Reconstructions used: the table includes citation (column 1), details of the geographical region of the reconstructions (column 2), the time period covered (third column), and lists whether each is a multiproxy or tree-ring-only reconstruction (for more details see papers). The additional notes column details which reconstruction is used if the paper referenced contains more than one (The acronym CVM refers to contingent valuation method and RCS is regional curve standardization). The name in parentheses represents the label given to the reconstruction in figures.

| Reconstruction | Geographical region | Period (CE) | Time resolution | Proxy types | Additional notes |
|---|---|---|---|---|---|
| Mann et al. 2009 (Mann_09) | 0°–90°N land and sea | 500–2006 | Decadal | Multiproxy | Union, CVM method |
| Ammann and Wahl 2007 (Ammann) | 0°–90°N land and sea | 1000–1980 | Annual | Multiproxy | Update (Mann et al. 1998) |
| Moberg et al. 2005 (Moberg) | 0°–90°N land and sea | 1–1979 | Annual | Multiproxy | Tree rings only for high-frequency variability |
| Juckes et al. 2007 (Juckes) | 0°–90°N land and sea | 1000–1980 | Annual | Multiproxy | Union, CVM method |
| D'Arrigo et al. 2006 (D'Arrigo) | 20°–90°N land only | 713–1960 | Annual | Tree rings only | RCS reconstruction |
| Frank et al. 2007 (Frank) | 20°–90°N land only | 831–1992 | Annual | Tree rings only | Update (Esper et al. 2002) |
| Hegerl et al. 2007a (CH_blend) | 30°–90°N land only | 946–1960 | Decadal | Multiproxy | CH blend |
| Christiansen and Ljungqvist 2011 (Christiansen) (Christ_scaled) | 30°–90°N land only | 1000–1975 | Annual | Multiproxy | Christ_scaled: scaled to instrumental data |

relative importance of the various external forcings is analyzed in section 5, followed by a summary (section 6).

## 2. Reconstructions

A list of the reconstructions used in this paper is given in Table 1. These reconstructions were calibrated to three different geographical regions: 0°–90°N land and sea (Ammann and Wahl 2007; Juckes et al. 2007; Mann et al. 2009; Moberg et al. 2005), 20°–90°N land only (D'Arrigo et al. 2006; Frank et al. 2007), and 30°–90°N land only (Christiansen and Ljungqvist 2011; Hegerl et al. 2007a). Some reconstructions are based on a fixed number of sites (Christiansen and Ljungqvist 2011; Hegerl et al. 2007a; although the sampling within sites may decline back in time), and some are based on varying numbers of proxy sites over time (e.g., D'Arrigo et al. 2006; Frank et al. 2007; Mann et al. 2009). Hence, it is expected that uncertainties will increase further back in time. Some reconstructions are based on averaging across the available sites and then calibrating to the target of the reconstruction (e.g., D'Arrigo et al. 2006; Hegerl et al. 2007a), in some cases calibrating high- and low-frequency bands separately (e.g., Moberg et al. 2005), while others are based on reconstructing the underlying spatial patterns using multilinear regression techniques (Mann et al. 2009; Ammann and Wahl 2007). Overall, the large number of reconstructions available, based on a mix of data and methods, provides a reasonable estimate of uncertainty due to varying methodological assumptions and choices of data.

The reconstructions are shown in Fig. 1 and generally show a warmer period around the start of the millennium from around 900 to 1200 [the Medieval Climate Anomaly (MCA)], followed by a cooler period from around 1450 to 1800 [the Little Ice Age (LIA)]. They

also show relatively abrupt periods of cooling associated with volcanic eruptions (e.g., following the eruption of Mount Tambora in 1815). Figure 1 shows the University of East Anglia–Met Office Hadley Centre Climate Research Unit temperature, version 4 (HadCRUT4) instrumental data (Morice et al. 2012) from 1850 to 2000 as well. All reconstructions, except Christiansen and Ljungqvist (2011), show similar trends to the HadCRUT4 data over the instrumental period. Whereas all the other reconstructions scale the proxy record in some way to the instrumental data, the Christiansen and Ljungqvist reconstruction represents an unweighted average of a number of different proxies scaled locally. To ensure consistency during the modern interval with the instrumental record over the region sampled (extratropical NH land), we have rescaled that reconstruction using an inverse regression onto the instrumental temperature series (note that the inverse regression assumes that instrumental error and noise is negligible relative to that for the proxy reconstruction; see Christiansen and Ljungqvist 2011; Hegerl et al. 2007a). Results for both the scaled and unscaled Christiansen and Ljungqvist reconstruction will be shown throughout the paper.

We first smooth all annual reconstructions and model simulations using a 10-yr Butterworth filter (see Mann 2008; also used in Mann et al. 2009), reducing power by one-half on 10-yr time scales. This ensures that both simulations and data are comparable, and that the analysis focuses on the better-reconstructed interdecadal variability (see, e.g., Frank et al. 2007; D'Arrigo et al. 2006). In our standard analysis, this is followed by an 11-yr boxcar filter in order to focus on truly interdecadal time scales. To determine the sensitivity to the smoothing length, our analysis has been repeated both without the additional smoothing and using a 21-yr



FIG. 1. Reconstructed Northern Hemisphere land and sea surface air temperature: (a) all reconstructions that represent the whole NH (land and sea), (b) 20°–90°N land only, and (c) 30°–90°N land only. The HadCRUT4 instrumental data (Morice et al. 2012) are plotted in black. All annual data are first smoothed with a 10-yr Butterworth filter (to enable comparison to reconstructions) and are further smoothed by an 11-yr boxcar filter to focus on interdecadal time scales (see text for discussion).

boxcar filter instead of an 11-yr boxcar. This tests the sensitivity to focusing the analysis on multidecadal rather than interdecadal time scales [which, e.g., Christiansen and Ljungqvist (2011) argued is more faithfully reconstructed]. Results in an earlier paper (Hegerl et al. 2006) showed that calibration of a tree-ring-based reconstructions on interdecadal time scales yielded similar estimates of climate sensitivity compared to one using a multidecadal filtered version of the same reconstruction (Cook et al. 2004), supporting the approach taken here. Extensive sensitivity tests in earlier papers (Hegerl et al. 2003, 2006, 2007a) showed little sensitivity of detection results to the shape and length of the filter between the limits of 5 yr (where the signal-to-noise ratios of forced versus internal variability become increasingly low) and secular time scales (at which it becomes increasingly difficult to distinguish the effects of different external forcings). The sensitivity of our results to the choice of smoothing length is discussed later in the paper.

## 3. Model simulations

Table 2 contains details of all the climate model simulations which are used in the multimodel mean fingerprint used in this paper [CCSM4 (Landrum et al. 2013), MPI-ECHAM5 (Jungclaus et al. 2010), MPI-ESM-P (Giorgetta et al. 2013), HadCM3 (Pope et al. 2000; Gordon et al. 2000), GISS-E2-R (Schmidt et al. 2006), and BCC-CSM1.1 (Wu 2012)], and one additional model (CSIRO Mk3L; Phipps et al. 2011, 2012) whose results contributed to the calculation of the individually forced fingerprints. The surface air temperatures (SATs) of the different models are shown in Fig. 2. All the model simulations are smoothed the same way as the reconstructions and are calculated as the mean over the three different geographical regions represented by the different reconstructions. Only results for the 0°–90°N, land plus sea case are shown in Fig. 2. The GISS-E2-R simulations (Fig. 2a) included a significant initial model drift that was

TABLE 2. Model simulations and their forcings; for further details see references. Missing values in the forcings columns indicate that the forcing is not included. The model simulations indicated by an asterisk have been made available as part of the CMIP5 and PMIP3 projects.

| Model | Expansion | No. Ensemble | Resolution | | Forcings | | | |
|-------|-----------|--------------|------------|-------|----------|-------|-----|----------|
| | | | Atmosphere | Ocean | Volcanic | Solar | GHG | Land use |
| CCSM4* | Community Climate System Model, version 4 | 1 | 288 × 192 × L26 | 320 × 384 × L60 | Gao et al. 2008 | Vieira et al. 2011; Wang et al. 2005 | Schmidt et al. 2011 | Pongratz et al. 2008; Hurtt et al. 2009 |
| MPI-COSMOS | Max Planck Institute for Meteorology Community Earth System Models | 5 | 96 × 48 × L19 | GR3.0 × L40 | Crowley et al. 2008 | Jungclaus et al. 2010 | Interactive | Pongratz et al. 2008 |
| MPI-ESM-P* | Max Planck Institute Earth System Model, paleo | 1 | 196 × 98 × L47 | 256 × 220 × L40 | Crowley et al. 2008 | Vieira et al. 2011; Wang et al. 2005 | Schmidt et al. 2011 | Pongratz et al. 2008 |
| HadCM3 | Hadley Centre Coupled Model, version 3 | 1 | 96 × 73 × L19 | 288 × 144 × L20 | Crowley et al. 2008 | Steinhilber et al. 2009; Wang et al. 2005 | Schmidt et al. 2011 | Pongratz et al. 2008 |
| GISS-E2-R* | Goddard Institute for Space Studies Model E2, coupled with Russell ocean model | 1 | 144 × 90 × L40 | 288 × 180 × L32 | Crowley et al. 2008 | Vieira et al. 2011; Wang et al. 2005 | Schmidt et al. 2011 | Pongratz et al. 2008; Hurtt et al. 2009 |
| GISS-E2-R* | Goddard Institute for Space Studies Model E2, coupled with Russell ocean model | 1 | 144 × 90 × L40 | 288 × 180 × L32 | Gao et al. 2008 | Vieira et al. 2011; Wang et al. 2005 | Schmidt et al. 2011 | Kaplan et al. 2009; Hurtt et al. 2009 |
| BCC-CSM1.1* | Beijing Climate Center, Climate System Model, version 1.1 | 1 | 128 × 64 × L40 | 360 × 232 × L40 | Gao et al. 2008 | Vieira et al. 2011; Wang et al. 2005 | Schmidt et al. 2011 | — |
| CSIRO-Mk3L-1.2 | Commonwealth Scientific and Industrial Research Organisation, Mark 3L, version 1.2 | — | 64 × 56 × L18 | 128 × 112 × L21 | Gao et al. 2008 | Steinhilber et al. 2009 | MacFarling Meure et al. 2006 | — |



FIG. 2. Model simulations for the land–sea region from 0°–90°N. (a) Simulations forced with the most complete set of external forcings, referred to as all forced simulations. The ensemble mean is shown in black. (b) A comparison of the ensemble mean shown in (a) with the NH reconstructions shown in Fig. 1a, where the light orange shading shows the outer bounds for all four reconstructions and the solid orange line shows the mean of all four reconstructions. (c) Simulations driven with a combination of solar and volcanic forcing. (d) Simulations driven with just well mixed greenhouse gas forcing. All simulations are smoothed by a 10-yr Butterworth filter and then an 11-yr running boxcar filter. The gray bars in (a)–(c) show periods of strong volcanic activity.

removed from the control simulation by fitting a second-order polynomial to the control simulation [this is the same correction technique as applied in Tett et al. (2007)].

The forcings used in the model simulations are listed in Table 2. Where two forcings are given in the solar forcing column, the simulations have been driven with a combination of two solar forcings that have been spliced together, following the guidance given by Schmidt et al. (2011, 2012). For the CCSM4 model and GISS-E2-R models, the land-use forcing has been merged into the Hurtt et al. (2009) land-use dataset after 1850, following Schmidt et al. (2011, 2012).

For the period 1850–2000, other anthropogenic forcings have been included. The CCSM4, GISS-E2-R, MPI-ESM-P, and BCC-CSM1.1 model simulations used the CMIP5 anthropogenic historical forcings. The HadCM3 simulation followed the forcings used in Tett et al. (2007), while the MPI-ECHAM5 model simulation

has been driven with aerosol concentrations following Lefohn et al. (1999) (see Jungclaus et al. 2010). These differences in the treatment of the anthropogenic forcings likely explain the discrepancies in the twentieth-century trends seen in Fig. 2a.

The natural forcing datasets used by these studies are uncertain (see Schmidt et al. 2011, 2012). There is uncertainty in the amplitude of solar forcing [see, e.g., the difference between Steinhilber et al. (2009) and Shapiro et al. (2011)] and the forcing by individual volcanic eruptions [see, e.g., the difference between Crowley et al. (2008) and Gao et al. (2008)]. There is also the possibility of systematic bias owing to the scaling between the observed sulfate spikes found in ice cores and the aerosol optical depth used by the models (see Hegerl et al. 2006), although the different volcanic reconstructions span a range of assumptions. The level of land-use change in preindustrial times is also debated (see Pongratz et al. 2008; Kaplan et al. 2009).

There are also known model limitations in the response to these forcings. For example, it is likely that the models described in this paper may not be capable of fully capturing the dynamic response to solar forcing that has been proposed by several studies and involves an amplification of the response by ozone feedback within the stratosphere (see, e.g., Shindell et al. 2006; review by Gray et al. 2010). Many of the models used here do not have a fully resolved stratosphere and contain no interactive ozone chemistry. Such dynamic responses would, however, affect the hemispheric annual mean response studied here less than regional and seasonal responses. There is also evidence that the models may not be capturing the dynamic response to volcanic forcing (see, e.g., Driscoll et al. 2012), while some may be responding too strongly (see, e.g., Gent et al. 2011). There is therefore still considerable uncertainty in the model-simulated response to climate forcing over the past millennium.

The simulations driven with all forcings are shown in Fig. 2a and show similar features to the reconstructions (for a comparison, see Fig. 2b): The model simulations are slightly warmer in the MCA, although the timing of the warming is different in models and reconstructions (see Jungclaus et al. 2010). The simulations are also substantially colder than the millennial average for much of the LIA, and all show a strong increase in temperature over the twentieth century.

Perhaps the most prominent features of the simulations are the pronounced cooling episodes following large volcanic eruptions (the largest of which are highlighted by gray bars in Figs. 2a,b), in particular those in 1258 (origin unknown), mid-1450s (Kuwae), and 1815 (Mount Tambora). Note there may be uncertainty in the dating of some volcanic eruptions, particularly Kuwae (Plummer et al. 2012). The volcanic cooling simulated for these large eruptions appears far larger than that seen in the reconstructions (see Fig. 2b). This is particularly true for the 1258 eruption, which causes a large cooling in the simulations that is hardly seen in the reconstructions. This discrepancy is further explored later in this paper.

Figure 2c shows the results from composite simulations, which include the effect of solar and volcanic forcing only. For the HadCM3 and MPI-ECHAM5 models, this is the linear combination of simulations forced by volcanic and solar forcing only. For the CSIRO model, this is calculated by subtracting simulations with just orbital and greenhouse gas forcings from simulations including orbital, greenhouse gas, solar, and volcanic forcings. In all of these simulations, the solar forcing is weak, so that the combined fingerprint is dominated by volcanic forcings. The behavior of the combined simulations in Fig. 2c is similar to the all-forced

simulations shown in Fig. 2a for the preindustrial periods, with a correlation of $+0.87$ for the period 1401–1900. This suggests that, in the model world at least, these are the most important preindustrial forcings. The composite simulations diverge from the all-forced simulations significantly from 1850 onward as anthropogenic forcings become increasingly important.

Figure 2d shows the results from simulations forced by well-mixed greenhouse gases only. For the CSIRO model, these results were calculated by subtracting simulations including just the orbital forcing from simulations with orbital and greenhouse gas forcing. The effect of the greenhouse gas forcing is clearly visible, causing a steady increase of temperature beginning around 1800. In addition to this recent warming there are also preindustrial long-term variations in greenhouse gas only simulations, with a noticeable cooling around 1600 in response to a small dip in the abundance of $CO_2$ (see discussion below).

Each of the models that provided forced simulations also has an equivalent unforced control simulation of varying length (not shown). These were used to construct the internal variability samples required for the detection and attribution analysis discussed in section 4b.

## 4. Results: The role of external forcing

### a. Explained variance

Before analyzing the entire millennium or substantial parts of it in a detection and attribution analysis, changes in the role and importance of forcing are explored over 200-yr windows. This serves to test for variation in the role of external forcing versus internal variability over the millennium in model simulations and addresses the extent to which these variations are reflected in reconstructions.

We define the explained variance as the squared correlation between the model simulations and individual reconstructions. For this test the period encompassing the large 1258 eruption was ignored, since the large discrepancy in response to this eruption between the simulations and reconstructions (see Fig. 2b) is likely to dominate our results early in the millennium. Where a correlation is negative, the explained variance is set to zero, as only positive correlations are meaningful measures of the correspondence between simulations and reconstructions.

The explained variance for 200-yr periods is shown in Fig. 3, where each colored symbol represents the variance within a reconstruction explained by the multimodel mean. The average of all the variances calculated for each reconstruction is also shown. While there is substantial variation between reconstructions, some



FIG. 3. Variance in reconstructions that is explained by the models. Explained variance $R^2$ using the smoothed ensemble mean for 200-yr periods (thin black box: analysis period for first and last 200-yr period). Symbols show explained variance for the individual reconstructions, while the thick black line shows the average $R^2$. The period 1250–70 is not included in this particular analysis because of the known large discrepancy between reconstructions and model response to the 1258 eruption, which would substantially drive up the correlations between model simulations. Symbols are centered on the period considered. The black dashed line shows the mean explained variance in the perfect model study.

common features emerge: The largest explained variances are found over the most recent 200 yr (1750–1950) with average values over 60% (also see Stott et al. 2000). The explained variance then decreases to an average of about 30% for 200-yr periods between 1400 and 1900. Before 1300, the explained variances begin to decline further, and for the periods 900–1100, 950–1150, and 1000–1200 the explained variance is negligible (note that this is robust with respect to the exclusion of the 1258 eruption). Could this decline be due to a decreasing role of external forcings back in time?

To address this question, we performed a "perfect model" test. In this analysis, the explained variance was calculated from the correlations between individual model simulations and a fingerprint that was derived from all the other simulations, which are then averaged. If the models have a similar level of internal variability to the observations and the simulated response to external forcing is accurate, then this perfect model correlation should be similar to that between the multimodel mean and the reconstructions. Errors in the external forcing used in the model simulations, errors in the model physics, and errors and additional noise in the reconstructions will reduce the explained variance relative to the average explained variance obtained from the simulations. Therefore, we expect the average of the explained variance obtained from the simulations to yield an approximate upper limit of explained variance given varying forcing levels over time (see dashed line in Fig. 3). If there was a strong divergence between the perfect model result and the explained variance in reconstructions, this would suggest that there is an increasing role of data

uncertainty, that the true forcing uncertainty is larger than that represented in the forcings used in the simulations, that there are systematic biases in the responses of the models to external forcings, or any combination of these.

As expected the highest explained variance for the perfect model test is found for the most recent 200-yr period, since this is when multidecadal forcing is strongest because of anthropogenic emissions. As seen in the results for the multimodel mean versus reconstruction comparison the explained variance in the perfect model study also decreases back in time. However, if the 1258 eruption is not removed, the variance decreases by a smaller amount because of the presence of a strong cooling event common to all the model simulations (not shown). The perfect model explained variance remains within the range of results from the reconstructions from about 1200. This shows that a decrease in the importance of external forcing relative to internal variability can explain much of the observed decrease in explained variance in the simulation–reconstruction comparison.

A striking result of this perfect model study is that the explained variance during the MCA is quite low even in the perfect model study, on the order of 20%, suggesting that given the forcings used this period should be dominated by internal variability rather than strongly forced (with the exception of the enigmatic 1258 eruption, which was excluded). This is possibly due to the substantially reduced volcanic activity (other than the 1258 eruption) during this period. Therefore, values of the explained variance of the order of 20% are expected. However, the correlations between the models and the

reconstructions for this period are substantially lower than the perfect model values. As discussed in section 2, increased sampling error in the reconstructions (e.g., due to decreasing availability of proxy data) could be partly responsible for the reduction in correlations with the model simulations [e.g., Frank et al. (2007) and D'Arrigo et al. (2006) caution use of their reconstructions prior to 1200 and 1117, respectively; see also Esper and Frank 2009]. Unusually pronounced internal variability during this period may also account for the reduction in explained variance (see Goosse et al. 2012). Of course, the observed discrepancies may result from some combination of these factors.

### b. Detection and attribution analysis

The previous results show that there is agreement between the model simulations and the reconstructions, particularly for time periods after 1200, demonstrating at least some role for external forcing in the climate of the past millennium over most 200-yr segments. Here we use detection and attribution techniques to estimate the magnitude of the forced change, separating the climate response into forced and internal variability.

The multimodel mean response, smoothed in order to focus on multidecadal frequencies, provides a fingerprint for forced variability in the reconstructions. The contribution by the fingerprint of external forcings to reconstructed NH temperature has been estimated using a total least squares (TLS) detection and attribution technique (for details, see Allen and Stott 2003), which estimates a scaling factor $\beta$ to best match the time-dependent fingerprint $X_i(t)$ to the reconstructions $Y(t)$,

$$Y(t) = \sum_{i=1}^{m} [X_i(t) - v_i(t)]\beta_i + v_0(t) \qquad (1)$$

The fingerprint of external forcing $X_i$ is provided by the mean of an ensemble of climate model simulations (averaged over the same region as the reconstruction) and represents the time fingerprint of NH mean temperature in vector form. As only a limited ensemble of forced simulations is available, each fingerprint $X_i(t)$ will still contain internal variability generated within the simulation $v_i(t)$, whose variance is reduced by averaging over the ensemble. The reconstruction is assumed to have an associated internal variability $v_0$. The method assumes a ratio of noise variance between reconstructions and that in the fingerprint, which we set to $1/n$ with $n$ equal to 11, the number of ensemble members.

The scaling factors $\beta_i$ are determined following Allen and Stott 2003 by calculating the singular value decomposition (SVD) of $\mathbf{Z}$,

$$\mathbf{Z} = \mathbf{U}\mathbf{\Lambda}\mathbf{V}^{\mathrm{T}}, \qquad (2)$$

where $\mathbf{Z}$ is a matrix formed by combining the model fingerprints and reconstructions (after scaling to equal noise variance; see Allen and Stott 2003),

$$\mathbf{Z} = [X, Y]. \qquad (3)$$

We can estimate the true underlying response to forcing represented in the model simulations and reconstructions $\breve{\mathbf{Z}}$ where $\breve{\mathbf{Z}}$ is calculated following Eq. (38) in Allen and Stott (2003),

$$\breve{\mathbf{Z}} = \mathbf{Z} - \mathbf{Z}\breve{\mathbf{v}}\breve{\mathbf{v}}^{\mathrm{T}}, \qquad (4)$$

and $\breve{\mathbf{v}}$ is taken from the SVD.

The uncertainty in scaling factors can be approximated analytically (see Allen and Stott 2003) but is here calculated by superimposing 2000 random samples of internal variability taken from the control simulations onto both the noise reduced observations and model fingerprints $\breve{\mathbf{Z}}$. To construct these model-based samples of internal variability we use segments of control simulations of the same length as the analysis period, taken from the same models that are used to form the model mean fingerprint. The 5%–95% uncertainty range for $\beta$ is based on the sampling distribution derived from these multiple samples and should be a credible range for which to quantify uncertainty, given the 12 000 yr of control simulation used (see, e.g., Hegerl et al. 1996; Allen and Tett 1999).

A fingerprint is detected in the reconstructions if the scaling factor $\beta$ is significantly larger than zero. This means that the effect of external forcing is detected at the 5% confidence level in the reconstructions if the calculated 5%–95% scaling range does not encompass zero.

To evaluate the consistency of the fit, the residuals of the regression were checked against the estimates of model-based internal variability. If a fit to a reconstruction yields a residual with a $\chi$-squared value [Allen and Stott 2003, their Eq. (26)] that is smaller than the sum of squares of 90% of the control samples, then the amplitude of $v_0$ is said to be consistent with the internal variability as sampled by the control simulations.

The detection and attribution analysis was performed for several different time periods: a recent time period where reconstructions are based on a larger database (1401–1950; see Jansen et al. 2007), a short period encompassing the MCA (851–1400), the full time period including the MCA (851–1950), and the corresponding preindustrial time periods (851–1850 and 1401–1850). The results for the full time period for three representative



FIG. 4. Contribution by external forcing to NH mean temperatures. (a) Estimate of the contribution by the multimodel fingerprint (solid dark orange line; 5%–95% uncertainty range for scaling only, dark orange shading) to three of the reconstructions (blue, green, and red), calculated for the period 851–1950 compared to the additional 5%–95% uncertainty range of internal variability (light orange shading). (b) Component of internal variability calculated from every reconstruction analyzed (i.e., the residual between the fitted model results and reconstructions). The horizontal lines show 2 standard deviations of the combined control simulation variability. (c) Detection results for all reconstructions considered (see x-axis label). Best-fit scaling factors are shown with 5%–95% ranges (vertical rectangles); results from an analysis with noise variance scaled to the residual variance are shown by a black vertical line through the middle of the rectangles. Fingerprints are detectible if scaling factors are significantly above 0 and consistent with the reconstruction if not significantly different from 1. A color-filled rectangle indicates that the variability of the residual is <~90% of the control samples, and a rectangle with colored dashes indicates that the variability is smaller than at least one control sample. An open rectangle indicates that the residual is not consistent with any of the model control samples.

reconstructions are shown in Fig. 4a. Figure 4c shows detection results for all time periods and all eight reconstructions plus the rescaled version of the Christiansen and Ljungqvist (2011) reconstruction. The results show that the fingerprint for external forcing is detectable in all reconstructions for four of the time periods to a 5% significance level. While both the reconstructions of external forcing and of temperature are uncertain, the uncertainties between the two should be independent from each other, making spurious detection of the fingerprint highly unlikely. Thus, our results confirm a clear and important role of external

JOURNAL OF CLIMATE

forcing during the last millennium, even when the last 150 years are excluded. For the time period 851–1400, however, the external forcing is only detected in half of the reconstructions. This is perhaps unsurprising given the poor correlations found in the previous section over this period and is at least partly due to the smaller role of forcing as estimated by the perfect model correlations.

Scaling factors were also calculated using an ordinary least squares (OLS) fit (see Allen and Tett 1999). The results are very similar, with the fingerprint for external forcing detectable in all reconstructions for all time periods except for about half the cases for the period 851–1400 (results not shown). OLS analysis places all the internal variability onto the reconstructions, so this is the limiting case where error and internal variability in the fingerprint is negligible relative to that in the reconstructions. This analysis shows that the results are insensitive to the assumed ratio of internal variability between the reconstructions and models used in the TLS approach.

Figure 4b shows the internal variability samples calculated as part of the analysis $v_0$. As can be seen from this figure, as well as the bars shown in Fig. 4c, the residual variabilities of several of the reconstruction-derived samples are not consistent with the models' internal variabilities. This is especially true for the time periods containing the MCA. To test whether this potentially larger variability in certain reconstructions exerts any leverage on our detection results, the variance of the samples of internal variability taken from the control simulations used to calculate the range of scaling factors was scaled to fit the variance of the TLS-generated sample of internal variability, if the latter was larger, prior to repeating the detection analysis. As Fig. 4c shows, the external forcing is still detectible when testing against this inflated variability in all but one reconstruction (excluding the period 851–1400) and even for that reconstruction for all but one of four time periods.

Questions have been raised about the faithfulness of the low-frequency climate signal recorded by climate proxy data (for a review, see, e.g., Jones et al. 2009). One recent study (Esper et al. 2012), for example, argues, based on a comparison of tree-ring width and tree-ring density record estimates from one location in the Arctic, that tree-ring width records and therefore potentially any reconstructions using them may underestimate millennial-scale trends such as those associated with orbital forcing. Whether this effect actually impacts hemispheric temperature reconstructions, which reflect a mix of proxy data and sample diverse seasonal windows and latitudinal ranges, is less clear. If a long-term trend, such as that suggested by Esper et al. (2012), was

missing in any of the reconstructions studied here, it should lead to a positive trend in the residuals shown in Fig. 4b (note that the simulations account for orbital forcing). We find, however, that, for all of the multiproxy reconstructions, the residuals exhibit a negative long-term trend [ranging from $-0.23°C$ $(1000\,yr)^{-1}$ in Mann et al. (2009) to $-0.03°C$ $(1000\,yr)^{-1}$ in Juckes et al. (2007)], suggesting if anything an overestimation of any potential long-term cooling trend. Interestingly the two tree-ring only reconstructions (D'Arrigo et al. 2006; Frank et al. 2007) do exhibit a positive long-term trend and quite a substantial one in the case of the Frank et al. (2007) reconstruction [$0.17°C$ $(1000\,yr)^{-1}$] that is consistent with the potential bias noted by Esper et al. (2012). Attributing some of this trend to a stronger response to orbital forcing than simulated is difficult, however, because of the large uncertainties in the reconstructions themselves and given that internal climate variability (e.g., at the time of the MCA; residuals shown in Fig. 4b) projects onto the trend.

Figure 5 shows scatterplots for the externally forced model fingerprints plotted against the reconstructions (based on the decadal smoothed data used for the regression) and the regression lines calculated in the above analysis. This plot further highlights differences in the estimated amplitude of the forced response for different reconstructions. Several of the reconstructions have periods during the LIA that are clearly colder in the reconstructions than in the models; equally, there are several reconstructions that have periods of the MCA that are significantly warmer in the reconstructions than in the model simulations. Neither of these features is present for every reconstruction, however, indicating that there is substantial uncertainty in the level to which the MCA and LIA can be reproduced because of external forcing (see also Fig. 4b and Fernández-Donado et al. 2013). Also present in many of the regressions, particularly those for the period 851–1950, are tails where the models are far cooler than the reconstructions. These tails result from volcanic cooling and highlight that the reconstructions tend to exhibit considerably less of a cooling response to the largest volcanic eruptions than is simulated by the models (Fig. 2b).

### c. Possible explanations for the model data mismatch in amplitude

A striking result in Fig. 4c is that the multimodel fingerprint appears to have too strong a response when compared to the reconstructions, as indicated by many scaling factors being significantly less than unity. A scaling factor less than 1 means that the model response needs to be reduced in amplitude to match those reconstructions. We first check the dependence of this



FIG. 5. Regression line (851–1950) plots showing reconstructions on the *y* axis against model results on the *x* axis. The calculated regression lines are in blue for a TLS estimate and in purple for the OLS estimate (best fit a solid line and 95% range a dotted line). Asterisk-like symbols show MCA (red, 950–1250), LIA (green, 1400–1700), twentieth-century years (orange), and any other year (black).

effect upon the degree of smoothing that the model simulations and reconstructions undergo prior to the analysis. Results for when no additional smoothing is added (on top of the decadal Butterworth filter) are shown in Fig. 6a, and results for when an additional 21-yr boxcar filter is used (rather than the normal smoothing length of 11 yr) are shown in Fig. 6b. These figures show that there is some dependence of the calculated scaling values on the smoothing length. With less smoothing the scaling ranges are less consistent with unity, indicating a larger discrepancy in response to forcings in the model simulations compared to the reconstructions. When the smoothing is increased, however, to focus on lower-frequency responses, the model response becomes more consistent with the reconstructions. Many reconstructions now yield scaling factors that are consistent with unity, at least for the more reliable more recent periods. It is worth noting that, although the values of $\beta$ may be sensitive to the smoothing length, the detectability of the external forcing is not.

It is also possible that the modeled response to volcanism is systematically too large. Comparisons between simulated and observed twentieth-century records suggest a stronger simulated response than that of the observations (see Hegerl et al. 2007b); however, the observations are within the uncertainty range, and the cooling response may have been masked by substantial El Niño events closely following several large eruptions. As the uncertainties in reconstructed forcing and model response are larger prior to the twentieth century, the possibility of an excessively large model response can neither be ruled out nor confirmed based on present data. However, if response of the multimodel mean to every forcing was systematically too large, then the observed response should be smaller than the model response regardless of the choice of smoothing length. This is not the case (Fig. 6c).

As our previous analyses indicate, this problem seems to be linked to the high-frequency response. Volcanic eruptions play a substantial role over much of the last

JOURNAL OF CLIMATE



FIG. 6. As in Fig. 4b, but showing detection results for sensitivity tests. (a) Results for the standard analysis but without the extra 11-yr boxcar smoothing. (b) Results for the standard analysis but with 21-yr boxcar smoothing instead of the usual 11-yr smoothing. (c) Results for analysis with major volcanic eruptions masked out in both the reconstructions and model simulations.

millennium (see Hegerl et al. 2003, 2007a,b; Miller et al. 2012; Weber 2005) and show the strongest response on short time scales. A visual inspection reveals that some of these seem to be excessively large in the fingerprint relative to the reconstructions. This forcing has large short-term effects; therefore the low scaling factors observed in the high-frequency response could plausibly result from discrepancies between the simulated and observed responses to volcanic forcing, rather than a systematic error in the model response. One possible factor may be errors in the volcanic forcing history. For example, Hegerl et al. (2006) estimated a total uncertainty in the magnitude of the overall volcanic forcing time series of ~35% due to uncertainty relating to the scaling of sulfate measurements in ice cores to the aerosol

forcing. This would therefore indicate that a scaling factor as small as about 0.7 might not be inconsistent with the data given forcing uncertainties, which would yield a multimodel mean response consistent with many more of the reconstructions, at least over the best reconstructed periods (Fig. 4). It is further possible that inaccuracies in the implementation or response to the volcanic forcing could play a role (see, e.g., Driscoll et al. 2012; Gent et al. 2011; Timmreck 2012), especially for larger eruptions such as the 1258 eruption because of the coagulation of sulfate aerosol particles (Timmreck et al. 2009). On the other hand, Mann et al. (2012a) showed that a reconstruction displayed less cooling than energy balance models even when forced using the smallest published volcanic forcing estimates (Mann et al. 2012a), although

an older density-based record (Briffa et al. 2001) showed volcanic cooling in the past few centuries that was very similar to that simulated by an energy balance model (Hegerl et al. 2003).

Other recent work (Mann et al. 2012a) suggest that this discrepancy could arise from limitations in certain types of proxy information used in temperature reconstructions, in particular tree-ring width temperature proxies which are typically obtained from tree-line proximal environments. This finding has been challenged by Anchukaitis et al. (2012), which in turn has been challenged by Mann et al. (2012b).

To test whether the low scaling factors could be arising solely because of the differences in response to large volcanic eruptions, the detection analysis was repeated with the years surrounding the largest volcanic eruptions masked out. For this analysis, large volcanic eruptions were defined as periods when the aerosol optical depth in the tropics within the Crowley et al. (2008) dataset (which many of the models implement; see Table 2) exceeds 0.25. All these events (viz., three major eruptions in the thirteenth century, Kuwae in the mid-fifteenth century, and Tambora in 1815) plus 5 yr on either side were masked out (indicated by gray bars in Fig. 2) prior to the detection analysis. The results are shown in Fig. 6c and are similar to those calculated using 21-yr smoothing (Fig. 6b). The majority of the scaling factors now lie around unity, indicating that the model response is consistent with the reconstructions. The uncertainty ranges have also increased. This is to be expected, as the large volcanic eruptions represent some of the strongest signals in the record. By masking out large volcanic eruptions, substantial constraints on the scaling factors are removed and the signal-to-noise ratio is reduced.

### d. Implications for the detection of recent climate change

We now turn to examining internal climate variability on long time scales. We have two alternative samples of internal variability: one taken from model control simulations and one given by the residual variability in the reconstructed temperature not explained by the fingerprint for external forcing, calculated from $\hat{\mathbf{Z}}$ [see Eq. (4)]. For the TLS regression to be self-consistent, the variability of the residuals should be comparable to that of the control simulations. Figure 4c shows that the residual from six out of eight reconstructions [ignoring the unscaled Christiansen and Ljungqvist (2011) reconstruction] is consistent with at least one control simulation for the period 1401–1850. The other two show a larger residual over part of the LIA (see Fig. 5) and have poor correlations with the model simulations (see Fig. 3). In contrast, residuals from only four reconstructions

are consistent for the longer time period 851–1850 because the largest residuals occur early in the millennium (Fig. 4b), during the MCA, whose peak does not coincide with periods of strong forcing (e.g., high solar activity; see Ammann et al. 2007, and Jungclaus et al. 2010) and which, if the model fingerprints are correct, would point either toward unusually pronounced internal variability (Goosse et al. 2012) or perhaps increased sampling uncertainty and data noise in the reconstructions and/or forcings.

If the control simulations do not adequately sample the full range of the climate's internal variability then it could have a profound impact on many detection studies carried out over the last couple of decades (see Hegerl and Zwiers 2011), as these have mainly relied on samples of internal variability derived from models. To examine if the recent warming is detectably different from internal variability, given the estimates of residual variability calculated here, we examine the largest trends in these estimates of internal variability and compare them to the recent period. Figure 7 shows the recent 50-yr trend (corresponding to 1960–2010) calculated from the HadCRUT4 data (Morice et al. 2012) for all domains considered here compared to estimates of internal climate variability from the reconstructions. For all the reconstructions investigated, this alternative sample of internal variability calculated from the residuals of the regression has 50-yr trends that are much smaller than the recent instrumental trend in the domain reconstructed (this conclusion also holds for 100-yr trends; not shown). Thus, reconstructed temperatures of the last millennium confirm that the contribution by internal climate variability to the recent warming is small, strengthening the claim that internal variability alone is "extremely unlikely" to explain recent warming (Hegerl et al. 2007b).

The recent observed trends are also unusual in the context of total natural climate variability (forced and unforced) since the maximum trends calculated from all the raw reconstructions for preindustrial periods (850–1850) are found to be significantly smaller than the recent 50-yr trend (not shown). This is also true for the multimodel mean; however, several of the individual model simulations contain a small number of slightly larger 50-yr trends associated with the largest volcanic eruptions.

### 5. Which forcings are important?

To address the question of which external forcing is most important to explain the changes observed, individually forced simulations are required. Here we use multimodel fingerprints from three different GCMs (see Figs. 2c,d and Table 2) to investigate the contribution from natural external forcings (solar and volcanic

JOURNAL OF CLIMATE



FIG. 7. Distribution and maximum 50-yr trends of internal variability estimated from reconstructions. (a) Distribution of 50-yr trends found in the scaled residuals covering the time period 851–1950. The distribution of the trends is shown in the form of histograms with a Gaussian fit through the points. The gray-shaded Gaussian shows the distribution of the 50-yr trend found in the combined control simulations. The largest positive and negative 50-yr trend from each reconstruction and the control simulations is shown by a bold vertical line. The recent 50-yr trend (1960–2010) in the HadCRUT4 instrumental record (Morice et al. 2012) is shown by a burgundy vertical line. (a) Results for NH mean SATs, (b) for extratropics land only for 20°–90°N, and (c) for extratropics land only for 30°–90°N.

forcing combined) and from changes in the concentrations of well mixed greenhouse gases, particularly the dip in $CO_2$ recorded over parts of the LIA (see, e.g., MacFarling Meure et al. 2006). The fingerprint method is based on the period 1400–1900, after which other anthropogenic forcings, particularly anthropogenic aerosols and, to a lesser extent, land-use change become increasingly important (e.g., Hegerl et al. 2007b; Tett et al. 2007). This analysis used the TLS detection and attribution method [Eq. (1)], where several scaling factors $\beta_i$ were estimated to fit the fingerprints $X_i(t)$ to the reconstructions $Y(t)$. Several of the model simulations which are used to calculate the fingerprints (see Figs. 2c,d) are themselves calculated as the sum of two simulations, and this was taken into account when estimating the ratio of internal variability in the fingerprints to that in the reconstructions.

The detailed results for three reconstructions and the scaling factors for a larger range of reconstructions are shown in Fig. 8. The combined volcanic and solar fingerprint is detectable in all the reconstructions used and causes large cooling episodes in the mid-fifteenth, seventeenth, and early nineteenth centuries. Since the volcanic signal dominates the volcanic plus solar fingerprint, at least in the models, these results suggest that volcanic forcing is the dominant driver of forced variability in preindustrial SATs for the time period studied here. However, independently from solar and volcanic forcing, a significant temperature change has been detected in response to pre-twentieth-century greenhouse gas variations in all but three reconstructions. This forcing caused a small but sustained cooling during much of the sixteenth and seventeenth centuries with a best estimate of up to ~0.1°–0.2°C (depending on the reconstruction used) relative to the mean temperature for the period 1400–1900 (see Fig. 8a).

The cause of this decrease in $CO_2$ has not been conclusively determined. Some authors (e.g., Ruddiman



FIG. 8. Results from detection and attribution analysis using individually forced fingerprints. (a) Individually forced fingerprints for solar and volcanic forcing combined (green) and greenhouse gas forcing (blue) scaled to fit three different reconstructions over the period 1400–1900 (white area of the plot), with the 5%–95% scaling uncertainty range shown by the shaded region. (b) Best-fit scaling factors for both fingerprints for several reconstructions (plus symbols) with 5%–95% uncertainty range (vertical bars). Fingerprints are detectible if scaling factors are significantly >0 and consistent with the reconstruction if not significantly different from 1. Color-filled rectangle: the variability of the residual is <∼90% of the control samples. Dashed rectangle: variability smaller than at least one control sample.

2003; Faust et al. 2006; Nevle and Bird 2008) have argued that it could be a consequence of human land-use activity, attributing the decrease in $CO_2$ to a decrease in agricultural usage and therefore a subsequent increase in natural vegetation following the conquest of the Americas (from ∼1519 to ∼1700). However, Pongratz et al. (2011) suggest that this is unlikely. Yet other studies (Joos et al. 1999; Trudinger et al. 2002) attribute the drop to natural forcings, such as solar and volcanic forcing. It is also possible that internal climate variability could partly explain some of the dip (see, e.g., Jungclaus et al. 2010). Despite this uncertainty in the origin of the reduced greenhouse gas concentration over that period, our paper shows for the first time that this decrease in $CO_2$ and the subsequent slow increase caused a detectible temperature response to greenhouse gases prior to 1900 in many of the records, highlighting the role of greenhouse gas forcing prior to the more recent period of industrial greenhouse gas emissions.

## 6. Discussions and conclusions

The work presented in this paper examines the role of external forcings on the climate of the last millennium. Consistent with earlier studies (Crowley 2000; Yoshimori

et al. 2005; Hegerl et al. 2007a), we find the LIA likely to have been in large part externally forced, since a large fraction of the variance in most reconstructions can be explained by the model simulations and since the model fingerprint for forced variability is detectable at the 5% level in all the reconstructions analyzed.

The variance of the residuals that is not explained by the response to external forcing as simulated in the models is, for the majority of reconstructions, consistent with the variance of control simulations if analyzed over the past 600 yr. There are, however, large differences between the different reconstructions. Several are only poorly correlated to the model simulations and have large residuals that cannot be explained by the estimated radiative forcing even over this shorter interval. Since the uncertainties in the model simulations and reconstructions are independent of each other, the high correlation between the models and some reconstructions is unlikely to be due to chance alone. From attribution analysis using fingerprints of natural (volcanic and solar) and anthropogenic (greenhouse gas forcing), it can be shown that explosive volcanism and changes in solar output combined are the dominant drivers of forced variability over the second half of the last millennium, although greenhouse gas variations are also likely to

Case No. 1:20-cv-02484-MSK   Document 81   filed 05/06/21   USDC Colorado   pg 309 of 309

have significantly contributed to the cold conditions during the period 1600–1800.

The variance of the residuals calculated from the detection analysis encompassing the MCA is for many of the reconstructions larger than the variance of the control simulations during this period. This could be due to increased uncertainty in the reconstructions, for example, due to the declining number of proxies or to errors in the forcing datasets used to drive the models. It could also be due to strong and anomalous periods of internal variability or both.

The 50-yr trends in the samples of internal variability resulting from the detection analysis for the full period analyzed here (850–1950) were compared to the recent 50-yr temperature trend. This shows that, for all the samples of internal variability calculated (even those with higher variance than the control simulations), the largest 50- and 100-yr trend found in reconstructions after removing the forced component is much smaller than that found in the last 50–100 yr of the instrumental record (1960–2010 and 1910–2010). This substantially strengthens the claim that internal variability alone is "extremely unlikely" to explain recent warming (Hegerl et al. 2007b).

For the majority of the reconstructions the detection analysis estimates scaling factors significantly less than unity, indicating that the response to external forcing in the models is stronger than that inferred from the proxy reconstructions. While we cannot rule out that this discrepancy is due to an excessively large response in the multimodel mean to all forcings, this would not explain our finding that the discrepancy between the simulated and reconstructed responses is no longer apparent when disregarding a short period immediately following the largest volcanic eruptions of the past millennium. Possible explanations for this latter observation, as noted earlier, are (i) better fidelity of the low-frequency signal in proxy reconstructions or (ii) possible loss of fidelity of certain types of proxy data (particularly tree-ring data) in resolving very large volcanic cooling episodes. Other possible factors are (iii) uncertainties in the magnitude of the volcanic forcing used in the multi model ensemble used here, (iv) uncertainty in the representation of volcanic forcing within the models, (v) errors in the response of the models to volcanic cooling, or some combination of all of these factors.

To conclude, this paper builds on previous studies looking at the detection and attribution of the causes of climate change in NH temperature reconstructions, such as those by Hegerl et al. (2003, 2007a). This work uses an ensemble of GCM simulations, many of which have only just become available as part of the CMIP5/PMIP3 initiative, as well as many more reconstructions compared to earlier results using fewer simulations, less reliable forcing estimates and sometimes energy balance models. Our analysis also pushes detection of the forced response back to 850 in many cases.

Our results have enabled us to better place the recent warming in the context of long-term change, have strengthened the evidence for the importance of natural forcing in the climate of the last millennium, and have highlighted that the model–reconstruction discrepancy in the response to volcanic eruptions, as well as significant differences in the magnitude of the MCA, cannot be fully explained by our understanding of internal variability. We also detect, for the first time, a preindustrial greenhouse gas signal prior to 1900 in many of the records.

*Acknowledgments.* The publication was supported by NERC Grant NE/G019819/1 and NCAS via a CMIP5 grant and a long-term grant. M.E.M. acknowledges support from the ATM program of the National Science Foundation (Grant ATM-0902133).

We acknowledge the World Climate Research Programme's Working Group on Coupled Modelling, which is responsible for CMIP, and we thank the climate modeling groups (listed in Table 2 of this paper) for producing and making available their model output. For CMIP, the U.S. Department of Energy's Program for Climate Model Diagnosis and Intercomparison provides coordinating support and led development of software infrastructure in partnership with the Global Organization for Earth System Science Portals.

We acknowledge the help of Bette Otto-Bliesner, Johann Jungclaus, Gavin Schmidt, and Jie Zhang for help obtaining and using the model data and Gareth Jones for making a long HadCM3 control simulation available for our use and thank three anonymous reviewers for the insightful comments that helped improve the manuscript.

## REFERENCES

Allen, M. R., and S. F. B. Tett, 1999: Checking for model consistency in optimal finger printing. *Climate Dyn.,* **15,** 419–434.

——, and P. A. Stott, 2003: Estimating signal amplitudes in optimal fingerprinting, Part I: Theory. *Climate Dyn.,* **21,** 477–491.

Ammann, C. M., and E. Wahl, 2007: The importance of the geophysical context in statistical evaluations of climate reconstruction procedures. *Climatic Change,* **85,** 71–88.

——, F. Joos, D. S. Schimel, B. L. Otto-Bliesner, and R. A. Tomas, 2007: Solar influence on climate during the past millennium: Results from transient simulations with the NCAR Climate System Model. *Proc. Natl. Acad. Sci. USA,* **104,** 3713–3718.

Anchukaitis, K., and Coauthors, 2012: Tree rings and volcanic cooling. *Nat. Geosci.,* **5,** 836–837.