Braconnot, P., S. P. Harrison, M. Kageyama, P. J. Bartlein, V. Masson-Delmotte, A. Abe-Ouchi, B. Otto-Bliesner, and Y. Zhao, 2012: Evaluation of climate models using palaeo-climatic data. *Nat. Climate Change,* **2,** 417–424.

Briffa, K. R., T. J. Osborn, F. H. Schweingruber, I. C. Harris, P. D. Jones, S. G. Shiyatov, and E. A. Vaganov, 2001: Low-frequency temperature variations from a northern tree ring density network. *J. Geophys. Res.,* **106,** 2929–2941.

Christiansen, B., and F. C. Ljungqvist, 2011: Reconstruction of the extratropical NH mean temperature over the last millennium with a method that preserves low-frequency variability. *J. Climate,* **24,** 6013–6034.

Cook, E., J. Esper, and R. D'Arrigo, 2004: Extra-tropical Northern Hemisphere land temperature variability over the past 1000 years. *Quat. Sci. Rev.,* **23,** 2063–2074.

Cox, P., and C. Jones, 2008: Climate change—Illuminating the modern dance of climate and $CO_2$. *Science,* **321,** 1642–1644.

Crowley, T. J., 2000: Causes of climate change over the past 1000 years. *Science,* **289,** 270–277.

——, G. Zielinski, B. Vinther, R. Udisti, K. Kreutzs, J. Cole-Dai, and E. Castellano, 2008: Volcanism and the Little Ice Age. *PAGES News,* Vol. **16,** No. 2, PAGES International Project Office, Bern, Switzerland, 22–23.

D'Arrigo, R., R. Wilson, and G. Jacoby, 2006: On the long-term context for late twentieth century warming. *J. Geophys. Res.,* **111,** D03103, doi:10.1029/2005JD006352.

Driscoll, S., A. Bozzo, L. J. Gray, A. Robock, and G. Stenchikov, 2012: Coupled Model Intercomparison Project 5 (CMIP5) simulations of climate following volcanic eruptions. *J. Geophys. Res.,* **117,** D17105, doi:10.1029/2012JD017607.

Esper, J., and D. C. Frank, 2009: IPCC on heterogeneous medieval warm period *Climatic Change,* **94,** 267–273.

——, E. R. Cook, and F. H. Schweingruber, 2002: Low-frequency signals in long tree-ring chronologies for reconstructing past temperature variability. *Science,* **295,** 2250–2253.

——, and Coauthors, 2012: Orbital forcing of tree-ring data. *Nat. Climate Change,* **2,** 862–866 doi:10.1038/nclimate1589.

Faust, F. X., C. Gnecco, H. Mannstein, and J. Stamm, 2006: Evidence for the post conquest demographic collapse of the Americas in $CO_2$ levels. *Earth Interact.,* **10,** doi:10.1175/EI157.1.

Fernández-Donado, L., and Coauthors, 2013: Large-scale temperature response to external forcing in simulations and reconstructions of the last millennium. *Climate Past,* **9,** 393–421.

Forster, P., and Coauthors, 2007: Changes in atmospheric constituents and in radiative forcing. *Climate Change 2007: The Physical Science Basis,* S. Solomon et al., Eds., Cambridge University Press, 129–234.

Frank, D., J. Esper, and E. R. Cook, 2007: Adjustment for proxy number and coherence in a large-scale temperature reconstruction. *Geophys. Res. Lett.,* **34,** L16709, doi:10.1029/2007GL030571.

——, ——, C. C. Raible, U. Büntgen, V. Trouet, B. Stocker, and F. Joos, 2010: Ensemble reconstruction constraints on the global carbon cycle sensitivity to climate. *Nature,* **463,** 527–530.

Gao, C., A. Robock, and C. Ammann, 2008: Volcanic forcing of climate over the past 1500 years: An improved ice core based index for climate models. *J. Geophys. Res.,* **113,** D23111, doi:10.1029/2008JD010239.

Gent, P. R., and Coauthors, 2011: The Community Climate System Model version 4. *J. Climate,* **24,** 4973–4991.

Giorgetta, M. A., and Coauthors, 2013: Climate and carbon cycle changes from 1850 to 2100 in MPI-ESM simulations for the Coupled Model Intercomparison Project phase 5. *J. Adv. Model. Earth Syst.,* doi:10.1002/jame.20038, in press.

Goosse, H., E. Crespin, S. Dubinkina, M.-F. Loutre, M. E. Mann, H. Renssen, Y. Sallaz-Damaz, and D. Shindell, 2012: The role of forcing and internal dynamics in explaining the "Medieval Climate Anomaly." *Climate Dyn.,* **39,** 2847–2866.

Gordon, C., C. Cooper, C. A. Senior, H. Banks, J. M. Gregory, T. C. Johns, J. F. B. Mitchell, and R. A. Wood, 2000: The simulation of SST, sea ice extents and ocean heat transports in a version of the Hadley Centre coupled model without flux adjustments. *Climate Dyn.,* **16,** 147–168.

Gray, L. J., and Coauthors, 2010: Solar influences on climate. *Rev. Geophys.,* **48,** RG4001, doi:10.1029/2009RG000282.

Hasselmann, K., 1976: Stochastic climate models. Part 1. Theory. *Tellus,* **28,** 473–485.

Hegerl, G. C., and F. W. Zwiers, 2011: Use of models in detection and attribution of climate change. *Wiley Interdiscip. Rev. Climate Change,* **2,** 570–591.

——, H. von Storch, K. Hasselmann, B. D. Santer, U. Cubasch, and P. D. Jones, 1996: Detecting greenhouse gas-induced climate change with an optimal fingerprint method. *J. Climate,* **9,** 2281–2306.

——, T. J. Crowley, S. K. Baum, K.-Y. Kim, and W. T. Hyde, 2003: Detection of volcanic, solar, and greenhouse gas signals in paleo-reconstructions of Northern Hempispheric temperature. *Geophys. Res. Lett.,* **30,** 1242, doi:10.1029/2002GL016635.

——, ——, W. T. Hyde, and D. J. Frame, 2006: Climate sensitivity constrained by temperature reconstructions over the past seven centuries. *Nature,* **440,** 1029–1032.

——, M. Allen, W. T. Hyde, and H. N. Pollack, 2007a: Detection of human influence on a new, validated 1500-year temperature reconstruction. *J. Climate,* **20,** 650–666.

——, and Coauthors, 2007b: Understanding and attributing climate change. *Climate Change 2007: The Physical Science Basis,* S. Solomon et al., Eds., Cambridge University Press, 663–745.

Hurtt, G. C., and Coauthors, 2009: Harmonization of global land-use scenarios for the period 1500–2100 for IPCC-AR5. *Integrated Land Ecosystem-Atmosphere Processes Study (iLEAPS) Newsletter,* No. 7, University of Helsinki, Helsinki, Finland, 6–8.

Jansen, E. J., and Coauthors, 2007: Palaeoclimate. *Climate Change 2007: The Physical Science Basis,* S. Solomon et al., Eds., Cambridge University Press, 433–497.

Jones, P. D., and Coauthors, 2009: High-resolution palaeoclimatology of the last millennium: A review of current status and future prospects. *Holocene,* **19,** 3–49.

Joos, F., R. Meyer, M. Bruno, and M. Leuenberger, 1999: The variability in the carbon sinks as reconstructed for the last 1000 years. *Geophys. Res. Lett.,* **26,** 1437–1440.

Juckes, M. N., M. R. Allen, K. R. Briffa, J. Esper, G. C. Hegerl, A. Moberg, T. J. Osborn, and S. L. Weber, 2007: Millennial temperature reconstruction intercomparison and evaluation. *Climate Past,* **3,** 591–609.

Jungclaus, J. H., and Coauthors, 2010: Climate and carbon-cycle variability over the last millennium. *Climate Past,* **6,** 723–737, doi:10.5194/cp-6-723-2010.

Kaplan, J. O., K. M. Krumhardt, and N. Zimmerman, 2009: The prehistoric and preindustrial deforestation of Europe. *Quat. Sci. Rev.,* **28,** 3016–3034.

Landrum, L., B. L. Otto-Bliesner, E. R. Wahl, A. Conley, P. J. Lawrence, N. Rosenbloom, and H. Teng, 2013: Last millennium climate and its variability in CCSM4. *J. Climate,* **26,** 1085–1111.

Lefohn, A. S., J. D. Husar, and R. B. Husar, 1999: Estimating historical anthropogenic global sulfur emission patterns for the period 1850–1990. *Atmos. Environ.,* **33,** 3435–3444.

MacFarling Meure, C., D. Etheridge, C. Trudinger, P. Steele, R. Langenfelds, T. van Ommen, A. Smith, and J. Elkins, 2006: Law Dome $CO_2$, $CH_4$ and $N_2O$ ice core records extended to 2000 years BP. *Geophys. Res. Lett.,* **33,** L14810, doi:10.1029/2006GL026152.

Mann, M. E., 2008: Smoothing of climate time series revisited. *Geophys. Res. Lett.,* **35,** L16708, doi:10.1029/2008GL034716.

——, R. S. Bradley, and M. K. Hughes, 1998: Global-scale temperature patterns and climate forcing over the past six centuries. *Nature,* **392,** 779–787.

——, S. Rutherford, E. Wahl, and C. Ammann, 2007: Robustness of proxy-based climate field reconstruction methods. *J. Geophys. Res.,* **112,** D12109, doi:10.1029/2006JD008272.

——, Z. Zhang, M. K. Hughes, R. S. Bradley, S. K. Miller, and S. Rutherford, 2008: Proxy-based reconstructions of hemispheric and global surface temperature variations over the past two millennia. *Proc. Natl. Acad. Sci. USA,* **105,** 13 252–13 257.

——, and Coauthors, 2009: Global signatures and dynamical origins of the Little Ice Age and Medieval Climate Anomaly. *Science,* **326,** 1256–1260.

——, J. D. Fuentes, and S. Rutherford, 2012a: Underestimation of volcanic cooling in tree-ring-based reconstructions of hemispheric temperatures. *Nat. Geosci.,* **5,** 202–205, doi:10.1038/ngeo1394.

——, and ——, 2012b: Reply to "Tree rings and volcanic cooling." *Nat. Geosci.,* **5,** 837–838.

Miller, G. H., and Coauthors, 2012: Abrupt onset of the Little Ice Age triggered by volcanism and sustained by sea-ice/ocean feedbacks. *Geophys. Res. Lett.,* **39,** L02708, doi:10.1029/2011GL050168.

Moberg, A., D. M. Sonechkin, K. Holmgren, N. M. Datsenko, and W. Karlén, 2005: Highly variable Northern Hemisphere temperatures reconstructed from low- and high resolution proxy data. *Nature,* **433,** 613–617; Corrigendum, **439,** 1014.

Morice, C. P., J. J. Kennedy, N. A. Rayner, and P. D. Jones, 2012: Quantifying uncertainties in global and regional temperature change using an ensemble of observational estimates: The HadCRUT4 data set. *J. Geophys. Res.,* **117,** D08101, doi:10.1029/2011JD017187.

Nevle, R. J., and D. K. Bird, 2008: Effects of syn-pandemic fire reduction and reforestation in the tropical Americas on atmospheric $CO_2$ during European conquest. *Palaeogeogr. Palaeoclimatol. Palaeoecol.,* **264,** 25–38.

Phipps, S. J., L. D. Rotstayn, H. B. Gordon, J. L. Roberts, A. C. Hirst, and W. F. Budd, 2011: The CSIRO Mk3L climate system model version 1.0—Part 1: Description and evaluation. *Geosci. Model Dev.,* **4,** 483–509, doi:10.5194/gmd-4-483-2011.

——, ——, ——, ——, ——, and ——, 2012: The CSIRO Mk3L climate system model version 1.0—Part 2: Response to external forcings. *Geosci. Model Dev.,* **5,** 649–682, doi:10.5194/gmd-5-649-2012.

Plummer, C. T., and Coauthors, 2012: An independently dated 2000-yr volcanic record from Law Dome, East Antarctica, including a new perspective on the dating of the c. 1450s eruption of Kuwae, Vanuatu. *Climate Past,* **8,** 1929–1940, doi:10.5194/cp-8-1929-2012.

Pongratz, J., C. H. Reick, T. Raddatz, and M. Claussen, 2008: A reconstruction of global agricultural areas and land cover for the last millennium. *Global Biogeochem. Cycles,* **22,** GB3018, doi:10.1029/2007GB003153.

——, K. Caldeira, C. H. Reick, and M. Claussen, 2011: Coupled climate-carbon simulations indicate minor global effects of wars and epidemics on atmospheric $CO_2$ between AD 800 and 1850. *Holocene,* **21,** 843–851.

Pope, V. D., M. L. Galliani, P. R. Rowntree, and R. A. Stratton, 2000: The impact of new physical parameterizations in the Hadley Centre climate model—HadAM3. *Climate Dyn.,* **16,** 123–146.

Ruddiman, W., 2003: The anthropogenic greenhouse era began thousands of years ago. *Climatic Change,* **61,** 261–293.

Schmidt, G. A., and Coauthors, 2006: Present day atmospheric simulations using GISS ModelE: Comparison to in situ, satellite and reanalysis data. *J. Climate,* **19,** 153–192.

——, and Coauthors, 2011: Climate forcing reconstructions for use in PMIP simulations of the last millennium (v1.0). *Geosci. Model Dev.,* **4,** 33–45, doi:10.5194/gmd-4-33-2011.

——, and Coauthors, 2012: Climate forcing reconstructions for use in PMIP simulations of the last millennium (v1.1). *Geosci. Model Dev.,* **5,** 185–191, doi:10.5194/gmd-5-185-2012.

Shapiro, A. I., W. Schmutz, E. Rozanov, M. Schoell, M. Haberreiter, A. V. Shapiro, and S. Nyeki, 2011: A new approach to long-term reconstruction of the solar irradiance leads to large historical solar forcing. *Astron. Astrophys.,* **529,** A67, doi:10.1051/0004-6361/201016173.

Shindell, D. T., G. Faluvegi, R. L. Miller, G. A. Schmidt, J. E. Hansen, and S. Sun, 2006: Solar and anthropogenic forcing of tropical hydrology. *Geophys. Res. Lett.,* **33,** L24706, doi:10.1029/2006GL027468.

Smerdon, J. E., 2012: Climate models as a test bed for climate reconstruction methods: Pseudoproxy experiments. *Wiley Interdiscip. Rev. Climate Change,* **3,** 63–77, doi:10.1002/wcc.149.

Steinhilber, F., J. Beer, and C. Frohlich, 2009: Total solar irradiance during the Holocene. *Geophys. Res. Lett.,* **36,** L19704, doi:10.1029/2009GL040142.

Stott, P. A., S. F. B. Tett, G. S. Jones, M. R. Allen, J. F. B. Mitchell, and G. J. Jenkins, 2000: External control of twentieth century temperature change by natural and anthropogenic forcings. *Science,* **290,** 2133–2137.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2012: An overview of CMIP5 and the experiment design. *Bull. Amer. Meteor. Soc.,* **92,** 485–498.

Tett, S. F. B., and Coauthors, 2007: The impact of natural and anthropogenic forcings on climate and hydrology since 1550. *Climate Dyn.,* **28,** 3–34.

Timmreck, C., 2012: Modelling the climatic effects of large explosive volcanic eruptions. *Wiley Interdiscip. Rev. Climate Change,* **3,** 545–564.

——, S. J. Lorenz, T. J. Crowley, S. Kinne, T. J. Raddatz, M. A. Thomas, and J. H. Jungclaus, 2009: Limited temperature response to the very large AD 1258 volcanic eruption. *Geophys. Res. Lett.,* **36,** L21708, doi:10.1029/2009GL040083.

Trenberth, K. E., and Coauthors, 2007: Observations: Surface and atmospheric climate change. *Climate Change 2007: The Physical Science Basis,* S. Solomon et al., Eds., Cambridge University Press, 235–336.

Trudinger, C. M., I. G. Enting, P. J. Rayner, and R. J. Francey, 2002: Kalman filter analysis of ice core data: 2: Double

15 SEPTEMBER 2013 S C H U R E R   E T   A L . 6973

deconvolution of $CO_2$ and $\delta^{13}C$ measurements. *J. Geophys. Res.,* **107,** 4423, doi:10.1029/2001JD001112.

Vieira, L. E. A., S. K. Solanki, N. A. Krivova, and I. Usoskin, 2011: Evolution of the solar irradiance during the Holocene. *Astron. Astrophys.,* **531,** A6, doi:10.1051/0004-6361/201015843.

Wang, Y.-M., J. L. Lean, and N. R. Sheeley Jr., 2005: Modeling the sun's magnetic field and irradiance since 1713. *Astrophys. J.,* **625,** 522–538, doi:10.1086/429689.

Weber, S. L., 2005: A timescale analysis of the NH temperature response to volcanic and solar forcing in the past millennium. *Climate Past,* **1,** 9–17.

Wu, T. W., 2012: A mass-flux cumulus parameterization scheme for large-scale models: Description and test with observations. *Climate Dyn.,* **38,** 725–744.

Yokohata, T., S. Emori, T. Nozawa, Y. Tsushima, T. Ogura, and M. Kimoto, 2005: Climate response to volcanic forcing: Validation of climate sensitivity of a coupled atmosphere-ocean general circulation model. *Geophys. Res. Lett.,* **32,** L21710, doi:10.1029/2005GL023542.

Yoshimori, M., T. Stocker, C. C. Raible, and M. Renold, 2005: Externally forced and internal variability in ensemble climate simulations of the Maunder minimum. *J. Climate,* **18,** 4253–4270.

nature
Vol 458 | 30 April 2009 | doi:10.1038/nature08017

# LETTERS

# Greenhouse-gas emission targets for limiting global warming to 2 °C

Malte Meinshausen[1], Nicolai Meinshausen[2], William Hare[1,3], Sarah C. B. Raper[4], Katja Frieler[1], Reto Knutti[5], David J. Frame[6,7] & Myles R. Allen[7]

More than 100 countries have adopted a global warming limit of 2 °C or below (relative to pre-industrial levels) as a guiding principle for mitigation efforts to reduce climate change risks, impacts and damages[1,2]. However, the greenhouse gas (GHG) emissions corresponding to a specified maximum warming are poorly known owing to uncertainties in the carbon cycle and the climate response. Here we provide a comprehensive probabilistic analysis aimed at quantifying GHG emission budgets for the 2000–50 period that would limit warming throughout the twenty-first century to below 2 °C, based on a combination of published distributions of climate system properties and observational constraints. We show that, for the chosen class of emission scenarios, both cumulative emissions up to 2050 and emission levels in 2050 are robust indicators of the probability that twenty-first century warming will not exceed 2 °C relative to pre-industrial temperatures. Limiting cumulative $CO_2$ emissions over 2000–50 to 1,000 Gt $CO_2$ yields a 25% probability of warming exceeding 2 °C—and a limit of 1,440 Gt $CO_2$ yields a 50% probability—given a representative estimate of the distribution of climate system properties. As known 2000–06 $CO_2$ emissions[3] were ~234 Gt $CO_2$, less than half the proven economically recoverable oil, gas and coal reserves[4–6] can still be emitted up to 2050 to achieve such a goal. Recent G8 Communiqués[7] envisage halved global GHG emissions by 2050, for which we estimate a 12–45% probability of exceeding 2 °C—assuming 1990 as emission base year and a range of published climate sensitivity distributions. Emissions levels in 2020 are a less robust indicator, but for the scenarios considered, the probability of exceeding 2 °C rises to 53–87% if global GHG emissions are still more than 25% above 2000 levels in 2020.

Determining probabilistic climate change for future emission scenarios is challenging, as it requires a synthesis of uncertainties along the cause–effect chain from emissions to temperatures; for example, uncertainties in the carbon cycle[8], radiative forcing and climate responses. Uncertainties in future climate projections can be quantified by constraining climate model parameters to reproduce historical observations of temperature[9], ocean heat uptake[10] and independent estimates of radiative forcing. By focusing on emission budgets (the cumulative emissions to stay below a certain warming level) and their probabilistic implications for the climate, we build on pioneering mitigation studies[11,12]. Previous probabilistic studies—while sometimes based on more complex models—either considered uncertainties only in a few forcing components[13], applied relatively simple likelihood estimators ignoring the correlation structure of the observational errors[14] or constrained only model parameters like climate sensitivity rather than allowed emissions.

Using a reduced complexity coupled carbon cycle–climate model[15,16], we constrain future climate projections, building on the Fourth IPCC Assessment Report (AR4) and more recent research. In particular, multiple uncertainties in the historical temperature observations[9] are treated separately for the first time; new ocean heat uptake estimates are incorporated[10]; a constraint on changes in effective climate sensitivity is introduced; and the most recent radiative forcing uncertainty estimates for individual forcing agents are considered[17].

The data constraints provide us with likelihood estimates for the chosen 82-dimensional space of climate response, gas-cycle and radiative forcing parameters (Supplementary Fig. 3). We chose a Bayesian approach, but also obtain 'frequentist' confidence intervals for climate sensitivity (68% interval, 2.3–4.5 °C; 90%, 2.1–7.1 °C), which is in approximate agreement with the recent AR4 estimates. Given the inherent subjectivity of Bayesian priors, we chose priors for climate sensitivity such that we obtain marginal posteriors identical to 19 published climate sensitivity distributions (Fig. 1a). These distributions are not all independent and not equally likely, and cannot be formally combined[18]. They are used here simply to represent the wide variety of modelling approaches, observational data and likelihood derivations used in previous studies, whose implications for an emission budget have not been analysed before. For illustrative purposes, we chose the climate sensitivity distribution of ref. 19 with a uniform prior in transient climate response (TCR, defined as the global-mean temperature change which occurs at the time of $CO_2$ doubling for the specific case of a 1% yr$^{-1}$ increase of $CO_2$) as our default. This distribution closely resembles the AR4 estimate (best estimate, 3 °C; likely range, 2.0–4.5 °C) (Supplementary Information).

Maximal warming under low emission scenarios is more closely related to the TCR than to the climate sensitivity[19]. The distribution of the TCR of our climate model for the illustrative default is slightly lower than derived within another model set-up[19], but within the range of results of previous studies (Fig. 1b), and encompasses the range arising from emulations by coupled atmosphere–ocean general circulation models[16] (AOGCMs) (Fig. 1c).

Representing current knowledge on future carbon-cycle responses is difficult, and might be best encapsulated in the wide range of results from the process-based C4MIP carbon-cycle models[8]. We emulate these C4MIP models individually by calibrating 18 parameters in our carbon-cycle model[16], and combine these settings with the other gas cycles, radiative forcing and climate response parameter uncertainties gained from our historical constraining.

Additional challenges arise in estimating the maximum temperature change resulting from a certain amount of cumulative emissions. The analysis needs to be based on a multitude of emission pathways with realistic multi-gas characteristics[20,21], as well as varying

[1]Potsdam Institute for Climate Impact Research, Telegrafenberg, 14412 Potsdam, Germany. [2]Department of Statistics, University of Oxford, South Parks Road, Oxford OX1 3TG, UK. [3]Climate Analytics, Telegrafenberg, 14412 Potsdam, Germany. [4]Centre for Air Transport and the Environment, Manchester Metropolitan University, Chester Street, Manchester M1 5GD, UK. [5]Institute for Atmospheric and Climate Science, ETH Zurich, 8092 Zurich, Switzerland. [6]Smith School of Enterprise and the Environment, University of Oxford, Oxford OX1 2BQ, UK. [7]Department of Physics, University of Oxford, Parks Road, Oxford OX1 3PU, UK.

©2009 Macmillan Publishers Limited. All rights reserved

NATURE|Vol 458|30 April 2009

**LETTERS**



**Figure 1 | Joint and marginal probability distributions of climate sensitivity and transient climate response. a**, Marginal probability density functions (PDFs) of climate sensitivity; **b**, marginal PDFs of transient climate response (TCR); **c**, posterior joint distribution constraining model parameters to historical temperatures, ocean heat uptake and radiative forcing under our representative illustrative priors. For comparison, TCR and climate sensitivities are shown in **c** for model versions that yield a close emulation of 19 CMIP3 AOGCMs (white circles)[16]. Data sources for curves 1–25 are given in Supplementary Information.

shapes over time. AOGCM results for multi-gas mitigation scenarios were not available for assessment in the IPCC AR4 Working Group I Report[22]. Consequently, IPCC AR4 Working Group III[23] provided equilibrium warming estimates corresponding to 2100 radiative forcing levels for some multi-gas mitigation scenarios, using simplified regressions (Supplementary Fig. 6). Thus, 15 years after the first pioneering mitigation studies[11,12], there is still an important gap in the literature relating emission budgets for lower emission profiles to the probability of exceeding maximal warming levels; a gap that this study intends to fill.

We compute time-evolving distributions of radiative forcing and surface air temperature implications for the set of 26 IPCC SRES[21] and 20 EMF-21 scenarios[20] shown in Fig. 2a and b. We complement these with 948 multi-gas equal quantile walk emission pathways[24] that share—by design—similar multi-gas characteristics (Supplementary Fig. 5) but represent a wide variety of plausible shapes, ranging from early moderate reductions to later peaking and rapidly declining emissions towards near-zero emissions (Supplementary Information). Whereas Fig. 2e shows a standard plot of global-mean temperature versus time for two sample scenarios, Fig. 2f highlights the strong correlation between maximum warming and cumulative emissions. The fraction of climate model runs above 2 °C (dashed line in Fig. 2f) is then our estimate for the probability of exceeding 2 °C for an individual scenario (as indicated by the dots in Fig. 3a). We focus here on 2 °C relative to pre-industrial levels, as such a warming limit has gained increasing prominence in science and policy circles as a goal to prevent dangerous climate change[25]. We recognize that 2 °C cannot be regarded as a 'safe level', and that (for example) small island states and least developed countries are calling for warming to be limited to 1.5 °C (Supplementary Information).

We chose the twenty-first century as our time horizon, as this time frame is sufficiently long to determine which emission scenarios will probably lead to a global surface warming below 2 °C. Under these scenarios, temperatures have stabilized or peaked by 2100, while warming continues under higher scenarios.

For our illustrative distribution of climate system properties, we find that the probability of exceeding 2 °C can be limited to below 25% (50%) by keeping 2000–49 cumulative $CO_2$ emissions from fossil sources and land use change to below 1,000 (1,440) Gt $CO_2$ (Fig. 3a and Table 1). If we resample model parameters to reproduce 18 published climate sensitivity distributions, we find a 10–42% probability of exceeding 2 °C for such a budget of 1,000 Gt $CO_2$. If the acceptable exceedance probability were only 20%, this would require an emission budget of 890 Gt $CO_2$ or lower (illustrative default). Given that around 234 Gt $CO_2$ were emitted between 2000 and 2006 and assuming constant rates of 36.3 Gt $CO_2$ yr$^{-1}$ (ref. 3) thereafter, we would exhaust the $CO_2$ emission budget by 2024, 2027 or 2039, depending on the probability accepted for exceeding 2 °C (respectively 20%, 25% or 50%).

To contrast observationally constrained probabilistic projections against current AOGCM and carbon-cycle models, we ran each emission scenario with all permutations of 19 CMIP3[26] AOGCM and 10 C4MIP carbon-cycle model emulations[16]. The allowed emissions are similar to the lower part of the range spanned by the observationally constrained distributions, suggesting that the current AOGCMs do not substantially over- or underestimate future climate change compared to the values obtained using a model constrained by observations, although no probability statement can be derived from the proportion of runs exceeding 2 °C (black dashed line in Fig. 3a). Using an independent approach focusing on $CO_2$ alone, Allen et al.[27]

©2009 Macmillan Publishers Limited. All rights reserved

**LETTERS**

NATURE|Vol 458|30 April 2009



**Figure 2 | Emissions, concentrations and twenty-first century global-mean temperatures. a,** Fossil $CO_2$ emissions for IPCC SRES[21], EMF-21[20] scenarios and a selection of equal quantile walk[24] (EQW) pathways analysed here; **b,** GHGs, as controlled under the Kyoto Protocol; **c,** median projections and uncertainties based on our illustrative default case for atmospheric $CO_2$ concentrations for the high SRES A1FI[21] and the low HALVED-BY-2050[19]

scenario, which halves 1990 global Kyoto-gas emissions by 2050; **d,** total anthropogenic radiative forcing; **e,** surface air global-mean temperature; **f,** maximum temperature during the twenty-first century versus cumulative Kyoto-gas emissions for 2000–49. Colour range shown in **e** also applies to **c, d** and **f**.

find that a range of 2,050–2,100 Gt $CO_2$ emissions from year 2000 onwards cause a most likely $CO_2$-induced warming of 2 °C: in the idealized scenarios they consider that meet this criterion, between 1,550 and 1,950 Gt $CO_2$ are emitted over the years 2000 to 2049.

We explored the consequences of burning all proven fossil fuel reserves (the fraction of fossil fuel resources that is economically recoverable with current technologies and prices: Fig. 3b and Methods). We derived a mid-estimate of 2,800 Gt $CO_2$ emissions from the literature, with an 80%-uncertainty range of 2,541 to 3,089 Gt $CO_2$. Emitting the carbon from all proven fossil fuel reserves would therefore vastly exceed the allowable $CO_2$ emission budget for staying below 2 °C.

Although the dominant anthropogenic warming contribution is from $CO_2$ emissions, non-$CO_2$ GHG emissions add to the risk of exceeding warming thresholds during the twenty-first century. We estimate that the so-called non-$CO_2$ 'Kyoto gases' (methane, nitrous oxide, hydrofluorocarbons, perfluorocarbons and $SF_6$) will constitute roughly one-third of total $CO_2$ equivalent ($CO_2$ equiv.) emissions based on 100-yr global warming potentials[28] over the 2000–49 period. Under our illustrative distribution for climate system properties, and taking into account all positive and negative forcing agents as provided

by Table 2.12 in AR4[17], the cumulative Kyoto-gas emission budget for 2000–50 is 1,500 (2,000) Gt $CO_2$ equiv., if the probability of exceeding 2 °C is to be limited to approximately 25% (50%) (Table 1).

For the lower scenarios, Kyoto-gas emissions in the year 2050 are a remarkably good indicator for probabilities of exceeding 2 °C, because for these scenarios (with emissions in 2050 below ~30 Gt $CO_2$ equiv.), radiative forcing peaks around 2050 and temperature soon thereafter. This is indicated by the narrow spread of individual scenarios' exceedance probabilities for similar 2050 Kyoto-gas emissions, as shown in Supplementary Fig. 1b. If emissions in 2050 are half 1990 levels, we estimate a 12–45% probability of exceeding 2 °C (Table 1) under these scenarios.

Emissions in 2020 are a less robust indicator of maximum warming (note the wide vertical spread of individual scenario dots in Supplementary Fig. 1c)—even if restricted to this class of relatively smooth emission pathways. However, the probability of exceeding 2 °C rises to 75% if 2020 emissions are not lower than 50 Gt $CO_2$ equiv. (25% above 2000). Given the substantial recent increase in fossil $CO_2$ emissions (20% between 2000 and 2006)[3], policies to reduce global emissions are needed urgently if the 'below 2 °C' target[29] is to remain achievable.

©2009 Macmillan Publishers Limited. All rights reserved



**Figure 3 | The probability of exceeding 2 °C warming versus CO₂ emitted in the first half of the twenty-first century. a**, Individual scenarios' probabilities of exceeding 2 °C for our illustrative default (dots; for example, for SRES B1, A2, Stern and other scenarios shown in Fig. 2) and smoothed (local linear regression smoother) probabilities for all climate sensitivity distributions (numbered lines, see Supplementary Information for data sources). The proportion of CMIP3 AOGCMs[26] and C4MIP carbon-cycle[8] model emulations exceeding 2 °C is shown as black dashed line. Coloured areas denote the range of probabilities (right) of staying below 2 °C in AR4 terminology, with the extreme upper distribution (12) being omitted. **b**, Total CO₂ emissions already emitted[5] between 2000 and 2006 (grey area) and those that could arise from burning available fossil fuel reserves, and from land use activities between 2006 and 2049 (median and 80% ranges, Methods).

### Table 1 | Probabilities of exceeding 2 °C

| Indicator | Emissions | Probability of exceeding 2 °C* | |
|---|---|---|---|
| | | Range | Illustrative default case‡ |
| Cumulative total CO₂ emission 2000–49 | 886 Gt CO₂ | 8–37% | 20% |
| | 1,000 Gt CO₂ | 10–42% | 25% |
| | 1,158 Gt CO₂ | 16–51% | 33% |
| | 1,437 Gt CO₂ | 29–70% | 50% |
| Cumulative Kyoto-gas emissions 2000–49 | 1,356 Gt CO₂ equiv. | 8–37% | 20% |
| | 1,500 Gt CO₂ equiv. | 10–43% | 26% |
| | 1,678 Gt CO₂ equiv. | 15–51% | 33% |
| | 2,000 Gt CO₂ equiv. | 29–70% | 50% |
| 2050 Kyoto-gas emissions | 10 Gt CO₂ equiv. yr⁻¹ | 6–32% | 16% |
| | (Halved 1990) 18 Gt CO₂ equiv. yr⁻¹ | 12–45% | 29% |
| | (Halved 2000) 20 Gt CO₂ equiv. yr⁻¹ | 15–49% | 32% |
| | 36 Gt CO₂ equiv. yr⁻¹ | 39–82% | 64% |
| 2020 Kyoto-gas emissions | 30 Gt CO₂ equiv. yr⁻¹ | (8–38%)† | (21%)† |
| | 35 Gt CO₂ equiv. yr⁻¹ | (13–46%)† | (29%)† |
| | 40 Gt CO₂ equiv. yr⁻¹ | (19–56%)† | (37%)† |
| | 50 Gt CO₂ equiv. yr⁻¹ | (53–87%)† | (74%)† |

* Range across all priors reflecting the various climate sensitivity distributions with the exception of line 12 in Fig. 3a.
† Note that 2020 Kyoto-gas emissions are, from a physical perspective, a less robust indicator for maximal twenty-first century warming with the wide scenario-to-scenario spread (Supplementary Fig. 1c).
‡ Prior chosen to match posterior of ref. 19 with uniform priors on the TCR.

## METHODS SUMMARY

To relate emissions of GHGs, tropospheric ozone precursors and aerosols to gas-cycle and climate system responses, we employ MAGICC 6.0[16], a reduced complexity coupled climate–carbon cycle model used in past IPCC assessment reports for emulating AOGCMs. Out of more than 400 parameters, we vary 9 climate response parameters (one of which is climate sensitivity), 33 gas-cycle

and global radiative forcing parameters (not including 18 carbon-cycle parameters, which are calibrated separately[36] to C4MIP carbon-cycle models[8]), and 40 scaling factors determining the regional 4 box pattern of key forcings (Supplementary Table 1). Other parameters are set to default values[16].

To constrain the parameters, we use observational data of surface air temperature[9] in 4 spatial grid boxes from 1850 to 2006, the linear trend in ocean heat content changes[10] from 1961 to 2003 and year 2005 radiative forcing estimates

©2009 Macmillan Publishers Limited. All rights reserved

**LETTERS**                                                                                                                NATURE|Vol 458|30 April 2009

for 18 forcing agents[17], in addition to a constraint on the twenty-first century change of effective climate sensitivity derived from AOGCM CMIP3 emulations[16]. With a Metropolis-Hastings Markov chain Monte Carlo approach, based on a large ensemble ($>3 \times 10^6$) of parameter sets using 45 parallel Markov chains with 75,000 runs each, we estimate the posterior distribution of different MAGICC parameters. Estimated likelihoods take into account observational uncertainty and climate variability from various AOGCM control runs, HadCM3 being the default.

For forward projections with the model, we combine, at random, 600 sets of the 82 historically constrained parameters with one of 10 carbon-cycle calibrations. We supplemented 26 multi-gas IPCC SRES[23] and 20 EMF-21 reference and mitigation scenarios[20] by 948 equal quantile walk multi-gas pathways[24]. The proven fossil fuel reserve estimates for natural gas, oil and coal were compiled from various sources[4,5] by combining the reserve estimates with net calorific values and emission factors (and their 95% uncertainty ranges) according to IPCC 2006 guidelines[6] (Supplementary Information).

**Full Methods** and any associated references are available in the online version of the paper at www.nature.com/nature.

Received 25 September 2008; accepted 25 March 2009.

1. Pachauri, R. K. & Reisinger, A. (eds) *Climate Change 2007: Synthesis Report* (Intergovernmental Panel on Climate Change, Cambridge, UK, 2007).
2. Council of the European Union. *Presidency Conclusions – Brussels, 22/23 March 2005* (European Commission, 2005).
3. Canadell, J. G. *et al.* Contributions to accelerating atmospheric $CO_2$ growth from economic activity, carbon intensity, and efficiency of natural sinks. *Proc. Natl Acad. Sci. USA* **104**, 18866–18870 (2007).
4. Clarke, A. W. & Trinnaman, J. A. (eds) *2007 Survey of Energy Resources* (World Energy Council, 2007).
5. Rempe, H. Schmidt, S. & Schwarz-Schampera, U. *Reserves, Resources and Availability of Energy Resources 2006* (German Federal Institute for Geosciences and Natural Resources, 2007).
6. Eggelston, H. S., Buendia, L., Miwa, K., Ngara, T. & Tanabe, K. (eds) *2006 Guidelines for National Greenhouse Gas Inventories* (IPCC National Greenhouse Gas Inventories Programme, Hayama, Japan, 2006).
7. G8. *Hokkaido Toyako Summit Leaders Declaration* (G8, 2008); available at 〈http://www.mofa.go.jp/policy/economy/summit/2008/doc/doc080714__en.html〉.
8. Friedlingstein, P. *et al.* Climate–carbon cycle feedback analysis: Results from the C4MIP model intercomparison. *J. Clim.* **19**, 3337–3353 (2006).
9. Brohan, P., Kennedy, J. J., Harris, I., Tett, S. F. B. & Jones, P. D. Uncertainty estimates in regional and global observed temperature changes: A new data set from 1850. *J. Geophys. Res.* **111**, D12106, doi:10.1029/2005JD006548 (2006).
10. Domingues, C. M. *et al.* Improved estimates of upper-ocean warming and multi-decadal sea-level rise. *Nature* **453**, 1090–1093 (2008).
11. Enting, I. G., Wigley, T. M. L. & Heimann, M. *Future Emissions and Concentrations of Carbon Dioxide: Key Ocean/Atmosphere/Land Analyses* (Research technical paper no. 31, CSIRO Division of Atmospheric Research, 1994).
12. Wigley, T. M. L., Richels, R. & Edmonds, J. A. Economic and environmental choices in the stabilization of atmospheric $CO_2$ concentrations. *Nature* **379**, 240–243 (1996).
13. Forest, C. E., Stone, P. H., Sokolov, A., Allen, M. R. & Webster, M. D. Quantifying uncertainties in climate system properties with the use of recent climate observations. *Science* **295**, 113–117 (2002).
14. Knutti, R., Stocker, T. F., Joos, F. & Plattner, G. K. Constraints on radiative forcing and future climate change from observations and climate model ensembles. *Nature* **416**, 719–723 (2002).
15. Wigley, T. M. L. & Raper, S. C. B. Interpretation of high projections for global-mean warming. *Science* **293**, 451–454 (2001).
16. Meinshausen, M., Raper, S. C. B. & Wigley, T. M. L. Emulating IPCC AR4 atmosphere-ocean and carbon cycle models for projecting global-mean, hemispheric and land/ocean temperatures: MAGICC 6.0. *Atmos. Chem. Phys. Discuss.* **8**, 6153–6272 (2008).
17. Forster, P. *et al.* in *IPCC Climate Change 2007: The Physical Science Basis* (eds Solomon, S. *et al.*) 129–234 (Cambridge Univ. Press, 2007).
18. Knutti, R. & Hegerl, G. C. The equilibrium sensitivity of the Earth's temperature to radiation changes. *Nature Geosci.* **1**, 735–743 (2008).
19. Frame, D. J., Stone, D. A., Stott, P. A. & Allen, M. R. Alternatives to stabilization scenarios. *Geophys. Res. Lett.* **33**, L14707, doi:10.1029/2006GL025801 (2006).
20. Van Vuuren, D. P. *et al.* Temperature increase of 21st century mitigation scenarios. *Proc. Natl Acad. Sci. USA* **105**, 15258–15262 (2008).
21. Nakicenovic, N. & Swart, R. *IPCC Special Report on Emissions Scenarios* (Cambridge Univ. Press, 2000).
22. Solomon, S. *et al.* (eds) *IPCC Climate Change 2007: The Physical Science Basis* (Cambridge Univ. Press, 2007).
23. Metz, B., Davidson, O. R., Bosch, P. R., Dave, R. & Meyer, L. A. (eds) *IPCC Climate Change 2007: Mitigation* (Cambridge Univ. Press, 2007).
24. Meinshausen, M. *et al.* Multi-gas emission pathways to meet climate targets. *Clim. Change* **75**, 151–194 (2006).
25. Schellnhuber, J. S., Cramer, W., Nakicenovic, N., Wigley, T. M. L. & Yohe, G. *Avoiding Dangerous Climate Change* (Cambridge Univ. Press, 2006).
26. Meehl, G. A., Covey, C., McAvaney, B., Latif, M. & Stouffer, R. J. Overview of coupled model intercomparison project. *Bull. Am. Meteorol. Soc.* **86**, 89–93 (2005).
27. Allen, M. R. *et al.* Warming caused by cumulative carbon emissions towards the trillionth tonne. *Nature* doi:10.1038/nature08019 (this issue).
28. Houghton, J. T. *et al.* (eds) *IPCC Climate Change 1995: The Science of Climate Change* (Cambridge Univ. Press, 1996).
29. den Elzen, M. G. J. & Meinshausen, M. Meeting the EU 2°C climate target: global and regional emission implications. *Clim. Policy* **6**, 545–564 (2006).
30. Watkins, K. *et al.* Fighting Climate Change: Human Solidarity in a Divided World (Human Development Report 2007/2008, Palgrave Macmillan, 2007).

**Supplementary Information** is linked to the online version of the paper at www.nature.com/nature.

**Acknowledgements** We thank T. Wigley, M. Schaeffer, K. Briffa, R. Schofield, T. S., von Deimling, J. Nabel, J. Rogelj, V. Huber and A. Fischlin for discussions and comments on earlier manuscripts and our code, J. Gregory for AOGCM diagnostics, D. Giebitz-Rheinbay and B. Kriemann for IT support and the EMF-21 modelling groups for providing their emission scenarios. M.M. thanks DAAD and the German Ministry of Environment for financial support. We acknowledge the modelling groups, the Program for Climate Model Diagnosis and Intercomparison (PCMDI) and the WCRP's Working Group on Coupled Modelling (WGCM) for their roles in making available the WCRP CMIP3 multi-model data set. Support of this data set is provided by the Office of Science, US Department of Energy.

**Author Contributions** M.M. and N.M. designed the research with input from W.H., R.K. and M.A. M.M. performed the climate modelling, N.M. the statistical analysis, W.H. the compilation of fossil fuel reserve estimates; all authors contributed to writing the paper.

**Author Information** Reprints and permissions information is available at www.nature.com/reprints. Accompanying datasets are available at www.primap.org. Correspondence and requests for materials should be addressed to M.M. (malte.meinshausen@pik-potsdam.de).

©2009 Macmillan Publishers Limited. All rights reserved

doi:10.1038/nature08017

nature

## METHODS

**Coupled carbon cycle–climate model.** We use a reduced complexity coupled carbon cycle climate model (MAGICC 6.0), requiring (hemispheric) emissions of GHGs, aerosols, and tropospheric ozone precursors as inputs for calculating atmospheric concentrations, radiative forcings, surface air temperatures, and ocean heat uptake. MAGICC is able to closely emulate both CMIP3[26] AOGCMs and C4MIP[8] carbon-cycle models, and has been used extensively in past IPCC assessment reports[16]. We use MAGICC 6.0 here both for future climate projections based on historical constraints and for emulating more complex AOGCMs or carbon-cycle models. The model contains many parameters whose values are uncertain. We looked at the impact of 82 parameters on model behaviour, which are summarized in the vector $\Theta$.

**Observational constraints.** As one set of observational constraints, we use yearly averaged temperatures in our four grid boxes (Northern and Southern Hemisphere Land and Ocean) as provided in ref. 9 for the years 1850–2006. We arrange those measurements in a 628-dimensional vector **T**. The respective space-time dependency of the errors is obtained from ref. 9. We use the full-length control runs of all AOGCMs runs available at PCMDI (http://www-pcmdi.llnl.gov/, as of mid-2007) to assess internal variability. We project the 628-dimensional vector of temperature observations into a low-dimensional subspace. We choose $m$ such that 99.95% of the MAGICC variance is preserved and find that an eight-dimensional subspace is sufficient but findings are insensitive to this choice. We then find the $m \times 628$-dimensional matrix $P_m$, which corresponds to the projection of **T** into the space spanned by the first $m$ PCA components. The likelihood is finally based on the $m$-dimensional vector $T_m = P_m \mathbf{T}$ instead of the 628-dimensional vector **T**. We now assume that the internal variability of $T_m$ has a Gaussian distribution and estimate the $m \times m$-dimensional covariance matrix $\Sigma_m$ from the data set as $P_m \Sigma P_m^T$, where $\Sigma$ is the previously derived covariance matrix of the observations (including internal variability and measurement errors).

Ocean heat uptake is only considered via its linear trend $Z_1$ of $+0.3721$ ($1\sigma$: $\pm 0.0698$) $10^{22}$ J yr$^{-1}$ for the heat content trend over 1961 to 2003 up to 700 m depth[10]. See Supplementary Fig. 2 for the match between the constrained model results and the observational data[31] as well as more recent results[10].

Radiative forcing estimates as listed in ref. 17 (Table 2.12 therein) provide an additional set of 14 constraints $Z_2,...,Z_{18}$ (Supplementary Table 2). The error of 14 of these radiative forcing estimates is assumed to have a Gaussian distribution. The remaining 3 observational constraints, however, exhibit skewness, which we model by a distribution we call here 'skewed normal' (Supplementary Information). All radiative forcing uncertainties are assumed to be independent.

Given that MAGICC 6.0 has substantially more freedom to change the effective climate sensitivity over time[16] than what is observed from AOGCM diagnostics, we introduce another constraint $Z_{19}$. This constraint limits the ratio of the twenty-first century change in effective climate sensitivity, expressed by the ratio of average effective climate sensitivities in the periods 2050–2100 and 1950–2000. Based on AOGCM CMIP3 model emulations[16], we derive a distribution with a median at 1.23 (with a 90% range between 1.06 to 1.51) under the SRES A1B scenario.

**Likelihood estimation.** To calculate the likelihood, the observations are split into the projected temperature observations $T_m$ and the remaining observational constraints $Z_1,...,Z_{19}$. Let $f$ be the density of temperature observations under a given parameter setting $\Theta$, taking into account both the measurement errors and internal climate variability. Let $h_k$, $k = 1,...,19$, be the density functions of the remaining observational constraints. Under independence of $Z_1,...,Z_{19}$ and **T**, the likelihood $L(\Theta)$ of model parameters $\Theta$ is given by:

$$L(\Theta) = f(T_m | \Theta) \prod_{k=1}^{19} h_k(Z_k | \Theta)$$

We follow mostly a Bayesian approach. A prior distribution $\pi$ over the parameter vector $\Theta$ is specified in various ways as discussed further below, see Supplementary Table 1 for prior assumption on key parameters. Given the a priori assumption, we are able to specify the posterior distribution $g(\Theta)$ of the parameters as proportional to the product of the likelihood $L(\Theta)$ and the prior $\pi(\Theta)$.

Sensitivity to the chosen prior and a comparison with frequentist inference are discussed further below. For frequentist inference, we work directly with the likelihood.

**Model sampling.** To draw models from the posterior distribution $g(\Theta)$, we use a Markov chain Monte Carlo approach and a standard Metropolis-Hastings algorithm with adaptive step sizes to attain an average acceptance rate of 60%. 45 Markov chains are run in parallel for 75,000 iterations each. Adjusting for a burn-in time of 20,000 iterations, and retaining only every 30th model, to decrease dependence between successive models, a total of 82,500 models are drawn from the posterior distribution. For probabilistic forecasts, 600 models with maximal spacing in this set of 82,500 models are retained and combined randomly with one of the 10 parameter sets used for emulating individual C4MIP carbon-cycle models[16].

**Representation of climate sensitivity distributions.** Apart from the frequentist likelihood confidence intervals, we represent the wide range of literature studies on Bayesian climate sensitivity distributions[19,32–41]. Specifically, we change the prior for climate sensitivity such that a match between our posterior PDF of climate sensitivity and the posterior distribution in the considered studies is achieved.

**Fossil fuel reserves.** Our median estimates of proven recoverable fossil fuel reserves are based on ref. 42, with the exception of the non-conventional oil reserves which are taken as the median between ref. 43 and ref. 44. Potential emissions are estimated using IPCC 2006 default net calorific values and carbon content emission factors[6] (Table 1.2 and Table 1.3 therein).

We estimate the 80% uncertainty range in these reserve estimates as being $\pm 10\%$ of the WEC[42] estimates or the range of estimates in the literature[4,43–46], whichever is greater, for individual classes of reserves. We combine these reserve uncertainties with the provided 95% ranges of calorific values and emission factors for each class of energy reserves[6] (Supplementary Table 3). See Supplementary Information for an expanded description of the methods.

31. Levitus, S., Antonov, J. & Boyer, T. Warming of the world ocean, 1955-2003. *Geophys. Res. Lett.* **32**, L02604, doi:10.1029/2004GL021592 (2005).

32. Knutti, R. & Tomassini, L. Constraints on the transient climate response from observed global temperature and ocean heat uptake. *Geophys. Res. Lett.* **35**, L09701, doi:10.1029/2007GL032904 (2008).

33. Knutti, R., Stocker, T. F., Joos, F. & Plattner, G. K. Probabilistic climate change projections using neural networks. *Clim. Dyn.* **21**, 257–272 (2003).

34. Gregory, J. M., Stouffer, R. J., Raper, S. C. B., Stott, P. A. & Rayner, N. A. An observationally based estimate of the climate sensitivity. *J. Clim.* **15**, 3117–3121 (2002).

35. Forest, C. E., Stone, P. H. & Sokolov, A. P. Estimated PDFs of climate system properties including natural and anthropogenic forcings. *Geophys. Res. Lett.* **33**, L01705, doi:10.1029/2005GL023977 (2006).

36. Andronova, N. G. & Schlesinger, M. E. Objective estimation of the probability density function for climate sensitivity. *J. Geophys. Res.* **106**, D19 22605–22611 (2001).

37. Piani, C., Frame, D. J., Stainforth, D. A. & Allen, M. R. Constraints on climate change from a multi-thousand member ensemble of simulations. *Geophys. Res. Lett.* **32**, L23825, doi:10.1029/2005GL024452 (2005).

38. Murphy, J. M. *et al.* Quantification of modelling uncertainties in a large ensemble of climate change simulations. *Nature* **430**, 768–772 (2004).

39. Annan, J. D. & Hargreaves, J. C. Using multiple observationally-based constraints to estimate climate sensitivity. *Geophys. Res. Lett.* **33**, L06704, doi:10.1029/2005GL025259 (2006).

40. Hegerl, G. C., Crowley, T. J., Hyde, W. T. & Frame, D. J. Climate sensitivity constrained by temperature reconstructions over the past seven centuries. *Nature* **440**, 1029–1032 (2006).

41. Knutti, R., Meehl, G. A., Allen, M. R. & Stainforth, D. A. Constraining climate sensitivity from the seasonal cycle in surface temperature. *J. Clim.* **19**, 4224–4233 (2006).

42. Clarke, A. W. & Trinnaman, J. A. (eds) *Survey of Energy Resources 2007* (World Energy Council, 2007).

43. BP. *BP Statistical Review of World Energy June 2008* (BP, London, 2008); available at ⟨www.bp.com/statisticalreview⟩.

44. Rempe, H. Schmidt, S. & Schwarz-Schampera, U. *Reserves, Resources and Availability of Energy Resources 2006* (German Federal Institute for Geosciences and Natural Resources, 2007).

45. Abraham, K. International outlook: world trends: Operators ride the crest of the global wave. *World Oil* **228**, no. 9 (2007).

46. Radler, M. Special report: Oil production, reserves increase slightly in 2006. *Oil Gas J.* **104**, 20–23 (2006); available at ⟨http://www.ogj.com/currentissue/index.cfm?p=7&v=104&i=47⟩.

©2009 Macmillan Publishers Limited. All rights reserved

Earth Syst. Sci. Data, 7, 349–396, 2015
www.earth-syst-sci-data.net/7/349/2015/
doi:10.5194/essd-7-349-2015
© Author(s) 2015. CC Attribution 3.0 License.





# Global Carbon Budget 2015

C. Le Quéré[1], R. Moriarty[1], R. M. Andrew[2], J. G. Canadell[3], S. Sitch[4], J. I. Korsbakken[2],
P. Friedlingstein[5], G. P. Peters[2], R. J. Andres[6], T. A. Boden[6], R. A. Houghton[7], J. I. House[8],
R. F. Keeling[9], P. Tans[10], A. Arneth[11], D. C. E. Bakker[12], L. Barbero[13,14], L. Bopp[15], J. Chang[15],
F. Chevallier[15], L. P. Chini[16], P. Ciais[15], M. Fader[17], R. A. Feely[18], T. Gkritzalis[19], I. Harris[20],
J. Hauck[21], T. Ilyina[22], A. K. Jain[23], E. Kato[24], V. Kitidis[25], K. Klein Goldewijk[26], C. Koven[27],
P. Landschützer[28], S. K. Lauvset[29], N. Lefèvre[30], A. Lenton[31], I. D. Lima[32], N. Metzl[30], F. Millero[33],
D. R. Munro[34], A. Murata[35], J. E. M. S. Nabel[22], S. Nakaoka[36], Y. Nojiri[36], K. O'Brien[37], A. Olsen[38,39],
T. Ono[40], F. F. Pérez[41], B. Pfeil[38,39], D. Pierrot[13,14], B. Poulter[42], G. Rehder[43], C. Rödenbeck[44], S. Saito[45],
U. Schuster[4], J. Schwinger[29], R. Séférian[46], T. Steinhoff[47], B. D. Stocker[48,49], A. J. Sutton[37,18],
T. Takahashi[50], B. Tilbrook[51], I. T. van der Laan-Luijkx[52,53], G. R. van der Werf[54], S. van Heuven[55],
D. Vandemark[56], N. Viovy[15], A. Wiltshire[57], S. Zaehle[44], and N. Zeng[58]

[1]Tyndall Centre for Climate Change Research, University of East Anglia, Norwich Research Park,
Norwich NR4 7TJ, UK
[2]Center for International Climate and Environmental Research – Oslo (CICERO), Oslo, Norway
[3]Global Carbon Project, CSIRO Oceans and Atmosphere, GPO Box 3023, Canberra, ACT 2601, Australia
[4]College of Life and Environmental Sciences, University of Exeter, Exeter EX4 4QE, UK
[5]College of Engineering, Mathematics and Physical Sciences, University of Exeter, Exeter EX4 4QF, UK
[6]Carbon Dioxide Information Analysis Center (CDIAC), Oak Ridge National Laboratory, Oak Ridge, TN, USA
[7]Woods Hole Research Center (WHRC), Falmouth, MA 02540, USA
[8]Cabot Institute, Department of Geography, University of Bristol, Bristol BS8 1TH, UK
[9]University of California, San Diego, Scripps Institution of Oceanography, La Jolla,
CA 92093-0244, USA
[10]National Oceanic & Atmospheric Administration, Earth System Research Laboratory (NOAA/ESRL),
Boulder, CO 80305, USA
[11]Institute of Meteorology and Climate Research – Atmospheric Environmental Research (IMK-IFU),
Karlsruhe Institute of Technology (KIT), 82467 Garmisch-Partenkirchen, Germany
[12]Centre for Ocean and Atmospheric Sciences, School of Environmental Sciences, University of East Anglia,
Norwich NR4 7TJ, UK
[13]Cooperative Institute for Marine and Atmospheric Studies, Rosenstiel School for Marine and Atmospheric
Science, University of Miami, Miami, FL 33149, USA
[14]National Oceanic & Atmospheric Administration/Atlantic Oceanographic & Meteorological Laboratory
(NOAA/AOML), Miami, FL 33149, USA
[15]Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre-Simon Laplace,
CEA-CNRS-UVSQ, CE Orme des Merisiers, 91191 Gif sur Yvette CEDEX, France
[16]Department of Geographical Sciences, University of Maryland, College Park, MD 20742, USA
[17]Institut Méditerranéen de Biodiversité et d'Ecologie marine et continentale, Aix-Marseille Université, CNRS,
IRD, Avignon Université, Technopôle Arbois-Méditerranée, Bâtiment Villemin, BP 80,
13545 Aix-en-Provence CEDEX 04, France
[18]National Oceanic & Atmospheric Administration/Pacific Marine Environmental Laboratory (NOAA/PMEL),
7600 Sand Point Way NE, Seattle, WA 98115, USA
[19]Flanders Marine Institute, InnovOcean site, Wandelaarkaai 7, 8400 Ostend, Belgium
[20]Climatic Research Unit, University of East Anglia, Norwich Research Park, Norwich NR4 7TJ, UK
[21]Alfred-Wegener-Institut, Helmholtz Zentrum für Polar- und Meeresforschung, Am Handelshafen 12,
27570 Bremerhaven, Germany

[22]Max Planck Institute for Meteorology, Bundesstr. 53, 20146 Hamburg, Germany
[23]Department of Atmospheric Sciences, University of Illinois, Urbana, IL 61821, USA
[24]Institute of Applied Energy (IAE), Minato-ku, Tokyo 105-0003, Japan
[25]Plymouth Marine Laboratory, Prospect Place, Plymouth PL1 3DH, UK
[26]PBL Netherlands Environmental Assessment Agency, The Hague/Bilthoven and Utrecht University, Utrecht, the Netherlands
[27]Earth Sciences Division, Lawrence Berkeley National Lab, 1 Cyclotron Road, Berkeley, CA 94720, USA
[28]Environmental Physics Group, Institute of Biogeochemistry and Pollutant Dynamics, ETH Zurich, Universitätstrasse 16, 8092 Zurich, Switzerland
[29]Uni Research Climate, Bjerknes Centre for Climate Research, Allegt. 55, 5007 Bergen, Norway
[30]Sorbonne Universités (UPMC, Univ Paris 06)-CNRS-IRD-MNHN, LOCEAN/IPSL Laboratory, 4 place Jussieu, 75005 Paris, France
[31]CSIRO Oceans and Atmosphere, P.O. Box 1538 Hobart, Tasmania, Australia
[32]Woods Hole Oceanographic Institution (WHOI), Woods Hole, MA 02543, USA
[33]Department of Ocean Sciences, RSMAS/MAC, University of Miami, 4600 Rickenbacker Causeway, Miami, FL 33149, USA
[34]Department of Atmospheric and Oceanic Sciences and Institute of Arctic and Alpine Research, University of Colorado Campus Box 450 Boulder, CO 80309-0450, USA
[35]Japan Agency for Marine-Earth Science and Technology (JAMSTEC), 2-15 Natsushimacho, Yokosuka, Kanagawa Prefecture 237-0061, Japan
[36]Center for Global Environmental Research, National Institute for Environmental Studies (NIES), 16-2 Onogawa, Tsukuba, Ibaraki 305-8506, Japan
[37]Joint Institute for the Study of the Atmosphere and Ocean, University of Washington, Seattle, WA 98115, USA
[38]Geophysical Institute, University of Bergen, Allégaten 70, 5007 Bergen, Norway
[39]Bjerknes Centre for Climate Research, Allégaten 70, 5007 Bergen, Norway
[40]National Research Institute for Fisheries Science, Fisheries Research Agency 2-12-4 Fukuura, Kanazawa-Ku, Yokohama 236-8648, Japan
[41]Instituto de Investigaciones Marinas (CSIC), C/Eduardo Cabello, 6. Vigo. Pontevedra, 36208, Spain
[42]Department of Ecology, Montana State University, Bozeman, MT 59717, USA
[43]Leibniz Institute for Baltic Sea Research Warnemünde, Seestr 15, 18119 Rostock, Germany
[44]Max Planck Institut für Biogeochemie, P.O. Box 600164, Hans-Knöll-Str. 10, 07745 Jena, Germany
[45]Marine Division, Global Environment and Marine Department, Japan Meteorological Agency, 1-3-4 Otemachi, Chiyoda-ku, Tokyo 100-8122, Japan
[46]Centre National de Recherche Météorologique–Groupe d'Etude de l'Atmosphère Météorologique (CNRM-GAME), Météo-France/CNRS, 42 Avenue Gaspard Coriolis, 31100 Toulouse, France
[47]GEOMAR Helmholtz Centre for Ocean Research Kiel, Düsternbrooker Weg 20, 24105 Kiel, Germany
[48]Climate and Environmental Physics, and Oeschger Centre for Climate Change Research, University of Bern, Bern, Switzerland
[49]Imperial College London, Life Science Department, Silwood Park, Ascot, Berkshire SL5 7PY, UK
[50]Lamont-Doherty Earth Observatory of Columbia University, Palisades, NY 10964, USA
[51]CSIRO Oceans and Atmosphere and Antarctic Climate and Ecosystems Co-operative Research Centre, Hobart, Australia
[52]Department of Meteorology and Air Quality, Wageningen University, P.O. Box 47, 6700AA Wageningen, the Netherlands
[53]ICOS-Carbon Portal, c/o Wageningen University, P.O. Box 47, 6700AA Wageningen, the Netherlands
[54]Faculty of Earth and Life Sciences, VU University Amsterdam, Amsterdam, the Netherlands
[55]Royal Netherlands Institute for Sea Research, Landsdiep 4, 1797 SZ 't Horntje (Texel), the Netherlands
[56]University of New Hampshire, Ocean Process Analysis Laboratory, 161 Morse Hall, 8 College Road, Durham, NH 03824, USA
[57]Met Office Hadley Centre, FitzRoy Road, Exeter EX1 3PB, UK
[58]Department of Atmospheric and Oceanic Science, University of Maryland, College Park, MD 20742, USA

Correspondence to: C. Le Quéré (c.lequere@uea.ac.uk)

Case No. 1:20-cv-02484-MSK   Document 81-1   filed 05/06/21   USDC Colorado   pg 12 of 391

Received: 2 November 2015 – Published in Earth Syst. Sci. Data Discuss.: 2 November 2015
Revised: 25 November 2015 – Accepted: 26 November 2015 – Published: 7 December 2015

**Abstract.** Accurate assessment of anthropogenic carbon dioxide ($CO_2$) emissions and their redistribution among the atmosphere, ocean, and terrestrial biosphere is important to better understand the global carbon cycle, support the development of climate policies, and project future climate change. Here we describe data sets and a methodology to quantify all major components of the global carbon budget, including their uncertainties, based on the combination of a range of data, algorithms, statistics, and model estimates and their interpretation by a broad scientific community. We discuss changes compared to previous estimates as well as consistency within and among components, alongside methodology and data limitations. $CO_2$ emissions from fossil fuels and industry ($E_{FF}$) are based on energy statistics and cement production data, while emissions from land-use change ($E_{LUC}$), mainly deforestation, are based on combined evidence from land-cover-change data, fire activity associated with deforestation, and models. The global atmospheric $CO_2$ concentration is measured directly and its rate of growth ($G_{ATM}$) is computed from the annual changes in concentration. The mean ocean $CO_2$ sink ($S_{OCEAN}$) is based on observations from the 1990s, while the annual anomalies and trends are estimated with ocean models. The variability in $S_{OCEAN}$ is evaluated with data products based on surveys of ocean $CO_2$ measurements. The global residual terrestrial $CO_2$ sink ($S_{LAND}$) is estimated by the difference of the other terms of the global carbon budget and compared to results of independent dynamic global vegetation models forced by observed climate, $CO_2$, and land-cover change (some including nitrogen–carbon interactions). We compare the mean land and ocean fluxes and their variability to estimates from three atmospheric inverse methods for three broad latitude bands. All uncertainties are reported as $\pm 1\sigma$, reflecting the current capacity to characterise the annual estimates of each component of the global carbon budget. For the last decade available (2005–2014), $E_{FF}$ was $9.0 \pm 0.5\,\mathrm{GtC\,yr^{-1}}$, $E_{LUC}$ was $0.9 \pm 0.5\,\mathrm{GtC\,yr^{-1}}$, $G_{ATM}$ was $4.4 \pm 0.1\,\mathrm{GtC\,yr^{-1}}$, $S_{OCEAN}$ was $2.6 \pm 0.5\,\mathrm{GtC\,yr^{-1}}$, and $S_{LAND}$ was $3.0 \pm 0.8\,\mathrm{GtC\,yr^{-1}}$. For the year 2014 alone, $E_{FF}$ grew to $9.8 \pm 0.5\,\mathrm{GtC\,yr^{-1}}$, 0.6 % above 2013, continuing the growth trend in these emissions, albeit at a slower rate compared to the average growth of $2.2\%\,\mathrm{yr^{-1}}$ that took place during 2005–2014. Also, for 2014, $E_{LUC}$ was $1.1 \pm 0.5\,\mathrm{GtC\,yr^{-1}}$, $G_{ATM}$ was $3.9 \pm 0.2\,\mathrm{GtC\,yr^{-1}}$, $S_{OCEAN}$ was $2.9 \pm 0.5\,\mathrm{GtC\,yr^{-1}}$, and $S_{LAND}$ was $4.1 \pm 0.9\,\mathrm{GtC\,yr^{-1}}$. $G_{ATM}$ was lower in 2014 compared to the past decade (2005–2014), reflecting a larger $S_{LAND}$ for that year. The global atmospheric $CO_2$ concentration reached $397.15 \pm 0.10$ ppm averaged over 2014. For 2015, preliminary data indicate that the growth in $E_{FF}$ will be near or slightly below zero, with a projection of $-0.6$ [range of $-1.6$ to $+0.5$] %, based on national emissions projections for China and the USA, and projections of gross domestic product corrected for recent changes in the carbon intensity of the global economy for the rest of the world. From this projection of $E_{FF}$ and assumed constant $E_{LUC}$ for 2015, cumulative emissions of $CO_2$ will reach about $555 \pm 55\,\mathrm{GtC}$ ($2035 \pm 205\,\mathrm{GtCO_2}$) for 1870–2015, about 75 % from $E_{FF}$ and 25 % from $E_{LUC}$. This living data update documents changes in the methods and data sets used in this new carbon budget compared with previous publications of this data set (Le Quéré et al., 2015, 2014, 2013). All observations presented here can be downloaded from the Carbon Dioxide Information Analysis Center (doi:10.3334/CDIAC/GCP_2015).

# 1   Introduction

The concentration of carbon dioxide ($CO_2$) in the atmosphere has increased from approximately 277 parts per million (ppm) in 1750 (Joos and Spahni, 2008), the beginning of the industrial era, to 397.15 ppm in 2014 (Dlugokencky and Tans, 2015). Daily averages went above 400 ppm for the first time at Mauna Loa station in May 2013 (Scripps, 2013). This station holds the longest running record of direct measurements of atmospheric $CO_2$ concentration (Tans and Keeling, 2014). The global monthly average concentration was above 400 ppm in March through May 2015 for the first time (Dlugokencky and Tans, 2015; Fig. 1), while at Mauna Loa the seasonally corrected monthly average concentration

reached 400 ppm in March 2015 and continued to rise. The atmospheric $CO_2$ increase above pre-industrial levels was, initially, primarily caused by the release of carbon to the atmosphere from deforestation and other land-use-change activities (Ciais et al., 2013). While emissions from fossil fuels started before the industrial era, they only became the dominant source of anthropogenic emissions to the atmosphere from around 1920, and their relative share has continued to increase until present. Anthropogenic emissions occur on top of an active natural carbon cycle that circulates carbon between the atmosphere, ocean, and terrestrial biosphere reservoirs on timescales from days to millennia, while exchanges with geologic reservoirs occur at longer timescales (Archer et al., 2009).



Figure 1. Surface average atmospheric $CO_2$ concentration, de-seasonalised (ppm). The 1980–2015 monthly data are from NOAA/ESRL (Dlugokencky and Tans, 2015) and are based on an average of direct atmospheric $CO_2$ measurements from multiple stations in the marine boundary layer (Masarie and Tans, 1995). The 1958–1979 monthly data are from the Scripps Institution of Oceanography, based on an average of direct atmospheric $CO_2$ measurements from the Mauna Loa and South Pole stations (Keeling et al., 1976). To take into account the difference of mean $CO_2$ between the NOAA/ESRL and the Scripps station networks used here, the Scripps surface average (from two stations) was harmonised to match the NOAA/ESRL surface average (from multiple stations) by adding the mean difference of 0.542 ppm, calculated here from overlapping data during 1980–2012. The mean seasonal cycle is also shown from 1980.



Figure 2. Schematic representation of the overall perturbation of the global carbon cycle caused by anthropogenic activities, averaged globally for the decade 2005–2014. The arrows represent emission from fossil fuels and industry ($E_{FF}$), emissions from deforestation and other land-use change ($E_{LUC}$), the growth of carbon in the atmosphere ($G_{ATM}$) and the uptake of carbon by the "sinks" in the ocean ($S_{OCEAN}$) and land ($S_{LAND}$) reservoirs. All fluxes are in units of GtC yr$^{-1}$, with uncertainties reported as $\pm 1\sigma$ (68 % confidence that the real value lies within the given interval) as described in the text. This figure is an update of one prepared by the International Geosphere-Biosphere Programme for the Global Carbon Project (GCP), first presented in Le Quéré (2009).

The global carbon budget presented here refers to the mean, variations, and trends in the perturbation of $CO_2$ in the atmosphere, referenced to the beginning of the industrial era. It quantifies the input of $CO_2$ to the atmosphere by emissions from human activities, the growth of $CO_2$ in the atmosphere, and the resulting changes in the storage of carbon in the land and ocean reservoirs in response to increasing atmospheric $CO_2$ levels, climate, and variability, and other anthropogenic and natural changes (Fig. 2). An understanding of this perturbation budget over time and the underlying variability and trends of the natural carbon cycle is necessary to understand the response of natural sinks to changes in climate, $CO_2$ and land-use-change drivers, and the permissible emissions for a given climate stabilisation target.

The components of the $CO_2$ budget that are reported annually in this paper include separate estimates for (1) the $CO_2$ emissions from fossil fuel combustion and oxidation and cement production ($E_{FF}$; GtC yr$^{-1}$), (2) the $CO_2$ emissions resulting from deliberate human activities on land leading to land-use change ($E_{LUC}$; GtC yr$^{-1}$), (3) the growth rate of $CO_2$ in the atmosphere ($G_{ATM}$; GtC yr$^{-1}$), and the uptake of $CO_2$ by the "$CO_2$ sinks" in (4) the ocean ($S_{OCEAN}$; GtC yr$^{-1}$) and (5) on land ($S_{LAND}$; GtC yr$^{-1}$). The $CO_2$ sinks as defined here include the response of the land and ocean to elevated $CO_2$ and changes in climate and other environmental conditions. The global emissions and their partitioning among the atmosphere, ocean, and land are in balance:

$$E_{FF} + E_{LUC} = G_{ATM} + S_{OCEAN} + S_{LAND}. \qquad (1)$$

$G_{ATM}$ is usually reported in ppm yr$^{-1}$, which we convert to units of carbon mass, GtC yr$^{-1}$, using 1 ppm $= 2.12$ GtC (Ballantyne et al., 2012; Prather et al., 2012; Table 1). We also include a quantification of $E_{FF}$ by country, computed with both territorial- and consumption-based accounting (see Sect. 2.1.1).

Equation (1) partly omits two kinds of processes. The first is the net input of $CO_2$ to the atmosphere from the chemical oxidation of reactive carbon-containing gases from sources other than fossil fuels (e.g. fugitive anthropogenic $CH_4$ emissions, industrial processes, and changes in biogenic emissions from changes in vegetation, fires, wetlands), primarily methane ($CH_4$), carbon monoxide (CO), and volatile organic compounds such as isoprene and terpene. CO emissions are currently implicit in $E_{FF}$ while anthropogenic $CH_4$ emissions are not and thus their inclusion would result in a small increase in $E_{FF}$. The second is the anthropogenic per-

C. Le Quéré et al.: Global Carbon Budget 2015    353

Table 1. Factors used to convert carbon in various units (by convention, unit 1 = unit 2 · conversion).

| Unit 1 | Unit 2 | Conversion | Source |
|--------|--------|------------|--------|
| GtC (gigatonnes of carbon) | ppm (parts per million)[a] | 2.12[b] | Ballantyne et al. (2012) |
| GtC (gigatonnes of carbon) | PgC (petagrams of carbon) | 1 | SI unit conversion |
| GtCO$_2$ (gigatonnes of carbon dioxide) | GtC (gigatonnes of carbon) | 3.664 | 44.01/12.011 in mass equivalent |
| GtC (gigatonnes of carbon) | MtC (megatonnes of carbon) | 1000 | SI unit conversion |

[a] Measurements of atmospheric $CO_2$ concentration have units of dry-air mole fraction. "ppm" is an abbreviation for micromole per mole of dry air. [b] The use of a factor of 2.12 assumes that all the atmosphere is well mixed within one year. In reality, only the troposphere is well mixed and the growth rate of $CO_2$ in the less well-mixed stratosphere is not measured by sites from the NOAA network. Using a factor of 2.12 makes the approximation that the growth rate of $CO_2$ in the stratosphere equals that of the troposphere on a yearly basis and reflects the uncertainty in this value.

turbation to carbon cycling in terrestrial freshwaters, estuaries, and coastal areas, which modifies lateral fluxes from land ecosystems to the open ocean; the evasion $CO_2$ flux from rivers, lakes, and estuaries to the atmosphere; and the net air–sea anthropogenic $CO_2$ flux of coastal areas (Regnier et al., 2013). The inclusion of freshwater fluxes of anthropogenic $CO_2$ would affect the estimates of, and partitioning between, $S_{LAND}$ and $S_{OCEAN}$ in Eq. (1) in complementary ways, but would not affect the other terms. These flows are omitted in absence of annual information on the natural versus anthropogenic perturbation terms of these loops of the carbon cycle, and they are discussed in Sect. 2.7.

The $CO_2$ budget has been assessed by the Intergovernmental Panel on Climate Change (IPCC) in all assessment reports (Ciais et al., 2013; Denman et al., 2007; Prentice et al., 2001; Schimel et al., 1995; Watson et al., 1990), as well as by others (e.g. Ballantyne et al., 2012). These assessments included budget estimates for the decades of the 1980s, 1990s (Denman et al., 2007) and, most recently, the period 2002–2011 (Ciais et al., 2013). The IPCC methodology has been adapted and used by the Global Carbon Project (GCP, www.globalcarbonproject.org), which has coordinated a cooperative community effort for the annual publication of global carbon budgets up to the year 2005 (Raupach et al., 2007; including fossil emissions only), 2006 (Canadell et al., 2007), 2007 (published online; GCP, 2007), 2008 (Le Quéré et al., 2009), 2009 (Friedlingstein et al., 2010), 2010 (Peters et al., 2012b), 2012 (Le Quéré et al., 2013; Peters et al., 2013), 2013 (Le Quéré et al., 2014), and most recently 2014 (Friedlingstein et al., 2014; Le Quéré et al., 2015). The carbon budget year refers to the initial year of publication. Each of these papers updated previous estimates with the latest available information for the entire time series. From 2008, these publications projected fossil fuel emissions for one additional year using the projected world gross domestic product (GDP) and estimated trends in the carbon intensity of the global economy.

We adopt a range of ±1 standard deviation ($\sigma$) to report the uncertainties in our estimates, representing a likelihood of 68 % that the true value will be within the provided range if the errors have a Gaussian distribution. This choice reflects the difficulty of characterising the uncertainty in the $CO_2$ fluxes between the atmosphere and the ocean and land reservoirs individually, particularly on an annual basis, as well as the difficulty of updating the $CO_2$ emissions from land-use change. A likelihood of 68 % provides an indication of our current capability to quantify each term and its uncertainty given the available information. For comparison, the Fifth Assessment Report of the IPCC (AR5) generally reported a likelihood of 90 % for large data sets whose uncertainty is well characterised, or for long time intervals less affected by year-to-year variability. Our 68 % uncertainty value is near the 66 % which the IPCC characterises as "likely" for values falling into the ±1$\sigma$ interval. The uncertainties reported here combine statistical analysis of the underlying data and expert judgement of the likelihood of results lying outside this range. The limitations of current information are discussed in the paper and have been examined in detail elsewhere (Ballantyne et al., 2015).

All quantities are presented in units of gigatonnes of carbon (GtC, $10^{15}$ gC), which is the same as petagrams of carbon (PgC; Table 1). Units of gigatonnes of $CO_2$ (or billion tonnes of $CO_2$) used in policy are equal to 3.664 multiplied by the value in units of GtC.

This paper provides a detailed description of the data sets and methodology used to compute the global carbon budget estimates for the period pre-industrial (1750) to 2014 and in more detail for the period 1959 to 2014. We also provide decadal averages starting in 1960 and including the last decade (2005–2014), results for the year 2014, and a projection of $E_{FF}$ for year 2015. Finally we provide cumulative emissions from fossil fuels and land-use change since year 1750, the pre-industrial period, and since year 1870, the reference year for the cumulative carbon estimate used by the IPCC (AR5) based on the availability of global temperature data (Stocker et al., 2013). This paper is intended to be updated every year using the format of "living data" to keep a record of budget versions and the changes in new data, revision of data, and changes in methodology that lead to changes in estimates of the carbon budget. Additional materials associated with the release of each new version will be posted on the GCP website (http://www.globalcarbonproject.org/carbonbudget). Data associated with this release are also available through the Global

www.earth-syst-sci-data.net/7/349/2015/

Earth Syst. Sci. Data, 7, 349–396, 2015

Carbon Atlas (http://www.globalcarbonatlas.org). With this approach, we aim to provide the highest transparency and traceability in the reporting of $CO_2$, the key driver of climate change.

## 2    Methods

Multiple organisations and research groups around the world generated the original measurements and data used to complete the global carbon budget. The effort presented here is thus mainly one of synthesis, where results from individual groups are collated, analysed, and evaluated for consistency. We facilitate access to original data with the understanding that primary data sets will be referenced in future work (see Table 2 for how to cite the data sets). Descriptions of the measurements, models, and methodologies follow below and in-depth descriptions of each component are described elsewhere (e.g. Andres et al., 2012; Houghton et al., 2012).

This is the tenth version of the "global carbon budget" (see Introduction for details) and the fourth revised version of the "global carbon budget living data update". It is an update of Le Quéré et al. (2015), including data to year 2014 (inclusive) and a projection for fossil fuel emissions for year 2015. The main changes from Le Quéré et al. (2015) are (1) the use of national emissions for $E_{FF}$ from the United Nations Framework Convention on Climate Change (UNFCCC) where available; (2) the projection of $E_{FF}$ for 2015 is based on national emissions projections for China and USA, as well as GDP corrected for recent changes in the carbon intensity of the global economy for the rest of the world; and (3) that we apply minimum criteria of realism to select ocean data products and process models. The main methodological differences between annual carbon budgets are summarised in Table 3.

### 2.1    $CO_2$ emissions from fossil fuels and industry ($E_{FF}$)

#### 2.1.1    Emissions from fossil fuels and industry and their uncertainty

The calculation of global and national $CO_2$ emissions from fossil fuels, including gas flaring and cement production ($E_{FF}$), relies primarily on energy consumption data, specifically data on hydrocarbon fuels, collated and archived by several organisations (Andres et al., 2012). These include the Carbon Dioxide Information Analysis Center (CDIAC), the International Energy Agency (IEA), the United Nations (UN), the United States Department of Energy (DoE) Energy Information Administration (EIA), and more recently also the Planbureau voor de Leefomgeving (PBL) Netherlands Environmental Assessment Agency. Where available, we use national emissions estimated by the countries themselves and reported to the UNFCCC for the period 1990–2012 (42 countries). We assume that national emissions reported to the UNFCCC are the most accurate because na-

tional experts have access to additional and country-specific information, and because these emission estimates are periodically audited for each country through an established international methodology overseen by the UNFCCC. We also use global and national emissions estimated by CDIAC (Boden et al., 2013). The CDIAC emission estimates are the only data set that extends back in time to 1751 with consistent and well-documented emissions from fossil fuels, cement production, and gas flaring for all countries and their uncertainty (Andres et al., 2014, 2012, 1999); this makes the data set a unique resource for research of the carbon cycle during the fossil fuel era.

The global emissions presented here are from CDIAC's analysis, which provides an internally consistent global estimate including bunker fuels, minimising the effects of lower-quality energy trade data. Thus the comparison of global emissions with previous annual carbon budgets is not influenced by the use of data from UNFCCC national reports.

During the period 1959–2011, the emissions from fossil fuels estimated by CDIAC are based primarily on energy data provided by the UN Statistics Division (UN, 2014a, b; Table 4). When necessary, fuel masses/volumes are converted to fuel energy content using coefficients provided by the UN and then to $CO_2$ emissions using conversion factors that take into account the relationship between carbon content and energy (heat) content of the different fuel types (coal, oil, gas, gas flaring) and the combustion efficiency (to account, for example, for soot left in the combustor or fuel otherwise lost or discharged without oxidation). Most data on energy consumption and fuel quality (carbon content and heat content) are available at the country level (UN, 2014a). In general, $CO_2$ emissions for equivalent primary energy consumption are about 30 % higher for coal compared to oil, and 70 % higher for coal compared to natural gas (Marland et al., 2007). All estimated fossil fuel emissions are based on the mass flows of carbon and assume that the fossil carbon emitted as CO or $CH_4$ will soon be oxidised to $CO_2$ in the atmosphere and can be accounted for with $CO_2$ emissions (see Sect. 2.7).

Our emissions totals for the UNFCCC-reporting countries were recorded as in the UNFCCC submissions, which have a slightly larger system boundary than CDIAC. Additional emissions come from carbonates other than in cement manufacture, and thus UNFCCC totals will be slightly higher than CDIAC totals in general, although there are multiple sources for differences. We use the CDIAC method to report emissions by fuel type (e.g. all coal oxidation is reported under "coal", regardless of whether oxidation results from combustion as an energy source), which differs slightly from UNFCCC.

For the most recent 2–3 years when the UNFCCC estimates and UN statistics used by CDIAC are not yet available (or there was insufficient time to process and verify them), we generated preliminary estimates based on the BP annual energy review by applying the growth rates of en-

Table 2. How to cite the individual components of the global carbon budget presented here.

| Component | Primary reference |
|---|---|
| Global emissions from fossil fuels and industry ($E_{FF}$), total and by fuel type | Boden et al. (2015; CDIAC: http://cdiac.ornl.gov/trends/emis/meth_reg.html) |
| National territorial emissions from fossil fuels and industry ($E_{FF}$) | CDIAC source: Boden et al. (2015; CDIAC: http://cdiac.ornl.gov/trends/emis/meth_reg.html) |
| | UNFCCC source (2015; http://unfccc.int/national_reports/annex_i_ghg_inventories/national_inventories_submissions/items/8108.php; accessed May 2015) |
| National consumption-based emissions from fossil fuels and industry ($E_{FF}$) by country (consumption) | Peters et al. (2011b) updated as described in this paper |
| Land-use-change emissions ($E_{LUC}$) | Houghton et al. (2012) combined with Giglio et al. (2013) |
| Atmospheric $CO_2$ growth rate ($G_{ATM}$) | Dlugokencky and Tans (2015; NOAA/ESRL: http://www.esrl.noaa.gov/gmd/ccgg/trends/global.html; accessed 12 October 2015) |
| Ocean and land $CO_2$ sinks ($S_{OCEAN}$ and $S_{LAND}$) | This paper for $S_{OCEAN}$ and $S_{LAND}$ and references in Table 6 for individual models. |

ergy consumption (coal, oil, gas) for 2013–2014 to the UN-FCCC national emissions in 2012, and for 2012–2014 for the CDIAC national and global emissions in 2011 (BP, 2015). BP's sources for energy statistics overlap with those of the UN data, but are compiled more rapidly from about 70 countries covering about 96 % of global emissions. We use the BP values only for the year-to-year rate of change, because the rates of change are less uncertain than the absolute values and we wish to avoid discontinuities in the time series when linking the UN-based data with the BP data. These preliminary estimates are replaced by the more complete UNFCCC or CDIAC data based on UN statistics when they become available. Past experience and work by others (Andres et al., 2014; Myhre et al., 2009) show that projections based on the BP rate of change are within the uncertainty provided (see Sect. 3.2 and the Supplement from Peters et al., 2013).

Estimates of emissions from cement production by CDIAC are based on data on growth rates of cement production from the US Geological Survey up to year 2013 (van Oss, 2013), and up to 2014 for the top 18 countries (representing 85 % of global production; USGS, 2015). For countries without data in 2014 we use the 2013 values (zero growth). Some fraction of the CaO and MgO in cement is returned to the carbonate form during cement weathering, but this is generally regarded to be small and is ignored here.

Estimates of emissions from gas flaring by CDIAC are calculated in a similar manner to those from solid, liquid, and gaseous fuels, and rely on the UN Energy Statistics to supply the amount of flared or vented fuel. For emission years 2012–2014, flaring is assumed constant from 2011 (emission year) UN-based data. The basic data on gas flaring report atmospheric losses during petroleum production and processing that have large uncertainty and do not distinguish between gas that is flared as $CO_2$ or vented as $CH_4$. Fugitive emissions of $CH_4$ from the so-called upstream sector (e.g. coal mining and natural gas distribution) are not included in the accounts of $CO_2$ emissions except to the extent that they are captured in the UN energy data and counted as gas "flared or lost".

The published CDIAC data set includes 250 countries and regions. This expanded list includes countries that no longer exist, such as the USSR and East Pakistan. For the carbon budget, we reduce the list to 216 countries by reallocating emissions to the currently defined territories. This involved both aggregation and disaggregation, and does not change global emissions. Examples of aggregation include merging East and West Germany to the currently defined Germany. Examples of disaggregation include reallocating the emissions from former USSR to the resulting independent countries. For disaggregation, we use the emission shares when the current territory first appeared. The disaggregated estimates should be treated with care when examining countries' emissions trends prior to their disaggregation. For the most recent years, 2012–2014, the BP statistics are more aggregated, but we retain the detail of CDIAC by applying the growth rates of each aggregated region in the BP data set to its constituent individual countries in CDIAC.

Estimates of $CO_2$ emissions show that the global total of emissions is not equal to the sum of emissions from all countries. This is largely attributable to emissions that occur in international territory, in particular the combustion of fuels used in international shipping and aviation (bunker fuels), where the emissions are included in the global totals but are not attributed to individual countries. In practice, the emissions from international bunker fuels are calculated based on where the fuels were loaded, but they are not included with national emissions estimates. Other differences occur because globally the sum of imports in all countries is not equal to the sum of exports and because of differing treatment of oxidation of non-fuel uses of hydrocarbons (e.g. as

C. Le Quéré et al.: Global Carbon Budget 2015

www.earth-syst-sci-data.net/7/349/2015/

**Table 3.** Main methodological changes in the global carbon budget since first publication. Unless specified below, the methodology was identical to that described in the current paper. Furthermore, methodological changes introduced in one year are kept for the following years unless noted. Empty cells mean there were no methodological changes introduced that year.

| Publication year[a] | Fossil fuel emissions | | | LUC emissions | Reservoirs | | | Uncertainty & other changes |
|---|---|---|---|---|---|---|---|---|
| | Global | Country (territorial) | Country (consumption) | | Atmosphere | Ocean | Land | |
| 2006 Raupach et al. (2007) | | Split in regions | | | | | | |
| 2007 Canadell et al. (2007) | | | | $E_{LUC}$ based on FAO-FRA 2005; constant $E_{LUC}$ for 2006 | 1959–1979 data from Mauna Loa; data after 1980 from global average | Based on one ocean model tuned to reproduced observed 1990s sink | | ±1$\sigma$ provided for all components |
| 2008 (online) | | | | Constant $E_{LUC}$ for 2007 | | | | |
| 2009 Le Quéré et al. (2009) | | Split between Annex B and non-Annex B | Results from an independent study discussed | Fire-based emission anomalies used for 2006–2008 | | Based on four ocean models normalised to observations with constant delta | First use of five DGVMs to compare with budget residual | |
| 2010 Friedlingstein et al. (2010) | Projection for current year based on GDP | Emissions for top emitters | | $E_{LUC}$ updated with FAO-FRA 2010 | | | | |
| 2011 Peters et al. (2012b) | | | Split between Annex B and non-Annex B | | | | | |
| 2012 Le Quéré et al. (2013) Peters et al. (2013) | | 129 countries from 1959 | 129 countries and regions from 1990–2010 based on GTAP8.0 | $E_{LUC}$ for 1997–2011 includes interannual anomalies from fire-based emissions | All years from global average | Based on five ocean models normalised to observations with ratio | Ten DGVMs available for $S_{LAND}$; first use of four models to compare with $E_{LUC}$ | |
| 2013 Le Quéré et al. (2014) | | 250 countries[b] | 134 countries and regions 1990–2011 based on GTAP8.1, with detailed estimates for years 1997, 2001, 2004, and 2007 | $E_{LUC}$ for 2012 estimated from 2001–2010 average | | Based on six models compared with two data products to year 2011 | Coordinated DGVM experiments for $S_{LAND}$ and $E_{LUC}$ | Confidence levels; cumulative emissions; budget from 1750 |
| 2014 Le Quéré et al. (2015) | Three years of BP data | Three years of BP data | Extended to 2012 with updated GDP data | $E_{LUC}$ for 1997–2013 includes interannual anomalies from fire-based emissions | | Based on seven models compared with three data products to year 2013 | Based on 10 models | Inclusion of breakdown of the sinks in three latitude bands and comparison with three atmospheric inversions |
| 2015 (this study) | | National emissions from UNFCCC extended to 2014 also provided (along with CDIAC) | Detailed estimates introduced for 2011 based on GTAP9 | | | Based on eight models compared with two data products to year 2014 | Based on 10 models with assessment of minimum realism | The decadal uncertainty for the DGVM ensemble mean now uses ±1$\sigma$ of the decadal spread across models |

[a] The naming convention of the budgets has changed. Up to and including 2010, the budget year (Carbon Budget 2010) represented the latest year of the data. From 2012, the budget year (Carbon Budget 2012) refers to the initial publication year. [b] The CDIAC database has about 250 countries, but we show data for about 216 countries since we aggregate and disaggregate some countries to be consistent with current country definitions (see Sect. 2.1.1 for more details).

Earth Syst. Sci. Data, 7, 349–396, 2015

Case No. 1:20-cv-02484-MSK   Document 81-1   filed 05/06/21   USDC Colorado   pg 18 of 391

solvents, lubricants, feedstocks), and changes in stock (Andres et al., 2012).

The uncertainty of the annual emissions from fossil fuels and industry for the globe has been estimated at $\pm 5\%$ (scaled down from the published $\pm 10\%$ at $\pm 2\sigma$ to the use of $\pm 1\sigma$ bounds reported here; Andres et al., 2012). This is consistent with a more detailed recent analysis of uncertainty of $\pm 8.4\%$ at $\pm 2\sigma$ (Andres et al., 2014) and at the high end of the range of $\pm 5$–$10\%$ at $\pm 2\sigma$ reported by Ballantyne et al. (2015). This includes an assessment of uncertainties in the amounts of fuel consumed, the carbon and heat contents of fuels, and the combustion efficiency. While in the budget we consider a fixed uncertainty of $\pm 5\%$ for all years, in reality the uncertainty, as a percentage of the emissions, is growing with time because of the larger share of global emissions from non-Annex B countries (emerging economies and developing countries) with less precise statistical systems (Marland et al., 2009). For example, the uncertainty in Chinese emissions has been estimated at around $\pm 10\%$ (for $\pm 1\sigma$; Gregg et al., 2008), and important potential biases have been identified that suggest China's emissions could be overestimated in published studies (Liu et al., 2015). Generally, emissions from mature economies with good statistical bases have an uncertainty of only a few percent (Marland, 2008). Further research is needed before we can quantify the time evolution of the uncertainty and its temporal error correlation structure. We note that, even if they are presented as $1\sigma$ estimates, uncertainties in emissions are likely to be mainly country-specific systematic errors related to underlying biases of energy statistics and to the accounting method used by each country. We assign a medium confidence to the results presented here because they are based on indirect estimates of emissions using energy data (Durant et al., 2010). There is only limited and indirect evidence for emissions, although there is a high agreement among the available estimates within the given uncertainty (Andres et al., 2014, 2012), and emission estimates are consistent with a range of other observations (Ciais et al., 2013), even though their regional and national partitioning is more uncertain (Francey et al., 2013).

### 2.1.2   Emissions embodied in goods and services

National emission inventories take a territorial (production) perspective and "include greenhouse gas emissions and removals taking place within national territory and offshore areas over which the country has jurisdiction" (Rypdal et al., 2006). That is, emissions are allocated to the country where and when the emissions actually occur. The territorial emission inventory of an individual country does not include the emissions from the production of goods and services produced in other countries (e.g. food and clothes) that are used for consumption. Consumption-based emission inventories for an individual country constitute another attribution point of view that allocates global emissions to prod-

ucts that are consumed within a country, and are conceptually calculated as the territorial emissions minus the "embedded" territorial emissions to produce exported products plus the emissions in other countries to produce imported products (consumption = territorial − exports + imports). The difference between the territorial- and consumption-based emission inventories is the net transfer (exports minus imports) of emissions from the production of internationally traded products. Consumption-based emission attribution results (e.g. Davis and Caldeira, 2010) provide additional information to territorial-based emissions that can be used to understand emission drivers (Hertwich and Peters, 2009), quantify emission (virtual) transfers by the trade of products between countries (Peters et al., 2011b), and potentially design more effective and efficient climate policy (Peters and Hertwich, 2008).

We estimate consumption-based emissions by enumerating the global supply chain using a global model of the economic relationships between economic sectors within and between every country (Andrew and Peters, 2013; Peters et al., 2011a). Due to availability of the input data, detailed estimates are made for the years 1997, 2001, 2004, 2007, and 2011 (using the methodology of Peters et al., 2011b) using economic and trade data from the Global Trade and Analysis Project version 9 (GTAP; Narayanan et al., 2015). The results cover 57 sectors and 140 countries and regions. The results are extended into an annual time series from 1990 to the latest year of the fossil fuel emissions or GDP data (2013 in this budget), using GDP data by expenditure in current exchange rate of US dollars (USD; from the UN National Accounts Main Aggregates Database; UN, 2014c) and time series of trade data from GTAP (based on the methodology in Peters et al., 2011b).

We estimate the sector-level $CO_2$ emissions using our own calculations based on the GTAP data and methodology, include flaring and cement emissions from CDIAC, and then scale the national totals (excluding bunker fuels) to match the CDIAC estimates from the most recent carbon budget. We do not include international transportation in our estimates of national totals, but we do include them in the global total. The time series of trade data provided by GTAP covers the period 1995–2011 and our methodology uses the trade shares as this data set. For the period 1990–1994 we assume the trade shares of 1995, while for 2012 and 2013 we assume the trade shares of 2011.

Comprehensive analysis of the uncertainty of consumption emissions accounts is still lacking in the literature, although several analyses of components of this uncertainty have been made (e.g. Dietzenbacher et al., 2012; Inomata and Owen, 2014; Karstensen et al., 2015; Moran and Wood, 2014). For this reason we do not provide an uncertainty estimate for these emissions, but based on model comparisons and sensitivity analysis, they are unlikely to be larger than for the territorial emission estimates (Peters et al., 2012a). Uncertainty is expected to increase for more detailed results, and

to decrease with aggregation (Peters et al., 2011b; e.g. the results for Annex B countries will be more accurate than the sector results for an individual country).

The consumption-based emissions attribution method considers the $CO_2$ emitted to the atmosphere in the production of products, but not the trade in fossil fuels (coal, oil, gas). It is also possible to account for the carbon trade in fossil fuels (Davis et al., 2011), but we do not present those data here. Peters et al. (2012a) additionally considered trade in biomass.

The consumption data do not modify the global average terms in Eq. (1) but are relevant to the anthropogenic carbon cycle as they reflect the trade-driven movement of emissions across the Earth's surface in response to human activities. Furthermore, if national and international climate policies continue to develop in an unharmonised way, then the trends reflected in these data will need to be accommodated by those developing policies.

### 2.1.3   Growth rate in emissions

We report the annual growth rate in emissions for adjacent years (in percent per year) by calculating the difference between the two years and then comparing to the emissions in the first year: $\left[ \frac{E_{FF(t_{0}+1)} - E_{FF(t_0)}}{E_{FF(t_0)}} \right] \times 100 \, \% \, yr^{-1}$. This is the simplest method to characterise a 1-year growth compared to the previous year and is widely used. We apply a leap-year adjustment to ensure valid interpretations of annual growth rates. This would affect the growth rate by about $0.3 \, \% \, yr^{-1}$ (1/365) and causes growth rates to go up approximately $0.3 \, \%$ if the first year is a leap year and down $0.3 \, \%$ if the second year is a leap year.

The relative growth rate of $E_{FF}$ over time periods of greater than 1 year can be re-written using its logarithm equivalent as follows:

$$\frac{1}{E_{FF}} \frac{dE_{FF}}{dt} = \frac{d(\ln E_{FF})}{dt}. \qquad (2)$$

Here we calculate relative growth rates in emissions for multi-year periods (e.g. a decade) by fitting a linear trend to $\ln(E_{FF})$ in Eq. (2), reported in percent per year. We fit the logarithm of $E_{FF}$ rather than $E_{FF}$ directly because this method ensures that computed growth rates satisfy Eq. (6). This method differs from previous papers (Canadell et al., 2007; Le Quéré et al., 2009; Raupach et al., 2007) that computed the fit to $E_{FF}$ and divided by average $E_{FF}$ directly, but the difference is very small ($< 0.05 \, \%$) in the case of $E_{FF}$.

### 2.1.4   Emissions projections

Energy statistics from BP are normally available around June for the previous year. To gain insight into emission trends for the current year (2015), we provide an assessment of global emissions for $E_{FF}$ by combining individual assessments of

emissions for China and the USA (the two biggest emitting countries), as well as the rest of the world.

We specifically estimate emissions in China because the evidence suggests a departure from the long-term trends in the carbon intensity of the economy used in emissions projections in previous global carbon budgets (e.g. Le Quéré et al., 2015), resulting from significant drops in industrial production against continued growth in economic output. This departure could be temporary (Jackson et al., 2015). Our 2015 estimate for China uses (1) apparent consumption of coal for January to August estimated using production data from the National Bureau of Statistics (2015b), imports and exports of coal from China Customs Statistics (General Administration of Customs of the People's Republic of China, 2015a, b), and from partial data on stock changes from industry sources (China Coal Industry Association, 2015; China Coal Resource, 2015); (2) apparent consumption of oil and gas for January to June from the National Energy Administration (2015); and (3) production of cement reported for January to August (National Bureau of Statistics of China, 2015b). Using these data, we estimate the change in emissions for the corresponding months in 2015 compared to 2014 assuming constant emission factors. We then assume that the relative changes during the first 6–8 months will persist throughout the year. The main sources of uncertainty are from the incomplete data on stock changes, the carbon content of coal, and the assumption of persistent behaviour for the rest of 2015. These are discussed further in Sect. 3.2.1. We tested our new method using data available in October 2014 to make a 2014 projection of coal consumption and cement production, both of which changed substantially in 2014. For the apparent consumption of coal we would have projected a change of $-3.2 \, \%$ in coal use for 2014, compared to $-2.9 \, \%$ reported by the National Bureau of Statistics of China in February 2015, while for the production of cement we would have projected a change of $+3.5 \, \%$, compared to a realised change of $+2.3 \, \%$. In both cases, the projection is consistent with the sign of the realised change. This new method should be more reliable as it is based on actual data, even if they are preliminary. Note that the growth rates we project for China are unaffected by recent upwards revisions of Chinese energy consumption statistics (National Bureau of Statistics of China, 2015a), as all data used here dates from after the revised period. The revisions do, however, affect the absolute value of the time series up to 2013, and hence the absolute value for 2015 extrapolated from that time series using projected growth rates. Further, because the revisions will increase China's share of total global emissions, the projected growth rate of global emissions will also be affected slightly. This effect is discussed in the Results section.

For the USA, we use the forecast of the US Energy Information Administration (EIA) "Short-term energy outlook" (October 2015) for emissions from fossil fuels. This is based on an energy forecasting model which is revised monthly, and takes into account heating-degree days, household ex-

penditures by fuel type, energy markets, policies, and other effects. We combine this with our estimate of emissions from cement production using the monthly US cement data from USGS for January–July, assuming changes in cement production over the first 7 months apply throughout the year. We estimate an uncertainty range using the revisions of historical October forecasts made by the EIA 1 year later. These revisions were less than 2 % during 2009–2014 (when a forecast was done), except for 2011, when it was −4.0 %. We thus use a conservative uncertainty range of −4.0 to +1.8 % around the central forecast.

For the rest of the world, we use the close relationship between the growth in GDP and the growth in emissions (Raupach et al., 2007) to project emissions for the current year. This is based on the so-called Kaya identity (also called IPAT identity, the acronym standing for human impact ($I$) on the environment, which is equal to the product of population ($P$), affluence ($A$), and technology ($T$)), whereby $E_{FF}$ (GtC yr$^{-1}$) is decomposed by the product of GDP (USD yr$^{-1}$) and the fossil fuel carbon intensity of the economy ($I_{FF}$; GtC USD$^{-1}$) as follows:

$$E_{FF} = GDP \times I_{FF}. \quad (3)$$

Such product-rule decomposition identities imply that the relative growth rates of the multiplied quantities are additive. Taking a time derivative of Eq. (3) gives

$$\frac{dE_{FF}}{dt} = \frac{d(GDP \times I_{FF})}{dt} \quad (4)$$

and applying the rules of calculus

$$\frac{dE_{FF}}{dt} = \frac{dGDP}{dt} \times I_{FF} + GDP \times \frac{dI_{FF}}{dt}. \quad (5)$$

Finally, dividing Eq. (5) by (3) gives

$$\frac{1}{E_{FF}}\frac{dE_{FF}}{dt} = \frac{1}{GDP}\frac{dGDP}{dt} + \frac{1}{I_{FF}}\frac{dI_{FF}}{dt}, \quad (6)$$

where the left-hand term is the relative growth rate of $E_{FF}$ and the right-hand terms are the relative growth rates of GDP and $I_{FF}$, respectively, which can simply be added linearly to give overall growth rate. The growth rates are reported in percent by multiplying each term by 100 %. As preliminary estimates of annual change in GDP are made well before the end of a calendar year, making assumptions on the growth rate of $I_{FF}$ allows us to make projections of the annual change in $CO_2$ emissions well before the end of a calendar year. The $I_{FF}$ is based on GDP in constant PPP (purchasing power parity) from the IEA up to 2012 (IEA/OECD, 2014) and extended using the IMF growth rates for 2013 and 2014 (IMF, 2015). Experience of the past year has highlighted that the interannual variability in $I_{FF}$ is the largest source of uncertainty in the GDP-based emissions projections. We thus use the standard deviation of the annual $I_{FF}$ for the period 2005–2014 as a measure of uncertainty, reflecting ±1$\sigma$ as in the

rest of the carbon budget. This is ±1.4 % yr$^{-1}$ for the rest of the world (global emissions minus China and USA).

The 2015 projection for the world is made of the sum of the projections for China, the USA, and the rest of the world. The uncertainty is added quadratically among the three regions. The uncertainty here reflects the best of our expert opinion.

## 2.2 $CO_2$ emissions from land use, land-use change, and forestry ($E_{LUC}$)

Land-use-change emissions reported here ($E_{LUC}$) include $CO_2$ fluxes from deforestation, afforestation, logging (forest degradation and harvest activity), shifting cultivation (cycle of cutting forest for agriculture and then abandoning), and regrowth of forests following wood harvest or abandonment of agriculture. Only some land management activities (Table 5) are included in our land-use-change emissions estimates (e.g. emissions or sinks related to management and management changes of established pasture and croplands are not included). Some of these activities lead to emissions of $CO_2$ to the atmosphere, while others lead to $CO_2$ sinks. $E_{LUC}$ is the net sum of all anthropogenic activities considered. Our estimate for 1959–2010 is from a bookkeeping method (Sect. 2.2.1) primarily based on net forest area change and biomass data from the Forest Resource Assessment (FRA) of the Food and Agriculture Organization (FAO), which is only available at intervals of 5 years. We use the FAO FRA 2010 here (Houghton et al., 2012). Interannual variability in emissions due to deforestation and degradation has been coarsely estimated from satellite-based fire activity in tropical forest areas (Sect. 2.2.2; Giglio et al., 2013; van der Werf et al., 2010). The bookkeeping method is used to quantify the $E_{LUC}$ over the time period of the available data, and the satellite-based deforestation fire information to incorporate interannual variability ($E_{LUC}$ flux annual anomalies) from tropical deforestation fires. The satellite-based deforestation and degradation fire emissions estimates are available for years 1997–2014. We calculate the global annual anomaly in deforestation and degradation fire emissions in tropical forest regions for each year, compared to the 1997–2010 period, and add this annual flux anomaly to the $E_{LUC}$ estimated using the bookkeeping method that is available up to 2010 only and assumed constant at the 2010 value during the period 2011–2014. We thus assume that all land management activities apart from deforestation and degradation do not vary significantly on a year-to-year basis. Other sources of interannual variability (e.g. the impact of climate variability on regrowth fluxes) are accounted for in $S_{LAND}$. In addition, we use results from dynamic global vegetation models (see Sect. 2.2.3 and Table 6) that calculate net land-use-change $CO_2$ emissions in response to land-cover-change reconstructions prescribed to each model in order to help quantify the uncertainty in $E_{LUC}$ and to explore the consistency of

**Table 4.** Data sources used to compute each component of the global carbon budget. National emissions from UNFCCC are provided directly and thus no additional data sources need citing in this table.

| Component | Process | Data source | Data reference |
|---|---|---|---|
| $E_{FF}$ (global and CDIAC national) | Fossil fuel combustion and oxidation and gas flaring | UN Statistics Division to 2011 | UN (2014a, b) |
| | | BP for 2012–2014 | BP (2015) |
| | Cement production | US Geological Survey | van Oss (2015) USGS (2015) |
| $E_{LUC}$ | Land-cover change (deforestation, afforestation, and forest regrowth) | Forest Resource Assessment (FRA) of the Food and Agriculture Organization (FAO) | FAO (2010) |
| | Wood harvest Shifting agriculture | FAO Statistics Division FAO FRA and Statistics Division | FAOSTAT (2010) FAO (2010) FAOSTAT (2010) |
| | Interannual variability from peat fires and climate − land management interactions (1997–2013) | Global Fire Emissions Database (GFED4) | Giglio et al. (2013) |
| $G_{ATM}$ | Change in atmospheric $CO_2$ concentration | 1959–1980: $CO_2$ Program at Scripps Institution of Oceanography and other research groups 1980–2015: US National Oceanic and Atmospheric Administration Earth System Research Laboratory | Keeling et al. (1976) Dlugokencky and Tans (2015) Ballantyne et al. (2012) |
| $S_{OCEAN}$ | Uptake of anthropogenic $CO_2$ | 1990–1999 average: indirect estimates based on CFCs, atmospheric $O_2$, and other tracer observations | Manning and Keeling (2006) Keeling et al. (2011) McNeil et al. (2003) Mikaloff Fletcher et al. (2006) as assessed by the IPCC in Denman et al. (2007) |
| | Impact of increasing atmospheric $CO_2$, climate, and variability | Ocean models | Table 6 |
| $S_{LAND}$ | Response of land vegetation to: Increasing atmospheric $CO_2$ concentration Climate and variability Other environmental changes | Budget residual | |

our understanding. The three methods are described below, and differences are discussed in Sect. 3.2.

### 2.2.1   Bookkeeping method

Land-use-change $CO_2$ emissions are calculated by a bookkeeping method approach (Houghton, 2003) that keeps track of the carbon stored in vegetation and soils before deforestation or other land-use change, and the changes in forest age classes, or cohorts, of disturbed lands after land-use change, including possible forest regrowth after deforestation. The approach tracks the $CO_2$ emitted to the atmosphere immediately during deforestation, and over time due to the follow-up decay of soil and vegetation carbon in different

pools, including wood product pools after logging and deforestation. It also tracks the regrowth of vegetation and associated build-up of soil carbon pools after land-use change. It considers transitions between forests, pastures, and cropland; shifting cultivation; degradation of forests where a fraction of the trees is removed; abandonment of agricultural land; and forest management such as wood harvest and, in the USA, fire management. In addition to tracking logging debris on the forest floor, the bookkeeping method tracks the fate of carbon contained in harvested wood products that is eventually emitted back to the atmosphere as $CO_2$, although a detailed treatment of the lifetime in each product pool is not performed (Earles et al., 2012). Harvested wood products are partitioned into three pools with different turnover times. All

Table 5. Comparison of the processes included in the $E_{LUC}$ of the global carbon budget and the DGVMs. See Table 6 for model references. All models include deforestation and forest regrowth after abandonment of agriculture (or from afforestation activities on agricultural land).

| | Bookkeeping | CLM4.5BGC | ISAM | JSBACH | JULES | LPJ-GUESS | LPJ | LPJmL | OCNv1.r240 | ORCHIDEE | VISIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wood harvest and forest degradation[a] | yes | yes | yes | no | no | no | no | no | yes | no | yes[b] |
| Shifting cultivation | yes | yes | no | yes | no | no | no | no | no | no | yes |
| Cropland harvest | yes | yes | yes | yes[c] | no | no | no | yes | yes | yes | yes |
| Peat fires | no | no | no | no | no | no | no | no | no | no | no |
| Fire simulation and/or suppression | for US only | yes | no | no | no | yes | yes | yes | no | no | yes |
| Climate and variability | no | yes | yes | yes | yes | yes | yes | yes | yes | yes | yes |
| $CO_2$ fertilisation | no | yes | yes | yes | yes | yes | yes | yes | yes | yes | yes |
| Carbon–nitrogen interactions, including N deposition | no | yes | yes | no | no | no | no | no | yes | no | no |

[a] Refers to the routine harvest of established managed forests rather than pools of harvested products. [b] Wood stems are harvested according to the land-use data. [c] Carbon from crop harvest is entirely transferred into the litter pools.

fuelwood is assumed burnt in the year of harvest ($1.0\,yr^{-1}$). Pulp and paper products are oxidised at a rate of $0.1\,yr^{-1}$, timber is assumed to be oxidised at a rate of $0.01\,yr^{-1}$, and elemental carbon decays at $0.001\,yr^{-1}$. The general assumptions about partitioning wood products among these pools are based on national harvest data (Houghton, 2003).

The primary land-cover-change and biomass data for the bookkeeping method analysis is the Forest Resource Assessment of the FAO, which provides statistics on forest-cover change and management at intervals of 5 years (FAO, 2010). The data are based on countries' self-reporting, some of which integrates satellite data in more recent assessments (Table 4). Changes in land cover other than forest are based on annual, national changes in cropland and pasture areas reported by the FAO Statistics Division (FAOSTAT, 2010). Land-use-change country data are aggregated by regions. The carbon stocks on land (biomass and soils), and their response functions subsequent to land-use change, are based on FAO data averages per land-cover type, per biome, and per region. Similar results were obtained using forest biomass carbon density based on satellite data (Baccini et al., 2012). The bookkeeping method does not include land ecosystems' transient response to changes in climate, atmospheric $CO_2$, and other environmental factors, but the growth/decay curves are based on contemporary data that will implicitly reflect the effects of $CO_2$ and climate at that time. Results from the bookkeeping method are available from 1850 to 2010.

### 2.2.2   Fire-based interannual variability in $E_{LUC}$

Land-use-change-associated $CO_2$ emissions calculated from satellite-based fire activity in tropical forest areas (van der Werf et al., 2010) provide information on emissions due to tropical deforestation and degradation that are complementary to the bookkeeping approach. They do not provide a direct estimate of $E_{LUC}$ as they do not include non-combustion

processes such as respiration, wood harvest, wood products, or forest regrowth. Legacy emissions such as decomposition from on-ground debris and soils are not included in this method either. However, fire estimates provide some insight into the year-to-year variations in the subcomponent of the total $E_{LUC}$ flux that result from immediate $CO_2$ emissions during deforestation caused, for example, by the interactions between climate and human activity (e.g. there is more burning and clearing of forests in dry years) that are not represented by other methods. The "deforestation fire emissions" assume an important role of fire in removing biomass in the deforestation process, and thus can be used to infer gross instantaneous $CO_2$ emissions from deforestation using satellite-derived data on fire activity in regions with active deforestation. The method requires information on the fraction of total area burned associated with deforestation versus other types of fires, and this information can be merged with information on biomass stocks and the fraction of the biomass lost in a deforestation fire to estimate $CO_2$ emissions. The satellite-based deforestation fire emissions are limited to the tropics, where fires result mainly from human activities. Tropical deforestation is the largest and most variable single contributor to $E_{LUC}$.

Fire emissions associated with deforestation and tropical peat burning are based on the Global Fire Emissions Database (GFED4; accessed October 2015) described in van der Werf et al. (2010) but with updated burned area (Giglio et al., 2013) as well as burned area from relatively small fires that are detected by satellite as thermal anomalies but not mapped by the burned area approach (Randerson et al., 2012). The burned area information is used as input data in a modified version of the satellite-driven Carnegie–Ames–Stanford Approach (CASA) biogeochemical model to estimate carbon emissions associated with fires, keeping track of what fraction of fire emissions was due to deforestation (see van der Werf et al., 2010). The CASA model uses differ-

ent assumptions to compute decay functions compared to the bookkeeping method, and does not include historical emissions or regrowth from land-use change prior to the availability of satellite data. Comparing coincident CO emissions and their atmospheric fate with satellite-derived CO concentrations allows for some validation of this approach (e.g. van der Werf et al., 2008). Results from the fire-based method to estimate land-use-change emissions anomalies added to the bookkeeping mean $E_{LUC}$ estimate are available from 1997 to 2014. Our combination of land-use-change $CO_2$ emissions where the variability in annual $CO_2$ deforestation emissions is diagnosed from fires assumes that year-to-year variability is dominated by variability in deforestation.

### 2.2.3   Dynamic global vegetation models (DGVMs)

Land-use-change $CO_2$ emissions have been estimated using an ensemble of 10 DGVMs. New model experiments up to year 2014 have been coordinated by the project "Trends and drivers of the regional-scale sources and sinks of carbon dioxide" (TRENDY; Sitch et al., 2015). We use only models that have estimated land-use-change $CO_2$ emissions and the terrestrial residual sink following the TRENDY protocol (see Sect. 2.5.2), thus providing better consistency in the assessment of the causes of carbon fluxes on land. Models use their latest configurations, summarised in Tables 5 and 6.

The DGVMs were forced with historical changes in land-cover distribution, climate, atmospheric $CO_2$ concentration, and N deposition. As further described below, each historical DGVM simulation was repeated with a time-invariant pre-industrial land-cover distribution, allowing for estimation of, by difference with the first simulation, the dynamic evolution of biomass and soil carbon pools in response to prescribed land-cover change. All DGVMs represent deforestation and (to some extent) regrowth, the most important components of $E_{LUC}$, but they do not represent all processes resulting directly from human activities on land (Table 5). DGVMs represent processes of vegetation growth and mortality, as well as decomposition of dead organic matter associated with natural cycles, and include the vegetation and soil carbon response to increasing atmospheric $CO_2$ levels and to climate variability and change. In addition, three models explicitly simulate the coupling of C and N cycles and account for atmospheric N deposition (Table 5). The DGVMs are independent of the other budget terms except for their use of atmospheric $CO_2$ concentration to calculate the fertilisation effect of $CO_2$ on primary production.

The DGVMs used a consistent land-use-change data set (Hurtt et al., 2011), which provided annual, half-degree, fractional data on cropland, pasture, primary vegetation, and secondary vegetation, as well as all underlying transitions between land-use states, including wood harvest and shifting cultivation. This data set used the HYDE (Klein Goldewijk et al., 2011) spatially gridded maps of cropland, pasture, and ice/water fractions of each grid cell as an input. The HYDE

data are based on annual FAO statistics of change in agricultural area available to 2012 (FAOSTAT, 2010). For the years 2013 and 2014, the HYDE data were extrapolated by country for pastures and cropland separately based on the trend in agricultural area over the previous 5 years. The HYDE data are independent of the data set used in the bookkeeping method (Houghton, 2003, and updates), which is based primarily on forest area change statistics (FAO, 2010). Although the HYDE land-use-change data set indicates whether land-use changes occur on forested or non-forested land, typically only the changes in agricultural areas are used by the models and are implemented differently within each model (e.g. an increased cropland fraction in a grid cell can either be at the expense of grassland, or forest, the latter resulting in deforestation; land-cover fractions of the non-agricultural land differ between models). Thus the DGVM forest area and forest area change over time is not consistent with the Forest Resource Assessment of the FAO forest area data used for the bookkeeping model to calculate $E_{LUC}$. Similarly, model-specific assumptions are applied to convert deforested biomass or deforested area, and other forest product pools, into carbon in some models (Table 5).

The DGVM runs were forced by either 6-hourly CRU-NCEP or by monthly CRU temperature, precipitation, and cloud cover fields (transformed into incoming surface radiation) based on observations and provided on a $0.5° \times 0.5°$ grid and updated to 2014 (CRU TS3.23; Harris et al., 2015). The forcing data include both gridded observations of climate and global atmospheric $CO_2$, which change over time (Dlugokencky and Tans, 2015), and N deposition (as used in three models, Table 5; Lamarque et al., 2010). $E_{LUC}$ is diagnosed in each model by the difference between a model simulation with prescribed historical land-cover change and a simulation with constant, pre-industrial land-cover distribution. Both simulations were driven by changing atmospheric $CO_2$, climate, and in some models N deposition over the period 1860–2014. Using the difference between these two DGVM simulations to diagnose $E_{LUC}$ is not fully consistent with the definition of $E_{LUC}$ in the bookkeeping method (Gasser and Ciais, 2013; Pongratz et al., 2014). The DGVM approach to diagnose land-use-change $CO_2$ emissions would be expected to produce systematically higher $E_{LUC}$ emissions than the bookkeeping approach if all the parameters of the two approaches were the same, which is not the case (see Sect. 2.5.2).

### 2.2.4   Other published $E_{LUC}$ methods

Other methods have been used to estimate $CO_2$ emissions from land-use change. We describe some of the most important methodological differences between the approach used here and other published methods, and for completion, we explain why they are not used in the budget.

Different definitions (e.g. the inclusion of fire management) for $E_{LUC}$ can lead to significantly different estimates

Table 6. References for the process models and data products included in Figs. 6–8.

| Model/data name | Reference | Change from Le Quéré et al. (2015) |
|---|---|---|
| **Dynamic global vegetation models** | | |
| CLM4.5BGC[a] | Oleson et al. (2013) | No change |
| ISAM | Jain et al. (2013)[b] | We accounted for crop harvest for C3 and C4 crops based on Arora and Boer (2005) and agricultural soil carbon loss due to tillage (Jain et al., 2005) |
| JSBACH | Reick et al. (2013)[c] | Not applicable (first use of this model) |
| JULES[e] | Clark et al. (2011)[e] | Updated JULES version 4.3 compared to v3.2 for last year's budget. A number of small code changes, but no change in major science sections with the exception of an update in the way litter flux is calculated. |
| LPJ-GUESS | B. Smith et al. (2014) | Implementation of C / N interactions in soil and vegetation, including a complete update of the soil organic matter scheme |
| LPJ[f] | Sitch et al. (2003) | No change |
| LPJmL | Bondeau et al. (2007)[g] | Not applicable (first use of this model) |
| OCNv1.r240 | Zaehle et al. (2011)[h] | Revised photosynthesis parameterisation allowing for temperature acclimation as well as cold and heat effects on canopy processes. Revised grassland phenology. Included wood harvest as a driver to simulate harvest and post-harvest regrowth. Using Hurtt land-use data set |
| ORCHIDEE | Krinner et al. (2005) | Revised parameters values for photosynthetic capacity for boreal forests (following assimilation of FLUXNET data), updated parameters values for stem allocation, maintenance respiration and biomass export for tropical forests (based on literature) and, $CO_2$ down-regulation process added to photosynthesis. |
| VISIT | Kato et al. (2013)[i] | No change |
| **Data products for land-use-change emissions** | | |
| Bookkeeping | Houghton et al. (2012) | No change |
| Fire-based emissions | van der Werf et al. (2010) | No change |
| **Ocean biogeochemistry models** | | |
| NEMO-PlankTOM5 | Buitenhuis et al. (2010)[j] | No change |
| NEMO-PISCES (IPSL)[k] | Aumont and Bopp (2006) | No change |
| CCSM-BEC | Doney et al. (2009) | No change; small differences in the mean flux are caused by a change in how global and annual means were computed |
| MICOM-HAMOCC (NorESM-OC) | Assmann et al. (2010)[l,m] | Revised light penetration formulation and parameters for ecosystem module, revised salinity restoring scheme enforcing salt conservation, new scheme enforcing global freshwater balance, and model grid changed from displaced pole to tripolar |
| MPIOM-HAMOCC | Ilyina et al. (2013) | No change |
| NEMO-PISCES (CNRM) | Séférian et al. (2013)[n] | No change |
| CSIRO | Oke et al. (2013) | No change |
| MITgcm-REcoM2 | Hauck et al. (2013)[o] | Not applicable (first use of this model) |
| **Data products for ocean $CO_2$ flux** | | |
| Landschützer[p] | Landschützer et al. (2015) | No change |
| Jena CarboScope[p] | Rödenbeck et al. (2014) | Updated to version oc_1.2gcp2015 |
| **Atmospheric inversions for total $CO_2$ fluxes (land-use change + land + ocean $CO_2$ fluxes)** | | |
| CarbonTracker | Peters et al. (2010) | Updated to version CTE2015. Updates include using $CO_2$ observations from obspack_co2_1_GLOBALVIEWplus_v1.0_2015-07-30 (NOAA/ESRL, 2015b), prior SiBCASA biosphere and fire fluxes on 3-hourly resolution and fossil fuel emissions for 2010–2014 scaled to updated global totals. |
| Jena CarboScope | Rödenbeck et al. (2003) | Updated to version s81_v3.7 |
| MACC[q] | Chevallier et al. (2005) | Updated to version 14.2. Updates include a change of the convection scheme and a revised data selection. |

[a] Community Land Model 4.5. [b] See also El-Masri et al. (2013). [c] See also Goll et al. (2015). [d] Joint UK Land Environment Simulator. [e] See also Best et al. (2011). [f] Lund–Potsdam–Jena. [g] The LPJmL (Lund–Potsdam–Jena managed Land) version used also includes developments described in Rost et al. (2008, river routing and irrigation), Fader et al. (2010; agricultural management), Biemans et al. (2011; reservoir management), Schaphoff et al. (2013; permafrost and 5 layer hydrology), and Waha et al. (2012; sowing data) (sowing dates). [h] See also Zaehle et al. (2010) and Friend (2010). [i] See also Ito and Inatomi (2012). [j] With no nutrient restoring below the mixed layer depth. [k] Referred to as LSCE in previous carbon budgets. [l] With updates to the physical model as described in Tjiputra et al. (2013). [m] Further information (e.g. physical evaluation) for these models can be found in Danabasoglu et al. (2014). [n] Using winds from Atlas et al. (2011). [o] A few changes have been applied to the ecosystem model. (1) The constant Fe : C ratio was substituted by a constant Fe : N ratio. (2) A sedimentary iron source was implemented. (3) The following parameters were changed: CHL_N_max = 3.78, Fe2N = 0.033, deg_CHL_d = 0.1, Fe2N_d = 0.033, ligandStabConst = 200, constantIronSolubility = 0.02. [p] Updates using SOCATv3 plus new 2012–2014 data. [q] The MACCv14.2 $CO_2$ inversion system, initially described by Chevallier et al. (2005), relies on the global tracer transport model LMDZ (see also Supplement of Chevallier, 2015; Hourdin et al., 2006).

within models (Gasser and Ciais, 2013; Hansis et al., 2015; Pongratz et al., 2014) as well as between models and other approaches (Houghton et al., 2012; P. Smith et al., 2014). FAO uses the IPCC approach called "Tier 1" (e.g. Tubiello et al., 2015) to produce a "Land use – forest land" estimate from the Forest Resources Assessment data used in the bookkeeping method described in Sect. 2.2.1 (MacDicken, 2015). The Tier 1-type method applies a nationally reported mean forest carbon stock change (above and below ground living biomass) to nationally reported net forest area change, across all forest land combined (planted and natural forests). The methods implicitly assume instantaneous loss or gain of mean forest. Thus the Tier 1 approach provides an estimate of attributable emissions from the process of land-cover change, but it does not distribute these emissions through time. It also captures a fraction of what the global modelling approach considers residual carbon flux ($S_{LAND}$), it does not consider loss of soil carbon, and there are no legacy fluxes. Land-use fluxes estimated with this method were 0.47 $GtC\,yr^{-1}$ in 2001–2010 and 0.22 $GtC\,yr^{-1}$ in 2011–2015 (Federici et al., 2015). This estimate is not directly comparable with $E_{LUC}$ used here because of the different boundary conditions.

Recent advances in satellite data leading to higher-resolution area change data (e.g. Hansen et al., 2013) and estimates of biomass in live vegetation (e.g. Baccini et al., 2012; Saatchi et al., 2011) have led to several satellite-based estimates of $CO_2$ emissions due to tropical deforestation (typically gross loss of forest area; Achard and House, 2015). These include estimates of 1.0 $GtC\,yr^{-1}$ for 2000 to 2010 (Baccini et al., 2012), 0.8 $GtC\,yr^{-1}$ for 2000 to 2005 (Harris et al., 2012), 0.9 $GtC\,yr^{-1}$ for 2000 to 2010 for net area change (Achard et al., 2014), and 1.3 $GtC\,yr^{-1}$ 2000 to 2010 (Tyukavina et al., 2015). These estimates include belowground carbon biomass using a scaling factor. Some estimate soil carbon loss, some assume instantaneous emissions, some do not account for regrowth fluxes, and none account for legacy fluxes from land-use change prior to the availability of satellite data. They are mostly estimates of tropical deforestation only, and do not capture regrowth flux after abandonment or planting (Achard and House, 2015). These estimates are also difficult to compare with $E_{LUC}$ used here because they do not fully include legacy fluxes and forest regrowth.

### 2.2.5   Uncertainty assessment for $E_{LUC}$

Differences between the bookkeeping, the addition of fire-based interannual variability to the bookkeeping, and DGVM methods originate from three main sources: the land-cover-change data set, the different approaches used in models, and the different processes represented (Table 5). We examine the results from the 10 DGVMs and of the bookkeeping method to assess the uncertainty in $E_{LUC}$.

The uncertainties in annual $E_{LUC}$ estimates are examined using the standard deviation across models, which averages

0.4 $GtC\,yr^{-1}$ from 1959 to 2014 (Table 7). The mean of the multi-model $E_{LUC}$ estimates is consistent with a combination of the bookkeeping method and fire-based emissions (Le Quéré et al., 2014), with the multi-model mean and bookkeeping method differing by less than 0.5 $GtC\,yr^{-1}$ over 85 % of the time. Based on this comparison, we assess that an uncertainty of $\pm 0.5\,GtC\,yr^{-1}$ provides a semi-quantitative measure of uncertainty for annual emissions, and reflects our best value judgment that there is at least 68 % chance ($\pm 1\sigma$) that the true land-use-change emission lies within the given range, for the range of processes considered here. This is consistent with the uncertainty analysis of Houghton et al. (2012), which partly reflects improvements in data on forest area change using data, and partly more complete understanding and representation of processes in models.

The uncertainties in the decadal $E_{LUC}$ estimates are also examined using the DGVM ensemble, although they are likely correlated between decades. The correlations between decades come from (1) common biases in system boundaries (e.g. not counting forest degradation in some models); (2) common definition for the calculation of $E_{LUC}$ from the difference of simulations with and without land-use change (a source of bias vs. the unknown truth); (3) common and uncertain land-cover-change input data which also cause a bias, though if a different input data set is used each decade, decadal fluxes from DGVMs may be partly decorrelated; and (4) model structural errors (e.g. systematic errors in biomass stocks). In addition, errors arising from uncertain DGVM parameter values would be random, but they are not accounted for in this study, since no DGVM provided an ensemble of runs with perturbed parameters.

Prior to 1959, the uncertainty in $E_{LUC}$ is taken as $\pm 33\,\%$, which is the ratio of uncertainty to mean from the 1960s (Table 7), the first decade available. This ratio is consistent with the mean standard deviation of DGMVs' land-use-change emissions over 1870–1958 (0.38 GtC) over the multi-model mean (1.1 GtC).

### 2.3   Atmospheric $CO_2$ growth rate ($G_{ATM}$)

#### Global atmospheric $CO_2$ growth rate estimates

The atmospheric $CO_2$ growth rate is provided by the US National Oceanic and Atmospheric Administration Earth System Research Laboratory (NOAA/ESRL; Dlugokencky and Tans, 2015), which is updated from Ballantyne et al. (2012). For the 1959–1980 period, the global growth rate is based on measurements of atmospheric $CO_2$ concentration averaged from the Mauna Loa and South Pole stations, as observed by the $CO_2$ Program at Scripps Institution of Oceanography (Keeling et al., 1976). For the 1980–2014 time period, the global growth rate is based on the average of multiple stations selected from the marine boundary layer sites with well-mixed background air (Ballantyne et al., 2012), after fitting each station with a smoothed curve as a func-

Case No. 1:20-cv-02484-MSK   Document 81-1   filed 05/06/21   USDC Colorado   pg 26 of 391

C. Le Quéré et al.: Global Carbon Budget 2015 **Table 7.** Comparison of results from the bookkeeping method and budget residuals with results from the DGVMs and inverse estimates for the periods 1960–1969, 1970–1979, 1980–1989, 1990–1999, 2000–2009, the last decade, and the last year available. All values are in GtC yr$^{-1}$. The DGVM uncertainties represents $\pm 1\sigma$ of the decadal or annual (for 2014 only) estimates from the 10 individual models; for the inverse models all three results are given where available.

| | Mean (GtC yr$^{-1}$) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1960–1969 | 1970–1979 | 1980–1989 | 1990–1999 | 2000–2009 | 2005–2014 | 2014 |
| **Land-use-change emissions ($E_{LUC}$)** | | | | | | | |
| Bookkeeping method | 1.5 ± 0.5 | 1.3 ± 0.5 | 1.4 ± 0.5 | 1.6 ± 0.5 | 1.0 ± 0.5 | 0.9 ± 0.5 | 1.1 ± 0.5 |
| DGVMs[a] | 1.2 ± 0.4 | 1.2 ± 0.4 | 1.3 ± 0.4 | 1.2 ± 0.4 | 1.2 ± 0.4 | 1.4 ± 0.4 | 1.4 ± 0.5 |
| **Residual terrestrial sink ($S_{LAND}$)** | | | | | | | |
| Budget residual | 1.7 ± 0.7 | 1.7 ± 0.8 | 1.6 ± 0.8 | 2.6 ± 0.8 | 2.4 ± 0.8 | 3.0 ± 0.8 | 4.1 ± 0.9 |
| DGVMs[a] | 1.1 ± 0.6 | 2.1 ± 0.3 | 1.7 ± 0.4 | 2.3 ± 0.3 | 2.7 ± 0.4 | 3.0 ± 0.5 | 3.6 ± 0.9 |
| **Total land fluxes ($S_{LAND} - E_{LUC}$)** | | | | | | | |
| Budget ($E_{FF} - G_{ATM} - S_{OCEAN}$) | 0.2 ± 0.5 | 0.4 ± 0.6 | 0.2 ± 0.6 | 1.0 ± 0.6 | 1.5 ± 0.6 | 2.1 ± 0.7 | 3.0 ± 0.7 |
| DGVMs[a] | −0.1 ± 0.6 | 0.9 ± 0.4 | 0.5 ± 0.5 | 1.1 ± 0.5 | 1.5 ± 0.4 | 1.6 ± 0.4 | 2.3 ± 0.9 |
| Inversions (CTE2015/Jena CarboScope/MACC)[b] | –/–/– | –/–/– | –/0.3[b]/0.8[b] | –/1.1[b]/1.8[b] | –/1.6[b]/2.4[b] | 2.0[b]/2.0[b]/3.3[b] | 2.8[b]/2.6[b]/4.2[b] |

[a] Note that the decadal uncertainty calculation for the DGVMs is smaller here compared to previous global carbon budgets because it uses $\pm 1\sigma$ of the decadal estimates for the DGVMs, compared to the average of the annual $\pm 1\sigma$ estimates in previous years. It thus represents the true model range for their decadal estimates. This change was introduced to be consistent with the decadal uncertainty calculations in Table 8. [b] Estimates are not corrected for the influence of river fluxes, which would reduce the fluxes by 0.45 GtC yr$^{-1}$ when neglecting the anthropogenic influence on land (Sect. 7.2.2). CTE2015 refers to Peters et al. (2010), Jena CarboScope to Rödenbeck et al. (2014), and MACC to Chevallier et al. (2005); see Table 6.

tion of time, and averaging by latitude band (Masarie and Tans, 1995). The annual growth rate is estimated by Dlugokencky and Tans (2015) from atmospheric $CO_2$ concentration by taking the average of the most recent December–January months corrected for the average seasonal cycle and subtracting this same average 1 year earlier. The growth rate in units of ppm yr$^{-1}$ is converted to units of GtC yr$^{-1}$ by multiplying by a factor of 2.12 GtC ppm$^{-1}$ (Ballantyne et al., 2012) for consistency with the other components.

The uncertainty around the annual growth rate based on the multiple stations data set ranges between 0.11 and 0.72 GtC yr$^{-1}$, with a mean of 0.61 GtC yr$^{-1}$ for 1959–1979 and 0.19 GtC yr$^{-1}$ for 1980–2014, when a larger set of stations were available (Dlugokencky and Tans, 2015). It is based on the number of available stations, and thus takes into account both the measurement errors and data gaps at each station. This uncertainty is larger than the uncertainty of $\pm 0.1$ GtC yr$^{-1}$ reported for decadal mean growth rate by the IPCC because errors in annual growth rate are strongly anti-correlated in consecutive years leading to smaller errors for longer timescales. The decadal change is computed from the difference in concentration 10 years apart based on a measurement error of 0.35 ppm. This error is based on offsets between NOAA/ESRL measurements and those of the World Meteorological Organization World Data Centre for Greenhouse Gases (NOAA/ESRL, 2015a) for the start and end points (the decadal change uncertainty is $\sqrt{(2(0.35 \, \text{ppm})^2)}(10 \, \text{yr})^{-1}$ assuming that each yearly mea-

surement error is independent). This uncertainty is also used in Table 8.

The contribution of anthropogenic CO and $CH_4$ is neglected from the global carbon budget (see Sect. 2.7.1). We assign a high confidence to the annual estimates of $G_{ATM}$ because they are based on direct measurements from multiple and consistent instruments and stations distributed around the world (Ballantyne et al., 2012).

In order to estimate the total carbon accumulated in the atmosphere since 1750 or 1870, we use an atmospheric $CO_2$ concentration of $277 \pm 3$ or $288 \pm 3$ ppm, respectively, based on a cubic spline fit to ice core data (Joos and Spahni, 2008). The uncertainty of $\pm 3$ ppm (converted to $\pm 1\sigma$) is taken directly from the IPCC's assessment (Ciais et al., 2013). Typical uncertainties in the atmospheric growth rate from ice core data are $\pm 1$–1.5 GtC per decade as evaluated from the Law Dome data (Etheridge et al., 1996) for individual 20-year intervals over the period from 1870 to 1960 (Bruno and Joos, 1997).

## 2.4 Ocean $CO_2$ sink

Estimates of the global ocean $CO_2$ sink are based on a combination of a mean $CO_2$ sink estimate for the 1990s from observations, and a trend and variability in the ocean $CO_2$ sink for 1959–2014 from eight global ocean biogeochemistry models. We use two observation-based estimates of $S_{OCEAN}$ available for recent decades to provide a qualitative assessment of confidence in the reported results.

www.earth-syst-sci-data.net/7/349/2015/ Earth Syst. Sci. Data, 7, 349–396, 2015

Table 8. Decadal mean in the five components of the anthropogenic $CO_2$ budget for the periods 1960–1969, 1970–1979, 1980–1989, 1990–1999, 2000–2009, the last decade, and the last year available. All values are in GtC yr$^{-1}$. All uncertainties are reported as $\pm 1\sigma$. A data set containing data for each year during 1959–2014 is available at http://cdiac.ornl.gov/GCP/carbonbudget/2015/. Please follow the terms of use and cite the original data sources as specified on the data set.

| | Mean (GtC yr$^{-1}$) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 1960–1969 | 1970–1979 | 1980–1989 | 1990–1999 | 2000–2009 | 2005–2014 | 2014 |
| Emissions | | | | | | | |
| Fossil fuels and industry ($E_{FF}$) | $3.1 \pm 0.2$ | $4.7 \pm 0.2$ | $5.5 \pm 0.3$ | $6.4 \pm 0.3$ | $7.8 \pm 0.4$ | $9.0 \pm 0.5$ | $9.8 \pm 0.5$ |
| Land-use-change emissions ($E_{LUC}$) | $1.5 \pm 0.5$ | $1.3 \pm 0.5$ | $1.4 \pm 0.5$ | $1.6 \pm 0.5$ | $1.0 \pm 0.5$ | $0.9 \pm 0.5$ | $1.1 \pm 0.5$ |
| Partitioning | | | | | | | |
| Atmospheric growth rate ($G_{ATM}$) | $1.7 \pm 0.1$ | $2.8 \pm 0.1$ | $3.4 \pm 0.1$ | $3.1 \pm 0.1$ | $4.0 \pm 0.1$ | $4.4 \pm 0.1$ | $3.9 \pm 0.2$ |
| Ocean sink ($S_{OCEAN}$)* | $1.1 \pm 0.5$ | $1.5 \pm 0.5$ | $2.0 \pm 0.5$ | $2.2 \pm 0.5$ | $2.3 \pm 0.5$ | $2.6 \pm 0.5$ | $2.9 \pm 0.5$ |
| Residual terrestrial sink ($S_{LAND}$) | $1.7 \pm 0.7$ | $1.7 \pm 0.8$ | $1.6 \pm 0.8$ | $2.6 \pm 0.8$ | $2.4 \pm 0.8$ | $3.0 \pm 0.8$ | $4.1 \pm 0.9$ |

* The uncertainty in $S_{OCEAN}$ for the 1990s is directly based on observations, while that for other decades combines the uncertainty from observations with the model spread (Sect. 2.4.3).

### 2.4.1   Observation-based estimates

A mean ocean $CO_2$ sink of $2.2 \pm 0.4$ GtC yr$^{-1}$ for the 1990s was estimated by the IPCC (Denman et al., 2007) based on indirect observations and their spread: ocean/land $CO_2$ sink partitioning from observed atmospheric $O_2 / N_2$ concentration trends (Manning and Keeling, 2006), an oceanic inversion method constrained by ocean biogeochemistry data (Mikaloff Fletcher et al., 2006), and a method based on penetration timescale for CFCs (McNeil et al., 2003). This is comparable with the sink of $2.0 \pm 0.5$ GtC yr$^{-1}$ estimated by Khatiwala et al. (2013) for the 1990s, and with the sink of 1.9 to 2.5 GtC yr$^{-1}$ estimated from a range of methods for the period 1990–2009 (Wanninkhof et al., 2013), with uncertainties ranging from $\pm 0.3$ to $\pm 0.7$ GtC yr$^{-1}$. The most direct way for estimating the observation-based ocean sink is from the product of (sea–air $pCO_2$ difference) $\times$ (gas transfer coefficient). Estimates based on sea–air $pCO_2$ are fully consistent with indirect observations (Wanninkhof et al., 2013), but their uncertainty is larger mainly due to difficulty in capturing complex turbulent processes in the gas transfer coefficient (Sweeney et al., 2007) and because of uncertainties in the pre-industrial river-induced outgassing of $CO_2$ (Jacobson et al., 2007).

Both observation-based estimates compute the ocean $CO_2$ sink and its variability using interpolated measurements of surface ocean fugacity of $CO_2$ ($pCO_2$ corrected for the non-ideal behaviour of the gas; Pfeil et al., 2013). The measurements were from the Surface Ocean $CO_2$ Atlas (SOCAT v3; Bakker et al., 2014, 2015), which contains 14.5 million data to the end of 2014. This was extended with 1.4 million additional measurements over years 2013–2014 (see data attribution Table A1 in Appendix A), submitted to SOCAT but not yet fully quality controlled following standard SOCAT procedures. Revisions and corrections to previously reported measurements were also included where they were available. All new data were subjected to an automated quality control system to detect and remove the most obvious errors (e.g. incorrect reporting of metadata such as position, wrong units, clearly unrealistic data). The combined SOCAT v3 and preliminary new 2013–2014 measurements were mapped using a data-driven diagnostic method (Rödenbeck et al., 2013) and a combined self-organising map and feed-forward neural network (Landschützer et al., 2014). The global observation-based estimates were adjusted to remove a background (not part of the anthropogenic ocean flux) ocean source of $CO_2$ to the atmosphere of 0.45 GtC yr$^{-1}$ from river input to the ocean (Jacobson et al., 2007) in order to make them comparable to $S_{OCEAN}$, which only represents the annual uptake of anthropogenic $CO_2$ by the ocean. Several other data-based products are available, but they partly show large discrepancies with observed variability that need to be resolved. Here we used the two data products that had the best fit to observations, distinctly better than most in their representation of tropical and global variability (Rödenbeck et al., 2015).

We use the data-based product of Khatiwala et al. (2009) updated by Khatiwala et al. (2013) to estimate the anthropogenic carbon accumulated in the ocean during 1765–1958 (60.2 GtC) and 1870–1958 (47.5 GtC), and assume an oceanic uptake of 0.4 GtC for 1750–1765 (for which time no data are available) based on the mean uptake during 1765–1770. The estimate of Khatiwala et al. (2009) is based on regional disequilibrium between surface $pCO_2$ and atmospheric $CO_2$, and a Green's function utilising transient ocean tracers like CFCs and $^{14}$C to ascribe changes through time.

It does not include changes associated with changes in ocean circulation, temperature, and climate, but these are thought to be small over the time period considered here (Ciais et al., 2013). The uncertainty in cumulative uptake of $\pm 20$ GtC (converted to $\pm 1\sigma$) is taken directly from the IPCC's review of the literature (Rhein et al., 2013), or about $\pm 30\%$ for the annual values (Khatiwala et al., 2009).

### 2.4.2 Global ocean biogeochemistry models

The trend in the ocean $CO_2$ sink for 1959–2014 is computed using a combination of eight global ocean biogeochemistry models (Table 6). The models represent the physical, chemical, and biological processes that influence the surface ocean concentration of $CO_2$ and thus the air–sea $CO_2$ flux. The models are forced by meteorological reanalysis and atmospheric $CO_2$ concentration data available for the entire time period. Models do not include the effects of anthropogenic changes in nutrient supply. They compute the air–sea flux of $CO_2$ over grid boxes of 1 to 4° in latitude and longitude. The ocean $CO_2$ sink for each model is normalised to the observations by dividing the annual model values by their average over 1990–1999 and multiplying this with the observation-based estimate of 2.2 GtC yr$^{-1}$ (obtained from Manning and Keeling, 2006; McNeil et al., 2003; Mikaloff Fletcher et al., 2006). The ocean $CO_2$ sink for each year ($t$) in GtC yr$^{-1}$ is therefore

$$S_{OCEAN}(t) = \frac{1}{n} \sum_{m=1}^{m=n} \frac{S_{OCEAN}^{m}(t)}{S_{OCEAN}^{m}(1990\text{--}1999)} \times 2.2\,\text{GtC yr}^{-1}, \tag{7}$$

where $n$ is the number of models. This normalisation ensures that the ocean $CO_2$ sink for the global carbon budget is based on observations, whereas the trends and annual values in $CO_2$ sinks are from model estimates. The normalisation based on a ratio assumes that if models over- or underestimate the sink in the 1990s, it is primarily due to the process of diffusion, which depends on the gradient of $CO_2$. Thus a ratio is more appropriate than an offset as it takes into account the time dependence of $CO_2$ gradients in the ocean. The mean uncorrected ocean $CO_2$ sink from the eight models for 1990–1999 ranges between 1.6 and 2.4 GtC yr$^{-1}$, with a multi-model mean of 1.9 GtC yr$^{-1}$.

### 2.4.3 Uncertainty assessment for $S_{OCEAN}$

The uncertainty around the mean ocean sink of anthropogenic $CO_2$ was quantified by Denman et al. (2007) for the 1990s (see Sect. 2.4.1). To quantify the uncertainty around annual values, we examine the standard deviation of the normalised model ensemble. We use further information from the two data-based products to assess the confidence level. The average standard deviation of the normalised ocean model ensemble is 0.13 GtC yr$^{-1}$ during 1980–2010 (with a

maximum of 0.27), but it increases as the model ensemble goes back in time, with a standard deviation of 0.22 GtC yr$^{-1}$ across models in the 1960s. We estimate that the uncertainty in the annual ocean $CO_2$ sink is about $\pm 0.5$ GtC yr$^{-1}$ from the fractional uncertainty of the data uncertainty of $\pm 0.4$ GtC yr$^{-1}$ and standard deviation across models of up to $\pm 0.27$ GtC yr$^{-1}$, reflecting both the uncertainty in the mean sink from observations during the 1990s (Denman et al., 2007; Sect. 2.4.1) and in the interannual variability as assessed by models.

We examine the consistency between the variability in the model-based and the data-based products to assess confidence in $S_{OCEAN}$. The interannual variability in the ocean fluxes (quantified as the standard deviation) of the two data-based estimates for 1986–2014 (where they overlap) is $\pm 0.38$ GtC yr$^{-1}$ (Rödenbeck et al., 2014) and $\pm 0.40$ GtC yr$^{-1}$ (Landschützer et al., 2015), compared to $\pm 0.27$ GtC yr$^{-1}$ for the normalised model ensemble. The standard deviation includes a component of trend and decadal variability in addition to interannual variability, and their relative influence differs across estimates. The phase is generally consistent between estimates, with a higher ocean $CO_2$ sink during El Niño events. The annual data-based estimates correlate with the ocean $CO_2$ sink estimated here with a correlation of $r = 0.51$ (0.34 to 0.58 for individual models), and $r = 0.71$ (0.54 to 0.72) for the data-based estimates of Rödenbeck et al. (2014) and Landschützer et al. (2015), respectively (simple linear regression), but their mutual correlation is only 0.55. The use of annual data for the correlation may reduce the strength of the relationship because the dominant source of variability associated with El Niño events is less than 1 year. We assess a medium confidence level to the annual ocean $CO_2$ sink and its uncertainty because they are based on multiple lines of evidence, and the results are consistent in that the interannual variability in the model and data-based estimates are all generally small compared to the variability in atmospheric $CO_2$ growth rate. Nevertheless the various results do not show agreement in interannual variability on the global scale or for the relative roles of the annual and decadal variability compared to the trend.

### 2.5 Terrestrial $CO_2$ sink

The difference between, on the one hand, fossil fuel ($E_{FF}$) and land-use-change emissions ($E_{LUC}$) and, on the other hand, the growth rate in atmospheric $CO_2$ concentration ($G_{ATM}$) and the ocean $CO_2$ sink ($S_{OCEAN}$) is attributable to the net sink of $CO_2$ in terrestrial vegetation and soils ($S_{LAND}$), within the given uncertainties (Eq. 1). Thus, this sink can be estimated as the residual of the other terms in the mass balance budget, as well as directly calculated using DGVMs. The residual land sink ($S_{LAND}$) is thought to be in part because of the fertilising effect of rising atmospheric $CO_2$ on plant growth, N deposition, and effects of climate change such as the lengthening of the growing season in

northern temperate and boreal areas. $S_{LAND}$ does not include gross land sinks directly resulting from land-use change (e.g. regrowth of vegetation) as these are estimated as part of the net land-use flux ($E_{LUC}$). System boundaries make it difficult to attribute exactly $CO_2$ fluxes on land between $S_{LAND}$ and $E_{LUC}$ (Erb et al., 2013), and by design most of the uncertainties in our method are allocated to $S_{LAND}$ for those processes that are poorly known or represented in models.

### 2.5.1   Residual of the budget

For 1959–2014, the terrestrial carbon sink was estimated from the residual of the other budget terms by rearranging Eq. (1):

$$S_{LAND} = E_{FF} + E_{LUC} - (G_{ATM} + S_{OCEAN}). \tag{8}$$

The uncertainty in $S_{LAND}$ is estimated annually from the root sum of squares of the uncertainty in the right-hand terms assuming the errors are not correlated. The uncertainty averages to $\pm 0.8$ GtC yr$^{-1}$ over 1959–2014 (Table 7). $S_{LAND}$ estimated from the residual of the budget includes, by definition, all the missing processes and potential biases in the other components of Eq. (8).

### 2.5.2   DGVMs

A comparison of the residual calculation of $S_{LAND}$ in Eq. (8) with estimates from DGVMs as used to estimate $E_{LUC}$ in Sect. 2.2.3, but here excluding the effects of changes in land cover (using a constant pre-industrial land-cover distribution), provides an independent estimate of the consistency of $S_{LAND}$ with our understanding of the functioning of the terrestrial vegetation in response to $CO_2$ and climate variability (Table 7). As described in Sect. 2.2.3, the DGVM runs that exclude the effects of changes in land cover include all climate variability and $CO_2$ effects over land, but they do not include reductions in $CO_2$ sink capacity associated with human activity directly affecting changes in vegetation cover and management, which by design is allocated to $E_{LUC}$. This effect has been estimated to have led to a reduction in the terrestrial sink by 0.5 GtC yr$^{-1}$ since 1750 (Gitz and Ciais, 2003). The models in this configuration estimate the mean and variability in $S_{LAND}$ based on atmospheric $CO_2$ and climate, and thus both terms can be compared to the budget residual. We apply three criteria for minimum model realism by including only those models with (1) steady state after spin-up, (2) net land fluxes ($S_{LAND} - E_{LUC}$) that are a carbon sink over the 1990s as constrained by global atmospheric and oceanic observations (McNeil et al., 2003; Manning and Keeling, 2006; Mikaloff Fletcher et al., 2006), and (3) global $E_{LUC}$ that is a carbon source over the 1990s. Ten models met these three criteria.

The annual standard deviation of the $CO_2$ sink across the 10 DGVMs averages to $\pm 0.7$ GtC yr$^{-1}$ for the period 1959

to 2014. The model mean, over different decades, correlates with the budget residual with $r = 0.71$ (0.52 to $r = 0.71$ for individual models). The standard deviation is similar to that of the five model ensembles presented in Le Quéré et al. (2009), but the correlation is improved compared to $r = 0.54$ obtained in the earlier study. The DGVM results suggest that the sum of our knowledge on annual $CO_2$ emissions and their partitioning is plausible (see Discussion) and provide insight into the underlying processes and regional breakdown. However as the standard deviation across the DGVMs (e.g. $\pm 0.9$ GtC yr$^{-1}$ for year 2014) is of the same magnitude as the combined uncertainty due to the other components ($E_{FF}$, $E_{LUC}$, $G_{ATM}$, $S_{OCEAN}$; Table 7), the DGVMs do not provide further reduction of uncertainty on the annual terrestrial $CO_2$ sink compared to the residual of the budget (Eq. 8). Yet, DGVM results are largely independent of the residual of the budget, and it is worth noting that the residual method and ensemble mean DGVM results are consistent within their respective uncertainties. We attach a medium confidence level to the annual land $CO_2$ sink and its uncertainty because the estimates from the residual budget and averaged DGVMs match well within their respective uncertainties, and the estimates based on the residual budget are primarily dependent on $E_{FF}$ and $G_{ATM}$, both of which are well constrained.

### 2.6   The atmospheric perspective

The worldwide network of atmospheric measurements can be used with atmospheric inversion methods to constrain the location of the combined total surface $CO_2$ fluxes from all sources, including fossil and land-use-change emissions and land and ocean $CO_2$ fluxes. The inversions assume $E_{FF}$ to be well known, and they solve for the spatial and temporal distribution of land and ocean fluxes from the residual gradients of $CO_2$ between stations that are not explained by emissions. Inversions used atmospheric $CO_2$ data to the end of 2014 (including preliminary values in some cases), as well as three atmospheric $CO_2$ inversions (Table 6) to infer the total $CO_2$ flux over land regions and the distribution of the total land and ocean $CO_2$ fluxes for the mid–high-latitude Northern Hemisphere (30–90° N), tropics (30° S–30° N) and mid–high-latitude region of the Southern Hemisphere (30–90° S). We focus here on the largest and most consistent sources of information and use these estimates to comment on the consistency across various data streams and process-based estimates.

#### Atmospheric inversions

The three inversion systems used in this release are the CarbonTracker (Peters et al., 2010), the Jena CarboScope (Rödenbeck, 2005), and MACC (Chevallier et al., 2005). They are based on the same Bayesian inversion principles that interpret the same, for the most part, observed time series (or

subsets thereof) but use different methodologies that represent some of the many approaches used in the field. This mainly concerns the time resolution of the estimates (i.e. weekly or monthly), spatial breakdown (i.e. grid size), assumed correlation structures, and mathematical approach. The details of these approaches are documented extensively in the references provided. Each system uses a different transport model, which was demonstrated to be a driving factor behind differences in atmospheric-based flux estimates, and specifically their global distribution (Stephens et al., 2007).

The three inversions use atmospheric $CO_2$ observations from various flask and in situ networks. They prescribe spatial and global $E_{FF}$ that can vary from that presented here. The CarbonTracker and MACC inversions prescribed the same global $E_{FF}$ as in Sect. 2.1.1, during 2010–2014 for CarbonTracker and during 1979–2014 in MACC. The Jena-s81_v3.7 inversion uses $E_{FF}$ from EDGAR4.2. Different spatial and temporal distributions of $E_{FF}$ were prescribed in each inversion.

Given their prescribed map of $E_{FF}$, each inversion estimates natural fluxes from a similar set of surface $CO_2$ measurement stations, and CarbonTracker additionally uses two sites of aircraft $CO_2$ vertical profiles over the Amazon and Siberia, regions where surface observations are sparse. The atmospheric transport models of each inversion are TM5 for CarbonTracker, TM3 for Jena-s81_v3.7, and LMDZ for MACC. These three models are based on the same ECMWF wind fields. The three inversions use different prior natural fluxes, which partly influences their optimised fluxes. MACC assumes that the prior land flux is zero on the annual mean in each grid cell of the transport model, so that any sink or source on land is entirely reflecting the information brought by atmospheric measurements. CarbonTracker simulates a small prior sink on land from the SIBCASA model that results from regrowth following fire disturbances of an otherwise net zero biosphere. Jena-s81_v3.7 assumes a prior on the long-term mean land sink pattern, using the time-averaged net ecosystem exchange of the LPJ model. Inversion results for the sum of natural ocean and land fluxes (Fig. 8) are better constrained in the Northern Hemisphere (NH) than in the tropics, because of the higher measurement stations density in the NH.

Finally, results from atmospheric inversions include the natural $CO_2$ fluxes from rivers (which need to be taken into account to allow comparison to other sources) and chemical oxidation of reactive carbon-containing gases (which are neglected here). These inverse estimates are not truly independent of the other estimates presented here as the atmospheric observations include a set of observations used to estimate the global atmospheric growth rate (Sect. 2.3). However they provide new information on the regional distribution of fluxes.

We focus the analysis on two known strengths of the inverse approach: the derivation of the year-to-year

changes in total land fluxes ($S_{LAND} - E_{LUC}$) consistent with the whole network of atmospheric observations, and the spatial breakdown of combined land and ocean fluxes ($S_{OCEAN} + S_{LAND} - E_{LUC}$) across large regions of the globe. The total land flux correlates well with that estimated from the budget residual (Eq. 1) with correlations for the annual time series ranging from $r = 0.89$ to 0.93, and with the DGVM multi-model mean with correlations for the annual time series ranging from $r = 0.71$ to 0.80 ($r = 0.49$ to 0.81 for individual DGVMs and inversions). The spatial breakdown is discussed in Sect. 3.1.3.

## 2.7   Processes not included in the global carbon budget

### 2.7.1   Contribution of anthropogenic CO and $CH_4$ to the global carbon budget

Anthropogenic emissions of CO and $CH_4$ to the atmosphere are eventually oxidised to $CO_2$ and thus are part of the global carbon budget. These contributions are omitted in Eq. (1), but an attempt is made in this section to estimate their magnitude and identify the sources of uncertainty. Anthropogenic CO emissions are from incomplete fossil fuel and biofuel burning and deforestation fires. The main anthropogenic emissions of fossil $CH_4$ that matter for the global carbon budget are the fugitive emissions of coal, oil, and gas upstream sectors (see below). These emissions of CO and $CH_4$ contribute a net addition of fossil carbon to the atmosphere.

In our estimate of $E_{FF}$ we assumed (Sect. 2.1.1) that all the fuel burned is emitted as $CO_2$; thus CO anthropogenic emissions and their atmospheric oxidation into $CO_2$ within a few months are already counted implicitly in $E_{FF}$ and should not be counted twice (same for $E_{LUC}$ and anthropogenic CO emissions by deforestation fires). Anthropogenic emissions of fossil $CH_4$ are not included in $E_{FF}$, because these fugitive emissions are not included in the fuel inventories. Yet they contribute to the annual $CO_2$ growth rate after $CH_4$ gets oxidised into $CO_2$. Anthropogenic emissions of fossil $CH_4$ represent 15 % of total $CH_4$ emissions (Kirschke et al., 2013) that is 0.061 GtC yr$^{-1}$ for the past decade. Assuming steady state, these emissions are all converted to $CO_2$ by OH oxidation and thus explain 0.06 GtC yr$^{-1}$ of the global $CO_2$ growth rate in the past decade.

Other anthropogenic changes in the sources of CO and $CH_4$ from wildfires, biomass, wetlands, ruminants, or permafrost changes are similarly assumed to have a small effect on the $CO_2$ growth rate.

### 2.7.2   Anthropogenic carbon fluxes in the land to ocean aquatic continuum

The approach used to determine the global carbon budget considers only anthropogenic $CO_2$ emissions and their partitioning among the atmosphere, ocean, and land. In this analysis, the land and ocean reservoirs that take up anthropogenic

$CO_2$ from the atmosphere are conceived as independent carbon storage repositories. This approach thus omits that carbon is continuously displaced along the land–ocean aquatic continuum (LOAC) comprising freshwaters, estuaries, and coastal areas (Bauer et al., 2013; Regnier et al., 2013). A significant fraction of this lateral carbon flux is entirely "natural" and is thus a steady-state component of the pre-industrial carbon cycle. The remaining fraction is anthropogenic carbon entrained into the lateral transport loop of the LOAC, a perturbation that is relevant for the global carbon budget presented here.

The results of the analysis of Regnier et al. (2013) can be summarised in three points of relevance to the anthropogenic $CO_2$ budget. First, the anthropogenic carbon input from land to hydrosphere, $F_{LH}$, estimated at $1 \pm 0.5\,\mathrm{GtC\,yr^{-1}}$ is significant compared to the other terms of Eq. (1) and implies that only a portion of the anthropogenic $CO_2$ taken up by land ecosystems remains sequestered in soil and biomass pools. Second, some of the exported anthropogenic carbon is stored in the LOAC ($\Delta C_{LOAC}$, $0.55 \pm 0.3\,\mathrm{GtC\,yr^{-1}}$) and some is released back to the atmosphere as $CO_2$ ($E_{LOAC}$, $0.35 \pm 0.2\,\mathrm{GtC\,yr^{-1}}$), the magnitude of these fluxes resulting from the combined effects of freshwaters, estuaries, and coastal seas. Third, a small fraction of anthropogenic carbon displaced by the LOAC is transferred to the open ocean, where it accumulates ($F_{HO}$, $0.1 \pm > 0.05\,\mathrm{GtC\,yr^{-1}}$). The anthropogenic perturbation of the carbon fluxes from land to ocean does not contradict the method used in Sect. 2.5 to define the ocean sink and residual terrestrial sink. However, it does point to the need to account for the fate of anthropogenic carbon once it is removed from the atmosphere by land ecosystems (summarised in Fig. 2). In theory, direct estimates of changes of the ocean inorganic carbon inventory over time would see the land flux of anthropogenic carbon and would thus have a bias relative to air–sea flux estimates and tracer-based reconstructions. However, currently the value is small enough to be not noticeable relative to the errors in the individual techniques.

The residual terrestrial sink in a budget that accounts for the LOAC will be larger than $S_{LAND}$, as the flux is partially offset by the net source of $CO_2$ to the atmosphere, i.e. $E_{LOAC}$, of $0.35 \pm 0.3\,\mathrm{GtC\,yr^{-1}}$ from rivers, estuaries, and coastal seas:

$$S_{LAND+LOAC} = E_{FF} + E_{LUC} - (G_{ATM} + S_{OCEAN}) + E_{LOAC}. \tag{9}$$

The residual terrestrial sink ($S_{LAND}$) is $3.0 \pm 0.8\,\mathrm{GtC\,yr^{-1}}$ for 2005–2014 as calculated according to Eq. (8; Table 7), while $S_{LAND+LOAC}$ is $3.3 \pm 0.9\,\mathrm{GtC\,yr^{-1}}$ over the same time period. A fraction of anthropogenic $CO_2$ taken up by land ecosystems is exported to the LOAC ($F_{LH}$). With the LOAC included, we now have

$$\Delta C_{TE} = S_{LAND+LOAC} - E_{LUC} - F_{LH}, \tag{10}$$



Figure 3. Combined components of the global carbon budget illustrated in Fig. 2 as a function of time, for emissions from fossil fuels and industry ($E_{FF}$; grey) and emissions from land-use change ($E_{LUC}$; brown), as well as their partitioning among the atmosphere ($G_{ATM}$; light blue), land ($S_{LAND}$; green), and oceans ($S_{OCEAN}$; dark blue). All time series are in $\mathrm{GtC\,yr^{-1}}$. $G_{ATM}$ and $S_{OCEAN}$ (and by construction also $S_{LAND}$) prior to 1959 are based on different methods. The primary data sources for fossil fuels and industry are from Boden et al. (2013), with uncertainty of about $\pm 5\%$ ($\pm 1\sigma$); land-use-change emissions are from Houghton et al. (2012) with uncertainties of about $\pm 30\%$; atmospheric growth rate prior to 1959 is from Joos and Spahni (2008) with uncertainties of about $\pm 1$–$1.5\,\mathrm{GtC\,decade^{-1}}$ or $\pm 0.1$–$0.15\,\mathrm{GtC\,yr^{-1}}$ (Bruno and Joos, 1997), and from Dlugokencky and Tans (2015) from 1959 with uncertainties of about $\pm 0.2\,\mathrm{GtC\,yr^{-1}}$; the ocean sink prior to 1959 is from Khatiwala et al. (2013) with uncertainty of about $\pm 30\%$, and from this study from 1959 with uncertainties of about $\pm 0.5\,\mathrm{GtC\,yr^{-1}}$; and the residual land sink is obtained by difference (Eq. 8), resulting in uncertainties of about $\pm 50\%$ prior to 1959 and $\pm 0.8\,\mathrm{GtC\,yr^{-1}}$ after that. See the text for more details of each component and their uncertainties.

where $\Delta C_{TE}$ is the change in annual terrestrial ecosystems carbon storage, including land vegetation, litter, and soil. $\Delta C_{TE}$ is $1.4\,\mathrm{GtC\,yr^{-1}}$ for the period 2005–2014. It is notably smaller than what would be calculated in a traditional budget that ignores the LOAC. In this case, the change in carbon storage is estimated as $2.1\,\mathrm{Gt\,C\,yr^{-1}}$ from the difference between $S_{LAND}$ ($3.0\,\mathrm{Gt\,C\,yr^{-1}}$) and $E_{LUC}$ ($0.9\,\mathrm{Gt\,C\,yr^{-1}}$; Table 8). All estimates of LOAC are given with low confidence, because they originate from a single source. The carbon budget presented here implicitly incorporates the fluxes from the LOAC into $S_{LAND}$. We do not attempt to separate these fluxes because the uncertainties in either estimate are too large, and there is insufficient information available to estimate the LOAC fluxes on an annual basis.



**Figure 4.** Components of the global carbon budget and their uncertainties as a function of time, presented individually for (a) emissions from fossil fuels and industry ($E_{FF}$), (b) emissions from land-use change ($E_{LUC}$), (c) atmospheric $CO_2$ growth rate ($G_{ATM}$), (d) the ocean $CO_2$ sink ($S_{OCEAN}$; positive indicates a flux from the atmosphere to the ocean), and (e) the land $CO_2$ sink ($S_{LAND}$; positive indicates a flux from the atmosphere to the land). All time series are in GtC yr$^{-1}$ with the uncertainty bounds representing $\pm 1\sigma$ in shaded colour. Data sources are as in Fig. 3. The black dots in panels (a), (b), and (e) show preliminary values for 2012, 2013, and 2014 that originate from a different data set to the remainder of the data, as explained in the text.

## 3   Results

### 3.1   Global carbon budget averaged over decades and its variability

The global carbon budget averaged over the last decade (2005–2014) is shown in Fig. 2. For this time period, 91 % of the total emissions ($E_{FF} + E_{LUC}$) were caused by fossil fuels and industry, and 9 % by land-use change. The total emissions were partitioned among the atmosphere (44 %), ocean (26 %), and land (30 %). All components except land-use-change emissions have grown since 1959 (Figs. 3 and 4), with important interannual variability in the atmospheric growth rate and in the land $CO_2$ sink (Fig. 4), as well as some decadal variability in all terms (Table 8).

### 3.1.1   $CO_2$ emissions

Global $CO_2$ emissions from fossil fuels and industry have increased every decade from an average of $3.1 \pm 0.2$ GtC yr$^{-1}$

in the 1960s to an average of $9.0 \pm 0.5$ GtC yr$^{-1}$ during 2005–2014 (Table 8 and Fig. 5). The growth rate in these emissions decreased between the 1960s and the 1990s, from 4.5 % yr$^{-1}$ in the 1960s (1960–1969), 2.9 % yr$^{-1}$ in the 1970s (1970–1979), 1.9 % yr$^{-1}$ in the 1980s (1980–1989), and finally to 1.0 % yr$^{-1}$ in the 1990s (1990–1999), before it began increasing again in the 2000s at an average growth rate of 3.2 % yr$^{-1}$, decreasing to 2.2 % yr$^{-1}$ for the last decade (2005–2014). In contrast, $CO_2$ emissions from land-use change have remained constant, in our analysis at around $1.5 \pm 0.5$ GtC yr$^{-1}$ between 1960 and 1999 and $1.0 \pm 0.5$ GtC yr$^{-1}$ during 2000–2014. The decrease in emissions from land-use change between the 1990s and 2000s is highly uncertain. It is not found in the current ensemble of the DGVMs (Fig. 6), which are otherwise consistent with the bookkeeping method within their respective uncertainty (Table 7). It is also not found in the study of tropical deforestation of Achard et al. (2014), where the fluxes in the 1990s were similar to those of the 2000s and outside our uncertainty range. A new study based on FAO data to 2015 (Federici et al., 2015) suggests that $E_{LUC}$ decreased during 2011–2015 compared to 2001–2010.

### 3.1.2   Partitioning

The growth rate in atmospheric $CO_2$ increased from $1.7 \pm 0.1$ GtC yr$^{-1}$ in the 1960s to $4.4 \pm 0.1$ GtC yr$^{-1}$ during 2005–2014 with important decadal variations (Table 8). Both ocean and land $CO_2$ sinks increased roughly in line with the atmospheric increase, but with significant decadal variability on land (Table 8). The ocean $CO_2$ sink increased from $1.1 \pm 0.5$ GtC yr$^{-1}$ in the 1960s to $2.6 \pm 0.5$ GtC yr$^{-1}$ during 2005–2014, with interannual variations of the order of a few tenths of GtC yr$^{-1}$ generally showing an increased ocean sink during El Niño (i.e. 1982–1983, 1991–1993, 1997–1998) events (Fig. 7; Rödenbeck et al., 2014). Although there is some coherence between the ocean models and data products and among data products, their mutual correlation is weak and highlights disagreement on the exact amplitude of the interannual variability, as well as on the relative importance of the trend versus the variability (Sect. 2.4.3 and Fig. 7). As shown in Fig. 7, the two data products and most model estimates produce a mean $CO_2$ sink for the 1990s that is below the mean assessed by the IPCC from indirect (but arguably more reliable) observations (Denman et al., 2007; Sect. 2.4.1). This discrepancy suggests we may need to reassess estimates of the mean ocean carbon sinks.

The land $CO_2$ sink increased from $1.7 \pm 0.7$ GtC yr$^{-1}$ in the 1960s to $3.0 \pm 0.8$ GtC yr$^{-1}$ during 2005–2014, with important interannual variations of up to 2 GtC yr$^{-1}$ generally showing a decreased land sink during El Niño events, overcompensating for the increase in ocean sink and accounting for the enhanced atmospheric growth rate during El Niño events. The high uptake anomaly around year 1991 is thought to be caused by the effect of the volcanic eruption of Mount



**Figure 5.** $CO_2$ emissions from fossil fuels and industry for (a) the globe, including an uncertainty of $\pm 5\%$ (grey shading), the emissions extrapolated using BP energy statistics (black dots), and the emissions projection for year 2015 based on GDP projection (red dot); (b) global emissions by fuel type, including coal (salmon), oil (olive), gas (turquoise), and cement (purple), and excluding gas flaring, which is small (0.6 % in 2013); (c) territorial (full line) and consumption (dashed line) emissions for the countries listed in the Annex B of the Kyoto Protocol (salmon lines; mostly advanced economies with emissions limitations) versus non-Annex B countries (green lines) — also shown are the emissions transfers from non-Annex B to Annex B countries (light-blue line); (d) territorial $CO_2$ emissions for the top three country emitters (USA – olive; China – salmon; India – purple) and for the European Union (EU28, the 28 member states of the EU in 2012 – turquoise), and (e) per-capita emissions for the top three country emitters and the EU (all colours as in panel d) and the world (black). In panels (b) to (e), the dots show the preliminary data that were extrapolated from BP energy statistics for 2012, 2013, and 2014. All time series are in GtC yr$^{-1}$ except the per-capita emissions (panel e), which are in tonnes of carbon per person per year (tC person$^{-1}$ yr$^{-1}$). All territorial emissions are primarily from Boden et al. (2013) except national data for the USA and EU28 for 1990–2012, which are reported by the countries to the UNFCCC as detailed in the text; consumption-based emissions are updated from Peters et al. (2011a).

Pinatubo on climate and is not generally reproduced by the DGVMs, but it is assigned to the land by the two inverse systems that include this period (Fig. 6). The larger land $CO_2$ sink during 2005–2014 compared to the 1960s is reproduced by all the DGVMs in response to combined atmospheric $CO_2$ increase, climate, and variability ($3.0 \pm 0.5$ GtC yr$^{-1}$ for the period 2005–2014 and average change of 1.9 GtC yr$^{-1}$ rel-

ative to the 1960s), consistent with the budget residual and reflecting a common knowledge of the processes (Table 7). The DGVM ensemble mean of $3.0 \pm 0.5$ GtC yr$^{-1}$ also reproduces the observed mean for the period 2005–2014 calculated from the budget residual (Table 7).

The total $CO_2$ fluxes on land ($S_{LAND} - E_{LUC}$) constrained by the atmospheric inversions in general very good agreement with the global budget estimate, as expected given the strong constraints of $G_{ATM}$ and the small relative uncertainty typically assumed on $S_{OCEAN}$ and $E_{FF}$ by inversions. The total land flux is of similar magnitude for the decadal average, with estimates for 2005–2014 from the three inversions of 2.0, 2.0, and 3.3 GtC yr$^{-1}$ compared to $2.1 \pm 0.7$ GtC yr$^{-1}$ for the total flux computed with the carbon budget from other terms in Eq. (1) (Table 7). The three inversions' total land sink would be 1.6, 1.6, and 2.9 GtC yr$^{-1}$ when including a mean river flux adjustment of 0.45 GtC yr$^{-1}$, though the exact adjustment would be smaller when taking into account the anthropogenic contribution to river fluxes (Sect. 2.7.2). The interannual variability in the inversions also matched the residual-based $S_{LAND}$ closely (Fig. 6). The total land flux from the DGVM multi-model mean also compares well with the estimate from the carbon budget and atmospheric inversions, with a decadal mean of $1.6 \pm 0.4$ GtC yr$^{-1}$ (Table 7; 2005–2014), although individual models differ by several GtC for some years (Fig. 6).

### 3.1.3 Distribution

Figure 8 shows the partitioning of the total surface fluxes excluding emissions from fossil fuels and industry ($S_{OCEAN} + S_{LAND} - E_{LUC}$) according to the process models in the ocean and on land, and to the three atmospheric inversions. The total surface fluxes provide information on the regional distribution of those fluxes by latitude band (Fig. 8). The global mean $CO_2$ fluxes from process models for 2005–2014 is $4.2 \pm 0.5$ GtC yr$^{-1}$. This is comparable to the fluxes of $4.7 \pm 0.5$ GtC yr$^{-1}$ inferred from the remainder of the carbon budget ($E_{FF} - G_{ATM}$ in Eq. 1; Table 8) within their respective uncertainties. The total $CO_2$ fluxes from the three inversions range between 4.4 and 4.9 GtC yr$^{-1}$, consistent with the carbon budget as expected from the constraints on the inversions.

In the south (south of 30° S), the atmospheric inversions and process models all suggest a $CO_2$ sink for 2005–2014 of between 1.2 and 1.5 GtC yr$^{-1}$ (Fig. 8), although the details of the interannual variability are not fully consistent across methods. The interannual variability in the south is low because of the dominance of ocean area with low variability compared to land areas.

In the tropics (30° S–30° N), both the atmospheric inversions and process models suggest the carbon balance in this region is close to neutral over the past decade, with fluxes for 2005–2014 ranging between $-0.6$ and $+0.6$ GtC yr$^{-1}$. The three inversions consistently allocate more year-to-year vari-









**Figure 7.** Comparison of the anthropogenic atmosphere–ocean $CO_2$ flux shows the budget values of $S_{OCEAN}$ (black), individual ocean models before normalisation (blue), and the two ocean-data-based products (Rödenbeck et al., 2014, in salmon and Landschützer et al., 2015, in purple; see Table 6). Both data-based products were adjusted for the pre-industrial ocean source of $CO_2$ from river input to the ocean, which is not present in the models, by adding a sink of $0.45\,\mathrm{GtC\,yr^{-1}}$ (Jacobson et al., 2007) so as to make them comparable to $S_{OCEAN}$. This adjustment does not take into account the anthropogenic contribution to river fluxes (see Sect. 2.7.2).

**Figure 6.** (a) Comparison of the atmosphere–land $CO_2$ flux showing budget values of $E_{LUC}$ (black). $CO_2$ emissions from land-use change showing individual DGVM results (green) and the multi-model mean (olive), as well as fire-based results (orange); land-use-change data prior to 1997 (dashed black) highlight the start of satellite data from that year. (b) Land $CO_2$ sink ($S_{LAND}$; black) showing individual DGVM results (green) and multi-model mean (olive). (c) Total land $CO_2$ fluxes (b–a) from DGVM results (green) and the multi-model mean (olive); atmospheric inversions of Chevallier et al. (2005; MACC, v14.2) (purple), Rödenbeck et al. (2003; Jena CarboScope, s81_v3.7) (violet), and Peters et al. (2010; Carbon Tracker, vCTE2015) (salmon) (see Table 6); and the carbon balance from Eq. (1) (black). In (c) the inversions were adjusted for the pre-industrial land sink of $CO_2$ from river input, by adding a sink of $0.45\,\mathrm{GtC\,yr^{-1}}$ (Jacobson et al., 2007). This adjustment does not take into account the anthropogenic contribution to river fluxes (see Sect. 2.7.2).

ability in $CO_2$ fluxes to the tropics compared to the north (north of 30° N; Fig. 8). This variability is dominated by land fluxes. Inversions are consistent with each other and with the mean of process models.

In the north (north of 30° N), the inversions and process models are not in full agreement on the magnitude of the $CO_2$ sink, with the ensemble mean of the process models suggesting a total Northern Hemisphere sink for 2005–2014 of $2.3 \pm 0.4\,\mathrm{GtC\,yr^{-1}}$, while the three inversions estimate a sink of 2.5, 3.4, and $3.6\,\mathrm{GtC\,yr^{-1}}$. The mean difference can only partly be explained by the influence of river fluxes, as this flux in the Northern Hemisphere would be less than $0.45\,\mathrm{GtC\,yr^{-1}}$, particularly when the anthropogenic contribution to river fluxes are accounted for. The CarbonTracker inversion is within 1 standard deviation of the process models for the mean sink during their overlap period. MACC and Jena-s81_v3.7 give a higher sink in the north than the process models, and a correspondingly higher source in the tropics. Differences between CarbonTracker and MACC, Jena-s81_v3.7 may be related to differences in inter-hemispheric mixing time of their transport models, and other inversion settings. Differences also result from different fossil fuel emissions assumed in the inversions, as the inversions primarily constrain the sum of fossil fuel and land fluxes. Differences between the mean fluxes of MACC, Jena-s81_v3.7 and the ensemble of process models cannot be simply explained. They could reflect either a bias in these two inversions or missing processes or biases in the process models, such as the lack of adequate parameterisations for forest management in the north and for forest degradation emissions in tropics for the DGVMs.







Time (yr)

Figure 8. Atmosphere-to-surface $CO_2$ flux ($S_{OCEAN} + S_{LAND} - E_{LUC}$) by latitude bands for the (a) north (north of 30° N), (b) tropics (30° S–30° N), and (c) south (south of 30° S). Estimates from the combination of the multi-model means for the land and oceans are shown (turquoise) with $\pm 1\sigma$ of the model ensemble (in grey). Results from the three atmospheric inversions are shown in purple (Chevallier et al., 2005; MACC, v14.2), violet (Rödenbeck et al., 2003; Jena CarboScope, s81_v3.7), and salmon (Peters et al., 2010; Carbon Tracker, vCTE2015); see Table 6.

The estimated contribution of the north from process models is sensitive both to the ensemble of process models used and to the specifics of each inversion. Indeed, the process model results from Le Quéré et al. (2015) included a slightly different model ensemble (see Table 6) with no assessment of minimum model realism. The model ensemble from Le Quéré et al. (2015) showed a larger model spread and smaller sink ($2.0 \pm 0.8\,\mathrm{GtC\,yr^{-1}}$ for the latest decade), with also dif-

ferent trend in the 1960s. All three inversions show substantial differences in variability and/or trend, and one inversion substantial difference in the mean northern sink.

## 3.2    Global carbon budget for year 2014 and emissions projection for 2015

### 3.2.1    $CO_2$ emissions

Global $CO_2$ emissions from fossil fuels and industry reached $9.8 \pm 0.5\,\mathrm{GtC}$ in 2014 (Fig. 5), distributed among coal (42 %), oil (33 %), gas (19 %), cement (5.7 %), and gas flaring (0.6 %). The first four categories increased by 0.4, 0.8, 0.4, and 2.5 % respectively over the previous year. Due to lack of data, gas flaring in 2012–2014 is assumed the same as 2011.

Emissions in 2014 were 0.6 % higher than in 2013, an increase well below the decadal average of $2.2\,\%\,\mathrm{yr^{-1}}$ (2005–2014). Growth in 2014 is lower than our projection of $2.5\,\%\,\mathrm{yr^{-1}}$ made last year (Le Quéré et al., 2015) based on an estimated GDP growth of $3.3\,\%\,\mathrm{yr^{-1}}$ and a decrease in $I_{FF}$ of $-0.7\,\%\,\mathrm{yr^{-1}}$ (Table 9), and is also outside the provided likely range of 1.3–3.5 %. The latest estimate of GDP growth for 2014 was $3.4\,\%\,\mathrm{yr^{-1}}$ (IMF, 2015) and hence $I_{FF}$ improved by $2.8\,\%\,\mathrm{yr^{-1}}$. This $I_{FF}$ is low compared to recent years (Table 9), but not outside the range of variability observed in recent decades, suggesting that our uncertainty range may have been underestimated. Almost half of the lower growth compared to expectations can be attributed to a lower growth in emissions than anticipated in China (1.1 % compared to 4.5 % in our projection; Friedlingstein et al., 2014), which primarily reflects structural changes in China's economy (Green and Stern, 2015). Similar structural change occurred following the global financial crisis of 2008–2009 that particularly affected Western economies, which also made the emissions projections based on GDP temporarily problematic and outside of the steady behaviour assumed by the GDP/intensity approach (Peters et al., 2012b). For this reason we provide an emissions projection with explicit projection for China based on energy and cement data during January–August 2015 (see Sect. 2.1.4). Climatic variability could also have contributed to the lower emissions in China (from reported high rainfall possibly leading to higher hydropower capacity utilisation), and in Europe and the USA, where the combined emissions changes account for 37 % of the lower growth compared to expectations (Friedlingstein et al., 2014).

Using separate projections for China, the USA, and the rest of the world as described in Sect. 2.1.4, we project that the growth in global $CO_2$ emissions from fossil fuels and cement production will be near or slightly below zero in 2015, with a change of $-0.6$ % (range of $-1.6$ % to $+0.5$ %) from 2014 levels. Our method is imprecise and contains several assumptions that could influence the results beyond the given range, and as such is indicative only.

**Table 9.** Actual $CO_2$ emissions from fossil fuels and industry ($E_{FF}$) compared to projections made the previous year based on world GDP (IMF October 2015) and the fossil fuel intensity of GDP ($I_{FF}$) based on subtracting the $CO_2$ and GDP growth rates. The "Actual" values are the latest estimate available, and the "Projected" value for 2015 refers to those presented in this paper. A correction for leap years is applied (Sect. 2.1.3).

| | $E_{FF}$ | | GDP | | $I_{FF}$ | |
| --- | --- | --- | --- | --- | --- | --- |
| | Projected | Actual | Projected | Actual | Projected | Actual |
| 2009[a] | −2.8 % | −0.5 % | −1.1 % | 0.0 % | −1.7 % | −0.5 % |
| 2010[b] | > 3 % | 5.1 % | 4.8 % | 5.4 % | > −1.7 % | −0.3 % |
| 2011[c] | 3.1 ± 1.5 % | 3.4 % | 4.0 % | 4.2 % | −0.9 ± 1.5 % | −0.8 % |
| 2012[d] | 2.6 % (1.9 to 3.5) | 1.3 % | 3.3 % | 3.4 % | −0.7 % | −2.1 % |
| 2013[e] | 2.1 % (1.1 to 3.1) | 1.7 % | 2.9 % | 3.3 % | −0.8 % | −1.6 % |
| 2014[f] | 2.5 % (1.3 to 3.5) | 0.6 % | 3.3 % | 3.4 % | −0.7 % | −2.8 % |
| 2015[g] | −0.6 % (−1.6 to 0.5) | – | 3.1 % | – | −3.7 % | – |

[a] Le Quéré et al. (2009). [b] Friedlingstein et al. (2010). [c] Peters et al. (2013). [d] Le Quéré et al. (2013). [e] Le Quéré et al. (2014).
[f] Friedlingstein et al. (2014) and Le Quéré et al. (2015). [g] This study.

Within the given assumptions, global emissions decrease to $9.7 ± 0.5$ GtC ($35.7 ± 1.8$ GtCO$_2$) in 2015, but are still 59 % above emissions in 1990.

For China, the expected change based largely on available data during January to August (see Sect. 2.1.4) is for a decrease in emissions of −3.9 % (range of −4.6 to −1.1 %) in 2015 compared to 2014. This uncertainty includes a range of −4.6 to −3.2 % considering different adjustments for stocks and no changes in the carbon content of coal, and is based on estimated decreases in apparent coal consumption (−5.3 %) and cement production (−5.0 %) and estimated growth in apparent oil (+3.2 %) and natural gas (+1.4 %) consumption. However, there are additional uncertainties from the carbon content of coal. While China's Energy Statistical Yearbooks indicate declining carbon content over recent years, preliminary data suggest an increase of up to 3 % in 2014. The Chinese government has introduced measures expressly to address the declining quality of coal (which also leads to lower carbon content) by closing lower-quality mines and placing restrictions on the quality of imported coal. Allowing for a similar increase in 2015 (0 to 3 %), we expand the uncertainty range of China's emissions growth to −4.6 to −1.1 %. Finally, China revised its emissions statistics upwards recently, which would affect the absolute value of emissions for China (but not the trend). With a slightly higher global contribution for China, our projection of global emissions "growth" for 2015 would decline further from −0.6 to −0.8 %, a small difference that falls within our uncertainty range.

For the USA, the EIA emissions projection for 2015 combined with cement data from USGS gives a decrease of −1.5 % (range of −5.5 to +0.3 %) compared to 2014. For the rest of the world, the expected growth for 2015 of +1.2 % (range of −0.2 to +2.6 %) is computed using the GDP projection for the world excluding China and the USA of 2.3 % made by the IMF (2015) and a decrease in $I_{FF}$ of

−1.1 % yr$^{-1}$, which is the average from 2005 to 2014. The uncertainty range is based on the standard deviation of the interannual variability in $I_{FF}$ during 2005–2014 of ±1.4 %.

In 2014, the largest contributions to global $CO_2$ emissions were from China (27 %), the USA (15 %), the EU (28 member states; 10 %), and India (7 %), with the percentages compared to the global total including bunker fuels (3.0 %). These four regions account for 59 % of global emissions. Growth rates for these countries from 2013 to 2014 were 1.2 % (China), 0.8 % (USA), −5.8 % (EU28), and 8.6 % (India). The per-capita $CO_2$ emissions in 2014 were 1.3 tC person$^{-1}$ yr$^{-1}$ for the globe, and were 4.8 (USA), 1.9 (China), 1.8 (EU28), and 0.5 tC person$^{-1}$ yr$^{-1}$ (India) for the four highest emitting countries (Fig. 5e).

Territorial emissions in Annex B countries have decreased slightly by 0.1 % yr$^{-1}$ on average from 1990 to 2013, while consumption emissions grew at 0.8 % yr$^{-1}$ to 2007, after which they have declined at 1.5 % yr$^{-1}$ (Fig. 5c). In non-Annex B countries, territorial emissions have grown at 4.4 % yr$^{-1}$, while consumption emissions have grown at 4.1 % yr$^{-1}$. In 1990, 66 % of global territorial emissions were emitted in Annex B countries (34 % in non-Annex B, and 2 % in bunker fuels used for international shipping and aviation), while in 2013 this had reduced to 38 % (58 % in non-Annex B and 3 % in bunker fuels). In terms of consumption emissions this split was 64 % in 1990 and 39 % in 2013 (34 to 55 % in non-Annex B). The difference between territorial and consumption emissions (the net emission transfer via international trade) from non-Annex B to Annex B countries has increased from near zero in 1990 to 0.3 GtC yr$^{-1}$ around 2005 and remained relatively stable between 2006 and 2013 (Fig. 5). The increase in net emission transfers of 0.30 GtC yr$^{-1}$ between 1990 and 2013 compares with the emission reduction of 0.37 GtC yr$^{-1}$ in Annex B countries. These results show the importance of net emission transfer via international trade from non-Annex B to Annex B coun-

tries, and the stabilisation of emissions transfer when averaged over Annex B countries during the past decade. In 2013, the biggest emitters from a consumption perspective were China (23 % of the global total), USA (16 %), EU28 (12 %), and India (6 %).

Based on fire activity, the global $CO_2$ emissions from land-use change are estimated as $1.1 \pm 0.5$ GtC in 2014, similar to the 2005–2014 average of $0.9 \pm 0.5$ GtC yr$^{-1}$ and the DGVM estimate for 2014 of $1.4 \pm 0.5$ GtC yr$^{-1}$. However, the estimated annual variability is not generally consistent between methods, except that all methods estimate that variability in $E_{LUC}$ is small relative to the variability from $S_{LAND}$ (Fig. 6a). This could be partly due to the design of the DGVM experiments, which use flux differences between simulations with and without land-cover change, and thus may overestimate variability, e.g. due to fires in forest regions where the contemporary forest cover is smaller than pre-industrial cover used in the "without land-cover-change" runs. The extrapolated land-cover input data for 2013–2014 in the DGVM may also explain part of the discrepancy.

### 3.2.2   Partitioning

The atmospheric $CO_2$ growth rate was $3.9 \pm 0.2$ GtC in 2014 ($1.83 \pm 0.09$ ppm; Fig. 4; Dlugokencky and Tans, 2015). This is below the 2005–2014 average of $4.4 \pm 0.1$ GtC yr$^{-1}$, though the interannual variability in atmospheric growth rate is large.

The ocean $CO_2$ sink was $2.9 \pm 0.5$ GtC yr$^{-1}$ in 2014, an increase of $0.1$ GtC yr$^{-1}$ over 2013 according to ocean models. Seven of the eight ocean models produce an increase in the ocean $CO_2$ sink in 2014 compared to 2013, with the last model producing a very small reduction. However, of the two data products available over that period, Rödenbeck et al. (2014) produce a decrease of $-0.1$ GtC yr$^{-1}$, while Landschützer et al. (2015) produce an increase of $0.2$ GtC yr$^{-1}$. Thus there is no overall consistency in the annual change in the ocean $CO_2$ sink, although there is an indication of increasing convergence among products for the assessment of multi-year changes, as suggested by the time-series correlations reported in Sect. 2.4.3 (see also Landschützer et al., 2015). A small increase in the ocean $CO_2$ sink in 2014 would be consistent with the observed El Niño neutral conditions and continued rising atmospheric $CO_2$. All estimates suggest an ocean $CO_2$ sink for 2014 that is larger than the 2005–2014 average of $2.6 \pm 0.5$ GtC yr$^{-1}$.

The terrestrial $CO_2$ sink calculated as the residual from the carbon budget was $4.1 \pm 0.9$ GtC in 2014, $1.1$ GtC higher than the $3.0 \pm 0.8$ GtC yr$^{-1}$ averaged over 2005–2014 (Fig. 4). This is among the largest $S_{LAND}$ calculated since 1959, equal to year 2011 (Poulter et al., 2014) and 2011. In contrast to 2011, when La Niña conditions prevailed, and 1991, when the Pinatubo eruption occurred, the large $S_{LAND}$ in 2014 occurred under neutral El Niño conditions. The DGVM mean produced a sink of $3.6 \pm 0.9$ GtC in 2014,

$0.7$ GtC yr$^{-1}$ over the 2005–2014 average (Table 7), smaller but still consistent with observations (Poulter et al., 2014). In the DGVM ensemble, 2014 is the fifth largest $S_{LAND}$, after 1974, 2011, 2004, and 2000. There is no agreement between models and inversions on the regional origin of the 2014 flux anomaly (Fig. 8).

Cumulative emissions for 1870–2014 were $400 \pm 20$ GtC for $E_{FF}$, and $145 \pm 50$ GtC for $E_{LUC}$ based on the bookkeeping method of Houghton et al. (2012) for 1870–1996 and a combination with fire-based emissions for 1997–2014 as described in Sect. 2.2 (Table 10). The cumulative emissions are rounded to the nearest 5 GtC. The total cumulative emissions for 1870–2014 are $545 \pm 55$ GtC. These emissions were partitioned among the atmosphere ($230 \pm 5$ GtC based on atmospheric measurements in ice cores of 288 ppm (Sect. "Global atmospheric $CO_2$ growth rate estimates"; Joos and Spahni, 2008) and recent direct measurements of 397.2 ppm; Dlugokencky and Tans, 2014), ocean ($155 \pm 20$ GtC using Khatiwala et al., 2013, prior to 1959 and Table 8 otherwise), and land ($160 \pm 60$ GtC by the difference).

Cumulative emissions for the early period 1750–1869 were 3 GtC for $E_{FF}$, and about 45 GtC for $E_{LUC}$ (rounded to nearest 5), of which 10 GtC were emitted in the period 1850–1870 (Houghton et al., 2012) and 30 GtC were emitted in the period 1750–1850 based on the average of four publications (22 GtC by Pongratz et al., 2009; 15 GtC by van Minnen et al., 2009; 64 GtC by Shevliakova et al., 2009; and 24 GtC by Zaehle et al., 2011). The growth in atmospheric $CO_2$ during that time was about 25 GtC, and the ocean uptake about 20 GtC, implying a land uptake of 5 GtC. These numbers have large relative uncertainties but balance within the limits of our understanding.

Cumulative emissions for 1750–2014 based on the sum of the two periods above (before rounding to the nearest 5 GtC) were $405 \pm 20$ GtC for $E_{FF}$, and $190 \pm 65$ GtC for $E_{LUC}$, for a total of $590 \pm 70$ GtC, partitioned among the atmosphere ($255 \pm 5$ GtC), ocean ($170 \pm 20$ GtC), and land ($165 \pm 70$ GtC).

Cumulative emissions through to year 2015 can be estimated based on the 2015 projections of $E_{FF}$ (Sect. 3.2), the largest contributor, and assuming a constant $E_{LUC}$ of $0.9$ GtC. For 1870–2015, these are $555 \pm 55$ GtC ($2040 \pm 200$ GtC$CO_2$) for total emissions, with about 75 % contribution from $E_{FF}$ ($410 \pm 20$ GtC) and about 25 % contribution from $E_{LUC}$ ($145 \pm 50$ GtC). Cumulative emissions since year 1870 are higher than the emissions of 515 [445 to 585] GtC reported by the IPCC (Stocker et al., 2013) because they include an additional 43 GtC from emissions in 2012–2015 (mostly from $E_{FF}$). The uncertainty presented here ($\pm 1\sigma$) is smaller than the range of 90 % used by IPCC, but both estimates overlap within their uncertainty ranges.

Table 10. Cumulative $CO_2$ emissions for the periods 1750–2014, 1870–2014, and 1870–2015 in gigatonnes of carbon (GtC). We also provide the 1850–2005 time period used in a number of model evaluation publications. All uncertainties are reported as $\pm 1\sigma$. All values are rounded to the nearest 5 GtC as in Stocker et al. (2013), reflecting the limits of our capacity to constrain cumulative estimates. Thus some columns will not exactly balance because of rounding errors.

| Units of GtC | 1750–2014 | 1850–2005 | 1870–2014 | 1870–2015 |
|---|---|---|---|---|
| Emissions | | | | |
| Fossil fuels and industry ($E_{FF}$) | $405 \pm 20$ | $320 \pm 15$ | $400 \pm 20$ | $410 \pm 20^*$ |
| Land-use-change emissions ($E_{LUC}$) | $190 \pm 65$ | $150 \pm 55$ | $145 \pm 50$ | $145 \pm 50^*$ |
| Total emissions | $590 \pm 70$ | $470 \pm 55$ | $545 \pm 55$ | $555 \pm 55^*$ |
| Partitioning | | | | |
| Atmospheric growth rate ($G_{ATM}$) | $255 \pm 5$ | $195 \pm 5$ | $230 \pm 5$ | |
| Ocean sink ($S_{OCEAN}$) | $170 \pm 20$ | $160 \pm 20$ | $155 \pm 20$ | |
| Residual terrestrial sink ($S_{LAND}$) | $165 \pm 70$ | $115 \pm 60$ | $160 \pm 60$ | |

[*] The extension to year 2015 uses the emissions projections for fossil fuels and industry for 2015 of 9.7 GtC (Sect. 3.2) and assumes a constant $E_{LUC}$ flux (Sect. 2.2).

## 4 Discussion

Each year when the global carbon budget is published, each component for all previous years is updated to take into account corrections that are the result of further scrutiny and verification of the underlying data in the primary input data sets. The updates have generally been relatively small and focused on the most recent years, except for land-use change, where they are more significant but still generally within the provided uncertainty range (Fig. 9). The difficulty in accessing land-cover-change data to estimate $E_{LUC}$ is the key problem to providing continuous records of emissions in this sector. Current FAO estimates are based on statistics reported at the country level and are not spatially explicit. Advances in satellite recovery of land-cover change could help to keep track of land-use change through time (Achard et al., 2014; Harris et al., 2012). Revisions in $E_{LUC}$ for the 2008/2009 budget were the result of the release of FAO (2010), which contained a major update to forest-cover change for the period 2000–2005 and provided the data for the following 5 years to 2010 (Fig. 9b). The differences this year could be attributable to both the different data and the different methods. Updates to values for any given year in each component of the global carbon budget were highest at 0.82 GtC yr$^{-1}$ for the atmospheric growth rate (from a correction to year 1979), 0.24 GtC yr$^{-1}$ for fossil fuels and industry, and 0.52 GtC yr$^{-1}$ for the ocean $CO_2$ sink (from a change from one to multiple models; Fig. 9). The update for the residual land $CO_2$ sink was also large (Fig. 9e), with a maximum value of 0.83 GtC yr$^{-1}$, directly reflecting revisions in other terms of the budget.

Our capacity to separate the carbon budget components can be evaluated by comparing the land $CO_2$ sink estimated through two approaches: (1) the budget residual ($S_{LAND}$), which includes errors and biases from all components, and (2) the land $CO_2$ sink estimate by the DGVM ensemble, which is based on our understanding of processes of how the land responds to increasing $CO_2$, climate, and variability. Furthermore, the inverse model estimates which formally merge observational constraints with process-based models to close the global budget can provide constraints on the total land flux. These estimates are generally close (Fig. 6), both for the mean and for the interannual variability. The annual estimates from the DGVM over 1959 to 2014 correlate with the annual budget residual with $r = 0.71$ (Sect. 2.5.2; Fig. 6). The DGVMs produce a decadal mean and standard deviation across models of $3.0 \pm 0.4$ GtC yr$^{-1}$ for the period 2005–2014, fully consistent with the estimate of $3.0 \pm 0.8$ GtC yr$^{-1}$ produced with the budget residual (Table 7). New insights into total surface fluxes arise from the comparison with the atmospheric inversions, and their regional breakdown already provides a semi-independent way to validate the results. The comparison shows a first-order consistency between inversions and process models but with a lot of discrepancies, particularly for the allocation of the mean land sink between the tropics and the Northern Hemisphere. Understanding these discrepancies and further analysis of regional carbon budgets would provide additional information to quantify and improve our estimates, as has been undertaken by the project REgional Carbon Cycle Assessment and Processes (RECCAP; Canadell et al., 2012–2013).

Annual estimates of each component of the global carbon budgets have their limitations, some of which could be improved with better data and/or better understanding of carbon dynamics. The primary limitations involve resolving fluxes on annual timescales and providing updated estimates for recent years for which data-based estimates are not yet available or only beginning to emerge. Of the various terms in the global budget, only the burning of fossil fuels and atmospheric growth rate terms are based primarily on empirical inputs supporting annual estimates in this carbon budget. The data on fossil fuels and industry are based on sur-



ity have even larger uncertainty, and many of the underlying data are not available as an annual update. Efforts are underway to work with annually available satellite area change data or FAO-reported data in combination with fire data and modelling to provide annual updates for future budgets. The best resolved changes are in atmospheric growth ($G_{ATM}$), fossil fuel emissions ($E_{FF}$), and, by difference, the change in the sum of the remaining terms ($S_{OCEAN} + S_{LAND} - E_{LUC}$). The variations from year-to-year in these remaining terms are largely model-based at this time. Further efforts to increase the availability and use of annual data for estimating the remaining terms with annual to decadal resolution are especially needed.

Our approach also depends on the reliability of the energy and land-cover-change statistics provided at the country level, and are thus potentially subject to biases. Thus it is critical to develop multiple ways to estimate the carbon balance at the global and regional level, including estimates from the inversion of atmospheric $CO_2$ concentration, the use of other oceanic and atmospheric tracers, and the compilation of emissions using alternative statistics (e.g. sectors). It is also important to challenge the consistency of information across observational streams, for example to contrast the coherence of temperature trends with those of $CO_2$ sink trends. Multiple approaches ranging from global to regional scale would greatly help increase confidence and reduce uncertainty in $CO_2$ emissions and their fate.

## 5   Conclusions

The estimation of global $CO_2$ emissions and sinks is a major effort by the carbon cycle research community that requires a combination of measurements and compilation of statistical estimates and results from models. The delivery of an annual carbon budget serves two purposes. First, there is a large demand for up-to-date information on the state of the anthropogenic perturbation of the climate system and its underpinning causes. A broad stakeholder community relies on the data sets associated with the annual carbon budget including scientists, policy makers, businesses, journalists, and the broader society increasingly engaged in adapting to and mitigating human-driven climate change. Second, over the last decade we have seen unprecedented changes in the human and biophysical environments (e.g. increase in the growth of fossil fuel emissions, ocean temperatures, and strength of the land sink), which call for more frequent assessments of the state of the planet, and by implications a better understanding of the future evolution of the carbon cycle, as well as the requirements for climate change mitigation and adaptation. Both the ocean and the land surface presently remove a large fraction of anthropogenic emissions. Any significant change in the function of carbon sinks is of great importance to climate policymaking, as they affect the excess carbon dioxide remaining in the atmosphere and therefore the compati-

**Figure 9.** Comparison of global carbon budget components released annually by GCP since 2006. $CO_2$ emissions from both (a) fossil fuels and industry ($E_{FF}$) and (b) land-use change ($E_{LUC}$), as well as their partitioning among (c) the atmosphere ($G_{ATM}$), (d) the ocean ($S_{OCEAN}$), and (e) the land ($S_{LAND}$). See legend for the corresponding years, with the 2006 carbon budget from Raupach et al. (2007), 2007 from Canadell et al. (2007), 2008 released online only, 2009 from Le Quéré et al. (2009), 2010 from Friedlingstein et al. (2010), 2011 from Peters et al. (2012b), 2012 from Le Quéré et al. (2013), 2013 from Le Quéré et al. (2014), and 2014 from Le Quéré et al. (2015) and this year's budget (2015; this study). The budget year generally corresponds to the year when the budget was first released. All values are in GtC yr$^{-1}$.

vey data in all countries. The other terms can be provided on an annual basis only through the use of models. While these models represent the current state of the art, they provide only simulated changes in primary carbon budget components. For example, the decadal trends in global ocean uptake and the interannual variations associated with El Niño–Southern Oscillation (i.e. ENSO) are not directly constrained by observations, although many of the processes controlling these trends are sufficiently well known that the model-based trends still have value as benchmarks for further validation. Data-based products for the ocean $CO_2$ sink provide new ways to evaluate the model results, and could be used directly as data become more rapidly available and methods for creating such products improve. However, there are still large discrepancies among data-based estimates, in large part due to the lack of routine data sampling, that preclude their direct use for now (see Rödenbeck et al., 2015). Estimates of land-use-change emissions and their year-to-year variabil-

Case No. 1:20-cv-02484-MSK   Document 81-1   filed 05/06/21   USDC Colorado   pg 40 of 391

ble emissions for any climate stabilisation target. Better constraints of carbon cycle models against contemporary data sets raise the capacity for the models to become more accurate at future projections.

This all requires more frequent, robust, and transparent data sets and methods that can be scrutinised and replicated. After 10 annual releases from the GCP, the effort is growing and the traceability of the methods has become increasingly complex. Here, we have documented in detail the data sets and methods used to compile the annual updates of the global carbon budget, explained the rationale for the choices made, the limitations of the information, and finally highlighted the need for additional information where gaps exist.

This paper will help, via "living data", to keep track of new budget updates. The evolution over time of the carbon budget is now a key indicator of the anthropogenic perturbation of the climate system, and its annual delivery joins a set of other climate indicators to monitor the evolution of human-induced climate change, such as the annual updates on the global surface temperature, sea level rise, and minimum Arctic sea ice extent.

C. Le Quéré et al.: Global Carbon Budget 2015

Appendix A

Table A1. Attribution of $fCO_2$ measurements for years 2013–2014 used in addition to SOCAT v3 (Bakker et al., 2014, 2015) to inform ocean data products.

| Vessel | Start date yyyy-mm-dd | End date yyyy-mm-dd | Regions | No. of samples | Principal Investigators | DOI (if available)/comment |
|---|---|---|---|---|---|---|
| Atlantic Companion | 2014-02-21 | 2014-02-26 | North Atlantic | 2462 | Steinhoff, T., M. Becker and A. Körtzinger | |
| Atlantic Companion | 2014-04-26 | 2014-05-02 | North Atlantic | 3036 | Steinhoff, T., M. Becker and A. Körtzinger | |
| Atlantic Companion | 2014-05-31 | 2014-06-04 | North Atlantic | 2365 | Steinhoff, T., M. Becker and A. Körtzinger | |
| Atlantic Companion | 2014-06-16 | 2014-06-22 | North Atlantic | 6124 | Steinhoff, T., M. Becker and A. Körtzinger | |
| Atlantic Companion | 2014-08-27 | 2014-08-30 | North Atlantic | 3963 | Steinhoff, T., M. Becker and A. Körtzinger | |
| Atlantic Companion | 2014-09-28 | 2014-10-04 | North Atlantic | 7239 | Steinhoff, T., M. Becker and A. Körtzinger | |
| Benguela Stream | 2014-07-15 | 2014-07-20 | North Atlantic | 4523 | Schuster, U. | |
| Benguela Stream | 2013-12-28 | 2014-01-05 | North Atlantic, Tropical Atlantic | 6241 | Schuster, U. | |
| Benguela Stream | 2014-01-08 | 2014-01-13 | North Atlantic, Tropical Atlantic | 4400 | Schuster, U. | |
| Benguela Stream | 2014-02-23 | 2014-03-02 | North Atlantic, Tropical Atlantic | 6014 | Schuster, U. | |
| Benguela Stream | 2014-02-23 | 2014-03-02 | North Atlantic, Tropical Atlantic | 5612 | Schuster, U. | |
| Benguela Stream | 2014-04-18 | 2014-04-27 | North Atlantic, Tropical Atlantic | 7376 | Schuster, U. | |
| Benguela Stream | 2014-04-30 | 2014-05-08 | North Atlantic, Tropical Atlantic | 6819 | Schuster, U. | |
| Benguela Stream | 2014-05-17 | 2014-05-25 | North Atlantic, Tropical Atlantic | 6390 | Schuster, U. | |
| Benguela Stream | 2014-06-14 | 2014-06-21 | North Atlantic, Tropical Atlantic | 3397 | Schuster, U. | |
| Benguela Stream | 2014-06-25 | 2014-07-03 | North Atlantic, Tropical Atlantic | 6624 | Schuster, U. | |
| Benguela Stream | 2014-07-23 | 2014-07-31 | North Atlantic, Tropical Atlantic | 6952 | Schuster, U. | |
| Benguela Stream | 2014-11-12 | 2014-11-20 | North Atlantic, Tropical Atlantic | 5043 | Schuster, U. | |
| Benguela Stream | 2014-12-10 | 2014-12-19 | North Atlantic, Tropical Atlantic | 7046 | Schuster, U. | |
| Benguela Stream | 2014-12-10 | 2014-12-19 | North Atlantic, Tropical Atlantic | 7046 | Schuster, U. | |
| Cap Blanche | 2014-02-01 | 2014-02-13 | Tropical Pacific, Southern Ocean | 6148 | Feely, R., C. Cosca, S. Alin and G. Lebon | |
| Cap Blanche | 2014-03-27 | 2014-04-10 | Tropical Pacific, Southern Ocean | 6428 | Feely, R., C. Cosca, S. Alin and G. Lebon | |
| Cap Blanche | 2014-05-23 | 2014-06-05 | Tropical Pacific, Southern Ocean | 6016 | Feely, R., C. Cosca, S. Alin and G. Lebon | |
| Cap Blanche | 2014-07-18 | 2014-07-30 | Tropical Pacific, Southern Ocean | 5394 | Feely, R., C. Cosca, S. Alin and G. Lebon | |
| Cap Blanche | 2014-09-12 | 2014-09-25 | Tropical Pacific, Southern Ocean | 6083 | Feely, R., C. Cosca, S. Alin and G. Lebon | |
| Cap Blanche | 2014-11-13 | 2014-11-26 | Tropical Pacific, Southern Ocean | 5876 | Feely, R., C. Cosca, S. Alin and G. Lebon | |
| Cap Vilano | 2013-02-01 | 2013-02-13 | Tropical Pacific, Southern Ocean | 4709 | Cosca, C., R. Feely, S. Alin and G. Lebon | |
| Cap Vilano | 2013-03-28 | 2013-04-11 | Tropical Pacific, Southern Ocean | 5390 | Cosca, C., R. Feely, S. Alin and G. Lebon | |
| Cap Vilano | 2013-05-24 | 2013-06-06 | Tropical Pacific, Southern Ocean | 5096 | Cosca, C., R. Feely, S. Alin and G. Lebon | |
| Colibri | 2014-07-04 | 2014-07-15 | North Atlantic, Tropical Atlantic | 4853 | Lefèvre, N. and D. Diverrès | |
| Colibri | 2014-08-27 | 2014-09-03 | North Atlantic, Tropical Atlantic | 3881 | Lefèvre, N. and D. Diverrès | |
| Colibri | 2014-09-12 | 2014-09-23 | North Atlantic, Tropical Atlantic | 5940 | Lefèvre, N. and D. Diverrès | |
| Colibri | 2014-10-25 | 2014-11-04 | North Atlantic, Tropical Atlantic | 5725 | Lefèvre, N. and D. Diverrès | |
| Colibri | 2014-07-18 | 2014-07-19 | Tropical Atlantic | 313 | Lefèvre, N. and D. Diverrès | |
| Explorer of the Seas | 2013-06-25 | 2013-06-27 | North Atlantic | 672 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2013-07-06 | 2013-07-11 | North Atlantic | 1496 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2013-07-20 | 2013-07-25 | North Atlantic | 1375 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |

C. Le Quéré et al.: Global Carbon Budget 2015 381

**Table A1.** Continued.

| Vessel | Start date yyyy-mm-dd | End date yyyy-mm-dd | Regions | No. of samples | Principal Investigators | DOI (if available)/comment |
|---|---|---|---|---|---|---|
| Explorer of the Seas | 2013-08-03 | 2013-08-08 | North Atlantic | 1436 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2013-08-17 | 2013-08-22 | North Atlantic | 1138 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-04-08 | 2014-04-09 | North Atlantic | 209 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-04-19 | 2014-04-24 | North Atlantic | 1424 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-05-03 | 2014-05-08 | North Atlantic | 1512 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-05-17 | 2014-05-22 | North Atlantic | 1349 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-05-31 | 2014-06-05 | North Atlantic | 1194 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-06-14 | 2014-06-19 | North Atlantic | 1142 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-06-28 | 2014-07-03 | North Atlantic | 1479 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-07-12 | 2014-07-17 | North Atlantic | 1489 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-07-26 | 2014-07-31 | North Atlantic | 1474 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-08-09 | 2014-08-14 | North Atlantic | 1468 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-08-23 | 2014-08-28 | North Atlantic | 1277 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-08-29 | 2014-09-06 | North Atlantic | 2846 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-09-06 | 2014-09-11 | North Atlantic | 1479 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-09-11 | 2014-09-20 | North Atlantic | 2956 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-09-20 | 2014-09-22 | North Atlantic | 728 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-10-04 | 2014-10-09 | North Atlantic | 1444 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-10-18 | 2014-10-23 | North Atlantic | 1504 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2013-04-02 | 2013-04-07 | North Atlantic, Tropical Atlantic | 1301 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2013-06-27 | 2013-07-06 | North Atlantic, Tropical Atlantic | 3329 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2013-07-11 | 2013-07-20 | North Atlantic, Tropical Atlantic | 3372 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2013-07-25 | 2013-08-03 | North Atlantic, Tropical Atlantic | 3350 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2013-08-08 | 2013-08-17 | North Atlantic, Tropical Atlantic | 3393 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-04-01 | 2014-04-05 | North Atlantic, Tropical Atlantic | 1189 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-04-10 | 2014-04-19 | North Atlantic, Tropical Atlantic | 3297 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-04-24 | 2014-05-03 | North Atlantic, Tropical Atlantic | 2968 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-05-08 | 2014-05-17 | North Atlantic, Tropical Atlantic | 3324 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-05-22 | 2014-05-31 | North Atlantic, Tropical Atlantic | 2850 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-06-05 | 2014-06-14 | North Atlantic, Tropical Atlantic | 3374 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-06-19 | 2014-06-28 | North Atlantic, Tropical Atlantic | 3386 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-07-03 | 2014-07-12 | North Atlantic, Tropical Atlantic | 3397 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-07-17 | 2014-07-26 | North Atlantic, Tropical Atlantic | 3404 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-07-31 | 2014-08-09 | North Atlantic, Tropical Atlantic | 3392 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-08-14 | 2014-08-23 | North Atlantic, Tropical Atlantic | 3307 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-09-25 | 2014-10-04 | North Atlantic, Tropical Atlantic | 2967 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-10-09 | 2014-10-18 | North Atlantic, Tropical Atlantic | 3069 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |

**Table A1.** Continued.

| Vessel | Start date yyyy-mm-dd | End date yyyy-mm-dd | Regions | No. of samples | Principal Investigators | DOI (if available)/comment |
|---|---|---|---|---|---|---|
| Explorer of the Seas | 2014-10-23 | 2014-11-01 | North Atlantic, Tropical Atlantic | 3074 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC.VOS_EXP2014 |
| Explorer of the Seas | 2014-11-01 | 2014-11-11 | North Atlantic, Tropical Atlantic | 1809 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-11-21 | 2014-11-24 | North Atlantic, Tropical Atlantic | 567 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-12-04 | 2014-12-13 | North Atlantic, Tropical Atlantic | 3773 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-12-23 | 2014-12-27 | North Atlantic, Tropical Atlantic | 1516 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-12-27 | 2015-01-04 | North Atlantic, Tropical Atlantic | 1315 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-11-25 | 2014-11-29 | Tropical Atlantic | 1653 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-11-29 | 2014-12-04 | Tropical Atlantic | 1680 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-12-14 | 2014-12-18 | Tropical Atlantic | 899 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Explorer of the Seas | 2014-12-18 | 2014-12-23 | Tropical Atlantic | 1787 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_EXP2014 |
| Finnmaid | 2012-01-13 | 2014-12-31 | North Atlantic | 22 000 | Rehder, G. and M. Glockzin | |
| G.O. Sars | 2014-07-08 | 2014-11-16 | Arctic, North Atlantic | 24 405 | Lauvset, S.K. and I. Skjelvan | |
| Gordon Gunter | 2014-02-20 | 2014-02-26 | North Atlantic | 22 000 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Gordon Gunter | 2014-03-01 | 2014-03-09 | North Atlantic | 3742 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Gordon Gunter | 2014-03-11 | 2014-04-03 | North Atlantic | 8189 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Gordon Gunter | 2014-04-08 | 2014-04-28 | North Atlantic | 7753 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Gordon Gunter | 2014-06-06 | 2014-06-13 | North Atlantic, Tropical Atlantic | 3338 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Gordon Gunter | 2014-07-04 | 2014-07-16 | Tropical Atlantic | 5399 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Gordon Gunter | 2014-07-21 | 2014-07-30 | Tropical Atlantic | 4074 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Henry B. Bigelow | 2014-03-29 | 2014-04-04 | North Atlantic | 2196 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Henry B. Bigelow | 2014-04-11 | 2014-04-25 | North Atlantic | 6651 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Henry B. Bigelow | 2014-05-06 | 2014-05-16 | North Atlantic | 4302 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Henry B. Bigelow | 2014-05-16 | 2014-05-23 | North Atlantic | 3233 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Henry B. Bigelow | 2014-05-27 | 2014-06-01 | North Atlantic | 2085 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Henry B. Bigelow | 2014-06-18 | 2014-07-01 | North Atlantic | 5458 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Henry B. Bigelow | 2014-07-25 | 2014-07-30 | North Atlantic | 2226 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Henry B. Bigelow | 2014-08-05 | 2014-08-16 | North Atlantic | 5231 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Henry B. Bigelow | 2014-09-08 | 2014-09-19 | North Atlantic | 4847 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Henry B. Bigelow | 2014-09-23 | 2014-10-03 | North Atlantic | 4620 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Henry B. Bigelow | 2014-10-07 | 2014-10-23 | North Atlantic | 7736 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| Henry B. Bigelow | 2014-10-28 | 2014-11-13 | North Atlantic | 6615 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_AOML_BIGELOW_ECOAST_2014 |
| James Clark Ross | 2014-03-20 | 2014-04-12 | North Atlantic | 2113 | Kitidis, V. and I. Brown | |
| Laurence M. Gould | 2012-12-31 | 2013-02-06 | Southern Ocean | 10 816 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | accessed from CDIAC on 08/06/2015 |
| Laurence M. Gould | 2013-02-13 | 2013-02-24 | Southern Ocean | 2030 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | accessed from CDIAC on 08/06/2015 |
| Laurence M. Gould | 2013-03-11 | 2013-04-07 | Southern Ocean | 4110 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | accessed from CDIAC on 08/06/2015 |
| Laurence M. Gould | 2013-04-13 | 2013-05-05 | Southern Ocean | 4099 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | accessed from CDIAC on 08/06/2015 |
| Laurence M. Gould | 2013-05-12 | 2013-05-24 | Southern Ocean | 3171 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | accessed from CDIAC on 08/06/2015 |
| Laurence M. Gould | 2013-06-01 | 2013-07-05 | Southern Ocean | 3808 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | accessed from CDIAC on 08/06/2015 |
| Laurence M. Gould | 2013-09-14 | 2013-09-26 | Southern Ocean | 3410 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | accessed from CDIAC on 08/06/2015 |
| Laurence M. Gould | 2013-10-05 | 2013-10-22 | Southern Ocean | 2284 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | accessed from CDIAC on 08/06/2015 |

**Table A1.** Continued.

| Vessel | Start date yyyy-mm-dd | End date yyyy-mm-dd | Regions | No. of samples | Principal Investigators | DOI (if available)/comment |
|---|---|---|---|---|---|---|
| Laurence M. Gould | 2013-10-28 | 2013-11-15 | Southern Ocean | 3788 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | accessed from CDIAC on 08/06/2015 |
| Laurence M. Gould | 2013-11-23 | 2013-12-19 | Southern Ocean | 7535 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | accessed from CDIAC on 08/06/2015 |
| Laurence M. Gould | 2014-01-01 | 2014-02-07 | Southern Ocean | 11 783 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | |
| Laurence M. Gould | 2014-02-14 | 2014-03-16 | Southern Ocean | 5805 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | |
| Laurence M. Gould | 2014-03-22 | 2014-04-03 | Southern Ocean | 1109 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | |
| Laurence M. Gould | 2014-04-09 | 2014-05-10 | Southern Ocean | 3170 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | |
| Laurence M. Gould | 2014-06-23 | 2014-08-21 | Southern Ocean | 3615 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | |
| Laurence M. Gould | 2014-09-14 | 2014-09-26 | Southern Ocean | 2058 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | |
| Laurence M. Gould | 2014-10-08 | 2014-10-20 | Southern Ocean | 1642 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | |
| Laurence M. Gould | 2014-10-28 | 2014-11-22 | Southern Ocean | 6921 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | |
| Laurence M. Gould | 2014-11-28 | 2014-12-20 | Southern Ocean | 6476 | Sweeney, C., T. Takahashi, T. Newberger and D.R. Munro | |
| Marion Dufresne | 2014-01-09 | 2014-02-16 | Indian Ocean, Southern Ocean | 7524 | Metzl, N. and C. Lo Monaco | |
| Mirai | 2012-11-28 | 2013-02-13 | Southern Ocean | 4832 | Murata, A. | |
| Mooring | 2012-08-22 | 2013-07-09 | North Atlantic | 1507 | Sutton, A. | doi:10.3334/CDIAC/OTG.TSM_NH_70W_43N |
| Mooring | 2013-10-04 | 2014-04-29 | North Pacific | 1651 | Sutton, A. | doi:10.3334/CDIAC/otg.TSM_LaPush_125W_48N |
| Mooring | 2012-11-02 | 2013-06-06 | Tropical Pacific | 1257 | Sutton, A. | |
| Mooring | 2013-06-06 | 2013-11-28 | Tropical Pacific | 1415 | Sutton, A. | |
| New Century 2 | 2014-08-11 | 2014-09-08 | North Atlantic, Tropical Atlantic, North Pacific, Tropical Pacific | 2698 | Nakaoka, S. | |
| New Century 2 | 2014-12-12 | 2015-01-12 | North Atlantic, Tropical Atlantic, North Pacific, Tropical Pacific | 1811 | Nakaoka, S. | |
| New Century 2 | 2014-04-11 | 2014-04-26 | North Pacific | 1608 | Nakaoka, S. | |
| New Century 2 | 2014-04-27 | 2014-05-10 | North Pacific | 1442 | Nakaoka, S. | |
| New Century 2 | 2014-05-13 | 2014-05-27 | North Pacific | 1408 | Nakaoka, S. | |
| New Century 2 | 2014-05-28 | 2014-06-09 | North Pacific | 1392 | Nakaoka, S. | |
| New Century 2 | 2014-06-12 | 2014-06-25 | North Pacific | 1220 | Nakaoka, S. | |
| New Century 2 | 2014-06-25 | 2014-07-05 | North Pacific | 1174 | Nakaoka, S. | |
| New Century 2 | 2014-09-10 | 2014-09-24 | North Pacific | 1108 | Nakaoka, S. | |
| New Century 2 | 2014-09-25 | 2014-10-07 | North Pacific | 1004 | Nakaoka, S. | |
| New Century 2 | 2014-10-11 | 2014-10-27 | North Pacific | 1001 | Nakaoka, S. | |
| New Century 2 | 2014-10-28 | 2014-11-09 | North Pacific | 1174 | Nakaoka, S. | |
| New Century 2 | 2014-07-14 | 2014-08-10 | North Pacific, Tropical Pacific | 2167 | Nakaoka, S. | |
| New Century 2 | 2014-11-14 | 2014-12-12 | North Pacific, Tropical Pacific | 2391 | Nakaoka, S. | |
| Nuka Arctica | 2014-07-07 | 2014-07-15 | Arctic, North Atlantic | 2333 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-08-27 | 2014-09-05 | Arctic, North Atlantic | 2607 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-09-08 | 2014-09-18 | Arctic, North Atlantic | 2398 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-01-06 | 2014-01-12 | Arctic, North Atlantic | 2369 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-01-14 | 2014-01-24 | Arctic, North Atlantic | 2728 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-01-24 | 2014-02-01 | Arctic, North Atlantic | 1990 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-02-04 | 2014-02-14 | Arctic, North Atlantic | 2661 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-02-15 | 2014-02-22 | Arctic, North Atlantic | 2030 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-02-26 | 2014-03-05 | Arctic, North Atlantic | 2179 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-03-07 | 2014-03-13 | Arctic, North Atlantic | 2311 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-03-18 | 2014-03-27 | Arctic, North Atlantic | 3262 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-03-29 | 2014-04-05 | Arctic, North Atlantic | 2799 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-04-09 | 2014-04-17 | Arctic, North Atlantic | 3136 | Omar, A., A. Olsen and T. Johannessen | |

C. Le Quéré et al.: Global Carbon Budget 2015

**Table A1.** Continued.

| Vessel | Start date yyyy-mm-dd | End date yyyy-mm-dd | Regions | No. of samples | Principal Investigators | DOI (if available)/comment |
|---|---|---|---|---|---|---|
| Nuka Arctica | 2014-04-18 | 2014-04-25 | Arctic, North Atlantic | 2429 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-05-13 | 2014-05-18 | Arctic, North Atlantic | 1420 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-05-23 | 2014-05-31 | Arctic, North Atlantic | 1191 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-06-11 | 2014-06-12 | Arctic, North Atlantic | 274 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-06-13 | 2014-06-22 | Arctic, North Atlantic | 3077 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-07-26 | 2014-08-05 | Arctic, North Atlantic | 3362 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-08-08 | 2014-08-14 | Arctic, North Atlantic | 2266 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-08-15 | 2014-08-23 | Arctic, North Atlantic | 2483 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-09-20 | 2014-09-28 | Arctic, North Atlantic | 1931 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-09-28 | 2014-10-06 | Arctic, North Atlantic | 769 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-10-08 | 2014-10-16 | Arctic, North Atlantic | 1029 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-10-17 | 2014-10-24 | Arctic, North Atlantic | 1540 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-10-28 | 2014-11-06 | Arctic, North Atlantic | 648 | Omar, A., A. Olsen and T. Johannessen | |
| Nuka Arctica | 2014-11-20 | 2014-11-28 | Arctic, North Atlantic | 1451 | Omar, A., A. Olsen and T. Johannessen | |
| Polarstern | 2014-07-07 | 2014-08-02 | Arctic | 25088 | van Heuven, S. and M. Hoppema | |
| Polarstern | 2014-08-05 | 2014-10-04 | Arctic | 55349 | van Heuven, S. and M. Hoppema | |
| Polarstern | 2014-06-08 | 2014-06-30 | Arctic, North Atlantic | 20871 | van Heuven, S. and M. Hoppema | |
| Polarstern | 2014-03-09 | 2014-04-12 | North Atlantic, Tropical Atlantic, Southern Ocean | 32939 | van Heuven, S. and M. Hoppema | |
| Polarstern | 2014-10-26 | 2014-11-28 | North Atlantic, Tropical Atlantic, Southern Ocean | 30655 | van Heuven, S. and M. Hoppema | |
| Polarstern | 2013-12-21 | 2014-03-04 | Southern Ocean | 69740 | van Heuven, S. and M. Hoppema | |
| Polarstern | 2014-12-03 | 2015-01-31 | Southern Ocean | 28299 | van Heuven, S. and M. Hoppema | |
| Pourquoi Pas? | 2014-05-17 | 2014-06-28 | North Atlantic | 2835 | Padin, X. A. and F.F. Pérez | |
| Reykjafoss | 2013-09-06 | 2013-09-17 | North Atlantic | 3481 | Wanninkhof, R., D. Pierrot and L. Barbero | |
| Reykjafoss | 2013-09-19 | 2013-09-30 | North Atlantic | 3991 | Wanninkhof, R., D. Pierrot and L. Barbero | |
| Reykjafoss | 2013-10-17 | 2013-10-25 | North Atlantic | 2291 | Wanninkhof, R., D. Pierrot and L. Barbero | |
| Reykjafoss | 2013-10-31 | 2013-11-08 | North Atlantic | 2715 | Wanninkhof, R., D. Pierrot and L. Barbero | |
| Ronald H. Brown | 2013-10-20 | 2013-10-30 | Tropical Atlantic | 4608 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_RB_2013 |
| Ronald H. Brown | 2014-02-28 | 2014-03-13 | Tropical Pacific | 6052 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_RB_2014 |
| Santa Cruz | 2014-01-17 | 2014-01-30 | North Atlantic, Tropical Atlantic | 5258 | Lefèvre, N. and D. Diverrès | |
| Santa Cruz | 2014-02-19 | 2014-02-28 | North Atlantic, Tropical Atlantic | 3251 | Lefèvre, N. and D. Diverrès | |
| Simon Stevin | 2014-08-20 | 2014-08-20 | North Atlantic | 31827 | Gkritzalis, T. | |
| Simon Stevin | 2014-08-21 | 2014-08-21 | North Atlantic | 30640 | Gkritzalis, T. | |
| Simon Stevin | 2014-08-22 | 2014-08-22 | North Atlantic | 5382 | Gkritzalis, T. | |
| Simon Stevin | 2014-08-25 | 2014-08-25 | North Atlantic | 508 | Gkritzalis, T. | |
| Simon Stevin | 2014-08-27 | 2014-08-27 | North Atlantic | 28904 | Gkritzalis, T. | |
| Simon Stevin | 2014-08-28 | 2014-08-28 | North Atlantic | 15148 | Gkritzalis, T. | |
| Simon Stevin | 2014-08-29 | 2014-08-29 | North Atlantic | 12492 | Gkritzalis, T. | |
| Simon Stevin | 2014-09-01 | 2014-09-01 | North Atlantic | 21372 | Gkritzalis, T. | |
| Simon Stevin | 2014-09-03 | 2014-09-03 | North Atlantic | 23069 | Gkritzalis, T. | |
| Simon Stevin | 2014-09-08 | 2014-09-08 | North Atlantic | 24445 | Gkritzalis, T. | |
| Simon Stevin | 2014-10-22 | 2014-10-23 | North Atlantic | 28397 | Gkritzalis, T. | |
| Simon Stevin | 2014-10-24 | 2014-10-24 | North Atlantic | 11920 | Gkritzalis, T. | |
| Skogafoss | 2014-03-17 | 2014-04-11 | North Atlantic | 10168 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_SKO2014 |
| Skogafoss | 2014-05-10 | 2014-06-05 | North Atlantic | 11010 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_SKO2014 |

Earth Syst. Sci. Data, 7, 349–396, 2015

www.earth-syst-sci-data.net/7/349/2015/

C. Le Quéré et al.: Global Carbon Budget 2015                                                                385

**Table A1.** Continued.

| Vessel | Start date yyyy-mm-dd | End date yyyy-mm-dd | Regions | No. of samples | Principal Investigators | DOI (if available)/comment |
|---|---|---|---|---|---|---|
| Skogafoss | 2014-06-07 | 2014-06-28 | North Atlantic | 6702 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_SKO2014 |
| Skogafoss | 2014-06-29 | 2014-07-26 | North Atlantic | 7280 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_SKO2014 |
| Skogafoss | 2014-07-27 | 2014-08-21 | North Atlantic | 5528 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_SKO2014 |
| Skogafoss | 2014-08-22 | 2014-09-01 | North Atlantic | 3601 | Wanninkhof, R., D. Pierrot and L. Barbero | doi:10.3334/CDIAC/OTG.VOS_SKO2014 |
| Soyo-maru | 2013-12-08 | 2013-12-19 | North Pacific | 10583 | Ichikawa, T. and T. Ono | |
| Soyo-maru | 2014-02-10 | 2014-02-24 | North Pacific | 15841 | Ichikawa, T. and T. Ono | |
| Soyo-maru | 2014-03-02 | 2014-03-09 | North Pacific | 9589 | Ichikawa, T. and T. Ono | |
| Soyo-maru | 2014-05-10 | 2014-05-18 | North Pacific | 9608 | Ichikawa, T. and T. Ono | |
| Soyo-maru | 2014-05-24 | 2014-06-19 | North Pacific | 29872 | Ichikawa, T. and T. Ono | |
| Soyo-maru | 2014-08-22 | 2014-08-26 | North Pacific | 4162 | Ichikawa, T. and T. Ono | |
| Soyo-maru | 2014-01-24 | 2014-01-30 | North Pacific, Tropical Pacific | 8784 | Ichikawa, T. and T. Ono | |
| Trans Future 5 | 2013-08-26 | 2013-08-27 | North Pacific | 58 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2013-09-27 | 2013-09-27 | North Pacific | 63 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2013-11-04 | 2013-11-05 | North Pacific | 58 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2013-11-08 | 2013-11-09 | North Pacific | 52 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2013-12-16 | 2013-12-16 | North Pacific | 56 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2013-12-20 | 2013-12-20 | North Pacific | 56 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-02-10 | 2014-02-10 | North Pacific | 77 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-02-14 | 2014-02-15 | North Pacific | 41 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-03-24 | 2014-03-25 | North Pacific | 63 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-03-28 | 2014-03-29 | North Pacific | 61 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-05-06 | 2014-05-07 | North Pacific | 73 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-05-09 | 2014-05-09 | North Pacific | 59 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-06-16 | 2014-06-17 | North Pacific | 70 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-06-20 | 2014-06-20 | North Pacific | 61 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-07-28 | 2014-07-29 | North Pacific | 71 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-08-01 | 2014-08-01 | North Pacific | 50 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-09-08 | 2014-09-08 | North Pacific | 55 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-09-12 | 2014-09-12 | North Pacific | 54 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-10-20 | 2014-10-21 | North Pacific | 53 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-10-24 | 2014-10-24 | North Pacific | 55 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-12-01 | 2014-12-01 | North Pacific | 52 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-12-05 | 2014-12-05 | North Pacific | 53 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2013-09-28 | 2013-10-09 | North Pacific, Tropical Pacific | 1118 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2013-11-09 | 2013-11-18 | North Pacific, Tropical Pacific | 1104 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2013-12-21 | 2014-01-02 | North Pacific, Tropical Pacific | 1168 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-02-16 | 2014-02-25 | North Pacific, Tropical Pacific | 1122 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-03-30 | 2014-04-09 | North Pacific, Tropical Pacific | 1121 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-05-10 | 2014-05-19 | North Pacific, Tropical Pacific | 1159 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-06-21 | 2014-07-02 | North Pacific, Tropical Pacific | 1124 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-08-02 | 2014-08-11 | North Pacific, Tropical Pacific | 1142 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-10-25 | 2014-11-04 | North Pacific, Tropical Pacific | 1086 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-12-06 | 2014-12-15 | North Pacific, Tropical Pacific | 1104 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2013-10-23 | 2013-11-03 | North Pacific, Tropical Pacific, Southern Ocean | 1432 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2013-12-03 | 2013-12-15 | North Pacific, Tropical Pacific, Southern Ocean | 1434 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-01-25 | 2014-02-07 | North Pacific, Tropical Pacific, Southern Ocean | 1558 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-03-12 | 2014-03-23 | North Pacific, Tropical Pacific, Southern Ocean | 1451 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-04-24 | 2014-05-05 | North Pacific, Tropical Pacific, Southern Ocean | 1381 | Nakaoka, S and Y. Nojiri | |
| Trans Future 5 | 2014-06-03 | 2014-06-15 | North Pacific, Tropical Pacific, Southern Ocean | 1456 | Nakaoka, S and Y. Nojiri | |

**Table A1.** Continued.

| Vessel | Start date yyyy-mm-dd | End date yyyy-mm-dd | Regions | No. of samples | Principal Investigators | DOI (if available)/comment |
|---|---|---|---|---|---|---|
| Trans Future 5 | 2014-07-16 | 2014-07-27 | North Pacific, Tropical Pacific, Southern Ocean | 1415 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2014-08-27 | 2014-09-07 | North Pacific, Tropical Pacific, Southern Ocean | 1405 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2014-10-06 | 2014-10-19 | North Pacific, Tropical Pacific, Southern Ocean | 1422 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2014-11-18 | 2014-11-29 | North Pacific, Tropical Pacific, Southern Ocean | 809 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2014-09-23 | 2014-10-05 | Southern Ocean | 196 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2013-10-09 | 2013-10-21 | Tropical Pacific, Southern Ocean | 880 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2013-11-19 | 2013-12-01 | Tropical Pacific, Southern Ocean | 921 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2014-01-02 | 2014-01-17 | Tropical Pacific, Southern Ocean | 1000 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2014-02-25 | 2014-03-10 | Tropical Pacific, Southern Ocean | 909 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2014-04-10 | 2014-04-23 | Tropical Pacific, Southern Ocean | 941 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2014-05-20 | 2014-06-01 | Tropical Pacific, Southern Ocean | 910 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2014-07-02 | 2014-07-15 | Tropical Pacific, Southern Ocean | 1027 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2014-08-12 | 2014-08-25 | Tropical Pacific, Southern Ocean | 1040 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2014-11-05 | 2014-11-17 | Tropical Pacific, Southern Ocean | 853 | Nakaoka, S. and Y. Nojiri | |
| Trans Future 5 | 2014-12-16 | 2014-12-30 | Tropical Pacific, Southern Ocean | 939 | Nakaoka, S. and Y. Nojiri | |
| Wakataka-maru | 2014-05-10 | 2014-05-20 | North Pacific | 9360 | Kuwata, A. and K. Tadokoro | |
| Wakataka-maru | 2014-06-05 | 2014-06-11 | North Pacific | 9025 | Kuwata, A. and K. Tadokoro | |
| Walton Smith | 2013-03-31 | 2013-04-18 | North Atlantic, Tropical Atlantic | 8392 | Millero, F. | |
| Walton Smith | 2013-04-19 | 2013-04-28 | North Atlantic, Tropical Atlantic | 4890 | Millero, F. | |
| Walton Smith | 2014-04-28 | 2014-05-25 | North Atlantic, Tropical Atlantic | 12666 | Millero, F. | |
| Walton Smith | 2013-05-25 | 2013-05-27 | Tropical Atlantic | 898 | Millero, F. | |
| Walton Smith | 2013-06-13 | 2013-06-15 | Tropical Atlantic | 1214 | Millero, F. | |
| Walton Smith | 2013-06-20 | 2013-06-27 | Tropical Atlantic | 2883 | Millero, F. | |
| Walton Smith | 2013-07-06 | 2013-07-18 | Tropical Atlantic | 5529 | Millero, F. | |
| Walton Smith | 2013-08-13 | 2013-08-28 | Tropical Atlantic | 7900 | Millero, F. | |
| Walton Smith | 2013-10-08 | 2013-10-09 | Tropical Atlantic | 509 | Millero, F. | |
| Walton Smith | 2013-10-17 | 2013-10-18 | Tropical Atlantic | 707 | Millero, F. | |
| Walton Smith | 2013-12-20 | 2013-12-21 | Tropical Atlantic | 748 | Millero, F. | |
| Walton Smith | 2014-04-22 | 2014-04-22 | Tropical Atlantic | 214 | Millero, F. | |
| Walton Smith | 2014-04-23 | 2014-04-24 | Tropical Atlantic | 657 | Millero, F. | |
| Walton Smith | 2014-04-26 | 2014-04-26 | Tropical Atlantic | 155 | Millero, F. | |

Data availability

The data presented here are made available in the belief that their wide dissemination will lead to greater understanding and new scientific insights of how the carbon cycle works, how humans are altering it, and how we can mitigate the resulting human-driven climate change. The free availability of these data does not constitute permission for publication of the data. For research projects, if the data are essential to the work, or if an important result or conclusion depends on the data, co-authorship may need to be considered. Full contact details and information on how to cite the data are given at the top of each page in the accompanying database, and summarised in Table 2.

The accompanying database includes two Excel files organised in the following spreadsheets (accessible with the free viewer http://www.microsoft.com/en-us/download/details.aspx?id=10):

The file Global_Carbon_Budget_2015.xlsx includes

1. a summary;

2. the global carbon budget (1959–2014);

3. global $CO_2$ emissions from fossil fuels and cement production by fuel type, and the per-capita emissions (1959–2014);

4. $CO_2$ emissions from land-use change from the individual methods and models (1959–2014);

5. ocean $CO_2$ sink from the individual ocean models and data products (1959–2014);

6. terrestrial residual $CO_2$ sink from the DGVMs (1959–2014);

7. additional information on the carbon balance prior to 1959 (1750–2014).

The file National_Carbon_Emissions_2015.xlsx includes

1. a summary;

2. territorial country $CO_2$ emissions from fossil fuels and industry (1959–2014) from CDIAC, extended to 2014 using BP data;

3. territorial country $CO_2$ emissions from fossil fuels and industry (1959–2014) from CDIAC with UNFCCC data overwritten where available, extended to 2014 using BP data;

4. consumption country $CO_2$ emissions from fossil fuels and industry and emissions transfer from the international trade of goods and services (1990–2013) using CDIAC/UNFCCC data (worksheet 3 above) as reference;

5. emissions transfers (consumption minus territorial emissions; 1990–2013);

6. country definitions.

National emissions data are also available from the Global Carbon Atlas (http://globalcarbonatlas.org).

Acknowledgements. We thank all people and institutions who provided the data used in this carbon budget, as well as P. Cadule, C. Enright, J. Ghattas, G. Hurtt, L. Mercado, S. Shu, and S. Jones for support with the model simulations and data analysis, and F. Joos and S. Khatiwala for providing historical data. We thank E. Dlugokencky, who provided the atmospheric and oceanographic $CO_2$ measurements used here, and all those involved in collecting and providing oceanographic data $CO_2$ measurements used here, in particular for the ocean data for years 2013–2014 that are not included in SOCAT v3: M. Becker, A. Körtzinger, S. Alin, G. Lebon, D. Diverrès, R. Wanninkhof, M. Glockzin, I. Skjelvan, I. Brown, C. Sweeney, C. Lo Monaco, A. Omar, T. Johannessen, M. Hoppema, X. A. Padin, T. Ichikawa, A. Kuwata, and K. Tadokoro. We thank the institutions and funding agencies responsible for the collection and quality control of the data included in SOCAT, and the support of the International Ocean Carbon Coordination Project (IOCCP), the Surface Ocean Lower Atmosphere Study (SOLAS), and the Integrated Marine Biogeochemistry, Ecosystem Research programme (IMBER) and UK Natural Environment Research Council (NERC) projects including National Capability, Ocean Acidification, Greenhouse Gases and Shelf Seas Biogeochemistry. We thank W. Peters for CTE2015 model simulations, and all data providers to ObsPack GLOBALVIEWplus v1.0 for atmospheric $CO_2$ observations.

NERC provided funding to C. Le Quéré, R. Moriarty, and the GCP through their International Opportunities Fund specifically to support this publication (NE/I03002X/1). G. P. Peters and R. M. Andrew were supported by the Norwegian Research Council (236296). J. G. Canadell was supported by the Australian Climate Change Science Programme. S. Sitch was supported by EU FP7 for funding through projects LUC4C (GA603542). R. J. Andres was supported by US Department of Energy, Office of Science, Biological and Environmental Research (BER) programmes under US Department of Energy contract DE-AC05-00OR22725. T. A. Boden was supported by US Department of Energy, Office of Science, Biological and Environmental Research (BER) programmes under US Department of Energy contract DE-AC05-00OR22725. J. I. House was supported by the Leverhulme foundation and the EU FP7 through project LUC4C (GA603542). P. Friedlingstein was supported by the EU FP7 for funding through projects LUC4C (GA603542) and EMBRACE (GA282672). A. Arneth was supported by the EU FP7 for funding through LUC4C (603542), and the Helmholtz foundation and its ATMO programme. D. C. E. Bakker was supported by the EU FP7 for funding through project CARBOCHANGE (284879), the UK Ocean Acidification Research Programme (NE/H017046/1; funded by the Natural Environment Research Council, the Department for Energy and Climate Change and the Department for Environment, Food and Rural Affairs). L. Barbero was supported by NOAA's Ocean Acidification Program and acknowledges

support for this work from the National Aeronautics and Space Administration (NASA) ROSES Carbon Cycle Science under NASA grant 13-CARBON13_2-0080. P. Ciais acknowledges support from the European Research Council through Synergy grant ERC-2013-SyG-610028 "IMBALANCE-P". M. Fader was supported by the EU FP7 for funding through project LUC4C (GA603542). J. Hauck was supported by the Helmholtz Postdoc Programme (Initiative and Networking Fund of the Helmholtz Association). R. A. Feely and A. J. Sutton were supported by the Climate Observation Division, Climate Program Office, NOAA, US Department of Commerce. A. K. Jain was supported by the US National Science Foundation (NSF AGS 12-43071) the US Department of Energy, Office of Science and BER programmes (DOE DE-SC0006706) and NASA LCLUC programme (NASA NNX14AD94G). E. Kato was supported by the ERTDF (S-10) from the Ministry of Environment, Japan. K. Klein Goldewijk was supported by the Dutch NWO VENI grant no. 863.14.022. S. K. Lauvset was supported by the project "Monitoring ocean acidification in Norwegian waters" from the Norwegian Ministry of Climate and Environment. V. Kitidis was supported by the EU FP7 for funding through project CARBOCHANGE (264879). C. Koven was supported by the Director, Office of Science, Office of Biological and Environmental Research of the US Department of Energy under contract no. DE-AC02-05CH11231 as part of their Regional and Global Climate Modeling Program. P. Landschützer was supported by GEOCarbon. I. T. van der Lann-Luijkx received financial support from OCW/NWO for ICOS-NL and computing time from NWO (SH-060-13). I. D. Lima was supported by the US National Science Foundation (NSF AGS-1048827). N. Metzl was supported by Institut National des Sciences de l'Univers (INSU) and Institut Paul Emile Victor (IPEV) for OISO cruises. D. R. Munro was supported by the US National Science Foundation (NSF PLR-1341647 and NSF AOAS-0944761). J. E. M. S. Nabel was supported by the German Research Foundation's Emmy Noether Programme (PO1751/1-1) and acknowledges Julia Pongratz and Kim Naudts for their contributions. Y. Nojiri and S. Nakaoka were supported by the Global Environment Research Account for National Institutes (1432) by the Ministry of Environment of Japan. A. Olsen appreciates support from the Norwegian Research Council (SNACS, 229752). F. F. Pérez were supported by BOCATS (CTM2013-41048-P) project co-founded by the Spanish government and the Fondo Europeo de Desarrollo Regional (FEDER). B. Pfeil was supported through the European Union's Horizon 2020 research and innovation programme AtlantOS under grant agreement no. 633211. D. Pierrot was supported by NOAA through the Climate Observation Division of the Climate Program Office. B. Poulter was supported by the EU FP7 for funding through GEOCarbon. G. Rehder was supported by BMBF (Bundesministerium für Bildung und Forschung) through project ICOS, grant no. 01LK1224D. U. Schuster was supported by NERC UKOARP (NE/H017046/1), NERC RAGANRoCC (NE/K002473/1), the European Space Agency (ESA) OceanFlux Evolution project, and EU FP7 CARBOCHANGE (264879). T. Steinhoff was supported by ICOS-D (BMBF FK 01LK1101C) and EU FP7 for funding through project CARBOCHANGE (264879). J. Schwinger was supported by the Research Council of Norway through project EVA (229771), and acknowledges the Norwegian Metacenter for Computational Science (NOTUR, project nn2980k), and the Norwegian Storage Infrastructure (NorStore, project ns2980k)

for supercomputer time and storage resources. T. Takahashi was supported by grants from NOAA and the Comer Education and Science Foundation. B. Tilbrook was supported by the Australian Department of Environment and the Integrated Marine Observing System. B. D. Stocker was supported by the Swiss National Science Foundation and FP7 funding through project EMBRACE (282672). S. van Heuven was supported by the EU FP7 for funding through project CARBOCHANGE (264879). G. R. van der Werf was supported by the European Research Council (280061). A. Wiltshire was supported by the Joint UK DECC/Defra Met Office Hadley Centre Climate Programme (GA01101) and EU FP7 Funding through project LUC4C (603542). S. Zaehle was supported by the European Research Council (ERC) under the European Union's Horizon 2020 research and innovation programme (QUINCY; grant agreement no. 647204). ISAM (PI: Atul K. Jain) simulations were carried out at the National Energy Research Scientific Computing Center (NERSC), which is supported by the US DOE under contract DE-AC02-05CH11231. Contributions from the Scripps Institution of Oceanography were supported under DoE grant DE-SC0012167 and by Schmidt Philanthropies. This is NOAA-PMEL contribution number 4400.

Edited by: D. Carlson

## References

Achard, F. and House, J. I.: Reporting Carbon losses from tropical deforestation with Pan-tropical biomass maps, Environ. Res. Lett., 10, 101002, 2015.

Achard, F., Beuchle, R., Mayaux, P., Stibig, H. J., Bodart, C., Brink, A., Carboni, S., Desclée, B., Donnay, F., and Eva, H.: Determination of tropical deforestation rates and related carbon losses from 1990 to 2010, Glob. Change Biol., 20, 2540–2554, 2014.

Andres, R. J., Fielding, D. J., Marland, G., Boden, T. A., Kumar, N., and Kearney, A. T.: Carbon dioxide emissions from fossil fuel use, 1751–1950, Tellus, 51, 759–765, 1999.

Andres, R. J., Boden, T. A., Bréon, F.-M., Ciais, P., Davis, S., Erickson, D., Gregg, J. S., Jacobson, A., Marland, G., Miller, J., Oda, T., Olivier, J. G. J., Raupach, M. R., Rayner, P., and Treanton, K.: A synthesis of carbon dioxide emissions from fossil-fuel combustion, Biogeosciences, 9, 1845–1871, doi:10.5194/bg-9-1845-2012, 2012.

Andres, R. J., Boden, T., and Higdon, D.: A new evaluation of the uncertainty associated with CDIAC estimates of fossil fuel carbon dioxide emission, Tellus B, 66, 23616, doi:10.3402/tellusb.v66.23616, 2014.

Andrew, R. M. and Peters, G. P.: A multi-region input-output table based on the Global Trade Analysis Project Database (GTAP-MRIO), Economic Systems Research, 25, 99–121, 2013.

Archer, D., Eby, M., Brovkin, V., Ridgwell, A., Cao, L., Mikolajewicz, U., Caldeira, K., Munhoven, G., Montenegro, A., and Tokos, K.: Atmospheric Lifetime of Fossil Fuel Carbon Dioxide, Annu. Rev. Earth Pl. Sc., 37, 117–134, 2009.

Arora, V. and Boer, G.: A parameterization of leaf phenology for the terrestrial ecosystem component of climate models, Glob. Change Biol., 11, 39–59, 2005.

Assmann, K. M., Bentsen, M., Segschneider, J., and Heinze, C.: An isopycnic ocean carbon cycle model, Geosci. Model Dev., 3, 143–167, doi:10.5194/gmd-3-143-2010, 2010.

Atlas, R., Hoffman, R. N., Ardizzone, J., Leidner, S. M., Jusem, J. C., Smith, D. K., and Gombos, D.: A cross-calibrated, multiplatform ocean surface wind velocity product for meteorological and oceanographic applications, B. Amer. Meteorol. Soc., 92, 157–174, 2011.

Aumont, O. and Bopp, L.: Globalizing results from ocean in situ iron fertilization studies, Global Biogeochem. Cy., 20, GB2017, doi:10.1029/2005GB002591, 2006.

Baccini, A., Goetz, S. J., Walker, W. S., Laporte, N. T., Sun, M., Sulla-Menashe, D., Hackler, J., Beck, P. S. A., Dubayah, R., Friedl, M. A., Samanta, S., and Houghton, R. A.: Estimated carbon dioxide emissions from tropical deforestation improved by carbon-density maps, Nature Clim. Change, 2, 182–186, 2012.

Bakker, D. C. E., Pfeil, B., Smith, K., Hankin, S., Olsen, A., Alin, S. R., Cosca, C., Harasawa, S., Kozyr, A., Nojiri, Y., O'Brien, K. M., Schuster, U., Telszewski, M., Tilbrook, B., Wada, C., Akl, J., Barbero, L., Bates, N. R., Boutin, J., Bozec, Y., Cai, W.-J., Castle, R. D., Chavez, F. P., Chen, L., Chierici, M., Currie, K., de Baar, H. J. W., Evans, W., Feely, R. A., Fransson, A., Gao, Z., Hales, B., Hardman-Mountford, N. J., Hoppema, M., Huang, W.-J., Hunt, C. W., Huss, B., Ichikawa, T., Johannessen, T., Jones, E. M., Jones, S. D., Jutterström, S., Kitidis, V., Körtzinger, A., Landschützer, P., Lauvset, S. K., Lefèvre, N., Manke, A. B., Mathis, J. T., Merlivat, L., Metzl, N., Murata, A., Newberger, T., Omar, A. M., Ono, T., Park, G.-H., Paterson, K., Pierrot, D., Ríos, A. F., Sabine, C. L., Saito, S., Salisbury, J., Sarma, V. V. S. S., Schlitzer, R., Sieger, R., Skjelvan, I., Steinhoff, T., Sullivan, K. F., Sun, H., Sutton, A. J., Suzuki, T., Sweeney, C., Takahashi, T., Tjiputra, J., Tsurushima, N., van Heuven, S. M. A. C., Vandemark, D., Vlahos, P., Wallace, D. W. R., Wanninkhof, R., and Watson, A. J.: An update to the Surface Ocean CO$_2$ Atlas (SOCAT version 2), Earth Syst. Sci. Data, 6, 69–90, doi:10.5194/essd-6-69-2014, 2014.

Bakker, D. C. E., Pfeil, B., Smith, K., Harasawa, S., Landa, C., Nakaoka, S., Nojiri, Y., Metzl, N., O'Brien, K. M., Olsen, A., Schuster, U., Tilbrook, B., Wanninkhof, R., Alin, S. R., Barbero, L., Bates, N. R., Bianchi, A. A., Bonou, F., Boutin, J., Bozec, Y., Burger, E., Cai, W.-J., Castle, R. D., Chen, L., Chierici, M., Cosca, C., Currie, K., Evans, W., Featherstone, C., Feely, R. A., Fransson, A., Greenwood, N., Gregor, L., Hankin, S., Hardman-Mountford, N. J., Harlay, J., Hauck, J., Hoppema, M., Humphreys, M., Hunt, C. W., Ibánhez, J. S. P., Johannessen, T., Jones, S. D., Keeling, R., Kitidis, V., Körtzinger, A., Kozyr, A., Krasakopolou, E., Kuwata, A., Landschtzer, P., Lauvset, S. K., Lefèvre, N., Lo Monaco, C., Manke, A. B., Mathis, J. T., Merlivat, L., Monteiro, P., Munro, D., Murata, A., Newberger, T., Omar, A. M., Ono, T., Paterson, K., Pierrot, D., Robbins, L. L., Sabine, C. L., Saito, S., Salisbury, J., Schneider, B., Schlitzer, R., Sieger, R., Skjelvan, I., Steinhoff, T., Sullivan, K. F., Sutherland, S. C., Sutton, A. J., Sweeney, C., Tadokoro, K., Takahashi, T., Telszewski, M., van Heuven, S. M. A. C., Vandemark, D., Wada, C., Ward, B., and Watson, A. J.: A 58-year record of high quality data in version 3 of the Surface Ocean CO$_2$ Atlas (SOCAT), Earth Syst. Sci. Data Discuss., in preparation, 2015.

Ballantyne, A. P., Alden, C. B., Miller, J. B., Tans, P. P., and White, J. W. C.: Increase in observed net carbon dioxide uptake by land and oceans during the last 50 years, Nature, 488, 70–72, 2012.

Ballantyne, A. P., Andres, R., Houghton, R., Stocker, B. D., Wanninkhof, R., Anderegg, W., Cooper, L. A., DeGrandpre, M., Tans,

P. P., Miller, J. B., Alden, C., and White, J. W. C.: Audit of the global carbon budget: estimate errors and their impact on uptake uncertainty, Biogeosciences, 12, 2565–2584, doi:10.5194/bg-12-2565-2015, 2015.

Bauer, J. E., Cai, W.-J., Raymond, P. A., Bianchi, T. S., Hopkinson, C. S., and Regnier, P. A. G.: The changing carbon cycle of the coastal ocean, Nature, 504, 61–70, 2013.

Best, M. J., Pryor, M., Clark, D. B., Rooney, G. G., Essery, R .L. H., Ménard, C. B., Edwards, J. M., Hendry, M. A., Porson, A., Gedney, N., Mercado, L. M., Sitch, S., Blyth, E., Boucher, O., Cox, P. M., Grimmond, C. S. B., and Harding, R. J.: The Joint UK Land Environment Simulator (JULES), model description – Part 1: Energy and water fluxes, Geosci. Model Dev., 4, 677–699, doi:10.5194/gmd-4-677-2011, 2011.

Biemans, H., Haddeland, I., Kabat, P., Ludwig, F., Hutjes, R. W. A., Heinke, J., von Bloh, W., and Gerten, D.: Impact of reservoirs on river discharge and irrigation water supply during the 20th century, Water Resour. Res., 47, W03509, doi:10.5194/2009WR008929, 2011.

Boden, T. A., Marland, G., and Andres, R. J.: Global, Regional, and National Fossil-Fuel CO$_2$ Emissions, Oak Ridge National Laboratory, US Department of Energy, Oak Ridge, Tenn., USA, 2013.

Boden, T. A., Marland, G., and Andres, R. J.: Global, Regional, and National Fossil-Fuel CO$_2$ Emissions, Oak Ridge National Laboratory, US Department of Energy, Oak Ridge, Tenn., USA, 2015.

Bondeau, A., Smith, P., Zaehle, S., Schaphoff, S., Lucht, W., Cramer, W., Gerten, D., Lotze-Campen, H., Müller, C., Reichstein, M., and Smith, B.: Modelling the role of agriculture for the 20th century global terrestrial carbon balance, Glob. Change Biol., 13, 1–28, 2007.

BP: Statistical Review of World Energy 2015, available at: http://www.bp.com/en/global/corporate/about-bp/energy-economics/statistical-review-of-world-energy.html, last access: 5 October 2015.

Bruno, M. and Joos, F.: Terrestrial carbon storage during the past 200 years: A monte carlo analysis of CO$_2$ data from ice core and atmospheric measurements, Global Biogeochem. Cy., 11, 111–124, 1997.

Buitenhuis, E. T., Rivkin, R. B., Sailley, S., and Le Quéré, C.: Biogeochemical fluxes through microzooplankton, Global Biogeochem. Cy., 24, Gb4015, doi:10.1029/2009gb003601, 2010.

Canadell, J., Ciais, P., Sabine, C., and Joos, F. (Eds.): REgional Carbon Cycle Assessment and Processes (RECCAP), Biogeosciences, http://www.biogeosciences.net/special_issue107.html, 2012–2013.

Canadell, J. G., Le Quéré, C., Raupach, M. R., Field, C. B., Buitenhuis, E. T., Ciais, P., Conway, T. J., Gillett, N. P., Houghton, R. A., and Marland, G.: Contributions to accelerating atmospheric CO$_2$ growth from economic activity, carbon intensity, and efficiency of natural sinks, P. Natl. Acad. Sci. USA, 104, 18866–18870, 2007.

www.earth-syst-sci-data.net/7/349/2015/

Earth Syst. Sci. Data, 7, 349–396, 2015

Chevallier, F.: On the statistical optimality of $CO_2$ atmospheric inversions assimilating $CO_2$ column retrievals, Atmos. Chem. Phys., 15, 11133–11145, doi:10.5194/acp-15-11133-2015, 2015.

Chevallier, F., Fisher, M., Peylin, P., Serrar, S., Bousquet, P., Bréon, F.-M., Chédin, A., and Ciais, P.: Inferring $CO_2$ sources and sinks from satellite observations: Method and application to TOVS data, J. Geophys. Res., D24309, doi:10.1029/2005JD006390, 2005.

China Coal Industry Association: Economic performance of coal in the first half of 2015, available at: http://www.coalchina.org.cn/detail/15/07/30/00000027/content.html, last access: July 2015 (in Chinese).

China Coal Resource: Economic performance of China's coal industry in the first 8 months of the year, available at: http://www.sxcoal.com/coal/4237319/articlenew.html (last access: 16 September 2015), 2015 (in Chinese).

Ciais, P., Sabine, C., Govindasamy, B., Bopp, L., Brovkin, V., Canadell, J., Chhabra, A., DeFries, R., Galloway, J., Heimann, M., Jones, C., Le Quéré, C., Myneni, R., Piao, S., and Thornton, P.: Chapter 6: Carbon and Other Biogeochemical Cycles, in: Climate Change 2013 The Physical Science Basis, edited by: Stocker, T., Qin, D., and Platner, G.-K., Cambridge University Press, Cambridge, 2013.

Clark, D. B., Mercado, L. M., Sitch, S., Jones, C. D., Gedney, N., Best, M. J., Pryor, M., Rooney, G. G., Essery, R. L. H., Blyth, E., Boucher, O., Harding, R. J., Huntingford, C., and Cox, P. M.: The Joint UK Land Environment Simulator (JULES), model description – Part 2: Carbon fluxes and vegetation dynamics, Geosci. Model Dev., 4, 701–722, doi:10.5194/gmd-4-701-2011, 2011.

Danabasoglu, G., Yeager, S. G., Bailey, D., Behrens, E., Bentsen, M., Bi, D., Biastoch, A., Böning, C., Bozec, A., Canuto, V. M., Cassou, C., Chassignet, E., Coward, A. C., Danilov, S., Diansky, N., Drange, H., Farneti, R., Fernandez, E., Fogli, P. G., Forget, G., Fujii, Y., Griffies, S. M., Gusev, A., Heimbach, P., Howard, A., Jung, T., Kelley, M., Large, W.G., Leboissetier, A., Lu, J., Madec, G., Marsland, S.J., Masina, S., Navarra, A., Nurser, A. J. G., Pirani, A., Salas y Mélia, D., Samuels, B. L., Scheinert, M., Sidorenko, D., Treguier, A.-M., Tsujino, H., Uotila, P., Valcke, S., Voldoire, A., and Wangi, Q.: North Atlantic simulations in Coordinated Ocean-ice Reference Experiments phase II (CORE-II). Part I: Mean states, Ocean Model., 73, 76–107, 2014.

Davis, S. J. and Caldeira, K.: Consumption-based accounting of $CO_2$ emissions, P. Natl. Acad. Sci., 107, 5687–5692, 2010.

Davis, S. J., Peters, G. P., and Caldeira, K.: The supply chain of $CO_2$ emissions, P. Natl. Acad. Sci., 108, 18554–18559, 2011.

Denman, K. L., Brasseur, G., Chidthaisong, A., Ciais, P., Cox, P. M., Dickinson, R. E., Hauglustaine, D., Heinze, C., Holland, E., Jacob, D., Lohmann, U., Ramachandran, S., Leite da Silva Dias, P., Wofsy, S. C., and Zhang, X.: Couplings Between Changes in the Climate System and Biogeochemistry, Intergovernmental Panel on Climate Change, 978-0-521-70596-7, 499–587, 2007.

Dietzenbacher, E., Pei, J., and Yang, C.: Trade, production fragmentation, and China's carbon dioxide emissions, J. Environ. Econ. Manag., 2012, 88–101, 2012.

Dlugokencky, E. and Tans, P.: Trends in atmospheric carbon dioxide, National Oceanic & Atmospheric Administration, Earth System Research Laboratory (NOAA/ESRL), available at: http://www.esrl.noaa.gov/gmd/ccgg/trends, last access: 8 August 2014.

Dlugokencky, E. and Tans, P.: Trends in atmospheric carbon dioxide, National Oceanic & Atmospheric Administration, Earth System Research Laboratory (NOAA/ESRL), available at: http://www.esrl.noaa.gov/gmd/ccgg/trends, last access: 7 October 2015.

Doney, S. C., Lima, I., Feely, R. A., Glover, D. M., Lindsay, K., Mahowald, N., Moore, J. K., and Wanninkhof, R.: Mechanisms governing interannual variability in upper-ocean inorganic carbon system and air–sea $CO_2$ fluxes: Physical climate and atmospheric dust, Deep-Sea Res. Pt. II, 56, 640-655, 2009.

Durant, A. J., Le Quéré, C., Hope, C., and Friend, A. D.: Economic value of improved quantification in global sources and sinks of carbon dioxide, Philos. T. R. Soc. A, 269, 1967–1979, 2010.

Earles, J. M., Yeh, S., and Skog, K. E.: Timing of carbon emissions from global forest clearance, Nature Clim. Change, 2, 682–685, 2012.

El-Masri, B., Barman, R., Meiyappan, P., Song, Y., Liang, M., and Jain, A. K.: Carbon dynamics in the Amazonian Basin: Integration of eddy covariance and ecophysiological data with a land surface model, Agr. Forest Meteorol., 182–183, 156–167, 2013.

Erb, K.-H., Kastner, T., Luyssaert, S., Houghton, R. A., Kuemmerle, T., Olofsson, P., and Haberl, H.: Bias in the attribution of forest carbon sinks, Nature Clim. Change, 3, 854–856, 2013.

Etheridge, D. M., Steele, L. P., Langenfelds, R. L., and Francey, R. J.: Natural and anthropogenic changes in atmospheric $CO_2$ over the last 1000 years from air in Antarctic ice and firn, J. Geophys. Res., 101, 4115–4128, 1996.

Fader, M., Rost, S., Müller, C., Bondeau, A., and Gerten, D.: Virtual water content of temperate cereals and maize: Present and potential future patterns, J. Hydrol., 384, 218–231, 2010.

FAO: Global Forest Resource Assessment 2010, 378 pp., 2010.

FAOSTAT: Food and Agriculture Organization Statistics Division, available at: http://faostat.fao.org/2010 (last access: October 2012), 2010.

Federici, S., Tubiello, F. N., Salvatore, M., Jacobs, H., and Schmidhuber, J.: New estimates of $CO_2$ forest emissions and removals: 1990–2015, Forest Ecol. Manag., 352, 89–98, 2015.

Francey, R. J., Trudinger, C. M., van der Schoot, M., Law, R. M., Krummel, P. B., Langenfelds, R. L., Steele, L. P., Allison, C. E., Stavert, A. R., Andres, R. J., and Rodenbeck, C.: Reply to "Anthropogenic $CO_2$ emissions", Nature Clim. Change, 3, 604–604, 2013.

Friedlingstein, P., Andrew, R. M., Rogelj, J., Peters, G. P., Canadell, J. G., Knutti, R., Luderer, G., Raupach, M. R., Schaeffer, M., van Vuuren, D. P., and Le Quéré, C.: Persistent growth of $CO_2$ emissions and implications for reaching climate targets, Nat. Geosci., 7, 709–715, doi:10.1038/ngeo2248, 2014.

Friedlingstein, P., Houghton, R. A., Marland, G., Hackler, J., Boden, T. A., Conway, T. J., Canadell, J. G., Raupach, M. R., Ciais, P., and Le Quéré, C.: Update on $CO_2$ emissions, Nat. Geosci., 3, 811–812, 2010.

Friend, A. D.: Terrestrial Plant Production and Climate Change, J. Exp. Bot., 61, 1293–1309, 2010.

Gasser, T. and Ciais, P.: A theoretical framework for the net land-to-atmosphere $CO_2$ flux and its implications in the definition of "emissions from land-use change", Earth Syst. Dynam., 4, 171–186, doi:10.5194/esd-4-171-2013, 2013.

GCP: The Global Carbon Budget 2007, available at: http://lgmacweb.env.uea.ac.uk/lequere/co2/2007/carbon_budget_2007.htm (last access: November 2013), 2007.

General Administration of Customs of the People's Republic of China: China's major exports by quantity and RMB value, August 2015, available at: http://www.customs.gov.cn/publish/portal0/tab49666/info772246.htm, last access: October 2015 (in Chinese).

General Administration of Customs of the People's Republic of China: China's major imports by quantity and RMB value, August 2015, available at: http://www.customs.gov.cn/publish/portal0/tab49666/info772245.htm, last access: October 2015 (in Chinese).

Giglio, L., Randerson, J., and van der Werf, G.: Analysis of daily, monthly, and annual burned area using the fourth-generation global fire emissions database (GFED4), J. Geophys. Res.-Biogeo., 118, 317–328, doi:10.1002/jgrg.20042, 2013.

Gitz, V. and Ciais, P.: Amplifying effects of land-use change on future atmospheric $CO_2$ levels, Global Biogeochem. Cy., 17, 1024, doi:10.1029/2002GB001963, 2003.

Goll, D. S., Brovkin, V., Liski, J., Raddatz, T., Thum, T., and Todd-Brown, K. E. O.: Strong dependence of $CO_2$ emissions from anthropogenic land cover change on initial land cover and soil carbon parametrization, Global Biogeochem. Cy., 29, 1511–1523, doi:10.1002/2014GB004988, 2015.

Green, F. and Stern, N.: China's "new normal": structural change, better growth, and peak emissions, Policy report, Centre for Climate Change Economics and Policy (CCCEP), University of Leeds, 2015.

Gregg, J. S., Andres, R. J., and Marland, G.: China: Emissions pattern of the world leader in $CO_2$ emissions from fossil fuel consumption and cement production, Geophys. Res. Lett., 35, L08806, doi:10.1029/2007GL032887, 2008.

Hansen, M., Potapov, P., and Moore, R.: High-resolution global maps of 21st century forest cover change, Science, 342, 850–853, 2013.

Hansis, E., Davis, S. J., and Pongratz, J.: Relevance of methodological choices for accounting of land use change carbon fluxes, Global Biogeochem. Cy., 29, 1230–1246, 2015.

Harris, I., Jones, P. D., Osborn, T. J., and Lister, D. H.: Updated high-resolution grids of monthly climatic observations – the CRU TS3.10 Dataset, Int. J. Climatol., 34, 623–642, 2015.

Harris, N., Brown, S., and Hagen, S. C.: Baseline map of carbon emissions from deforestation in tropical regions, Science, 336, 1573–1576, 2012.

Hauck, J., Völker, C., Wang, T., Hoppema, M., Losch, M., and Wolf-Gladrow, D. A.: Seasonally different carbon flux changes in the Southern Ocean in response to the southern annular mode, Global Biogeochem. Cy., 27, 1236–1245, 2013.

Hertwich, E. G. and Peters, G. P.: Carbon Footprint of Nations: A Global, Trade-Linked Analysis, Environ. Sci. Technol., 43, 6414–6420, 2009.

Houghton, R. A.: Revised estimates of the annual net flux of carbon to the atmosphere from changes in land use and land management 1850–2000, Tellus B, 55, 378–390, 2003.

Houghton, R. A., House, J. I., Pongratz, J., van der Werf, G. R., DeFries, R. S., Hansen, M. C., Le Quéré, C., and Ramankutty, N.: Carbon emissions from land use and land-cover change, Biogeosciences, 9, 5125–5142, doi:10.5194/bg-9-5125-2012, 2012.

Hourdin, F., Musat, I., Bony, S., Braconnot, P., Codron, F., Dufresne, J.-L., Fairhead, L., Filiberti, M.-A., Freidlingstein, P., Grandpeix, J.-Y., Krinner, G., LeVan, P., Li, Z.-X., and Lott, F.: The LMDZ4 general circulation model: climate performance and sensitivity to parametrized physics with emphasis on tropical convection, Clim. Dynam., 27, 787–813, 2006.

Hurtt, G. C., Chini, L. P., Frolking, S., Betts, R. A., Feddema, J., Fischer, G., Fisk, J. P., Hibbard, K., Houghton, R. A., Janetos, A., Jones, C. D., Kindermann, G., Kinoshita, T., Klein Goldewijk, K., Riahi, K., Shevliakova, E., Smith, S., Stehfest, E., Thomson, A., Thornton, P., van Vuuren, D. P., and Wang, Y. P.: Harmonization of land-use scenarios for the period 1500–2100: 600 years of global gridded annual land-use transitions, wood harvest, and resulting secondary lands, Climatic Change, 109, 117–161, 2011.

IEA/OECD: $CO_2$ emissions from fuel combustion highlights, Paris, International Energy Agency, 2014.

Ilyina, T., Six, K., Segschneider, J., Maier-Reimer, E., Li, H., and Núñez-Riboni, I.: The global ocean biogeochemistry model HAMOCC: Model architecture and performance as component of the MPI-Earth System Model in different CMIP5 experimental realizations, Journal of Advances in Modeling Earth Systems, 5, 287–315, 2013.

IMF: World Economic Outlook of the International Monetary Fund, available at: http://www.imf.org/external/ns/cs.aspx?id=_29, last access: 9 October 2015.

Inomata, S. and Owen, A.: COMPARATIVE EVALUATION OF MRIO DATABASES, Economic Systems Research, 26, 239–244, 2014.

Ito, A. and Inatomi, M.: Use of a process-based model for assessing the methane budgets of global terrestrial ecosystems and evaluation of uncertainty, Biogeosciences, 9, 759–773, doi:10.5194/bg-9-759-2012, 2012.

Jackson, R. B., Canadell, J. G., Le Quéré, C., Andrew, R. M., Korsbakken, J. I., Peters, G. P., and Nakicenovic, N.: Reaching Peak Emissions, Nature Clim. Change, doi:10.1038/nclimate2892, online first, 2015.

Jacobson, A. R., Mikaloff Fletcher, S. E., Gruber, N., Sarmiento, J. L., and Gloor, M.: A joint atmosphere-ocean inversion for surface fluxes of carbon dioxide: 1. Methods and global-scale fluxes, Global Biogeochem. Cy., 21, GB1019, doi:10.1029/2005GB002556, 2007.

Jain, A. K., West, T., Yang, X., and Post, W.: Assessing the Impact of Changes in Climate and $CO_2$ on Potential Carbon Sequestration in Agricultural Soils, Geophys. Res. Lett., 32, L19711, doi:10.1029/2005GL023922, 2005.

Jain, A. K., Meiyappan, P., Song, Y., and House, J. I.: $CO_2$ Emissions from Land-Use Change Affected More by Nitrogen Cycle, than by the Choice of Land Cover Data, Glob. Change Biol., 9, 2893–2906, 2013.

Joos, F. and Spahni, R.: Rates of change in natural and anthropogenic radiative forcing over the past 20,000 years, P. Natl. Acad. Sci., 105, 1425–1430, 2008.

Karstensen, J., Peters, G. P., and Andrew, R. M.: Uncertainty in temperature response of current consumption-based emissions estimates, Earth Syst. Dynam., 6, 287–309, doi:10.5194/esd-6-287-2015, 2015.

Kato, E., Kinoshita, T., Ito, A., Kawamiya, M., and Yamagata, Y.: Evaluation of spatially explicit emission scenario of land-use

change and biomass burning using a process-based biogeochemical model, Journal of Land Use Science, 8, 104–122, 2013.

Keeling, C. D., Bacastow, R. B., Bainbridge, A. E., Ekdhal, C. A., Guenther, P. R., and Waterman, L. S.: Atmospheric carbon dioxide variations at Mauna Loa Observatory, Hawaii, Tellus, 28, 538–551, 1976.

Keeling, R. F., Manning, A. C., and Dubey, M. K.: The atmospheric signature of carbon capture and storage, Philos. T. R. Soc. A, 369, 2113–2132, 2011.

Khatiwala, S., Primeau, F., and Hall, T.: Reconstruction of the history of anthropogenic $CO_2$ concentrations in the ocean, Nature, 462, 346–350, 2009.

Khatiwala, S., Tanhua, T., Mikaloff Fletcher, S., Gerber, M., Doney, S. C., Graven, H. D., Gruber, N., McKinley, G. A., Murata, A., Ríos, A. F., and Sabine, C. L.: Global ocean storage of anthropogenic carbon, Biogeosciences, 10, 2169–2191, doi:10.5194/bg-10-2169-2013, 2013.

Kirschke, S., Bousquet, P., Ciais, P., Saunois, M., Canadell, J. G., Dlugokencky, E. J., Bergamaschi, P., Bergmann, D., Blake, D. R., Bruhwiler, L., Cameron Smith, P., Castaldi, S., Chevallier, F., Feng, L., Fraser, A., Heimann, M., Hodson, E. L., Houweling, S., Josse, B., Fraser, P. J., Krummel, P. B., Lamarque, J., Langenfelds, R. L., Le Quéré, C., Naik, V., O'Doherty, S., Palmer, P. I., Pison, I., Plummer, D., Poulter, B., Prinn, R. G., Rigby, M., Ringeval, B., Santini, M., Schmidt, M., Shindell, D. T., Simpson, I. J., Spahni, R., Steele, L. P., Strode, S. A., Sudo, K., Szopa, S., van der Werf, G. R., Voulgarakis, A., van Weele, M., Weiss, R. F., Williams, J. E., and Zeng, G.: Three decades of global methane sources and sinks, Nat. Geosci., 6, 813–823, 2013.

Klein Goldewijk, K., Beusen, A., van Drecht, G., and de Vos, M.: The HYDE 3.1 spatially explicit database of human-induced global land-use change over the past 12,000 years, Global Ecol. Biogeogr., 20, 73–86, 2011.

Krinner, G., Viovy, N., de Noblet, N., Ogée, J., Friedlingstein, P., Ciais, P., Sitch, S., Polcher, J., and Prentice, I. C.: A dynamic global vegetation model for studies of the coupled atmosphere-biosphere system, Global Biogeochem. Cy., 19, 1–33, 2005.

Lamarque, J.-F., Bond, T. C., Eyring, V., Granier, C., Heil, A., Klimont, Z., Lee, D., Liousse, C., Mieville, A., Owen, B., Schultz, M. G., Shindell, D., Smith, S. J., Stehfest, E., Van Aardenne, J., Cooper, O. R., Kainuma, M., Mahowald, N., McConnell, J. R., Naik, V., Riahi, K., and van Vuuren, D. P.: Historical (1850–2000) gridded anthropogenic and biomass burning emissions of reactive gases and aerosols: methodology and application, Atmos. Chem. Phys., 10, 7017–7039, doi:10.5194/acp-10-7017-2010, 2010.

Landschützer, P., Gruber, N., Bakker, D. C. E., and Schuster, U.: Recent variability of the global ocean carbon sink, Global Biogeochem. Cy., 28, 927–949, doi:10.1002/2014GB004853, 2014.

Landschützer, P., Gruber, N., Haumann, F. A., Rödenbeck, C., Bakker, D. C. E., van Heuven, S., Hoppema, M., Metzl, N., Sweeney, C., Takahashi, T., Tilbrook, B., and Wanninkhof, R.: The reinvigoration of the Southern Ocean carbon sink, Science, 349, 1221–1224, 2015.

Le Quéré, C.: Closing the global budget for $CO_2$, Global Change, 74, 28–31, 2009.

Le Quéré, C., Raupach, M. R., Canadell, J. G., Marland, G., Bopp, L., Ciais, P., Conway, T. J., Doney, S. C., Feely, R. A., Foster, P., Friedlingstein, P., Gurney, K., Houghton, R. A., House, J. I., Huntingford, C., Levy, P. E., Lomas, M. R., Majkut, J., Metzl, N., Ometto, J. P., Peters, G. P., Prentice, I. C., Randerson, J. T., Running, S. W., Sarmiento, J. L., Schuster, U., Sitch, S., Takahashi, T., Viovy, N., van der Werf, G. R., and Woodward, F. I.: Trends in the sources and sinks of carbon dioxide, Nat. Geosci., 2, 831–836, 2009.

Le Quéré, C., Andres, R. J., Boden, T., Conway, T., Houghton, R. A., House, J. I., Marland, G., Peters, G. P., van der Werf, G. R., Ahlström, A., Andrew, R. M., Bopp, L., Canadell, J. G., Ciais, P., Doney, S. C., Enright, C., Friedlingstein, P., Huntingford, C., Jain, A. K., Jourdain, C., Kato, E., Keeling, R. F., Klein Goldewijk, K., Levis, S., Levy, P., Lomas, M., Poulter, B., Raupach, M. R., Schwinger, J., Sitch, S., Stocker, B. D., Viovy, N., Zaehle, S., and Zeng, N.: The global carbon budget 1959–2011, Earth Syst. Sci. Data 5, 165–185, doi:10.5194/essd-5-165-2013, 2013.

Le Quéré, C., Peters, G. P., Andres, R. J., Andrew, R. M., Boden, T. A., Ciais, P., Friedlingstein, P., Houghton, R. A., Marland, G., Moriarty, R., Sitch, S., Tans, P., Arneth, A., Arvanitis, A., Bakker, D. C. E., Bopp, L., Canadell, J. G., Chini, L. P., Doney, S. C., Harper, A., Harris, I., House, J. I., Jain, A. K., Jones, S. D., Kato, E., Keeling, R. F., Klein Goldewijk, K., Körtzinger, A., Koven, C., Lefèvre, N., Maignan, F., Omar, A., Ono, T., Park, G.-H., Pfeil, B., Poulter, B., Raupach, M. R., Regnier, P., Rödenbeck, C., Saito, S., Schwinger, J., Segschneider, J., Stocker, B. D., Takahashi, T., Tilbrook, B., van Heuven, S., Viovy, N., Wanninkhof, R., Wiltshire, A., and Zaehle, S.: Global carbon budget 2013, Earth Syst. Sci. Data, 6, 235–263, doi:10.5194/essd-6-235-2014, 2014.

Le Quéré, C., Moriarty, R., Andrew, R. M., Peters, G. P., Ciais, P., Friedlingstein, P., Jones, S. D., Sitch, S., Tans, P., Arneth, A., Boden, T. A., Bopp, L., Bozec, Y., Canadell, J. G., Chini, L. P., Chevallier, F., Cosca, C. E., Harris, I., Hoppema, M., Houghton, R. A., House, J. I., Jain, A. K., Johannessen, T., Kato, E., Keeling, R. F., Kitidis, V., Klein Goldewijk, K., Koven, C., Landa, C. S., Landschützer, P., Lenton, A., Lima, I. D., Marland, G., Mathis, J. T., Metzl, N., Nojiri, Y., Olsen, A., Ono, T., Peng, S., Peters, W., Pfeil, B., Poulter, B., Raupach, M. R., Regnier, P., Rödenbeck, C., Saito, S., Salisbury, J. E., Schuster, U., Schwinger, J., Séférian, R., Segschneider, J., Steinhoff, T., Stocker, B. D., Sutton, A. J., Takahashi, T., Tilbrook, B., van der Werf, G. R., Viovy, N., Wang, Y.-P., Wanninkhof, R., Wiltshire, A., and Zeng, N.: Global carbon budget 2014, Earth Syst. Sci. Data, 7, 47–85, doi:10.5194/essd-7-47-2015, 2015.

Liu, Z., Guan, D., Wei, W., Davis, S. J., Ciais, P., Bai, J., Peng, S., Zhang, Q., Hubacek, K., Marland, G., Andres, R. J., Crawford-Brown, D., Lin, J., Zhao, H., Hong, C., Boden, T. A., Feng, K., Peters, G. P., Xi, F., Liu, J., Li, Y., Zhao, Y., Zeng, N., and He, K.: Reduced carbon emission estimates from fossil fuel combustion and cement production in China, Nature, 524, 335–338, 2015.

MacDicken, K. G.: Global Forest Resources Assessment 2015: What, why and how?, Forest Ecol. Manage., 352, 3–8, 2015.

Manning, A. C. and Keeling, R. F.: Global oceanic and land biotic carbon sinks from the Scripps atmospheric oxygen flask sampling network, Tellus B, 58, 95–116, 2006.

Marland, G.: Uncertainties in accounting for $CO_2$ from fossil fuels, J. Ind. Ecol., 12, 136–139, 2008.

Marland, G., Andres, R. J., Blasing, T. J., Boden, T. A., Broniak, C. T., Gregg, J. S., Losey, L. M., and Treanton, K.: Energy, industry and waste management activities: An introduction to $CO_2$ emis-

sions from fossil fuels, in: A report by the US Climate Change Science Program and the Subcommittee on Global Change Research, in: The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle, edited by: King, A. W., Dilling, L., Zimmerman, G. P., Fairman, D. M., Houghton, R. A., Marland, G., Rose, A. Z., and Wilbanks, T. J., Asheville, NC, 2007.

Marland, G., Hamal, K., and Jonas, M.: How Uncertain Are Estimates of $CO_2$ Emissions?, J. Ind. Ecol., 13, 4–7, 2009.

Masarie, K. A. and Tans, P. P.: Extension and integratino of atmospheric carbon dioxide data into a globally consistent measurement record, J. Geophys. Res.-Atmos., 100, 11593–11610, 1995.

McNeil, B. I., Matear, R. J., Key, R. M., Bullister, J. L., and Sarmiento, J. L.: Anthropogenic $CO_2$ uptake by the ocean based on the global chlorofluorocarbon data set, Science, 299, 235–239, 2003.

Mikaloff Fletcher, S. E., Gruber, N., Jacobson, A. R., Doney, S. C., Dutkiewicz, S., Gerber, M., Follows, M., Joos, F., Lindsay, K., Menemenlis, D., Mouchet, A., Müller, S. A., and Sarmiento, J. L.: Inverse estimates of anthropogenic $CO_2$ uptake, transport, and storage by the oceans, Global Biogeochem. Cy., 20, GB2002, doi:10.1029/2005GB002530, 2006.

Moran, D. and Wood, R.: CONVERGENCE BETWEEN THE EORA, WIOD, EXIOBASE, AND OPENEU'S CONSUMPTION-BASED CARBON ACCOUNTS, Economic Systems Research, 26, 245–261, 2014.

Myhre, G., Alterskjær, K., and Lowe, D.: A fast method for updating global fossil fuel carbon dioxide emissions, Environ. Res. Lett., 4, 034012, doi:10.1088/1748-9326/4/3/034012, 2009.

Narayanan, B., Aguiar, A., and McDougall, R.: Global Trade, Assistance, and Production: The GTAP 9 Data Base, available at: www.gtap.agecon.purdue.edu/databases/v9/default.asp, last access: September 2015.

National Bureau of Statistics of China: China Energy Statistical Yearbook 2014, China Statistics Press, Beijing, 2015a.

National Bureau of Statistics of China: Industrial Production Operation in August 2015, available at: http://www.stats.gov.cn/english/PressRelease/201509/t20150915_1245026.html, last access: September 2015b.

National Energy Administration: Conference on energy trends for the first half of 2015, available at: http://www.nea.gov.cn/2015-07/27/c_134450600.htm, last access: July 2015.

NOAA/ESRL: NOAA/ESRL calculation of global means, available at: http://www.esrl.noaa.gov/gmd/ccgg/about/global_means.html, last access: 7 October 2015a.

NOAA/ESRL: Multi-laboratory compilation of atmospheric carbon dioxide data for the period 1968–2014, obspack_co2_1_GLOBALVIEWplus_v1.0_2015-07-30, Project, C. G. A. D. I., 2015b.

Oke, P. R., Griffin, D. A., Schiller, A., Matear, R. J., Fiedler, R., Mansbridge, J., Lenton, A., Cahill, M., Chamberlain, M. A., and Ridgway, K.: Evaluation of a near-global eddy-resolving ocean model, Geosci. Model Dev., 6, 591–615, doi:10.5194/gmd-6-591-2013, 2013.

Oleson, K., Lawrence, D., Bonan, G., Drewniak, B., Huang, M., Koven, C., Levis, S., Li, F., Riley, W., Subin, Z., Swenson, S., Thornton, P., Bozbiyik, A., Fisher, R., Heald, C., Kluzek, E., Lamarque, J., Lawrence, P., Leung, L., Lipscomb, W., Muszala, S., Ricciuto, D., Sacks, W., Tang, J., and Yang, Z.: Technical De-

scription of version 4.5 of the Community Land Model (CLM), NCAR, 2013.

Peters, G. P. and Hertwich, E. G.: Post-Kyoto Greenhouse Gas Inventories: Production versus Consumption, Climatic Change, 86, 51–66, 2008.

Peters, G. P., Andrew, R., and Lennox, J.: Constructing a multiregional input-output table using the GTAP database, Economic Systems Research, 23, 131–152, 2011a.

Peters, G. P., Minx, J. C., Weber, C. L., and Edenhofer, O.: Growth in emission transfers via international trade from 1990 to 2008, P. Natl. Acad. Sci. USA, 108, 8903–8908, 2011b.

Peters, G. P., Davis, S. J., and Andrew, R.: A synthesis of carbon in international trade, Biogeosciences, 9, 3247–3276, doi:10.5194/bg-9-3247-2012, 2012a.

Peters, G. P., Marland, G., Le Quéré, C., Boden, T. A., Canadell, J. G., and Raupach, M. R.: Correspondence: Rapid growth in $CO_2$ emissions after the 2008–2009 global financial crisis, Nature Clim. Change, 2, 2–4, 2012b.

Peters, G. P., Andrew, R. M., Boden, T., Canadell, J. G., Ciais, P., Le Quéré, C., Marland, G., Raupach, M. R., and Wilson, C.: The challenge to keep global warming below 2 °C, Nature Clim. Change, 3, 4–6, 2013.

Peters, W., Krol, M. C., van der Werf, G. R., Houweling, S., Jones, C. D., Hughes, J., Schaefer, K., Masarie, K. A., Jacobson, A. R., Miller, J. B., Cho, C. H., Ramonet, M., Schmidt, M., Ciattaglia, L., Apadula, F., Heltai, D., Meinhardt, F., Di Sarra, A. G., Piacentino, S., Sferlazzo, D., Aalto, T., Hatakka, J., Ström, J., Haszpra, L., Meijer, H. A. J., Van Der Laan, S., Neubert, R. E. M., Jordan, A., Rodó, X., Morguí, J.-A., Vermeulen, A. T., Popa, E., Rozanski, K., Zimnoch, M., Manning, A. C., Leuenberger, M., Uglietti, C., Dolman, A. J., Ciais, P., Heimann, M., and Tans, P. P.: Seven years of recent European net terrestrial carbon dioxide exchange constrained by atmospheric observations, Glob. Change Biol., 16, 1317–1337, 2010.

Pfeil, B., Olsen, A., Bakker, D. C. E., Hankin, S., Koyuk, H., Kozyr, A., Malczyk, J., Manke, A., Metzl, N., Sabine, C. L., Akl, J., Alin, S. R., Bates, N., Bellerby, R. G. J., Borges, A., Boutin, J., Brown, P. J., Cai, W.-J., Chavez, F. P., Chen, A., Cosca, C., Fassbender, A. J., Feely, R. A., González-Dávila, M., Goyet, C., Hales, B., Hardman-Mountford, N., Heinze, C., Hood, M., Hoppema, M., Hunt, C. W., Hydes, D., Ishii, M., Johannessen, T., Jones, S. D., Key, R. M., Körtzinger, A., Landschützer, P., Lauvset, S. K., Lefèvre, N., Lenton, A., Lourantou, A., Merlivat, L., Midorikawa, T., Mintrop, L., Miyazaki, C., Murata, A., Nakadate, A., Nakano, Y., Nakaoka, S., Nojiri, Y., Omar, A. M., Padin, X. A., Park, G.-H., Paterson, K., Perez, F. F., Pierrot, D., Poisson, A., Ríos, A. F., Santana-Casiano, J. M., Salisbury, J., Sarma, V. V. S. S., Schlitzer, R., Schneider, B., Schuster, U., Sieger, R., Skjelvan, I., Steinhoff, T., Suzuki, T., Takahashi, T., Tedesco, K., Telszewski, M., Thomas, H., Tilbrook, B., Tjiputra, J., Vandemark, D., Veness, T., Wanninkhof, R., Watson, A. J., Weiss, R., Wong, C. S., and Yoshikawa-Inoue, H.: A uniform, quality controlled Surface Ocean $CO_2$ Atlas (SOCAT), Earth Syst. Sci. Data, 5, 125–143, doi:10.5194/essd-5-125-2013, 2013.

Pongratz, J., Reick, C. H., Raddatz, T., and Claussen, M.: Effects of anthropogenic land cover change on the carbon cycle of the last millennium, Global Biogeochem. Cy., 23, Gb4001, doi:10.1029/2009gb003488, 2009.

Pongratz, J., Reick, C. H., Houghton, R. A., and House, J. I.: Terminology as a key uncertainty in net land use and land cover change carbon flux estimates, Earth Syst. Dynam., 5, 177–195, doi:10.5194/esd-5-177-2014, 2014.

Poulter, B., Frank, D., Ciais, P., Myneni, R. B., Andela, N., Bi, J., Broquet, G., Canadell, J. G., Chevallier, F., Liu, Y. Y., Running, S. W., Sitch, S., and van der Werf, G. R.: Contribution of semiarid ecosystems to interannual variability of the global carbon cycle, Nature, 509, 600–603, 2014.

Prather, M. J., Holmes, C. D., and Hsu, J.: Reactive greenhouse gas scenarios: Systematic exploration of uncertainties and the role of atmospheric chemistry, Geophys. Res. Lett., 39, L09803, doi:10.1029/2012GL051440, 2012.

Prentice, I. C., Farquhar, G. D., Fasham, M. J. R., Goulden, M. L., Heimann, M., Jaramillo, V. J., Kheshgi, H. S., Le Quéré, C., Scholes, R. J., and Wallace, D. W. R.: The Carbon Cycle and Atmospheric Carbon Dioxide, in: Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change, edited by: Houghton, J. T., Ding, Y., Griggs, D. J., Noguer, M., van der Linden, P. J., Dai, X., Maskell, K., and Johnson, C. A., Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 2001.

Randerson, J., Chen, Y., van der Werf, G. R., Rogers, B. M., and Morton, D. C.: Global burned area and biomass burning emissions from small fires, J. Geophys. Res.-Biogeo., 117, G04012, doi:10.1029/2012JG002128, 2012.

Raupach, M. R., Marland, G., Ciais, P., Le Quéré, C., Canadell, J. G., Klepper, G., and Field, C. B.: Global and regional drivers of accelerating $CO_2$ emissions, P. Natl. Acad. Sci. USA, 104, 10288–10293, 2007.

Regnier, P., Friedlingstein, P., Ciais, P., Mackenzie, F. T., Gruber, N., Janssens, I. A., Laruelle, G. G., Lauerwald, R., Luyssaert, S., Andersson, A. J., Arndt, S., Arnosti, C., Borges, A. V., Dale, A. W., Gallego-Sala, A., Goddéris, Y., Goossens, N., Hartmann, J., Heinze, C., Ilyina, T., Joos, F., La Rowe, D. E., Leifeld, J., Meysman, F. J. R., Munhoven, G., Raymond, P. A., Spahni, R., Suntharalingam, P., and Thullner M.: Anthropogenic perturbation of the carbon fluxes from land to ocean, Nat. Geosci., 6, 597–607, 2013.

Reick, C. H., Raddatz, T., Brovkin, V., and Gayler, V.: The representation of natural and anthropogenic land cover change in MPI-ESM, Journal of Advances in Modeling Earth Systems, 5, 459–482, 2013.

Rhein, M., Rintoul, S. R., Aoki, S., Campos, E., Chambers, D., Feely, R. A., Gulev, S., Johnson, G. C., Josey, S. A., Kostianoy, A., Mauritzen, C., Roemmich, D., Talley, L. D., and Wang, F.: Chapter 3: Observations: Ocean, in: Climate Change 2013 The Physical Science Basis, Cambridge University Press, Cambridge, United Kingdom, 2013.

Rödenbeck, C.: Estimating $CO_2$ sources and sinks from atmospheric mixing ratio measurements using a global inversion of atmospheric transport, Max Planck Institute, MPI-BGC, 2005.

Rödenbeck, C., Houweling, S., Gloor, M., and Heimann, M.: $CO_2$ flux history 1982–2001 inferred from atmospheric data using a global inversion of atmospheric transport, Atmos. Chem. Phys., 3, 1919–1964, doi:10.5194/acp-3-1919-2003, 2003.

Rödenbeck, C., Keeling, R. F., Bakker, D. C. E., Metzl, N., Olsen, A., Sabine, C., and Heimann, M.: Global surface-ocean $pCO_2$ and sea-air $CO_2$ flux variability from an observationdriven ocean mixed-layer scheme, Ocean Sci., 9, 193–216, doi:10.5194/os-9-193-2013, 2013.

Rödenbeck, C., Bakker, D. C. E., Metzl, N., Olsen, A., Sabine, C., Cassar, N., Reum, F., Keeling, R. F., and Heimann, M.: Interannual sea-air $CO_2$ flux variability from an observationdriven ocean mixed-layer scheme, Biogeosciences, 11, 4599–4613, doi:10.5194/bg-11-4599-2014, 2014.

Rödenbeck, C., Bakker, D. C. E., Gruber, N., Iida, Y., Jacobson, A. R., Jones, S., Landschützer, P., Metzl, N., Nakaoka, S., Olsen, A., Park, G.-H., Peylin, P., Rodgers, K. B., Sasse, T. P., Schuster, U., Shutler, J. D., Valsala, V., Wanninkhof, R., and Zeng, J.: Data-based estimates of the ocean carbon sink variability – first results of the Surface Ocean $pCO_2$ Mapping intercomparison (SOCOM), Biogeosciences Discuss., 12, 14049–14104, doi:10.5194/bgd-12-14049-2015, 2015.

Rost, S., Gerten, D., Bondeau, A., Lucht, W., Rohwer, J., and Schaphoff, S.: Agricultural green and blue water consumption and its influence on the global water system, Water Resour. Res., W09405, doi:10.1029/2007WR006331, 2008.

Rypdal, K., Paciornik, N., Eggleston, S., Goodwin, J., Irving, W., Penman, J., and Woodfield, M.: Chapter 1 Introduction to the 2006 Guidelines, in: 2006 IPCC Guidelines for National Greenhouse Gas Inventories, edited by: Eggleston, S., Buendia, L., Miwa, K., Ngara, T., and Tanabe, K., Institute for Global Environmental Strategies (IGES), Hayama, Kanagawa, Japan, 2006.

Saatchi, S. S., Harris, N. L., and Brown, S.: Benchmark map of forest carbon stocks in tropical regions across three continents, P. Natl. Acad. Sci., 108, 9899–9904, 2011.

Schaphoff, S., Heyder, U., Ostberg, S., Gerten, D., Heinke, J., and Lucht, W.: Contribution of permafrost soils to the global carbon budget, Environ. Res. Lett., 8, 014026, doi:10.1088/1748-9326/8/1/014026, 2013.

Schimel, D., Alves, D., Enting, I., Heimann, M., Joos, F., Raynaud, D., Wigley, T., Prater, M., Derwent, R., Ehhalt, D., Fraser, P., Sanhueza, E., Zhou, X., Jonas, P., Charlson, R., Rodhe, H., Sadasivan, S., Shine, K. P., Fouquart, Y., Ramaswamy, V., Solomon, S., Srinivasan, J., Albritton, D., Derwent, R., Isaksen, I., Lal, M., and Wuebbles, D.: Radiative Forcing of Climate Change, in: Climate Change 1995 The Science of Climate Change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change, edited by: Houghton, J. T., Meira Rilho, L. G., Callander, B. A., Harris, N., Kattenberg, A., and Maskell, K., Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1995.

Scripps: The Keeling Curve, available at: http://keelingcurve.ucsd. edu/, last access: 7 November 2013.

Séférian, R., Bopp, L., Gehlen, M., Orr, J., Ethé, C., Cadule, P., Aumont, O., Salas y Mélia, D., Voldoire, A., and Madec, G.: Skill assessment of three earth system models with common marine biogeochemistry, Clim. Dynam., 40, 2549–2573, 2013.

Shevliakova, E., Pacala, S., Malyshev, S., Hurtt, G., Milly, P., Caspersen, J., Sentman, L., Fisk, J., Wirth, C., and Crevoisier, C.: Carbon cycling under 300 years of land use change: Importance of the secondary vegetation sink, Global Biogeochem. Cy., 23, GB2022, doi:10.1029/2007GB003176, 2009.

Sitch, S., Smith, B., Prentice, I. C., Arneth, A., Bondeau, A., Cramer, W., Kaplan, J. O., Levis, S., Lucht, W., Sykes, M. T., Thonicke, K., and Venevsky, S.: Evaluation of ecosystem dynamics, plant geography and terrestrial carbon cycling in the LPJ dynamic global vegetation model, Glob. Change Biol., 9, 161–185, 2003.

Sitch, S., Friedlingstein, P., Gruber, N., Jones, S. D., Murray-Tortarolo, G., Ahlström, A., Doney, S. C., Graven, H., Heinze, C., Huntingford, C., Levis, S., Levy, P. E., Lomas, M., Poulter, B., Viovy, N., Zaehle, S., Zeng, N., Arneth, A., Bonan, G., Bopp, L., Canadell, J. G., Chevallier, F., Ciais, P., Ellis, R., Gloor, M., Peylin, P., Piao, S. L., Le Quéré, C., Smith, B., Zhu, Z., and Myneni, R.: Recent trends and drivers of regional sources and sinks of carbon dioxide, Biogeosciences, 12, 653–679, doi:10.5194/bg-12-653-2015, 2015.

Smith, B., Wårlind, D., Arneth, A., Hickler, T., Leadley, P., Siltberg, J., and Zaehle, S.: Implications of incorporating N cycling and N limitations on primary production in an individual-based dynamic vegetation model, Biogeosciences, 11, 2027–2054, doi:10.5194/bg-11-2027-2014, 2014.

Smith, P., Bustamante, M., Clark, H., Dong, H., Elsiddig, E. A., Haberl, H., Harper, R., House, J. I., Jafari, M., Masera, O., Mbow, C., Ravindranath, N. H., Rice, C. W., Robledo Abad, C., Romanovskaya, A., Sperling, F., and Tubiello, F. N.: Agriculture, Forestry and Other Land Use (AFOLU), in: Chapter 11 in Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change, edited by: Edenhofer, O., Pichs-Madruga, R., Sokona, Y., Farahani, E., Kadner, S., Seyboth, K., Adler, A., Baum, I., Brunner, S., Eickemeier, P., Kriemann, B., Savolainen, J., Schlömer, S., von Stechow, C., Zwickel, T., and Minx, J. C., Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 2014.

Stephens, B. B., Gurney, K. R., Tans, P. P., Sweeney, C., Peters, W., Bruhwiler, L., Ciais, P., Ramonet, M., Bousquet, P., Nakazawa, T., Aoki, S., Machida, T., Inoue, G., Vinnichenko, N., Lloyd, J., Jordan, A., Heimann, M., Shibistova, O., Langenfelds, R. L., Steele, L. P., Francey, R. J., and Denning, A. S.: Weak Northern and Strong Tropical Land Carbon Uptake from Vertical Profiles of Atmospheric $CO_2$, Science, 316, 1732–1735, 2007.

Stocker, T., Qin, D., and Platner, G.-K.: Climate Change 2013 The Physical Science Basis, Cambridge University Press, Cambridge, United Kingdom, 2013.

Sweeney, C., Gloor, E., Jacobson, A. R., Key, R. M., McKinley, G., Sarmiento, J. L., and Wanninkhof, R.: Constraining global air-sea gas exchange for $CO_2$ with recent bomb $^{14}C$ measurements, Global Biogeochem. Cy., 21, GB2015, doi:10.1029/2006GB002784, 2007.

Tans, P. and Keeling, R. F.: Trends in atmospheric carbon dioxide, National Oceanic & Atmospheric Administration, Earth System Research Laboratory (NOAA/ESRL) & Scripps Institution of Oceanography, available at: http://www.esrl.noaa.gov/gmd/ccgg/trends/ and http://scrippsco2.ucsd.edu/, last access: 8 August 2014.

Tjiputra, J. F., Roelandt, C., Bentsen, M., Lawrence, D. M., Lorentzen, T., Schwinger, J., Seland, Ø., and Heinze, C.: Evaluation of the carbon cycle components in the Norwegian Earth System Model (NorESM), Geosci. Model Dev., 6, 301–325, doi:10.5194/gmd-6-301-2013, 2013.

Tubiello, F. N., Salvatore, M., Ferrara, A. F., House, J., Federici, S., Rossi, S., Biancalani, R., Condor Golec, R. D., Jacobs, H., Flammini, A., Prosperi, P., Cardenas-Galindo, P., Schmidhuber, J., Sanz Sanchez, M. J., Srivastava, N., and Smith, P.: The contribution of agriculture, forestry and other land use activities to global warming 1990–2012, Glob. Change Biol., 21, 2655–2660, doi:10.1111/gcb.12865, 2015.

Tyukavina, A., Baccini, A., Hansen, M. C., Potapov, P. V., Stehman, S. V., Houghton, R. A., Krylov, A. M., Turubanova, S., and Goetz, S. J.: Aboveground carbon loss in natural and managed tropical forests from 2000 to 2012, Environ. Res. Lett., 10, 074002, doi:10.1088/1748-9326/10/7/074002, 2015.

UN: United Nations Statistics Division: Energy Statistics, United Nations Statistics Division: Energy Statistics, available at: http://unstats.un.org/unsd/energy/ (last access: October 2015), 2014a.

UN: United Nations Statistics Division: Industry Statistics, United Nations Statistics Division: Industry Statistics, available at: http://unstats.un.org/unsd/industry/default.asp (last access: October 2015), 2014b.

UN: United Nations Statistics Division: National Accounts Main Aggregates Database, United Nations Statistics Division: National Accounts Main Aggregates Database, available at: http://unstats.un.org/unsd/snaama/Introduction.asp (last access: February 2015), 2014c.

UNFCCC: GHG Data – UNFCCC, available at: http://unfccc.int/ghg_data/ghg_data_unfccc/time_series_annex_i/items/3814.php, last access: May 2015.

USGS: Mineral Commodities Summaries: Cement, USGS, 2015.

van der Werf, G. R., Dempewolf, J., Trigg, S. N., Randerson, J. T., Kasibhatla, P., Giglio, L., Murdiyarso, D., Peters, W., Morton, D. C., Collatz, G. J., Dolman, A. J., and DeFries, R. S.: Climate regulation of fire emissions and deforestation in equatorial Asia, P. Natl. Acad. Sci., 15, 20350–20355, 2008.

van der Werf, G. R., Randerson, J. T., Giglio, L., Collatz, G. J., Mu, M., Kasibhatla, P. S., Morton, D. C., DeFries, R. S., Jin, Y., and van Leeuwen, T. T.: Global fire emissions and the contribution of deforestation, savanna, forest, agricultural, and peat fires (1997–2009), Atmos. Chem. Phys., 10, 11707–11735, doi:10.5194/acp-10-11707-2010, 2010.

van Minnen, J. G., Goldewijk, K. K., Stehfest, E., Eickhout, B., van Drecht, G., and Leemans, R.: The importance of three centuries of land-use change for the global and regional terrestrial carbon cycle, Climatic Change, 97, 123–144, 2009.

van Oss, H. G.: Cement, US Geological Survey, June, 2013.

van Oss, H. G.: Cement, US Geological Survey, 2015.

Waha, K., van Bussel, L. G. J., Müller, C., and Bondeau, A.: Climate-driven simulation of global crop sowing dates, Global Ecol. Biogeogr., 12, 247–259, 2012.

Wanninkhof, R., Park, G.-H., Takahashi, T., Sweeney, C., Feely, R., Nojiri, Y., Gruber, N., Doney, S. C., McKinley, G. A., Lenton, A., Le Quéré, C., Heinze, C., Schwinger, J., Graven, H., and Khatiwala, S.: Global ocean carbon uptake: magnitude, variability and trends, Biogeosciences, 10, 1983–2000, doi:10.5194/bg-10-1983-2013, 2013.

Watson, R. T., Rodhe, H., Oeschger, H., and Siegenthaler, U.: Greenhouse Gases and Aerosols, in: Climate Change: The IPCC Scientific Assessment. Intergovernmental Panel on Climate Change (IPCC), edited by: Houghton, J. T., Jenkins, G.

J., and Ephraums, J. J., Cambridge University Press, Cambridge, United Kingdom, 1990.

Zaehle, S., Friend, A. D., Friedlingstein, P., Dentener, F., Peylin, P., and Schulz, M.: Carbon and Nitrogen Cycle Dynamics in the O-CN Land Surface Model: 2. Role of the Nitrogen Cycle in the Historical Terrestrial Carbon Balance, Global Biogeochem. Cy., 24, GB1006, doi:10.1029/2009GB003522, 2010.

Zaehle, S., Ciais, P., Friend, A. D., and Prieur, V.: Carbon benefits of anthropogenic reactive nitrogen offset by nitrous oxide emissions, Nat. Geosci., 4, 601–605, 2011.

# OVER-LEASED:

How Production Horizons of Already Leased Federal Fossil Fuels

Outlast Global Carbon Budgets

EcoShift Consulting
Prepared for
The Center for Biological Diversity & Friends of the Earth
July 2016









# Over-Leased:

## How Production Horizons of Already Leased Federal Fossil Fuels Outlast Global Carbon Budgets

### *EcoShift Consulting*

*Dustin Mulvaney, Alexander Gershenson, Ben Toscher*
*Prepared for the Center for Biological Diversity & Friends of the Earth*
July 2016

## Overview

In this analysis we projected the "production horizons"- the number of years' worth of remaining production - from currently leased federal fossil fuels based on the U.S. Energy Information Administration's (EIA) 2016 "reference case" for fossil fuel production.[1] We then compared these production horizons to the dates by which the global carbon budgets the world can emit to have a "likely" (66 percent probability) chance of limiting global temperature increases to 1.5°C and 2°C would be exceeded under current global $CO_2$ emission rates. Our results suggest that:

- Crude oil under federal lease would last 39 years, through 2055;
- Coal under federal lease would last 25 years, through 2041;
- Natural gas under federal lease would last 28 years, through 2044; and
- The currently leased fossil fuels for all fuel types will last significantly beyond the thresholds for both 1.5°C and 2°C of global warming.

**Figure 1. Production horizons of leased federal fossil fuels under the EIA 2016 Reference Case and dates at which global carbon budgets are exceeded***



---

[1] Energy Information Agency. 2016. Annual Energy Outlook. https://www.eia.gov/forecasts/aeo/index.cfm

Assuming current global $CO_2$ emissions continue at 2014 rates, and U.S. fossil fuel production continues as estimated by the EIA, we project that existing federal leases will still be producing fossil fuels long after global carbon budgets have been exhausted. Our analysis found that for all fossil fuels, production from lands and waters already leased to industry would outlast the 1.5°C carbon budget by several decades, and the 2°C budget by years to decades. Importantly, every new lease would extend production horizons even further into the future. As previous studies suggest, federal fossil fuel leasing policy should be aligned with U.S. climate policy goals. The analysis strongly suggests that staying within the global carbon budgets will likely require not only ending new federal leases, but also keeping significant amounts of *already leased* federal fossil fuels in the ground.

**Introduction**

Climate change is already affecting ecosystems, the food supply and public health, and further increases in warming will have even more significant impacts on human health and the environment. The 2015 Paris Agreement reached by 195 countries around the globe aims to hold global warming "well below 2°C above pre-industrial levels" and commits parties to "pursu[e] efforts to limit the temperature increase to 1.5°C above pre-industrial levels."[2] Immediate and aggressive greenhouse gas emissions reductions are vital to achieving both of these goals.

According to the IPCC, to maintain just a "likely" (66 percent probability) of limiting global warming to 1.5°C requires adherence to a stringent carbon budget of only 400 $GtCO_2$ beginning in 2011, of which about 240 $GtCO_2$ remained at the start of 2015.[3] Further, to maintain a 66 percent chance of keeping global temperatures under 2°C, a threshold that countries agreed to stay "well below" in the Paris Agreement, the global carbon budget was 1,000 $GtCO_2$ in 2011, of which only 850 $GtCO_2$ remained as of 2015. With global annual emissions amounting to 36 $GtCO_2$ in 2015,[4] scientists predict that at current rates global emissions will exceed the carbon budgets necessary to stay under the 1.5°C target by 2021 and the 2°C target by 2036.[5]

Even considering the emissions reductions that can be accomplished under the Clean Power Plan and other federal and state climate policies, the EIA projects that U.S. energy production will continue to grow at a rate of 1 percent per year through 2040.[6] The U.S. was the top global oil and natural gas producer in 2014, and only China extracts more coal.[7] The EIA projections assume the U.S. continues to be a major fossil fuel exporter into the future in competition for an increasing share of overall global production. As a result, even as the U.S. commits to consume

[2] Paris Agreement, article 2, § 1(a), at http://unfccc.int/paris_agreement/items/9485.php.

[3] Rogelj, J. et al. (2016) report that the global carbon budget was reduced by ~160 $GtCO_2$ between 2011 and 2015. *See* Table 2 in Rogelj, J. et al. (2016). Differences between carbon budget estimates unraveled.  Nature Climate Change 6: 245-252.

[4] Oak Ridge National Laboratories. 2015. Carbon Dioxide Information Analysis Center. http://cdiac.ornl.gov/GCP/

[5] Carbon Brief. 2016. Data Dashboard: Climate, the IPCC's carbon budgets. http://www.carbonbrief.org/data-dashboard-climate-change

[6] Energy Information Agency. 2016. Annual Energy Outlook, Total Energy Supply, Disposition, and Price Summary. https://www.eia.gov/forecasts/aeo/data/browser/#/?id=1-AEO2016&region=0-0&cases=ref2016~ref_no_cpp&start=2013&end=2040&f=A&linechart=~~ref2016-d032416a.12-1-AEO2016~ref_no_cpp-d032316a.12-1-AEO2016&ctype=linechart&sourcekey=0

[7] BP. 2015. BP Statistical Review of World Energy. 64th Edition. http://www.bp.com/content/dam/bp/pdf/energy-economics/statistical-review-2015/bp-statistical-review-of-world-energy-2015-coal-section.pdf

less fossil fuels domestically, the EIA projects increased domestic fossil fuel production. Federal lands accounted for 23.7 percent of fossil fuel production in the U.S. 2014.[8]

**Objective**

In order to evaluate how federal mineral leasing policy aligns with U.S. climate change goals and global carbon budgets, this research estimated the production horizons — how long federal fossil fuels that have already been leased to industry will last — for crude oil, natural gas and coal. Our objectives are twofold: 1) Model how long already leased federal fossil fuel deposits will produce into the future under the EIA reference scenario;[9] and 2) Compare those production horizons with dates by which global $CO_2$ emissions (if they continue at 2014 levels) will exceed global carbon budgets for maintaining a "likely" (66 percent) chance of limiting global warming to 1.5ºC and 2ºC above pre-industrial levels.

**Methodology**

We analyzed federal fossil fuels— coal, oil and natural gas— that are currently under lease for production on federal lands and offshore areas (hereafter, "federal lands").  To estimate the production horizons for already leased federal fossil fuels, we calculated an annual rate of energy production on federal lands. Our methodology is as follows:

*Step 1*: We compiled U.S. energy production data reported in quads (quadrillion British thermal units or Btu) of energy from the EIA's 2016 *Annual Energy Outlook* that reports on 2014 production and makes projections for every year through 2040 for each of coal, natural gas and oil.  We used the overall growth rate for each fossil fuel from 2014-2040 to extrapolate annual production for 2041 and each year beyond. To calculate annual federal production from existing leases, we assumed annual federal coal, oil (combined with condensate), and natural gas extraction will be a function of overall U.S. production multiplied by the proportions of production that occur on federal lands.

To calculate the rate of annual federal production from existing leases, we assumed the rate of federal coal, oil (combined with condensate), and natural gas extraction will be a function of overall U.S. production multiplied by the proportions of production that occur on federal lands. The proportion of federal coal, oil, and natural gas production is based on data collected by the Department of Interior and published by the EIA.[10]  These data show that federal lands supplied 21.4 percent of oil, 14.1 percent of natural gas, and 40.7 percent of coal produced in the U.S. in 2014. We assumed these proportions would stay consistent throughout the production horizon. Multiplying overall U.S. coal, oil, and natural gas production projected by the EIA by these percentages gave us the annual rates of federal coal, oil, and natural gas production.

*Step 2:* The total energy content of already leased federal crude oil, coal, and natural gas was estimated using energy inventories from the Energy Policy and Conservation Act (EPCA Phase 3) and leasing data from the Office of Natural Resource Revenue (ONRR), Bureau of Land

---

[8] Energy Information Agency. 2015. Sales of Fossil Fuels Produced from Federal and Indian Lands, FY 2003 through FY 2014. http://www.eia.gov/analysis/requests/federallands/pdf/eia-federallandsales.pdf

[9] EIA "reference case" for U.S. fossil fuel production reflects production under current federal, state and local laws and regulations and includes implementation of the Clean Power Plan (CPP) rules and regulations.

[10] Energy Information Agency. 2015. Sales of Fossil Fuels Produced from Federal and Indian Lands, FY 2003 through FY 2014. http://www.eia.gov/analysis/requests/federallands/pdf/eia-federallandsales.pdf

Management (BLM), Bureau of Ocean Energy Management (BOEM), and Government Accountability Office (GAO). The equations and steps used to calculate "already leased" federal resources are described in Appendix 1 of *the Potential Greenhouse Gas Emissions of U.S. Federal Fossil Fuels*.[11] The EPCA Phase 3 inventory estimates the total energy in federal crude oil and natural gas.[12] The portion of onshore crude oil ad natural gas already leased is calculated using BLM data.[13] Offshore crude oil and natural gas already leased is based on statistics from BOEM for the Gulf of Mexico, Southern California, and Alaska.[14] The amount of federal coal under lease is not available, so the calculation is based on data from GAO,[15] BLM,[16] and the percentage of leased and unmined federal coal reserves remaining in the Powder River Basin.[17] This total amount of energy in leases for federal crude oil, coal, and natural gas was divided by the 2014 rates of federal crude oil, coal, and natural gas production. The result is the production horizon for federal coal, oil and natural gas leases.

**Figure 2a. Step 1 calculated the annual rate of federal oil, coal, and natural gas production**



**Figure 2b. Step 2 compiled the total inventory of federal oil, coal, and natural gas leases and divided this by the annual rates of federal production to get the production horizons**

---

[11] Appendix 1, pages 26–28, EcoShift Consulting. 2015. The Potential Greenhouse Gas Emissions from U.S. Federal Fossil Fuels. Report for the Center for Biological Diversity and Friends of the Earth. http://www.ecoshiftconsulting.com/wp- content/uploads/Potential-Greenhouse-Gas-Emissions-U-S-Federal-Fossil-Fuels.pdf

[12] Bureau of Land Management. 2008. Energy Policy and Conservation Act. Phase 3 Inventory. http://www.blm.gov/wo/st/en/prog/energy/oil_and_gas/EPCA_III.html

[13] BLM 2014a. United States Department of the Interior, Bureau of Land Management. "Oil and Gas Statistics." http:// www.blm.gov/st/en/prog/energy/oil_and_gas/statistics.html

[14] BOEM 2015. United States Bureau of Ocean Energy Management. "Combined Leasing Report as of February 2, 2015." http://www.boem.gov/Combined-Leasing-Report-February-2015/

[15] GAO 2013. "Coal Leasing - BLM Could Enhance Appraisal Process, More Explicitly Consider Coal Exports, and Provide More Public Information." http://www.gao.gov/assets/660/659801.pdf

[16] BLM 2014b. United States Department of the Interior, Bureau of Land Management. "Total Federal Coal Leases in Effect, Total Acres Under Lease, and Lease Sales by Fiscal Year Since 1990." http://www.bhn.gov/wo/st/en/prog/energy/ coal_and_non-energy/coal_lease_table.html

[17] Wright, S. 2015. Electronic mail correspondence with Steven S. Wright, P.E., MBA, Assistant District Manager, Solid Minerals, BLM Wyoming High Plains District dated Friday May 15, 2015.



Finally, we used an analysis conducted by Carbon Brief that estimates the number of years until global carbon budgets for 1.5°C and 2°C temperature thresholds are exceeded. Carbon Brief used the remaining quota of global $CO_2$ emissions that can be emitted to maintain a "likely" chance (66 percent) of limiting global temperature increases to 1.5°C or 2°C above pre-industrial levels (the remaining "carbon budget") and divided this by annual global $CO_2$ emissions as of 2014. These results projected what year the carbon budgets for 1.5°C and 2°C would be exceeded if 2014 emissions levels continue. The global quota used by Carbon Brief is based on climate science compiled by the Intergovernmental Panel on Climate Change (IPCC).[18]

Since the IPCC produced this budget in 2011, Carbon Brief updated the carbon budget to reflect the remaining quota in 2016 by subtracting annual $CO_2$ emissions that have occurred since 2011. Oak Ridge National Laboratories compiled the annual emissions data underlying Carbon Brief's analysis, which used annual $CO_2$ emissions from 2011–2014, and applied 2014 emissions rates for each year into the future.[19] The results of Carbon Brief's analysis show that global emissions will exceed the global carbon budget to likely stay below 1.5°C by 2021, and the global carbon budget to likely stay below 2°C by 2036, if the 2014 pace of emissions continues.

**Results**

The production horizon for leased crude oil extends the furthest into the future, lasting 39 years until 2055. Natural gas production on federal lands will last 28 years, through 2044. The production horizon for coal extends 25 years to 2041. In the EIA's reference scenario, the CPP lowers demand for coal-powered electricity, creating lower domestic demand for coal.

Comparing these production horizons to dates at which carbon budgets would be exceeded if current emissions level continue:

- Federal crude oil already leased will continue producing 34 years beyond the 1.5°C threshold and 19 years beyond 2°C;
- Federal natural gas already leased will continue producing 23 years beyond the 1.5°C threshold and 8 years beyond 2°C;
- Federal coal already leased will continue producing 20 years beyond the 1.5°C threshold and 5 years beyond 2°C.

---

[18] Intergovernmental Panel on Climate Change. 2014: Climate Change 2014: Synthesis Report. Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, R.K. Pachauri and L.A. Meyer (eds.)]. IPCC, Geneva, Switzerland. http://www.ipcc.ch/pdf/assessment-report/ar5/syr/SYR_AR5_FINAL_full_wcover.pdf

[19] Oak Ridge National Laboratories. 2015. Carbon Dioxide Information Analysis Center. http://cdiac.ornl.gov/GCP/

**Conclusion**

Production horizons from already leased federal fossil fuels calculated in this report will last for decades into the future and extend beyond projected dates by which the global carbon budgets necessary to maintain a likely chance of limiting global warming to 1.5ºC (2021) and 2ºC (2036) will be exceeded if current global emission levels continue. Further, the federal government continues to offer new leases that will extend production horizons even further into the future.[20]

These findings add to prior research estimating that ceasing federal fossil fuel leasing would remove up to 450 $GtCO_2e$ from the threat of development and prevent 100 million tons in annual $CO_2$ emissions through 2030.[21, 22]

Our analysis is not meant to suggest that current emissions rates must or will continue into the foreseeable future or that carbon budgets will be exceeded in a fixed number of years. Indeed, if we are to avoid the worst effects of climate change, emissions rates must decline steeply, and immediately. Success in significantly lowering emissions rates would also extend production horizons. Changes in emissions rates, either upward or downward, would necessarily affect the dates by which the 1.5°C and 2°C carbon budgets are exhausted. Nor do we intend to suggest that if all federal fossil fuels remain in the ground, no further climate action would be necessary. Preserving a likely chance of meeting the goals of the Paris Agreement will require additional, concerted efforts in the U.S. and around the world.

---

[20] The Department of the Interior has put in place a moratorium on most new coal leasing while it conducts a Programmatic Environmental Impact Statement of the federal coal-leasing program.

[21] EcoShift Consulting. 2015. The Potential Greenhouse Gas Emissions from U.S. Federal Fossil Fuels. Report for the Center for Biological Diversity and Friends of the Earth. http://www.ecoshiftconsulting.com/wp-content/uploads/Potential-Greenhouse-Gas-Emissions-U-S-Federal-Fossil-Fuels.pdf

[22] Stockholm Environment Institute. 2016. How would phasing out U.S. federal leases for fossil fuel extraction affect CO2 emissions and 2°C goals? Working Paper No. 2016-02.

Case No. 1:20-cv-02484-MSK   Document 81-1   filed 05/06/21   USDC Colorado   pg 65 of 39
Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2016



**PHILOSOPHICAL
TRANSACTIONS**
— OF —
**THE ROYAL
SOCIETY**

*Phil. Trans. R. Soc. A* (2008) **366**, 3863 3882
doi:10.1098/rsta.2008.0138
*Published online* 29 August 2008

# Reframing the climate change challenge in light of post-2000 emission trends

By Kevin Anderson and Alice Bows*

*Tyndall Centre for Climate Change Research, Mechanical, Civil and Aerospace Engineering, University of Manchester, PO Box 88, Manchester M60 1QD, UK*

The 2007 Bali conference heard repeated calls for reductions in global greenhouse gas emissions of 50 per cent by 2050 to avoid exceeding the 2°C threshold. While such endpoint targets dominate the policy agenda, they do not, in isolation, have a scientific basis and are likely to lead to dangerously misguided policies. To be scientifically credible, policy must be informed by an understanding of cumulative emissions and associated emission pathways. This analysis considers the implications of the 2°C threshold and a range of post-peak emission reduction rates for global emission pathways and cumulative emission budgets. The paper examines whether empirical estimates of greenhouse gas emissions between 2000 and 2008, a period typically modelled within scenario studies, combined with short-term extrapolations of current emissions trends, significantly constrains the 2000 2100 emission pathways. The paper concludes that it is increasingly unlikely any global agreement will deliver the radical reversal in emission trends required for stabilization at 450 ppmv carbon dioxide equivalent ($CO_2e$). Similarly, the current framing of climate change cannot be reconciled with the rates of mitigation necessary to stabilize at 550 ppmv $CO_2e$ and even an optimistic interpretation suggests stabilization much below 650 ppmv $CO_2e$ is improbable.

**Keywords: emission scenarios; cumulative emissions; climate policy; energy;
emission trends**

## 1. Introduction

In the absence of global agreement on a metric for delineating *dangerous* from *acceptable* climate change, 2°C has, almost by default, emerged as the principal focus of international and national policy.[1] Moreover, within the scientific community, 2°C has come to provide a benchmark temperature against which to consider atmospheric concentrations of greenhouse gases and emission reduction profiles. While it is legitimate to question whether temperature is an appropriate metric for representing climate change and, if it is, whether 2°C is the appropriate temperature (Tol 2007), this is not the purpose of this paper. Instead, the paper begins by considering the implications of the 2°C threshold for global emission pathways, before proceeding to consider the implications of different emission pathways on stabilization concentrations and associated temperatures.

* Author for correspondence (alice.bows@manchester.ac.uk).

[1] For example, in March 2007, European leaders reaffirmed their commitment to the 2°C threshold (European Commission 2007).

One contribution of 12 to a Theme Issue 'Geoscale engineering to avert dangerous climate change'.

This journal is © 2008 The Royal Society

Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2016

*K. Anderson and A. Bows*

Although the policy realm generally focuses on the emissions profiles between 2000 and 2050, the scientific community tends to consider longer periods, typically up to and beyond 2100. By using a range of cumulative carbon budgets with differing degrees of carbon-cycle feedbacks, this paper assesses whether global emissions of greenhouse gases between 2000 and 2008, combined with short-term extrapolations of emission trends, significantly impact the 2008–2100 cumulative emission budget available, and hence emission pathways.

In brief, the paper combines *current* greenhouse gas emissions data (including deforestation) with *up-to-date* emission trends and the *latest* scientific understanding of the relationships between emissions and concentrations to consider three questions.

  (i) Given a small set of emissions pathways from 2000 to a date where global emissions are assumed to peak (2015, 2020 and 2025), what emission reduction rates would be necessary to remain within the 2000–2100 cumulative emission budgets associated with atmospheric stabilization of carbon dioxide equivalent ($CO_2e$) at 450 ppmv? The accompanying scenario set is hereafter referred to as 'Anderson Bows 1' (*AB1*).
 (ii) Given the same pathways from 2000 to the 2020 emissions peak, what concentrations of $CO_2e$ are associated with subsequent annual emission reduction rates of 3, 5 and 7 per cent? The accompanying scenario set is hereafter referred to as 'Anderson Bows 2' (*AB2*).
(iii) What are the implications of the findings from (i) and (ii) for the current framing of the climate agenda more generally, and the appropriateness of the 2°C threshold as the driver of mitigation and adaptation policy more specifically?

## 2. Analysis framing

### (a) *Correlating 2°C with greenhouse gas concentration and carbon budgets*

What constitutes an acceptable temperature increase is a political rather than a scientific decision, though the former may be informed by science. By contrast, the correlation between temperature, atmospheric concentration of $CO_2e$ and anthropogenic cumulative emission budgets emerges, primarily, from our scientific understanding of how the climate functions.

According to a recent synthesis of global climate models (Meinshausen 2006, table 28.1), the 550 ppmv $CO_2e$ concentration, around which much policy discussion revolves, suggests an 82 per cent mid-value probability of exceeding 2°C. By contrast, to provide a 93 per cent mid-value probability of *not* exceeding 2°C, the concentration would need to be stabilized at, or below, 350 ppmv $CO_2e$, i.e. below current levels. While Meinshausen's analysis demonstrates the gulf between the science and the policy of approximately 2°C, the analysis within the IPCC's fourth assessment report (IPCC 2007a), hereafter AR4, suggests that the scale of the challenge is even more demanding. Not only has the 'best estimate' of climate sensitivity risen from 2.5°C in the 1996 report (IPCC 1996, p. 39) to 3°C in AR4, but also the inclusion of carbon-cycle feedbacks has significantly reduced the cumulative anthropogenic emissions (carbon budget) associated with particular concentrations of $CO_2e$ (IPCC 2007a, topic 5, p. 6).

Case No. 1:20-cv-02484-MSK   Document 81-1   filed 05/06/21   USDC Colorado   pg 67 of 391
Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2015

Understanding current emission trends in particular and the links between global temperature changes and national emission budgets more generally (sometimes referred to as the 'correlation trail'; Anderson & Bows 2007), is essential if policy is to be evidence based. Currently, national and international policies are dominated by long-term reduction targets with little regard for the cumulative carbon budget described by particular emission pathways. Within the UK, for example, while the government acknowledges the link between temperature and concentration, the principal focus of its policies is on reducing emissions by 60 per cent by 2050 (excluding international aviation and shipping; Bows & Anderson 2007). Closer examination of the UK's relatively 'mature' climate change policy reveals a further inconsistency. Within many official documents 550 ppmv $CO_2$e and 550 ppmv $CO_2$ are used interchangeably,[2] with the latter equating to approximately 615 ppmv $CO_2$e (extrapolated from IPCC 2007*a*, topic guide 5, table 5.1); the policy repercussions of this scale of ambiguity are substantial.

Whether considering climate change from an international, national or regional perspective, it is essential that the associated policy debate be informed by the latest science on the 'correlation trail' from temperature and atmospheric concentrations of $CO_2$e through to global carbon budgets and national emission pathways. Without such an informed debate, the scientific and policy uncertainties that unavoidably arise are exacerbated unnecessarily and significantly.

### (*b*) *Recent emissions data and science: impact on carbon budgets*

#### (i) *Carbon-cycle feedbacks*

The atmospheric concentration of $CO_2$ depends not only on the quantity of emissions emitted into the atmosphere (natural and anthropogenic), but also on land use changes and the capacity of carbon sinks within the biosphere. As the atmospheric concentration of $CO_2$ increases (at least within reasonable bounds), so there is a net increase in its take-up rate from the atmosphere by vegetation and the ocean. However, changes in rainfall and temperature in response to increased atmospheric greenhouse gas concentrations affect the absorptive capacity of natural sinks (Jones *et al.* 2006; Canadell *et al.* 2007; Le Quéré *et al.* 2007). While the complex and interactive nature of these effects leads to uncertainties with regard to the size of the carbon-cycle feedbacks (Cox *et al.* 2006), all models studied agree that a global mean temperature increase will reduce the biosphere's ability to store carbon emissions over the time scales considered here (Friedlingstein *et al.* 2006). Consequently, pathways to stabilizing $CO_2$ concentrations that include feedbacks have lower permissible emissions than those pathways that exclude such feedbacks. According to AR4, for example, *with* feedbacks included, stabilizing at 450 ppmv $CO_2$e correlates with cumulative emissions some 27 per cent lower than *without* feedbacks, over a 100-year period (IPCC 2007*a*, topic guide 5, p. 6). The impact of this latest science on the link between emissions and temperature is of sufficient scale to require the emission-reduction pathways associated with particular concentrations and hence temperatures be revisited.

[2] For example, the RCEP uses $CO_2$e in RCEP (2000), whereas the Energy White Paper (DTI 2006) and Climate Change Programme (DEFRA 2006) both refer to $CO_2$ alone.

Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2016

3866                                      K. Anderson and A. Bows

(ii) *Latest empirical emissions data*

The current suites of emission scenarios informing the international and national climate change agenda seldom include empirical emissions data post-2000, choosing instead to model recent emissions; both the 2006 Stern Review (Stern 2006, p. 231) and the UK's 2007 draft climate change bill (DEFRA 2007) illustrate this tendency. However, recent empirical data have shown global emissions to have risen at rates well in excess of those contained within these and many other emissions scenarios (Raupach *et al.* 2007). For example, while Stern assumes a mean annual $CO_2e$ emission growth between 2000 and 2006 of approximately 0.95 per cent, the growth rate calculated from the latest empirical data is closer to 2.4 per cent.[3] Similarly, the UK's draft climate change bill (DEFRA 2007) contains an emission pathway between 2000 and 2006 in which emissions fall, while over the same period the UK Government's emission inventory suggests, at best, that emissions have been stable.

A further and important revision to recent emissions data relates to deforestation. Within many scenarios, including Stern, emissions resulting from deforestation are estimated to be in the region of $7.3\ GtCO_2$ in 2000. However, recent data have suggested this to be an overestimate, with R. A. Houghton (2006, personal communication) having recently revised his earlier figure downward to $5.5\ GtCO_2$.[4] The impact of this reduction allied to the latest emission data reinforces the need to revisit emission pathways.

## 3. Scenario analysis

### (a) *Overview*

The scenario analysis presented within this paper is for the basket of six greenhouse gases only and relies, principally, on the scientific understanding contained within AR4. The analysis does not take account of the following:

— the radiative forcing impacts of aerosols and non-$CO_2$ aviation emissions (e.g. emissions of $NO_x$ in the upper troposphere, vapour trails and cirrus formation);[5]

---

[3] $CO_2$ data from the Carbon Dioxide Information Analysis Centre (CDIAC) including recent data from G. Marland (2006, personal communication); non-$CO_2$ greenhouse gas data from the USA Environmental Protection Agency (EPA 2006) including the projection for 2005, and assuming deforestation emissions in 2005 to be $5.5\ GtCO_2$ ($1.5\ GtC$), with a 0.4 per cent growth in the preceding 5 years in line with data within the Global Forest Resources Assessment (FAO 2005).

[4] FAO (2005) contains rates of tropical deforestation for the 1990s revised downward from those in the 2000 Global Forest Resources Assessment (FAO 2000; R. A. Houghton 2006, personal communication). An earlier estimate based on high-resolution satellite data over areas identified as 'hot spots' of deforestation, estimated the figure at nearer $3.7\ GtCO_2$ ($1\ GtC$) for 2000 (Achard *et al.* 2004). It is Houghton's more recent estimate that is used in this paper.

[5] There remains considerable uncertainty as to the actual level of radiative forcing associated with aerosols, exacerbated by their relatively short residence times in the atmosphere and uncertainty as to future aerosol emission pathways (Cranmer *et al.* 2001; Andreae *et al.* 2005). Similarly, there remain significant uncertainties as to the radiative forcing impact of non-$CO_2$ emissions from aviation, particularly contrails and linear cirrus (e.g. Stordal *et al.* 2004; Mannstein & Schumann 2005).

Case No. 1:20-cv-02484-MSK   Document 81-1   filed 05/06/21   USDC Colorado   pg 69 of 391

Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2016

—the most recent findings with respect to carbon sinks;[6]
—previously underestimated emission sources;[7] and
—the implications of early emission peaks for 'overshooting' stabilization concentrations and the attendant risks of additional feedbacks.

While aerosols are most commonly associated with net global (or at least regional) cooling, the other factors outlined above are either net positive feedbacks or, as is the case for high peak-level emissions, increase the likelihood of net positive feedbacks. Consequently, the correlations between concentration and mitigation outlined in this analysis are, in time, liable to prove conservative.

The scenarios are for $CO_2$ emission pathways during the twenty-first century, with empirical data used for the opening years of the century (in contrast to modelled or 'what if' data). The full scenario sets (*AB1* and *AB2*) comprise different combinations of the following: (i) emissions of $CO_2$ from deforestation, (ii) emissions of non-$CO_2$ greenhouse gases, and (iii) emissions of $CO_2$ from energy and industrial processes.

For *AB1*

—*Deforestation.* Two low emission scenarios for the twenty-first century.
—*Non-$CO_2$ greenhouse gases.* Three scenarios peaking in 2015, 2020 and 2025 and subsequently reducing to 7.5 $GtCO_2e$ per year.
—*Energy and process $CO_2$.* Three scenarios peaking in 2015, 2020 and 2025 and subsequently reducing to maintain the total cumulative emissions for the twenty-first century within the AR4 450 ppmv $CO_2e$ range (with carbon-cycle feedbacks).

For *AB2*

—*Deforestation.* Two low emission scenarios for the twenty-first century.
—*Non-$CO_2$ greenhouse gases.* One scenario peaking in 2020 subsequently reducing to 7.5 $GtCO_2e$ per year (as per *AB1* with a 2020 peak).
—*Energy and process $CO_2$.* Three scenarios, each following the same pathway to a 2020 peak, but subsequently reducing at different rates to maintain total annual $CO_2e$ reductions of 3, 5 and 7 per cent.

The following sections detail the *deforestation* and *non-$CO_2$ greenhouse gas* emission scenarios used to derive the post-peak *energy and process $CO_2$* emission scenarios and ultimately the total global $CO_2e$ scenarios for the twenty-first century.

### (*b*) *Deforestation emissions*

A significant portion of the current global annual anthropogenic $CO_2$ emissions are attributable to deforestation (in the region of 12–25%). However, carbon mitigation policy, particularly in OECD nations, tends to focus on those

[6] For example, and in particular, the reduced uptake of $CO_2$ in the Southern Ocean (Raupach *et al.* 2007) and the potential impact of low level ozone on the uptake of $CO_2$ in vegetation (Cranmer *et al.* 2001).

[7] For example, significant uncertainties in the emissions estimates for international shipping (Corbett & Kohler 2003; Eyring *et al.* 2005).

Case No. 1:20-cv-02484-MSK   Document 81-1   filed 05/06/21   USDC Colorado   pg 70 of 391
Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2015

Table 1. Deforestation emission scenario summary for two scenarios used to build the subsequent full $CO_2$e scenarios (deforestation low, $D_L$; deforestation high, $D_H$) and one for illustrative purposes only (deforestation very high, $D_{VH}$).

| name | 2000 emissions/ year (carbon stock) [$GtCO_2$] | peak date | 2100 carbon stock remaining % (carbon stock) [$GtCO_2$] | emissions 2000 2100 [$GtCO_2$] |
|---|---|---|---|---|
| $D_L$ (developed for this analysis) | 5.5 (1060) | 2015 | 80 (847) | 213 |
| $D_H$ (Moutinho & Schwartzman) | 5.5 (1060) | 2020 | 70 (741) | 319 |
| $D_{VH}$ (Moutinho & Schwartzman) | 5.5 (1060) | 2036 | 55 (583) | 477 |

emissions from energy and industrial processes (hereafter referred to as energy and process emissions), with less direct regard for emissions arising from deforestation. While the relatively high levels of uncertainty associated with deforestation emissions make their inclusion in global mitigation scenarios problematic, the scale of emissions is such that they must be included. Within this paper two deforestation scenarios are developed; both assume climate change to be high on the political agenda and represent relatively optimistic reductions in the rate of, and hence the total emissions released from, deforestation.[8] They both have a year 2000 baseline of 5.5 $GtCO_2$, but post-2015 have different deforestation rates and hence different stocks of carbon remaining in 2100 (i.e. the amount of carbon stored in the remaining forest). The scenarios are illustrated numerically in table 1 and graphically in figure 1.

The scenarios are dependent not only on the baseline but also on estimates of the change in forestry carbon stocks between 2000 and 2100. The stock values used in the scenarios are taken from Moutinho & Schwartzman (2005) and based on their estimate of total forest carbon stock in 2000 of 1060 $GtCO_2$. According to their assumptions, the carbon stock continues to be eroded at current rates until either 2012 or 2025, following which emissions from deforestation decline to zero by either 2100 or until they equate to 15 per cent of a particular nation's forest stock (compared with 2000). They estimate two values for the carbon stocks, released as $CO_2$ emissions by 2100 as 319 and 477 $GtCO_2$. This implies that within their scenarios, either 70 or 55 per cent of total carbon stocks remain globally. Given that this paper and its accompanying *AB1* and *AB2* scenarios are premised on climate change being high on the international agenda, Moutinho & Schwartzman's *55 per cent of total carbon stock* value is considered too pessimistic within the context of this analysis, and although presented in figure 1, is not included in the analysis from this point onwards. Moreover, to allow for a more stringent curtailment of deforestation, the scenario developed for a 70 per cent stock-remaining estimate is complemented by one with 80 per cent remaining.

[8] While the scenarios are at least as optimistic as those underpinning, for example, the 2005 Forest Resource Assessment (FAO 2005) and the 2006 Stern report, it could be argued they are broadly in keeping with the high profile deforestation gained during the 2007 United Nations Climate Change Conference in Bali.

Case No. 1:20-cv-02484-MSK Document 81-1 filed 05/06/21 USDC Colorado pg 71 of 391
Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2016



Figure 1. Deforestation emission scenarios showing three $CO_2$ emissions pathways based on varying levels of carbon stocks remaining in 2100. Solid curve, 80% stock remaining; dot-dashed curve, 70% stock remaining; dotted curve, 55% stock remaining.

The $D_L$ and $D_H$ curves both assume no increase in deforestation rates from current levels, with $D_L$ beginning to drop from the peak level of $5.5\,GtCO_2$, 5 years prior to $D_H$. This, combined with the higher level of forestry, and hence carbon stock remaining in 2100, gives the $D_L$ curve a faster rate of reduction in deforestation than is the case for the $D_H$ curve (typically, 7.4 and 4.8% for $D_L$ and $D_H$, respectively).[9]

### (c) Non-$CO_2$ greenhouse gas emissions

To estimate the percentage reductions required from *energy and process* $CO_2$ emissions for both *AB1* and *AB2*, it is necessary to consider a range of future emission scenarios for the non-$CO_2$ greenhouse gases. Accordingly, three scenarios are developed assuming current US Environmental Protection Agency (EPA) estimates and projections of emissions from 2000 up to a range of peaking years, after which emissions are assumed to decline towards the same long-term stable level. All the scenarios represent a long-term halving in emission intensity, with the difference between them arising from the range of cumulative emissions associated with each of the peaking dates. The scenarios are illustrated numerically in table 2 and graphically in figure 2.

Anthropogenic non-$CO_2$ greenhouse gas emissions are dominated by methane and nitrous oxide and, along with the other non-$CO_2$ greenhouse gases, accounted for approximately $9.5\,GtCO_2e$ in 2000 (EPA 2006; similar figures are used within the Stern Review), equivalent to 23 per cent of global $CO_2e$

[9] $D_L$ per cent change value is the mean for the period between 2030 and 2050, and $D_H$ is the mean value for 2040 2060.

Case No. 1:20-cv-02484-MSK   Document 81-1   filed 05/06/21   USDC Colorado   pg 72 of 39
Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2016

Table 2. Non-$CO_2$ greenhouse gas emission scenario summary.

| name | 2000 emissions [$GtCO_2$] | peak year | mean growth to peak (%) | peak annual emission [$GtCO_2e$] | total 2000 2100 emissions [$GtCO_2e$] |
|---|---|---|---|---|---|
| early action | 9.5 | 2015 | 1.31 | 11.4 | 858 |
| mid-action | 9.5 | 2020 | 1.51 | 12.2 | 883 |
| late action | 9.5 | 2025 | 1.53 | 13.3 | 916 |



Figure 2. Three non-$CO_2$ greenhouse gas emission scenarios with emission pathways peaking at different years but all achieving the same residual level by 2050. Short dashed curve, early action; long dashed curve, mid-action; solid curve, late action.

emissions. Understanding how this significant portion of emissions may change in the future is key to exploring the scope for future emissions reduction from all the greenhouse gases.

The three non-$CO_2$ greenhouse gas scenarios presented here are broadly consistent with a global drive to alleviate climate change. The principal difference between the scenarios is the date at which emissions are assumed to peak, with the range chosen to match that for the total $CO_2e$ emissions, namely an *early-action* scenario where emissions peak in 2015, a *mid-action* peak of 2020 and finally a *late-action* peak in 2025. All three scenarios have a growth rate from the year 2000 up until a few years prior to the peak, equivalent to that projected by the EPA (2006),[10] and broadly in keeping with recent trend data. The scenarios all contain a smooth transition through the period of peak emissions and on to a pathway leading towards a post-2050 value of 7.5 $GtCO_2e$. This value is again specifically chosen to

---

[10] EPA values for global warming potential of the basket of six gases are slightly different from those used in IPCC. The difference, though noted here, does not significantly alter the analysis or results.

Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2016

reflect a genuine global commitment to tackle climate change. It is approximately 25 per cent lower than the current level and consistent with a number of other 450 ppmv scenarios.[11] Given that the majority of the non-$CO_2$ greenhouse gas emissions are associated with food production, it is not possible, with our current understanding of the issues, to envisage how emissions could tend to zero while there remains a significant human population. The 7.5 $GtCO_2$e figure used in this paper, assuming a global population in 2050 of 9 billion (thereafter remaining stable), is equivalent to approximately halving the emission intensity of current food production. While a reduction of this magnitude may be considered ambitious in a sector with little overall emission elasticity, such improvements are necessary if global $CO_2$ concentrations are to be maintained within any reasonable bounds.

The non-$CO_2$ greenhouse gas scenarios have similar growth rates from 2000 to their respective peak values, and ultimately all have the same post-2050 emission level (7.5 $GtCO_2$e). The rate of reduction in emissions from the respective peaks demonstrates the importance of timely action to curtail the current rise in annual emissions: the early-action scenario is required to reduce at 1.35 per cent per year, while the *mid-* and late-action scenario values are at 2 and 3 per cent, respectively. Similarly, table 2 and figure 2 demonstrate the importance for cumulative values of non-$CO_2$ greenhouse gas emissions not rising much higher than today and that the post-peak reduction rate achieves the long-term residual emission level as soon as is possible (7.5 $GtCO_2$e by 2050). If the year in which emissions reach the residual level had been 2100 rather than 2050, the modest differences in cumulative emissions between the *early-*, mid- and late-action scenarios would have been substantially increased. Given that the cumulative value of non-$CO_2$ greenhouse gas emissions is a significant proportion of total cumulative $CO_2$e emissions, any delay in achieving the residual value would have significant implications for the reduction rate of energy and process $CO_2$ emissions necessary to meet the *AB1* and *AB2* criteria.

### (d) $CO_2e$ emission scenarios for the twenty-first century

Having developed the deforestation and non-$CO_2$ greenhouse gas scenarios, this section presents the complete greenhouse gas emission scenarios, *AB1* and *AB2*, for the twenty-first century. The emissions released from the year 2000 until the peak dates are discussed here in relation to both *AB1* and *AB2*, before the post-peak scenarios for each of the scenario sets are presented.

### (i) *AB1 and AB2: emissions from 2000 to the peak years*

By combining the deforestation and non-$CO_2$ greenhouse gas scenarios with assumptions about energy and process $CO_2$, scenarios for all greenhouse gas emissions up until the three peaking dates are developed. Energy and process $CO_2$ emissions for the years 2000–2005 are taken from the Carbon Dioxide Information Analysis Centre (CDIAC), with estimates for 2006–2007 based on BP inventories (BP 2007). From 2007 to the three peaking dates of 2015 (early action), 2020 (mid-action) and 2025 (late-action) emissions of energy and process $CO_2$ grow at 3 per cent per year until 5 years prior to peaking. Beyond this point, emission growth gradually slows to zero at the peak year before reversing

---

[11] For example, in Stern (2006, p. 233), for both his 450 ppmv $CO_2$e and 500 450 ppmv overshoot curve.

Case No. 1:20-cv-02484-MSK Document 81-1 filed 05/06/21 USDC Colorado pg 74 of 391

Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2016

Table 3. Summary of the core components of scenario set *AB1*.

| characteristic | 2015 2100 | 2020 2100 | 2025 2100 |
|---|---|---|---|
| deforestation[a] | $D_H$ and $D_L$ | $D_H$ and $D_L$ | $D_H$ and $D_L$ |
| non-$CO_2$ greenhouse gases[a] | early action | mid-action | late action |
| approximate peaking value [$GtCO_2e$] | 54 | 60 | 64 |
| cumulative emissions [$GtCO_2e$] IPCC AR4 | low: 1376 | low: 1376 | low: 1376 |
| | medium: 1798 | medium: 1798 | medium: 1798 |
| | high: 2202 | high: 2202 | high: 2202 |
| 2100 residual emissions [$GtCO_2e$] | 7.5 | 7.5 | 7.5 |

[a]Deforestation and non-$CO_2$ greenhouse gas scenarios as in tables 1 and 2.

thereafter. The 3 per cent emission growth rate chosen for $CO_2$ is broadly consistent with recent historical trends. Between 2000 and 2005, CDIAC data show a mean annual growth in energy and process $CO_2$ emissions of 3.2 per cent; this includes the slow growth years following the events of 11 September 2001.

(ii) *AB1: emissions from peak years to 2100*

From the peak years onwards, *AB1* (summarized in table 3) takes the approach that to remain within the bounds of a 450 ppmv $CO_2e$ stabilization target, the cumulative emissions between 2000 and 2100 must not exceed the range presented within the latest IPCC report in which carbon-cycle feedbacks are included (IPCC 2007*b*).

(iii) *AB1 final scenarios*

The emission pathways for the full greenhouse gas *AB1* scenarios from 2000 to 2100 are presented in figure 3. The plots comprise the earlier deforestation and non-$CO_2$ greenhouse gas scenarios with growing energy and process $CO_2$ emissions up to the peaking year, and all have total twenty-first century cumulative values of $CO_2e$ matching the 450 ppmv figures within AR4.

It is evident from the data underpinning figure 3 that 10 of the 18 proposed pathways cannot be quantitatively reconciled with the cumulative $CO_2e$ emissions budgets for 450 ppmv provided within AR4. Table 4 identifies the 'impossible' scenarios (including three with prolonged annual reduction rates greater than 15%) and illustrates the post-peak level of sustained emission reduction necessary to remain within budget.

(iv) *AB1: implications for energy and process $CO_2$*

The constraints on the greenhouse gas emission pathways of achieving 450 ppmv $CO_2e$ render most of the *AB1* scenarios impossible to achieve. Having established which scenarios are at least quantitatively possible and subtracting the respective non-$CO_2$ greenhouse gas and deforestation emissions, the energy and process emissions associated with each of the scenarios that remain feasible (figure 4) can be derived. Figure 4 illustrates that complete decarbonization of the energy and process system is necessary by between 2027 and 2063, if the total greenhouse gas emissions are to remain within the IPCC's 450 ppmv $CO_2e$ budgets. Moreover, in combination with table 5, it is evident that the only meaningful opportunity for

Case No. 1:20-cv-02484-MSK  Document 81-1  filed 05/06/21  USDC Colorado  pg 75 of 39
Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2015



Figure 3. Greenhouse gas emission scenarios for *AB1* with emissions peaking in (*a*) 2015, (*b*) 2020 and (*c*) 2025. Dark purple curve, low $D_L$; black curve, low $D_H$; blue curve, medium $D_L$; red curve, medium $D_H$; light purple curve, high $D_L$; green curve, high $D_H$.

Table 4. Scenarios assessed in relation to their practical feasibility. (X denotes a scenario rejected on the basis of being quantitatively impossible or with prolonged percentage annual reduction rates greater than 15%. The percentage reductions given illustrate typical sustained annual emission reductions required to remain within budget.)

| peak date | deforestation $D_L$ | | | deforestation $D_H$ | | |
|---|---|---|---|---|---|---|
| | low | medium | high | low | medium | high |
| 2015 | X | 13% | 4% | X | X | 4% |
| 2020 | X | X | 8% | X | X | 11% |
| 2025 | X | X | X | X | X | X |

Case No. 1:20-cv-02484-MSK Document 81-1 filed 05/06/21 USDC Colorado pg 76 of 391
Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2015



Figure 4. Energy and process $CO_2$ emissions derived by subtracting the non-$CO_2$ emissions and deforestation emissions from the total greenhouse gas emissions over the period of 2000 2100, for the *AB1* scenarios. Black solid curve, 2015 peak medium $D_L$; black dashed curve, 2015 peak high $D_L$; dot-dashed curve, 2015 peak high $D_H$; grey solid curve, 2020 peak high $D_L$; grey dashed curve, 2020 peak high $D_H$.

Table 5. Twenty-year sustained post-peak per cent reductions in energy and process $CO_2$ emissions (from 5 years following the peak year). (X denotes a scenario rejected on the basis of being quantitatively impossible, with prolonged per cent annual reduction rates greater than 15% or scenarios where full decarbonization is necessary within 20 years.)

| peak date | deforestation $D_L$ | | | deforestation $D_H$ | | |
|---|---|---|---|---|---|---|
| | low | medium | high | low | medium | high |
| 2015 | X | X | ∼6% | X | X | ∼8% |
| 2020 | X | X | X | X | X | X |
| 2025 | X | X | X | X | X | X |

stabilizing at 450 ppmv $CO_2e$ occurs if the highest of the IPCC's cumulative emissions range is used and if emissions peak by 2015.

## (v) *AB2: emissions from 2020 (peak year) to 2100*

The *AB2* scenario set complements the *AB1* scenario set by exploring the implications for $CO_2e$ budgets of three post-peak annual emission reduction rates (3, 5 and 7%). Only one peaking year is considered within this analysis with 2020 chosen as arguably the most 'realistic' of the three dates in terms of both the 'practicality' of being achieved and of the respective scope for remaining within 'reasonable' bounds of $CO_2e$ concentrations. Table 6 summarizes the data underpinning figure 5.

Case No. 1:20-cv-02484-MSK Document 81-1 filed 05/06/21 USDC Colorado pg 77 of 39
Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2016

Table 6. Summary of the core components of the *AB2* scenarios.

| characteristic | 2020  2100 |
| --- | --- |
| deforestation[a] | $D_H$ and $D_L$ |
| non-$CO_2$ greenhouse gases[a] | mid-action |
| approximate peaking value [$GtCO_2e$] | 60 |
| post-2020 $CO_2e$ reductions (%) | 3, 5 and 7 |
| 2100 residual emissions [$GtCO_2e$] | 7.5 |

[a]Deforestation and non-$CO_2$ greenhouse gas scenarios as in tables 1 and 2.



Figure 5. Greenhouse gas emission scenarios peaking in 2020, with sustained percentage emission reductions of 3, 5 and 7%. The 3 and 5% $D_H$ scenarios are so similar to the 3 and 5% $D_L$ that they are hidden behind those profiles. Black solid curve, 7% reduction $D_L$; black dashed curve, 7% reduction $D_H$; thin grey solid curve, 5% reduction $D_L$; thin grey dashed curve (hidden), 5% reduction $D_H$; thick grey solid curve, 3% reduction $D_L$; thick grey dashed curve (hidden), 3% reduction $D_H$.

The pathways within figure 5 equate to a range in cumulative $CO_2e$ emissions for 2000–2100 of 2.4 $TtCO_2e$, 2.6 $TtCO_2e$ and 3 $TtCO_2e$ for 7, 5 and 3 per cent reductions, respectively. According to the cumulative emissions data contained within the Stern Review (Stern 2006: figure 8.1, p. 222), the first two values approximate to a $CO_2e$ concentration of approximately 550 ppmv with the latter being closer to 650 ppmv.

(vi) *AB2: implications for energy and process $CO_2$*

Having developed the total $CO_2e$ pathways for *AB2*, and given the deforestation and non-$CO_2$ greenhouse gas emission scenarios outlined earlier, the associated energy and process $CO_2$ scenarios can be derived (figure 6). Table 7 indicates typical post-peak annual reduction rates in energy and process $CO_2$ emissions for the families of 3, 5 and 7 per cent $CO_2e$ scenarios.

Case No. 1:20-cv-02484-MSK   Document 81-1   filed 05/06/21   USDC Colorado   pg 78 of 391
Downloaded from http://sta.royalsocietypublishing.org/ on October 26, 2016



Figure 6. $CO_2$ emissions derived by removing the non-$CO_2$ greenhouse gas emissions and deforestation emissions from the total greenhouse gas emissions over the period of 2000–2100 for the *AB2* scenarios. Black dashed curve, 7% reduction $D_L$; black solid curve, 7% reduction $D_H$; thin grey dashed curve, 5% reduction $D_L$; thin grey solid curve, 5% reduction $D_H$; thick grey dashed curve, 3% reduction $D_L$; thick grey solid curve, 3% reduction $D_H$.

Table 7. Post-peak (2020) per cent reduction in energy and process $CO_2$ emissions.

| annual reduction | deforestation $D_L$ (%) | | | deforestation $D_H$ (%) | | |
|---|---|---|---|---|---|---|
| total $CO_2$e | 3 | 5 | 7 | 3 | 5 | 7 |
| energy and process $CO_2$ | 3 | 6 | 9 | 4 | 7 | 12 |

According to these results, the 3, 5 and 7 per cent $CO_2$e annual reduction rates comprising the *AB2* scenarios correspond with energy and process decarbonization rates of 3–4, 6–7 and 9–12 per cent, respectively. While the latter two ranges correlate broadly with stabilization at 550 ppmv $CO_2$e, the former, although arguably offering less unacceptable rates of reduction, correlates with stabilization nearer 650 ppmv $CO_2$e.

## 4. Discussion

### (a) *AB1 scenarios*

The *AB1* scenarios presented here focus on 450 ppmv $CO_2$e and can be broadly separated into three categories.

  (i) Scenarios that quantitatively exceed the IPCC's 450 ppmv $CO_2$e budget range: this equates to 10 of the 18 scenarios. Scenarios in this category are quantitatively impossible.

Case No. 1:20-cv-02484-MSK Document 81-1 filed 05/06/21 USDC Colorado pg 79 of 391
Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2016

Table 8. Summary of the core components of the 450 ppmv scenario considered theoretically possible within the constraints of the analysis and assuming the IPCC's most 'optimistic' 450 ppmv $CO_2e$ cumulative value.

| characteristics | quantity |
| --- | --- |
| IPCC 450 ppmv upper limit cumulative value for 2000 2100 ($GtCO_2e$) | 858 |
| peak in $CO_2e$ emissions | 2015 |
| post-peak annual $CO_2e$ decarbonization rate | ~4% |
| total decarbonization date (including forestry and excluding non-$CO_2e$ greenhouse gas residual) | ~2060 2075 |
| post-peak sustained annual energy and process decarbonization rate | ~6 8% |
| total energy and process decarbonization date | ~2050 2060 |

(ii) Scenarios with current emission growth continuing until 2015, emissions peaking by 2020 and thereafter undergoing dramatic annual reductions of between 8 and 33 per cent. Scenarios in this category are, for the purpose of this paper, considered politically unacceptable.

(iii) Scenarios that, as early as 2010, break with current trends in emissions growth, with emissions subsequently peaking by 2015 and declining rapidly thereafter (approx. 4% per year). Scenarios in this category are discussed below.

For scenarios within category (iii) to be viable, it is necessary that the IPCC's upper value for 450 ppmv cumulative emissions between 2000 and 2100 be correct. If, on the other hand, the IPCC's mid- or low value turns out be more appropriate, category (iii) scenarios will either be politically unacceptable (i.e. above 8% per annum reduction) or quantitatively impossible.

However, even should the IPCC's high level ('optimistic') value be correct, the accompanying 4 per cent per year reductions in $CO_2e$ emissions beginning in under a decade from today (i.e. by 2018) are unlikely to be politically acceptable without a sea change in the economic orthodoxy. The scale of this challenge is brought into sharp focus in relation to energy and process emissions. According to the analysis conducted in this paper, stabilizing at 450 ppmv requires, at least, global energy related emissions to peak by 2015, rapidly decline at 6–8 per cent per year between 2020 and 2040, and for full decarbonization sometime soon after 2050.

The characteristics of the resulting 450 ppmv scenario are summarized in table 8. This assumes that the most optimistic of the IPCC's range of cumulative emission values is broadly correct. While this analysis suggests stabilizing at 450 ppmv is theoretically possible, in the absence of an unprecedented step change in the global economic model and the rapid deployment of successful $CO_2$ scrubbing technologies, 450 ppmv is no longer a viable stabilization concentration. The implications of this for climate change policy, particularly adaptation, are profound. The framing of climate change policy is typically informed by the 2°C threshold; however, even stabilizing at 450 ppmv $CO_2e$ offers only a 46 per cent chance of not exceeding 2°C (Meinshausen 2006). As a consequence, any further delay in global society beginning down a pathway towards 450 ppmv leaves 2°C as an inappropriate and dangerously misleading mitigation and adaptation target.

Case No. 1:20-cv-02484-MSK Document 81-1 filed 05/06/21 USDC Colorado pg 80 of 391
Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2016

### (b) AB2 scenarios

From the analysis underpinning the *AB2* scenarios, it is evident that the rates of emission reduction informing much of the climate change debate, particularly in relation to energy, correlate with higher stabilization concentrations than is generally recognized. The principal reason for this divergence arises, in the first instance, from the difference between empirical and modelled emissions data for post-2000. For example, in describing '[T]he Scale of the Challenge' Stern's 'stabilization trajectories' assume a mean annual emissions growth almost 1.5 per cent lower than was evident from the empirical data between 2000 and 2006. While the subsequent impact on cumulative emissions for this period is, in itself, significant, the substantive difference arises from short-term extrapolations of current trends. Stern's range of peak emissions for 2015 are some 10 $GtCO_2e$ lower than would be the case if present trends continued out to 2010, with growth subsequently reducing to give a peak in emissions by 2015.[12] This substantial divergence in emissions is exacerbated significantly as the peak date goes beyond 2015. If emissions were to peak by 2020 (as was assumed for the *AB2* scenarios), and again following a slowing in growth during the 5 years prior to the peaking date, emissions would, by 2020, be between 14 and 16 $GtCO_2e$ higher than Stern's 2020 range. This difference alone equates to over a third of current global annual emissions, with knock-on implications for short- to medium-term cumulative emissions seriously constraining the viable range of long-term stabilization targets.

While climate change is claimed to be a central issue within many policy dialogues, rarely are absolute annual carbon mitigation rates greater than 3 per cent considered viable. In addition, where mitigation polices are more developed, seldom do they include emissions from international shipping and aviation (Bows & Anderson 2007). Stern (2006, pp. 231) drew attention to historical precedents of reductions in carbon emissions, concluding that annual reductions of greater than 1 per cent have 'been associated only with economic recession or upheaval'. For example, the collapse of the former Soviet Union's economy brought about annual emission reductions of over 5 per cent for a decade. By contrast, France's 40-fold increase in nuclear capacity in just 25 years and the UK's 'dash for gas' in the 1990s both corresponded, respectively, with annual $CO_2$ and greenhouse gas emission reductions of only 1 per cent (not including increasing emissions from international shipping and aviation). Set against this historical experience, the reduction rates contained within the *AB2* scenarios are without a structurally managed precedent.

In all but one of the *AB2* scenarios, the challenge faced with regard to total $CO_2e$ reductions is increased substantially when considered in relation to decarbonizing the energy and process systems. Despite the optimistic deforestation and non-$CO_2$ greenhouse gas emission scenarios developed for this paper, the repercussions for energy and process emissions are extremely severe. Stabilization at 550 ppmv $CO_2e$, around which much of Stern's analysis

---

[12] Comparing values outlined in Stern (2006, p. 233) with those in *AB1* and *AB2* for 2015. In addition, Stern envisages a global $CO_2e$ emissions increase of approximately 5 $GtCO_2e$ between 2000 and 2015 compared with provisional estimates for China alone of between 4.2 and 5.5 $GtCO_2e$, extending up to 12.2 $GtCO_2e$ (T. Wang & J. Watson of the Sussex Energy Group (SEG) 2008, personal communication). If the lower SEG estimate for China is correct, Stern's analysis implicitly assumes that global emissions (excluding China) remain virtually unchanged between 2000 and 2015.

Case No. 1:20-cv-02484-MSK Document 81-1 filed 05/06/21 USDC Colorado pg 81 of 391

Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2016

revolved, requires global energy and process emissions to peak by 2020 before beginning an annual decline of between 6 and 12 per cent; rates well in excess of those accompanying the economic collapse of the Soviet Union. Even for the 3 per cent $CO_2e$ reduction scenario (i.e. stabilization at 600–650 ppmv $CO_2e$), the current rapid growth in energy and process $CO_2$ emissions would need to cease by 2020 and begin reducing at between 3 and 4 per cent annually soon after.

It is important to note that for both *AB1* and *AB2* scenarios, there is a risk of a transient overshoot of the 'desired' atmospheric concentration of greenhouse gases as a consequence of the rate of change in the emission pathway. Given that overshoot scenarios remain characterized by considerable uncertainty and are the subject of substantive ongoing research (e.g. Schneider & Mastrandrea 2005; Nusbaumer & Matsumoto 2008), they have not been addressed within either *AB1* or *AB2*.

## 5. Conclusions

Given the assumptions outlined within this paper and accepting that it considers the basket of six gases only, incorporating both carbon-cycle feedbacks and the latest empirical emissions data into the analysis raises serious questions about the current framing of climate change policy. In the absence of the widespread deployment and successful application of geoengineering technologies (sometimes referred to as macro-engineering technologies) that remove and store atmospheric $CO_2$, several headline conclusions arise from this analysis.

—If emissions peak in 2015, stabilization at *450 ppmv* $CO_2e$ requires subsequent annual reductions of 4 per cent in $CO_2e$ and 6.5 per cent in energy and process emissions.
—If emissions peak in 2020, stabilization at *550 ppmv* $CO_2e$ requires subsequent annual reductions of 6 per cent in $CO_2e$ and 9 per cent in energy and process emissions.
—If emissions peak in 2020, stabilization at *650 ppmv* $CO_2e$ requires subsequent annual reductions of 3 per cent in $CO_2e$ and 3.5 per cent in energy and process emissions.

These headlines are based on the range of cumulative emissions within IPCC AR4 (for 450 ppmv) and the Stern report (for 550 and 650 ppmv),[13] with the accompanying rates of reduction representing the mid-values of the ranges discussed earlier. While for both the 550 and 650 ppmv pathways peak dates beyond 2020 would be possible, these would be at the expense of a significant increase in the already very high post-peak emission reduction rates.

These conclusions have stark repercussions for mitigation and adaptation policies. By association, they raise serious questions as to whether the current global economic orthodoxy is sufficiently resilient to absorb the scale of the challenge faced.

[13] The 450 ppmv figure is from AR4 (IPCC 2007*a*), while the 550 and 650 ppmv figures are from Jones *et al.* (2006) and include carbon-cycle feedbacks (used in Stern's analysis). Although the Jones *et al.* figures are above the mid-estimates of the impact of feedbacks, there is growing evidence that some carbon-cycle feedbacks are occurring earlier than was thought would be the case, e.g. the reduced uptake of $CO_2$ by the Southern Ocean (Raupach *et al.* 2007).

Case No. 1:20-cv-02484-MSK Document 81-1 filed 05/06/21 USDC Colorado pg 82 of 39
Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2015

It is increasingly unlikely that an early and explicit global climate change agreement or collective ad hoc national mitigation policies will deliver the urgent and dramatic reversal in emission trends necessary for stabilization at 450 ppmv $CO_2$e. Similarly, the mainstream climate change agenda is far removed from the rates of mitigation necessary to stabilize at 550 ppmv $CO_2$e. Given the reluctance, at virtually all levels, to openly engage with the unprecedented scale of both current emissions and their associated growth rates, even an optimistic interpretation of the current framing of climate change implies that stabilization much below 650 ppmv $CO_2$e is improbable.

The analysis presented within this paper suggests that the rhetoric of 2°C is subverting a meaningful, open and empirically informed dialogue on climate change. While it may be argued that 2°C provides a reasonable guide to the appropriate scale of mitigation, it is a dangerously misleading basis for informing the adaptation agenda. In the absence of an almost immediate step change in mitigation (away from the current trend of 3% annual emission growth), adaptation would be much better guided by stabilization at 650 ppmv $CO_2$e (i.e. approx. 4°C).[14] However, even this level of stabilization assumes rapid success in curtailing deforestation, an early reversal of current trends in non-$CO_2$ greenhouse gas emissions and urgent decarbonization of the global energy system.

Finally, the quantitative conclusions developed here are based on a global analysis. If, during the next two decades, transition economies, such as China, India and Brazil, and newly industrializing nations across Africa and elsewhere are not to have their economic growth stifled, their emissions of $CO_2$e will inevitably rise. Given any meaningful global emission caps, the implications of this for the industrialized nations are bleak. Even atmospheric stabilization at 650 ppmv $CO_2$e demands the majority of OECD nations begin to make draconian emission reductions within a decade. Such a situation is unprecedented for economically prosperous nations. Unless economic growth can be reconciled with unprecedented rates of decarbonization (in excess of 6% per year[15]), it is difficult to envisage anything other than a planned economic recession being compatible with stabilization at or below 650 ppmv $CO_2$e.

Ultimately, the latest scientific understanding of climate change allied with current emission trends and a commitment to 'limiting average global temperature increases to below 4°C above pre-industrial levels', demands a radical reframing[16] of both the climate change agenda, and the economic characterization of contemporary society.

[14] Meinshausen (2006) estimates the mid-range probability of exceeding 4°C at approximately 34 per cent for 600 ppmv and 40 per cent for 650 ppmv. Given this analysis has not factored in a range of other issues with likely net positive impacts, adapting for estimated impacts of at least 4°C appears wise.

[15] At 650 ppmv the range of global decarbonization rate is 3–4 per cent per year (table 7, columns 1 and 4). As OECD nations represent approximately 50 per cent of global emissions, and assuming continued $CO_2$ emission growth from non-OECD nations for the forthcoming two decades, the OECD nations will need to compensate with considerably higher rates of emission reductions.

[16] This is not assumed desirable or otherwise, but is a conclusion of (i) the quantitative analysis developed within the paper, (ii) the premise that stabilization in excess of 600–650 ppmv $CO_2$e should be avoided and (iii) Stern's assertion that annual reductions of greater than 1 per cent have 'been associated only with economic recession or upheaval' (Stern 2006, p. 231).

Downloaded from http://rsta.royalsocietypublishing.org/ on October 26, 2016

# References

Achard, F., Eva, H. D., Mayaux, P., Stibig, H.-J. & Belward, A. 2004 Improved estimates of net carbon emissions from land cover change in the tropics for the 1990s. *Glob. Biogeochem. Cycles* **18**, GB2008. (doi:10.1029/2003GB002142)

Anderson, K. & Bows, A. 2007 A response to the draft climate change bill's carbon reduction targets. Tyndall Centre briefing note 17, Tyndall Centre for Climate Change Research. See http://www.tyndall.ac.uk/publications/briefing_notes/bn17.pdf.

Andreae, M. O., Jones, C. D. & Cox, P. M. 2005 Strong present-day aerosol cooling implies a hot future. *Nature* **435**, 1187 1190. (doi:10.1038/nature03671)

Bows, A. & Anderson, K. L. 2007 Policy clash: can projected aviation growth be reconciled with the UK Government's 60% carbon-reduction target? *Trans. Policy* **14**, 103 110. (doi:10.1016/j.tranpol.2006.10.002)

BP 2007 Statistical review of world energy 2007, British Petroleum. See http://www.bp.com/liveassets/bp_internet/globalbp/globalbp_uk_english/reports_and_publications/statistical_energy_review_2007/STAGING/local_assets/downloads/spreadsheets/statistical_review_full_report_workbook_2007.xls.

Canadell, J. G. *et al.* 2007 From the cover: contributions to accelerating atmospheric $CO_2$ growth from economic activity, carbon intensity, and efficiency of natural sinks. *Proc. Natl Acad. Sci. USA* **104**, 18 866 18 870. (doi:10.1073/pnas.0702737104)

Corbett, J. J. & Kohler, H. W. 2003 Updated emissions from ocean shipping. *J. Geophys. Res.* **108**, 4650. (doi:10.1029/2003JD003751)

Cox, P. M., Huntingford, C. & Jones, C. D. 2006 Conditions for sink-to-source transitions and runaway feedbacks from the land carbon-cycle. In *Avoiding dangerous climate change* (eds H. J. Schellnhuber, W. Cramer, N. Nakicenovic, T. Wigley & G. Yohe), pp. 155 161. Cambridge, UK: Cambridge University Press.

Cranmer, W. *et al.* 2001 Global response of terrestrial ecosystem structure and function to $CO_2$ and climate change: results from six dynamic global vegetation models. *Glob. Change Biol.* **7**, 357 373. (doi:10.1046/j.1365-2486.2001.00383.x)

DEFRA 2006 *Climate change: the UK Programme 2006.* Norwich, UK: HMSO, Department of Food and Rural Affairs.

DEFRA 2007 *Draft climate change bill.* London, UK: HMSO, Department of Food and Rural Affairs.

DTI 2006 *Our energy challenge: securing clean, affordable energy for the long term.* London, UK: HMSO, Department of Trade and Industry.

EPA 2006 Global anthropogenic non-$CO_2$ greenhouse gas emissions: 1990 2020. Office of Atmospheric Programs, Climate Change Division, USA Environmental Protection Agency.

European Commission 2007 *Limiting global climate change to 2 degrees Celsius: the way ahead for 2020 and beyond.* Brussels, Belgium: Commission of the European Communities.

Eyring, V., Köhler, H. W., van Aardenne, J. & Lauer, A. 2005 Emissions from international shipping: 1. The last 50 years. *J. Geophys. Res.* **110**, D17305. (doi:10.1029/2004JD005619)

FAO 2000 Global forest resources assessment 2000. FAO forestry paper no. 140. Food and Agriculture Organisation of the United Nations, Rome.

FAO 2005 Global forest resources assessment 2005. Global synthesis FAO forestry paper no. 124. Food and Agriculture Organisation of the United Nations, Rome.

Friedlingstein, P. *et al.* 2006 Climate-carbon-cycle feedback analysis, results from the C4MIP model intercomparison. *J. Clim.* **19**, 3337 3353. (doi:10.1175/JCL13800.1)

IPCC 1996 Climate change 1995: the science of climate change. Contribution of working group 1 to the second assessment report of the Intergovernmental Panel on Climate Change.

IPCC 2007a Climate change 2007: synthesis report. Fourth assessment report of the Intergovernmental Panel on Climate Change.

IPCC 2007b Climate change 2007: the physical science basis. Report of working group 1 to the fourth assessment report of the Intergovernmental Panel on Climate Change.

Case No. 1:20-cv-02484-MSK Document 81-1 filed 05/06/21 USDC Colorado pg 84 of 391

Downloaded from http://sta.royalsocietypublishing.org/ on October 26, 2016

Jones, C. D., Cox, P. M. & Huntingford, C. 2006 Impact of climate-carbon-cycle feedbacks on emissions scenarios to achieve stabilisation. In *Avoiding dangerous climate change* (eds H. J. Schellnhuber, W. Cramer, N. Nakicenovic, T. Wigley & G. Yohe), pp. 323 331. Cambridge, UK: Cambridge University Press.

Le Quéré, C. *et al.* 2007 Saturation of the Southern Ocean $CO_2$ sink due to recent climate change. *Science* **316**, 1735 1738. (doi:10.1126/science.1136188)

Mannstein, H. & Schumann, U. 2005 Aircraft induced contrail cirrus over Europe. *Meteorologische Zeitschrift* **14**, 549 554. (doi:10.1127/0941-2948/2005/0058)

Meinshausen, M. 2006 What does a 2C target mean for greenhouse gas concentrations? A brief analysis based on multi-gas emission pathways and several climate sensitivity uncertainty estimates. In *Avoiding dangerous climate change* (eds H. J. Schellnhuber, W. Cramer, N. Nakicenovic, T. Wigley & G. Yohe), pp. 253 279. Cambridge, UK: Cambridge University Press.

Moutinho, P. & Schwartzman, S. (eds) 2005 *Tropical deforestation and climate change.* Belém, Brazil: Amazon Institute for Environmental Research.

Nusbaumer, J. & Matsumoto, K. 2008 Climate and carbon-cycle changes under the overshoot scenario. *Glob. Planet. Change* **62**, 164 172. (doi:10.1016/j.gloplacha.2008.01.002)

Raupach, M. R., Marland, G., Ciais, P., Le Quere, C., Canadell, J. G., Klepper, G. & Field, C. B. 2007 Global and regional drivers of accelerating $CO_2$ emissions. *Proc. Natl Acad. Sci. USA* **104**, 10 288 10 293. (doi:10.1073/pnas.0700609104)

RCEP 2000 Energy   the changing climate, 22nd report, CM 4749. The Stationery Office, London.

Schneider, S. H. & Mastrandrea, M. D. 2005 Inaugural article: probabilistic assessment of "dangerous" climate change and emissions pathways. *Proc. Natl Acad. Sci. USA* **102**, 15 728 15 735. (doi:10.1073/pnas.0506356102)

Stern, N. 2006 *Stern review on the economics of climate change.* Cambridge, UK: Her Majesty's Treasury, Cambridge University Press.

Stordal, F., Myhre, G., Arlander, W., Svendby, T., Stordal, E. J. G., Rossow, W. B. & Lee, D. S. 2004 Is there a trend in cirrus cloud cover due to aircraft traffic? *Atmos. Chem. Phys. Discuss.* **4**, 6473 6501.

Tol, R. S. J. 2007 Europe's long-term climate target: a critical evaluation. *Energy Policy* **35**, 424 432. (doi:10.1016/j.enpol.2005.12.003)

# LETTER

doi:10.1038/nature14016

# The geographical distribution of fossil fuels unused when limiting global warming to 2 °C

Christophe McGlade[1] & Paul Ekins[1]

Policy makers have generally agreed that the average global temperature rise caused by greenhouse gas emissions should not exceed 2 °C above the average global temperature of pre-industrial times[1]. It has been estimated that to have at least a 50 per cent chance of keeping warming below 2 °C throughout the twenty-first century, the cumulative carbon emissions between 2011 and 2050 need to be limited to around 1,100 gigatonnes of carbon dioxide (Gt $CO_2$)[2,3]. However, the greenhouse gas emissions contained in present estimates of global fossil fuel reserves are around three times higher than this[2,4], and so the unabated use of all current fossil fuel reserves is incompatible with a warming limit of 2 °C. Here we use a single integrated assessment model that contains estimates of the quantities, locations and nature of the world's oil, gas and coal reserves and resources, and which is shown to be consistent with a wide variety of modelling approaches with different assumptions[5], to explore the implications of this emissions limit for fossil fuel production in different regions. Our results suggest that, globally, a third of oil reserves, half of gas reserves and over 80 per cent of current coal reserves should remain unused from 2010 to 2050 in order to meet the target of 2 °C. We show that development of resources in the Arctic and any

increase in unconventional oil production are incommensurate with efforts to limit average global warming to 2 °C. Our results show that policy makers' instincts to exploit rapidly and completely their territorial fossil fuels are, in aggregate, inconsistent with their commitments to this temperature limit. Implementation of this policy commitment would also render unnecessary continued substantial expenditure on fossil fuel exploration, because any new discoveries could not lead to increased aggregate production.

Recent climate studies have demonstrated that average global temperature rises are closely related to cumulative emissions of greenhouse gases emitted over a given timeframe[2,6,7]. This has resulted in the concept of the remaining global 'carbon budget' associated with the probability of successfully keeping the global temperature rise below a certain level[4,8,9]. The Intergovernmental Panel on Climate Change (IPCC)[3] recently suggested that to have a better-than-even chance of avoiding more than a 2 °C temperature rise, the carbon budget between 2011 and 2050 is around 870–1,240 Gt $CO_2$.

Such a carbon budget will have profound implications for the future utilization of oil, gas and coal. However, to understand the quantities that are required, and are not required, under different scenarios, we first



**Figure 1 | Supply cost curves for oil, gas and coal and the combustion $CO_2$ emissions for these resources. a–c,** Supply cost curves for oil (**a**), gas (**b**) and coal (**c**). **d,** The combustion $CO_2$ emissions for these resources. Within these resource estimates, 1,294 billion barrels of oil, 192 trillion cubic metres of gas, 728 Gt of hard coal, and 276 Gt of lignite are classified as reserves globally. These reserves would result in 2,900 Gt of $CO_2$ if combusted unabated. The range of carbon budgets between 2011 and 2050 that are approximately commensurate with limiting the temperature rise to 2 °C (870–1,240 Gt of $CO_2$) is also shown. 2P, 'proved plus probable' reserves; BTU, British thermal units (one BTU is equal to 1,055 J). One zettajoule (ZJ) is equal to one sextillion ($10^{21}$) joules. Annual global primary energy production is approximately 0.5 ZJ.

[1]University College London (UCL), Institute for Sustainable Resources, Central House, 14 Upper Woburn Place, London WC1H 0NN, UK.

©2015 Macmillan Publishers Limited. All rights reserved

RESEARCH LETTER

need to establish the quantities and location of those currently estimated to exist. A variety of metrics with disparate nomenclature are relied upon to report the availability of fossil fuels[10,11], but the two most common are 'resources' and 'reserves'. In this work 'resources' are taken to be the remaining ultimately recoverable resources (RURR)—the quantity of oil, gas or coal remaining that is recoverable over all time with both current and future technology, irrespective of current economic conditions. 'Reserves' are a subset of resources that are defined to be recoverable under current economic conditions and have a specific probability of being produced[11]. Our best estimates of the reserves and resources are presented in Fig. 1 and, at the regional level, in Extended Data Table 1.

Figure 1 also compares the above carbon budget with the $CO_2$ emissions that would result from the combustion of remaining fossil fuel resources (nearly 11,000 Gt $CO_2$). With the combustion emissions of the remaining reserves alone totalling nearly 2,900 Gt $CO_2$, the disparity between what resources and reserves exist and what can be emitted while avoiding a temperature rise greater than the agreed 2 °C limit is therefore stark.

Although previous research[12] has examined the implications that emissions mitigation might have on the rents collected by fossil fuel resource owners, more pertinent to policy and industry are the quantities of fossil fuel that are not used before 2050 in scenarios that limit the average global surface temperature rise to 2 °C. Such geographically disaggregated estimates of 'unburnable' reserves and resources are provided here using the linear optimization, integrated assessment model TIAM-UCL[13].

To provide context to the issue of unburnable fossil fuels and our results, it is useful to examine scenarios provided by other models that quantify separately the volumes of oil, gas and coal produced globally under a range of future emissions trajectories[5]. Cumulative production between 2010 and 2050 from these are presented in Fig. 2. Since they have very different future greenhouse gas emissions profiles, we have converted them to approximate temperature rise trajectories. These have been calculated using the climate model MAGICC[14], which generates a probability distribution over temperature rise trajectories for a given emissions profile. We use the 60th percentile temperature trajectory (to correspond with assumptions within TIAM-UCL) and then group the scenarios by the final temperature rise in 2100: below 2 °C, between 2 °C and 3 °C, or exceeding 3 °C.

In this work we have constructed three core scenarios that are constrained to limit the average surface temperature rise in all time periods to 2 °C, to 3 °C, and to 5 °C. Cumulative production of each fossil fuel between 2010 and 2050 in each of these scenarios can be identified within each of the three temperature groupings in Fig. 2.

The global reserves of oil, gas and coal included in Fig. 1 total approximately 7.4 ZJ, 7.1 ZJ and 20 ZJ, respectively. With narrow inter-quartile ranges, relative to the level of reserves available, Fig. 2 shows good agreement on the levels of fossil fuels produced within the temperature groups, despite the range of modelling methodologies and assumptions included.

Since assumptions in modelling the energy system are subject to wide bands of uncertainty[15], we further constructed a number of sensitivity scenarios using TIAM-UCL that remain within a 2 °C temperature rise. These span a broad range of assumptions on production costs, the availability of bio-energy, oil and gas, demand projections, and technology availability (one with no negative emissions technologies, and one with no carbon capture and storage (CCS)) (Extended Data Table 2). The availability of CCS has the largest effect on cumulative production levels (Extended Data Fig. 1); however, there is little variability in the total production of fossil fuels if the world is to have a good chance of staying within the agreed 2 °C limit.

Global production of oil, gas and coal over time in our main 2 °C scenario is given in Fig. 3. This separates production by category, that is, by the individual kinds of oil and gas that make up the global resource base, and compares total production with the projections from the 2 °C scenarios in Fig. 2. The results generated using TIAM-UCL are a product



**Figure 2 | Cumulative production between 2010 and 2050 from a range of long-term energy scenarios.** Panels refer to coal and gas (**a**), coal and oil (**b**), and gas and oil (**c**). Scenarios[5] are coloured according to their approximate resultant 2100 temperature rise above pre-industrial levels. 379 individual scenarios result in a temperature rise of less than 2 °C (green), 366 of between 2 °C and 3 °C (orange), and 284 of more than 3 °C (red). Triangles are the values from the 2 °C (with CCS), 3 °C and 5 °C TIAM-UCL scenarios. Ranges and symbols are as shown in the key in **c**.

of the economically-optimal solution, and other regional distributions of unburnable reserves are possible while still remaining within the 2 °C limit (even though these would have a lower social welfare). A future multi-model analysis could therefore usefully build on and extend the work that is presented here, but results at the aggregate level can be seen to lie within range of the ensemble of models and scenarios that also give no more than a 2 °C temperature rise.

In the TIAM-UCL scenarios, production of reserves and non-reserve resources occurs contemporaneously. It is therefore important to recognize that it would be inappropriate simply to compare the cumulative production figures in Fig. 2 with the reserve estimates from Fig. 1 and declare any reserves not used as 'unburnable'. Although there may be sufficient reserves to cover cumulative production between 2010 and 2050, it does not follow that only reserves should be developed and all other resources should remain unused. For oil and gas, resources that are not currently reserves may turn out to be cheaper to produce than some reserves, while new resources will also be developed to maintain

©2015 Macmillan Publishers Limited. All rights reserved

LETTER RESEARCH



**Figure 3 | Oil, gas and coal production in the TIAM-UCL 2 °C scenario (with CCS) and comparison with all other 2 °C scenarios in the Intergovernmental Panel on Climate Change Fifth Assessment Report (AR5) database[5].** a, c and e compare total production by oil, gas and coal with the AR5 database; b, d and f provide a disaggregated view of production for the TIAM-UCL 2 °C scenario separated by category. Associated gas is gas produced alongside crude oil from oil fields. One exajoule (EJ) is equal to one quintillion ($10^{18}$) joules.

the flow rates demanded by end-use sectors. However, if resources that are currently non-reserves are produced, a greater proportion of reserves must not be produced to stay within the carbon budget.

The reserves of oil, gas and coal that should be classified as unburnable within each region, and the percentage of current reserves that remain unused, are set out in Table 1. Since total production is most sensitive to assumptions on CCS, and since it has been suggested that the deployment of CCS will permit wider exploitation of the fossil fuel resource base[16], Table 1 includes the unburnable reserves from two alternative 2 °C scenarios. One scenario permits the widespread deployment of CCS from 2025 onwards, and the other assumes that CCS is unavailable in any time period.

Globally, when CCS is permitted, over 430 billion barrels of oil and 95 trillion cubic metres of gas currently classified as reserves should remain unburned by 2050. The Middle East, although using over 60% of its oil reserves, carries over half of the unburnable oil globally, leaving over 260 billions of barrels unburned. Canada has the lowest utilization of its oil reserves (25%), as its natural bitumen[17] deposits remain largely undeveloped (see below) while the United States has the highest, given the proximity of supply and demand centres. The Middle East also holds half of unburnable global gas reserves, with Former Soviet Union countries accounting for another third, meaning that they can use only half their current reserves.

Coal reserves are by far the least-used fossil fuel, with a global total of 82% remaining unburned before 2050. The United States and the Former Soviet Union countries each use less than 10% of their current reserves, meaning that they should leave over 200 billion tonnes (Gt) coal (both hard and lignite) reserves unburned. Coal reserve utilization

**Table 1 | Regional distribution of reserves unburnable before 2050 for the 2 °C scenarios with and without CCS**

| | 2 °C with CCS | | | | | | 2 °C without CCS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oil | | Gas | | Coal | | Oil | | Gas | | Coal | |
| Country or region | Billions of barrels | % | Trillions of cubic metres | % | Gt | % | Billions of barrels | % | Trillions of cubic metres | % | Gt | % |
| Africa | 23 | 21% | 4.4 | 33% | 28 | 85% | 28 | 26% | 4.4 | 34% | 30 | 90% |
| Canada | 39 | 74% | 0.3 | 24% | 5.0 | 75% | 40 | 75% | 0.3 | 24% | 5.4 | 82% |
| China and India | 9 | 25% | 2.9 | 63% | 180 | 66% | 9 | 25% | 2.5 | 53% | 207 | 77% |
| FSU | 27 | 18% | 31 | 50% | 203 | 94% | 28 | 19% | 36 | 59% | 209 | 97% |
| CSA | 58 | 39% | 4.8 | 53% | 8 | 51% | 63 | 42% | 5.0 | 56% | 11 | 73% |
| Europe | 5.0 | 20% | 0.6 | 11% | 65 | 78% | 5.3 | 21% | 0.3 | 6% | 74 | 89% |
| Middle East | 263 | 38% | 46 | 61% | 3.4 | 99% | 264 | 38% | 47 | 61% | 3.4 | 99% |
| OECD Pacific | 2.1 | 37% | 2.2 | 56% | 83 | 93% | 2.7 | 46% | 2.0 | 51% | 85 | 95% |
| ODA | 2.0 | 9% | 2.2 | 24% | 10 | 34% | 2.8 | 12% | 2.1 | 22% | 17 | 60% |
| United States of America | 2.8 | 9% | 0.3 | 4% | 235 | 92% | 4.6 | 9% | 0.5 | 6% | 245 | 95% |
| Global | 431 | 33% | 95 | 49% | 819 | 82% | 449 | 35% | 100 | 52% | 887 | 88% |

FSU, the former Soviet Union countries; CSA, Central and South America; ODA, Other developing Asian countries; OECD, the Organisation for Economic Co-operation and Development. A barrel of oil is 0.159 m³; %, Reserves unburnable before 2050 as a percentage of current reserves.

©2015 Macmillan Publishers Limited. All rights reserved

**RESEARCH** LETTER

is twenty-five percentage points higher in China and India, but still they should also leave nearly 200 Gt of their current coal reserves unburned.

The utilization of current reserves is lower in nearly all regions for all of the fossil fuels when CCS is not available, although there is a slight increase in gas production in some regions to offset some of the larger drop in coal production. Nevertheless, Table 1 demonstrates that the reserves of coal that can be burned are only six percentage points higher when CCS is allowed, with the utilization of gas and oil increasing by an even smaller fraction (around two percentage points). Because of the expense of CCS, its relatively late date of introduction (2025), and the assumed maximum rate at which it can be built, CCS has a relatively modest effect on the overall levels of fossil fuel that can be produced before 2050 in a 2 °C scenario.

As shown in Fig. 3, there is substantial production of many of the non-reserve resource categories of oil and gas. Extended Data Table 3 sets out the regional unburnable resources of all coal, gas and oil in the scenario that allows CCS by comparing cumulative production of all fossil fuel resources with the resource estimates in Fig. 1.

The RURR of both types of coal and unconventional oil vastly exceed cumulative production between 2010 and 2050, with the overwhelming majority remaining unburned. Resources of conventional oil are used to the greatest extent, with just under 350 billion barrels of non-reserve resources produced over the model timeframe. The Middle East again holds the largest share of the unburnable resources of conventional oil, but there is a much wider geographical distribution of these unburnable resources than was the case for oil reserves.

Regarding the production of unconventional oil, open-pit mining of natural bitumen in Canada soon drops to negligible levels after 2020 in all scenarios because it is considerably less economic than other methods of production. Production by *in situ* technologies continues in the 2 °C scenario that allows CCS, but this is accompanied by a rapid and total decarbonization of the auxiliary energy inputs required (Extended Data Fig. 2). Although such a decarbonization would be extremely challenging in reality, cumulative production of Canadian bitumen between 2010 and 2050 is still only 7.5 billion barrels. 85% of its 48 billion barrels of bitumen reserves thus remain unburnable if the 2 °C limit is not to be exceeded. When CCS is not available, all bitumen production ceases by 2040. In both cases, the RURR of Canadian bitumen dwarfs cumulative production, so that around 99% of our estimate of its resources (640 billion barrels), remains unburnable. Similar results are seen for extra-heavy oil in Venezuela. Cumulative production is 3 billion barrels, meaning that almost 95% of its extra-heavy reserves and 99% of the RURR are unburnable, even when CCS is available.

The utilization of unconventional gas resources is considerably higher than unconventional oil. Under the 2 °C scenario, gas plays an important part in displacing coal from the electrical and industrial sectors and so there is over 50 trillion cubic metres unconventional gas production globally, over half of which occurs in North America. Nevertheless, there is a low level of utilization of the large potential unconventional gas resources held by China and India, Africa and the Middle East, and so over 80% of unconventional gas resources (247 trillion cubic metres) are unburnable before 2050. Production of these unconventional gas resources is, however, only possible if the levels of coal reserves identified in Table 1 are not developed: that is, it is not possible for unconventional gas to be additional to current levels of coal production.

Finally, we estimate there to be 100 billion barrels of oil (including natural gas liquids) and 35 trillion cubic metres of gas in fields within the Arctic Circle that are not being produced as of 2010. However, none is produced in any region in either of the 2 °C scenarios before 2050.

These results indicate to us that all Arctic resources should be classified as unburnable.

To conclude, these results demonstrate that a stark transformation in our understanding of fossil fuel availability is necessary. Although there have previously been fears over the scarcity of fossil fuels[18], in a climate-constrained world this is no longer a relevant concern: large portions of the reserve base and an even greater proportion of the resource base should not be produced if the temperature rise is to remain below 2 °C.

**Online Content** Methods, along with any additional Extended Data display items and Source Data, are available in the online version of the paper; references unique to these sections appear only in the online paper.

**Received 18 February; accepted 27 October 2014.**

1. United Nations Framework Convention on Climate Change (UNFCC). *Report of the Conference of the Parties on its Fifteenth Session, held in Copenhagen from 7 to 19 December 2009. Part Two: Action taken by the Conference of the Parties at its Fifteenth Session.* United Nations Climate Change Conf. Report 43 http://unfccc.int/resource/docs/2009/cop15/eng/11a01.pdf (UNFCC, 2009).
2. Meinshausen, M. *et al.* Greenhouse gas emission targets for limiting global warming to 2 °C. *Nature* **458**, 1158–1162 (2009).
3. Clarke, L. *et al.* in *Climate Change 2014: Mitigation of Climate Change* (Edenhofer, O. *et al.*) Ch. 6 (Cambridge Univ. Press, 2014).
4. Raupach, M. R. *et al.* Sharing a quota on cumulative carbon emissions. *Nature Clim. Chang.* **4**, 873–879 (2014).
5. IPCC Working Group III. *Integrated Assessment Modelling Consortium (IAMC) AR5 Scenario Database* https://secure.iiasa.ac.at/web-apps/ene/AR5DB/ (International Institute for Applied Systems Analysis, 2014).
6. Allen, M. R. *et al.* Warming caused by cumulative carbon emissions towards the trillionth tonne. *Nature* **458**, 1163–1166 (2009).
7. Matthews, H. D., Gillett, N. P., Stott, P. A. & Zickfeld, K. The proportionality of global warming to cumulative carbon emissions. *Nature* **459**, 829–832 (2009).
8. Friedlingstein, P. *et al.* Persistent growth of $CO_2$ emissions and implications for reaching climate targets. *Nature Geosci.* **7**, 709–715 (2014).
9. Leaton, J. *Unburnable Carbon—Are the World's Financial Markets Carrying a Carbon Bubble?* http://www.carbontracker.org/wp-content/uploads/2014/09/Unburnable-Carbon-Full-rev2-1.pdf (Investor Watch, 2011).
10. McGlade, C. E. A review of the uncertainties in estimates of global oil resources. *Energy* **47**, 262–270 (2012).
11. Society of Petroleum Engineers (SPE). *Petroleum Resources Management System.* www.spe.org/industry/docs/Petroleum_Resources_Management_System_2007.pdf (SPE, 2008).
12. Bauer, N. *et al.* Global fossil energy markets and climate change mitigation—an analysis with REMIND. *Clim. Change* http://dx.doi.org/10.1007/s10584-013-0901-6 (2013).
13. Anandarajah, G., Pye, S., Usher, W., Kesicki, F. & McGlade, C. E. *TIAM-UCL Global Model Documentation.* http://www.ucl.ac.uk/energy-models/models/tiam-ucl/tiam-ucl-manual (University College London, 2011).
14. Meinshausen, M., Raper, S. C. B. & Wigley, T. M. L. Emulating atmosphere–ocean and carbon cycle models with a simpler model, MAGICC6—Part 1: Model description and calibration. *Atmos. Chem. Phys.* **11**, 1417–1456 (2011).
15. Usher, W. & Strachan, N. Critical mid-term uncertainties in long-term decarbonisation pathways. *Energy Policy* **41**, 433–444 (2012).
16. IEA. *Resources to Reserves* Ch. 8 (International Energy Agency, 2013).
17. Alberta Energy Regulator (AER). *Alberta's Energy Reserves 2013 and Supply/Demand Outlook 2014–2023.* www.aer.ca/documents/sts/ST98/ST98-2014.pdf (AER, 2014).
18. Yergin, D. *The Prize: the Epic Quest for Oil, Money and Power* Epilogue (Simon and Schuster, 2009).

**Acknowledgements** We thank I. Keppo at the UCL Energy Institute, E. Trutnevyte at ETH Zurich, and A.-M. Lyne at the UCL Department of Statistical science. This research formed part of the programme of the UK Energy Research Centre and was supported by the UK Research Councils under Natural Environment Research Council award NE/G007748/1.

**Author Contributions** Both authors contributed equally to this work.

**Author Information** Reprints and permissions information is available at www.nature.com/reprints. The authors declare no competing financial interests. Readers are welcome to comment on the online version of the paper. Correspondence and requests for materials should be addressed to C.M. (christophe.mcglade@ucl.ac.uk).

©2015 Macmillan Publishers Limited. All rights reserved

LETTER RESEARCH

## METHODS

**Fossil fuel definitions.** A 'McKelvey' box[19] is often used to provide an overview of the relationship between different resource and reserve estimates[20]. The best estimates of current oil and gas reserves in Extended Data Table 1 were of the 'proved plus probable' or '2P' quantities. Since 2P reserve estimates are rare for coal and none are in the public domain, the best estimates shown for coal were of the 'proved' or '1P' reserves. Broadly speaking, 1P estimates are more conservative, often corresponding to an estimate with a 90% probability of being exceeded, while 2P estimates are the median estimate of the reserves for a given field or region[11].

Oil and gas can be further separated into 'conventional' and 'unconventional' reserves and resources. Again, there is no single definition of these terms, but here we define oil with density greater than water (often standardized as '10° API') to be unconventional and all other quantities as conventional. We therefore categorize the 'light tight oil' extracted from impermeable shale formations using hydraulic fracturing as conventional oil.

For gas, tight gas (gas trapped in relatively impermeable hard rock, limestone or sandstone), coal-bed methane (gas trapped in coal seams that is adsorbed in the solid matrix of the coal), and shale gas (gas trapped in fine-grained shale) are considered as the three 'unconventional gases'; all other quantities are considered to be conventional.

Coal is distinguished by its energy density following the definitions used by the Federal Institute for Geosciences and Natural Resources (BGR)[21]. Hard coal has an energy density greater than 16.5 MJ kg$^{-1}$; any quantities with energy density less than this are classified as lignite.

**Derivation of reserve and resource estimates.** The estimated oil and gas reserves and resources shown in Extended Data Table 1 were derived in the following manner[22]. We first identified the individual elements or categories of oil and gas that make up the global resource base. For oil these are: current conventional 2P reserves in fields that are in production or are scheduled to be developed, reserve growth, undiscovered oil, Arctic oil, light tight oil, natural gas liquids, natural bitumen, extra-heavy oil, and kerogen oil. The latter three of these are the unconventional oil categories.

Reserve growth is defined to be 'the commonly observed increase in recoverable resources in previously discovered fields through time'[23]. Quantities in this category here include any contributions from reserves in fields that have been discovered but are not scheduled to be developed ('fallow fields'), the new implementation of advanced production technologies such as enhanced oil recovery, changes in geological understanding, and changes in regional definitions.

There are eight categories of conventional and unconventional gas: current conventional 2P reserves that are in fields in production or are scheduled to be developed, reserve growth, undiscovered gas, Arctic gas, associated gas, tight gas, coal-bed methane, and shale gas. As noted above, the latter three of these are collectively referred to as unconventional gas.

We then selected the most robust data sources that provide estimates of the resource potential of each individual category within each country; these sources are set out in Extended Data Table 4. Taken together, differences between these sources provide a spread of discrete quantitative resource estimates for each category within each country. We also differentiated between the quantities of conventional oil that are natural gas liquids, and the quantities of natural gas that are associated with oil fields; these distinctions are important for modelling purposes but are rarely made in the literature.

For unconventional oil, we first generated a range of estimates for the in-place resources of natural bitumen, extra-heavy oil, and kerogen oil, and a range of potential recovery factors for different extraction technologies. We separately characterized the natural bitumen and kerogen oil resources that are extractable using mining technologies and those resources that are extractable using *in situ* technologies because the resource potential, costs, and energy requirements of these technologies are very different.

Continuous distributions were next constructed across these data ranges. Since there is no empirical basis for the choice of a suitable shape or form for such distributions, we used both the triangular and the beta distributions, chosen because they can be skewed both positively and negatively, and because they allow identical distributions to be used across all of the ranges derived. With equal weighting for each distribution, we combined these into a single individual resource distribution for each category within each country.

We then estimated the production costs of each of the oil and gas resource categories. Taking account of the resource uncertainty, these were used to develop supply cost curves for each category of oil and gas within each country.

We finally used a Monte Carlo selection process to combine these country-level supply cost curves. Regional supply cost curves were thus formed from aggregated supply cost curves for individual countries, and similarly supply cost curves formed for multiple categories of oil or gas within one or more countries. Data in Fig. 1 are the median values from these aggregate distributions with Extended Data Table 4

giving high (95th percentile), median, and low (5th percentile) estimates for each category at the global level.

In most industry databases of oil and gas reserves (for example, the database produced by the consultancy IHS CERA[24,25]), some of the quantities classified as reserves lie in fields that were discovered over ten years ago, yet these fields have not been developed and there are no plans at present to do so. These are sometimes referred to as 'fallow fields'. For gas these quantities can also be called 'stranded gas', and they can be quite substantial; for example ref. 24 suggests that 50% gas reserves outside of North America are in stranded fields. Strictly, oil and gas in such fields should not be classified as reserves (for example, ref. 11 states that reserve quantities must have a 'reasonable timetable for development'). However, in this work, to ensure that the reserve estimates provided in Table 1 are not substantially different from the global totals provided by these industry databases, we follow their convention of classifying these quantities as reserves.

There are fewer independent estimates of reserves for coal and so we simply relied upon the estimates provided by the BGR[21] for the reserve figures in Extended Data Table 1. The RURR of coal are more problematic to characterize, however. The 'resource' estimates provided by the BGR are not estimates of the quantities that can actually be extracted but are the in-place quantities; large portions of these are unlikely ever to be technically recoverable.

We therefore used the proved, probable and possible reserve estimates for hard coal and lignite provided by the World Energy Council[26] for a selection of countries. The sum of these three figures gives an estimate of the 'tonnage within the estimated additional amount in place that geological and engineering information indicates with reasonable certainty might be recovered in the future' (the definition provided by the World Energy Council). Since the sum of these three figures takes account of technical recoverability, we consider that, while imperfect, they provide a better estimate of the ultimately recoverable resources of coal than either the (narrower) proved reserve or the (broader) in-place resource estimates.

There are a number of countries that are estimated by the BGR to hold large quantities of coal in place but for which no probable and possible reserve estimates are provided by the World Energy Council. The ratio of the World Energy Council resource estimate to the BGR in-place estimate in countries that have estimates provided by both sources can vary substantially, but the average ratio is 16% for hard coal and 31% for lignite. We therefore assumed this ratio to generate resource estimates for all countries for which only BGR in-place estimates are provided. The proved reserve estimates of coal are so large themselves that the resource estimates are less important than is the case for oil and gas resource estimates.

There are few other sources providing a comprehensive overview of fossil fuel availability. Further, these often do not provide their sources or the methods used to generate estimates, do not define fully what categories or elements are included or excluded, and do not indicate sufficient conversion factors that would allow a like-with-like comparison. Some exceptions, however, are the IEA[27,28], the IIASA Global Energy Assessment (GEA)[29], and the BGR[21]. Their estimates are shown together with our aggregated reserve and resource estimates in Extended Data Table 5.

A number of factors contribute to the large variation between these estimates. A key reason is that the definitions of 'reserves' and 'resources' differ among sources, and so it is problematic to seek to compare them directly. For example, as noted above, the BGR, whose estimates are followed closely by the other sources, gives the total coal in place rather than an estimate of the resources that can be recovered, as in our study. Other reasons for the differences seen include: (1) the exclusion or inclusion of certain categories of fossil fuels such as light tight oil, aquifer gas, and methane hydrates; (2) whether proved (1P) or proved plus probable (2P) reserves are reported, and the methods used to generate the 1P reserve estimates; (3) the potential inflation of reserve estimates for political reasons, and whether they should consequently be increased or reduced[30]; (4) the inclusion of stranded gas volumes in gas reserve estimates; (5) differences in the functional form used to estimate volumes of reserve growth (if reserve growth is included at all); (6) the difficulty in estimating current recovery factors (the ratio of recoverable resources to total resources in place), and how these may increase in the future; (7) differences between the methods used to estimate undiscovered oil and gas volumes; (8) the scarcity of reports providing reliable estimates of the potential resources of Arctic oil and gas, light tight oil, tight gas and coal bed methane, and the frequent consequent reliance upon expert judgement; (9) variation in what unconventional oil production technologies, which vary considerably in their recovery factors, will be used in the future; and (10) the chosen cut-off 'yield' (the volume of synthetic oil produced from a given weight of shale rock) for kerogen oil.

The estimates considered in our model are the result of careful and explicit consideration of all these issues, with our choices justified in the light of available knowledge. It can be seen in Extended Data Table 5, however, that our median figures are generally lower than the estimates provided by the other sources shown there. Therefore, although we consider our median resource estimates to be more robust than the figures used by these other sources, if in fact these other estimates were found

©2015 Macmillan Publishers Limited. All rights reserved

**RESEARCH** LETTER

to be closer to being correct, then the unburnable resources given in Extended Data Table 3 would also be larger. For example, if total gas resources are actually at the GEA high estimate, then the percentage that should be classified as unburnable before 2050 under the 2 °C scenario would increase to 99% rather than our estimate of 75%.

The cut-off date after which quantities that have not been produced should be considered 'unburnable' is also an important assumption. While there are no specific timeframes attached to the definition of reserves, quantities are usually required to be developed within, for example, a 'reasonable timeframe'[11]. It is doubtful whether any reserves not produced by 2050 would fulfil this criterion. We therefore take cumulative production of reserves between 2010 and 2050 as the reserve 'utilization', and classify any quantities not used within this time as those that should be 'unburnable' if a certain temperature rise is not to be exceeded. Similarly, if none, or only a minor proportion, of a certain non-reserve resource is produced before 2050, then any current interest in developing it would be questionable. We thus also rely on 2050 as the cut-off date for classifying resources that should be considered as unburnable.

**Description and key assumptions in TIAM-UCL.** The TIMES Integrated Assessment Model in University College London ('TIAM-UCL') is a technology-rich, bottom-up, whole-system model that maximizes social welfare under a number of imposed constraints. It models all primary energy sources (oil, gas, coal, nuclear, biomass, and renewables) from resource production through to their conversion, infrastructure requirements, and finally to sectoral end-use. An extended explanation of input assumptions, approaches and data sources can be found in ref. 13. The base year of TIAM-UCL is 2005, the model is run in full to 2100, and thereafter the climate module is run to 2200. Results are presented here only between 2010 and 2050 (and are reported in five-year increments). All scenarios in this paper are run with the assumption of perfect foresight.

Resources and costs of all primary energy production are specified separately within 16 regions covering the world, and separately within the regions that contain members of the Organisation of Petroleum Exporting Countries (OPEC); the names of these are presented in Extended Data Table 6. For clarity in the main text, we have aggregated some of these regions into ten more-encompassing groups.

The climate module of TIAM-UCL is calibrated to the MAGICC model[14]. This module can be used to project the effects of greenhouse gas emissions on: atmospheric concentrations of greenhouse gas, radiative forcing, and average global temperature rises. It can also be used to constrain the model to certain bounds on these variables. In this work, the climate module is used to restrict the temperature rise to certain levels (as explained below). For the calibration to MAGICC, values from the probability distributions of climate parameters in MAGICC were selected so that there is a 60% chance that the temperature rise will remain below any level reported. Any constraints imposed using the TIAM-UCL climate module thus also corresponds to this probability.

The emissions profiles[5] used in Fig. 2 were converted to temperature rises using MAGICC. To ensure consistency with TIAM-UCL, we use the 60th percentile temperature trajectory from MAGICC and then group by the final temperature rise in 2100; there is therefore also a 60% chance that the temperature rise will be below the level indicated.

For each of the scenarios run in this paper using TIAM-UCL, a 'base case' is first formed that incorporates no greenhouse gas abatement policies. This base case uses the standard version of the model that relies upon minimizing the discounted system cost. This is used to generate base prices for each commodity in the model. TIAM-UCL is then re-run using the elastic-demand version with the greenhouse gas abatement policies introduced. This version of the model maximizes social welfare (the sum of consumer and producer surplus) and allows the energy-service demands to respond to changes in the endogenously determined prices resulting from these new constraints.

**Fossil fuel modelling in TIAM-UCL.** Oil and gas are both modelled in a similar manner in TIAM-UCL. The nine categories of conventional and unconventional oil and eight categories of conventional and unconventional gas identified above are all modelled separately. Coal production in TIAM-UCL is modelled more collectively, with only two categories, reserves and resources, for hard coal and lignite.

Natural bitumen and kerogen oil resources can be produced using either mining or in situ means, the technologies for which have different costs, efficiencies, and energy inputs. Although natural gas is predominantly used at present for the energy inputs to these unconventional resources, the model is free to choose any source of heat, electricity and hydrogen to allow greater flexibility. The costs of the auxiliary energy inputs required to extract and upgrade the native unconventional oils are determined endogenously by the model.

Each of the coal, gas and oil categories are modelled separately within the regions listed in Extended Data Table 6, with each resource category within each region split into three cost steps. As discussed above, the supply cost curves given in Fig. 1 comprise the data input to TIAM-UCL.

After processing, oil is next refined into products (gasoline, diesel, naphtha and so on), whereas processed gas and coal can be used directly. Fuel switching to and from all of the fossil fuels is possible. Trade of hard coal, crude oil, refined products, natural gas, both in pipelines and as liquefied natural gas, is allowed. Lignite cannot be traded between the regions.

Refined oil products can also be produced directly using Fischer–Tropsch processes with possible feedstocks of coal, gas, or biomass; these technologies can also be employed either with or without carbon capture and storage. Regional coal, oil and gas prices are generated endogenously within the model. These incorporate the marginal cost of production, scarcity rents, rents arising from other imposed constraints, and transportation costs.

A new key aspect of TIAM-UCL is the imposition of asymmetric constraints on the rate of production of oil and gas given a certain resource availability; these are intended to represent 'depletion rate constraints'. In TIAM-UCL, these constraints are modelled through introducing maximum annual production growth and maximum 'decline rate' restrictions. These are imposed on each cost step of each category of both oil and gas in each region, and ensure that the production follows a more realistic profile over time.

Data for these constraints are available at the field level from the bottom-up economic and geological oil field production model ('BUEGO')[31]. BUEGO contains a data-rich representation of 7,000 producing 'undiscovered' and discovered but undeveloped oil fields. These data include each field's 2P reserves, potential production capacity increases, water depth, capital and operating costs, and natural decline rate (the rate at which production would decline in the absence of any additional capital investment).

We used production-weighted averages (as of 2010) of the individual fields within each region to give average regional natural decline rates, which were imposed as maximum decline constraints in TIAM-UCL in the form of equal maximum annual percentage reductions. Although data on gas natural decline rates are much more sparse, some are available at a regional level[37], which can be compared with similar results for oil natural decline rates[25]. This comparison suggests that gas natural decline rates are on average 1% per year greater than for oil, with similar distributions for location (onshore/offshore) and size. The constraints placed on the maximum annual reductions in natural gas production were thus assumed to be 1% higher than those derived for oil.

As identified in the main text, to understand the quantities of reserves of oil and gas that are unburnable, production of reserve sources only should be compared with reserve estimates, while cumulative production of all sources should be compared with the resource estimates. For coal, the reserves are so much greater than cumulative production under any scenario that this distinction is not as important.

The base year of TIAM-UCL is 2005, but the base year of this study is 2010. Since reserves have grown, and oil and gas have been discovered in the intervening five years, some quantities that were classified as reserve growth and undiscovered oil and gas in 2005 should be classified as reserves in 2010. Within each region, the cumulative production figures to which the reserve estimates in Extended Data Table 1 are compared therefore contain production from the conventional 2P reserves in the 'fields in production or scheduled to be developed' category, as well as some portions of production from the 'reserve growth' and 'undiscovered' categories. In addition, since, for example, reserves of natural bitumen are included in the reserves figures of Canada and unconventional gas reserves are included in the reserves figures of the United States, production of some of the unconventional categories are also included in these cumulative production figures. To ensure consistency within each region, the maximum production potentials over the modelling period from the categories included in the cumulative production figures are equal to the reserve estimates given in Extended Data Table 1.

**Overview of scenarios implemented.** A brief overview of the main assumptions within the four scenarios run as part of this work is provided in Extended Data Table 7. For the emissions mitigation scenarios (those that limit the temperature rise to 3 °C and 2 °C), we assume that there are only relatively modest efforts to limit emissions in early periods as explained. The assumptions within the 2 °C sensitivity scenarios used to construct Extended Data Fig. 1 are provided in Extended Data Table 2.

19. McKelvey, V. E. Mineral resource estimates and public policy. *Am. Sci.* **60**, 32–40 (1972).
20. McGlade, C. E., Speirs, J. & Sorrell, S. Unconventional gas—a review of regional and global resource estimates. *Energy* **55**, 571–584 (2013).
21. Federal Institute for Geosciences and Natural Resources (BGR). *Energy Study 2012. Reserves, Resources and Availability of Energy Resources.* http://www.bgr.bund.de/DE/Gemeinsames/Produkte/Downloads/DERA_Rohstoffinformationen/rohstoffinformationen-15e.pdf?__blob=publicationFile&v=3 (BGR, 2012).
22. McGlade, C. E. *Uncertainties in the outlook for oil and gas.* PhD thesis, UCL, http://discovery.ucl.ac.uk/1418473/2/131106%20Christophe%20McGlade_PhD%20Thesis.pdf (2013).

©2015 Macmillan Publishers Limited. All rights reserved

LETTER RESEARCH

23. Klett, T. & Schmoker, J. in *Giant Oil and Gas fields of the Decade 1990–1999* (ed. Halbouty, M. T.) 107–122 (The American Association of Petroleum Geologists, 2003).

24. Attanasi, E. D. & Freeman, P. A. Survey of Stranded Gas and Delivered Costs to Europe of Selected Gas Resources. *SPE Econ. Manag.* **3,** 149–162 (2011).

25. International Energy Agency (IEA). *World Energy Outlook.* http://www.worldenergyoutlook.org/media/weowebsite/2008-1994/weo2008.pdf (IEA, 2008).

26. Trinnaman, J. & Clarke, A. *Survey of Energy Resources* http://www.worldenergy.org/wp-content/uploads/2012/09/ser_2010_report_1.pdf (World Energy Council, 2010).

27. International Energy Agency (IEA). *World Energy Outlook.* http://www.worldenergyoutlook.org/publications/weo-2013/ (IEA, 2013).

28. International Energy Agency (IEA). *World Energy Outlook.* http://www.iea.org/publications/freepublications/publication/weo2011_web.pdf (IEA, 2011).

29. Rogner, H.-H. *et al.* in *Global Energy Assessment—Towards a Sustainable Future* Ch. 7, 423–512 (Cambridge University Press, 2012).

30. Owen, N. A., Inderwildi, O. R. & King, D. A. The status of conventional world oil reserves—hype or cause for concern? *Energy Policy* **38,** 4743–4749 (2010).

31. McGlade, C. & Ekins, P. Un-burnable oil: an examination of oil resource utilisation in a decarbonised energy system. *Energy Policy* **64,** 102–112 (2014).

32. International Energy Agency (IEA). *World Energy Outlook.* http://www.worldenergyoutlook.org/media/weowebsite/2009/WEO2009.pdf (IEA, 2009).

33. Leatherdale, A. *et al. Bioenergy Review: Technical Paper 2—Global and UK Bioenergy Supply Scenarios.* http://archive.theccc.org.uk/aws2/Bioenergy/1463%20CCC_Bio-TP2_supply-scen_FINALwithBkMks.pdf (Committee on Climate Change, 2011).

34. O'Neill, B. C. *et al.* A new scenario framework for climate change research: the concept of shared socioeconomic pathways. *Clim. Change* **122,** 387–400 (2014).

35. Campbell, C. J. *Atlas of Oil and Gas Depletion* (Springer, 2013).

36. Herrmann, L. *et al. Oil and Gas for Beginners* 270–413 (Deutsche Bank, 2013).

37. Klett, T. R. *et al.* An Assessment of Potential Additions to Conventional Oil and Gas Resources of the World (outside the United States) from Reserve Growth. http://pubs.usgs.gov/fs/2012/3052/fs2012-3052.pdf (USGS, 2012).

38. Klett, T. R. *et al. Potential Additions to Conventional Oil and Gas Resources in Discovered Fields of the United States from Reserve Growth, 2012.* http://pubs.usgs.gov/fs/2012/3108/ (USGS, 2012).

39. Ahlbrandt, T., Charpentier, R., Klett, T., Schmoker, J. & Schenk, C. *USGS World Petroleum Assessment 2000.* http://pubs.usgs.gov/dds/dds-060/ (USGS, 2000).

40. Bentley, R., Miller, R., Wheeler, S. & Boyle, G. *UKERC Review of Evidence on Global Oil Depletion: Annex 1—Models of global oil supply for the period 2008-2030.* http://www.ukerc.ac.uk/support/tiki-download_file.php?fileId=292 (UKERC, 2009).

41. Brownfield, M., Charpentier, R. R., Cook, T., Gautier, D. L. & Higley, D. K. *An Estimate of Undiscovered Conventional Oil and Gas Resources of the World, 2012.* http://pubs.usgs.gov/fs/2012/3042/fs2012-3042.pdf (USGS, 2012).

42. Gautier, D. L. *et al.* Assessment of undiscovered oil and gas in the Arctic. *Science* **324,** 1175–1179 (2009).

43. Smith, T. Arctic dreams—a reality check. Geo ExPro **4,** 16–24 (2007).

44. Shah, A. *et al.* A review of novel techniques for heavy oil and bitumen extraction and upgrading. *Energy Environ. Sci.* **3,** 700–714 (2010).

45. Clarke, B. *NPC Global Oil and Gas Study: Topic Paper 22—Heavy Oil.* www.npc.org/study_topic_papers/22-ttg-heavy-oil.pdf (National Petroleum Council, 2007).

46. Schenk, C. *et al. An Estimate of Recoverable Heavy Oil Resources of the Orinoco Oil Belt, Venezuela.* http://pubs.usgs.gov/fs/2009/3028/pdf/FS09-3028.pdf (USGS, 2009).

47. Attanasi, E. D. & Meyer, R. F. in *2010 Survey of Energy Resources* 123–150 (World Energy Council, 2010).

48. Johnson, R. C., Mercier, T. J. & Brownfield, M. Assessment of in-place oil shale resources of the Green River Formation, Greater Green River Basin in Wyoming, Colorado, and Utah. http://pubs.usgs.gov/fs/2011/3063/pdf/FS11-3063.pdf (USGS, 2011).

49. Dyni, J. *Geology and Resources of Some World Oil-Shale Deposits.* http://pubs.usgs.gov/sir/2005/5294/pdf/sir5294_508.pdf (USGS, 2006).

50. Biglarbigi, K., Mohan, H. & Carolus, M. *Potential for Oil Shale Development in the United States.* http://www.inteki.com/reports.html (INTEK, 2009).

51. CEDIGAZ. *Natural Gas in the World, End of July 2008* (Centre International d'Information sur le Gaz Naturel et tous Hydrocarbures Gazeux (CEDIGAZ), 2009).

©2015 Macmillan Publishers Limited. All rights reserved

RESEARCH LETTER



**Extended Data Figure 1 | Cumulative fossil fuel production under a range of sensitivity scenarios run using TIAM-UCL.** Scenario names and characteristics are given in Extended Data Table 2.

©2015 Macmillan Publishers Limited. All rights reserved

LETTER **RESEARCH**



**Extended Data Figure 2 | The auxiliary energy inputs for natural bitumen production in Canada by *in situ* technologies in the 2 ˚C scenario and the $CO_2$ intensity of these.** bbl SCO, a barrel of synthetic crude oil, the oil that results after upgrading the natural bitumen.

©2015 Macmillan Publishers Limited. All rights reserved



**Extended Data Table 1 | Best estimates of remaining reserves and remaining ultimately recoverable resources from 2010**

| Country or region | Oil (Gb) | | | Gas (Tcm) | | | Hard coal (Gt) | | Lignite (Gt) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Res | Con RURR | Uncon RURR | Res | Con RURR | Uncon RURR | Res | RURR | Res | RURR |
| Africa | 111 | 280 | 70 | 13 | 45 | 35 | 31 | 45 | 2 | 5 |
| Canada | 53 | 60 | 640 | 1 | 5 | 25 | 4 | 35 | 2 | 40 |
| China and India | 38 | 90 | 110 | 5 | 10 | 40 | 255 | 1,080 | 16 | 120 |
| FSU | 152 | 370 | 360 | 61 | 95 | 30 | 123 | 580 | 94 | 490 |
| CSA | 148 | 360 | 450 | 9 | 30 | 55 | 10 | 25 | 5 | 10 |
| Europe | 25 | 110 | 30 | 6 | 25 | 20 | 17 | 70 | 66 | 160 |
| Middle East | 689 | 1,050 | 10 | 76 | 105 | 20 | 2 | 10 | 2 | 5 |
| OECD Pacific | 6 | 30 | 130 | 4 | 10 | 20 | 45 | 120 | 44 | 200 |
| ODA | 23 | 75 | 5 | 9 | 25 | 15 | 15 | 40 | 14 | 155 |
| United States | 50 | 190 | 650 | 8 | 25 | 40 | 226 | 560 | 31 | 335 |
| Global | 1,294 | 2,615 | 2,455 | 192 | 375 | 300 | 728 | 2,565 | 276 | 1,520 |

'Con' and 'Uncon' stand for conventional and unconventional sources, respectively. Coal is specified in billions of tonnes (Gt), gas in trillions of cubic metres (Tcm) and oil in billions of barrels (Gb). Res, reserves.

©2015 Macmillan Publishers Limited. All rights reserved

LETTER RESEARCH

**Extended Data Table 2 | Labels and description of the sensitivity scenarios modelled in this project**

| Sensitivity Name | Description |
|---|---|
| 2DS_FFCHIGH | Production costs of all fossil fuel technologies are 50% larger in 2015 and 100% larger in 2020 than in 2DS, with equal annual percentage changes between these dates and remaining at this level for the model horizon |
| 2DS_FFCLOW | Production costs of all fossil fuel technologies are 33% lower in 2015 and 50% lower in 2020 than in 2DS, with equal annual percentage changes between these dates and remaining at this level for the model horizon |
| 2DS_BIOHIGH | The maximum annual production of solid biomass and bio-crops in 2050 is assumed to be 350 EJ. This is close to the highest level of production of bio-energy in any of the scenarios from the AR5 scenario database[5] and is around three times the equivalent figure in 2DS (119 EJ). |
| 2DS_BIOLOW | The maximum annual production of solid biomass and bio-crop in 2050 is assumed to be 38 EJ. This is similar to the figure given in the central scenario from [33] and is around a third of the equivalent figure in 2DS (119 EJ). |
| 2DS_OILHIGH | Uses the high values of each category of oil in each region from the aggregate resource distributions described in the methods section (Extended Data Table 4) |
| 2DS_OILLOW | Uses the low values of each category of oil in each region (Extended Data Table 4) |
| 2DS_GASHIGH | Uses the high values of each category of gas in each region (Extended Data Table 4) |
| 2DS_GASLOW | Uses the low values of each category of gas in each region (Extended Data Table 4) |
| 2DS_DEMHIGH | The major drivers of energy service demands in TIAM-UCL are growth in GDP, population, and GDP/capita. Future regional growth in GDP and population are therefore modified to the values given in Shared Socioeconomic Pathway (SSP) number 5[34] the SSP with the highest GDP and GDP/capita growth by 2050 (a 240% increase in the global average; cf. a 120% increase in 2DS). All other energy service demands (not relying on GDP or population) are also modified commensurately. |
| 2DS_DEMLOW | Future regional growth in GDP and population are modified to the values given in Shared Socioeconomic Pathway (SSP) number 3:[34] the SSP with the lowest GDP and GDP/capita growth by 2050 (a 50% increase in the global average). |
| 2DS_NOBIOCCS | No negative emissions technologies are permitted i.e. carbon capture and storage (CCS) cannot be applied to any electrical or industrial process that uses biomass or bio-energy as feedstock in any period. |
| 2DS_NOCCS | CCS is not permitted to be applied to any electrical or industrial process in any period. |

Data for bio-energy sensitivities from refs 5 and 33, and for demand sensitivities from ref. 34.

©2015 Macmillan Publishers Limited. All rights reserved



**Extended Data Table 3 | Regional distribution of resources unburnable before 2050 in absolute terms and as a percentage of current resources under the 2 °C scenario that allows CCS**

| Country or region | Conven oil | | Unconven oil | | Conven Gas | | Unconven Gas | | Hard Coal | | Lignite | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Gb | % | Gb | % | Tcm | % | Tcm | % | Gt | % | Gt | % |
| Africa | 141 | 50% | 70 | 100% | 28 | 61% | 35 | 100% | 42 | 94% | 2.8 | 56% |
| Canada | 43 | 72% | 633 | 99% | 3.6 | 73% | 18 | 71% | 34 | 98% | 39 | 97% |
| China and India | 54 | 60% | 110 | 100% | 8.0 | 80% | 35 | 88% | 1,003 | 93% | 106 | 88% |
| FSU | 201 | 54% | 360 | 100% | 63 | 67% | 27 | 89% | 576 | 99% | 480 | 98% |
| CSA | 198 | 55% | 447 | 99% | 23 | 76% | 51 | 92% | 21 | 85% | 6.3 | 63% |
| Europe | 64 | 58% | 30 | 100% | 18 | 72% | 16 | 78% | 69 | 99% | 142 | 89% |
| Middle East | 554 | 53% | 10 | 100% | 72 | 68% | 20 | 100% | 10 | 100% | 5.0 | 99% |
| OECD Pacific | 23 | 77% | 130 | 100% | 9.0 | 90% | 15 | 74% | 116 | 97% | 198 | 99% |
| ODA | 38 | 51% | 5.0 | 100% | 14 | 55% | 12 | 78% | 34 | 84% | 142 | 92% |
| United States | 99 | 52% | 650 | 100% | 19 | 75% | 20 | 50% | 556 | 99% | 317 | 95% |
| Global | 1,417 | 54% | 2,445 | 100% | 257 | 69% | 247 | 82% | 2,462 | 96% | 1,438 | 95% |

'Conven' and 'Unconven' stand for conventional and unconventional resources, respectively.

©2015 Macmillan Publishers Limited. All rights reserved

LETTER RESEARCH

**Extended Data Table 4 | Principal data sources used to derive reserve and resource estimates and estimates at the global level for each category of production**

| Category | Data sources used to provide country-level estimates of resources | Aggregated high estimate | Aggregated median estimate | Aggregated low estimate |
|---|---|---|---|---|
| Oil | | (in Gb) | (in Gb) | (in Gb) |
| Current conventional 2P reserves in fields in production or scheduled to be developed | 21,31,35,36 | 950 | 820 | 620 |
| Reserve growth | 37,38 | 1,200 | 850 | 610 |
| Undiscovered oil | Fact sheets since USGS World Petroleum Assessment [39] and [35,40,41] | 580 | 300 | 180 |
| Arctic oil | 42,43 | 80 | 65 | 40 |
| Light tight oil | 10 | 470 | 300 | 150 |
| Natural gas liquids (NGL) | 26 Ancillary data associated with [39] | 380 | 280 | 170 |
| Natural bitumen | Oil in place estimates 17,26 | Mined RURR 130 | Mined RURR 100 | Mined RURR 70 |
| | Extraction technologies 44–46 | *In situ* RURR 1290 | *In situ* RURR 840 | *In situ* RURR 520 |
| Extra-heavy oil | Oil in place estimates 47,48 Extraction technologies [47] and refs for bitumen | 750 | 440 | 230 |
| Kerogen oil | Oil in place estimates 49,50 | Mined RURR 740 | Mined RURR 485 | Mined RURR 270 |
| | Extraction technologies 51 | *In situ* RURR 1,080 | *In situ* RURR 590 | *In situ* RURR 190 |
| Total | | 7,650 | 5,070 | 3,050 |
| Gas | | (in tcm) | (in tcm) | (in tcm) |
| Current conventional 2P reserves in fields in production or scheduled to be developed | 35,52 | 140 | 130 | 110 |
| Reserve growth | 24,37,38 | 125 | 90 | 60 |
| Undiscovered gas | Fact sheets since USGS World Petroleum Assessment [39] and [35,41] | 180 | 120 | 80 |
| Arctic gas | 42,43 | 40 | 35 | 25 |
| Tight gas | 20 | 60 | 60 | 60 |
| Coal-bed methane | 20 | 45 | 40 | 20 |
| Shale gas | 20 | 310 | 200 | 120 |
| Associated gas | 36,37,44 | Included in the above | | |
| Total | | 900 | 675 | 475 |

High and low values are the aggregated 95th and 5th percentile estimates, respectively. 'tcm', trillions of cubic metres. Data are from references 10, 17, 20, 21, 31, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50 and 51.

©2015 Macmillan Publishers Limited. All rights reserved



**Extended Data Table 5 | Global aggregated oil, gas and coal reserve and resource estimates from a selection of data sources**

| Organisation | Oil (Gb) | | Gas (Tcm) | | Coal (Gt) | |
|---|---|---|---|---|---|---|
| | Reserves | Resources | Reserves | Resources | Reserves | Resources |
| BGR | 1,600 | 4,750 | 195 | 825 | 1,000 | 23,500 |
| IEA | 1,700 | 5,950 | 190 | 810 | 1,000 | 21,000 |
| GEA | 1,500 - 2,300 | 4,200 - 6,000 | 670 - 2,000 | 2,000 - 12,500 | 850 - 1,000 | 14,000 - 20,000 |
| This study's median figures | 1,300 | 5,070 | 190 | 675 | 1,000 | 4,085 |

BGR, Federal Institute for Geosciences and Natural Resources[21]; IEA, International Energy Agency[27,28]; GEA, Global Energy Assessment[29].

©2015 Macmillan Publishers Limited. All rights reserved

LETTER RESEARCH

**Extended Data Table 6 | Regions included in TIAM-UCL and their aggregation to the regions given in the main text**

| Region | Aggregated region in main text |
|---|---|
| Non-OPEC Africa | Africa |
| OPEC Africa | Africa |
| Australia | OECD Pacific |
| Canada | Canada |
| Non-OPEC Central and South America | Central and South America (CSA) |
| OPEC Central and South America | Central and South America (CSA) |
| China | China and India |
| Eastern Europe | Europe |
| Former Soviet Union | Former Soviet Union (FSU) |
| India | China and India |
| Japan | OECD Pacific |
| Non-OPEC Middle | Middle East |
| OPEC Middle East | Middle East |
| Mexico | Central and South America (CSA) |
| Other Developing Asia | Other Developing Asia (ODA) |
| South Korea | OECD Pacific |
| United Kingdom | Europe |
| United States | United States |
| Western Europe | Europe |

©2015 Macmillan Publishers Limited. All rights reserved

**RESEARCH** LETTER

**Extended Data Table 7 | Labels and description of the four core scenarios modelled in this project**

| Scenario Name | Description |
|---|---|
| 5DS | The model is constrained to keep the average global surface temperature rise to less than 5°C in all years to 2200. |
| | No other emissions constraints are imposed, and since allowed emissions under this scenario are so high (i.e. the constraint is very lax), no real emissions mitigation is required. |
| | These constraints result in 2050 GHG emissions of 71 Gt $CO_2$-eq (up from around 48 Gt $CO_2$-eq in 2010). |
| 3DS | From 2005 to 2010, the model is fixed to the solution given in the 5°C temperature i.e. we assume that no emissions reductions are required. |
| | From 2010-2015, it is assumed that the model must be on track to achieve the emissions reduction pledges set out in the Copenhagen Accord[1], but no other emissions reductions are required. |
| | From 2015 onwards the model must meet the Copenhagen Accord emissions reductions in 2020, and emissions must be such as to keep the average global surface temperature rise below 3°C in all years to 2200. |
| | These constraints result in 2050 GHG emissions of 54 Gt $CO_2$-eq |
| 2DS | The constraints between 2005 and 2015 in this scenario are identical to the 3DS. |
| | From 2015 onwards the model must meet the Copenhagen Accord emissions reductions in 2020, and emissions must be such as to keep the average global surface temperature rise below 2°C in all years to 2200. |
| | These constraints result in 2050 GHG emissions of 21 Gt $CO_2$-eq |
| 2DS-noCCS | Emissions reduction requirements are identical to 2DS. |
| | Carbon capture and storage (CCS) is not permitted to be applied to any electricity or industrial process in any period. |

GHG, greenhouse gas measured in tonnes of $CO_2$ equivalent ($CO_2$-eq). Data from ref. 1.

©2015 Macmillan Publishers Limited. All rights reserved

nature
climate change

PERSPECTIVE

PUBLISHED ONLINE: 21 SEPTEMBER 2014 | DOI: 10.1038/NCLIMATE2384

# Sharing a quota on cumulative carbon emissions

Michael R. Raupach[1]*, Steven J. Davis[2], Glen P. Peters[3], Robbie M. Andrew[3], Josep G. Canadell[4], Philippe Ciais[5], Pierre Friedlingstein[6], Frank Jotzo[7], Detlef P. van Vuuren[8,9] and Corinne Le Quéré[10]

**Any limit on future global warming is associated with a quota on cumulative global $CO_2$ emissions. We translate this global carbon quota to regional and national scales, on a spectrum of sharing principles that extends from continuation of the present distribution of emissions to an equal per-capita distribution of cumulative emissions. A blend of these endpoints emerges as the most viable option. For a carbon quota consistent with a 2 °C warming limit (relative to pre-industrial levels), the necessary long-term mitigation rates are very challenging (typically over 5% per year), both because of strong limits on future emissions from the global carbon quota and also the likely short-term persistence in emissions growth in many regions.**

Climate modelling studies[1-6] have established a robust near-linear relationship between global warming and cumulative $CO_2$ emissions since industrialization. This implies that a 'carbon quota' or cap on future cumulative $CO_2$ emissions is required if global warming is to be kept below any nominated limit (such as 2 °C above pre-industrial temperatures[7]) with a nominated chance of success[8-10]. Estimated carbon quotas are significantly smaller than the known global fossil-fuel reserves[2,11,12].

The carbon quota implies that future cumulative $CO_2$ emissions consistent with a given warming limit are a finite common global resource that must necessarily be shared among countries, whether through prior agreement or as an emergent property of individually determined national efforts. The problem of sharing the global mitigation effort is addressed in an extensive literature, from the perspectives of equity, international policy and institutions, and economics and financing[13-22]. Here, we combine perspectives from two previously distinct strands of analysis — the global carbon quota and effort sharing — to infer the regional and national implications of global carbon quotas under a wide range of possible sharing strategies.

The need for multiple approaches is heightened by the present impasse in the search for long-term climate safety. Two broad approaches have been pursued hitherto in international negotiations: 'top-down' international agreements, such as the 1997 Kyoto Protocol[23], and 'bottom-up' nationally determined contributions to a global outcome. The top-down approach has made little progress over the last two decades[24]. An approach based on nationally determined contributions is now being explored[25], but current commitments in sum are far short of what is needed to meet internationally agreed climate goals[26-29].

The present impasse arises in part because the sharing challenge forms a 'tragedy of the commons'[30] or collective-action dilemma[31]. The challenge of governing common natural resources has developed a rich literature encompassing issues of governance, institutions, communities and ethics[32-34]. In broad terms, this literature suggests that solutions to the underlying problem of collective action can emerge from individual actions by participants (here, countries), given adequate social capital[35] to support a framework for adaptive governance[33]. When the sharing challenge is framed in this way, the emphasis shifts away from questions about global rules ("What shares of the carbon quota should be allocated to every country?") to questions about consistent local behaviours ("If others acted consistently with our proposed share of the carbon quota, would the global outcome be acceptable to us?"). This view further motivates a direct connection between the global carbon quota and effort-sharing analyses, to explore frameworks that can infer the global implications of a proposed share of the carbon quota by any one country, were others to act on similar principles.

To establish principles, we focus on the sharing of fossil-fuel $CO_2$ emissions, the largest single contributor to radiative forcing and climate change[36]. Emissions of $CO_2$ from land-use change are now a relatively small fraction of total $CO_2$ emissions ($8 \pm 3\%$)[37], declining with time, and subject to significant uncertainty at the global scale and even more at regional scales[37,38]. Inclusion of $CO_2$ emissions from land-use change is straightforward in principle, though data uncertainties would require careful assessment. In the absence of historic attribution, the effects would be small for most regions, but large for tropical forest countries where land clearing is still ongoing. More significant at the global scale is the role of non-$CO_2$ forcing agents, both those accounted (the major non-$CO_2$ greenhouse gases) and unaccounted (aerosols) in inventories. However, full inclusion of these forcing agents in extensions to carbon quotas at regional and national scales is beyond the present scope, requiring more complex climate modelling to resolve issues such as local impacts of short-lived climate forcers[39,40], nonlinear force–response relationships[41] and cooling by some aerosol species[36].

## Ways of sharing a cumulative emissions quota

A common-pool resource can be shared objectively among participants in a social–ecological system by distributing the resource according to a set of observable metrics. In the case of the carbon quota, two generic metrics are measures of 'inertia' (also known as 'grandfathering'[22]) and 'equity,' the inertia metric reflecting

[1]Climate Change Institute, Australian National University, Canberra, Australian Capital Territory 0200, Australia, [2]Department of Earth System Science, University of California, Croul Hall, Irvine, California 92697, USA, [3]Center for International Climate and Environmental Research – Oslo (CICERO), PO Box 1129 Blindern, N-0318 Oslo, Norway, [4]Global Carbon Project, Oceans and Atmosphere Flagship, Canberra, Australian Capital Territory 2601, Australia, [5]IPSL-LSCE, CEA CNRS UVSQ, Centre d'Etudes Orme des Merisiers, 91191 Gif sur Yvette, France, [6]College of Engineering, Mathematics and Physical Sciences, University of Exeter, Exeter EX4 4QF, UK, [7]Crawford School of Public Policy, Australian National University, Canberra, Australian Capital Territory 0200, Australia, [8]PBL Netherlands Environmental Assessment Agency, Postbus 303, 3720 AH Bilthoven, The Netherlands, [9]Copernicus Institute of Sustainable Development, Faculty of Geosciences, Utrecht University, Postbus 80.115, 3508TC Utrecht, The Netherlands, [10]Tyndall Centre for Climate Change Research, University of East Anglia, Norwich Research Park, Norwich NR4 7TJ, UK. *e-mail: michael.raupach@anu.edu.au

© 2014 Macmillan Publishers Limited. All rights reserved.

# PERSPECTIVE

**NATURE CLIMATE CHANGE** DOI: 10.1038/NCLIMATE2384



**Figure 1 | Sharing the carbon–quota pie.** The share of an available carbon quota allocated to 10 regions (Europe, North America, Pacific Organisation for Economic Co-operation and Development countries, reforming economies, China+, India+, Rest of Asia, Middle East, Africa, Latin America) under three sharing principles based on equation (2), with sharing index $w = 0$, 0.5 and 1. Numbers give the percentage share of the global quota allocated to each region, summing to 100 for each pie chart. Shares are calculated using equation (2) with emissions ($f_j$) averaged over last five years of data, and population ($p_j$) averaged over a five-year period centred on the time at which world population reaches nine billion. See Supplementary Text 1 for details.

the distribution of emissions and the equity metric reflecting the population distribution. These metrics would suggest two alternative sharing principles:

$$s_j \text{ (emissions)} = \frac{f_j}{F} \; ; \; s_j \text{ (population)} = \frac{p_j}{P} \qquad (1)$$

where $s_j$ is the share of the quota to country $j$; $f_j$ and $p_j$ are the emissions (current or cumulative) and population (present or future), respectively, for country $j$; and $F$ and $P$ are the corresponding emissions and population for the world. Shares sum to one over all countries ($\Sigma s_j = 1$) because $\Sigma f_j = F$ and $\Sigma p_j = P$. Depending on the choice of reference times for emissions and population, this formulation can accommodate sharing by current or historic emissions, and can account for expected future changes in population.

In their simplest forms, both options in equation (1) face major difficulties. Sharing by present emissions (inertia) would leave developing countries with little access to the energy and development opportunities embodied in remaining future carbon emissions, whereas sharing by population (equity) would impose extremely high mitigation demands on many developed countries. This has motivated the analysis of 'blended' sharing principles[16–18] that can compromise between the endpoint positions. One possibility (among others explored below) is that the share of the quota to country $j$ is:

$$s_j(w) = (1 - w) \frac{f_j}{F} + w \frac{p_j}{P} \qquad (2)$$

where $w$ is a 'sharing index' between 0 and 1, weighting between the endpoints of sharing by inertia ($w = 0$) and by equity ($w = 1$). This principle also satisfies the requirement $\Sigma s_j = 1$. It can be regarded as a simplified form of the contraction-and-convergence algorithm[16–18], applied to a total carbon quota rather than to emissions trajectories specified through time; the key simplification is independence from specific assumptions about emissions pathways through time.

Using equation (2), Fig. 1 shows how $w$ influences the share of a global carbon quota assigned to 10 regions that span the world (Europe, North America, Pacific Organisation for Economic Co-operation and Development, reforming economies, Middle East, China+, India+, Rest of Asia, Africa, Latin America; Supplementary Text 1). The last four regions receive a greater share with increasing weighting of equity (increasing $w$), while the share for the other six regions decreases. This occurs because the response to increasing $w$ of the share $s_j$ for a region $j$ hinges on whether its per-capita emissions ($f_j/p_j$) are less or greater than the

global average per-capita emissions ($F/P$) (Supplementary Text 2); the last four regions have below-global-average per-capita emissions (Supplementary Fig. 1).

The concept of a blended sharing principle can potentially be generalized to include additional metrics of responsibility and/or capability[19,21] — for example, the distribution of gross domestic product (GDP) as a measure of capability to undertake mitigation efforts (Supplementary Text 2). The influences of emissions and GDP on sharing are broadly similar because both are correlated with development status, and both are very different to the influence of population (Supplementary Fig. 1). Therefore, we focus mainly on emissions and population using equation (2), and briefly explore later the effect of also including GDP in the sharing principle. We also note that allocated shares and quotas are not the same as actual future cumulative emissions if emissions are tradable between countries, as discussed later.

## Regional carbon quotas

The global carbon quota from the past to the long-term future (when emissions fall to zero) is:

$$Q_{tot} = Q_{past}(FFI) + Q_{past}(LUC) + Q_{future}(FFI) + Q_{future}(LUC) \qquad (3)$$

where $Q_{tot}$ is the quota for anthropogenic $CO_2$ emissions from a reference time (here 1870) to the far future, including contributions from fossil-fuel combustion and industrial processes (FFI) and net land-use change (LUC); $Q_{past}$ is the past emissions and $Q_{future}$ the shared available future emissions. Past cumulative $CO_2$ emissions from 1870 to the end of 2012 were 1,922 Gt $CO_2$ (1,396 Gt $CO_2$ from FFI and 526 Gt $CO_2$ from LUC)[37]. Global LUC emissions have decreased since 2000 to 8 ± 3% of total emissions in 2013[37] and are expected to continue to decrease; a linear decrease to zero in 2100 would imply $Q_{future}(LUC) = 137$ Gt $CO_2$.

Estimation of the global carbon quota $Q_{tot}$ is an ongoing scientific issue. The estimates used here[10] are $Q_{tot} = 3,500, 4,400$ and 5,300 Gt $CO_2$ for warming limits of 2, 2.5 and 3 °C, respectively, with 50% chance of success and accounting for both $CO_2$ and non-$CO_2$ forcings (all quota estimates are rounded to nearest 100 Gt $CO_2$). These are larger (more conservative) quotas than estimated elsewhere[8].

We consider sharing of the available quota of future fossil-fuel emissions $Q_{future}(FFI)$ from equation (3), henceforth $Q_{avail}$. The above estimates for $Q_{tot}$ imply that $Q_{avail} = 1,400, 2,300$ and 3,200 Gt $CO_2$, for warming limits of 2, 2.5 and 3 °C at 50% chance of success.

© 2014 Macmillan Publishers Limited. All rights reserved

**NATURE CLIMATE CHANGE** DOI: 10.1038/NCLIMATE2384
PERSPECTIVE



**Figure 2 | Quotas, cumulative committed emissions and fossil-fuel reserves.** Past cumulative fossil-fuel $CO_2$ emissions (purple), future committed emissions[42,43] (orange) and available fossil-fuel carbon quotas to meet warming limits of 2, 2.5 and 3 °C with 50% probability (green), for 10 regions and the world, under inertia, blended and equity sharing principles. Stacked bars are cumulative; numbers give the contribution of each increment in Gt $CO_2$. Negative increments are shown below the zero axis. Also shown are fossil-fuel reserves (coal, oil, gas, unconventional oil, unconventional gas)[2].

© 2014 Macmillan Publishers Limited. All rights reserved.

The available carbon quota for country $j$ is a share $s_j Q_{avail}$ of the global quota. Figure 2 shows the resulting quotas for 10 regions (Fig. 1) and for the world, with shares $s_j$ from equation (2) for three values of $w$ (0, 0.5 and 1, corresponding to inertia-based, blended and equity-based sharing, respectively), and with available quotas $Q_{avail}$ corresponding to warming limits of 2, 2.5 and 3 °C at 50% chance of success. Global quotas are independent of $w$, but the regional quotas depend strongly on $w$, with increasing $w$ causing the quotas to increase for regions with low per-capita emissions, and vice versa (Supplementary Text 2).

The regional quotas can be assessed against two independently determined quantities. First, committed emissions (orange bars in Fig. 2) are estimates of future emissions from existing $CO_2$-emitting infrastructure that will continue for infrastructure lifetimes without early retirement[42–44] (Supplementary Text 1). Committed emissions in North America, Europe and China exceed quotas for a 2 °C warming limit under equity sharing ($w = 1$), implying a requirement to either retire or improve such infrastructure before its design lifetime, or to compensate these emissions by negative emissions later in the century or by some form of offset such as emissions trading (see below). For the world, committed emissions are about half of the available quota $Q_{avail}$ for a 2 °C warming limit.

Second, quotas can be compared with fossil-fuel reserves of coal, oil, gas, unconventional oil and unconventional gas (Fig. 2). Reserves are the part of total resources currently identified as economically viable for extraction. Globally and in most regions, estimated reserves[12] substantially exceed the global quota $Q_{avail}$ for warming limits up to and beyond 3 °C, in agreement with other assessments[2,11]. Estimates of total fossil-fuel resources are even larger.

### The distribution of the mitigation challenge

A simple measure of the challenge implied by the available quota for any region or country (before any possible redistribution by emissions trading) is the time for which the quota would last if emissions were held steady at current levels until the quota is exhausted, $T_j = s_j Q_{avail}/f_j$. This 'emission time'[10] depends strongly on the sharing index $w$ (Supplementary Fig. 2). With pure emission-based sharing ($w = 0$), the emission time for all countries is the same and equals the global emission time $Q_{avail}/F$. As $w$ increases to yield pure population-based sharing at $w = 1$, the emission time increases (decreases) for regions with per-capita emissions less (greater) than the global average. The response of emission times to $w$ is the same as, and is determined by, the response of shares ($s_j$) to $w$ (Supplementary Text 2).

If emissions were to decrease at a steady exponential rate starting immediately, an emission time $T$ would correspond to a decrease in emissions at a fractional rate $1/T$ (or $100/T$ per cent per year). However, this estimate of a required reduction rate to meet a given quota is too low if the mitigation effort must first overcome existing emissions growth, because of persistence effects. Persistence in emissions growth arises from the time needed to implement new low-emission energy technologies on the energy supply side, and to adopt energy-efficiency measures and make behavioural changes in energy consumption on the demand side. Persistence is evident in emissions data (Supplementary Fig. 3). The supply-side aspects of this persistence arise mainly from the committed emissions in existing, long-lived energy infrastructure[42] (Fig. 2).

We account for persistence in emissions growth by representing the future emissions of a country, region or the world with an analytic capped-emissions trajectory that blends an initially linear growth at rate $r$ with eventual exponential decline at a mitigation rate $m$. Continuity requirements determine this trajectory uniquely (Supplementary Text 3):

$$f(t) = f_0 \left(1 + (r + m)t\right)\exp(-mt) \qquad (4)$$

where $f(t)$ is the emissions at time $t$, $f_0$ is the emissions at the start of mitigation ($t = 0$), and $r$ and $m$ both have units of per year. When mitigation is started at $t = 0$ (with a positive initial growth rate $r$), the resulting emissions trajectory increases, peaks and eventually declines exponentially at the rate $m$ (Supplementary Fig. 4). A possible delay in starting mitigation can also be included (Supplementary Text 3). By incorporating such a delay, equation (4) can provide a good representation of the trajectories of $CO_2$ emissions from fossil fuels in the four representative concentration pathway scenarios[45] before any introduction of negative emissions (Supplementary Fig. 5). This indicates that equation (4) is suitable for empirically describing persistence effects in emissions trajectories.

To meet a specified available cumulative emission quota, persistence in emissions growth causes the necessary eventual characteristic rate of decline in emissions ($m$) to be typically more than twice the rate $1/T$ that would be required if exponential decline could commence immediately (Supplementary Text 3, Supplementary equation (8)).





**Figure 3 | Dependence of the regional mitigation challenge on the sharing index ($w$) and the warming limit. a**, Mitigation rates for 10 regions and the world at $w = 0$, 0.5 and 1. Available global fossil-fuel combustion and industrial processes (FFI) carbon quota from 2013 is $Q_{avail} = 1,400$ Gt $CO_2$, corresponding to a 2 °C warming limit with 50% success probability. **b**, Mitigation rates under a blended sharing principle ($w = 0.5$) in four cases with warming limit and success probability, respectively, equal to 2 °C and 50%; 2.5 °C and 50%; 3 °C and 50%; and 2 °C and 66%. The available global FFI carbon quotas for these four cases are $Q_{avail} = 1,400$, 2,300, 3,200 and 1,100 Gt $CO_2$, respectively[10].

© 2014 Macmillan Publishers Limited. All rights reserved.

**NATURE CLIMATE CHANGE** DOI: 10.1038/NCLIMATE2384

# PERSPECTIVE

This occurs because the persistence in emissions growth in the early phase of the mitigation effort has to be compensated by more rapid later decline (larger $m$).

Figure 3a shows the mitigation rates $m$ needed to meet an available carbon quota $Q_{avail} = 1,400$ Gt $CO_2$ (a 2 °C warming limit at 50% success probability), for the world and in 10 regions, with sharing index $w = 0, 0.5$ and 1. The required global mitigation rate to meet the quota is 5.5% per year (independent of sharing index) — more than twice the reduction rate $1/T$ if exponential decline could start immediately, because of persistence in emissions growth. This result is consistent with scenario-based analyses that account for policy delay[46,47].

With pure emissions-based sharing ($w = 0$), $m$ varies little among regions (Fig. 3a); it is not identical across regions (in contrast with the emission time $T$; Supplementary Fig. 2) because of regional variations in the initial growth rate $r$. With pure population-based sharing ($w = 1$), $m$ varies greatly among regions, from 1.4% per year (Africa) to over 15% per year (North America). With a blended sharing principle ($w = 0.5$), required mitigation rates are intermediate between the endpoint options $w = 0$ and $w = 1$, but very different in most cases from a simple average of the endpoints. For North America, the required mitigation rate at $w = 0.5$ is about 30% more than with emissions-based sharing ($w = 0$); for Africa, it is about 70% less. Therefore, a shift from an emissions-based to blended sharing principle leads to large benefits for developing regions at the cost of a much smaller increase in the demands on developed regions, as quantified by fractional changes in the required mitigation rates $m$.

Regional mitigation rates are also strongly sensitive to the global carbon quota, determined by the warming limit and probability of success. If the required probability of success for a 2 °C limit is increased from 50% (as in Fig. 3a) to 66%, then the required global mitigation rate $m$ increases from 5.5 to 7% per year, with commensurate increases for regions and countries (Fig. 3b). For warming limits of 2.5 and 3 °C at 50% success probability, the required global mitigation rates fall to 3.7 and 2.9% per year, respectively, with commensurate decreases at regional and national levels. Even a 3 °C limit (with a much higher risk of dangerous climate change[48]) requires significant global and national mitigation.

To explore further the distribution of the mitigation challenge at national level, we focus on a set of 14 representative countries (Supplementary Text 1) that span the development spectrum in terms of both per-capita emissions and rates of development (Supplementary Fig. 6; a national-level counterpart of Fig. 2 is given in Supplementary Fig. 7). The required mitigation rates $m$ for these countries, before any possible emissions trading, are plotted against present per-capita emissions in Fig. 4. Increasing equity (larger $w$) causes the mitigation challenge to respectively increase and decrease for countries with per-capita emissions above and below the world average, pivoting about that point. For least-developed countries with very low per-capita emissions, a shift from $w = 0$ (inertia) to 0.5 (blended) reduces the mitigation challenge from near the world average to near zero, because these countries collectively account only for a small share of global emissions.

The implication is that a blended sharing principle can ameliorate the opposite difficulties associated with the endpoint sharing principles at $w = 0$ (which would be prohibitive for least-developed countries) or $w = 1$ (which would be prohibitive for developed countries because of required mitigation rates exceeding 15% per year). Such compromises will be necessary in applying "equity principles of responsibility and capability to apportion the burden of emissions reductions [and] address concerns of both the global North and South"[24].

Together, Figs 3 and 4 demonstrate the interplay between the three major factors determining required regional and national mitigation rates: the warming limit, the nominated chance of success and the sharing principle (here $w$). The first two are comparably important everywhere. The sharing principle ($w$) has dominant but opposite effects for countries at opposite ends of the development spectrum,



**Figure 4 | Distribution of the mitigation challenge among countries.** Mitigation rates ($m$) for 14 countries and regions spanning the development spectrum and for the whole world, with sharing index $w = 0$ (open squares), 1 (filled squares) and 0.5 (half-open squares). Horizontal axis is 2012 fossil-fuel $CO_2$ emissions. Available fossil-fuel carbon quota from 2013 is $Q_{avail} = 1,400$ Gt $CO_2$, corresponding to a 2 °C warming limit with 50% success probability. With increasing equity in the sharing principle, the mitigation challenge increases for countries to the right of the point for the world (the pivot for the see-saw) and decreases for countries to the left. Mexico is so close to the pivot that symbols are indistinguishable. ROW, rest of world; EU28, the 28 member states of the European Union.

but small effects for countries close to the pivot point defined by global-average per-capita emissions (Fig. 4). In particular, China has a high required mitigation rate (because of currently high emissions growth) that is not strongly sensitive to the choice of $w$.

The regional mitigation rates in Figs 3a and 4 pivot around a very challenging global mitigation rate of 5.5% per year, for a warming limit of 2 °C with 50% chance of success. If the associated global carbon quota from ref. 10 ($Q_{tot} = 3,500$ Gt $CO_2$) is reduced to a more stringent 3,000 Gt $CO_2$ (ref. 8), then the required global mitigation rate increases further to 7.9% per year, and regional rates increase correspondingly.

## Additional factors

To this point, we have not yet considered several additional factors that can be assessed within the framework of equation (2) or its generalizations (Supplementary Text 3) as part of future climate policy regimes.

**Extent of inclusion of historic emissions.** It has been suggested[41,49,50] that historic responsibility for climate change be included in principles for sharing the mitigation challenge. In a carbon-quota approach, this involves defining an attribution start date in the past and then sharing cumulative global emissions from that time onwards rather than from the present (Supplementary Text 4). A shift to this sharing principle has no effect on the required global mitigation rates, but has large implications for regions and countries. With historic attribution, required mitigation rates for developed regions become very large because attributed historic emissions approach (or even exceed) allocated shares for future emissions (Supplementary Fig. 8). The corresponding benefits for

© 2014 Macmillan Publishers Limited. All rights reserved.

**PERSPECTIVE**   **NATURE CLIMATE CHANGE** DOI: 10.1038/NCLIMATE2384

developing regions are not as large as might be expected because historic emissions for these regions are low.

**Effect of delaying mitigation.** It is well known that a delay in starting mitigation has a profound effect on the steepness of the mitigation challenge[51,52]. Noting that our analysis already includes persistence before a peak in emissions is reached, an additional 10-year delay would increase the required global mitigation rate $m$ from 5.5 to over 9% per year (with global quota $Q_{avail}$ = 1,400 Gt $CO_2$), with commensurate increases in regions (Supplementary Fig. 9).

**Consumption-based and territorial emissions accounting.** Consumption-based inventories for national $CO_2$ emissions[53] augment established territorial inventories[54] by attributing emissions to countries where products are consumed rather than where emissions of manufacture occur[55–57]. Under consumption-based accounting, the emissions of manufacturing-export countries, such as China, are reduced by up to 20% in recent years (relative to territorial accounting) and emissions of importing countries are correspondingly increased[37,58]. Use of consumption-based rather than territorial emissions leads to only a small change in shares and mitigation rates for regions and countries (Supplementary Fig. 10), because the favourable effects of consumption-based accounting for manufacturing-export countries are offset by the effects of their typically high persistence in emissions growth. Still, consumption-based emissions accounting may contribute to negotiation of agreements[24].

**Effect of timing of population distribution.** Sharing by population can be based on a future population forecast (the default for this Perspective; Supplementary Text 1), or on the present population distribution. There is only a small sensitivity of required mitigation rates to whether sharing occurs on the population distribution at a future time when the global population is nine billion, or on the distribution in 2013 with a global population of seven billion (Supplementary Fig. 11).

**Effect of including GDP in the sharing principle.** Equation (2) can be generalized to include additional metrics such as GDP (Supplementary Text 2). If the emissions distribution in equation (2) is replaced completely with the GDP distribution, the resulting effect on shares and mitigation rates is moderate, but not large (Supplementary Fig. 12), because both emissions and GDP are correlated with development status. Sharing principles combining three or more metrics (emissions, GDP, population, and so on) can be constructed (Supplementary Text 2). The most important clusters of metrics are those that represent development status (such as emissions and GDP) and those representing population.

**Negative emissions.** Model-based scenario studies indicate pathways to a range of warming limits, through transformations in energy systems and other mitigation measures[13]. For limits around 2 °C or less, such scenarios often depend on the use of negative emissions[13,59–61] through strategies such as land-based biosequestration or bioenergy with carbon capture and storage. Most 2 °C scenarios propose significant gross negative emissions to offset gross positive emissions that may be difficult or impossible to avoid, and many propose net negative emissions from the late twenty-first century. To the extent that gross negative emissions offset gross positive emissions, they are handled naturally by the cumulative carbon quota approach because the carbon quota applies to net (gross positive less gross negative) emissions. This applies at regional and national scales just as at the global scale.

**Shared responsibility and collective achievability**
A longstanding idea in analyses of burden sharing has been that countries need to test and explain how their own nominated climate goals fit with a global outcome[16,20,22,62,63]. Engagement in such testing is a

key requirement for a robust solution to the climate change challenge through adaptive governance. As a methodological contribution to assist in this kind of testing, the present work combines existing analyses of the global carbon quota and effort sharing. The carbon-quota approach offers the important simplification of independence from assumptions about emissions pathways in time, yielding a transparent methodology for translating global to national carbon quotas under a wide range of possible sharing principles.

The question of achievability is clearly central[13]. The required global mitigation rates emerging from our analysis are high, typically over 5% per year for a 2 °C limit at 50% probability (and 8% per year for China, a rate that remains very high under any sharing principle; Fig. 4). These rates can be compared with the distribution of maximum mitigation rates in the ensemble of scenarios in the Intergovernmental Panel on Climate Change Fifth Assessment Report (Supplementary Fig. 13). For scenarios with $CO_2$ peaking below 530 ppm, the median of the distribution of maximum rate of emissions decline is approximately consistent with the required rates from our analysis if there is no delay in starting mitigation, but even a five-year delay causes the required rate to approach the upper edge of the distribution.

Although the global quota is determined biophysically, the resulting distribution of effort among countries can be made more achievable by emissions or quota trading and related instruments. These can help to make very high national mitigation targets achievable, given sufficient globally connected trading systems and an effective price on emissions. Quota trading means that an initial quota does not determine the actual future cumulative emissions for a country; it also can improve the overall cost-effectiveness of the global mitigation effort, and facilitate transfer payments between countries to help achieve desired distributional outcomes. It is an open question whether such payments can be actually implemented on a large scale.

For the emergence of long-term, cooperative solutions to anthropogenic climate change[33,35], one essential element is an ability to perceive the consistent global consequences of local actions, given great differences in national economies and histories. The social capital that underpins cooperative governance of the commons takes time to evolve, but the biophysical realities of climate change demand solutions within decades. This is why the development of new perspectives on the sharing challenge is vital.

Received 30 June 2014; accepted 27 August 2014;
published online 21 September 2014

## References
1. Allen, M. R. *et al.* Warming caused by cumulative carbon emissions: towards the trillionth tonne. *Nature* **458**, 1163–1166 (2009).
2. Meinshausen, M. *et al.* Greenhouse gas emission targets for limiting global warming to 2 °C. *Nature* **458**, 1158–1162 (2009).
3. Zickfeld, K., Eby, M., Matthews, H. D. & Weaver, A. J. Setting cumulative emissions targets to reduce the risk of dangerous climate change. *Proc. Natl Acad. Sci. USA* **106**, 16129–16134 (2009).
4. Matthews, H. D., Gillett, N. P., Stott, P. A. & Zickfeld, K. The proportionality of global warming to cumulative carbon emissions. *Nature* **459**, 829–833 (2009).
5. Raupach, M. R. *et al.* The relationship between peak warming and cumulative $CO_2$ emissions, and its use to quantify vulnerabilities in the carbon–climate–human system. *Tellus B* **63**, 145–164 (2011).
6. Raupach, M. R. The exponential eigenmodes of the carbon–climate system, and their implications for ratios of responses to forcings. *Earth Syst. Dynam.* **4**, 31–49 (2013).
7. European Commission *The 2 °C Target: Background on Impacts, Emission Pathways, Mitigation Options and Costs* (European Commission, 2008).
8. Collins, M. *et al.* in *IPCC Climate Change 2013: The Physical Science Basis* (eds Stocker, T. F. *et al.*) Ch. 12, 1029–1136 (Cambridge Univ. Press, 2013).
9. Matthews, H. D., Solomon, S. & Pierrehumbert, R. Cumulative carbon as a policy framework for achieving climate stabilization. *Phil. Trans. R. Soc. A* **370**, 4365–4379 (2012).
10. Friedlingstein, P. *et al.* Persistent growth of $CO_2$ emissions and implications for reaching climate targets. *Nature Geosci.* (in the press).
11. GEA *Global Energy Assessment — Toward a Sustainable Future* (Cambridge Univ. Press and International Institute for Applied Systems Analysis, 2012).

© 2014 Macmillan Publishers Limited. All rights reserved.

NATURE CLIMATE CHANGE DOI: 10.1038/NCLIMATE2384

PERSPECTIVE

12. BGR *Energy Study 2013: Reserves, Resources and Availability of Energy Resources* (Federal Institute for Geosciences and Natural Resources, 2013).

13. Clarke, L. *et al.* in *IPCC Climate Change 2014: Mitigation of Climate Change* (eds Edenhofer, O. *et al.*) Ch. 6 (Cambridge Univ. Press, 2014).

14. Stavins, R. *et al.* in *IPCC Climate Change 2014: Mitigation of Climate Change* (eds Edenhofer, O. *et al.*) Ch. 13 (Cambridge Univ. Press, 2014).

15. Höhne, N., den Elzen, M. G. J. & Escalante, D. Regional GHG reduction targets based on effort sharing: a comparison of studies. *Clim. Policy* **14,** 122–147 (2014).

16. Meyer, A. *Contraction and Convergence. The Global Solution to Climate Change* Schumacher Briefings 5 (Green Books, 2000).

17. Hohmeyer, O. & Rennings, K. *Man-made Climate Change: Economic Aspects and Policy Considerations* (ZEW Economic Studies, Centre for European Economic Research, 1999).

18. Bows, A. & Anderson, K. Contraction and convergence: an assessment of the CCOptions model. *Climatic Change* **91,** 275–290 (2008).

19. Dellink, R. *et al.* Sharing the burden of financing adaptation to climate change. *Glob. Environ. Change* **19,** 411–421 (2009).

20. Bartsch, U. & Müller, B. *Fossil Fuels in a Changing Climate — Impacts of the Kyoto Protocol and Developing Country Participation* (Oxford Univ. Press, 2000).

21. Füssel, H-M. How inequitable is the global distribution of responsibility, capability, and vulnerability to climate change: a comprehensive indicator-based assessment. *Glob. Environ. Change* **20,** 597–611 (2010).

22. Ringius, L., Torvanger, A. & Underdal, A. Burden sharing and fairness principles in international climate policy. *Int. Environ. Agreem. P* **2,** 1–22 (2002).

23. UNFCCC *Kyoto Protocol to the United Nations Framework Convention on Climate Change* (United Nations Framework Convention on Climate Change, 1997).

24. Grasso, M. & Roberts, T. A compromise to break the climate impasse. *Nature Clim. Change* **4,** 543–549 (2014).

25. European Climate Foundation *Taking Stock — The Emission Levels Implied by the Pledges to the Copenhagen Accord* (European Climate Foundation, 2010).

26. Den Elzen, M. G. J. *et al.* The Copenhagen Accord: abatement costs and carbon prices resulting from the submissions. *Environ. Sci. Policy* **14,** 28–39 (2011).

27. Rogelj, J. *et al.* Analysis of the Copenhagen Accord pledges and its global climatic impacts — a snapshot of dissonant ambitions. *Environ. Res. Lett.* **5,** 034013 (2010).

28. Rogelj, J. *et al.* Copenhagen Accord pledges are paltry. *Nature* **464,** 1126–1128 (2010).

29. UNEP *The Emissions Gap Report 2013* (United Nations Environment Program, 2013).

30. Hardin, G. The tragedy of the commons. *Science* **162,** 1243–1248 (1968).

31. Kolstad, C. *et al.* in *IPCC Climate Change 2014: Mitigation of Climate Change* (eds Edenhofer, O. *et al.*) Ch. 3 (Cambridge Univ. Press, 2014).

32. Ostrom, E. *Governing the Commons: The Evolution of Institutions for Collective Action* (Cambridge Univ. Press, 1990).

33. Dietz, T., Ostrom, E. & Stern, P. C. The struggle to govern the commons. *Science* **302,** 1907–1912 (2003).

34. Lejano, R. P., Araral, E. & Araral, D. Interrogating the commons: introduction to the Special Issue. *Environ. Sci. Policy* **36,** 1–7 (2014).

35. Pretty, J. Social capital and the collective management of resources. *Science* **302,** 1912–1914 (2003).

36. Myhre, G. *et al.* in *IPCC Climate Change 2013: The Physical Science Basis* (eds Stocker, T. F. *et al.*) Ch. 8, 659–740 (Cambridge Univ. Press, 2013).

37. Le Quéré, C. *et al.* Global carbon budget 2013. *Earth Syst. Sci. Data* **6,** 235–263 (2014).

38. Gasser, T. & Ciais, P. A theoretical framework for the net land-to-atmosphere $CO_2$ flux and its implications in the definition of "emissions from land-use change". *Earth Syst. Dynam.* **4,** 171–186 (2013).

39. Shindell, D. & Faluvegi, G. Climate response to regional radiative forcing during the twentieth century. *Nature Geosci.* **2,** 294–300 (2009).

40. Berntsen, T. K. *et al.* Response of climate to regional emissions of short-lived climate precursors: sensitivities and warming potentials. *Tellus B* **57,** 283–304 (2005).

41. Trudinger, C. M. & Enting, I. G. Comparison of formalisms for attributing responsibility for climate change: non-linearities in the Brazilian proposal approach. *Climatic Change* **68,** 67–99 (2005).

42. Davis, S. J., Caldeira, K. & Matthews, H. D. Future $CO_2$ emissions and climate change from existing energy infrastructure. *Science* **329,** 1330–1333 (2010).

43. Davis, S. J. & Socolow, R. H. Commitment accounting of $CO_2$ emissions. *Environ. Res. Lett.* **9,** 084018 (2014).

44. Davis, S. J., Peters, G. P. & Caldeira, K. The supply chain of $CO_2$ emissions. *Proc. Natl Acad. Sci. USA* **108,** 18554–18559 (2011).

45. van Vuuren, D. P. *et al.* The representative concentration pathways: an overview. *Climatic Change* **109,** 5–31 (2011).

46. Kriegler, E. *et al.* The role of technology for achieving climate policy objectives: overview of the EMF 27 study on global technology and climate policy strategies. *Climatic Change* **123,** 353–367 (2014).

47. Riahi, K. *et al.* Locked into Copenhagen pledges — implications of short-term 386 emission targets for the cost and feasibility of long-term climate goals. *Technol. Forecast. Soc.* http://dx.doi.org/10.1016/j.techfore.2013.09.016 (in the press).

48. Schellnhuber, H. J., Cramer, W., Nakicenovic, N., Wigley, T. M. L. & Yohe, G. *Avoiding Dangerous Climate Change* (Cambridge Univ. Press, 2006).

49. Den Elzen, M. G. J. *et al.* The Brazilian Proposal and Other Options for International Burden Sharing: An Evaluation of Methodological and Policy Aspects using the FAIR Model (National Institute of Public Health and the Environment, 1999).

50. Den Elzen, M. G. J., Schaeffer, M. & Lucas, P. L. Differentiating future commitments on the basis of countries' relative historical responsibility for climate change: uncertainties in the 'Brazilian proposal' in the context of a policy implementation. *Climatic Change* **71,** 277–301 (2005).

51. Den Elzen, M. G. J., van Vuuren, D. P. & van Vliet, J. Postponing emission reductions from 2020 to 2030 increases climate risks and long-term costs. *Climatic Change* **99,** 313–320 (2010).

52. Stocker, T. F. The closing door of climate targets. *Science* **339,** 280–282 (2013).

53. Peters, G. P., Minx, J. C., Weber, C. L. & Edenhofer, O. Growth in emission transfers via international trade from 1990 to 2008. *Proc. Natl Acad. Sci. USA* **108,** 8903–8908 (2011).

54. Andres, R. J. *et al.* A synthesis of carbon dioxide emissions from fossil-fuel combustion. *Biogeosciences* **9,** 1845–1871 (2012).

55. Peters, G. P. & Hertwich, E. G. $CO_2$ embodied in international trade with implications for global climate policy. *Environ. Sci. Technol.* **42,** 1401–1407 (2008).

56. Hertwich, E. G. & Peters, G. P. Carbon footprint of nations: a global, trade-linked analysis. *Environ. Sci. Technol.* **43,** 6414–6420 (2009).

57. Davis, S. J. & Caldeira, K. Consumption-based accounting of $CO_2$ emissions. *Proc. Natl Acad. Sci. USA* **107,** 5687–5692 (2010).

58. Peters, G. P. *et al.* Rapid growth in $CO_2$ emissions after the 2008–2009 global financial crisis. *Nature Clim. Change* **2,** 2–4 (2011).

59. Azar, C., Lindgren, K., Larson, E. & Möllersten, K. Carbon capture and storage from fossil fuels and biomass — costs and potential role in stabilizing the atmosphere. *Climatic Change* **74,** 47–79 (2006).

60. Van Vuuren, D. P. & Riahi, K. The relationship between short-term emissions and long-term concentration targets. *Climatic Change* **104,** 793–801 (2011).

61. Fuss, S. *et al.* Betting on negative emissions. *Nature Clim. Change* **4,** 850–853 (2014).

62. Garnaut, R. *Garnaut Climate Change Review: Final Report* (Cambridge Univ. Press, 2008).

63. Garnaut, R. *The Garnaut Review 2011: Australia in the Global Response to Climate Change* (Cambridge Univ. Press, 2011).

## Acknowledgements

M.R.R. and J.G.C. acknowledge support from the Australian Climate Change Science Program of the Department of the Environment, Australian Government. G.P.P. and R.M.A. were supported by the Norwegian Research Council (236296). P.C. acknowledges support from the European Commission's 7th Framework Programme under Grant Agreements 603864 (HELIX) and the ERC Synergy Project P-IMBALANCE. P.F. was supported by the European Commission's 7th Framework Programme under Grant Agreements 282672 (EMBRACE) and 603864 (HELIX). F.J. was supported by the Australian Research Council (grant DP110102057). C.L.Q. was supported by the UK Natural Environment Research Council (NERC)'s International Opportunities Fund (project NE/103002X/1) and EU/FP7 project GEOCarbon (283080). The authors are grateful to C. Wilson and H. Ransan-Cooper for insightful comments. This work is a contribution to the Global Carbon Project (www.globalcarbonproject.org).

## Author contributions

M.R.R. designed the study, carried out calculations and coordinated the conception and writing of the paper. S.J.D. contributed data on committed emissions and drew figures. G.P.P. and R.M.A. contributed data on committed emissions and resources. All authors contributed to the writing of the paper.

## Additional information

Supplementary information is available in the online version of the paper. Reprints and permissions information is available online at www.nature.com/reprints. Correspondence and requests for materials should be addressed to M.R.R.

## Competing financial interests

The authors declare no competing financial interests.

© 2014 Macmillan Publishers Limited. All rights reserved.

# Climate Change 2014
# Mitigation of Climate Change

## Working Group III Contribution to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change

### Edited by

**Ottmar Edenhofer**
Working Group III Co-Chair
Potsdam Institute for
Climate Impact Research

**Ramón Pichs-Madruga**
Working Group III Co-Chair
Centro de Investigaciones de la
Economía Mundial

**Youba Sokona**
Working Group III Co-Chair
South Centre

**Jan C. Minx**
Head of TSU

**Ellie Farahani**
Head of Operations

**Susanne Kadner**
Head of Science

**Kristin Seyboth**
Deputy Head of Science

**Anna Adler**
Team Assistant

**Ina Baum**
Project Officer

**Steffen Brunner**
Senior Economist

**Patrick Eickemeier**
Scientific Editor

**Benjamin Kriemann**
IT Officer

**Jussi Savolainen**
Web Manager

**Steffen Schlömer**
Scientist

**Christoph von Stechow**
Scientist

**Timm Zwickel**
Senior Scientist

**Working Group III Technical Support Unit**



CAMBRIDGE
UNIVERSITY PRESS

Cambridge University Press

32 Avenue of the Americas, New York, NY 10013-2473, USA

Cambridge University Press is part of the University of Cambridge.

It furthers the University's mission by disseminating knowledge in the pursuit of education, learning and research at the highest international levels of excellence.

www.cambridge.org

Information on this title: www.cambridge.org / 9781107654815

© Intergovernmental Panel on Climate Change 2014

This publication is in copyright. Subject to statutory exception and to the provisions of relevant collective licensing agreements, no reproduction of any part may take place without the written permission of Cambridge University Press.

First published 2014

Printed in the United States of America

*A catalog record for this publication is available from the British Libary.*

ISBN 978-1-107-05821-7 hardback
ISBN 978-1-107-65481-5 paperback

Cambridge University Press has no responsibility for the persistence or accuracy of URLs for external or third-party Internet Web sites referred to in this publication and does not guarantee that any content on such Web sites is, or will remain, accurate or appropriate.

Please use the following reference to the whole report:

IPCC, 2014: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Cover photo:
Shanghai, China, aerial view © Ocean/Corbis

# Foreword, Preface, Dedication and In Memoriam

# Foreword

Climate Change 2014: Mitigation of Climate Change is the third part of the Fifth Assessment Report (AR5) of the Intergovernmental Panel on Climate Change (IPCC)—Climate Change 2013/2014—and was prepared by its Working Group III. The volume provides a comprehensive and transparent assessment of relevant options for mitigating climate change through limiting or preventing greenhouse gas (GHG) emissions, as well as activities that reduce their concentrations in the atmosphere.

This report highlights that despite a growing number of mitigation policies, GHG emission growth has accelerated over the last decade. The evidence from hundreds of new mitigation scenarios suggests that stabilizing temperature increase within the 21st century requires a fundamental departure from business-as-usual. At the same time, it shows that a variety of emission pathways exists where the temperature  increase can be limited to below 2 °C relative to pre-industrial level. But this goal is associated with considerable technological, economic and institutional challenges. A delay in mitigation efforts or the limited availability of low carbon technologies further increases these challenges. Less ambitious mitigation goals such as 2.5 °C or 3 °C involve similar challenges, but on a slower timescale. Complementing these insights, the report provides a comprehensive assessment of the technical and behavioural mitigation options available in the energy, transport, buildings, industry and land-use sectors and evaluates policy options across governance levels from the local to the international scale.

The findings in this report have considerably enhanced our understanding of the range of mitigation pathways available and their underlying technological, economic and institutional requirements. The timing of this report is thus critical, as it can provide crucial information for the negotiators responsible for concluding a new agreement under the United Nations Framework Convention on Climate Change in 2015. The report therefore demands the urgent attention of both policymakers and the general public.

As an intergovernmental body jointly established in 1988 by the World Meteorological Organization (WMO) and the United Nations Environment Programme (UNEP), the IPCC has successfully provided policymakers with the most authoritative and objective scientific and technical assessments, which are clearly policy relevant without being policy prescriptive. Beginning in 1990, this series of IPCC Assessment Reports, Special Reports, Technical Papers, Methodology Reports and other products have become standard works of reference.

This Working Group III assessment was made possible thanks to the commitment and dedication of many hundreds of experts, representing a wide range of regions and scientific disciplines. WMO and UNEP are proud that so many of the experts belong to their communities and networks.

We express our deep gratitude to all authors, review editors and expert reviewers for devoting their knowledge, expertise and time. We would like to thank the staff of the Working Group III Technical Support Unit and the IPCC Secretariat for their dedication.

We are also thankful to the governments that supported their scientists' participation in developing this report and that contributed to the IPCC Trust Fund to provide for the essential participation of experts from developing countries and countries with economies in transition.

We would like to express our appreciation to the government of Italy for hosting the scoping meeting for the IPCC's Fifth Assessment Report, to the governments of Republic of Korea, New Zealand and Ethiopia as well as the University of Vigo and the Economics for Energy Research Centre in Spain for hosting drafting sessions of the Working Group III contribution and to the government of Germany for hosting the Twelfth Session of Working Group III in Berlin for approval of the Working Group III Report. In addition, we would like to thank the governments of India, Peru, Ghana, the United States and Germany for hosting the AR5 Expert meetings in Calcutta, Lima, Accra, Washington D.C., and Potsdam, respectively. The generous financial support by the government of Germany, and the logistical support by the Potsdam Institute for Climate Impact Research (Germany), enabled the effective operation of the Working Group III Technical Support Unit. This is gratefully acknowledged.

We would particularly like to thank Dr. Rajendra Pachauri, Chairman of the IPCC, for his direction and guidance of the IPCC and we express our deep gratitude to Professor Ottmar Edenhofer, Dr. Ramon Pichs-Madruga, and Dr. Youba Sokona, the Co-Chairs of Working Group III for their tireless leadership throughout the development and production of this report.

**M. Jarraud**
Secretary-General
World Meteorological Organization

**A. Steiner**
Executive Director
United Nations Environment Programme

# Preface

The Working Group III contribution to the Fifth Assessment Report (AR5) of the Intergovernmental Panel on Climate Change (IPCC) provides a comprehensive and transparent assessment of the scientific literature on climate change mitigation. It builds upon the Working Group III contribution to the IPCC's Fourth Assessment Report (AR4) in 2007, the Special Report on Renewable Energy Sources and Climate Change Mitigation (SRREN) in 2011 and previous reports and incorporates subsequent new findings and research. The report assesses mitigation options at different levels of governance and in different economic sectors. It evaluates the societal implications of different mitigation policies, but does not recommend any particular option for mitigation.

## Approach to the assessment

The Working Group III contribution to the AR5 explores the solution space of climate change mitigation drawing on experience and expectations for the future. This exploration is based on a comprehensive and transparent assessment of the scientific, technical, and socio-economic literature on the mitigation of climate change.

The intent of the report is to facilitate an integrated and inclusive deliberation of alternative climate policy goals and the different possible means to achieve them (e.g., technologies, policies, institutional settings). It does so through informing the policymakers and general public about the practical implications of alternative policy options, i.e., their associated costs and benefits, risks and trade-offs.

During the AR5 cycle, the role of the Working Group III scientists was akin to that of a cartographer: they mapped out different pathways within the solution space and assessed potential practical consequences and trade-offs; at the same time, they clearly marked implicit value assumptions and uncertainties. Consequently, this report may now be used by policymakers like a map for navigating the widely unknown territory of climate policy. Instead of providing recommendations for how to solve the complex policy problems, the report offers relevant information that enables policymakers to assess alternative mitigation options.

There are four major pillars to this cartography exercise:

**Exploration of alternative climate policy goals:** The report lays out the technological, economic and institutional requirements for stabilizing global mean temperature increases at different levels. It informs decision makers about the costs and benefits, risks and opportunities of these, acknowledging the fact that often more than one path can lead to a given policy goal.

**Transparency over value judgments:** The decision which mitigation path to take is influenced by a series of sometimes disputed normative choices which relate to the long-term stabilization goal itself, the

weighing of other social priorities and the policies for achieving the goal. Facts are often inextricably interlinked with values and there is no purely scientific resolution of value dissent. What an assessment can do to support a rational public debate about value conflicts is to make implicit value judgments and ethical viewpoints as transparent as possible. Moreover, controversial policy goals and related ethical standpoints should be discussed in the context of the required means to reach these goals, in particular their possible consequences and side-effects. The potential for adverse side-effects of mitigation actions therefore requires an iterative assessment approach.

**Multiple objectives in the context of sustainable development and equity:** A comprehensive exploration of the solution space in the field of climate change mitigation recognizes that mitigation itself will only be one objective among others for decision makers. Decision makers may be interested in pursuing a broader concept of well-being. This broader concept also involves the sharing of limited resources within and across countries as well as across generations. Climate change mitigation is discussed here as a multi-objective problem embedded in a broader sustainable development and equity context.

**Risk management:** Climate change mitigation can be framed as a risk management exercise. It may provide large opportunities to humankind, but will also be associated with risks and uncertainties. Some of those may be of a fundamental nature and cannot be easily reduced or managed. It is therefore a basic requirement for a scientific assessment to communicate these uncertainties, wherever possible, both in their quantitative and qualitative dimension.

## Scope of the report

During the process of scoping and approving the outline of the Working Group III contribution to the AR5, the IPCC focused on those aspects of the current understanding of the science of climate change mitigation that were judged to be most relevant to policymakers.

Working Group III included an extended framing section to provide full transparency over the concepts and methods used throughout the report, highlighting their underlying value judgments. This includes an improved treatment of risks and risk perception, uncertainties, ethical questions as well as sustainable development.

The exploration of the solution space for climate change mitigation starts from a new set of baseline and mitigation scenarios. The entire scenario set for the first time provides fully consistent information on radiative forcing and temperature in broad agreement with the information provided in the Working Group I contribution to the AR5. The United Nations Framework Convention on Climate Change requested the IPCC to provide relevant scientific evidence for reviewing the 2 °C

goal as well as a potential 1.5 °C goal. Compared to the AR4 the report therefore assesses a large number of low stabilization scenarios broadly consistent with the 2 °C goal. It includes policy scenarios that investigate the impacts of delayed and fragmented international mitigation efforts and of restricted mitigation technologies portfolios on achieving specific mitigation goals and associated costs.

The WGIII contribution to the AR5 features several new elements. A full chapter is devoted to human settlements and infrastructures. Governance structures for the design of mitigation policies are discussed on the global, regional, national and sub-national level. The report closes with a novel chapter about investment needs and finance.

## Structure of the report

The Working Group III contribution to the Fifth Assessment report is comprised of four parts:

> Part I: Introduction (Chapter 1)
> Part II: Framing Issues (Chapters 2–4)
> Part III: Pathways for Mitigating Climate Change (Chapters 5–12)
> Part IV: Assessment of Policies, Institutions and Finance (Chapters 13–16)

Part I provides an introduction to the Working Group III contribution and sets the stage for the subsequent chapters. It describes the 'Lessons learned since AR4' and the 'New challenges for AR5'. It gives a brief overview of 'Historical, current and future trends' regarding GHG emissions and discusses the issues involved in climate change response policies including the ultimate objective of the UNFCCC (Article 2) and the human dimensions of climate change (including sustainable development).

Part II deals with framing issues that provide transparency over methodological foundations and underlying concepts including the relevant value judgments for the detailed assessment of climate change mitigation policies and measures in the subsequent parts. Each chapter addresses key overarching issues (Chapter 2: Integrated Risk and Uncertainty Assessment of Climate Change Response Policies; Chapter 3: Social, Economic and Ethical Concepts and Methods; Chapter 4: Sustainable Development and Equity) and acts as a reference point for subsequent chapters.

Part III provides an integrated assessment of possible mitigation pathways and the respective sectoral contributions and implications. It combines cross-sectoral and sectoral information on long-term mitigation pathways and short- to mid-term mitigation options in major economic sectors. Chapter 5 (Drivers, Trends and Mitigation) provides the context for the subsequent chapters by outlining global trends in stocks and flows of greenhouse gases (GHGs) and short-lived climate pollutants by means of different accounting methods that provide complementary perspectives on the past. It also discusses emissions drivers, which informs the assessment of how GHG emissions have historically developed. Chapter 6 (Assessing Transformation Pathways)

analyses 1200 new scenarios generated by 31 modelling teams around the world to explore the economic, technological and institutional prerequisites and implications of mitigation pathways with different levels of ambition. The sectoral chapters (Chapter 7–11) and Chapter 12 (Human Settlements, Infrastructure and Spatial Planning) provide information on the different mitigation options across energy systems, transport, buildings, industry, agriculture, forestry and other land use as well as options specific to human settlements and infrastructure, including the possible co-benefits, adverse side-effects and costs that may be associated with each of these options. Pathways described in Chapter 6 are discussed in a sector-specific context.

Part IV assesses policies across governance scales. Beginning with international cooperation (Chapter 13), it proceeds to the regional (Chapter 14), national and sub-national levels Chapter 15) before concluding with a chapter that assesses cross-cutting investment and financing issues (Chapter 16). It reviews experience with climate change mitigation policies — both the policies themselves and the interactions among policies across sectors and scales — to provide insights to policymakers on the structure of policies which best fulfill evaluation criteria such as environmental and economic effectiveness, and others.

## The assessment process

This Working Group III contribution to the AR5 represents the combined efforts of hundreds of leading experts in the field of climate change mitigation and has been prepared in accordance with the rules and procedures established by the IPCC. A scoping meeting for the AR5 was held in July 2009 and the outlines for the contributions of the three Working Groups were approved at the 31st Session of the Panel in November 2009. Governments and IPCC observer organizations nominated experts for the author teams. The team of 235 Coordinating Lead Authors and Lead Authors plus 38 Review Editors selected by the Working Group III Bureau, was accepted at the 41st Session of the IPCC Bureau in May 2010. More than 170 Contributing Authors provided draft text and information to the author teams at their request. Drafts prepared by the authors were subject to two rounds of formal review and revision followed by a final round of government comments on the Summary for Policymakers. More than 38,000 written comments were submitted by more than 800 expert reviewers and 37 governments. The Review Editors for each chapter monitored the review process to ensure that all substantive review comments received appropriate consideration. The Summary for Policymakers was approved line-by-line and the underlying chapters were then accepted at the 12th Session of IPCC Working Group III from 7–11 April 2014 in Berlin.

## Acknowledgements

Production of this report was a major effort, in which many people from around the world were involved, with a wide variety of contributions. We wish to thank the generous contributions by the governments and

institutions involved, which enabled the authors, Review Editors and Government and Expert Reviewers to participate in this process.

Writing this report was only possible thanks to the expertise, hard work and commitment to excellence shown throughout by our Coordinating Lead Authors and Lead Authors, with important assistance by many Contributing Authors and Chapter Science Assistants. We would also like to express our appreciation to the Government and Expert Reviewers, acknowledging their time and energy invested to provide constructive and useful comments to the various drafts. Our Review Editors were also critical in the AR5 process, supporting the author teams with processing the comments and assuring an objective discussion of relevant issues.

We would very much like to thank the governments of the Republic of Korea, New Zealand and Ethiopia as well as the University of Vigo and the Economics for Energy Research Centre in Spain, that, in collaboration with local institutions, hosted the crucial IPCC Lead Author Meetings in Changwon (July 2011), Wellington (March 2012), Vigo (November 2012) and Addis Ababa (July 2013). In addition, we would like to thank the governments of India, Peru, Ghana, the United States and Germany for hosting the Expert Meetings in Calcutta (March 2011), Lima (June 2011), Accra (August 2011), Washington D.C. (August 2012), and Potsdam (October 2013), respectively. Finally, we express our appreciation to the Potsdam Institute for Climate Impact Research (PIK) for welcoming our Coordinating Lead Authors on their campus for a concluding meeting (October 2013).

We are especially grateful for the contribution and support of the German Government, in particular the Bundesministerium für Bildung und Forschung (BMBF), in funding the Working Group III Technical Support Unit (TSU). Coordinating this funding, Gregor Laumann and Sylke Lenz of the Deutsches Zentrum für Luft- und Raumfahrt (DLR) were always ready to dedicate time and energy to the needs of the team. We would also like to express our gratitude to the Bundesministerium für Umwelt, Naturschutz, Bau und Reaktorsicherheit (BMUB) for the good collaboration throughout the AR5 cycle and the excellent organization of the 39th Session of the IPCC — and 12th Session of IPCC WGIII — particularly to Nicole Wilke and Lutz Morgenstern. Our thanks also go to Christiane Textor at Deutsche IPCC Koordinierungsstelle for the good collaboration and her dedicated work. We acknowledge the contribution of the Ministry for Science, Technology and Environment (CITMA) of the Republic of Cuba, the Cuban Institute of Meteorology (INSMET) and the Centre for World Economy Studies (CIEM) for their support as well as the United Nations Economic Commission for Africa (UNECA) and its African Climate Policy Centre (ACPC).

We extend our gratitude to our colleagues in the IPCC leadership. The Executive Committee strengthened and facilitated the scientific and procedural work of all three working groups to complete their contributions: Rajendra K. Pachauri, Vicente Barros, Ismail El Gizouli, Taka Hiraishi, Chris Field, Thelma Krug, Hoesung Lee, Qin Dahe, Thomas Stocker, and Jean-Pascal van Ypersele. For his dedication, leadership and insight, we specially thank IPCC chair Rajendra K. Pachauri.

The Working Group III Bureau — consisting of Antonina Ivanova Boncheva (Mexico), Carlo Carraro (Italy), Suzana Kahn Ribeiro (Brazil), Jim Skea (UK), Francis Yamba (Zambia), and Taha Zatari (Saudi Arabia) — provided continuous and thoughtful advice throughout the AR5 process. We would like to thank Renate Christ, Secretary of the IPCC, and the Secretariat staff Gaetano Leone, Jonathan Lynn, Mary Jean Burer, Sophie Schlingemann, Judith Ewa, Jesbin Baidya, Werani Zabula, Joelle Fernandez, Annie Courtin, Laura Biagioni, Amy Smith and Carlos Martin-Novella, Brenda Abrar-Milani and Nina Peeva, who provided logistical support for government liaison and travel of experts from developing and transitional economy countries. Thanks are due to Francis Hayes who served as the conference officer for the Working Group III Approval Session.

Graphics support by Kay Schröder and his team at Daily-Interactive Digitale Kommunikation is greatly appreciated, as is the copy editing by Stacy Hunt and her team at Confluence Communications, the layout work by Gerd Blumenstein and his team at Da-TeX, the index by Stephen Ingle and his team at WordCo and printing by Matt Lloyd and his team at Cambridge University Press. PIK kindly hosted and housed the TSU offices.

Last but not least, it is a pleasure to acknowledge the tireless work of the staff of the Working Group III Technical Support Unit. Our thanks go to Jan Minx, Ellie Farahani, Susanne Kadner, Kristin Seyboth, Anna Adler, Ina Baum, Steffen Brunner, Patrick Eickemeier, Benjamin Kriemann, Jussi Savolainen, Steffen Schlömer, Christoph von Stechow, and Timm Zwickel, for their professionalism, creativity and dedication to coordinate the report writing and to ensure a final product of high quality. They were assisted by Hamed Beheshti, Siri Chrobog, Thomas Day, Sascha Heller, Ceren Hic, Lisa Israel, Daniel Mahringer, Inga Römer, Geraldine Satre-Buisson, Fee Stehle, and Felix Zoll, whose support and dedication are deeply appreciated.

Sincerely,

**Ottmar Edenhofer**
IPCC WG III CO-Chair

**Ramon Pichs-Madruga**
IPCC WG III CO-Chair

**Youba Sokona**
IPCC WG III CO-Chair

# Dedication



**Elinor Ostrom**
**(7 August 1933 – 12 June 2012)**

We dedicate this report to the memory of Elinor Ostrom, Professor of Political Science at Indiana University and Nobel Laureate in Economics. Her work provided a fundamental contribution to the understanding of collective action, trust, and cooperation in the management of common pool resources, including the atmosphere. She launched a research agenda that has encouraged scientists to explore how a variety of overlapping policies at city, national, regional, and international levels can enable humankind to manage the climate problem. The assessment of climate change mitigation across different levels of governance, sectors and regions has been a new focus of the Working Group III contribution to AR5. We have benefited greatly from the vision and intellectual leadership of Elinor Ostrom.

# In Memoriam

**Luxin Huang (1965–2013)**
Lead Author in Chapter 12 on Human Settlements, Infrastructure and Spatial Planning

**Leon Jay (Lee) Schipper (1947–2011)**
Review Editor in Chapter 8 on Transport

Luxin Huang contributed to Chapter 12 on Human Settlements, Infrastructure and Spatial Planning. During this time, he was the director of the Department of International Cooperation and Development at the China Academy of Urban Planning and Design (CAUPD) in Beijing, China, where he worked for 27 years. The untimely death of Luxin Huang at the young age of 48 has left the Intergovernmental Panel on Climate Change (IPCC) with great sorrow.

Lee Schipper was a leading scientist in the field of transport, energy and the environment. He was looking forward to his role as review editor for the Transport chapter when he passed away at the age of 64. Schipper had been intimately involved with the IPCC for many years, having contributed as a Lead Author to the IPCC's Second Assessment Report's chapter on Mitigation Options in the Transportation Sector. The IPCC misses his great expertise and guidance, as well as his humorous and musical contributions.

Both researchers were dedicated contributors to the IPCC assessment process. Their passing represents a deep loss for the international scientific community. Luxin Huang and Lee Schipper are dearly remembered by the authors and members of the IPCC Working Group III.

# Contents

**Front Matter**

Foreword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vii

Preface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ix

Dedication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xiii

In Memoriam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xv

**SPM**

Summary for Policymakers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**TS**

Technical Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

**Chapters**

Chapter 1     Introductory Chapter  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111

Chapter 2     Integrated Risk and Uncertainty Assessment of Climate Change Response Policies . . . 151

Chapter 3     Social, Economic, and Ethical Concepts and Methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . 207

Chapter 4     Sustainable Development and Equity  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 283

Chapter 5     Drivers, Trends and Mitigation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 351

Chapter 6     Assessing Transformation Pathways  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 413

Chapter 7     Energy Systems  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 511

Chapter 8     Transport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 599

Chapter 9     Buildings  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 671

Chapter 10    Industry  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 739

Chapter 11    Agriculture, Forestry and Other Land Use (AFOLU) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 811

Chapter 12    Human Settlements, Infrastructure, and Spatial Planning . . . . . . . . . . . . . . . . . . . . . . . . . 923

Chapter 13    International Cooperation: Agreements & Instruments  . . . . . . . . . . . . . . . . . . . . . . . . . . 1001

Chapter 14    Regional Development and Cooperation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1083

Chapter 15    National and Sub-national Policies and Institutions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1141

Chapter 16    Cross-cutting Investment and Finance Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1207

**Annexes**

Annex I     Glossary, Acronyms and Chemical Symbols . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1249

Annex II    Metrics & Methodolgy  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1281

Annex III   Technology-specific Cost and Performance Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . 1329

Annex IV    Contributors to the IPCC WGIII Fifth Assessment Report . . . . . . . . . . . . . . . . . . . . . . . . . . 1357

Annex V     Expert Reviewers, Government Reviewers and Other Scientific Advisors
            of the IPCC WGIII Fifth Assessment Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1371

Annex VI    Permissions to Publish  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1415

Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1419

# Summary for Policymakers

# SPM

# Summary for Policymakers

**Drafting Authors:**

Ottmar Edenhofer (Germany), Ramón Pichs-Madruga (Cuba), Youba Sokona (Mali), Shardul Agrawala (France), Igor Alexeyevich Bashmakov (Russia), Gabriel Blanco (Argentina), John Broome (UK), Thomas Bruckner (Germany), Steffen Brunner (Germany), Mercedes Bustamante (Brazil), Leon Clarke (USA), Felix Creutzig (Germany), Shobhakar Dhakal (Nepal/Thailand), Navroz K. Dubash (India), Patrick Eickemeier (Germany), Ellie Farahani (Canada), Manfred Fischedick (Germany), Marc Fleurbaey (France), Reyer Gerlagh (Netherlands), Luis Gómez-Echeverri (Colombia/Austria), Sujata Gupta (India/Philippines), Jochen Harnisch (Germany), Kejun Jiang (China), Susanne Kadner (Germany), Sivan Kartha (USA), Stephan Klasen (Germany), Charles Kolstad (USA), Volker Krey (Austria/Germany), Howard Kunreuther (USA), Oswaldo Lucon (Brazil), Omar Masera (México), Jan Minx (Germany), Yacob Mulugetta (Ethiopia/UK), Anthony Patt (Austria/Switzerland), Nijavalli H. Ravindranath (India), Keywan Riahi (Austria), Joyashree Roy (India), Roberto Schaeffer (Brazil), Steffen Schlömer (Germany), Karen Seto (USA), Kristin Seyboth (USA), Ralph Sims (New Zealand), Jim Skea (UK), Pete Smith (UK), Eswaran Somanathan (India), Robert Stavins (USA), Christoph von Stechow (Germany), Thomas Sterner (Sweden), Taishi Sugiyama (Japan), Sangwon Suh (Republic of Korea/USA), Kevin Chika Urama (Nigeria/UK/Kenya), Diana Ürge-Vorsatz (Hungary), David G. Victor (USA), Dadi Zhou (China), Ji Zou (China), Timm Zwickel (Germany)

**Draft Contributing Authors**

Giovanni Baiocchi (UK/Italy), Helena Chum (Brazil/USA), Jan Fuglestvedt (Norway), Helmut Haberl (Austria), Edgar Hertwich (Austria/Norway), Elmar Kriegler (Germany), Joeri Rogelj (Switzerland/Belgium), H.-Holger Rogner (Germany), Michiel Schaeffer (Netherlands), Steven J. Smith (USA), Detlef van Vuuren (Netherlands), Ryan Wiser (USA)

**This Summary for Policymakers should be cited as:**

IPCC, 2014: Summary for Policymakers. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Table of Contents

**SPM.1**   Introduction ...................................................................................................... 4

**SPM.2**   Approaches to climate change mitigation ...................................................... 4

**SPM.3**   Trends in stocks and flows of greenhouse gases and their drivers ...................................... 6

**SPM.4**   Mitigation pathways and measures in the context of sustainable development .................. 10

   SPM.4.1   Long-term mitigation pathways .......................................................... 10

   SPM.4.2   Sectoral and cross-sectoral mitigation pathways and measures ............................................. 17

      SPM.4.2.1   Cross-sectoral mitigation pathways and measures .......................................... 17

      SPM.4.2.2   Energy supply ................................................................... 20

      SPM.4.2.3   Energy end-use sectors ................................................................. 21

      SPM.4.2.4   Agriculture, Forestry and Other Land Use (AFOLU) ........................................... 24

      SPM.4.2.5   Human settlements, infrastructure and spatial planning ...................................... 25

**SPM.5**   Mitigation policies and institutions ............................................................... 26

      SPM.5.2.1   Sectoral and national policies ............................................................ 26

      SPM.5.2.2   International cooperation ................................................................. 30

SPM

SPM

## SPM.1    Introduction

The Working Group III contribution to the IPCC's Fifth Assessment Report (AR5) assesses literature on the scientific, technological, environmental, economic and social aspects of mitigation of climate change. It builds upon the Working Group III contribution to the IPCC's Fourth Assessment Report (AR4), the Special Report on Renewable Energy Sources and Climate Change Mitigation (SRREN) and previous reports and incorporates subsequent new findings and research. The report also assesses mitigation options at different levels of governance and in different economic sectors, and the societal implications of different mitigation policies, but does not recommend any particular option for mitigation.

This Summary for Policymakers (SPM) follows the structure of the Working Group III report. The narrative is supported by a series of highlighted conclusions which, taken together, provide a concise summary. The basis for the SPM can be found in the chapter sections of the underlying report and in the Technical Summary (TS). References to these are given in square brackets.

The degree of certainty in findings in this assessment, as in the reports of all three Working Groups, is based on the author teams' evaluations of underlying scientific understanding and is expressed as a qualitative level of confidence (from very low to very high) and, when possible, probabilistically with a quantified likelihood (from exceptionally unlikely to virtually certain). Confidence in the validity of a finding is based on the type, amount, quality, and consistency of evidence (e.g., data, mechanistic understanding, theory, models, expert judgment) and the degree of agreement.[1] Probabilistic estimates of quantified measures of uncertainty in a finding are based on statistical analysis of observations or model results, or both, and expert judgment.[2] Where appropriate, findings are also formulated as statements of fact without using uncertainty qualifiers. Within paragraphs of this summary, the confidence, evidence, and agreement terms given for a bolded finding apply to subsequent statements in the paragraph, unless additional terms are provided.

## SPM.2    Approaches to climate change mitigation

**Mitigation is a human intervention to reduce the sources or enhance the sinks of greenhouse gases.** Mitigation, together with adaptation to climate change, contributes to the objective expressed in Article 2 of the United Nations Framework Convention on Climate Change (UNFCCC):

> *The ultimate objective of this Convention and any related legal instruments that the Conference of the Parties may adopt is to achieve, in accordance with the relevant provisions of the Convention, stabilization of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system. Such a level should be achieved within a time frame sufficient to allow ecosystems to adapt naturally to climate change, to ensure that food production is not threatened and to enable economic development to proceed in a sustainable manner.*

Climate policies can be informed by the findings of science, and systematic methods from other disciplines. [1.2, 2.4, 2.5, Box 3.1]

---

[1]    The following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence. For more details, please refer to the guidance note for Lead Authors of the IPCC Fifth Assessment Report on consistent treatment of uncertainties.

[2]    The following terms have been used to indicate the assessed likelihood of an outcome or a result: virtually certain 99–100 % probability, very likely 90–100 %, likely 66–100 %, about as likely as not 33–66 %, unlikely 0–33 %, very unlikely 0–10 %, exceptionally unlikely 0–1 %. Additional terms (more likely than not >50–100 %, and more unlikely than likely 0–<50 %) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely*.

**Sustainable development and equity provide a basis for assessing climate policies and highlight the need for addressing the risks of climate change.**[3] Limiting the effects of climate change is necessary to achieve sustainable development and equity, including poverty eradication. At the same time, some mitigation efforts could undermine action on the right to promote sustainable development, and on the achievement of poverty eradication and equity. Consequently, a comprehensive assessment of climate policies involves going beyond a focus on mitigation and adaptation policies alone to examine development pathways more broadly, along with their determinants. [4.2, 4.3, 4.4, 4.5, 4.6, 4.8]

**Effective mitigation will not be achieved if individual agents advance their own interests independently.** Climate change has the characteristics of a collective action problem at the global scale, because most greenhouse gases (GHGs) accumulate over time and mix globally, and emissions by any agent (e.g., individual, community, company, country) affect other agents.[4] International cooperation is therefore required to effectively mitigate GHG emissions and address other climate change issues [1.2.4, 2.6.4, 3.2, 4.2, 13.2, 13.3]. Furthermore, research and development in support of mitigation creates knowledge spillovers. International cooperation can play a constructive role in the development, diffusion and transfer of knowledge and environmentally sound technologies [1.4.4, 3.11.6, 11.8, 13.9, 14.4.3].

**Issues of equity, justice, and fairness arise with respect to mitigation and adaptation.**[5] Countries' past and future contributions to the accumulation of GHGs in the atmosphere are different, and countries also face varying challenges and circumstances, and have different capacities to address mitigation and adaptation. The evidence suggests that outcomes seen as equitable can lead to more effective cooperation. [3.10, 4.2.2, 4.6.2]

**Many areas of climate policy-making involve value judgements and ethical considerations.** These areas range from the question of how much mitigation is needed to prevent dangerous interference with the climate system to choices among specific policies for mitigation or adaptation [3.1, 3.2]. Social, economic and ethical analyses may be used to inform value judgements and may take into account values of various sorts, including human wellbeing, cultural values and non-human values [3.4, 3.10].

**Among other methods, economic evaluation is commonly used to inform climate policy design.** Practical tools for economic assessment include cost-benefit analysis, cost-effectiveness analysis, multi-criteria analysis and expected utility theory [2.5]. The limitations of these tools are well-documented [3.5]. Ethical theories based on social welfare functions imply that distributional weights, which take account of the different value of money to different people, should be applied to monetary measures of benefits and harms [3.6.1, Box TS.2]. Whereas distributional weighting has not frequently been applied for comparing the effects of climate policies on different people at a single time, it is standard practice, in the form of discounting, for comparing the effects at different times [3.6.2].

**Climate policy intersects with other societal goals creating the possibility of co-benefits or adverse side-effects. These intersections, if well-managed, can strengthen the basis for undertaking climate action.** Mitigation and adaptation can positively or negatively influence the achievement of other societal goals, such as those related to human health, food security, biodiversity, local environmental quality, energy access, livelihoods, and equitable sustainable development; and vice versa, policies toward other societal goals can influence the achievement of mitigation and adaptation objectives [4.2, 4.3, 4.4, 4.5, 4.6, 4.8]. These influences can be substantial, although sometimes difficult to quantify, especially in welfare terms [3.6.3]. This multi-objective perspective is important in part because it helps to identify areas where support for policies that advance multiple goals will be robust [1.2.1, 4.2, 4.8, 6.6.1].

SPM

---

3   See WGII AR5 SPM.
4   In the social sciences this is referred to as a 'global commons problem'. As this expression is used in the social sciences, it has no specific implications for legal arrangements or for particular criteria regarding effort-sharing.
5   See FAQ 3.2 for clarification of these concepts. The philosophical literature on justice and other literature can illuminate these issues [3.2, 3.3, 4.6.2].

SPM

Climate policy may be informed by a consideration of a diverse array of risks and uncertainties, some of which are difficult to measure, notably events that are of low probability but which would have a significant impact if they occur. Since AR4, the scientific literature has examined risks related to climate change, adaptation, and mitigation strategies. Accurately estimating the benefits of mitigation takes into account the full range of possible impacts of climate change, including those with high consequences but a low probability of occurrence. The benefits of mitigation may otherwise be underestimated (*high confidence*) [2.5, 2.6, Box 3.9]. The choice of mitigation actions is also influenced by uncertainties in many socio-economic variables, including the rate of economic growth and the evolution of technology *(high confidence)* [2.6, 6.3].

The design of climate policy is influenced by how individuals and organizations perceive risks and uncertainties and take them into account. People often utilize simplified decision rules such as a preference for the status quo. Individuals and organizations differ in their degree of risk aversion and the relative importance placed on near-term versus long-term ramifications of specific actions [2.4]. With the help of formal methods, policy design can be improved by taking into account risks and uncertainties in natural, socio-economic, and technological systems as well as decision processes, perceptions, values and wealth [2.5].

## SPM.3    Trends in stocks and flows of greenhouse gases and their drivers

Total anthropogenic GHG emissions have continued to increase over 1970 to 2010 with larger absolute decadal increases toward the end of this period (*high confidence*). Despite a growing number of climate change mitigation policies, annual GHG emissions grew on average by 1.0 gigatonne carbon dioxide equivalent ($GtCO_2eq$) (2.2 %) per year from 2000 to 2010 compared to 0.4 $GtCO_2eq$ (1.3 %) per year from 1970 to 2000 (Figure SPM.1).[6,7] Total anthropogenic GHG emissions were the highest in human history from 2000 to 2010 and reached 49 (±4.5) $GtCO_2eq$/yr in 2010. The global economic crisis 2007/2008 only temporarily reduced emissions. [1.3, 5.2, 13.3, 15.2.2, Box TS.5, Figure 15.1]

$CO_2$ emissions from fossil fuel combustion and industrial processes contributed about 78 % of the total GHG emission increase from 1970 to 2010, with a similar percentage contribution for the period 2000–2010 (*high confidence*). Fossil fuel-related $CO_2$ emissions reached 32 (±2.7) $GtCO_2$/yr, in 2010, and grew further by about 3 % between 2010 and 2011 and by about 1–2 % between 2011 and 2012. Of the 49 (±4.5) $GtCO_2eq$/yr in total anthropogenic GHG emissions in 2010, $CO_2$ remains the major anthropogenic GHG accounting for 76 % (38±3.8 $GtCO_2eq$/yr) of total anthropogenic GHG emissions in 2010. 16 % (7.8±1.6 $GtCO_2eq$/yr) come from methane ($CH_4$), 6.2 % (3.1±1.9 $GtCO_2eq$/yr) from nitrous oxide ($N_2O$), and 2.0 % (1.0±0.2 $GtCO_2eq$/yr) from fluorinated gases (Figure SPM.1). Annually, since 1970, about 25 % of anthropogenic GHG emissions have been in the form of non-$CO_2$ gases.[8] [1.2, 5.2]

---

[6]    Throughout the SPM, emissions of GHGs are weighed by Global Warming Potentials with a 100-year time horizon ($GWP_{100}$) from the IPCC Second Assessment Report. All metrics have limitations and uncertainties in assessing consequences of different emissions. [3.9.6, Box TS.5, Annex II.9, WGI SPM]

[7]    In this SPM, uncertainty in historic GHG emission data is reported using 90 % uncertainty intervals unless otherwise stated. GHG emission levels are rounded to two significant digits throughout this document; as a consequence, small differences in sums due to rounding may occur.

[8]    In this report, data on non-$CO_2$ GHGs, including fluorinated gases, are taken from the EDGAR database (Annex II.9), which covers substances included in the Kyoto Protocol in its first commitment period.



**Figure SPM.1|** Total annual anthropogenic GHG emissions (GtCO₂eq/yr) by groups of gases 1970–2010: CO₂ from fossil fuel combustion and industrial processes; CO₂ from Forestry and Other Land Use (FOLU); methane (CH₄); nitrous oxide (N₂O); fluorinated gases⁸ covered under the Kyoto Protocol (F-gases). At the right side of the figure GHG emissions in 2010 are shown again broken down into these components with the associated uncertainties (90 % confidence interval) indicated by the error bars. Total anthropogenic GHG emissions uncertainties are derived from the individual gas estimates as described in Chapter 5 [5.2.3.6]. Global CO₂ emissions from fossil fuel combustion are known within 8 % uncertainty (90 % confidence interval). CO₂ emissions from FOLU have very large uncertainties attached in the order of ±50 %. Uncertainty for global emissions of CH₄, N₂O and the F-gases has been estimated as 20 %, 60 % and 20 %, respectively. 2010 was the most recent year for which emission statistics on all gases as well as assessment of uncertainties were essentially complete at the time of data cut-off for this report. Emissions are converted into CO₂-equivalents based on GWP₁₀₀⁶ from the IPCC Second Assessment Report. The emission data from FOLU represents land-based CO₂ emissions from forest fires, peat fires and peat decay that approximate to net CO₂ flux from FOLU as described in Chapter 11 of this report. Average annual growth rate over different periods is highlighted with the brackets. [Figure 1.3, Figure TS.1]

**About half of cumulative anthropogenic CO₂ emissions between 1750 and 2010 have occurred in the last 40 years** (*high confidence*). In 1970, cumulative CO₂ emissions from fossil fuel combustion, cement production and flaring since 1750 were 420±35 GtCO₂; in 2010, that cumulative total had tripled to 1300±110 GtCO₂. Cumulative CO₂ emissions from Forestry and Other Land Use (FOLU)⁹ since 1750 increased from 490±180 GtCO₂ in 1970 to 680±300 GtCO₂ in 2010. [5.2]

**Annual anthropogenic GHG emissions have increased by 10 GtCO₂eq between 2000 and 2010, with this increase directly coming from energy supply (47 %), industry (30 %), transport (11 %) and buildings (3 %) sectors** (*medium confidence*). **Accounting for indirect emissions raises the contributions of the buildings and industry sectors** (*high confidence*). Since 2000, GHG emissions have been growing in all sectors, except AFOLU. Of the 49 (±4.5) GtCO₂eq emissions in 2010, 35 % (17 GtCO₂eq) of GHG emissions were released in the energy supply sector,

---

⁹     Forestry and Other Land Use (FOLU)—also referred to as LULUCF (Land Use, Land-Use Change, and Forestry)—is the subset of Agriculture, Forestry and Other Land Use (AFOLU) emissions and removals of GHGs related to direct human-induced land use, land-use change and forestry activities excluding agricultural emissions and removals (see WGIII AR5 Glossary).

**SPM**

24 % (12 $GtCO_2$eq, net emissions) in AFOLU, 21 % (10 $GtCO_2$eq) in industry, 14 % (7.0 $GtCO_2$eq) in transport and 6.4 % (3.2 $GtCO_2$eq) in buildings. When emissions from electricity and heat production are attributed to the sectors that use the final energy (i.e. indirect emissions), the shares of the industry and buildings sectors in global GHG emissions are increased to 31 % and 19 %[7], respectively (Figure SPM.2). [7.3, 8.2, 9.2, 10.3, 11.2]

**Globally, economic and population growth continue to be the most important drivers of increases in $CO_2$ emissions from fossil fuel combustion. The contribution of population growth between 2000 and 2010 remained roughly identical to the previous three decades, while the contribution of economic growth has risen sharply** (*high confidence*). Between 2000 and 2010, both drivers outpaced emission reductions from improvements in energy intensity (Figure SPM.3). Increased use of coal relative to other energy sources has reversed the long-standing trend of gradual decarbonization of the world's energy supply. [1.3, 5.3, 7.2, 14.3, TS.2.2]

**Without additional efforts to reduce GHG emissions beyond those in place today, emissions growth is expected to persist driven by growth in global population and economic activities. Baseline scenarios, those without additional mitigation, result in global mean surface temperature increases in 2100 from 3.7 °C to 4.8 °C compared to pre-industrial levels[10] (range based on median climate response; the range is 2.5 °C to 7.8 °C when including climate uncertainty, see Table SPM.1)[11]** (*high confidence*). The emission scenarios collected for this assessment represent full radiative forcing including GHGs, tropospheric ozone, aerosols and albedo change. Baseline scenarios (scenarios without explicit additional efforts to constrain emissions) exceed 450 parts per million (ppm) $CO_2$eq by 2030 and reach $CO_2$eq concentration levels between 750 and more than 1300 ppm $CO_2$eq by 2100. This is similar to the range in atmospheric concentration levels between the RCP 6.0 and RCP 8.5 pathways in 2100.[12] For comparison, the $CO_2$eq concentration in 2011 is estimated to be 430 ppm (uncertainty range 340−520 ppm).[13] [6.3, Box TS.6; WGI Figure SPM.5, WGI 8.5, WGI 12.3]

---

[10]  Based on the longest global surface temperature dataset available, the observed change between the average of the period 1850−1900 and of the AR5 reference period (1986−2005) is 0.61 °C (5−95 % confidence interval: 0.55−0.67 °C) [WGI SPM.E], which is used here as an approximation of the change in global mean surface temperature since pre-industrial times, referred to as the period before 1750.

[11]  The climate uncertainty reflects the 5th to 95th percentile of climate model calculations described in Table SPM.1.

[12]  For the purpose of this assessment, roughly 300 baseline scenarios and 900 mitigation scenarios were collected through an open call from integrated modelling teams around the world. These scenarios are complementary to the Representative Concentration Pathways (RCPs, see WGIII AR5 Glossary). The RCPs are identified by their approximate total radiative forcing in year 2100 relative to 1750: 2.6 Watts per square meter (W/m²) for RCP2.6, 4.5 W/m² for RCP4.5, 6.0 W/m² for RCP6.0, and 8.5 W/m² for RCP8.5. The scenarios collected for this assessment span a slightly broader range of concentrations in the year 2100 than the four RCPs.

[13]  This is based on the assessment of total anthropogenic radiative forcing for 2011 relative to 1750 in WGI, i.e. 2.3 W/m², uncertainty range 1.1 to 3.3 W/m². [WGI Figure SPM.5, WGI 8.5, WGI 12.3]



**Figure SPM.2 |** Total anthropogenic GHG emissions (GtCO$_2$eq/yr) by economic sectors. Inner circle shows direct GHG emission shares (in % of total anthropogenic GHG emissions) of five economic sectors in 2010. Pull-out shows how indirect CO$_2$ emission shares (in % of total anthropogenic GHG emissions) from electricity and heat production are attributed to sectors of final energy use. 'Other Energy' refers to all GHG emission sources in the energy sector as defined in Annex II other than electricity and heat production [A.II.9.1]. The emissions data from Agriculture, Forestry and Other Land Use (AFOLU) includes land-based CO$_2$ emissions from forest fires, peat fires and peat decay that approximate to net CO$_2$ flux from the Forestry and Other Land Use (FOLU) sub-sector as described in Chapter 11 of this report. Emissions are converted into CO$_2$-equivalents based on GWP$_{100}$[6] from the IPCC Second Assessment Report. Sector definitions are provided in Annex II.9. [Figure 1.3a, Figure TS.3 upper panel]



**Figure SPM.3 |** Decomposition of the change in total annual CO$_2$ emissions from fossil fuel combustion by decade and four driving factors: population, income (GDP) per capita, energy intensity of GDP and carbon intensity of energy. The bar segments show the changes associated with each factor alone, holding the respective other factors constant. Total emissions changes are indicated by a triangle. The change in emissions over each decade is measured in gigatonnes of CO$_2$ per year [GtCO$_2$/yr]; income is converted into common units using purchasing power parities. [Figure 1.7]

**SPM**

## SPM.4  Mitigation pathways and measures in the context of sustainable development

### SPM.4.1  Long-term mitigation pathways

**There are multiple scenarios with a range of technological and behavioral options, with different characteristics and implications for sustainable development, that are consistent with different levels of mitigation.** For this assessment, about 900 mitigation scenarios have been collected in a database based on published integrated models.[14] This range spans atmospheric concentration levels in 2100 from 430 ppm $CO_2$eq to above 720 ppm $CO_2$eq, which is comparable to the 2100 forcing levels between RCP 2.6 and RCP 6.0. Scenarios outside this range were also assessed including some scenarios with concentrations in 2100 below 430 ppm $CO_2$eq (for a discussion of these scenarios see below). The mitigation scenarios involve a wide range of technological, socioeconomic, and institutional trajectories, but uncertainties and model limitations exist and developments outside this range are possible (Figure SPM.4, upper panel). [6.1, 6.2, 6.3, TS.3.1, Box TS.6]

**Mitigation scenarios in which it is *likely* that the temperature change caused by anthropogenic GHG emissions can be kept to less than 2 °C relative to pre-industrial levels are characterized by atmospheric concentrations in 2100 of about 450 ppm $CO_2$eq** (*high confidence*). Mitigation scenarios reaching concentration levels of about 500 ppm $CO_2$eq by 2100 are *more likely than not* to limit temperature change to less than 2 °C relative to pre-industrial levels, unless they temporarily 'overshoot' concentration levels of roughly 530 ppm $CO_2$eq before 2100, in which case they are *about as likely as not* to achieve that goal.[15] Scenarios that reach 530 to 650 ppm $CO_2$eq concentrations by 2100 are *more unlikely than likely* to keep temperature change below 2 °C relative to pre-industrial levels. Scenarios that exceed about 650 ppm $CO_2$eq by 2100 are *unlikely* to limit temperature change to below 2 °C relative to pre-industrial levels. Mitigation scenarios in which temperature increase is *more likely than not* to be less than 1.5 °C relative to pre-industrial levels by 2100 are characterized by concentrations in 2100 of below 430 ppm $CO_2$eq. Temperature peaks during the century and then declines in these scenarios. Probability statements regarding other levels of temperature change can be made with reference to Table SPM.1. [6.3, Box TS.6]

**Scenarios reaching atmospheric concentration levels of about 450 ppm $CO_2$eq by 2100 (consistent with a *likely* chance to keep temperature change below 2 °C relative to pre-industrial levels) include substantial cuts in anthropogenic GHG emissions by mid-century through large-scale changes in energy systems and potentially land use** (*high confidence*). Scenarios reaching these concentrations by 2100 are characterized by lower global GHG emissions in 2050 than in 2010, 40 % to 70 % lower globally,[16] and emissions levels near zero Gt$CO_2$eq or below in

---

[14]  The long-term scenarios assessed in WGIII were generated primarily by large-scale, integrated models that project many key characteristics of mitigation pathways to mid-century and beyond. These models link many important human systems (e.g., energy, agriculture and land use, economy) with physical processes associated with climate change (e.g., the carbon cycle). The models approximate cost-effective solutions that minimize the aggregate economic costs of achieving mitigation outcomes, unless they are specifically constrained to behave otherwise. They are simplified, stylized representations of highly-complex, real-world processes, and the scenarios they produce are based on uncertain projections about key events and drivers over often century-long timescales. Simplifications and differences in assumptions are the reason why output generated from different models, or versions of the same model, can differ, and projections from all models can differ considerably from the reality that unfolds. [Box TS.7, 6.2]

[15]  Mitigation scenarios, including those reaching 2100 concentrations as high as or higher than about 550 ppm $CO_2$eq, can temporarily 'overshoot' atmospheric $CO_2$eq concentration levels before descending to lower levels later. Such concentration overshoot involves less mitigation in the near term with more rapid and deeper emissions reductions in the long run. Overshoot increases the probability of exceeding any given temperature goal. [6.3, Table SPM.1]

[16]  This range differs from the range provided for a similar concentration category in AR4 (50 %–85 % lower than 2000 for $CO_2$ only). Reasons for this difference include that this report has assessed a substantially larger number of scenarios than in AR4 and looks at all GHGs. In addition, a large proportion of the new scenarios include Carbon Dioxide Removal (CDR) technologies (see below). Other factors include the use of 2100 concentration levels instead of stabilization levels and the shift in reference year from 2000 to 2010. Scenarios with higher emissions in 2050 are characterized by a greater reliance on CDR technologies beyond mid-century.

SPM









**Figure SPM.4** | Pathways of global GHG emissions (GtCO₂eq/yr) in baseline and mitigation scenarios for different long-term concentration levels (upper panel) [Figure 6.7] and associated upscaling requirements of low-carbon energy (% of primary energy) for 2030, 2050 and 2100 compared to 2010 levels in mitigation scenarios (lower panel) [Figure 7.16]. The lower panel excludes scenarios with limited technology availability and exogenous carbon price trajectories. For definitions of CO₂-equivalent emissions and CO₂-equivalent concentrations see the WGIII AR5 Glossary.

**SPM**

2100. In scenarios reaching about 500 ppm $CO_2$eq by 2100, 2050 emissions levels are 25 % to 55 % lower than in 2010 globally. In scenarios reaching about 550 ppm $CO_2$eq, emissions in 2050 are from 5 % above 2010 levels to 45 % below 2010 levels globally (Table SPM.1). At the global level, scenarios reaching about 450 ppm $CO_2$eq are also characterized by more rapid improvements in energy efficiency and a tripling to nearly a quadrupling of the share of zero- and low-carbon energy supply from renewables, nuclear energy and fossil energy with carbon dioxide capture and storage (CCS), or bioenergy with CCS (BECCS) by the year 2050 (Figure SPM.4, lower panel). These scenarios describe a wide range of changes in land use, reflecting different assumptions about the scale of bioenergy production, afforestation, and reduced deforestation. All of these emissions, energy, and land-use changes vary across regions.[17] Scenarios reaching higher concentrations include similar changes, but on a slower timescale. On the other hand, scenarios reaching lower concentrations require these changes on a faster timescale. [6.3, 7.11]

**Mitigation scenarios reaching about 450 ppm $CO_2$eq in 2100 typically involve temporary overshoot of atmospheric concentrations, as do many scenarios reaching about 500 ppm to about 550 ppm $CO_2$eq in 2100. Depending on the level of the overshoot, overshoot scenarios typically rely on the availability and widespread deployment of BECCS and afforestation in the second half of the century. The availability and scale of these and other Carbon Dioxide Removal (CDR) technologies and methods are uncertain and CDR technologies and methods are, to varying degrees, associated with challenges and risks** (*high confidence*) (see Section SPM.4.2).[18] CDR is also prevalent in many scenarios without overshoot to compensate for residual emissions from sectors where mitigation is more expensive. There is uncertainty about the potential for large-scale deployment of BECCS, large-scale afforestation, and other CDR technologies and methods. [2.6, 6.3, 6.9.1, Figure 6.7, 7.11, 11.13]

**Estimated global GHG emissions levels in 2020 based on the Cancún Pledges are not consistent with cost-effective long-term mitigation trajectories that are at least *about as likely as not* to limit temperature change to 2 °C relative to pre-industrial levels (2100 concentrations of about 450 to about 500 ppm $CO_2$eq), but they do not preclude the option to meet that goal** (*high confidence*). Meeting this goal would require further substantial reductions beyond 2020. The Cancún Pledges are broadly consistent with cost-effective scenarios that are *likely* to keep temperature change below 3 °C relative to preindustrial levels. [6.4, 13.13, Figure TS.11]

**Delaying mitigation efforts beyond those in place today through 2030 is estimated to substantially increase the difficulty of the transition to low longer-term emissions levels and narrow the range of options consistent with maintaining temperature change below 2 °C relative to pre-industrial levels** (*high confidence*). Cost-effective mitigation scenarios that make it at least *about as likely as not* that temperature change will remain below 2 °C relative to pre-industrial levels (2100 concentrations of about 450 to about 500 ppm $CO_2$eq) are typically characterized by annual GHG emissions in 2030 of roughly between 30 $GtCO_2$eq and 50 $GtCO_2$eq (Figure SPM.5, left panel). Scenarios with annual GHG emissions above 55 $GtCO_2$eq in 2030 are characterized by substantially higher rates of emissions reductions from 2030 to 2050 (Figure SPM.5, middle panel); much more rapid scale-up of low-carbon energy over this period (Figure SPM.5, right panel); a larger reliance on CDR technologies in the long-term; and higher transitional and long-term economic impacts (Table SPM.2, orange segment). Due to these increased mitigation challenges, many models with annual 2030 GHG emissions higher than 55 $GtCO_2$eq could not produce scenarios reaching atmospheric concentration levels that make it *about as likely as not* that temperature change will remain below 2 °C relative to pre-industrial levels. [6.4, 7.11, Figures TS.11, TS.13]

---

[17]  At the national level, change is considered most effective when it reflects country and local visions and approaches to achieving sustainable development according to national circumstances and priorities. [6.4, 11.8.4, WGII SPM]

[18]  According to WGI, CDR methods have biogeochemical and technological limitations to their potential on the global scale. There is insufficient knowledge to quantify how much $CO_2$ emissions could be partially offset by CDR on a century timescale. CDR methods carry side-effects and long-term consequences on a global scale. [WGI SPM.E.8]

**Table SPM.1 |** Key characteristics of the scenarios collected and assessed for WGIII AR5. For all parameters, the 10th to 90th percentile of the scenarios is shown.[1, 2] [Table 6.3]

| CO₂eq Concentrations in 2100 [ppm CO₂eq] Category label (concentration range)[9] | Subcategories | Relative position of the RCPs[5] | Cumulative CO₂ emissions[3] [GtCO₂] 2011–2050 | 2011–2100 | Change in CO₂eq emissions compared to 2010 in [%][4] 2050 | 2100 | 2100 Temperature change [°C][7] | Temperature change (relative to 1850–1900)[5,6] Likelihood of staying below temperature level over the 21st century[8] 1.5 °C | 2.0 °C | 3.0 °C | 4.0 °C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| < 430 | Only a limited number of individual model studies have explored levels below 430 ppm CO₂eq | | | | | | | | | | |
| 450 (430–480) | Total range[1, 10] | RCP2.6 | 550–1300 | 630–1180 | −72 to −41 | −118 to −78 | 1.5–1.7 (1.0–2.8) | More unlikely than likely | Likely | Likely | Likely |
| 500 (480–530) | No overshoot of 530 ppm CO₂eq | | 860–1180 | 960–1430 | −57 to −42 | −107 to −73 | 1.7–1.9 (1.2–2.9) | Unlikely | More likely than not | Likely | Likely |
| | Overshoot of 530 ppm CO₂eq | | 1130–1530 | 990–1550 | −55 to −25 | −114 to −90 | 1.8–2.0 (1.2–3.3) | | About as likely as not | | |
| 550 (530–580) | No overshoot of 580 ppm CO₂eq | | 1070–1460 | 1240–2240 | −47 to −19 | −81 to −59 | 2.0–2.2 (1.4–3.6) | | Unlikely | | |
| | Overshoot of 580 ppm CO₂eq | | 1420–1750 | 1170–2100 | −16 to 7 | −183 to −86 | 2.1–2.3 (1.4–3.6) | | More unlikely than likely[12] | | |
| (580–650) | Total range | RCP4.5 | 1260–1640 | 1870–2440 | −38 to 24 | −134 to −50 | 2.3–2.6 (1.5–4.2) | | | | |
| (650–720) | Total range | | 1310–1750 | 2570–3340 | −11 to 17 | −54 to −21 | 2.6–2.9 (1.9–4.5) | | Unlikely | More likely than not | |
| (720–1000) | Total range | RCP6.0 | 1570–1940 | 3620–4990 | 18 to 54 | −7 to 72 | 3.1–3.7 (2.1–5.8) | Unlikely[11] | Unlikely[11] | More likely than not | More unlikely than likely |
| >1000 | Total range | RCP8.5 | 1840–2310 | 5350–7010 | 52 to 95 | 74 to 178 | 4.1–4.8 (2.8–7.8) | Unlikely[11] | Unlikely | Unlikely | More unlikely than likely |

1. The 'total range' for the 430–480 ppm CO₂eq scenarios corresponds to the range of the 10th–90th percentile of the subcategory of these scenarios shown in Table 6.3.

2. Baseline scenarios (see SPM.3) fall into the >1000 and 720–1000 ppm CO₂eq categories. The latter category also includes mitigation scenarios. The baseline scenarios in the latter category reach a temperature change of 2.5–5.8 °C above preindustrial in 2100. Together with the baseline scenarios in the >1000 ppm CO₂eq category, this leads to an overall 2100 temperature range of 2.5–7.8 °C (range based on median climate response: 3.7–4.8 °C) for baseline scenarios across both concentration categories.

3. For comparison of the cumulative CO₂ emissions estimates assessed here with those presented in WGI, an amount of 515 [445–585] GtC (1890 [1630–2150] GtCO₂), was already emitted by 2011 since 1870 [Section WGI 12.5]. Note that cumulative emissions are presented here for different periods of time (2011–2050 and 2011–2100) while cumulative emissions in WGI are presented as total compatible emissions for the RCPs (2012–2100) or for total compatible emissions for remaining below a given temperature target with a given likelihood [WGI Table SPM.3, WGI SPM.E.8].

4. The global 2010 emissions are 31 % above the 1990 emissions (consistent with the historic GHG emission estimates presented in this report). CO₂eq emissions include the basket of Kyoto gases (CO₂, CH₄, N₂O as well as F-gases).

5. The assessment in WGIII involves a large number of scenarios published in the scientific literature and is thus not limited to the RCPs. To evaluate the CO₂eq concentration and climate implications of these scenarios, the MAGICC model was used in a probabilistic mode (see Annex II). For a comparison between MAGICC model results and the outcomes of the models used in WGI, see Sections WGI 12.4.1.2 and WGI 12.4.8 and 6.3.2.6. Reasons for differences with WGI SPM Table.2 include the difference in reference year (1986–2005 vs. 1850–1900 here), difference versus reporting year (2081–2100 vs 2100 here), set-up of simulation (CMIP5 concentration driven versus MAGICC emission-driven here), and the wider set of scenarios (RCPs versus the full set of scenarios in the WGIII AR5 scenario database here).

6. Temperature change is reported for the year 2100, which is not directly comparable to the equilibrium warming reported in WGIII AR4 [Table 3.5, Chapter 3]. For the 2100 temperature estimates, the transient climate response (TCR) is the most relevant system property. The assumed 90 % range of the TCR for MAGICC is 1.2–2.6 °C (median 1.8 °C). This compares to the 90 % range of TCR between 1.2–2.4 °C for CMIP5 [WGI 9.7] and an assessed likely range of 1–2.5 °C from multiple lines of evidence reported in the WGI AR5 [Box 12.2 in Section 12.5].

7. Temperature change in 2100 is provided for a median estimate of the MAGICC calculations, which illustrates differences between the emissions pathways of the scenarios in each category. The range of temperature change in the parentheses includes in addition the carbon cycle and climate system uncertainties as represented by the MAGICC model [see 6.3.2.6 for further details]. The temperature data compared to the 1850–1900 reference year was calculated by taking all projected warming relative to 1986–2005, and adding 0.61 °C for 1986–2005 compared to 1850–1900, based on HadCRUT4 [see WGI Table SPM.2].

8. The assessment in this table is based on the probabilities calculated for the full ensemble of scenarios in WGIII using MAGICC and the assessment in WGI of the uncertainty of the temperature projections not covered by climate models. The statements are therefore consistent with the statements in WGI, which are based on the CMIP5 runs of the RCPs and the assessed uncertainties. Hence, the likelihood statements reflect different lines of evidence from both WGs. This WGI method was also applied for scenarios with intermediate concentration levels where no CMIP5 runs are available. The likelihood statements are indicative only [6.3], and follow broadly the terms used by the WGI SPM for temperature projections: likely 66–100 %, more likely than not >50–100 %, about as likely as not 33–66 %, and unlikely 0–33 %. In addition the term more unlikely than likely 0–<50 % is used.

9. The CO₂-equivalent concentration includes the forcing of all GHGs including halogenated gases and tropospheric ozone, as well as aerosols and albedo change (calculated on the basis of the total forcing from a simple carbon cycle/climate model, MAGICC).

10. The vast majority of scenarios in this category overshoot the category boundary of 480 ppm CO₂eq concentrations.

11. For scenarios in this category no CMIP5 run [WGI Chapter 12, Table 12.3] as well as no MAGICC realization [6.3] stays below the respective temperature level. Still, an unlikely assignment is given to reflect uncertainties that might not be reflected by the current climate models.

12. Scenarios in the 580–650 ppm CO₂eq category include both overshoot scenarios and scenarios that do not exceed the concentration level at the high end of the category (like RCP4.5). The latter type of scenarios, in general, have an assessed probability of more unlikely than likely to stay below the 2 °C temperature level, while the former are mostly assessed to have an unlikely probability of staying below this level.

SPM



**Figure SPM.5 |** The implications of different 2030 GHG emissions levels (left panel) for the rate of CO₂ emissions reductions from 2030 to 2050 (middle panel) and low-carbon energy upscaling from 2030 to 2050 and 2100 (right panel) in mitigation scenarios reaching about 450 to about 500 (430−530) ppm CO₂eq concentrations by 2100. The scenarios are grouped according to different emissions levels by 2030 (coloured in different shades of green). The left panel shows the pathways of GHG emissions (GtCO₂eq/yr) leading to these 2030 levels. The black bar shows the estimated uncertainty range of GHG emissions implied by the Cancún Pledges. The middle panel denotes the average annual CO₂ emissions reduction rates for the period 2030−2050. It compares the median and interquartile range across scenarios from recent intermodel comparisons with explicit 2030 interim goals to the range of scenarios in the Scenario Database for WGIII AR5. Annual rates of historical emissions change between 1900−2010 (sustained over a period of 20 years) and average annual emissions change between 2000−2010 are shown in grey. The arrows in the right panel show the magnitude of zero and low-carbon energy supply up-scaling from 2030 to 2050 subject to different 2030 GHG emissions levels. Zero- and low-carbon energy supply includes renewables, nuclear energy, fossil energy with carbon dioxide capture and storage (CCS), and bioenergy with CCS (BECCS). Note: Only scenarios that apply the full, unconstrained mitigation technology portfolio of the underlying models (default technology assumption) are shown. Scenarios with large net negative global emissions (>20 GtCO₂/yr), scenarios with exogenous carbon price assumptions, and scenarios with 2010 emissions significantly outside the historical range are excluded. The right-hand panel includes only 68 scenarios, because three of the 71 scenarios shown in the figure do not report some subcategories for primary energy that are required to calculate the share of zero- and low-carbon energy. [Figures 6.32 and 7.16; 13.13.1.3]

SPM

**Table SPM.2 |** Global mitigation costs in cost-effective scenarios[1] and estimated cost increases due to assumed limited availability of specific technologies and delayed additional mitigation. Cost estimates shown in this table do not consider the benefits of reduced climate change as well as co-benefits and adverse side-effects of mitigation. The yellow columns show consumption losses in the years 2030, 2050, and 2100 and annualized consumption growth reductions over the century in cost-effective scenarios relative to a baseline development without climate policy. The grey columns show the percentage increase in discounted costs[2] over the century, relative to cost-effective scenarios, in scenarios in which technology is constrained relative to default technology assumptions.[3] The orange columns show the increase in mitigation costs over the periods 2030–2050 and 2050–2100, relative to scenarios with immediate mitigation, due to delayed additional mitigation through 2030.[4] These scenarios with delayed additional mitigation are grouped by emission levels of less or more than 55 GtCO₂eq in 2030, and two concentration ranges in 2100 (430–530 ppm CO₂eq and 530–650 ppm CO₂eq). In all figures, the median of the scenario set is shown without parentheses, the range between the 16th and 84th percentile of the scenario set is shown in the parentheses, and the number of scenarios in the set is shown in square brackets.[5] [Figures TS.12, TS.13, 6.21, 6.24, 6.25, Annex II.10]

| 2100 Concentration [ppm CO₂eq] | Consumption losses in cost-effective scenarios[1] | | | | Increase in total discounted mitigation costs in scenarios with limited availability of technologies | | | | Increase in medium- and long-term mitigation costs due to delayed additional mitigation until 2030 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [% reduction in consumption relative to baseline] | | | [percentage point reduction in annualized consumption growth rate] | [% increase in total discounted mitigation costs (2015–2100) relative to default technology assumptions] | | | | [% increase in mitigation costs relative to immediate mitigation] | | | |
| | | | | | | | | | ≤55 GtCO₂eq | | >55 GtCO₂eq | |
| | 2030 | 2050 | 2100 | 2010–2100 | No CCS | Nuclear phase out | Limited Solar/Wind | Limited Bioenergy | 2030–2050 | 2050–2100 | 2030–2050 | 2050–2100 |
| 450 (430–480) | 1.7 (1.0–3.7) [N: 14] | 3.4 (2.1–6.2) | 4.8 (2.9–11.4) | 0.06 (0.04–0.14) | 138 (29–297) [N:4] | 7 (4–18) [N: 8] | 6 (2–29) [N: 8] | 64 (44–78) [N: 8] | 78 (14–50) [N: 34] | 15 (5–59) | 44 (2–78) [N: 29] | 37 (16–82) |
| 500 (480–530) | 1.7 (0.6–2.1) [N: 32] | 2.7 (1.5–4.2) | 4.7 (2.4–10.6) | 0.06 (0.03–0.13) | N/A | N/A | N/A | N/A | | | | |
| 550 (530–580) | 0.6 (0.2–1.3) [N: 46] | 1.7 (1.2–3.3) | 3.8 (1.2–7.3) | 0.04 (0.01–0.09) | 39 (18–78) [N: 11] | 13 (2–23) [N: 10] | 8 (5–15) [N: 10] | 18 (4–66) [N: 12] | 3 (–5–16) [N: 14] | 4 (–4–11) | 15 (3–32) [N: 10] | 16 (5–24) |
| 580–650 | 0.3 (0–0.9) [N: 16] | 1.3 (0.5–2.0) | 2.3 (1.2–4.4) | 0.03 (0.01–0.05) | N/A | N/A | N/A | N/A | | | | |

1   Cost-effective scenarios assume immediate mitigation in all countries and a single global carbon price, and impose no additional limitations on technology relative to the models' default technology assumptions.

2   Percentage increase of net present value of consumption losses in percent of baseline consumption (for scenarios from general equilibrium models) and abatement costs in percent of baseline GDP (for scenarios from partial equilibrium models) for the period 2015–2100, discounted at 5 % per year.

3   No CCS: CCS is not included in these scenarios. Nuclear phase out: No addition of nuclear power plants beyond those under construction, and operation of existing plants until the end of their lifetime. Limited Solar/Wind: a maximum of 20 % global electricity generation from solar and wind power in any year of these scenarios. Limited Bioenergy: a maximum of 100 EJ/yr modern bioenergy supply globally (modern bioenergy used for heat, power, combinations, and industry was around 18 EJ/yr in 2008 [11.13.5]).

4   Percentage increase of total undiscounted mitigation costs for the periods 2030–2050 and 2050–2100.

5   The range is determined by the central scenarios encompassing the 16th and 84th percentile of the scenario set. Only scenarios with a time horizon until 2100 are included. Some models that are included in the cost ranges for concentration levels above 530 ppm CO₂eq in 2100 could not produce associated scenarios for concentration levels below 530 ppm CO₂eq in 2100 with assumptions about limited availability of technologies and/or delayed additional mitigation.

**Estimates of the aggregate economic costs of mitigation vary widely and are highly sensitive to model design and assumptions as well as the specification of scenarios, including the characterization of technologies and the timing of mitigation** (*high confidence*). Scenarios in which all countries of the world begin mitigation immediately, there is a single global carbon price, and all key technologies are available, have been used as a cost-effective benchmark for estimating macroeconomic mitigation costs (Table SPM.2, yellow segments). Under these assumptions, mitigation scenarios that reach atmospheric concentrations of about 450 ppm CO₂eq by 2100 entail losses in global consumption— not including benefits of reduced climate change as well as co-benefits and adverse side-effects of mitigation[19]—of 1 % to 4 % (median: 1.7 %) in 2030, 2 % to 6 % (median: 3.4 %) in 2050, and 3 % to 11 % (median: 4.8 %) in 2100 relative to consumption in baseline scenarios that grows anywhere from 300 % to more than 900 % over the century. These numbers

_____

19   The total economic effect at different temperature levels would include mitigation costs, co-benefits of mitigation, adverse side-effects of mitigation, adaptation costs and climate damages. Mitigation cost and climate damage estimates at any given temperature level cannot be compared to evaluate the costs and benefits of mitigation. Rather, the consideration of economic costs and benefits of mitigation should include the reduction of climate damages relative to the case of unabated climate change.

**SPM**



**Co-Benefits of Climate Change Mitigation for Air Quality**
Impact of Stringent Climate Policy on Air Pollutant Emissions (Global, 2005-2050)

**Figure SPM.6 |** Air pollutant emission levels for black carbon (BC) and sulfur dioxide (SO₂) in 2050 relative to 2005 (0=2005 levels). Baseline scenarios without additional efforts to reduce GHG emissions beyond those in place today are compared to scenarios with stringent mitigation policies, which are consistent with reaching about 450 to about 500 (430–530) ppm $CO_2$eq concentrations by 2100. [Figure 6.33]

correspond to an annualized reduction of consumption growth by 0.04 to 0.14 (median: 0.06) percentage points over the century relative to annualized consumption growth in the baseline that is between 1.6 % and 3 % per year. Estimates at the high end of these cost ranges are from models that are relatively inflexible to achieve the deep emissions reductions required in the long run to meet these goals and/or include assumptions about market imperfections that would raise costs. Under the absence or limited availability of technologies, mitigation costs can increase substantially depending on the technology considered (Table SPM.2, grey segment). Delaying additional mitigation further increases mitigation costs in the medium- to long-term (Table SPM.2, orange segment). Many models could not achieve atmospheric concentration levels of about 450 ppm $CO_2$eq by 2100 if additional mitigation is considerably delayed or under limited availability of key technologies, such as bioenergy, CCS, and their combination (BECCS). [6.3]

Only a limited number of studies have explored scenarios that are *more likely than not* to bring temperature change back to below 1.5 °C by 2100 relative to pre-industrial levels; these scenarios bring atmospheric concentrations to below 430 ppm $CO_2$eq by 2100 (*high confidence*). Assessing this goal is currently difficult because no multi-model studies have explored these scenarios. Scenarios associated with the limited number of published studies exploring this goal are characterized by (1) immediate mitigation action; (2) the rapid upscaling of the full portfolio of mitigation technologies; and (3) development along a low-energy demand trajectory.[20] [6.3, 7.11]

Mitigation scenarios reaching about 450 to about 500 ppm $CO_2$eq by 2100 show reduced costs for achieving air quality and energy security objectives, with significant co-benefits for human health, ecosystem impacts, and sufficiency of resources and resilience of the energy system; these scenarios did not quantify other co-benefits or adverse side-effects (*medium confidence*). These mitigation scenarios show improvements in terms of the sufficiency of resources to meet national energy demand as well as the resilience of energy supply, resulting in energy systems that are less vulnerable to price volatility and supply disruptions. The benefits from reduced impacts to

---

[20]  In these scenarios, the cumulative $CO_2$ emissions range between 680 and 800 Gt$CO_2$ for the period 2011−2050 and between 90 and 310 Gt$CO_2$ for the period 2011−2100. Global $CO_2$eq emissions in 2050 are between 70 and 95 % below 2010 emissions, and they are between 110 and 120 % below 2010 emissions in 2100.

health and ecosystems associated with major cuts in air pollutant emissions (Figure SPM.6) are particularly high where currently legislated and planned air pollution controls are weak. There is a wide range of co-benefits and adverse side-effects for additional objectives other than air quality and energy security. Overall, the potential for co-benefits of energy end-use measures outweighs the potential for adverse side-effects, whereas the evidence suggests this may not be the case for all energy supply and AFOLU measures. [WGIII 4.8, 5.7, 6.3.6, 6.6, 7.9, 8.7, 9.7, 10.8, 11.7, 11.13.6, 12.8, Figure TS.14, Table 6.7, Tables TS.3–TS.7; WGII 11.9]

**There is a wide range of possible adverse side-effects as well as co-benefits and spillovers from climate policy that have not been well-quantified** (*high confidence*). Whether or not side-effects materialize, and to what extent side-effects materialize, will be case- and site-specific, as they will depend on local circumstances and the scale, scope, and pace of implementation. Important examples include biodiversity conservation, water availability, food security, income distribution, efficiency of the taxation system, labour supply and employment, urban sprawl, and the sustainability of the growth of developing countries. [Box TS.11]

**Mitigation efforts and associated costs vary between countries in mitigation scenarios. The distribution of costs across countries can differ from the distribution of the actions themselves** (*high confidence*). In globally cost-effective scenarios, the majority of mitigation efforts takes place in countries with the highest future emissions in baseline scenarios. Some studies exploring particular effort-sharing frameworks, under the assumption of a global carbon market, have estimated substantial global financial flows associated with mitigation for scenarios leading to 2100 atmospheric concentrations of about 450 to about 550 ppm $CO_2$eq. [4.6, 6.3.6, 13.4.2.4; Box 3.5; Table 6.4; Figures 6.9, 6.27, 6.28, 6.29]

**Mitigation policy could devalue fossil fuel assets and reduce revenues for fossil fuel exporters, but differences between regions and fuels exist** (*high confidence*). Most mitigation scenarios are associated with reduced revenues from coal and oil trade for major exporters (*high confidence*). The effect of mitigation on natural gas export revenues is more uncertain, with some studies showing possible benefits for export revenues in the medium term until about 2050 (*medium confidence*). The availability of CCS would reduce the adverse effect of mitigation on the value of fossil fuel assets (*medium confidence*). [6.3.6, 6.6, 14.4.2]

## SPM.4.2    Sectoral and cross-sectoral mitigation pathways and measures

### SPM.4.2.1    Cross-sectoral mitigation pathways and measures

**In baseline scenarios, GHG emissions are projected to grow in all sectors, except for net $CO_2$ emissions in the AFOLU sector**[21] (*robust evidence, medium agreement*). Energy supply sector emissions are expected to continue to be the major source of GHG emissions, ultimately accounting for the significant increases in indirect emissions from electricity use in the buildings and industry sectors. In baseline scenarios, while non-$CO_2$ GHG agricultural emissions are projected to increase, net $CO_2$ emissions from the AFOLU sector decline over time, with some models projecting a net sink towards the end of the century (Figure SPM.7).[22] [6.3.1.4, 6.8, Figure TS.15]

---

[21]    Net AFOLU $CO_2$ emissions include emissions and removals of $CO_2$ from the AFOLU sector, including land under forestry and, in some assessments, $CO_2$ sinks in agricultural soils.

[22]    A majority of the Earth System Models assessed in WGI project a continued land carbon uptake under all RCPs through to 2100, but some models simulate a land carbon loss due to the combined effect of climate change and land-use change. [WGI SPM.E.7, WGI 6.4]

Summary for Policymakers

Direct Sectoral $CO_2$ and Non-$CO_2$ GHG Emissions in Baseline and Mitigation Scenarios with and without CCS



**Figure SPM.7** | Direct emissions of $CO_2$ by sector and total non-$CO_2$ GHGs (Kyoto gases) across sectors in baseline (left panel) and mitigation scenarios that reach around 450 (430–480) ppm $CO_2$eq with CCS (middle panel) and without CCS (right panel). The numbers at the bottom of the graphs refer to the number of scenarios included in the range which differs across sectors and time due to different sectoral resolution and time horizon of models. Note that many models cannot reach about 450 ppm $CO_2$eq concentration by 2100 in the absence of CCS, resulting in a low number of scenarios for the right panel. [Figures 6.34 and 6.35]

**Infrastructure developments and long-lived products that lock societies into GHG-intensive emissions pathways may be difficult or very costly to change, reinforcing the importance of early action for ambitious mitigation** (*robust evidence, high agreement*). This lock-in risk is compounded by the lifetime of the infrastructure, by the difference in emissions associated with alternatives, and the magnitude of the investment cost. As a result, lock-in related to infrastructure and spatial planning is the most difficult to reduce. However, materials, products and infrastructure with long lifetimes and low lifecycle emissions can facilitate a transition to low-emission pathways while also reducing emissions through lower levels of material use. [5.6.3, 6.3.6.4, 9.4, 10.4, 12.3, 12.4]

**There are strong interdependencies in mitigation scenarios between the pace of introducing mitigation measures in energy supply and energy end-use and developments in the AFOLU sector** (*high confidence*). The distribution of the mitigation effort across sectors is strongly influenced by the availability and performance of BECCS and large scale afforestation (Figure SPM.7). This is particularly the case in scenarios reaching $CO_2$eq concentrations of about 450 ppm by 2100. Well-designed systemic and cross-sectoral mitigation strategies are more cost-effective in cutting emissions than a focus on individual technologies and sectors. At the energy system level these include reductions in the GHG emission intensity of the energy supply sector, a switch to low-carbon energy carriers (including low-carbon electricity) and reductions in energy demand in the end-use sectors without compromising development (Figure SPM.8). [6.3.5, 6.4, 6.8, 7.11, Table TS.2]

**Mitigation scenarios reaching around 450 ppm $CO_2$eq concentrations by 2100 show large-scale global changes in the energy supply sector** (*robust evidence, high agreement*). In these selected scenarios, global $CO_2$ emissions from the energy supply sector are projected to decline over the next decades and are characterized by reductions of 90% or more below 2010 levels between 2040 and 2070. Emissions in many of these scenarios are projected to decline to below zero thereafter. [6.3.4, 6.8, 7.1, 7.11]

**SPM**

**Final Energy Demand Reduction and Low-Carbon Energy Carrier Shares in Energy End-Use Sectors**



**Figure SPM.8 |** Final energy demand reduction relative to baseline (upper row) and low-carbon energy carrier shares in final energy (lower row) in the transport, buildings, and industry sectors by 2030 and 2050 in scenarios from two different CO₂eq concentration categories compared to sectoral studies assessed in Chapters 8–10. The demand reductions shown by these scenarios do not compromise development. Low-carbon energy carriers include electricity, hydrogen and liquid biofuels in transport, electricity in buildings and electricity, heat, hydrogen and bioenergy in industry. The numbers at the bottom of the graphs refer to the number of scenarios included in the ranges which differ across sectors and time due to different sectoral resolution and time horizon of models. [Figures 6.37 and 6.38]

**Efficiency enhancements and behavioural changes, in order to reduce energy demand compared to baseline scenarios without compromising development, are a key mitigation strategy in scenarios reaching atmospheric $CO_2$eq concentrations of about 450 to about 500 ppm by 2100** (*robust evidence, high agreement*). Near-term reductions in energy demand are an important element of cost-effective mitigation strategies, provide more flexibility for reducing carbon intensity in the energy supply sector, hedge against related supply-side risks, avoid lock-in to carbon-intensive infrastructures, and are associated with important co-benefits. Both integrated and sectoral studies provide similar estimates for energy demand reductions in the transport, buildings and industry sectors for 2030 and 2050 (Figure SPM.8). [6.3.4, 6.6, 6.8, 7.11, 8.9, 9.8, 10.10]

**Behaviour, lifestyle and culture have a considerable influence on energy use and associated emissions, with high mitigation potential in some sectors, in particular when complementing technological and structural change**[23] (*medium evidence, medium agreement*). Emissions can be substantially lowered through changes in consumption patterns (e.g., mobility demand and mode, energy use in households, choice of longer-lasting products) and dietary change and reduction in food wastes. A number of options including monetary and non-monetary incentives as well as information measures may facilitate behavioural changes. [6.8, 7.9, 8.3.5, 8.9, 9.2, 9.3, 9.10, Box 10.2, 10.4, 11.4, 12.4, 12.6, 12.7, 15.3, 15.5, Table TS.2]

### SPM.4.2.2 Energy supply

**In the baseline scenarios assessed in AR5, direct $CO_2$ emissions from the energy supply sector are projected to almost double or even triple by 2050 compared to the level of 14.4 GtCO$_2$/year in 2010, unless energy intensity improvements can be significantly accelerated beyond the historical development** (*medium evidence, medium agreement*). In the last decade, the main contributors to emission growth were a growing energy demand and an increase of the share of coal in the global fuel mix. The availability of fossil fuels alone will not be sufficient to limit $CO_2$eq concentration to levels such as 450 ppm, 550 ppm, or 650 ppm. (Figure SPM.7) [6.3.4, 7.2, 7.3, Figures 6.15, TS.15]

**Decarbonizing (i.e. reducing the carbon intensity of) electricity generation is a key component of cost-effective mitigation strategies in achieving low-stabilization levels (430–530 ppm $CO_2$eq); in most integrated modelling scenarios, decarbonization happens more rapidly in electricity generation than in the industry, buildings, and transport sectors** (*medium evidence, high agreement*) (Figure SPM.7). In the majority of low-stabilization scenarios, the share of low-carbon electricity supply (comprising renewable energy (RE), nuclear and CCS) increases from the current share of approximately 30 % to more than 80 % by 2050, and fossil fuel power generation without CCS is phased out almost entirely by 2100 (Figure SPM. 7). [6.8, 7.11, Figures 7.14, TS.18]

**Since AR4, many RE technologies have demonstrated substantial performance improvements and cost reductions, and a growing number of RE technologies have achieved a level of maturity to enable deployment at significant scale** (*robust evidence, high agreement*). Regarding electricity generation alone, RE accounted for just over half of the new electricity-generating capacity added globally in 2012, led by growth in wind, hydro and solar power. However, many RE technologies still need direct and/or indirect support, if their market shares are to be significantly increased; RE technology policies have been successful in driving recent growth of RE. Challenges for integrating RE into energy systems and the associated costs vary by RE technology, regional circumstances, and the characteristics of the existing background energy system (*medium evidence, medium agreement*). [7.5.3, 7.6.1, 7.8.2, 7.12, Table 7.1]

**Nuclear energy is a mature low-GHG emission source of baseload power, but its share of global electricity generation has been declining (since 1993). Nuclear energy could make an increasing contribution to low-carbon energy supply, but a variety of barriers and risks exist** (*robust evidence, high agreement*). Those include:

---

[23]   Structural changes refer to systems transformations whereby some components are either replaced or potentially substituted by other components (see WGIII AR5 Glossary).

operational risks, and the associated concerns, uranium mining risks, financial and regulatory risks, unresolved waste management issues, nuclear weapon proliferation concerns, and adverse public opinion (*robust evidence, high agreement*). New fuel cycles and reactor technologies addressing some of these issues are being investigated and progress in research and development has been made concerning safety and waste disposal. [7.5.4, 7.8, 7.9, 7.12, Figure TS.19]

**GHG emissions from energy supply can be reduced significantly by replacing current world average coal-fired power plants with modern, highly efficient natural gas combined-cycle power plants or combined heat and power plants, provided that natural gas is available and the fugitive emissions associated with extraction and supply are low or mitigated** (*robust evidence, high agreement*). In mitigation scenarios reaching about 450 ppm $CO_2$eq concentrations by 2100, natural gas power generation without CCS acts as a bridge technology, with deployment increasing before peaking and falling to below current levels by 2050 and declining further in the second half of the century (*robust evidence, high agreement*). [7.5.1, 7.8, 7.9, 7.11, 7.12]

**Carbon dioxide capture and storage (CCS) technologies could reduce the lifecycle GHG emissions of fossil fuel power plants** (*medium evidence, medium agreement*). While all components of integrated CCS systems exist and are in use today by the fossil fuel extraction and refining industry, CCS has not yet been applied at scale to a large, operational commercial fossil fuel power plant. CCS power plants could be seen in the market if this is incentivized by regulation and/or if they become competitive with their unabated counterparts, for instance, if the additional investment and operational costs, caused in part by efficiency reductions, are compensated by sufficiently high carbon prices (or direct financial support). For the large-scale future deployment of CCS, well-defined regulations concerning short- and long-term responsibilities for storage are needed as well as economic incentives. Barriers to large-scale deployment of CCS technologies include concerns about the operational safety and long-term integrity of $CO_2$ storage as well as transport risks. There is, however, a growing body of literature on how to ensure the integrity of $CO_2$ wells, on the potential consequences of a pressure build-up within a geologic formation caused by $CO_2$ storage (such as induced seismicity), and on the potential human health and environmental impacts from $CO_2$ that migrates out of the primary injection zone (*limited evidence, medium agreement*). [7.5.5., 7.8, 7.9, 7.11, 7.12, 11.13]

**Combining bioenergy with CCS (BECCS) offers the prospect of energy supply with large-scale net negative emissions which plays an important role in many low-stabilization scenarios, while it entails challenges and risks** (*limited evidence, medium agreement*). These challenges and risks include those associated with the upstream large-scale provision of the biomass that is used in the CCS facility as well as those associated with the CCS technology itself. [7.5.5, 7.9, 11.13]

SPM.4.2.3     Energy end-use sectors

Transport

**The transport sector accounted for 27% of final energy use and 6.7 GtCO$_2$ direct emissions in 2010, with baseline $CO_2$ emissions projected to approximately double by 2050** (*medium evidence, medium agreement*). This growth in $CO_2$ emissions from increasing global passenger and freight activity could partly offset future mitigation measures that include fuel carbon and energy intensity improvements, infrastructure development, behavioural change and comprehensive policy implementation (*high confidence*). Overall, reductions in total transport $CO_2$ emissions of 15–40% compared to baseline growth could be achieved in 2050 (*medium evidence, medium agreement*). (Figure SPM.7) [6.8, 8.1, 8.2, 8.9, 8.10]

**Technical and behavioural mitigation measures for all transport modes, plus new infrastructure and urban redevelopment investments, could reduce final energy demand in 2050 by around 40% below the baseline, with the mitigation potential assessed to be higher than reported in the AR4** (*robust evidence, medium agreement*). Projected energy efficiency and vehicle performance improvements range from 30–50% in 2030 relative to 2010 depending on transport mode and vehicle type (*medium evidence, medium agreement*). Integrated urban planning,

transit-oriented development, more compact urban form that supports cycling and walking, can all lead to modal shifts as can, in the longer term, urban redevelopment and investments in new infrastructure such as high-speed rail systems that reduce short-haul air travel demand (*medium evidence, medium agreement*). Such mitigation measures are challenging, have uncertain outcomes, and could reduce transport GHG emissions by 20–50% in 2050 compared to baseline (*limited evidence, low agreement*). (Figure SPM.8 upper panel) [8.2, 8.3, 8.4, 8.5, 8.6, 8.7, 8.8, 8.9, 12.4, 12.5]

**Strategies to reduce the carbon intensities of fuel and the rate of reducing carbon intensity are constrained by challenges associated with energy storage and the relatively low energy density of low-carbon transport fuels** (*medium confidence*). Integrated and sectoral studies broadly agree that opportunities for switching to low-carbon fuels exist in the near term and will grow over time. Methane-based fuels are already increasing their share for road vehicles and waterborne craft. Electricity produced from low-carbon sources has near-term potential for electric rail and short- to medium-term potential as electric buses, light-duty and 2-wheel road vehicles are deployed. Hydrogen fuels from low-carbon sources constitute longer-term options. Commercially available liquid and gaseous biofuels already provide co-benefits together with mitigation options that can be increased by technology advances. Reducing transport emissions of particulate matter (including black carbon), tropospheric ozone and aerosol precursors (including $NO_x$) can have human health and mitigation co-benefits in the short term (*medium evidence, medium agreement*). [8.2, 8.3, 11.13, Figure TS.20, right panel]

**The cost-effectiveness of different carbon reduction measures in the transport sector varies significantly with vehicle type and transport mode** (*high confidence*). The levelized costs of conserved carbon can be very low or negative for many short-term behavioural measures and efficiency improvements for light- and heavy-duty road vehicles and waterborne craft. In 2030, for some electric vehicles, aircraft and possibly high-speed rail, levelized costs could be more than USD100/tCO$_2$ avoided (*limited evidence, medium agreement*). [8.6, 8.8, 8.9, Figures TS.21, TS.22]

**Regional differences influence the choice of transport mitigation options** (*high confidence*). Institutional, legal, financial and cultural barriers constrain low-carbon technology uptake and behavioural change. Established infrastructure may limit the options for modal shift and lead to a greater reliance on advanced vehicle technologies; a slowing of growth in light-duty vehicle demand is already evident in some OECD countries. For all economies, especially those with high rates of urban growth, investment in public transport systems and low-carbon infrastructure can avoid lock-in to carbon-intensive modes. Prioritizing infrastructure for pedestrians and integrating non-motorized and transit services can create economic and social co-benefits in all regions (*medium evidence, medium agreement*). [8.4, 8.8, 8.9, 14.3, Table 8.3]

**Mitigation strategies, when associated with non-climate policies at all government levels, can help decouple transport GHG emissions from economic growth in all regions** (*medium confidence*). These strategies can help reduce travel demand, incentivise freight businesses to reduce the carbon intensity of their logistical systems and induce modal shifts, as well as provide co-benefits including improved access and mobility, better health and safety, greater energy security, and cost and time savings (*medium evidence, high agreement*). [8.7, 8.10]

### Buildings

**In 2010, the buildings sector**[24] **accounted for around 32% final energy use and 8.8 GtCO$_2$ emissions, including direct and indirect emissions, with energy demand projected to approximately double and CO$_2$ emissions to increase by 50–150% by mid-century in baseline scenarios** (*medium evidence, medium agreement*). This energy demand growth results from improvements in wealth, lifestyle change, access to modern energy services and adequate housing, and urbanisation. There are significant lock-in risks associated with the long lifespans of buildings and related infrastructure, and these are especially important in regions with high construction rates (*robust evidence, high agreement*). (Figure SPM.7) [9.4]

---

[24]  The buildings sector covers the residential, commercial, public and services sectors; emissions from construction are accounted for in the industry sector.

**Recent advances in technologies, know-how and policies provide opportunities to stabilize or reduce global buildings sector energy use by mid-century** (*robust evidence, high agreement*). For new buildings, the adoption of very low energy building codes is important and has progressed substantially since AR4. Retrofits form a key part of the mitigation strategy in countries with established building stocks, and reductions of heating/cooling energy use by 50–90 % in individual buildings have been achieved. Recent large improvements in performance and costs make very low energy construction and retrofits economically attractive, sometimes even at net negative costs. [9.3]

**Lifestyle, culture and behaviour significantly influence energy consumption in buildings** (*limited evidence, high agreement*). A three- to five-fold difference in energy use has been shown for provision of similar building-related energy service levels in buildings. For developed countries, scenarios indicate that lifestyle and behavioural changes could reduce energy demand by up to 20 % in the short term and by up to 50 % of present levels by mid-century. In developing countries, integrating elements of traditional lifestyles into building practices and architecture could facilitate the provision of high levels of energy services with much lower energy inputs than baseline. [9.3]

**Most mitigation options for buildings have considerable and diverse co-benefits in addition to energy cost savings** (*robust evidence, high agreement*). These include improvements in energy security, health (such as from cleaner wood-burning cookstoves), environmental outcomes, workplace productivity, fuel poverty reductions and net employment gains. Studies which have monetized co-benefits often find that these exceed energy cost savings and possibly climate benefits (*medium evidence, medium agreement*). [9.6, 9.7, 3.6.3]

**Strong barriers, such as split incentives (e.g., tenants and builders), fragmented markets and inadequate access to information and financing, hinder the market-based uptake of cost-effective opportunities.** Barriers can be overcome by policy interventions addressing all stages of the building and appliance lifecycles (*robust evidence, high agreement*). [9.8, 9.10, 16, Box 3.10]

**The development of portfolios of energy efficiency policies and their implementation has advanced considerably since AR4. Building codes and appliance standards, if well designed and implemented, have been among the most environmentally and cost-effective instruments for emission reductions** (*robust evidence, high agreement*). In some developed countries they have contributed to a stabilization of, or reduction in, total energy demand for buildings. Substantially strengthening these codes, adopting them in further jurisdictions, and extending them to more building and appliance types, will be a key factor in reaching ambitious climate goals. [9.10, 2.6.5.3]

### Industry

**In 2010, the industry sector accounted for around 28 % of final energy use, and 13 GtCO$_2$ emissions, including direct and indirect emissions as well as process emissions, with emissions projected to increase by 50–150 % by 2050 in the baseline scenarios assessed in AR5, unless energy efficiency improvements are accelerated significantly** (*medium evidence, medium agreement*). Emissions from industry accounted for just over 30 % of global GHG emissions in 2010 and are currently greater than emissions from either the buildings or transport end-use sectors. (Figures SPM.2, SPM.7) [10.3]

**The energy intensity of the industry sector could be directly reduced by about 25 % compared to the current level through the wide-scale upgrading, replacement and deployment of best available technologies, particularly in countries where these are not in use and in non-energy intensive industries** (*high agreement, robust evidence*). Additional energy intensity reductions of about 20 % may potentially be realized through innovation (*limited evidence, medium agreement*). Barriers to implementing energy efficiency relate largely to initial investment costs and lack of information. Information programmes are a prevalent approach for promoting energy efficiency, followed by economic instruments, regulatory approaches and voluntary actions. [10.7, 10.9, 10.11]

**SPM**

Improvements in GHG emission efficiency and in the efficiency of material use, recycling and re-use of materials and products, and overall reductions in product demand (e.g., through a more intensive use of products) and service demand could, in addition to energy efficiency, help reduce GHG emissions below the baseline level in the industry sector (*medium evidence, high agreement*). Many emission-reducing options are cost-effective, profitable and associated with multiple co-benefits (better environmental compliance, health benefits etc.). In the long term, a shift to low-carbon electricity, new industrial processes, radical product innovations (e.g., alternatives to cement), or CCS (e.g., to mitigate process emissions) could contribute to significant GHG emission reductions. Lack of policy and experiences in material and product service efficiency are major barriers. [10.4, 10.7, 10.8, 10.11]

$CO_2$ emissions dominate GHG emissions from industry, but there are also substantial mitigation opportunities for non-$CO_2$ gases (*robust evidence, high agreement*). $CH_4$, $N_2O$ and fluorinated gases from industry accounted for emissions of 0.9 $GtCO_2eq$ in 2010. Key mitigation opportunities include, e.g., the reduction of hydrofluorocarbon emissions by process optimization and refrigerant recovery, recycling and substitution, although there are barriers. [Tables 10.2, 10.7]

Systemic approaches and collaborative activities across companies and sectors can reduce energy and material consumption and thus GHG emissions (*robust evidence, high agreement*). The application of cross-cutting technologies (e.g., efficient motors) and measures (e.g., reducing air or steam leaks) in both large energy intensive industries and small and medium enterprises can improve process performance and plant efficiency cost-effectively. Cooperation across companies (e.g., in industrial parks) and sectors could include the sharing of infrastructure, information, and waste heat utilization. [10.4, 10.5]

Important options for mitigation in waste management are waste reduction, followed by re-use, recycling and energy recovery (*robust evidence, high agreement*). Waste and wastewater accounted for 1.5 $GtCO_2eq$ in 2010. As the share of recycled or reused material is still low (e.g., globally, around 20 % of municipal solid waste is recycled), waste treatment technologies and recovering energy to reduce demand for fossil fuels can result in significant direct emission reductions from waste disposal. [10.4, 10.14]

### SPM.4.2.4    Agriculture, Forestry and Other Land Use (AFOLU)

The AFOLU sector accounts for about a quarter (~10–12 $GtCO_2eq/yr$) of net anthropogenic GHG emissions mainly from deforestation, agricultural emissions from soil and nutrient management and livestock (*medium evidence, high agreement*). Most recent estimates indicate a decline in AFOLU $CO_2$ fluxes, largely due to decreasing deforestation rates and increased afforestation. However, the uncertainty in historical net AFOLU emissions is larger than for other sectors, and additional uncertainties in projected baseline net AFOLU emissions exist. Nonetheless, in the future, net annual baseline $CO_2$ emissions from AFOLU are projected to decline, with net emissions potentially less than half the 2010 level by 2050 and the possibility of the AFOLU sectors becoming a net $CO_2$ sink before the end of century (*medium evidence, high agreement*). (Figure SPM. 7) [6.3.1.4, 11.2, Figure 6.5]

AFOLU plays a central role for food security and sustainable development. The most cost-effective mitigation options in forestry are afforestation, sustainable forest management and reducing deforestation, with large differences in their relative importance across regions. In agriculture, the most cost-effective mitigation options are cropland management, grazing land management, and restoration of organic soils (*medium evidence, high agreement*). The economic mitigation potential of supply-side measures is estimated to be 7.2 to 11 $GtCO_2eq/year$[25] in 2030 for mitigation efforts consistent with carbon prices[26] up to 100 $USD/tCO_2eq$, about a third of which can be achieved at a <20 $USD/tCO_2eq$ (*medium evidence, medium agreement*). There are potential barriers to

---

[25]    Full range of all studies: 0.49–11 $GtCO_2eq/year$
[26]    In many models that are used to assess the economic costs of mitigation, carbon price is used as a proxy to represent the level of effort in mitigation policies (see WGIII AR5 Glossary).

implementation of available mitigation options [11.7, 11.8]. Demand-side measures, such as changes in diet and reductions of losses in the food supply chain, have a significant, but uncertain, potential to reduce GHG emissions from food production (*medium evidence, medium agreement*). Estimates vary from roughly 0.76–8.6 GtCO$_2$eq/yr by 2050 (*limited evidence, medium agreement*). [11.4, 11.6, Figure 11.14]

**Policies governing agricultural practices and forest conservation and management are more effective when involving both mitigation and adaptation.** Some mitigation options in the AFOLU sector (such as soil and forest carbon stocks) may be vulnerable to climate change (*medium evidence, high agreement*). When implemented sustainably, activities to reduce emissions from deforestation and forest degradation (REDD+[27] is an example designed to be sustainable) are cost-effective policy options for mitigating climate change, with potential economic, social and other environmental and adaptation co-benefits (e.g., conservation of biodiversity and water resources, and reducing soil erosion) (*limited evidence, medium agreement*). [11.3.2, 11.10]

**Bioenergy can play a critical role for mitigation, but there are issues to consider, such as the sustainability of practices and the efficiency of bioenergy systems** (*robust evidence, medium agreement*) [11.4.4, Box 11.5, 11.13.6, 11.13.7]. Barriers to large-scale deployment of bioenergy include concerns about GHG emissions from land, food security, water resources, biodiversity conservation and livelihoods. The scientific debate about the overall climate impact related to land-use competition effects of specific bioenergy pathways remains unresolved (*robust evidence, high agreement*). [11.4.4, 11.13] Bioenergy technologies are diverse and span a wide range of options and technology pathways. Evidence suggests that options with low lifecycle emissions (e.g., sugar cane, Miscanthus, fast growing tree species, and sustainable use of biomass residues), some already available, can reduce GHG emissions; outcomes are site-specific and rely on efficient integrated 'biomass-to-bioenergy systems', and sustainable land-use management and governance. In some regions, specific bioenergy options, such as improved cookstoves, and small-scale biogas and biopower production, could reduce GHG emissions and improve livelihoods and health in the context of sustainable development (*medium evidence, medium agreement*). [11.13]

SPM.4.2.5       Human settlements, infrastructure and spatial planning

**Urbanization is a global trend and is associated with increases in income, and higher urban incomes are correlated with higher consumption of energy and GHG emissions** (*medium evidence, high agreement*). As of 2011, more than 52 % of the global population lives in urban areas. In 2006, urban areas accounted for 67–76 % of energy use and 71–76 % of energy-related CO$_2$ emissions. By 2050, the urban population is expected to increase to 5.6–7.1 billion, or 64–69 % of world population. Cities in non-Annex I countries generally have higher levels of energy use compared to the national average, whereas cities in Annex I countries generally have lower energy use per capita than national averages (*medium evidence, medium agreement*). [12.2, 12.3]

**The next two decades present a window of opportunity for mitigation in urban areas, as a large portion of the world's urban areas will be developed during this period** (*limited evidence, high agreement*). Accounting for trends in declining population densities, and continued economic and population growth, urban land cover is projected to expand by 56–310 % between 2000 and 2030. [12.2, 12.3, 12.4, 12.8]

**Mitigation options in urban areas vary by urbanization trajectories and are expected to be most effective when policy instruments are bundled** (*robust evidence, high agreement*). Infrastructure and urban form are strongly interlinked, and lock-in patterns of land use, transport choice, housing, and behaviour. Effective mitigation strategies involve packages of mutually reinforcing policies, including co-locating high residential with high employment densities,

---

[27]   See WGIII AR5 Glossary.

SPM

achieving high diversity and integration of land uses, increasing accessibility and investing in public transport and other demand management measures. [8.4, 12.3, 12.4, 12.5, 12.6]

**The largest mitigation opportunities with respect to human settlements are in rapidly urbanizing areas where urban form and infrastructure are not locked in, but where there are often limited governance, technical, financial, and institutional capacities** (*robust evidence, high agreement*). The bulk of urban growth is expected in small- to medium-size cities in developing countries. The feasibility of spatial planning instruments for climate change mitigation is highly dependent on a city's financial and governance capability. [12.6, 12.7]

**Thousands of cities are undertaking climate action plans, but their aggregate impact on urban emissions is uncertain** (*robust evidence, high agreement*). There has been little systematic assessment on their implementation, the extent to which emission reduction targets are being achieved, or emissions reduced. Current climate action plans focus largely on energy efficiency. Fewer climate action plans consider land-use planning strategies and cross-sectoral measures to reduce sprawl and promote transit-oriented development[28]. [12.6, 12.7, 12.9]

**Successful implementation of urban-scale climate change mitigation strategies can provide co-benefits** (*robust evidence, high agreement*). Urban areas throughout the world continue to struggle with challenges, including ensuring access to energy, limiting air and water pollution, and maintaining employment opportunities and competitiveness. Action on urban-scale mitigation often depends on the ability to relate climate change mitigation efforts to local co-benefits (*robust evidence, high agreement*). [12.5, 12.6, 12.7, 12.8]

# SPM.5      Mitigation policies and institutions

## SPM.5.1      Sectoral and national policies

**Substantial reductions in emissions would require large changes in investment patterns.** Mitigation scenarios in which policies stabilize atmospheric concentrations (without overshoot) in the range from 430 to 530 ppm $CO_2$eq by 2100 lead to substantial shifts in annual investment flows during the period 2010−2029 compared to baseline scenarios (Figure SPM.9). Over the next two decades (2010 to 2029), annual investment in conventional fossil fuel technologies associated with the electricity supply sector is projected to decline by about 30 (2−166) billion USD (median: −20 % compared to 2010) while annual investment in low-carbon electricity supply (i.e., renewables, nuclear and electricity generation with CCS) is projected to rise by about 147 (31−360) billion USD (median: +100 % compared to 2010) (*limited evidence, medium agreement*). For comparison, global total annual investment in the energy system is presently about 1200 billion USD. In addition, annual incremental energy efficiency investments in transport, buildings and industry is projected to increase by about 336 (1−641) billion USD (*limited evidence, medium agreement*), frequently involving modernization of existing equipment. [13.11, 16.2.2]

**There is no widely agreed definition of what constitutes climate finance, but estimates of the financial flows associated with climate change mitigation and adaptation are available.** Published assessments of all current annual financial flows whose expected effect is to reduce net GHG emissions and/or to enhance resilience to climate change and climate variability show 343 to 385 billion USD per year globally (*medium confidence*) [Box TS.14]. Most of this goes to mitigation. Out of this, total public climate finance that flowed to developing countries is estimated to be between 35 and 49 billion USD/yr in 2011 and 2012 (*medium confidence*). Estimates of international private climate

---

<sub>28</sub>   See WGIII AR5 Glossary.





**Figure SPM.9|** Change in annual investment flows from the average baseline level over the next two decades (2010–2029) for mitigation scenarios that stabilize concentrations within the range of approximately 430–530 ppm $CO_2$eq by 2100. Investment changes are based on a limited number of model studies and model comparisons. Total electricity generation (leftmost column) is the sum of renewables, nuclear, power plants with CCS and fossil fuel power plants without CCS. The vertical bars indicate the range between minimum and maximum estimate; the horizontal bar indicates the median. Proximity to this median value does not imply higher likelihood because of the different degree of aggregation of model results, the low number of studies available and different assumptions in the different studies considered. The numbers in the bottom row show the total number of studies in the literature used for the assessment. This underscores that investment needs are still an evolving area of research that relatively few studies have examined. [Figure 16.3]

finance flowing to developing countries range from 10 to 72 billion USD/yr including foreign direct investment as equity and loans in the range of 10 to 37 billion USD/yr over the period of 2008–2011 (*medium confidence*). [16.2.2]

**There has been a considerable increase in national and sub-national mitigation plans and strategies since AR4.** In 2012, 67 % of global GHG emissions were subject to national legislation or strategies versus 45 % in 2007. However, there has not yet been a substantial deviation in global emissions from the past trend [Figure 1.3c]. These plans and strategies are in their early stages of development and implementation in many countries, making it difficult to assess their aggregate impact on future global emissions (*medium evidence, high agreement*). [14.3.4, 14.3.5, 15.1, 15.2]

**Since AR4, there has been an increased focus on policies designed to integrate multiple objectives, increase co-benefits and reduce adverse side-effects** (*high confidence*). Governments often explicitly reference co-benefits in climate and sectoral plans and strategies. The scientific literature has sought to assess the size of co-benefits (see Section SPM.4.1) and the greater political feasibility and durability of policies that have large co-benefits and small adverse

side-effects. [4.8, 5.7, 6.6, 13.2, 15.2] Despite the growing attention in policymaking and the scientific literature since AR4, the analytical and empirical underpinnings for understanding many of the interactive effects are under-developed [1.2, 3.6.3, 4.2, 4.8, 5.7, 6.6].

**Sector-specific policies have been more widely used than economy-wide policies** (*medium evidence, high agreement*). Although most economic theory suggests that economy-wide policies for the singular objective of mitigation would be more cost-effective than sector-specific policies, since AR4 a growing number of studies has demonstrated that administrative and political barriers may make economy-wide policies harder to design and implement than sector-specific policies. The latter may be better suited to address barriers or market failures specific to certain sectors, and may be bundled in packages of complementary policies. [6.3.6.5, 8.10, 9.10, 10.10, 15.2, 15.5, 15.8, 15.9]

**Regulatory approaches and information measures are widely used, and are often environmentally effective** (*medium evidence, medium agreement*). Examples of regulatory approaches include energy efficiency standards; examples of information programmes include labelling programmes that can help consumers make better-informed decisions. While such approaches have often been found to have a net social benefit, the scientific literature is divided on the extent to which such policies can be implemented with negative private costs to firms and individuals. [Box 3.10, 15.5.5, 15.5.6] There is general agreement that rebound effects exist, whereby higher efficiency can lead to lower energy prices and greater consumption, but there is *low agreement* in the literature on the magnitude [3.9.5, 5.7.2, 14.4.2, 15.5.4].

**Since AR4, cap and trade systems for GHGs have been established in a number of countries and regions. Their short-run environmental effect has been limited as a result of loose caps or caps that have not proved to be constraining** (*limited evidence, medium agreement*). This was related to factors such as the financial and economic crisis that reduced energy demand, new energy sources, interactions with other policies, and regulatory uncertainty. In principle, a cap and trade system can achieve mitigation in a cost-effective way; its implementation depends on national circumstances. Though earlier programmes relied almost exclusively on grandfathering (free allocation of permits), auctioning permits is increasingly applied. If allowances are auctioned, revenues can be used to address other investments with a high social return, and/or reduce the tax and debt burden. [14.4.2, 15.5.3]

**In some countries, tax-based policies specifically aimed at reducing GHG emissions—alongside technology and other policies—have helped to weaken the link between GHG emissions and GDP** (*high confidence*). In a large group of countries, fuel taxes (although not necessarily designed for the purpose of mitigation) have effects that are akin to sectoral carbon taxes [Table 15.2]. The demand reduction in transport fuel associated with a 1 % price increase is 0.6 % to 0.8 % in the long run, although the short-run response is much smaller [15.5.2]. In some countries revenues are used to reduce other taxes and/or to provide transfers to low-income groups. This illustrates the general principle that mitigation policies that raise government revenue generally have lower social costs than approaches which do not. While it has previously been assumed that fuel taxes in the transport sector are regressive, there have been a number of other studies since AR4 that have shown them to be progressive, particularly in developing countries (*medium evidence, medium agreement*). [3.6.3, 14.4.2, 15.5.2]

**The reduction of subsidies for GHG-related activities in various sectors can achieve emission reductions, depending on the social and economic context** (*high confidence*). While subsidies can affect emissions in many sectors, most of the recent literature has focused on subsidies for fossil fuels. Since AR4 a small but growing literature based on economy-wide models has projected that complete removal of subsidies for fossil fuels in all countries could result in reductions in global aggregate emissions by mid-century (*medium evidence, medium agreement*) [7.12, 13.13, 14.3.2, 15.5.2]. Studies vary in methodology, the type and definition of subsidies and the time frame for phase out considered. In particular, the studies assess the impacts of complete removal of all fossil fuel subsidies without seeking to assess which subsidies are wasteful and inefficient, keeping in mind national circumstances. Although political economy barriers are substantial, some countries have reformed their tax and budget systems to reduce fuel subsidies. To help reduce possible adverse effects on lower-income groups who often spend a large fraction of their income on energy services, many governments have utilized lump-sum cash transfers or other mechanisms targeted on the poor. [15.5.2]

**Interactions between or among mitigation policies may be synergistic or may have no additive effect on reducing emissions** (*medium evidence, high agreement*). For instance, a carbon tax can have an additive environmental effect to policies such as subsidies for the supply of RE. By contrast, if a cap and trade system has a binding cap (sufficiently stringent to affect emission-related decisions), then other policies such as RE subsidies have no further impact on reducing emissions within the time period that the cap applies (although they may affect costs and possibly the viability of more stringent future targets) (*medium evidence, high agreement*). In either case, additional policies may be needed to address market failures relating to innovation and technology diffusion. [15.7]

**Some mitigation policies raise the prices for some energy services and could hamper the ability of societies to expand access to modern energy services to underserved populations** (*low confidence*). **These potential adverse side-effects can be avoided with the adoption of complementary policies** (*medium confidence*). Most notably, about 1.3 billion people worldwide do not have access to electricity and about 3 billion are dependent on traditional solid fuels for cooking and heating with severe adverse effects on health, ecosystems and development. Providing access to modern energy services is an important sustainable development objective. The costs of achieving nearly universal access to electricity and clean fuels for cooking and heating are projected to be between 72 and 95 billion USD per year until 2030 with minimal effects on GHG emissions (*limited evidence, medium agreement*). A transition away from the use of traditional biomass[29] and the more efficient combustion of solid fuels reduce air pollutant emissions, such as sulfur dioxide ($SO_2$), nitrogen oxides ($NO_x$), carbon monoxide (CO), and black carbon (BC), and thus yield large health benefits (*high confidence*). [4.3, 6.6, 7.9, 9.3, 9.7, 11.13.6, 16.8]

**Technology policy complements other mitigation policies** (*high confidence*). Technology policy includes technology-push (e.g., publicly funded R&D) and demand-pull (e.g., governmental procurement programmes). Such policies address market failures related to innovation and technology diffusion. [3.11, 15.6] Technology support policies have promoted substantial innovation and diffusion of new technologies, but the cost-effectiveness of such policies is often difficult to assess [2.6.5, 7.12, 9.10]. Nevertheless, program evaluation data can provide empirical evidence on the relative effectiveness of different policies and can assist with policy design [15.6.5].

**In many countries, the private sector plays central roles in the processes that lead to emissions as well as to mitigation. Within appropriate enabling environments, the private sector, along with the public sector, can play an important role in financing mitigation** (*medium evidence, high agreement*). The share of total mitigation finance from the private sector, acknowledging data limitations, is estimated to be on average between two-thirds and three-fourths on the global level (2010–2012) (*limited evidence, medium agreement*). In many countries, public finance interventions by governments and national and international development banks encourage climate investments by the private sector [16.2.1] and provide finance where private sector investment is limited. The quality of a country's enabling environment includes the effectiveness of its institutions, regulations and guidelines regarding the private sector, security of property rights, credibility of policies and other factors that have a substantial impact on whether private firms invest in new technologies and infrastructures [16.3]. Dedicated policy instruments, for example, credit insurance, power purchase agreements and feed-in tariffs, concessional finance or rebates, provide an incentive for investment by lowering risks for private actors [16.4].

SPM

---

[29]  See WGIII AR5 Glossary.

**SPM**

## SPM.5.2   International cooperation

**The United Nations Framework Convention on Climate Change (UNFCCC) is the main multilateral forum focused on addressing climate change, with nearly universal participation.** Other institutions organized at different levels of governance have resulted in diversifying international climate change cooperation. [13.3.1, 13.4.1.4, 13.5]

**Existing and proposed international climate change cooperation arrangements vary in their focus and degree of centralization and coordination.** They span: multilateral agreements, harmonized national policies and decentralized but coordinated national policies, as well as regional and regionally-coordinated policies. [Figure TS.38, 13.4.1, 13.13.2, 14.4]

**The Kyoto Protocol offers lessons towards achieving the ultimate objective of the UNFCCC, particularly with respect to participation, implementation, flexibility mechanisms, and environmental effectiveness** (*medium evidence, low agreement*). [5.3.3, 13.3.4, 13.7.2, 13.13.1.1, 13.13.1.2, 14.3.7.1, Table TS.9]

**UNFCCC activities since 2007 have led to an increasing number of institutions and other arrangements for international climate change cooperation.** [13.5.1.1, 13.13.1.3, 16.2.1]

**Policy linkages among regional, national, and sub-national climate policies offer potential climate change mitigation and adaptation benefits** (*medium evidence, medium agreement*). Linkages can be established between national policies, various instruments, and through regional cooperation. [13.3.1, 13.5.3, 13.6, 13.7, 13.13.2.3, 14.4, Figure 13.4]

**Various regional initiatives between the national and global scales are either being developed or implemented, but their impact on global mitigation has been limited to date** (*medium confidence*). Many climate policies can be more effective if implemented across geographical regions. [13.13, 13.6, 14.4, 14.5]

# Technical Summary

# TS

# Technical Summary

**Coordinating Lead Authors:**

Ottmar Edenhofer (Germany), Ramón Pichs-Madruga (Cuba), Youba Sokona (Mali/Switzerland), Susanne Kadner (Germany), Jan C. Minx (Germany), Steffen Brunner (Germany)

**Lead Authors:**

Shardul Agrawala (France), Giovanni Baiocchi (UK/Italy), Igor Alexeyevich Bashmakov (Russian Federation), Gabriel Blanco (Argentina), John Broome (UK), Thomas Bruckner (Germany), Mercedes Bustamante (Brazil), Leon Clarke (USA), Mariana Conte Grand (Argentina), Felix Creutzig (Germany), Xochitl Cruz-Núñez (Mexico), Shobhakar Dhakal (Nepal/Thailand), Navroz K. Dubash (India), Patrick Eickemeier (Germany), Ellie Farahani (Canada/Switzerland/Germany), Manfred Fischedick (Germany), Marc Fleurbaey (France/USA), Reyer Gerlagh (Netherlands), Luis Gómez-Echeverri (Austria/Colombia), Sujata Gupta (India/Philippines), Jochen Harnisch (Germany), Kejun Jiang (China), Frank Jotzo (Germany/Australia), Sivan Kartha (USA), Stephan Klasen (Germany), Charles Kolstad (USA), Volker Krey (Austria/Germany), Howard Kunreuther (USA), Oswaldo Lucon (Brazil), Omar Masera (Mexico), Yacob Mulugetta (Ethiopia/UK), Richard Norgaard (USA), Anthony Patt (Austria/Switzerland), Nijavalli H. Ravindranath (India), Keywan Riahi (IIASA/Austria), Joyashree Roy (India), Ambuj Sagar (USA/India), Roberto Schaeffer (Brazil), Steffen Schlömer (Germany), Karen Seto (USA), Kristin Seyboth (USA), Ralph Sims (New Zealand), Pete Smith (UK), Eswaran Somanathan (India), Robert Stavins (USA), Christoph von Stechow (Germany), Thomas Sterner (Sweden), Taishi Sugiyama (Japan), Sangwon Suh (Republic of Korea/USA), Kevin Urama (Nigeria/UK/Kenya), Diana Ürge-Vorsatz (Hungary), Anthony Venables (UK), David G. Victor (USA), Elke Weber (USA), Dadi Zhou (China), Ji Zou (China), Timm Zwickel (Germany)

**Contributing Authors:**

Adolf Acquaye (Ghana/UK), Kornelis Blok (Netherlands), Gabriel Chan (USA), Jan Fuglestvedt (Norway), Edgar Hertwich (Austria/Norway), Elmar Kriegler (Germany), Oliver Lah (Germany), Sevastianos Mirasgedis (Greece), Carmenza Robledo Abad (Switzerland/Colombia), Claudia Sheinbaum (Mexico), Steven J. Smith (USA), Detlef van Vuuren (Netherlands)

**Review Editors:**

Tomás Hernández-Tejeda (Mexico), Roberta Quadrelli (IEA/Italy)

**This summary should be cited as:**

Edenhofer O., R. Pichs-Madruga, Y. Sokona, S. Kadner, J.C. Minx, S. Brunner, S. Agrawala, G. Baiocchi, I.A. Bashmakov, G. Blanco, J. Broome, T. Bruckner, M. Bustamante, L. Clarke, M. Conte Grand, F. Creutzig, X. Cruz-Núñez, S. Dhakal, N.K. Dubash, P. Eickemeier, E. Farahani, M. Fischedick, M. Fleurbaey, R. Gerlagh, L. Gómez-Echeverri, S. Gupta, J. Harnisch, K. Jiang, F. Jotzo, S. Kartha, S. Klasen, C. Kolstad, V. Krey, H. Kunreuther, O. Lucon, O. Masera, Y. Mulugetta, R.B. Norgaard, A. Patt, N.H. Ravindranath, K. Riahi, J. Roy, A. Sagar, R. Schaeffer, S. Schlömer, K.C. Seto, K. Seyboth, R. Sims, P. Smith, E. Somanathan, R. Stavins, C. von Stechow, T. Sterner, T. Sugiyama, S. Suh, D. Ürge-Vorsatz, K. Urama, A. Venables, D.G. Victor, E. Weber, D. Zhou, J. Zou, and T. Zwickel, 2014: Technical Summary. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Contents

**TS.1**    **Introduction and framing**..................................................................................37

**TS.2**    **Trends in stocks and flows of greenhouse gases and their drivers** .....................................41

TS.2.1    **Greenhouse gas emission trends**..............................................................................42

TS.2.2    **Greenhouse gas emission drivers** ...........................................................................47

**TS.3**    **Mitigation pathways and measures in the context of sustainable development**...................50

TS.3.1    **Mitigation pathways** ...........................................................................................50

TS.3.1.1    **Understanding mitigation pathways in the context of multiple objectives**.................50

TS.3.1.2    **Short- and long-term requirements of mitigation pathways** .....................................51

TS.3.1.3    **Costs, investments and burden sharing** ......................................................56

TS.3.1.4    **Implications of mitigation pathways for other objectives**....................................61

TS.3.2    **Sectoral and cross-sectoral mitigation measures**.........................................................64

TS.3.2.1    **Cross-sectoral mitigation pathways and measures** ...........................................64

TS.3.2.2    **Energy supply** ...........................................................................................69

TS.3.2.3    **Transport** ..................................................................................................72

TS.3.2.4    **Buildings** ..................................................................................................78

TS.3.2.5    **Industry** ...................................................................................................81

TS.3.2.6    **Agriculture, Forestry and Other Land Use (AFOLU)**.........................................86

TS.3.2.7    **Human settlements, infrastructure, and spatial planning**....................................90

**TS**

**TS.4**   **Mitigation policies and institutions** ............................................................................**93**

**TS.4.1**   **Policy design, behaviour and political economy** ...........................................................**94**

**TS.4.2**   **Sectoral and national policies** ...................................................................................**95**

**TS.4.3**   **Development and regional cooperation** .......................................................................**99**

**TS.4.4**   **International cooperation** .......................................................................................**100**

**TS.4.5**   **Investment and finance** ........................................................................................**104**

**TS**

# TS.1   Introduction and framing

'Mitigation', in the context of climate change, is a human intervention to reduce the sources or enhance the sinks of greenhouse gases (GHGs). One of the central messages from Working Groups I and II of the Intergovernmental Panel on Climate Change (IPCC) is that the consequences of unchecked climate change for humans and natural ecosystems are already apparent and increasing. The most vulnerable systems are already experiencing adverse effects. Past GHG emissions have already put the planet on a track for substantial further changes in climate, and while there are many uncertainties in factors such as the sensitivity of the climate system many scenarios lead to substantial climate impacts, including direct harms to human and ecological well-being that exceed the ability of those systems to adapt fully.

Because mitigation is intended to reduce the harmful effects of climate change, it is part of a broader policy framework that also includes adaptation to climate impacts. Mitigation, together with adaptation to climate change, contributes to the objective expressed in Article 2 of the United Nations Framework Convention on Climate Change (UNFCCC) to stabilize "greenhouse gas concentrations in the atmosphere at a level to prevent dangerous anthropogenic interference with the climate system […] within a time frame sufficient to allow ecosystems to adapt […] to ensure that food production is not threatened and to enable economic development to proceed in a sustainable manner". However, Article 2 is hard to interpret, as concepts such as 'dangerous' and 'sustainable' have different meanings in different decision contexts (see Box TS.1).[1] Moreover, natural science is unable to predict precisely the response of the climate system to rising GHG

---

[1]   Boxes throughout this summary provide background information on main research concepts and methods that were used to generate insight.

---

## Box TS.1 | Many disciplines aid decision making on climate change

Something is dangerous if it leads to a significant risk of considerable harm. Judging whether human interference in the climate system is dangerous therefore divides into two tasks. One is to estimate the risk in material terms: what the material consequences of human interference might be and how likely they are. The other is to set a value on the risk: to judge how harmful it will be.

The first is a task for natural science, but the second is not [Section 3.1]. As the Synthesis Report of AR4 states, "Determining what constitutes 'dangerous anthropogenic interference with the climate system' in relation to Article 2 of the UNFCCC involves value judgements". Judgements of value (valuations) are called for, not just here, but at almost every turn in decision making about climate change [3.2]. For example, setting a target for mitigation involves judging the value of losses to people's well-being in the future, and comparing it with the value of benefits enjoyed now. Choosing whether to site wind turbines on land or at sea requires a judgement of the value of landscape in comparison with the extra cost of marine turbines. To estimate the social cost of carbon is to value the harm that GHG emissions do [3.9.4].

Different values often conflict, and they are often hard to weigh against each other. Moreover, they often involve the conflicting interests of different people, and are subject to much debate and disagreement. Decision makers must therefore find ways to mediate among different interests and values, and also among differing viewpoints about values. [3.4, 3.5]

Social sciences and humanities can contribute to this process by improving our understanding of values in ways that are illustrated

in the boxes contained in this summary. The sciences of human and social behaviour—among them psychology, political science, sociology, and non-normative branches of economics—investigate the values people have, how they change through time, how they can be influenced by political processes, and how the process of making decisions affects their acceptability. Other disciplines, including ethics (moral philosophy), decision theory, risk analysis, and the normative branch of economics, investigate, analyze, and clarify values themselves [2.5, 3.4, 3.5, 3.6]. These disciplines offer practical ways of measuring some values and trading off conflicting interests. For example, the discipline of public health often measures health by means of 'disability-adjusted life years' [3.4.5]. Economics uses measures of social value that are generally based on monetary valuation but can take account of principles of distributive justice [3.6, 4.2, 4.7, 4.8]. These normative disciplines also offer practical decision-making tools, such as expected utility theory, decision analysis, cost-benefit and cost-effectiveness analysis, and the structured use of expert judgment [2.5, 3.6, 3.7, 3.9].

There is a further element to decision making. People and countries have rights and owe duties towards each other. These are matters of justice, equity, or fairness. They fall within the subject matter of moral and political philosophy, jurisprudence, and economics. For example, some have argued that countries owe restitution for the harms that result from their past GHG emissions, and it has been debated, on jurisprudential and other grounds, whether restitution is owed only for harms that result from negligent or blameworthy GHG emissions. [3.3, 4.6]

concentrations nor fully understand the harm it will impose on individuals, societies, and ecosystems. Article 2 requires that societies balance a variety of considerations—some rooted in the impacts of climate change itself and others in the potential costs of mitigation and adaptation. The difficulty of that task is compounded by the need to develop a consensus on fundamental issues such as the level of risk that societies are willing to accept and impose on others, strategies for sharing costs, and how to balance the numerous tradeoffs that arise because mitigation intersects with many other goals of societies. Such issues are inherently value-laden and involve different actors who have varied interests and disparate decision-making power.

The Working Group III (WGIII) contribution to the IPCC's Fifth Assessment Report (AR5) assesses literature on the scientific, technological, environmental, economic and social aspects of mitigation of climate change. It builds upon the WGIII contribution to the IPCC's Fourth Assessment Report (AR4), the Special Report on Renewable Energy Sources and Climate Change Mitigation (SRREN) and previous reports and incorporates subsequent new findings and research. Throughout, the focus is on the implications of its findings for policy, without being prescriptive about the particular policies that governments and other important participants in the policy process should adopt. In light of the IPCC's mandate, authors in WGIII were guided by several principles when assembling this assessment: (1) to be explicit about mitigation options, (2) to be explicit about their costs and about their risks and opportunities vis-à-vis other development priorities, (3) and to be explicit about the underlying criteria, concepts, and methods for evaluating alternative policies.

The remainder of this summary offers the main findings of this report. The degree of certainty in findings, as in the reports of all three IPCC Working Groups, is based on the author teams' evaluations of underlying scientific understanding and is expressed as a qualitative level of confidence (from very low to very high) and, when possible, probabilistically with a quantified likelihood (from exceptionally unlikely to virtually certain). Confidence in the validity of a finding is based on the type, amount, quality, and consistency of evidence (e.g., data, mechanistic understanding, theory, models, expert judgment) and the degree of agreement. Probabilistic estimates of quantified measures of uncertainty in a finding are based on statistical analysis of observations or model results, or both, and expert judgment.[2] Where appropriate, find-

ings are also formulated as statements of fact without using uncertainty qualifiers. Within paragraphs of this summary, the confidence, evidence, and agreement terms given for a bolded finding apply to subsequent statements in the paragraph, unless additional terms are provided. References in [square brackets] indicate chapters, sections, figures, tables, and boxes where supporting evidence in the underlying report can be found.

This section continues with providing a framing of important concepts and methods that help to contextualize the findings presented in subsequent sections. Section TS.2 presents evidence on past trends in stocks and flows of GHGs and the factors that drive emissions at the global, regional, and sectoral scales including economic growth, technology, or population changes. Section TS.3.1 provides findings from studies that analyze the technological, economic, and institutional requirements of long-term mitigation scenarios. Section TS.3.2 provides details on mitigation measures and policies that are used within and across different economic sectors and human settlements. Section TS.4 summarizes insights on the interactions of mitigation policies between governance levels, economic sectors, and instrument types.

**Climate change is a global commons problem that implies the need for international cooperation in tandem with local, national, and regional policies on many distinct matters.** Because the GHG emissions of any agent (individual, company, country) affect every other agent, an effective outcome will not be achieved if individual agents advance their interests independently of others. International cooperation can contribute by defining and allocating rights and responsibilities with respect to the atmosphere [Sections 1.2.4, 3.1, 4.2, 13.2.1]. Moreover, research and development (R&D) in support of mitigation is a public good, which means that international cooperation can play a constructive role in the coordinated development and diffusion of technologies [1.4.4, 3.11, 13.9, 14.4.3]. This gives rise to separate needs for cooperation on R&D, opening up of markets, and the creation of incentives to encourage private firms to develop and deploy new technologies and households to adopt them.

**International cooperation on climate change involves ethical considerations, including equitable effort-sharing.** Countries have contributed differently to the build-up of GHG in the atmosphere, have varying capacities to contribute to mitigation and adaptation, and have different levels of vulnerability to climate impacts. Many less developed countries are exposed to the greatest impacts but have contributed least to the problem. Engaging countries in effective international cooperation may require strategies for sharing the costs and benefits of mitigation in ways that are perceived to be equitable [4.2]. Evidence suggests that perceived fairness can influence the level of cooperation among individuals, and that finding may suggest that processes and outcomes seen as fair will lead to more international cooperation as well [3.10, 13.2.2.4]. Analysis contained in the literature of moral and political philosophy can contribute to resolving ethical questions raised by climate change [3.2, 3.3, 3.4]. These questions include how much overall mitigation is needed to avoid 'dangerous interference with the climate system' (Box

---

[2]    The following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence. The following terms have been used to indicate the assessed likelihood of an outcome or a result: virtually certain 99–100% probability, very likely 90–100%, likely 66–100%, about as likely as not 33–66%, unlikely 0–33%, very unlikely 0–10%, exceptionally unlikely 0–1%. Additional terms (more likely than not > 50–100%, and more unlikely than likely 0 –< 50%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely*. For more details, please refer to the Guidance Note for Lead Authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties, available at http://www.ipcc.ch/pdf/supporting-material/uncertainty-guidance-note.pdf.

TS

## Box TS.2 | Mitigation brings both market and non-market benefits to humanity

The impacts of mitigation consist in the reduction or elimination of some of the effects of climate change. Mitigation may improve people's livelihood, their health, their access to food or clean water, the amenities of their lives, or the natural environment around them.

Mitigation can improve human well-being through both market and non-market effects. Market effects result from changes in market prices, in people's revenues or net income, or in the quality or availability of market commodities. Non-market effects result from changes in the quality or availability of non-marketed goods such as health, quality of life, culture, environmental quality, natural ecosystems, wildlife, and aesthetic values. Each impact of climate change can generate both market and non-market damages. For example, a heat wave in a rural area may cause heat stress for exposed farm labourers, dry up a wetland that serves as a refuge for migratory birds, or kill some crops and damage others. Avoiding these damages is a benefit of mitigation. [3.9]

Economists often use monetary units to value the damage done by climate change and the benefits of mitigation. The monetized value of a benefit to a person is the amount of income the person would be willing to sacrifice in order to get it, or alternatively the amount she would be willing to accept as adequate compensation for not getting it. The monetized value of a harm is the amount of income she would be willing to sacrifice in order to avoid it, or alternatively the amount she would be willing to accept as adequate compensation for suffering it. Economic measures seek to capture how strongly individuals care about one good or service relative to another, depending on their individual interests, outlook, and economic circumstances. [3.9]

Monetary units can be used in this way to measure costs and benefits that come at different times and to different people. But it cannot be presumed that a dollar to one person at one time can be treated as equivalent to a dollar to a different person or at a different time. Distributional weights may need to be applied between people [3.6.1], and discounting (see Box TS.10) may be appropriate between times. [3.6.2]

TS.1) [3.1], how the effort or cost of mitigating climate change should be shared among countries and between the present and future [3.3, 3.6, 4.6], how to account for such factors as historical responsibility for GHG emissions [3.3, 4.6], and how to choose among alternative policies for mitigation and adaptation [3.4, 3.5, 3.6, 3.7]. Ethical issues of well-being, justice, fairness, and rights are all involved. Ethical analysis can identify the different ethical principles that underlie different viewpoints, and distinguish correct from incorrect ethical reasoning [3.3, 3.4].

**Evaluation of mitigation options requires taking into account many different interests, perspectives, and challenges between and within societies.** Mitigation engages many different agents, such as governments at different levels—regionally [14.1], nationally and locally [15.1], and through international agreements [13.1]—as well as households, firms, and other non-governmental actors. The interconnections between different levels of decision making and among different actors affect the many goals that become linked with climate policy. Indeed, in many countries the policies that have (or could have) the largest impact on emissions are motivated not solely by concerns surrounding climate change. Of particular importance are the interactions and perceived tensions between mitigation and development [4.1, 14.1]. Development involves many activities, such as enhancing access to modern energy services [7.9.1, 14.3.2, 16.8], the building of infrastructures [12.1], ensuring food security [11.1], and eradicating poverty [4.1]. Many of these activities can lead to higher emissions, if achieved by conventional means. Thus, the relationships between development and mitigation can lead to political and ethical conundrums, especially for developing countries, when mitigation is seen as exacerbating urgent development challenges and adversely affecting the current well-being of their populations [4.1]. These conundrums are examined throughout this report, including in special boxes highlighting the concerns of developing countries.

**Economic evaluation can be useful for policy design and be given a foundation in ethics, provided appropriate distributional weights are applied.** While the limitations of economics are widely documented [2.4, 3.5], economics nevertheless provides useful tools for assessing the pros and cons of mitigation and adaptation options. Practical tools that can contribute to decision making include cost-benefit analysis, cost-effectiveness analysis, multi-criteria analysis, expected utility theory, and methods of decision analysis [2.5, 3.7.2]. Economic valuation (see Box TS.2) can be given a foundation in ethics, provided distributional weights are applied that take proper account of the difference in the value of money to rich and poor people [3.6]. Few empirical applications of economic valuation to climate change have been well-founded in this respect [3.6.1]. The literature provides significant guidance on the social discount rate for consumption (see Box TS.10), which is in effect inter-temporal distributional weighting. It suggests that the social discount rate depends in a well-defined way primarily on the anticipated growth in per capita income and inequality aversion [3.6.2].

**Most climate policies intersect with other societal goals, either positively or negatively, creating the possibility of 'co-benefits'**

39

TS

---

## Box TS.3 | Deliberative and intuitive thinking are inputs to effective risk management

When people—from individual voters to key decision makers in firms to senior government policymakers—make choices that involve risk and uncertainty, they rely on deliberative as well intuitive thought processes. Deliberative thinking is characterized by the use of a wide range of formal methods to evaluate alternative choices when probabilities are difficult to specify and/or outcomes are uncertain. They can enable decision makers to compare choices in a systematic manner by taking into account both short and long-term consequences. A strength of these methods is that they help avoid some of the well-known pitfalls of intuitive thinking, such as the tendency of decision makers to favour the status quo. A weakness of these deliberative decision aids is that they are often highly complex and require considerable time and attention.

Most analytically based literature, including reports such as this one, is based on the assumption that individuals undertake deliberative and systematic analyses in comparing options. However, when making mitigation and adaptation decisions, people are also likely to engage in intuitive thinking. This kind of thinking has the advantage of requiring less extensive analysis than deliberative

thinking. However, relying on one's intuition may not lead one to characterize problems accurately when there is limited past experience. Climate change is a policy challenge in this regard since it involves large numbers of complex actions by many diverse actors, each with their own values, goals, and objectives. Individuals are likely to exhibit well-known patterns of intuitive thinking such as making choices related to risk and uncertainty on the basis of emotional reactions and the use of simplified rules that have been acquired by personal experience. Other tendencies include misjudging probabilities, focusing on short time horizons, and utilizing rules of thumb that selectively attend to subsets of goals and objectives. [2.4]

By recognizing that both deliberative and intuitive modes of decision making are prevalent in the real world, risk management programmes can be developed that achieve their desired impacts. For example, alternative frameworks that do not depend on precise specification of probabilities and outcomes can be considered in designing mitigation and adaptation strategies for climate change. [2.4, 2.5, 2.6]

---

or 'adverse side-effects'. Since the publication of AR4, a substantial body of literature has emerged looking at how countries that engage in mitigation also address other goals, such as local environmental protection or energy security, as a 'co-benefit' and conversely [1.2.1, 6.6.1, 4.8]. This multi-objective perspective is important because it helps to identify areas where political, administrative, stakeholder, and other support for policies that advance multiple goals will be robust. Moreover, in many societies the presence of multiple objectives may make it easier for governments to sustain the political support needed for mitigation [15.2.3]. Measuring the net effect on social welfare (see Box TS.11) requires examining the interaction between climate policies and pre-existing other policies [3.6.3, 6.3.6.5].

**Mitigation efforts generate tradeoffs and synergies with other societal goals that can be evaluated in a sustainable development framework.** The many diverse goals that societies value are often called 'sustainable development'. A comprehensive assessment of climate policy therefore involves going beyond a narrow focus on distinct mitigation and adaptation options and their specific co-benefits and adverse side-effects. Instead it entails incorporating climate issues into the design of comprehensive strategies for equitable and sustainable development at regional, national, and local levels [4.2, 4.5]. Maintaining and advancing human well-being, in particular overcoming poverty and reducing inequalities in living standards, while avoiding unsustainable patterns of consumption and production, are fundamental aspects of equitable and sustainable development [4.4, 4.6, 4.8]. Because these aspects are deeply rooted in how societies formulate and implement economic and social policies generally, they are critical to the adoption of effective climate policy.

**Variations in goals reflect, in part, the fact that humans perceive risks and opportunities differently.** Individuals make their decisions based on different goals and objectives and use a variety of different methods in making choices between alternative options. These choices and their outcomes affect the ability of different societies to cooperate and coordinate. Some groups put greater emphasis on near-term economic development and mitigation costs, while others focus more on the longer-term ramifications of climate change for prosperity. Some are highly risk averse while others are more tolerant of dangers. Some have more resources to adapt to climate change and others have fewer. Some focus on possible catastrophic events while others ignore extreme events as implausible. Some will be relative winners, and some relative losers from particular climate changes. Some have more political power to articulate their preferences and secure their interests and others have less. Since AR4, awareness has grown that such considerations—long the domain of psychology, behavioural economics, political economy, and other disciplines—need to be taken into account in assessing climate policy (see Box TS.3). In addition to the different perceptions of climate change and its risks, a variety of norms can also affect what humans view as acceptable behaviour. Awareness has grown about how such norms spread through social networks and ultimately affect activities, behaviours and lifestyles, and thus development pathways, which can have profound impacts on GHG emissions and mitigation policy. [1.4.2, 2.4, 3.8, 3.10, 4.3]

## Box TS.4 | 'Fat tails': unlikely vs. likely outcomes in understanding the value of mitigation

What has become known as the 'fat-tails' problem relates to uncertainty in the climate system and its implications for mitigation and adaptation policies. By assessing the chain of structural uncertainties that affect the climate system, the resulting compound probability distribution of possible economic damage may have a fat right tail. That means that the probability of damage does not decline with increasing temperature as quickly as the consequences rise.

The significance of fat tails can be illustrated for the distribution of temperature that will result from a doubling of atmospheric carbon dioxide ($CO_2$) (climate sensitivity). IPCC Working Group I (WGI) estimates may be used to calibrate two possible distributions, one fat-tailed and one thin-tailed, that each have a median temperature change of 3 °C and a 15 % probability of a temperature change in excess of 4.5 °C. Although the probability of exceeding 4.5 °C is the same for both distributions, likelihood drops off much more slowly with increasing temperature for the

fat-tailed compared to the thin-tailed distribution. For example, the probability of temperatures in excess of 8 °C is nearly ten times greater with the chosen fat-tailed distribution than with the thin-tailed distribution. If temperature changes are characterized by a fat tailed distribution, and events with large impact may occur at higher temperatures, then tail events can dominate the computation of expected damages from climate change.

In developing mitigation and adaptation policies, there is value in recognizing the higher likelihood of tail events and their consequences. In fact, the nature of the probability distribution of temperature change can profoundly change how climate policy is framed and structured. Specifically, fatter tails increase the importance of tail events (such as 8 °C warming). While research attention and much policy discussion have focussed on the most likely outcomes, it may be that those in the tail of the probability distribution are more important to consider. [2.5, 3.9.2]

**Effective climate policy involves building institutions and capacity for governance.** While there is strong evidence that a transition to a sustainable and equitable path is technically feasible, charting an effective and viable course for climate change mitigation is not merely a technical exercise. It will involve myriad and sequential decisions among states and civil society actors. Such a process benefits from the education and empowerment of diverse actors to participate in systems of decision making that are designed and implemented with procedural equity as a deliberate objective. This applies at the national as well as international levels, where effective governance relating to global common resources, in particular, is not yet mature. Any given approach has potential winners and losers. The political feasibility of that approach will depend strongly on the distribution of power, resources, and decision-making authority among the potential winners and losers. In a world characterized by profound disparities, procedurally equitable systems of engagement, decision making and governance may help enable a polity to come to equitable solutions to the sustainable development challenge. [4.3]

**Effective risk management of climate change involves considering uncertainties in possible physical impacts as well as human and social responses.** Climate change mitigation and adaptation is a risk management challenge that involves many different decision-making levels and policy choices that interact in complex and often unpredictable ways. Risks and uncertainties arise in natural, social, and technological systems. As Box TS.3 explains, effective risk management strategies not only consider people's values, and their intuitive decision processes but utilize formal models and decision aids for systematically addressing issues of risk and uncertainty [2.4, 2.5]. Research on other such complex and uncertainty-laden policy domains suggest the

importance of adopting policies and measures that are robust across a variety of criteria and possible outcomes [2.5]. As detailed in Box TS.4, a special challenge arises with the growing evidence that climate change may result in extreme impacts whose trigger points and outcomes are shrouded in high levels of uncertainty [2.5, 3.9.2]. A risk management strategy for climate change will require integrating responses in mitigation with different time horizons, adaptation to an array of climate impacts, and even possible emergency responses such as 'geoengineering' in the face of extreme climate impacts [1.4.2, 3.3.7, 6.9, 13.4.4]. In the face of potential extreme impacts, the ability to quickly offset warming could help limit some of the most extreme climate impacts although deploying these geoengineering systems could create many other risks (see Section TS.3.1.3). One of the central challenges in developing a risk management strategy is to have it adaptive to new information and different governing institutions [2.5].

## TS.2   Trends in stocks and flows of greenhouse gases and their drivers

*This section summarizes historical GHG emissions trends and their underlying drivers. As in most of the underlying literature, all aggregate GHG emissions estimates are converted to $CO_2$-equivalents based on Global Warming Potentials with a 100-year time horizon ($GWP_{100}$) (Box TS.5). The majority of changes in GHG emissions trends that are observed in this section are related to changes in drivers such as eco-*

TS

Technical Summary



**Figure TS.1** | Total annual anthropogenic GHG emissions (GtCO$_2$eq/yr) by groups of gases 1970–2010: carbon dioxide (CO$_2$) from fossil fuel combustion and industrial processes; CO$_2$ from Forestry and Other Land Use[4] (FOLU); methane (CH$_4$); nitrous oxide (N$_2$O); fluorinated gases[5] covered under the Kyoto Protocol (F-gases). At the right side of the figure, GHG emissions in 2010 are shown again broken down into these components with the associated uncertainties (90 % confidence interval) indicated by the error bars. Total anthropogenic GHG emissions uncertainties are derived from the individual gas estimates as described in Chapter 5 [5.2.3.6]. Emissions are converted into CO$_2$-equivalents based on Global Warming Potentials with a 100-year time horizon (GWP$_{100}$) from the IPCC Second Assessment Report (SAR). The emissions data from FOLU represents land-based CO$_2$ emissions from forest and peat fires and decay that approximate to the net CO$_2$ flux from FOLU as described in Chapter 11 of this report. Average annual GHG emissions growth rates for the four decades are highlighted with the brackets. The average annual growth rate from 1970 to 2000 is 1.3 %. [Figure 1.3]

nomic growth, technological change, human behaviour, or population growth. But there are also some smaller changes in GHG emissions estimates that are due to refinements in measurement concepts and methods that have happened since AR4. There is a growing body of literature on uncertainties in global GHG emissions data sets. This section tries to make these uncertainties explicit and reports variations in estimates across global data sets wherever possible.

## TS.2.1   Greenhouse gas emission trends

**Total anthropogenic GHG emissions have risen more rapidly from 2000 to 2010 than in the previous three decades (** *high confidence* **).** Total anthropogenic GHG emissions were the highest in human history from 2000 to 2010 and reached 49 (±4.5) gigatonnes CO$_2$-equivalents per year (GtCO$_2$eq/yr) in 2010.[3] Current trends are at the high end of levels that had been projected for this last decade. GHG emissions growth has occurred despite the presence of a wide

array of multilateral institutions as well as national policies aimed at mitigation. From 2000 to 2010, GHG emissions grew on average by 1.0 GtCO$_2$eq (2.2 %) per year compared to 0.4 GtCO$_2$eq (1.3 %) per year over the entire period from 1970 to 2000 (Figure TS.1). The global economic crisis 2007/2008 has only temporarily reduced GHG emissions. [1.3, 5.2, 13.3, 15.2.2, Figure 15.1]

---

[3]   In this summary, uncertainty in historic GHG emissions data is reported using 90 % uncertainty intervals unless otherwise stated. GHG emissions levels are rounded to two significant digits throughout this document; as a consequence, small differences in sums due to rounding may occur.

[4]   FOLU (Forestry and Other Land Use)—also referred to as LULUCF (Land Use, Land-Use Change, and Forestry)—is the subset of Agriculture, Forestry, and Other Land Use (AFOLU) emissions and removals of GHGs related to direct human-induced land use, land-use change and forestry activities excluding agricultural emissions (see WGIII AR5 Glossary).

[5]   In this report, data on non-CO$_2$ GHGs, including fluorinated gases, are taken from the EDGAR database (see Annex II.9), which covers substances included in the Kyoto Protocol in its first commitment period.

TS

**Total Anthropogenic CO$_2$ Emissions from Fossil Fuel Combustion, Flaring, Cement, as well as Forestry and Other Land Use (FOLU) by Region between 1750 and 2010**



**Figure TS.2 |** Historical anthropogenic CO$_2$ emissions from fossil fuel combustion, flaring, cement, and Forestry and Other Land Use (FOLU)[4] in five major world regions: OECD-1990 (blue); Economies in Transition (yellow); Asia (green); Latin America and Caribbean (red); Middle East and Africa (brown). Emissions are reported in gigatonnes of CO$_2$ per year (GtCO$_2$/yr). Left panels show regional CO$_2$ emissions 1750–2010 from: (a) the sum of all CO$_2$ sources (c+e); (c) fossil fuel combustion, flaring, and cement; and (e) FOLU. The right panels report regional contributions to cumulative CO$_2$ emissions over selected time periods from: (b) the sum of all CO$_2$ sources (d+f); (d) fossil fuel combustion, flaring and cement; and (f) FOLU. Error bars on panels (b), (d) and (f) give an indication of the uncertainty range (90% confidence interval). See Annex II.2.2 for definitions of regions. [Figure 5.3]

Technical Summary





**Figure TS.3 |** Total anthropogenic GHG emissions (GtCO₂eq/yr) by economic sectors and country income groups. Upper panel: Circle shows direct GHG emission shares (in % of total anthropogenic GHG emissions) of five major economic sectors in 2010. Pull-out shows how indirect CO₂ emission shares (in % of total anthropogenic GHG emissions) from electricity and heat production are attributed to sectors of final energy use. 'Other Energy' refers to all GHG emission sources in the energy sector other than electricity and heat production. Lower panel: Total anthropogenic GHG emissions in 1970, 1990 and 2010 by five major economic sectors and country income groups. 'Bunkers' refer to GHG emissions from international transportation and thus are not, under current accounting systems, allocated to any particular nation's territory. The emissions data from Agriculture, Forestry and Other Land Use (AFOLU) includes land-based CO₂ emissions from forest and peat fires and decay that approximate to the net CO₂ flux from the Forestry and Other Land Use (FOLU) sub-sector as described in Chapter 11 of this report. Emissions are converted into CO₂-equivalents based on Global Warming Potentials with a 100-year time horizon (GWP₁₀₀) from the IPCC Second Assessment Report (SAR). Assignment of countries to income groups is based on the World Bank income classification in 2013. For details see Annex II.2.3. Sector definitions are provided in Annex II.9.1. [Figure 1.3, Figure 1.6]



**Figure TS.4** | Trends in GHG emissions by country income groups. Left panel: Total annual anthropogenic GHG emissions from 1970 to 2010 (GtCO₂eq/yr). Middle panel: Trends in annual per capita mean and median GHG emissions from 1970 to 2010 (tCO₂eq/cap/yr). Right panel: Distribution of annual per capita GHG emissions in 2010 of countries within each country income group (tCO₂/cap/yr). Mean values show the GHG emissions levels weighed by population. Median values describe GHG emissions levels per capita of the country at the 50th percentile of the distribution within each country income group. Emissions are converted into CO₂-equivalents based on Global Warming Potentials with a 100-year time horizon (GWP₁₀₀) from the IPCC Second Assessment Report (SAR). Assignment of countries to country income groups is based on the World Bank income classification in 2013. For details see Annex II.2.3. [Figures 1.4, 1.8]

$CO_2$ emissions from fossil fuel combustion and industrial processes contributed about 78% to the total GHG emissions increase from 1970 to 2010, with similar percentage contribution for the period 2000–2010 (*high confidence*). Fossil fuel-related $CO_2$ emissions reached 32 (±2.7) GtCO₂/yr in 2010 and grew further by about 3% between 2010 and 2011 and by about 1–2% between 2011 and 2012. Since AR4, the shares of the major groups of GHG emissions have remained stable. Of the 49 (±4.5) GtCO₂eq/yr in total anthropogenic GHG emissions in 2010, $CO_2$ remains the major GHG accounting for 76% (38±3.8 GtCO₂eq/yr) of total anthropogenic GHG emissions. 16% (7.8±1.6 GtCO₂eq/yr) come from methane (CH₄), 6.2% (3.1±1.9 GtCO₂eq/yr) from nitrous oxide (N₂O), and 2.0% (1.0±0.2 GtCO₂eq/yr) from fluorinated gases (Figure TS.1).[5] Using the most recent GWP₁₀₀ values from the AR5 [WGI 8.7] global GHG emissions totals would be slightly higher (52 GtCO₂eq/yr) and non-CO₂ emission shares would be 20% for CH₄, 5.0% for N₂O and 2.2% for F-gases. Emission shares are sensitive to the choice of emission metric and time horizon, but this has a small influence on global, long-term trends. If a shorter, 20-year time horizon were used, then the share of $CO_2$ would decline to just over 50% of total anthropogenic GHG emissions and short-lived gases would rise in relative importance. As detailed in Box TS.5, the choice of emission metric and time horizon involves explicit or implicit value judgements and depends on the purpose of the analysis. [1.2, 3.9, 5.2]

Over the last four decades total cumulative $CO_2$ emissions have increased by a factor of 2 from about 910 GtCO₂ for the period 1750–1970 to about 2000 GtCO₂ for 1750–2010 (*high confidence*). In 1970, the cumulative $CO_2$ emissions from fossil fuel combustion, cement production and flaring since 1750 was 420 (±35) GtCO₂; in 2010 that cumulative total had tripled to 1300 (±110) GtCO₂ (Figure TS.2). Cumulative $CO_2$ emissions associated with FOLU[4] since 1750 increased from about 490 (±180) GtCO₂ in 1970 to approximately 680 (±300) GtCO₂ in 2010. [5.2]

**Regional patterns of GHG emissions are shifting along with changes in the world economy** (*high confidence*). Since 2000, GHG emissions have been growing in all sectors, except Agriculture, Forestry and Other Land Use (AFOLU)[4] where positive and negative emission changes are reported across different databases and uncertainties in the data are high. More than 75% of the 10 Gt increase in annual GHG emissions between 2000 and 2010 was emitted in the energy supply (47%) and industry (30%) sectors (see Annex II.9.I for sector definitions). 5.9 GtCO₂eq of this sectoral increase occurred in upper-middle income countries,[6] where the most rapid economic development and infrastructure expansion has taken place. GHG emissions growth in the other sectors has been more modest in absolute (0.3–1.1 Gt CO₂eq) as well as in relative terms (3%–11%). [1.3, 5.3, Figure 5.18]

---

[6]    When countries are assigned to income groups in this summary, the World Bank income classification for 2013 is used. For details see Annex II.2.3.

Technical Summary



**Figure TS.5 |** Total annual $CO_2$ emissions (GtCO$_2$/yr) from fossil fuel combustion for country income groups attributed on the basis of territory (solid line) and final consumption (dotted line). The shaded areas are the net $CO_2$ trade balances (differences) between each of the four country income groups and the rest of the world. Blue shading indicates that the country income group is a net importer of embodied $CO_2$ emissions, leading to consumption-based emission estimates that are higher than traditional territorial emission estimates. Orange indicates the reverse situation—the country income group is a net exporter of embodied $CO_2$ emissions. Assignment of countries to country income groups is based on the World Bank income classification in 2013. For details see Annex II.2.3. [Figure 1.5]

**Current GHG emission levels are dominated by contributions from the energy supply, AFOLU, and industry sectors; industry and buildings gain considerably in importance if indirect emissions are accounted for** (*robust evidence, high agreement*). Of the 49 (±4.5) GtCO$_2$eq emissions in 2010, 35 % (17 GtCO$_2$eq) of GHG emissions were released in the energy supply sector, 24 % (12 GtCO$_2$eq, net emissions) in AFOLU, 21 % (10 GtCO$_2$eq) in industry, 14 % (7.0 GtCO$_2$eq) in transport, and 6.4 % (3.2 GtCO$_2$eq) in buildings. When indirect emissions from electricity and heat production are assigned to sectors of final energy use, the shares of the industry and buildings sectors in global GHG emissions grow to 31 % and 19 %,[3] respectively (Figure TS.3 upper panel). [1.3, 7.3, 8.2, 9.2, 10.3, 11.2]

**Per capita GHG emissions in 2010 are highly unequal** (*high confidence*). In 2010, median per capita GHG emissions (1.4 tCO$_2$eq/cap/yr)

for the group of low-income countries are around nine times lower than median per capita GHG emissions (13 tCO$_2$eq/cap/yr) of high-income countries (Figure TS.4).[6] For low-income countries, the largest part of GHG emissions comes from AFOLU; for high-income countries, GHG emissions are dominated by sources related to energy supply and industry (Figure TS.3 lower panel). There are substantial variations in per capita GHG emissions within country income groups with emissions at the 90th percentile level more than double those at the 10th percentile level. Median per capita emissions better represent the typical country within a country income group comprised of heterogeneous members than mean per capita emissions. Mean per capita GHG emissions are different from median mainly in low-income countries as individual low-income countries have high per capita emissions due to large $CO_2$ emissions from land-use change (Figure TS.4, right panel). [1.3, 5.2, 5.3]

**A growing share of total anthropogenic $CO_2$ emissions is released in the manufacture of products that are traded across international borders** (*medium evidence, high agreement*). Since AR4, several data sets have quantified the difference between traditional 'territorial' and 'consumption-based' emission estimates that assign all emission released in the global production of goods and services to the country of final consumption (Figure TS.5). A growing share of $CO_2$ emissions from fossil fuel combustion in middle income countries is released in the production of goods and services exported, notably from upper middle income countries to high income countries. Total annual industrial $CO_2$ emissions from the non-Annex I group now exceed those of the Annex I group using territorial and consumption-based accounting methods, but per-capita emissions are still markedly higher in the Annex I group. [1.3, 5.3]

**Regardless of the perspective taken, the largest share of anthropogenic $CO_2$ emissions is emitted by a small number of countries** (*high confidence*). In 2010, 10 countries accounted for about 70 % of $CO_2$ emissions from fossil fuel combustion and industrial processes. A similarly small number of countries emit the largest share of consumption-based $CO_2$ emissions as well as cumulative $CO_2$ emissions going back to 1750. [1.3]

**The upward trend in global fossil fuel related $CO_2$ emissions is robust across databases and despite uncertainties** (*high confidence*). Global $CO_2$ emissions from fossil fuel combustion are known within 8 % uncertainty. $CO_2$ emissions related to FOLU have very large uncertainties attached in the order of 50 %. Uncertainty for global emissions of methane ($CH_4$), nitrous oxide ($N_2O$), and the fluorinated gases has been estimated as 20 %, 60 %, and 20 %. Combining these values yields an illustrative total global GHG uncertainty estimate of about 10 % (Figure TS.1). Uncertainties can increase at finer spatial scales and for specific sectors. Attributing GHG emissions to the country of final consumption increases uncertainties, but literature on this topic is just emerging. GHG emissions estimates in the AR4 were 5–10 % higher than the estimates reported here, but lie within the estimated uncertainty range.[3] [5.2]

TS

## Box TS.5 | Emissions metrics depend on value judgements and contain wide uncertainties

Emission metrics provide 'exchange rates' for measuring the contributions of different GHGs to climate change. Such exchange rates serve a variety of purposes, including apportioning mitigation efforts among several gases and aggregating emissions of a variety of GHGs. However, there is no metric that is both conceptually correct and practical to implement. Because of this, the choice of the appropriate metric depends on the application or policy at issue. [3.9.6]

GHGs differ in their physical characteristics. For example, per unit mass in the atmosphere, methane ($CH_4$) causes a stronger instantaneous radiative forcing than $CO_2$, but it remains in the atmosphere for a much shorter time. Thus, the time profiles of climate change brought about by different GHGs are different and consequential. Determining how emissions of different GHGs are compared for mitigation purposes involves comparing the resulting temporal profiles of climate change from each gas and making value judgments about the relative significance to humans of these profiles, which is a process fraught with uncertainty. [3.9.6; WGI 8.7]

A commonly used metric is the Global Warming Potential (GWP). It is defined as the accumulated radiative forcing within a specific time horizon (e.g., 100 years—$GWP_{100}$), caused by emitting one kilogram of the gas, relative to that of the reference gas $CO_2$. This metric is used to transform the effects of different GHG emissions to a common scale ($CO_2$-equivalents).[1] One strength of the GWP is

_____

[1]    In this summary, all quantities of GHG emissions are expressed in $CO_2$-equivalent ($CO_2$eq) emissions that are calculated based on $GWP_{100}$. Unless otherwise stated, GWP values for different gases are taken from IPCC Second Assessment Report (SAR). Although GWP values have been updated several times since, the SAR values are widely used in policy settings, including the Kyoto Protocol, as well as in many national and international emission accounting systems. Modelling studies show that the changes in $GWP_{100}$ values from SAR to AR4 have little impact on the optimal mitigation strategy at the global level. [6.3.2.5, Annex II.9.1]

that it can be calculated in a relatively transparent and straightforward manner. However, there are also limitations, including the requirement to use a specific time horizon, the focus on cumulative forcing, and the insensitivity of the metric to the temporal profile of climate effects and its significance to humans. The choice of time horizon is particularly important for short-lived gases, notably methane: when computed with a shorter time horizon for GWP, their share in calculated total warming effect is larger and the mitigation strategy might change as a consequence. [1.2.5]

Many alternative metrics have been proposed in the scientific literature. All of them have advantages and disadvantages, and the choice of metric can make a large difference for the weights given to emissions from particular gases. For instance, methane's $GWP_{100}$ is 28 while its Global Temperature Change Potential (GTP), one alternative metric, is 4 for the same time horizon (AR5 values, see WGI Section 8.7). In terms of aggregate mitigation costs alone, $GWP_{100}$ may perform similarly to other metrics (such as the time-dependent Global Temperature Change Potential or the Global Cost Potential) of reaching a prescribed climate target; however, there may be significant differences in terms of the implied distribution of costs across sectors, regions, and over time. [3.9.6, 6.3.2.5]

An alternative to a single metric for all gases is to adopt a 'multi-basket' approach in which gases are grouped according to their contributions to short and long term climate change. This may solve some problems associated with using a single metric, but the question remains of what relative importance to attach to reducing GHG emissions in the different groups. [3.9.6; WGI 8.7]

## TS.2.2    Greenhouse gas emission drivers

_This section examines the factors that have, historically, been associated with changes in GHG emissions levels. Typically, such analysis is based on a decomposition of total GHG emissions into various components such as growth in the economy (Gross Domestic Product (GDP)/capita), growth in the population (capita), the energy intensity needed per unit of economic output (energy/GDP) and the GHG emissions intensity of that energy (GHGs/energy). As a practical matter, due to data limitations and the fact that most GHG emissions take the form of $CO_2$ from industry and energy, almost all this research focuses on $CO_2$ from those sectors._

**Globally, economic and population growth continue to be the most important drivers of increases in $CO_2$ emissions from fossil fuel combustion. The contribution of population growth between 2000 and 2010 remained roughly identical to the previous three decades, while the contribution of economic growth has risen sharply** (_high confidence_). Worldwide population increased by 86 % between 1970 and 2010, from 3.7 to 6.9 billion. Over the same period, income as measured through production and/ or consumption per capita has grown by a factor of about two. The exact measurement of global economic growth is difficult because countries use different currencies and converting

Technical Summary

individual national economic figures into global totals can be done in various ways. With rising population and economic output, emissions of $CO_2$ from fossil fuel combustion have risen as well. Over the last decade, the importance of economic growth as a driver of global $CO_2$ emissions has risen sharply while population growth has remained roughly steady. Due to changes in technology, changes in the economic structure and the mix of energy sources as well as changes in other inputs such as capital and labour, the energy intensity of economic output has steadily declined worldwide. This decline has had an offsetting effect on global $CO_2$ emissions that is nearly of the same magnitude as growth in population (Figure TS.6). There are only a few countries that combine economic growth and decreasing territorial $CO_2$ emissions over longer periods of time. Such decoupling remains largely atypical, especially when considering consumption-based $CO_2$ emissions. [1.3, 5.3]

**Between 2000 and 2010, increased use of coal relative to other energy sources has reversed a long-standing pattern of gradual decarbonization of the world's energy supply** (*high confidence*). Increased use of coal, especially in developing Asia, is exacerbating the burden of energy-related GHG emissions (Figure TS.6). Estimates



**Figure TS.6|** Decomposition of the change in total annual $CO_2$ emissions from fossil fuel combustion by decade and four driving factors: population, income (GDP) per capita, energy intensity of GDP and carbon intensity of energy. Total emissions changes are indicated by a triangle. The change in emissions over each decade is measured in gigatonnes of $CO_2$ per year (GtCO$_2$/yr); income is converted into common units using purchasing power parities. [Figure 1.7]

## Box TS.6 | The use of scenarios in this report

Scenarios of how the future might evolve capture key factors of human development that influence GHG emissions and our ability to respond to climate change. Scenarios cover a range of plausible futures, because human development is determined by a myriad of factors including human decision making. Scenarios can be used to integrate knowledge about the drivers of GHG emissions, mitigation options, climate change, and climate impacts.

One important element of scenarios is the projection of the level of human interference with the climate system. To this end, a set of four 'representative concentration pathways' (RCPs) has been developed. These RCPs reach radiative forcing levels of 2.6, 4.5, 6.0, and 8.5 Watts per square meter (W/m$^2$) (corresponding to concentrations of 450, 650, 850, and 1370 ppm CO$_2$eq), respectively, in 2100, covering the range of anthropogenic climate forcing in the 21st century as reported in the literature. The four RCPs are the basis of a new set of climate change projections that have been assessed by WGI AR5. [WGI 6.4, WGI 12.4]

Scenarios of how the future develops without additional and explicit efforts to mitigate climate change ('baseline scenarios') and with the introduction of efforts to limit GHG emissions ('mitigation scenarios'), respectively, generally include socio-economic projections in addition to emission, concentration, and climate change information. WGIII AR5 has assessed the full breadth of

baseline and mitigation scenarios in the literature. To this end, it has collected a database of more than 1200 published mitigation and baseline scenarios. In most cases, the underlying socio-economic projections reflect the modelling teams' individual choices about how to conceptualize the future in the absence of climate policy. The baseline scenarios show a wide range of assumptions about economic growth (ranging from threefold to more than eightfold growth in per capita income by 2100), demand for energy (ranging from a 40 % to more than 80 % decline in energy intensity by 2100) and other factors, in particular the carbon intensity of energy. Assumptions about population are an exception: the vast majority of scenarios focus on the low to medium population range of nine to 10 billion people by 2100. Although the range of emissions pathways across baseline scenarios in the literature is broad, it may not represent the full potential range of possibilities (Figure TS.7). [6.3.1]

The concentration outcomes of the baseline and mitigation scenarios assessed by WGIII AR5 cover the full range of RCPs. However, they provide much more detail at the lower end, with many scenarios aiming at concentration levels in the range of 450, 500, and 550 ppm CO$_2$eq in 2100. The climate change projections of WGI based on RCPs, and the mitigation scenarios assessed by WGIII AR5 can be related to each other through the climate outcomes they imply. [6.2.1]

TS



**Figure TS.7 |** Global baseline projection ranges for four emissions driving factors. Scenarios harmonized with respect to a particular factor are depicted with individual lines. Other scenarios are depicted as a range with median emboldened; shading reflects interquartile range (darkest), 5th–95th percentile range (lighter), and full range (lightest), excluding one indicated outlier in panel a). Scenarios are filtered by model and study for each indicator to include only unique projections. Model projections and historic data are normalized to 1 in 2010. GDP is aggregated using base-year market exchange rates. Energy and carbon intensity are measured with respect to total primary energy. [Figure 6.1]

indicate that coal and unconventional gas and oil resources are large; therefore reducing the carbon intensity of energy may not be primarily driven by fossil resource scarcity, but rather by other driving forces such as changes in technology, values, and socio-political choices. [5.3, 7.2, 7.3, 7.4; SRREN Figure 1.7]

**Technological innovations, infrastructural choices, and behaviour affect GHG emissions through productivity growth, energy- and carbon-intensity and consumption patterns** (*medium confidence*). Technological innovation improves labour and resource productivity; it can support economic growth both with increasing and with decreasing GHG emissions. The direction and speed of technological change depends on policies. Technology is also central to

the choices of infrastructure and spatial organization, such as in cities, which can have long-lasting effects on GHG emissions. In addition, a wide array of attitudes, values, and norms can inform different lifestyles, consumption preferences, and technological choices all of which, in turn, affect patterns of GHG emissions. [5.3, 5.5, 5.6, 12.3]

**Without additional efforts to reduce GHG emissions beyond those in place today, emissions growth is expected to persist, driven by growth in global population and economic activities despite improvements in energy supply and end-use technologies** (*high confidence*). Atmospheric concentrations in baseline scenarios collected for this assessment (scenarios without explicit additional efforts to reduce GHG emissions) exceed 450 parts per million

**TS**

49

(ppm) $CO_2$eq by 2030.[7] They reach $CO_2$eq concentration levels from 750 to more than 1300 ppm $CO_2$eq by 2100 and result in projected global mean surface temperature increases in 2100 from 3.7 to 4.8 °C compared to pre-industrial levels[8] (range based on median climate response; the range is 2.5 °C to 7.8 °C when including climate uncertainty, see Table TS.1).[9] The range of 2100 concentrations corresponds roughly to the range of $CO_2$eq concentrations in the Representative Concentration Pathways (RCP) 6.0 and RCP8.5 pathways (see Box TS.6), with the majority of scenarios falling below the latter. For comparison, the $CO_2$eq concentration in 2011 has been estimated to be 430 ppm (uncertainty range 340–520 ppm).[10] The literature does not systematically explore the full range of uncertainty surrounding development pathways and possible evolution of key drivers such as population, technology, and resources. Nonetheless, the scenarios strongly suggest that absent any explicit mitigation efforts, cumulative $CO_2$ emissions since 2010 will exceed 700 GtCO₂ by 2030, 1,500 GtCO₂ by 2050, and potentially well over 4,000 GtCO₂ by 2100. [6.3.1; WGI Figure SPM.5, WGI 8.5, WGI 12.3]

## TS.3 Mitigation pathways and measures in the context of sustainable development

*This section assesses the literature on mitigation pathways and measures in the context of sustainable development. Section TS 3.1 first examines the anthropogenic GHG emissions trajectories and potential temperature implications of mitigation pathways leading to a range of future atmospheric $CO_2$eq concentrations. It then explores the technological, economic, and institutional requirements of these pathways along with their potential co-benefits and adverse side-effects. Section TS 3.2 examines mitigation options by sector and how they may interact across sectors.*

### TS.3.1 Mitigation pathways

#### TS.3.1.1 Understanding mitigation pathways in the context of multiple objectives

**The world's societies will need to both mitigate and adapt to climate change if it is to effectively avoid harmful climate impacts** (*robust evidence, high agreement*). There are demonstrated examples of synergies between mitigation and adaptation [11.5.4, 12.8.1] in which the two strategies are complementary. More generally, the two strategies are related because increasing levels of mitigation imply less future need for adaptation. Although major efforts are now underway to incorporate impacts and adaptation into mitigation scenarios, inherent difficulties associated with quantifying their interdependencies have limited their representation in models used to generate mitigation scenarios assessed in WGIII AR5 (Box TS.7). [2.6.3, 3.7.2.1, 6.3.3]

**There is no single pathway to stabilize $CO_2$eq concentrations at any level; instead, the literature points to a wide range of mitigation pathways that might meet any concentration level** (*high confidence*). Choices, whether deliberated or not, will determine which of these pathways is followed. These choices include, among other things, the emissions pathway to bring atmospheric $CO_2$eq concentrations to a particular level, the degree to which concentrations temporarily exceed (overshoot) the long-term level, the technologies that are deployed to reduce emissions, the degree to which mitigation is coordinated across countries, the policy approaches used to achieve mitigation within and across countries, the treatment of land use, and the manner in which mitigation is meshed with other policy objectives such as sustainable development. A society's development pathway—with its particular socioeconomic, institutional, political, cultural and technological features—enables and constrains the prospects for mitigation. At the national level, change is considered most effective when it reflects country and local visions and approaches to achieving sustainable development according to national circumstances and priorities. [4.2, 6.3–6.8, 11.8]

**Mitigation pathways can be distinguished from one another by a range of outcomes or requirements** (*high confidence*). Decisions about mitigation pathways can be made by weighing the requirements of different pathways against each other. Although measures of aggregate economic costs and benefits have often been put forward as key decision-making factors, they are far from the only outcomes that matter. Mitigation pathways inherently involve a range of synergies and tradeoffs connected with other policy objectives such as energy and food security, energy access, the distribution of economic impacts, local air quality, other environmental factors associated with different technological solutions, and economic competitiveness (Box TS.11). Many of these fall under the umbrella of sustainable development. In addition, requirements such as the rates of up-scaling of energy technologies or the rates of reductions in GHG emissions may provide important insights into the degree of challenge associated with meeting a particular long-term goal. [4.5, 4.8, 6.3, 6.4, 6.6]

---

[7]   These $CO_2$eq concentrations represent full radiative forcing, including GHGs, halogenated gases, tropospheric ozone, aerosols, mineral dust and albedo change.

[8]   Based on the longest global surface temperature dataset available, the observed change between the average of the period 1850–1900 and the AR5 reference period (1986–2005) is 0.61 °C (5—95 % confidence interval: 0.55 to 0.67 °C) [WGI SPM.E], which is used here as an approximation of the change in global mean surface temperature since pre-industrial times, referred to as the period before 1750.

[9]   Provided estimates reflect the 10th to the 90th percentile of baseline scenarios collected for this assessment. The climate uncertainty reflects the 5th to 95th percentile of climate model calculations described in Table TS.1 for each scenario.

[10]  This is based on the assessment of total anthropogenic radiative forcing for 2011 relative to 1750 in WGI AR5, i.e., 2.3 W m⁻², uncertainty range 1.1 to 3.3 W m⁻². [WGI Figure SPM.5, WGI 8.5, WGI 12.3]

TS

**Box TS.7 | Scenarios from integrated models can help to understand how actions affect outcomes in complex systems**

The long-term scenarios assessed in this report were generated primarily by large-scale computer models, referred to here as 'integrated models', because they attempt to represent many of the most important interactions among technologies, relevant human systems (e.g., energy, agriculture, the economic system), and associated GHG emissions in a single integrated framework. A subset of these models is referred to as 'integrated assessment models', or IAMs. IAMs include not only an integrated representation of human systems, but also of important physical processes associated with climate change, such as the carbon cycle, and sometimes representations of impacts from climate change. Some IAMs have the capability of endogenously balancing impacts with mitigation costs, though these models tend to be highly aggregated. Although aggregate models with representations of mitigation and damage costs can be very useful, the focus in this assessment is on integrated models with sufficient sectoral and geographic resolution to understand the evolution of key processes such as energy systems or land systems.

Scenarios from integrated models are invaluable to help understand how possible actions or choices might lead to different future outcomes in these complex systems. They provide quantitative, long-term projections (conditional on our current state of knowledge) of many of the most important characteristics of mitigation pathways while accounting for many of the most important interactions between the various relevant human and natural systems. For example, they provide both regional and global information about emissions pathways, energy and land-use transitions, and aggregate economic costs of mitigation.

At the same time, these integrated models have particular characteristics and limitations that should be considered when interpreting their results. Many integrated models are based on the rational choice paradigm for decision making, excluding the consideration of some behavioural factors. The models approximate cost-effective solutions that minimize the aggregate economic costs of achieving mitigation outcomes, unless they are specifically constrained to behave otherwise. Scenarios from these models capture only some of the dimensions of development pathways that are relevant to mitigation options, often only minimally treating issues such as distributional impacts of mitigation actions and consistency with broader development goals. In addition, the models in this assessment do not effectively account for the interactions between mitigation, adaptation, and climate impacts. For these reasons, mitigation has been assessed independently from climate impacts. Finally, and most fundamentally, integrated models are simplified, stylized, numerical approaches for representing enormously complex physical and social systems, and scenarios from these models are based on uncertain projections about key events and drivers over often century-long timescales. Simplifications and differences in assumptions are the reason why output generated from different models—or versions of the same model—can differ, and projections from all models can differ considerably from the reality that unfolds. [3.7, 6.2]

### TS.3.1.2 Short- and long-term requirements of mitigation pathways

**Mitigation scenarios point to a range of technological and behavioral measures that could allow the world's societies to follow GHG emissions pathways consistent with a range of different levels of mitigation** (*high confidence*). As part of this assessment, about 900 mitigation and 300 baseline scenarios have been collected from integrated modelling research groups around the world (Box TS.7). The mitigation scenarios span atmospheric concentration levels in 2100 from 430 ppm $CO_2$eq to above 720 ppm $CO_2$eq, which is roughly comparable to the 2100 forcing levels between the RCP2.6 and RCP6.0 scenarios (Figure TS.8, left panel). Scenarios have been constructed to reach mitigation goals under very different assumptions about energy demands, international cooperation, technologies, the contributions of $CO_2$ and other forcing agents to atmospheric $CO_2$eq concentrations, and the degree to which concentrations temporarily exceed the long-term goal (concentration overshoot, see Box TS.8). Other scenarios were also assessed, including some scenarios with concentrations in 2100 below 430 ppm $CO_2$eq (for a discussion of these scenarios see below). [6.3]

**Limiting atmospheric peak concentrations over the course of the century—not only reaching long-term concentration levels—is critical for limiting transient temperature change** (*high confidence*). Scenarios reaching concentration levels of about 500 ppm $CO_2$eq by 2100 are *more likely than not* to limit temperature change to less than 2 °C relative to pre-industrial levels, unless they temporarily 'overshoot' concentration levels of roughly 530 ppm $CO_2$eq before 2100. In this case, they are *about as likely as not* to achieve that goal. The majority of scenarios reaching long-term concentrations of about 450 ppm $CO_2$eq in 2100 are *likely* to keep temperature change below 2 °C over the course of the century relative to pre-industrial levels (Table TS.1, Box TS.8). Scenarios that reach 530 to 650 ppm $CO_2$eq concentrations by 2100 are *more unlikely than likely* to keep temperature change below 2 °C relative to pre-industrial levels. Scenarios that exceed about 650 ppm $CO_2$eq by 2100 are *unlikely* to limit temperature change to below 2 °C relative to pre-industrial levels. Mitigation

TS

Technical Summary



**Figure TS.8 |** Development of total GHG emissions for different long-term concentration levels (left panel) and for scenarios reaching about 450 to about 500 (430–530) ppm CO$_2$eq in 2100 with and without net negative CO$_2$ emissions larger than 20 GtCO$_2$/yr (right panel). Ranges are given for the 10th–90th percentile of scenarios. [Figure 6.7]

TS

scenarios in which temperature increase is *more likely than not* to be less than 1.5 °C relative to pre-industrial levels by 2100 are characterized by concentrations in 2100 of below 430 ppm CO$_2$eq. Temperature peaks during the century and then declines in these scenarios. [6.3]

**Mitigation scenarios reaching about 450 ppm CO$_2$eq in 2100 typically involve temporary overshoot of atmospheric concentrations, as do many scenarios reaching about 500 ppm or about 550 ppm CO$_2$eq in 2100** (*high confidence*). Concentration overshoot means that concentrations peak during the century before descending toward their 2100 levels. Overshoot involves less mitigation in the near term, but it also involves more rapid and deeper emissions reductions in the long run. The vast majority of scenarios reaching about 450 ppm CO$_2$eq in 2100 involve concentration overshoot, since most models cannot reach the immediate, near-term emissions reductions that would be necessary to avoid overshoot of these concentration levels. Many scenarios have been constructed to reach about 550 ppm CO$_2$eq by 2100 without overshoot.

**Depending on the level of overshoot, many overshoot scenarios rely on the availability and widespread deployment of bioenergy with carbon dioxide capture and storage (BECCS) and/or afforestation in the second half of the century** (*high confidence*). These and other carbon dioxide removal (CDR) technologies and methods remove CO$_2$ from the atmosphere (negative emissions). Scenarios with overshoot of greater than 0.4 W/m$^2$ (> 35–50 ppm CO$_2$eq concentration) typically deploy CDR technologies to an extent that net global CO$_2$ emissions become negative in the second-half of the century (Figure TS.8, right panel). CDR is also prevalent in many scenarios without concentration overshoot to compensate for residual emissions from sectors where mitigation is more expensive. The availability and potential of BECCS, afforestation, and other CDR technolo-

gies and methods are uncertain and CDR technologies and methods are, to varying degrees, associated with challenges and risks. There is uncertainty about the potential for large-scale deployment of BECCS, large-scale afforestation, and other CDR technologies and methods. [6.3, 6.9]

**Reaching atmospheric concentration levels of about 450 to about 500 ppm CO$_2$eq by 2100 will require substantial cuts in anthropogenic GHG emissions by mid-century** (*high confidence*). Scenarios reaching about 450 ppm CO$_2$eq by 2100 are associated with GHG emissions reductions of about 40 % to 70 % by 2050 compared to 2010 and emissions levels near zero GtCO$_2$eq or below in 2100.[11] Scenarios with GHG emissions reductions in 2050 at the lower end of this range are characterized by a greater reliance on CDR technologies beyond mid-century. The majority of scenarios that reach about 500 ppm CO$_2$eq in 2100 without overshooting roughly 530 ppm CO$_2$eq at any point during the century are associated with GHG emissions reductions of 40 % to 55 % by 2050 compared to 2010 (Figure TS.8, left panel; Table TS.1). In contrast, in some scenarios in which concentrations rise to well above 530 ppm CO$_2$eq during the century before descending to concentrations below this level by 2100, emissions rise to as high as 20 % above 2010 levels in 2050. However, these high-overshoot scenarios are characterized by negative global emissions of well over 20 GtCO$_2$ per year in the second half of the century (Figure TS.8, right panel). Cumulative CO$_2$

---

[11]    This range differs from the range provided for a similar concentration category in AR4 (50 % to 85 % lower than 2000 for CO$_2$ only). Reasons for this difference include that this report has assessed a substantially larger number of scenarios than in AR4 and looks at all GHGs. In addition, a large proportion of the new scenarios include Carbon Dioxide Removal (CDR) technologies and associated increases in concentration overshoot. Other factors include the use of 2100 concentration levels instead of stabilization levels and the shift in reference year from 2000 to 2010.

## Box TS.8 | Assessment of temperature change in the context of mitigation scenarios

Long-term climate goals have been expressed both in terms of concentrations and temperature. Article 2 of the UNFCCC calls for the need to 'stabilize' concentrations of GHGs. Stabilization of concentrations is generally understood to mean that the $CO_2$eq concentration reaches a specific level and then remains at that level indefinitely until the global carbon and other cycles come into a new equilibrium. The notion of stabilization does not necessarily preclude the possibility that concentrations might exceed, or 'overshoot' the long-term goal before eventually stabilizing at that goal. The possibility of 'overshoot' has important implications for the required GHG emissions reductions to reach a long-term concentration level. Concentration overshoot involves less mitigation in the near term with more rapid and deeper emissions reductions in the long run.

The temperature response of the concentration pathways assessed in this report focuses on transient temperature change over the course of the century. This is an important difference with WGIII AR4, which focused on the long-term equilibrium temperature response, a state that is reached millennia after the stabilization of concentrations. The temperature outcomes in this report are thus not directly comparable to those presented in the WGIII AR4 assessment. One reason that this assessment focuses on transient temperature response is that it is less uncertain than the equilibrium response and correlates more strongly with GHG emissions in the near and medium term. An additional reason is that the mitigation pathways assessed in WGIII AR5 do not extend beyond 2100 and are primarily designed to reach specific concentration goals for the year 2100. The majority of these pathways do not stabilize concentrations in 2100, which makes the assessment of the equilibrium temperature response ambiguous and dependent on assumptions about post-2100 emissions and concentrations.

Transient temperature goals might be defined in terms of the temperature in a specific year (e.g., 2100), or based on never exceeding a particular level. This report explores the implications of both types of goals. The assessment of temperature goals are complicated by the uncertainty that surrounds our understanding of key physical relationships in the earth system, most notably the relationship between concentrations and temperature. It is not possible to state definitively whether any long-term concentration pathway will limit either transient or equilibrium temperature change to below a specified level. It is only possible to express the temperature implications of particular concentration pathways in probabilistic terms, and such estimates will be dependent on the source of the probability distribution of different climate parameters and the climate model used for analysis. This report employs the MAGICC model and a distribution of climate parameters that results in temperature outcomes with dynamics similar to those from the Earth System Models assessed in WGI AR5. For each emissions scenario, a median transient temperature response is calculated to illustrate the variation of temperature due to different emissions pathways. In addition, a transient temperature range for each scenario is provided, reflecting the climate system uncertainties. Information regarding the full distribution of climate parameters was utilized for estimating the likelihood that the scenarios would limit transient temperature change to below specific levels (Table TS.1). Providing the combination of information about the plausible range of temperature outcomes as well as the likelihood of meeting different targets is of critical importance for policymaking, since it facilitates the assessment of different climate objectives from a risk management perspective. [2.5.7.2, 6.3.2]

emissions between 2011 and 2100 are 630–1180 $GtCO_2$ in scenarios reaching about 450 ppm $CO_2$eq in 2100; they are 960–1550 $GtCO_2$ in scenarios reaching about 500 ppm $CO_2$eq in 2100. The variation in cumulative $CO_2$ emissions across scenarios is due to differences in the contribution of non-$CO_2$ GHGs and other radiatively active substances as well as the timing of mitigation (Table TS.1). [6.3]

**In order to reach atmospheric concentration levels of about 450 to about 500 ppm $CO_2$eq by 2100, the majority of mitigation relative to baseline emissions over the course of century will occur in the non-Organisation for Economic Co-operation and Development (OECD) countries** (*high confidence*). In scenarios that attempt to cost-effectively allocate emissions reductions across countries and over time, the total $CO_2$eq emissions reductions from baseline emissions in non-OECD countries are greater than in OECD countries. This is, in large part, because baseline emissions from the non-OECD

countries are projected to be larger than those from the OECD countries, but it also derives from higher carbon intensities in non-OECD countries and different terms of trade structures. In these scenarios, GHG emissions peak earlier in the OECD countries than in the non-OECD countries. [6.3]

**Reaching atmospheric concentration levels of about 450 to about 650 ppm $CO_2$eq by 2100 will require large-scale changes to global and national energy systems over the coming decades** (*high confidence*). Scenarios reaching atmospheric concentrations levels of about 450 to about 500 ppm $CO_2$eq by 2100 are characterized by a tripling to nearly a quadrupling of the global share of zero- and low-carbon energy supply from renewables, nuclear energy, fossil energy with carbon dioxide capture and storage (CCS), and bioenergy with CCS (BECCS), by the year 2050 relative to 2010 (about 17%) (Figure TS.10, left panel). The increase in total global low-carbon energy sup-

Technical Summary

Table TS.1 | Key characteristics of the scenarios collected and assessed for WGIII AR5. For all parameters, the 10th to 90th percentile of the scenarios is shown.[1, 3] [Table 6.3]

| $CO_2eq$ Concentrations in 2100 [ppm $CO_2eq$] Category label (concentration range)[9] | Subcategories | Relative position of the RCPs[10] | Cumulative $CO_2$ emissions[3] [GtCO$_2$] | | Change in $CO_2eq$ emissions compared to 2010 in [%][4] | | Temperature change (relative to 1850–1900)[5, 6] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Likelihood of staying below temperature level over the 21st century[8] | | | |
| | | | 2011–2050 | 2011–2100 | 2050 | 2100 | 2100 Temperature change [°C][7] | 1.5°C | 2.0°C | 3.0°C | 4.0°C |
| < 430 | Only a limited number of individual model studies have explored levels below 430 ppm $CO_2eq$ | | | | | | | | | | |
| 450 (430–480) | Total range[3, 10] | RCP2.6 | 550–1300 | 630–1180 | −72 to −41 | −118 to −78 | 1.5–1.7 (1.0–2.8) | More unlikely than likely | Likely | Likely | Likely |
| 500 (480–530) | No overshoot of 530 ppm $CO_2eq$ | | 860–1180 | 960–1430 | −57 to −42 | −107 to −73 | 1.7–1.9 (1.2–2.9) | | More likely than not | | |
| | Overshoot of 530 ppm $CO_2eq$ | | 1130–1530 | 990–1550 | −55 to −25 | −114 to −90 | 1.8–2.0 (1.2–3.3) | | About as likely as not | | |
| 550 (530–580) | No overshoot of 580 ppm $CO_2eq$ | | 1070–1460 | 1240–2240 | −47 to −19 | −81 to −59 | 2.0–2.2 (1.4–3.6) | Unlikely | More unlikely than likely[12] | | |
| | Overshoot of 580 ppm $CO_2eq$ | | 1420–1750 | 1170–2100 | −16 to 7 | −183 to −86 | 2.1–2.3 (1.4–3.6) | | | | |
| (580–650) | Total range | RCP4.5 | 1260–1640 | 1870–2440 | −38 to 24 | −134 to −50 | 2.3–2.6 (1.5–4.2) | | | | |
| (650–720) | Total range | | 1310–1750 | 2570–3340 | −11 to 17 | −54 to −21 | 2.6–2.9 (1.8–4.5) | | More likely than not | | |
| (720–1000)[5] | Total range | RCP6.0 | 1570–1940 | 3620–4990 | 18 to 54 | −7 to 72 | 3.1–3.7 (2.1–5.8) | Unlikely | More unlikely than likely | | |
| >1000[5] | Total range | RCP8.5 | 1840–2310 | 5350–7010 | 52 to 95 | 74 to 178 | 4.1–4.8 (2.8–7.8) | Unlikely[11] | Unlikely[11] | Unlikely | More unlikely than likely |

Notes:

[1]   The 'total range' for the 430–480 ppm $CO_2eq$ scenarios corresponds to the range of the 10th–90th percentile of the subcategory of these scenarios shown in Table 6.3.

[2]   Baseline scenarios (see TS.2.2) fall into the >1000 and 720–1000 ppm $CO_2eq$ categories. The latter category also includes mitigation scenarios. The baseline scenarios in the latter category reach a temperature change of 2.5–5.8°C above preindustrial in 2100. Together with the baseline scenarios in the >1000 ppm $CO_2eq$ category, this leads to an overall 2100 temperature range of 2.5–7.8°C (range based on median climate response: 3.7–4.8°C) for baseline scenarios across both concentration categories.

[3]   For comparison of the cumulative $CO_2$ emissions estimates assessed here with those presented in WGI AR5, an amount of 515 [445–585] GtC (1890 [1630–2150] GtCO$_2$), was already emitted by 2011 since 1870 [WGI 12.5]. Note that cumulative $CO_2$ emissions are presented here for different periods of time (2011–2050 and 2011–2100) while cumulative $CO_2$ emissions in WGI AR5 are presented as total compatible emissions for the RCPs (2012–2100) or for total compatible emissions for remaining below a given temperature target with a given likelihood [WGI Table SPM.3, WGI SPM.E.8].

[4]   The global 2010 emissions are 31% above the 1990 emissions (consistent with the historic GHG emissions estimates presented in this report). $CO_2eq$ emissions include the basket of Kyoto gases ($CO_2$, $CH_4$, $N_2O$ as well as F-gases).

[5]   The assessment in WGIII AR5 involves a large number of scenarios published in the scientific literature and is thus not limited to the RCPs. To evaluate the $CO_2eq$ concentration and climate implications of these scenarios, the MAGICC model was used in a probabilistic mode (see Annex II). For a comparison between MAGICC model results and the outcomes of the models used in WGI, see Sections WGI 12.4.1.2, WGI 12.4.8 and 6.3.2.6. Reasons for differences with WGI SPM Table.2 include the difference in reference year (1986–2005 vs. 1850–1900 here), difference in reporting year (2081–2100 vs 2100 here), set-up of simulation (CMIP5 concentration-driven versus MAGICC emission-driven here), and the wider set of scenarios (RCPs versus the full set of scenarios in the WGIII AR5 scenario database here).

[6]   Temperature change is reported for the year 2100, which is not directly comparable to the equilibrium warming reported in WGIII AR4 [Table 3.5, Chapter 3; see also WGIII AR5 6.3.2]. For the 2100 temperature estimates, the transient climate response (TCR) is the most relevant system property. The assumed 90% range of the TCR for MAGICC is 1.2–2.6°C (median 1.8°C). This compares to the 90% range of TCR between 1.2–2.4°C for CMIP5 [WGI 9.7] and an assessed likely range of 1–2.5°C from multiple lines of evidence reported in the WGI AR5 [Box 12.2 in Section 12.5].

[7]   Temperature change in 2100 is provided for a median estimate of the MAGICC calculations, which illustrates differences in the emissions pathways of the scenarios in each category. The range of temperature change in the parentheses includes in addition the carbon cycle and climate system uncertainties as represented by the MAGICC model [see 6.3.2.6 for further details]. The temperature data compared to the 1850–1900 reference year was calculated by taking all projected warming relative to 1986–2005, and adding 0.61°C for 1986–2005 compared to 1850–1900, based on HadCRUT4 [see WGI Table SPM.2].

[8]   The assessment in this table is based on the probabilities calculated for the full ensemble of scenarios in WGIII AR5 using MAGICC and the assessment in WGI AR5 of the uncertainty of the temperature projections not covered by climate models. The statements are therefore consistent with the statements in WGI AR5, which are based on the CMIP5 runs of the RCPs and the assessed uncertainties. Hence, the likelihood statements reflect different lines of evidence from both WGs. This WGI method was also applied for scenarios with intermediate concentration levels where no CMIP5 runs are available. The likelihood statements are indicative only [6.3], and follow broadly the terms used by the WGI AR5 SPM for temperature projections: likely 66–100%, more likely than not >50–100%, about as likely as not 33–66%, and unlikely 0–33%. In addition the term more unlikely than likely 0–<50% is used.

[9]   The $CO_2$-equivalent concentration includes the forcing of all GHGs including halogenated gases and tropospheric ozone, as well as aerosols and albedo change (calculated on the basis of the total forcing from a simple carbon cycle/climate model, MAGICC).

[10]  The vast majority of scenarios in this category overshoot the category boundary of 480 ppm $CO_2eq$ concentrations.

[11]  For scenarios in this category no CMIP5 run [WGI Chapter 12, Table 12.3] as well as no MAGICC realization [6.3] stays below the respective temperature level. Still, an unlikely assignment is given to reflect uncertainties that might not be reflected by the current climate models.

[12]  For scenarios in the 580–650 ppm $CO_2eq$ category include both overshoot scenarios and scenarios that do not exceed the concentration level at the high end of the category (like RCP4.5). The latter type of scenarios, in general, have an assessed probability of more unlikely than likely to stay below the 2°C temperature level, while the former are mostly assessed to have an unlikely probability of staying below this level.

TS

ply is from three-fold to seven-fold over this same period. Many models could not reach 2100 concentration levels of about 450 ppm $CO_2$eq if the full suite of low-carbon technologies is not available. Studies indicate a large potential for energy demand reductions, but also indicate that demand reductions on their own would not be sufficient to bring about the reductions needed to reach levels of about 650 ppm $CO_2$eq or below by 2100. [6.3, 7.11]

**Mitigation scenarios indicate a potentially critical role for land-related mitigation measures and that a wide range of alternative land transformations may be consistent with similar concentration levels** (*medium confidence*). Land-use dynamics in mitigation scenarios are heavily influenced by the production of bioenergy and the degree to which afforestation is deployed as a negative-emissions, or CDR option. They are, in addition, influenced by forces independent of mitigation such as agricultural productivity improvements and increased demand for food. The range of land-use transformations depicted in mitigation scenarios reflects a wide range of

differing assumptions about the evolution of all of these forces. Many scenarios reflect strong increases in the degree of competition for land between food, feed, and energy uses. [6.3, 6.8, 11.4.2]

**Delaying mitigation efforts beyond those in place today through 2030 will increase the challenges of, and reduce the options for, limiting atmospheric concentration levels from about 450 to about 500 ppm $CO_2$eq by the end of the century** (*high confidence*). Cost-effective mitigation scenarios leading to atmospheric concentration levels of about 450 to about 500 ppm $CO_2$eq at the end of the 21st century are typically characterized by annual GHG emissions in 2030 of roughly between 30 Gt$CO_2$eq and 50 Gt$CO_2$eq. Scenarios with emissions above 55 Gt$CO_2$eq in 2030 are characterized by substantially higher rates of emissions reductions from 2030 to 2050 (median emissions reductions of about 6 %/yr as compared to just over 3 %/yr) (Figure TS.9, right panel); much more rapid scale-up of low-carbon energy over this period (more than a tripling compared to a doubling of the low-carbon energy share) (Figure TS.10, right panel);

**GHG Emissions Pathways to 2030 of Mitigation Scenarios Reaching 430-530 ppm $CO_2$eq in 2100**



**Implications for the Pace of Annual Average $CO_2$ Emissions Reductions from 2030 to 2050 Depending on Different 2030 GHG Emissions Levels**



**Figure TS.9 |** The implications of different 2030 GHG emissions levels for the rate of $CO_2$ emissions reductions from 2030 to 2050 in mitigation scenarios reaching about 450 to about 500 (430–530) ppm $CO_2$eq concentrations by 2100. The scenarios are grouped according to different emissions levels by 2030 (coloured in different shades of green). The left panel shows the pathways of GHG emissions (Gt$CO_2$eq/yr) leading to these 2030 levels. The black bar shows the estimated uncertainty range of GHG emissions implied by the Cancún Pledges. Black dot with whiskers gives historic GHG emission levels and associated uncertainty in 2010 as reported in Figure TS.1. The right panel denotes the average annual $CO_2$ emissions reduction rates for the period 2030–2050. It compares the median and interquartile range across scenarios from recent intermodel comparisons with explicit 2030 interim goals to the range of scenarios in the Scenario Database for WGIII AR5. Annual rates of historical emissions change between 1900–2010 (sustained over a period of 20 years) and the average annual emissions change between 2000–2010 are shown in grey. Note: Scenarios with large net negative global emissions (> 20 Gt$CO_2$/yr) are not included in the WGIII AR5 range, but rather shown as independent points. Only scenarios that apply the full, unconstrained mitigation technology portfolio of the underlying models (default technology assumption) are shown. Scenarios with exogenous carbon price assumptions or other policies affecting the timing of mitigation (other than 2030 interim targets) as well as scenarios with 2010 emissions significantly outside the historical range are excluded. [Figure 6.32, 13.13.1.3]

**Technical Summary**



**Figure TS.10** | The up-scaling of low-carbon energy in scenarios meeting different 2100 CO₂eq concentration levels (left panel). The right panel shows the rate of up-scaling subject to different 2030 GHG emissions levels in mitigation scenarios reaching about 450 to about 500 (430–530) ppm CO₂eq concentrations by 2100. Colored bars show the inter-quartile range and white bars indicate the full range across the scenarios, excluding those with large, global net negative CO₂ emissions (> 20 GtCO₂/yr). Scenarios with large net negative global emissions are shown as individual points. The arrows indicate the magnitude of zero- and low-carbon energy supply up-scaling from 2030 to 2050. Zero- and low-carbon energy supply includes renewables, nuclear energy, fossil energy with carbon dioxide capture and storage (CCS), and bioenergy with CCS (BECCS). Note: Only scenarios that apply the full, unconstrained mitigation technology portfolio of the underlying models (default technology assumption) are shown. Scenarios with exogenous carbon price assumptions are excluded in both panels. In the right panel, scenarios with policies affecting the timing of mitigation other than 2030 interim targets are also excluded. [Figure 7.16]

a larger reliance on CDR technologies in the long-term (Figure TS.8, right panel); and higher transitional and long term economic impacts (Table TS.2, orange segments, Figure TS.13, right panel). Due to these increased challenges, many models with 2030 GHG emissions in this range could not produce scenarios reaching atmospheric concentrations levels of about 450 to about 500 ppm CO₂eq in 2100. [6.4, 7.11]

**Estimated global GHG emissions levels in 2020 based on the Cancún Pledges are not consistent with cost-effective long-term mitigation trajectories that reach atmospheric concentrations levels of about 450 to about 500 ppm CO₂eq by 2100, but they do not preclude the option to meet that goal** (*robust evidence, high agreement*). The Cancún Pledges are broadly consistent with cost-effective scenarios reaching about 550 ppm CO₂eq to 650 ppm CO₂eq by 2100. Studies confirm that delaying mitigation through 2030 has a substantially larger influence on the subsequent challenges of mitigation than do delays through 2020 (Figures TS.9, TS.11). [6.4]

**Only a limited number of studies have explored scenarios that are *more likely than not* to bring temperature change back to below 1.5 °C by 2100 relative to pre-industrial levels; these scenarios bring atmospheric concentrations to below 430 ppm CO₂eq by 2100** (*high confidence*). Assessing this goal is currently difficult because no multi-model study has explored these scenarios. The

limited number of published studies exploring this goal have produced associated scenarios that are characterized by (1) immediate mitigation; (2) the rapid up-scaling of the full portfolio of mitigation technologies; and (3) development along a low-energy demand trajectory.[12] [6.3, 7.11]

### TS.3.1.3    Costs, investments and burden sharing

**Globally comprehensive and harmonized mitigation actions would result in significant economic benefits compared to fragmented approaches, but would require establishing effective institutions** (*high confidence*). Economic analysis of mitigation scenarios demonstrates that globally comprehensive and harmonized mitigation actions achieve mitigation at least aggregate economic cost, since they allow mitigation to be undertaken where and when it is least expensive (see Box TS.7, Box TS.9). Most of these mitigation scenarios assume a global carbon price, which reaches all sectors of the economy. Instruments with limited coverage of GHG emissions reductions among sectors and climate policy regimes with fragmented regional

---

[12]    In these scenarios, the cumulative CO₂ emissions range between 630–800 GtCO₂ for the period 2011–2050 and between 90–310 GtCO₂ for the period 2011–2100. Global CO₂eq emissions in 2050 are between 70–95% below 2010 emissions, and they are between 110–120% below 2010 emissions in 2100.



**Figure TS.11|** Near-term GHG emissions from mitigation scenarios reaching about 450 to about 500 (430–530) ppm $CO_2$eq concentrations by 2100. The Figure includes only scenarios for which temperature exceedance probabilities were calculated. Individual model results are indicated with a data point when 2 °C exceedance probability is below 50 % as assessed by a simple carbon cycle/climate model (MAGICC). Colours refer to scenario classification in terms of whether net $CO_2$ emissions become negative before 2100 (negative vs. no negative) and the timing of international participation in climate mitigation (immediate vs. delay until 2020 vs. delay until 2030). Number of reported individual results is shown in legend. The range of global GHG emissions in 2020 implied by the Cancún Pledges is based on analysis of alternative interpretations of national pledges. Note: In the WGIII AR5 scenario database, only four reported scenarios were produced based on delayed mitigation without net negative emissions while still lying below 530 ppm $CO_2$eq by 2100. They do not appear in the figure, because the model had insufficient coverage of non-gas species to enable a temperature calculation. Delay in these scenarios extended only to 2020, and their emissions fell in the same range as the 'No Negative/Immediate' category. Delay scenarios include both delayed global mitigation and fragmented action scenarios. [Figure 6.31, 13.13.1.3]

action increase aggregate economic costs. These cost increases are higher at more ambitious levels of mitigation. [6.3.6]

**Estimates of the aggregate economic costs of mitigation vary widely, but increase with stringency of mitigation** (*high confidence*). Most cost-effective scenarios collected for this assessment that are based on the assumptions that all countries of the world begin mitigation immediately, there is a single global carbon price applied to well-functioning markets, and key technologies are available, estimate that reaching about 450 ppm $CO_2$eq by 2100 would entail global consumption losses of 1 % to 4 % in 2030 (median: 1.7 %), 2 % to 6 % in 2050 (median: 3.4 %), and 3 % to 11 % in 2100 (median: 4.8 %) relative to consumption in baseline scenarios (those without additional mitigation efforts) that grows anywhere from 300 % to more than 900 % between 2010 and 2100 (baseline consumption growth represents the full range of corresponding baseline scenarios; Figure TS.12; Table TS.2 yellow segments). The consumption losses correspond to an annual average reduction of consumption growth by 0.06 to 0.2 percentage points from 2010 through 2030 (median: 0.09), 0.06 to 0.17 percentage points through 2050 (median: 0.09), and 0.04 to 0.14 percentage points over the century (median: 0.06). These numbers are relative to annual

average consumption growth rates in baseline scenarios between 1.9 % and 3.8 % per year through 2050 and between 1.6 % and 3 % per year over the century (Table TS.2, yellow segments). These mitigation cost estimates do not consider the benefits of reduced climate change or co-benefits and adverse side-effects of mitigation (Box TS.9). Costs for maintaining concentrations in the range of 530–650 ppm $CO_2$eq are estimated to be roughly one-third to two-thirds lower than for associated 430–530 ppm $CO_2$eq scenarios. Cost estimates from scenarios can vary substantially across regions. Substantially higher cost estimates have been obtained based on assumptions about less idealized policy implementations and limits on technology availability as discussed below. Both higher and lower estimates have been obtained based on interactions with pre-existing distortions, non-climate market failures, or complementary policies. [6.3.6.2]

**Delaying mitigation efforts beyond those in place today through 2030 or beyond could substantially increase mitigation costs in the decades that follow and the second half of the century** (*high confidence*). Although delays in mitigation by any major emitter will reduce near-term mitigation costs, they will also result in more investment in carbon-intensive infrastructure and then rely on future

Technical Summary

Table TS.2 | Global mitigation costs in cost-effective scenarios[1] and estimated cost increases due to assumed limited availability of specific technologies and delayed additional mitigation. Cost estimates shown in this table do not consider the benefits of reduced climate change as well as co-benefits and adverse side-effects of mitigation. The yellow columns show consumption losses (Figure TS.12, right panel) and annualized consumption growth reductions in cost-effective scenarios relative to a baseline development without climate policy. The grey columns show the percentage increase in discounted costs[2] over the century, relative to cost-effective scenarios, in scenarios in which technology is constrained relative to default technology assumptions (Figure TS.13, left panel).[3] The orange columns show the increase in mitigation costs over the periods 2030–2050 and 2050–2100, relative to scenarios with immediate mitigation, due to delayed additional mitigation through 2030 (see Figure TS.13, right panel).[4] These scenarios with delayed additional mitigation are grouped by emission levels of less or more than 55 GtCO₂eq in 2030, and two concentration ranges in 2100 (430–530 ppm CO₂eq and 530–650 ppm CO₂eq). In all figures, the median of the scenario set is shown without parentheses, the range between the 16th and 84th percentile of the scenario set is shown in the parentheses, and the number of scenarios in the set is shown in square brackets.[5] [Figures TS.12, TS.13, 6.21, 6.24, 6.25, Annex II.10]

| Concentration in 2100 [ppm CO₂eq] | Consumption losses in cost-effective scenarios[1] | | | | | | Increase in total discounted mitigation costs in scenarios with limited availability of technologies | | | | Increase in medium- and long-term mitigation costs due to delayed additional mitigation until 2030 | | | |
| | [% reduction in consumption relative to baseline] | | | [percentage point reduction in annualized consumption growth rate] | | | [% increase in total discounted mitigation costs (2015–2100) relative to default technology assumptions] | | | | [% increase in mitigation costs relative to immediate mitigation] | | | |
| | | | | | | | | | | | ≤55 GtCO₂eq | | >55 GtCO₂eq | |
| | 2030 | 2050 | 2100 | 2010 –2030 | 2010 –2050 | 2010 –2100 | No CCS | Nuclear phase out | Limited Solar/ Wind | Limited Bioenergy | 2030– 2050 | 2050– 2100 | 2030– 2050 | 2050– 2100 |
| 450 (430–480) | 1.7 (1.0–3.7) [N: 14] | 3.4 (2.1–6.2) | 4.8 (2.9–11.4) | 0.09 (0.06–0.2) | 0.09 (0.06–0.17) | 0.06 (0.04–0.14) | 138 (29–297) [N: 4] | 7 (4–18) [N: 8] | 6 (2–29) [N: 8] | 64 (44–78) [N: 8] | 28 (14–50) [N: 34] | 15 (5–59) | 44 (2–78) [N: 29] | 37 (16–82) |
| 500 (480–530) | 1.7 (0.6–2.1) [N: 32] | 2.7 (1.5–4.2) | 4.7 (2.4–10.6) | 0.09 (0.03–0.12) | 0.07 (0.04–0.12) | 0.06 (0.03–0.13) | N/A | N/A | N/A | N/A | | | | |
| 550 (530–580) | 0.6 (0.2–1.3) [N: 46] | 1.7 (1.2–3.3) | 3.8 (1.2–7.3) | 0.03 (0.01–0.08) | 0.05 (0.03–0.08) | 0.04 (0.01–0.09) | 39 (18–78) [N: 11] | 13 (2–23) [N: 10] | 8 (5–15) [N: 10] | 18 (4–66) [N: 12] | 3 (−5–16) [N: 14] | 4 (−4–11) | 15 (3–32) [N: 10] | 16 (5–24) |
| 580–650 | 0.3 (0–0.9) [N: 16] | 1.3 (0.5–2.0) | 2.3 (1.2–4.4) | 0.02 (0–0.04) | 0.03 (0.01–0.05) | 0.03 (0.01–0.05) | N/A | N/A | N/A | N/A | | | | |

Notes:
1   Cost-effective scenarios assume immediate mitigation in all countries and a single global carbon price. In this analysis, they also impose no additional limitations on technology relative to the models' default technology assumptions.
2   Percentage increase of net present value of consumption losses in percent of baseline consumption (for scenarios from general equilibrium models) and abatement costs in percent of baseline GDP (for scenarios from partial equilibrium models) for the period 2015–2100, discounted at 5 % per year.
3   No CCS: CCS is not included in these scenarios. Nuclear phase out: No addition of nuclear power plants beyond those under construction, and operation of existing plants until the end of their lifetime. Limited Solar/Wind: a maximum of 20 % global electricity generation from solar and wind power in any year of these scenarios. Limited Bioenergy: a maximum of 100 EJ/yr modern bioenergy supply globally (modern bioenergy used for heat, power, combinations, and industry was around 18 EJ/yr in 2008 [11.13.5]).
4   Percentage increase of total undiscounted mitigation costs for the periods 2030–2050 and 2050–2100.
5   The range is determined by the central scenarios encompassing the 16th and 84th percentile of the scenario set. Only scenarios with a time horizon until 2100 are included. Some models that are included in the cost ranges for concentration levels above 530 ppm CO₂eq in 2100 could not produce associated scenarios for concentration levels below 530 ppm CO₂eq in 2100 with assumptions about limited availability of technologies and/or delayed additional mitigation (see caption of Figure TS.13 for more details).

decision makers to undertake a more rapid, deeper, and costlier future transformation of this infrastructure. Studies have found that aggregate costs, and associated carbon prices, rise more rapidly to higher levels in scenarios with delayed mitigation compared to scenarios where mitigation is undertaken immediately. Recent modelling studies have found that delayed mitigation through 2030 can substantially increase the aggregate costs of meeting 2100 concentrations of about 450 to about 500 ppm CO₂eq, particularly in scenarios with emissions greater than 55 GtCO₂eq in 2030. (Figure TS.13, right panel; Table TS.2, orange segments) [6.3.6.4]

**The technological options available for mitigation greatly influence mitigation costs and the challenges of reaching atmospheric concentration levels of about 450 to about 550 ppm CO₂eq by 2100** (*high confidence*). Many models in recent model intercomparisons could not produce scenarios reaching atmospheric concentrations of about 450 ppm CO₂eq by 2100 with broadly pessimistic assumptions about key mitigation technologies. In these studies, the character and availability of CCS and bioenergy were found to have a particularly important influence on the mitigation costs and the challenges of reaching concentration levels in this range. For those models that could produce such scenarios, pessimistic assumptions about these increased discounted global mitigation costs of reaching concentration levels of about 450 and about 550 ppm CO₂eq by the end of the century significantly, with the effect being larger for more stringent mitigation scenarios (Figure TS.13, left panel; Table TS.2, grey segments). The studies also showed that reducing energy demand could potentially decrease mitigation costs significantly. [6.3.6.3]

**The distribution of mitigation costs among different countries depends in part on the nature of effort-sharing frameworks and thus need not be the same as the distribution of mitigation efforts. Different effort-sharing frameworks draw upon different ethical principles** (*medium confidence*). In cost-effective scenarios reaching concentrations of about 450 to about 550 ppm CO₂eq in 2100, the majority of mitigation investments over the course

TS



**Figure TS.12|** Global carbon prices (left panel) and consumption losses (right panel) over time in cost-effective, idealized implementation scenarios. Consumption losses are expressed as the percentage reduction from consumption in the baseline. The number of scenarios included in the boxplots is indicated at the bottom of the panels. The 2030 numbers also apply to 2020 and 2050. The number of scenarios outside the figure range is noted at the top. Note: The figure shows only scenarios that reported consumption losses (a subset of models with full coverage of the economy) or carbon prices, respectively, to 2050 or 2100. Multiple scenarios from the same model with similar characteristics are only represented by a single scenario in the sample. [Figure 6.21]

TS

---

## Box TS.9 | The meaning of 'mitigation cost' in the context of mitigation scenarios

Mitigation costs represent one component of the change in human welfare from climate change mitigation. Mitigation costs are expressed in monetary terms and generally are estimated against baseline scenarios, which typically involve continued, and sometimes substantial, economic growth and no additional and explicit mitigation efforts [3.9.3, 6.3.6]. Because mitigation cost estimates focus only on direct market effects, they do not take into account the welfare value (if any) of co-benefits or adverse side-effects of mitigation actions (Box TS.11) [3.6.3]. Further, these costs do not capture the benefits of reducing climate impacts through mitigation (Box TS.2).

There are a wide variety of metrics of aggregate mitigation costs used by economists, measured in different ways or at different places in the economy, including changes in GDP, consumption losses, equivalent variation and compensating variation, and loss in consumer and producer surplus. Consumption losses are often used as a metric because they emerge from many integrated models and they directly impact welfare. They can be expressed as a reduction in overall consumption relative to consumption in the corresponding baseline scenario in a given year or as a reduction of the average rate of consumption growth in the corresponding baseline scenario over a given time period.

Mitigation costs need to be distinguished from emissions prices. Emissions prices measure the cost of an additional unit of emissions reduction; that is, the marginal cost. In contrast, mitigation costs usually represent the total costs of all mitigation. In addition, emissions prices can interact with other policies and measures, such as regulatory policies directed at GHG reduction. If mitigation is achieved partly by these other measures, emissions prices may not reflect the actual costs of an additional unit of emissions reductions (depending on how additional emissions reductions are induced).

In general, estimates of global aggregate mitigation costs over the coming century from integrated models are based on largely stylized assumptions about both policy approaches and existing markets and policies, and these assumptions have an important influence on cost estimates. For example, cost-effective idealized implementation scenarios assume a uniform price on $CO_2$ and other GHGs in every country and sector across the globe, and constitute the least cost approach in the idealized case of largely efficient markets without market failures other than the climate change externality. Most long-term, global scenarios do not account for the interactions between mitigation and pre-existing or new policies, market failures, and distortions. Climate policies can interact with existing policies to increase or reduce the actual cost of climate policies. [3.6.3.3, 6.3.6.5]

59

Technical Summary



† Scenarios from one model reach concentration levels in 2100 that are slightly below the 530-580 ppm CO₂eq category

‡ Scenarios from two models reach concentration levels in 2100 that are slightly above the 430-480 ppm CO₂eq category

* Number of models successfully vs. number of models attempting running the respective technology variation scenario

**Figure TS.13** | Left panel shows the relative increase in net present value mitigation costs (2015–2100, discounted at 5 % per year) from technology portfolio variations relative to a scenario with default technology assumptions. Scenario names on the horizontal axis indicate the technology variation relative to the default assumptions: No CCS = unavailability of carbon dioxide capture and storage (CCS); Nuclear phase out = No addition of nuclear power plants beyond those under construction; existing plants operated until the end of their lifetime; Limited Solar/Wind = a maximum of 20 % global electricity generation from solar and wind power in any year of these scenarios; Limited Bioenergy = a maximum of 100 exajoules per year (EJ/yr) modern bioenergy supply globally. [Figure 6.24] Right panel shows increase in long-term mitigation costs for the period 2050–2100 (sum over undiscounted costs) as a function of reduced near-term mitigation effort, expressed as the relative change between scenarios implementing mitigation immediately and those that correspond to delayed additional mitigation through 2020 or 2030 (referred to here as 'mitigation gap'). The mitigation gap is defined as the difference in cumulative CO₂ emissions reductions until 2030 between the immediate and delayed additional mitigation scenarios. The bars in the lower right panel indicate the mitigation gap range where 75 % of scenarios with 2030 emissions above (dark blue) and below (red) 55 GtCO₂, respectively, are found. Not all model simulations of delayed additional mitigation until 2030 could reach the lower concentration goals of about 450 or 500 (430–530) ppm CO₂eq (for 2030 emissions above 55 GtCO₂eq, 29 of 48 attempted simulations could reach the goal; for 2030 emissions below 55 GtCO₂eq, 34 of 51 attempted simulations could reach the goal). [Figure 6.25]

of century occur in the non-OECD countries. Some studies exploring particular effort-sharing frameworks, under the assumption of a global carbon market, estimate that the associated financial flows could be in the order of hundred billions of USD per year before mid-century to bring concentrations to between about 450 and about 500 ppm CO₂eq in 2100. Most studies assume efficient mechanisms for international carbon markets, in which case economic theory and empirical research suggest that the choice of effort sharing allocations will not meaningfully affect the globally efficient levels of regional abatement or aggregate global costs. Actual approaches to effort-sharing can deviate from this assumption. [3.3, 6.3.6.6, 13.4.2.4]

**Geoengineering denotes two clusters of technologies that are quite distinct: carbon dioxide removal (CDR) and solar radiation management (SRM). Mitigation scenarios assessed in AR5** do not assume any geoengineering options beyond large-scale CDR due to afforestation and BECCS. CDR techniques include afforestation, using bioenergy along with CCS (BECCS), and enhancing uptake of CO₂ by the oceans through iron fertilization or increasing alkalinity. Most terrestrial CDR techniques would require large-scale land-use changes and could involve local and regional risks, while maritime CDR may involve significant transboundary risks for ocean ecosystems, so that its deployment could pose additional challenges for cooperation between countries. With currently known technologies, CDR could not be deployed quickly on a large scale. SRM includes various technologies to offset crudely some of the climatic effects of the build-up of GHGs in the atmosphere. It works by adjusting the planet's heat balance through a small increase in the reflection of incoming sunlight such as by injecting particles or aerosol precursors in the upper atmosphere. SRM has attracted considerable attention, mainly

TS

## Box TS.10 | Future goods should be discounted at an appropriate rate

Investments aimed at mitigating climate change will bear fruit far in the future, much of it more than 100 years from now. To decide whether a particular investment is worthwhile, its future benefits need to be weighed against its present costs. In doing this, economists do not normally take a quantity of commodities at one time as equal in value to the same quantity of the same commodities at a different time. They normally give less value to later commodities than to earlier ones. They 'discount' later commodities, that is to say. The rate at which the weight given to future goods diminishes through time is known as the 'discount rate' on commodities.

There are two types of discount rates used for different purposes. The market discount rate reflects the preferences of presently living people between present and future commodities. The social discount rate is used by society to compare benefits of present members of society with those not yet born. Because living people may be impatient, and because future people do not trade in the market, the market may not accurately reflect the value of commodities that will come to future people relative to those that come to present people. So the social discount rate may differ from the market rate.

The chief reason for social discounting (favouring present people over future people) is that commodities have 'diminishing marginal benefit' and per capita income is expected to increase over time. Diminishing marginal benefit means that the value of extra commodities to society declines as people become better off. If economies continue to grow, people who live later in time will on average be better off—possess more commodities—than people who live earlier. The faster the growth and the greater the degree of diminishing marginal benefit, the greater should be the discount rate on commodities. If per capita growth is expected to be negative (as it is in some countries), the social discount rate may be negative.

Some authors have argued, in addition, that the present generation of people should give less weight to later people's well-being just because they are more remote in time. This factor would add to the social discount rate on commodities.

The social discount rate is appropriate for evaluating mitigation projects that are financed by reducing current consumption. If a project is financed partly by 'crowding out' other investments, the benefits of those other investments are lost, and their loss must be counted as an opportunity cost of the mitigation project. If a mitigation project crowds out an exactly equal amount of other investment, then the only issue is whether or not the mitigation investment produces a greater return than the crowded-out investment. This can be tested by evaluating the mitigation investment using a discount rate equal to the return that would have been expected from the crowded out investment. If the market functions well, this will be the market discount rate. [3.6.2]

---

because of the potential for rapid deployment in case of climate emergency. The suggestion that deployment costs for individual technologies could potentially be low could result in new challenges for international cooperation because nations may be tempted to prematurely deploy unilaterally systems that are perceived to be inexpensive. Consequently, SRM technologies raise questions about costs, risks, governance, and ethical implications of developing and deploying SRM, with special challenges emerging for international institutions, norms and other mechanisms that could coordinate research and restrain testing and deployment. [1.4, 3.3.7, 6.9, 13.4.4]

**Knowledge about the possible beneficial or harmful effects of SRM is highly preliminary.** SRM would have varying impacts on regional climate variables such as temperature and precipitation, and might result in substantial changes in the global hydrological cycle with uncertain regional effects, for example on monsoon precipitation. Non-climate effects could include possible depletion of stratospheric ozone by stratospheric aerosol injections. A few studies have begun to examine climate and non-climate impacts of SRM, but there is very little agreement in the scientific community on the results or

on whether the lack of knowledge requires additional research or eventually field testing of SRM-related technologies. [1.4, 3.3.7, 6.9, 13.4.4]

### TS.3.1.4    Implications of mitigation pathways for other objectives

**Mitigation scenarios reaching about 450 to about 500 ppm $CO_2$eq by 2100 show reduced costs for achieving energy security and air quality objectives** (*medium confidence*) (Figure TS.14, lower panel). The mitigation costs of most of the scenarios in this assessment do not consider the economic implications of the cost reductions for these other objectives (Box TS.9). There is a wide range of co-benefits and adverse side-effects other than air quality and energy security (Tables TS.4–8). The impact of mitigation on the overall costs for achieving many of these other objectives as well as the associated welfare implications are less well understood and have not been assessed thoroughly in the literature (Box TS.11). [3.6.3, 4.8, 6.6]

Co-Benefits of Climate Change Mitigation for Energy Security and Air Quality
LIMITS Model Inter-Comparison
Impact of Climate Policy on Energy Security
IPCC AR5 Scenario Ensemble
Impact of Climate Policy on Air Pollutant Emissions (Global, 2005-2050)
Energy Trade (Global, 2050)
Cumulative Oil Extraction (Global, 2010-2050)
Electricity Diversity (Global, 2050)
Black Carbon
Sulfur Dioxide
[EJ/yr]
[ZJ]
Shannon-Wiener-Diversity Index
Change from 2005 [%]
Improved Energy Security
Max
75th Percentile
Median
25th Percentile
Min
Increased Pollution
Decreased Pollution
Baseline
Stringent Climate Policy
Energy Security Levels of GEA Scenarios in Bottom Panel
Air Quality Levels of GEA Scenarios in Bottom Panel
Policy Costs of Achieving Different Objectives
Global Energy Assessment Scenario Ensemble (n=624)
Total Global Policy Costs 2010-2050 [% of Global GDP]
w + x + y > z
w) Costs of Achieving Energy Security Levels Shown in Top Left Panel
x) Costs of Achieving Air Pollution Levels Shown in Top Right Panel
y) Costs of Achieving Stringent Mitigation Targets (430-530 ppm CO2eq in 2100)
z) Costs of Integrated Approaches that Achieve all Three Objectives Simultaneosly; Highest Cost-Effectiveness
Only Energy Security
Only Air Quality
Only Mitigation
All Three Objectives
Policy Choices

⇒



**Figure TS.14 |** Co-benefits of mitigation for energy security and air quality in scenarios with stringent climate policies reaching about 450 to about 500 (430–530) ppm $CO_2$eq concentrations in 2100. Upper panels show co-benefits for different security indicators and air pollutant emissions. Lower panel shows related global policy costs of achieving the energy security, air quality, and mitigation objectives, either alone (w, x, y) or simultaneously (z). Integrated approaches that achieve these objectives simultaneously show the highest cost-effectiveness due to synergies (w + x + y > z). Policy costs are given as the increase in total energy system costs relative to a baseline scenario without additional efforts to reduce GHG emissions beyond those in place today. Costs are indicative and do not represent full uncertainty ranges. [Figure 6.33]

**Mitigation scenarios reaching about 450 to about 500 ppm $CO_2$eq by 2100 show co-benefits for energy security objectives, enhancing the sufficiency of resources to meet national energy demand as well as the resilience of the energy system** (*medium confidence*). These mitigation scenarios show improvements in terms of the diversity of energy sources and reduction of energy imports, resulting in energy systems that are less vulnerable to price volatility and supply disruptions (Figure TS.14, upper left panel). [6.3.6, 6.6, 7.9, 8.7, 9.7, 10.8, 11.13.6, 12.8]

**Mitigation policy could devalue fossil fuel assets and reduce revenues for fossil fuel exporters, but differences between regions and fuels exist** (*high confidence*). Most mitigation scenarios are associated with reduced revenues from coal and oil trade for major exporters (*high confidence*). However, a limited number of studies find that mitigation policies could increase the relative competitiveness of conventional oil vis-à-vis more carbon-intensive unconventional oil and 'coal-to-liquids'. The effect of mitigation on natural gas export revenues is more uncertain, with some studies showing possible benefits for export revenues in the medium term until about 2050 (*medium confidence*). The availability of CCS would reduce the adverse effect of mitigation on the value of fossil fuel assets (*medium confidence*). [6.3.6, 6.6, 14.4.2]

**Fragmented mitigation policy can provide incentives for emission-intensive economic activity to migrate away from a region that undertakes mitigation** (*medium confidence*). Scenario studies have shown that such 'carbon leakage' rates of energy-related emissions are relatively contained, often below 20 % of the emissions reductions. Leakage in land-use emissions could be substantial, though fewer studies have quantified it. While border tax adjustments are seen as enhancing the competitiveness of GHG- and trade-intensive industries within a climate policy regime, they can also entail welfare losses for non-participating, and particularly developing, countries. [5.4, 6.3, 13.8, 14.4]

**Mitigation scenarios leading to atmospheric concentration levels of about 450 to about 500 ppm $CO_2$eq in 2100 are associated with significant co-benefits for air quality and related human health and ecosystem impacts. The benefits from major cuts in air pollutant emissions are particularly high where currently legislated and planned air pollution controls are weak** (*high confidence*). Stringent mitigation policies result in co-controls with major cuts in air pollutant emissions significantly below baseline scenarios (Figure TS.14, upper right panel). Co-benefits for health are particularly high in today's developing world. The extent to which air pollution

policies, targeting for example black carbon (BC), can mitigate climate change is uncertain. [5.7, 6.3, 6.6, 7.9, 8.7, 9.7, 10.8, 11.7, 11.13.6, 12.8; WGII 11.9]

**There is a wide range of possible adverse side-effects as well as co-benefits and spillovers from climate policy that have not been well-quantified** (*high confidence*). Whether or not side-effects materialize, and to what extent side-effects materialize, will be case- and site-specific, as they will depend on local circumstances and the scale, scope, and pace of implementation. Important examples include biodiversity conservation, water availability, food security, income distribution, efficiency of the taxation system, labour supply and employment, urban sprawl, and the sustainability of the growth of developing countries. (Box TS.11)

**Some mitigation policies raise the prices for some energy services and could hamper the ability of societies to expand access to modern energy services to underserved populations** (*low confidence*). **These potential adverse side-effects can be avoided with the adoption of complementary policies** (*medium confidence*). Most notably, about 1.3 billion people worldwide do not have access to electricity and about 3 billion are dependent on traditional solid fuels for cooking and heating with severe adverse effects on health, ecosystems and development. Providing access to modern energy services is an important sustainable development objective. The costs of achieving nearly universal access to electricity and clean fuels for cooking and heating are projected to be between 72 to 95 billion USD per year until 2030 with minimal effects on GHG emissions (*limited evidence, medium agreement*). A transition away from the use of traditional biomass[13] and the more efficient combustion of solid fuels reduce air pollutant emissions, such as sulfur dioxide ($SO_2$), nitrogen oxides ($NO_x$), carbon monoxide (CO), and black carbon (BC), and thus yield large health benefits (*high confidence*). [4.3, 6.6, 7.9, 9.3, 9.7, 11.13.6, 16.8]

**The effect of mitigation on water use depends on technological choices and the portfolio of mitigation measures** (*high confidence*). While the switch from fossil energy to renewable energy like photovoltaic (PV) or wind can help reducing water use of the energy system, deployment of other renewables, such as some forms of hydropower, concentrated solar power (CSP), and bioenergy may have adverse effects on water use. [6.6, 7.9, 9.7, 10.8, 11.7, 11.13.6]

---

[13]   Traditional biomass refers to the biomass — fuelwood, charcoal, agricultural residues, and animal dung — used with the so-called traditional technologies such as open fires for cooking, rustic kilns and ovens for small industries (see Glossary).

**TS**

---

### Box TS.11 | Accounting for the co-benefits and adverse side-effects of mitigation

A government policy or a measure intended to achieve one objective (such as mitigation) will also affect other objectives (such as local air quality). To the extent these side-effects are positive, they can be deemed 'co-benefits'; otherwise they are termed 'adverse side-effects'. In this report, co-benefits and adverse side-effects are measured in non-monetary units. Determining the value of these effects to society is a separate issue. The effects of co-benefits on social welfare are not evaluated in most studies, and one reason is that the value of a co-benefit depends on local circumstances and can be positive, zero, or even negative. For example, the value of the extra tonne of sulfur dioxide ($SO_2$) reduction that occurs with mitigation depends greatly on the stringency of existing $SO_2$ control policies: in the case of weak existing $SO_2$ policy, the value of $SO_2$ reductions may be large, but in the case of stringent existing $SO_2$ policy it may be near zero. If $SO_2$ policy is too stringent, the value of the co-benefit may be negative (assuming $SO_2$ policy is not adjusted). While climate policy affects non-climate objectives (Tables TS.4–8) other policies also affect climate change outcomes. [3.6.3, 4.8, 6.6, Glossary]

Mitigation can have many potential co-benefits and adverse side-effects, which makes comprehensive analysis difficult. The direct benefits of climate policy include, for example, intended effects on global mean surface temperature, sea level rise, agricultural productivity, biodiversity, and health effects of global warming [WGII TS]. The co-benefits and adverse side-effects of climate policy could include effects on a partly overlapping set of objectives such as local air pollutant emissions reductions and related health and ecosystem impacts, biodiversity conservation, water availability, energy and food security, energy access, income distribution, efficiency of the taxation system, labour supply and employment, urban sprawl, and the sustainability of the growth of developing countries [3.6, 4.8, 6.6, 15.2].

All these side-effects are important, because a comprehensive evaluation of climate policy needs to account for benefits and costs related to other objectives. If overall social welfare is to be determined and quantified, this would require valuation methods and a consideration of pre-existing efforts to attain the many objectives. Valuation is made difficult by factors such as interaction between climate policies and pre-existing non-climate policies, externalities, and non-competitive behaviour. [3.6.3]

---

Mitigation scenarios and sectoral studies show that overall the potential for co-benefits of energy end-use measures outweigh the potential adverse side-effects, whereas the evidence suggests this may not be the case for all energy supply and AFOLU measures (*high confidence*). (Tables TS.4–8) [4.8, 5.7, 6.6, 7.9, 8.7, 9.7, 10.8, 11.7, 11.13.6, 12.8]

### TS.3.2    Sectoral and cross-sectoral mitigation measures

*Anthropogenic GHG emissions result from a broad set of human activities, most notably those associated with energy supply and consumption and with the use of land for food production and other purposes. A large proportion of emissions arise in urban areas. Mitigation options can be grouped into three broad sectors: (1) energy supply, (2) energy end-use sectors including transport, buildings, industry, and (3) AFOLU. Emissions from human settlements and infrastructures cut across these different sectors. Many mitigation options are linked. The precise set of mitigation actions taken in any sector will depend on a wide range of factors, including their relative economics, policy structures, normative values, and linkages to other policy objectives. The first section examines issues that cut across the sectors and the following subsections examine the sectors themselves.*

#### TS.3.2.1    Cross-sectoral mitigation pathways and measures

**Without new mitigation policies GHG emissions are projected to grow in all sectors, except for net $CO_2$ emissions in the AFOLU[14] sector** (*robust evidence, medium agreement*). Energy supply sector emissions are expected to continue to be the major source of GHG emissions in baseline scenarios, ultimately accounting for the significant increases in indirect emissions from electricity use in the buildings and the industry sectors. Deforestation decreases in most of the baseline scenarios, which leads to a decline in net $CO_2$ emissions from the AFOLU sector. In some scenarios the AFOLU sector changes from an emission source to a net emission sink towards the end of the century. (Figure TS.15) [6.3.1.4, 6.8]

**Infrastructure developments and long-lived products that lock societies into GHG-intensive emissions pathways may be difficult or very costly to change, reinforcing the importance of early action for ambitious mitigation** (*robust evidence, high agreement*). This lock-in risk is compounded by the lifetime of the infrastructure, by the difference in emissions associated with alternatives, and

---

14    Net AFOLU $CO_2$ emissions include emissions and removals of $CO_2$ from the AFOLU sector, including land under forestry and, in some assessments, $CO_2$ sinks in agricultural soils.

the magnitude of the investment cost. As a result, lock-in related to infrastructure and spatial planning is the most difficult to eliminate, and thus avoiding options that lock high emission patterns in permanently is an important part of mitigation strategies in regions with rapidly developing infrastructure. In mature or established cities, options are constrained by existing urban forms and infrastructure, and limits on the potential for refurbishing or altering them. However, materials, products and infrastructure with long lifetimes and low lifecycle emissions can ensure positive lock-in as well as avoid emissions through dematerialization (i.e., through reducing the total material inputs required to deliver a final service). [5.6.3, 6.3.6.4, 9.4, 10.4, 12.3, 12.4]

**Systemic and cross-sectoral approaches to mitigation are expected to be more cost-effective and more effective in cutting emissions than sector-by-sector policies** (*medium confidence*). Cost-effective mitigation policies need to employ a system perspective in order to account for inter-dependencies among different economic sectors and to maximize synergistic effects. Stabilizing atmospheric $CO_2$eq concentrations at any level will ultimately require deep reductions in emissions and fundamental changes to both the end-use and supply-side of the energy system as well as changes in land-use practices and industrial processes. In addition, many low-carbon energy supply technologies (including CCS) and

their infrastructural requirements face public acceptance issues limiting their deployment. This applies also to the adoption of new technologies, and structural and behavioural change, in the energy end-use sectors (*robust evidence, high agreement*) [7.9.4, 8.7, 9.3.10, 9.8, 10.8, 11.3, 11.13]. Lack of acceptance may have implications not only for mitigation in that particular sector, but also for wider mitigation efforts.

**Integrated models identify three categories of energy system related mitigation measures: the decarbonization of the energy supply sector, final energy demand reductions, and the switch to low-carbon energy carriers, including electricity, in the energy end-use sectors** (*robust evidence, high agreement*) [6.3.4, 6.8, 7.11]. The broad range of sectoral mitigation options available mainly relate to achieving reductions in GHG emissions intensity, energy intensity and changes in activity (Table TS.3) [7.5, 8.3, 8.4, 9.3, 10.4, 12.4]. Direct options in AFOLU involve storing carbon in terrestrial systems (for example, through afforestation) and providing bioenergy feedstocks [11.3, 11.13]. Options to reduce non-$CO_2$ GHG emissions exist across all sectors, but most notably in agriculture, energy supply, and industry.

**Demand reductions in the energy end-use sectors, due to, e.g., efficiency enhancement and behavioural change, are a key miti-**



**Figure TS.15 |** Direct (left panel) and direct and indirect emissions (right panel) of $CO_2$ and non-$CO_2$ GHGs across sectors in baseline scenarios. Non-$CO_2$ GHGs are converted to $CO_2$-equivalents based on Global Warming Potentials with a 100-year time horizon from the IPCC Second Assessment Report (SAR) (see Box TS.5). Note that in the case of indirect emissions, only electricity generation emissions are allocated from energy supply to end-use sectors. In the final electricity sector emissions are shown (Electricity*) in addition to energy supply sector emissions which they are part of, to illustrate their large role on the energy supply side. The numbers at the bottom refer to the number of scenarios included in the ranges that differ across sectors and time due to different sectoral resolutions and time horizons of models. [Figure 6.34]

Technical Summary



| 1 | 2 | 3 | 4 |
|---|---|---|---|
| High energy demand scenarios show higher levels of oil supply. | In high energy demand scenarios, alternative liquid and hydrogen technologies are scaled up more rapidly. | High energy demand scenarios show a more rapid up-scaling of CCS technologies but a more rapid phase-out of unabated fossil fuel conversion technologies. | In high energy demand scenarios non-fossil electricity generation technologies are scaled up more rapidly. |

**Figure TS.16|** Influence of energy demand on the deployment of energy supply technologies in 2050 in mitigation scenarios reaching about 450 to about 500 (430−530) ppm $CO_2$eq concentrations by 2100. Blue bars for 'low energy demand' show the deployment range of scenarios with limited growth of final energy of < 20 % in 2050 compared to 2010. Red bars show the deployment range of technologies in case of 'high energy demand' (> 20 % growth in 2050 compared to 2010). For each technology, the median, interquartile, and the full deployment range is displayed. Notes: Scenarios assuming technology restrictions and scenarios with final energy in the base-year outside ± 5 % of 2010 inventories are excluded. Ranges include results from many different integrated models. Multiple scenario results from the same model were averaged to avoid sampling biases; see Chapter 6 for further details. [Figure 7.11]

gation strategy and affect the scale of the mitigation challenge for the energy supply side (*high confidence*). Limiting energy demand: (1) increases policy choices by maintaining flexibility in the technology portfolio; (2) reduces the required pace for up-scaling low-carbon energy supply technologies and hedges against related supply-side risks (Figure TS.16); (3) avoids lock-in to new, or potentially premature retirement of, carbon-intensive infrastructures; (4) maximizes co-benefits for other policy objectives, since the potential for co-benefits of energy end-use measures outweighs the potential for adverse side-effects which may not be the case for all supply-side measures (see Tables TS.4–8); and (5) increases the cost-effectiveness of the transformation (as compared to mitigation strategies with higher levels of energy demand) (*medium confidence*). However, energy service demand reductions are unlikely in developing countries or for poorer population segments where energy service levels are low or partially unmet. [6.3.4, 6.6, 7.11, 10.4]

**Behaviour, lifestyle, and culture have a considerable influence on energy use and associated emissions, with a high mitigation potential in some sectors, in particular when complementing technological and structural change** (*medium evidence, medium agreement*). Emissions can be substantially lowered through: changes

in consumption patterns (e.g., mobility demand and mode, energy use in households, choice of longer-lasting products); dietary change and reduction in food wastes; and change of lifestyle (e.g., stabilizing/lowering consumption in some of the most developed countries, sharing economy and other behavioural changes affecting activity) (Table TS.3). [8.1, 8.9, 9.2, 9.3, Box 10.2, 10.4, 11.4, 12.4, 12.6, 12.7]

**Evidence from mitigation scenarios indicates that the decarbonization of energy supply is a key requirement for stabilizing atmospheric $CO_2$eq concentrations below 580 ppm** (*robust evidence, high agreement*). In most long-term mitigation scenarios not exceeding 580 ppm $CO_2$eq by 2100, global energy supply is fully decarbonized at the end of the 21st century with many scenarios relying on a net removal of $CO_2$ from the atmosphere. However, because existing supply systems are largely reliant on carbon-intensive fossil fuels, energy intensity reductions can equal or outweigh decarbonization of energy supply in the near term. In the buildings and industry sector, for example, efficiency improvements are an important strategy for reducing indirect emissions from electricity generation (Figure TS.15). In the long term, the reduction in electricity generation emissions is accompanied by an increase in the share of electricity in end uses (e.g., for



**Figure TS.17 |** Direct emissions of $CO_2$ and non-$CO_2$ GHGs across sectors in mitigation scenarios that reach about 450 (430–480) ppm $CO_2$eq concentrations in 2100 with using carbon dioxide capture and storage (CCS) (left panel) and without using CCS (right panel). The numbers at the bottom of the graphs refer to the number of scenarios included in the ranges that differ across sectors and time due to different sectoral resolutions and time horizons of models. White dots in the right panel refer to emissions of individual scenarios to give a sense of the spread within the ranges shown due to the small number of scenarios. [Figures 6.35]

space and process heating, and potentially for some modes of transport). Deep emissions reductions in transport are generally the last to emerge in integrated modelling studies because of the limited options to switch to low-carbon energy carriers compared to buildings and industry (Figure TS.17). [6.3.4, 6.8, 9.9, 9.8, 10.10, 7.11, Figure 6.17]

**The availability of CDR technologies affects the size of the mitigation challenge for the energy end-use sectors** (*robust evidence, high agreement*) [6.8, 7.11]. There are strong interdependencies in mitigation scenarios between the required pace of decarbonization of energy supply and end-use sectors. The more rapid decarbonization of supply generally provides more flexibility for the end-use sectors. However, barriers to decarbonizing the supply side, resulting for example from a limited availability of CCS to achieve negative emissions when combined with bioenergy, require a more rapid and pervasive decarbonisation of the energy end-use sectors in scenarios achieving low-$CO_2$eq concentration levels (Figure TS.17). The availability of mature large-scale biomass supply for energy, or carbon sequestration technologies in the AFOLU sector also provides flexibility for the development of mitigation technologies in the energy supply and energy end-use sectors [11.3] (*limited evidence, medium agreement*), though there may be adverse impacts on sustainable development.

**Spatial planning can contribute to managing the development of new infrastructure and increasing system-wide efficiencies across sectors** (*robust evidence, high agreement*). Land use, transport

choice, housing, and behaviour are strongly interlinked and shaped by infrastructure and urban form. Spatial and land-use planning, such as mixed-zoning, transport-oriented development, increasing density, and co-locating jobs and homes can contribute to mitigation across sectors by (1) reducing emissions from travel demand for both work and leisure, and enabling non-motorized transport, (2) reducing floor space for housing, and hence (3) reducing overall direct and indirect energy use through efficient infrastructure supply. Compact and in-fill development of urban spaces and intelligent densification can save land for agriculture and bioenergy and preserve land carbon stocks. [8.4, 9.10, 10.5, 11.10, 12.2, 12.3]

**Interdependencies exist between adaptation and mitigation at the sectoral level and there are benefits from considering adaptation and mitigation in concert** (*medium evidence, high agreement*). Particular mitigation actions can affect sectoral climate vulnerability, both by influencing exposure to impacts and by altering the capacity to adapt to them [8.5, 11.5]. Other interdependencies include climate impacts on mitigation options, such as forest conservation or hydropower production [11.5.5, 7.7], as well as the effects of particular adaptation options, such as heating or cooling of buildings or establishing more diversified cropping systems in agriculture, on GHG emissions and radiative forcing [11.5.4, 9.5]. There is a growing evidence base for such interdependencies in each sector, but there are substantial knowledge gaps that prevent the generation of integrated results at the cross-sectoral level.

Technical Summary

**Table TS.3 |** Main sectoral mitigation measures categorized by key mitigation strategies (in bold) and associated sectoral indicators (highlighted in yellow) as discussed in Chapters 7–12.

| | GHG emissions intensity reduction | Energy intensity reduction by improving technical efficiency | Production and resource efficiency improvement | Structural and systems efficiency improvement | Activity indicator change |
|---|---|---|---|---|---|
| **Energy [Section 7.5]** | *Emissions/ secondary energy output* | *Energy input/ energy output* | *Embodied energy/ energy output* | *–* | *Final energy use* |
| | Greater deployment of renewable energy (RE), nuclear energy, and (BE)CCS; fuel switching within the group of fossil fuels; reduction of fugitive (methane) emissions in the fossil fuel chain | Extraction, transport and conversion of fossil fuels; electricity/ heat/ fuel transmission, distribution, and storage; Combined Heat and Power (CHP) or cogeneration (see *Buildings and Human Settlements*) | Energy embodied in manufacturing of energy extraction, conversion, transmission and distribution technologies | Addressing integration needs | Demand from end-use sectors for different energy carriers (see *Transport, Buildings and Industry*) |
| **Transport [8.3]** | *Emissions/ final energy* | *Final energy/ transport service* | *–* | *Shares for each mode* | *Total distance per year* |
| | **Fuel carbon intensity (CO₂eq/megajoule (MJ)):** Fuel switching to low-carbon fuels e.g., electricity/hydrogen from low-carbon sources (see *Energy*); specific biofuels in various modes (see *AFOLU*) | **Energy intensity (MJ/passenger-km, tonne-km):** Fuel-efficient engines and vehicle designs; more advanced propulsion systems and designs; use of lighter materials in vehicles | Embodied emissions during vehicle manufacture; material efficiency; and recycling of materials (see *Industry*); infrastructure lifecycle emissions (see *Human Settlements*) | Modal shifts from light-duty vehicles (LDVs) to public transit, cycling/walking, and from aviation and heavy-duty vehicles (HDVs) to rail; eco-driving; improved freight logistics; transport (infrastructure) planning | Journey avoidance; higher occupancy/loading rates; reduced transport demand; urban planning (see *Human Settlements*) |
| **Buildings [9.3]** | *Emissions/ final energy* | *Final energy/ useful energy* | *Embodied energy/ operating energy* | *Useful energy/ energy service* | *Energy service demand* |
| | **Fuel carbon intensity (CO₂eq/MJ):** Building-integrated RE technologies; fuel switching to low-carbon fuels, e.g., electricity (see *Energy*) | **Device efficiency:** heating/cooling (high-performance boilers, ventilation, air-conditioning, heat pumps); water heating; cooking (advanced biomass stoves); lighting; appliances | Building lifetime; component, equipment, and appliance durability; low(er) energy and emission material choice for construction (see *Industry*) | **Systemic efficiency:** integrated design process; low/zero energy buildings; building automation and controls; urban planning; district heating/cooling and CHP; smart meters/grids; commissioning | Behavioural change (e.g., thermostat setting, appliance use); lifestyle change (e.g., per capita dwelling size, adaptive comfort) |
| **Industry [10.4]** | *Emissions/ final energy* | *Final energy/ material production* | *Material input/ product output* | *Product demand/ service demand* | *Service demand* |
| | **Emissions intensity:** Process emissions reductions; use of waste (e.g., municipal solid waste (MSW)/sewage sludge in cement kilns) and CCS in industry; HFCs replacement and leak repair; fuel switching among fossil fuels to low-carbon electricity (see *Energy*) or biomass (see *AFOLU*) | **Energy efficiency/ best available technologies:** Efficient steam systems; furnace and boiler systems; electric motor (pumps, fans, air compressor, refrigerators, and material handling) and electronic control systems; (waste) heat exchanges; recycling | **Material efficiency:** Reducing yield losses; manufacturing/construction: process innovations, new design approaches, re-using old material (e.g., structural steel); product design (e.g., light weight car design); fly ash substituting clinker | **Product-service efficiency:** More intensive use of products (e.g., car sharing, using products such as clothing for longer, new and more durable products) | Reduced demand for, e.g., products such as clothing; alternative forms of travel leading to reduced demand for car manufacturing |
| **Human Settlements [12.4]** | *Emissions/ final energy* | *Final energy/ useful energy* | *Material input in infrastructure* | *Useful energy/ energy service* | *Service demand per capita* |
| | Integration of urban renewables; urban-scale fuel switching programmes | Cogeneration, heat cascading, waste to energy | Managed infrastructure supply; reduced primary material input for infrastructure | Compact urban form; increased accessibility; mixed land use | Increasing accessibility: shorter travel time, and more transport mode options |

| | Supply-side improvements | | | Demand-side measures |
|---|---|---|---|---|
| **Agriculture, Forestry and Other Land Use (AFOLU) [11.3]** | *Emissions/ area or unit product (conserved, restored)* | | | *Animal/crop product consumption per capita* |
| | **Emissions reduction:** of methane (e.g., livestock management) and nitrous oxide (fertilizer and manure management) and prevention of emissions to the atmosphere by conserving existing carbon pools in soils or vegetation (reducing deforestation and forest degradation, fire prevention/control, agroforestry); reduced emissions intensity (GHG/unit product). | **Sequestration:** Increasing the size of existing carbon pools, thereby extracting CO₂ from the atmosphere (e.g., afforestation, reforestation, integrated systems, carbon sequestration in soils) | **Substitution:** of biological products for fossil fuels or energy-intensive products, thereby reducing CO₂ emissions, e.g., biomass co-firing/CHP (see *Energy*), biofuels (see *Transport*), biomass-based stoves, and insulation products (see *Buildings*) | **Demand-side measures:** Reducing losses and wastes of food; changes in human diets towards less emission-intensive products; use of long-lived wood products |

TS

## TS.3.2.2   Energy supply

The energy supply sector is the largest contributor to global GHG emissions (*robust evidence, high agreement*). Annual GHG emissions from the global energy supply sector grew more rapidly between 2000 and 2010 than in the previous decade; their growth accelerated from 1.7 %/yr from 1990–2000 to 3.1 %/yr from 2000–2010. The main contributors to this trend are an increasing demand for energy services and a growing share of coal in the global fuel mix. The energy supply sector, as defined in this report, comprises all energy extraction, conversion, storage, transmission, and distribution processes that deliver final energy to the end-use sectors (industry, transport, buildings, agriculture and forestry). [7.2, 7.3]

In the baseline scenarios assessed in AR5, direct $CO_2$ emissions from the energy supply sector increase from 14.4 $GtCO_2$/yr in 2010 to 24–33 $GtCO_2$/yr in 2050 (25–75th percentile; full range 15–42 $GtCO_2$/yr), with most of the baseline scenarios assessed in WGIII AR5 showing a significant increase (*medium evidence, medium agreement*) (Figure TS.15). The lower end of the full range is dominated by scenarios with a focus on energy intensity improvements that go well beyond the observed improvements over the past 40 years. The availability of fossil fuels alone will not be sufficient to limit $CO_2$eq concentration to levels such as 450 ppm, 550 ppm, or 650 ppm. [6.3.4, 6.8, 7.11, Figure 6.15]

The energy supply sector offers a multitude of options to reduce GHG emissions (*robust evidence, high agreement*). These options include: energy efficiency improvements and fugitive emission reductions in fuel extraction as well as in energy conversion, transmission, and distribution systems; fossil fuel switching; and low-GHG energy supply technologies such as renewable energy (RE), nuclear power, and CCS (Table TS.3). [7.5, 7.8.1, 7.11]

The stabilization of GHG concentrations at low levels requires a fundamental transformation of the energy supply system, including the long-term phase-out of unabated fossil fuel conversion technologies and their substitution by low-GHG alternatives (*robust evidence, high agreement*). Concentrations of $CO_2$ in the atmosphere can only be stabilized if global (net) $CO_2$ emissions peak and decline toward zero in the long term. Improving the energy efficiencies of fossil fuel power plants and/or the shift from coal to gas will not by themselves be sufficient to achieve this. Low-GHG energy supply technologies would be necessary if this goal were to be achieved (Figure TS.19). [7.5.1, 7.8.1, 7.11]

Decarbonizing (i.e., reducing the carbon intensity of) electricity generation is a key component of cost-effective mitigation strategies in achieving low-stabilization levels (430–530 ppm $CO_2$eq); in most integrated modelling scenarios, decarbonization happens more rapidly in electricity generation than in the buildings, transport, and industry sectors (*medium evidence, high agreement*) (Figure TS.17). In the majority of mitigation scenar-

ios reaching about 450 ppm $CO_2$eq concentrations by 2100, the share of low-carbon electricity supply (comprising RE, nuclear, fossil fuels with CCS, and BECCS) increases from the current share of around 30 % to more than 80 % by 2050, and fossil fuel power generation without CCS is phased out almost entirely by 2100 (Figures TS.17 and TS.18) [7.14].

Since AR4, many RE technologies have demonstrated substantial performance improvements and cost reductions, and a growing number of RE technologies have achieved a level of maturity to enable deployment at significant scale (*robust evidence, high agreement*). Some technologies are already economically competitive in various settings. Levelized costs of PV systems fell most substantially between 2009 and 2012, and a less extreme trend has been observed for many others RE technologies. Regarding electricity generation alone, RE accounted for just over half of the new electricity-generating capacity added globally in 2012, led by growth in wind, hydro, and solar power. Decentralized RE to meet rural energy needs has also increased, including various modern and advanced traditional biomass options as well as small hydropower, PV, and wind. Nevertheless, many RE technologies still need direct support (e.g., feed-in tariffs (FITs), RE quota obligations, and tendering/bidding) and/or indirect support (e.g., sufficiently high carbon prices and the internalization of other externalities), if their market shares are to be significantly increased. RE technology policies have been successful in driving the recent growth of RE. Additional enabling policies are needed to address their integration into future energy systems. (*medium evidence, medium agreement*) (Figure TS.19) [7.5.3, 7.6.1, 7.8.2, 7.12, 11.13]

The use of RE is often associated with co-benefits, including the reduction of air pollution, local employment opportunities, few severe accidents compared to some other energy supply technologies, as well as improved energy access and security (*medium evidence, medium agreement*) (Table TS.4). At the same time, however, some RE technologies can have technology and location-specific adverse side-effects, which can be reduced to a degree through appropriate technology selection, operational adjustments, and siting of facilities. [7.9]

Infrastructure and integration challenges vary by RE technology and the characteristics of the existing energy system (*medium evidence, medium agreement*). Operating experience and studies of medium to high penetrations of RE indicate that integration issues can be managed with various technical and institutional tools. As RE penetrations increase, such issues are more challenging, must be carefully considered in energy supply planning and operations to ensure reliable energy supply, and may result in higher costs. [7.6, 7.8.2]

Nuclear energy is a mature low-GHG emission source of baseload power, but its share of global electricity generation has been declining (since 1993). Nuclear energy could make an increasing contribution to low-carbon energy supply, but a variety of barriers and risks exist (*robust evidence, high agree-*

69



**Figure TS.18|** Share of low-carbon energy in total primary energy, electricity and liquid fuels supply sectors for the year 2050. Dashed horizontal lines show the low-carbon share for the year 2010. Low-carbon energy includes nuclear, renewables, fossil fuels with carbon dioxide capture and storage (CCS) and bioenergy with CCS. [Figure 7.14]

TS

ment) (Figure TS.19). Nuclear electricity accounted for 11% of the world's electricity generation in 2012, down from a high of 17% in 1993. Pricing the externalities of GHG emissions (carbon pricing) could improve the competitiveness of nuclear power plants. [7.2, 7.5.4, 7.8.1, 7.12]

Barriers and risks associated with an increasing use of nuclear energy include operational risks and the associated safety concerns, uranium mining risks, financial and regulatory risks, unresolved waste management issues, nuclear weapon proliferation concerns, and adverse public opinion (robust evidence, high agreement) (Table TS.4). New fuel cycles and reactor technologies addressing some of these issues are under development and progress has been made concerning safety and waste disposal. Investigation of mitigation scenarios not exceeding 580 ppm $CO_2$eq has shown that excluding nuclear power from the available portfolio of technologies would result in only a slight increase in mitigation costs compared to the full technology portfolio (Figure TS.13). If other technologies, such as CCS, are constrained the role of nuclear power expands. [6.3.6, 7.5.4, 7.8.2, 7.9, 7.11]

GHG emissions from energy supply can be reduced significantly by replacing current world average coal-fired power plants with modern, highly efficient natural gas combined cycle power plants or combined heat and power (CHP) plants, provided that natural gas is available and the fugitive emissions associated with its extraction and supply are low or mitigated (robust evidence, high agreement). In mitigation scenarios reaching about 450 ppm $CO_2$eq concentrations by 2100, natural gas power generation without CCS typically acts as a bridge technology, with deployment increasing before peaking and falling to below current levels by 2050 and declining further in the second half of the century (robust evidence, high agreement). [7.5.1, 7.8, 7.9, 7.11, 7.12]

Carbon dioxide capture and storage (CCS) technologies could reduce the lifecycle GHG emissions of fossil fuel power plants

(medium evidence, medium agreement). While all components of integrated CCS systems exist and are in use today by the fossil fuel extraction and refining industry, CCS has not yet been applied at scale to a large, commercial fossil fuel power plant. CCS power plants could be seen in the market if they are required for fossil fuel facilities by regulation or if they become competitive with their unabated counterparts, for instance, if the additional investment and operational costs faced by CCS plants, caused in part by efficiency reductions, are compensated by sufficiently high carbon prices (or direct financial support). Beyond economic incentives, well-defined regulations concerning short- and long-term responsibilities for storage are essential for a large-scale future deployment of CCS. [7.5.5]

Barriers to large-scale deployment of CCS technologies include concerns about the operational safety and long-term integrity of $CO_2$ storage, as well as risks related to transport and the required up-scaling of infrastructure (limited evidence, medium agreement) (Table TS.4). There is, however, a growing body of literature on how to ensure the integrity of $CO_2$ wells, on the potential consequences of a $CO_2$ pressure build-up within a geologic formation (such as induced seismicity), and on the potential human health and environmental impacts from $CO_2$ that migrates out of the primary injection zone (limited evidence, medium agreement). [7.5.5, 7.9, 7.11]

Combining bioenergy with CCS (BECCS) offers the prospect of energy supply with large-scale net negative emissions, which plays an important role in many low-stabilization scenarios, while it entails challenges and risks (limited evidence, medium agreement). Until 2050, bottom-up studies estimate the economic potential to be between 2–10 Gt$CO_2$ per year [11.13]. Some mitigation scenarios show higher deployment of BECCS towards the end of the century. Technological challenges and risks include those associated with the upstream provision of the biomass that is used in the CCS facility, as well as those associated with the CCS technology itself. Currently, no large-scale projects have been financed. [6.9, 7.5.5, 7.9, 11.13]



**Figure TS.19 |** Specific direct and lifecycle emissions (gCO₂eq/ kilowatt hour (kWh)) and levelized cost of electricity (LCOE in USD₂₀₁₀/MWh) for various power-generating technologies (see Annex III.2 for data and assumptions and Annex II.3.1 and II.9.3 for methodological issues). The upper left graph shows global averages of specific direct CO₂ emissions (gCO₂/kWh) of power generation in 2030 and 2050 for the set of about 450 to about 500 (430–530) ppm CO₂eq scenarios that are contained in the WG III AR5 Scenario Database (see Annex II.10). The global average of specific direct CO₂ emissions (gCO₂/kWh) of power generation in 2010 is shown as a vertical line. Note: The inter-comparability of LCOE is limited. For details on general methodological issues and interpretation see Annexes as mentioned above. CCS: CO₂ capture and storage; IGCC: Integrated coal gasification combined cycle; PC: Pulverized hard coal; PV: Photovoltaic; WACC: Weighted average of capital. [Figure 7.7]

Technical Summary

Table TS.4 | Overview of potential co-benefits (green arrows) and adverse side-effects (orange arrows) of the main mitigation measures in the energy supply sector; arrows pointing up/down denote a positive/negative effect on the respective objective or concern; a question mark (?) denotes an uncertain net effect. Co-benefits and adverse side-effects depend on local circumstances as well as on the implementation practice, pace, and scale. For possible upstream effects of biomass supply for bioenergy, see Table TS.8. For an assessment of macroeconomic, cross-sectoral effects associated with mitigation policies (e.g., on energy prices, consumption, growth, and trade), see e.g., Sections 3.9, 6.3.6, 13.2.2.3 and 14.4.2. The uncertainty qualifiers in brackets denote the level of evidence and agreement on the respective effects (see TS.1). Abbreviations for evidence: l=limited, m=medium, r=robust; for agreement: l=low, m=medium, h=high. [Table 7.3]

| Energy Supply | Effect on additional objectives/concerns | | | |
|---|---|---|---|---|
| | Economic | Social | Environmental | Other |
| **Nuclear replacing coal power** | ↑ Energy security (reduced exposure to fuel price volatility) (m/m)<br>Local employment impact (but uncertain net effect) (l/l)<br>Legacy cost of waste and abandoned reactors (m/h) | Health impact via<br>↓ Air pollution and coal mining accidents (m/h)<br>↑ Nuclear accidents and waste treatment, uranium mining and milling (m/l)<br>↓ Safety and waste concerns (r/h) | Ecosystem impact via<br>↓ Air pollution (m/h) and coal mining (l/h)<br>↑ Nuclear accidents (m/m) | Proliferation risk (m/m) |
| **RE (wind, PV, concentrated solar power (CSP), hydro, geothermal, bioenergy) replacing coal** | ↑ Energy security (resource sufficiency, diversity in the near/medium term) (r/r)<br>↑ Local employment impact (but uncertain net effect) (m/m)<br>Irrigation, flood control, navigation, water availability (for multipurpose use of reservoirs and regulated rivers) (m/h)<br>↑ Extra measures to match demand (for PV, wind and some CSP) (r/h) | Health impact via<br>↓ Air pollution (except bioenergy) (m/m)<br>↓ Coal mining accidents (m/h)<br>↑ Contribution to (off-grid) energy access (m/l)<br>? Project-specific public acceptance concerns (e.g., visibility of wind) (l/m)<br>↑ Threat of displacement (for large hydro) (m/h) | Ecosystem impact via<br>↓ Air pollution (except bioenergy) (m/h)<br>↓ Coal mining (l/h)<br>↑ Habitat impact (for some hydro) (m/m)<br>↑ Landscape and wildlife impact (for wind) (m/m)<br>↓ Water use (for wind and PV) (m/m)<br>↑ Water use (for bioenergy, CSP, geothermal, and reservoir hydro) (m/h) | Higher use of critical metals for PV and direct drive wind turbines (r/m) |
| **Fossil CCS replacing coal** | ↑↑ Preservation vs. lock-in of human and physical capital in the fossil industry (m/m) | Health impact via<br>↑ Risk of CO₂ leakage (m/m)<br>↑ Upstream supply-chain activities (m/h)<br>↓ Safety concerns (CO₂ storage and transport) (m/h) | Ecosystem impact via upstream supply-chain activities (m/h)<br>↑ Water use (m/h) | Long-term monitoring of CO₂ storage (m/h) |
| **BECCS replacing coal** | *See fossil CCS where applicable. For possible upstream effect of biomass supply, see Table TS.8.* | | | |
| **Methane leakage prevention, capture or treatment** | ↑ Energy security (potential to use gas in some cases) (l/l) | Health impact via reduced air pollution (m/m)<br>↑ Occupational safety at coal mines (m/m) | Ecosystem impact via reduced air pollution (l/m) | |

### TS.3.2.3    Transport

Since AR4, emissions in the global transport sector have grown in spite of more efficient vehicles (road, rail, watercraft, and aircraft) and policies being adopted (*robust evidence, high agreement*). Road transport dominates overall emissions but aviation could play an increasingly important role in total CO₂ emissions in the future. [8.1, 8.3, 8.4]

The global transport sector accounted for 27% of final energy use and 6.7 GtCO₂ direct emissions in 2010, with baseline CO₂ emissions projected to increase to 9.3–12 GtCO₂/yr in 2050 (25–75th percentile; full range 6.2–16 GtCO₂/yr); most of the baseline scenarios assessed in WGIII AR5 foresee a significant increase (*medium evidence/medium agreement*) (Figure TS.15). With-

out aggressive and sustained mitigation policies being implemented, transport sector emissions could increase faster than in the other energy end-use sectors and could lead to more than a doubling of CO₂ emissions by 2050. [6.8, 8.9, 8.10]

While the continuing growth in passenger and freight activity constitutes a challenge for future emission reductions, analyses of both sectoral and integrated studies suggest a higher mitigation potential in the transport sector than reported in the AR4 (*medium evidence, medium agreement*). Transport energy demand per capita in developing and emerging economies is far lower than in OECD countries but is expected to increase at a much faster rate in the next decades due to rising incomes and the development of infrastructure. Baseline scenarios thus show increases in transport energy demand from 2010 out to 2050 and beyond. However, sectoral and

TS

integrated mitigation scenarios indicate that energy demand reductions of 10–45 % are possible by 2050 relative to baseline (Figure TS.20, left panel) (*medium evidence, medium agreement*). [6.8.4, 8.9.1, 8.9.4, 8.12, Figure 8.9.4]

**A combination of low-carbon fuels, the uptake of improved vehicle and engine performance technologies, behavioural change leading to avoided journeys and modal shifts, investments in related infrastructure and changes in the built environment, together offer a high mitigation potential** (*high confidence*) [8.3, 8.8]. Direct (tank-to-wheel) GHG emissions from passenger and freight transport can be reduced by:

- using fuels with lower carbon intensities ($CO_2$eq/ megajoule (MJ));
- lowering vehicle energy intensities (MJ/passenger-km or MJ/tonne-km);
- encouraging modal shift to lower-carbon passenger and freight transport systems coupled with investment in infrastructure and compact urban form; and
- avoiding journeys where possible (Table TS.3).

Other short-term mitigation strategies include reducing black carbon (BC), aviation contrails, and nitrogen oxides ($NO_x$) emissions. [8.4]

**Strategies to reduce the carbon intensities of fuel and the rate of reducing carbon intensity are constrained by challenges associated with energy storage and the relatively low energy**

density of low-carbon transport fuels; integrated and sectoral studies broadly agree that opportunities for fuel switching exist in the short term and will grow over time (*medium evidence, medium agreement*) (Figure TS.20, right panel). Electric, hydrogen, and some biofuel technologies could help reduce the carbon intensity of fuels, but their total mitigation potentials are very uncertain (*medium evidence, medium agreement*). Methane-based fuels are already increasing their share for road vehicles and waterborne craft. Electricity produced from low-carbon sources has near-term potential for electric rail and short- to medium-term potential as electric buses, light-duty and 2-wheel road vehicles are deployed. Hydrogen fuels from low-carbon sources constitute longer-term options. Commercially available liquid and gaseous biofuels already provide co-benefits together with mitigation options that can be increased by technology advances, particularly drop-in biofuels for aircraft. Reducing transport emissions of particulate matter (including BC), tropospheric ozone and aerosol precursors (including $NO_x$) can have human health and mitigation co-benefits in the short term (*medium evidence, medium agreement*). Up to 2030, the majority of integrated studies expect a continued reliance on liquid and gaseous fuels, supported by an increase in the use of biofuels. During the second half of the century, many integrated studies also show substantial shares of electricity and/or hydrogen to fuel electric and fuel-cell light-duty vehicles (LDVs). [8.2, 8.3, 11.13]

**Energy efficiency measures through improved vehicle and engine designs have the largest potential for emissions reduc-**



**Figure TS.20 |** Final energy demand reduction relative to baseline (left panel) and development of final low-carbon energy carrier share in final energy (including electricity, hydrogen, and liquid biofuels; right panel) in transport by 2030 and 2050 in mitigation scenarios from three different $CO_2$eq concentrations ranges shown in boxplots (see Section 6.3.2) compared to sectoral studies shown in shapes assessed in Chapter 8. Filled circles correspond to sectoral studies with full sectoral coverage. [Figures 6.37 and 6.38]

tions in the short term (*high confidence*). Potential energy efficiency and vehicle performance improvements range from 30–50% relative to 2010 depending on transport mode and vehicle type (Figures TS.21, TS.22). Realizing this efficiency potential will depend on large investments by vehicle manufacturers, which may require strong incentives and regulatory policies in order to achieve GHG emissions reduction goals (*medium evidence, medium agreement*). [8.3, 8.6, 8.9, 8.10]

**Shifts in transport mode and behaviour, impacted by new infrastructure and urban (re)development, can contribute to the reduction of transport emissions** (*medium evidence, low agreement*). Over the medium term (up to 2030) to long term (to 2050 and beyond), urban redevelopment and investments in new infrastructure, linked with integrated urban planning, transit-oriented development, and more compact urban form that supports cycling and walking can all lead to modal shifts. Such mitigation measures are challenging, have uncertain outcomes, and could reduce transport GHG emissions by 20–50% compared to baseline (*limited evidence, low agreement*). Pricing strategies, when supported by public acceptance initiatives and public and non-motorized transport infrastructures, can reduce travel demand, increase the demand for more efficient vehicles (e.g., where fuel economy standards exist) and induce a shift to low-carbon modes (*medium evidence, medium agreement*). While infrastructure investments may appear expensive at the margin, the case for sustainable urban planning and related policies is reinforced when co-benefits, such as improved health, accessibility, and resilience, are accounted for (Table TS.5). Business initiatives to decarbonize freight transport have begun but will need further support from fiscal, regulatory, and advisory policies to encourage shifting from road to low-carbon modes such as rail or waterborne options where feasible, as well as improving logistics (Figure TS.22). [8.4, 8.5, 8.7, 8.8, 8.9, 8.10]

**Sectoral and integrated studies agree that substantial, sustained, and directed policy interventions could limit transport emissions to be consistent with low concentration goals, but the societal mitigation costs (USD/tCO₂eq avoided) remain uncertain** (Figures TS.21, TS.22, TS.23). There is good potential to reduce emissions from LDVs and long-haul heavy-duty vehicles (HDVs) from both lower energy intensity vehicles and fuel switching, and the levelized costs of conserved carbon (LCCC) for efficiency improvements can be very low and negative (*limited evidence, low agreement*). Rail, buses, two-wheel motorbikes, and waterborne craft for freight already have relatively low emissions so their emissions reduction potential is limited. The mitigation cost of electric vehicles is currently high, especially if using grid electricity with a high emissions factor, but their LCCC are expected to decline by 2030. The emissions intensity of aviation could decline by around 50% in 2030 but the LCCC, although uncertain, are probably over USD 100/tCO₂eq. While it is expected that mitigation costs will decrease in the future, the magnitude of such reductions is uncertain. (*limited evidence, low agreement*) [8.6, 8.9]

**Barriers to decarbonizing transport for all modes differ across regions but can be overcome, in part, through economic incentives** (*medium evidence, medium agreement*). Financial, institutional, cultural, and legal barriers constrain low-carbon technology uptake and behavioural change. They include the high investment costs needed to build low-emissions transport systems, the slow turnover of stock and infrastructure, and the limited impact of a carbon price on petroleum fuels that are already heavily taxed. Regional differences are likely due to cost and policy constraints. Oil price trends, price instruments on GHG emissions, and other measures such as road pricing and airport charges can provide strong economic incentives for consumers to adopt mitigation measures. [8.8]

**There are regional differences in transport mitigation pathways with major opportunities to shape transport systems and infrastructure around low-carbon options, particularly in developing and emerging countries where most future urban growth will occur** (*robust evidence, high agreement*). Possible transformation pathways vary with region and country due to differences in the dynamics of motorization, age and type of vehicle fleets, existing infrastructure, and urban development processes. Prioritizing infrastructure for pedestrians, integrating non-motorized and transit services, and managing excessive road speed for both urban and rural travellers can create economic and social co-benefits in all regions. For all economies, especially those with high rates of urban growth, investments in public transport systems and low-carbon infrastructure can avoid lock-in to carbon-intensive modes. Established infrastructure may limit the options for modal shift and lead to a greater reliance on advanced vehicle technologies; a slowing of growth in LDV demand is already evident in some OECD countries. (*medium evidence, medium agreement*) [8.4, 8.9]

**A range of strong and mutually supportive policies will be needed for the transport sector to decarbonize and for the co-benefits to be exploited** (*robust evidence, high agreement*). Transport mitigation strategies associated with broader non-climate policies at all government levels can usually target several objectives simultaneously to give lower travel costs, improved access and mobility, better health, greater energy security, improved safety, and increased time savings. Activity reduction measures have the largest potential to realize co-benefits. Realizing the co-benefits depends on the regional context in terms of economic, social, and political feasibility as well as having access to appropriate and cost-effective advanced technologies (Table TS.5). (*medium evidence, high agreement*) Since rebound effects can reduce the CO₂ benefits of efficiency improvements and undermine a particular policy, a balanced package of policies, including pricing initiatives, could help to achieve stable price signals, avoid unintended outcomes, and improve access, mobility, productivity, safety, and health (*medium evidence, medium agreement*). [8.4, 8.7, 8.10]

TS



**Figure TS.21 |** Indicative emissions intensity (tCO₂eq/p-km) and levelized costs of conserved carbon (LCCC in USD₂₀₁₀/tCO₂eq saved) of selected passenger transport technologies. Variations in emissions intensities stem from variation in vehicle efficiencies and occupancy rates. Estimated LCCC for passenger road transport options are point estimates ±100 USD₂₀₁₀/tCO₂eq based on central estimates of input parameters that are very sensitive to assumptions (e.g., specific improvement in vehicle fuel economy to 2030, specific biofuel CO₂eq intensity, vehicle costs, fuel prices). They are derived relative to different baselines (see legend for colour coding) and need to be interpreted accordingly. Estimates for 2030 are based on projections from recent studies, but remain inherently uncertain. LCCC for aviation are taken directly from the literature. Table 8.3 provides additional context (see Annex III.3 for data and assumptions on emissions intensities and cost calculations and Annex II.3.1 for methodological issues on levelized cost metrics). WACC: Weighted average cost of capital. [Table 8.3]

**TS**

## Freight Transport

Currently Commercially Available and Future (2030) Expected Technologies



**Figure TS.22** | Indicative emissions intensity (tCO$_2$eq/t-km) and levelized costs of conserved carbon (LCCC in USD$_{2010}$/tCO$_2$eq saved) of selected freight transport technologies. Variations in emissions intensities largely stem from variation in vehicle efficiencies and load rates. Levelized costs of conserved carbon are taken directly from the literature and are very sensitive to assumptions (e.g., specific improvement in vehicle fuel economy to 2030, specific biofuel CO$_2$eq intensity, vehicle costs, and fuel prices). They are expressed relative to current baseline technologies (see legend for colour coding) and need to be interpreted accordingly. Estimates for 2030 are based on projections from recent studies but remain inherently uncertain. Table 8.3 provides additional context (see Annex III.3 for data and assumptions on emissions intensities and cost calculations and Annex II.3.1 for methodological issues on levelized cost metrics). LNG: Liquefied natural gas; WACC: Weighted average cost of capital. [Table 8.3]



**Figure TS.23** | Direct global $CO_2$ emissions from all passenger and freight transport are indexed relative to 2010 values for each scenario with integrated model studies grouped by $CO_2$eq concentration levels by 2100, and sectoral studies grouped by baseline and policy categories. [Figure 8.9]

**Table TS.5** | Overview of potential co-benefits (green arrows) and adverse side-effects (orange arrows) of the main mitigation measures in the transport sector; arrows pointing up/down denote a positive/negative effect on the respective objective or concern; a question mark (?) denotes an uncertain net effect. Co-benefits and adverse side-effects depend on local circumstances as well as on implementation practice, pace and scale. For possible upstream effects of low-carbon electricity, see Table TS.4. For possible upstream effects of biomass supply, see Table TS.8. For an assessment of macroeconomic, cross-sectoral effects associated with mitigation policies (e.g., on energy prices, consumption, growth, and trade), see e.g., Sections 3.9, 6.3.6, 13.2.2.3 and 14.4.2. The uncertainty qualifiers in brackets denote the level of evidence and agreement on the respective effects (see TS.1). Abbreviations for evidence: l = limited, m = medium, r = robust; for agreement: l = low, m = medium, h = high. [Table 8.4]

| Transport | Effect on additional objectives/concerns | | |
|---|---|---|---|
| | Economic | Social | Environmental |
| **Reduction of fuel carbon intensity:** electricity, hydrogen ($H_2$), compressed natural gas (CNG), biofuels, and other fuels | ↑ Energy security (diversification, reduced oil dependence and exposure to oil price volatility) (**m/m**) <br><br> ↑ Technological spillovers (e.g., battery technologies for consumer electronics) (**l/l**) | ? Health impact via urban air pollution by <br> ↓ CNG, biofuels: net effect unclear (**m/l**) <br> ↓ Electricity, $H_2$: reducing most pollutants (**r/h**) <br> ↑ Shift to diesel: potentially increasing pollution (**l/m**) <br><br> ↓ Health impact via reduced noise (electricity and fuel cell LDVs) (**l/m**) <br><br> ↓ Road safety (silent electric LDVs at low speed) (**l/l**) | ↑ Ecosystem impact of electricity and hydrogen via <br> ↓ Urban air pollution (**m/m**) <br> ↑ Material use (unsustainable resource mining) (**l/l**) <br><br> ? Ecosystem impact of biofuels: see AFOLU |
| **Reduction of energy intensity** | ↑ Energy security (reduced oil dependence and exposure to oil price volatility) (**m/m**) | ↓ Health impact via reduced urban air pollution (**r/h**) <br> ↑ Road safety (via increased crash-worthiness) (**m/m**) | ↓ Ecosystem and biodiversity impact via reduced urban air pollution (**m/m**) |
| **Compact urban form and improved transport infrastructure Modal shift** | ↑ Energy security (reduced oil dependence and exposure to oil price volatility) (**m/m**) <br><br> ↑ Productivity (reduced urban congestion and travel times, affordable and accessible transport) (**m/h**) <br><br> ? Employment opportunities in the public transport sector vs. car manufacturing (**l/m**) | Health impact for non-motorized modes via <br> ↑ Increased physical activity (**r/h**) <br> ↑ Potentially higher exposure to air pollution (**r/h**) <br> ↓ Noise (modal shift and travel reduction) (**r/h**) <br><br> ↑ Equitable mobility access to employment opportunities, particularly in developing countries (**r/h**) <br><br> ↑ Road safety (via modal shift and/or infrastructure for pedestrians and cyclists) (**r/h**) | Ecosystem impact via <br> ↓ Urban air pollution (**r/h**) <br> ↑ Land-use competition (**m/m**) |
| **Journey distance reduction and avoidance** | ↑ Energy security (reduced oil dependence and exposure to oil price volatility) (**r/h**) <br><br> ↑ Productivity (reduced urban congestion, travel times, walking) (**r/h**) | ↓ Health impact (for non-motorized transport modes) (**r/h**) | Ecosystem impact via <br> ↓ Urban air pollution (**r/h**) <br> ↑ New/shorter shipping routes (**r/h**) <br><br> ↓ Land-use competition from transport infrastructure (**r/h**) |

#### TS.3.2.4    Buildings

GHG emissions from the buildings sector[15] have more than doubled since 1970, accounting for 19 % of global GHG emissions in 2010, including indirect emissions from electricity generation. The share rises to 25 % if AFOLU emissions are excluded from the total. The buildings sector also accounted for 32 % of total global final energy use, approximately one-third of black carbon emissions, and an eighth to a third of F-gases, with significant uncertainty (*medium evidence, medium agreement*). (Figure TS.3) [9.2]

Direct and indirect $CO_2$ emissions from buildings are projected to increase from 8.8 $GtCO_2$/yr in 2010 to 13–17 $GtCO_2$/yr in 2050 (25–75th percentile; full range 7.9–22 $GtCO_2$/yr) in baseline scenarios; most of the baseline scenarios assessed in WGIII AR5 show a significant increase (*medium evidence, medium agreement*) (Figure TS.15) [6.8]. The lower end of the full range is dominated by scenarios with a focus on energy intensity improvements that go well beyond the observed improvements over the past 40 years. Without further policies, final energy use of the buildings sector may grow from approximately 120 exajoules per year (EJ/yr) in 2010 to 270 EJ/yr in 2050 [9.9].

Significant lock-in risks arise from the long lifespans of buildings and related infrastructure (*robust evidence, high agreement*). If only currently planned policies are implemented, the final energy use in buildings that could be locked-in by 2050, compared to a scenario where today's best practice buildings become the standard in newly built structures and retrofits, is equivalent to approximately 80 % of the final energy use of the buildings sector in 2005. [9.4]

Improvements in wealth, lifestyle change, the provision of access to modern energy services and adequate housing, and urbanization will drive the increases in building energy demand (*robust evidence, high agreement*). The manner in which those without access to adequate housing (about 0.8 billion people), modern energy carriers, and sufficient levels of energy services including clean cooking and heating (about 3 billion people) meet these needs will influence the development of building-related emissions. In addition, migration to cities, decreasing household size, increasing levels of wealth, and lifestyle changes, including increasing dwelling size and number and use of appliances, all contribute to considerable increases in building energy services demand. The substantial amount of new construction taking place in developing countries represents both a risk and opportunity from a mitigation perspective. [9.2, 9.4, 9.9]

Recent advances in technologies, know-how, and policies in the buildings sector, however, make it feasible that the global total sector final energy use stabilizes or even declines by mid-century (*robust evidence, medium agreement*). Recent advances in technology,

design practices and know-how, coupled with behavioural changes, can achieve a two to ten-fold reduction in energy requirements of individual new buildings and a two to four-fold reduction for individual existing buildings largely cost-effectively or sometimes even at net negative costs (see Box TS.12) (*robust evidence, high agreement*). [9.6]

Advances since AR4 include the widespread demonstration worldwide of very low, or net zero energy buildings both in new construction and retrofits (*robust evidence, high agreement*). In some jurisdictions, these have already gained important market shares with, for instance, over 25 million $m^2$ of building floorspace in Europe complying with the 'Passivehouse' standard in 2012. However, zero energy/carbon buildings may not always be the most cost-optimal solution, nor even be feasible in certain building types and locations. [9.3]

High-performance retrofits are key mitigation strategies in countries with existing building stocks, as buildings are very long-lived and a large fraction of 2050 developed country buildings already exists (*robust evidence, high agreement*). Reductions of heating/cooling energy use by 50–90 % have been achieved using best practices. Strong evidence shows that very low-energy construction and retrofits can be economically attractive. [9.3]

With ambitious policies it is possible to keep global building energy use constant or significantly reduce it by mid-century compared to baseline scenarios which anticipate an increase of more than two-fold (*medium evidence, medium agreement*) (Figure TS.24). Detailed building sector studies indicate a larger energy savings potential by 2050 than do integrated studies. The former indicate a potential of up to 70 % of the baseline for heating and cooling only, and around 35–45 % for the whole sector. In general, deeper reductions are possible in thermal energy uses than in other energy services mainly relying on electricity. With respect to additional fuel switching as compared to baseline, both sectoral and integrated studies find modest opportunities. In general, both sectoral and integrated studies indicate that electricity will supply a growing share of building energy demand over the long term, especially if heating demand decreases due to a combination of efficiency gains, better architecture, and climate change. [6.8.4, 9.8.2, Figure 9.19]

The history of energy efficiency programmes in buildings shows that 25–30 % efficiency improvements have been available at costs substantially lower than those of marginal energy supply (*robust evidence, high agreement*). Technological progress enables the potential for cost-effective energy efficiency improvements to be maintained, despite continuously improving standards. There has been substantial progress in the adoption of voluntary and mandatory standards since AR4, including ambitious building codes and targets, voluntary construction standards, and appliance standards. At the same time, in both new and retrofitted buildings, as well as in appliances and information, communication and media technology equipment, there have been notable performance and cost improvements. Large

---

[15]    The buildings sector covers the residential, commercial, public and services sectors; emissions from construction are accounted for in the industry sector.

## Box TS.12 | Negative private mitigation costs

A persistent issue in the analysis of mitigation options and costs is whether there are mitigation opportunities that are privately beneficial—generating private benefits that more than offset the costs of implementation—but which consumers and firms do not voluntarily undertake. There is some evidence of unrealized mitigation opportunities that would have negative private cost. Possible examples include investments in vehicles [8.1], lighting and heating technology in homes and commercial buildings [9.3], as well as industrial processes [10.1].

Examples of negative private costs imply that firms and individuals do not take opportunities to save money. This might be explained in a number of ways. One is that status-quo bias can inhibit the switch to new technologies or products [2.4, 3.10.1]. Another is that firms and individuals may focus on short-term goals and discount future costs and benefits sharply; consumers

have been shown to do this when choosing energy conservation measures or investing in energy-efficient technologies [2.4.3, 2.6.5.3, 3.10.1]. Risk aversion and ambiguity aversion may also account for this behaviour when outcomes are uncertain [2.4.3, 3.10.1]. Other possible explanations include: insufficient information on opportunities to conserve energy; asymmetric information—for example, landlords may be unable to convey the value of energy efficiency improvements to renters; split incentives, where one party pays for an investment but another party reaps the benefits; and imperfect credit markets, which make it difficult or expensive to obtain finance for energy savings [3.10.1, 16.4].

Some engineering studies show a large potential for negative-cost mitigation. The extent to which such negative-cost opportunities can actually be realized remains a matter of contention in the literature. Empirical evidence is mixed. [Box 3.10]

TS



**Buildings**

**Buildings**

**Figure TS.24** | Final energy demand reduction relative to baseline (left panel) and development of final low-carbon energy carrier share in final energy (from electricity; right panel) in buildings by 2030 and 2050 in mitigation scenarios from three different $CO_2eq$ concentrations ranges shown in boxplots (see Section 6.3.2) compared to sectoral studies shown in shapes assessed in Chapter 9. Filled circles correspond to sectoral studies with full sectoral coverage while empty circles correspond to studies with only partial sectoral coverage (e.g., heating and cooling). [Figures 6.37 and 6.38]

reductions in thermal energy use in buildings are possible at costs lower than those of marginal energy supply, with the most cost-effective options including very high-performance new commercial buildings; the same holds for efficiency improvements in some appliances and cooking equipment. [9.5, 9.6, 9.9]

**Lifestyle, culture, and other behavioural changes may lead to further large reductions in building and appliance energy requirements beyond those achievable through technologies and architecture. A three- to five-fold difference in energy use has been shown for provision of similar building-related energy**

Technical Summary

service levels in buildings. (*limited evidence, high agreement*) For developed countries, scenarios indicate that lifestyle and behavioural changes could reduce energy demand by up to 20% in the short term and by up to 50% of present levels by mid-century (*medium evidence, medium agreement*). There is a high risk that emerging countries follow the same path as developed economies in terms of building-related architecture, lifestyle, and behaviour. But the literature suggests that alternative development pathways exist that provide high levels of building services at much lower energy inputs, incorporating strategies such as learning from traditional lifestyles, architecture, and construction techniques. [9.3]

Most mitigation options in the building sector have considerable and diverse co-benefits (*robust evidence, high agreement*). These include, but are not limited to: energy security; less need for energy subsidies; health and environmental benefits (due to reduced indoor and outdoor air pollution); productivity and net employment gains; the alleviation of fuel poverty; reduced energy expenditures; increased value for building infrastructure; and improved comfort and services. (Table TS.6) [9.6, 9.7]

Especially strong barriers in this sector hinder the market-based uptake of cost-effective technologies and practices; as a consequence, programmes and regulation are more effective than pricing instruments alone (*robust evidence, high agreement*). Barriers include imperfect information and lack of awareness, principal/agent problems and other split incentives, transaction costs, lack of access to financing, insufficient training in all construction-related trades, and cognitive/behavioural barriers. In developing countries, the large informal sector, energy subsidies, corruption, high implicit discount rates, and insufficient service levels are further barriers. Therefore, market forces alone are not expected to achieve the necessary transformation without external stimuli. Policy intervention addressing all stages of the building and appliance lifecycle and use, plus new business and financial models, are essential. [9.8, 10.10]

A large portfolio of building-specific energy efficiency policies was already highlighted in AR4, but further considerable advances in available instruments and their implementation have occurred since (*robust evidence, high agreement*). Evidence shows that many building energy efficiency policies worldwide have

TS

Table TS.6 | Overview of potential co-benefits (green arrows) and adverse side-effects (orange arrows) of the main mitigation measures in the buildings sector; arrows pointing up/down denote a positive/negative effect on the respective objective or concern. Co-benefits and adverse side-effects depend on local circumstances as well as on implementation practice, pace and scale. For possible upstream effects of fuel switching and RE, see Tables TS.4 and TS.8. For an assessment of macroeconomic, cross-sectoral effects associated with mitigation policies (e.g., on energy prices, consumption, growth, and trade), see e.g., Sections 3.9, 6.3.6, 13.2.2.3 and 14.4.2. The uncertainty qualifiers in brackets denote the level of evidence and agreement on the respective effects (see TS.1). Abbreviations for evidence: l = limited, m = medium, r = robust; for agreement: l = low, m = medium, h = high. [Table 9.7]

| Buildings | Effect on additional objectives/concerns | | | |
|---|---|---|---|---|
| | Economic | Social | Environmental | Other |
| Fuel switching, RES incorporation, green roofs, and other measures reducing GHG emissions intensity | ↑ Energy security (m/h)<br>↑ Employment impact (m/m)<br>↑ Lower need for energy subsidies (l/l)<br>↑ Asset values of buildings (l/m) | Fuel poverty (residential) via<br>↓ Energy demand (m/h)<br>↓ Energy cost (l/m)<br>↑ Energy access (for higher energy cost) (l/m)<br>↑ Productive time for women/children (for replaced traditional cookstoves) (m/h) | Health impact in residential buildings via<br>↓ Outdoor air pollution (r/h)<br>↓ Indoor air pollution (in developing countries) (r/h)<br>↓ Fuel poverty (r/h)<br><br>↑ Ecosystem impact (less outdoor air pollution) (r/h)<br><br>↑ Urban biodiversity (for green roofs) (m/m) | Reduced Urban Heat Island (UHI) effect (l/m) |
| Retrofits of existing buildings (e.g., cool roof, passive solar, etc.)<br><br>Exemplary new buildings<br><br>Efficient equipment | ↑ Energy security (m/h)<br>↑ Employment impact (m/m)<br>↑ Productivity (for commercial buildings) (m/h)<br>↑ Lower need for energy subsidies (l/l)<br>↑ Asset values of buildings (l/m)<br>↑ Disaster resilience (l/m) | ↓ Fuel poverty (for retrofits and efficient equipment) (m/h)<br>↓ Energy access (higher cost for housing due to the investments needed) (l/m)<br>↑ Thermal comfort (for retrofits and exemplary new buildings) (m/h)<br>↑ Productive time for women and children (for replaced traditional cookstoves) (m/h) | Health impact via<br>↓ Outdoor air pollution (r/h)<br>↓ Indoor air pollution (for efficient cookstoves) (m/h)<br>↑ Improved indoor environmental conditions (m/h)<br>↓ Fuel poverty (r/h)<br>↓ Insufficient ventilation (m/m)<br><br>↑ Ecosystem impact (less outdoor air pollution) (r/h)<br><br>↓ Water consumption and sewage production (l/l) | Reduced UHI effect (for retrofits and new exemplary buildings) (l/m) |
| Behavioural changes reducing energy demand | ↑ Energy security (m/h)<br>↑ Lower need for energy subsidies (l/l) | | Health impact via less outdoor air pollution (r/h) and improved indoor environmental conditions (m/h)<br><br>↑ Ecosystem impact (less outdoor air pollution) (r/h) | |

already been saving GHG emissions at large negative costs. Among the most environmentally and cost-effective policies are regulatory instruments such as building and appliance energy performance standards and labels, as well as public leadership programmes and procurement policies. Progress in building codes and appliance standards in some developed countries over the last decade have contributed to stabilizing or even reducing total building energy use, despite growth in population, wealth, and corresponding energy service level demands. Developing countries have also been adopting different effective policies, most notably appliance standards. However, in order to reach ambitious climate goals, these standards need to be substantially strengthened and adopted in further jurisdictions, and to other building and appliance types. Due to larger capital requirements, financing instruments are essential both in developed and developing countries to achieve deep reductions in energy use. [9.10]

### TS.3.2.5    Industry

**In 2010, the industry sector accounted for around 28 % of final energy use, and direct and indirect GHG emissions (the latter being associated with electricity consumption) are larger than the emissions from either the buildings or transport end-use sectors and represent just over 30 % of global GHG emissions in 2010** (the share rises to 40 % if AFOLU emissions are excluded

from the total) (*high confidence*). Despite the declining share of industry in global GDP, global industry and waste/wastewater GHG emissions grew from 10 GtCO$_2$eq in 1990 to 13 GtCO$_2$eq in 2005 and to 15 GtCO$_2$eq in 2010 (of which waste/wastewater accounted for 1.4 GtCO$_2$eq). [10.3]

**Carbon dioxide emissions from industry, including direct and indirect emissions as well as process emissions, are projected to increase from 13 GtCO$_2$/yr in 2010 to 20–24 GtCO$_2$/yr in 2050 (25–75th percentile; full range 9.5–34 GtCO$_2$/yr) in baseline scenarios; most of the baseline scenarios assessed in WGIII AR5 show a significant increase** (*medium evidence, medium agreement*) (Figure TS.15) [6.8]. The lower end of the full range is dominated by scenarios with a focus on energy intensity improvements that go well beyond the observed improvements over the past 40 years.

**The wide-scale upgrading, replacement and deployment of best available technologies, particularly in countries where these are not in practice, and in non-energy intensive industries, could directly reduce the energy intensity of the industry sector by about 25 % compared to the current level** (*robust evidence, high agreement*). Despite long-standing attention to energy efficiency in industry, many options for improved energy efficiency still remain. Through innovation, additional reductions of about 20 % in energy intensity may potentially be realized (*limited evidence, medium agree-*



**Figure TS.25** | A schematic illustration of industrial activity over the supply chain. Options for mitigation in the industry sector are indicated by the circled numbers: (1) energy efficiency; (2) emissions efficiency; (3a) material efficiency in manufacturing; (3b) material efficiency in product design; (4) product-service efficiency; (5) service demand reduction. [Figure 10.2]

Technical Summary

*ment*). Barriers to implementing energy efficiency relate largely to the initial investment costs and lack of information. Information programmes are a prevalent approach for promoting energy efficiency, followed by economic instruments, regulatory approaches, and voluntary actions. [10.4, 10.7, 10.9, 10.11]

**An absolute reduction in emissions from the industry sector will require deployment of a broad set of mitigation options that go beyond energy efficiency measures** (*medium evidence, high agreement*) [10.4, 10.7]. In the context of continued overall growth in industrial demand, substantial reductions from the sector will require parallel efforts to increase emissions efficiency (e.g., through fuel and feedstock switching or CCS); material use efficiency (e.g., less scrap, new product design); recycling and re-use of materials and products; product-service efficiency (e.g., more intensive use of products through car sharing, longer life for products); radical product innovations (e.g., alternatives to cement); as well as service demand reductions. Lack of policy and experiences in material and product-service efficiency are major barriers. (Table TS.3, Figure TS.25) [10.4, 10.7, 10.11]

**While detailed industry sector studies tend to be more conservative than integrated studies, both identify possible industrial final energy demand savings of around 30 % by 2050 in mitigation scenarios not exceeding 650 ppm $CO_2$eq by 2100 relative to baseline scenarios** (*medium evidence, medium agreement*) (Figure TS.26). Integrated models in general treat the industry sector in a more aggregated fashion and mostly do not explicitly provide detailed sub-sectoral material flows, options for reducing material demand, and price-induced inter-input substitution possibilities. Due to the heterogeneous character of the industry sector, a coherent comparison between sectoral and integrated studies remains difficult. [6.8.4, 10.4, 10.7, 10.10.1, Figure 10.14]

**Mitigation in the industry sector can also be achieved by reducing material and fossil fuel demand by enhanced waste use, which concomitantly reduces direct GHG emissions from waste disposal** (*robust evidence, high agreement*). The hierarchy of waste management places waste reduction at the top, followed by re-use, recycling, and energy recovery. As the share of recycled or reused material is still low, applying waste treatment technologies and recovering energy to reduce demand for fossil fuels can result in direct emission reductions from waste disposal. Globally, only about 20 % of municipal solid waste (MSW) is recycled and about 14 % is treated with energy recovery while the rest is deposited in open dumpsites or landfills. About 47 % of wastewater produced in the domestic and manufacturing sectors is still untreated. The largest cost range is for reducing GHG emissions from landfilling through the treatment of waste by anaerobic digestion. The costs range from negative (see Box TS.12) to very high. Advanced wastewater treatment technologies may enhance GHG emissions reduction in wastewater treatment but they are clustered among the higher cost options (*medium evidence, medium agreement*). (Figure TS.29) [10.4, 10.14]



**Figure TS.26 |** Final energy demand reduction relative to baseline (left panel) and development of final low-carbon energy carrier share in final energy (including electricity, heat, hydrogen, and bioenergy; right panel) in industry by 2030 and 2050 in mitigation scenarios from three different $CO_2$eq concentration ranges shown in boxplots (see Section 6.3.2) compared to sectoral studies shown in shapes assessed in Chapter 10. Filled circles correspond to sectoral studies with full sectoral coverage. [Figures 6.37 and 6.38]



**Figure TS.27 |** Indicative $CO_2$ emission intensities for cement (upper panel) and steel (lower panel) production, as well as indicative levelized cost of conserved carbon (LCCC) shown for various production practices/technologies and for 450 ppm $CO_2$eq scenarios of a limited selection of integrated models (for data and methodology, see Annex III). DRI: Direct reduced iron; EAF: Electric arc furnace. [Figures 10.7, 10.8]

**Waste policy and regulation have largely influenced material consumption, but few policies have specifically pursued material efficiency or product-service efficiency** (*robust evidence, high agreement*) [10.11]. Barriers to improving material efficiency include lack of human and institutional capacities to encourage management decisions and public participation. Also, there is a lack of experience

and often there are no clear incentives either for suppliers or consumers to address improvements in material or product-service efficiency, or to reduce product demand. [10.9]

**$CO_2$ emissions dominate GHG emissions from industry, but there are also substantial mitigation opportunities for non-$CO_2$ gases**

Case No. 1:20-cv-02484-MSK Document 81-1 filed 05/06/21 USDC Colorado pg 209 of 391

**Figure TS.28 |** Indicative global $CO_2eq$ emissions for chemicals production (upper panel) and indicative global $CO_2$ emission intensities for paper production (lower panel) as well as indicative levelized cost of conserved carbon (LCCC) shown for various production practices/technologies and for 450 ppm $CO_2eq$ scenarios of a limited selection of integrated models (for data and methodology, see Annex III). [Figures 10.9, 10.10]



**Figure TS.29 |** Indicative CO₂eq emission intensities for waste (upper panel) and wastewater (lower panel) of various practices as well as indicative levelized cost of conserved carbon (for data and methodology, see Annex III). MSW: Municipal solid waste. [Figures 10.19 and 10.20]

(*robust evidence, high agreement*). Methane (CH$_4$), nitrous oxide (N$_2$O) and fluorinated gases (F-gases) from industry accounted for emissions of 0.9 GtCO$_2$eq in 2010. Key mitigation opportunities comprise, e.g., reduction of hydrofluorocarbon (HFC) emissions by leak repair, refrigerant recovery and recycling, and proper disposal and replacement by alternative refrigerants (ammonia, HC, CO$_2$). N$_2$O emissions from adipic and nitric acid production can be reduced through the implementation of thermal destruction and secondary catalysts. The reduction of non-CO$_2$ GHGs also faces numerous barriers. Lack of awareness, lack of economic incentives and lack of commercially available technologies (e.g., for HFC recycling and incineration) are typical examples. [Table 10.2, 10.7]

**Systemic approaches and collaborative activities across companies (large energy-intensive industries and Small and Medium Enterprises (SMEs)) and sectors can help to reduce GHG emissions** (*robust evidence, high agreement*). Cross-cutting technologies such as efficient motors, and cross-cutting measures such as reducing air or steam leaks, help to optimize performance of industrial processes and improve plant efficiency very often cost-effectively with both energy savings and emissions benefits. Industrial clusters also help to realize mitigation, particularly from SMEs. [10.4] Cooperation and cross-sectoral collaboration at different levels—for example, sharing of infrastructure, information, waste heat, cooling, etc.—may provide further mitigation potential in certain regions/industry types [10.5].

**Several emission-reducing options in the industrial sector are cost-effective and profitable** (*medium evidence, medium agreement*). While options in cost ranges of 0–20 and 20–50 USD/tCO$_2$eq

and even below 0 USD/tCO$_2$eq exist, achieving near-zero emissions intensity levels in the industry sector would require the additional realization of long-term step-change options (e.g., CCS), which are associated with higher levelized costs of conserved carbon (LCCC) in the range of 50–150 USD/tCO$_2$eq. Similar cost estimates for implementing material efficiency, product-service efficiency and service demand reduction strategies are not available. With regard to long-term options, some sector-specific measures allow for significant reductions in specific GHG emissions but may not be applicable at scale, e.g., scrapbased iron and steel production. Decarbonized electricity can play an important role in some subsectors (e.g., chemicals, pulp and paper, and aluminium), but will have limited impact in others (e.g., cement, iron and steel, waste). In general, mitigation costs vary regionally and depend on site-specific conditions. (Figures TS.27, TS.28, TS.29) [10.7]

**Mitigation measures are often associated with co-benefits** (*robust evidence, high agreement*). Co-benefits include enhanced competitiveness through cost-reductions, new business opportunities, better environmental compliance, health benefits through better local air and water quality and better work conditions, and reduced waste, all of which provide multiple indirect private and social benefits (Table TS.7). [10.8]

**There is no single policy that can address the full range of mitigation measures available for industry and overcome associated barriers.** Unless barriers to mitigation in industry are resolved, the pace and extent of mitigation in industry will be limited and even profitable measures will remain untapped (*robust evidence, high agreement*). [10.9, 10.11]

TS

Technical Summary

Table TS.7 | Overview of potential co-benefits (green arrows) and adverse side-effects (orange arrows) of the main mitigation measures in the industry sector; arrows pointing up/down denote a positive/negative effect on the respective objective or concern. Co-benefits and adverse side-effects depend on local circumstances as well as on the implementation practice, pace and scale. For possible upstream effects of low-carbon energy supply (includes CCS), see Table TS.4. For possible upstream effects of biomass supply, see Table TS.8. For an assessment of macroeconomic, cross-sectoral, effects associated with mitigation policies (e.g., on energy prices, consumption, growth, and trade), see e.g., Sections 3.9, 6.3.6, 13.2.2.3 and 14.4.2. The uncertainty qualifiers in brackets denote the level of evidence and agreement on the respective effects (see TS.1). Abbreviations for evidence: l = limited, m = medium, r = robust; for agreement: l = low, m = medium, h = high. [Table 10.5]

| Industry | Effect on additional objectives/concerns | | |
| --- | --- | --- | --- |
| | Economic | Social | Environmental |
| CO₂ and non-CO₂ GHG emissions intensity reduction | ↑ Competitiveness and productivity (m/h) | ↓ Health impact via reduced local air pollution and better work conditions (for perfluorocarbons from aluminium) (m/m) | ↓ Ecosystem impact via reduced local air pollution and reduced water pollution (m/m)  ↓ Water conservation (l/l) |
| Technical energy efficiency improvements via new processes and technologies | ↑ Energy security (via lower energy intensity) (m/m)  ↑ Employment impact (l/l)  ↑ Competitiveness and productivity (m/h)  ↑ Technological spillovers in developing countries (due to supply chain linkages) (l/l) | ↓ Health impact via reduced local pollution (l/l)  ↑ New business opportunities (m/m)  ↑ Water availability and quality (l/l)  ↑ Safety, working conditions and job satisfaction (m/m) | Ecosystem impact via:  ↓ Fossil fuel extraction (l/l)  ↓ Local pollution and waste (m/m) |
| Material efficiency of goods, recycling | ↓ National sales tax revenue in medium term (l/l)  ↑ Employment impact in waste recycling market (l/l)  ↑ Competitiveness in manufacturing (l/l)  ↑ New infrastructure for industrial clusters (l/l) | ↓ Health impacts and safety concerns (l/m)  ↑ New business opportunities (l/m)  ↓ Local conflicts (reduced resource extraction) (l/m) | ↓ Ecosystem impact via reduced local air and water pollution and waste material disposal (l/m)  ↓ Use of raw/virgin materials and natural resources implying reduced unsustainable resource mining (l/l) |
| Product demand reductions | ↓ National sales tax revenue in medium term (l/l) | ↑ Wellbeing via diverse lifestyle choices (l/l) | ↓ Post-consumption waste (l/l) |

### TS.3.2.6   Agriculture, Forestry and Other Land Use (AFOLU)

Since AR4, GHG emissions from the AFOLU sector have stabilized but the share of total anthropogenic GHG emissions has decreased (*robust evidence, high agreement*). The average annual total GHG flux from the AFOLU sector was 10–12 GtCO₂eq in 2000–2010, with global emissions of 5.0–5.8 GtCO₂eq/yr from agriculture on average and around 4.3–5.5 GtCO₂eq/yr from forestry and other land uses. Non-CO₂ emissions derive largely from agriculture, dominated by N₂O emissions from agricultural soils and CH₄ emissions from livestock enteric fermentation, manure management, and emissions from rice paddies, totalling 5.0–5.8 GtCO₂eq/yr in 2010 (*robust evidence, high agreement*). Over recent years, most estimates of FOLU CO₂ fluxes indicate a decline in emissions, largely due to decreasing deforestation rates and increased afforestation (*limited evidence, medium agreement*). The absolute levels of emissions from deforestation and degradation have fallen from 1990 to 2010 (*robust evidence, high agreement*). Over the same time period, total emissions for high-income countries decreased while those of low-income countries increased. In general, AFOLU emissions from high-income countries are dominated by agriculture activities while those from low-income countries are dominated by deforestation and degradation. [Figure 1.3, 11.2]

Net annual baseline CO₂ emissions from AFOLU are projected to decline over time with net emissions potentially less than half of the 2010 level by 2050, and the possibility of the AFOLU sector becoming a net sink before the end of century. However, the uncertainty in historical net AFOLU emissions is larger than for other sectors, and additional uncertainties in projected baseline net AFOLU emissions exist. (*medium evidence, high agreement*) (Figure TS.15) [6.3.1.4, 6.8, Figure 6.5] As in AR4, most projections suggest declining annual net CO₂ emissions in the long run. In part, this is driven by technological change, as well as projected declining rates of agriculture area expansion related to the expected slowing in population growth. However, unlike AR4, none of the more recent scenarios projects growth in the near-term. There is also a somewhat larger range of variation later in the century, with some models projecting a stronger net sink starting in 2050 (*limited evidence, medium agreement*). There are few reported projections of baseline global land-related N₂O and CH₄ emissions and they indicate an increase over time. Cumulatively, land CH₄ emissions are projected to be 44–53 % of total CH₄ emissions through 2030, and 41–59 % through 2100, and land N₂O emissions 85–89 % and 85–90 %, respectively (*limited evidence, medium agreement*). [11.9]

Opportunities for mitigation in the AFOLU sector include supply- and demand-side mitigation options (*robust evidence, high agreement*). Supply-side measures involve reducing emissions arising

TS

from land-use change, in particular reducing deforestation, and land and livestock management, increasing carbon stocks by sequestration in soils and biomass, or the substitution of fossil fuels by biomass for energy production (Table TS.3). Further new supply-side technologies not assessed in AR4, such as biochar or wood products for energy-intensive building materials, could contribute to the mitigation potential of the AFOLU sector, but there are still few studies upon which to make robust estimates. Demand-side measures include dietary change and waste reduction in the food supply chain. Increasing forestry and agricultural production without a commensurate increase in emissions (i.e., one component of sustainable intensification; Figure TS.30) also reduces emissions intensity (i.e., the GHG emissions per unit of product), a mitigation mechanism largely unreported for AFOLU in AR4, which could reduce absolute emissions as long as production volumes do not increase. [11.3, 11.4]

**Among supply-side measures, the most cost-effective forestry options are afforestation, sustainable forest management and reducing deforestation, with large differences in their relative importance across regions; in agriculture, low carbon prices[16] (20 USD/tCO$_2$eq) favour cropland and grazing land management and high carbon prices (100 USD/tCO$_2$eq) favour restoration of organic soils** (*medium evidence, medium agreement*). When considering only studies that cover both forestry and agriculture and include agricultural soil carbon sequestration, the economic mitigation potential in the AFOLU sector is estimated to be 7.18 to 10.6 (full range of all studies: 0.49–10.6) GtCO$_2$eq/yr in 2030 for mitigation efforts consistent with carbon prices up to 100 USD/ tCO$_2$eq, about a third of which can be achieved at < 20 USD/ tCO$_2$eq (*medium evidence, medium agreement*). The range of global estimates at a given carbon price partly reflects uncertainty surrounding AFOLU mitigation

[16]   In many models that are used to assess the economic costs of mitigation, carbon price is used as a proxy to represent the level of effort in mitigation policies (see Glossary).

potentials in the literature and the land-use assumptions of the scenarios considered. The ranges of estimates also reflect differences in the GHGs and options considered in the studies. A comparison of estimates of economic mitigation potential in the AFOLU sector published since AR4 is shown in Figure TS.31. [11.6]

**While demand-side measures are under-researched, changes in diet, reductions of losses in the food supply chain, and other measures have a significant, but uncertain, potential to reduce GHG emissions from food production (0.76–8.55 GtCO$_2$eq/yr by 2050)** (Figure TS.31) (*limited evidence, medium agreement*). Barriers to implementation are substantial, and include concerns about jeopardizing health and well-being, and cultural and societal resistance to behavioural change. However, in countries with a high consumption of animal protein, co-benefits are reflected in positive health impacts resulting from changes in diet (*robust evidence, high agreement*). [11.4.3, 11.6, 11.7, 11.9]

**The mitigation potential of AFOLU is highly dependent on broader factors related to land-use policy and patterns** (*medium evidence, high agreement*). The many possible uses of land can compete or work in synergy. The main barriers to mitigation are institutional (lack of tenure and poor governance), accessibility to financing mechanisms, availability of land and water, and poverty. On the other hand, AFOLU mitigation options can promote innovation, and many technological supply-side mitigation options also increase agricultural and silvicultural efficiency, and can reduce climate vulnerability by improving resilience. Multifunctional systems that allow the delivery of multiple services from land have the capacity to deliver to many policy goals in addition to mitigation, such as improving land tenure, the governance of natural resources, and equity [11.8] (*limited evidence, high agreement*). Recent frameworks, such as those for assessing environmental or ecosystem services, could provide tools for valuing the multiple synergies and tradeoffs that may arise from mitigation actions (Table TS.8) (*medium evidence, medium agreement*). [11.7, 11.8]



**Figure TS.30 |** GHG emissions intensities of selected major AFOLU commodities for decades 1960s–2000s. (1) Cattle meat, defined as GHG (enteric fermentation + manure management of cattle, dairy and non-dairy)/meat produced; (2) pig meat, defined as GHG (enteric fermentation + manure management of swine, market and breeding)/meat produced; (3) chicken meat, defined as GHG (manure management of chickens)/meat produced; (4) milk, defined as GHG (enteric fermentation + manure management of cattle, dairy)/milk produced; (5) eggs, defined as GHG (manure management of chickens, layers)/egg produced; (6) rice, defined as GHG (rice cultivation)/rice produced; (7) cereals, defined as GHG (synthetic fertilizers)/cereals produced; (8) wood, defined as GHG (carbon loss from harvest)/roundwood produced. [Figure 11.15]

Technical Summary



**Figure TS.31** | Estimates of economic mitigation potentials in the AFOLU sector published since AR4 (AR4 estimates shown for comparison, denoted by black arrows), including bottom-up, sectoral studies, and top-down, multi-sector studies. Supply-side mitigation potentials are estimated for around 2030, ranging from 2025 to 2035, and are for agriculture, forestry or both sectors combined. Studies are aggregated for potentials up to ~20 USD/tCO$_2$eq (actual range 1.64–21.45), up to ~50 USD/tCO$_2$eq (actual range 31.39–50.00), and up to ~100 USD/tCO$_2$eq (actual range 70.0–120.91). Demand-side measures (shown on the right hand side of the figure) are for ~2050 and are not assessed at a specific carbon price, and should be regarded as technical potentials. Smith et al. (2013) values are the mean of the range. Not all studies consider the same measures or the same GHGs. [11.6.2, Figure 11.14]

**Policies governing practices in agriculture as well as forest conservation and management need to account for the needs of both mitigation and adaptation** (*medium evidence, high agreement*). Some mitigation options in the AFOLU sector (such as soil and forest carbon stocks) may be vulnerable to climate change. Economic incentives (e.g., special credit lines for low-carbon agriculture, sustainable agriculture and forestry practices, tradable credits, payment for ecosystem services) and regulatory approaches (e.g., enforcement of environmental law to protect forest carbon stocks by reducing defor-

estation, set-aside policies, air and water pollution control reducing nitrate load and N$_2$O emissions) have been effective in different cases. Investments in research, development, and diffusion (e.g., increase of resource use-efficiency (fertilizers), livestock improvement, better forestry management practices) could result in synergies between adaptation and mitigation. Successful cases of deforestation reduction in different regions are found to combine different policies such as land planning, regulatory approaches and economic incentives (*limited evidence, high agreement*). [11.3.2, 11.10, 15.11]

Table TS.8 | Overview of potential co-benefits (green arrows) and adverse side-effects (orange arrows) of the main mitigation measures in the AFOLU sector; arrows pointing up/down denote a positive/negative effect on the respective objective or concern. These effects depend on the specific context (including bio-physic, institutional and socio-economic aspects) as well as on the scale of implementation. For an assessment of macroeconomic, cross-sectoral effects associated with mitigation policies (e.g., on energy prices, consumption, growth, and trade), see e.g., Sections 3.9, 6.3.6, 13.2.2.3 and 14.4.2. The uncertainty qualifiers in brackets denote the level of evidence and agreement on the respective effects (see TS.1). Abbreviations for evidence: l = limited, m = medium, r = robust; for agreement: l = low, m = medium, h = high. [Tables 11.9 and 11.12]

| AFOLU | Effect on additional objectives/concerns | | | |
|---|---|---|---|---|
| | Economic | Social | Environmental | Institutional |
| **Supply side:** Forestry, land-based agriculture, livestock, integrated systems, and bioenergy (marked by *) **Demand side:** Reduced losses in the food supply chain, changes in human diets, changes in demand for wood and forestry products | ↑ ↑ Employment impact via Entrepreneurship development (**m/h**)  ↓ Use of less labour-intensive technologies in agriculture (**m/m**)  ↑* Diversification of income sources and access to markets (**r/h**)  ↑* Additional income to (sustainable) landscape management (**r/h**)  ↓* Income concentration (**m/m**)  ↑* Energy security (resource sufficiency) (**m/h**)  ↑ Innovative financing mechanisms for sustainable resource management (**m/h**)  ↑ Technology innovation and transfer (**m/m**) | ↑↑ Food-crops production through integrated systems and sustainable agriculture intensification (**m/h**)  ↓* Food production (locally) due to large-scale monocultures of non-food crops (**r/l**)  ↑* Cultural habitats and recreational areas via (sustainable) forest management and conservation (**m/m**)  ↑* Human health and animal welfare e.g., through less pesticides, reduced burning practices, and practices like agroforestry and silvo-pastoral systems (**m/h**)  ↓* Human health when using burning practices (in agriculture or bioenergy) (**m/m**)  ↑ Gender, intra- and inter-generational equity via Participation and fair benefit sharing (**r/h**)  ↑ Concentration of benefits (**m/m**) | Provision of ecosystem services via  ↑ Ecosystem conservation and sustainable management as well as sustainable agriculture (**r/h**)  ↓* Large scale monocultures (**r/h**)  ↑* Land-use competition (**r/m**)  ↓ Soil quality (**r/h**)  ↓ Erosion (**r/h**)  ↑ Ecosystem resilience (**m/h**)  ↑ Albedo and evaporation (**r/h**) | ↑↓* Tenure and use rights at the local level (for indigenous people and local communities) especially when implementing activities in natural forests (**r/h**)  ↑↓ Access to participative mechanisms for land management decisions (**r/h**)  ↑ Enforcement of existing policies for sustainable resource management (**r/h**) |

**TS**

**Reducing Emissions from Deforestation and Forest Degradation (REDD+)[17] can be a very cost-effective policy option for mitigating climate change, if implemented in a sustainable manner** (*limited evidence, medium agreement*). REDD+ includes: reducing emissions from deforestation and forest degradation; conservation of forest carbon stocks; sustainable management of forests; and enhancement of forest carbon stocks. It could supply a large share of global abatement of emissions from the AFOLU sector, especially through reducing deforestation in tropical regions, with potential economic, social and other environmental co-benefits. To assure these co-benefits, the implementation of national REDD+ strategies would need to consider financing mechanisms to local stakeholders, safeguards (such as land rights, conservation of biodiversity and other natural resources), and the appropriate scale and institutional capacity for monitoring and verification. [11.10]

**Bioenergy can play a critical role for mitigation, but there are issues to consider, such as the sustainability of practices and the efficiency of bioenergy systems** (*robust evidence, medium*

*agreement*) [11.4.4, Box 11.5, 11.13.6, 11.13.7]. Barriers to large-scale deployment of bioenergy include concerns about GHG emissions from land, food security, water resources, biodiversity conservation and livelihoods. The scientific debate about the overall climate impact related to land-use competition effects of specific bioenergy pathways remains unresolved (*robust evidence, high agreement*). [11.4.4, 11.13] Bioenergy technologies are diverse and span a wide range of options and technology pathways. Evidence suggests that options with low lifecycle emissions (e.g., sugar cane, Miscanthus, fast growing tree species, and sustainable use of biomass residues), some already available, can reduce GHG emissions; outcomes are site-specific and rely on efficient integrated 'biomass-to-bioenergy systems', and sustainable land-use management and governance. In some regions, specific bioenergy options, such as improved cook-stoves, and small-scale biogas and biopower production, could reduce GHG emissions and improve livelihoods and health in the context of sustainable development (*medium evidence, medium agreement*). [11.13]

---

[17]  UN Programme on Reducing Emissions from Deforestation and Forest Degradation in developing countries, including conservation, sustainable management of forests and enhancement of forest carbon stocks.

### TS.3.2.7    Human settlements, infrastructure, and spatial planning

**Urbanization is a global trend transforming human settlements, societies, and energy use** (*robust evidence, high agreement*). In 1900, when the global population was 1.6 billion, only 13% of the population, or some 200 million, lived in urban areas. As of 2011, more than 52% of the world's population—roughly 3.6 billion—lives in urban areas. By 2050, the urban population is expected to increase to 5.6–7.1 billion, or 64–69% of the world population. [12.2]

**Urban areas account for more than half of global primary energy use and energy-related CO$_2$ emissions** (*medium evidence, high agreement*). The exact share of urban energy and GHG emissions varies with emission accounting frameworks and definitions. Taking account of direct and indirect emissions, urban areas account for 67–76% of global energy use (central estimate) and 71–76% of global energy-related CO$_2$ emissions. Taking account of direct emissions only, the urban share of emissions is 44% (Figure TS.32). [12.2, 12.3]

**No single factor explains variations in per-capita emissions across cities, and there are significant differences in per capita GHG emissions between cities within a single country** (*robust evidence, high agreement*). Urban GHG emissions are influenced by a variety of physical, economic and social factors, development levels, and urbanization histories specific to each city. Key influences on urban GHG emissions include income, population dynamics, urban form, locational factors, economic structure, and market failures. Per capita final energy use and CO$_2$ emissions in cities of Annex I countries tend to be lower than national averages, in cities of non-Annex I countries they tend to be higher. [12.3]

**The majority of infrastructure and urban areas have yet to be built** (*limited evidence, high agreement*). Accounting for trends in declining population densities, and continued economic and population growth, urban land cover is projected to expand by 56–310% between 2000 and 2030. If the global population increases to 9.3 billion by 2050 and developing countries expand their built environment and infrastructure to current global average levels using available technology of today, the production of infrastructure materials alone would generate about 470 GtCO$_2$ emissions. Currently, average per capita CO$_2$ emissions embodied in the infrastructure of industrialized countries is five times larger than those in developing countries. [12.2, 12.3]

**Infrastructure and urban form are strongly interlinked, and lock in patterns of land use, transport choice, housing, and behaviour** (*medium evidence, high agreement*). Urban form and infrastructure shape long-term land-use management, influence individual transport choice, housing, and behaviour, and affect the system-wide efficiency of a city. Once in place, urban form and infrastructure are difficult to change (Figure TS.33). [12.2, 12.3, 12.4]

**Mitigation options in urban areas vary by urbanization trajectories and are expected to be most effective when policy instruments are bundled** (*robust evidence, high agreement*). For rapidly developing cities, options include shaping their urbanization and infrastructure development towards more sustainable and low-carbon pathways. In mature or established cities, options are constrained by existing urban forms and infrastructure and the potential for refurbishing existing systems and infrastructures. Key mitigation strategies include co-locating high residential with high employment densities,



**Figure TS.32|** Estimated shares of direct (Scope 1) and indirect urban CO$_2$ emissions in total emissions across world regions (GtCO$_2$). Indirect emissions (Scope 2) allocate emissions from thermal power plants to urban areas. CPA: Centrally Planned Asia and China; EEU: Central and Eastern Europe; FSU: Former Soviet Union; LAM: Latin America and Caribbean; MNA: Middle East and North Africa; NAM: North America; PAS: South-East Asia and Pacific; POECD: Pacific OECD; SAS: South Asia; SSA: Sub Saharan Africa; WEU: Western Europe. [12.2.2, Figure 12.4]



**Figure TS.33** | Four key aspects of urban form and structure (density, land-use mix, connectivity, and accessibility), their vehicle kilometers travelled (VKT) elasticities, commonly used metrics, and stylized graphics. The dark blue row segments under the VKT elasticities column provide the range of elasticities for the studies included. CBD: Central business district. [Figure 12.14]

achieving high diversity and integration of land uses, increasing accessibility and investing in public transit and other supportive demand-management measures (Figure TS.33). Bundling these strategies can reduce emissions in the short term and generate even higher emissions savings in the long term. [12.4, 12.5]

**The largest opportunities for future urban GHG emissions reduction might be in rapidly urbanizing countries where urban form and infrastructure are not locked-in but where there are often limited governance, technical, financial, and institutional capacities** (*robust evidence, high agreement*). The bulk of future infrastructure and urban growth is expected in small- to medium-size cities in developing countries, where these capacities can be limited or weak. [12.4, 12.5, 12.6, 12.7]

**Thousands of cities are undertaking climate action plans, but their aggregate impact on urban emissions is uncertain** (*robust evidence, high agreement*). Local governments and institutions possess unique opportunities to engage in urban mitigation activities and

local mitigation efforts have expanded rapidly. However, little systematic assessment exists regarding the overall extent to which cities are implementing mitigation policies and emissions reduction targets are being achieved, or emissions reduced. Climate action plans include a range of measures across sectors, largely focused on energy efficiency rather than broader land-use planning strategies and cross-sectoral measures to reduce sprawl and promote transit-oriented development (Figure TS.34). [12.6, 12.7, 12.9]

**The feasibility of spatial planning instruments for climate change mitigation is highly dependent on a city's financial and governance capability** (*robust evidence, high agreement*). Drivers of urban GHG emissions are interrelated and can be addressed by a number of regulatory, management, and market-based instruments. Many of these instruments are applicable to cities in both developed and developing countries, but the degree to which they can be implemented varies. In addition, each instrument varies in its potential to generate public revenues or require government expenditures, and the administrative scale at which it can be applied (Figure TS.35). A bun-



**Figure TS.34** | Common mitigation measures in Climate Action Plans. [Figure 12.22]

dling of instruments and a high level of coordination across institutions can increase the likelihood of achieving emissions reductions and avoiding unintended outcomes. [12.6, 12.7]

**For designing and implementing climate policies effectively, institutional arrangements, governance mechanisms, and financial resources should be aligned with the goals of reducing urban GHG emissions** (*high confidence*). These goals will reflect the specific challenges facing individual cities and local governments. The following have been identified as key factors: (1) institutional arrangements that facilitate the integration of mitigation with other high-priority urban agendas; (2) a multilevel governance context that empowers cities to promote urban transformations; (3) spatial planning competencies and political will to support integrated land-use

and transportation planning; and (4) sufficient financial flows and incentives to adequately support mitigation strategies. [12.6, 12.7]

**Successful implementation of urban climate change mitigation strategies can provide co-benefits** (*robust evidence, high agreement*). Urban areas throughout the world continue to struggle with challenges, including ensuring access to energy, limiting air and water pollution, and maintaining employment opportunities and competitiveness. Action on urban-scale mitigation often depends on the ability to relate climate change mitigation efforts to local co-benefits. The co-benefits of local climate change mitigation can include public savings, air quality and associated health benefits, and productivity increases in urban centres, providing additional motivation for undertaking mitigation activities. [12.5, 12.6, 12.7, 12.8]



**Figure TS.35 |** Key spatial planning tools and effects on government revenues and expenditures across administrative scales. Figure shows four key spatial planning tools (coded in colours) and the scale of governance at which they are administered (x-axis) as well as how much public revenue or expenditure the government generates by implementing each instrument (y-axis). [Figure 12.20]

## TS.4    Mitigation policies and institutions

The previous section shows that since AR4 the scholarship on mitigation pathways has begun to consider in much more detail how a variety of real-world considerations—such as institutional and political constraints, uncertainty associated with climate change risks, the availability of technologies and other factors—affect the kinds of policies and measures that are adopted. Those factors have important implications for the design, cost, and effectiveness of mitigation action. This sec-

tion focuses on how governments and other actors in the private and public sectors design, implement, and evaluate mitigation policies. It considers the 'normative' scientific research on how policies should be designed to meet particular criteria. It also considers research on how policies are actually designed and implemented a field known as 'positive' analysis. The discussion first characterizes fundamental conceptual issues, and then presents a summary of the main findings from WGIII AR5 on local, national, and sectoral policies. Much of the practical policy effort since AR4 has occurred in these contexts. From there the summary looks at ever-higher levels of aggregation, ultimately ending at the global level and cross-cutting investment and finance issues.

## TS.4.1 Policy design, behaviour and political economy

**There are multiple criteria for evaluating policies**. Policies are frequently assessed according to four criteria [3.7.1, 13.2.2, 15.4.1]:

- Environmental effectiveness—whether policies achieve intended goals in reducing emissions or other pressures on the environment or in improving measured environmental quality.
- Economic effectiveness—the impact of policies on the overall economy. This criterion includes the concept of economic efficiency, the principle of maximizing net economic benefits. Economic welfare also includes the concept of cost-effectiveness, the principle of attaining a given level of environmental performance at lowest aggregate cost.
- Distributional and social impacts—also known as 'distributional equity,' this criterion concerns the allocation of costs and benefits of policies to different groups and sectors within and across economies over time. It includes, often, a special focus on impacts on the least well-off members of societies within countries and around the world.
- Institutional and political feasibility—whether policies can be implemented in light of available institutional capacity, the political constraints that governments face, and other factors that are essential to making a policy viable.

All criteria can be applied with regard to the immediate 'static' impacts of policies and from a long-run 'dynamic' perspective that accounts for the many adjustments in the economic, social and political systems. Criteria may be mutually reinforcing, but there may also be conflicts or tradeoffs among them. Policies designed for maximum environmental effectiveness or economic performance may fare less well on other criteria, for example. Such tradeoffs arise at multiple levels of governing systems. For example, it may be necessary to design international agreements with flexibility so that it is feasible for a large number of diverse countries to accept them, but excessive flexibility may undermine incentives to invest in cost-effective long-term solutions.

**Policymakers make use of many different policy instruments at the same time**. Theory can provide some guidance on the normative advantages and disadvantages of alternative policy instruments in light of the criteria discussed above. The range of different policy instruments includes [3.8, 15.3]:

- Economic incentives, such as taxes, tradable allowances, fines, and subsidies
- Direct regulatory approaches, such as technology or performance standards
- Information programmes, such as labelling and energy audits
- Government provision, for example of new technologies or in state enterprises
- Voluntary actions, initiated by governments, firms, and non-governmental organizations (NGOs)

Since AR4, the inventory of research on these different instruments has grown, mostly with reference to experiences with policies adopted within particular sectors and countries as well as the many interactions between policies. One implication of that research has been that international agreements that aim to coordinate across countries reflect the practicalities on the particular policy choices of national governments and other jurisdictions.

**The diversity in policy goals and instruments highlights differences in how sectors and countries are organized economically and politically as well as the multi-level nature of mitigation**. Since AR4, one theme of research in this area has been that the success of mitigation measures depends in part on the presence of institutions capable of designing and implementing regulatory policies and the willingness of respective publics to accept these policies. Many policies have effects, sometimes unanticipated, across multiple jurisdictions—across cities, regions and countries—because the economic effects of policies and the technological options are not contained within a single jurisdiction. [13.2.2.3, 14.1.3, 15.2, 15.9]

**Interactions between policy instruments can be welfare-enhancing or welfare-degrading**. The chances of welfare-enhancing interactions are particularly high when policy instruments address multiple different market failures—for example, a subsidy or other policy instrument aimed at boosting investment in R&D on less emission-intensive technologies can complement policies aimed at controlling emissions, as can regulatory intervention to support efficient improvement of end-use energy efficiency. By contrast, welfare-degrading interactions are particularly likely when policies are designed to achieve identical goals. Narrowly targeted policies such as support for deployment (rather than R&D) of particular energy technologies that exist in tandem with broader economy-wide policies aimed at reducing emissions (for example, a cap-and-trade emissions scheme) can have the effect of shifting the mitigation effort to particular sectors of the economy in ways that typically result in higher overall costs. [3.8.6, 15.7, 15.8]

**There are a growing number of countries devising policies for adaptation, as well as mitigation, and there may be benefits to considering the two within a common policy framework** (*medium evidence, low agreement*). However, there are divergent views on whether adding adaptation to mitigation measures in the policy portfolio encourages or discourages participation in international cooperation [1.4.5, 13.3.3]. It is recognized that an integrated approach can be valuable, as there exist both synergies and tradeoffs [16.6].

**Traditionally, policy design, implementation, and evaluation has focused on governments as central designers and implementers of policies, but new studies have emerged on government acting in a coordinating role** (*medium confidence*). In these cases, governments themselves seek to advance voluntary approaches, especially when traditional forms of regulation are thought to be inadequate or

TS

the best choices of policy instruments and goals is not yet apparent. Examples include voluntary schemes that allow individuals and firms to purchase emission credits that offset the emissions associated with their own activities such as flying and driving. Since AR4, a substantial new literature has emerged to examine these schemes from positive and normative perspectives. [13.12, 15.5.7]

**The successful implementation of policy depends on many factors associated with human and institutional behaviour** (*very high confidence*). One of the challenges in designing effective instruments is that the activities that a policy is intended to affect—such as the choice of energy technologies and carriers and a wide array of agricultural and forestry practices—are also influenced by social norms, decision-making rules, behavioural biases, and institutional processes [2.4, 3.10]. There are examples of policy instruments made more effective by taking these factors into account, such as in the case of financing mechanisms for household investments in energy efficiency and renewable energy that eliminate the need for up-front investment [2.4, 2.6.5.3]. Additionally, the norms that guide acceptable practices could have profound impacts on the baselines against which policy interventions are evaluated, either magnifying or reducing the required level of policy intervention [1.2.4, 4.3, 6.5.2].

**Climate policy can encourage investment that may otherwise be suboptimal because of market imperfections** (*very high con-*

*fidence*). Many of the options for energy efficiency as well as low-carbon energy provision require high up-front investment that is often magnified by high-risk premiums associated with investments in new technologies. The relevant risks include those associated with future market conditions, regulatory actions, public acceptance, and technology cost and performance. Dedicated financial instruments exist to lower these risks for private actors—for example, credit insurance, feed-in tariffs (FITs), concessional finance, or rebates [16.4]. The design of other mitigation policies can also incorporate elements to help reduce risks, such as a cap-and-trade regime that includes price floors and ceilings [2.6.5, 15.5, 15.6].

## TS.4.2   Sectoral and national policies

**There has been a considerable increase in national and subnational mitigation plans and strategies since AR4** (Figure TS.36). These plans and strategies are in their early stages of development and implementation in many countries, making it difficult to assess whether and how they will result in appropriate institutional and policy change, and therefore, their impact on future GHG emissions. However, to date these policies, taken together, have not yet achieved a substantial deviation in GHG emissions from the past trend. Theories of institutional change suggest they might play a role in shaping incentives, political contexts, and policy paradigms in a way that encourages



**Figure TS.36|** National climate legislation and strategies in 2007 and 2012. Regions include NAI (Non Annex I countries—developing countries), AI (Annex I countries—developed countries), LAM (Latin America), MAF (Middle East and Africa), ASIA (Asia), EIT (Economies in Transition), OECD-1990; see Annex II.2 for more details. In this figure, climate legislation is defined as mitigation-focused legislation that goes beyond sectoral action alone. Climate strategy is defined as a non-legislative plan or framework aimed at mitigation that encompasses more than a small number of sectors, and that includes a coordinating body charged with implementation. International pledges are not included, nor are sub-national plans and strategies. The panel shows proportion of GHG emissions covered. [Figure 15.1]

GHG emissions reductions in the future [15.1, 15.2]. However, many baseline scenarios (i.e., those without additional mitigation policies) show concentrations that exceed 1000 ppm $CO_2$eq by 2100, which is far from a concentration with a *likely* probability of maintaining temperature increases below 2 °C this century. Mitigation scenarios suggest that a wide range of environmentally effective policies could be enacted that would be consistent with such goals [6.3]. In practice, climate strategies and the policies that result are influenced by political economy factors, sectoral considerations, and the potential for realizing co-benefits. In many countries, mitigation policies have also been actively pursued at state and local levels. [15.2, 15.5, 15.8]

**Since AR4, there is growing political and analytical attention to co-benefits and adverse side-effects of climate policy on other objectives and vice versa that has resulted in an increased focus on policies designed to integrate multiple objectives** (*high confidence*). Co-benefits are often explicitly referenced in climate and sectoral plans and strategies and often enable enhanced political support [15.2]. However, the analytical and empirical underpinnings for many of these interactive effects, and particularly for the associated welfare impacts, are under-developed [1.2, 3.6.3, 4.2, 4.8, 6.6]. The scope for co-benefits is greater in low-income countries, where complementary policies for other objectives, such as air quality, are often weak [5.7, 6.6, 15.2].

**The design of institutions affects the choice and feasibility of policy options as well as the sustainable financing of mitigation measures.** Institutions designed to encourage participation by representatives of new industries and technologies can facilitate transitions to low-GHG emissions pathways [15.2, 15.6]. Policies vary in the extent to which they require new institutional capabilities to be implemented. Carbon taxation, in most settings, can rely mainly on existing tax infrastructure and is administratively easier to implement than many other alternatives such as cap-and-trade systems [15.5]. The extent of institutional innovation required for policies can be a factor in instrument choice, especially in developing countries.

**Sector-specific policies have been more widely used than economy-wide, market-based policies** (*medium evidence, high agreement*). Although economic theory suggests that market-based, economy-wide policies for the singular objective of mitigation would generally be more cost-effective than sector-specific policies, political economy considerations often make economy-wide policies harder to design and implement than sector-specific policies [15.2.3, 15.2.6, 15.5.1]. In some countries, emission trading and taxes have been enacted to address the market externalities associated with GHG emissions, and have contributed to the fulfilment of sector-specific GHG reduction goals (*medium evidence, medium agreement*) [7.12]. In the longer term, GHG pricing can support the adoption of low-GHG energy technologies. Even if economy-wide policies were implemented, sector-specific policies may be needed to overcome sectoral market failures. For example, building codes can require energy-efficient investments where private investments would otherwise not exist [9.10]. In transport, pricing policies that raise the cost of carbon-intensive forms of private transport are

more effective when backed by public investment in viable alternatives [8.10]. Table 15.9 presents a range of sector-specific policies that have been implemented in practice. [15.1, 15.2, 15.5, 15.8, 15.9]

**Carbon taxes have been implemented in some countries and—alongside technology and other policies—have contributed to decoupling of emissions from GDP** (*high confidence*). Differentiation by sector, which is quite common, reduces cost-effectiveness that arises from the changes in production methods, consumption patterns, lifestyle shifts, and technology development, but it may increase political feasibility, or be preferred for reasons of competitiveness or distributional equity. In some countries, high carbon and fuel taxes have been made politically feasible by refunding revenues or by lowering other taxes in an environmental fiscal reform. Mitigation policies that raise government revenue (e.g., auctioned emission allowances under a cap-and-trade system or emission taxes) generally have lower social costs than approaches that do not, but this depends on how the revenue is used [3.6.3]. [15.2, 15.5.2, 15.5.3]

**Fuel taxes are an example of a sector-specific policy and are often originally put in place for objectives such as revenue—they are not necessarily designed for the purpose of mitigation** (*high confidence*). In Europe, where fuel taxes are highest, they have contributed to reductions in carbon emissions from the transport sector of roughly 50 % for this group of countries. The short-run response to higher fuel prices is often small, but long-run price elasticities are quite high, or roughly −0.6 to −0.8. This means that in the long run, 10 % higher fuel prices correlate with 7 % reduction in fuel use and emissions. In the transport sector, taxes have the advantage of being progressive or neutral in most countries and strongly progressive in low-income countries. [15.5.2]

**Cap-and-trade systems for GHG emissions are being established in a growing number of countries and regions**. Their environmental effect has so far been limited because caps have either been loose or have not yet been binding (*limited evidence, medium agreement*). There appears to have been a tradeoff between the political feasibility and environmental effectiveness of these programmes, as well as between political feasibility and distributional equity in the allocation of permits. Greater environmental effectiveness through a tighter cap may be combined with a price ceiling that improves political feasibility. [14.4.2, 15.5.3]

**Different factors reduced the price of European Union Emissions Trading System (EU ETS) allowances below anticipated levels, thereby slowing investment in mitigation** (*high confidence*). While the European Union demonstrated that a cross-border cap-and-trade system can work, the low price of EU ETS allowances in recent years provided insufficient incentives for significant additional investment in mitigation. The low price is related to unexpected depth and duration of the economic recession, uncertainty about the long-term reduction targets for GHG emissions, import of credits from the Clean Development Mechanism (CDM), and the interaction with other policy instruments,

**Table TS.9** | Sector policy instruments. The table brings together evidence on mitigation policy instruments discussed in Chapters 7 to 12. [Table 15.2]

| Policy Instruments | Energy [7.12] | Transport [8.10] | Buildings [9.10] | Industry [10.11] | AFOLU [11.10] | Human Settlements and Infrastructure |
|---|---|---|---|---|---|---|
| **Economic Instruments—Taxes (Carbon taxes may be economy-wide)** | • Carbon taxes | • Fuel taxes<br>• Congestion charges, vehicle registration fees, road tolls<br>• Vehicle taxes | • Carbon and/or energy taxes (either sectoral or economy wide) | • Carbon tax or energy tax<br>• Waste disposal taxes or charges | • Fertilizer or Nitrogen taxes to reduce nitrous oxide | • Sprawl taxes, impact fees, exactions, split-rate property taxes, tax increment finance, betterment taxes, congestion charges |
| **Economic Instruments—Tradable Allowances (May be economy-wide)** | • Emissions trading (e.g., EU ETS)<br>• Emission credits under CDM<br>• Tradable Green Certificates | • Fuel and vehicle standards | • Tradable certificates for energy efficiency improvements (white certificates) | • Emissions trading<br>• Emission credit under CDM<br>• Tradable Green Certificates | • Emission credits under the Kyoto Protocol's Clean Development Mechanism (CDM)<br>• Compliance schemes outside Kyoto protocol (national schemes)<br>• Voluntary carbon markets | • Urban-scale Cap and Trade |
| **Economic Instruments—Subsidies** | • Fossil fuel subsidy removal<br>• Feed-in-tariffs for renewable energy<br>• Capital subsidies and insurance for 1st generation Carbon Dioxide Capture and Storage (CCS) | • Biofuel subsidies<br>• Vehicle purchase subsidies<br>• Feebates | • Subsidies or Tax exemptions for investment in efficient buildings, retrofits and products<br>• Subsidized loans | • Subsidies (e.g., for energy audits)<br>• Fiscal incentives (e.g., for fuel switching) | • Credit lines for low carbon agriculture, sustainable forestry. | • Special Improvement or Redevelopment Districts |
| **Regulatory Approaches** | • Efficiency or environmental performance standards<br>• Renewable Portfolio standards for renewable energy<br>• Equitable access to electricity grid<br>• Legal status of long term $CO_2$ storage | • Fuel economy performance standards<br>• Fuel quality standards<br>• GHG emission performance standards<br>• Regulatory restrictions to encourage modal shifts (road to rail)<br>• Restriction on use of vehicles in certain areas<br>• Environmental capacity constraints on airports<br>• Urban planning and zoning restrictions | • Building codes and standards<br>• Equipment and appliance standards<br>• Mandates for energy retailers to assist customers invest in energy efficiency | • Energy efficiency standards for equipment<br>• Energy management systems (also voluntary)<br>• Voluntary agreements (where bound by regulation)<br>• Labelling and public procurement regulations | • National policies to support REDD+ including monitoring, reporting and verification<br>• Forest law to reduce deforestation<br>• Air and water pollution control GHG precursors<br>• Land-use planning and governance | • Mixed use zoning<br>• Development restrictions<br>• Affordable housing mandates<br>• Site access controls<br>• Transfer development rights<br>• Design codes<br>• Building codes<br>• Street codes<br>• Design standards |
| **Information Programmes** | | • Fuel labelling<br>• Vehicle efficiency labelling | • Energy audits<br>• Labelling programmes<br>• Energy advice programmes | • Energy audits<br>• Benchmarking<br>• Brokerage for industrial cooperation | • Certification schemes for sustainable forest practices<br>• Information policies to support REDD+ including monitoring, reporting and verification | |
| **Government Provision of Public Goods or Services** | • Research and development<br>• Infrastructure expansion (district heating/cooling or common carrier) | • Investment in transit and human powered transport<br>• Investment in alternative fuel infrastructure<br>• Low emission vehicle procurement | • Public procurement of efficient buildings and appliances | • Training and education<br>• Brokerage for industrial cooperation | • Protection of national, state, and local forests.<br>• Investment in improvement and diffusion of innovative technologies in agriculture and forestry | • Provision of utility infrastructure such as electricity distribution, district heating/cooling and wastewater connections, etc.<br>• Park improvements<br>• Trail improvements<br>• Urban rail |
| **Voluntary Actions** | | | • Labelling programmes for efficient buildings<br>• Product eco-labelling | • Voluntary agreements on energy targets or adoption of energy management systems, or resource efficiency | • Promotion of sustainability by developing standards and educational campaigns | |

particularly related to the expansion of renewable energy as well as regulation on energy efficiency. It has proven to be politically difficult to address this problem by removing GHG emission permits temporarily, tightening the cap, or providing a long-term mitigation goal. [14.4.2]

**Adding a mitigation policy to another may not necessarily enhance mitigation.** For instance, if a cap-and-trade system has a sufficiently stringent cap then other policies such as renewable subsidies have no further impact on total GHG emissions (although they may affect costs and possibly the viability of more stringent future targets). If the cap is loose relative to other policies, it becomes ineffective. This is an example of a negative interaction between policy instruments. Since other policies cannot be 'added on' to a cap-and-trade system, if it is to meet any particular target, a sufficiently low cap is necessary. A carbon tax, on the other hand, can have an additive environmental effect to policies such as subsidies to renewables. [15.7]

**Reduction of subsidies to fossil energy can achieve significant emission reductions at negative social cost** (*very high confidence*). Although political economy barriers are substantial, many countries have reformed their tax and budget systems to reduce fuel subsidies that actually accrue to the relatively wealthy, and utilized lump-sum cash transfers or other mechanisms that are more targeted to the poor. [15.5.3]

**Direct regulatory approaches and information measures are widely used, and are often environmentally effective, though debate remains on the extent of their environmental impacts** and cost-effectiveness (*medium confidence*). Examples of regulatory approaches include energy efficiency standards; examples of information programmes include labelling programmes that can help consumers make better-informed decisions. While such approaches often work at a net social benefit, the scientific literature is divided on whether such policies are implemented with negative private costs (see Box TS.12) to firms and individuals [3.9.3, 15.5.5, 15.5.6]. Since AR4 there has been continued investigation into the 'rebound' effects (see Box TS.13) that arise when higher efficiency leads to lower energy costs and greater consumption. There is general agreement that such rebound effects exist, but there is low agreement in the literature on the magnitude [3.9.5, 5.7.2, 15.5.4].

**There is a distinct role for technology policy as a complement to other mitigation policies** (*high confidence*). Properly implemented technology policies reduce the cost of achieving a given environmental target. Technology policy will be most effective when technology-push policies (e.g., publicly funded R&D) and demand-pull policies (e.g., governmental procurement programmes or performance regulations) are used in a complementary fashion. While technology-push and demand-pull policies are necessary, they are unlikely to be sufficient without complementary framework conditions. Managing social challenges of technology policy change may require innovations in policy and institutional design, including building integrated policies that make complementary use of market incentives, authority, and norms (*medium confidence*). Since AR4, a large number of countries and subnational jurisdictions have introduced support policies for renewable

---

**Box TS.13 | The rebound effect can reduce energy savings from technological improvement**

Technological improvements in energy efficiency (EE) have direct effects on energy consumption and thus GHG emissions, but can cause other changes in consumption, production, and prices that will, in turn, affect GHG emissions. These changes are generally called 'rebound' or 'takeback' because in most cases they reduce the net energy or emissions reduction associated with the efficiency improvement. The size of EE rebound is controversial, with some research papers suggesting little or no rebound and others concluding that it offsets most or all reductions from EE policies [3.9.5, 5.7.2].

Total EE rebound can be broken down into three distinct parts: substitution-effect, income-effect, and economy-wide effect [3.9.5]. In end-use consumption, substitution-effect rebound, or 'direct rebound' assumes that a consumer will make more use of a device if it becomes more energy efficient because it will be cheaper to use. Income-effect rebound or 'indirect rebound', arises if the improvement in EE makes the consumer wealthier and leads her to consume additional products that require energy. Economy-wide rebound refers to impacts beyond the behaviour of the entity benefiting directly from the EE improvement, such as the impact of EE on the price of energy.

Analogous rebound effects for EE improvements in production are substitution towards an input with improved energy efficiency, and substitution among products by consumers when an EE improvement changes the relative prices of goods, as well as an income effect when an EE improvement lowers production costs and creates greater wealth.

Rebound is sometimes confused with the concept of carbon leakage, which often describes the incentive for emissions-intensive economic activity to migrate away from a region that restricts GHGs (or other pollutants) towards areas with fewer or no restrictions on such emissions [5.4.1, 14.4]. Energy efficiency rebound can occur regardless of the geographic scope of the adopted policy. As with leakage, however, the potential for significant rebound illustrates the importance of considering the full equilibrium effects of a mitigation policy [3.9.5, 15.5.4].

energy such as feed-in tariffs and renewable portfolio standards. These have promoted substantial diffusion and innovation of new energy technologies such as wind turbines and photovoltaic panels, but have raised questions about their economic efficiency, and introduced challenges for grid and market integration. [2.6.5, 7.12, 15.6.5]

**Worldwide investment in research in support of mitigation is small relative to overall public research spending** (*medium confidence*). The effectiveness of research support will be greatest if it is increased slowly and steadily rather than dramatically or erratically. It is important that data collection for program evaluation is built into technology policy programmes, because there is limited empirical evidence on the relative effectiveness of different mechanisms for supporting the invention, innovation and diffusion of new technologies. [15.6.2, 15.6.5]

**Government planning and provision can facilitate shifts to less energy- and GHG-intensive infrastructure and lifestyles** (*high confidence*). This applies particularly when there are indivisibilities in the provision of infrastructure as in the energy sector [7.6] (e.g., for electricity transmission and distribution or district heating networks); in the transport sector [8.4] (e.g., for non-motorized or public transport); and in urban planning [12.5]. The provision of adequate infrastructure is important for behavioural change [15.5.6].

**Successful voluntary agreements on mitigation between governments and industries are characterized by a strong institutional framework with capable industrial associations** (*medium confidence*). The strengths of voluntary agreements are speed and flexibility in phasing measures, and facilitation of barrier removal activities for energy efficiency and low-emission technologies. Regulatory threats, even though the threats are not always explicit, are also an important factor for firms to be motivated. There are few environmental impacts without a proper institutional framework. [15.5.7]

## TS.4.3    Development and regional cooperation

**Regional cooperation offers substantial opportunities for mitigation due to geographic proximity, shared infrastructure and policy frameworks, trade, and cross-border investment that would be difficult for countries to implement in isolation** (*high confidence*). Examples of possible regional cooperation policies include regionally-linked development of renewable energy power pools, networks of natural gas supply infrastructure, and coordinated policies on forestry. [14.1]

**At the same time, there is a mismatch between opportunities and capacities to undertake mitigation** (*medium confidence*). The regions with the greatest potential to leapfrog to low-carbon development trajectories are the poorest developing regions where there are few lock-in effects in terms of modern energy systems and urbanization patterns. However, these regions also have the lowest financial, technological, and institutional capacities to embark on such low-carbon development paths (Figure TS.37) and their cost of waiting is high due to unmet energy and development needs. Emerging economies already have more lock-in effects but their rapid build-up of modern energy systems and urban settlements still offers substantial opportunities for low-carbon development. Their capacity to reorient themselves to low-carbon development strategies is higher, but also faces constraints in terms of finance, technology, and the high cost of delaying the installation of new energy capacity. Lastly, industrialized economies have the largest lock-in effects, but the highest capacities to reorient their energy, transport, and urbanizations systems towards low-carbon development. [14.1.3, 14.3.2]

**Regional cooperation has, to date, only had a limited (positive) impact on mitigation** (*medium evidence, high agreement*). Nonetheless, regional cooperation could play an enhanced role in promoting mitigation in the future, particularly if it explicitly incorporates mitigation objectives in trade, infrastructure and energy policies and promotes direct mitigation action at the regional level. [14.4.2, 14.5]

**Most literature suggests that climate-specific regional cooperation in areas of policy have not played an important role in addressing mitigation challenges to date** (*medium confidence*). This is largely related to the low level of regional integration and associated willingness to transfer sovereignty to supra-national regional bodies to enforce binding agreements on mitigation. [14.4.2, 14.4.3]

**Climate-specific regional cooperation using binding regulation-based approaches in areas of deep integration, such as EU directives on energy efficiency, renewable energy, and biofuels, have had some impact on mitigation objectives** (*medium confidence*). Nonetheless, theoretical models and past experience suggest that there is substantial potential to increase the role of climate-specific regional cooperation agreements and associated instruments, including economic instruments and regulatory instruments. In this context it is important to consider carbon leakage of such regional initiatives and ways to address it. [14.4.2, 14.4.1]

**In addition, non-climate-related modes of regional cooperation could have significant implications for mitigation, even if mitigation objectives are not a component** (*medium confidence*). Regional cooperation with non-climate-related objectives but possible mitigation implications, such as trade agreements, cooperation on technology, and cooperation on infrastructure and energy, has to date also had negligible impacts on mitigation. Modest impacts have been found on the level of GHG emissions of members of regional preferential trade areas if these agreements are accompanied with environmental agreements. Creating synergies between adaptation and mitigation can increase the cost-effectiveness of climate change actions. Linking electricity and gas grids at the regional level has also had a modest impact on mitigation as it facilitated greater use of low-carbon and renewable technologies; there is substantial further mitigation potential in such arrangements. [14.4.2]

TS

**TS**



**Figure TS.37 |** Economic and governance indicators affecting regional capacities to embrace mitigation policies. Regions include EAS (East Asia), EIT (Economies in Transition), LAM (Latin America and Caribbean), MNA (Middle East and North Africa), NAM (North America), POECD (Pacific Organisation for Economic Co-operation and Development (OECD)-1990 members), PAS (South East Asia and Pacific), SAS (South Asia), SSA (sub-Saharan Africa), WEU (Western Europe), LDC (least-developed countries). Statistics refer to the year 2010 or the most recent year available. Note: The lending interest rate refers to the average interest rate charged by banks to private sector clients for short- to medium-term financing needs. The governance index is a composite measure of governance indicators compiled from various sources, rescaled to a scale of 0 to 1, with 0 representing weakest governance and 1 representing strongest governance. [Figure 14.2]

## TS.4.4   International cooperation

**Climate change mitigation is a global commons problem that requires international cooperation, but since AR4, scholarship has emerged that emphasizes a more complex and multi-faceted view of climate policy** (*very high confidence*). Two characteristics of climate change necessitate international cooperation: climate change is a global commons problem, and it is characterized by a high degree of heterogeneity in the origins of GHG emissions, mitigation opportunities, climate impacts, and capacity for mitigation and adapta-

tion [13.2.1.1]. Policymaking efforts to date have primarily focused on international cooperation as a task centrally focused on the coordination of national policies that would be adopted with the goal of mitigation. More recent policy developments suggest that there is a more complicated set of relationships between national, regional, and global policymaking, based on a multiplicity of goals, a recognition of policy co-benefits, and barriers to technological innovation and diffusion [1.2, 6.6, 15.2]. A major challenge is assessing whether decentralized policy action is consistent with and can lead to total mitigation efforts that are effective, equitable, and efficient [6.1.2.1, 13.13].



Loose coordination of policies: examples include transnational city networks and Nationally Appropriate Mitigation Actions (NAMAs);
R&D technology cooperation: examples include the Major Economies Forum on Energy and Climate (MEF), Global Methane Initiative (GMI),
or Renewable Energy and Energy Efficiency Partnership (REEEP); Other international organization (IO) GHG regulation:
examples include the Montreal Protocol, International Civil Aviation Organization (ICAO), International Maritime Organization (IMO).

**Figure TS.38** | Alternative forms of international cooperation. The figure represents a compilation of existing and possible forms of international cooperation, based upon a survey of published research, but is not intended to be exhaustive of existing or potential policy architectures, nor is it intended to be prescriptive. Examples in orange are existing agreements. Examples in blue are structures for agreements proposed in the literature. The width of individual boxes indicates the range of possible degrees of centralization for a particular agreement. The degree of centralization indicates the authority an agreement confers on an international institution, not the process of negotiating the agreement. [Figure 13.2]

**International cooperation on climate change has become more institutionally diverse over the past decade** (*very high confidence*). Perceptions of fairness can facilitate cooperation by increasing the legitimacy of an agreement [3.10, 13.2.2.4]. UNFCCC remains a primary international forum for climate negotiations, but other institutions have emerged at multiple scales, namely: global, regional, national, and local [13.3.1, 13.4.1.4, 13.5]. This institutional diversity arises in part from the growing inclusion of climate change issues in other policy arenas (e.g., sustainable development, international trade, and human rights). These and other linkages create opportunities, potential co-benefits, or harms that have not yet been thoroughly examined. Issue linkage also creates the possibility for countries to experiment with different forums of cooperation ('forum shopping'), which may increase negotiation costs and potentially distract from or dilute the performance of international cooperation toward climate goals. [13.3, 13.4, 13.5] Finally, there

has been an emergence of new transnational climate-related institutions not centred on sovereign states (e.g., public-private partnerships, private sector governance initiatives, transnational NGO programmes, and city level initiatives) [13.3.1, 13.12].

**Existing and proposed international climate agreements vary in the degree to which their authority is centralized**. As illustrated in Figure TS.38, the range of centralized formalization spans strong multilateral agreements (such as the Kyoto Protocol targets), harmonized national policies (such as the Copenhagen/Cancún pledges), and decentralized but coordinated national policies (such as planned linkages of national and sub-national emissions trading schemes) [13.4.1, 13.4.3]. Four other design elements of international agreements have particular relevance: legal bindingness, goals and targets, flexible mechanisms, and equitable methods for effort-shar-

Technical Summary

Table TS.10 | Summary of performance assessments of existing and proposed forms of cooperation. Forms of cooperation are evaluated along the four evaluation criteria described in Sections 3.7.1 and 13.2.2. [Table 13.3]

| | Mode of International Cooperation | | Assessment Criteria | | | |
|---|---|---|---|---|---|---|
| | | | Environmental Effectiveness | Aggregate Economic Performance | Distributional Impacts | Institutional Feasibility |
| Existing Cooperation [13.13.1] | UNFCCC | | Aggregate GHG emissions in Annex I countries declined by 6.0 to 9.2 % below 1990 levels by 2000, a larger reduction than the apparent 'aim' of returning to 1990 levels by 2000. | Authorized joint fulfilment of commitments, multi-gas approach, sources and sinks, and domestic policy choice. Cost and benefit estimates depend on baseline, discount rate, participation, leakage, co-benefits, adverse effects, and other factors. | Commitments distinguish between Annex I (industrialized) and non-Annex I countries. Principle of 'common but differentiated responsibility.' Commitment to 'equitable and appropriate contributions by each [party].' | Ratified (or equivalent) by 195 countries and regional organizations. Compliance depends on national communications. |
| | The Kyoto Protocol (KP) | | Aggregate emissions in Annex I countries were reduced by 8.5 to 13.6% below 1990 levels by 2011, more than the first commitment period (CP1) collective reduction target of 5.2%. Reductions occurred mainly in EITs; emissions increased in some others. Incomplete participation in CP1 (even lower in CP2). | Cost-effectiveness improved by flexible mechanisms (Joint Implementation (JI), CDM, International Emissions Trading (IET)) and domestic policy choice. Cost and benefit estimates depend on baseline, discount rate, participation, leakage, co-benefits, adverse effects, and other factors. | Commitments distinguish between developed and developing countries, but dichotomous distinction correlates only partly (and decreasingly) with historical emissions trends and with changing economic circumstances. Intertemporal equity affected by short-term actions. | Ratified (or equivalent) by 192 countries and regional organizations, but took 7 years to enter into force. Compliance depends on national communications, plus KP compliance system. Later added approaches to enhance measurement, reporting, and verification (MRV). |
| | The Kyoto Mechanisms | | About 1.4 billion tCO₂eq credits under the CDM, 0.8 billion under JI, and 0.2 billion under IET (through July 2013). Additionality of CDM projects remains an issue but regulatory reform underway. | CDM mobilized low cost options, particularly industrial gases, reducing costs. Underperformance of some project types. Some evidence that technology is transferred to non-Annex I countries. | Limited direct investment from Annex I countries. Domestic investment dominates, leading to concentration of CDM projects in few countries. Limited contributions to local sustainable development. | Helped enable political feasibility of Kyoto Protocol. Has multi-layered governance. Largest carbon markets to date. Has built institutional capacity in developing countries. |
| | Further Agreements under the UNFCCC | | Pledges to limit emissions made by all major emitters under Cancun Agreements. Unlikely sufficient to limit temperature change to 2°C. Depends on treatment of measures beyond current pledges for mitigation and finance. Durban Platform calls for new agreement by 2015, to take effect in 2020, engaging all parties. | Efficiency not assessed. Cost-effectiveness might be improved by market-based policy instruments, inclusion of forestry sector, commitments by more nations than Annex I countries (as envisioned in Durban Platform). | Depends on sources of financing, particularly for actions of developing countries. | Cancún Conference of the Parties (COP) decision; 97 countries made pledges of emission reduction targets or actions for 2020. |
| | Agreements outside the UNFCCC | G8, G20, Major Economies Forum on Energy and Climate (MEF) | G8 and MEF have recommended emission reduction by all major emitters. G20 may spur GHG reductions by phasing out of fossil fuel subsidies. | Action by all major emitters may reduce leakage and improve cost-effectiveness, if implemented using flexible mechanisms. Potential efficiency gains through subsidy removal. Too early to assess economic performance empirically. | Has not mobilized climate finance. Removing fuel subsidies would be progressive but have negative effects on oil-exporting countries and on those with very low incomes unless other help for the poorest is provided. | Lower participation of countries than UNFCCC, yet covers 70 % of global emissions. Opens possibility for forum-shopping, based on issue preferences. |
| | | Montreal Protocol on Ozone-Depleting Substances (ODS) | Spurred emission reductions through ODS phaseouts approximately 5 times the magnitude of Kyoto CP1 targets. Contribution may be negated by high-GWP substitutes, though efforts to phase out HFCs are growing. | Cost-effectiveness supported by multi-gas approach. Some countries used market-based mechanisms to implement domestically. | Later compliance period for phaseouts by developing countries. Montreal Protocol Fund provided finance to developing countries. | Universal participation, but the timing of required actions vary for developed and developing countries |
| | | Voluntary Carbon Market | Covers 0.13 billion tCO₂eq, but certification remains an issue | Credit prices are heterogeneous, indicating market inefficiencies | [No literature cited.] | Fragmented and non-transparent market. |

⟹

| Mode of International Cooperation | | | Assessment Criteria | | | |
|---|---|---|---|---|---|---|
| | | | Environmental Effectiveness | Aggregate Economic Performance | Distributional Impacts | Institutional Feasibility |
| Proposed Cooperation [13.13.2] | Proposed architectures | Strong multilateralism | Tradeoff between ambition (deep) and participation (broad). | More cost-effective with greater reliance on market mechanisms. | Multilateralism facilitates integrating distributional impacts into negotiations and may apply equity-based criteria as outlined in Ch. 4 | Depends on number of parties; degree of ambition |
| | | Harmonized national policies | Depends on net-aggregate change in ambition across countries resulting from harmonization. | More cost-effective with greater reliance on market mechanisms. | Depends on specific national policies | Depends on similarity of national policies; more similar may support harmonization but domestic circumstances may vary. National enforcement. |
| | | Decentralized architectures, coordinated national policies | Effectiveness depends on quality of standards and credits across countries | Often (though not necessarily) refers to linkage of national cap-and-trade systems, in which case cost effective. | Depends on specific national policies | Depends on similarity of national policies. National enforcement. |
| | Effort (burden) sharing arrangements | | Refer to Sections 4.6.2 for discussion of the principles on which effort (burden) sharing arrangements may be based, and Section 6.3.6.6 for quantitative evaluation. | | | |

ing [13.4.2]. Existing and proposed modes of international cooperation are assessed in Table TS.10. [13.13]

**The UNFCCC is currently the only international climate policy venue with broad legitimacy, due in part to its virtually universal membership** (*high confidence*). The UNFCCC continues to evolve institutions and systems for governance of climate change. [13.2.2.4, 13.3.1, 13.4.1.4, 13.5]

**Incentives for international cooperation can interact with other policies** (*medium confidence*). Interactions between proposed and existing policies, which may be counterproductive, inconsequential, or beneficial, are difficult to predict, and have been understudied in the literature [13.2, 13.13, 15.7.4]. The game-theoretic literature on climate change agreements finds that self-enforcing agreements engage and maintain participation and compliance. Self-enforcement can be derived from national benefits due to direct climate benefits, co-benefits of mitigation on other national objectives, technology transfer, and climate finance. [13.3.2]

**Decreasing uncertainty concerning the costs and benefits of mitigation can reduce the willingness of states to make commitments in forums of international cooperation** (*medium confidence*). In some cases, the reduction of uncertainty concerning the costs and benefits of mitigation can make international agreements less effective by creating a disincentive for states to participate [13.3.3, 2.6.4.1]. A second dimension of uncertainty, that concerning whether the policies states implement will in fact achieve desired outcomes, can lessen the willingness of states to agree to commitments regarding those outcomes [2.6.3].

**International cooperation can stimulate public and private investment and the adoption of economic incentives and direct regulations that promote technological innovation** (*medium confidence*). Technology policy can help lower mitigation costs, thereby increasing incentives for participation and compliance with international cooperative efforts, particularly in the long run. Equity issues can be affected by domestic intellectual property rights regimes, which can alter the rate of both technology transfer and the development of new technologies. [13.3, 13.9]

**In the absence of—or as a complement to—a binding, international agreement on climate change, policy linkages between and among existing and nascent international, regional, national, and sub-national climate policies offer potential climate change mitigation and adaptation benefits** (*medium confidence*). Direct and indirect linkages between and among sub-national, national, and regional carbon markets are being pursued to improve market efficiency. Linkage between carbon markets can be stimulated by competition between and among public and private governance regimes, accountability measures, and the desire to learn from policy experiments. Yet integrating climate policies raises a number of concerns about the performance of a system of linked legal rules and economic activities. [13.3.1, 15.5.3, 13.13.2.3] Prominent examples of linkages are among national and regional climate initiatives (e.g., planned linkage between the EU ETS and the Australian Emission Trading Scheme, international offsets planned for recognition by a number of jurisdictions), and national and regional climate initiatives with the Kyoto Protocol (e.g., the EU ETS is linked to international carbon markets through the project-based Kyoto Mechanisms) [13.6, 13.7, Figure 13.4, 14.4.2].

**International trade can promote or discourage international cooperation on climate change** (*high confidence*). Developing constructive relationships between international trade and climate agreements involves considering how existing trade policies and rules

can be modified to be more climate-friendly; whether border adjustment measures or other trade measures can be effective in meeting the goals of international climate policy, including participation in and compliance with climate agreements; or whether the UNFCCC, World Trade Organization (WTO), a hybrid of the two, or a new institution is the best forum for a trade-and-climate architecture. [13.8]

**The Montreal Protocol, aimed at protecting the stratospheric ozone layer, achieved reductions in global GHG emissions** (*very high confidence*). The Montreal Protocol set limits on emissions of ozone-depleting gases that are also potent GHGs, such as chlorofluorocarbons (CFCs) and hydrochlorofluorocarbons (HCFCs). Substitutes for those ozone-depleting gases (such as hydrofluorocarbons (HFCs), which are not ozone-depleting) may also be potent GHGs. Lessons learned from the Montreal Protocol, for example about the effect of financial and technological transfers on broadening participation in an international environmental agreement, could be of value to the design of future international climate change agreements (see Table TS.10). [13.3.3, 13.3.4, 13.13.1.4]

**The Kyoto Protocol was the first binding step toward implementing the principles and goals provided by the UNFCCC, but it has had limited effects on global GHG emissions because some countries did not ratify the Protocol, some Parties did not meet their commitments, and its commitments applied to only a portion of the global economy** (*medium evidence, low agreement*). The Parties collectively surpassed their collective emission reduction target in the first commitment period, but the Protocol credited emissions reductions that would have occurred even in its absence. The Kyoto Protocol does not directly influence the emissions of non-Annex I countries, which have grown rapidly over the past decade. [5.2, 13.13.1.1]

**The flexible mechanisms under the Protocol have cost-saving potential, but their environmental effectiveness is less clear** (*medium confidence*). The CDM, one of the Protocol's flexible mechanisms, created a market for GHG emissions offsets from developing countries, generating credits equivalent to nearly 1.4 GtCO$_2$eq as of October 2013. The CDM's environmental effectiveness has been mixed due to concerns about the limited additionality of projects, the validity of baselines, the possibility of emissions leakage, and recent credit price decreases. Its distributional impact has been unequal due to the concentration of projects in a limited number of countries. The Protocol's other flexible mechanisms, Joint Implementation (JI) and International Emissions Trading (IET), have been undertaken both by governments and private market participants, but have raised concerns related to government sales of emission units. (Table TS.10) [13.7.2, 13.13.1.2, 14.3.7.1]

**Recent UNFCCC negotiations have sought to include more ambitious contributions from the countries with commitments under the Kyoto Protocol, mitigation contributions from a broader set of countries, and new finance and technology mechanisms.**

Under the 2010 Cancún Agreement, developed countries formalized voluntary pledges of quantified, economy-wide GHG emission reduction targets and some developing countries formalized voluntary pledges to mitigation actions. The distributional impact of the agreement will depend in part on the magnitude and sources of financing, although the scientific literature on this point is limited, because financing mechanisms are evolving more rapidly than respective scientific assessments (*limited evidence, low agreement*). Under the 2011 Durban Platform for Enhanced Action, delegates agreed to craft a future legal regime that would be 'applicable to all Parties [...] under the Convention' and would include substantial new financial support and technology arrangements to benefit developing countries, but the delegates did not specify means for achieving those ends. [13.5.1.1, 13.13.1.3, 16.2.1]

## TS.4.5    Investment and finance

**A transformation to a low-carbon economy implies new patterns of investment.** A limited number of studies have examined the investment needs for different mitigation scenarios. Information is largely limited to energy use with global total annual investment in the energy sector at about 1200 billion USD. Mitigation scenarios that reach atmospheric CO$_2$eq concentrations in the range from 430 to 530 ppm CO$_2$eq by 2100 (without overshoot) show substantial shifts in annual investment flows during the period 2010–2029 if compared to baseline scenarios (Figure TS.39): annual investment in the existing technologies associated with the energy supply sector (e.g., conventional fossil fuelled power plants and fossil fuel extraction) would decline by 30 (2 to 166) billion USD per year (median: –20 % compared to 2010) (*limited evidence, medium agreement*). Investment in low-emissions generation technologies (renewables, nuclear, and power plants with CCS) would increase by 147 (31 to 360) billion USD per year (median: +100 % compared to 2010) during the same period (*limited evidence, medium agreement*) in combination with an increase by 336 (1 to 641) billion USD in energy efficiency investments in the building, transport and industry sectors (*limited evidence, medium agreement*). Higher energy efficiency and the shift to low-emission generation technologies contribute to a reduction in the demand for fossil fuels, thus causing a decline in investment in fossil fuel extraction, transformation and transportation. Scenarios suggest that average annual reduction of investment in fossil fuel extraction in 2010–2029 would be 116 (–8 to 369) billion USD (*limited evidence, medium agreement*). Such spillover effects could yield adverse effects on the revenues of countries that export fossil fuels. Mitigation scenarios also reduce deforestation against current deforestation trends by 50 % reduction with an investment of 21 to 35 billion USD per year (*low confidence*). [16.2.2]

**Estimates of total climate finance range from 343 to 385 billion USD per year between 2010 and 2012** (*medium confidence*). The range is based on 2010, 2011, and 2012 data. Climate finance was almost evenly invested in developed and developing countries. Around 95 % of the total was invested in mitigation (*medium confidence*). The

figures reflect the total financial flow for the underlying investments, *not the incremental investment*, i.e., the portion attributed to the mitigation/adaptation cost increment (see Box TS.14). In general, quantitative data on climate finance are limited, relate to different concepts, and are incomplete. [16.2.1.1]

**Depending on definitions and approaches, climate finance flows to developing countries are estimated to range from 39 to 120 billion USD per year during the period 2009 to 2012** (*medium confidence*). The range covers public and private flows for mitigation and adaptation. Public climate finance was 35 to 49 billion USD (2011/2012 USD) (*medium confidence*). Most public climate finance provided to developing countries flows through bilateral and multilateral institutions usually as concessional loans and grants. Under the UNFCCC, climate finance is funding provided to developing countries by Annex II Parties and averaged nearly 10 billion USD per year from

2005 to 2010 (*medium confidence*). Between 2010 and 2012, the 'fast start finance´ provided by some developed countries amounted to over 10 billion USD per year (*medium confidence*). Estimates of international private climate finance flowing to developing countries range from 10 to 72 billion USD (2009/2010 USD) per year, including foreign direct investment as equity and loans in the range of 10 to 37 billion USD (2010 USD and 2008 USD) per year over the period of 2008–2011 (*medium confidence*). Figure TS.40 provides an overview of climate finance, outlining sources and managers of capital, financial instruments, project owners, and projects. [16.2.1.1]

**Within appropriate enabling environments, the private sector, along with the public sector, can play an important role in financing mitigation**. The private sector contribution to total climate finance is estimated at an average of 267 billion USD (74 %) per year in the period 2010 to 2011 and at 224 billion USD (62 %) per year in the



**Figure TS.39|** Change of average annual investment flows in mitigation scenarios (2010−2029). Investment changes are calculated by a limited number of model studies and model comparisons for mitigation scenarios that reach concentrations within the range of 430−530 ppm $CO_2$eq by 2100 compared to respective average baseline investments. The vertical bars indicate the range between minimum and maximum estimate of investment changes; the horizontal bar indicates the median of model results. Proximity to this median value does not imply higher likelihood because of the different degree of aggregation of model results, low number of studies available and different assumptions in the different studies considered. The numbers in the bottom row show the total number of studies assessed. [Figure 16.3]

Technical Summary



**Figure TS.40** | Types of climate finance flows. 'Capital' includes all relevant financial flows. The size of the boxes is not related to the magnitude of the financial flow. [Figure 16.1]

---

### Box TS.14 | There are no agreed definitions of ´climate investment´ and 'climate finance'

'*Total climate finance*' includes all financial flows whose expected effect is to reduce net GHG emissions and/or to enhance resilience to the impacts of climate variability and the projected climate change. This covers private and public funds, domestic and international flows, expenditures for mitigation and adaptation, and adaptation to current climate variability as well as future climate change. It covers the full value of the financial flow rather than the share associated with the climate change benefit. The share associated with the climate change benefit is the incremental cost. The '*total climate finance flowing to developing countries*' is the amount of the total climate finance invested in developing countries that comes from developed countries. This covers private and public funds for mitigation and adaptation. '*Public climate finance provided to developing countries*' is the finance provided by developed countries´ governments and bilateral institutions as well as multilateral institutions for mitigation and adaptation activities in developing countries. '*Private climate finance flowing to developing countries*' is finance and investment by private actors in/from developed countries for mitigation and adaptation activities in developing countries. Under the UNFCCC, climate finance is not well-defined. Annex II Parties provide and mobilize funding for climate-related activities in developing countries.

The '*incremental investment*' is the extra capital required for the initial investment for a mitigation or adaptation project in comparison to a reference project. Incremental investment for mitigation and adaptation projects is not regularly estimated and reported, but estimates are available from models. The '*incremental cost*' reflects the cost of capital of the incremental investment and the change of operating and maintenance costs for a mitigation or adaptation project in comparison to a reference project. It can be calculated as the difference of the net present values of the two projects. Many mitigation measures have higher investment costs and lower operating and maintenance costs than the measures displaced so incremental cost tends to be lower than the incremental investment. Values depend on the incremental investment as well as projected operating costs, including fossil fuel prices, and the discount rate. The '*macroeconomic cost of mitigation policy*' is the reduction of aggregate consumption or GDP induced by the reallocation of investments and expenditures induced by climate policy (see Box TS.9). These costs do not account for the benefit of reducing anthropogenic climate change and should thus be assessed against the economic benefit of avoided climate change impacts. [16.1]

period 2011 to 2012 (*limited evidence, medium agreement*) [16.2.1]. In a range of countries, a large share of private sector climate investment relies on low-interest and long-term loans as well as risk guarantees provided by public sector institutions to cover the incremental costs and risks of many mitigation investments. The quality of a country's enabling environment—including the effectiveness of its institutions, regulations and guidelines regarding the private sector, security of property rights, credibility of policies, and other factors—has a substantial impact on whether private firms invest in new technologies and infrastructure [16.3]. By the end of 2012, the 20 largest emitting developed and developing countries with lower risk country grades for private sector investments produced 70 % of global energy related $CO_2$ emissions (*low confidence*). This makes them attractive for international private sector investment in low-carbon technologies. In many other countries, including most least-developed countries, low-carbon investment will often have to rely mainly on domestic sources or international public finance. [16.4.2]

**A main barrier to the deployment of low-carbon technologies is a low risk-adjusted rate of return on investment vis-à-vis high-carbon alternatives** (*high confidence*). Public policies and support instruments can address this either by altering the average rates of return for different investment options, or by creating mechanisms to lessen the risks that private investors face [15.12, 16.3]. Carbon pricing mechanisms (carbon taxes, cap-and-trade systems), as well as renewable energy premiums, FITs, RPSs, investment grants, soft loans and credit insurance can move risk-return profiles into the required direction [16.4]. For some instruments, the presence of substantial uncertainty about their future levels (e.g., the future size of a carbon tax relative to differences in investment and operating costs) can lead to a lessening of the effectiveness and/or efficiency of the instrument. Instruments that create a fixed or immediate incentive to invest in low-emission technologies, such as investment grants, soft loans, or FITs, do not appear to suffer from this problem. [2.6.5]

# Chapters

**1**

# Introductory Chapter

**Coordinating Lead Authors:**
David G. Victor (USA), Dadi Zhou (China)

**Lead Authors:**
Essam Hassan Mohamed Ahmed (Egypt), Pradeep Kumar Dadhich (India), Jos Olivier (Netherlands), H-Holger Rogner (Germany), Kamel Sheikho (Saudi Arabia), Mitsutsune Yamaguchi (Japan)

**Contributing Authors:**
Giovanni Baiocchi (UK/Italy), Yacob Mulugetta (Ethiopia/UK), Linda Wong (USA)

**Review Editors:**
Arnulf Grübler (IIASA/Austria), Alick Muvundika (Zambia)

**This chapter should be cited as:**

Victor D.G., D. Zhou, E.H.M. Ahmed, P.K. Dadhich, J.G.J. Olivier, H-H. Rogner, K. Sheikho, and M. Yamaguchi, 2014: Introductory Chapter. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

**1**

# Contents

Executive Summary .................................................................................................................... 113

1.1    Introduction ....................................................................................................................... 114

1.2    Main messages and changes from previous assessment ................................................. 115

    1.2.1    Sustainable development ......................................................................................... 115

    1.2.2    The world macroeconomic situation ...................................................................... 116

    1.2.3    The availability, cost and performance of energy systems.................................... 118

    1.2.4    International institutions and agreements .............................................................. 120

    1.2.5    Understanding the roles of emissions other than fossil fuel $CO_2$ .......................... 122

    1.2.6    Emissions trajectories and implications for Article 2 ............................................ 124

1.3    Historical, current and future trends ............................................................................. 125

    1.3.1    Review of four decades of greenhouse gas emissions ........................................... 125

    1.3.2    Perspectives on mitigation .................................................................................... 129

    1.3.3    Scale of the future mitigation challenge ............................................................... 134

1.4    Mitigation challenges and strategies ............................................................................. 137

    1.4.1    Reconciling priorities and achieving sustainable development ............................. 137

    1.4.2    Uncertainty and risk management ......................................................................... 137

    1.4.3    Encouraging international collective action ........................................................... 139

    1.4.4    Promoting investment and technological change .................................................. 139

    1.4.5    Rising attention to adaptation ............................................................................... 140

1.5    Roadmap for WG III report ............................................................................................ 140

1.6    Frequently Asked Questions ........................................................................................... 141

References ............................................................................................................................... 143

# Executive Summary

Since the first Intergovernmental Panel on Climate Change (IPCC) assessment report (FAR) (IPCC, 1990a), the quantity and depth of scientific research on climate change mitigation has grown enormously. In tandem with scholarship on this issue, the last two decades have seen relatively active efforts around the world to design and adopt policies that control ('mitigate') the emissions of pollutants that affect the climate. The effects of those emissions are felt globally; mitigation thus involves managing the global commons and requires a measure of international coordination among nations. But the actual policies that lead to mitigation arise at the local and national levels as well as internationally. Those policies have included, among others, market-based approaches such as emission trading systems along with regulation and voluntary initiatives; they encompass many diverse economic development strategies that countries have adopted with the goal of promoting human welfare and jobs while also achieving other goals such as mitigating emissions of climate pollutants. These policies also include other efforts to address market failures, such as public investments in research and development (R&D) needed to increase the public good of knowledge about new less emission-intensive technologies and practices. International diplomacy—leading to agreements such as the United Nations Framework Convention on Climate Change (UNFCCC) and the Kyoto Protocol as well as various complementary initiatives such as the commitments pledged at the Copenhagen and Cancun Conferences of the Parties—has played a substantial role in focusing attention on mitigation of greenhouse gases (GHGs).

The field of scientific research in this area has evolved in parallel with actual policy experience allowing, in theory, insights from each domain to inform the other. Since the 4th assessment report (AR4) of IPCC (2007a; b) there have been numerous important developments in both the science and practical policy experience related to mitigation. There is growing insight into how climate change mitigation policies interact with other important social goals from the local to the national and international levels. There is also growing practical experience and scholarly research concerning a wide array of policy instruments. Scholars have developed much more sophisticated information on how public opinion influences the design and stringency of climate change mitigation policies.

Meanwhile, events in the world have had a large impact on how scientific researchers have seen the scale of the mitigation challenge and its practical policy outcomes. For example, a worldwide economic recession beginning around 2008 has affected patterns of emissions and investment in the world economy and in many countries has affected political priorities on matters related to climate change mitigation.

The present chapter identifies six conclusions. Where appropriate, we indicate not only the major findings but also our confidence in the finding and the level of supporting evidence. (For an overview of the language on agreement and confidence see Mastrandrea et al. (2011).

**First, since AR4, annual global GHG emissions have continued to grow and reached 49.5 billion tonnes (giga tonnes or Gt) of carbon dioxide equivalents ($CO_2$eq) in the year 2010, higher than any level prior to that date, with an uncertainty estimate at $\pm 10\%$ for the 90% confidence interval.** On a per-capita basis, emissions from industrialized countries that are listed in Annex I of the UNFCCC are on average 2.5 times of those from developing countries. However, since AR4, total emissions from countries not listed in Annex I have overtaken total emissions from the Annex I industrialized countries (see glossary for Annex I countries). Treating the 27 members of the EU as a single country, about ten large countries—from the industrialized and developing worlds—account for 70% of world emissions. (*robust evidence, high agreement*) [Section 1.3]. The dominant driving forces for anthropogenic emissions include population, the structure of the economy, income and income distribution, policy, patterns of consumption, investment decisions, individual and societal behaviour, the state of technology, availability of energy resources, and land-use change. In nearly all countries it is very likely that the main short-term driver of changes in the level of emissions is the overall state of the economy. In some countries there is also a significant role for climate policies focused on controlling emissions. (*medium evidence, medium agreement*) [1.3]

**Second, national governments are addressing climate change in the context of other national priorities, such as energy security and alleviation of poverty.** In nearly all countries the most important driving forces for climate policy are not solely the concern about climate change. (*medium evidence, medium agreement*) [1.2 and 1.4]. Studies on policy implementation show that improvements to climate policy programs need to engage these broader national priorities. Despite the variety of existing policy efforts and the existence of the UNFCCC and the Kyoto Protocol, GHG emissions have grown at about twice the rate in the recent decade (2000–2010) than any other decade since 1970. (*robust evidence, high agreement*) [1.3.1]

**Third, the current trajectory of global annual and cumulative emissions of GHGs is inconsistent with widely discussed goals of limiting global warming at 1.5 to 2 degrees Celsius above the pre-industrial level** (*medium evidence, medium agreement*). [1.2.1.6 and 1.3.3] The ability to link research on mitigation of emissions to actual climate outcomes, such as average temperature, has not substantially changed since AR4 due to a large number of uncertainties in scientific understanding of the physical sensitivity of the climate to the build-up of GHGs discussed in Working Group I of the IPCC (WGI). Those physical uncertainties are multiplied by the many socioeconomic uncertainties that affect how societies would respond to emission control policies (*low evidence, high agreement*). Acknowledging these uncertainties, mitigating emissions along a pathway that would be cost-effective and consistent with likely avoiding warming of more than 2 degrees implies that nearly all governments promptly engage in international cooperation, adopt stringent national and international emission control policies, and deploy rapidly a wide array of low- and zero-emission technologies. Modelling studies that adopt

**1**

assumptions that are less ideal—for example, with international cooperation that emerges slowly or only restricted availability of some technologies—show that achieving this 2 degree goal is much more costly and requires deployments of technology that are substantially more aggressive than the least-cost strategies (*robust evidence, medium agreement*) [1.3.3]. The assumptions needed to have a likely chance of limiting warming to 2 degrees are very difficult to satisfy in real world conditions (*medium evidence; low agreement*). The tenor of modelling research since AR4 suggests that the goal of stabilizing warming at 1.5 degrees Celsius is so challenging to achieve that relatively few modelling studies have even examined it in requisite detail (*low evidence, medium agreement*) [1.3.3].

**Fourth, deep cuts in emissions will require a diverse portfolio of policies, institutions, and technologies as well as changes in human behaviour and consumption patterns** (*high evidence; high agreement*). There are many different development trajectories capable of substantially mitigating emissions; the ability to meet those trajectories will be constrained if particular technologies are removed from consideration. It is virtually certain that the most appropriate policies will vary by sector and country, suggesting the need for flexibility rather than a singular set of policy tools. In most countries the actors that are relevant to controlling emissions aren't just national governments. Many diverse actors participate in climate policy from the local to the global levels—including a wide array of nongovernmental organizations representing different environmental, social, business and other interests. (*robust evidence, medium agreement*) [1.4]

**Fifth, policies to mitigate emissions are extremely complex and arise in the context of many different forms of uncertainty.** While there has been much public attention to uncertainties in the underlying science of climate change—a topic addressed in detail in the WGI and II reports—profound uncertainties arise in the socioeconomic factors addressed here in WGIII. Those uncertainties include the development and deployment of technologies, prices for major primary energy sources, average rates of economic growth and the distribution of benefits and costs within societies, emission patterns, and a wide array of institutional factors such as whether and how countries cooperate effectively at the international level. In general, these uncertainties and complexities multiply those already identified in climate science by WGI and WGII. The pervasive complexities and uncertainties suggest that there is a need to emphasize policy strategies that are robust over many criteria, adaptive to new information, and able to respond to unexpected events. (*medium evidence, medium agreement*) [1.2].

**Sixth, there are many important knowledge gaps that additional research could address. This report points to at least two of them.** First is that the scholarship has developed increasingly sophisticated techniques for assessing risks, but so far those risk management techniques have not spread into widespread use in actual mitigation strategies. Risk management requires drawing attention to the interactions between mitigation and other kinds of policy responses such as

adaptation to climate change; they require more sophisticated understanding of how humans perceive risk and respond to different kinds of risks. And such strategies require preparing for possible extreme climate risks that may implicate the use of geoengineering technologies as a last resort in response to climate emergencies (*limited evidence, low agreement*). Second, the community of analysts studying mitigation has just begun the process of examining how mitigation costs and feasibility are affected by 'real world' assumptions such as possible limited availability of certain technologies. Improving this line of research could radically improve the utility of studies on mitigation and will require integration of insights from a wide array of social science disciplines, including economics, psychology, political science, sociology and others.

# 1.1    Introduction

Working Group III (WGIII) of the Intergovernmental Panel on Climate Change (IPCC) is charged with assessing scientific research related to the mitigation of climate change. 'Mitigation' is the effort to control the human sources of climate change and their cumulative impacts, notably the emission of greenhouse gases (GHGs) and other pollutants, such as black carbon particles, that also affect the planet's energy balance. Mitigation also includes efforts to enhance the processes that remove GHGs from the atmosphere, known as sinks (see glossary (Annex I) for definition). Because mitigation lowers the anticipated effects of climate change as well as the risks of extreme impacts, it is part of a broader policy strategy that includes adaptation to climate impacts—a topic addressed in more detail in WGII. There is a special role for international cooperation on mitigation policies because most GHGs have long atmospheric lifetimes and mix throughout the global atmosphere. The effects of mitigation policies on economic growth, innovation, and spread of technologies and other important social goals also implicate international concern because nations are increasingly inter-linked through global trade and economic competition. The economic effects of action by one nation depend, in part, on the action of others as well. Yet, while climate change is fundamentally a global issue, the institutions needed for mitigation exist at many different domains of government, including the local and national level.

This chapter introduces the major issues that arise in mitigation policy and also frames the rest of the WGIII Contribution to the AR5. First we focus on the main messages since the publication of AR4 in 2007 (Section 1.2). Then we look at the historical and future trends in emissions and driving forces, noting that the scale of the mitigation challenge has grown enormously since 2007 due to rapid growth of the world economy and the continued lack of much overt effort to control emissions. This trend raises questions about the viability of widely discussed goals such as limiting climate warming to 2 degrees Celsius since the pre-industrial period (Section 1.3). Then we look at the

conceptual issues—such as sustainable development, green growth, and risk management—that frame the mitigation challenge and how those concepts are used in practice (Section 1.4). Finally, we offer a roadmap for the rest of the volume (Section 1.5).

## 1.2 Main messages and changes from previous assessment

Since AR4, there have been many developments in the world economy, emissions, and policies related to climate change. Here we review six of the most consequential trends and then examine their implications for this Fifth Assessment Report by the IPCC (AR5).

### 1.2.1 Sustainable development

Since AR4 there has been a substantial increase in awareness of how climate change interacts with the goal of sustainable development (see Chapter 4 in this volume and WGII Chapter 20). While there is no single widely accepted definition of sustainable development, the concept implies integrating economic growth with other goals such as eradication of poverty, environmental protection, job creation, security, and justice (World Commission on Environment and Development, 1987; UNDP, 2009; ADB et al., 2012; OECD, 2012; ILO, 2012; United Nations, 2012). Countries differ enormously in which of these elements they emphasize, and for decades even when policymakers and scientific analysts have all embraced the concept of sustainable development they have implied many different particular goals. Since AR4, new concepts have emerged that are consistent with this broader paradigm, such as 'green growth' and 'green economy'—concepts that also reflect the reality that policy is designed to maximize multiple objectives. The practical implications of sustainable development are defined by societies themselves. In many respects, this multi-faceted understanding of sustainable development is not new as it reflects the effort in the social sciences over the last century to develop techniques for measuring and responding to the many positive and negative externalities that arise as economies evolve—concepts discussed in more detail in Chapter 3 of this volume.

New developments since AR4 have been the emergence of quantitative modelling frameworks that explore the synergies and tradeoffs between the different components of sustainable development including climate change (e.g., McCollum et al., 2011; Riahi et al., 2012; Howells et al., 2013).

Scientific research has examined at least three major implications of sustainable development for the mitigation of emissions. First, since AR4 there have been an exceptionally large number of studies that

have focused on how policies contribute to particular elements of sustainable development. Examples include:

- The ways that biofuel programs have an impact on poverty alleviation, employment, air quality, rural development, and energy/ food security (see 11.13), such as in Brazil (La Rovere et al., 2011) and the United States (Leiby and Rubin, 2013).
- The socioeconomic implications of climate and energy policies in the EU (Böhringer and Keller, 2013; Boussena and Locatelli, 2013).
- The impacts of Chinese energy efficiency targets on the country's emissions of warming gases (Hu and Rodriguez Monroy, 2012; Paltsev et al., 2012) and the evolution of energy technologies (Xie, 2009; Zhang, 2010; Guo, 2011; Ye, 2011; IEA, 2013).
- The government of India's Jawaharlal Nehru National Solar Mission (JNNSM) that utilizes a wide array of policies with the goal of making solar power competitive with conventional grid power by 2022 (Government of India, 2009).
- The Kyoto Protocol's Clean Development Mechanism (CDM), which was explicitly designed to encourage investment in projects that mitigate GHG emissions while also advancing sustainable development (UNFCCC, 2012d; Wang et al., 2013). Since AR4, researchers have examined the extent to which the CDM has actually yielded such dividends for job creation, rural development, and other elements of sustainable development (Rogger et al., 2011; Subbarao and Lloyd, 2011).

Chapters in this report that cover the major economic sectors (Chapters 7–11) as well as spatial development (Chapter 12) examine such policies. The sheer number of policies relevant to mitigation has made it impractical to develop a complete inventory of such policies let alone a complete systematic evaluation of their impacts. Since AR4, real world experimentation with policies has evolved more rapidly than careful scholarship can evaluate the design and impact of such policies.

A second consequence of new research on sustainable development has been closer examination of the interaction between different policy instruments. Since the concept of sustainable development implies a multiplicity of goals and governments aim to advance those goals with a multiplicity of policies, the interactions between policy interventions can have a large impact on the extent to which goals are actually achieved. Those interactions can also affect how policy is designed, implemented, and evaluated—a matter that is examined in several places in this report (Chapters 3–4, 14–15).

For example, the European Union (EU) has implemented an Emission Trading Scheme (ETS) that covers about half of the EU's emissions, along with an array of other policy instruments. Since AR4 the EU has expanded the ETS to cover aviation within the EU territory. Some other EU policies cover the same sectors that are included in the ETS (e.g., the deployment of renewable energy supplies) as well as sectors that are outside the ETS (e.g., energy efficiency regulations that affect buildings or agricultural policies aimed at promoting carbon sinks). Many of these policies adopted in tandem with the ETS are motivated by policy

**1**

goals, such as energy security or rural economic development, beyond just concern about climate change. Even as the price of emission credits under the ETS declined since AR4—implying that the ETS itself was having a less binding impact on emissions—the many other mitigation-related policies have remained in place (Chapters 14 and 15).

Such interactions make it impossible to evaluate individual policies in isolation from other policies that have overlapping effects. It has also given rise to a literature that has grown substantially since AR4 that explores how policies and measures adopted for one purpose might have the 'co-benefit' of advancing other goals as well. Most of that literature has looked at non-monetary co-benefits (see Sections 5.7, 7.9, 8.7, 9.7, 10.8, 11.7, 11.A.6)—for example, an energy efficiency policy adopted principally with the goal of advancing energy security might also lead to lower emissions of GHGs or other pollutants. The concept of co-benefits, however, has also raised many challenges for economic evaluation of policies, and since AR4 there have been substantial efforts to clarify how the interactions between policies influence economic welfare. Such research has underscored that while the concept of 'co-benefits' is widely used to create the impression that policies adopted for one goal yield costless improvements in other goals, the interactions can also yield adverse side-effects (see Sections 3.6.3, 4.2 and 6.6).

Third, the continued interest in how climate change mitigation interacts with goals of sustainable development has also led to challenging new perspectives on how most countries mobilize the political, financial, and administrative resources needed to mitigate emissions. More than two decades ago when the topic of climate change was first extensively debated by policymakers around the world, most scholarship treated GHG emissions as an externality that would require new policies designed explicitly with the goal of controlling emissions. Concerns about climate change would lead to policy outcomes tailored for the purpose of mitigation, and those outcomes would interact with the many other goals of sustainable development. Since AR4 policy experience and scholarship have focused on a different perspective—that for most countries a substantial portion of 'climate policy' would emerge as a derivative of other policies aimed at the many facets of sustainable development. A range of policy interventions were identified in theory to enable integration and optimization of climate change policies with other priorities such as land use planning and protection of water resources (Muller, 2012; Pittock et al., 2013; Dulal and Akbar, 2013). Similarly, many of the policies that would reduce emissions of GHGs could also have large beneficial effects on public health (Ganten et al., 2010; Li and Crawford-Brown, 2011; Groosman et al., 2011; Haines, 2012) (see Sections 6.6, 7.9.2 and WGII 11.9).

These new perspectives on the interactions between climate change and sustainable development policies have led to a more realistic view of how most governments are addressing the challenges of mitigation. However, since AR4 it has also become clear that the totality of the global effort remains inconsistent with widely discussed goals for protecting the climate, such as limiting warming to 1.5 or 2 degrees Cel-

sius. Despite the slowing down of emissions growth rate in the wake of the global financial crisis, annual volume of total emissions from emerging countries has been surging from the new century (see Section 1.3 for more details). And the mitigation progress in the developed world is slower than expectation, especially when carbon emissions embodied in trade is considered (Steinberger et al., 2012; Aichele and Felbermayr, 2012). Moreover, per capita energy consumption and emissions of some developing countries remain far lower than that of developed countries, suggesting that per capita emissions will rise as economies converge (Olivier et al., 2012).

### 1.2.2    The world macroeconomic situation

Shortly after the publication of AR4 in 2007, the world encountered a severe and deep financial crisis (Sornette and Woodard, 2010). The crisis, which spread rapidly in the second half of 2008, destabilized many of the largest financial institutions in the United States, Europe, and Japan, and shocked public confidence in the global financial system. The crisis also wiped out an estimated USD 25 trillion in value from the world's publicly traded companies, with particularly severe effects on banks (Naudé, 2009; IMF, 2009). The effects of the crisis are evident in economic growth—shown in Figure 1.1. The year 2009 witnessed the first contraction in global GDP since the Second World War (Garrett, 2010). International trade of goods and services had grown rapidly since the turn of the millennium—from 18 % of world GDP in 2000 to 28 % in 2008 (WTO, 2011). The crises caused global trade to drop to 22 % in 2009 before rebounding to 25 % in 2010. The effects of the recent economic crisis have been concentrated in the advanced industrialized countries (te Velde, 2008; Lin, 2008; ADB, 2009, 2010). While this particular crisis has been large, studies have shown that these events often recur, suggesting that there is pervasive over-confidence that policy and investment strategies can eliminate such cyclic behaviour (Reinhart and Rogoff, 2011).

Figure 1.1 reveals that countries were affected by the global economic crisis in different ways. The recessions were generally most severe in the advanced industrialized countries, but the contagion of recessions centred on the high income countries has spread, especially to countries with small, open, and export-oriented economies—in large part due to the decline in exports, commodity prices, and associated revenues. The crisis has also affected foreign direct investment (FDI) and official development assistance (ODA) (IMF, 2009, 2011) with few exceptions such as in the area of climate change where ODA for climate mitigation and adaptation increased substantially until 2010 before a decline in 2011 (OECD, 2013). The crisis also had substantial effects on unemployment across most of the major economies and on public budgets. The slow recovery and deceleration of import demand from key advanced economies continued to contribute to the noticeable slowdown in the emerging market and developing economies during 2012 (IMF, 2013). As well, some of the major emerging market economies suffered from the end of their national investment booms (IMF, 2013).



**Figure 1.1 |** Annual real growth rates of GDP by decade (left panel) and since 2000 (right panel) for four groups of countries as defined by the World Bank (World Bank, 2013): high-income, mature industrialized countries (HIC), upper-middle-income countries (UMC), lower-middle-income countries (LMC), and low-income countries (LIC) and globally. The category of 49 least developed countries (LDCs) as defined according to the United Nations (United Nations, 2013b) overlaps heavily with the 36 countries that the World Bank classifies as 'low-income'. Estimates weighted by economic size and variations to one standard deviation are shown. Growth rates weighted by size of the economy; whiskers on the decadal averages (left panel) show variation to one standard deviation within each category and decade. Sources: MER converted real growth rates from World Bank (2013) and IMF (2013b).

The continued growth of developing economies, albeit at a slower pace than before the crisis, helps to explain why global commodity prices, such as for oil and metals, have quickly rebounded (see Figure 1.2). Another factor that helps explain continued high prices for some commodities are reductions in supply in response to weakening demand. Among the many implications of high and volatile commodity prices are continued concerns about the availability and security of energy and food supply, especially in the least-developed countries. Those concerns have also reshaped, to some degree, how problems such as global climate change are viewed in many countries and societies. Where climate change mitigation has linked to these broader economic and energy security concerns it has proven politically easier to mobilize action; where they are seen in conflict the other economic and security priorities have often dominated (Chandler et al. 2002; IEA 2007; ADB 2009).

The implications of these macroeconomic patterns are many, but at least five are germane to the challenges of climate change mitigation:

- First, the momentum in global economic growth has shifted to the emerging economies—a pattern that was already evident in

the 2000s before the crisis hit. Although accelerated by the recent financial crisis, this shift in production, investment, and technology to emerging economies is a phenomenon that is consistent with the expectation that in a globalized world economy capital resources will shift to emerging economies if they can be used with greater marginal productivity commensurate with associated risks (Zhu, 2011). With that shift has been a shift in the growth of greenhouse gas emissions to these emerging economies as well.

- Second, much of this shift has arisen in the context of globalization in investment and trade, leading to higher emissions that are 'embodied' in traded goods and services, suggesting the need for additional or complementary accounting systems that reflect the ultimate consumption of manufacturing goods that cause emissions rather than just the territorial place where emissions occurred during manufacturing (Houser et al., 2008; Davis and Caldeira, 2010; Peters et al., 2011, 2012a) (see also Chapter 5).

- Third, economic troubles affect political priorities. As a general rule, hard economic times tend to focus public opinion on policies that yield immediate economic benefits that are realized close to home

**1**



**Figure 1.2** | Price indices for four major baskets of commodities: agricultural raw materials, food, crude oil, and metals. Source: IMF (2013a).

(Kahler and Lake, 2013). Long-term goals, such as global climate protection, suffer unless they are framed to resonate with these other, immediate goals. Chapter 2 of this volume looks in more detail at the wider array of factors that affect how humans perceive and manage risks that are spread out over long time horizons.

- Fourth, economic slowdown may also reduce the rate of technological progress that contributes to addressing climate change, such as in energy efficiency (Bowen et al., 2009), but for alternative views, see (Peters et al., 2012b). The crisis also has accelerated shifts in the global landscape for innovation (Gnamus, 2009). The largest emerging economies have all built effective systems for innovation and deployment of new technologies—including low emission technologies. Thus 'technology transfer' now includes 'South-South' although a central role remains for 'North-South' diffusion of technologies as part of a global effort to mitigate emissions (see also Chapters 5 and 16).

- Fifth, commodity prices remain high and volatile despite sluggish economic growth in major parts of the world economy. High costs for food have amplified concerns about competition between food production and efforts to mitigate emissions, notably through the growing of bioenergy crops (see 11.13). High prices for fossil fuels along with steel and other commodities affect the cost of building and operating different energy systems, which could in turn affect mitigation since many of the options for cutting emissions (e.g.,

power plants with carbon capture and storage technology) are relatively intensive users of steel and concrete. Relatively expensive energy will, as well, encourage conservation and efficiency. Since AR4 there have been substantial changes in the availability, cost, and performance of energy systems—a topic to which we now turn.

### 1.2.3  The availability, cost and performance of energy systems

The purpose of energy systems—from resource extraction to refining and other forms of conversion, to distribution of energy services for final consumption—is to provide affordable energy services that can catalyze economic and social development. The choice of energy systems depends on a wide array of investment and operating costs, the relative performance of different systems, infrastructures, and lifestyles. These choices are affected by many factors, such as access to information, status, access to technology, culture, price, and performance (Garnaut, 2011). The assessment of different energy options depends critically on how externalities, such as pollution, are included in the calculations.

Following a decade of price stability at low levels, since 2004 energy prices have been high and volatile (see Figure 1.2). Those prices have gone hand-in-hand with substantial geopolitical consequences that have included a growing number of oil importing countries focusing on

policies surrounding energy security (e.g., Yergin, 2011). Some analysts interpret these high prices as a sign of imminent 'peak production' of exhaustible resources with subsequent steady decline, while others have argued that the global fossil and fissile resource endowment is plentiful (Rogner, 2012). Concerns about the scarcity of resources have traditionally focused on oil (Aleklett et al., 2010), but more recently the notions of peak coal (Heinberg and Fridley, 2010), peak gas, and peak uranium (EWG, 2006) have also entered the debate (see 7.4).

Sustained high prices have encouraged a series of technological innovations that have created the possibility of large new supplies from unconventional resources (e.g., oil sands, shale oil, extra-heavy oil, deep gas, coal bed methane (CBM), shale gas, gas hydrates). By some estimates, these unconventional oil and gas sources have pushed the 'peak' out to the second half of the 21st century (GEA, 2012), and they are a reminder that 'peak' is not a static concept. These unconventional sources have raised a number of important questions and challenges, such as their high capital intensity, high energy intensity (and cost), large demands on other resources such as water for production and other potential environmental consequences. Consequently, there are many contrasting viewpoints about the future of these unconventional resources (e.g., Hirsch et al., 2006; Smil, 2011; IEA, 2012a; Jordaan, 2012; Rogner et al., 2012).

The importance of these new resources is underscored by the rapid rise of unconventional shale gas supplies in North America—a technology that had barely any impact on gas supplies at the time that the AR4 was being published in 2006, but that by 2010 accounted for one-fifth of North American gas supply with exploratory drilling elsewhere in the world now under way. This potential for large new gas supplies—not only from shale gas but also coal-bed methane, deep gas, and other sources—could lower emissions where gas competes with coal if gas losses and additional energy requirements for the fracturing process can be kept relatively small. (A modern gas-fired power plant emits about half the $CO_2$ per unit of electricity than a comparable coal-fired unit.) In the United States, 49 % of net electricity generation came from coal in 2006; by 2011 that share had declined to 43 % and by 2012 that share had declined to 37 % and could decline further as traditional coal plants face new environmental regulations as well as the competition from inexpensive natural gas (EIA, 2013a; b; d). Worldwide, however, most baseline projections still envision robust growth in the utilization of coal, which already is one of the fastest growing fuels with total consumption rising 50 % between 2000 and 2010 (IEA, 2011a). The future of coal hinges, in particular, on large emerging economies such as China and India as well as the diffusion of technologies that allow coal combustion with lower emissions (GEA, 2012).

An option of particular interest for mitigating emissions is carbon dioxide capture and storage (CCS), which would allow for the utilization of coal while cutting emissions. Without CCS or some other advanced coal combustion system, coal is the most emission intensive of all the major fossil fuels yet, as we discuss below, consumption of coal is expanding

rapidly. Thus, since AR4, CCS has figured prominently in many studies that look at the potential for large cuts in global emissions (IEA, 2010a, 2011b; GEA, 2012). However, CCS still has not attracted much tangible investment. By mid-2012 there were eight large-scale projects in operation globally and a further eight under construction. The total $CO_2$ emissions avoided by all 16 projects in operation or under construction will be about 36 million tonnes a year by 2015, which is less than 0.1 % of total expected world emissions that year (Global CCS Institute, 2012). CCS is much discussed as an option for mitigation but not much deployed. The fuller implementation of large-scale CCS systems generally requires extensive funding and an array of complementary institutional arrangements such as legal frameworks for assigning liability for long-term storage of $CO_2$. Since AR4, studies have underscored a growing number of practical challenges to commercial investment in CCS (IEA 2010b) (see also Chapter 7).

Since AR4, innovation and deployment of renewable energy supplies has been particularly notable (IEA, 2012a; GEA, 2012). The IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation (SRREN) (IPCC, 2011) provides a comprehensive assessment of the potential role of renewables in reducing GHG emissions. Globally wind electricity generating capacity has, for example, experienced double-digit annual growth rates since 2005 with an increasing share in developing countries. While still being only a small part of the world energy system, renewable technology capacities, especially wind but also solar, are growing so rapidly that their potential for large scale growth is hard to assess but could be very large (IEA, 2011b; GEA, 2012). Renewable energy potentials exist not only for stationary users via electricity but also for transportation through biofuels and electric-powered vehicles (see 11.13). Renewable energy technologies appear to hold great promise, but like all major sources of energy they also come with an array of concerns. Many renewable sources of electricity are variable and intermittent, which can make them difficult to integrate into electric grids at scale (see Chapter 7; Chapter 8 in IPCC, 2011). Some biofuels are contested due to fears for food security and high lifecycle greenhouse gas emissions of some fuel types (see Chapter 2 in IPCC, 2011; Delucchi, 2010). Other concerns are financial, since nearly every major market for renewable energy has relied heavily on a variety of policy support such as subsidies, leading investors and analysts alike to wonder whether and how these energy sources will continue to be viable for investors if subsidies are curtailed. Indeed, some governments concerned about the size of public budgets have pared back subsidies and claimed that additional cutbacks will be forthcoming.

Since AR4, there have also been substantial advances in the technological possibilities for making energy systems more efficient and responsive. The use of energy efficient devices, plants, and equipment has been legislated in many jurisdictions (RISØ, 2011). Integrating information and communication technology (ICT) into energy networks offers the potential to deliver and use energy more efficiently and flexibly, which could make it much easier to integrate variable and intermittent renewable power sources into existing electric grids. (Improved energy

storage technologies could also play a central role.) This interconnection offers the promise of energy systems—especially in electricity, where the potential for pervasive use of ICT is often called a 'smart grid'—that integrate demand response with supplies, allowing for smooth and reliable operation of grids even with fluctuating renewable supplies (EPRI, 2011). Innovations of this type may also interact with behavioural changes that can have large effects on emissions as well. For example, greater flexibility and efficiency could encourage consumers to use more energy, partially offsetting the benefits of these investments in smarter energy supply networks. Or, close attention to energy supplies could encourage shifts in behaviour that are much more frugal with energy (see Chapter 7).

A central challenge in shifting to clean energy supplies and to creating much more efficient end-use of energy is that many energy technologies require large capital costs with long time horizons. Thus, even when such technologies are cost-effective they may face barriers to entry if investors and users are not confident that needed policy and market support will be reliable. Innovations in financing—for example, mechanisms that allow households to lease solar panels rather than pay the full cost up front—can play a role in addressing such issues, as can public schemes to fund initial deployment of new technologies. Such arrangements are part of a broader effort often called 'market transformation' that, if implemented well, can lead to new trajectories for deployment of technologies that otherwise would face many barriers to entry (IEA, 2010c).

Since AR4, a large number of governments have begun to explore the expansion or introduction of nuclear power. They have also faced many challenges in the deployment and management of this technology. Countries with active nuclear power programmes have been contemplating replacing aging plants with new builds or expanding the share of nuclear power in their electricity mix for reasons of economics, supply security, and mitigation of climate change. In addition, more than 20 countries, currently, that have never had commercial reactors have launched national programmes in preparation for the introduction of the technology, and several newcomer countries have entered contractual arrangements with vendors (IAEA, 2011).

After the Fukushima accident in March 2011, an event that forced Japan to review its energy policy substantially, the future patterns in nuclear power investment have become more difficult to parse. Some countries have scaled back nuclear investment plans or ruled out new build (e.g., Switzerland, Belgium); some, notably Germany, have decided to close existing reactors. In the United States, since AR4, several reactors have been slated for closure and owners have announced that still more closures are possible—mainly for reasons of economic competitiveness since aging reactors can be costly to maintain in the face of less expensive gas-fired electricity. At the same time, in 2013 construction began on four new reactors in the United States—the first new construction in that country in three decades. Several countries preparing the introduction of nuclear power have extended the time frame for the final go-ahead decisions; only few in a very early

stage of preparation for the introduction stopped their activities altogether. In other countries, including all the countries that have been most active in building new reactors (e.g., China, India, Russia, and South Korea), there aren't many noticeable effects from Fukushima and the investment in this energy source is accelerating, despite some scale-back in the wake of Fukushima (IEA, 2012a). These countries' massive investments in nuclear were much less evident, especially in China, India and South Korea, at the time of AR4.

The Fukushima accident has also increased investment in deployment of new, safer reactor designs such as so-called 'Generation III' reactors and small modular reactors (see Chapter 7.5.4). Despite all of these new investment activities, standard baseline projections for the world energy system see nuclear power declining slightly in share as total demand rises and other electric power sources are more competitive (IEA, 2012a; EIA, 2013c). In many countries, the future competitiveness of nuclear power hinges on the adoption of policies that account for the climate change and energy security advantages of the technology.

### 1.2.4    International institutions and agreements

For more than two decades formal intergovernmental institutions have existed with the task of promoting coordination of national policies on the mitigation of emissions. In 1992, diplomats finalized the United Nations Framework Convention on Climate Change (UNFCCC), which entered into force in 1994. The first session of the Conference of the Parties (COP) to that Convention met in Berlin in 1995 and outlined a plan for new talks leading to the Kyoto Protocol in 1997, which entered into force in 2005. The main regulatory provisions of the Kyoto Protocol concerned numerical emission targets for industrialized countries (listed in Annex B of the Protocol[1]) during the years 2008 to 2012. When AR4 concluded in 2007, diplomats were in the early stages of negotiations for possible amendment of the Kyoto treaty while also exploring other mechanisms to encourage additional long-term cooperation on mitigation. The regulatory targets of the original Kyoto treaty would expire at the end of 2012. Those negotiations had been expected to finish at the COP 15 meeting in Copenhagen in 2009, but a wide number of disagreements made that impossible. Instead, talks continued while, in tandem, governments made an array of pledges that they solidified at the 2010 COP meeting in Cancun. These 'Cancun pledges' concern the policies they would adopt to mitigate emissions and other related actions on the management of climate risks; some of those pledges are contingent upon actions by other countries. The

---

[1]  In this chapter, Annex B countries are categorized as: countries that are members of Annex B; countries originally listed in Annex B but which are not members of the Kyoto Protocol (non-members are USA and Canada). Countries not listed in Annex B are referred to as non-Annex B.

91 countries that adopted these pledges account for the vast majority (about 80 %) of world emissions (UNFCCC, 2011, 2012a; b; UNEP, 2012). If fully implemented, the pledges might reduce emissions in 2020 about one-tenth below the emissions level that would have existed otherwise—not quite enough to return emissions to 2005 levels—and it would be very hard to attain widely discussed goals of stabilizing warming at 1.5 or 2 degrees without almost immediate and full participation in international agreements that coordinate substantial emission reductions (Figure 1.9). International agreements are discussed in detail in Chapter 13 of this report.

At this writing, diplomatic talks are focused on the goal of adopting a new agreement that would raise the level of ambition in mitigation and be in effect by 2020 (UNFCCC, 2012c). In tandem, governments have also made a number of important decisions, in particular the adoption at Doha in 2012 of the second commitment period of the Kyoto Protocol, from 2013 to 2020. However, five developed countries originally listed in Annex B of the Kyoto Protocol are not participating in the second commitment period: Canada, Japan, New Zealand, Russia, and the United States (UNFCCC, 2013b).

The growing complexity of international diplomacy on climate change mitigation, which has been evident especially since AR4 and the Copenhagen meeting, has led policymakers and scholars alike to look at many other institutional forms that could complement the UN-based process. Some of these initiatives imply diplomatic efforts on separate parallel tracks (see Chapter 13). Proposals exist within the Montreal Protocol on Substances that Deplete the Ozone Layer to regulate some of the gases that have replaced ozone-destroying chemicals yet have proved to have strong impacts on the climate. A wide array of other institutions has become engaged with the climate change issue. The G8—the group of Canada, France, Germany, Italy, Japan, Russia, the UK, and the USA that convenes regularly to address a wide array of global economic challenges—has repeatedly underscored the importance of limiting warming to 2 degrees and implored its members to take further actions. The G20, a much broader group of economies has put climate change matters on its large agenda; the G20 has also helped to organize active efforts to reform fossil fuel subsidies and to implement green growth strategies. The UN, itself, has a large number of complementary diplomatic efforts on related topics, such as the 'Rio+20' process.

Many other institutions are now actively addressing particular aspects of climate change mitigation, such as the International Renewable Energy Agency (IRENA), which focuses on renewable energy; the Climate and Clean Air Coalition (CCAC), which focuses on how limits on short-lived pollutants such as black carbon can help slow climate change, the International Atomic Energy Agency (IAEA), which focuses on nuclear power, the International Civil Aviation Organization (ICAO) and the International Maritime Organization (IMO) that have focused on emissions from bunker fuels, and many others with expertise in particular domains. The International Energy Agency (IEA) is now extensively engaged in analyzing how developments in the energy sector could affect patterns of emissions (e. g., IEA, 2012). Looking across these many different activities, international institutions that have engaged the climate change topic are highly decentralized rather than hierarchically organized around a single regulatory framework (Keohane and Victor, 2011). Since AR4, research on decentralized international institutions has risen sharply (Alter and Meunier, 2009; Zelli et al., 2010; Johnson and Urpelainen, 2012), building in part on similar concepts that have emerged in other areas of research on collective action (e. g., McGinnis, 1999; Ostrom, 2010).

Since AR4, there has been a sharp increase in scholarly and practical attention to how climate change mitigation could interact with other important international institutions such as the World Trade Organization (WTO) (see also Chapter 13 of this volume) (Brewer, 2010). Relationships between international trade agreements and climate change have been a matter of long standing interest in climate diplomacy and are closely related to a larger debate about how differences in environmental regulation might affect economic competitiveness as well as the spread of mitigation and adaptation technology (Gunther et al., 2012). A potential role for the WTO and other trade agreements also arises because the fraction of emissions embodied in internationally traded goods and services is rising with the globalization of manufacturing (see 1.2.1.2 above and 1.3.1 below). Trade agreements might also play a role in managing (or allowing the use of) trade sanctions that could help enforce compliance with mitigation commitments—a function that raises many legal questions as well as numerous risks that could lead to trade wars and an erosion of political support that is essential to the sustainability of an open trading system (Bacchus et al., 2010). For example, Article 3 of the UNFCCC requires that "[m]easures taken to combat climate change, including unilateral ones, should not constitute a means of arbitrary or unjustifiable discrimination or a disguised restriction on international trade." (UNFCCC, 1992). The impacts of mitigation on trade issues are also related to concerns that have been raised about how emission controls could reduce national employment and income (ILO, 2012, 2013).

Since the AR4 in 2007, the scholarly community has analyzed the potentials, design, and practices of international cooperation extensively. A body of research has emerged to explain why negotiations on complex topics such as climate change are prone to gridlock (Murase, 2011; Victor, 2011; Yamaguchi, 2012). There is also a large and vibrant research program by political scientists and international lawyers on institutional design, looking at issues such as how choices about the number of countries, type of commitments, the presence of enforcement mechanisms, schemes to reduce cost and increase flexibility, and other attributes of international agreements can influence their appeal to governments and their practical effect on behaviour (see e. g., the comprehensive reviews and assessment on these topics by Hafner-Burton, Victor, and Lupu, 2012 as well as earlier research of Abbott et al., 2000; and Koremenos, Lipson, and Snidal, 2001). Much of that research program has sought to explain when and how international institutions, such as treaties, actually help solve common

**1**

problems. Such research is part of a rich tradition of scholarship aimed at explaining whether and how countries comply with their international commitments (Downs et al., 1996; Simmons, 2010). Some of that research focuses on policy strategies that do not involve formal legalization but, instead, rely more heavily on setting norms through industry organizations, NGOs, and other groups (Vogel, 2008; Buthe and Mattli, 2011). The experience with voluntary industry standards has been mixed; in some settings these standards have led to large changes in behaviour and proved highly flexible while in others they have little or no impact or even divert attention (Rezessy and Bertoldi, 2011).

One of the many challenges in developing and analyzing climate change policy is that there are long chains of action between international institutions such as the UNFCCC and the ultimate actors whose behaviour might be affected, such as individuals and firms. We note that there have been very important efforts to engage the business community on mitigation as well as adaptation to facilitate the market transformations needed for new emission technologies and business practices to become widespread (WEF, 2009; UN Global Compact and UNEP, 2012) (see Chapter 15). While there are diverse efforts to engage these many different actors, measuring the practical impact on emissions has been extremely difficult and much of the scholarship in this area is therefore highly descriptive.

### 1.2.5   Understanding the roles of emissions other than fossil fuel $CO_2$

Much policy analysis has focused on $CO_2$ from burning fossil fuels, which comprise about 60 % of total global greenhouse gas emissions in 2010 (see Section 1.3.1 below). However, the UNFCCC and the Kyoto Protocol cover a wider array of $CO_2$ sources and of warming substances—including methane ($CH_4$), nitrous oxide ($N_2O$), perfluorocarbons (PFCs), hydrofluorocarbons (HFCs) and sulphur hexafluoride ($SF_6$). Nitrogen trifluoride ($NF_3$) was added as a GHG under the Kyoto Protocol for its second commitment period. This large list was included, in part, to create opportunities for firms and governments to optimize their mitigation efforts flexibly across different substances. The effects of different activities on the climate varies because the total level of emissions and the composition of those emissions varies. For example, at current levels the industrial and power sectors have much larger impacts on climate than agriculture (Figure 1.3).

A variety of studies have shown that allowing for trading across these different gases will reduce the overall costs of action; however, many studies also point to the complexity in agreeing on the correct time horizons and strategies for policy efforts that cover gases with such different properties (Reilly et al., 2003; Ramanathan and Xu, 2010; Shindell et al., 2012). In addition to the gases regulated under the

Kyoto Protocol, many of the gases that deplete the ozone layer—and are regulated under the Montreal Protocol on Substances that Deplete the Ozone Layer—are also strong greenhouse gases (Velders et al., 2007). Since AR4 a variety of short-lived climate pollutants (SLCPs) have come under scrutiny (UNEP, 2011a; Shindell et al., 2012; Victor et al., 2012; Smith and Mizrahi, 2013). Those include tropospheric ozone (originating from air pollutant emissions of nitrogen oxides and various forms of incompletely oxidized carbon) and aerosols (such as black carbon and organic carbon and secondary such as sulphates) that affect climate forcing (see Chapter 8, Section 8.2.2 and Section 5.2). This remains an area of active research, not least because some studies suggest that the climate impacts of short-lived pollutants like black carbon could be much larger or smaller (Ramanathan and Carmichael, 2008; Bond et al., 2013) (WGI, Chapters 7 and 8). Such pollutants could have a large role in mitigation strategies since they have a relatively swift impact on the climate—combined with mitigation of long-lived gases like $CO_2$ such strategies could make it more easily feasible to reach near-term temperature goals, but there are still many debates over the right balance of mitigation effort on short-lived and long-lived pollutants (Ramanathan and Xu, 2010; Penner et al., 2010; Victor et al., 2012; Smith and Mizrahi, 2013). By contrast, other aerosols—notably the sulphate aerosol formed from $SO_2$ emissions from the industrial and power sectors, shipping, and large-scale biomass burning—have a net cooling effect because they interact with clouds to reflect sunlight back to space (see Section 5.2 and WGI, Chapter 7.4; (Fuglestvedt et al., 2009).

Starting with the FAR, the IPCC has calculated global warming potentials (GWPs) to convert climate pollutants into common units over 20, 100, and 500 year time horizons (Chapter 2, IPCC, 1990b). Indeed, when GWPs were first presented by IPCC the analysis included the statement that "[t]hese three different time horizons are presented as candidates for discussion and should not be considered as having any special significance" (see Chapter 2, page 59 in IPCC, 1990b). In the Kyoto Protocol, diplomats chose the middle value—100 years—despite the lack of any published conclusive basis for that choice (Shine, 2009). That approach emphasizes long-lived pollutants such as $CO_2$, which are essential to stopping climate warming over many decades to centuries. As shown in Table 1.1, when GWPs are computed with a short time horizon the share of short-lived gases, notably methane, in total warming is much larger and that of $CO_2$ becomes proportionally smaller. The uncertainty in the GWPs of non-$CO_2$ substances increases with time horizon and for $GWP_{100}$ the uncertainty is about 30 % to 40 % (90 % confidence interval) (IPCC, 2013a). If policy decisions are taken to emphasize SLCPs as a means of altering short-term rates of climate change rises then alternative GWPs or other metrics and mitigation strategies may be needed (IPCC, 2009; Fuglestvedt et al., 2010; Victor et al., 2012; Daniel et al., 2012; Smith et al., 2012). Additional accounting systems may also be needed.





**Figure 1.3 |** Panel A (top left): Allocation of total GHG emissions in 2010 (49.5 GtCO₂eq/yr) across the five sectors examined in detail in this report (see Chapters 7–11). Pullout from panel A allocates indirect CO₂ emission shares from electricity and heat production to the sectors of final energy use. Panel B (top right): Allocates that same total emissions (49.5 GtCO₂eq/yr) to reveal how each sector's total increases or decreases when adjusted for indirect emissions. Panel C (lower panel): Total annual GHG emissions by groups of gases 1970–2010, along with estimated uncertainties illustrated for 2010 (whiskers). The uncertainty ranges provided by the whiskers for 2010 are illustrative given the limited literature on GHG emission uncertainties. Sources: Historic Emission Database IEA/EDGAR dataset (JRC/PBL, 2013, IEA, 2012a), see Annex II.9. Data shown for direct emissions on Panels A and B represents land-based CO₂ emissions from forest and peat fires and decay that approximate to CO₂ flux from anthropogenic emissions sources in the FOLU (Forestry and Other Land Use) sub-sector—additional detail on Agriculture and FOLU ('AFOLU', together) fluxes is in Chapter 11, Section 11.2 and Figure 11.2 and 11.6. Emissions weighted with 100-year GWPs as used in the original Kyoto Protocol (i.e., values from the SAR as those values are now widely used in policy discussions) and, in general, sectoral and national/regional analyses as recommended by the 1996 IPCC guidelines (IPCC, 1996). Using the most recent GWP-100 values from the AR5 (see WGI Section 8.6) global GHG emission totals would be slightly higher (52 GtCO₂eq) and non-CO₂ emission shares are 20 % for CH4, 5 % for N₂O and 2 % for F-gases. Error bars in panel 1.3c show the 90 % confidence interval of the emission estimates based on these sources: CO₂ from fossil fuel and industrial processes ±8.4 % (Andres et al., 2012; Kirschke et al., 2013) CO₂ from FOLU ±2.9 GtCO₂/yr (estimates from WGI table 6.1 with central value shown on figure 1.3c is per EDGAR/IEA); Methane ±20 % (Kirschke et al. 2013); Nitrous oxide ±60 % (WGI, table 6.9); F-gases ±20 % (UNEP, 2012). Readers are cautioned, however, that the literature basis for all of these uncertainty figures is very weak. There have been very few formal, documented analysis of emissions uncertainty for any gas. Indicative uncertainty for total emissions is from summing the squares of the weighted uncertainty of individual gases (see 5.2.3.4 for more detail), which yields a total uncertainty of +/−9 % for a 90 % confidence interval in 2010. We note, however, that there is insufficient published information to make a rigorous assessment of global uncertainty and other estimates suggest different uncertainties. The calculation leading to 9 % assumes complete independence of the individual gas-based estimates; if, instead, it is assumed that extreme values for the individual gases are correlated then the uncertainty range may be 19 %. Moreover, the 9 % reported here does not include uncertainties related to the choice of index (see table 1.1) and Section 1.2.5.

**1**

**Table 1.1 |** Implications of the choice of Global Warming Potential (GWP) for mitigation strategy. Table shows the main geophysical properties of the major Kyoto gases and the implications of the choice of values for GWPs with different time horizons (20, 100, or 500 years) on the share of weighted total emissions for 2010; other IPCC chapters report detail on alternative indexes such as Global Temperature change Potential (GTP) (Chapter 3; WGI Chapter 8). At present, the 100-year GWPs are used most widely, and we show those values as reported in the IPCC Second Assessment Report (SAR) in 1995 and subsequently used in the Kyoto Protocol. Note that $CO_2$ is removed by multiple processes and thus has no single lifetime (see WGI Box 6.1). We show $CF_4$ as one example of the class of perfluorocarbons (PFCs) and HFC-134a and HFC-23 as examples of hydrofluorocarbons (HFCs). All other industrial fluorinated gases listed in the Kyoto Protocol ('F-gases') are summed. We do not show warming agents that are not included in the Kyoto Protocol, such as black carbon. Emissions reported in JRC/PBL (2013) using GWPs reported in IPCC's Second, Fourth and Fifth Assessment Reports (IPCC, 1995, 2007c, 2013a). The AR4 was used for GWP-500 data; interpretation of long time horizon GWPs is particularly difficult due to uncertainties in carbon uptake and climate response—differences that are apparent in how different models respond to different pulses and scenarios for $CO_2$ and the many nonlinearities in the climate system (see WGI, Supplemental Material 8.SM.11.4 and Joos et al., 2013) and thus IPCC no longer reports 500 year GWPs. Due to changes in the GWP values from AR4 to AR5 the 500-year shares are not precisely comparable with the other GWPs reported here. Geophysical properties of the gases drawn from WGI, Appendix 8.A, Table 8.A.1—final draft data).

| Kyoto gases | Geophysical properties | | GWP-weighted share of global GHG emissions in 2010 | | | |
| | Atmospheric lifetime (year) | Instantaneous forcing (W/m²/ppb) | SAR (Kyoto) 100 years | WGI (20 and 100 years from AR5 & 500 years from AR4) 20 years | 100 years | 500 years |
|---|---|---|---|---|---|---|
| $CO_2$ | various | $1.37 \times 10^{-5}$ | 76% | 5.2% | 73% | 88% |
| $CH_4$ | 12.4 | $3.63 \times 10^{-4}$ | 16% | 42% | 20% | 7% |
| $N_2O$ | 121 | $3.00 \times 10^{-3}$ | 6.2% | 3.6% | 5.0% | 3.5% |
| F-gases: | | | 2.0% | 2.3% | 2.2% | 1.8% |
| HFC-134a | 13.4 | 0.16 | 0.5% | 0.9% | 0.4% | 0.2% |
| HFC-23 | 222 | 0.18 | 0.4% | 0.3% | 0.4% | 0.5% |
| $CF_4$ | 50,000 | 0.09 | 0.1% | 0.1% | 0.1% | 0.2% |
| $SF_6$ | 3,200 | 0.57 | 0.3% | 0.2% | 0.3% | 0.5% |
| $NF_3$ [*] | 500 | 0.20 | not applicable | 0.0% | 0.0% | 0.0% |
| Other F-gases [**] | various | various | 0.7% | 0.9% | 0.8% | 0.4% |

[*]   $NF_3$ was added for the second commitment period of the Kyoto period, $NF_3$ is included here but contributes much less than 0.1%.

[**]  Other HFCs, PFCs and $SF_6$ included in the Kyoto Protocol's first commitment period. For more details see the Glossary (Annex I).

## 1.2.6    Emissions trajectories and implications for Article 2

Chapter 1 of the WGIII AR4 found that, without major policy changes, the totality of policy efforts do not put the planet on track for meeting the objectives of Article 2 of the United Nations Framework Convention on Climate Change (UNFCCC) (IPCC, 2007a). Since then, emissions have continued to grow—a topic we examine in more detail below. Article 2 of the UNFCCC describes the ultimate objective of the Convention. It states:

> The ultimate objective of this Convention and any related legal instruments that the Conference of the Parties may adopt is to achieve, in accordance with the relevant provisions of the Convention, stabilization of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system. Such a level should be achieved within a time-frame sufficient to allow ecosystems to adapt naturally to climate change, to ensure that food production is not threatened and to enable economic development to proceed in a sustainable manner. (UNFCCC, 1992).

Interpreting the UNFCCC goal is difficult. The first part of Article 2, which calls for stabilization of GHG concentration at levels that are not 'dangerous', requires examining scientific climate impact assessments as well as normative judgments—points that are explored in detail in the WGII contribution. The second part of Article 2 is laden with conditions whose interpretation is even less amenable to scientific analysis. In light of the enormous variations in vulnerability to climate change across regions and ecosystems, it is unlikely that scientific evidence will conclude on a single such goal as 'dangerous'. Variations in what different societies mean by 'dangerous' and the risks they are willing to endure further amplify that observation. Article 2 requires that societies balance a variety of risks and benefits—some rooted in the dangers of climate change itself and others in the potential costs and benefits of mitigation and adaptation.

Since the publication of AR4 a series of high-level political events have sought to create clarity about what Article 2 means in practice. For example, the Bali Action Plan, adopted at COP 13 held in Bali, Indonesia, in December 2007, cited AR4 as a guide for negotiations over long-term cooperation to manage climate change. At the L'Aquila G8 Summit in 2009, five months before the COP15 meeting in Copenhagen, leaders "recognized the broad scientific view that the increase in

global average temperature above pre-industrial levels ought not to exceed 2 °C," and they also supported a goal of cutting emissions at least 80 % by 2050 (G8 Leaders, 2009). Later that year, an COP 15, delegates 'took note' of the Copenhagen Accord which recognized "the scientific view that the increase in global temperature should be below 2 degree Celsius," and later meetings arrived at similar conclusions (Decision1/CP.16). Ever since the 2009 Copenhagen Conference the goal of 1.5 degrees has also appeared in official UN documents, and some delegations have suggested that a 1 degree target be adopted. Some scholars suggest that these goals can create focal points that facilitate policy coordination, although there is a variety of perspectives about whether these particular goals are playing that role, in part because of growing evidence that they will be extremely difficult or impossible to attain (Schneider and Lane, 2006; National Research Council of the National Academies, 2011; Victor, 2011; Helm, 2012). Readers should note that each major IPCC assessment has examined the impacts of multiplicity of temperature changes but has left political processes to make decisions on which thresholds may be appropriate (WGIII AR4 Chapter 1).

At present, emissions are not on track for stabilization let alone deep cuts (see Section 1.3 below). This reality has led to growing research on possible extreme effects of climate change and appropriate policy responses. For example, Weitzman (2009) raised the concern that standard policy decision tools such as cost-benefit analysis and expected utility theory have difficulty dealing with climate change decisions, owing to the difficulty in assessing the probability of catastrophic impacts. Partly driven by these concerns, the literature on geoengineering options to manage solar radiation and possibly offset climate change along with technologies that allow removal of $CO_2$ and other climate-altering gases from the atmosphere has been increasing exponentially (see 6.9). Because they have theoretically high leverage on climate, geoengineering schemes to alter the planet's radiation balance have attracted particular attention; however, because they also create many risks that are difficult if not impossible to forecast, only a small but growing number of scientists have considered them seriously (Rickels et al. 2011; Gardiner 2010; IPCC 2012; Keith, Parson, and Morgan 2010).

# 1.3 Historical, current and future trends

Since AR4 there have been new insights into the scale of the mitigation challenge and the patterns in emissions. Notably, there has been a large shift in industrial economic activity toward the emerging countries—especially China—that has affected those nations' emission patterns. At the same time, emissions across the industrialized world are largely unchanged from previous levels. Many countries have adopted policies to encourage shifts to lower GHG emissions from the energy system, such as through improved energy efficiency and greater use of renewable energy technologies.

## 1.3.1 Review of four decades of greenhouse gas emissions

While there are several sources of data, the analysis here relies on the EDGAR data set (JRC/PBL, 2013) [see Annex II.9 Methods and Metrics for a complete delineation of emission categories]. We focus here on all major direct greenhouse gases (GHGs) related to human activities—including carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$), perfluorocarbons (PFCs), hydrofluorocarbons (HFCs), and sulphur hexafluoride ($SF_6$). We also examine various ozone-depleting substances (ODS), which are regulated under the Montreal Protocol due to their effects on the ozone layer but also act as long-lived GHG: chlorofluorocarbons (CFCs), hydrochlorofluorocarbons (HCFCs), and halons. Due to lack of comparable data we do not here examine black carbon, tropospheric ozone precursors, cooling aerosols, and nitrogen trifluoride ($NF_3$.) For the analyses that follow we use 100-year GWPs from the SAR because they are widely used by governments, but we are mindful that other time horizons and other global warming metrics also merit attention (see 1.2.5 above).

By sector, the largest sources of greenhouse gases were the sectors of energy production (34 %, mainly $CO_2$ from fossil fuel combustion), and agriculture, forestry and land-use (AFOLU) (24 %, mainly $CH_4$ and $N_2O$) (Figure 1.3a). Within the energy sector, most emissions originate from generation of electricity that is, in turn, used in other sectors. Thus, accounting systems in other sectors often refer to direct emissions from the sector (e.g., $CO_2$ emissions caused in industry during the production of cement) as well as 'indirect' emissions that arise outside the boundaries of that particular economic sector (e.g., the consumption of electric power in buildings causes indirect emissions in the energy supply sector (Figure 1.3a and 1.3b). Looking at the total source of greenhouse gases at present $CO_2$ contributes 76 %; $CH_4$ about 16 %, $N_2O$ about 6 % and the combined F-gases about 2 % (Figure 1.3c).

Following the breakdown in sectors discussed in this report (Chapters 7 to 11), Figure 1.3c looks at emissions over time by gas and sector. Figure 1.4 looks at those patterns over time according to different groups of countries, which reveals the effects of periodic economic slowdowns and contractions on emissions. Globally, emissions of all greenhouse gases increased by about 75 % since 1970. Over the last two decades, a particularly striking pattern has been the globalization of production and trade of manufactured goods (see Section 1.2.1.2 above). In effect, high-income countries are importing large embodied emissions from the rest of the world, mainly the upper middle-income countries (Figure 1.5).

Overall, per-capita emissions in the highly industrialized countries are roughly flat over time and remain, on average, about 5 times higher than those of the lowest income countries whose per-capita emissions are also roughly flat. Per-capita emissions from upper-middle income countries have been rising steadily over the last decade (see inset to Figure 1.4). There are substantial differences between mean and median per-capita emissions, reflecting the huge variation within



**Figure 1.4 |** Global growth in emissions of GHGs by economic region. Main figure shows world total (top line) and growth rates per decade, as well as the World Bank's four economic regions (see Figure 1.1 caption for more detail). Inset shows trends in annual per capita mean (solid lines) and median (dotted lines) GHG emissions by region 1970–2010 in tonnes of $CO_2$eq (t/cap/yr) (United Nations, 2013a). Global totals include bunker fuels; regional totals do not. The data used is from the same sources reported in Figure 1.3c. Error bars are approximated confidence interval of 1 standard deviation, derived by aggregating individual country estimates by gas and sector of the 16th and 84th emission percentiles provided by the MATCH analysis (Höhne et al., 2011); data also available at http://www.match-info.net/. However, we note that this probably over-states actual uncertainty in the totals, since individual country uncertainty estimates under this method are implicitly taken to be completely correlated. Thus, for the global totals we estimate a 90 % uncertainty range using the same method as discussed for Figure 1.3c. While in 2010 the uncertainty using that method is 9 %, over the full time period of Figure 1.4 the value varies from 9 % to 12 % with an average value of 10 %. We caution that multi-country and global uncertainty estimates remain an evolving area of research (see caption 1.3c and Section 5.2.3). Uncertainties shown on this chart are at best indicative of the unknowns but are not a definitive assessment.

these categories. Some very low income countries have extremely low per-capita emissions while some upper middle income developing countries have per-capita emissions comparable with those of some industrialized nations.

Emissions from the energy sector (mainly electricity production) and from transportation dominate the global trends. Worldwide power sector emissions have tripled since 1970 (see Figure 7.3), and transport has doubled (see Figure 8.1). Since 1990 emissions from electricity and heat production increased by 27 % for the group of OECD countries; in the rest of the world the rise has been 64 % (see Figure 7.5). Over the same period, emissions from road transport increased by 29 % in OECD countries and 61 % in the other countries (see Figure 8.3). Emissions from these systems depend on infrastructures such as power grids and roads, and thus there is also large inertia as those infrastructures are slow to change (Davis et al., 2010).

Forest related GHG emissions are due to biomass burning and decay of biomass remaining after forest burning and after logging. In addition, the data shown includes $CO_2$ emissions from decomposition of drained peatland and from peat fires (Olivier and Janssens-Maenhout, 2012). The forest related figures presented here are in line with the synthesis paper by Houghton et al. (2012) on recent estimates of carbon fluxes from land use and land cover change.

There has been a large effort to quantify the uncertainties in the historical emissions since AR4 was published. Such efforts have been difficult due to the small number of truly independent data sources, especially at the finest level of resolution such as emissions from particular sectors and countries. Uncertainties are particularly large for greenhouse gas emissions associated with agriculture and changes in land use. By contrast, recent estimates of emissions from fossil fuel combustion varied by only 2.7 % across the most widely used data sources (Macknick, 2011). In addition to variations in the total quantity of fossil fuel combusted, the coefficients used by IPCC to calculate emissions also vary from 7.2 % for coal use in industry to 1.5 % for diesel used in road transport (Olivier et al., 2010). Emissions from agriculture and land-use change are estimated to vary by 50 % (Tubiello et al., 2013), and a recent study that compared 13 different estimates of total emissions from changes in land use found broadly comparable results (Houghton et al., 2012). Since land use is a small fraction of total $CO_2$ emissions the total estimate of anthropogenic $CO_2$ emissions has uncertainty of only ±10 % (UNEP, 2012). Looking beyond $CO_2$, estimates for all other warming gases are generally more uncertain. Estimated uncertainties for global emissions of methane, nitrous oxide, and fluorine based gases are ±25 %, ±30 %, and ±20 % respectively (UNEP, 2012).

Statistically significant uncertainty quantifications require large independent and consistent data sets or estimates, which generally do not exist for historical GHG emission data. In such cases, uncertainty is referred to as 'indicative uncertainty' based on the limited information available that does not meet the standard of a rigorous statistical analysis (see 5.2.3).



**Figure 1.5** | $CO_2$ emissions from fossil fuel combustion for the four economic regions attributed on the basis of territory (solid line) and final consumption (dotted line) in gigatonnes of $CO_2$ per year (Gt/yr). The shaded areas are the net $CO_2$ trade balance (difference) between each of the four country groupings (see Figure 1.1) and the rest of the world. Blue shading indicates that the region is a net importer of emissions, leading to consumption-based $CO_2$ emission estimates that are higher than traditional territory-based emission estimates. Yellow indicates the reverse situation—net exporters of embodied emissions. Low-income countries, because they are not major players in the global trade of manufactured products, have essentially no difference between territory and consumption based estimates. For high-income countries and upper-middle-income countries, embodied emissions have grown over time. Figures based on Caldeira and Davis (2011) and Peters et al. (2012b), but with data from Eora, a global multi-regional input-output model (Lenzen et al., 2012, 2013).

When adjusting emission statistics to assign indirect GHG emissions from electricity and heat consumption to end-use sectors, as is done in panel 1.3b, the main sectors affected are the industrial and buildings sectors. Those sectors' shares in global GHG emissions then increase by 11 % and 12 % to reach levels of 31 % (industry) and 19 % (buildings). The addition of these so-called 'Scope 2' emissions is sometimes done to show or analyze the more comprehensive impact of total energy consumption of these end-use sectors to total energy-related emissions.

Figure 1.4 looks at these patterns from the global perspective over time. The AR4 worked with the most recent data available at the time (2004). Since then, the world has seen sustained accelerated annual growth of emissions—driven by $CO_2$ emissions from fossil fuel combustion. There was a temporary levelling off in 2008 linked to high fuel prices and the gathering global economic crisis, but the sustained economic growth in the emerging economies has since fuelled continued

**1**

growth in world emissions. This is particularly evident in the economic data (Figure 1.1) showing that the large group of countries other than the highly industrialized nations continue to grow despite the world economic crisis. However, growth rates globally, including in these rapidly rising countries, have been slower than the levels seen in the 1990s, which portends less rapid growth in world emissions.

Figure 1.6 shows global GHG emissions since 1970 in 20-year intervals for the five economic sectors covered in Chapters 7–11, i.e., Energy Systems, Transport, Buildings, Industry and Agriculture, Forestry and Other Land Use (AFOLU). International transport ('bunkers') are shown separately as these can neither be attributed to any of these economic sectors or country grouping. In every country grouping except low-income countries, total emissions have risen since 1970 with the largest increases evident in energy systems. The only major sector that does not display these globally rising trends is AFOLU as a growing number of countries adopt policies that lead to better protection of forests, improved yields in agriculture reduce pressure to convert natural forests to cropland, and other trends allow for a 'great restoration' of pre-

viously degraded lands (Ausubel et al., 2013). In low-income countries total emissions are dominated by trends in AFOLU; in all other country groupings the energy system plays the central role in emissions.

It is possible to decompose the trends in $CO_2$ emissions into the various factors that 'drive' these outcomes—an exercise discussed in more detail in Chapter 5. One way to decompose the factors contributing to total emissions is by the product of population, GDP per capita, energy intensity (total primary energy supply per GDP) and the carbon intensity of the energy system (carbon emitted per unit energy). This approach is also known as the 'Kaya Identity' (Kaya, 1990) and resonates with similar earlier work (Holdren and Ehrlich, 1974). A variety of studies have done these decompositions (Raupach et al., 2007; Steckel et al., 2011; Cline, 2011; Akimoto et al., 2013). Figure 1.7 shows such an analysis for the global level, and Chapter 5 in this report offers more detailed decompositions.

The analysis reveals enhanced growth in the 2000s of global income, which drove higher primary energy consumption and $CO_2$ emissions.



**Figure 1.6** | Greenhouse gas emissions measured in gigatonnes of $CO_2$eq per year (Gt/yr) in 1970, 1990 and 2010 by five economic sectors (Energy supply, Transport, Buildings, Industry, as well as Agriculture, Forestry and Other Land Use (AFOLU) and four economic regions (see caption to Figure 1.1). 'Bunkers' refer to emissions from international transportation and thus are not, under current accounting systems, allocated to any particular nation's territory. Note: The direct emission data from JRC/PBL (2013) (see Annex II.9) represents land-based $CO_2$ emissions from forest and peat fires and decay that approximate to $CO_2$ flux from anthropogenic emissions sources in the FOLU (Forestry and Other Land Use) sub-sector. For a more detailed representation of AFOLU GHG flux (Agriculture and FOLU) see Chapter 11, Section 11.2 and Figure 11.2 and 11.6. Source: same sources as reported for Figure 1.3c. We do not report uncertainties because there isn't a reliable way to estimate uncertainties resolved by regional group and sector simultaneously.



**Figure 1.7 |** Decomposition of the change in total annual $CO_2$ emissions from fossil fuel combustion by decade and four driving factors; population (light blue), GDP per capita (dark blue), energy intensity of GDP (yellow) and carbon intensity of energy (red orange). The bar segments show the changes associated with each factor alone, holding the respective other factors constant. Total emission changes are indicated by a white triangle. The change in emissions over each decade is measured in gigatonnes of $CO_2$ per year [$GtCO_2$/yr]; economic output is converted into common units using purchasing power parities; the use of market exchange rates would lower the share associated with economic output although that would still be the largest single factor. Source: updated from Steckel et al. (2011) using data from IEA (2012c; d).

(That pattern levelled around 2009 when the global recession began to have its largest effects on the world economy.) Also notable is carbon intensity: the ratio of $CO_2$ emissions to primary energy. On average, since 1970 the world's energy system has decarbonized. However, in the most recent decade there has been a slight re-carbonization. In the portions of the global economy that have grown most rapidly, low-carbon and zero-carbon fuels such as gas, nuclear power and renewables have not expanded as rapidly as relatively high-carbon coal.

Interpreting the Kaya Identity using global data masks important regional and local differences in these drivers. For example, the demographic transition in China is essentially completed while in Africa population growth remains a sizable driver. Technology—a critical factor in improving energy and carbon intensities as well as access to energy resources—varies greatly between regions (see Chapters 5 and 7). The recent re-carbonization is largely the result of expanded coal combustion in developing countries driven by high rates of economic growth, while across the highly industrialized world carbon intensity has been declining due to the shift away from high carbon fuels (notably coal) to natural gas, renewables, and also to nuclear in some countries. The simple Kaya identity relies on broad, composite indicators that neither explain causalities nor explicitly account for economic structures, behavioural patterns, or policy factors, which again vary greatly across regions. Technological change might allow for radically lower emissions in the future, but the pattern over this four-decade history suggests that the most important global driver of emissions is economic growth.

Although the average per capita income levels in the large emerging economies in 2010 were approximately 30% or less of the per capita income levels of OECD countries in 1980, their levels of carbon intensity and energy intensity are comparable with those of North America in the early 1980s (IEA, 2012b).

### 1.3.2    Perspectives on mitigation

Looking to the future, it is important to be mindful that the energy system, which accounts for the majority of GHG emissions, is slow to change even in the face of concerted policy efforts (Davis et al., 2010; WEF, 2012; GEA, 2012). For example, many countries have tried to alter trends in $CO_2$ emissions with policies that would make the energy supply system more efficient and shift to low emission fuels, including renewables and nuclear power (Chapter 7).

There are many different perspectives on which countries and peoples are accountable for the climate change problem, which should make the largest efforts, and which policy instruments are most practical and effective. Many of these decisions are political, but scientific analysis can help frame some of the options. Here we look at six different perspectives on the sources and possible mitigation obligations for world emissions—illustrated in Figure 1.8 and elsewhere in the chapter. This discussion engages questions of burden sharing in international cooperation to mitigate climate change, a topic addressed in more detail in Chapter 4.

One perspective, shown in panel A of Figure 1.8, concerns total emissions and the countries that account for that total. Twenty countries account for 75% of world emissions; just five countries account for about half. This perspective suggests that while all countries have important roles to play, the overall impact of mitigation efforts are highly concentrated in a few.

A second perspective, shown in panel B of Figure 1.8, concerns the accumulation of emissions over time. The climate change problem is fundamentally due to the 'stock' of emissions that builds up in the atmosphere. Because of the long atmospheric lifetime of $CO_2$, a fraction of the $CO_2$ emitted to the atmosphere from James Watt's steam engine that in the late 18th century helped trigger the Industrial Revolution still remains in the atmosphere. Several studies have accounted in detail for the sources of emissions from different countries over time, taking into account the geophysical processes that remove these gases (Botzen et al., 2008; Höhne et al., 2011; Wei et al., 2012). Attributing past cumulative emissions to countries is fraught with uncertainty and depends on method applied and emissions sources included. Because the uncertainties differ by source of emissions, panel B first shows just cumulative emissions from industrial sources (left bar) and then adds the lowest and highest estimates for emissions related to changes in land use (middle two bars). Many studies on the concept of 'historical responsibility' look at cumulative emissions since 1751, but that approach ignores the fact that widespread knowledge of the potential

**1**

harms of climate change is only a more recent phenomenon—dating, perhaps, to around 1990 when global diplomatic talks that led to the UNFCCC were fully under way. Thus the right bar in panel B shows cumulative emissions for all sources of $CO_2$ (including a central estimate for sources related to changes in land use) from 1990 to 2010. Each of these methods leads to a different assignment of responsible shares and somewhat different rankings. Other studies have examined other time horizons (e.g., Le Quéré et al., 2012). Many scholars who use this approach to analysing historical responsibility and similar approaches to assessing possible future contributions often refer to a fixed 'carbon budget' and identify the 'gap' between that fixed budget and allowable future emissions (e.g., IPCC, 2013b; UNEP, 2011b; Chapter 6).

A few studies have extended the concepts of historical responsibility to include other gases as well (den Elzen et al., 2013; Smith et al., 2013). For simplicity, however, in panel B we report total cumulative emissions of just $CO_2$, the long-lived gas that accounts for the vast majority of long-term climate warming. Adding other gases requires a model that can account for the different atmospheric lifetimes of those gases, which introduces yet more uncertainty and complexity in the analysis of historical responsibility. The results of such analysis are highly sensitive to choices made in the calculation. For example, the share of developed countries can be almost 80 % when excluding non-$CO_2$ GHGs, Land Use, Land-Use Change, and Forestry, and recent emissions (until 2010) or about 47 % when including these emissions (den Elzen et al., 2013). As a general rule, because emissions of long-lived gases are rising, while emissions of the distant past are highly uncertain, their influence is overshadowed by the dominance of the much higher emissions of recent decades (Höhne et al., 2011).

A third perspective concerns the effects of international trade. So far, nearly all of the statistics presented in this chapter have been organized according to the national territory where the emissions are released into the atmosphere. In reality, of course, some emissions are 'embodied' in products that are exported and discussed in more detail in Section 1.2.2. A tonne of steel produced in China but exported to the United States results in emissions in China when the fundamental demand for the steel originated in the United States. Comparing the emissions estimated from consumption and production (left and right bars of panel A) shows that the total current accounting for world emissions varies considerably—with the largest effects on China and the United States—although the overall ranking does not change much when these trade effects are included. Figure 1.5 earlier in this chapter as well as Section 1.2.1.2 present much more detailed information on this perspective.

A fourth perspective looks at per-capita emissions, shown in panel C of Figure 1.8. This perspective draws attention to fundamental differences in the patterns of development of countries. This panel shows the variation in per-capita emissions for each of the four country groupings. The large variation in emissions in low-income country reflects the large role for changes in land use, such as deforestation

and degradation. There are some low-income countries with per-capita emissions that are higher than high-income nations. Some studies have suggested that debates over concepts such as 'common but differentiated responsibility'—the guiding principle for allocating mitigation efforts in talks under the UNFCCC—should focus on individuals rather than nations and assign equal per-capita emission rights to individuals (Chakravarty et al., 2009). Still other studies have looked at the historical cumulative per-capita emissions, thus combining two of the different perspectives discussed here (Teng et al., 2012). Looking within the categories of countries shown in panel C, some developing countries already have higher per-capita emissions than some industrialized nations.

A fifth perspective is the carbon efficiency of different economies. Economies vary in how they convert inputs such as energy (and thus emissions associated with energy consumption) into economic value. This efficiency is commonly measured as the ratio of emission to unit economic output ($CO_2$/GDP) and illustrated in panel D of Figure 1.8. Typically, economies at an earlier stage of development rely heavily on extractive industries and primary processing using energy intensive methods often reinforced with subsidies that encourage excessive consumption of energy. As the economy matures it becomes more efficient and shifts to higher value-added industries, such as services, that yield low emissions but high economic output. This shift also often includes a change from higher carbon primary fuels to less carbon-intensive fuels. From this perspective, emission obligations might be adjusted to reflect each country's state of economic development while creating incentives for countries to transition to higher economic output without concomitant increases in emissions.

A sixth perspective (panel E of Figure 1.8) looks at the change of emissions between 1990 and 2010. 1990 is a base year for most of the Annex B countries in the Kyoto Protocol. That panel divides the world into three groups—the countries (listed in Annex B) that agreed to targets under the Kyoto Protocol and which formally ratified the Protocol; countries listed in Annex B but which never ratified the treaty (United States) or withdrew (Canada); and countries that joined the Kyoto Protocol but had no formal quantitative emission control targets under the treaty. If all countries listed in Annex B had joined and remained members of the Protocol those countries, on average, would have reduced emissions more than 5 % between 1990 and the compliance period of 2008–2012. From 1990 to 2008–2011, the Annex B nations have reduced their collective emissions by 20 % excluding the United States and Canada and by 9 % if including them, even without obtaining emission credits through the Kyoto Protocol's Clean Development Mechanism (CDM) (UNFCCC, 2013a). (As already noted, the United States never ratified the Kyoto Protocol; Canada ratified but later withdrew.) However, some individual countries will not meet their national target without the CDM or other forms of flexibility that allow them to assure compliance. The trends on this panel reflect many distinct underlying forces. The big decline in Ukraine, Russia, the 12 new members of the EU (EU+12) and one of the original EU members (Germany, which now includes East Germany) reflect restructur-







e)



**Figure 1.8 |** Multiple perspectives on climate change mitigation. Panel A: 2010 emission, ranked in order for the top 75 % of global total. Left bar shows ranking with consumption-based statistics, and right bar shows territorial-based (see Figure 1.5 for more detail). Panel B: Cumulative emissions since 1750 (left three bars) and since 1990 (right bar) for four different methods of emission accounting. The first method looks just at industrial sources of $CO_2$ (left bar); the second method adds to those industrial sources the lowest plausible estimate for emissions related to changes in land use (second bar), the third uses the highest plausible estimate for land use (third bar) and the final method uses median estimates for land use emissions along with median industrial emissions. (We focus here on uncertainty in land use emissions because those have higher variation than industrial sources.) Panel C: ranking of per-capita emissions by country as well as (inset) for the four groupings of countries Shadings show the 10th to 90th percentile range (light) as well as the 25th to 75th percentile range (dark); horizontal bars identify the median and diamonds the mean. Panel D: Ranking of carbon intensity of economies (emissions per unit GDP, weighted with purchasing power parity) as a function of total size of the economy as well as (inset) for the four groupings of countries Shadings show the 10th to 90th percentile range (light) as well as the 25th to 75th percentile range (dark); horizontal bars identify the median and diamonds the mean. Country names are abbreviated using the three letter standardization maintained by the International Organization for Standardization (ISO, standard 3166). Panel E: Emissions changes from 1990 to 2012 divided into Annex B of the Kyoto Protocol (countries with quantified emission targets, red orange), countries that were eligible for Annex B but are not members (Canada and the United States, yellow) and non-Annex B countries (blue). Sources: Panel A: based on Peters et al., 2011 data; Panel B: based on MATCH data (Höhne et al., 2011). High and low plausible values for land use emissions are two different datasets provided in the MATCH analysis (see Figure 1.4 for more detail and caveat); since the MATCH analysis is based on actual emission data up to 2005, the last four years are were taken from the Historic Emission Database EDGAR/IEA emission data (JRC/PBL, 2013, IEA, 2012a, See Annex II.9). Panel C: JRC/PBL, 2013 and United Nations, 2013a; Panel D: emissions from JRC/PBL, 2013 and national income PPP-adjusted from World Bank *World Development Indicators*; Panel E: JRC/PBL, 2013.

ing of those economies in the midst of a large shift away from central planning. Some of those restructuring economies used base years other than 1990, a process allowed under the Kyoto Protocol, because they had higher emissions in earlier years and a high base year arithmetically leads to larger percentage reductions. The relatively flat emissions patterns across most of the industrialized world reflect the normal growth patterns of mature economies. The sharp rise in emerging markets, notably China and India, reflect their rapid industrialization—a combination of their stage of development and pro-growth economic reforms.

There are many ways to interpret the message from this sixth perspective, which is that all countries collectively are likely to comply with the Kyoto Protocol. One interpretation is that treaties such as the Kyoto Protocol have had some impacts on emissions by setting clear stan-

dards as well as institutional reforms that have led countries to adjust their national laws. From that perspective, the presence of the Kyoto obligations is why nearly all the countries that ratified the Kyoto obligations are likely to comply. Another interpretation is that the Kyoto Protocol is a fitting illustration of the concept of 'common but differentiated responsibility', which holds that countries should undertake different efforts and that those most responsible for the underlying problem should do the most. Still another interpretation is that choice of Kyoto obligations largely reveals 'selection effects' through which countries, in effect, select which international commitments to honour. Countries that could readily comply adopted and ratified binding limits; the others avoided such obligations—a phenomenon that, according to this perspective, is evident not just in climate change agreements but other areas of international cooperation as well (e.g., Downs, Rocke, and Barsoom, 1996; Victor 2011).

**1**

Still other interpretations are possible as well, with varied implications for policy strategies and the allocation of burdens and benefits among peoples and nations.

### 1.3.3  Scale of the future mitigation challenge

Future emission volumes and their trajectories are hard to estimate, and there have been several intensive efforts to make these projections. Most such studies start with one or more 'business-as-usual (BAU)' projections that show futures without further policy interventions, along with scenarios that explore the effects of policies and sensitivities to key variables. Chapter 5 looks in more detail at the long-term historical trends in such emissions, and Chapter 6 examines the varied models that are widely used to make emission projections. Using the WGIII AR5 Scenario Database, comprised of those models described in Chapter 6 (See Annex II.10), Figure 1.9 also shows the emission trajectories over the long sweep of history from 1750 through the present and then projections out to 2100.

The long-term scenarios shown on Figure 1.9 illustrate the emissions trajectories that would be needed to stabilize atmospheric concentrations of greenhouse gases at the equivalent of around 450 ppm (430–480) and 550 ppm (530–580) $CO_2$eq by 2100. The scenarios centered on 450 ppm $CO_2$eq are likely (> 66 % chance) to avoid a rise in temperature that exceeds 2 degrees above pre-industrial levels. Scenarios reaching 550 ppm $CO_2$eq have less than a 50 % chance of avoiding warming more than 2 degrees, and the probability of limiting warming to 2 degrees further declines if there is significant overshoot of the 550 ppm $CO_2$eq concentration. It is important to note that there is no precise relationship between such temperature goals and the accumulation of emissions in the atmosphere largely because the sensitivity of the climate system to changes in atmospheric concentrations is not known with precision. There is also uncertainty in the speed at which future emissions will be net removed from the atmosphere by natural processes since those processes are not perfectly understood. If removal processes are relatively rapid and climate sensitivity is low, then a relatively large quantity of emissions might lead to small changes in global climate. If those parameters prove to have less favourable values then even modest increases in emissions could have big impacts on climate. These uncertainties are addressed in much more detail in WGI Chapter 12 and discussed in Chapter 6 of this report as well. While these uncertainties in how the natural system will respond are important, recent research suggests that a wide range of uncertainties in social systems—such as the design of policies and other institutional factors—are likely to be a much larger factor in determining ultimate impacts on warming from human emissions (Rogelj et al., 2013a; b).

Figure 1.9 underscores the scale of effort that would be needed to move from BAU emissions to goals such as limiting warming to 2 degrees. The rapid rise in emissions since 1970 (left inset) is in stark contrast with the rapid decline that would be needed over the coming century. Because it is practically difficult to orient policy around very long term goals, the middle inset examines the coming few decades—the period during which emissions would need to peak and then decline if stabilization concentrations such as 450 or 550 ppm $CO_2$eq are to be achieved.

A variety of studies have probed whether national emission reduction pledges, such as those made in the aftermath of the Copenhagen conference, would be sufficient to put the planet on track to meet the 2 degree target (Den Elzen et al., 2011; Rogelj et al., 2011). For example, Den Elzen et al. (2011) found the gap between allowable emissions to maintain a 'medium' chance (50–66 %) of meeting the 2 degree target and the total reduction estimated based on the pledges made at and after COP 15, are as big as 2.6–7.7 Gt$CO_2$e in 2020; that analysis assumed that countries would adopt least-cost strategies for mitigation emissions, but if less idealized scenarios are followed, then the gap would be even larger. A large number of other studies also look at the size of the gap between emission trajectories and the levels needed to reach goals such as 2 degrees (Clarke et al., 2009; Cline, 2011; Yamaguchi, 2012). By logical extension, limiting warming to 1.5 degrees (or even 1 degree, as some governments and analysts suggest should be the goal) is even more challenging. In a major inter-comparison of energy models, eight of 14 scenarios found that stabilizing concentrations at 450 ppm $CO_2$eq (which would be broadly consistent with stabilizing warming at 2 degrees) would be achievable under optimal conditions in which all countries participated immediately in global regulation of emissions and if a temporary overshooting of the 450 ppm goal were allowed (Clarke et al., 2009). As a general rule, it is still difficult to assess scientifically whether the Cancun pledges (which mainly concern the year 2020) are consistent with most long-term stabilization scenarios because a wide range of long-term scenarios is compatible with a wide range of 2020 emissions; as time progresses to 2030 and beyond, there is a tighter constraining relationship between allowable emissions and long-term stabilization (Riahi et al., 2013). The middle inset in figure 1.9 shows those pledges and suggests that they may be consistent with some scenarios that stabilize concentrations at around 550 ppm $CO_2$eq but are inconsistent with the least cost scenarios that would stabilize concentrations at 450 ppm $CO_2$eq.

There is no simple relationship between the next few decades and long-term stabilization because lack of much mitigation in the next decades can, in theory, be compensated by much more aggressive mitigation later in the century—if new zero- and negative-emission technologies become available for widespread use. That point is illustrated in the upper right inset which shows how assumptions about the timing of mitigation and the availability of technologies affects a subset of scenarios that stabilize concentrations between 450 ppm $CO_2$eq and 550 ppm $CO_2$eq. Least cost, optimal scenarios depart immediately from BAU trajectories. However, such goals can be reached even if there are delays in mitigation over the next two decades provided that new technologies become available that allow for extremely rapid reductions globally in the decades immediately after the delay.



**Figure 1.9** | The scale of the mitigation effort needed. Main figure shows the sweep of history from 1750 to 2010 (actual emission estimates) and published projections out to the future. Projections include baseline scenarios that do not assume new mitigation policies (grey shading), baseline scenarios that assume aggressive spread of energy efficiency technologies and changes in behaviour (purple shading), mitigation scenarios that reach concentration levels of about 550 ppm $CO_2$eq (yellow) and 450 ppm $CO_2$eq (blue). (The mitigation scenarios include those that assume optimal regulation over time and those with delays to 2030). The bottom left inset shows recent historical emissions and is the same as Figure 1.3c. The top left inset shows the same scenarios from the main figure, but with more detail over the next few decades, including the relationship between the Cancun pledges and the various stabilization scenarios. The top right panel looks instead at long-term patterns in emissions and explores the effects of delays to 2030. It focuses on a subset of the mitigation scenarios from the main panel that are consistent with limiting atmospheric concentrations of $CO_2$ to about 450 ppm $CO_2$eq to 500 ppm $CO_2$eq—a goal broadly consistent with limiting warming to about 2 degrees above pre-industrial levels by 2100 and thus a topic that many models have examined in some detail. The dark green fans show model estimates for optimal least cost strategies for stabilization; light green fans show least cost mitigation with emissions that track baseline scenarios until 2030 and then make deep cuts with the assumption that new technologies come into place. Chart also shows in light black a subset of scenarios based on the premise that very large quantities of net negative emissions (about 40 GtCO₂eq/yr by 2100) can be achieved and thus illustrate how assumptions of negative emissions technology may influence the expected time path of emissions. The black scenarios, the output of just one model, entail substantial overshoot of concentrations before stabilization is achieved and unlikely to limit warming to 2 degrees (see Chapter 6). Sources: Historical data drawn from EDGAR/IEA databases reported in IEA, 2012a See Annex II.9; projections drawn from the WGIII AR5 Scenarios Database described in greater detail in Annex II.10; estimates of the impact of the Copenhagen pledges reported in Chapter 13.

Determining the exact cost required to achieve any particular goal is difficult because the models that are used to analyze emissions must contend with many uncertainties about how the real world will evolve. While the list of those uncertainties is long, the model outcomes are particularly sensitive to five that are discussed in much more detail in Chapter 6:

- **Participation**. Studies typically analyze scenarios in which all nations participate with the same timing and level of effort, which also probably leads to the least costly total level of effort. However, a variety of 'delayed participation' scenarios are also analyzed, and with delays it becomes more difficult (and costly) to meet mitigation goals (Bertram et al., 2013; Riahi et al., 2013; Rogelj et al., 2013b; Luderer et al., 2013).

- **International institutions**. Outcomes such as global participation will require effective institutions, such as international agreements on emission reductions and schemes like international trading of emission offsets and financial transfers. If those institutions prove difficult to create or less than optimally effective then global mitigation goals are harder to reach.

- **Technology**. The least cost outcomes (and greatest ease in meeting mitigation goals) require that all emission control technologies be available as quickly as possible. In many models, meeting aggressive goals also requires the availability of negative emission technologies—for example, power plants fired with biomass and including carbon dioxide capture and storage. No such plant actually exists in the world today and with pessimistic assumptions about the availability of such technologies it becomes much harder or impossible to reach aggressive mitigation goals (Edenhofer et al., 2010; Tavoni et al., 2012; Eom et al., 2013; Kriegler et al., 2013).

- **Economic growth**. Typically, these models assume that if economic growth is high then so are emissions (and, in some models, so is the rate of technological innovation). Of course, in the real world, countries can delink economic output and emissions, such as through mitigation policy. More pessimistic assumptions about growth can make emission goals easier to reach (because there is a smaller gap between likely and desired emissions) or harder to reach (because technologies will not be invented as quickly).

- **Peak timing**. Because long-term climate change is driven by the accumulation of long-lived gases in the atmosphere (notably $CO_2$), these models are sensitive to the exact year at which emissions peak before emission reductions slow and then stop accumulation of carbon in the atmosphere. Models that allow for early peaks create more flexibility for future years, but that early peak also requires the early appearance of mitigation technologies. Later peak years allow for delayed appearance of new technologies but also require more aggressive efforts after the peak. Some models also allow for an 'overshoot' of peak concentrations, which makes it easier for the model to reach long-term stabilization but lowers the odds that stabilization will limit actual warming to a particular target.

In general, only when the most flexible assumptions are made—such as permission for some temporary overshooting of goals and allowing models the maximum flexibility in the technologies that are utilized—is the result a least cost outcome. Since AR4, the modeling community has devoted much more attention to varying those assumptions to allow for less flexible assumptions that are typically better tuned to real world difficulties. These more realistic assumptions are often called 'second best' or 'less idealized'. At present, with the most flexible idealized assumptions several models suggest that the goal of reaching 2 degrees is feasible. With a variety of less ideal—but more realistic—assumptions that goal is much more difficult to reach, and many models find the goal infeasible or exceptionally expensive. These practical difficulties suggest that while optimal analyses are interesting, the real world may follow pathways that are probably more costly and less environmentally effective than optimal outcomes. They are also a reminder that such models are a portrayal of the world that



**Figure 1.10 |** The effects of real world assumptions on mitigation costs. Relative mitigation cost increase in case of technology portfolio variations compared to a scenario with default technology assumptions for stabilizing atmospheric GHG concentrations centered on 450 ppm (430–480 ppm, right) and 550 ppm (530–580 ppm, left) $CO_2$eq in the year 2100. Boxplots show the 25th to 75th percentile range with median value (heavy line) and unshaded area the total range across all reported scenarios, with the caveat that the numbers of scenarios used in such analyses is relatively small. Scenario names on x-axis indicate the technology variation relative to the default assumptions: Low Energy Intensity= energy intensity rising at less than standard values, such as due to extensive use of energy efficiency programs and technologies (N = 7, 12); No CCS = CCS technologies excluded (N = 3, 11); Limited Bioenergy = maximum of 100 EJ/yr bioenergy supply (N = 7, 12). Source: redrawn from Figure 5 in Kriegler et al. (2013) and Figure 6.24.

is necessarily simplified and highly dependent on assumptions. There can be many unforeseen changes that make such goals easier or more difficult to reach. For example, unexpectedly high economic growth and expansion of coal-fired electricity has raised emissions and made goals harder to reach; unexpected innovations in renewables, energy efficiency and natural gas are possibly making climate goals easier to reach.

The importance of these real world approaches to analysis is illustrated in Figure 1.10, which shows how different assumptions about energy intensity (which is related to human behaviour) and the availability of technologies affect the estimated total cost. Compared with costs under default technology assumption, if energy intensity is assumed to improve rapidly (Low EI) the total cost for mitigating to 430–480 ppm $CO_2$eq (right boxplot) or 530–580 ppm $CO_2$eq (left boxplot) then costs are cut in half. (These low EI scenarios are shown, as well, in purple on Figure 1.9—they lead, systematically, to emissions that are significantly lower than standard BAU scenarios.) Most studies that look at technological and behavioural assumptions conclude that real-world costs could be higher than typical, optimal estimates. For example, if CCS technologies are not available then the cost of meeting 450 ppm stabilization could be 1.5 times to 4 times greater when compared to full CCS availability. Similarly, if there is limited bioenergy supply then costs could be dramatically higher than standard least cost estimates.

# 1.4   Mitigation challenges and strategies

While this report addresses a wide array of subjects related to climate change, our central purpose is to discuss mitigation of emissions. The chapters that follow will examine the challenges for mitigation in more detail, but five are particularly notable. These challenges, in many respects, are themes that will weave through this report and appear in various chapters.

## 1.4.1   Reconciling priorities and achieving sustainable development

Climate change is definitely one of the most serious challenges human beings face. However, it is not the only challenge. For example, a survey of the Millennium Development Goals (MDGs) offers examples of the wider array of urgent priorities that governments face. These goals, worked out in the context of the United Nations Millennium Declaration in September 2000, cover eight broad areas of development that span eradicating extreme poverty and hunger, reducing child mortality, combating HIV/AIDS, malaria and other diseases. Within those broad areas the MDGs include 18 specific targets. For example, halving, between 1990 and 2015, the proportion

of people whose income is less than $1 a day, and halving, between 1990 and 2015, the proportion of people who suffer from hunger, are among targets under the goal of eradicate extreme poverty and hunger. (Since then, the official poverty level has been revise upwards to $1.25/day by the World Bank.) MDGs are unquestionably the urgent issues human beings should cope with immediately and globally. Achieving such goals along with an even broader array of human aspirations is what many governments mean by 'sustainable development' as echoed in many multilateral statements such as the declaration from the Rio +20 conference in 2012 (United Nations, 2012).

All countries, in different ways, seek sustainable development. Each puts its priorities in different places. The need to make tradeoffs and find synergies among priorities may be especially acute in the least developed countries where resources are particularly scarce and vulnerabilities to climate change are systematically higher than in the rest of the world (see Box 1.1). Those priorities also vary over time—something evident as immediate goals such as job creation and economic growth have risen in salience in the wake of the global financial crisis of the late 2000s. Moreover, sustainable development requires tradeoffs and choices because resources are finite. There have been many efforts to frame priorities and determine which of the many topics on global agendas are most worthy. Making such choices, which is a highly political process, requires looking not only at the present but also posterity (Summers, 2007). Applying standard techniques for making tradeoffs—for example, cost-benefit analysis (CBA)—is extremely difficult in such settings, though the importance of CBA itself is well recognized (Sachs, 2004) (See Section 3.6). Important goals, such as equity, are difficult to evaluate alongside other goals that can more readily be monetized. Moreover, with climate change there are additional difficulties such as accounting for low probability but high impact catastrophic damages and estimating the monetary value of non-market damages (Nussbaum, 2000; Weitzman, 2009).

## 1.4.2   Uncertainty and risk management

The policy challenge in global climate change is one of risk management under uncertainty. The control of emissions will impose costs on national economies, but the exact amount is uncertain. Those costs could prove much higher if, for example, policy instruments are not designed to allow for flexibility. Or they could be much lower if technological innovation leads to much improved energy systems. Mindful of these uncertainties, there is a substantial literature on how policy design can help contain compliance costs, allowing policymakers to adopt emission controls with greater confidence in their cost (Metcalf, 2009).

Perhaps even more uncertain than the costs of mitigation are the potential consequences of climate change. As reviewed elsewhere in the IPCC assessment, there is growing recognition of the importance of considering outcomes at high magnitudes of climate change,

**1**

which could lead to strong feedbacks and very large impacts—for example, higher sea levels and substantial impacts on natural ecosystems (IPCC, 2014 (forthcoming); see also WGI, Chapters 11–14 and Annex I). Investments in adaptation, which vary in their feasibility, can help reduce exposure to climate impacts and may also lessen uncertainty in the assessment of possible and probable impacts (World Bank, 2010).

Since risks arise on both fronts—on the damages of climate change and on the costs of mitigation responses—scholars often call this a 'risk-risk' problem. In the case of climate change, management in this context of risk and uncertainty must contend with another large challenge. Mitigation actions and effects of climate change involve a multitude of actors working at many different levels, from individual firms and NGOs to national policy to international coordination. The interest of those different actors in undertaking climate change mitigation also varies. Moreover, this multitude faces a large array of decisions and can deploy many different instruments that interact in complex ways. Chapter 2 explores the issues involved with this multitude of actors and instruments. And Chapter 3 introduces a framework for analysing the varied policy instruments that are deployed and assessing their economic, ecological, ethical and other outcomes.

---

## Box 1.1 | Least Developed Countries: mitigation challenges and opportunities

The Least Developed Countries (LDCs) consist of 49 countries and over 850 million people, located primarily in Africa and Asia—with 34 LDCs in Africa alone (UNFPA, 2011). These countries are characterised by low income (three-year average gross national income per capita of less than USD 992), weak human assets index (nutrition, health, school enrolment, and literacy), and high economic vulnerability criterion (UNCTAD, 2012a). Despite their continued marginalization in the global economy, these countries' economies grew at about 6 % per year from 2000 to 2008, largely stimulated by the strong pull-effect of the Asian emerging economies (Cornia, 2011). However, the global economic downturn and the worsening Eurozone crisis have had an effect on most LDC economies. In 2011, LDCs grew by 4.2 %, 1.4 percentage lower than the preceding year, hence mirroring the slowdown of growth worldwide (UNCTAD, 2012a). Many of the traditional domestic handicaps remain as LDC economies continue to be locked into highly volatile external transactions of commodities and low-productivity informal activities, having neither the reserves nor the resources needed to cushion their economies and adjust easily to negative shocks.

Regarding the social trends, LDCs as a group have registered encouraging progress towards achieving some of the Millennium Development Goals (MDGs), especially in primary school enrolment, gender parity in primary school enrolment, HIV/AIDS prevalence rates and the share of women in non-agricultural wage employment (Sachs, 2012). However, poverty reduction has been less successful; only four (of 33) LDCs are on track to cut the incidence of extreme poverty to half 1990 levels by 2015 (UNCTAD, 2011). In line with this, the Istanbul Programme of Action, adopted at the 4th UN Conference on the Least Developed Countries (LDC-IV) highlighted the importance of building the productive base of LDCs' economies and promoting the process of structural transformation involving an increase in the share of high productivity manufacturing and an increase in agricultural productivity (UNCTAD, 2012b).

The LDCs' continued reliance on climate-sensitive activities such as agriculture means that adapting to climate change remains a central focus of economic development. If climate changes become acute the additional burden of adaptation could draw resources away from other activities, such as mitigation. Alternatively, more acute attention to adaptation could help mobilize additional efforts for mitigation within these countries and other countries that are the world's largest emitters. The scientific literature has not been able to determine exactly when and how adaptation and mitigation are complementary or competing activities in LDCs; what is clear, however, is that meeting the climate and development challenge entails integrating mitigation and adaptation actions in the context of sustainable development (Ayers and Huq, 2009; Martens et al., 2009; Moomaw and Papa, 2012). In LDCs, like all other countries, investment in new infrastructures offers the opportunity to avoid future GHG emissions and lower mitigation costs (Bowen and Fankhauser, 2011). Other emissions avoidance options are also available for LDCs in areas of innovative urban development, improvements in material productivity (Dittrich et al., 2012) and the application of enhanced land use efficiency through intensified agricultural practices and sustainable livestock management (Burney et al., 2010).

There could be significant additional costs associated with the expansion of infrastructure in LDCs aimed at decoupling GHG emissions and development. Paying these costs in countries with extremely scarce resources could be a challenge (Krausmann et al., 2009). Moreover, the additional costs could deter private investors in low carbon interventions, leaving the public sector with additional burdens, at least in the short-term (UN DESA, 2009; Collier and Venables, 2012). For most LDC governments, creating the conditions for accelerated economic growth and broad-based improvements in human well-being will remain the main driver of national development policies and could lead to the perception—if not the reality—that development and mitigation are conflicting goals.

Scientific research on risk management has several implications for managing the climate change problem. One is the need to invest in research and assessment that can help reduce uncertainties. In relation to climate change these uncertainties are pervasive and they involve investments across many intellectual disciplines and activities, such as engineering (related to controlling emissions) and the many fields of climate science (related to understanding the risks of climate change). In turn, these knowledge generating and assessment processes must be linked to policy action in an iterative way so that policymakers can act, learn, and adjust while implementing policy measures that are 'robust' across a variety of scenarios (McJeon et al., 2011). Another major implication is the need to examine the possibilities of extreme climate impacts. These so called 'tail' risks in climate impacts could include relatively rapid changes in sea level, feedbacks from melting permafrost that amplify the concentrations of greenhouse gases in the atmosphere, or possibly a range of so far barely analyzed outcomes (see generally Weitzman 2011). There are many options that could play a role in these risk management strategies such as adaptation, rapid deployment of low or negative emission technologies (e.g., nuclear, advanced renewables, or bioenergy plants that store their emissions underground) and geoengineering. Many of these options raise governance and risk management challenges of their own.

### 1.4.3    Encouraging international collective action

Unlike many matters of national policy, a defining characteristic of the climate change issue is that most of its sources are truly global. Nearly all climate-altering gases have atmospheric lifetimes sufficiently long that it does not matter where on the planet they are emitted. They spread worldwide and affect the climate everywhere. Thus, national governments develop their own individual policies with an eye to what other nations are likely to do and how they might react (Victor, 2011). Even the biggest emitters are mostly affected by emissions from other countries rather than principally their own pollution. International collective action is unavoidable.

As the level of ambition to manage the risks of climate change rises, collective action can help governments achieve efficient and effective outcomes in many ways. Those include not just coordination on policies to control emissions but also collective efforts to promote adaptation to climate change. International coordination is also needed to share information about best practices in many areas. For example, many of the promising options for reducing emissions involve changes in behaviour; governments are learning which policies are most effective in promoting those changes and sharing that information more widely can yield practical leverage on emissions (Aldy and Stavins, 2007; Dubash and Florini, 2011) (see also Chapter 13). Coordination is also essential on matters of finance since many international goals seek action by countries that are unwilling or unable to pay the cost fully themselves (see Chapter 16) (WEF, 2011). Extremely short-lived pollutants, such as soot, do not mix globally yet these, too, entrain

many issues of international cooperation. Often this pollution moves across regional borders. And coordination across borders can also help promote diffusion of best practices to limit these pollution sources.

International cooperation, including financial transfers, can also help diffuse knowledge and capabilities to countries so they adapt to the effects of climate change (UNFCCC, 2008, 2012c; World Bank, 2010). Indeed, in response to these many logics for international cooperation on mitigation and adaptation extensive intergovernmental and other coordinating efforts are under way (see Section 1.2.1.4 and also Chapter 13).

One of the central challenges in international cooperation is that while national governments play central roles—for example, negotiating, and implementing treaties—effective cooperation must also engage a large number of other actors, notably the private sector. Moreover, governments and other actors cooperate not only at the global level through universal forums such as the United Nations but also in a wide array of regional forums. One result of these multiple processes that entrain public institutions as well as private actors is decentralized and overlapping systems for government (see Chapter 13).

### 1.4.4    Promoting investment and technological change

Radical delinking of GDP growth with emissions will probably require massive changes in technology. Achieving those changes will require closer attention to policies that affect technology innovation and deployment. Technologies vary in many ways—they have different maturity stages and potential for improvement through 'learning'; they have different mitigation potentials and require different policy responses in developing and developed countries. Many studies have looked in detail at how this diversity of technology policy approaches might influence emissions and climate policy in the future (UN DESA, 2009, 2011; WBCSD, 2009; IEA, 2012d).

Nearly all low GHG technology options share one commonality—a shift in the cost structure of supplying energy services from operating/fuel costs to upfront capital costs. Thus policy options are particularly focused on how to create credible assurances for investors who pay these capital costs. Policies that reduce demand for energy—notably those that mobilize investments in energy efficiency in both end use and supply—can play pivotal roles by limiting the total cost needed to transform energy supplies. The rate at which these changes in energy systems can occur is an important area of research. The high fixed cost of infrastructures also create 'lock-in' effects that help explain why it is difficult to change real world emission patterns quickly (Davis et al., 2010; IEA, 2012a).

International cooperation, finance, and technology transfer all have important roles to play as a catalyst to accelerate technology progress at each stage in the lifecycle of a technology (see Chapter 13 on international cooperation). Business plays a central role in this pro-

**1**

cess of innovation and diffusion of technologies. For example, massive improvements in wind turbine technology have arisen through cooperation between innovators and manufacturers in many different markets. Similarly, business has played central roles in innovating and applying energy efficiency technologies and practices that can help cut costs and allow higher profits and additional employment opportunities. (ILO, 2012, 2013). Numerous studies indicate that it will be difficult to achieve widely discussed goals such as limiting warming to 2 degrees at least without drastic efficiency improvements (but also life style changes) (UNECE, 2010; Huntington and Smith, 2011; OECD, 2011; IEA, 2012d; Riahi et al., 2012). Innovations are needed not just in technology but also lifestyles and business practices that often evolve in tandem with technology. For example, after the Fukushima Daiichi accident in March 2011, changes in Japanese life style and behaviour curbed nationwide domestic household electricity demand by 5 % during the winter 2011/12 compared with the previous year after accounting for degree day differences (Ministry of Environment, Japan, 2012). Similarly, electricity demand in the Tokyo area was around 10 % lower in the summer 2011 than in 2010 and about 40 % of the reduction of demand resulted from behavioural changes that allowed for greater conservation of electricity used for air-conditioning (Nishio and Ofuji, 2012).

As a practical matter, strategies for innovating and deploying new technologies imply shifts in policy on many different fronts. In addition to the role for businesses, the public sector has a large role to play in affecting the underlying conditions that affect where and how firms actually make long-lived and at times financially risky investments. Those conditions include respect for contracts, a predictable and credible scheme for public policy, protection of intellectual property, and relatively efficient mechanisms for creating contracts and resolving disputes. These issues, explored in more detail in Chapter 16, are hardly unique to climate change. In addition, there may be large roles for the public sector in making public investments in basic technology that the private sector, on its own, would not adequately provide—a topic covered in more detail in Chapters 3.11 and 15.6.

### 1.4.5    Rising attention to adaptation

For a long time, nearly all climate policy has focused on mitigation. Now, with some change in climate inevitable (and a lot more likely) there has been a shift in emphasis to adaptation. While adaptation is primarily the scope of WGII, there are important interactions between mitigation and adaptation in the development of a mitigation strategy. If it is expected that global mitigation efforts will be limited, then adaptation will play a larger role in overall policy strategy. If it is expected that countries (and natural ecosystems) will find adaptation particularly difficult, then societies should become more heavily invested in the efforts to mitigate emissions.

Mitigation and adaptation also have quite different implications for collective action by nations. A strategy that relies heavily on mitigation requires collective action because no nation, acting alone, can have

much impact on the global concentration of GHGs. Even the biggest nations account for only about one-quarter of global emissions. By contrast, most activities relevant for adaptation are local—while they may rely, at times, on international funding and know-how they imply local expenditures and local benefits. The need for (and difficulty of) achieving international collective action is perhaps less daunting than for mitigation (Victor, 2011).

Developing the right balance between mitigation and adaptation requires many tradeoffs and difficult choices (See WG II Chapter 17 for a more detailed discussion). In general, societies most at risk from climate change—and thus most in need of active adaptation—are those that are least responsible for emissions. That insight arises, in part, from the fact that as economies mature they yield much higher emissions but they also shift to activities that are less sensitive to vagaries of the climate. Other tradeoffs in striking the mitigation/adaptation balance concern the allocation of resources among quite different policy strategies. The world has spent more than 20 years of diplomatic debate on questions of mitigation and has only more recently begun extensive discussions and policy planning on the strategies needed for adaptation. As a practical matter, the relevant policymakers also differ. For mitigation many of the key actions hinge on international coordination and diplomacy. For adaptation the policymakers on the front lines are, to a much greater degree, regional and local officials such as managers of infrastructures that are vulnerable to extreme weather and changes in sea level.

## 1.5    Roadmap for WG III report

The rest of this report is organized into five major sections.

First, Chapters 2–4 introduce fundamental concepts and framing issues. Chapter 2 focuses on risk and uncertainty. Almost every aspect of climate change—from the projection of emissions to impacts on climate and human responses—is marked by a degree of uncertainty and requires a strategy for managing risks; since AR4, a large number of studies has focused on how risk management might be managed where policies have effects at many different levels and on a diverse array of actors. Scholars have also been able to tap into a rich literature on how humans perceive (and respond to) different types of risks and opportunities. Chapter 3 introduces major social, economic, and ethical concepts. Responding to the dangers of unchecked climate change requires tradeoffs and thus demands clear metrics for identifying and weighing different priorities of individuals and societies. Chapter 3 examines the many different cost and benefit metrics that are used for this purpose along with varied ethical frameworks that are essential to any full assessment. Chapter 4 continues that analysis by focusing on the concept of 'sustainable development'. The varied definitions and

practices surrounding this concept reflect the many distinct efforts by societies and the international community to manage tradeoffs and synergies involved with economic growth, protection of the environment, social equity, justice and other goals.

Second, Chapters 5–6 put the sources of emissions and the scale of the mitigation challenge into perspective. Chapter 5 evaluates the factors that determine patterns of anthropogenic emissions of GHGs and particulate pollutants that affect climate. Chapter 6 looks at the suite of computer models that simulate how these underlying driving forces may change over time. Those models make it possible to project future emission levels and assess the certainty of those projections; they also allow evaluation of whether and how changes in technology, economy, behaviour and other factors could lower emissions as needed to meet policy goals.

Third, Chapters 7–11 look in detail at the five sectors of economic activity that are responsible for nearly all emissions. These sectors include energy supply systems (Chapter 7), such as the systems that extract primary energy and convert it into useful forms such as electricity and refined petroleum products. While energy systems are ultimately responsible for the largest share of anthropogenic emissions of climate gases, most of those emissions ultimately come from other sectors, such as transportation, that make final use of energy carriers. Chapter 8 looks at transportation, including passenger and freight systems. Chapter 9 examines buildings and Chapter 10 is devoted to industry. Together, Chapters 7–10 cover the energy system as a whole. Chapter 11 focuses on agriculture, forestry, and other land use (AFOLU), the only sector examined in this study for which the majority of emissions are not rooted in the energy system. Chapter 11 includes an appendix that delves in more detail into the special issues related to bioenergy systems (Section 11.13).

Looking across Chapters 7–11 one major common theme is the consideration and quantification of 'co-benefits' and 'adverse side-effects' of mitigating climate change, i.e., effects that a policy or measure aimed at one objective might have on other objectives. Measures limiting emissions of GHGs or enhancing sinks often also yield other benefits such as lowering the harmful health effects of local air pollution or regional acidification when firms and individuals switch to less polluting combustion technologies and fuels. But fuel switching from coal to gas can have adverse side-effects on the jobs in the coal mining industry. Although difficult to quantify, these co-benefits and adverse side-effects often play a large role in evaluating the costs and benefits of mitigation policies (see also Sections 3.6.3, 4.2, 4.8 and 6.6).

Often, this approach of looking sector-by-sector (and within each sector at individual technologies, processes, and practices) is called 'bottom up'. That perspective, which is evident in Chapters 7–11 complements the 'top down' perspective of Chapters 5–6 in which emissions are analyzed by looking at the whole economy of a nation or the planet.

Fourth, Chapter 12 looks at spatial planning since many emissions are rooted in how humans live, such as the density of population and

the infrastructure of cities. Matters of spatial planning are treated distinctly in this report because they are so fundamental to patterns of emissions and the design and implementation of policy options.

Fifth, Chapters 13–16 look at the design and implementation of policy options from a variety of perspectives. Chapter 13 concentrates on the special issues that arise with international cooperation. Since no nation accounts for more than about one-quarter of world emissions, and economies are increasingly linked through trade and competition, a large body of research has examined how national policies could be coordinated through international agreements like the UN Framework Convention on Climate Change and other mechanisms for cooperation. Chapter 14 continues that analysis by focusing on regional cooperation and development patterns.

Chapter 15 looks at what has been learned within countries about the design and implementation of policy. Nearly every chapter in this study looks at an array of mitigation policies, including policies that work through market forces as well as those that rely on other mechanisms such as direct regulation. Chapter 15 looks across that experience at what has been learned.

Chapter 16, finally, looks at issues related to investment and finance. The questions of who pays for mitigation and the mechanisms that can mobilize needed investment capital are rising in prominence in international and national discussions about mitigation. Chapter 16 examines one of the most rapidly growing areas of scholarship and explores the interaction between public institutions such as governments and private firms and individuals that will ultimately make most decisions that affect climate change mitigation. Among its themes is the central role that financial risk management plays in determining the level and allocation of investment financing.

# 1.6   Frequently Asked Questions

## FAQ 1.1   What is climate change mitigation?

*The Framework Convention on Climate Change* (UNFCCC), in its Article 1, defines *climate change* as: "a change of climate which is attributed directly or indirectly to human activity that alters the composition of the global atmosphere and which is in addition to natural climate variability observed over comparable time periods". The UNFCCC thereby makes a distinction between climate change attributable to human activities altering the atmospheric composition, and climate variability attributable to natural causes. The IPCC, in contrast, defines climate change as "a change in the state of the climate that can be identified (e.g., by using statistical tests) by changes in the mean and/or the variability of its properties, and that persists for an

**1**

extended period, typically decades or longer", making no such distinction.

Climate Change Mitigation is a "human intervention to reduce the sources or enhance the sinks of greenhouse gases" (GHG) (See Glossary (Annex I)). The ultimate goal of mitigation (per Article 2 of the UNFCCC) is preventing dangerous anthropogenic interference with the climate system within a time frame to allow ecosystems to adapt, to ensure food production is not threatened and to enable economic development to proceed in a sustainable manner.

### FAQ 1.2   What causes GHG emissions?

Anthropogenic GHGs come from many sources of carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$), and fluorinated gases (HFCs, PFCs and $SF_6$). $CO_2$ makes the largest contribution to global GHG emissions; fluorinated gases (F-gases) contribute only a few per cent. The largest source of $CO_2$ is combustion of fossil fuels in energy conversion systems like boilers in electric power plants, engines in aircraft and automobiles, and in cooking and heating within homes and businesses. While most GHGs come from fossil fuel combustion, about one third comes from other activities like agriculture (mainly $CH_4$ and $N_2O$), deforestation (mainly $CO_2$), fossil fuel production (mainly $CH_4$) industrial processes (mainly $CO_2$, $N_2O$ and F-gases) and municipal waste and wastewater (mainly $CH_4$). (See 1.3.1)

# References

Abbott K.W., R.O. Keohane, A. Moravcsik, A.-M. Slaughter, and D. Snidal (2000). The concept of legalization. *International Organization* 54, 401–419. doi: 10.1162/002081800551271.

ADB (2009). *Improving Energy Security and Reducing Carbon Intensity in Asia and the Pacific*. Asian Development Bank, Manila, Philippines, ISBN: 978-971-561-843-4.

ADB (2010). *Asian Development Outlook 2010 Update: The Future of Growth in Asia*. Asian Development Bank, Mandaluyong City, Philippines, ISBN: 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-156-1.

ADB, UNEP, and UNESCAP (2012). *Green Growth, Resources and Resilience: Environmental Sustainability in Asia and the Pacific*. United Nations and Asian Development Bank, Bangkok, Thailand, ISBN: 978-92-1-120635-7.

Aichele R., and G. Felbermayr (2012). Kyoto and the carbon footprint of nations. *Journal of Environmental Economics and Management* 63, 336–354. doi: 10.1016/j.jeem.2011.10.005, ISSN: 0095-0696.

Akimoto K., F. Sano, T. Homma, K. Tokushige, M. Nagashima, and T. Tomoda (2013). Assessment of the emission reduction target of halving $CO_2$ emissions by 2050: macro-factors analysis and model analysis under newly developed socio-economic scenarios. *Energy Strategy Review* forthcoming. doi: 10.1016/j.esr.2013.06.002.

Aldy J.E., and R.N. Stavins (Eds.) (2007). *Architectures for Agreement*. Cambridge University Press, Cambridge, UK, ISBN: 9780521871631.

Aleklett K., M. Höök, K. Jakobsson, M. Lardelli, S. Snowden, and B. Söderbergh (2010). The peak of the oil age—Analyzing the world oil production reference scenario in World Energy Outlook 2008. *Energy* 38, 1398–1414. doi: 10.1016/j.enpol.2009.11.021.

Alter K.J., and S. Meunier (2009). The politics of international regime complexity. *Perspectives on Politics* 7, 13–24. doi: 10.1017/S1537592709090033.

Andres R.J., T.A. Boden, F.M. Breon, P. Ciais, S. Davis, D. Erickson, J.S. Gregg, A. Jacobson, G. Marland, J. Miller, T. Oda, J.G.J. Olivier, M.R. Raupach, P. Rayner, and K. Treanton (2012). A synthesis of carbon dioxide emissions from fossil-fuel combustion. *Biogeosciences* 9, 1845–1871. doi: 10.5194/bg-9-1845-2012.

Ausubel J.H., I.K. Wernick, and P.E. Waggoner (2013). Peak farmland and the prospect for land sparing. *Population and Development Review* 38, 221–242. doi: 10.1111/j.1728-4457.2013.00561.x, ISSN: 1728-4457.

Ayers J.M., and S. Huq (2009). The value of linking mitigation and adaptation: A case study of Bangladesh. *Environmental Management* 43, 753–764. doi: 10.1007/s00267-008-9223-2.

Bacchus J., D. Esty, G.C. Hufbauer, R. Lawrence, J.P. Lehman, B. Leycegui, R. Melendez-Ortiz, and D. Victor (2010). *From Collision to Vision: Climate Change and World Trade*. Ad Hoc Working Group on Trade and Climate Change, World Economic Forum, Geneva, Switzerland. Available at: www3.weforum.org/docs/WEF_ClimateChange_WorldTradeDiscussionPaper_2010.pdf.

Bertram C., N. Johnson, G. Luderer, K. Riahi, M. Isaac, and J. Eom (2013). Carbon lock-in through capital stock inertia associated with weak near-term climate policies. *Technological Forecasting and Social Change* forthcoming. doi: 10.1016/j.techfore.2013.10.001, ISSN: 0040-1625.

Böhringer C., and A. Keller (2013). *Energy Security: An Impact Assessment of the EU Climate and Energy Package*. Copenhagen Consensus Center, ISBN: 978-87-92795-02-1.

Bond T.C., S.J. Doherty, D.W. Fahey, P.M. Forster, T. Berntsen, B.J. DeAngelo, M.G. Flanner, S. Ghan, B. Kärcher, D. Koch, S. Kinne, Y. Kondo, P.K. Quinn, M.C. Sarofim, M.G. Schultz, M. Schulz, C. Venkataraman, H. Zhang, S. Zhang, N. Bellouin, S.K. Guttikunda, P.K. Hopke, M.Z. Jacobson, J.W. Kaiser, Z. Klimont, U. Lohmann, J.P. Schwarz, D. Shindell, T. Storelvmo, S.G. Warren, and C.S. Zender (2013). Bounding the role of black carbon in the climate system: A scientific assessment. *Journal of Geophysical Research: Atmospheres* 118, 5380–5552. doi: 10.1002/jgrd.50171, ISSN: 2169-8996.

Botzen W.J.W., J.M. Gowdy, and J.C.J.M. van den Bergh (2008). Cumulative $CO_2$ emissions: Shifting international responsibilities for climate debt. *Climate Policy* 8, 569–576. doi: 10.3763/cpol.2008.0539.

Boussena S., and C. Locatelli (2013). Energy institutional and organisational changes in EU and Russia: Revisiting gas relations. *Energy Policy* 55, 180–189. doi: 10.1016/j.enpol.2012.11.052, ISSN: 0301-4215.

Bowen A., and S. Fankhauser (2011). Low carbon development for Least Developed Countries. *World Economics* 12, 145–162. ISSN: 1468-1838.

Bowen A., P.M. Forster, A. Gouldson, K. Hubacek, R. Martin, D.W. O'Neill, A. Rap, and J. Alexandru (2009). *The Implications of the Economic Slowdown for Greenhouse Gas Emissions and Targets*. Centre for Climate Change Economics and Policy, London, UK. Available at: https://www.lse.ac.uk/collections/CCCEP/pdf/Working%20Paper%2011%20-%20Bowen%20et%20al.%202009x.pdf.

Brewer T.L. (2010). Trade policies and climate change policies: a rapidly expanding joint agenda. *The World Economy* 33, 799–809. doi: 10.1111/j.1467-9701.2010.01284.x.

Burney J.A., S.J. Davis, and D.B. Lobell (2010). Greenhouse gas mitigation by agricultural intensification. *Proceedings of the National Academy of Sciences* 107, 12052–12057. doi: 10.1073/pnas.0914216107.

Buthe T., and W. Mattli (2011). *The New Global Rulers: The Privatization of Regulation in the World Economy*. Princeton University Press, Princeton, New Jersey, ISBN: 9780691157979.

Caldeira K., and S.J. Davis (2011). Accounting for carbon dioxide emissions: A matter of time. *Proceedings of the National Academy of Sciences of the United States of America* 108, 8533–8534. doi: 10.1073/pnas.1106517108.

Chakravarty S., A. Chikkatur, H. de Coninck, S. Pacala, R. Socolow, and M. Tavoni (2009). Sharing global $CO_2$ emissions reductions among one billion high emitters. *Proceedings of the National Academy of Sciences* 106, 11884–11888. doi: 10.1073/pnas.0905232106.

Chandler W., T.J. Secrest, J. Logan, R. Schaeffer, A.S. Szklo, M.E. Schuler, D. Zhou, K. Zhang, Y. Zhu, H. Xu, P.R. Shukla, F. Tudela, O. Davidson, S. Mwakasonda, R. Spalding-Fecher, H. Winkler, P. Mukheibir, and S. Alpan-Atamer (2002). *Climate Change Mitigation in Developing Countries: Brazil, China, India, Mexico, South Africa, and Turkey*. Center for Climate and Energy Solutions, Arlington, VA. Available at: http://www.c2es.org/docUploads/dev_mitigation.pdf.

Clarke L., J. Edmonds, V. Krey, R. Richels, S. Rose, and M. Tavoni (2009). International climate policy architectures: Overview of the EMF 22 International Scenarios. *Energy Economics* 31, S64–S81. doi: 10.1016/j.eneco.2009.10.013.

Cline W.R. (2011). *Carbon Abatement Costs and Climate Change Finance*. Peterson Institute for International Economics, Washington, DC, ISBN: 978-0-88132-607-9.

Collier P., and A.J. Venables (2012). Greening Africa? Technologies, endowments and the latecomer effect. *Energy Economics* 34, S75–S84. doi: 10.1016/j.eneco.2012.08.035.

1

Cornia G. (2011). Developing the poorest countries: ney ideas from the 2010 UNC-TAD LDC Report. *European Journal of Development Research* **23**, 12–16. doi: 10.1057/ejdr.2010.60.

Daniel J.S., S. Solomon, T.J. Sanford, M. McFarland, J.S. Fuglestvedt, and P. Friedlingstein (2012). Limitations of single-basket trading: Lessons from the Montreal Protocol for climate policy. *Climatic Change* **111**, 241–248. doi:10.1007/s10584-011-0136-3, ISSN: 0165-0009, 1573–1480.

Davis S.J., and K. Caldeira (2010). Consumption-Based accounting of $CO_2$ emissions. *Proceedings of the National Academy of Sciences* **107**, 5687–5692. doi: 10.1073/pnas.0906974107.

Davis S.J., K. Caldeira, and H.D. Matthews (2010). Future $CO_2$ emissions and climate change from existing energy infrastructure. *Science* **329**, 1330–1333. doi:10.1126/science.1188566, ISSN: 0036-8075, 1095–9203.

Delucchi M.A. (2010). Impact of biofuels on climate change, water use, and land use. *Annals of the New York Academy of Sciences* **1195**, 28–45. doi: 10.1111/j.1749-6632.2010.05457.x.

Dittrich M., S. Bringezu, and H. Schütz (2012). The physical dimension of international trade, part 2: Indirect global resource flows between 1962 and 2005. *Ecological Economics* **79**, 32–43. doi:10.1016/j.ecolecon.2012.04.014.

Downs G.W., D.M. Rocke, and P.N. Barsoom (1996). Is the good news about compliance good neys about cooperation? *International Organization* **50**, 379–406. doi: 10.1017/S0020818300033427.

Dubash N.K., and A. Florini (2011). Mapping global energy governance. *Global Policy* **2**, 6–18. doi: 10.1111/j.1758-5899.2011.00119.x, ISSN: 1758-5899.

Dulal H.B., and S. Akbar (2013). Greenhouse gas emission reduction options for cities: Finding the "Coincidence of Agendas" between local priorities and climate change mitigation objectives. *Habitat International* **38**, 100–105. doi: 10.1016/j.habitatint.2012.05.001, ISSN: 0197-3975.

Edenhofer O., B. Knopf, T. Barker, L. Baumstark, E. Bellevrat, B. Chateau, P. Criqui, M. Isaac, A. Kitous, S. Kypreos, M. Leimbach, K. Lessmann, B. Magne, S. Scrieciu, H. Turton, and D.P. van Vuuren (2010). The economics of low stabilization: Model comparison of mitigation strategies and costs. *The Energy Journal* **31**, 11–48. doi: 10.5547/ISSN0195-6574-EJ-Vol31-NoSI-2, ISSN: 01956574.

EIA (2013a). *Electric Power Annual 2011—Table 1.1 Total Electric Power Industry Summary Statistics.* U.S. Department of Energy, Washington, DC. Available at: http://www.eia.gov/electricity/annual/html/epa_01_01.html.

EIA (2013b). *Electric Power Annual 2011—Table 1.2 Summary Statistics for the United States.* U.S. Department of Energy, Washington, DC. Available at: http://www.eia.gov/electricity/annual/html/epa_01_02.html.

EIA (2013c). *Annual Energy Outlook 2013.* U.S. Department of Energy, Washington, DC.

EIA (2013d). *Short-Term Energy and Winter Fuels Outlook.* U.S. Department of Energy, Washington, DC. Available at: http://www.eia.gov/forecasts/steo/pdf/steo_full.pdf.

Den Elzen M.G.J., A.F. Hof, and M. Roelfsema (2011). The emissions gap between the Copenhagen pledges and the 2°C climate goal: options for closing and risks that could widen the gap. *Global Environmental Change* **21**, 733–743. doi: 10.1016/j.gloenvcha.2011.01.006.

Den Elzen M.G.J., J.G.J. Olivier, N. Höhne, and G. Janssens-Maenhout (2013). Countries' contributions to climate change: effect of accounting for all greenhouse gases, recent trends, basic needs and technological progress. *Climatic Change*, 1–16. doi: 10.1007/s10584-013-0865-6, ISSN: 0165-0009, 1573–1480.

Eom J., J. Edmonds, V. Krey, N. Johnson, T. Longden, G. Luderer, K. Riahi, and D.P.V. Vuuren (2013). The impact of near-term climate policy choices on technology and emissions transition pathways. *Technological Forecasting and Social Change.*

EPRI (2011). *Estimating the Costs and Benefits of the Smart Grid: A Preliminary Estimate of the Investment Requirements and the Resultant Benefits of a Fully Functioning Smart Grid.* Electric Power Research Institute, Palo Alto, CA. Available at: http://www.epri.com/abstracts/Pages/ProductAbstract.aspx?ProductId=000000000001022519.

EWG (Energy Watch Group) (2006). *Uranium Resources and Nuclear Energy.* Ludwig Bölkow Systemtechnik GmbH, Ottobrunn/ Aachen, Germany. Available at: http://www.lbst.de/ressources/docs2006/EWG-paper_1-06_Uranium-Resources-Nuclear-Energy_03DEC2006.pdf.

Fuglestvedt J., T. Berntsen, V. Eyring, I. Isaksen, D.S. Lee, and R. Sausen (2009). Shipping emissions: from cooling to warming of climate—and reducing impacts on health. *Environmental Science & Technology* **43**, 9057–9062. doi: 10.1021/es901944r, ISSN: 0013-936X.

Fuglestvedt J.S., K.P. Shine, T. Berntsen, J. Cook, D.S. Lee, A. Stenke, R.B. Skeie, G.J.M. Velders, and I.A. Waitz (2010). Metrics transport impacts on atmosphere and climate. *Atmospheric Environment* **44**, 4648–4677. doi: 10.1016/j.atmosenv.2009.04.044.

G8 Leaders (2009). *Responsible Leadership for a Sustainable Future.* G8 Summit, L'Aquila, Italy. Available at: http://www.g8.utoronto.ca/summit/2009laquila/.

Ganten D., A. Haines, and R. Souhami (2010). Health co-benefits of policies to tackle climate change. *The Lancet* **376**, 1802–1804. doi: 10.1016/S0140-6736(10)62139-3, ISSN: 01406736.

Gardiner S.M. (2010). Is "arming the future" with geoengineering really the lesser evil? Some doubts about the ethics of intentionally manipulating the climate system. In: *Climate Ethics: Essential Readings.* S. Gardiner, S. Caney, D. Jamieson, H. Shue, (eds.), Oxford University Press, New York, NY, pp. 284–314. ISBN: 978-0-19-539961-5.

Garnaut R. (2011). *Weighing The Cost and Benefits of Climate Change Action.* Ministry for Climate Change and Energy Efficiency, Melbourne, Australia. Available at: http://www.garnautreview.org.au/update-2011/update-papers/up1-weighing-costs-benefits-climate-change-action.pdf.

Garrett G. (2010). G2 in G20: China, the United States and the world after the global financial crisis. *Global Policy* **1**, 29–39. doi: 10.1111/j.1758-5899.2009.00014.x.

GEA (2012). *Global Energy Assessment: Toward a Sustainable Future.* Cambridge University Press and the International Institute for Applied Systems Analysis, Cambridge, UK and New York, NY USA and Laxenburg, Austria, 1882 pp. ISBN: 9781107005198.

Global CCS Institute (2012). *The Global Status of CCS: 2012.* Global CCS Institute, Canberra, Australia, ISBN: 978-0-9871863-1-7.

Gnamus A. (2009). *Comparative Report on S&T Cooperation of the ERA Countries with Brazil, India and Russia.* European Commission, Joint Research Centre—Institute for Prospective Technological Studies, Luxembourg, ISBN: 978-92-79-21877-4.

Government of India (2009). Jawaharlal Nehru National Solar Mission: Towards Building SOLAR INDIA. Government of India. Available at: http://www.mnre.gov.in/file-manager/UserFiles/mission_document_JNNSM.pdf.

Groosman B., N.Z. Muller, and E. O'Neill-Toy (2011). The ancillary benefits from climate policy in the United States. *Environmental and Resource Economics* **50**, 585–603. doi: 10.1007/s10640-011-9483-9, ISSN: 0924-6460, 1573–1502.

Gunther E., H. Hoppe, and K. Laitenberger (2012). Competitiveness of Nations and Environmental Protection. doi: 10.2139/ssrn.2145420.

Guo J. (2011). On China's energy saving and emission reduction and international law analysis about global climate change. *Energy Procedia* **5**, 2568–2575. doi: 10.1016/j.egypro.2011.03.441.

Hafner-Burton E.M., D.G. Victor, and Y. Lupu (2012). Political science research on international law: the state of the field. *American Journal of International Law* **106**, 47–97. doi: 10.5305/amerjintelaw.106.1.0047.

Haines A. (2012). Health benefits of a low carbon economy. *Public Health* **126, Supplement 1**, 33–39. doi: 10.1016/j.puhe.2012.05.020, ISSN: 0033-3506.

Heinberg R., and D. Fridley (2010). The end of cheap coal. *Nature* **468**, 367–369. doi: 10.1038/468367a.

Helm D. (2012). *The Carbon Crunch: How We're Getting Climate Change Wrong-and How to Fix It*. Yale University Press, New Haven and London, ISBN: 9780300186598.

Hirsch R.L., R. Bezdek, and R. Wendling (2006). *Peaking of World Oil Production: Impacts, Mitigation, & Risk Management*. Nova Science Publishers, New York, NY, 105 pp. ISBN: 9781600210532.

Höhne N., H. Blum, J. Fuglestvedt, R.B. Skeie, A. Kurosawa, G. Hu, J. Lowe, L. Gohar, B. Matthews, A.C. Nioac de Salles, and C. Ellermann (2011). Contributions of Individual Countries' Emissions to Climate Change and Their Uncertainty. *Climatic Change* **106**, 359–391. doi: 10.1007/s10584-010-9930-6, ISSN: 0165-0009, 1573–1480.

Holdren J.P., and P.R. Ehrlich (1974). Human population and the global environment. *American Scientist* **62**, 282–292. Available at: http://www.jstor.org/stable/27844882.

Houghton R., J.I. House, J. Pongratz, G.R. van der Werf, R.S. DeFries, M.C. Hansen, C. Le Quere, and N. Ramankutty (2012). Carbon emissions from land use and land-cover change. *Biogeosciences* **9**, 5125–5142. doi: 10.5194/bg-9-5125-2012.

Houser T., R. Bradley, B. Childs, J. Werksman, and R. Heilmayr (2008). *Leveling The Carbon Playing Field: International Competition and U.S. Climate Policy Design*. Peterson Institute for International Economics & World Resources Institute, Washington, DC, ISBN: 978-0-88132-420-4.

Howells M., S. Hermann, M. Welsch, M. Bazilian, R. Segerström, T. Alfstad, D. Gielen, H. Rogner, G. Fischer, H. van Velthuizen, D. Wiberg, C. Young, R.A. Roehrl, A. Mueller, P. Steduto, and I. Ramma (2013). Integrated analysis of climate change, land-use, energy and water strategies. *Nature Climate Change* **3**, 621–626. doi: 10.1038/nclimate1789, ISSN: 1758-678X.

Hu Y., and C. Rodriguez Monroy (2012). Chinese Energy and Climate Policies After Durban: Save the Kyoto Protocol. *Renewable and Sustainable Energy Reviews* **16**, 3243–3250. doi: 10.1016/j.rser.2012.02.048.

Huntington H., and E. Smith (2011). Mitigation climate change through energy efficiency: an introduction and overview. *The Energy Journal* **32**, 1–6. doi: 10.5547/ISSN0195-6574-EJ-Vol33-SI1-1.

IAEA (2011). *Nuclear Technology Review 2011*. International Atomic Energy Agency, Vienna, Austria, 102 pp. Available at: http://www.iaea.org/Publications/Reports/ntr2011.pdf.

IEA (2007). *Energy Security and Climate Policy: Assessing Interactions*. IEA/OECD, Paris, France, ISBN: 92-64-10993-5—2007.

IEA (2010a). *World Energy Outlook 2010*. IEA/OECD, Paris, France, ISBN: 978-92-64-08624-1.

IEA (2010b). *Energy Technology Perspectives 2010—Scenarios & Strategies to 2050*. IEA/OECD, Paris, France, ISBN: 978-92-64-08597-8.

IEA (2010c). *Transforming Global Markets for Clean Energy Products: Energy Efficient Equipment, Vehicles and Solar Photovoltaics*. IEA/OECD, Paris, France. Available at: http://www.iea.org/publications/freepublications/publication/global_market_transformation.pdf.

IEA (2011a). *World Energy Outlook 2011*. IEA/OECD, Paris, France, ISBN: 978-92-64-12413-4.

IEA (2011b). *Climate & Electricity Annual 2011—Data and Analyses*. IEA/OECD, Paris, France, ISBN: 978-92-64-11154-7.

IEA (2012a). *World Energy Outlook 2012*. IEA/OECD, Paris, France, ISBN: 9789264181342.

IEA (2012b). *$CO_2$ Emissions from Fuel Combustion, 2012 Edition*. OECD/IEA, Paris, France, 136 pp. Available at: http://www.iea.org/publications/freepublications/publication/CO2emissionfromfuelcombustionHIGHLIGHTS.pdf.

IEA (2012c). World Energy Statistics and Balances (October 2012 edition). *IEA World Energy Statistics and Balances (database)*. doi: 10.1787/enestats-data-en, ISSN: 1683-4240.

IEA (2012d). *Energy Technology Perspectives 2012: Pathways to a Clean Energy System*. IEA/OECD, Paris, France, ISBN: 978-92-64-17488-7.

IEA (2013). *Redrawing the Energy-Climate Map: World Energy Outlook Special Report*. OECD/IEA, Paris, 132 pp.

ILO (2012). *Working towards Sustainable Development: Opportunities for Decent Work and Social Inclusion in a Green Economy*. International Labour Organization, Geneva, Switzerland, ISBN: 978-92-2-126379-1.

ILO (2013). Report V—Sustainable development, decent work and green jobs. International Labour Organization, Geneva, Switzerland.

IMF (2009). *Global Financial Stability Report: Responding to the Financial Crisis and Measuring Systemic Risk*. International Monetary Fund, Washington, DC, ISBN: 78-1-58906-809-4.

IMF (2011). World Economic Outlook Database September 2011. *World Economic and Financial Surveys*. Available at: http://www.imf.org/external/pubs/ft/weo/2011/02/weodata/index.aspx.

IMF (2013a). International Financial Statistics Database. International Monetary Fund. Accessed August, 2013, at: http://elibrary-data.imf.org/FindDataReports.aspx?d=33061&e=169393

IMF (2013b). *World Economic Outlook—Hopes, Realities, Risks*. International Monetary Fund, Washington, DC, 204 pp. ISBN: 978-1-61635-555-5.

IPCC (1990a). *Climate Change: The IPCC Response Strategies. Contribution of Working Group III to the Intergovernmental Panel on Climate Change First Assessment Report* [J.T. Houghton, G.J. Jenkins and JJ. Ephraums (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY USA, 330 pp. Available at: http://www.ipcc.ch/ipccreports/far/wg_III/ipcc_far_wg_III_full_report.pdf.

IPCC (1990b). *Climate Change: The IPCC Scientific Assessment. Contribution of Working Group I to the Intergovernmental Panel on Climate Change First Assessment Report* [J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY USA, 410 pp. ISBN: 0521407206.

1

**1**

IPCC (1995). *Climate Change 1995: The Science of Climate Change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [J.T. Houghton, L.G. Meira Filho, B.A. Callander, N. Harris, A. Kattenberg, K. Maskell (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY USA, ISBN: 0 521 56436 0.

IPCC (1996). *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories* [J.T. Houghton, L.G. Meira Filho, B. Lim, K. Treanton, I. Mamaty, Y. Bonduki, D.J. Griggs, B.A. Callender (eds.)]. IPCC, Geneva, Switzerland. Available at: http://www.ipcc-nggip.iges.or.jp/public/gl/invs1.html.

IPCC (2007a). *Climate Change 2007: Mitigation of Climate Change: Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY USA, 862pp. ISBN: 978 0521 70598 1.

IPCC (2007b). *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [M.L. Parry, O.F. Canziani, J.P. Palutikof, P.J. van Der Linden and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY USA, 976 pp. ISBN: 978 0521 70597 4.

IPCC (2007c). *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY USA, 1009pp. ISBN: 978 0521 70596 7.

IPCC (2009). Meeting Report of the Expert Meeting on the Science of Alternative Metrics. In: Plattner G-K, Stocker T, Midgley P, Tignor M (eds). IPCC Working Group I Technical Support Unit, University of Bern, Bern, Switzerland. 75 pp.

IPCC (2011). *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1075 pp.

IPCC (2012). *Meeting Report of the Intergovernmental Panel on Climate Change Expert Meeting on Geoengineering* [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, C. Field, V. Barros, T.F. Stocker, Q. Dahe, J. Minx, K. Mach, G.-K. Plattner, S. Schlömer, G. Hansen, and M. Mastrandrea (eds.)]. IPCC Working Group III Technical Support Unit, Potsdam Institute for Climate Impact Research, Potsdam, Germany. 99 pp.

IPCC (2013a). *Climate Change 2013: The Physical Science Basis: Working Group I Contribution to the IPCC Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [T.F. Stocker, D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. 40 Xia, V. Bex, P.M. Midgley, (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY USA. 1535pp.

IPCC (2013b). Summary for Policy Makers. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [T.F. Stocker, D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. 40 Xia, V. Bex, P.M. Midgley, (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY USA.

IPCC (2014). *Climate Change 2014: Impacts, Adaptation, and Vulnerability: Working Group II Contribution to the Fifth Assessment Report.* Cambridge University Press, Cambridge, UK and New York, NY USA.

Johnson T., and J. Urpelainen (2012). A strategic theory of regime integration and separation. *International Organization* 66, 645–677. doi: 10.1017/S0020818312000264.

Joos F., R. Roth, J.S. Fuglestvedt, G.P. Peters, I.G. Enting, W. von Bloh, V. Brovkin, E.J. Burke, M. Eby, N.R. Edwards, J. Friedrich, T.L. Frölicher, P.R. Halloran, P.B. Holden, C. Jones, T. Kleinen, F.T. Mackenzie, K. Matsumoto, M. Meinshausen, G.-K. Plattner, A. Reisinger, J. Segschneider, G. Shaffer, M. Steinacher, K. Strassmann, K. Tanaka, A. Timmermann, and A.J. Weaver (2013). Carbon dioxide and climate impulse response functions for the computation of greenhouse gas metrics: a multi-model analysis. *Atmospheric Chemistry and Physics* 13, 2793–2825. doi: 10.5194/acp-13-2793-2013, ISSN: 1680-7324.

Jordaan S.M. (2012). Land and Water Impacts of Oil Sands Production in Alberta. *Environmental Science & Technology* 46, 3611–3617. doi: 10.1021/es203682m.

JRC/PBL (2013). *Emission Database for Global Atmospheric Research (EDGAR), Release Version 4.2 FT2010.* Joint Research Centre of the European Commission (JRC)/PBL Netherlands Environmental Assessment Agency. Available at: http://edgar.jrc.ec.europa.eu.

Kahler M., and D.A. Lake (Eds.) (2013). *Politics in the New Hard Times: The Great Recession in Comparative Perspective.* Cornell University Press, Ithaca, NY, 320 pp. ISBN: 978-0-8014-5151-5.

Kaya Y. (1990). Impact of carbon dioxide emission control on GNP Growth: interpretation of proposed scenarios. In: *Paper presented to the IPCC Energy and Industry Subgroup, Response Strategies Working Group.* Paris, France.

Keith D.W., E. Parson, and M.G. Morgan (2010). Research on global sun block needed now. *Nature* 463, 426–427. doi: 10.1038/463426a.

Keohane R.O., and D. Victor (2011). The regime complex for climate change. *Perspectives on Politics* 9, 7–23. doi: 10.1017/S1537592711004068.

Kirschke S., P. Bousquet, P. Ciais, M. Saunois, J.G. Canadell, E.J. Dlugokencky, P. Bergamaschi, D. Bergmann, D.R. Blake, L. Bruhwiler, P. Cameron-Smith, S. Castaldi, F. Chevallier, L. Feng, A. Fraser, M. Heimann, E.L. Hodson, S. Houweling, B. Josse, P.J. Fraser, P.B. Krummel, J.-F. Lamarque, R.L. Langenfelds, C. Le Quéré, V. Naik, S. O'Doherty, P.I. Palmer, I. Pison, D. Plummer, B. Poulter, R.G. Prinn, M. Rigby, B. Ringeval, M. Santini, M. Schmidt, D.T. Shindell, I.J. Simpson, R. Spahni, L.P. Steele, S.A. Strode, K. Sudo, S. Szopa, G.R. van der Werf, A. Voulgarakis, M. van Weele, R.F. Weiss, J.E. Williams, and G. Zeng (2013). Three decades of global methane sources and sinks. *Nature Geoscience* 6, 813–823. doi: 10.1038/ngeo1955, ISSN: 1752-0894.

Koremenos B., C. Lipson, and D. Snidal (2001). The rational design of international institutions. *International Organization* 55, 761–799. doi: 10.1162/002081801317193592.

Krausmann F., S. Gingrich, N. Eisenmenger, K.-H. Erb, H. Haberl, and M. Fischer-Kowalski (2009). Growth in global materials use, GDP and population during the 20th century. *Ecological Economics* 68, 2696–2705. doi: 10.1016/j.ecolecon.2009.05.007.

Kriegler E., J. Weyant, G. Blanford, L. Clarke, M. Tavoni, V. Krey, K. Riahi, A. Fawcett, R. Richels, and J. Edmonds (2013). The role of technology for achieving climate policy objectives: overview of the EMF 27 study on global technology and climate policy strategies. *Climatic Change*. doi: 10.1007/s10584-013-0953-7.

**Leiby P.N., and J. Rubin (2013).** Energy security implications of a national low carbon fuel standard. *Energy Policy* **56**, 29–40. doi: 10.1016/j.enpol.2012.06.058, ISSN: 0301-4215.

**Lenzen M., K. Kanemoto, D. Moran, and A. Geschke (2012).** Mapping the structure of the world economy. *Environmental Science & Technology* **46**, 8374–8381. doi: DOI:10.1021/es300171x.

**Lenzen M., D. Moran, K. Kanemoto, and A. Geschke (2013).** Building eora: A global multi-regional input-output database at high country and sector resolution. *Economic Systems Research* **25**, 20–49. doi: 10.1080/09535314.2013.769938.

**Li Y., and D.J. Crawford-Brown (2011).** Assessing the co-benefits of greenhouse gas reduction: Health benefits of particulate matter related inspection and maintenance programs in Bangkok, Thailand. *Science of The Total Environment* **409**, 1774–1785. doi: 10.1016/j.scitotenv.2011.01.051, ISSN: 0048-9697.

**Lin J.Y. (2008).** The Impact of the Financial Crisis on Developing Countries'. Seoul, S. Korea. Available at: http://siteresources.worldbank.org/ROMANIAEXTN/Resources/Oct_31_JustinLin_KDI_remarks.pdf.

**Luderer G., R.C. Pietzcker, C. Bertram, E. Kriegler, M. Meinshausen, and O. Edenhofer (2013).** Economic mitigation challenges: how further delay closes the door for achieving climate targets. *Environmental Research Letters* **8**, 034033. doi: 10.1088/1748-9326/8/3/034033, ISSN: 1748-9326.

**Macknick J. (2011).** Energy and $CO_2$ emission data uncertainties. *Carbon Management* **2**, 189–205. doi: 10.4155/cmt.11.10, ISSN: 1758-3004.

**Martens P., D. McEvoy, and C. Chang (2009).** The climate change challenge: Linking vulnerabilitz, adaptation, and mitigation. *Current Opinion in Environmental Sustainability* **1**, 14–18. doi: 10.1016/j.cosust.2009.07.010.

**Mastrandrea M.D., K.J. Mach, G.-K. Plattner, O. Edenhofer, T.F. Stocker, C.B. Field, K.L. Ebi, and P.R. Matschoss (2011).** The IPCC AR5 guidance note on consistent treatment of uncertainties: a common approach across the working groups. *Climatic Change* **108**, 675–691. doi: 10.1007/s10584-011-0178-6, ISSN: 0165-0009, 1573–1480.

**McCollum D.L., V. Krey, and K. Riahi (2011).** An integrated approach to energy sustainability. *Nature Climate Change* **1**, 428–429. doi: 10.1038/nclimate1297, ISSN: 1758-678X.

**McGinnis M.D.** (Ed.) **(1999).** *Polycentricity and Local Public Economies: Readings from the Workshop in Political Theory and Policy Analysis*. University of Michigan Press, Ann Arbor, MI, 424 pp. ISBN: 978-0-472-08622-1.

**McJeon H.C., L. Clarke, P. Kyle, M. Wise, A. Hackbarth, B.P. Bryant, and R.J. Lembert (2011).** Technology interactions among low-carbon energy technologies: what can we learn from a large number of scenarios? *Energy Economics* **33**, 619–631. doi: 10.1016/j.eneco.2010.10.007.

**Metcalf G.E. (2009).** Cost Containment in Climate Change Policy: Alternative Approaches to Mitigating Price Volatility. *University of Virginia Tax Law Review*. Available at: http://works.bepress.com/cgi/viewcontent.cgi?article=1083&context=gilbert_metcalf.

**Ministry of Environment, Japan (2012).** *Outcome of The Survey on Household Behavior on Power Savings and $CO_2$ Reduction*. Ministry of Environment, Japan (in Japanese), Tokyo, Japan. Available at: http://www.env.go.jp/press/press.php?serial=15892.

**Moomaw W., and M. Papa (2012).** Creating a mutual gains climate regime through universal clean energy services. *Climate Policy* **12**, 505–520. doi: 10.1080/14693062.2011.644072.

**Muller N.Z. (2012).** The design of optimal climate policy with air pollution co-benefits. *Resource and Energy Economics* **34**, 696–722. doi: 10.1016/j.reseneeco.2012.07.002, ISSN: 0928-7655.

**Murase S. (2011).** *International Law: An Integrative Perspective on Transboundary Issues*. Sophia University Press, Tokyo, Japan, ISBN: 978-4-324-09051-0.

**National Research Council of the National Academies (2011).** *Climate Stabilization Targets: Emissions, Concentrations, and Impacts over Decades to Millennia*. The National Academies Press, Washington, DC, 298 pp. ISBN: 978-0-309-15176-4.

**Naudé W. (2009).** *The Financial Crisis of 2008 and the Developing Countries*. United Nations University, Helsinki, Finland. Available at: http://www.wider.unu.edu/publications/working-papers/discussion-papers/2009/en_GB/dp2009-01/_files/80843373967769699/default/dp2009-01.pdf.

**Nishio K., and K. Ofuji (2012).** Behavior change and driving forces to save electricity in the electricity crisis in Japan. Rome, Italy. Available at: http://www.iepec.org/conf-docs/papers/2012PapersTOC/papers/020.pdf#page=1.

**Nussbaum M.C. (2000).** The costs of tragedy: some moral limits of cost-benefits analysis. *The Journal of Legal Studies* **29**, 1005–1036. doi: 10.1086/468103.

**OECD (2011).** *OECD Green Growth Studies: Energy*. OECD/IEA, Paris, France, ISBN: 978-92-64-11510-1.

**OECD (2012).** *Making Green Growth Deliver*. OECD, Paris, France. Available at: www.oecd.org/dataoecd/43/8/49998342.pdf.

**OECD (2013).** *OECD DAC Statistics on Climate-Related Aid*. OECD, Paris, France. Available at: http://www.oecd.org/dac/stats/factsheet%20on%20climate%20change_update%202013.pdf.

**Olivier J.G.J., J.A. van Aardenne, S. Monni, U.M. Döring, J.A.H.W. Peters, and G. Janssens-Maenhout (2010).** Application of the IPCC uncertainty methods to EDGAR 4.1 global greenhouse gas inventories. *Proceedings from the Third International Workshop on Uncertainty in Greenhouse Gas Inventories*. ISSN: 978-966-8460-81-4.

**Olivier J.G.J., and G. Janssens-Maenhout (2012).** Part III: Greenhouse Gas Emissions. In: $CO_2$ *emissions from fuel combustion, 2012 Edition*. IEA, Paris, France, pp. III.1—III.51. ISBN: 978-92-64-17475-7.

**Olivier J.G.J., G. Janssens-Maenhout, and J.A.H.W. Peters (2012).** *Trends in Global $CO_2$ Emissions; 2012 Report*. PBL Netherlands Environmental Assessment Agency, Institute for Environment and Sustainability (IES) of the European Commission's Joint Research Centre (JRC), The Hague, Netherlands, 42 pp. ISBN: 978-92-79-25381-2.

**Ostrom E. (2010).** Beyond markets and states: polycentric governance of complex economic systems. *American Economic Review* **100**, 641–672. doi: 10.1257/aer.100.3.641, ISSN: 0002-8282.

**Paltsev S., J. Morris, Y. Cai, V. Karplus, and H. Jacoby (2012).** The role of China in mitigating climate change. *Energy Economics* **34**, S444–S450. doi: 10.1016/j.eneco.2012.04.007.

**Penner J.E., M.J. Prather, I.S.A. Isaksen, J.S. Fuglestvedt, Z. Klimont, and D.S. Stevenson (2010).** Short-lived uncertainty? *Nature Geoscience* **3**, 587–588. doi: 10.1038/ngeo932, ISSN: 1752-0894.

**Peters G.P., S.J. Davis, and R. Andrew (2012a).** A synthesis of carbon in international trade. *Biogeosciences* **9**, 3247–3276. doi: 10.5194/bg-9-3247-2012.

**Peters G.P., G. Marland, C. Le Quéré, T. Boden, J.G. Canadell, and M.R. Raupach (2012b).** Rapid growth in $CO_2$ emissions after the 2008–2009 global financial crisis. *Nature Climate Change* **2**, 2–4. doi: 10.1038/nclimate1332, ISSN: 1758-678X.

1

**1**

Peters G.P., J.C. Minx, C.L. Weber, and O. Edenhofer (2011). Growth in emission transfers via international trade from 1990 to 2008. *Proceedings of the National Academy of Sciences* **108**, 8903–8908. doi: 10.1073/pnas.1006388108.

Pittock J., K. Hussey, and S. McGlennon (2013). Australian climate, energy and water policies: conflicts and synergies. *Australian Geographer* **44**, 3–22. doi: 10.1080/00049182.2013.765345, ISSN: 0004-9182.

Le Quéré C., R.J. Andres, T. Boden, T. Conway, R.A. Houghton, J.I. House, G. Marland, G.P. Peters, G. van der Werf, A. Ahlström, R.M. Andrew, L. Bopp, J.G. Canadell, P. Ciais, S.C. Doney, C. Enright, P. Friedlingstein, C. Huntingford, A.K. Jain, C. Jourdain, E. Kato, R.F. Keeling, K. Klein Goldewijk, S. Levis, P. Levy, M. Lomas, B. Poulter, M.R. Raupach, J. Schwinger, S. Sitch, B.D. Stocker, N. Viovy, S. Zaehle, and N. Zeng (2012). The global carbon budget 1959–2011. *Earth System Science Data Discussions* **5**, 1107–1157. doi: 10.5194/essdd-5-1107-2012, ISSN: 1866-3591.

Ramanathan V., and G. Carmichael (2008). Global and regional climate changes due to black carbon. *Nature Geoscience* **1**, 221–227. doi: 10.1038/ngeo156.

Ramanathan V., and Y. Xu (2010). The Copenhagen Accord for Limiting Global Warming: Criteria, Constraints, and Available Avenues. *Proceedings of the National Academy of Sciences* **107**, 8055–8062. doi: 10.1073/pnas.1002293107.

Raupach M.R., G. Marland, P. Ciais, C. Le Quéré, J.G. Canadell, G. Klepper, and C.B. Field (2007). Global and regional drivers of accelerating $CO_2$ emissions. *Proceedings of the National Academy of Sciences* **104**, 10288–10293. doi: 10.1073/pnas.0700609104.

Reilly J.M., H.D. Jacoby, and R.G. Prinn (2003). *Multi-Gas Contributors to Global Climate Change: Climate Impacts and Mitigation Costs of Non-$CO_2$ Gases*. Pew Center on Global Climate Change, Arlington, VA. Available at: http://globalchange.mit.edu/files/document/PewCtr_MIT_Rpt_Reilly.pdf.

Reinhart C.M., and K.S. Rogoff (2011). *This Time Is Different: Eight Centuries of Financial Folly*. Princeton University Press, Princeton, New Jersey, 512 pp. ISBN: 9780691152646.

Rezessy S., and P. Bertoldi (2011). Voluntary agreements in the field of energy efficiency and emission reduction: review and analysis of experiences in the European Union. *Energy Policy* **39**, 7121–7129. doi: 10.1016/j.enpol.2011.08.030.

Riahi K., F. Dentener, D. Gielen, A. Grubler, J. Jewell, Z. Klimont, V. Krey, D. McCollum, S. Pachauri, S. Rao, B. van Ruijven, D.P. van Vuuren, and C. Wilson (2012). Energy Pathways for Sustainable Development. In: *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press and the International Institute for Applied Systems Analysis, Cambridge, UK and New York, NY USA and Laxenburg, Austria, pp. 1203–1306. ISBN: 9781107005198.

Riahi K., E. Kriegler, N. Johnson, C. Bertram, M. den Elzen, J. Eom, M. Schaeffer, J. Edmonds, M. Isaac, V. Krey, T. Longden, G. Luderer, A. Méjean, D.L. McCollum, S. Mima, H. Turton, D.P. van Vuuren, K. Wada, V. Bosetti, P. Capros, P. Criqui, and M. Kainuma (2013). Locked into Copenhagen pledges—Implications of short-term emission targets for the cost and feasibility of long-term climate goals. *Technological Forecasting and Social Change*, Accepted.

Rickels W., G. Klepper, J. Dovern, G. Betz, N. Brachatzek, S. Cacean, K. Güssow, J. Heintzenberg, S. Hiller, C. Hoose, T. Leisner, A. Oschlies, U. Platt, A. Proelß, O. Renn, S. Schäfer, and M. Zürn (2011). *Large-Scale Intentional Interventions into the Climate System? Assessing the Climate Engineering Debate*. Kiel Earth Institute, Kiel, Germany. Available at: http://www.fona.de/mediathek/pdf/Climate_Engineering_engl.pdf.

RISØ (2011). *Risø Energy Report 10. Energy for Smart Cities in an Urbanised World*. RISØ, Roskilde, Denmark, ISBN: 978-87-550-3906-3.

Rogelj J., W. Hare, C. Chen, and M. Meinshausen (2011). Discrepancies in historical emissions point to a wider 2020 gap between 2°C benchmarks and aggregated national mitigation pledges. *Environmental Research Letters* **6**, 1–9. doi: 10.1088/1748-9326/6/2/024002.

Rogelj J., D. McCollum, B.C. O'Neill, and K. Riahi (2013a). 2020 emissions levels required to limit warming to below 2°C. *Nature Climate Change* **3**, 405–412. doi: 10.1038/nclimate1758.

Rogelj J., D. McCollum, A. Reisinger, M. Meinshausen, and K. Riahi (2013b). Probabilistic cost estimates for climate change mitigation. *Nature* **493**, 79–83. doi: 10.1038/nature11787, ISSN: 0028-0836.

Rogger C., F. Beaurain, and T.S. Schmidt (2011). Composting projects under the Clean Development Mechanism: Sustainable contribution to mitigate climate change. *Waste Management* **31**, 138–146. doi: 10.1016/j.wasman.2010.09.007, ISSN: 0956-053X.

Rogner H.-H. (2012). Energy resources. In: *Energy for Development: Resources, Technologies, Environment*. F.L. Toth, (ed.), Springer, Dordrecht, Netherlands, pp. 149–160. ISBN: 978-9400741614.

Rogner H.-H., R.F. Aguilera, R. Bertani, S.C. Bhattacharya, M.B. Dusseault, L. Gagnon, H. Haberl, M. Hoogwijk, A. Johnson, M.L. Rogner, H. Wagner, and V. Yakushev (2012). Energy resources and potentials. In: *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press and the International Institute for Applied Systems Analysis, Cambridge, UK and New York, NY USA and Laxenburg, Austria, pp. 423–512. ISBN: 9781107005198.

La Rovere E.L., A.S. Pereira, and A.F. Simões (2011). Biofuels and sustainable energy development in Brazil. *World Development* **39**, 1026–1036. doi: 10.1016/j.worlddev.2010.01.004, ISSN: 0305-750X.

Sachs J.D. (2004). Seeking a global solution. *Nature* **430**, 725–726. doi: 10.1038/430725a.

Sachs J.D. (2012). From Millennium Development Goals to Sustainable Development Goals. *Lancet* **379**, 2206–2211. doi: 10.1016/S0140-6736(12)60685-0.

Schneider S.H., and J. Lane (2006). An Overview of "Dangerous" Climate Change. In: *Avoiding Dangerous Climate Change*. H.J. Schellnhuber, W. Cramer, N. Nakicenovic, T. Wigley, G. Yohe, (eds.), Cambridge University Press, New York, NY, pp. 7–24. ISBN: 9780521864718.

Shindell D.T., J.C.I. Kuylenstierna, E. Vignati, R. van Dingenen, M. Amann, Z. Klimont, S.C. Anenberg, N. Muller, G. Janssens-Maenhout, J. Schwartz, G. Faluvegi, L. Pozzoli, K. Kupiainen, L. Höglund-Isaksson, L. Emberson, D. Streets, V. Ramanathan, K. Hicks, N.T.K. Oanh, G. Milly, M. Williams, V. Demkine, F. Raes, and D. Fowler (2012). Simultaneously mitigating near-term climate change and improving human health and food security. *Science* **335**, 183–189. doi: 10.1126/science.1210026.

Shine K.P. (2009). The global warming potential—The need for an interdisciplinary retrial: An editorial comment. *Climatic Change* **96**, 467–472. doi: 10.1007/s10584-009-9647-6.

Simmons B. (2010). Treaty compliance and violation. *Annual Review of Political Science* **13**, 273–296. doi: 10.1146/annurev.polisci.12.040907.132713.

Smil V. (2011). Energy: Burning desires. *Nature* **477**, 403. doi: 10.1038/477403a.

Smith K.R., M.A. Desai, J.V. Rogers, and R.A. Houghton (2013). Joint $CO_2$ and $CH_4$ accountability for global warming. *Proceedings of the National Academy of Sciences*, 201308004. doi: 10.1073/pnas.1308004110, ISSN: 0027-8424, 1091–6490.

Smith S.M., J.A. Lowe, N.H.A. Bowerman, L.K. Gohar, C. Huntingford, and M.R. Allen (2012). Equivalence of greenhouse-gas emissions for peak temperature limits. *Nature Climate Change* **2**, 535–538. doi: 10.1038/nclimate1496, ISSN: 1758-678X.

Smith S.J., and A. Mizrahi (2013). Near-term climate mitigation by short-lived forcers. *Proceedings of the National Academy of Sciences* **110**, 14202–14206. doi: 10.1073/pnas.1308470110, ISSN: 0027-8424, 1091–6490.

Sornette D., and R. Woodard (2010). Financial bubbles, real estate bubbles, derivative bubbles, and the financial and economic crisis. In: *Economphysics Approaches to Large-Scale Business Data and Financial Crisis*. M. Takayasu, T. Watanabe, H. Takayasu, (eds.), Springer Japan, Tokyo, Japan, pp. 101–148. ISBN: 978-4-431-53852-3.

Steckel J.C., M. Jakob, R. Marschinski, and G. Luderer (2011). From carbonization to decarbonization? Past trends and future scenarios for China's $CO_2$ emissions. *Energy Policy* **39**, 3443–3455. doi: 10.1016/j.enpol.2011.03.042.

Steinberger J.K., J. Timmons Roberts, G.P. Peters, and G. Baiocchi (2012). Pathways of human development and carbon emissions embodied in trade. *Nature Climate Change* **2**, 81–85. doi: 10.1038/nclimate1371, ISSN: 1758-678X.

Subbarao S., and B. Lloyd (2011). Can the Clean Development Mechanism (CDM) deliver? *Energy Policy* **39**, 1600–1611. doi: 10.1016/j.enpol.2010.12.036, ISSN: 0301-4215.

Summers L. (2007). Foreword. In: *Architectures for Agreement: Addressing Global Climate Change in the Post-Kyoto World*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK and New York, NY USA, pp. xviii–xxvii. ISBN: 9780521692175.

Tavoni M., E.D. Cian, G. Luderer, J.C. Steckel, and H. Waisman (2012). The value of technology and of its evolution towards a low carbon economy. *Climatic Change* **114**, 39–57. doi: 10.1007/s10584-011-0294-3, ISSN: 0165-0009, 1573–1480.

Teng F., J. He, X. Pan, and C. Zhang (2012). Metric of carbon equity: Carbon Gini index based on historical cumulative emission per capita. *Advances in Climate Change Research* **2**, 134–140. doi: 10.3724/SP.J.1248.2011.00134, ISSN: 1674-9278.

Tubiello F.N., M. Salvatore, S. Rossi, A. Ferrara, N. Fitton, and P. Smith (2013). The FAOSTAT database of greenhouse gas emissions from agriculture. *Environmental Research Letters* **8**, 015009. doi: 10.1088/1748-9326/8/1/015009, ISSN: 1748-9326.

UN DESA (2009). *World Economic and Social Survey 2009: Promoting Development, Saving the Planet*. United Nations Department of Economic and Social Affairs, New York, ISBN: 978-92-1-109159-5.

UN DESA (2011). *World Economic and Social Survey 2011: The Great Green Technological Transformation*. United Nations Department of Economic and Social Affairs, New York. Available at: http://www.un.org/en/development/desa/policy/wess/wess_current/2011wess.pdf.

UN Global Compact, and UNEP (2012). *Business and Climate Change Adaptation: Toward Resilient Companies and Communities*. UN Global Compact, New York. Available at: http://www.unglobalcompact.org/docs/issues_doc/Environment/climate/Business_and_Climate_Change_Adaptation.pdf.

UNCTAD (2011). *Poverty Reduction and Progress Towards MDGs in LDCs: Encouraging Signs But Much Remains to Be Done*. United Nations Conference on Trade and Development. Available at: http://unctad.org/en/Docs/presspb20118_en.pdf.

UNCTAD (2012a). *The Least Developed Countries Report 2012: Harnessing Remittances and Diaspora Knowledge to Build Productive Capacities*. United Nations Conference on Trade and Development, Geneva, Switzerland and New York, New York, ISBN: 978-92-1-112861-1.

UNCTAD (2012b). *Economic Development in Africa: Structural Transformation and Sustainable Development in Africa*. United Nations Conference on Trade and Development, Geneva, Switzerland, 161 pp. ISBN: 978-92-1-055595-1.

UNDP (2009). *Human Development Report 2009. Overcoming Barriers: Human Mobility and Development*. Palgrave Macmillan, New York, NY, ISBN: 978-0-230-23904-3.

UNECE (2010). *United Nations Economic Commission for Europe: Report 2010*. United Nations Economic Commission for Europe, New York, NY and Geneva Switzerland. Available at: http://www.unece.org/fileadmin/DAM/publications/Annual%20Reports/topics/Annual_Report_2010_web.pdf.

UNEP (2011a). *Integrated Assessment of Black Carbon and Tropospheric Ozone: Summary for Decision Makers*. United Nations Environment Programme and World Meteorological Organization, Nairobi, Kenya, 38 pp. ISBN: 978-92-807-3142-2.

UNEP (2011b). *Bridging the Emissions Gap: A UNEP Synthesis Report*. United Nations Environment Programme, Nairobi, Kenya, ISBN: 978-92-807-3229-0.

UNEP (2012). *The Emissions Gap Report 2012*. United Nations Environment Programme, Nairobi, Kenya, ISBN: 978-92-807-3303-7.

UNFCCC (1992). *United Nations Framework Convention on Climate Change*. United Nations, Bonn, Germany. Available at: http://unfccc.int/essential_background/convention/background/items/1350.php.

UNFCCC (2008). *Report of the Conference of the Parties on Its Thirteenth Session, Held in Bali from 3 to 15 December 2007*. United Nations Framework Convention on Climate Change, Bali. Available at: http://unfccc.int/resource/docs/2007/cop13/eng/06a01.pdf.

UNFCCC (2011). *Compilation of Information on Nationally Appropriate Mitigation Actions to Be Implemented by Parties Not Included in Annex I to the Convention*. United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/resource/docs/2011/awglca14/eng/inf01.pdf.

UNFCCC (2012a). *Appendix I—Quantified Economy-Wide Emissions Targets for 2020*. United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/meetings/copenhagen_dec_2009/items/5264.php.

UNFCCC (2012b). *Appendix II—Nationally Appropriate Mitigation Actions of Developing Country Parties*. United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/meetings/cop_15/copenhagen_accord/items/5265.php.

UNFCCC (2012c). *Report of the Conference of the Parties on Its Seventeenth Session, Held in Durban from 28 November to 11 December 2011*. United Nations Framework Convention on Climate Change, Durban. Available at: http://unfccc.int/resource/docs/2011/cop17/eng/09a01.pdf.

UNFCCC (2012d). *Benefits of the Clean Development Mechanism 2012*. UNFCCC, 96 pp. ISBN: 92-9219-097-0.

UNFCCC (2013a). National Inventory Submissions 2013. Available at: http://unfccc. int/national_reports/annex_i_ghg_inventories/national_inventories_ submissions/items/7383.php.

UNFCCC (2013b). *Report of the Conference of the Parties Serving as the Meeting of the Parties to the Kyoto Protocol on Its Eighth Session, Held in Doha from 26 November to 8 December 2012*. United Nations Framework Convention on Climate Change, Doha. Available at: http://unfccc.int/resource/docs/2012/cmp 8/eng/13a01.pdf.

UNFPA (2011). *Population Dynamics in the Least Developed Countries: Challenges and Opportunities for Development and Poverty Reduction*. United Nations Population Fund, New York, 40 pp. ISBN: 978-0-89714-981-5.

United Nations (2012). The future we want. In: *Rio+20: United Nations Conference on Sustainable Development*. United Nations, Rio de Janeiro, Brazil. Available at: http://www.stakeholderforum.org/fileadmin/files/FWWEnglish.pdf.

United Nations (2013a). *World Population Prospects: The 2012 Revision*. UN Department of Economic and Social Affairs, Population Division, ISBN: (POP/DB/ WPP/Rev.2012/POP/F01-1).

United Nations (2013b). UN DESA, DPAD, CDP, Least Developed Countries Data Sources and Definitions. *UN Development Policy and Analysis Division*. Available at: http://www.un.org/en/development/desa/policy/cdp/ldc/ldc_data. shtmL

Te Velde D.W. (2008). *Background Note: The Global Financial Crisis and Developing Countries*. Overseas Development Institute, London, UK. Available at: http://www.odi.org.uk/sites/odi.org.uk/files/odi-assets/publications-opinion-files/3339.pdf.

Velders G.J.M., S.O. Andersen, J.S. Daniel, D.W. Fahey, and M. McFarland (2007). The importance of the Montreal Protocol in protecting climate. *Proceedings of the National Academy of Sciences* 104, 4814–4819. doi: 10.1073/pnas.0610328104.

Victor D.G. (2011). *Global Warming Gridlock: Creating More Effective Strategies for Protecting the Planet*. Cambridge University Press, Cambridge, UK and New York, NY USA, ISBN: 9780521865012.

Victor D.G., C.F. Kennel, and V. Ramanathan (2012). The climate threat we can beat: What it is and how to deal with it. *Foreign Affairs* **May/June**. Available at: http://www.foreignaffairs.com/articles/137523/david-g-victor-charles-f-kennel-veerabhadran-ramanathan/the-climate-threat-we-can-beat.

Vogel D. (2008). Private Global Business Regulation. *Annual Review of Political Science* 11, 261–282. doi: 10.1146/annurev.polisci.11.053106.141706.

Wang C., W. Zhang, W. Cai, and X. Xie (2013). Employment impacts of CDM projects in China's power sector. *Energy Policy* 59, 481–491. doi: 10.1016/j. enpol.2013.04.010, ISSN: 0301–4215.

WBCSD (2009). *Towards a Low-Carbon Economy: A Business Contribution to the International Energy & Climate Debate*. World Business Council for Sustainable Development, Geneva, Switzerland, 24 pp. ISBN: 978-3-940388-43-8.

WEF (2009). *Task Force on Low-Carbon Prosperity: Recommendations*. World Economic Forum, Geneva, Switzerland. Available at: http://www3.weforum. org/docs/WEF_TaskForceLowCarbonProsperity_Recommendations_2009.pdf.

WEF (2011). *Scaling Up Low-Carbon Infrastructure Investments in Developing Countries*. World Economic Forum, Geneva, Switzerland. Available at: http:// weforum.org/reports/scaling-low-carbon-infrastructure-investments-developing-countries.

WEF (2012). *White Paper on Energy Security and Global Warming*. World Economic Forum, Geneva, Switzerland.

Wei T., S. Yang, J.C. Moore, P. Shi, X. Cui, Q. Duan, B. Xu, Y. Dai, W. Yuan, X. Wei, Z. Yang, T. Wen, and F. Teng (2012). Developed and developing world responsibilities for historical climate change and $CO_2$ mitigation. *Proceedings of the National Academy of Sciences* 109, 12911–12915. doi: 10.1073/pnas.1203282109.

Weitzman M.L. (2009). On modeling and interpreting the economics of catastrophic climate change. *The Review of Economics and Statistics* 91, 1–19. Available at: http://www.mitpressjournals.org/doi/pdf/10.1162/rest.91.1.1.

Weitzman M.L. (2011). Fat-tailed uncertainty in the economics of catastrophic climate change. *Review of Environmental Economics and Policy* 5, 275–292. doi: 10.1093/reep/rer006.

World Bank (2010). *Economics of Adaptation to Climate Change—Synthesis Report*. The International Bank for Reconstruction and Development/The World Bank, Washington, DC, 136 pp. Available at: http://documents.worldbank. org/curated/en/2010/01/16436675/economics-adaptation-climate-change-synthesis-report.

World Bank (2013). *World Development Indicators 2013*. The World Bank, Washington, DC, ISBN: 978-0-8213-9825-8.

World Commission on Environment and Development (1987). *Our Common Future*. UN World Commission on Environment and Development, Geneva, Switzerland, 416 pp. ISBN: 978-0-19-282080-8.

WTO (2011). WTO scales back its trade forecast to 5.8% as downside risks build. World Trade Organization. Available at: http://www.wto.org/english/ news_e/pres11_e/pr641_e.htm.

Xie Z. (2009). *China's Policies and Actions for Addressing Climate Change: The Progress Report 2009*. National Development and Reform Commission, Beijing, China. Available at: http://www.ccchina.gov.cn/WebSite/CCChina/UpFile/ File571.pdf.

Yamaguchi M. (2012). The ultimate objective of climate response strategies, and a desirable and feasible international framework. In: *Climate Change Mitigation, A Balanced Approach to Climate Change*. M. Yamaguchi, (ed.), Springer Publishing Company, London, UK, pp. 7–42. ISBN: 978-1447142270.

Ye Q. (2011). *Review of Low Carbon Development in China: 2010 Report*. Climate Policy Initiative at Tsinghua University, Beijing, China. Available at: http://climate policyinitiative.org/wp-content/uploads/2011/12/Review-of-LCD-in-China-2010.pdf.

Yergin D. (2011). *The Quest: Energy, Security, and the Remaking of the Modern World*. Penguin Press, New York, NY, 816 pp. ISBN: 9781594202834.

Zelli F., F. Biermann, P. Pattberg, and H. van Asselt (2010). The consequences of a fragmented climate change governance architecture: A policy appraisal. In: *Global Climate Governance Beyond 2012: Architecture, Agency and Adaptation*. F. Biermann, P. Pattberg, F. Zelli, (eds.), Cambridge University Press, Cambridge, UK, pp. 25–34. ISBN: 9780521190114.

Zhang Z. (2010). Is it fair to treat China as a Christmas tree to hang everybody's complaints? Putting its own energy saving into perspective. *Energy Economics* 32, Supplement 1, S47–S56. doi: 10.1016/j.eneco.2009.03.012, ISSN: 0140-9883.

Zhu M. (2011). Emerging challenges. *Finance & Development* 48. Available at: http://www.imf.org/external/pubs/ft/fandd/2011/06/straight.htm.

**2**

# Integrated Risk and Uncertainty Assessment of Climate Change Response Policies

**Coordinating Lead Authors:**
Howard Kunreuther (USA), Shreekant Gupta (India)

**Lead Authors:**
Valentina Bosetti (Italy), Roger Cooke (USA), Varun Dutt (India), Minh Ha-Duong (France), Hermann Held (Germany), Juan Llanes-Regueiro (Cuba), Anthony Patt (Austria/Switzerland), Ekundayo Shittu (Nigeria/USA), Elke Weber (USA)

**Contributing Authors:**
Hannes Böttcher (Austria/Germany), Heidi Cullen (USA), Sheila Jasanoff (USA)

**Review Editors:**
Ismail Elgizouli (Sudan), Joanne Linnerooth-Bayer (Austria/USA)

**Chapter Science Assistants:**
Siri-Lena Chrobog (Germany), Carol Heller (USA)

**This chapter should be cited as:**

Kunreuther H., S. Gupta, V. Bosetti, R. Cooke, V. Dutt, M. Ha-Duong, H. Held, J. Llanes-Regueiro, A. Patt, E. Shittu, and E. Weber, 2014: Integrated Risk and Uncertainty Assessment of Climate Change Response Policies. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Contents

Executive Summary ................................................................................................................ 154

2.1    Introduction ...................................................................................................... 155

2.2    Metrics of uncertainty and risk ...................................................................... 157

2.3    Risk and uncertainty in climate change ......................................................... 157

    2.3.1    Uncertainties that matter for climate policy choices ...................................... 157

    2.3.2    What is new on risk and uncertainty in AR5 .................................................. 159

2.4    Risk perception and responses to risk and uncertainty ................................. 160

    2.4.1    Considerations for design of climate change risk reduction policies ................. 160

    2.4.2    Intuitive and deliberative judgment and choice ............................................. 160

    2.4.3    Consequences of intuitive decision making ................................................... 161
        2.4.3.1    Importance of the status quo ............................................................ 161
        2.4.3.2    Focus on the short term and the here-and-now ..................................... 162
        2.4.3.3    Aversion to risk, uncertainty, and ambiguity ........................................ 163

    2.4.4    Learning ..................................................................................................... 164

    2.4.5    Linkages between different levels of decision making ..................................... 165

    2.4.6    Perceptions of climate change risk and uncertainty ....................................... 166

2.5    Tools and decision aids for analysing uncertainty and risk ........................... 168

    2.5.1    Expected utility theory ................................................................................ 168
        2.5.1.1    Elements of the theory .................................................................... 168
        2.5.1.2    How can expected utility improve decision making? ............................... 169

    2.5.2    Decision analysis ........................................................................................ 169
        2.5.2.1    Elements of the theory .................................................................... 169
        2.5.2.2    How can decision analysis improve decision making? ............................. 170

    2.5.3    Cost-benefit analysis .................................................................................. 170
        2.5.3.1    Elements of the theory .................................................................... 170
        2.5.3.2    How can CBA improve decision making? .............................................. 170
        2.5.3.3    Advantages and limitations of CBA ..................................................... 170

2.5.4      Cost-effectiveness analysis...................................................................... 171
           2.5.4.1    Elements of the theory........................................................... 171
           2.5.4.2    How can CEA improve decision making?............................ 172
           2.5.4.3    Advantages and limitations of CEA over CBA ...................... 172

2.5.5      The precautionary principle and robust decision making .................................. 172
           2.5.5.1    Elements of the theory........................................................... 172

2.5.6      Adaptive management .............................................................................. 173

2.5.7      Uncertainty analysis techniques............................................................... 173
           2.5.7.1    Structured expert judgment................................................ 173
           2.5.7.2    Scenario analysis and ensembles ...................................... 175

2.6    Managing uncertainty, risk and learning ................................................ 177

2.6.1      Guidelines for developing policies........................................................... 177

2.6.2      Uncertainty and the science/policy interface  ......................................... 178

2.6.3      Optimal or efficient stabilization pathways (social planner perspective) ................ 178
           2.6.3.1    Analyses predominantly addressing climate or damage response uncertainty...................... 178
           2.6.3.2    Analyses predominantly addressing policy response uncertainty ......................... 181

2.6.4      International negotiations and agreements ............................................... 181
           2.6.4.1    Treaty formation ................................................................. 181
           2.6.4.2    Strength and form of national commitments ..................... 182
           2.6.4.3    Design of measurement, verification regimes, and treaty compliance ................... 182

2.6.5      Choice and design of policy instruments ................................................ 183
           2.6.5.1    Instruments creating market penalties for GHG emissions.......................... 183
           2.6.5.2    Instruments promoting technological RDD&D.................. 184
           2.6.5.3    Energy efficiency and behavioural change......................... 186
           2.6.5.4    Adaptation and vulnerability reduction............................. 186

2.6.6      Public support and opposition to climate policy ...................................... 187
           2.6.6.1    Popular support for climate policy ..................................... 187
           2.6.6.2    Local support and opposition to infrastructure projects................. 188

2.7    Gaps in knowledge and data.................................................................. 189

2.8    Frequently Asked Questions................................................................... 189

References ......................................................................................................... 192

**2**

# Executive Summary

The scientific understanding of climate change and the impact it has on different levels of decision-making and policy options has increased since the publication of the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4). In addition, there is a growing recognition that decision makers often rely on intuitive thinking processes rather than undertaking a systematic analysis of options in a deliberative fashion. It is appropriate that climate change risk management strategies take into account both forms of thinking when considering policy choices where there is risk and uncertainty.

**Consideration of risk perception and decision processes can improve risk communication, leading to more effective policies for dealing with climate change.** By understanding the systematic biases that individuals utilize in dealing with climate change problems, one can more effectively communicate the nature of the climate change risk. An understanding of the simplified decision rules employed by decision makers in making choices may be helpful in designing policies that encourage the adoption of mitigation and adaptation measures. [Section 2.4]

**Decision processes often include both deliberative and intuitive thinking.** When making mitigation and adaptation choices, decision makers sometimes calculate the costs and benefits of their alternatives (deliberative thinking). They are also likely to utilize emotion- and rule-based responses that are conditioned by personal past experience, social context, and cultural factors (intuitive thinking). [2.4.2]

**Laypersons tend to judge risks differently than experts.** Laypersons' perceptions of climate change risks and uncertainties are often influenced by past experience, as well as by emotional processes that characterize intuitive thinking. This may lead them to overestimate or underestimate the risk. Experts engage in more deliberative thinking than laypersons by utilizing scientific data to estimate the likelihood and consequences of climate change. [2.4.6]

**Cost-benefit analysis (CBA) and cost-effectiveness analysis (CEA) can enable decision makers to examine costs and benefits, but these methodologies also have their limitations.** Both approaches highlight the importance of considering the likelihood of events over time and the importance of focusing on long-term horizons when evaluating climate change mitigation and adaptation policies. CBA enables governments and other collective decision-making units to compare the social costs and benefits of different alternatives. However, CBA cannot deal well with infinite (negative) expected utilities arising from low probability catastrophic events often referred to as 'fat tails'. CEA can generate cost estimates for stabilizing greenhouse gas (GHG) concentrations without having to take into account the uncertainties associated with cost estimates for climate change impacts. A limitation of CEA is that it takes the long-term stabilization

as a given without considering the economic efficiency of the target level. [2.5.3, 2.5.4]

**Formalized expert judgment and elicitation processes improve the characterization of uncertainty for designing climate change strategies** (*high confidence*). Experts can quantify uncertainty through formal elicitation processes. Their judgments can characterize the uncertainties associated with a risk but not reduce them. The expert judgment process highlights the importance of undertaking more detailed analyses to design prudent climate policies. [2.5.6]

**Individuals and organizations that link science with policy grapple with several different forms of uncertainty.** These uncertainties include absence of prior agreement on framing of problems and ways to scientifically investigate them (paradigmatic uncertainty), lack of information or knowledge for characterizing phenomena (epistemic uncertainty), and incomplete or conflicting scientific findings (translational uncertainty). [2.6.2]

**The social benefit from investments in mitigation tends to increase when uncertainty in the factors relating GHG emissions to climate change impacts are considered** (*medium confidence*). If one sets a global mean temperature (GMT) target, then normative analyses that include uncertainty on the climate response to elevated GHG concentration, suggest that investments in mitigation measures should be accelerated. Under the assumption of nonlinear impacts of a GMT rise, inclusion of uncertainty along the causal chain from emissions to impacts suggests enhancing mitigation. [2.6.3]

**The desirability of climate policies and instruments are affected by decision makers' responses to key uncertainties.** At the national level, uncertainties in market behaviour and future regulatory actions have been shown to impact the performance of policy instruments designed to influence investment patterns. Both modelling and empirical studies have shown that uncertainty as to future regulatory and market conditions adversely affects the performance of emission allowance trading markets [2.6.5.1]. Other studies have shown that subsidy programmes (e.g., feed-in tariffs, tax credits) are relatively immune to market uncertainties, but that uncertainties with respect to the duration and level of the subsidy program can have adverse effects [2.6.5.2]. In both cases, the adverse effects of uncertainty include less investment in low-carbon infrastructure, increasing consumer prices, and reducing the pressure for technological development.

**Decision makers in developing countries often face a particular set of challenges associated with implementing mitigation policies under risk and uncertainty** (*medium confidence*). Managing risk and uncertainty in the context of climate policy is of particular importance to developing countries that are resource constrained and face other pressing development goals. In addition, institutional capacity in these countries may be less developed compared to advanced economies. Therefore, decision makers in these countries (governments and economic agents such as firms, farmers, households, to name a

few) have less room for 'error' (uncertain outcomes and/or wrong or poorly implemented policies). The same applies to national, regional and local governments in developed countries who can ill afford to waste scarce resources through policy errors. [Box 2.1]

# 2.1   Introduction

This framing chapter considers ways in which risk and uncertainty can affect the process and outcome of strategic choices in responding to the threat of climate change.

'Uncertainty' denotes a cognitive state of incomplete knowledge that results from a lack of information and/or from disagreement about what is known or even knowable. It has many sources ranging from quantifiable errors in the data to ambiguously defined concepts or terminology to uncertain projections of human behaviour. The *Guidance Note for Lead Authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties* (Mastrandrea et al., 2010) summarizes alternative ways of representing uncertainty. Probability density functions and parameter intervals are among the most common tools for characterizing uncertainty.

'Risk' refers to the potential for adverse effects on lives, livelihoods, health status, economic, social and cultural assets, services (including environmental), and infrastructure due to uncertain states of the world. To the extent that there is a detailed understanding of the characteristics of a specific event, experts will normally be in agreement regarding estimates of the likelihood of its occurrence and its resulting consequences. Risk can also be subjective in the sense that the likelihood and outcomes are based on the knowledge or perception that a person has about a given situation. There may also be risks associated with the outcomes of different climate policies, such as the harm arising from a change in regulations.

There is a growing recognition that today's policy choices are highly sensitive to uncertainties and risk associated with the climate system and the actions of other decision makers. The choice of climate policies can thus be viewed as an exercise in risk management (Kunreuther et al., 2013a). Figure 2.1 suggests a risk management framework that serves as the structure of the chapter.

After defining risk and uncertainty and their relevant metrics (Section 2.2), we consider how choices with respect to climate change policy options are sensitive to risk and uncertainty (Section 2.3). A taxonomy depicts the levels of decision making ranging from international agreements to actions undertaken by individuals in relation to climate change policy options under conditions of risk and uncertainty that range from long-term global temperature targets to lifestyle choices. The goals and values of the different stakeholders given their immediate and long-term agendas will also influence the relative attractive-

ness of different climate change policies in the face of risk and uncertainty.

Sections 2.4, 2.5 and 2.6 characterize descriptive and normative theories of decision-making and models of choice for dealing with risk and uncertainty and their implications for prescriptive analysis. *Descriptive* refers to theories of actual behaviour, based on experimental evidence and field studies that characterize the perception of risk and decision processes. *Normative* in the context of this chapter refers to theories of choice under risk and uncertainty based on abstract models and axioms that serve as benchmarks as to how decision makers should ideally make their choices. *Prescriptive* refers to ways of improving the decision process and making final choices (Kleindorfer et al., 1993).

A large empirical literature has revealed that individuals, small groups and organizations often do not make decisions in the analytic or rational way envisioned by normative models of choice in the economics and management science literature. People frequently perceive risk in ways that differ from expert judgments, posing challenges for risk communication and response. There is a tendency to focus on short time horizons, utilize simple heuristics in choosing between alternatives, and selectively attend to subsets of goals and objectives.

To illustrate, the voting public in some countries may have a wait-and-see attitude toward climate change, leading their governments to postpone mitigation measures designed to meet specified climate targets (Sterman, 2008; Dutt and Gonzalez, 2011). A coastal village may decide not to undertake measures for reducing future flood risks due to sea level rise (SLR), because their perceived likelihood that SLR will cause problems to their village is below the community council's level of concern.

Section 2.4 provides empirical evidence on behavioural responses to risk and uncertainty by examining the types of biases that influence individuals' perception of the likelihood of an event (e.g., availability, learning from personal experience), the role that emotional, social, and cultural factors play in influencing the perception of climate change risks and strategies for encouraging decision makers to undertake cost-effective measures to mitigate and adapt to the impacts of climate change.

A wide range of decision tools have been developed for evaluating alternative options and making choices in a systematic manner even when probabilities are difficult to characterize and/or outcomes are uncertain. The relevance of these tools for making more informed decisions depends on how the problem is formulated and framed, the nature of the institutional arrangements, and the interactions between stakeholders (Hammond et al., 1999; Schoemaker and Russo, 2001).

Governments debating the merits of a carbon tax may turn to cost-benefit analysis or cost-effectiveness analysis to justify their positions. They may need to take into account that firms who utilize formal

**2**

approaches, such as decision analysis, may not reduce their emissions if they feel that they are unlikely to be penalized because the carbon tax will not be well enforced. Households and individuals may find the expected utility model or decision analysis to be useful tools for evaluating the costs and benefits of adopting energy efficient measures given the trajectory of future energy prices.

Section 2.5 delineates formal methodologies and decision aids for analysing risk and uncertainty when individuals, households, firms, communities and nations are making choices that impact their own well-being and those of others. These tools encompass variants of expected utility theory, decision analysis, cost-benefit analyses or cost-effectiveness analyses that are implemented in integrated assessment models (IAMs). Decision aids include adaptive management, robust decision making and uncertainty analysis techniques such as structured expert judgment and scenario analysis. The chapter highlights the importance of selecting different methodologies for addressing different problems.

Developing robust policy response strategies and instruments should take into account how the relevant stakeholders perceive risk and their behavioural responses to uncertain information and data (descriptive analysis). The policy design process also needs to consider the methodologies and decision aids for systematically addressing issues of risk and uncertainty (normative analysis) that suggest strategies for improving outcomes at the individual and societal level (prescriptive analysis).

Section 2.6 examines how the outcomes of particular options, in terms of their efficiency or equity, are sensitive to risks and uncertainties and affect policy choices. After examining the role of uncertainty in the science/policy interface, it examines the role of integrated assessment models (IAMs) from the perspective of the social planner operating at a global level and the structuring of international negotiations and paths to reach agreement. Integrated assessment models combined with an understanding of the negotiation process for reaching international agreements may prove useful to delegates for justifying the positions of their country at a global climate conference. The section also examines the role that uncertainty plays in the performance of different technologies now and in the future as well as how lifestyle decisions such as investing in energy efficient measures can be improved.



**Figure 2.1 |** A risk management framework. Numbers in brackets refer to sections where more information on these topics can be found.

Case No. 1:20-cv-02484-MSK    Document 81-1    filed 05/06/21    USDC Colorado    pg 282 of
391
Chapter 2                                    Integrated Risk and Uncertainty Assessment of Climate Change Response Policies

The section concludes by examining the roles that risk and uncertainty play in support of or opposition to climate policies.

The way climate change is managed will have an impact on policy choices as shown by the feedback loop in Figure 2.1, suggesting that the risk management process for addressing climate change is iterative. The nature of this feedback can be illustrated by the following examples. Individuals may be willing to invest in solar panels if they are able to spread the upfront cost over time through a long-term loan. Firms may be willing to promote new energy technologies that provide social benefits with respect to climate change if they are given a grant to assist them in their efforts. National governments are more likely to implement carbon markets or international treaties if they perceive the short-term benefits of these measures to be greater than the perceived costs. Education and learning can play key roles in how climate change is managed through a reconsideration of policies for managing the risks and uncertainties associated with climate change.

## 2.2 Metrics of uncertainty and risk

The IPCC strives for a treatment of risk and uncertainty that is consistent across all three Working Groups based the *Guidance Note (GN) for Lead Authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties* (Mastrandrea et al., 2010). This section summarizes key aspects of the GN that frames the discussion in this chapter.

The GN indicates that author teams should evaluate the associated evidence and agreement with respect to specific findings that involve risk and uncertainty. The amount of *evidence* available can range from small to large, and can vary in quality and consistency. The GN recommends reporting the degree of certainty and/or uncertainty of a given topic as a measure of the consensus or *agreement* across the scientific community. *Confidence* expresses the extent to which the IPCC authors do in fact support a key finding. If confidence is sufficiently high, the GN suggests specifying the key finding in terms of *probability*. The evaluation of evidence and degree of agreement of any key finding is labelled a *traceable account* in the GN.

The GN also recommends taking a risk-management perspective by stating that "sound decision making that anticipates, prepares for, and responds to climate change depends on information about the full range of possible consequences and associated probabilities." The GN also notes that, "low-probability outcomes can have significant impacts, particularly when characterized by large magnitude, long persistence, broad prevalence, and/or irreversibility." For this reason, the GN encourages the presentation of information on the extremes

of the probability distributions of key variables, reporting quantitative estimates when possible and supplying qualitative assessments and evaluations when appropriate.

## 2.3 Risk and uncertainty in climate change

Since the publication of AR4, political scientists have documented the many choices of climate policy and the range of interested parties concerned with them (Moser, 2007; Andonova et al., 2009; Bulkeley, 2010; Betsill and Hoffmann, 2011; Cabré, 2011; Hoffmann, 2011; Meckling, 2011; Victor, 2011).

There continues to be a concern about global targets for mean surface temperature and GHG concentrations that are discussed in Chapter 6 of this report. This choice is normally made at the global level with some regions, countries, and sub-national political regions setting their own targets consistent with what they believe the global ones should be. Policymakers at all levels of decision making face a second-order set of choices as to how to achieve the desired targets. Choices in this vein that are assessed in Chapters 7–12 of this report, include transition pathways for various drivers of emissions, such as fossil fuels within the energy system, energy efficiency and energy-intensive behavioural patterns, issues associated with land-use and spatial planning, and/or the emissions of non- $CO_2$ greenhouse gases.

The drivers influencing climate change policy options are discussed in more detail in Chapters 13–16 of this report. These options include information provision, economic instruments (taxes, subsidies, fines), direct regulations and standards, and public investments. At the same time, individuals, groups and firms decide what actions to take on their own. These choices, some of which may be in response to governmental policy, include investments, lifestyle and behaviour.

Decisions for mitigating climate change are complemented by climate adaptation options and reflect existing environmental trends and drivers. The policy options are likely to be evaluated with a set of criteria that include economic impacts and costs, equity and distributional considerations, sustainable development, risks to individuals and society and co-benefits. Many of these issues are discussed in Chapters 3 and 4.

### 2.3.1 Uncertainties that matter for climate policy choices

The range and number of interested parties who are involved in climate policy choices have increased significantly in recent years. There has been a widening of the governance forums within which climate

**2**

policies and international agreements are negotiated at the global level (Victor, 2011), across multiple networks within national governments (Andonova et al., 2009; Hoffmann, 2011), and at the local, regional and/or interest group level (Moser, 2007; Bulkeley, 2010). At the same time, the number of different policy instruments under active discussion has increased, from an initial focus on cap-and-trade and carbon tax instruments (Betsill and Hoffmann, 2011; Hoffmann, 2011), to feed-in tariffs or quotas for renewable energy (Wiser et al., 2005; Mendonça, 2007), investments in research and development (Sagar and van der Zwaan, 2006; De Coninck et al., 2008; Grubler and Riahi, 2010), and reform of intellectual property laws (Dechezleprêtre et al., 2011; Percival and Miller, 2011).

Choices are sensitive to the degree of uncertainty with respect to a set of parameters that are often of specific importance to particular climate policy decisions. Here, and as shown in Figure 2.2, we group these uncertainties into two broad classes, consistent with the approach taken in Patt and Weber (2014):

- *Climate responses to greenhouse gas (GHG) emissions, and their associated impacts.* The large number of key uncertainties with respect to the climate system are discussed in Working Group I (WGI). There are even greater uncertainties with respect to the impacts of changes in the climate system on humans and the ecological system as well as their costs to society. These impacts are assessed in WGII.

- *Stocks and flows of carbon and other GHGs.* The large uncertainties with respect to both historical and current GHG sources and sinks from energy use, industry, and land-use changes are assessed in Chapter 5. Knowledge gaps make it especially difficult to estimate how the flows of greenhouse gases will evolve in the future under conditions of elevated atmospheric $CO_2$ concentrations and their impact on climatic and ecological processes.

- *Technological systems.* The deployment of technologies is likely to be the main driver of GHG emissions and a major driver of climate vulnerability. Future deployment of new technologies will depend on how their price, availability, and reliability evolve over time as a result of technological learning. There are uncertainties as to how fast the learning will take place, what policies can accelerate learning and the effects of accelerated learning on deployment rates of new technologies. Technological deployment also depends on the degree of public acceptance, which in turn is typically sensitive to perceptions of health and safety risks.

- *Market behaviour and regulatory actions.* Public policies can create incentives for private sector actors to alter their investment behaviour, often in the presence of other overlapping regulations. The extent to which firms change their behaviour in response to the policy, however, often depends on their expectations about other highly uncertain market factors, such as fossil fuel prices. There are also uncertainties concerning the macro-economic effects of the

aggregated behavioural changes. An additional factor influencing the importance of any proposed or existing policy-driven incentive is the likelihood with which regulations will be enacted and enforced over the lifetime of firms' investment cycles.

- *Individual and firm perceptions.* The choices undertaken by key decision makers with respect to mitigation and adaptation measures are impacted by their perceptions of risk and uncertainties, as well as their perceptions of the relevant costs and expected benefits over time. Their decisions may also be influenced by the actions undertaken by others.

Section 2.6 assesses the effects of uncertainties of these different parameters on a wide range of policy choices, drawing from both empirical studies and the modelling literature. The following three examples illustrate how uncertainties in one or more of the above factors can influence choices between alternative options.

*Example 1: Designing a regional emissions trading system (ETS).* Over the past decade, a number of political jurisdictions have designed and implemented ETSs, with the European ETS being the one most studied. In designing the European system, policymakers took as their starting point pre-defined emissions reduction targets. It was unclear whether these targets would be met, due to uncertainties with respect to national baseline emissions. The stocks and flows of greenhouse gas emissions were partly determined by the uncertainty of the performance of the technological systems that were deployed. Uncertainties in market behaviour could also influence target prices and the number of emissions permits allocated to different countries (Betsill and Hoffmann, 2011).

*Example 2: Supporting scientific research into solar radiation management (SRM).* SRM may help avert potentially catastrophic temperature increases, but may have other negative impacts with respect to global and regional climatic conditions (Rasch et al., 2008). Research could reduce the uncertainties as to these other consequences (Robock et al., 2010). The decision to invest in specific research activities requires an assessment as to what impact SRM will have on avoiding catastrophic temperature increases. Temperature change will be sensitive to the stocks and flows of greenhouse gases (GHG) and therefore to the responses by key decision makers to the impacts of GHG emissions. The decision to invest in specific research activities is likely to be influenced by the perceived uncertainty in the actions undertaken by individuals and firms (Blackstock and Long, 2010).

*Example 3: Renting an apartment in the city versus buying a house in the suburbs.* When families and households face this choice, it is likely to be driven by factors other than climate change concerns. The decision, however, can have major consequences on $CO_2$ emissions as well as on the impacts of climate change on future disasters such as damage from flooding due to sea level rise. Hence, governments may seek to influence these decisions as part of their portfolio of climate change policies through measures such as land-use regulations or the

2

pricing of local transportation options. The final choice is thus likely to be sensitive to uncertainties in *market behaviour* as well as *actions undertaken by individuals and firms*.

To add structure and clarity to the many uncertainties that different actors face for different types of problems, we introduce a taxonomy shown in Figure 2.2 that focuses on levels of decision making (the rows) that range from international organizations to individuals and households, and climate policy options (the columns) that include long-term targets, transition pathways, policy instruments, resource allocation and lifestyle options. The circles that overlay the cells in Figure 2.2 highlight the principal uncertainties relevant to decision-making levels and climate policy choices that appear prominently in the literature. These are reviewed in Section 2.6 of this chapter and in many of the following chapters of WGIII. The literature appraises the effects of a wide range of uncertainties, which we group according to the five types described above.

### 2.3.2    What is new on risk and uncertainty in AR5

Chapter 2 in WGIII AR4 on risk and uncertainty, which also served as a framing chapter, illuminated the relationship of risk and uncertainty to decision making and reviewed the literature on catastrophic or abrupt climate change and its irreversible nature. It examined three pillars for dealing with uncertainties: precaution, risk hedging, and crisis prevention and management. The report also summarized the debate in the economic literature about the limits of cost-benefit analysis in situations of uncertainty.

Since the publication of AR4, a growing number of studies have considered additional sources of risk and uncertainties, such as regulatory and technological risks, and examined the role they play in influencing climate policy. There is also growing awareness that risks in the extremes or tail of the distribution make it problematic to rely on historical averages. As the number of political jurisdictions implementing climate policies has increased, there are now empirical findings to supplement earlier model-based studies on the effects of such risks. At the local level, adaptation studies using scenario-based methods have been developed (ECLACS, 2011).

This chapter extends previous reports in four ways. First, rather than focusing solely at the global level, this chapter expands climate-related decisions to other levels of decision making as shown in Figure 2.2. Second, compared to AR4, where judgment and choice were primarily framed in rational-economic terms, this chapter reviews the psychological and behavioural literature on perceptions and responses to risk and uncertainty. Third, the chapter considers the pros and cons of alternative methodologies and decision aids from the point of view of practitioners. Finally, the chapter expands the scope of the challenges associated with developing risk management strategies in relation to



**Figure 2.2 |** Taxonomy of levels of decision making and climate policy choices. Circles show type and extent of uncertainty sources as they are covered by the literature. Numbers in brackets refer to sections where more information on these uncertainty sources can be found.

**2**

AR4 that requires reviewing a much larger body of published research. To illustrate this point, the chapter references more than 50 publications on decision making under uncertainty with respect to integrated assessment models (IAMs), the first time such a detailed examination of this literature has been undertaken.

## 2.4    Risk perception and responses to risk and uncertainty

### 2.4.1    Considerations for design of climate change risk reduction policies

When stakeholders are given information about mitigation and adaptation measures to reduce climate change risks, they make the following judgments and choices: How serious is the risk? Is any action required? Which options are ruled out because the costs seem prohibitive? Which option offers the greatest net expected benefits?

In designing such measures and in deciding how to present them to stakeholders, one needs to recognize both the strengths and limitations of decision makers at the different levels delineated in Figure 2.2. Decision makers often have insufficient or imperfect knowledge about climate risks, a deficit that can and needs to be addressed by better data and public education. However, cognitive and motivational barriers are equally or more important in this regard (Weber and Stern, 2011).

Normative models of choice described in Section 2.5 indicate how decisions under risk and uncertainty should be made to achieve efficiency and consistency, but these approaches do not characterize how choices are actually made. Since decision makers have limitations in their ability to process information and are boundedly rational (Simon, 1955), they often use simple heuristics and rules of thumb (Payne et al., 1988). Their choices are guided not only by external reality (objective outcomes and their likelihood) but also by the decision makers' internal states (e.g., needs and goals) and their mental representation of outcomes and likelihood, often shaped by previous experience. In other words, a descriptive model of choice needs to consider cognitive and motivational biases and decision rules as well as factors that are considered when engaging in deliberative thinking. Another complicating factor is that when groups or organizations make decisions, there is the potential for disagreement and conflict among individuals that may require interpersonal and organizational facilitation by a third party.

Mitigation and adaptation decisions are shaped also by existing economic and political institutional arrangements. Policy and market tools for addressing climate change, such as insurance, may not be feasible in developing countries that have no history of this type of protection;

however, this option may be viewed as desirable in a country with an active insurance sector (see Box 2.1). Another important determinant of decisions is the status quo, because there is a tendency to give more weight to the negative impacts of undertaking change than the equivalent positive impacts (Johnson et al., 2007). For example, proposing a carbon tax to reduce GHG emissions may elicit much more concern from affected stakeholders as to how this measure will impact on their current activities than the expected climate change benefits from reducing carbon emissions. Choices are also affected by cultural differences in values and needs (Maslow, 1954), in beliefs about the existence and causes of climate change (Leiserowitz et al., 2008), and in the role of informal social networks for cushioning catastrophic losses (Weber and Hsee, 1998). By considering actual judgment and choice processes, policymakers can more accurately characterize the effectiveness and acceptability of alternative mitigation policies and new technologies. Descriptive models also provide insights into ways of framing mitigation or adaptation options so as to increase the likelihood that desirable climate policy choices are adopted. Descriptive models, with their broader assumptions about goals and processes, also allow for the design of behavioural interventions that capitalize on motivations such as equity and fairness.

### 2.4.2    Intuitive and deliberative judgment and choice

The characterization of judgment and choice that distinguishes intuitive processes from deliberative processes builds on a large body of cognitive psychology and behavioural decision research that can be traced to William James (1878) in psychology and to Friedrich Nietzsche (2008) and Martin Heidegger (1962) in philosophy. A recent summary has been provided by Kahneman (2003; 2011) as detailed in Table 2.1:

**Table 2.1 |** Intuitive and deliberative process characteristics.

| *Intuitive Thinking (System 1)* |
|---|
| Operates automatically and quickly, with little or no effort and no voluntary control. |
| Uses simple and concrete associations, including emotional reactions or simple rules of conduct that have been acquired by personal experience with events and their consequences. |

| *Deliberative Thinking (System 2)* |
|---|
| Initiates and executes effortful and intentional abstract cognitive operations when these are seen as needed. |
| These cognitive operations include simple or complex computations or formal logic. |

Even though the operations of these two types of processes do not map cleanly onto distinct brain regions, and the two systems often operate cooperatively and in parallel (Weber and Johnson, 2009), the distinction between Systems 1 and 2 helps to clarify the tension in the human mind between the automatic and largely involuntary processes of intuitive decisions, versus the effortful and more deliberate processes of analytic decisions (Kahneman, 2011).

Many of the simplified decision rules that characterize human judgment and choice under uncertainty utilize intuitive (System 1) processes. Simplification is achieved by utilizing the experiences, expectations, beliefs, and goals of the interested parties involved in the decision. Such shortcuts require much less time and effort than a more detailed analysis of the tradeoffs between options and often leads to reasonable outcomes. If one takes into account the constraints on time and attention and processing capacity of decision makers, these decisions may be the best we can do for many choices under uncertainty (Simon, 1955). Intuitive processes are utilized not only by the general public, but also by technical experts such as insurers and regulators (Kunreuther et al., 2013c) and by groups and organizations (Cyert and March, 1963; Cohen et al., 1972; Barreto and Patient, 2013).

Intuitive processes work well when decision makers have copious data on the outcomes of different decisions and recent experience is a meaningful guide for the future, as would be the case in stationary environments (Feltovich et al., 2006). These processes do not work well, however, for low-probability high-consequence events for which the decision maker has limited or no past experience (Weber, 2011). In such situations, reliance on intuitive processes for making decisions will most likely lead to maintaining the status quo and focusing on the recent past. This suggests that intuitive decisions may be problematic in dealing with climate change risks such as increased flooding and storm surge due to sea level rise, or a surge in fossil fuel prices as a result of an unexpected political conflict. These are risks for which there is limited or no personal experience or historical data and considerable disagreement and uncertainty among experts with respect to their risk assessments (Taleb, 2007).

The formal models and tools that characterize deliberative (System 2) thinking require stakeholders to make choices in a more abstract and systematic manner. A deliberative process focuses on potential short- and long-term consequences and their likelihoods, and evenly evaluates the options under consideration, not favouring the status quo. For the low-probability high-consequence situations for which decision makers have limited experience with outcomes, alternative decision frameworks that do not depend on precise specification of probabilities should be considered in designing risk management strategies for climate change (Charlesworth and Okereke, 2010; Kunreuther et al., 2013a).

The remainder of this section is organized as follows. Section 2.4.3 describes some important consequences of the intuitive processes utilized by individuals, groups, and organizations in making decisions. The predicted effectiveness of economic or technological climate change mitigation solutions typically presuppose rational deliberative thinking and evaluation without considering how perceptions and reactions to climate risks impose on these policy solutions. Section 2.4.4 discusses biases and heuristics that suggest that individuals learn in ways that differ significantly from deliberative Bayesian updating. Section 2.4.5 addresses how behaviour is affected by social amplification of risk and considers the different levels of decision making in Figure 2.2 by discussing the role of social norms, social comparisons, and social networks in the choice process. Section 2.4.6 characterizes the general public's perceptions of climate change risks and uncertainty and their implications for communicating relevant information.

Empirical evidence for the biases associated with climate change response decisions triggered by intuitive processes exists mostly at the level of the individual. As discussed in Sections 2.5 and 2.6, intuitive judgment and choice processes at other levels of decision making, such as those specified in Figure 2.2, need to be acknowledged and understood.

### 2.4.3 Consequences of intuitive decision making

The behaviour of individuals are captured by descriptive models of choice such as prospect theory (Kahneman and Tversky, 1979) for decisions under risk and uncertainty and the beta-delta model (Laibson, 1997) for characterizing how future costs and benefits are evaluated. While individual variation exists, the patterns of responding to potential outcomes over time and the probabilities of their occurrence have an empirical foundation based on controlled experiments and well-designed field studies examining the behaviour of technical experts and the general public (Loewenstein and Elster, 1992; Camerer, 2000).

#### 2.4.3.1 Importance of the status quo

The tendency to maintain the current situation is a broadly observed phenomenon in climate change response contexts (e.g., inertia in switching to a non-carbon economy or in switching to cost-effective energy efficient products) (Swim et al., 2011). Sticking with the current state of affairs is the easy option, favoured by emotional responses in situations of uncertainty ("better the devil you know than the devil you don't"), by many proverbs or rules ("when in doubt, do nothing"), and observed biases in the accumulation of arguments for different choice options (Weber et al., 2007). Overriding the status quo requires commitment to change and effort (Fleming et al., 2010).

**Loss aversion and reference points**
Loss aversion is an important property that distinguishes prospect theory (Tversky and Kahneman, 1992) from expected utility theory (von Neumann and Morgenstern, 1944) by introducing a reference-dependent valuation of outcomes, with a steeper slope for perceived losses than for perceived gains. In other words, people experience more pain from a loss than they get pleasure from an equivalent gain. The status quo is often the relevant reference point that distinguishes outcomes perceived as losses from those perceived as gains. Given loss aversion, the potential negative consequences of moving away from the current

state of affairs are weighted much more heavily than the potential gains, often leading the decision maker not to take action. This behaviour is referred to as the *status quo bias* (Samuelson and Zeckhauser, 1988).

Loss aversion explains a broad range of decisions in controlled laboratory experiments and real world choices that deviate from the predictions of rational models like expected utility theory (Camerer, 2000). Letson et al. (2009) show that adapting to seasonal and inter-annual climate variability in the Argentine Pampas by allocating land to different crops depends not only on existing institutional arrangements (e.g., whether the farmer is renting the land or owns it), but also on individual differences in farmers' degree of loss aversion and risk aversion. Greene et al. (2009) show that loss aversion combined with uncertainty about future cost savings can explain why consumers frequently appear to be unwilling to invest in energy-efficient technology such as a more expensive but more fuel-efficient car that has positive expected utility. Weber and Johnson (2009) distinguish between perceptions of risk, attitudes towards risk, and loss aversion that have different determinants, but are characterized by a single 'risk attitude' parameter in expected utility models. Distinguishing and measuring these psychologically distinct components of individual differences in risk taking (e.g., by using prospect theory and adaptive ways of eliciting its model parameters; Toubia et al., 2013) provides better targeted entry points for policy interventions.

Loss aversion influences the choices of experienced decision makers in high-stakes risky choice contexts, including professional financial markets traders (Haigh and List, 2005) and professional golfers (Pope and Schweitzer, 2011). Yet, other contexts fail to elicit loss aversion, as evidenced by the failure of much of the global general public to be alarmed by the prospect of climate change (Weber, 2006). In this and other contexts, loss aversion does not arise because decision makers are not emotionally involved (Loewenstein et al., 2001).

### Use of framing and default options for the design of decision aids and interventions

Descriptive models not only help explain behaviours that deviate from the predictions of normative models of choice but also provide entry points for the design of decision aids and interventions collectively referred to as choice architecture, indicating that people's choices depend in part on the ways that possible outcomes of different options are framed and presented (Thaler and Sunstein, 2008). Prospect theory suggests that changing decision makers' reference points can impact how they evaluate outcomes of different options and hence their final choice. Patt and Zeckhauser (2000) show, for example, how information about the status quo and other choice options can be presented differently to create an action bias with respect to addressing the climate change problem. More generally, choice architecture often involves changing the description of choice options and the context of a decision to overcome the pitfalls of intuitive (System 1) processes without requiring decision makers to switch to effortful (System 2) thinking (Thaler and Sunstein, 2008).

One important choice architecture tool comes in the form of behavioural defaults, that is, recommended options that will be implemented if no active decision is made (Johnson and Goldstein, 2013). Default options serve as a reference point so that decision makers normally stick with this option due to loss aversion (Johnson et al., 2007; Weber et al., 2007). 'Green' energy defaults have been found to be very effective in lab studies involving choices between different lighting technologies (Dinner et al., 2011), suggesting that environmentally friendly and cost-effective energy efficient technology will find greater deployment if it were to show up as the default option in building codes and other regulatory contexts. Green defaults are desirable policy options because they guide decision makers towards individual and social welfare maximizing options without reducing choice autonomy. In a field study, German utility customers adopted green energy defaults, a passive choice that persisted over time and was not changed by price feedback (Pichert and Katsikopoulos, 2008). Moser (2010) provides other ways to frame climate change information and response options in ways consistent with the communication goal and characteristics of the audience.

#### 2.4.3.2   Focus on the short term and the here-and-now

Finite attention and processing capacity imply that unaided intuitive choices are restricted in their scope. This makes individuals susceptible to different types of myopia or short-sightedness with respect to their decisions on whether to invest in measures they would consider cost-effective if they engaged in deliberative thinking (Weber and Johnson, 2009; Kunreuther et al., 2013b).

**Present bias and quasi-hyperbolic time discounting**
Normative models suggest that future costs and benefits should be evaluated using an exponential discount function, that is, a constant discount rate per time period (i.e., exponentially), where the discount rate should reflect the decision maker's opportunity cost of money (for more details see Section 3.6.2). In reality, people discount future costs or benefits much more sharply and at a non-constant rate (i.e., hyperbolically), so that delaying an immediate receipt of a benefit is viewed much more negatively than if a similar delay occurs at a future point in time (Loewenstein and Elster, 1992). Laibson (1997) characterized this pattern by a quasi-hyperbolic discount function, with two parameters: (1) present bias, i.e., a discount applied to all non-immediate outcomes regardless how far into the future they occur, and (2) a rational discounting parameter. The model retains much of the analytical tractability of exponential discounting, while capturing the key qualitative feature of hyperbolic discounting.

**Failure to invest in protective measures**
In the management of climate-related natural hazards such as flooding, an extensive empirical literature reveals that adoption rates of protective measures by the general public are much lower than if individuals had engaged in deliberative thinking by making relevant tradeoffs between expected costs and benefits. Thus, few people living in

flood prone areas in the United States voluntarily purchase flood insurance, even when it is offered at highly subsidized premiums under the National Flood Insurance Program (NFIP) (Kunreuther et al., 1978). In the context of climate change mitigation, many efficient responses like investments in household energy efficiency are not adopted because decision makers focus unduly on the upfront costs of these measures (due to hyperbolic discounting amplified by loss aversion) and weight the future benefits of these investments less than predicted by normative models (see Sections 2.6.4.3 and 3.10). The failure of consumers to buy fuel-efficient cars because of their higher upfront costs (Section 8.3.5) is another example of this behaviour.

At a country or community level, the upfront costs of mitigating $CO_2$ emissions or of building seawalls to reduce the effects of sea level rise loom large due to loss aversion, while the uncertain and future benefits of such actions are more heavily discounted than predicted by normative models. Such accounting of present and future costs and benefits on the part of consumers and policymakers might make it difficult for them to justify these investments today and arrive at long-term sustainable decisions (Weber, 2013).

### Focus on short-term goals

Krantz and Kunreuther (2007) emphasize the importance of goals and plans as a basis for making decisions. In the context of climate change, protective or mitigating actions often require sacrificing short-term goals that are highly weighted in people's choices in order to meet more abstract, distant goals that are typically given very low weight. A strong focus on short-term goals (e.g., immediate survival) may have been helpful as humans evolved, but may have negative consequences in the current environment where risks and challenges are more complex and solutions to problems such as climate change require a focus on long time horizons. Weber et al. (2007) succeeded in drastically reducing people's discounting of future rewards by prompting them to first generate arguments for deferring consumption, contrary to their natural inclination to focus initially on rationales for immediate consumption. To deal with uncertainty about future objective circumstances as well as subjective evaluations, one can adopt multiple points of view (Jones and Preston, 2011) or multiple frames of reference (De Boer et al., 2010); a generalization of the IPCC's scenario approach to an uncertain climate future is discussed in Chapter 6.

### Mental accounting as a protection against short-term focus

People often mentally set up separate 'accounts' for different classes of expenditures and do not treat money as fungible between these accounts (Thaler, 1999). Mental accounts for different expenditures serve as effective budgeting and self-control devices for decision makers with limited processing capacity and self-control. A focus on short-term needs and goals can easily deplete financial resources, leaving not enough for long(er)-term goals. Placing a limit on short-term spending prevents this from happening. But such a heuristic also has a downside by unduly limiting people's willingness to invest in climate change mitigation or adaptation measures (e.g., flood proofing or solar pan-

els) that exceed their allocated budget for this account, regardless of future benefits. Such constraints (real or mental) often lead to the use of lexicographic (rather than compensatory) choice processes, where option sets are created or eliminated sequentially, based on a series of criteria of decreasing importance (Payne et al., 1988).

Mental accounting at a nonfinancial level may also be responsible for rebound effects of a more psychological nature, in addition to the economically based rebound effects discussed in Section 8.3.5. Rebound effects describe the increase in energy usage that sometimes follows improvements in household, vehicle, or appliance efficiency. For example, households who weatherize their homes tend to increase their thermostat settings during the winter afterwards, resulting in a decrease in energy savings relative to what is technologically achievable (Hirst et al., 1985). While rebound effects on average equal only 10–30 % of the achievable savings, and therefore do not cancel out the benefits of efficiency upgrades (Ehrhardt-Martinez and Laitner, 2010), they are significant and may result from fixed mental accounts that people have for environmentally responsible behaviour. Having fulfilled their self-imposed quota by a particular action allows decision makers to move on to other goals, a behaviour also sometimes referred to as the single-action bias (Weber, 2006).

### 2.4.3.3    Aversion to risk, uncertainty, and ambiguity

Most people are averse to risk and to uncertainty and ambiguity when making choices. More familiar options tend to be seen as less risky, all other things being equal, and thus more likely to be selected (Figner and Weber, 2011).

### Certainty effect or uncertainty aversion

Prospect theory formalizes a regularity related to people's perceptions of certain versus probabilistic prospects. People overweight outcomes they consider certain, relative to outcomes that are merely probable—a phenomenon labelled the *certainty effect* (Kahneman and Tversky, 1979). This frequently observed behaviour can explain why the certain upfront costs of adaptation or mitigation actions are viewed as unattractive when compared to the uncertain future benefits of undertaking such actions (Kunreuther et al., 2013b).

### Ambiguity aversion

Given the high degree of uncertainty or ambiguity in most forecasts of future climate change impacts and the effects of different mitigation or adaptation strategies, it is important to consider not only decision makers' risk attitudes, but also attitudes towards ambiguous outcomes. The Ellsberg paradox (Ellsberg, 1961) revealed that, in addition to being risk averse, most decision makers are also ambiguity averse, that is, they prefer choice options with well-specified probabilities over options where the probabilities are uncertain. Heath and Tversky (1991) demonstrated, however, that ambiguity aversion is not present when decision makers believe they have expertise in the domain of choice. For example, in contrast to the many members of the general

public who consider themselves to be experts in sports or the stock market, relatively few people believe themselves to be highly competent in environmentally relevant technical domains such as the tradeoffs between hybrid electric versus conventional gasoline engines in cars, so they are likely to be ambiguity averse. Farmers who feel less competent with respect to their understanding of new technology are more ambiguity averse and less likely to adopt farming innovations (in Peru; Engle-Warnick and Laszlo, 2006; and in the USA; Barham et al., 2014). With respect to the likelihood of extreme events, such as natural disasters, insurers feel they do not have special expertise in estimating the likelihood of these events so they also tend to be ambiguity averse and set premiums that are considerably higher than if they had more certainty with respect to the likelihood of their occurrence (Kunreuther et al., 1993; Cabantous et al., 2011).

### 2.4.4    Learning

The ability to change expectations and behaviour in response to new information is an important survival skill, especially in uncertain and non-stationary environments. Bayesian updating characterizes learning when one engages in deliberative thinking. Individuals who engage in intuitive thinking are also highly responsive to new and especially recent feedback and information, but treat the data differently than that implied by Bayesian updating (Weber et al., 2004).

**Availability bias and the role of salience**

People's intuitive assessment of the likelihood of an uncertain event is often based on the ease with which instances of its occurrence can be brought to mind, a mechanism called *availability* by Tversky and Kahneman (1973). Sunstein (2006) discusses the use of the availability heuristics in response to climate change risks and how it differs among groups, cultures, and nations. Availability is strongly influenced by recent personal experience and can lead to an underestimation of low-probability events (e.g., typhoons, floods, or droughts) before they occur, and their overestimation after an extreme event has occurred. The resulting availability bias can explain why individuals first purchase insurance after a disaster has occurred and cancel their policies several years later, as observed for earthquake (Kunreuther et al., 1978) and flood insurance (Michel-Kerjan et al., 2012). It is likely that most of these individuals had not suffered any losses during this period and considered the insurance to be a poor investment. It is difficult to convince insured individuals that the best return on their policy is no return at all. They should celebrate not having suffered a loss (Kunreuther et al., 2013c).

**Linear thinking**

A majority of people perceive climate in a linear fashion that reflects two common biases (Sterman and Sweeney, 2007; Cronin et al., 2009; Dutt and Gonzalez, 2011). First, people often rely on the *correlation heuristic*, which means that they wrongly infer that an accumulation ($CO_2$ concentration) follows the same path as the inflow ($CO_2$ emissions). This implies that cutting emissions will quickly reduce the con-

centration and damages from climate change (Sterman and Sweeney, 2007). According to Dutt (2011) people who rely on this heuristic likely demonstrate wait-and-see behaviour on policies that mitigate climate change because they significantly underestimate the delay between reductions in $CO_2$ emissions and in the $CO_2$ concentration. Sterman and Sweeny (2007) show that people's wait-and-see behaviour on mitigation policies is also related to a second bias whereby people incorrectly infer that atmospheric $CO_2$ concentration can be stabilized even when emissions exceeds absorption.

Linear thinking also leads people to draw incorrect conclusions from nonlinear metrics, like the miles-per-gallon (mpg) ratings of vehicles' gasoline consumption in North America (Larrick and Soll, 2008). When given a choice between upgrading to a 15-mpg car from a 12-mpg car, or to a 50-mpg car from a 29-mpg car, most people choose the latter option. However, for 100 miles driven under both options, it is easily shown that the first upgrade option saves more fuel (1.6 gallons for every 100 miles driven) than the second upgrade option (1.4 gallons for every 100 miles driven).

**Effects of personal experience**

Learning from personal experience is well predicted by reinforcement learning models (Weber et al., 2004). Such models describe and predict why the general public is less concerned about low-probability high-impact climate risks than climate scientists would suggest is warranted by the evidence (Gonzalez and Dutt, 2011). These learning models also capture the volatility of the public's concern about climate change over time, for example in reaction to the personal experience of local weather abnormalities (an abnormal cold spell or heat wave) that have been shown to influence belief in climate change (Li et al., 2011).

Most people do not differentiate very carefully between weather, climate (average weather over time), and climate variability (variations in weather over time). People confound climate and weather in part because they have personal experience with weather and weather abnormalities but little experience with climate change, an abstract statistical concept. They thus utilize weather events in making judgments about climate change (Whitmarsh, 2008). This confusion has been observed in countries as diverse as the United States (Bostrom et al., 1994; Cullen, 2010) and Ethiopia (BBC World Service Trust, 2009).

Personal experience can differ between individuals as a function of their location, history, and/or socio-economic circumstances (Figner and Weber, 2011). Greater familiarity with climate risks, unless accompanied by alarming negative consequences, could actually lead to a reduction rather than an increase in the perceptions of its riskiness (Kloeckner, 2011). On the other hand, people's experience can make climate a more salient issue. For example, changes in the timing and extent of freezing and melting (and associated effects on sea ice, flora, and fauna) have been experienced since the 1990s in the American and Canadian Arctic and especially indigenous communities (Laidler, 2006), leading to increased concern with climate change because tra-

ditional prediction mechanisms no longer can explain these phenomena (Turner and Clifton, 2009).

People's expectations of change (or stability) in climate variables also affect their ability to detect trends in probabilistic environments. For instance, farmers in Illinois were asked to recall growing season temperature or precipitation statistics for seven preceding years. Farmers who believed that their region was affected by climate change recalled precipitation and temperature trends consistent with this expectation, whereas farmers who believed in a constant climate, recalled precipitations and temperatures consistent with that belief (Weber, 1997). Recognizing that beliefs shape perception and memory provides insight into why climate change expectations and concerns vary between segments of the US population with different political ideologies (Leiserowitz et al., 2008).

The evidence is mixed when we examine whether individuals learn from past experience with respect to investing in adaptation or mitigation measures that are likely to be cost-effective. Even after the devastating 2004 and 2005 hurricane seasons in the United States, a large number of residents in high-risk areas had still not invested in relatively inexpensive loss-reduction measures, nor had they undertaken emergency preparedness measures (Goodnough, 2006). Surveys conducted in Alaska and Florida, regions where residents have been exposed more regularly to physical evidence of climate change, show greater concern and willingness to take action (ACI, 2004; Leiserowitz and Broad, 2008; Mozumder et al., 2011).

A recent study assessed perceptions and beliefs about climate change of a representative sample of the Britain public (some of whom had experienced recent flooding in their local area). It also asked whether they would reduce personal energy use to reduce greenhouse gas emission (Spence et al., 2011). Concern about climate change and willingness to take action was greater in the group of residents who had experienced recent flooding. Even though the flooding was only a single and local data point, this group also reported less uncertainty about whether climate change was really happening than those who did not experience flooding recently, illustrating the strong influence of personal experience. Other studies fail to find a direct effect of personal experience with flooding generating concern about climate risks (Whitmarsh, 2008).

Some researchers find that personal experience with ill health from air pollution affects perceptions of and behavioural responses to climate risks (Bord et al., 2000; Whitmarsh, 2008), with the negative effects from air pollution creating stronger pro-environmental values. Myers et al. (2012) looked at the role of experiential learning versus motivated reasoning among highly engaged individuals and those less engaged in the issue of climate change. Low-engaged individuals were more likely to be influenced by their perceived personal experience of climate change than by their prior beliefs, while those highly engaged in the issue (on both sides of the climate issue) were more likely to interpret their perceived personal experience in a manner that strengthens their pre-existing beliefs.

Indigenous climate change knowledge contributions from Africa (Orlove et al., 2010), the Arctic (Gearheard et al., 2009), Australia (Green et al., 2010), or the Pacific Islands (Lefale, 2010), derive from accumulated and transmitted experience and focus mostly on predicting seasonal or interannual climate variability. Indigenous knowledge can supplement scientific knowledge in geographic areas with a paucity of data (Green and Raygorodetsky, 2010) and can guide knowledge generation that reduces uncertainty in areas that matter for human responses (ACI, 2004). Traditional ecological knowledge is embedded in value-institutions and belief systems related to historical modes of experimentation and is transferred from generation to generation (Pierotti, 2011).

### Underweighting of probabilities and threshold models of choice

The probability weighting function of prospect theory indicates that low probabilities tend to be overweighted relative to their objective probability unless they are perceived as being so low that they are ignored because they are below the decision maker's threshold level of concern. Prior to a disaster, people often perceive the likelihood of catastrophic events occurring as below their threshold level of concern, a form of intuitive thinking in the sense that one doesn't have to reflect on the consequences of a catastrophic event (Camerer and Kunreuther, 1989). The need to take steps today to deal with future climate change presents a challenge to individuals who are myopic. They are likely to deal with this challenge by using a threshold model that does not require any action for risks below this level. The problem is compounded by the inability of individuals to distinguish between low likelihoods that differ by one or even two orders of magnitude (e.g., between 1 in 100 and 1 in 10,000) (Kunreuther et al., 2001).

## 2.4.5    Linkages between different levels of decision making

### Social amplification of risk

Hazards interact with psychological, social, institutional, and cultural processes in ways that may amplify or attenuate public responses to the risk or risk event by generating emotional responses and other biases associated with intuitive thinking. Amplification may occur when scientists, news media, cultural groups, interpersonal networks, and other forms of communication provide risk information. The amplified risk leads to behavioural responses, which, in turn, may result in secondary impacts such as the stigmatization of a place that has experienced an adverse event (Kasperson et al., 1988; Flynn et al., 2001). The general public's overall concern about climate change is influenced, in part, by the amount of media coverage the issue receives as well as the personal and collective experience of extreme weather in a given place (Leiserowitz et al., 2012; Brulle et al., 2012).

### Social norms and social comparisons

Individuals' choices are often influenced by other people's behaviour, especially under conditions of uncertainty. Adherence to formal rules

2

(e.g., standard operating procedures or best practices in organizations) or informal rules of conduct is an important way in which we intuitively decide between different courses of action (Weber and Lindemann, 2007). "When in doubt, copy what the majority is doing" is not a bad rule to follow in many situations, as choices adopted by others are assumed to be beneficial and safe (Weber, 2013). In fact, such social imitation can lead to social norms. Section 3.10.2 describes the effects of social norms in greater detail. Goldstein et al. (2008) demonstrate the effectiveness of providing descriptive norms ("this is what most people do") versus injunctive norms ("this is what you should be doing") to reduce energy use in US hotels. The application of social norms to encourage investment in energy efficient products and technology is discussed in Section 2.6.5.3.

Social comparisons are another effective way to evaluate and learn about the quality of obtained outcomes (Weber, 2004). It helps, for example, to compare one's own energy consumption to that of neighbours in similar-sized apartments or houses to see how effective efforts at energy conservation have been. Such non-price interventions can substantially change consumer behaviour, with effects equivalent to that of a short-run electricity price increase of 11 % to 20 % (Alcott, 2011). Social comparisons, imitation, and norms may be necessary to bring about lifestyle changes that are identified in Chapter 9 as reducing GHG emissions from the current levels (Sanquist et al., 2012).

### Social learning and cultural transmission
Section 9.3.10 suggests that indigenous building practices in many parts of the world provide important lessons for affordable low-energy housing design and that developed countries can learn from traditional building practices, transmitted over generations, the social-scale equivalent of 'intuitive' processing and learning at the individual level.

### Risk protection by formal (e.g., insurance) and informal institutions (e.g., social networks)
Depending on their cultural and institutional context, people can protect themselves against worst-case and/or potentially catastrophic economic outcomes either by purchasing insurance (Kunreuther et al., 2013c) or by developing social networks that will help bail them out or assist them in the recovery process (Weber and Hsee, 1998). Individualist cultures favour formal insurance contracts, whereas collectivist societies make more use of informal mutual insurance via social networks. This distinction between risk protection by either formal or informal means exists at the individual level and also at the firm level, e.g., the chaebols in Korea or the keiretsus in Japan (Gilson and Roe, 1993).

### Impact of uncertainty on coordination and competition
Adaptation and especially mitigation responses require coordination and cooperation between individuals, groups, or countries for many of the choices associated with climate change. The possible outcomes often can be viewed as a game between players who are concerned with their own payoffs but who may still be mindful of social goals and objectives. In this sense they can be viewed in the context of a pris-

oners' dilemma (PD) or social dilemma. Recent experimental research on two-person PD games reveals that individuals are more likely to be cooperative when payoffs are deterministic than when the outcomes are probabilistic. A key factor explaining this difference is that in a deterministic PD game, the losses of both persons will always be greater when they both do not cooperate than when they do. When outcomes are probabilistic there is some chance that the losses will be smaller when both parties do not cooperate than when they do, even though the expected losses to both players will be greater if they both decide not to cooperate than if they both cooperate (Kunreuther et al., 2009).

In a related set of experiments, Gong et al. (2009) found that groups are less cooperative than individuals in a two-person deterministic PD game; however, in a stochastic PD game, where defection increased uncertainty for both players, groups became more cooperative than they were in a deterministic PD game and more cooperative than individuals in the stochastic PD game. These findings have relevance to behaviour with respect to climate change where future outcomes of specific policies are uncertain. Consider decisions made by groups of individuals, such as when delegations from countries are negotiating at the Conference of Parties (COP) to make commitments for reducing GHG emissions where the impacts on climate change are uncertain. These findings suggest that there is likely to be more cooperation between governmental delegations than if each country was represented by a single decision maker.

Cooperation also plays a crucial role in international climate agreements. There is a growing body of experimental literature that looks at individuals' cooperation when there is uncertainty associated with others adopting climate change mitigation measures. Tavoni et al. (2011) found that communication across individuals improves the likelihood of cooperation. Milinski et al. (2008) observed that the higher the risky losses associated with the failure to cooperate in the provision of a public good, the higher the likelihood of cooperation. If the target for reducing $CO_2$ is uncertain, Barrett and Dannenberg (2012) show in an experimental setting that cooperation is less likely than if the target is well specified.

## 2.4.6    Perceptions of climate change risk and uncertainty

Empirical social science research shows that the perceptions of climate change risks and uncertainties depend not only on external reality but also on the observers' internal states, needs, and the cognitive and emotional processes that characterize intuitive thinking. Psychological research has documented the prevalence of affective processes in the intuitive assessment of risk, depicting them as essentially effort-free inputs that orient and motivate adaptive behaviour, especially under conditions of uncertainty that are informed and shaped by personal experience over time (Finucane et al., 2000; Loewenstein et al., 2001; Peters et al., 2006).

## Box 2.1 | Challenges facing developing countries

One of the key findings on developing countries is that non-state actors such as tribes, clans, castes, or guilds may be of substantial influence on how climate policy choices are made and diffused rather than having the locus of decision making at the level of the individual or governmental unit. For instance, a farming tribe/caste may address the climate risks and uncertainties faced by their community and opt for a system of crop rotation to retain soil fertility or shift cultivation to preserve the nutritious state of farmlands. Research in developing countries in Africa has shown that people may understand probabilistic information better when it is presented in a group where members have a chance to discuss it (Patt et al., 2005; Roncoli, 2006). This underscores why the risks and uncertainty associated with climate change has shifted governmental responsibility to non-state actors (Rayner, 2007).

In this context, methodologies and decision aids used in individual-centred western societies for making choices that rely on uncertain probabilities and uncertain outcomes may not apply to developing countries. Furthermore, methodologies, such as expected utility theory, assume an individual decision maker whereas in developing countries, decisions are often made by clans or tribes. In addition, tools such as cost-benefit analysis, cost-effectiveness analysis and robust decision making may not always be relevant for developing countries since decisions are often based on social norms, traditions, and customs

The adverse effects of climate change on food, water, security, and incidences of temperature-influenced diseases (Shah and Lele, 2011), are further fuelled by a general lack of awareness about climate change in developing countries (UNDP, 2007); conse-

quently, policymakers in these countries support a wait-and-see attitude toward climate change (Dutt, 2011). Resource allocation and investment constraints may also lead policy-makers to postpone policy decisions to deal with climate change, as is the case with respect to integration of future energy systems in small island states (UNFCCC, 2007). The delay may prevent opportunities for learning and increase future vulnerabilities. It may also lock in countries into infrastructure and technologies that may be difficult to alter.

The tension between short- and long-term priorities in low income countries is often accentuated by uncertainties in political culture and regulatory policies (Rayner, 1993). This may lead to policies that are flawed in design and/or implementation or those that have unintended negative consequences. For example, subsidies for clean fuels such as liquefied petroleum gas (LPG) in a country like India often do not reach their intended beneficiaries (the poor), and at the same time add a large burden to the exchequer (Government of India, Ministry of Finance, 2012; IISD, 2012).

Other institutional and governance factors impede effective climate change risk management in developing countries. These include lack of experience with insurance (Patt et al., 2010), dearth of data, and analytical capacity. A more transparent and effective civil service would also be helpful, for instance in stimulating investments in renewable energy generation capacities (Komendantova et al., 2012). Financial constraints suggest the importance of international assistance and private sector contribution to implement adaptation and mitigation strategies for dealing with climate change in developing countries.

---

Two important psychological risk dimensions have been shown to influence people's intuitive perceptions of health and safety risks across numerous studies in multiple countries (Slovic, 1987). The first factor, 'dread risk', captures emotional reactions to hazards like nuclear reactor accidents, or nerve gas accidents, that is, things that make people anxious because of a perceived lack of control over exposure to the risks and because consequences may be catastrophic. The second factor, 'unknown risk', refers to the degree to which a risk (e.g., DNA technology) is perceived as new, with unforeseeable consequences and with exposures not easily detectable.

Perceptions of the risks associated with a given event or hazard are also strongly influenced by personal experience and can therefore differ between individuals as a function of their location, history, and/or socio-economic circumstances (see Box 2.1) (Figner and Weber, 2011). Whereas personal exposure to adverse consequences increases fear and perceptions of risk, familiarity with a risk can lower perceptions

of its riskiness unless it is accompanied by alarming negative consequences (Kloeckner, 2011). Seeing climate change only as a simple and gradual change from current to future average temperatures and precipitation may make it seem controllable—the non-immediacy of the danger seems to provide time to plan and execute protective responses (Weber, 2006). These factors suggest that laypersons differ in their perception of climate risks more than experts who engage in deliberative thinking and estimate the likelihood and consequences of climate change utilizing scientific data.

### Impact of uncertainties in communicating risk

If the uncertainties associated with climate change and its future impact on the physical and social system are not communicated accurately, the general public may misperceive them (Corner and Hahn, 2009). Krosnick et al. (2006) found that perceptions of the seriousness of global warming as a national issue in the United States depended on the degree of certainty of respondents as to whether global warming is

occurring and will have negative consequences coupled with their belief that humans are causing the problem and have the ability to solve it. Accurately communicating the degree of uncertainty in both climate risks and policy responses is therefore a critically important challenge for climate scientists and policymakers (Pidgeon and Fischhoff, 2011).

Roser-Renouf et al. (2011), building upon the work of Krosnick et al. (2006), apply social cognitive theory to develop a model of climate advocacy to increase the attention given to climate change in the spirit of social amplification of risk. They found that campaigns looking to increase the number of citizens contacting elected officials to advocate climate policy action should focus on increasing the belief that global warming is real, human-caused, a serious risk, and solvable. These four key elements, coupled with the understanding that there is strong scientific agreement on global warming (Ding et al., 2011), are likely to build issue involvement and support for action to reduce the impacts of climate change.

The significant time lags within the climate system and a focus on short-term outcomes lead many people to believe global warming will have only moderately negative impacts. This view is reinforced because adverse consequences are currently experienced only in some regions of the world or are not easily attributed to climate change. For example, despite the fact that "climate change currently contributes to the global burden of disease and premature deaths" (IPCC, 2007) relatively few people make the connection between climate change and human health risks.

One challenge is how to facilitate correct inferences about the role of climate change as a function of extreme event frequency and severity. Many parts of the world have seen increases in the frequency and magnitude of heat waves and heavy precipitation events (IPCC, 2012). In the United States, a large majority of Americans believe that climate change exacerbated extreme weather events (Leiserowitz et al., 2012). That said, the perception that the impact of climate change is neither immediate nor local persists (Leiserowitz et al., 2008), leading many to think it rational to advocate a wait-and-see approach to emissions reductions (Sterman, 2008; Dutt and Gonzalez, 2013).

**Differences in education and numeracy**

Individual and group differences in education and training and the resulting different cognitive and affective processes have additional implications for risk communication. It may help to supplement the use of words to characterize the likelihood of an outcome recommended by the current IPCC Guidance Note (GN) with numeric probability ranges (Budescu et al., 2009). Patt and Dessai (2005) show that in the IPCC Third Assessment Report (TAR), words that characterized numerical probabilities were interpreted by decision makers in inconsistent and often context-specific ways, a phenomenon with a long history in cognitive psychology (Wallsten et al., 1986; Weber and Hilton, 1990). These context-specific interpretations of probability words are deeply rooted, as evidenced by the fact that the likelihood of using the intended interpretation of TAR probability words did not differ with

level of expertise (attendees of a UN COP conference versus students) or as a function of whether respondents had read the TAR instructions that specify how the probability words characterized numerical probabilities (Patt and Dessai, 2005).

Numeracy, the ability to reason with numbers and other mathematical concepts, is a particularly important individual and group difference in this context as it has implications for the presentation of likelihood information using either numbers (for example, 90 %) or words (for example, "very likely" or "likely") or different graphs or diagrams (Peters et al., 2006; Mastrandrea et al., 2011). Using personal experience with climate variables has been shown to be effective in communicating the impact of probabilities (e.g., of below-, about-, and above-normal rainfall in an El Niño year) to decision makers with low levels of numeracy, for example subsistence farmers in Zimbabwe (Patt et al., 2005).

## 2.5    Tools and decision aids for analysing uncertainty and risk

This section examines how more formal approaches can assist decision makers in engaging in more deliberative thinking with respect to climate change policies when faced with the risks and uncertainties characterized in Section 2.3.

### 2.5.1    Expected utility theory

Expected utility [E(U)] theory (Ramsey, 1926; von Neumann and Morgenstern, 1944; Savage, 1954); remains the standard approach for providing normative guidelines against which other theories of individual decision making under risk and uncertainty are benchmarked. According to the E(U) model, the solution to a decision problem under uncertainty is reached by the following four steps:

1. Define a set of possible decision alternatives.
2. Quantify uncertainties on possible states of the world.
3. Value possible outcomes of the decision alternatives as utilities.
4. Choose the alternative with the highest expected utility.

This section clarifies the applicability of expected utility theory to the climate change problem, highlighting its potentials and limitations.

#### 2.5.1.1    Elements of the theory

E(U) theory is based on a set of axioms that are claimed to have normative rather than descriptive validity. Based on these axioms, a per-

son's subjective probability and utility function can be determined by observing preferences in structured choice situations. These axioms have been debated, strengthened, and relaxed by economists, psychologists, and other social scientists over the years. The axioms have been challenged by controlled laboratory experiments and field studies discussed in Section 2.4 but they remain the basis for parsing decision problems and recommending options that maximize expected utility.

### 2.5.1.2   How can expected utility improve decision making?

E(U) theory provides guidelines for individual choice, such as a farmer deciding what crops to plant or an entrepreneur deciding whether to invest in wind technology. These decision makers would apply E(U) theory by following the four steps above. The perceptions and responses to risk and uncertainty discussed in Section 2.5 provide a rationale for undertaking deliberative thinking before making final choices. More specifically, a structured approach, such as the E(U) model, can reduce the impact of probabilistic biases and simplified decision rules that characterize intuitive thinking. At the same time, the limitations of E(U) must be clearly understood, as the procedures for determining an optimal choice do not capture the full range of information about outcomes and their risks and uncertainties.

**Subjective versus objective probability**
In the standard E(U) model, each individual has his/her own subjective probability estimates. When there is uncertainty on the scientific evidence, experts' probability estimates may diverge from each other, sometimes significantly. With respect to climate change, observed relative frequencies are always preferred when suitable sets of observations are accessible. When these data are not available, one may want to utilize structured expert judgment for quantifying uncertainty (see Section 2.5.7).

**Individual versus social choice**
In applying E(U) theory to problems of social choice, a number of issues arise. Condorcet's voting paradox shows that groups of rational individuals deciding by majority rule do not exhibit rational preferences. Using a social utility or social welfare function to determine an optimal course of action for society requires some method of measuring society's preferences. In the absence of these data the social choice problem is not a simple exercise of maximizing expected utility. In this case, a plurality of approaches involving different aggregations of individual utilities and probabilities may best aid decision makers. The basis and use of the social welfare function are discussed in Section 3.4.6.

**Normative versus descriptive**
As noted above, the rationality axioms of E(U) are claimed to have normative as opposed to descriptive validity. The paradoxes of Allais (1953) and Ellsberg (1961) reveal choice behaviour incompatible

with E(U); whether this requires modifications of the normative theory is a subject of debate. McCrimmon (1968) found that business executives willingly corrected violations of the axioms when they were made aware of them. Other authors (Kahneman and Tversky, 1979; Schmeidler, 1989; Quiggin, 1993; Wakker, 2010) account for such paradoxical choice behaviour by transforming the probabilities of outcomes into decision weight probabilities that play the role of likelihood in computing optimal choices but do not obey the laws of probability. However, Wakker (2010, p. 350) notes that decision weighting fails to describe some empirically observed behavioural patterns.

## 2.5.2   Decision analysis

### 2.5.2.1   Elements of the theory

Decision analysis is a formal approach for choosing between alternatives under conditions of risk and uncertainty. The foundations of decision analysis are provided by the axioms of expected utility theory. The methodology for choosing between alternatives consists of the following elements that are described in more detail in Keeney (1993):

1. Structure the decision problem by generating alternatives and specifying values and objectives or criteria that are important to the decision maker.
2. Assess the possible impacts of different alternatives by determining the set of possible consequences and the probability of each occurring.
3. Determine preferences of the relevant decision maker by developing an objective function that considers attitudes toward risk and aggregates the weighted objectives.
4. Evaluate and compare alternatives by computing the expected utility associated with each alternative. The alternative with the highest expected utility is the most preferred one.

To illustrate the application of decision analysis, consider a homeowner that is considering whether to invest in energy efficient technology as part of their lifestyle options as depicted in Figure 2.2:

1. The person focuses on two alternatives: (A1) Maintain the status quo, and (A2) Invest in solar panels, and has two objectives: (O1) Minimize cost, and (O2) Assist in reducing global warming.
2. The homeowner would then determine the impacts of A1 and A2 on the objectives O1 and O2 given the risks and uncertainties associated with the impact of climate change on energy usage as well as the price of energy.
3. The homeowner would then consider his or her attitude toward risks and then combine O1 and O2 into a multiattribute utility function.
4. The homeowner would then compare the expected utility of A1 and A2, choosing the one that had the highest expected utility.

**2**

#### 2.5.2.2    How can decision analysis improve decision making?

Decision analysis enables one to undertake sensitivity analyses with respect to the uncertainties associated with the various consequences and to different value structures. Suppose alternative A1 had the highest expected utility. The homeowner could determine when the decision to invest in solar panels would be preferred to maintaining the status quo by asking questions such as:

• What would the minimum annual savings in energy expenses have to be over the next 10 years to justify investing in solar panels?
• What is the fewest number of years one would have to reside in the house to justify investing in solar panels?
• What impact will different levels of global warming have on the expected costs of energy over the next 10 years for the homeowner to want to invest in solar panels?
• How will changing the relative weights placed on minimizing cost (O1) and assisting in reducing global warming (O2) affect the expected utility of A1 and A2?

### 2.5.3    Cost-benefit analysis

#### 2.5.3.1    Elements of the theory

Cost-benefit analysis (CBA) compares the costs and benefits of different alternatives with the broad purpose of facilitating more efficient allocation of society's resources. When applied to government decisions, CBA can indicate the alternative that has the highest social net present value based on a discount rate, normally constant over time, that converts future benefits and costs to their present values (Boardman et al., 2005; see also the extensive discussion in Section 3.6). Social, rather than private, costs and benefits are compared, including those affecting future generations (Brent, 2006). In this regard, benefits across individuals are assumed to be additive. Distributional issues may be addressed by putting different weights on specific groups to reflect their relative importance. Under conditions of risk and uncertainty, one determines expected costs and benefits by weighting outcomes by their likelihoods of occurrence. In this sense, the analysis is similar to expected utility theory and decision analysis discussed in Sections 2.5.1 and 2.5.2.

CBA can be extremely useful when dealing with well-defined problems that involve a limited number of actors who make choices among different mitigation or adaptation options. For example, a region could examine the benefits and costs over the next fifty years of building levees to reduce the likelihood and consequences of flooding given projected sea level rise due to climate change.

CBA can also provide a framework for defining a range of global long-term targets on which to base negotiations across countries

(see for example Stern, 2007). However, CBA faces major challenges when defining the optimal level of global mitigation actions for the following three reasons: (1) the need to determine and aggregate individual welfare, (2) the presence of distributional and intertemporal issues, and (3) the difficulty in assigning probabilities to uncertain climate change impacts. The limits of CBA in the context of climate change are discussed at length in Sections 3.6 and 3.9. The discussion that follows focuses on challenges posed by risk and uncertainty.

#### 2.5.3.2    How can CBA improve decision making?

Cost-benefit analysis assumes that the decision maker(s) will eventually choose between well-specified alternatives. To illustrate this point, consider a region that is considering measures that coastal villages in hazard-prone areas can undertake to reduce future flood risks that are expected to increase in part due to sea level rise. The different options range from building a levee (at the community level) to providing low interest loans to encourage residents and businesses in the community to invest in adaptation measures to reduce future damage to their property (at the level of an individual or household).

Some heuristics and resulting biases discussed in the context of expected utility theory also apply to cost-benefit analysis under uncertainty. For example, the key decision maker, the mayor, may utilize a threshold model of choice by assuming that the region will not be subject to flooding because there have been no floods or hurricanes during the past 25 years. By relying solely on intuitive processes there would be no way to correct this behaviour until the next disaster occurred, at which time the mayor would belatedly want to protect the community. The mayor and his advisors may also focus on short-time horizons, and hence do not wish to incur the high upfront costs associated with building flood protection measures such as dams or levees. They are unconvinced that that such an investment will bring significant enough benefits over the first few years when these city officials are likely to be held accountable for the expenditures associated with a decision to go forward on the project.

Cost-benefit analysis can highlight the importance of considering the likelihood of events over time and the need to discount impacts exponentially rather than hyperbolically, so that future time periods are given more weight in the decision process. In addition, CBA can highlight the tradeoffs between efficient resource allocation and distributional issues as a function of the relative weights assigned to different stakeholders (e.g., low income and well-to-do households in flood prone areas).

#### 2.5.3.3    Advantages and limitations of CBA

The main advantage of CBA in the context of climate change is that it is internally coherent and based on the axioms of expected utility theory.

As the prices used to aggregate costs and benefits are the outcomes of market activity, CBA is, at least in principle, a tool reflecting people's preferences. Although this is one of the main arguments in favour of CBA (Tol, 2003), this line of reasoning can also be the basis for recommending that this approach not be employed for making choices if market prices are unavailable. Indeed, many impacts associated with climate change are not valued in any market and are therefore hard to measure in monetary terms. Omitting these impacts distorts the cost-benefit relationship.

Several ethical and methodological critiques have been put forward with respect to the application of CBA to climate policy (Charlesworth and Okereke, 2010; Caney, 2011). For example, the uncertainty surrounding the potential impacts of climate change, including possible irreversible and catastrophic effects on ecosystems, and their asymmetric distribution around the planet, suggests CBA may be inappropriate for assessing optimal responses to climate change in these circumstances.

A strong and recurrent argument against CBA (Azar and Lindgren, 2003; Tol, 2003; Weitzman, 2009, 2011) relates to its failure in dealing with infinite (negative) expected utilities arising from low-probability catastrophic events often referred to as 'fat tails'. In these situations, CBA is unable to produce meaningful results, and thus more robust techniques are required. The debate concerning whether fat tails are indeed relevant to the problem at hand is still unsettled (see for example Pindyck, 2011). Box 3.9 in Chapter 3 addresses the fat tail problem and suggests the importance of understanding the impacts associated with low probability, high impact climate change scenarios in evaluating alternative mitigation strategies.

One way to address the fat tail problem would be to focus on the potential catastrophic consequences of low-probability, high-impact events in developing GHG emissions targets and to specify a threshold probability and a threshold loss. One can then remove events from consideration that are below these critical values in determining what mitigation and/or adaptation to adopt as part of a risk management strategy for dealing with climate change (Kunreuther et al., 2013c). Insurers and reinsurers specify these thresholds and use them to determine the amount of coverage that they are willing to offer against a particular risk. They then diversify their portfolio of policies so the annual probability of a major loss is below a pre-specified threshold level of concern (e.g., 1 in 1000) (Kunreuther et al., 2013c). This approach is in the spirit of a classic paper by Roy (1952) on safety-first behaviour and can be interpreted as an application of probabilistic cost-effectiveness analysis (i.e., chance constrained programming) discussed in the next section. It was applied in a somewhat different manner to environmental policy by Ciriacy-Wantrup (1971) who contended that "*a safe minimum standard* is frequently a valid and relevant criterion for conservation policy."

One could also view uncertainty or risk associated with different options as one of the many criteria on which alternatives should be

evaluated. Multi-criteria analysis (MCA) is sometimes proposed to overcome some of the limitations of CBA (see more on its basic features in Chapter 3 and for applications in Chapter 6). MCA implies that the different criteria or attributes should not be aggregated by converting all of them into monetary units. MCA techniques commonly apply numerical analysis in two stages:

- *Scoring:* for each option and criterion, the expected consequences of each option are assigned a numerical score on a strength of preference scale. More (less) preferred options score higher (lower) on the scale. In practice, scales often extend from 0 to 100, where 0 is assigned to a real or hypothetical least preferred option, and 100 is assigned to a real or hypothetical most preferred option. All options considered in the MCA would then fall between 0 and 100.

- *Weighting:* numerical weights are assigned to define their relative performance on a chosen scale that will often range from 0 (no importance) to 1 (highest importance) (Dodgson et al., 2009).

### 2.5.4    Cost-effectiveness analysis

#### 2.5.4.1    Elements of the theory

Cost-effectiveness analysis (CEA) is a tool based on constrained optimization for comparing policies designed to meet a pre-specified target. The target can be defined through CBA, by applying a specific guideline such as the precautionary principle (see Section 2.5.5), or by specifying a threshold level of concern or environmental standard in the spirit of the safety-first models discussed above. The target could be chosen without the need to formally specify impacts and their respective probabilities. It could also be based on an ethical principle such as minimizing the worst outcome, in the spirit of a Rawlsian fair agreement, or as a result of political and societal negotiation processes.

Cost-effectiveness analysis does not evaluate benefits in monetary terms. Rather, it attempts to find the least-cost option that achieves a desired quantifiable outcome. In one sense CEA can be seen as a special case of CBA in that the technique replaces the criterion of choosing a climate policy based on expected costs and benefits with the objective of selecting the option that minimizes the cost of meeting an exogenous target (e.g., equilibrium temperature, concentration, or emission trajectory).

Like CBA, CEA can be generalized to include uncertainty. One solution concept requires the externally set target to be specified with certainty. The option chosen is the one that minimizes expected costs. Since temperature targets cannot be met with certainty (den Elzen and van Vuuren, 2007; Held et al., 2009), a variation of this solution concept requires that the likelihood that an exogenous target (e.g., equilibrium temperature) will be exceeded is below a pre-defined threshold probability. This solution procedure, equivalent to chance constrained

programming (CCP) (Charnes and Cooper, 1959), enables one to use stochastic programming to examine the impacts of uncertainty with respect to the cost of meeting a pre-specified target. Chance constrained programming is a conceptually valid decision-analytic framework for examining the likelihood of attaining climate targets when the probability distributions characterizing the decision maker's state of knowledge is held constant over time (Held et al., 2009).

### 2.5.4.2    How can CEA improve decision making?

To illustrate how CEA can be useful, consider a national government that wants to set a target for reducing greenhouse gas (GHG) emissions in preparation for a meeting of delegates from different countries at the Conference of Parties (COP). It knows there is uncertainty as to whether specific policy measures will achieve the desired objectives. The uncertainties may be related to the outcomes of the forthcoming negotiation process at the COP and/or to the uncertain impacts of proposed technological innovations in reducing GHG emissions. Cost-effectiveness analysis could enable the government to assess alternative mitigation strategies (or energy investment policies) for reducing GHG emissions in the face of these uncertainties by specifying a threshold probability that aggregate GHG emissions will not be greater than a pre-specified target level.

### 2.5.4.3    Advantages and limitations of CEA over CBA

Cost-effectiveness analysis has an advantage over CBA in tackling the climate problem in that it does not require formalized knowledge about global warming impact functions (Pindyck, 2013). The focus of CEA is on more tangible elements, such as energy alternatives, where scientific understanding is more established (Stern, 2007). Still, CEA does require scientific input on potential risks associated with climate change. National and international political processes specify temperature targets and threshold probabilities that incorporate the preferences of different actors guided by data from the scientific community. The corresponding drawback of CEA is that the choice of the target is specified without considering its impact on economic efficiency. Once costs to society are assessed and a range of temperature targets is considered, one can assess people's preferences by considering the potential benefits and costs associated with different targets. However, if costs of a desirable action turn out to be regarded as too high, then CEA may not provide sufficient information to support taking action now. In this case additional knowledge on the mitigation benefit side would be required.

An important application of CEA in the context of climate change is evaluating alternative transition pathways that do not violate a pre-defined temperature target. Since a specific temperature target cannot be attained with certainty, formulating probabilistic targets as a CCP problem is an appropriate solution technique to use. However, introducing anticipated future learning so that probability distribu-

tions change over time can lead to infeasible solutions (Eisner et al., 1971). Since this is a problem with respect to specifying temperature targets, Schmidt et al. (2011) proposed an approach that that combines CEA and CBA. The properties of this hybrid model (labelled 'cost risk analysis') require further investigation. At this time, CEA through the use of CCP represents an informative concept for deriving mitigation costs for the case where there is no learning over time. With learning, society would be no worse off than the proposed CEA solution.

## 2.5.5    The precautionary principle and robust decision making

### 2.5.5.1    Elements of the theory

In the 1970s and 1980s, the precautionary principle was proposed for dealing with serious uncertain risks to the natural environment and to public health (Vlek, 2010). In its strongest form the precautionary principle implies that if an action or policy is suspected of having a risk that causes harm to the public or to the environment, precautionary measures should be taken even if some cause and effect relationships are not established. The burden of proof that the activity is not harmful falls on the proponent of the activity rather than on the public. A consensus statement to this effect was issued at the Wingspread Conference on the Precautionary Principle on 26 January 1998.

The precautionary principle allows policymakers to ban products or substances in situations where there is the possibility of their causing harm and/or where extensive scientific knowledge on their risks is lacking. These actions can be relaxed only if further scientific findings emerge that provide sound evidence that no harm will result. An influential statement of the precautionary principle with respect to climate change is principle 15 of the 1992 Rio Declaration on Environment and Development: "where there are threats of serious or irreversible damage, lack of full scientific certainty shall not be used as a reason for postponing cost-effective measures to prevent environmental degradation."

Robust decision making (RDM) is a particular set of methods developed over the last decade to address the precautionary principle in a systematic manner. RDM uses ranges or, more formally, sets of plausible probability distributions to describe uncertainty and to evaluate how well different policies perform with respect to different outcomes arising from these probability distributions. RDM provides decision makers with tradeoff curves that allow them to debate how much expected performance they are willing to sacrifice in order to improve outcomes in worst case scenarios. RDM thus captures the spirit of the precautionary principle in a way that illuminates the risks and benefits of different policies. Lempert et al. (2006) and Hall et al. (2012) review the application of robust approaches to decision making with respect to mitigating or adapting to climate change.

The tolerable windows approach can also be regarded as a 'robust method'. Temperature targets are specified and the bundle of decision paths compatible with the targets is characterized. Mathematically, the tolerable windows approach incorporates the features of CEA or CCP without optimization. The selection of the relevant targets and the paths to achieving it are left to those making the decision. (See Bruckner and Zickfeld (2008) for an introduction and an overview to peer-reviewed literature on the tolerable windows approach.)

### 2.5.6    Adaptive management

Adaptive management is an approach to governance that that grew out of the field of conservation ecology in the 1970s and incorporates mechanisms for reducing uncertainty over time (Holling, 1978; Walters and Hilborn, 1978). Paraphrasing the IPCC Special Report on Extreme Events (SREX) (IPCC, 2012), adaptive management represents structured processes for improving decision making and policy over time, by incorporating lessons learned. From the theoretical literature, two strands of adaptive management have been developed for improving decision making under uncertainty: passive and active.

Passive adaptive management (PAM) involves carefully designing monitoring systems, at the relevant spatial scales, so as to be able to track the performance of policy interventions and improve them over time in response to what has been learned. Active adaptive management (AAM) extends PAM by designing the interventions themselves as controlled experiments, so as to generate new knowledge. For example, if a number of political jurisdictions were seeking to implement support mechanisms for technology deployment, in an AAM approach they would deliberately design separate mechanisms that are likely to differ across jurisdictions. By introducing such variance into the management regime, however, one would collectively learn more about how industry and investors respond to a range of interventions. All jurisdictions could then use this knowledge in a later round of policymaking, reflecting the public goods character of institutional knowledge.

With respect to the application of PAM, Nilsson (2005) reports on a case study of Sweden, in which policymakers engaged in repetitive ex post analyses of national climate policy, and then responded to the lessons learned by modifying their goals and strategies. There are many documented cases of PAM applications in the area of climate change adaptation (Lawler et al., 2008; Berkes et al., 2000; Berkes and Jolly, 2001; Joyce et al., 2009; Armitage, 2011). The information gathering and reporting requirements of the UNFCCC are also in the spirit of PAM with respect to policy design, as are the diversity of approaches implemented for renewable energy support across the states and provinces of North America and the countries in Europe. The combination of the variance in action with data gathered about the consequences of these actions by government agencies has allowed for robust analysis on the relative effectiveness of different instruments (Blok, 2006; Mendonça, 2007; Butler and Neuhoff, 2008).

Individuals relying on intuitive thinking are unlikely to undertake experimentation that leads to new knowledge, as discussed in Section 2.4.3.1. In making the goal of learning through experimentation an explicit policy goal. Lee (1993) illustrates this point by presenting a paradigmatic case of AAM designed to increase salmon stocks in the Columbia River watershed in the western United States and Canada. In this case, there was the opportunity to introduce a number of different management regimes on the individual river tributaries, and to reduce uncertainty about salmon population dynamics. As Lee (1993) documented, policymakers on the Columbia River were ultimately not able to carry through with AAM: local constituencies, valuing their own immediate interests over long-term learning in the entire region, played a crucial role in blocking it. One could imagine such political and institutional issues hindering the application of AAM at a global scale with respect to climate change policies.

To date, there are no cases in the literature specifically documenting climate change policies explicitly incorporating AAM. However, there are a number of examples where policy interventions implicitly follow AAM principles. One of these is promotion of energy research and development (R&D). In this case the government invests in a large number of potential new technologies, with the expectation that some technologies will not prove practical, while others will be successful and be supported by funding in the form of incentives such as subsidies (Fischer and Newell, 2008).

### 2.5.7    Uncertainty analysis techniques

Uncertainty analysis consists of both qualitative and quantitative methodologies (see Box 2.2 for more details). A Qualitative Uncertainty Analysis (QLUA) helps improve the choice process of decision makers by providing data in a form that individuals can easily understand. QLUA normally does not require complex calculations so that it can be useful in helping to overcome judgmental biases that characterize intuitive thinking. QLUA assembles arguments and evidence and provides a verbal assessment of plausibility, frequently incorporated in a Weight of Evidence (WoE) narrative.

A Quantitative Uncertainty Analysis (QNUA) assigns a joint distribution to uncertain parameters of a specific model used to characterize different phenomena. Quantitative Uncertainty Analysis was pioneered in the nuclear sector in 1975 to determine the risks associated with nuclear power plants (Rasmussen, 1975). The development of QNUA and its prospects for applications to climate change are reviewed by Cooke (2012).

#### 2.5.7.1    Structured expert judgment

Structured expert judgment designates methods in which experts quantify their uncertainties to build probabilistic input for complex

**2**

## Box 2.2 | Quantifying uncertainty

Natural language is not adequate for propagating and communicating uncertainty. To illustrate, consider the U.S. National Research Council 2010 report Advancing the Science of Climate Change (America's Climate Choices: Panel on Advancing the Science of Climate Change; National Research Council, 2010). Using the AR4 calibrated uncertainty language, the NRC is highly confident that (1) the Earth is warming and that (2) most of the recent warming is due to human activities.

What does the second statement mean? Does it mean the NRC is highly confident that the Earth is warming *and* the recent warming is anthropogenic or that, given the Earth is warming, are they highly confident humans cause this warming? The latter seems most natural, as the warming is asserted in the first statement. In that case the 'high confidence' applies to a conditional statement. The probability of both statements being true is the probability of the condition (Earth is warming) multiplied by the probability of this warming being caused by humans, given that warming is taking place. If both statements enjoy high confidence, then in the calibrated language of AR4 where high confidence implies a probability of 0.8, the statement that both are true would only be "more likely than not" (0.8 x 0.8 = 0.64).

Qualitative uncertainty analysis easily leads the unwary to erroneous conclusions. Interval analysis is a semi-qualitative method in which ranges are assigned to uncertain variables without distribu-

tions and can mask the complexities of propagation, as attested by the following statement in an early handbook on risk analysis: "The simplest quantitative measure of variability in a parameter or a measurable quantity is given by an assessed range of the values the parameter or quantity can take. This measure may be adequate for certain purposes (e.g., as input to a sensitivity analysis), but in general it is not a complete representation of the analyst's knowledge or state of confidence and generally will lead to an unrealistic range of results if such measures are propagated through an analysis", (U.S. NRC, 1983, Chapter 12, p.12).

The sum of 10 independent variables each ranging between zero and ten, can assume any value between zero and 100. The upper (lower) bound can be attained only if ALL variables take their maximal (minimal) values, whereas values near 50 can arise through many combinations. Simply stating the interval [0, 100] conceals the fact that very high (low) values are much more exceptional than central values. These same concepts are widely represented throughout the uncertainty analysis literature. According to Morgan and Henrion (1990): "Uncertainty analysis is the computation of the total uncertainty induced in the output by quantified uncertainty in the inputs and models […] Failure to engage in systematic sensitivity and uncertainty analysis leaves both analysts and users unable to judge the adequacy of the analysis and the conclusions reached", (Morgan and Henrion, 1990, p. 39).

decision problems (Morgan and Henrion, 1990; Cooke, 1991; O'Hagan et al., 2006). A wide variety of activities fall under the heading of expert judgment that includes blue ribbon panels, Delphi surveys, and decision conferencing.

### Elements

Structured expert judgment such as science-based uncertainty quantification was pioneered in the Rasmussen Report on risks of nuclear power plants (Rasmussen, 1975). The methodology was further elaborated in successive studies and involves protocols for expert selection and training, elicitation procedures and performance-based combinations that are described in more detail in Goossens et al. (2000). In large studies, multiple expert panels provide inputs to computer models with no practical alternative for combining expert judgments except to use equal weighting. Hora (2004) has shown that equal weight combinations of statistically accurate ('well calibrated') experts loses statistical accuracy. Combinations based on experts' statistical accuracy have consistently given more accurate and informative results (see for example Cooke and Goossens, 2008; Aspinall, 2010).

### How can this tool improve decision making under uncertainty?

Structured expert judgment can provide insights into the nature of the uncertainties associated with a specific risk and the importance of undertaking more detailed analyses to design meaningful strategies and policies for dealing with climate change in the spirit of deliberative thinking. In addition to climate change (Morgan and Keith, 1995; Zickfeld et al., 2010), structured expert judgment has migrated into many fields such as volcanology (Aspinall, 1996, 2010), dam/dyke safety (Aspinall, 2010), seismicity (Klügel, 2008), civil aviation (Ale et al., 2009), ecology (Martin et al., 2012; Rothlisberger et al., 2012), toxicology (Tyshenko et al., 2011), security (Ryan et al., 2012), and epidemiology (Tuomisto et al., 2008).

The general conclusions emerging from experience with structured expert judgments to date are: (1) formalizing the expert judgment process and adhering to a strict protocol adds substantial value to understanding the importance of characterizing uncertainty; (2) experts differ greatly in their ability to provide statistically accurate and informative quantifications of uncertainty; and (3) if expert judgments must be combined to support complex decision problems, the combination

method should be subjected to the following quality controls: statistical accuracy and informativeness (Aspinall, 2010).

As attested by a number of governmental guidelines, structured expert judgment is increasingly accepted as quality science that is applicable when other methods are unavailable (U.S. Environmental Protection Agency, 2005). Some expert surveys of economists concerned with climate change examine damages (Nordhaus, 1994) and appropriate discount rates (Weitzman, 2001). Structured expert judgments of climate scientists were recently used to quantify uncertainty in the ice sheet contribution to sea level rise, revealing that experts' uncertainty regarding the 2100 contribution to sea level rise from ice sheets increased between 2010 and 2012 (Bamber and Aspinall, 2013).

Damages or benefits to ecosystems from invasions of non-indigenous species are difficult to quantify and monetize on the basis of historical data. However ecologists, biologists and conservation economists have substantial knowledge regarding the possible impacts of invasive species. Recent studies applied structured expert judgment with a performance-based combination and validation to quantify the costs and benefits of the invasive species introduced since 1959 into the U.S. Great Lakes by opening the St. Lawrence Seaway (Rothlisberger et al., 2009, 2012). Lessons from studies such as these reveal that experts may have applicable knowledge that can be captured in a structured elicitation when historical data have large uncertainties associated with them.

### Advantages and limitations of structured expert judgment
Expert judgment studies do not reduce uncertainty; they merely quantify it. If the uncertainties are large, as indeed they often are, then decision makers cannot expect science to relieve them of the burden of deciding under conditions of ambiguity. Since its inception, structured expert judgment has been met with scepticism in some quarters; it is, after all, just opinions and not hard facts. Its steady growth and widening acceptance over 35 years correlates with the growth of complex decision support models. The use of structured expert judgment must never justify a diminution of effort in collecting hard data.

### 2.5.7.2   Scenario analysis and ensembles

Scenario analysis develops a set of possible futures based on extrapolating current trends and varying key parameters, without sampling in a systematic manner from an uncertainty distribution. Utilizing sufficiently long time horizons ensures that structural changes in the system are considered. The futurist Herman Kahn and colleagues at the RAND Corporation are usually credited with inventing scenario analysis (Kahn and Wiener, 1967). In the climate change arena, scenarios are currently presented as different emission pathways or Representative Concentration Pathways (RCPs). Predicting the effects of such pathways involves modelling the Earth's response to changes in GHG concentrations from natural and anthropogenic sources. Different climate models will yield different projections for the same emissions scenario.

Model Intercomparison studies generate sets of projections termed 'ensembles' (van Vuuren et al., 2011).

### Elements of the theory
Currently, RCPs are carefully constructed on the bases of plausible storylines while insuring (1) they are based on a representative set of peer-reviewed scientific publications by independent groups, (2) they provide climate and atmospheric models as inputs, (3) they are harmonized to agree on a common base year, and (4) they extend to the year 2100. The four RCP scenarios, shown in Figure 2.3 relative to the range of baseline scenarios in the literature, roughly span the entire scenario literature, which includes control scenarios reaching 430 ppm $CO_2$eq or lower by 2100. The scenarios underlying the RCPs were originally developed by four independent integrated assessment models, each with their own carbon cycle. To provide the climate community with four harmonized scenarios, they were run through the same carbon cycle/climate model (Meinshausen et al., 2011). Note that a representative set is not a random sample from the scenarios as they do not represent independent samples from some underlying uncertainty distribution over unknown parameters.

Ensembles of model runs generated by different models, called multi-model ensembles or super-ensembles, convey the scatter of the climate response and natural internal climate variability around reference scenarios as sampled by a set of models, but cannot be interpreted probabilistically without an assessment of model biases, model interdependence, and how the ensemble was constructed (see WGI AR5 Section 12.2; Knutti et al., 2010). In many cases the assessed uncertainty is larger than the raw model spread, as illustrated in Figure 2.4. The shaded areas (+/- 1 standard deviation) around the time series do not imply that 68% are certain to fall in the shaded areas, but the modelers' assessed uncertainty (likely ranges, vertical bars on the right) are larger. These larger ranges reflect uncertainty in the carbon cycle and the full range of climate sensitivity (WGI AR4 Section 10.5.4.6 and Box 10.3; Knutti et al., 2008) but do not reflect other possible sources of uncertainty (e.g., ice sheet dynamics, permafrost, or changes in future solar and volcanic forcings). Moreover, many of these models have common ancestors and share parameterizations or code (Knutti et al., 2013) creating dependences between different model runs. Probability statements on global surface warming require estimating the models' bias and interdependence (see WGI AR5 Sections 12.2 and 12.4.1.2). WGI AR5 assigns likelihood statements (calibrated language) to global temperature ranges for the RCP scenarios (WGI AR5 Table SPM.2) but does not provide probability density functions (PDFs), as there is no established formal method to generate PDFs based on results from different published studies.

### Advantages and limitation of scenario and ensemble analyses
Scenario and ensemble analyses are an essential step in scoping the range of effects of human actions and climate change. If the scenarios span the range of possible outcomes, they may be seen as providing support for uncertainty distributions in a formal uncertainty analysis. If specific assumptions are imposed when generating the scenarios, then

**2**



**Figure 2.3 |** Total radiative forcing (left panel) and cumulative carbon emissions since 1751 (right panel) in baseline scenario literature compared to RCP scenarios. Forcing was estimated ex-post from models with full coverage using the median output from the MAGICC results. Secondary axis in the left panel expresses forcing in CO₂eq concentrations. Scenarios are depicted as ranges with median emboldened; shading reflects interquartile range (darkest), 5th–95th percentile range (lighter), and full extremes (lightest). Source: Figure 6.6 from WGIII AR5.



**Figure 2.4 |** Solid lines are multi-model global averages of surface warming (relative to 1980–1999) for the scenarios A2, A1B and B1, shown as continuations of the 20th century simulations. Shading denotes the ±1 standard deviation range of individual model annual averages. The orange line is for the experiment where concentrations were held constant at year 2000 values. The grey bars at right indicate the best estimate (solid line within each bar) and the likely range assessed for the six families of emissions scenarios discussed in the IPCC's Fourth Assessment Report (AR4). The assessment of the best estimate and likely ranges in the grey bars includes the Atmosphere-Ocean General Circulation Models (AOGCMs) in the left part of the figure, as well as results from a hierarchy of independent models and observational constraints. Based on: Figure SPM.5 from WGI AR5.

the support is conditional on these assumptions (see Section 6.2.3). The advantage of scenario/ensemble analyses is that they can be performed without quantifying the uncertainty of the underlying unknown parameters. On the downside, it is easy to read more into these analyses than is justified. Analysts often forget that scenarios are illustrative possible futures along a continuum. They tend to use one of those scenarios in a deterministic fashion without recognizing that they have a low probability of occurrence and are only one of many possible outcomes. The use of probabilistic language in describing the swaths of scenarios (such as standard deviations in Figure 2.4) may also encourage the misunderstandings that these represent science-based ranges of confidence.

The study of representative scenarios based on probabilistic forecasts have been shown to facilitate strategic planning by professional groups such as military commanders, oil company managers, and policymakers (Schoemaker, 1995; Bradfield et al., 2005). Recent work on ice sheet modelling (Little et al., 2013) points in this direction. Using modelling assumptions and prior distributions on model coefficients, Monte Carlo simulations are used to produce probabilistic predictions. Expert informed modelling is methodologically intermediate between structured expert judgment (Bamber and Aspinall, 2013) and non-probabilistic scenario sweeps. Structured expert judgment leaves the modelling assumptions to the experts who quantify their uncertainty on future observables.

## 2.6   Managing uncertainty, risk and learning

### 2.6.1   Guidelines for developing policies

This section assesses how the risks and uncertainties associated with climate change can affect choices with respect to policy responses, strategies, and instruments. At the time of the AR4, there was some modelling-based literature on how uncertainties affected policy design, but very few empirical studies. In the intervening years, international negotiations failed to establish clear national emissions reductions targets, but established a set of normative principles, such as limiting global warming to 2 °C. These are now reflected in international, national, and subnational planning processes and have affected the risks and uncertainties that matter for new climate policy development. Greater attention and effort has been given to finding synergies between climate policy and other policy objectives, so that it is now important to consider multiple benefits of a single policy instrument. For example, efforts to protect tropical rainforests (McDermott et al., 2011), rural livelihoods (Lawlor et al., 2010), biodiversity (Jin-

nah, 2011), public health (Stevenson, 2010), fisheries (Axelrod, 2011), arable land (Conliffe, 2011), energy security (Battaglini et al., 2009), and job creation (Barry et al., 2008) have been framed as issues that should be considered when evaluating climate policies.

The treatment here complements the examination of policies and instruments in later chapters of this report, such as Chapter 6 (which assesses the results of IAMs) and Chapters 13–15 (which assess policy instruments at a range of scales). Those later chapters provide greater details on the overall tradeoffs to be made in designing policies. The focus here is on the special effects of various uncertainties and risks on those tradeoffs.

- Section 2.6.2 discusses how institutions that link science with policy grapple with several different forms of uncertainty so that they meet both scientific and political standards of accountability.

- Section 2.6.3 presents the results of integrated assessment models (IAMs) that address the choice of a climate change temperature target or the optimal transition pathway to achieve a particular target. IAMs normally focus on a social planner operating at the global level.

- Section 2.6.4 summarizes the findings from modelling and empirical studies that examine the processes and architecture of international treaties.

- Section 2.6.5 presents the results of modelling studies and the few empirical analyses that examine the choice of particular policy instruments at the sovereign state level for reducing GHG emissions. It also examines how the adoption of energy efficiency products and technologies can be promoted at the firm and household levels. Special attention is given to how uncertainties affect the performance and effectiveness of these policy instruments.

- Section 2.6.6 discusses empirical studies of people's support or opposition with respect to changes in investment patterns and livelihood or lifestyles that climate policies will bring about. These studies show people's sensitivity to the impact that climate change will have on their personal health or safety and their perceptions of the health and safety risks associated with the new technologies addressing the climate change problem.

Linking intuitive thinking and deliberative thinking processes for dealing with uncertainties associated with climate change and climate policy should increase the likelihood that instruments and robust policies will be implemented. In this sense, the concepts presented in this section should be viewed as a starting point for integrating descriptive models with normative models of choice for developing risk management strategies.

Case No. 1:20-cv-02484-MSK    Document 81-1    filed 05/06/21    USDC Colorado    pg 303 of
391
Integrated Risk and Uncertainty Assessment of Climate Change Response Policies    Chapter 2

**2**

## 2.6.2    Uncertainty and the science/policy interface

Science/policy interfaces are defined as social processes which encompass relationships between scientists and other actors in the policy process, and which allow for exchanges, co-evolution, and joint construction of knowledge with the aim of enriching decision making (Van den Hove, 2007). Analysts have called attention to several different forms of uncertainty affecting the science/policy relationship that can be summarized as follows:

- *Paradigmatic uncertainty* results from the absence of prior agreement on the framing of problems, on methods for scientifically investigating them, and on how to combine knowledge from disparate research traditions. Such uncertainties are especially common in cross-disciplinary, application-oriented research and assessment for meeting policy objectives (Gibbons, 1994; Nowotny et al., 2001).

- *Epistemic uncertainty* results from lack of information or knowledge for characterizing phenomena. Stirling (2007) further distinguishes between uncertainty (insufficient knowledge to assess probabilities), ambiguity (insufficient knowledge about possible outcomes), and ignorance (insufficient knowledge of likely outcomes and their probabilities). Others have noted that producing more knowledge may exacerbate uncertainty, especially when actors disagree about how to frame a problem for scientific investigation (Beck, 1992; Gross, 2010).

- *Translational uncertainty* results from scientific findings that are incomplete or conflicting, so that they can be invoked to support divergent policy positions (Sarewitz, 2010). In such circumstances, protracted controversy often occurs, as each side challenges the methodological foundations of the other's claims in a process called 'experimenters' regress' (Collins, 1985).

Institutions that link science to policy must grapple with all of the above forms of uncertainty, often simultaneously. Because their work cuts across conventional lines between science and politics, these institutions have been called 'boundary organizations' (Guston, 2001) and their function has been termed 'hybrid management' (Miller, 2001). Straddling multiple worlds, science-policy institutions are required to meet both scientific and political standards of accountability. Whereas achieving scientific consensus frequently calls for bounding and closing down disagreements, achieving political legitimacy requires opening up areas of conflict in order to give voice to divergent perspectives.

The task of resolving conflicts in policy-relevant science is generally entrusted to multidisciplinary expert bodies. These organizations are best suited to addressing the paradigmatic uncertainties that arise when problems are novel or when synthesis is required across fields with different standards of good scientific practice. Bridging epistemic and translational uncertainties, however, imposes added demands. For expert advisory bodies to be viewed as legitimate they must represent all relevant viewpoints in a politically acceptable manner (Jasanoff, 1990; 2005a). What counts as acceptable varies to some degree across national decision-making cultures. Each culture may place different weights on experts' personal integrity, the reliability of their disciplinary judgments, and their ability to forge agreement across competing values (Jasanoff, 2005b, pp. 209–224).

To achieve legitimacy, institutions charged with linking science to policy must also open themselves up to public input at one or more stages in their deliberations. This process of "extended peer review" (Funtowicz and Ravetz, 1992) is regarded as necessary, though insufficient, for the production of "socially robust knowledge", that is, knowledge that can withstand public scrutiny and scepticism (Gibbons, 1994). Procedures that are sufficient to produce public trust in one political context may not work in others because national political cultures are characterized by different "civic epistemologies", i.e., culturally specific modes of generating and publicly testing policy-relevant knowledge (Jasanoff, 2005a).

International and global scientific assessment bodies confront additional problems of legitimacy because they operate outside long-established national decision-making cultures and are accountable to publics subscribing to different civic epistemologies (Jasanoff, 2010). The temptation for such bodies has been to seek refuge in the linear model in the hope that the strength of their internal scientific consensus will be sufficient to win wide political buy-in. The recent research on linking science to policy suggests otherwise.

## 2.6.3    Optimal or efficient stabilization pathways (social planner perspective)

Integrated assessment models (IAMs) vary widely in their underlying structure and decision-making processes. IAMs designed for cost-benefit analysis typically simulate the choices of an idealized 'social planner', who by definition is someone who makes decisions on behalf of society, in order to achieve the highest social welfare by weighting the benefits and cost of mitigation measures. In contrast, many IAMs designed for cost-effectiveness analysis (CEA) specify the social planner's objective as identifying the transformation pathway that achieves a pre-defined climate goal at the lowest discounted aggregated costs to society. In both cases, the analyses do not consider distributional effects of policies on different income groups, but instead focus on the effect on total macroeconomic costs. Hence, with these types of IAMs, negotiators that are part of the political process are able to rank the relative desirability of alternative policies to the extent that they share the definition of social welfare embedded in the model (e.g., discounted aggregate cost minimization), and believe that those implementing the policy will do so cooperatively.

Chapter 6 describes in more detail important structural characteristics of a set of IAMs used to generate transformation pathways. The modelling analyses highlighted in Chapter 6 utilize the scenario approach to represent uncertainty. In this section we instead focus on IAM results where uncertainty is an integral part of the decision-analytic framework.

Climate policy assessment should be considered in the light of uncertainties associated with climate or damage response functions, the costs of mitigation technology and the uncertainty in climate change policy instruments. A key question these analyses address is how uncertainty with respect to the above factors alters the optimal social planner's short-term reactions to climate change. A subset also asks whether adjusting behaviour to uncertainty and designing more flexible policies and technology solutions would induce a significant welfare gain.

Table 2.2 provides an overview of the existing literature on IAMs that examine mitigation actions. The rows classify the literature on the basis of the type of uncertainty: *upstream*, associated with emission baseline drivers, such as economic and population growth; *downstream continuous*, associated with climate feedbacks and damages; *downstream strongly nonlinear*, associated with the possibility of thresholds and irreversibilities; *policy responses*, associated with the uncertain adoption of policy tools; and *multiple sources*, when more than one of the sources above are considered simultaneously. The three columns categorize the literature according to the ways introducing uncertainty influence the findings. The theoretical economic literature shows that the effect of including uncertainty in decision making on near-term mitigation is ambiguous (for an overview see e.g., Lange and Treich, 2008; De Zeeuw and Zemel, 2012). However, for most studies that assume *downstream strongly nonlinear* uncertainties under a social welfare maximization or *downstream* uncertainties in combination with a temperature target, including uncertainty in the analysis leads to an optimal or efficient level of mitigation that is greater and/or accelerated than under conditions of certainty.

The literature on IAMs incorporating uncertainty uses either Monte Carlo simulations or fully stochastic programming techniques. Monte Carlo studies provide insights regarding the order-of-magnitude effect of multiple model parameter uncertainties for model output (Nordhaus and Popp, 1997; Tol, 1999; Webster et al., 2002; Hope, 2008, p. 200; Ackerman et al., 2010; Dietz, 2011; Pycroft et al., 2011). In this sense they can be interpreted as a preparatory step towards a full-fledged decision analysis under uncertainty.

**Table 2.2 |** Overview of literature on integrated assessment models examining mitigation actions. (cea) indicates: analysis based on a probabilistic generalization of CEA. Papers that appear several times report different scenarios or assumptions. The few studies highlighted by "*" use non-probabilistic decision criteria under uncertainty (e.g., minimax regret or maximin).[1]

| Type of Uncertainty Considered | Effect on Mitigation Action | | |
|---|---|---|---|
| | *Accelerates/Increases Mitigation Action* | *Delays/Decreases Mitigation Action* | *Ambiguous Effect* |
| **Upstream (emission drivers)** | Reilly et al., 1987; Webster et al., 2002; O'Neill and Sanderson, 2008; Rozenberg et al., 2010 | | O'Neill and Sanderson, 2008 |
| **Downstream (climate and damages)—mildly nonlinear damages** | Chichilnisky and Heal, 1993; Peck and Teisberg, 1994; Ha-Duong and Treich, 2004; Syri et al., 2008; Athanassoglou and Xepapadeas, 2011; Kaufman, 2012; Ackerman et al., 2013 | Kolstad, 1994, 1996a; Baranzini et al., 2003 | Clarke and Reed, 1994; Kolstad, 1996b; Tsur and Zemel, 1996; Gollier et al., 2000; Fisher and Narain, 2003; Ha-Duong and Treich, 2004; Baker et al., 2006; Lange and Treich, 2008; Lorenz et al., 2012b; Ulph and Ulph, 1997; Ackerman et al., 2013 |
| **Downstream (climate and damages)—strongly nonlinear event or temperature target** | Ha-Duong, 1998; Gjerde et al., 1999; O'Neill and Oppenheimer, 2002; Baranzini et al., 2003; Dumas and Ha-Duong, 2005; Syri et al., 2008(cea); Johansson et al., 2008(cea); Hope, 2008; Webster, 2008; Tsur and Zemel, 2009; Schmidt et al., 2011(cea); Funke and Paetz, 2011; Iverson and Perrings, 2012*; Lorenz et al., 2012b; de Zeeuw and Zemel, 2012 | Peck and Teisberg, 1995 | Gollier and Treich, 2003 |
| **Uncertainty on Policy Response** | Ha-Duong et al., 1997; Blanford, 2009; Bosetti and Tavoni, 2009; Bosetti et al., 2009; Durand-Lasserve et al., 2010(cea) | Baudry, 2000; Baker and Shittu, 2006(cea)[2] | Farzin and Kort, 2000(cea) |
| **Multiple Sources of Uncertainty** | Nordhaus and Popp, 1997; Grubb, 1997; Pizer, 1999; Tol, 1999; Obersteiner et al., 2001; Yohe et al., 2004; Keller et al., 2004; Baker and Shittu, 2008; Baker and Adu-Bonnah, 2008; Bahn et al., 2008; Held et al., 2009; Hope, 2009; Labriet et al., 2012(cea), 2010; Hof et al., 2010* ; Funke and Paetz, 2011* | Scott et al., 1999 | Manne and Richels, 1991; Baker and Shittu, 2008(4); Baker and Adu-Bonnah, 2008[3] |

Notes:
[1]   In some studies the 'baseline case' is a decision analysis based on a reduced form of uncertainty.
[2]   The impact on R&D investments depend on technology; the most common result is, however, that uncertainty decreases the optimal level of R&D investments.
[3]   In the sense of: increasing damage uncertainty would lead to higher investments in less risky programmes, but the effect depends on the type of technology.

**2**

Table 2.2 also characterizes the effect of the inclusion of uncertainty on early-period mitigation efforts. A decision analysis is generally compared to a baseline-case represented by a deterministic study utilizing average values of uncertain parameters. (In some studies, the baseline case is a decision analysis based on a reduced form of uncertainty.)

It should be noted that, although IAMs mimic decision makers who utilize deliberative processes, in reality social planners might resort to intuitive thinking to simplify their decision processes, leading to biases and inferior choices. To date there is no research that considers such behaviour by decision makers and how it affects the projections of IAMs. We discuss the need for such studies in Section 2.7 on gaps in knowledge and data.

### 2.6.3.1   Analyses predominantly addressing climate or damage response uncertainty

Although studies differ in their approaches, the case against accelerated or increased mitigation action is the possibility that irreversible sunk cost investments in abatement options outweigh the irreversible effects of climate change. This has been an infrequent finding, with the exception of those studies that have not included catastrophic/threshold damage and give no consideration to the non-climate related benefits of these investments, such as enhancing energy security and local pollution benefits. Indeed, the one set of papers that finds a need for increased or accelerated mitigation action is ambiguous when the social welfare optimum is examined under *downstream continuous/mildly nonlinear damages* uncertainty. Lorenz et al. (2012a) show that this is due primarily to the fact that damage nonlinearities are often compensated by other nonlinearities such as a concave (i.e., sublinear) concentration-temperature relation.

Studies that cluster in the first column (accelerated or increased mitigation action) assumed strongly non-linear damage functions or temperature targets (3rd row). Cost-effectiveness analysis has been applied to reflect targets when the models have been generalized to include uncertainty. In this regard, Held et al. (2009), utilizing chance constrained programming (CCP) (see Section 2.5.4.1), examine uncertainty in climate and technology response properties. As their reference case they calculated the mitigation effort needed to achieve a 2 °C temperature target, assuming average values for all uncertain parameters. Given uncertainty, however, it is clear that any given mitigation effort will exceed the target with some probability; for the reference case this is approximately 50 %. As the required probability for meeting the target increases, a greater level of mitigation effort is required. (An analogous argument holds for tipping-point derived targets. See McInerney and Keller, 2008). If the required probability is 66.6 % rather than 50 %, investments in mitigation technologies need to occur in earlier decades.

The effects on investment in mitigation also depend on whether uncertainty is expected to be reduced. Is a reduction of uncertainty on climate sensitivity and related climate response properties realistic? In an early paper, Kelly and Kolstad (1999) evaluated the amount of time needed to significantly reduce uncertainty about the parameters influencing climate sensitivity by observing global warming. They found the required time to be 90 to 160 years. Leach (2007) conducted a similar analysis that allowed two rather than one independent sources of downstream uncertainty. In that case, the time required to resolve the climate sensitivity parameters is likely to be even longer. These kind of studies assumed that our basic understanding of atmospheric chemistry and physics would remain unchanged over time. If one were to relax this constraint, then one could imagine that learning would progress more rapidly.

Another set of papers examines the 'anticipation effect', namely what it means if we believe we will learn in the future, rather than that our knowledge will remain constant. Lange and Treich (2008) showed that the sign and magnitude of mitigation depend on the particular numerical model and type of uncertainty when introducing the anticipation effect. Using CBA, for example, Lorenz et al. (2012b), Peck and Teisberg (1993), Webster et al. (2008), and Yohe and Wallace (1996) showed the anticipation effect to be negligible when assuming continuous and only weakly non-linear damages. However, Lorenz (2012b) showed slightly less immediate mitigation (compared to no-learning) if one anticipates learning within a given, narrow, time window with respect to threshold-type impacts. Such a mild reduction of early mitigation in response to anticipation was also reported in Keller et al. (2004) in accordance with Ulph and Ulph (1997).

When CEA is used to represent temperature targets in combination with climate response uncertainty, it is difficult to evaluate learning effects (see the discussion in Section 2.5.4.3). One way to allow for numerical solutions in this case is to assume an upper limit on the distribution of climate sensitivity to examine the effect of learning in the presence of a climate target. Under this assumption, more mitigation is called for (Bahn et al., 2008; Syri et al., 2008; Fouquet and Johansson, 2008; Webster, 2008).

A further set of papers considers the impossibility of specifying a precise probability density function for characterizing climate sensitivity as suggested by many climate scientists. This implies that these probabilities are difficult to estimate and decisions have to be made under conditions of ambiguity. Funke and Paetz (2011) account for model structure uncertainty by employing a robust control approach based on a maximin principle. When considering uncertainty on the ecological side of the balance, they conclude that model uncertainty implies a need for more aggressive near-term emissions reductions. Athanassoglou and Xepapadeas (2011) extend this approach to include adaptation. Iverson and Perrings (2012) apply combinations of maximin and/or minimax decision criteria, examining the effects of widening the range of climate sensitivity. Hof et al. (2010), contrast a CBA with a minimax regret approach and find that the minimax regret approach leads to more stringent and robust climate targets for relatively low discount rates if both high climate sensitivity and high damage

estimates are assumed. What remains unresearched is the possibility of using non-probabilistic methods to evaluate the effects of an unbounded, or 'fat-tails', distribution for climate responses and climate impacts.

Finally, a potentially path-breaking development in economics is the effort of Ackerman et al. (2013), Crost and Traeger (2013), and Kaufman (2012) to disentangle risk aversion (a static effect) from consumption smoothing (an intertemporal effect) (for a conceptual discussion see Ha-Duong and Treich, 2004) in an Integrated Assessment Model. Compared to the results of a standard discounted expected utility model that relates risk aversion to consumption smoothing, Ackerman (2013) as well as Crost and Traeger (2013) find optimal mitigation to be twice as great. Since these are the first papers on this topic, it is too early to tell whether their results represent a robust result that captures society's risk preferences.

### 2.6.3.2    Analyses predominantly addressing policy response uncertainty

There are two strands of research in the area of policy response uncertainty. The first has focused on examining how the extent and timing of mitigation investments are affected by the uncertainty on the effectiveness of Research, Development, and Demonstration (RD&D) and/or the future cost of technologies for reducing the impact of climate change. An example of this would be optimal investment in energy technologies that a social planner should undertake, knowing that there might be a nuclear power ban in the near future. Another strand of research looks at how uncertainty concerning future climate policy instruments in combination with climate and/or damage uncertainty affects a mitigation strategy. An example would be the optimal technological mix in the power sector to hedge future climate regulatory uncertainty.

With respect to the first strand, the main challenge is to quantify uncertainty related to the future costs and/or availability of mitigation technologies. Indeed, there does not appear to be a single stochastic process that underlies all (RD&D) programmes' effectiveness or innovation processes. Thus elicitation of expert judgment on the probabilistic improvements in technology performance and cost becomes a crucial input for numerical analysis. A literature is emerging that uses expert elicitation to investigate the uncertain effects of RD&D investments on the prospect of success of mitigation technologies (see for example Baker et al., 2008; Curtright et al., 2008; Chan et al., 2010; Baker and Keisler, 2011). In future years, this new body of research will allow the emergence of a literature studying the probabilistic relationship between R&D and the future cost of energy technologies in IAMs.

The few existing papers reported in Table 2.2 under the Policy Response uncertainty column (see Blanford, 2009; Bosetti and Tavoni, 2009) point to increased investments in energy RD&D and in early deployment of carbon-free energy technologies in response to uncertainty.

An interesting analysis has been performed in Goeschl and Perino (2009), where the potential for technological 'boomerangs' is considered. Indeed, while studies cited above consider an innovation failure an R&D project that does not deliver a clean technology at a competitive cost, Goeschl and Perino (2009) define R&D failure when it brings about a new, environmentally harmful, technology. Under such characterization they find that short-term R&D investments are negatively affected.

Turning to the second strand of literature reported in the Policy Response or in the Multiple Uncertainty columns of Table 2.2 (see Ha-Duong et al., 1997; Baker and Shittu, 2006; Durand-Lasserve et al., 2010), most analyses imply increased mitigation in the short term when there is uncertainty about future climate policy due to the asymmetry of future states of nature. In the event of the realization of the 'no climate policy' state, investment in carbon-free capital has low or zero value. Conversely, if a 'stringent climate policy' state of nature is realized, it will be necessary to rapidly ramp up mitigation to reduce the amount of carbon in the atmosphere. This cost is consistently higher, thus implying higher mitigation prior to the realization of the uncertain policy state.

## 2.6.4    International negotiations and agreements

Social planner studies, as reviewed in the previous sub-sections, consider the appropriate magnitude and pace of aggregate global emissions reduction. These issues have been the subject of negotiations about long-term strategic issues at the international level along with the structuring of national commitments and the design of mechanisms for compliance, monitoring, and enforcement.

### 2.6.4.1    Treaty formation

A vast literature looks at international treaties in general and how they might be affected by uncertainties. Cooper (1989) examined two centuries of international agreements that aimed to control the spread of communicable diseases and concludes that it is only when uncertainty is largely resolved that countries will enter into agreements. Young (1994), on the other hand, suggests that it may be easier to enter into agreements when parties are uncertain over their individual net benefits from an agreement than when that uncertainty has been resolved. Coalition theory predicts that for international negotiations related to a global externality such as climate change, stable coalitions will generally be small and/or ineffective (Barrett, 1994). Recently, De Canio and Fremstad (2013) show how the recognition of the seriousness of a climate catastrophe on the part of leading governments—which increases the incentives for reaching an agreement—could transform a prisoner's dilemma game into a coordination game leading to an increased likelihood of reaching an international agreement to limit emissions.

**2**

Relatively little research has been undertaken on how uncertainty affects the stability of multilateral environmental agreements (MEAs) and when uncertainty and learning has the potential to unravel agreements. Kolstad (2007), using a game theoretic model, looks specifically at environmental agreements. He finds that systematic uncertainty decreases the size of the largest stable coalition of an MEA. Kolstad and Ulph (2011) show that partial or complete learning has a negative impact on the formation of an MEA because as outcomes become more certain, some countries also learn the MEA will reduce their own welfare benefits, which deters them from joining the coalition. Baker (2005), using a model of the impacts of uncertainty and learning in a non-cooperative game, shows that the level of correlation of damages across countries is a crucial determinant of outcome.

Barrett (2013) has investigated the role of catastrophic, low probability events on the likelihood of cooperation with respect to a global climate agreement. By comparing a cooperative agreement with the Nash equilibrium it is possible to assess a country's incentives for participating in such an agreement. Looking at stratospheric ozone as an analogy for climate, Heal and Kunreuther (2013) observed that the signing of the Montreal Protocol by the United States led many other countries to follow suit. The authors in turn suggest how it could be applied to foster an international treaty on greenhouse gas emissions by tipping a non-cooperative game from an inefficient to an efficient equilibrium.

Several analyses, including Victor (2011) and Hafner-Burton et al. (2012), contend that the likelihood of a successful comprehensive international agreement for climate change is low because of the sensitivity of negotiations to uncertain factors, such as the precise alignment and actions of participants. Keohane and Victor (2011), in turn, suggest that the chances of a positive outcome would be higher in the case of numerous, more limited agreements. Developing countries have been unlikely to agree to binding targets in the context of international agreements due in part to the interests of developed countries dominating the negotiation process. For the situation to change, the developing countries would have to enhance their negotiating power in international climate change discussions by highlighting their concerns (Rayner and Malone, 2001).

The above analyses all assume that the agents are deliberative thinkers, each of whom has the same information on the likelihood and consequences of climate change. Section 2.7 indicates the need for future research that examines the impact of intuitive thinking on behaviour on international negotiations and processes for improving the chances of reaching an agreement on treaties.

### 2.6.4.2    Strength and form of national commitments

Buys et al. (2009) construct a model to predict national level support for a strong global treaty based on both the climatic and economic risks that parties to the treaty face domestically; however Buys et al.

do not test the model empirically. Their model distinguishes between vulnerabilities to climate impacts and climate policy restrictions with respect to carbon emissions and implies that countries would be most supportive of strong national commitments when they are highly vulnerable to climate impacts and their emitting sectors are not greatly affected by stringent policy measures.

Victor (2011) analyzes the structure of the commitments themselves, or what Hafner-Burton et al. (2012) call rational design choices. Victor suggests that while policymakers have considerable control over the carbon intensity of their economies, they have much less control over the underlying economic growth of their country. As a result, there is greater uncertainty on the magnitude of emissions reductions, which depends on both factors, than on the reductions in carbon intensity. Victor suggests that this could account for the reluctance by many countries to make binding commitments with respect to emissions reductions. Consistent with this reasoning, Thompson (2010) examined negotiations within the UNFCCC and found that greater uncertainty with respect to national emissions was associated with a decrease in support for a national commitment to a global treaty.

Webster et al. (2010) examined whether uncertainty with respect to national emissions increases the potential for individual countries to hedge by joining an international trade agreement. They found that hedging had a minor impact compared to the other effects of international trade, namely burden sharing and wealth transfer. These findings may have relevance for structuring a carbon market to reduce emissions by taking advantage of disparities in marginal abatement costs across different countries. In theory, the right to trade emission permits or credits could lessen the uncertainties associated with any given country's compliance costs compared to the case where no trading were possible. Under a trading scheme, if a country discovered its own compliance costs to be exceptionally high, for example, it could purchase credits on the market.

### 2.6.4.3    Design of measurement, verification regimes, and treaty compliance

A particularly important issue in climate treaty formation and compliance is uncertainty with respect to actual emissions from industry and land use. Measurement, reporting, and verification (MRV) regimes have the potential to set incentives for participation in a treaty and still be stringent, robust, and credible with respect to compliance. The effects of strategies for managing GHG emissions are uncertain because the magnitude of the emissions of carbon dioxide and other GHG gases, such as methane, often cannot be detected given the error bounds associated with the measurement process. This is especially the case in the agriculture, forestry, and other land-use (AFOLU) sectors.

In the near term, an MRV regime that met the highest standards could require stock and flow data for carbon and other GHGs. These

data are currently available only in wealthy countries, thus precluding developing countries from participating (Oliveira et al., 2007). By contrast, there are design options for MRV regimes that are less accurate, but which still provide data on the drivers of emissions so that the developing countries could be part of the system. By being more inclusive, these options could be a more effective way to actually reduce aggregate emissions, at least in the near term (Bucki et al., 2012). In the longer term, robust and harmonized estimation of GHG flows—emissions and their removal—in agriculture and forestry requires investment in monitoring and reporting capacity, especially in developing countries (Böttcher et al., 2009; Romijn et al., 2012). Reflecting this need for an evolving MRV regime to match data availability, the 2006 Guidelines for National Greenhouse Gas Inventories, prepared by an IPCC working group, suggested three hierarchical tiers of data for emission and carbon stock change factors with increasing levels of data requirements and analytical complexity. Tier 1 uses IPCC default values of high uncertainty; Tier 2 uses country-specific data; and Tier 3 uses higher spatial resolution, models, and inventories. In 2008, only Brazil, India and Mexico had the capacity to use Tier 2 and no developing country was able to use tier 3 (Hardcastle and Baird, 2008). Romijn et al. (2012) focused on 52 tropical countries and found that four of them had a very small capacity gap regarding the monitoring of their forests through inventories, while the remaining 48 had limited or no ability to undertake this monitoring process.

In order to overcome the gaps and uncertainties associated with lower tier approaches, different principles can be applied to form pools (Böttcher et al., 2008). For example, a higher level of aggregation by including soil, litter and harvested products in addition to a biomass pool as part of the MRV regime decreases relative uncertainty: the losses in one pool (e.g., biomass) are likely to be offset by gains in other pools (e.g., harvested products) (Böttcher et al., 2008). Researchers have suggested that the exclusion of a pool (e.g., soil) in an MRV regime should be allowed only if there is adequate documentation that the exclusion provides a more conservative estimate of emissions (Grassi et al., 2008). They also suggest that an international framework needs to create incentives for investments. In this respect, overcoming initialization costs and unequal access to monitoring technologies would be crucial for implementation of an integrated monitoring system, and fostering international cooperation (Böttcher et al., 2009).

## 2.6.5   Choice and design of policy instruments

Whether motivated primarily by a binding multilateral climate treaty or by some other set of factors, there is a growing set of policy instruments that countries have implemented or are considering to deal with climate change. Typically, these instruments will influence the decisions of firms and private individuals, so that policymakers try to anticipate how these agents will react to them.

Some policy instruments operate by mandating particular kinds of behaviour, such as the installation of pollution control technology or limits on emissions from particular sources. There is an extensive literature in political science demonstrating that the effects of these instruments are fairly predictable (Shapiro and McGarity, 1991) and are insensitive to market or regulatory uncertainties, simply because they prescribe particular technologies or practices which must be strictly adhered to. There is a literature in economics, however, suggesting that their very inflexibility makes them inefficient (Malueg, 1990; Jaffe and Stavins, 1995).

In the presence of substantial technological uncertainty, no matter what policy instrument is employed, interventions that shift investment behaviour from currently low cost to currently high cost technologies run the risk of increasing short-term costs and energy security concerns for consumers (Del Rio and Gual, 2007; Frondel et al., 2008, 2010). In some cases, long-term costs may be higher or lower, depending on how different technologies evolve over time (Williges et al., 2010; Reichenbach and Requate, 2012). This section is structured by considering two broad classes of interventions for targeting the energy supply: interventions that focus on emissions, by placing a market price or tax on $CO_2$ or other greenhouse gases; and interventions that promote Research, Development, Deployment, and Diffusion (RDD&D) of particular technologies. In both types of interventions, policy choices can be sensitive to uncertainties in technology costs, markets, and the state of regulation in other jurisdictions and over time. In the case of technology-oriented policy, choices are also sensitive to the risks that particular technologies present. We then describe instruments for reducing energy demand by focusing on lifestyle choice and energy efficient products and technologies. Finally, we briefly contrast the effects of uncertainties in the realm of climate change adaptation with climate change mitigation, recognizing that more detail on adaptation can be found in the WGII AR5.

### 2.6.5.1   Instruments creating market penalties for GHG emissions

Market-based instruments increase the cost of energy derived from fossil fuels, potentially leading firms involved in the production and conversion of energy to invest in low carbon technologies. Considerable research prior to AR4 identified the differences between two such instruments—carbon taxes and cap-and-trade regimes—with respect to uncertainty. Since AR4, research has examined the effects of regulatory risk and market uncertainty on one instrument or the other by addressing the following question: how is the mitigation investment decision affected by uncertainty with respect to whether and to what extent a market instrument and well-enforced regulations will be in place in the future?

Much of this research has focused on uncertainty with respect to carbon prices under a cap-and-trade system. A number of factors influence the relationship between the size of the cap and the market price that

**2**

includes fossil fuel prices, consumer demand for energy, and economic growth more generally. Each of these factors can lead to volatility in carbon market prices (Alberola et al., 2008; Carraro et al., 2009; Chevallier, 2009). Vasa and Michaelowa (2011) assessed the impact of policy uncertainty on carbon markets and found that the possibility of easily creating and destroying carbon markets leads to extreme short-term rent-seeking behaviour and high volatility in market prices. Experience so far with the most developed carbon market—the European Emissions Trading System (ETS)—reveals high volatility marked by not-infrequent decreases of the price of carbon to very low values (Feng et al., 2011).

Numerous modelling studies have shown that regulatory uncertainty reduces the effectiveness of market-based instruments. More specifically, a current or expected carbon price induces a decrease in investment into lower carbon infrastructure and hence less technological learning, when there is uncertainty as to future market conditions, compared to the case where future conditions are known (Yang et al., 2008; Fuss et al., 2009; Oda and Akimoto, 2011). In order to compensate and maintain a prescribed level of change in the presence of uncertainty, carbon prices would need to be higher. Estimates of the additional macroeconomic costs range from 16–37 % (Blyth et al., 2007) to as much as 50 % (Reinelt and Keith, 2007), depending on the particular type of investment under consideration. The precise instrument design details can affect investment behaviour. Patiño-Echeverri et al. (2007, 2009), for example, found that less frequent but larger regulatory policy changes had less of a negative interactive effect with uncertainty, while Zhao (2003) found a greater impact of uncertainty on the performance of a carbon tax than on a cap-and-trade system. Fan et al. (2010) added to this analysis by examining the sensitivity of these results to increasing risk aversion, under two alternative carbon market designs: one in which carbon allowances were auctioned by the government to firms, and a second in which existing firms received free allowances due to a grandfathering rule.

Under an auctioned system for carbon allowances, increasing risk aversion leads to greater investments in low carbon technologies. In contrast, under a grandfathered market design, increasing risk aversion combined with uncertainty pushes investment behaviour closer to what it would be in the absence of the carbon market: more investment in coal. The intuition behind this finding is that the grandfathered scheme would create a situation of windfall profits (since the freely allocated permits have a value to the firms receiving them), and risk-averse investors would be more influenced by the other, less desirable state of the world, the absence of carbon markets. Fan et al., (2012) replicated these results using a broader range of technological choices than in their earlier case. Whereas these latter two papers used a game-theoretic model, Fuss et al., (2012) employed a real options theory model to arrive at qualitatively the same conclusions.

One option for reducing carbon price volatility is to set a cap or floor for that price to stabilize investment expectations (Jacoby and Ellerman, 2004; Philibert, 2009). Wood and Jotzo (2011) found that setting a price floor increased the effectiveness of the carbon price in stimulat-

ing investments in low carbon technologies, given a particular expectation of macroeconomic drivers (e.g., economic growth and fossil fuel prices that influence the degree to which a carbon cap is a constraint on emissions). Szolgayova et al., (2008), using a real options model to examined the value of waiting for information, found the cap stabilized expectations. In the process, the cap lessened the effectiveness of an expected carbon price at altering investment behaviour, as many investments in low carbon technologies are undertaken only because of the possibility of very high carbon prices in the future. In another study assuming rational actor behaviour, Burtraw et al. (2010) found that a symmetric safety valve that sets both a floor and a ceiling price outperforms a single-sided safety valve in terms of both emissions reduction and economic efficiency. Murray et al. (2009) suggested that a reserve allowance for permits outperforms a simple safety valve in this regard.

Empirical research on the influence of uncertainty on carbon market performance has been constrained by the small number of functioning markets, thus making it difficult to infer the effects of differences in market design. The few studies to date suggest that the details of market design can influence the perception of uncertainty, and in turn the performance of the market. More specifically, investment behaviour into the Clean Development Mechanism (CDM) has been influenced by uncertainties in terms of what types of projects are eligible (Castro and Michaelowa, 2011), as well as the actual number of Certified Emissions Reductions (CERs) that can be acquired from a given project (Richardson, 2008).

Looking at the European Union's Emission Trading System (ETS), researchers have observed that expected carbon prices do affect investment behaviour, but primarily for investments with very short amortization periods. High uncertainty with respect to the longer-term market price of carbon has limited the ETS from having an impact on longer-term investments such as R&D or new power plant construction (Hoffmann, 2007). Blyth and Bunn (2011) found that uncertainty for post-2012 targets was a major driver of ETS prices, with an effect of suppressing those prices. The literature suggests that prices have not been high enough to drive renewable energy investment in the absence of feed-in tariffs (Blanco and Rodrigues, 2008). Barbose et al. (2008) examined a region—the western United States—where no ETS was functioning but many believed that it would, and found that most utilities did consider the possibility of carbon prices in the range of USD 4 to USD 22 a ton. At the same time, the researchers could not determine whether this projection of carbon prices would have an actual effect on utilities' decisions, were an actual ETS in place, because they were unable to document the analysis underlying the utilities' investment decisions.

### 2.6.5.2    Instruments promoting technological RDD&D

Several researchers suggest that future pathways for RDD&D will be the determining factor for emissions reductions (Prins and Rayner, 2007; Lilliestam et al., 2012). Policy instruments can provide an incentive for firms not only to alter their investment portfolio towards low

carbon technologies, but also to devote resources towards innovation (Baker et al., 2008). Because instruments differ in terms of how they influence behaviour, such as whether or not they create an immediate incentive or one that accrues over the lifetime of the investment, their relative effectiveness can be sensitive to relevant market uncertainties.

The literature reviewed in the previous section reveals that in the presence of substantial regulatory uncertainty, market-based instruments do a poor job of promoting RDD&D. This has given rise to policy proposals to supplement a pure-market system with another instrument—such as a cap, floor, or escape valve—to reduce price volatility and stabilize expectations. By contrast, combining a market-based instrument with specific technology support can lead to greater volatility in the carbon price, even when there is very little uncertainty about which technologies will be assisted in the coming years (Blyth et al., 2009).

Several empirical studies with a focus on risk and uncertainty have compared the effectiveness of market instruments with other instruments such as feed-in tariffs or renewable quota systems, in stimulating low carbon investments and R&D. Butler and Neuhoff (2008) compared the feed-in tariff in Germany with the quota system in the United Kingdom, and found the German system outperformed the UK system on two dimensions: stimulating overall investment quantity, and reducing costs to consumers. The primary driver was the effectiveness of the feed-in tariff in reducing risks associated with future revenues from the project investment, therefore making it possible to lower the cost of project financing. Other researchers replicate this finding using other case studies (Mitchell et al., 2006; Fouquet and Johansson, 2008). Lüthi and Wüstenhagen (2012) surveyed investors with access to a number of markets, and found that they steered their new projects to those markets with feed-in tariff systems, as it was more likely than other policy instruments to reduce their risks. Lüthi (2010) compared policy effectiveness across a number of jurisdictions with feed-in tariffs, and found that above a certain level of return, risk-related factors did more to influence investment than return-related factors.

Looking at the early stages in the technology development process, Bürer and Wüstenhagen (2009) surveyed 'green' tech venture capitalists in the United States and Europe using a stated preference approach to identify which policy instrument or instruments would reduce the perceived risks of investment in a particular technology. They identified a strong preference in both continents, but particularly Europe, for feed-in tariffs over cap-and-trade and renewable quota systems, because of the lower risks to return on investment associated with the former policy instrument. Moreover, venture capital investors typically look for short- to medium-term returns on their investment, for which the presence of feed-in tariffs has the greatest positive effect.

Held et al. (2006) identified patterns of success across a wide variety of policy instruments to stimulate investment in renewable energy technologies in Europe. They found that long-term regulatory consistency was vital for new technology development. Other studies have shown that regulatory inconsistency with respect to subsidy programs—such as feed-in tariffs in Spain or tax credits in the United States—can lead to temporarily overheated markets, pushing up investment costs and consumer prices, and reducing the pressure for technological development (Del Rio and Gual, 2007; Sáenz de Miera et al., 2008; Barradale, 2010).

In contrast to the large literature looking at the overall effects of uncertainty, there have only been a few empirical papers documenting the particular risks that concern investors the most. Leary and Esteban (2009) found regulatory uncertainty—particularly with respect to issues of siting—to concern investors in wave- and tide-based energy projects. Komendantova et al. (2012) examined perceptions among European investors in solar projects in North Africa, and found concerns about regulatory change and corruption were much greater than concerns about terrorism and technology risks. The same researchers modelled the sensitivity of required state subsidies for project development in response to these risks, and found the subsidies required to stimulate a given level of solar investment rose by a factor of three, suggesting large benefits from stemming corruption and stabilizing regulations (Komendantova et al., 2011). Meijer et al. (2007) examined the perceived risks for biogas project developers in the Netherlands, and found technological, resource, and political uncertainty to be their most important concerns. These studies are useful by documenting policymakers' concerns so they can address these issues in the future.

Table 2.3 synthesizes the modelling and empirical results on renewable quota systems and feed-in tariffs, as well as with results for cap-and-trade systems from the previous sub-section. The table highlights the

**Table 2.3 |** Uncertainties affecting the effectiveness of alternative policy instruments.

| Instrument | Uncertainty | Investor fears | Effect on low carbon technology |
|---|---|---|---|
| Allowance trading market | Technological systems | Other low carbon technologies will prove more cost-effective | Dampened investment |
| | Market behaviour | Growth in energy demand will decline | Dampened investment |
| | Market behaviour | Fossil fuel prices will fall | Dampened investment |
| | Regulatory actions | Governments will increase the number of allowances | Dampened investment |
| Renewable quotas | Technological systems | Other low carbon technologies will prove more cost-effective | Dampened investment |
| | Market behaviour | Supply for renewable energy will rise faster than the quota | Dampened investment |
| Subsidies and feed-in tariffs | Regulatory actions | Subsidy for this particular technology will decline | Overheated market |

**2**

effects of three of the classes of uncertainties identified earlier in this chapter, namely with respect to technological systems, market behaviour, and the future regulatory actions of governments.

### 2.6.5.3    Energy efficiency and behavioural change

As pointed out in Section 2.6.5.2 and earlier sections, one way to mitigate climate risk is to encourage RD&D with respect to providing energy from renewable sources, such as wind and solar, as well as to promote low energy use products. For firms to undertake these investments, there needs to be some guarantee that a market for their products will exist. Currently consumers are reluctant to adopt energy efficient measures, such as compact fluorescent bulbs, energy efficient refrigerators, boilers and cooling systems, as well as new technologies such as solar installations and wind power. This can be attributed to the uncertainties associated with future energy prices and consumption of energy coupled with misperceptions of the products' benefits and an unwillingness to incur the upfront costs of these measures as discussed in Section 2.4.3.2.

Gardner and Stern (2008) identified a list of energy efficient measures that could reduce North American consumers' energy consumption by almost 30 % but found that individuals were not willing to invest in them because they have misconceptions about the measures' effectiveness. Other studies show that the general public has a poor understanding of energy consumption associated with familiar activities (Sterman and Sweeney, 2007). A national online survey of 505 participants by Attari et al. (2010) revealed that most respondents felt that measures such as turning off the lights or driving less were much more effective as energy efficient improvements than experts' viewed them to be.

There are both behavioural and economic factors described in Section 2.4.3.2 that can explain the reluctance of households to incur the upfront costs of these energy efficient measures. Due to a focus on short-term horizons, individuals may underestimate the savings in energy costs from investing in energy efficient measures. In addition they are likely to discount the future hyperbolically so that the upfront cost is perceived to be greater than expected discounted reduction in energy costs (Dietz et al., 2013; Kunreuther et al., 2013b). Coupled with these descriptive models or choices that are triggered by intuitive thinking, households may have severe budget constraints that discourage them from investing in these energy efficient measures. If they intend to move in several years and feel that the investment in the energy efficient measure will not be adequately reflected in an increase in their property value, then it is inappropriate for them *not* to invest in these measures if they undertake deliberative thinking.

To encourage households to invest in energy efficient measures, messages that communicate information on energy use and savings from undertaking these investments need to be conveyed (Abrahamse et al., 2005). Recent research has indicated the importance of highlighting

indirect and direct benefits (e.g., being 'green', energy independence, saving money) in people's adoption of energy efficiency measures to address the broad range and heterogeneity in people's goals and values that contribute to the subjective utility of different courses of action (Jakob, 2006). One also needs to recognize the importance of political identity considerations when choosing the nature of these messages, as different constituencies have different associations to options that mitigate climate change and labels that convey potential benefits from adopting energy efficient measures (Hardisty et al., 2010; Gromet et al., 2013).

The advent of the 'smart' grid in Western countries, with its 'smart' metering of household energy consumption and the development of 'smart' appliances will make it feasible to provide appliance-specific feedback about energy use and energy savings to a significant number of consumers within a few years. A field study involving more than 1,500 households in Linz, Austria revealed that feedback on electricity consumption corresponded with electricity savings of 4.5 % for the average household in this pilot group (Schleich et al., 2013).

To deal with budget constraints, the upfront costs of these measures need to be spread over time so the measures are viewed as economically viable and attractive. The Property Assessed Clean Energy (PACE) programme in the United States is designed to address the budget constraint problem. Participants in this programme receive financing for improvements that is repaid through an assessment on their property taxes for up to 20 years. Financing spreads the cost of energy improvements over the expected life of measures such as weather sealing, energy efficient boilers and cooling systems, and solar installations and allows for the repayment obligation to transfer automatically to the next property owner if the property is sold. The program addresses two important barriers to increased adoption of energy efficiency and small-scale renewable energy: high upfront costs and fear that project costs will not be recovered prior to a future sale of the property (Kunreuther and Michel-Kerjan, 2011).

Social norms that encourage greater use of energy efficient technology at the household level can also encourage manufacturers to invest in the R&D for developing new energy efficient technologies and public sector actions such as well-enforced standards of energy efficiency as part of building sale requirements, (Dietz et al., 2013).

### 2.6.5.4    Adaptation and vulnerability reduction

Compared to mitigation measures, investments in adaptation appear to be more sensitive to uncertainties in the local impacts associated with the damage costs of climate change. This is not surprising for two reasons. First, while both mitigation and adaptation may result in lower local damage costs associated with climate impacts, the benefits of adaptation flow directly and locally from the actions taken (Prato, 2008). Mitigation measures in one region or country, by contrast, deliver benefits that are global; however, they are contingent on the

actions of people in other places and in the future, rendering their local benefits more uncertain. One cannot simply equate marginal local damage costs with marginal mitigation costs, and hence the importance of uncertainty with respect to the local damage costs is diminished (Webster et al., 2003).

Second, politically negotiated mitigation targets, such as the 2 °C threshold appear to have been determined by what is feasible and affordable in terms of the pace of technological diffusion, rather than by an optimization of mitigation costs and benefits (Hasselmann et al., 2003; Baker et al., 2008; Hasselmann and Barker, 2008). Hence, mitigation actions taken to achieve a temperature target would not be changed if the damage costs (local or global) were found to be somewhat higher or lower. This implies that mitigation measures will be insensitive to uncertainty of these costs associated with climate change. Adaptation decisions, in contrast, face fewer political and technical constraints, and hence can more closely track what is needed in order to minimize local expected costs and hence will be more sensitive to the uncertainties surrounding future damage costs from climate change (Patt et al., 2007, 2009).

There are two situations where decisions on adaptation policies and actions may be largely insensitive to uncertainties about the potential impacts of climate change on future damage. The first is where adaptation is constrained by the availability of finance, such as international development assistance. Studies by the World Bank, OECD, and other international organizations have estimated the financing needs for adaptation in developing countries to be far larger than funds currently available (Agrawala and Fankhauser, 2008; World Bank, 2010; Patt et al., 2010). In this case, adaptation actions are determined by decisions with respect to the allocation of available funds in competing regions rather than the local impacts of climate change on future damage (Klein et al., 2007; Hulme et al., 2011). Funding decisions and political constraints at the national level can also constrain adaptation so that choices no longer are sensitive to uncertainties with respect to local impacts (Dessai and Hulme, 2004, 2007).

The other situation is where adaptation is severely constrained by cultural norms and/or a lack of local knowledge and analytic skill as to what actions can be taken (Brooks et al., 2005; Füssel and Klein, 2006; O'Brien, 2009; Jones and Boyd, 2011). In this case, adaptive capacity could be improved through investments in education, development of local financial institutions and property rights systems, women's rights, and other broad-based forms of poverty alleviation. There is a growing literature to suggest that such policies bring substantial benefits in the face of climate change that are relatively insensitive to the precise nature and extent of local climate impacts (Folke et al., 2002; World Bank, 2010; Polasky et al., 2011). These policies are designed to reduce these countries' vulnerability to a wide range of potential risks rather than focusing on the impacts of climate change (Thornton et al., 2008; Eakin and Patt, 2011).

### 2.6.6   Public support and opposition to climate policy

In this section, we review what is known about public support or opposition to climate policy, climate-related infrastructure, and climate science. In all three cases, a critical issue is the role that perceptions of risks and uncertainties play in shaping support or opposition. Hence, the material presented here complements the discussion of perceptions of climate change risks and uncertainties (see Section 2.4.6). Policy discussions on particular technologies often revolve around the health and safety risks associated with technology options, transition pathways, and systems such as nuclear energy (Pidgeon et al., 2008; Whitfield et al., 2009), coal combustion (Carmichael et al., 2009; Hill et al., 2009), and underground carbon storage (Itaoka et al., 2009; Shackley et al., 2009). There are also risks to national energy security that have given rise to political discussions advocating the substitution of domestically produced renewable energy for imported fossil fuels (Eaves and Eaves, 2007; Lilliestam and Ellenbeck, 2011).

#### 2.6.6.1   Popular support for climate policy

There is substantial empirical evidence that people's support or opposition to proposed climate policy measures is determined primarily by emotional factors and their past experience rather than explicit calculations as to whether the personal benefits outweigh the personal costs. A national survey in the United States found that people's support for climate policy also depended on cultural factors, with regionally differentiated worldviews playing an important role (Leiserowitz, 2006), as did a cross-national comparison of Britain and the United States (Lorenzoni and Pidgeon, 2006), and studies comparing developing with developed countries (Vignola et al., 2012).

One of the major determinants of popular support for climate policy is whether people have an underlying belief that climate change is dangerous. This concern can be influenced by both cultural factors and the methods of communication (Smith, 2005; Pidgeon and Fischhoff, 2011). Leiserowitz (2005) found a great deal of heterogeneity linked to cultural effects with respect to the perception of climate change in the United States. The use of language used to describe climate change—such as the distinction between 'climate change' and 'global warming'— play a role in influencing perceptions of risk, as well as considerations of immediate and local impacts (Lorenzoni et al., 2006). The portrayal of uncertainties and disagreements with respect to climate impacts was found to have a weak effect on whether people perceived the impacts as serious, but a strong effect on whether they felt that the impacts deserved policy intervention (Patt, 2007). Studies in China (Wang et al., 2012) and Austria (Damm et al., 2013) found that people's acceptance of climate-related policies was related to their underlying perceptions of risk but also to their beliefs about government responsibility.

**2**

An important question related to climate change communication is whether the popular reporting of climate change through disaster scenarios has the effect of energizing people to support aggressive policy intervention, or to become dismissive of the problem. A study examining responses to fictionalized disaster scenarios found them to have differential effects on perceptions and support for policy. They reduced people's expectation of the local impacts, while increasing their support for global intervention (Lowe et al., 2006). Other studies found interactive effects: those with a low awareness of climate change became concerned about being exposed to disaster scenarios, while those with a high awareness of climate change were dismissive of the possible impacts (Schiermeier, 2004).

Finally, the extent to which people believe it is possible to actually influence the future appears to be a major determinant of their support for both individual and collective actions to respond to climate change. In the case of local climate adaptation, psychological variables associated with self-empowerment were found to have played a much larger role in influencing individual behaviour than variables associated with economic and financial ability (Grothmann and Patt, 2005; Grothmann and Reusswig, 2006). With respect to mitigation policy, perceptions concerning the barriers to effective mitigation and beliefs that it was possible to respond to climate change were found to be important determinants of popular support (Lorenzoni et al., 2007).

### 2.6.6.2    Local support and opposition to infrastructure projects

The issue of local support or opposition to infrastructure projects in implementing climate policy is related to the role that perceived technological risks play in the process. This has been especially important with respect to nuclear energy, but is of increasing concern for carbon storage and renewable energy projects, and has become a major issue when considering expansion of low carbon energy technologies (Ellis et al., 2007; Van Alphen et al., 2007; Zoellner et al., 2008).

In the case of renewable energy technologies, a number of factors appear to influence the level of public support or opposition, factors that align well with a behavioural model in which emotional responses are highly contextual. One such factor is the relationship between project developers and local residents. Musall and Kuik (2011) compared two wind projects, where residents feared negative visual impacts. They found that their fear diminished, and public support for the projects increased when there was co-ownership of the development by the local community. A second factor is the degree of transparency surrounding project development. Dowd et al. (2011) investigated perceived risks associated with geothermal projects in Australia. Using a survey instrument, they found that early, transparent communication of geothermal technology and risks tended to increase levels of public support.

A third such factor is the perception of economic costs and benefits that go hand-in-hand with the perceived environmental risks. Zoellner

et al. (2008) examined public acceptance of three renewable technologies (grid-connected PV, biomass, and wind) and found that perceived economic risks associated with higher energy prices were the largest predictor of acceptance. Concerns over local environmental impacts, including visual impacts, were of concern where the perceived economic risks were high. Breukers and Wolsink (2007) also found that that the visual impact of wind turbines was the dominant factor in explaining opposition against wind farms. Their study suggests that public animosity towards a wind farm is partly reinforced by the planning procedure itself, such as when stakeholders perceive that norms of procedural justice are not being followed.

Many studies have assessed the risks and examined local support for carbon dioxide capture and storage (CCS). According to Ha-Duong et al. (1997), the health and safety risks associated with carbon dioxide capture and transportation technologies differ across causal pathways but are similar in magnitude to technologies currently supported by the fossil-fuel industry. Using natural analogues, Roberts et al. (2011) concluded that the health risks of natural $CO_2$ seepage in Italy was significantly lower than many socially accepted risks. For example, it were three orders of magnitude lower than the probability of being struck by lightning.

Despite these risk assessments, there is mixed evidence of public acceptance of $CO_2$ storage. For example, a storage research project was authorized in Lacq, France, but another was halted in Barendreich, The Netherlands due to public opposition. On the other hand, Van Alphen et al. (2007) evaluated the concerns with CCS among important stakeholders, including government, industry, and NGO representatives and found support if the facility could be shown to have a low probability of leakage and was viewed as a temporary measure.

Wallquist et al. (2012) used conjoint analysis to interpret a Swiss survey on the acceptability of CCS and found that concerns over local risks and impacts dominated the fears of the long-term climate impacts of leakage. The local concerns were less severe, and the public acceptance higher, for CCS projects combined with biomass combustion, suggesting that positive feelings about removing $CO_2$ from the atmosphere, rather than simply preventing its emission into the atmosphere, influences perceptions of local risks. Terwel et al. (2011) found that support for CCS varied as a function of the stakeholders promoting and opposing it, in a manner similar to the debate on renewable energy. Hence, there was greater support of CCS when its promoters were perceived to be acting in the public interest rather than purely for profit. Those opposing CCS were less likely to succeed when they were perceived to be acting to protect their own economic interests, such as property values, rather than focusing on environmental quality and the public good.

In the period between the publication of AR4 and the accident at the Fukushima power plant in Japan in March 2011, the riskiness of nuclear power as a climate mitigation option has received increasing attention. Socolow and Glaser (2009) highlight the urgency of taking

steps to reduce these risks, primarily by ensuring that nuclear fuels and waste materials are not used for weapons production. A number of papers examine the public's perceived risks of nuclear power. In the United States, Whitfield et al. (2009) found risk perceptions to be fairly stable over time, with those people expressing confidence in 'traditional values' perceiving nuclear power to be less risky than others. In the United Kingdom, Pidgeon et al. (2008) found a willingness to accept the risks of nuclear power when it was framed as a means of reducing the risks of climate change, but that this willingness largely dissipated when nuclear power was suggested as an alternative to renewable energy for accomplishing this same objective.

# 2.7   Gaps in knowledge and data

The interface between science and policy is affected by epistemic uncertainty or uncertainty due to lack of information or knowledge for characterizing phenomena. Below we characterize suggested areas for future research that may enable us to reduce epistemic uncertainty.

**Perceptions and responses to risk and uncertainty:**

- Examine cross-cultural differences in human perception and reaction to climate change and response options.
- Understand the rebound effect induced by adopting mitigation measures for reducing the impact of climate change (e.g., increased driving when switching to a more fuel efficient car).
- Consider the design of long-term mitigation and adaptation strategies coupled with short-term economic incentives to overcome myopic behaviour (e.g., loans for investing in energy efficient technologies so yearly payments are lower than the reduction in the annual energy bill).
- Encourage deliberative thinking in the design of policies to overcome biases such as a preference for the current state of affairs or business-as-usual.
- Understand judgment and choice processes of key decision makers in firms and policymakers, especially in a climate change response context.
- Use descriptive models and empirical studies to design strategies for climate change negotiations and implementation of treaties.

**Tools and decision aids for improving choices related to climate change:**

- Characterize the likelihood of extreme events and examine their impact on the design of climate change policies.
- Study how robust decision making can be used in designing climate policy options when there is uncertainty with respect to the likelihood of climate change and its impacts.

- Examine how integrated assessment models can quantify the value of new climate observing systems.
- Empirically study how decision makers could employ intuitive and deliberative thinking to improve decisions and climate policy choices.
- Study the effectiveness of experiential methods like simulations, games, and movies in improving public understanding and perception of climate change processes.
- Consider the role of structured expert judgment in characterizing the nature of uncertainties associated with climate change and the design of mitigation and adaptation policies for addressing this risk.

**Managing uncertainty risk and learning:**

- Exploit the effectiveness of social norms in promoting mitigation and adaptation.
- Quantify the environmental and societal risks associated with new technologies.
- Consider the special challenges faced by developing countries in dealing with risk and uncertainty with respect to climate change policies.
- Measure investor rankings of different risks associated with new technologies.
- Examine impact of government policy on mitigation decisions by firms and households.
- Determine what risks and uncertainties matter the most in developing policy instruments for dealing with climate change.
- Examine the risks to energy systems, energy markets, and the security of energy supply stemming from mitigation policies.
- Integrate analysis of the effects of interrelated policy decisions, such as how much to mitigate, what policy instruments to use for promoting climate change mitigation, and adaptation investment under conditions of risk and uncertainty.

# 2.8   Frequently Asked Questions

## FAQ 2.1   When is uncertainty a reason to wait and learn rather than acting now in relation to climate policy and risk management strategies? [Section 2.6.3]

Faced with uncertainty, policymakers may have a reason to wait and learn before taking a particular action rather than taking the action now. Waiting and learning is desirable when external events are likely to generate new information of sufficient importance as to suggest that the planned action would be unwise. Uncertainty may not be a reason to delay when the action itself generates new information and knowledge.

**2**

Uncertainty may also be a reason to avoid actions that are irreversible and/or have lock-in effects, such as making long-term investments in fossil-fuel based energy systems when climate outcomes are uncertain. This behaviour would reflect the precautionary principle for not undertaking some measures or activities.

While the above criteria are fairly easy to understand, their application can be complicated because a number of uncertainties relevant to a given decision may reinforce each other or may partially cancel each other out (e.g., optimistic estimates of technological change may offset pessimistic estimates of climate damages). Different interested parties may reach different conclusions as to whether external information is likely or not to be of sufficient importance as to render the original action/inaction regrettable.

A large number of studies examine the act-now-or-wait-and-see question in the context of climate change mitigation. So far, most of these analyses have used integrated assessment models (IAMs). At the national level, these studies examine policy strategies and instruments to achieve mitigation targets; at the firm or individual level the studies examine whether one should invest in a particular technology.

A truly integrated analysis of the effects of multiple types of uncertainty on interrelated policy decisions, such as how much to mitigate, with what policy instruments, promoting what investments, has yet to be conducted. The probabilistic information needed to support such an analysis is currently not available.

## FAQ 2.2    How can behavioural responses and tools for improving decision making impact on climate change policy? [Section 2.4]

The choice of climate change policies can benefit from examining the perceptions and responses of relevant stakeholders. Empirical evidence indicates decision makers such as firms and households tend to place undue weight on short-run outcomes. Thus, high upfront costs make them reluctant to invest in mitigation or adaptation measures. Consistent with the theory of loss aversion, investment costs and their associated risks have been shown to be of greater importance in decisions to fund projects that mitigate climate change than focusing on the expected returns associated with the investment.

Policy instruments (e.g., long-term loans) that acknowledge these behavioural biases and spread upfront costs over time so that they yield net benefits in the short-run have been shown to perform quite well. In this context, policies that make investments relatively risk free, such as feed-in tariffs, are more likely to stimulate new technology than those that focus on increasing the expected price such as cap-and-trade systems.

Human responses to climate change risks and uncertainties can also indicate a failure to put adequate weight on worst-case scenarios. Consideration of the full range of behavioural responses to information will enable policymakers to more effectively communicate climate change risks to stakeholders and to design decision aids and climate change policies that are more likely to be accepted and implemented.

## FAQ 2.3    How does the presence of uncertainty affect the choice of policy instruments? [Section 2.6.5]

Many climate policy instruments are designed to provide decision makers at different levels (e.g., households, firms, industry associations, guilds) with positive incentives (e.g., subsidies) or penalties (e.g., fines) to incentivize them to take mitigation actions. The impact of these incentives on the behaviour of the relevant decision makers depends on the form and timing of these policy instruments.

Instruments such as carbon taxes that are designed to increase the cost of burning fossil fuels rely on decision makers to develop expectations about future trajectories of fuel prices and other economic conditions. As uncertainty in these conditions increases, the responsiveness of economic agents decreases. On the other hand, investment subsidies and technology standards provide immediate incentives to change behaviour, and are less sensitive to long-term market uncertainty. Feed-in tariffs allow investors to lock in a given return on investment, and so may be effective even when market uncertainty is high.

## FAQ 2.4    What are the uncertainties and risks that are of particular importance to climate policy in developing countries? [Box 2.1]

Developing countries are often more sensitive to climate risks, such as drought or coastal flooding, because of their greater economic reliance on climate-sensitive primary activities, and because of inadequate infrastructure, finance, and other enablers of successful adaptation and mitigation. Since AR4, research on relevant risks and uncertainties in developing countries has progressed substantially, offering results in two main areas.

Studies have demonstrated how uncertainties often place low carbon energy sources at an economic disadvantage, especially in developing countries. The performance and reliability of new technologies may be less certain in developing countries than in industrialized countries because they could be unsuited to the local context and needs. Other reasons for uncertain performance and reliability could be due

to poor manufacturing, a lack of adequate testing in hot or dusty environments, or limited local capacity to maintain and repair equipment. Moreover, a number of factors associated with economic, political, and regulatory uncertainty result in much higher real interest rates in developing countries than in the developed world. This creates a disincentive to invest in technologies with high upfront but lower operating costs, such as renewable energy, compared to fossil-fuel based energy infrastructure.

Given the economic disadvantage of low carbon energy sources, important risk tradeoffs often need to be considered. On the one hand, low-carbon technologies can reduce risks to health, safety, and the environment, such as when people replace the burning of biomass for cooking with modern and efficient cooking stoves. But on the other hand, low-carbon modern energy is often more expensive than its higher-carbon alternatives. There are however, some opportunities for win-win outcomes on economic and risk grounds, such as in the case of off-grid solar power.

# References

**Abrahamse W., L. Steg, C. Vlek, and T. Rothengatter (2005).** A review of intervention studies aimed at household energy conservation. *Journal of Environmental Psychology* 25, 273–291.

**ACI (2004).** Impacts of a Warming Arctic—Arctic Climate Impact Assessment. *Impacts of a Warming Arctic—Arctic Climate Impact Assessment, by Arctic Climate Impact Assessment, Pp. 144. ISBN 0521617782. Cambridge, UK: Cambridge University Press, December 2004.*

**Ackerman F., E.A. Stanton, and R. Bueno (2010).** Fat tails, exponents, extreme uncertainty: Simulating catastrophe in DICE. *Ecological Economics* 69, 1657–1665.

**Ackerman F., E.A. Stanton, and R. Bueno (2013).** Epstein–Zin Utility in DICE: Is Risk Aversion Irrelevant to Climate Policy? *Environmental and Resource Economics* 56, 73–84. doi: 10.1007/s10640-013-9645-z, ISSN: 0924-6460, 1573–1502.

**Agrawala S., and S. Fankhauser (2008).** *Economic Aspects of Adaptation to Climate Change: Costs, Benefits and Policy Instruments.* OECD Publishing, 139 pp. ISBN: 9789264046030.

**Alberola E., J. Chevallier, and B. Cheze (2008).** Price drivers and structural breaks in European carbon prices 2005–2007. *Energy Policy* 36, 787–797. doi: 10.1016/j.enpol.2007.10.029.

**Alcott H. (2011).** Social norms and energy conservation. *Journal of Public Economics* 95, 1082–1095.

**Ale B.J.M., L.J. Bellamy, R. Van der Boom, J. Cooper, R.M. Cooke, L.H.J. Goossens, A.R. Hale, D. Kurowicka, O. Morales, A.L.C. Roelen, and others (2009).** Further development of a Causal model for Air Transport Safety (CATS): Building the mathematical heart. *Reliability Engineering & System Safety* 94, 1433–1441.

**Allais M. (1953).** Le comportement de l'homme rationel devant le risque. *Econometrica* 21, 503–546.

**Van Alphen K., Q. Van Voorst Tot Voorst, M.P. Hekkert, and R.E.H. Smits (2007).** Societal acceptance of carbon capture and storage technologies. *Energy Policy* 35, 4368–4380.

**America's Climate Choices: Panel on Advancing the Science of Climate Change; National Research Council (2010).** *Advancing the Science of Climate Change.* The National Academies Press, Washington, D.C., 528 pp. ISBN: 0309145880.

**Andonova L., M. Betsill, and H. Bulkeley (2009).** Transnational climate governance. *Global Environmental Politics* 9, 52–73. doi: 10.1162/glep.2009.9.2.52.

**Armitage D. (2011).** Co-management and the co-production of knowledge: Learning to adapt in Canada's Arctic. *Symposium on Social Theory and the Environment in the New World (dis)Order, 21(3),* 995–1004.

**Aspinall W.P. (1996).** Structured elicitation of expert judgment for probabilistic hazard and risk assessment in volcanic eruptions. In: *Mader, H.M., Coles, S.G., Connor, C.B. & Connor, L.J. (eds.) Statistics in Volcanology. Special Publications of IAVCEI.* Geological Society, London, pp. 15–30.

**Aspinall W.P. (2010).** A route to more tractable expert advice. *Nature* 463, 294–295. doi: 10.1038/463294a, ISSN: 0028-0836.

**Athanassoglou S., and A. Xepapadeas (2011).** Pollution control with uncertain stock dynamics: When, and how, to be precautious. *Journal of Environmental Economics and Management* 63, 304–320.

**Attari S.Z., M.L. DeKay, C.I. Davidson, and W.B. de Bruin (2010).** Public perceptions of energy consumption and savings. *Proceedings of the National Academy of Sciences* 107, 16054–16059.

**Axelrod M. (2011).** Climate Change and Global Fisheries Management: Linking Issues to Protect Ecosystems or to Save Political Interests? *Global Environmental Politics* 11, 64–84. doi: 10.1162/GLEP_a_00069.

**Azar C., and K. Lindgren (2003).** Catastrophic Events and Stochastic Cost-benefit Analysis of Climate Change. *Climatic Change* 56, 245–255. doi: 10.1023/A:1021743622080, ISSN: 0165-0009.

**Bahn O., A. Haurie, and R. Malhamé (2008).** A stochastic control model for optimal timing of climate policies. *Automatica* 44, 1545–1558. doi: 10.1016/j.automatica.2008.03.004, ISSN: 0005-1098.

**Baker E. (2005).** Uncertainty and learning in a strategic environment: Global climate change. *Resource and Energy Economics* 27, 19–40.

**Baker E., and K. Adu-Bonnah (2008).** Investment in risky R&D programs in the face of climate uncertainty. *Energy Economics* 30, 465–486. doi: 10.1016/j.eneco.2006.10.003, ISSN: 0140-9883.

**Baker E., L. Clarke, and E. Shittu (2008).** Technical change and the marginal cost of abatement. *Energy Economics* 30, 2799–2816.

**Baker E., L. Clarke, and J. Weyant (2006).** Optimal Technology R&D in the Face of Climate Uncertainty. *Climatic Change* 78, 157–179. doi: 10.1007/s10584-006-9092-8, ISSN: 0165-0009.

**Baker E., and J.M. Keisler (2011).** Cellulosic biofuels: Expert views on prospects for advancement. *Energy* 36, 595–605.

**Baker E., and E. Shittu (2006).** Profit-maximizing R&D in response to a random carbon tax. *Resource and Energy Economics* 28, 160–180. doi: 10.1016/j.reseneeco.2005.08.002, ISSN: 0928-7655.

**Baker E., and E. Shittu (2008).** Uncertainty and endogenous technical change in climate policy models. *Energy Economics* 30, 2817–2828.

**Bamber J., and W. Aspinall (2013).** An expert judgement assessment of future sea level rise from the ice sheets. *Nature Climate Change* 3, 424–427. Available at: http://cat.inist.fr/?aModele=afficheN&cpsidt=27221118.

**Baranzini A., M. Chesney, and J. Morisset (2003).** The impact of possible climate catastrophes on global warming policy. *Energy Policy* 31, 691–701. doi: 10.1016/S0301-4215(02)00101-5, ISSN: 0301-4215.

**Barbose G., R. Wiser, A. Phadke, and C. Goldman (2008).** Managing carbon regulatory risk in utility resource planning: Current practices in the Western United States. *Energy Policy* 36, 3300–3311. doi: 10.1016/j.enpol.2008.04.023, ISSN: 0301-4215.

**Barham B., J.P. Chavas, D. Fitz, V. Rios Salas, and L. Schechter (2014).** The Roles of Risk and Ambiguity in Technology Adoption. *Journal of Economic Behavior & Organization* 97, 204–218.

**Barradale M.J. (2010).** Impact of public policy uncertainty on renewable energy investment: Wind power and the production tax credit. *Energy Policy* 38, 7698–7709. Available at: http://www.sciencedirect.com/science/article/pii/S0301421510006361.

**Barreto I., and D. Patient (2013).** Toward a theory of intraorganizational attention based on desirability and feasibility factors. *Strategic Management Journal,* 34(6), 687–703.

**Barrett S. (1994).** Self-enforcing international environmental agreements. *Oxford Economic Papers* 46, 878–894.

**Barrett S. (2013).** Climate treaties and approaching catastrophes. *Journal of Environmental Economics and Management* 66, 235–250.

**Barrett S., and A. Dannenberg (2012).** Climate negotiations under scientific uncertainty. *Proceedings of the National Academy of Sciences* **109**, 17372–17376. doi: 10.1073/pnas.1208417109, ISSN: 0027-8424, 1091–6490.

**Barry J., G. Ellis, and C. Robinson (2008).** Cool Rationalities and Hot Air: A Rhetorical Approach to Understanding Debates on Renewable Energy. *Global Environmental Politics* **8**, 67–98. doi: 10.1162/glep.2008.8.2.67, ISSN: 1526-3800.

**Battaglini A., J. Lilliestam, A. Haas, and A. Patt (2009).** Development of SuperSmart Grids for a more efficient utilisation of electricity from renewable sources. *Journal of Cleaner Production* **17**, 911–918.

**Baudry M. (2000).** Joint management of emission abatement and technological innovation for stock externalities. *Environmental and Resource Economics* **16**, 161–183. doi: 10.1023/A:1008363207732, ISSN: 0924-6460.

**BBC World Service Trust (2009).** *Research Briefing Ethiopia.* BBC World Service Trust, London, UK. Available at: http://r4d.dfid.gov.uk/PDF/Outputs/MediaBroad/climatebrief-ethopia_web.pdf.

**Beck U. (1992).** *Risk Society: Towards a New Modernity.* Sage Publications Ltd, 272 pp. ISBN: 0803983468.

**Berkes F., J. Colding, and C. Folke (2000).** Rediscovery of traditional ecological knowledge as adaptive management. *Ecological Applications* **10**, 1251–1262.

**Berkes F., and D. Jolly (2001).** Adapting to climate change: social-ecological resilience in a Canadian western Arctic community. *Conservation Ecology* **5(2)**, 18.

**Betsill M., and M.J. Hoffmann (2011).** The contours of "cap and trade": the evolution of emissions trading systems for greenhouse gases. *Review of Policy Research* **28**, 83–106.

**Blackstock J.J., and J.C. Long (2010).** The politics of geoengineering. *Science* **327**, 527–527. Available at: http://www.sciencemag.org/content/327/5965/527.short.

**Blanco M.I., and G. Rodrigues (2008).** Can the future EU ETS support wind energy investments? *Energy Policy* **36.4**, 1509–1520.

**Blanford G.J. (2009).** R&D investment strategy for climate change. *Energy Economics* **31, Supplement 1**, S27–S36. doi: 10.1016/j.eneco.2008.03.010, ISSN: 0140-9883.

**Blok K. (2006).** Special issue: Renewable energy policies in the European Union. *Energy Policy* **34**, 251–375.

**Blyth W., R. Bradley, D. Bunn, C. Clarke, T. Wilson, and M. Yang (2007).** Investment risks under uncertain climate change policy. *Energy Policy* **35**, 5766–5773. doi: 16/j.enpol.2007.05.030, ISSN: 0301-4215.

**Blyth W., and D. Bunn (2011).** Coevolution of policy, market and technical price risks in the EU ETS. *Energy Policy* **39**, 4578–4593.

**Blyth W., D. Bunn, J. Kettunen, and T. Wilson (2009).** Policy interactions, risk and price formation in carbon markets. *Energy Policy* **37**, 5192–5207. doi: 10.1016/j.enpol.2009.07.042, ISSN: 0301-4215.

**Boardman A.E., D.H. Greenberg, A.R. Vining, and D.L. Weimer (2005).** *Cost Benefit Analysis: Concepts and Practice.* Prentice Hall, ISBN: 0131435833.

**De Boer J., J.A. Wardekker, and J.P. Van Der Sluijs (2010).** Frame-based guide to situated decision-making on climate change. *Global Environmental Change* **20**, 502–510.

**Bord R.J., R.E. O'Connor, and A. Fisher (2000).** In what sense does the public need to understand global climate change? *Public Understanding of Science* **9**, 205–218. Available at: http://pus.sagepub.com/content/9/3/205.short.

**Bosetti V., C. Carraro, A. Sgobbi, and M. Tavoni (2009).** Delayed action and uncertain stabilisation targets. How much will the delay cost? *Climatic Change* **96**, 299–312. doi: 10.1007/s10584-009-9630-2, ISSN: 0165-0009.

**Bosetti V., and M. Tavoni (2009).** Uncertain R&D, backstop technology and GHGs stabilization. *Energy Economics* **31**, S18–S26.

**Bostrom A., M.G. Morgan, B. Fischhoff, and D. Read (1994).** What do people know about global climate change? 1. Mental models. *Risk Analysis* **14**, 959–970. doi: 10.1111/j.1539-6924.1994.tb00065.x, ISSN: 1539-6924.

**Böttcher H., K. Eisbrenner, S. Fritz, G. Kindermann, F. Kraxner, I. McCallum, and M. Obersteiner (2009).** An assessment of monitoring requirements and costs of "Reduced Emissions from Deforestation and Degradation." *Carbon Balance and Management* **4**, 7.

**Böttcher H., A. Freibauer, M. Obersteiner, and E.D. Schulze (2008).** Uncertainty analysis of climate change mitigation options in the forestry sector using a generic carbon budget model. *Ecological Modelling* **213**, 45–62.

**Bradfield R., G. Wright, G. Burt, G. Cairns, and K. Van Der Heijden (2005).** The origins and evolution of scenario techniques in long range business planning. *Futures* **37**, 795–812. Available at: http://www.sciencedirect.com/science/article/pii/S0016328705000042.

**Brent R.J. (2006).** *Applied Cost-Benefit Analysis.* Edward Elgar Publishing.

**Breukers S., and M. Wolsink (2007).** Wind power implementation in changing institutional landscapes: An international comparison. *Energy Policy* **35**, 2737–2750. ISSN: 0301-4215.

**Brooks N., W.N. Adger, and P.M. Kelly (2005).** The determinants of vulnerability and adaptive capacity at the national level and the implications for adaptation. *Global Environmental Change Part A* **15**, 151–163.

**Bruckner T., and K. Zickfeld (2008).** Inverse Integrated Assessment of Climate Change: the Guard-rail Approach. International Conference on Policy Modeling (EcoMod2008).

**Brulle R.J., J. Carmichael, and J.C. Jenkins (2012).** Shifting public opinion on climate change: an empirical assessment of factors influencing concern over climate change in the U.S., 2002–2010. *Climatic Change* **114**, 169–188. doi: 10.1007/s10584-012-0403-y, ISSN: 0165-0009, 1573–1480.

**Bucki M., D. Cuypers, P. Mayaux, F. Achard, C. Estreguil, and G. Grassi (2012).** Assessing REDD+ performance of countries with low monitoring capacities: the matrix approach. *Environmental Research Letters* **7**, 014031. doi: 10.1088/1748-9326/7/1/014031, ISSN: 1748-9326.

**Budescu D.V., S. Broomell, and H.-H. Por (2009).** Improving communication of uncertainty in the reports of the Intergovernmental Panel on Climate Change. *Psychological Science* **20**, 299–308. doi: 10.1111/j.1467-9280.2009.02284.x.

**Bulkeley H. (2010).** Cities and the governing of climate change. *Annual Review of Environment and Resources* **35**, 229–253.

**Bürer M.J., and R. Wüstenhagen (2009).** Which renewable energy policy is a venture capitalist's best friend? Empirical evidence from a survey of international cleantech investors. *Energy Policy* **37**, 4997–5006. doi: 10.1016/j.enpol.2009.06.071, ISSN: 0301-4215.

**Burtraw D., K. Palmer, and D. Kahn (2010).** A symmetric safety valve. *Energy Policy* **38**, 4921–4932. doi: 10.1016/j.enpol.2010.03.068, ISSN: 0301-4215.

**Butler L., and K. Neuhoff (2008).** Comparison of feed-in tariff, quota and auction mechanisms to support wind power development. *Renewable Energy* **33**, 1854–1867. doi: 10.1016/j.renene.2007.10.008, ISSN: 0960-1481.

**Buys P., U. Deichmann, C. Meisner, T. Ton-That, and D. Wheeler (2009).** Country stakes in climate change negotiations: two dimensions of vulnerability. *Climate Policy* **9**, 288–305.

**2**

Cabantous L., D. Hilton, H. Kunreuther, and E. Michel-Kerjan (2011). Is imprecise knowledge better than conflicting expertise? Evidence from insurers' decisions in the United States. *Journal of Risk and Uncertainty* **42**, 211–232. Available at: http://link.springer.com/article/10.1007/s11166-011-9117-1.

Cabré M.M. (2011). Issue-linkages to climate change measured through NGO participation in the UNFCCC. *Global Environmental Politics* **11**, 10–22. doi: 10.1162/GLEP_a_00066, ISSN: 1526-3800.

Camerer C.F. (2000). Prospect Theory in the wild. In: *Choice, Values, and Frames. D. Kahneman, A. Tversky, eds.* Cambridge University Press, New York.

Camerer C.F., and H. Kunreuther (1989). Decision processes for low probability events: Policy implications. *Journal of Policy Analysis and Management* **8**, 565–592. doi: 10.2307/3325045, ISSN: 1520-6688.

Caney S. (2011). Climate Change, Energy Rights and Equality. Climate Change. In: *The Ethics of Global Climate Change.* D. Arnold, (ed.), Cambridge University Press, pp. 77–103.

De Canio S.J., and A. Fremstad (2013). Game theory and climate diplomacy. *Ecological Economics* **85**, 177–187. Available at: http://www.sciencedirect.com/science/article/pii/S0921800911001698.

Carmichael G.R., B. Adhikary, S. Kulkarni, A. D'Allura, Y. Tang, D. Streets, Q. Zhang, T.C. Bond, V. Ramanathan, A. Jamroensan, and P. Marrapu (2009). Asian aerosols: Current and year 2030 distributions and implications to human health and regional climate change. *Environ. Sci. Technol.* **43**, 5811–5817. doi: 10.1021/es8036803, ISSN: 0013-936X.

Carraro C., V. Bosetti, E. De Cian, R. Duval, E. Massetti, and M. Tavoni (2009). The incentives to participate in and the stability of international climate coalitions: a game theoretic approach using the WITCH Model. *Working Papers.*

Castro P., and A. Michaelowa (2011). Would preferential access measures be sufficient to overcome current barriers to CDM projects in least developed countries? *Climate and Development* **3**, 123–142.

Chan G.L., L. Diaz Anadon, M. Chan, and A. Lee (2010). Expert Elicitation of Cost, Performance, and RD&D Budgets for Coal Power with CCS. *Working Paper, Energy Technology Innovation Policy Research Group, Belfer Center for Science and International Affairs, Harvard Kennedy School.*

Charlesworth M., and C. Okereke (2010). Policy responses to rapid climate change: An epistemological critique of dominant approaches. *Global Environmental Change* **20**, 121–129. Available at: http://www.sciencedirect.com/science/article/pii/S0959378009000727.

Charnes A., and W.W. Cooper (1959). Chance-Constrained Programming. *Management Science* **6**, 73–79. doi: 10.1287/mnsc.6.1.73.

Chevallier J. (2009). Carbon futures and macroeconomic risk factors: A view from the EU ETS. *Energy Economics* **31**, 614–625. doi: 10.1016/j.eneco.2009.02.008, ISSN: 0140-9883.

Chichilnisky G., and G. Heal (1993). Global environmental risks. *The Journal of Economic Perspectives* **7**, 65–86. ISSN: 0895-3309.

Ciriacy-Wantrup S.V. (1971). The economics of environmental policy. *Land Economics* **47**, 36–45.

Clarke H.R., and W.J. Reed (1994). Consumption/pollution tradeoffs in an environment vulnerable to pollution-related catastrophic collapse. *Journal of Economic Dynamics and Control* **18**, 991–1010. doi: 10.1016/0165-1889(94)900 42-6, ISSN: 0165-1889.

Cohen M.D., J.G. March, and J.P. Olsen (1972). A garbage can model of organizational choice. *Administrative Science Quarterly* **17**, 1–25. doi: 10.2307/2392088, ISSN: 0001-8392.

Collins H.M. (1985). *Changing Order: Replication and Induction in Scientific Practice.* Sage Publications, 208 pp. ISBN: 9780803997578.

De Coninck H., C. Fischer, R.G. Newell, and T. Ueno (2008). International technology-oriented agreements to address climate change. *Energy Policy* **36**, 335–356.

Conliffe A. (2011). Combating ineffectiveness: climate change bandwagoning and the UN Convention to Combat Desertification. *Global Environmental Politics* **11**, 44–63.

Cooke R.M. (1991). *Experts in Uncertainty: Opinion and Subjective Probability in Science.* Oxford University Press, USA, 321 pp.

Cooke. R.M. (2012). Model uncertainty in economic impacts of climate change: Bernoulli versus Lotka Volterra dynamics. *Integrated Environmental Assessment and Management*, n/a–n/a. doi: 10.1002/ieam.1316, ISSN: 1551-3793.

Cooke R.M., and L.L.H.J. Goossens (2008). TU Delft expert judgment data base. *Reliability Engineering & System Safety* **93**, 657–674.

Cooper R.N. (1989). International cooperation in public health as a prologue to macroeconomic cooperation. In: *Can Nations Agree? R.N. Cooper, et al. (eds.).* Brookings Institution, Washington, DC, pp. 178–254.

Corner A., and U. Hahn (2009). Evaluating science arguments: Evidence, uncertainty, and argument strength. *Journal of Experimental Psychology: Applied* **15**, 199. Available at: http://psycnet.apa.org/journals/xap/15/3/199/.

Cronin M., C. Gonzalez, and J. Sterman (2009). Why don't well-educated adults understand accumulation? A challenge to researchers, educators, and citizens. *Organizational Behavior and Human Decision Processes* **108**, 116–130.

Crost B., and C.P. Traeger (2013). Optimal climate policy: Uncertainty vs Monte Carlo. *Economics Letters* **120**, 552–558. Available at: http://www.sciencedirect.com/science/article/pii/S0165176513002565.

Cullen H. (2010). *The Weather of the Future: Heat Waves, Extreme Storms, and Other Scenes from a Climate-Changed Planet.* HarperCollins, 358 pp. ISBN: 9780061726880.

Curtright A.E., M.G. Morgan, and D.W. Keith (2008). Expert assessments of future photovoltaic technologies. *Environmental Science and Technology* **42**, 9031–9038.

Cyert R., and J. March (1963). *A Behavioral Theory of the Firm.* Prentice Hall, Englewood Cliffs, 364 pp.

Damm A., K. Eberhard, J. Sendzimir, and A. Patt (2013). Perception of landslides risk and responsibility: a case study in eastern Styria, Austria. *Natural Hazards*, 1–19. doi: 10.1007/s11069-013-0694-y, ISSN: 0921-030X.

Dechezleprêtre A., M. Glachant, I. Haščič, N. Johnstone, and Y. Ménière (2011). Invention and transfer of climate change–mitigation technologies: A global analysis. *Review of Environmental Economics and Policy* **5**, 109–130.

Dessai S., and M. Hulme (2004). Does climate adaptation policy need probabilities. *Climate Policy* **4**, 107–128.

Dessai S., and M. Hulme (2007). Assessing the robustness of adaptation decisions to climate change uncertainties: A case study on water resources management in the East of England. *Global Environmental Change* **17**, 59–72. doi: 16/j. gloenvcha.2006.11.005, ISSN: 0959-3780.

Dietz S. (2011). High impact, low probability? An empirical analysis of risk in the economics of climate change. *Climate Change* **108 (3)**, 519–541.

Dietz T., P. Stern, and E.U. Weber (2013). Reducing carbon-based energy consumption through changes in household behavior. *Daedalus*, 142.1: 78–79.

**Ding D., E.W. Maibach, X. Zhao, C. Roser-Renouf, and A. Leiserowitz (2011).** Support for climate policy and societal action are linked to perceptions about scientific agreement. *Nature Climate Change* **1**, 462–466. Available at: http://www.nature.com/nclimate/journal/vaop/ncurrent/full/nclimate1295.html.

**Dinner I., E.J. Johnson, D.G. Goldstein, and K. Liu (2011).** Partitioning default effects: Why people choose not to choose. *Journal of Experimental Psychology: Applied* **17**, 332. Available at: http://psycnet.apa.org/journals/xap/17/4/332/.

**Dodgson J.S., M. Spackman, A. Pearman, and L.D. Phillips (2009).** *Multi-Criteria Analysis: A Manual*. Department for Communities and Local Government: London, Available at: http://eprints.lse.ac.uk/12761/1/Multi-criteria_Analysis.pdf.

**Dowd A.M., N. Boughen, P. Ashworth, and S. Carr-Cornish (2011).** Geothermal technology in Australia: Investigating social acceptance. *Energy Policy* **39**, 6301–6307.

**Dumas P., and M. Ha-Duong (2005).** An Abrupt Stochastic Damage Function to Analyze Climate Policy Benefits. Advances in Global Change Research. In: *The Coupling of Climate and Economic Dynamics*. A. Haurie, L. Viguier, (eds.), Springer Netherlands, pp. 97–111. ISBN: 978-1-4020-3425-1.

**Durand-Lasserve O., A. Pierru, and Y. Smeers (2010).** Uncertain long-run emissions targets, $CO_2$ price and global energy transition: A general equilibrium approach. *Energy Policy* **38**, 5108–5122. Available at: http://www.sciencedirect.com/science/article/pii/S0301421510003150.

**Dutt V. (2011).** Why do we want to defer actions on climate change? A psychological perspective. Carnegie Mellon University. Available at: http://www.hss.cmu.edu/departments/sds/ddmlab/papers/GonzalezDutt2011_psychreview.pdf.

**Dutt V., and C. Gonzalez (2011).** Human control of climate change. *Climatic Change* **111**, 497–518. Available at: http://www.springerlink.com/index/8851601768q73873.pdf.

**Dutt V., and C. Gonzalez (2013).** Climate Risk Communication: Effects of cost, timing, and probability of climate consequences in decisions from description and experience. In: *Psychology of Policy Making*. Nova Science Publishers, Hauppauge, New York.

**Eakin H.C., and A. Patt (2011).** Are adaptation studies effective, and what can enhance their practical impact? *Wiley Interdisciplinary Reviews: Climate Change* **2**, 141–153.

**Eaves J., and S. Eaves (2007).** Renewable corn-ethanol and energy security. *Energy Policy* **35**, 5958–5963. doi: 10.1016/j.enpol.2007.06.026, ISSN: 0301-4215.

**ECLACS (2011).** *The Economics of Climate Change in the Caribbean. Summary Report 2011.* UNECLAC/ POS.

**Ehrhardt-Martinez K., and J.A. Laitner (2010).** Rebound, technology and people: Mitigating the rebound effect with energy-resource management and people-centered initiatives. *Proceedings of the 2010 ACEEE Summer Study on Energy Efficiency in Buildings*, 76–91. Available at: http://rste040vlmp01.blackmesh.com/files/proceedings/2010/data/papers/2142.pdf.

**Eisner M.J., R.S. Kaplan, and J.V. Soden (1971).** Admissible Decision Rules for the E-Model of Chance-Constrained Programming. *Management Science* **17**, 337–353. ISSN: 0025-1909.

**Ellis G., J. Barry, and C. Robinson (2007).** Many ways to say no, different ways to say yes: Applying Q-Methodology to understand public acceptance of wind farm proposals. *Journal of Environmental Planning and Management* **50**, 517–551. ISSN: 0964-0568.

**Ellsberg D. (1961).** Risk, Ambiguity, and the Savage Axioms. *The Quarterly Journal of Economics* **75**, 643–669. doi: 10.2307/1884324, ISSN: 0033-5533.

**Den Elzen M., and D. van Vuuren (2007).** Peaking profiles for achieving long-term temperature targets with more likelihood at lower costs. *Proceedings of the National Academy of Sciences* **104**, 17931–17936. doi: 10.1073/pnas.0701598104.

**Engle-Warnick J., and S. Laszlo (2006).** Learning-by-Doing in an Ambiguous Environment. *CIRANO Working Papers 2006s-29*, CIRANO.

**Fan L., B.F. Hobbs, and C.S. Norman (2010).** Risk aversion and $CO_2$ regulatory uncertainty in power generation investment: Policy and modeling implications. *Journal of Environmental Economics and Management* **60**, 193–208. doi: 10.1016/j.jeem.2010.08.001, ISSN: 0095-0696.

**Fan L., C.S. Norman, and A. Patt (2012).** Electricity capacity investment under risk aversion: A case study of coal, gas, and concentrated solar power. *Energy Economics* **34**, 54–61. doi: 10.1016/j.eneco.2011.10.010, ISSN: 0140-9883.

**Farzin Y.H., and P.M. Kort (2000).** Pollution Abatement Investment When Environmental Regulation Is Uncertain. *Journal of Public Economic Theory* **2**, 183–212. Available at: http://ideas.repec.org/a/bla/jpbect/v2y2000i2p183-212.html.

**Feltovich P.J., M.J. Prietula, and K.A. Ericsson (2006).** Studies of expertise from psychological perspectives. In: *The Cambridge Handbook of Expertise and Expert Performance*. K.A. Ericsson, N. Charness, P.J. Feltovich, R.R. Hoffman, (eds.), Cambridge University Press, Available at: http://psycnet.apa.org/psycinfo/2006-10094-004.

**Feng Z.H., L.L. Zou, and Y.M. Wei (2011).** Carbon price volatility: Evidence from EU ETS. *Applied Energy* **88**, 590–598.

**Figner B., and E.U. Weber (2011).** Who takes risks when and why? *Current Directions in Psychological Science* **20**, 211–216.

**Finucane M.L., A. Alhakami, P. Slovic, and S.M. Johnson (2000).** The affect heuristic in judgments of risks and benefits. *Journal of Behavioral Decision Making* **13**, 1–17.

**Fischer C., and R.G. Newell (2008).** Environmental and technology policies for climate mitigation. *Journal of Environmental Economics and Management* **55**, 142–162. Available at: http://www.sciencedirect.com/science/article/pii/S0095069607001064.

**Fisher A.C., and U. Narain (2003).** Global warming, endogenous risk, and irreversibility. *Environmental and Resource Economics* **25**, 395–416. doi: 10.1023/A:1025056530035, ISSN: 0924-6460.

**Fleming S.M., C.L. Thomas, and R.J. Dolan (2010).** Overcoming status quo bias in the human brain. *Proceedings of the National Academy of Sciences* **107**, 6005–6009. Available at: http://www.pnas.org/content/107/13/6005.short.

**Flynn J., P. Slovic, and H. Kunreuther (2001).** *Risk Media and Stigma: Understanding Public Challenges to Modern Science and Technology*. Earthscan, London UK.

**Folke C., S. Carpenter, T. Elmqvist, L. Gunderson, C.S. Holling, and B. Walker (2002).** Resilience and sustainable development: building adaptive capacity in a world of transformations. *AMBIO: A Journal of the Human Environment* **31**, 437–440.

**Fouquet D., and T.B. Johansson (2008).** European renewable energy policy at crossroads—Focus on electricity support mechanisms. *Energy Policy* **36**, 4079–4092. doi: 10.1016/j.enpol.2008.06.023, ISSN: 0301-4215.

**Frondel M., N. Ritter, and C.M. Schmidt (2008).** Germany's solar cell promotion: Dark clouds on the horizon. *Energy Policy Energy Policy* **36**, 4198–4204. ISSN: 0301-4215.

**Frondel M., N. Ritter, C.M. Schmidt, and C. Vance (2010).** Economic impacts from the promotion of renewable energy technologies: The German experience. *Energy Policy* **38**, 4048–4056. ISSN: 0301-4215.

**Funke M., and M. Paetz (2011).** Environmental policy under model uncertainty: a robust optimal control approach. *Climatic Change* 107, 225–239. doi: 10.1007/s10584-010-9943-1, ISSN: 0165-0009.

**Funtowicz S.O., and J.R. Ravetz (1992).** Three Types of Risk Assessment and the Emergence of Post Normal Science. In: *Social Theories of Risk*. S. Krimsky, D. Golding, (eds.),Westport, pp. 251–273.

**Fuss S., D. Johansson, J. Szolgayova, and M. Obersteiner (2009).** Impact of climate policy uncertainty on the adoption of electricity generating technologies. *Energy Policy* 37, 733–743. doi: 10.1016/j.enpol.2008.10.022, ISSN: 0301-4215.

**Fuss S., J. Szolgayová, N. Khabarov, and M. Obersteiner (2012).** Renewables and climate change mitigation: Irreversible energy investment under uncertainty and portfolio effects. *Energy Policy* 40, 59–68. ISSN: 0301-4215.

**Füssel H.M., and R.J. Klein (2006).** Climate change vulnerability assessments: an evolution of conceptual thinking. *Climatic Change* 75, 301–329.

**Gardner G.T., and P.C. Stern (2008).** The short list: The most effective actions US households can take to curb climate change. *Environment: Science and Policy for Sustainable Development* 50, 12–25.

**Gearheard S., M. Pocernich, R. Stewart, J. Sanguya, and H.P. Huntington (2009).** Linking Inuit knowledge and meteorological station observations to understand changing wind patterns at Clyde River, Nunavut. *Climatic Change* 100, 267–294. Available at: http://www.springerlink.com/index/337542v57l5m32k5.pdf.

**Gibbons M. (1994).** *The New Production of Knowledge: The Dynamics of Science and Research in Contemporary Societies*. SAGE, 196 pp. ISBN: 9780803977945.

**Gilson R.J., and M.J. Roe (1993).** Understanding the Japanese keiretsu: Overlaps between corporate governance and industrial organization. *Yale Law Journal*, 871–906. Available at: http://www.jstor.org/stable/10.2307/796835.

**Gjerde J., S. Grepperud, and S. Kverndokk (1999).** Optimal climate policy under the possibility of a catastrophe. *Resource and Energy Economics* 21, 289–317. doi: 10.1016/S0928-7655(99)00006-8, ISSN: 0928-7655.

**Goeschl T., and G. Perino (2009).** On backstops and boomerangs: Environmental R&D under technological uncertainty. *Energy Economics* 31, 800–809. Available at: http://www.sciencedirect.com/science/article/pii/S014098830900036X.

**Goldstein N.J., R.B. Cialdini, and V. Griskevicius (2008).** A room with a viewpoint: Using social norms to motivate environmental conservation in hotels. *Journal of Consumer Research* 35, 472–482. Available at: http://www.jstor.org/stable/10.1086/586910.

**Gollier C., B. Jullien, and N. Treich (2000).** Scientific progress and irreversibility: an economic interpretation of the "Precautionary Principle." *Journal of Public Economics* 75, 229–253. doi: 10.1016/S0047-2727(99)00052-3, ISSN: 0047-2727.

**Gollier C., and N. Treich (2003).** Decision-making under scientific uncertainty: the economics of the precautionary principle. *Journal of Risk and Uncertainty* 27, 77–103.

**Gong M., J. Baron, and H. Kunreuther (2009).** Group cooperation under uncertainty. *Journal of Risk and Uncertainty* 39, 251–270.

**Gonzalez C., and V. Dutt (2011).** Instance-based learning: Integrating sampling and repeated decisions from experience. *Psychological Review* 118, 523–551. Available at: http://psycnet.apa.org/journals/rev/118/4/523/.

**Goodnough A. (2006).** As hurricane season looms, state aim to scare. *The New York Times*. Available at: http://www.nytimes.com/2006/05/31/us/31prepare.html?pagewanted=print&_r=0.

**Goossens L.H.J., F.T. Harper, B.C.P. Kraan, and H. Métivier (2000).** Expert judgement for a probabilistic accident consequence uncertainty analysis. *Radiation Protection Dosimetry* 90, 295–301. Available at: http://rpd.oxfordjournals.org/content/90/3/295.abstract.

**Government of India, Ministry of Finance (2012).** *Economic Survey 2012–13*.

**Grassi G., S. Monni, S. Federici, F. Achard, and D. Mollicone (2008).** Applying the conservativeness principle to REDD to deal with the uncertainties of the estimates. *Environmental Research Letters* 3, 035005.

**Green D., J. Billy, and A. Tapim (2010).** Indigenous Australians' knowledge of weather and climate. *Climatic Change* 100, 337–354. Available at: http://www.springerlink.com/index/u04024q252848663.pdf.

**Green D., and G. Raygorodetsky (2010).** Indigenous knowledge of a changing climate. *Climatic Change* 100, 239–242. Available at: http://www.springerlink.com/index/27kg6682148j0670.pdf.

**Greene D.L., J. German, and M.A. Delucchi (2009).** Fuel economy: The case for market failure. In: *Reducing climate impacts in the transportation sector*. Springer, pp. 181–205. Available at: http://link.springer.com/chapter/10.1007/978-1-4020-6979-6_11/fulltext.html.

**Gromet D.M., H. Kunreuther, and R.P. Larrick (2013).** Political ideology affects energy-efficiency attitudes and choices. *Proceedings of the National Academy of Sciences* 110, 9314–9319. Available at: http://www.pnas.org/content/110/23/9314.short.

**Gross M. (2010).** *Ignorance and Surprise: Science, Society, and Ecological Design*. MIT Press, 255 pp. ISBN: 9780262013482.

**Grothmann T., and A. Patt (2005).** Adaptive capacity and human cognition: the process of individual adaptation to climate change. *Global Environmental Change Part A* 15, 199–213.

**Grothmann T., and F. Reusswig (2006).** People at risk of flooding: Why some residents take precautionary action while others do not. *Natural Hazards* 38, 101–120.

**Grubb M. (1997).** Technologies, energy systems and the timing of $CO_2$ emissions abatement: An overview of economic issues. *Energy Policy* 25, 159–172. doi: 10.1016/S0301-4215(96)00106-1, ISSN: 0301-4215.

**Grubler A., and K. Riahi (2010).** Do governments have the right mix in their energy R&D portfolios? *Carbon* 1, 79–87.

**Guston D.H. (2001).** *Boundary Organizations in Environmental Policy and Science*. Sage Publications, 133 pp.

**Ha-Duong M. (1998).** Quasi-option value and climate policy choices. *Energy Economics* 20, 599–620. doi: 10.1016/S0140-9883(98)00011-5, ISSN: 0140-9883.

**Ha-Duong M., M.J. Grubb, and J.C. Hourcade (1997).** Influence of socioeconomic inertia and uncertainty on optimal $CO_2$-emission abatement. *Nature* 389, 270–273.

**Ha-Duong M., and N. Treich (2004).** Risk aversion, intergenerational equity and climate change. *Environmental and Resource Economics* 28, 195–207. doi: 10.1023/B:EARE.0000029915.04325.25, ISSN: 0924-6460.

**Hafner-Burton E.M., D.G. Victor, and Y. Lupu (2012).** Political science research on International Law. *American Journal of International Law* 106, 47–97.

**Haigh M.S., and J.A. List (2005).** Do professional traders exhibit myopic loss aversion? An experimental analysis. *The Journal of Finance* 60, 523–534. Available at: http://onlinelibrary.wiley.com/doi/10.1111/j.1540-6261.2005.00737.x/full.

Hall J.W., R.J. Lempert, K. Keller, A. Hackbarth, C. Mijere, and D.J. McInerney (2012). Robust climate policies under uncertainty: A comparison of robust decision making and info-gap methods. *Risk Analysis* **32**, 1657–72. Available at: http://onlinelibrary.wiley.com/doi/10.1111/j.1539-6924.2012.01802.x/full.

Hammond J.S., R.L. Keeney, and H. Raiffa (1999). *Smart Choices: A Practical Guide to Making Better Decisions*. Harvard Business Press, 244 pp.

Hardcastle P.D., and D. Baird (2008). *Capability and Cost Assessment of the Major Forest Nations to Measure and Monitor Their Forest Carbon*. LTS International, Penicuick, UK.

Hardisty D.J., E.J. Johnson, and E.U. Weber (2010). A dirty word or a dirty world? Attribute framing, political affiliation, and query theory. *Psychological Science* **21**, 86–92. Available at: http://pss.sagepub.com/content/21/1/86.short.

Hasselmann K., and T. Barker (2008). The Stern Review and the IPCC Fourth Assessment Report: Omplications for interaction between policymakers and climate experts. An editorial essay. *Climatic Change* **89**, 219–229.

Hasselmann K., M. Latif, G. Hooss, C. Azar, O. Edenhofer, C.C. Jaeger, O.M. Johannessen, C. Kemfert, M. Welp, and A. Wokaun (2003). The challenge of long-term climate change. *Science* **302**, 1923–1925.

Heal G.M., and H. Kunreuther (2012). Tipping Climate Negotiations. In Common Sense and Climate Change: Essays in Honor of Thomas Schelling, edited by Robert Hahn and Alistair Ulph, Oxford University Press.

Heath C., and A. Tversky (1991). Preference and belief: Ambiguity and competence in choice under uncertainty. *Journal of Risk and Uncertainty* **4**, 5–28. doi: 10.1007/BF00057884, ISSN: 0895-5646, 1573–0476.

Heidegger M. (1962). *Being and Time* (J. Macquarrie and E. Robinson, Trans.). Harper & Row, New York, NY.

Held H., E. Kriegler, K. Lessmann, and O. Edenhofer (2009). Efficient climate policies under technology and climate uncertainty. *Energy Economics* **31**, S50–S61.

Held H., M. Ragwitz, and R. Haas (2006). On the success of policy strategies for the promotion of electricity from renewable energy sources in the EU. *Energy & Environment* **17**, 849–868.

Hill J., S. Polasky, E. Nelson, D. Tilman, H. Huo, L. Ludwig, J. Neumann, H. Zheng, and D. Bonta (2009). Climate change and health costs of air emissions from biofuels and gasoline. *Proceedings of the National Academy of Sciences* **106**, 2077–2082. doi: 10.1073/pnas.0812835106.

Hirst E., D. White, and R. Goeltz (1985). Indoor temperature changes in retrofit homes. *Energy* **10**, 861–870. Available at: http://www.sciencedirect.com/science/article/pii/0360544285901197.

Hof A.F., D.P. van Vuuren, and M.G.J. den Elzen (2010). A quantitative minimax regret approach to climate change: Does discounting still matter? *Ecological Economics* **70**, 43–51. doi: 16/j.ecolecon.2010.03.023, ISSN: 0921-8009.

Hoffmann V.H. (2007). EU ETS and investment decisions: The case of the german electricity industry. *European Management Journal* **25**, 464–474.

Hoffmann M.J. (2011). *Climate Governance at the Crossroads. Experimenting with a Global Response to the Challenge of Kyoto*. Oxford University Press.

Holling C.S. (Ed.) (1978). *Adaptive Environmental Assessment and Management*. Wiley & Sons.

Hope C.W. (2008). Optimal carbon emissions and the social cost of carbon over time under uncertainty. *Integrated Assessment* **8**, 107–122. ISSN: 1389-5176.

Hope C.W. (2009). How deep should the deep cuts be? Optimal $CO_2$ emissions over time under uncertainty. *Climate Policy* **9**, 3–8. doi: 10.3763/cpol.2008.0583a, ISSN: 1469-3062.

Hora S.C. (2004). Probability judgments for continuous quantities: Linear combinations and calibration. *Management Science* **50**, 597–604.

Van den Hove S. (2007). A rationale for science–policy interfaces. *Futures* **39**, 807–826. Available at: http://www.sciencedirect.com/science/article/pii/S0016328706002060.

Hulme M., S.J. O'Neill, and S. Dessai (2011). Is weather event attribution necessary for adaptation funding? *Science* **334**, 764–765.

IISD (2012). *Fossil-Fuel Subsidy Reform in India: Cash Transfers for PDS Kerosene and Domestic LPG*. International Institute for Sustainable Development, Available at: http://www.iisd.org/gsi/sites/default/files/ffs_india_teri_rev.pdf.

IPCC (2007). *Summary for Policymakers. In: Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [S. Solomon, D. Qin, M. Manning, M. Marquis, K. Averyt, M.M.B. Tignor, H.L. Miller, Z. Chen (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 18 pp. Available at: http://www.ipcc.ch/pdf/assessment-report/ar4/wg1/ar4-wg1-spm.pdf.

IPCC (2012). *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaption*. A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change [Field, C.B., V. Barros, T.F. Stocker, D. Qin, D.J. Dokken, K.L. Ebi, M.D. Mastrandrea, K.J. Mach, G.-K. Plattner, S.K. Allen, M. Tignor, and P.M. Midgley (eds.)] Cambridge University Press, Cambridge, UK, and New York, NY, USA, 582 pp.

Itaoka K., Y. Okuda, A. Saito, and M. Akai (2009). Influential information and factors for social acceptance of CCS: The 2nd round survey of public opinion in Japan. *Energy Procedia* **1**, 4803–4810. doi: 10.1016/j.egypro.2009.02.307, ISSN: 1876-6102.

Iverson T., and C. Perrings (2012). Precaution and proportionality in the management of global environmental change. *Global Environmental Change* **22**, 161–177. Available at: http://www.sciencedirect.com/science/article/pii/S0959378011001440.

Jacoby H.D., and A.D. Ellerman (2004). The safety valve and climate policy. *Energy Policy* **32**, 481–491. doi: 10.1016/S0301-4215(03)00150-2, ISSN: 0301-4215.

Jaffe A., and R. Stavins (1995). Dynamic incentives of environmental regulations: The effects of alternative policy instruments on technology diffusion. *Journal of Environmental Economics and Management* **29**, 43–63.

Jakob M. (2006). Marginal costs and co-benefits of energy efficiency investments: The case of the Swiss residential sector. *Energy Policy* **34**, 172–187. Available at: http://www.sciencedirect.com/science/article/pii/S030142150400271X.

James W. (1878). Remarks on Spencer's Definition of Mind as Correspondence. *The Journal of Speculative Philosophy* **XII**, 1–18. Available at: http://www.jstor.org/stable/25666067?seq=1.

Jasanoff S. (1990). *The Fifth Branch: Science Advisers As Policymakers*. Harvard University Press, Cambridge, 322 pp. ISBN: 9780674300620.

Jasanoff S. (2005a). *Designs on Nature: Science And Democracy in Europe And the United States*. Princeton University Press, New York, 392 pp. ISBN: 9780691130422.

Jasanoff S. (2005b). *Judgment under Siege: The Three-Body Problem of Expert Legitimacy. In: Democratization of Expertise?: Exploring Novel Forms of Scientific Advice in Political Decision-Making* (S. Maasen and peter weingart, Eds.). Springer Science & Business, 256 pp. ISBN: 9781402037535.

**2**

Jasanoff S. (2010). Testing time for climate science. *Science* 328, 695–696. doi: 10.1126/science.1189420, ISSN: 0036-8075, 1095–9203.

Jinnah S. (2011). Marketing linkages: Secretariat governance of the climate-biodiversity interface. *Global Environmental Politics* 11, 23–43.

Johansson D.J.A., U.M. Persson, and C. Azar (2008). Uncertainty and learning: implications for the trade-off between short-lived and long-lived greenhouse gases. *Climatic Change* 88, 293–308. Available at: http://www.springerlink.com/index/K2052K4611313K26.pdf.

Johnson E.J., and D.G. Goldstein (2013). Decisions By Default. In: *Behavioral Foundations of Policy*. E. Shafir, (ed.), Princeton University Press, Princeton, NJ.

Johnson E.J., G. Häubl, and A. Keinan (2007). Aspects of endowment: a query theory of value construction. *Journal of Experimental Psychology: Learning, Memory, and Cognition* 33, 461. Available at: http://psycnet.apa.org/journals/xlm/33/3/461/.

Jones L., and E. Boyd (2011). Exploring social barriers to adaptation: Insights from Western Nepal. *Global Environmental Change* 21, 1262–1274.

Jones R.N., and B.L. Preston (2011). Adaptation and risk management. *Wiley Interdisciplinary Reviews: Climate Change* 2, 296–308.

Joyce L.A., G.M. Blate, S.G. McNulty, C.I. Millar, R.P. Neilson, R.P. Neilson, and D.L. Peterson (2009). Managing for multiple resources under climate change: National forests. *Environmental Management* 44, 1022–1032. ISSN: 0364-152X.

Kahn H., and A.J. Wiener (1967). The Year 2000: A Framework for Speculation on the Next Thirty-Three Years. *New York*.

Kahnemann D. (2003). A psychological perspective on economics. *The American Economic Review* 93, 162–168.

Kahneman D. (2011). *Thinking, Fast and Slow*. Macmillan, 511 pp. ISBN: 9780374275631.

Kahneman D., and A. Tversky (1979). Prospect theory: An analysis of decision under risk. *Econometrica* 47, 263–291. doi: 10.2307/1914185, ISSN: 0012-9682.

Kasperson R.E., O. Renn, P. Slovic, H.S. Brown, J. Emel, R. Goble, J.X. Kasperson, and S. Ratick (1988). The social amplification of risk: A conceptual framework. *Risk Analysis* 8, 177–187.

Kaufman N. (2012). The bias of integrated assessment models that ignore climate catastrophes. *Climatic Change* 110, 575–595. Available at: http://link.springer.com/article/10.1007/s10584-011-0140-7.

Keeney R.L. (1993). Decision analysis: An overview. *Operations Research* 30, 803–838.

Keller K., B.M. Bolker, and D.F. Bradford (2004). Uncertain climate thresholds and optimal economic growth. *Journal of Environmental Economics and Management* 48, 723–741. doi: 10.1016/j.jeem.2003.10.003, ISSN: 0095-0696.

Kelly D.L., and C.D. Kolstad (1999). Bayesian learning, growth, and pollution. *Journal of Economic Dynamics and Control* 23, 491–518. Available at: http://www.sciencedirect.com/science/article/pii/S0165188998000347.

Keohane R., and D.G. Victor (2011). The Regime of Climate Change. *Perspectives on Politics* 9, 7–23.

Klein R.J., S.E.. Eriksen, L.O. Naess, A. Hammill, T.M. Tanner, C. Robledo, and K.L. O'Brien (2007). Portfolio screening to support the mainstreaming of adaptation to climate change into development assistance. *Climatic Change* 84, 23–44.

Kleindorfer P.R., H.C. Kunreuther, and P. Schoemaker (1993). *Decision Sciences: An Integrative Perspective*. Cambridge University Press, Available at: http://books.google.com/books?hl=en&lr=&id=IN4fXDap37MC&oi=fnd&pg=PR7&dq=Decision+Sciences,+An+Integrated+Perspective+(with+Paul+Kleindorfer+and+Paul+Schoemaker).+Cambridge+University+Press.+(1993).&ots=ipLgqDwpfM&sig=sjUix58NuM3Xpqu0d-r35wRCZyY.

Kloeckner C.A. (2011). Towards a psychology of climate change. Climate Change Management. In: *The Economic, Social and Political Elements of Climate Change*. pp. 153–173. Available at: http://www.springerlink.com/index/K17H385232021072.pdf.

Klügel J.U. (2008). Seismic hazard analysis—Quo vadis? *Earth-Science Reviews* 88, 1–32.

Knutti R., G. Abramowitz, M. Collins, V. Eyring, P. Glecker, B. Hewitson, and L. Mearns (2010). Good Practice Guidance Paper on Assessing and Combining Multi Model Climate Projections. In: *Meeting Report of the Intergovernmental Panel on Climate Change Expert Meeting on Assessing and Combining Multi Model Climate Projections* [T.F. Stocker, D. Qin, G.-K. Plattner, M. Tignor, P.M. Midgley, (eds.)]. IPCC Working Group I Technical Support Unit, University of Bern, Bern, Switzerland.

Knutti R., M.R. Allen, P. Friedlingstein, J.M. Gregory, G.C. Hegerl, G. Meehl, M. Meinshausen, J.M. Murphy, G.-K. Plattner, S.C.B. Raper, T.F. Stocker, P.A. Stott, H. Teng, and T.M.L. Wigley (2008). A review of uncertainties in global temperature projections over the twenty-first century. *Journal of Climate* 21, 2651–2663.

Knutti R., D. Masson, and A. Gettelman (2013). Climate model genealogy: Generation CMIP5 and how we got there. *Geophysical Research Letters* 40, 1194–1199. dci: 10.1002/grl.50256.

Kolstad C.D. (1994). George Bush versus Al Gore: Irreversibilities in greenhouse gas accumulation and emission control investment. *Energy Policy* 22, 771–778. doi: 10.1016/0301-4215(94)90053-1, ISSN: 0301-4215.

Kolstad C.D. (1996a). Fundamental irreversibilities in stock externalities. *Journal of Public Economics* 60, 221–233. Available at: http://www.sciencedirect.com/science/article/pii/0047272795015213.

Kolstad C.D. (1996b). Learning and stock effects in environmental regulation: the case of greenhouse gas emissions. *Journal of Environmental Economics and Management* 31, 1–18. Available at: http://are.berkeley.edu/courses/ARE263/fall2008/paper/Learning/KolstadLearning%20JEEM.pdf.

Kolstad C.D. (2007). Systematic uncertainty in self-enforcing international environmental agreements. *Journal of Environmental Economics and Management* 53, 68–79. Available at: http://ideas.repec.org/a/eee/jeeman/v53y2007i1p68-79.html.

Kolstad C.D., and A. Ulph (2011). Uncertainty, learning and heterogeneity in international environmental agreements. *Environmental and Resource Economics* 50, 389–403.

Komendantova N., A. Patt, L. Barras, and A. Battaglini (2012). Perception of risks in renewable energy projects: The case of concentrated solar power in North Africa. *Energy Policy* 40, 103–109. Available at: http://www.sciencedirect.com/science/article/pii/S0301421509009458.

Komendantova N., A. Patt, and K. Williges (2011). Solar power investment in North Africa: Reducing perceived risks. *Renewable and Sustainable Energy Reviews*.

Krantz D.H., and H.C. Kunreuther (2007). Goals and plans in decision making. *Judgment and Decision Making* 2, 137–168.

Krosnick J.A., A.L. Holbrook, L. Lowe, and P.S. Visser (2006). The origins and consequences of democratic citizens' policy agendas: A study of popular concern about global warming. *Climatic Change* 77, 7–43. Available at: http://www.springerlink.com/index/WU4K81W185X1V576.pdf.

Kunreuther H., R. Ginsberg, L. Miller, P. Sagi, P. Slovic, B. Borkin, and N. Katz (1978). *Disaster Insurance Protection: Public Policy Lessons.* Wiley and Sons, New York, 400 pp.

Kunreuther H., G. Heal, M. Allen, O. Edenhofer, C.B. Field, and G. Yohe (2013a). Risk management and climate change. *Nature Climate Change* 3, 447–450. Available at: http://www.nber.org/papers/w18607.

Kunreuther H., R. Hogarth, and J. Meszaros (1993). Insurer ambiguity and market failure. *Journal of Risk and Uncertainty* 7, 71–87.

Kunreuther H., R. Meyer, and E. Michel-Kerjan (2013b). Overcoming Decision Biases to Reduce Losses from Natural Catastrophes. In: *The Behavioral Foundations of Policy, E. Shafir (ed.).* Princeton University Press, New Jersey, USA, pp. 398–425. ISBN: 9780691137568.

Kunreuther H., and E. Michel-Kerjan (2011). People get ready: Disaster preparedness. *Issues in Science and Technology* XXVIII, 1–7. Available at: http://www.issues.org/28.1/kunreuther.html.

Kunreuther H., N. Novemsky, and D. Kahneman (2001). Making low probabilities useful. *Journal of Risk and Uncertainty* 23, 103–20. Available at: http://econpapers.repec.org/article/kapjrisku/v_3a23_3ay_3a2001_3ai_3a2_3ap_3a103-20.htm.

Kunreuther H., M. Pauly, and S. McMorrow (2013c). *Insurance and Behavioral Economics: Improving Decisions in the Most Misunderstood Industry.* New York: Cambridge University Press.

Kunreuther H., G. Silvasi, E.T. Bradlow, and D. Small (2009). Bayesian analysis of deterministic and stochastic prisoner's dilemma games. *Judgment and Decision Making* 4, 363–384.

Labriet M., A. Kanudia, and R. Loulou (2012). Climate mitigation under an uncertain technology future: a TIAM-WORLD analysis. *Energy Economics* 34, S366–S377. Available at: http://www.sciencedirect.com/science/article/pii/S0140988312000461.

Labriet M., R. Loulou, and A. Kanudia (2010). Modeling uncertainty in a large scale integrated energy-climate model. International Series in Operations Research & Management Science. In: *Uncertainty and Environmental Decision Making.* Springer, pp. 51–77. Available at: http://link.springer.com/chapter/10.1007/978-1-4419-1129-2_2.

Laibson D. (1997). Golden eggs and hyperbolic discounting. *The Quarterly Journal of Economics* 112, 443–478.

Laidler G.J. (2006). Inuit and scientific perspectives on the relationship between sea ice and climate change: the ideal complement? *Climatic Change* 78, 407–444. Available at: http://www.springerlink.com/index/M72813263P4U2380.pdf.

Lange A., and N. Treich (2008). Uncertainty, learning and ambiguity in economic models on climate policy: some classical results and new directions. *Climatic Change* 89, 7–21.

Larrick R.P., and J.B. Soll (2008). The MPG illusion. *Science* 320, 1593–1594.

Lawler J.J., T.H. Tear, C. Pyke, R.M. Shaw, P. Gonzales, P. Kareiva, L. Hansen, L. Hannah, K. Klausmeyer, A. Aldous, C. Bienz, and S. Pearsall (2008). Resource management in a changing and uncertain climate. *Frontiers in Ecology and the Environment* 8, 35–43.

Lawlor K., E. Weinthal, and L. Olander (2010). Institutions and policies to protect rural livelihoods in REDD+ regimes. *Global Environmental Politics* 10, 1–11.

Leach A.J. (2007). The climate change learning curve. *Journal of Economic Dynamics and Control* 31, 1728–1752. Available at: http://www.sciencedirect.com/science/article/pii/S0165188906001266.

Leary D., and M. Esteban (2009). Climate Change and renewable energy from the ocean and tides: Calming the sea of regulatory uncertainty. *The International Journal of Marine and Coastal Law* 24, 617–651. doi: 10.1163/092735209X12499043518269.

Lee K.N. (1993). *Compass and Gyroscope: Integrating Science and Politics for the Environment.* Island Press. Washington, DC, USA, 255 pp.

Lefale P. (2010). Ua 'afa le Aso Stormy weather today: traditional ecological knowledge of weather and climate. The Samoa experience. *Climatic Change* 100, 317–335. doi: 10.1007/s10584-009-9722-z.

Leiserowitz A. (2005). American risk perceptions: Is climate change dangerous? *Risk Analysis* 25, 1433–1442.

Leiserowitz A. (2006). Climate change risk perception and policy preferences: The role of affect, imagery, and values. *Climatic Change* 77, 45–72.

Leiserowitz A., and K. Broad (2008). *Florida: Public Opinion on Climate Change. A Yale University/University of Miami/Columbia University Poll.* New Haven, CT: Yale Project on Climate Change.

Leiserowitz A., E. Maibach, and C. Roser-Renouf (2008). *Global Warming's " Six America": An American Segmentation.* Yale School of Forestry and Environmental Studies and George Mason University Center for Climate Change Communication.

Leiserowitz A. and E. Maibach, C. Roser-Renouf, and J. Hmielowski (2012). Extreme, weather, climate and preparedness in the American mind. *Yale Project on Climate Change Communication.*

Lempert R.J., D.G. Groves, S.W. Popper, and S.C. Bankes (2006). A General, Analytic Method for Generating Robust Strategies and Narrative Scenarios. *Management Science* 52, 514–528. doi:10.1287/mnsc.1050.0472.

Letson D., C.E. Laciana, F.E. Bert, E.U. Weber, R.W. Katz, X.I. Gonzalez, and G.P. Podestá (2009). Value of perfect ENSO phase predictions for agriculture: evaluating the impact of land tenure and decision objectives. *Climatic Change* 97, 145–170.

Li Y., E.J. Johnson, and L. Zaval (2011). Local warming. *Psychological Science* 22, 454–459. doi: 10.1177/0956797611400913.

Lilliestam J., A. Battaglini, C. Finlay, D. Fürstenwerth, A. Patt, G. Schellekens, and P. Schmidt (2012). An alternative to a global climate deal may be unfolding before our eyes. *Climate and Development* 4, 1–4.

Lilliestam J., and S. Ellenbeck (2011). Energy security and renewable electricity trade—Will Desertec make Europe vulnerable to the "energy weapon"? *Energy Policy* 39, 3380–3391. doi: 10.1016/j.enpol.2011.03.035, ISSN: 0301-4215.

Little C.M., N.M. Urban, and M. Oppenheimer (2013). Probabilistic framework for assessing the ice sheet contribution to sea level change. *Proceedings of the National Academy of Sciences* 110, 3264–3269. Available at: http://www.pnas.org/content/110/9/3264.short.

Loewenstein G., and J. Elster (1992). *Choice Over Time.* Russell Sage Foundation, 434 pp. ISBN: 9780871545589.

Loewenstein G.F., E.U. Weber, C.K. Hsee, and N. Welch (2001). Risk as feelings. *Psychological Bulletin* 127, 267.

Lorenz A., E. Kriegler, H. Held, and M.G. Schmidt (2012a). How to measure the importance of climate risk for determining optimal global abatement policies? *Climate Change Economics* 3, 01–28. Available at: http://www.worldscientific.com/doi/pdf/10.1142/S2010007812500042.

**2**

Lorenz A., M. Schmidt, E. Kriegler, and H. Held (2012b). Anticipating Climate Threshold Damages. *Environmental Modeling and Assessment* **17**, 163–175. doi: 10.1007/s10666-011-9282-2, ISSN: 1420-2026.

Lorenzoni I., A. Leiserowitz, M.D.. Doria, W. Poortinga, and N.F. Pidgeon (2006). Cross-national comparisons of image associations with "global warming" and "climate change" among laypeople in the United States of America and Great Britain. *Journal of Risk Research* **9**, 265–281.

Lorenzoni I., S. Nicholson-Cole, and L. Whitmarsh (2007). Barriers perceived to engaging with climate change among the UK public and their policy implications. *Global Environmental Change* **17**, 445–459.

Lorenzoni I., and N.F. Pidgeon (2006). Public views on climate change: European and USA perspectives. *Climatic Change* **77**, 73–95.

Lowe T., K. Brown, S. Dessai, M. de França Doria, K. Haynes, and K. Vincent (2006). Does tomorrow ever come? Disaster narrative and public perceptions of climate change. *Public Understanding of Science* **15**, 435–457.

Lüthi S. (2010). Effective deployment of photovoltaics in the Mediterranean countries: Balancing policy risk and return. *Solar Energy* **84**, 1059–1071.

Lüthi S., and R. Wüstenhagen (2012). The price of policy risk—Empirical insights from choice experiments with European photovoltaic project developers. *Energy Economics* **34**, 1001–1011.

Malueg D.A. (1990). Welfare consequences of emission credit trading programs. *Journal of Environmental Economics and Management* **18**, 66–77. ISSN: 0095-0696.

Manne A.S., and R.G. Richels (1991). Buying greenhouse insurance. *Energy Policy* **19**, 543–552. doi: 10.1016/0301-4215(91)90034-L, ISSN: 0301-4215.

Martin T.G., M.A. Burgmann, F. Fidler, P.M. Kuhnert, S. Low-Choy, M. McBride, and K. Mengersen (2012). Eliciting expert knowledge in conservation science. *Conservation Biology* **26**, 29–38.

Maslow A.H. (1954). *Motivation and Personality*. Harper (New York), Available at: http://www.getcited.org/pub/101181741.

Mastrandrea M., C. Field, T. Stocker, O. Edenhofer, K. Ebi, D. Frame, H. Held, E. Kriegler, K. Mach, P. Matschoss, and others (2010). Guidance note for lead authors of the IPCC Fifth Assessment Report on consistent treatment of uncertainties. *Intergovernmental Panel on Climate Change, Geneva*, 5.

Mastrandrea M.D., K.J. Mach, G.-K. Plattner, O. Edenhofer, T.F. Stocker, C.B. Field, K.L. Ebi, and P.R. Matschoss (2011). The IPCC AR5 guidance note on consistent treatment of uncertainties: a common approach across the working groups. *Climatic Change* **108**, 675–691. doi: 10.1007/s10584-011-0178-6, ISSN: 0165-0009, 1573–1480.

McCrimmon K.R. (1968). Descriptive and normative implications of the decision-theory postulates. In: *Risk and Uncertainty*. MacMillan, London, pp. 3–24.

McDermott C.L., K. Levin, and B. Cashore (2011). Building the forest-climate bandwagon: REDD+ and the logic of problem amelioration. *Global Environmental Politics* **11**, 85–103.

McInerney D., and K. Keller (2008). Economically optimal risk reduction strategies in the face of uncertain climate thresholds. *Climatic Change* **91**, 29–41. doi: 10.1007/s10584-006-9137-z, ISSN: 0165-0009, 1573–1480.

Meckling J. (2011). The globalization of carbon trading: transnational business coalitions in climate politics. *Global Environmental Politics* **11**, 26–50.

Meijer I.S.M., M.P. Hekkert, and J.F.M. Koppenjan (2007). The influence of perceived uncertainty on entrepreneurial action in emerging renewable energy technology; biomass gasification projects in the Netherlands. *Energy Policy* **35**, 5836–5854. doi: 10.1016/j.enpol.2007.07.009, ISSN: 0301-4215.

Meinshausen M., S.J. Smith, K. Calvin, J.S. Daniel, M.L.T. Kainuma, J-F. Lamarque, K. Matsumoto, S.A. Montzka, S.C.B. Raper, K. Riahi, A. Thomson, G.J.M. Velders, and D.P.P van Vuuren (2011). The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Climatic Change* **109**, 213–241. ISSN: 0165-0009.

Mendonça M. (2007). *Feed-in Tariffs: Accelerating the Deployment of Renewable Energy*. Earthscan, 173 pp. ISBN: 9781844074662.

Michel-Kerjan E., S. Lemoyne de Forges, and H. Kunreuther (2012). Policy tenure under the U.S. National Flood Insurance Program (NFIP). *Risk Analysis* **32**(4), 644–658. doi: 10.1111/j.1539-6924.2011.01671.x, ISSN: 1539-6924.

Milinski M., R.D. Sommerfeld, H.J. Krambeck, F.A. Reed, and J. Marotzke (2008). The collective-risk social dilemma and the prevention of simulated dangerous climate change. *Proceedings of the National Academy of Sciences* **105**, 2291.

Miller C. (2001). Hybrid management: boundary organizations, science policy, and environmental governance in the climate regime. *Science, Technology & Human Values* **26**, 478–500. Available at: http://sth.sagepub.com/content/26/4/478.short.

Mitchell C., D. Bauknecht, and P.M. Connor (2006). Effectiveness through risk reduction: a comparison of the renewable obligation in England and Wales and the feed-in system in Germany. *Energy Policy* **34**, 297–305. doi: 10.1016/j.enpol.2004.08.004, ISSN: 0301-4215.

Morgan M.G., and M. Henrion (1990). *Uncertainty: A Guide to Dealing with Uncertainty in Quantitative Risk and Policy Analysis*. Cambridge University Press, 354 pp. ISBN: 9780521427449 paperback, 0–521–36542–2 hardback.

Morgan M.G., and D.W. Keith (1995). Subjective judgements by climate experts. *Environmental Science & Technology* **29**, 468–476.

Moser S.C. (2007). In the long shadows of inaction: The quiet building of a climate protection movement in the United States. *Global Environmental Politics* **7**, 124–144.

Moser S.C. (2010). Communicating climate change: history, challenges, process and future directions. *Wiley Interdisciplinary Reviews: Climate Change* **1**, 31–53. Available at: http://onlinelibrary.wiley.com/doi/10.1002/wcc.11/full.

Mozumder P., E. Flugman, and T. Randhir (2011). Adaptation behavior in the face of global climate change: Survey responses from agents and decision makers serving the Florida Keys. *Ocean & Coastal Management* **54**, 37–44.

Murray B.C., R.G. Newell, and W.A. Pizer (2009). Balancing cost and emissions certainty: An allowance reserve for cap-and-trade. *Review of Environmental Economics and Policy* **3**, 84–103.

Musall F.D., and O. Kuik (2011). Local acceptance of renewable energy—A case study from southeast Germany. *Energy Policy* **39**(6), 3252–3260.

Myers T.A., M.C. Nisbet, E.W. Maibach, and A.A. Leiserowitz (2012). A public health frame arouses hopeful emotions about climate change. *Climatic Change* **113**, 1105–1112. Available at: http://www.springerlink.com/index/B0072M7777772K7R.pdf.

Von Neumann J., and O. Morgenstern (1944). *Theory of Games and Economic Behavior*. Princeton University Press, Princeton, NJ.

Nietzsche F. (2008). *The Birth of Tragedy*. Oxford University Press, 224 pp.

Nilsson M. (2005). The role of assessments and institutions for policy learning: a study on Swedish climate and nuclear policy formation. *Policy Sciences* **38**, 225–249. Available at: http://link.springer.com/article/10.1007/s11077-006-9006-7.

Nordhaus W.D. (1994). Expert opinion on climatic change. *American Scientist* 82, 45–51.

Nordhaus W.D., and D. Popp (1997). What is the value of scientific knowledge? An application to global warming using the PRICE model. *The Energy Journal*, 1–45. Available at: http://www.jstor.org/stable/10.2307/41322716.

Nowotny H., P. Scott, and M. Gibbons (2001). *Re-Thinking Science: Knowledge and the Public in an Age of Uncertainty*. Polity, 292 pp. ISBN: 9780745626086.

O'Brien K. (2009). Do values subjectively define the limits to climate change adaptation? In: *Adapting to Climate Change*. W. Adger, I. Lorenzoni, K. O'Brien, (eds.), Cambridge University Press., Cambridge, UK, pp. 164–180.

O'Hagan A., E. Caitlin, C.E. Buck, A. Daneshkhah, J.R. Eiser, P.H. Garthwaite, D.J. Jenkinson, J.E. Oakley, and T. Rakow (2006). *Uncertainty Judgements: Eliciting Experts' Probabilities*. John Wiley & Sons Inc, ISBN: 0-470-02999-4.

O'Neill B.C., and M. Oppenheimer (2002). Dangerous climate impacts and the Kyoto Protocol. *Science* 296, 1971–1972. Available at: http://www.sciencemag.org/content/296/5575/1971.short.

O'Neill B., and W. Sanderson (2008). Population, uncertainty, and learning in climate change decision analysis. *Climatic Change* 89, 87–123. doi: 10.1007/s10584-008-9419-8, ISSN: 0165-0009.

Obersteiner M., C. Azar, P. Kauppi, K. Möllersten, J. Moreira, S. Nilsson, P. Read, K. Riahi, B. Schlamadinger, and Y. Yamagata (2001). Managing climate risk. *Science* 294, 786–787. Available at: http://webarchive.iiasa.ac.at/Admin/PUB/Documents/IR-01-051.pdf.

Oda J., and K. Akimoto (2011). An analysis of CCS investment under uncertainty. *Energy Procedia* 4, 1997–2004. Available at: http://www.sciencedirect.com/science/article/pii/S1876610211002785.

Oliveira P.J., G.P. Asner, D.E. Knapp, A. Almeyda, R. Galván-Gildemeister, S. Keene, R.F. Raybin, and R.C. Smith (2007). Land-use allocation protects the Peruvian Amazon. *Science* 317, 1233–1236.

Orlove B., C. Roncoli, and A. Majugu (2009). Indigenous climate knowledge in Southern Uganda: the multiple components of a dynamic regional system. *Climatic Change* 100(2), 243–265. doi: 10.1007/s10584-009-9586-2.

Patiño-Echeverri D., P. Fischbeck, and E. Kriegler (2009). Economic and environmental costs of regulatory uncertainty for coal-fired power plants. *Environmental Science and Technology* 43, 578–584. doi: 10.1021/es800094h, ISSN: 0013-936X.

Patiño-Echeverri D., B. Morel, J. Apt, and C. Chen (2007). Should a coal-fired power plant be replaced or retrofitted? *Environmental Science and Technology* 41, 7980–7986. doi: 10.1021/es0711009, ISSN: 0013-936X.

Patt A. (2007). Assessing model-based and conflict-based uncertainty. *Global Environmental Change* 17, 37–46.

Patt A., and S. Dessai (2005). Communicating uncertainty: lessons learned and suggestions for climate change assessment. *Comptes Rendus Geoscience* 337, 425–441. Available at: http://www.sciencedirect.com/science/article/pii/S1631071304002822.

Patt A., R.J. Klein, and A. de la Vega-Leinert (2005). Taking the uncertainty in climate-change vulnerability assessment seriously. *Comptes Rendus Geosciences* 337, 411–424.

Patt A., L. Ogallo, and M. Hellmuth (2007). Learning from 10 years of climate outlook forums in Africa. *Science* 318, 49–50. doi: 10.1126/science.1147909, ISSN: 0036-8075, 1095–9203.

Patt A., M. Tadross, P. Nussbaumer, K. Asante, M. Metzger, J. Rafael, A. Goujon, and G. Brundrit (2010). Estimating least-developed countries' vulnerability to climate-related extreme events over the next 50 years. *Proceedings of the National Academy of Sciences* 107, 1333–1337. doi: 10.1073/pnas.0910253107, ISSN: 0027-8424, 1091–6490.

Patt A., D.P. van Vuuren, F. Berkhout, A. Aaheim, A.F. Hof, M. Isaac, and R. Mechler (2009). Adaptation in integrated assessment modeling: where do we stand? *Climatic Change* 99, 383–402. doi: 10.1007/s10584-009-9687-y, ISSN: 0165-0009, 1573–1480.

Patt A., and E.U. Weber (2014). Perceptions and communications strategies for the many uncertainty relevant for climate policy. *Wiley Interdisciplinary Reviews: Climate Change* 5(2), 219–232.

Patt A., and R. Zeckhauser (2000). Action bias and environmental decisions. *Journal of Risk and Uncertainty* 21, 45–72.

Payne J.W., J.R. Bettman, and E.J. Johnson (1988). Adaptive strategy selection in decision making. *Journal of Experimental Psychology: Learning, Memory, and Cognition* 14, 534.

Peck S.C., and T.J. Teisberg (1993). Global warming uncertainties and the value of information: an analysis using CETA. *Resource and Energy Economics* 15, 71–97.

Peck S.C., and T.J. Teisberg (1994). Optimal carbon emissions trajectories when damages depend on the rate or level of global warming. *Climatic Change* 28, 289–314. doi: 10.1007/BF01104138, ISSN: 0165-0009.

Peck S.C., and T.J. Teisberg (1995). Optimal $CO_2$ control policy with stochastic losses from temperature rise. *Climatic Change* 31, 19–34. doi: 10.1007/BF01092979, ISSN: 0165-0009.

Percival R.V., and A. Miller (2011). Resolving conflicts between green technology transfer and intellectual property law. *University of Maryland School of Law Working Paper No. 2011–27*.

Peters E., P. Slovic, J.H. Hibbard, and M. Tusler (2006). Why worry? Worry, risk perceptions, and willingness to act to reduce medical errors. *Health Psychology; Health Psychology* 25, 144. Available at: http://psycnet.apa.org/journals/hea/25/2/144/.

Philibert C. (2009). Assessing the value of price caps and floors. *Climate Policy* 9, 612–633.

Pichert D., and K.V. Katsikopoulos (2008). Green defaults: Information presentation and pro-environmental behaviour. *Journal of Environmental Psychology* 28, 63–73.

Pidgeon N., and B. Fischhoff (2011). The role of social and decision sciences in communicating uncertain climate risks. *Nature Climate Change* 1, 35–41. Available at: http://www.nature.com/nclimate/journal/v1/n1/full/nclimate1080.html?WT.ec_id=NCLIMATE-201104.

Pidgeon N., I. Lorenzoni, and W. Poortinga (2008). Climate change or nuclear power—No thanks! A quantitative study of public perceptions and risk framing in Britain. *Global Environmental Change* 18, 69–85. doi: 10.1016/j.gloenvcha.2007.09.005, ISSN: 09593780.

Pierotti R. (2011). *The World According to Is'a: Combining Empiricism and Spiritual Understanding in Indigenous Ways of Knowing*. Wiley-Blackwell Press.

Pindyck R.S. (2011). Fat tails, thin tails, and climate change policy. *Review of Environmental Economics and Policy* 5, 258–274.

Pindyck R.S. (2013). *Climate Change Policy: What Do the Models Tell Us?* National Bureau of Economic Research, Available at: http://www.nber.org/papers/w19244.

**Pizer W.A. (1999).** The optimal choice of climate change policy in the presence of uncertainty. *Resource and Energy Economics* **21**, 255–287. doi: 10.1016/S0928-7655(99)00005-6.

**Polasky S., S.R. Carpenter, C. Folke, and B. Keeler (2011).** Decision-making under great uncertainty: Environmental management in an era of global change. *Trends in Ecology & Evolution* **26**, 398–404. doi: 10.1016/j.tree.2011.04.007, ISSN: 01695347.

**Pope D.G., and M.E. Schweitzer (2011).** Is Tiger Woods loss averse? Persistent bias in the face of experience, competition, and high stakes. *The American Economic Review* **101**, 129–157. Available at: http://www.ingentaconnect.com/content/aea/aer/2011/00000101/00000001/art00009.

**Prato T. (2008).** Accounting for risk and uncertainty in determining preferred strategies for adapting to future climate change. *Mitigation and Adaptation Strategies for Global Change* **13**, 47–60.

**Prins G., and S. Rayner (2007).** Time to ditch Kyoto. *Nature* **449**, 973–975.

**Pycroft J., L. Vergano, C. Hope, D. Paci, and J.C. Ciscar (2011).** A tale of tails: Uncertainty and the social cost of carbon dioxide. *Economics: The Open-Access, Open-Assessment E-Journal.* doi: 10.5018/economics-ejournal.ja.2011-22, ISSN: 1864-6042.

**Quiggin J. (1993).** *Generalized Expected Utility Theory: The Rank-Dependent Model.* Springer.

**Ramsey F.P. (1926).** Truth and probability. In: *The Foundations of Mathematics and Other Logical Essays.* Kegan, Paul, Trench, Trubner & Co, London, pp. 156–198.

**Rasch P.J., S. Tilmes, R.P. Turco, A. Robock, L. Oman, C.-C. (Jack) Chen, G.L. Stenchikov, and R.R. Garcia (2008).** An overview of geoengineering of climate using stratospheric sulphate aerosols. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences* **366**, 4007–4037. doi: 10.1098/rsta.2008.0131.

**Rasmussen N. (1975).** *Reactor Safety Study.* U.S. Nuclear Regulatory Commission, Washington, DC,

**Rayner S. (1993).** Introduction. *Global Environmental Change* **3**, 7–11. doi: 10.1016/0959-3780(93)90011-9, ISSN: 0959-3780.

**Rayner S. (2007).** The rise of risk and the decline of politics. *Environmental Hazards* **7**, 165–172. Available at: http://www.sciencedirect.com/science/article/pii/S1747789107000142.

**Rayner S., and E.L. Malone (2001).** Climate change, poverty, and intragenerational equity:the national level. *International Journal of Global Environmental Issues* **1**, 175–202. Available at: http://inderscience.metapress.com/index/vhdj0r6pbgr09fqe.pdf.

**Reichenbach J., and T. Requate (2012).** Subsidies for renewable energies in the presence of learning effects and market power. *Resource and Energy Economics* **34**, 236–254. ISSN: 0928-7655.

**Reilly J.M., J.A. Edmonds, R.H. Gardner, and A.L. Brenkert (1987).** Uncertainty analysis of the IEA/ORAU CO2 emissions model. *The Energy Journal* **8**, 1–29. ISSN: 0195-6574.

**Reinelt P.S., and D.W. Keith (2007).** Carbon capture retrofits and the cost of regulatory uncertainty. *The Energy Journal* **28**, 101.

**Richardson J. (2008).** Needful things. *Trading Carbon* **2**, 30–32.

**Del Rio P., and M.. Gual (2007).** An integrated assessment of the feed-in tariff system in Spain. *Energy Policy* **35**, 994–1012. ISSN: 0301-4215.

**Roberts J.J., R.A. Wood, and R.S. Haszeldine (2011).** Assessing the health risks of natural CO2 seeps in Italy. *Proceedings of the National Academy of Sciences* **108**, 16545–16548. doi: 10.1073/pnas.1018590108.

**Robock A., M. Bunzl, B. Kravitz, and G.L. Stenchikov (2010).** A test for geoengineering? *Science* **327**, 530–531. doi: 10.1126/science.1186237.

**Romijn E., M. Herold, L. Kooistra, D. Murdiyarso, and L. Verchot (2012).** Assessing capacities of non-Annex I countries for national forest monitoring in the context of REDD+. *Environmental Science & Policy* **19–20**, 33–48. doi: 10.1016/j.envsci.2012.01.005, ISSN: 1462-9011.

**Roncoli C. (2006).** Ethnographic and participatory approaches to research on farmers' responses to climate predictions. *Climate Research* **33**, 81. Available at: http://www.int-res.com/abstracts/cr/v33/n1/p81-99/.

**Roser-Renouf C., E.W. Maibach, A. Leiserowitz, and X. Zhao (2011).** The genesis of climate change activism: From key beliefs to political advocacy. *In Press*.

**Rothlisberger J.D., D.C. Finnoff, R.M. Cooke, and D.M. Lodge (2012).** Shipborne nonindigenous species diminish great lakes ecosystem services. *Ecosystems* **15**, 1–15.

**Rothlisberger J.D., D.M. Lodge, R.M. Cooke, and D.C. Finnoff (2009).** Future declines of the binational Laurentian Great Lakes fisheries: the importance of environmental and cultural change. *Frontiers in Ecology and the Environment* **8**, 239–244.

**Roy A.D. (1952).** Safety first and the holding of assets. *Econometrica: Journal of the Econometric Society* **20**, 431–449.

**Rozenberg J., S. Hallegatte, A. Vogt-Schilb, O. Sassi, C. Guivarch, H. Waisman, and J.-C. Hourcade (2010).** Climate policies as a hedge against the uncertainty on future oil supply. *Climatic Change* **101**, 663–668. doi: 10.1007/s10584-010-9868-8, ISSN: 0165-0009.

**Ryan J.J.C.H., T.A. Mazzuchi, D.J. Ryan, J. Lopez de la Cruz, and R.M. Cooke (2012).** Quantifying information security risks using expert judgment elicitation. *Computers & Operations Research* **39**, 774–784. doi: 10.1016/j.cor.2010.11.013, ISSN: 0305-0548.

**Sáenz de Miera G., P. del Río González, and I. Vizcaíno (2008).** Analysing the impact of renewable electricity support schemes on power prices: The case of wind electricity in Spain. *Energy Policy* **36**, 3345–3359. Available at: http://www.sciencedirect.com/science/article/pii/S0301421508001882.

**Sagar A.D., and B. van der Zwaan (2006).** Technological innovation in the energy sector: R&D, deployment, and learning-by-doing. *Energy Policy* **34**, 2601–2608. doi: 10.1016/j.enpol.2005.04.012, ISSN: 0301-4215.

**Samuelson W., and R. Zeckhauser (1988).** Status quo bias in decision making. *Journal of Risk and Uncertainty* **1**, 7–59.

**Sanquist T.F., H. Orr, B. Shui, and A.C. Bittner (2012).** Lifestyle factors in US residential electricity consumption. *Energy Policy* **42**, 354–364. Available at: http://www.sciencedirect.com/science/article/pii/S0301421511000906.

**Sarewitz D. (2010).** Curing climate backlash. *Nature* **464**, 28. doi: 10.1038/464028a, ISSN: 1476-4687.

**Savage L.J. (1954).** *The Foundations of Statistics.* Courier Dover Publications, 356 pp. ISBN: 9780486623498.

**Schiermeier Q. (2004).** Disaster movie highlights transatlantic divide. *Nature* **431**, 4–4.

**Schleich J., M. Klobasa, S. Gölz, and M. Brunner (2013).** Effects of feedback on residential electricity demand—Findings from a field trial in Austria. *Energy Policy* **61**, 1097–1106. Available at: http://www.sciencedirect.com/science/article/pii/S0301421513003443.

**Schmeidler D. (1989).** Subjective probability and expected utility without additivity. *Econometrica: Journal of the Econometric Society* **57**, 571–587.

Schmidt M.G.W., A. Lorenz, H. Held, and E. Kriegler (2011). Climate targets under uncertainty: challenges and remedies. *Climatic Change* **104**, 783–791. Available at: http://www.springerlink.com/index/607010683813VU36.pdf.

Schoemaker P. (1995). Scenario planning: A tool for strategic thinking. *Sloan Management Review* **4**, 25–40.

Schoemaker P.J.H., and J.E. Russo (2001). *Winning Decisions: Getting It Right the First Time*. Crown Business, 352 pp. Available at: http://books.google.com/books?hl=en&lr=&id=iHG_2i4Z0wYC&oi=fnd&pg=PR7&dq=Russo,+J.+Edward+%26+Paul+Schoemaker.+Winning+Decisions:+Getting+it+Right+the+First+Time&ots=th9D5OnH3f&sig=ULqGHHsV4kDFyfOMZUdIfskMT14.

Scott M.J., R.D. Sands, J. Edmonds, A.M. Liebetrau, and D.W. Engel (1999). Uncertainty in integrated assessment models: modeling with MiniCAM 1.0. *Energy Policy* **27**, 855–879. doi: 10.1016/S0301-4215(99)00057-9, ISSN: 0301-4215.

Shackley S., D. Reiner, P. Upham, H. de Coninck, G. Sigurthorsson, and J. Anderson (2009). The acceptability of $CO_2$ capture and storage (CCS) in Europe: An assessment of the key determining factors: Part 2. The social acceptability of CCS and the wider impacts and repercussions of its implementation. *International Journal of Greenhouse Gas Control* **3**, 344–356. doi: 10.1016/j.ijggc.2008.09.004, ISSN: 1750-5836.

Shah T., and U. Lele (2011). *Climate Change, Food and Water Security in South Asia: Critical Issues and Cooperative Strategies in an Age of Increased Risk and Uncertainty*. Synthesis of Workshop Discussions. A Global Water Partnership (GWP) and International Water Management Institute (IWMI) Workshop. Stockholm, Sweden, 1–47 pp.

Shapiro S.A., and T.O. McGarity (1991). Not So Paradoxical: The Rationale for Technology-Based Regulation. *Duke LJ*, 729. Available at: http://heinonlinebackup.com/hol-cgi-bin/get_pdf.cgi?handle=hein.journals/duklr1991&section=30.

Simon H.A. (1955). A Behavioral Model of Rational Choice. *The Quarterly Journal of Economics* **69**, 99–118. doi: 10.2307/1884852, ISSN: 0033-5533.

Slovic P. (1987). Perception of risk. *Science* **236**, 280–285. doi: 10.1126/science.3563507.

Smith J. (2005). Dangerous news: Media decision making about climate change risk. *Risk Analysis* **25**, 1471–1482.

Socolow R.H., and A. Glaser (2009). Balancing risks: nuclear energy & climate change. *Daedalus* **138**, 31–44. doi: 10.1162/daed.2009.138.4.31, ISSN: 0011-5266.

Spence A., W. Poortinga, C. Butler, and N.F. Pidgeon (2011). Perceptions of climate change and willingness to save energy related to flood experience. *Nature Climate Change* **1**, 46–49. doi: 10.1038/nclimate1059, ISSN: 1758-678X.

Sterman J.D. (2008). Risk communication on climate: Mental models and Mass Balance. *Science* **322**, 532–533. doi: 10.1126/science.1162574, ISSN: 0036-8075, 1095–9203.

Sterman J.D., and L.B. Sweeney (2007). Understanding public complacency about climate change: Adults' mental models of climate change violate conservation of matter. *Climatic Change* **80**, 213–238. doi: 10.1007/s10584-006-9107-5, ISSN: 0165-0009, 1573–1480.

Stern N.H. (2007). *The Economics of Climate Change: The Stern Review*. Cambridge University Press, 713 pp. ISBN: 9780521700801.

Stevenson M.A. (2010). Framing anthropogenic environmental change in public health terms. *Global Environmental Politics* **10**, 152–157. doi: 10.1162/glep.2010.10.1.152, ISSN: 1526-3800.

Stirling A. (2007). Risk, precaution and science: towards a more constructive policy debate. Talking point on the precautionary principle. *EMBO Reports* **8**, 309–315. doi: 10.1038/sj.embor.7400953, ISSN: 1469-221X.

Sunstein C.R. (2006). The availability heuristic, intuitive cost-benefit analysis, and climate change. *Climatic Change* **77**, 195–210. doi: 10.1007/s10584-006-9073-y, ISSN: 0165-0009, 1573–1480.

Swim J.K., P.C. Stern, T.J. Doherty, S. Clayton, J.P. Reser, E.U. Weber, R. Gifford, and G.S. Howard (2011). Psychology's contributions to understanding and addressing global climate change. *American Psychologist* **66**, 241. Available at: http://psycnet.apa.org/journals/amp/66/4/241/.

Syri S., A. Lehtilä, T. Ekholm, I. Savolainen, H. Holttinen, and E. Peltola (2008). Global energy and emissions scenarios for effective climate change mitigation—Deterministic and stochastic scenarios with the TIAM model. *International Journal of Greenhouse Gas Control* **2**, 274–285. Available at: http://www.sciencedirect.com/science/article/pii/S1750583608000029.

Szolgayova J., S. Fuss, and M. Obersteiner (2008). Assessing the effects of $CO_2$ price caps on electricity investments—A real options analysis. *Energy Policy* **36**, 3974–3981. doi: 10.1016/j.enpol.2008.07.006, ISSN: 0301-4215.

Taleb N.N. (2007). *The Black Swan: The Impact of the Highly Improbable*. Random House Publishing Group, 481 pp. ISBN: 9781588365835.

Tavoni A., A. Dannenberg, G. Kallis, and A. Löschel (2011). Inequality, communication, and the avoidance of disastrous climate change in a public goods game. *Proceedings of the National Academy of Sciences*. doi: 10.1073/pnas.1102493108.

Terwel B.W., F. Harinck, N. Ellemers, and D.D. Daamen (2011). Going beyond the properties of $CO_2$ capture and storage (CCS) technology: How trust in stakeholders affects public acceptance of CCS. *International Journal of Greenhouse Gas Control* **5**, 181–188. Available at: http://www.sciencedirect.com/science/article/pii/S1750583610001507.

Thaler R.H. (1999). Mental accounting matters. *Journal of Behavioral Decision Making* **12**, 183–206. doi: 10.1002/(SICI)1099-0771(199909)12:3<183::AID-BDM318>3.0.CO;2-F, ISSN: 1099-0771.

Thaler R.H., and C.R. Sunstein (2008). *Nudge: Improving Decisions About Health, Wealth, and Happiness*. Yale Univ Press, Available at: http://books.google.com/books?hl=en&lr=&id=dSJQn8egXvUC&oi=fnd&pg=PA17&dq=thaler+sunstein+nudge&ots=0cJNMCGnRt&sig=W0TkD9mBUvN68xjgj5sFwpaW-NU.

Thompson A. (2010). Rational design in motion: Uncertainty and flexibility in the global climate regime. *European Journal of International Relations* **16**, 269–296.

Thornton P.K., P.G. Jones, T. Owiyo, R.L. Kruska, M. Herrero, V. Orindi, S. Bhadwal, P. Kristjanson, A. Notenbaert, N. Bekele, and others (2008). Climate change and poverty in Africa: Mapping hotspots of vulnerability. *African Journal of Agriculture and Resource Economics* **2**, 24–44.

Tol R.S.J. (1999). Safe policies in an uncertain climate: an application of FUND. *Global Environmental Change, Part A: Human and Policy Dimensions* **9**, 221–232.

Tol R.S.J. (2003). Is the uncertainty about climate change too large for expected cost-benefit analysis? *Climatic Change* **56**, 265–289.

Toubia O., E. Johnson, T. Evgeniou, and P. Delquié (2013). Dynamic experiments for estimating preferences: An adaptive method of eliciting time and risk parameters. *Management Science* **59**, 613–640. Available at: http://mansci.journal.informs.org/content/59/3/613.short.

**2**

Tsur Y., and A. Zemel (1996). Accounting for global warming risks: Resource management under event uncertainty. *Journal of Economic Dynamics and Control* **20**, 1289–1305. doi: 10.1016/0165-1889(95)00900-0, ISSN: 0165-1889.

Tsur Y., and A. Zemel (2009). Endogenous discounting and climate policy. *Environmental and Resource Economics* **44**, 507–520. doi: 10.1007/s10640-009-9298-0, ISSN: 0924-6460.

Tuomisto J.T., A. Wilson, J.S. Evans, and M. Tainio (2008). Uncertainty in mortality response to airborne fine particulate matter: Combining European air pollution experts. *Reliability Engineering & System Safety* **93**, 732–744.

Turner N.J., and H. Clifton (2009). "It's so different today": Climate change and indigenous lifeways in British Columbia, Canada. *Global Environmental Change* **19**, 180–190. Available at: http://www.sciencedirect.com/science/article/pii/S0959378009000223.

Tversky A., and D. Kahneman (1973). Availability: A heuristic for judging frequency and probability. *Cognitive Psychology* **5**, 207–232. doi: 10.1016/0010-0285(73)90033-9, ISSN: 0010-0285.

Tversky A., and D. Kahneman (1992). Advances in prospect theory: Cumulative representation of uncertainty. *Journal of Risk and Uncertainty* **5**, 297–323. doi: 10.1007/BF00122574, ISSN: 0895-5646, 1573–0476.

Tyshenko M.G., S. ElSaadany, T. Oraby, S. Darshan, W. Aspinall, R.M. Cooke, A. Catford, and D. Krewski (2011). Expert elicitation for the judgment of prion disease risk uncertainties. *Journal of Toxicology and Environmental Health, Part A* **74**, 261–285.

Ulph A., and D. Ulph (1997). Global warming, irreversibility and learning. *The Economic Journal* **107**, 636–650.

UNDP (2007). *Human Development Report 2007/2008: Fighting Climate Change: Human Solidarity in a Divided World*. United Nations Development Programme, New York, 384 pp. Available at: http://hdr.undp.org/en/media/HDR_20072008_EN_Complete.pdf.

UNFCCC (2007). *Vulnerability and Adaptation To Climate Change In Small Island Developing States*. UNFCC, 38 pp. Available at: http://unfccc.int/files/adaptation/adverse_effects_and_response_measures_art_48/application/pdf/200702_sids_adaptation_bg.pdf.

U.S. Environmental Protection Agency (2005). *Guidelines for Carcinogen Risk Assessment*. Washington, DC, Available at: http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=116283.

U.S. NRC (1983). PRA Procedures Guide. A Guide to the Performance of Probabilistic Risk Assessments for Nuclear Power Plants. Final Report. NUREG/CR-2300. U.S. NRC (U.S. Nuclear Regulatory Commission). Available at: Available from: http://www.nrc.gov/reading-rm/doc-ollections/nuregs/contract/cr2300/vol2/cr2300v2-a.pdf,p. 12-12).

Vasa A., and A. Michaelowa (2011). Uncertainty in Climate Policy—Impacts on Market Mechanisms. In: *Climate Change and Policy*. G. Gramelsberger, J. Feichter, (eds.), Springer Berlin Heidelberg, pp. 127–144. ISBN: 978-3-642-17699-9, 978–3-642–17700–2.

Victor D.G. (2011). *Global Warming Gridlock: Creating More Effective Strategies for Protecting the Planet*. Cambridge University Press, Cambridge, UK, 392 pp. ISBN: 9780521865012 0521865018.

Vignola R., S. Klinsky, J. Tam, and T. McDaniels (2012). Public perception, knowledge and policy support for mitigation and adaption to Climate Change in Costa Rica: Comparisons with North American and European studies. *Mitigation and Adaptation Strategies for Global Change* **18**, 1–21. doi: 10.1007/s11027-012-9364-8, ISSN: 1381-2386.

Vlek C. (2010). Judicious management of uncertain risks: I. Developments and criticisms of risk analysis and precautionary reasoning. *Journal of Risk Research* **13**, 517–543. Available at: http://www.tandfonline.com/doi/abs/10.1080/13669871003629887.

Van Vuuren D.P., J. Edmonds, M. Kainuma, K. Riahi, A. Thomson, K. Hibbard, G.C. Hurtt, T. Kram, V. Krey, J.F. Lamarque, T. Masui, M. Meinshausen, N. Nakicenovic, S.J. Smith, and S.K. Rose (2011). The representative concentration pathways: An overview. *Climatic Change* **109**, 5–31.

Wakker P.P. (2010). *Prospect Theory: For Risk and Ambiguity*. Cambridge University Press, Cambridge; New York, 606 pp. ISBN: 9780521765015 0521765013 9780521748681 0521748682.

Wallquist L., S.L. Seigo, V.H.. Visschers, and M. Siegrist (2012). Public acceptance of CCS system elements: A conjoint measurement. *International Journal of Greenhouse Gas Control* **6**, 77–83.

Wallsten T.S., D.V. Budescu, A. Rapoport, R. Zwick, and B. Forsyth (1986). Measuring the vague meanings of probability terms. *Journal of Experimental Psychology: General* **115**, 348. Available at: http://psycnet.apa.org/journals/xge/115/4/348/.

Walters C.J., and R. Hilborn (1978). Ecological optimization and adaptive management. *Annual Review of Ecology and Systematics* **9**, 157–188.

Wang M., C. Liao, S. Yang, W. Zhao, M. Liu, and P. Shi (2012). Are People Willing to Buy Natural Disaster Insurance in China? Risk Awareness, Insurance Acceptance, and Willingness to Pay. *Risk Analysis* **32**, 1717–1740. doi: 10.1111/j.1539-6924.2012.01792.x, ISSN: 1539-6924.

Weber E.U. (1997). Perception and expectation of climate change: Precondition for economic and technological adaptation. In: *M. Bazerman, D. Messick, A. Tenbrunsel, & K. Wade-Benzoni (eds.), Psychological Perspectives to Environmental and Ethical Issues in Management*. Jossey-Bass, San Francisco, CA, pp. 314–341.

Weber E.U. (2006). Experience-based and description-based perceptions of long-term risk: Why global warming does not scare us (yet). *Climatic Change* **77**, 103–120. doi: 10.1007/s10584-006-9060-3, ISSN: 0165-0009, 1573–1480.

Weber E.U. (2011). Climate change hits home. *Nature Climate Change* **1**, 25–26. doi: doi:10.1038/nclimate1070.

Weber E.U. (2013). Doing the right thing willingly: Behavioral decision theory and environmental policy. In: *The Behavioral Foundations of Policy*. E. Shafir, (ed.), Princeton University Press., Princeton, NJ, pp. pp. 380–397.

Weber E.U., and D.J. Hilton (1990). Contextual effects in the interpretations of probability words: Perceived base rate and severity of events. *Journal of Experimental Psychology: Human Perception and Performance* **16**, 781. Available at: http://psycnet.apa.org/journals/xhp/16/4/781/.

Weber E.U., and C. Hsee (1998). Cross-cultural differences in risk perception, but cross-cultural similarities in attitudes towards perceived risk. *Management Science*, 1205–1217.

Weber E.U., and E.J. Johnson (2009). Decisions under uncertainty: Psychological, economic, and neuroeconomic explanations of risk preference. In: *Neuroeconomics: Decision Making and the Brain*. P. Glimcher, C.F. Camerer, E. Fehr, R. Poldrack, (eds.), Elsevier, New York, pp. 127–144.

Weber E.U., E.J. Johnson, K.F. Milch, H. Chang, J.C. Brodscholl, and D.G. Goldstein (2007). Asymmetric discounting in intertemporal choice. *Psychological Science* **18**, 516–523. doi: 10.1111/j.1467-9280.2007.01932.x.

Weber E.U., and P.G. Lindemann (2007). From intuition to analysis: Making decisions with our head, our heart, or by the book. In: *Intuition in Judgment and Decision Making*. H. Plessner, C. Betsch, T. Betsch, (eds.), Lawrence Erlbaum, Mahwah, NJ, pp. 191–208.

Weber E.U., S. Shafir, and A.-R. Blais (2004). Predicting risk sensitivity in humans and lower animals: Risk as variance or coefficient of variation. *Psychological Review* 111, 430–445. doi: 10.1037/0033-295X.111.2.430, ISSN: 1939-1471 (ELECTRONIC); 0033–295X (PRINT).

Weber E.U., and P.C. Stern (2011). Public understanding of climate change in the United States. *American Psychologist* 66, 315–328. doi: 10.1037/a0023253, ISSN: 1935-990X, 0003–066X.

Webster M.D. (2008). Uncertainty and the IPCC. An editorial comment. *Climatic Change* 92, 37–40. doi: 10.1007/s10584-008-9533-7, ISSN: 0165-0009.

Webster M.D., M. Babiker, M. Mayer, J.M. Reilly, J. Harnisch, R. Hyman, M.C. Sarofim, and C. Wang (2002). Uncertainty in emissions projections for climate models. *Atmospheric Environment* 36, 3659–3670. doi: 10.1016/S1352-2310(02)00245-5, ISSN: 1352-2310.

Webster M.D., C. Forest, J. Reilly, M. Babiker, D. Kicklighter, M. Mayer, R. Prinn, M. Sarofim, A. Sokolov, P. Stone, and C. Wang (2003). Uncertainty analysis of climate change and policy response. *Climatic Change* 61, 295–320. doi: 10.1023/B:CLIM.0000004564.09961.9f, ISSN: 0165-0009.

Webster M.D., L. Jakobovits, and J. Norton (2008). Learning about climate change and implications for near-term policy. *Climatic Change* 89(1–2), 67–85.

Webster M.D., S. Paltsev, and J. Reilly (2010). The hedge value of international emissions trading under uncertainty. *Energy Policy* 38, 1787–1796. doi: 10.1016/j.enpol.2009.11.054, ISSN: 0301-4215.

Weitzman M.L. (2001). Gamma discounting. *American Economic Review* 91, 260–271.

Weitzman M.L. (2009). On modeling and interpreting the economics of catastrophic climate change. *The Review of Economics and Statistics* 91, 1–19.

Weitzman M.L. (2011). Fat-tailed uncertainty in the economics of catastrophic climate change. *Review of Environmental Economics and Policy* 5, 275–292.

Whitfield S.C., E.A. Rosa, A. Dan, and T. Dietz (2009). The Future of nuclear power: Value orientations and risk perception. *Risk Analysis* 29, 425–437. doi: 10.1111/j.1539-6924.2008.01155.x, ISSN: 1539-6924.

Whitmarsh L. (2008). Are flood victims more concerned about climate change than other people? The role of direct experience in risk perception and behavioural response. *Journal of Risk Research* 11, 351–374. Available at: http://www.tandfonline.com/doi/abs/10.1080/13669870701552235.

Williges K., J. Lilliestam, and A. Patt (2010). Making concentrated solar power competitive with coal: The costs of a European feed-in tariff. *Energy Policy* 38, 3089–3097.

Wiser R., K. Porter, and R. Grace (2005). Evaluating experience with renewables portfolio standards in the United States. *Mitigation and Adaptation Strategies for Global Change* 10, 237–263. doi: 10.1007/s11027-005-6573-4, ISSN: 1381-2386, 1573–1596.

Wood P.J., and F. Jotzo (2011). Price floors for emissions trading. *Energy Policy* 39, 1746–1753. doi: 10.1016/j.enpol.2011.01.004, ISSN: 0301-4215.

World Bank (2010). *Economics of Adaptation to Climate Change: Social Synthesis Report.* World Bank. The International Bank for Reconstruction and Development.

Yang M., W. Blyth, R. Bradley, D. Bunn, C. Clarke, and T. Wilson (2008). Evaluating the power investment options with uncertainty in climate policy. *Energy Economics* 30, 1933–1950. doi: 10.1016/j.eneco.2007.06.004, ISSN: 0140-9883.

Yohe G., N. Andronova, and M. Schlesinger (2004). To hedge or not against an uncertain climate future? *Science* 306, 416–417. doi: 10.1126/science.1101170.

Yohe G., and R. Wallace (1996). Near term mitigation policy for global change under uncertainty: Minimizing the expected cost of meeting unknown concentration thresholds. *Environmental Modeling & Assessment* 1, 47–57. Available at: http://link.springer.com/article/10.1007/BF01874846.

Young O.R. (1994). *International Governance: Protecting the Environment in a Stateless Society.* Cornell University Press, 244 pp. ISBN: 9780801481765.

De Zeeuw A., and A. Zemel (2012). Regime shifts and uncertainty in pollution control. *Journal of Economic Dynamics and Control* 36, 939–950. doi: 10.1016/j.jedc.2012.01.006, ISSN: 0165-1889.

Zhao J. (2003). Irreversible abatement investment under cost uncertainties: tradable emission permits and emissions charges. *Journal of Public Economics* 87, 2765–2789.

Zickfeld K., M.G. Morgan, D.J. Frame, and D.W. Keith (2010). Expert judgments about transient climate response to alternative future trajectories of radiative forcing. *Proceedings of the National Academy of Sciences.* doi: 10.1073/pnas.0908906107.

Zoellner J., P. Schweizer-Ries, and C. Wemheuer (2008). Public acceptance of renewable energies: Results from case studies in Germany. *Energy Policy* 36, 4136–4141.

# 3

# Social, Economic, and Ethical Concepts and Methods

**Coordinating Lead Authors:**

Charles Kolstad (USA), Kevin Urama (Nigeria/UK/Kenya)

**Lead Authors:**

John Broome (UK), Annegrete Bruvoll (Norway), Micheline Cariño Olvera (Mexico), Don Fullerton (USA), Christian Gollier (France), William Michael Hanemann (USA), Rashid Hassan (Sudan/South Africa), Frank Jotzo (Germany/Australia), Mizan R. Khan (Bangladesh), Lukas Meyer (Germany/Austria), Luis Mundaca (Chile/Sweden)

**Contributing Authors:**

Philippe Aghion (USA), Hunt Allcott (USA), Gregor Betz (Germany), Severin Borenstein (USA), Andrew Brennan (Australia), Simon Caney (UK), Dan Farber (USA), Adam Jaffe (USA/New Zealand), Gunnar Luderer (Germany), Axel Ockenfels (Germany), David Popp (USA)

**Review Editors:**

Marlene Attzs (Trinidad and Tobago), Daniel Bouille (Argentina), Snorre Kverndokk (Norway)

**Chapter Science Assistants:**

Sheena Katai (USA), Katy Maher (USA), Lindsey Sarquilla (USA)

**This chapter should be cited as:**

Kolstad C., K. Urama, J. Broome, A. Bruvoll, M. Cariño Olvera, D. Fullerton, C. Gollier, W.M. Hanemann, R. Hassan, F. Jotzo, M.R. Khan, L. Meyer, and L. Mundaca, 2014: Social, Economic and Ethical Concepts and Methods. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

**3**

# Contents

Executive Summary ............................................................................................................ 211

3.1     Introduction ...................................................................................................... 213

3.2     Ethical and socio-economic concepts and principles ........................................... 214

3.3     Justice, equity and responsibility ....................................................................... 215

        3.3.1     Causal and moral responsibility ............................................................. 215

        3.3.2     Intergenerational justice and rights of future people ............................... 216

        3.3.3     Intergenerational justice: distributive justice .......................................... 216

        3.3.4     Historical responsibility and distributive justice ...................................... 217

        3.3.5     Intra-generational justice: compensatory justice and historical responsibility ... 217

        3.3.6     Legal concepts of historical responsibility .............................................. 218

        3.3.7     Geoengineering, ethics, and justice ....................................................... 219

3.4     Values and wellbeing ......................................................................................... 220

        3.4.1     Non-human values ............................................................................... 220

        3.4.2     Cultural and social values ..................................................................... 221

        3.4.3     Wellbeing ........................................................................................... 221

        3.4.4     Aggregation of wellbeing ..................................................................... 221

        3.4.5     Lifetime wellbeing ............................................................................... 222

        3.4.6     Social welfare functions ....................................................................... 222

        3.4.7     Valuing population ............................................................................... 223

3.5     Economics, rights, and duties ............................................................................ 223

        3.5.1     Limits of economics in guiding decision making ...................................... 224

3.6      Aggregation of costs and benefits ...................................................................... 225

3.6.1      Aggregating individual wellbeing........................................................................ 225
            3.6.1.1      Monetary values ............................................................................... 227

3.6.2      Aggregating costs and benefits across time......................................................... 228

3.6.3      Co-benefits and adverse side-effects .................................................................. 232
            3.6.3.1      A general framework for evaluation of co-benefits and adverse side-effects ...... 232
            3.6.3.2      The valuation of co-benefits and adverse side-effects................................ 233
            3.6.3.3      The double dividend hypothesis ........................................................... 234

3.7      Assessing methods of policy choice................................................................... 235

3.7.1      Policy objectives and evaluation criteria .............................................................. 235
            3.7.1.1      Economic objectives .......................................................................... 236
            3.7.1.2      Distributional objectives ..................................................................... 236
            3.7.1.3      Environmental objectives .................................................................... 236
            3.7.1.4      Institutional and political feasibility ....................................................... 237

3.7.2      Analytical methods for decision support .............................................................. 238
            3.7.2.1      Quantitative-oriented approaches.......................................................... 238
            3.7.2.2      Qualitative approaches ....................................................................... 239

3.8      Policy instruments and regulations .................................................................. 239

3.8.1      Economic incentives ...................................................................................... 239
            3.8.1.1      Emissions taxes and permit trading ....................................................... 239
            3.8.1.2      Subsidies ....................................................................................... 240

3.8.2      Direct regulatory approaches ........................................................................... 240

3.8.3      Information programmes.................................................................................. 241

3.8.4      Government provision of public goods and services, and procurement ...................... 241

3.8.5      Voluntary actions .......................................................................................... 241

3.8.6      Policy interactions and complementarity ............................................................. 241

3.8.7      Government failure and policy failure .................................................................. 241
            3.8.7.1      Rent-seeking ................................................................................... 241
            3.8.7.2      Policy uncertainty ............................................................................. 242

3.9      Metrics of costs and benefits .......................................................................... 242

3.9.1      The damages from climate change...................................................................... 243

3.9.2      Aggregate climate damages ............................................................................. 245

**3**

3.9.3    The aggregate costs of mitigation ........................................................................ 247

3.9.4    Social cost of carbon .......................................................................................... 249

3.9.5    The rebound effect .............................................................................................. 249

3.9.6    Greenhouse gas emissions metrics ...................................................................... 250

**3.10    Behavioural economics and culture** .............................................................................. 252

3.10.1   Behavioural economics and the cost of emissions reduction ............................... 252
         3.10.1.1   Consumer undervaluation of energy costs .................................................. 252
         3.10.1.2   Firm behaviour ......................................................................................... 253
         3.10.1.3   Non-price interventions to induce behavioural change ................................ 253
         3.10.1.4   Altruistic reductions of carbon emissions .................................................. 253
         3.10.1.5   Human ability to understand climate change ............................................. 254

3.10.2   Social and cultural issues .................................................................................. 254
         3.10.2.1   Customs .................................................................................................. 254
         3.10.2.2   Indigenous peoples .................................................................................. 255
         3.10.2.3   Women and climate change ....................................................................... 255
         3.10.2.4   Social institutions for collective action ..................................................... 255

**3.11    Technological change** ................................................................................................. 256

3.11.1   Market provision of TC ....................................................................................... 256

3.11.2   Induced innovation ............................................................................................ 256

3.11.3   Learning-by-doing and other structural models of TC ........................................... 257

3.11.4   Endogenous and exogenous TC and growth ........................................................ 257

3.11.5   Policy measures for inducing R&D ...................................................................... 257

3.11.6   Technology transfer (TT) .................................................................................... 257

**3.12    Gaps in knowledge and data** ..................................................................................... 258

**3.13    Frequently Asked Questions** ...................................................................................... 259

**References** ...................................................................................................................... 260

# Executive Summary

This framing chapter describes the strengths and limitations of the most widely used concepts and methods in economics, ethics, and other social sciences that are relevant to climate change. It also provides a reference resource for the other chapters in the Intergovernmental Panel on Climate Change (IPCC) Fifth Assessment Report (AR5), as well as for decision makers.

The significance of the social dimension and the role of ethics and economics is underscored by Article 2 of the United Nations Framework Convention on Climate Change, which indicates that an ultimate objective of the Convention is to avoid dangerous anthropogenic interference with the climate system. Two main issues confronting society (and the IPCC) are: what constitutes 'dangerous interference' with the climate system and how to deal with that interference. Determining what is dangerous is not a matter for natural science alone; it also involves value judgements—a subject matter of the theory of value, which is treated in several disciplines, including ethics, economics, and other social sciences.

Ethics involves questions of justice and value. Justice is concerned with equity and fairness, and, in general, with the rights to which people are entitled. Value is a matter of worth, benefit, or good. Value can sometimes be measured quantitatively, for instance, through a social welfare function or an index of human development.

Economic tools and methods can be used in assessing the positive and negative values that result from particular decisions, policies, and measures. They can also be essential in determining the mitigation and adaptation actions to be undertaken as public policy, as well as the consequences of different mitigation and adaptation strategies. Economic tools and methods have strengths and limitations, both of which are detailed in this chapter.

**Economic tools can be useful in designing climate change mitigation policies** (*very high confidence*). While the limitations of economics and social welfare analysis, including cost-benefit analysis, are widely documented, economics nevertheless provides useful tools for assessing the pros and cons of taking, or not taking, action on climate change mitigation, as well as of adaptation measures, in achieving competing societal goals. Understanding these pros and cons can help in making policy decisions on climate change mitigation and can influence the actions taken by countries, institutions and individuals. [Section 3.2]

**Mitigation is a public good; climate change is a case of 'the tragedy of the commons'** (*high confidence*). Effective climate change mitigation will not be achieved if each agent (individual, institution or country) acts independently in its own selfish interest, suggesting the need for collective action. Some adaptation actions, on the other hand, have characteristics of a private good as benefits of actions may accrue more directly to the individuals, regions, or countries that undertake them, at least in the short term. Nevertheless, financing such adaptive activities remains an issue, particularly for poor individuals and countries. [3.1, 3.2]

**Analysis contained in the literature of moral and political philosophy can contribute to resolving ethical questions that are raised by climate change** (*medium confidence*). These questions include how much overall climate mitigation is needed to avoid 'dangerous interference', how the effort or cost of mitigating climate change should be shared among countries and between the present and future, how to account for such factors as historical responsibility for emissions, and how to choose among alternative policies for mitigation and adaptation. Ethical issues of wellbeing, justice, fairness, and rights are all involved. [3.2, 3.3, 3.4]

**Duties to pay for some climate damages can be grounded in compensatory justice and distributive justice** (*medium confidence*). If compensatory duties to pay for climate damages and adaptation costs are not due from agents who have acted blamelessly, then principles of compensatory justice will apply to only some of the harmful emissions [3.3.5]. This finding is also reflected in the predominant global legal practice of attributing liability for harmful emissions [3.3.6]. Duties to pay for climate damages can, however, also be grounded in distributive justice [3.3.4, 3.3.5].

**Distributional weights may be advisable in cost-benefit analysis** (*medium confidence*). Ethical theories of value commonly imply that distributional weights should be applied to monetary measures of benefits and harms when they are aggregated to derive ethical conclusions [3.6.1]. Such weighting contrasts with much of the practice of cost-benefit analysis.

**The use of a temporal discount rate has a crucial impact on the evaluation of mitigation policies and measures.** The social discount rate is the minimum rate of expected social return that compensates for the increased intergenerational inequalities and the potential increased collective risk that an action generates. Even with disagreement on the level of the discount rate, a consensus favours using declining risk-free discount rates over longer time horizons (*high confidence*). [3.6.2]

**An appropriate social risk-free discount rate for consumption is between one and three times the anticipated growth rate in real per capita consumption** (*medium confidence*). This judgement is based on an application of the Ramsey rule using typical values in the literature of normative parameters in the rule. Ultimately, however, these are normative choices. [3.6.2]

**Co-benefits may complement the direct benefits of mitigation** (*medium confidence*). While some direct benefits of mitigation are reductions in adverse climate change impacts, co-benefits can include a broad range of environmental, economic, and social effects, such as

reductions in local air pollution, less acid rain, and increased energy security. However, whether co-benefits are net positive or negative in terms of wellbeing (welfare) can be difficult to determine because of interaction between climate policies and pre-existing non-climate policies. The same results apply to adverse side-effects. [3.6.3]

**Tax distortions change the cost of all abatement policies** (*high confidence*). A carbon tax or a tradable emissions permit system can exacerbate tax distortions, or, in some cases, alleviate them; carbon tax or permit revenue can be used to moderate adverse effects by cutting other taxes. However, regulations that forgo revenue (e.g., by giving permits away) implicitly have higher social costs because of the tax interaction effect. [3.6.3]

**Many different analytic methods are available for evaluating policies.** Methods may be quantitative (for example, cost-benefit analysis, integrated assessment modelling, and multi-criteria analysis) or qualitative (for example, sociological and participatory approaches). However, no single-best method can provide a comprehensive analysis of policies. A mix of methods is often needed to understand the broad effects, attributes, trade-offs, and complexities of policy choices; moreover, policies often address multiple objectives. [3.7]

**Four main criteria are frequently used in evaluating and choosing a mitigation policy** (*medium confidence*). They are: cost-effectiveness and economic efficiency (excluding environmental benefits, but including transaction costs); environmental effectiveness (the extent to which the environmental targets are achieved); distributional effects (impact on different subgroups within society); and institutional feasibility, including political feasibility. [3.7.1]

**A broad range of policy instruments for climate change mitigation is available to policymakers.** These include: economic incentives, direct regulatory approaches, information programmes, government provision, and voluntary actions. Interactions between policy instruments can enhance or reduce the effectiveness and cost of mitigation action. Economic incentives will generally be more cost-effective than direct regulatory interventions. However, the performance and suitability of policies depends on numerous conditions, including institutional capacity, the influence of rent-seeking, and predictability or uncertainty about future policy settings. The enabling environment may differ between countries, including between low-income and high-income countries. These differences can have implications for the suitability and performance of policy instruments. [3.8]

**Impacts of extreme events may be more important economically than impacts of average climate change** (*high confidence*). Risks associated with the entire probability distribution of outcomes in terms of climate response [WGI] and climate impacts [WGII] are relevant to the assessment of mitigation. Impacts from more extreme climate change may be more important economically (in terms of the expected value of impacts) than impacts of average climate change, particularly if the damage from extreme climate change increases more rapidly than the probability of such change declines. This is important in economic analysis, where the *expected* benefit of mitigation may be traded off against mitigation costs. [3.9.2]

**Impacts from climate change are both market and non-market.** Market effects (where market prices and quantities are observed) include impacts of storm damage on infrastructure, tourism, and increased energy demand. Non-market effects include many ecological impacts, as well as changed cultural values, none of which are generally captured through market prices. The economic measure of the value of either kind of impact is 'willingness-to-pay' to avoid damage, which can be estimated using methods of revealed preference and stated preference. [3.9]

**Substitutability reduces the size of damages from climate change** (*high confidence*). The monetary damage from a change in the climate will be lower if individuals can easily substitute for what is damaged, compared to cases where such substitution is more difficult. [3.9]

**Damage functions in existing Integrated Assessment Models (IAMs) are of low reliability** (*high confidence*). The economic assessments of damages from climate change as embodied in the damage functions used by some existing IAMs (though not in the analysis embodied in WGIII) are highly stylized with a weak empirical foundation. The empirical literature on monetized impacts is growing but remains limited and often geographically narrow. This suggests that such damage functions should be used with caution and that there may be significant value in undertaking research to improve the precision of damage estimates. [3.9, 3.12]

**Negative private costs of mitigation arise in some cases, although they are sometimes overstated in the literature** (*medium confidence*). Sometimes mitigation can lower the private costs of production and thus raise profits; for individuals, mitigation can raise wellbeing. Ex-post evidence suggests that such 'negative cost opportunities' do indeed exist but are sometimes overstated in engineering analyses. [3.9]

**Exchange rates between GHGs with different atmospheric lifetimes are very sensitive to the choice of emission metric.** The choice of an emission metric depends on the potential application and involves explicit or implicit value judgements; no consensus surrounds the question of which metric is both conceptually best and practical to implement (*high confidence*). In terms of aggregate mitigation costs alone, the Global Warming Potential (GWP), with a 100-year time horizon, may perform similarly to selected other metrics (such as the time-dependent Global Temperature Change Potential or the Global Cost Potential) of reaching a prescribed climate target; however, various metrics may differ significantly in terms of the implied distribution of costs across sectors, regions, and over time (*limited evidence, medium agreement*). [3.9]

3

212

The behaviour of energy users and producers exhibits a variety of anomalies (*high confidence*). Understanding climate change as a physical phenomenon with links to societal causes and impacts is a very complex process. To be fully effective, the conceptual frameworks and methodological tools used in mitigation assessments need to take into account cognitive limitations and other-regarding preferences that frame the processes of economic decision making by people and firms. [3.10]

Perceived fairness can facilitate cooperation among individuals (*high confidence*). Experimental evidence suggests that reciprocal behaviour and perceptions of fair outcomes and procedures facilitate voluntary cooperation among individual people in providing public goods; this finding may have implications for the design of international agreements to coordinate climate change mitigation. [3.10]

Social institutions and culture can facilitate mitigation and adaptation (*medium confidence*). Social institutions and culture can shape individual actions on mitigation and adaptation and be complementary to more conventional methods for inducing mitigation and adaptation. They can promote trust and reciprocity and contribute to the evolution of common rules. They also provide structures for acting collectively to deal with common challenges. [3.10]

Technological change that reduces mitigation costs can be encouraged by institutions and economic incentives (*high confidence*). As pollution is not fully priced by the market, private individuals and firms lack incentives to invest sufficiently in the development and use of emissions-reducing technologies in the absence of appropriate policy interventions. Moreover, imperfect appropriability of the benefits of innovation further reduces incentives to develop new technologies. [3.11]

# 3.1   Introduction

This framing chapter has two primary purposes: to provide a framework for viewing and understanding the human (social) perspective on climate change, focusing on ethics and economics; and to define and discuss key concepts used in other chapters. It complements the two other framing chapters: Chapter 2 on risk and uncertainty and Chapter 4 on sustainability. The audience for this chapter (indeed for this entire volume) is decision makers at many different levels.

The significance of the social dimension and the role of ethics and economics is underscored by Article 2 of the United Nations Framework Convention on Climate Change (UNFCCC), which indicates that the ultimate objective of the Convention is to avoid dangerous anthropogenic interference with the climate system. Two main issues confronting society are: what constitutes 'dangerous interference' with the climate system and how to deal with that interference (see box 3.1).

Providing information to answer these inter-related questions is a primary purpose of the IPCC. Although natural science helps us understand how emissions can change the climate, and, in turn, generate physical impacts on ecosystems, people, and the physical environment, determining what is dangerous involves judging the level of adverse consequences, the steps necessary to mitigate these consequences, and the risk that humanity is willing to tolerate. These are questions requiring value judgement. Although economics is essential to evaluating the consequences and trade-offs associating with climate change, how society interprets and values them is an ethical question.

Our discussion of ethics centres on two main considerations: justice and value. Justice requires that people and nations should receive what they are due, or have a right to. For some, an outcome is just if the process that generated it is just. Others view justice in terms of the actual outcomes enjoyed by different people and groups and the values they place on those outcomes. Outcome-based justice can range from maximizing economic measures of aggregate welfare to rights-based views of justice, for example, believing that all countries have a right to clean air. Different views have been expressed about what is valuable. All values may be anthropocentric or there may be non-human values. Economic analysis can help to guide policy action, provided that appropriate, adequate, and transparent ethical assumptions are built into the economic methods.

The significance of economics in tackling climate change is widely recognized. For instance, central to the politics of taking action on climate change are disagreements over how much mitigation the world should undertake, and the economic costs of action (the costs of mitigation) and inaction (the costs of adaptation and residual damage from a changed climate). Uncertainty remains about (1) the costs of reducing emissions of greenhouse gases (GHGs), (2) the damage caused by a change in the climate, and (3) the cost, practicality, and effectiveness of adaptation measures (and, potentially, geoengineering). Prioritizing action on climate change over other significant social goals with more near-term payoffs is particularly difficult in developing countries. Because social concerns and objectives, such as the preservation of traditional values, cannot always be easily quantified or monetized, economic costs and benefits are not the only input into decision making about climate change. But even where costs and benefits can be quantified and monetized, using methods of economic analysis to steer social action implicitly involves significant ethical assumptions. This chapter explains the ethical assumptions that must be made for economic methods, including cost-benefit analysis (CBA), to be valid, as well as the ethical assumptions that are implicitly being made where economic analysis is used to inform a policy choice.

The perspective of economics can improve our understanding of the challenges of acting on mitigation. For an individual or firm, mitigation involves real costs, while the benefits to themselves of their own mitigation efforts are small and intangible. This reduces the incentives for individuals or countries to unilaterally reduce emissions; free-riding on the actions of others is a dominant strategy. Mitigating greenhouse

**3**

### Box 3.1 | Dangerous interference with the climate system

Article 2 of the United Nations Framework Convention on Climate Change states that "the ultimate objective of the Convention [...] is to achieve [...] stabilization of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system." Judging whether our interference in the climate system is dangerous, i.e., risks causing a very bad outcome, involves two tasks: estimating the physical consequences of our interference and their likelihood; and assessing their significance for people. The first

falls to science, but, as the Synthesis Report of the IPCC Fourth Assessment Report (AR4) states, "Determining what constitutes 'dangerous anthropogenic interference with the climate system' in relation to Article 2 of the UNFCCC involves value judgements" (IPCC, 2007, p. 42). Value judgements are governed by the theory of value. In particular, valuing risk is covered by decision theory and is dealt with in Chapter 2. Central questions of value that come within the scope of ethics, as well as economic methods for measuring certain values are examined in this chapter.

---

gas (GHG) emissions is a public good, which inhibits mitigation. This also partly explains the failure of nations to agree on how to solve the problem.

In contrast, adaptation tends not to suffer from free-riding. Gains to climate change from adaptation, such as planting more heat tolerant crops, are mainly realized by the parties who incur the costs. Associated externalities tend to be more localized and contemporaneous than for GHG mitigation. From a public goods perspective, global coordination may be less important for many forms of adaptation than for mitigation. For autonomous adaptation in particular, the gains from adaptation accrue to the party incurring the cost. However, public adaptation requires local or regional coordination. Financial and other constraints may restrict the pursuit of attractive adaptation opportunities, particularly in developing countries and for poorer individuals.

This chapter addresses two questions: what *should be done* about action to mitigate climate change (a normative issue) and how the world works in the multifaceted context of climate change (a descriptive or positive issue). Typically, ethics deals with normative questions and economics with descriptive or normative questions. Descriptive questions are primarily value-neutral, for example, how firms have reacted to cap-and-trade programmes to limit emissions, or how societies have dealt with responsibility for actions that were not known to be harmful when they were taken. Normative questions use economics and ethics to decide what *should* be done, for example, determining the appropriate level of burden sharing among countries for current and future mitigation. In making decisions about issues with normative dimensions, it is important to understand the implicit assumptions involved. Most normative analyses of solutions to the climate problem implicitly involve contestable ethical assumptions.

This chapter does not attempt to answer ethical questions, but rather provides policymakers with the tools (concepts, principles, arguments, and methods) to make decisions. Summarizing the role of economics and ethics in climate change in a single chapter necessitates several caveats. While recognizing the importance of certain non-economic social dimensions of the climate change problem and solutions to it,

space limitations and our mandate necessitated focusing primarily on ethics and economics. Furthermore, many of the issues raised have already been addressed in previous IPCC assessments, particularly AR2 (published in 1995). In the past, ethics has received less attention than economics, although aspects of both subjects are covered in AR2. The literature reviewed here includes pre-AR4 literature in order to provide a more comprehensive understanding of the concepts and methods. We highlight 'new' developments in the field since the last IPCC assessment in 2007.

## 3.2    Ethical and socio-economic concepts and principles

When a country emits GHGs, its emissions cause harm around the globe. The country itself suffers only a part of the harm it causes. It is therefore rarely in the interests of a single country to reduce its own emissions, even though a reduction in global emissions could benefit every country. That is to say, the problem of climate change is a "tragedy of the commons" (Hardin, 1968). Effective mitigation of climate change will not be achieved if each person or country acts independently in its own interest.

Consequently, efforts are continuing to reach effective international agreement on mitigation. They raise an ethical question that is widely recognized and much debated, namely, 'burden-sharing' or 'effort-sharing'. How should the burden of mitigating climate change be divided among countries? It raises difficult issues of justice, fairness, and rights, all of which lie within the sphere of ethics.

Burden-sharing is only one of the ethical questions that climate change raises.[1] Another is the question of how much overall mitigation should

---

[1]    A survey of the ethics of climate change is Gardiner (2004), pp. 555–600.

take place. UNFCCC sets the aim of "avoiding dangerous anthropogenic interference with the climate system", and judging what is dangerous is partly a task for ethics (see Box 3.1). Besides justice, fairness, and rights, a central concern of ethics is *value*. Judgements of value underlie the question of what interference with the climate system would be dangerous.

Indeed, ethical judgements of value underlie almost every decision that is connected with climate change, including decisions made by individuals, public and private organizations, governments, and groupings of governments. Some of these decisions are deliberately aimed at mitigating climate change or adapting to it. Many others influence the progress of climate change or its impacts, so they need to take climate change into account.

Ethics may be broadly divided into two branches: justice and value. Justice is concerned with ensuring that people get what is *due* to them. If justice requires that a person should not be treated in a particular way—uprooted from her home by climate change, for example—then the person has a *right* not to be treated that way. Justice and rights are correlative concepts. On the other hand, criteria of value are concerned with improving the world: making it a better place. Synonyms for 'value' in this context are 'good', 'goodness' and 'benefit'. Antonyms are 'bad', 'harm' and 'cost'.

To see the difference between justice and value, think of a transfer of wealth made by a rich country to a poor one. This may be an act of restitution. For example, it may be intended to compensate the poor country for harm that has been done to it by the rich country's emissions of GHG. In this case, the transfer is made on grounds of justice. The payment is taken to be due to the poor country, and to satisfy a right that the poor country has to compensation. Alternatively, the rich country may make the transfer to support the poor country's mitigation effort, because this is beneficial to people in the poor country, the rich country, and elsewhere. The rich country may not believe the poor country has a right to the support, but makes the payment simply because it does 'good'. This transfer is made on grounds of value. What would be good to do is not necessarily required as a matter of justice. Justice is concerned with what people are entitled to as a matter of their rights.

The division between justice and value is contested within moral philosophy, and so is the nature of the interaction between the two. Some authors treat justice as inviolable (Nozick, 1974): justice sets limits on what we may do and we may promote value only within those limits. An opposite view—called 'teleological' by Rawls (1971)—is that the right decision to make is always determined by the value of the alternatives, so justice has no role. But despite the complexity of their relationship and the controversies it raises, the division between justice and value provides a useful basis for organizing the discussion of ethical concepts and principles. We have adopted it in this chapter: sections 3.3 and 3.4 cover justice and value, respectively. One topic appears in both sections because

it bridges the divide: this topic is distributive justice viewed one way and the value of equality viewed the other. Section 3.3.7 on geoengineering is also in an intermediate position because it raises ethical issues of both sorts. Section 3.6 explains how some ethical values can be measured by economic methods of valuation. Section 3.5 describes the scope and limitations of these methods. Later sections develop the concepts and methods of economics in more detail. Practical ways to take account of different values in policy-making are discussed in Section 3.7.1.

## 3.3 Justice, equity and responsibility

Justice, fairness, equity, and responsibility are important in international climate negotiations, as well as in climate-related political decision making within countries and for individuals.

In this section we examine distributive justice, which, for the purpose of this review, is about outcomes, and procedural justice or the way in which outcomes are brought about. We also discuss compensation for damage and historic responsibility for harm. In the context of climate change, considerations of justice, equity, and responsibility concern the relations between individuals, as well as groups of individuals (e.g., countries), both at a single point in time and across time. Accordingly, we distinguish intra-generational from intergenerational justice. The literature has no agreement on a correct answer to the question, what is just? We indicate where opinions differ.

### 3.3.1 Causal and moral responsibility

From the perspective of countries rather than individuals or groups of individuals, historic emissions can help determine causal responsibility for climate change (den Elzen et al., 2005; Lamarque et al., 2010; Höhne et al., 2011). Many developed countries are expected to suffer relatively modest physical damage and some are even expected to realize benefits from future climate change (see Tol, 2002a; b). On the other hand, some developing countries bear less causal responsibility, but could suffer significant physical damage from climate change (IPCC, 2007, WG II AR4 SPM). This asymmetry gives rise to the following questions of justice and moral responsibility: do considerations of justice provide guidance in determining the appropriate level of present and future global emissions; the distribution of emissions among those presently living; and the role of historical emissions in distributing global obligations? The question also arises of who might be considered morally responsible for achieving justice, and, thus, a bearer of duties towards others. The question of moral responsibility is also key to determining whether anyone owes compensation for the damage caused by emissions.

**3**

### 3.3.2 Intergenerational justice and rights of future people

Intergenerational justice encompasses some of the moral duties owed by present to future people and the rights that future people hold against present people.[2] A legitimate acknowledgment that future or past generations have rights relative to present generations is indicative of a broad understanding of justice.[3] While justice considerations so understood are relevant, they cannot cover all our concerns regarding future and past people, including the continued existence of humankind and with a high level of wellbeing.[4]

What duties do present generations owe future generations given that current emissions will affect their quality of life? Some justice theorists have offered the following argument to justify a cap on emissions (Shue, 1993, 1999; Caney, 2006a; Meyer and Roser, 2009; Wolf, 2009). If future people's basic rights include the right to survival, health, and subsistence, these basic rights are likely to be violated when temperatures rise above a certain level. However, currently living people can slow the rise in temperature by limiting their emissions at a reasonable cost to themselves. Therefore, living people should reduce their emissions in order to fulfil their minimal duties of justice to future generations. Normative theorists dispute the standard of living that corresponds to people's basic rights (Page, 2007; Huseby, 2010). Also in dispute is what level of harm imposed on future people is morally objectionable. Some argue that currently living people wrongfully harm future people if they cause them to have a lower level of wellbeing than their own (e.g., Barry, 1999); others that currently living people owe future people a decent level of wellbeing, which might be lower than their own (Wolf, 2009). This argument raises objections on grounds of justice since it presupposes that present people can violate the rights of future people, and that the protection of future people's rights is practically relevant for how present people ought to act.

Some theorists claim that future people cannot hold rights against present people, owing to special features of intergenerational relations: some claim that future people cannot have rights because they cannot exercise them today (Steiner, 1983; Wellman, 1995, ch. 4). Others point out that interaction between non-contemporaries is impossible (Barry, 1977, pp. 243–244, 1989, p. 189). However, some justice theorists argue that neither the ability to, nor the possibility of, mutual interaction are necessary in attributing rights to people (Barry, 1989; Buchanan, 2004). They hold that rights are attributed to beings whose interests are important enough to justify imposing duties on others.

The main source of scepticism about the rights of future people and the duties we owe them is the so-called 'non-identity problem'. Actions we take to reduce our emissions will change people's way of life and so affect new people born. They alter the identities of future people. Consequently, our emissions do not make future people worse off than they would otherwise have been, since those future people would not exist if we took action to prevent our emissions. This makes it hard to claim that our emissions harm future people, or that we owe it to them as a matter of their rights to reduce our emissions.[5]

It is often argued that the non-identity problem can be overcome (McMahan, 1998; Shiffrin, 1999; Kumar, 2003; Meyer, 2003; Harman, 2004; Reiman, 2007; Shue, 2010). In any case, duties of justice do not include all the moral concerns we should have for future people. Other concerns are matters of value rather than justice, and they too can be understood in such a way that they are not affected by the non-identity problem. They are considered in Section 3.4.

If present people have a duty to protect future people's basic rights, this duty is complicated by uncertainty. Present people's actions or omissions do not necessarily violate future people's rights; they create a risk of their rights being violated (Bell, 2011). To determine what currently living people owe future people, one has to weigh such uncertain consequences against other consequences of their actions, including the certain or likely violation of the rights of currently living people (Oberdiek, 2012; Temkin, 2012). This is important in assessing many long-term policies, including on geoengineering (see Section 3.3.7), that risk violating the rights of many generations of people (Crutzen, 2006; Schneider, 2008; Victor et al., 2009; Baer, 2010; Ott, 2012).

### 3.3.3 Intergenerational justice: distributive justice

Suppose that a global emissions ceiling that is intergenerationally just has been determined (recognizing that a ceiling is not the only way to deal with climate change), the question then arises of how the ceiling ought to be divided among states (and, ultimately, their individual members) (Jamieson, 2001; Singer, 2002; Meyer and Roser, 2006; Caney, 2006a). Distributing emission permits is a way of arriving at a globally just division. Among the widely discussed views on distributive justice are strict egalitarianism (Temkin, 1993), indirect egalitarian views including prioritarianism (Parfit, 1997), and sufficientarianism (Frankfurt, 1999). Strict egalitarianism holds that equality has value in itself. Prioritarianism gives greater weight to a person's wellbeing the less well off she is, as described in Section 3.4. Sufficientarianism recommends that everyone should be able to enjoy a particular level of wellbeing.

---

[2]   In the philosophical literature, "justice between generations" typically refers to the relations between people whose lifetimes do not overlap (Barry, 1977). In contrast, "justice between age groups" refers to the relations of people whose lifetimes do overlap (Laslett and Fishkin, 1992). See also Gardiner (2011), pp. 145–48.

[3]   See Rawls (1971, 1999), Barry (1977), Sikora and Barry (1978), Partridge (1981), Parfit (1986), Birnbacher (1988), and Heyd (1992).

[4]   See Baier (1981), De-Shalit (1995), Meyer (2005), and for African philosophical perspectives see, Behrens (2012). See Section 3.4 on the wellbeing of future people.

---

[5]   For an overview of the issue see Meyer (2010). See also Schwartz (1978), Parfit (1986), and Heyd (1992). For a different perspective see Perrett (2003).

For example, two options can help apply prioritarianism to the distribution of freely allocated and globally tradeable emission permits. The first is to ignore the distribution of other goods. Then strict egalitarianism or prioritarianism will require emission permits to be distributed equally, since they will have one price and are thus equivalent to income. The second is to take into account the unequal distribution of other assets. Since people in the developing world are less well off than in the developed world, strict egalitarianism or prioritarianism would require most or all permits to go to the developing world. However, it is questionable whether it is appropriate to bring the overall distribution of goods closer to the prioritarian ideal through the distribution of just one good (Wolff and de-Shalit, 2007; Caney, 2009, 2012).

### 3.3.4 Historical responsibility and distributive justice

Historical responsibility for climate change depends on countries' contributions to the stock of GHGs. The UNFCCC refers to "common but differentiated responsibilities" among countries of the world.[6] This is sometimes taken to imply that current and historical causal responsibility for climate change should play a role in determining the obligations of different countries in reducing emissions and paying for adaptation measures globally (Rajamani, 2000; Rive et al., 2006; Friman, 2007).

A number of objections have been raised against the view that historical emissions should play a role (see, e.g., Gosseries, 2004; Caney, 2005; Meyer and Roser, 2006; Posner and Weisbach, 2010). First, as currently living people had no influence over the actions of their ancestors, they cannot be held responsible for them. Second, previously living people may be excused from responsibility on the grounds that they could not be expected to know that their emissions would have harmful consequences. Thirdly, present individuals with their particular identities are not worse or better off as a result of the emission-generating activities of earlier generations because, owing to the non-identity problem, they would not exist as the individuals they are had earlier generations not acted as they did.

From the perspective of distributive justice, however, these objections need not prevent past emissions and their consequences being taken into account (Meyer and Roser, 2010; Meyer, 2013). If we are only concerned with the distribution of benefits from emission-generating activities during an individual's lifespan, we should include the benefits present people have received from their own emission-generating activities. Furthermore, present people have benefited since birth or conception from past people's emission-producing actions. They are

therefore better off as a result of past emissions, and any principle of distributive justice should take that into account. Some suggest that taking account of the consequences of some past emissions in this way should not be subject to the objections mentioned in the previous paragraph (see Shue, 2010). Other concepts associated with historical responsibility are discussed in Chapter 4.

### 3.3.5 Intra-generational justice: compensatory justice and historical responsibility

Do those who suffer disproportionately from the consequences of climate change have just claims to compensation against the main perpetrators or beneficiaries of climate change (see, e.g., Neumayer, 2000; Gosseries, 2004; Caney, 2006b)?

One way of distinguishing compensatory from distributive claims is to rely on the idea of a just baseline distribution that is determined by a criterion of distributive justice. Under this approach, compensation for climate damage and adaptation costs is owed only by people who have acted wrongfully according to normative theory (Feinberg, 1984; Coleman, 1992; McKinnon, 2011). Other deviations from the baseline may warrant redistributive measures to redress undeserved benefits or harms, but not as compensation. Some deviations, such as those that result from free choice, may not call for any redistribution at all.

The duty to make compensatory payments (Gosseries, 2004; Caney, 2006b) may fall on those who emit or benefit from wrongful emissions and who belong to a community that produced such emissions. Accordingly, three principles of compensatory justice have been suggested: the polluter pays principle (PPP), the beneficiary pays principle (BPP), and the community pays principle (CPP) (Meyer and Roser, 2010; Meyer, 2013). None of the three measures is generally accepted, though the PPP is more widely accepted than the others. The PPP requires the emitter to pay compensation if the agent emitted more than its fair share (determined as outlined in Section 3.3.2) and it either knew, or could reasonably be expected to know, that its emissions were harmful. The victim should be able to show that the emissions either made the victim worse off than before or pushed below a specified threshold of harm, or both.

The right to compensatory payments for wrongful emissions under PPP has at least three basic limitations. Two have already been mentioned in Section 3.3.4. Emissions that took place while it was permissible to be ignorant of climate change (when people neither did know nor could be reasonably be expected to know about the harmful consequences of emissions) may be excused (Gosseries, 2004, pp. 39–41). See also Section 3.3.6. The non-identity problem (see Section 3.3.2) implies that earlier emissions do not harm many of the people who come into existence later. Potential duty bearers may be dead and cannot therefore have a duty to supply compensatory measures. It may therefore be difficult to use PPP in ascribing compensatory duties and identifying wronged persons. The first and third limitations restrict the

---

[6]    Specifically, Article 3 of the UNFCCC includes the sentence: "The Parties should protect the climate system for the benefit of present and future generations of humankind, on the basis of equity and in accordance with their common but differentiated responsibilities and respective capabilities."

**3**

assignment of duties of compensation to currently living people for their most recent emissions, even though many more people are causally responsible for the harmful effects of climate change. For future emissions, the third limitation could be overcome through a climate change compensation fund into which agents pay levies for imposing the risk of harm on future people (McKinnon, 2011).

According to BPP, a person who is wrongfully better off relative to a just baseline is required to compensate those who are worse off. Past emissions benefit some and impose costs on others. If currently living people accept the benefits of wrongful past emissions, it has been argued that they take on some of the past wrongdoer's duty of compensation (Gosseries, 2004). Also, we have a duty to condemn injustice, which may entail a duty not to benefit from an injustice that causes harm to others (Butt, 2007). However, BPP is open to at least two objections. First, duties of compensation arise only from past emissions that have benefited present people; no compensation is owed for other past emissions. Second, if voluntary acceptance of benefits is a condition of their giving rise to compensatory duties, the bearers of the duties must be able to forgo the benefits in question at a reasonable cost.

Under CPP, moral duties can be attributed to people as members of groups whose identity persists over generations (De-Shalit, 1995; Thompson, 2009). The principle claims that members of a community, including a country, can have collective responsibility for the wrongful actions of other past and present members of the community, even though they are not morally or causally responsible for those actions (Thompson, 2001; Miller, 2004; Meyer, 2005). It is a matter of debate under what conditions present people can be said to have inherited compensatory duties. Although CPP purports to overcome the problem that a polluter might be dead, it can justify compensatory measures only for emissions that are made wrongfully. It does not cover emissions caused by agents who were permissibly ignorant of their harmfulness. (The agent in this case may be the community or state.)

The practical relevance of principles of compensatory justice is limited. Insofar as the harms and benefits of climate change are undeserved, distributive justice will require them to be evened out, independently of compensatory justice. Duties of distributive justice do not presuppose any wrongdoing (see Section 3.3.4). For example, it has been suggested on grounds of distributive justice that the duty to pay for adaptation should be allocated on the basis of people's ability to pay, which partly reflects the benefit they have received from past emissions (Jamieson, 1997; Shue, 1999; Caney, 2010; Gardiner, 2011). However, present people and governments can be said to know about both the seriously harmful consequences of their emission-generating activities for future people and effective measures to prevent those consequences. If so and if they can implement these measures at a reasonable cost to themselves to protect future people's basic rights (see, e.g., Birnbacher, 2009; Gardiner, 2011), they might be viewed as owing intergenerational duties of justice to future people (see Section 3.3.2).

### 3.3.6    Legal concepts of historical responsibility

Legal systems have struggled to define the boundaries of responsibility for harmful actions and are only now beginning to do so for climate change. It remains unclear whether national courts will accept lawsuits against GHG emitters, and legal scholars vigorously debate whether liability exists under current law (Mank, 2007; Burns and Osofsky, 2009; Faure and Peeters, 2011; Haritz, 2011; Kosolapova, 2011; Kysar, 2011; Gerrard and Wannier, 2012). This section is concerned with moral responsibility, which is not the same as legal responsibility. But moral thinking can draw useful lessons from legal ideas.

Harmful conduct is generally a basis for liability only if it breaches some legal norm (Tunc, 1983), such as negligence, or if it interferes unreasonably with the rights of either the public or property owners (Mank, 2007; Grossman, 2009; Kysar, 2011; Brunée et al., 2012; Goldberg and Lord, 2012; Koch et al., 2012). Liability for nuisance does not exist if the agent did not know, or have reason to know, the effects of its conduct (Antolini and Rechtschaffen, 2008). The law in connection with liability for environmental damage still has to be settled. The European Union, but not the United States, recognizes exemption from liability for lack of scientific knowledge (United States Congress, 1980; European Union, 2004). Under European law, and in some US states, defendants are not responsible if a product defect had not yet been discovered (European Commission, 1985; Dana, 2009). Some legal scholars suggest that assigning blame for GHG emissions dates back to 1990 when the harmfulness of such emissions was established internationally, but others argue in favour of an earlier date (Faure and Nollkaemper, 2007; Hunter and Salzman, 2007; Haritz, 2011). Legal systems also require a causal link between a defendant's conduct and some identified harm to the plaintiff, in this case from climate change (Tunc, 1983; Faure and Nollkaemper, 2007; Kosolapova, 2011; Kysar, 2011; Brunée et al., 2012; Ewing and Kysar, 2012; Goldberg and Lord, 2012). A causal link might be easier to establish between emissions and adaptation costs (Farber, 2007). Legal systems generally also require causal foreseeability or directness (Mank, 2007; Kosolapova, 2011; van Dijk, 2011; Ewing and Kysar, 2012), although some statutes relax this requirement in specific cases (such as the US Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), commonly known as Superfund). Emitters might argue that their contribution to GHG levels was too small and the harmful effects too indirect and diffuse to satisfy the legal requirements (Sinnot-Armstrong, 2010; Faure and Peeters, 2011; Hiller, 2011; Kysar, 2011; van Dijk, 2011; Gerrard and Wannier, 2012).

Climate change claims could also be classified as unjust enrichment (Kull, 1995; Birks, 2005), but legal systems do not remedy all forms of enrichment that might be regarded as ethically unjust (Zimmermann, 1995; American Law Institute, 2011; Laycock, 2012). Under some legal systems, liability depends on whether benefits were conferred without legal obligation or through a transaction with no clear change of own-

ership (Zimmermann, 1995; American Law Institute, 2011; Laycock, 2012). It is not clear that these principles apply to climate change.

As indicated, legal systems do not recognize liability just because a positive or negative externality exists. Their response depends on the behaviour that caused the externality and the nature of the causal link between the agent's behaviour and the resulting gain or loss to another.

### 3.3.7 Geoengineering, ethics, and justice

Geoengineering (also known as climate engineering [CE]), is large-scale technical intervention in the climate system that aims to cancel some of the effects of GHG emissions (for more details see Working Group I (WGI) 6.5 and WGIII 6.9). Geoengineering represents a third kind of response to climate change, besides mitigation and adaptation. Various options for geoengineering have been proposed, including different types of solar radiation management (SRM) and carbon dioxide removal (CDR). This section reviews the major moral arguments for and against geoengineering technologies (for surveys see Robock, 2008; Corner and Pidgeon, 2010; Gardiner, 2010; Ott, 2010; Betz and Cacean, 2012; Preston, 2013). These moral arguments do not apply equally to all proposed geoengineering methods and have to be assessed on a case-specific basis.[7]

Three lines of argument support the view that geoengineering technologies might be desirable to deploy at some point in the future. First, that humanity could end up in a situation where deploying geoengineering, particularly SRM, appears as a lesser evil than unmitigated climate change (Crutzen, 2006; Gardiner, 2010; Keith et al., 2010; Svoboda, 2012a; Betz, 2012). Second, that geoengineering could be a more cost-effective response to climate change than mitigation or adaptation (Barrett, 2008). Such efficiency arguments have been criticized in the ethical literature for neglecting issues such as side-effects, uncertainties, or fairness (Gardiner, 2010, 2011; Buck, 2012). Third, that some aggressive climate stabilization targets cannot be achieved through mitigation measures alone and thus must be complemented by either CDR or SRM (Greene et al., 2010; Sandler, 2012).

Geoengineering technologies face several distinct sets of objections. Some authors have stressed the substantial uncertainties of large-scale deployment (for overviews of geoengineering risks see also

Schneider (2008) and Sardemann and Grunwald (2010)), while others have argued that some intended and unintended effects of both CDR and SRM could be irreversible (Jamieson, 1996) and that some current uncertainties are unresolvable (Bunzl, 2009). Furthermore, it has been pointed out that geoengineering could make the situation worse rather than better (Hegerl and Solomon, 2009; Fleming, 2010; Hamilton, 2013) and that several technologies lack a viable exit option: SRM in particular would have to be maintained as long as GHG concentrations remain elevated (The Royal Society, 2009).

Arguments against geoengineering on the basis of fairness and justice deal with the intra-generational and intergenerational distributional effects. SRM schemes could aggravate some inequalities if, as expected, they modify regional precipitation and temperature patterns with unequal social impacts (Bunzl, 2008; The Royal Society, 2009; Svoboda et al., 2011; Preston, 2012). Furthermore, some CDR methods would require large-scale land transformations, potentially competing with agricultural land-use, with uncertain distributive consequences. Other arguments against geoengineering deal with issues including the geopolitics of SRM, such as international conflicts that may arise from the ability to control the "global thermostat" (e.g., Schelling, 1996; Hulme, 2009), ethics (Hale and Grundy, 2009; Preston, 2011; Hale and Dilling, 2011; Svoboda, 2012b; Hale, 2012b), and a critical assessment of technology and modern civilization in general (Fleming, 2010; Scott, 2012).

One of the most prominent arguments against geoengineering suggests that geoengineering research activities might hamper mitigation efforts (e.g., Jamieson, 1996; Keith, 2000; Gardiner, 2010), which presumes that geoengineering should not be considered an acceptable substitute for mitigation. The central idea is that research increases the prospect of geoengineering being regarded as a serious alternative to emission reduction (for a discussion of different versions of this argument see Hale, 2012a; Hourdequin, 2012). Other authors have argued, based on historical evidence and analogies to other technologies, that geoengineering research might make deployment inevitable (Jamieson, 1996; Bunzl, 2009), or that large-scale field tests could amount to full-fledged deployment (Robock et al., 2010). It has also been argued that geoengineering would constitute an unjust imposition of risks on future generations, because the underlying problem would not be solved but only counteracted with risky technologies (Gardiner, 2010; Ott, 2012; Smith, 2012). The latter argument is particularly relevant to SRM technologies that would not affect greenhouse gas concentrations, but it would also apply to some CDR methods, as there may be issues of long-term safety and capacity of storage.

Arguments in favour of research on geoengineering point out that research does not necessarily prepare for future deployment, but can, on the contrary, uncover major flaws in proposed schemes, avoid premature CE deployment, and eventually foster mitigation efforts (e.g. Keith et al., 2010). Another justification for Research and Development (R&D) is that it is required to help decision-makers take informed decisions (Leisner and Müller-Klieser, 2010).

---

[7]   While the literature typically associates some arguments with particular types of methods (e.g., the termination problem with SRM), it is not clear that there are two groups of moral arguments: those applicable to all SRM methods on the one side and those applicable to all CDR methods on the other side. In other words, the moral assessment hinges on aspects of geoengineering that are not connected to the distinction between SRM and CDR.

## 3.4    Values and wellbeing

One branch of ethics is the theory of value. Many different sorts of value can arise, and climate change impinges on many of them. Value affects nature and many aspects of human life. This section surveys some of the values at stake in climate change, and examines how far these values can be measured, combined, or weighed against each other. Each value is subject to debate and disagreement. For example, it is debatable whether nature has value in its own right, apart from the benefit it brings to human beings. Decision-making about climate change is therefore likely to be contentious.

Since values constitute only one part of ethics, if an action will increase value overall it by no means follows that it should be done. Many actions benefit some people at the cost of harming others. This raises a question of justice even if the benefits in total exceed the costs. Whereas a cost to a person can be compensated for by a benefit to that same person, a cost to a person cannot be compensated for by a benefit to someone else. To suppose it can is not to "take seriously the distinction between persons", as John Rawls puts it (1971, p. 27). Harming a person may infringe their rights, or it may be unfair to them. For example, when a nation's economic activities emit GHG, they may benefit the nation itself, but may harm people in other nations. Even if the benefits are greater in value than the harms, these activities may infringe other nations' rights. Other nations may therefore be entitled to object to them on grounds of justice.

Any decision about climate change is likely to promote some values and damage others. These may be values of very different sorts. In decision making, different values must therefore be put together or balanced against each other. Some pairs of values differ so radically from each other that they cannot be determinately weighed together. For example, it may be impossible to weigh the value of preserving a traditional culture against the material income of the people whose culture it is, or to weigh the value of biodiversity against human wellbeing. Some economists claim that one person's wellbeing cannot be weighed against another's (Robbins, 1937; Arrow, 1963). When values cannot be determinately weighed, they are said to be 'incommensurable' or 'incomparable' (Chang, 1997). Multi-Criteria Analysis (MCA) (discussed in Section 3.7.2.1) is a technique that is designed to take account of several incommensurable values (De Montis et al., 2005; Zeleny and Cochrane, 1982).

### 3.4.1    Non-human values

Nature provides great benefits to human beings in ways that range from absorbing our waste, to beautifying the world we inhabit. An increasing number of philosophers have argued in recent years that nature also has value in its own right, independently of its benefits to human beings (Leopold, 1949; Palmer, 2011). They have argued that

we should recognize animal values, the value of life itself, and even the value of natural systems and nature itself.

In moral theory, rational adult humans, who are self-conscious subjects of a life, are often taken (following Kant, 1956) to have a kind of unconditional moral worth—sometimes called 'dignity'—that is not found elsewhere on earth. Others believe that moral worth can be found elsewhere (Dryzek, 1997). Many human beings themselves lack rationality or subjectivity, yet still have moral worth—the very young, the very old and people with various kinds of impairment among them. Given that, why deny moral worth to those animals that are to some extent subjects of a life, who show emotional sophistication (Regan, 2004), and who experience pleasure, pain, suffering, and joy (Singer, 1993)?

An argument for recognizing value in plants as well as animals was proposed by Richard Routley (1973). Routley gives the name 'human chauvinism' to the view that humans are the sole possessors of intrinsic value. He asks us to imagine that the last man on earth sets out to destroy every living thing, animal or plant. Most people believe this would be wrong, but human chauvinists are unable to explain why. Human chauvinism appears to be simply a prejudice in favour of the human species (Routley and Routley, 1980). In contrast, some philosophers argue that value exists in the lives of all organisms, to the extent that they have the capacity to flourish (Taylor, 1986; Agar, 2001).

Going further, other philosophers have argued that biological communities and holistic ecological entities also have value in their own right. Some have argued that a species has more value than all of its individuals have together, and that an ecosystem has still more value (Rolston, 1988, 1999; compare discussion in Brennan and Lo, 2010). It has further been proposed that, just as domination of one human group by another is a moral evil, showing disrespect for the value of others, then so is the domination of nature by humans in general. If nature and its systems have moral worth, then the domination of nature is also a kind of disrespect (Jamieson, 2010).

If animals, plants, species, and ecosystems do have value in their own right, then the moral impact of climate change cannot be gauged by its effects on human beings alone. If climate change leads to the loss of environmental diversity, the extinction of plant and animal species, and the suffering of animal populations, then it will cause great harms beyond those it does to human beings. Its effects on species numbers, biodiversity, and ecosystems may persist for a very long time, perhaps even longer than the lifetime of the human species (Nolt, 2011).

It is very difficult to measure non-human values in a way that makes them commensurate with human values. Economists address this issue by dividing value into use value (associated with actual use of nature—instrumental value) and nonuse or existence value (intrinsic value of nature). As an example, biodiversity might have value because of the medical drugs that might be discovered among the diverse biota (use value). Or biodiversity might be valued by individuals sim-

ply because they believe that biologic diversity is important, over and above any use to people that might occur. The total amount people are willing to pay has sometimes been used as an economic measure of the total value (instrumental and intrinsic) of these features (Aldred, 1994). As the discussion of the past few paragraphs has suggested, nature may have additional value, over and above the values placed by individual humans (Broome, 2009; Spash et al., 2009).

### 3.4.2    Cultural and social values

The value of human wellbeing is considered in Section 3.4.3, but the human world may also possess other values that do not form part of the wellbeing of individual humans. Living in a flourishing culture and society contributes to a person's wellbeing (Kymlicka, 1995; Appiah, 2010), but some authors claim that cultures and societies also possess values in their own right, over and above the contribution they make to wellbeing (Taylor, 1995). Climate change threatens damage to cultural artefacts and to cultures themselves (Adger et al., 2012). Evidence suggests that it may already be damaging the culture of Arctic indigenous peoples (Ford et al., 2006, 2008; Crate, 2008; Hassol, 2004; see also WGII Chapter 12). Cultural values and indigenous peoples are discussed in Section 3.10.2.

The degree of equality in a society may also be treated as a value that belongs to a society as a whole, rather than to any of the individuals who make up the society. Various measures of this value are available, including the Gini coefficient and the Atkinson measure (Gini, 1912; Atkinson, 1970); for an assessment see (Sen, 1973). Section 3.5 explains that the value of equality can alternatively be treated as a feature of the aggregation of individual people's wellbeings, rather than as social value separate from wellbeing.

### 3.4.3    Wellbeing

Most policy concerned with climate change aims ultimately at making the world better for people to live in. That is to say, it aims to promote people's wellbeing, as the term is used here, includes everything that is good or bad for the person—everything that contributes to making their life go well or badly. What things are those—what constitutes a person's wellbeing? This question has been the subject of an extensive literature since ancient times.[8] One view is that a person's wellbeing is the satisfaction of their preferences. Another is that it consists in good feelings such as pleasure. A third is that wellbeing consists in possessing the ordinary good things of life, such as health, wealth, a long life, and participating well in a

good community. The 'capabilities approach' in economics (Sen, 1999) embodies this last view. It treats the good things of life as 'functionings' and 'capabilities'—things that a person does and things that they have a real opportunity of doing, such as living to old age, having a good job, and having freedom of choice.

A person's wellbeing will be affected by many of the other values that are mentioned above, and by many of the considerations of justice mentioned in Section 3.3. It is bad for a person to have their rights infringed or to be treated unfairly, and it is good for a person to live within a healthy culture and society, surrounded by flourishing nature.

Various concrete measures of wellbeing are in use (Fleurbaey, 2009; Stiglitz et al., 2009). Each reflects a particular view about what wellbeing consists in. For example, many measures of 'subjective wellbeing' (Oswald and Wu, 2010; Kahneman and Deaton, 2010) assume that wellbeing consists in good feelings. Monetary measures of wellbeing, which are considered in Section 3.6, assume that wellbeing consists in the satisfaction of preferences. Other measures assume wellbeing consists in possessing a number of specific good things. The Human Development Index (HDI) is intended to be an approximate measure of wellbeing understood as capabilities and functionings (UNDP, 2010). It is based on three components: life expectancy, education, and income. The capabilities approach has inspired other measures of wellbeing too (Dervis and Klugman, 2011). In the context of climate change, many different metrics of value are intended to measure particular components of wellbeing: among them are the numbers of people at risk from hunger, infectious diseases, coastal flooding, or water scarcity. These metrics may be combined to create a more general measure. Schneider et al. (2000) advocates the use of a suite of five metrics: (1) monetary loss, (2) loss of life, (3) quality of life (taking account of forced migration, conflict over resources, cultural diversity, and loss of cultural heritage sites), (4) species or biodiversity loss, and (5) distribution and equity.

### 3.4.4    Aggregation of wellbeing

Whatever wellbeing consists of, policy-making must take into account the wellbeing of everyone in the society. So the wellbeings of different people have somehow to be aggregated together. How do they combine to make up an aggregate value of wellbeing for a society as a whole? Social choice theory takes up this problem (Arrow, 1963; Sen, 1970). Section 3.6 will explain that the aim of economic valuation is to measure aggregate wellbeing.

Assume that each person has a level of wellbeing at each time they are alive, and call this their 'temporal wellbeing' at that time. In a society, temporal wellbeing is distributed across times and across the people. When a choice is to be made, each of the options leads to a particular distribution of wellbeing. Our aim is to assess the value of such distributions. Doing so involves aggregating wellbeings across times and across people, to arrive at an overall, social value for the distribution.

---

[8]    For example: Aristotle, *Nicomachean Ethics*. Recent work includes: Griffin (1986); Sumner (1999); Kraut (2007).

**3**

### 3.4.5    Lifetime wellbeing

Next let us assume that each person's temporal wellbeings can be aggregated to determine a 'lifetime wellbeing' for the person, and that the social value of the distribution of wellbeing depends only on these lifetime wellbeings. This is the assumption that each person's wellbeing is "separable", to use a technical term. It allows us to split aggregation into two steps. First, we aggregate each person's temporal wellbeings across the times in their life in order to determine their lifetime wellbeing. The second step in the next section is to aggregate across individuals using a social welfare function.

On one account, a person's lifetime wellbeing is simply the total of their temporal wellbeings at each time they are alive. If a person's wellbeing depended only on the state of their health, this formula would be equivalent to 'QALYs' or 'DALYs' (quality-adjusted life years or disability-adjusted life years), which are commonly used in the analysis of public health (Murray, 1994; Sassi, 2006). These measures take a person's lifetime wellbeing to be the total number of years they live, adjusted for their health in each year. Since wellbeing actually depends on other things as well as health, QALYs or DALYs provide at best an approximate measure of lifetime wellbeing. If they are aggregated across people by simple addition, it assumes implicitly that a year of healthy life is equally as valuable to one person as it is to another. That may be an acceptable approximation for the broad evaluation of climate change impacts and policies, especially for evaluating their effects on health (Nord et al., 1999; Mathers et al., 2009; but also see Currie et al., 2008).

Other accounts give either increasing, (Velleman, 1991) or alternatively decreasing, (Kaplow et al., 2010) weight to wellbeing that comes in later years of life, in determining a person's lifetime wellbeing.

### 3.4.6    Social welfare functions

Once we have a lifetime wellbeing for each person, the next step is to aggregate these lifetime wellbeings across people, to determine an overall value for society. This involves comparing one person's wellbeing with another's. Many economists have claimed that interpersonal comparisons of wellbeing are impossible.[9] If they are right, the wellbeings of different people are incommensurable and cannot be aggregated. In this section we set this view aside, and assume that personal wellbeings are measured in a way that is comparable across people.[10] This allows us to aggregate different people's lifetime wellbeings through a social welfare function (SWF) to arrive at an overall value or 'social welfare'.[11]

We shall first consider SWFs under the simplifying but unrealistic assumption that the decisions that are to be made do not affect how many people exist or which people exist: all the options contain the same people. A theorem of Harsanyi's (1955) gives some grounds for thinking that, given this assumption, the SWF is additively separable between people. This means it has the form:

**Equation 3.4.1**    $V = v_1(w_1) + v_2(w_2) + \ldots + v_J(w_J)$

Here $w_i$ is person $i$'s lifetime wellbeing. This formula says that each person's wellbeing can be assigned a value $v_i(w_i)$, and all these values—one for each person—are added up to determine the social value of the distribution.

The proof of Harsanyi's Theorem depends on assumptions that can be challenged (Diamond, 1967; Broome, 2004; Fleurbaey, 2010). So, although the additively separable form shown in Equation 3.4.1 is commonly assumed in economic valuations, it is not entirely secure. In particular, this form makes it impossible to give any value to equality except indirectly through prioritarianism, which was introduced in Section 3.3.2 and is defined below. The value of inequality cannot be measured by the Gini coefficient, for example, since this measure is not additively separable (Sen, 1973).

It is often assumed that the functions $v_i(\ )$ all have the same form, which means that each person's wellbeing is valued in the same way:

**Equation 3.4.2**    $V = v(w_1) + v(w_2) + \ldots + v(w_J)$

Alternatively, the wellbeing of people who live later is sometimes discounted relative to the wellbeing of people who live earlier; this implies that the functional form of $v_i(\ )$ varies according to the date when people live. Discounting of later wellbeing is often called 'pure' discounting. It is discussed in Section 3.6.2.

Even if we accept Equation 3.4.2, different ethical theories imply different SWFs. Utilitarianism values only the total of people's wellbeing. The SWF may be written:

**Equation 3.4.3**    $V = w_1 + w_2 + \ldots + w_J$

Utilitarianism gives no value to equality in the distribution of wellbeing: a given total of wellbeing has the same value however unequally it is distributed among them.

But the idea of distributive justice mentioned in Section 3.3.3 suggests that equality of wellbeing does have value. Equation 3.4.2 will give value to equality if the function $v()$ is strictly concave. This means the graph of $v()$ curves downwards, as Figure 3.1 illustrates. (Section 3.6.1.1 explains that a person's wellbeing $w_i$ is commonly assumed to be a strictly concave function of her consumption, but this is a different point.) The resulting ethical theory is called prioritarianism. As Figure 3.1 shows, according to prioritarianism, improv-

---

[9]    Examples are: Robbins (1937), Archibald (1959), Arrow (1963). A survey and discussion of this sceptical view appears in Hammond (1993).

[10]   Potential bases of interpersonal comparisons are examined in: Fleurbaey and Hammond (2004); Sen (1982); Elster and Roemer (1993); Mirrlees (1982); Broome, (2004); Arrow (1977); Harsanyi (1977); Adler (2011).

[11]   A recent major study is Adler (2011).



**Figure 3.1** | The prioritarian view of social welfare. The figure compares the social values of increases in wellbeing for a better-off and a worse-off person.

ing a *person's* wellbeing contributes more to social welfare if the person is badly off than if they are well off. The prioritarian slogan is "priority to the worse off". Prioritarianism indirectly gives value to equality: it implies that a given total of wellbeing is more valuable the more equally it is distributed (Sen, 1973; Weirich, 1983; Parfit, 1997). In judgements about climate change, a prioritarian function will give relatively more importance to the interests of poorer people and poorer countries.

### 3.4.7    Valuing population

The next problem in aggregating wellbeing is to take account of changes in population. Climate change can be expected to affect the world's human population. Severe climate change might even lead to a catastrophic collapse of the population (Weitzman, 2009), and even to the extinction of human beings. Any valuation of the impact of climate change and of policies to mitigate climate change should therefore take changes in population into account.

The utilitarian and prioritarian SWFs for a fixed population may be extended in a variety of ways to a variable population. For example, the utilitarian function may be extended to 'average utilitarianism' (Hurka, 1982), whose SWF is the average of people's wellbeing. Average utilitarianism gives no value to increasing numbers of people. The implicit or explicit goal of a great deal of policy-making is to promote per capita wellbeing (Hardin, 1968). This is to adopt average utilitarianism. This goal tends to favour anti-natalist policies, aimed at limiting population. It would strongly favour population control as a means of mitigating climate change, and it would not take a collapse of population to be, in itself, a bad thing.

The utilitarian function may alternatively be extended to 'critical-level utilitarianism', whose SWF is the total of the amount by which each person's wellbeing exceeds some fixed critical level. It is

**Equation 3.4.4**    $V = (w_1 - c) + (w_2 - c) + \ldots + (w_J - c)$

where $c$ is the critical level (Broome, 2004; Blackorby et al., 2005). Other things being equal, critical-level utilitarianism favours adding people to the population if their wellbeing is above the critical level.

'Total utilitarianism' (Sidgwick, 1907) is critical-level utilitarianism with the critical level set to zero. Its SWF is the total of people's wellbeing. Total utilitarianism is implicit in many Integrated Assessment Models (IAMs) of climate change (e.g., Nordhaus, 2008). Its meaning is indeterminate until it is settled which level of lifetime wellbeing to count as zero. Many total utilitarians set the zero at the level of a life that has no good or bad experiences—that is lived in a coma throughout, for instance (Arrhenius, forthcoming). Since people on average lead better lives than this, total utilitarianism with this zero tends to be less anti-natalist than average utilitarianism. However, it does not necessarily favour increasing population. Each new person damages the wellbeing of existing people, through their emissions of GHG, their other demands on Earth's limited resources, and the emissions of their progeny. If the damage an average person does to others in total exceeds their own wellbeing, total utilitarianism, like average utilitarianism, favours population control as a means of mitigating climate change.[12]

Each of the existing ethical theories about the value of population has intuitively unattractive implications (Parfit, 1986). Average utilitarianism is subject to particularly severe objections. Arrhenius (forthcoming) crystallizes the problems of population ethics in the form of impossibility theorems. So far, no consensus has emerged about the value of population. Yet climate change policies are expected to affect the size of the world's population, and different theories of value imply very different conclusions about the value of these policies. This is a serious difficulty for evaluating policies aimed at mitigating climate change, which has largely been ignored in the literature (Broome, 2012).

## 3.5    Economics, rights, and duties

Sections 3.2, 3.3 and 3.4 have outlined some of the ethical principles that can guide decision making for climate change. The remainder of this chapter is largely concerned with the concepts and methods of

---

[12]    Harford (1998) shows that an additional person causes damage from her own emissions and the emissions of her children (and of their children, etc.). Kelly and Kolstad (2001) examine this issue in the specific context of climate change.

**3**

economics. They can be used to aggregate values at different times and places, and weigh aggregate value for different policy actions. They can also be used to draw information about value from the data provided by prices and markets. Economics can measure diverse benefits and harms, taking account of uncertainty, to arrive at overall judgements of value. It also has much to contribute to the choice and design of policy mechanisms, as Section 3.8 and later chapters show.

Valuations provided by economics can be used on a large scale: IAMs can be used to simulate the evolution of the world's economy under different climate regimes and determine an economically efficient reduction in GHG emissions. On a smaller scale, economic methods of CBA can be used in choosing between particular policies and technologies for mitigation.

Economics is much more than a method of valuation. For example, it shows how decision making can be decentralized through market mechanisms. This has important applications in policy instruments for mitigation with potential for cost-effectiveness and efficiency (Chapters 6 and 15). Economic analysis can also give guidance on how policy mechanisms for international cooperation on mitigation can be designed to overcome free-rider problems (Chapters 13 and 14). However, the methods of economics are limited in what they can do. They can be based on ethical principles, as Section 3.6 explains. But they cannot take account of every ethical principle. They are suited to measuring and aggregating the wellbeing of humans, but not to taking account of justice and rights (with the exception of distributive justice—see below), or other values apart from human wellbeing. Moreover, even in measuring and aggregating wellbeing, they depend on certain specific ethical assumptions. This section describes the limits of economic methods.

Because of their limitations, economic valuations are often not on their own a good basis for decision making. They frequently need to be supplemented by other ethical considerations. It may then be appropriate to apply techniques of multi-criteria analysis (MCA), discussed in Section 3.7.2.1 (Zeleny and Cochrane, 1982; Keeney and Raiffa, 1993; De Montis et al., 2005).

### 3.5.1    Limits of economics in guiding decision making

Economics can measure and aggregate human wellbeing, but Sections 3.2, 3.3 and 3.4 explain that wellbeing may be only one of several criteria for choosing among alternative mitigation policies. Other ethical considerations are not reflected in economic valuations, and those considerations may be extremely important for particular decisions that have to be made. For example, some have contended that countries that have emitted a great deal of GHG in the past owe restitution to countries that have been harmed by their emissions. If so, this is an important consideration in determining how much finance rich countries should provide to poorer countries to help with their mitigation

efforts. It suggests that economics alone cannot be used to determine who should bear the burden of mitigation (also see Box 3.2).

What ethical considerations can economics cover satisfactorily? Since the methods of economics are concerned with value, they do not take account of justice and rights in general. However, distributive justice can be accommodated within economics, because it can be understood as a value: specifically the value of equality. The theory of fairness within economics (Fleurbaey, 2008) is an account of distributive justice. It assumes that the level of distributive justice within a society is a function of the wellbeings of individuals, which means it can be reflected in the aggregation of wellbeing. In particular, it may be measured by the degree of inequality in wellbeing, using one of the standard measures of inequality such as the Gini coefficient (Gini, 1912), as discussed in the previous section. The Atkinson measure of inequality (Atkinson, 1970) is based on an additively separable SWF, and is therefore particularly appropriate for representing the prioritarian theory described in Section 3.4.6. Furthermore, distributive justice can be reflected in weights incorporated into economic evaluations as Section 3.6 explains.

Economics is not well suited to taking into account many other aspects of justice, including compensatory justice. For example, a CBA might not show the drowning of a Pacific island as a big loss, since the island has few inhabitants and relatively little economic activity. It might conclude that more good would be done in total by allowing the island to drown: the cost of the radical action that would be required to save the island by mitigating climate change globally would be much greater than the benefit of saving the island. This might be the correct conclusion in terms of overall aggregation of costs and benefits. But the island's inhabitants might have a right not to have their homes and livelihoods destroyed as a result of the GHG emissions of richer nations far away. If that is so, their right may override the conclusions of CBA. It may give those nations who emit GHG a duty to protect the people who suffer from it, or at least to make restitution to them for any harms they suffer.

Even in areas where the methods of economics can be applied in principle, they cannot be accepted without question (Jamieson, 1992; Sagoff, 2008). Particular simplifying assumptions are always required, as shown throughout this chapter. These assumptions are not always accurate or appropriate, and decision-makers need to keep in mind the resulting limitations of the economic analyses. For example, climate change will shorten many people's lives. This harm may in principle be included within a CBA, but it remains highly contentious how that should be done. Another problem is that, because economics can provide concrete, quantitative estimates of some but not all values, less quantifiable considerations may receive less attention than they deserve.

The extraordinary scope and scale of climate change raises particular difficulties for economic methods (Stern, forthcoming). First, many of the common methods of valuation in economics are best designed for marginal changes, whereas some of the impacts of climate change and

**Box 3.2 | Who mitigates versus who pays?**

To mitigate climate change, emissions of GHG will need to be reduced to varying degrees worldwide. Economic analysis tells us that, for the sake of cost-effectiveness, the greatest reductions should be made where they can be made most cheaply. Ideally, emissions should be reduced in each place to just the extent that makes the marginal cost of further reductions the same every-where. One way of achieving this result is to have a carbon price that is uniform across the world; or it might be approximated by a mix of policy instruments (see Section 3.8).

Since, for efficiency, mitigation should take place where it is cheapest, emissions of GHG should be reduced in many develop-ing countries, as well as in rich ones. However, it does not follow that mitigation must be paid for by those developing countries;

rich countries may pay for mitigation that takes place in poor countries. Financial flows between countries make it possible to separate the question of where mitigation should take place from the question of who should pay for it. Because mitigating climate change demands very large-scale action, if put in place these transfers might become a significant factor in the international distribution of wealth. Provided appropriate financial transfers are made, the question of where mitigation should take place is largely a matter for the economic theory of efficiency, tempered by ethical considerations. But the distribution of wealth is a matter of justice among countries, and a major issue in the politics of climate change (Stanton, 2011). It is partly a matter of distributive justice, which economics can take into account, but compensatory justice may also be involved, which is an issue for ethics (Section 3.3).

efforts at mitigation are not marginal (Howarth and Norgaard, 1992). Second, the very long time scale of climate change makes the discount rate crucial at the same time as it makes it highly controversial (see Section 3.6.2). Third, the scope of the problem means it encompasses the world's extremes of wealth and poverty, so questions of distribu-tion become especially important and especially difficult. Fourth, mea-suring non-market values—such as the existence of species, natural environments, or traditional ways of life of local societies—is fraught with difficulty. Fifth, the uncertainty that surrounds climate change is very great. It includes the likelihood of irreversible changes to societies and to nature, and even a small chance of catastrophe. This degree of uncertainty sets special problems for economics (Nelson, 2013).

## 3.6    Aggregation of costs and benefits

### 3.6.1    Aggregating individual wellbeing

Policies that respond to climate change almost always have some good and some bad effects; we say they have 'benefits' and 'costs'. In choos-ing a policy, we may treat one of the available options as a standard of comparison—for instance, the status quo. Other options will have costs and benefits relative to this standard. Most mitigation strategies have costs in the present and yield benefits in the future. Policy-making involves assessing the values of these benefits and costs and weigh-ing them against each other. Chapter 6 contains an example in which different mitigation strategies yielding different temporal allocations of climate impacts are compared. The weighing of costs and benefits need not be a precise process. Sections 3.2 and 3.4 explain that costs

and benefits may be values of very different sorts, which cannot be precisely weighed against each other. They may also be very uncertain.

Nevertheless, the discipline of economics has developed methods for measuring numerically values of one particular sort: human wellbeing. In this section, we describe these methods; Section 3.5 explains their serious limitations. Economists often use money as their unit of mea-surement for values, but not always. In health economics, for example, the unit of benefit for health care is often the 'quality-adjusted life year' (QALY) (see Box 3.3). In economics, monetary measures of value are used in cost-effectiveness analysis (see Weimer and Vining, 2010), in estimating the social cost of carbon (see Section 3.9.4), in inter-tem-poral optimization within IAMs (e. g., Stern, 2007; Nordhaus, 2008), in CBA and elsewhere.

Generally the overall value of aggregate wellbeing needs to be mea-sured, and not merely the wellbeing of each individual. A numerical measure of overall wellbeing may be based on ethical analysis, through a SWF of the sort introduced in Section 3.4. This basis of valuation is described here. The literature contains a putative alternative basis built on the 'potential Pareto criterion' (see Box 3.4), but this is subject to severe objections (De Scitovszky, 1941; Gorman, 1955; Arrow, 1963, Chapter 4; Boadway and Bruce, 1984; Blackorby and Donaldson, 1990).

We take as our point of departure the formulation of the SWF in Equa-tion 3.4.2, which is based on assumptions described in Section 3.4.6. To these we now add a further assumption that times are separable, meaning that the distribution of wellbeing can be evaluated at each time period and its overall value is an aggregate of these separate 'snap-shot' values. A theorem of Gorman's (1968) ensures that social welfare then takes the fully additively separable form:

**Equation 3.6.1**    $V = \delta_1 V_1 + \delta_2 V_2 + \ldots + \delta_T V_T$

**3**

where each $V_t$ is the value of wellbeing at time $t$ and is the total of the values of individual wellbeings at that time. That is:

Equation 3.6.2 $\quad V_t = v(w_{1t}) + v(w_{2t}) + \ldots + v(w_{lt})$

Each $w_{it}$ is the temporal wellbeing of person i at time $t$. Each $\delta_t$ is a 'discount factor', which shows how wellbeing at time $t$ is valued relative to wellbeing at other times.

The assumption that times are separable has some unsatisfactory consequences. First, it cannot give value to equality between people's lives taken as a whole, but only to equality at each particular time. Second, Equation 3.6.1 is inconsistent with average utilitarianism, or with valuing per capita temporal wellbeing at any time, whereas per capita wellbeing is a common object of climate-change policy. Third, Equation 3.6.1 makes no distinction between discounting within a single person's life and intergenerational discounting. Yet a case can be made for treating these two sorts of discounting differently

(Kaplow et al., 2010). Nevertheless, this assumption and the resulting equation Equation 3.6.1 underlies the usual practice of economists when making valuations. First they aggregate temporal wellbeing across people at each time to determine a snapshot social value for each time. Then all these values are aggregated across times. This section and the next describe the usual practice based on these equations.[13] The second step—aggregation across time—is considered in Section 3.6.1. The rest of this section considers the first step—aggregation at time.

---

[13]  An alternative approach does not assume separability of times. First it determines a lifetime wellbeing for each person in the way described in Section 3.4.5. For instance, i's lifetime wellbeing might be a discounted total of her temporal wellbeings. Then this approach aggregates across people using Equation 3.4.2. See Fullerton and Rogers (1993), Murphy and Topel (2006) and Kaplow et al. (2010).

## Box 3.3 | The value of life

Climate change may shorten many people's lives, and mitigating climate change may extend many people's lives. Lives must therefore be included in any CBA that is concerned with climate change. The literature contains two different approaches to valuing a person's life. One is based on the length of time the person gains if their life is saved, adjusted according to the quality of their life during that time (QALY), an approach widely used to value lives in health economics and public health. For assessing the impact of climate on human health and longevity, the World Health Organization uses the 'disability-adjusted life year' (DALY), which is similar (Mathers et al., 2009; for DALYs see, Murray, 1994).

The other approach values the extension of a person's life on the basis of what they would be willing to pay for it. In practice, this figure is usually derived from what the person would be willing to pay for an increased chance of having an extended life. If, say, a person is willing to pay $100 to reduce her chance of dying in a road accident from 2 in 10,000 to 1 in 10,000, then her willingness to pay (WTP) for extending her life is $100 \times 10,000 = $1 million. A WTP measure of the value of life is widely used in environmental economics (e.g., U.S. Environmental Protection Agency, 2010 Appendix B); it is often known as a 'value of statistical life' (Viscusi and Aldy, 2003).

The main differences between these approaches are:

1.  Since WTP is measured in money, it is immediately comparable with other values measured in money. QALYs need to be

assigned a monetary value to make them comparable (Mason et al., 2009).
2.  The use of QALYs implies a theoretical assumption about the value of extending a life—that it is proportional to the length of the extension, adjusted for quality—whereas WTP methods generally leave it entirely to the individual to set a value on extending their own life (Broome, 1994).
3.  Each measure implies a different basis for interpersonal comparisons of value. When QALYs are aggregated across people by addition, the implicit assumption is that a year of healthy life has the same value for each person. When WTP is aggregated across people by addition (without distributional weights), the implicit assumption is that a dollar has the same value for each person. Neither assumption is accurate, but for comparisons involving very rich countries and very poor ones, the former assumption seems nearer the truth (Broome, 2012, Chapter 9).

The two approaches can converge. The text explains that distributional weights should be applied to monetary values before they are aggregated, and this is true of WTP for extending life. If appropriate weights are applied, WTP becomes more nearly proportional to QALYs. Indeed, if we adopt the assumption that a QALY has the same value for each person, we may use it to give us a basis for calculating distributional weights to apply to money values (Somanathan, 2006). For example, suppose WTP for a 30-year extension to healthy life in the United States is USD 5 million, and in India it is USD 250,000; then, on this assumption, USD 1 to an Indian has the same social value as USD 20 to an American.

**3**

In sum, the effect of a change in social value at a particular time is calculated by aggregating the monetary value of the change to each person, weighted by the social marginal value of money to the person, which is the product of the marginal benefit of money to that person and the marginal social value of their wellbeing (Fleurbaey, 2009). Since the marginal benefit of money is generally assumed to diminish with increasing income, the marginal social value of money can be assumed to do the same.

Many practical CBAs value costs and benefits according to aggregated monetary values without any weighting. The implicit assumption is that the marginal social value of money is the same for each person. The consequence of omitting weights is particularly marked when applying CBA to climate change, where extreme differences in wealth between rich and poor countries need to be taken into account. An example appeared in the Second Assessment Report of the IPCC (1995), where it considered the value of human life. The report showed that the effect of ignoring weighting factors would be to assign perhaps twenty times more value to an American life than to an Indian life. (See also Box 3.3). Even within a single country, weighting makes a big difference. Drèze (1998) examined the benefits of reducing pollution in Delhi and contrasts New Delhi, which is relatively rich, with Delhi, which is relatively poorer. If the criterion is reducing pollution for the greatest number of people, then projects in Delhi will be favoured; whereas projects in New Delhi will be favoured if the criterion is unweighted net benefits.

Another example of a monetary measure of value that does not incorporate distributional weights is Gross Domestic Product (GDP). To evaluate changes by their effect on GDP is, once again, to assume that the value of a dollar to a rich person is the same as its value to a poor person (Schneider et al., 2000).

It is sometimes assumed that CBA is conducted against the background of efficient markets and an optimal redistributive taxation system, so that the distribution of income can be taken as ideal from society's point of view. If that were true, it might reduce the need for distributional weights. But this is not an acceptable assumption for most projects aimed at climate change. Credit and risk-sharing markets are imperfect at the world level, global coordination is limited by agency problems, information is asymmetric, and no supra-national tax authority can reduce worldwide inequalities. Furthermore, intergenerational transfers are difficult. In any case, the power of taxation to redistribute income is limited because redistributive taxes create inefficiency (Mirrlees, 1971). Even optimal taxation would therefore not remove the need for distributional weights. Thus, the assumption that incomes are (second-best) optimally redistributed does not neutralize the argument for welfare weights in aggregating costs and benefits.

The need for weights makes valuation more complicated in practice. The data available for costs and benefits is generally aggregated across people, rather than separated for particular individuals. This means that weights cannot be applied directly to individuals' costs and benefits, as they ideally should be. This difficulty can be overcome by applying suit-

ably calculated weights to the prices of commodities, calculated on the basis of income distribution of each commodity's consumers.[14]

## 3.6.2   Aggregating costs and benefits across time

In climate change decisions, aggregating the pros and cons of alternative actions is particularly difficult because most benefits of mitigation will materialize only in the distant future. On the other hand, the costs of mitigation are borne today. Using a discount rate can therefore make a big difference in evaluating long-term projects or investments for climate change mitigation. For example, a benefit of $1 million occurring in 100 years has a present value of $369,000 if the discount rate is 1%, $52,000 if it is 3%, and $ 1,152 if it is 7%. An important debate in economics since AR4, spawned in part by the Stern (2007) Review, has centred on the discount rate that should be applied in evaluating climate change impacts and mitigation costs (Nordhaus, 2007; Stern, 2008; Dasgupta, 2008; Smith, 2010; see also Quiggin, 2008).

A descriptive approach to discounting examines how human beings trade-off the present against their own futures. It focuses on how individuals and markets make inter-temporal financial decisions, as revealed by the market interest rate. A simple arbitrage argument favours using the interest rate as the discount rate for climate policy decisions: if one reallocates capital from a safe but marginal project (whose return must be equal to the interest rate) to a safe project with the same maturity whose return is smaller than the interest rate, the net impact is null for the current generation, and is negative for future generations. Thus, when projects are financed by a reallocation of capital rather than an increase in aggregate saving (reducing consumption), the discount rate should be equal to the shadow cost of capital.

Table 3.1 documents real returns on different classes of assets in western countries, including government bonds, which are usually considered to be the safest, most risk-free assets. As can be seen, these rates are close to zero.

The same arbitrage argument could be used to discount risky projects. In that case, the discount rate should be equal to the expected rate of return of traded assets with the same risk profile. For example, if the project has the same risk profile as a diversified portfolio of equity, one should use the expected rate of return of equity, as documented in Table 3.1. It contains a relatively large equity premium.

This descriptive approach to the discount rate has many drawbacks. First, we should not expect markets to aggregate preferences efficiently when some agents are not able to trade, as is the case for future generations (Diamond, 1977). Second, current interest rates

---

[14]   The method is presented in Drèze and Stern (1989, pp. 909–989). Applications of distributional weights to climate change appear in Azar and Sterner (1996); and Fankhauser et al. (1997).

**Table 3.1 |** Real returns of financial assets. Source: Updated data from (Dimson, 2002), in Gollier (2012).

| | Government Bills (maturity < 1 year) | | Government Bonds (maturity = 10 years) | | Equity | |
|---|---|---|---|---|---|---|
| | 1900–2006 | 1971–2006 | 1900–2006 | 1971–2006 | 1900–2006 | 1971–2006 |
| Australia | 0.6 % | 2.5 % | 1.3 % | 2.8 % | 7.8 % | 6.3 % |
| France | −2.9 % | 1.2 % | −0.3 % | 6.6 % | 3.7 % | 7.8 % |
| Japan | −2.0 % | 0.4 % | −1.3 % | 3.9 % | 4.5 % | 5.0 % |
| United Kingdom | 1.0 % | 1.9 % | 1.3 % | 3.9 % | 5.6 % | 7.1 % |
| USA | 1.0 % | 1.3 % | 1.9 % | 4.0 % | 6.6 % | 6.6 % |

are driven by the potentially impatient attitude of current consumers towards transferring their *own* consumption to the future. But climate change is about transferring consumption across different people and generations, so that determining the appropriate social discount rate is mostly a normative problem. Thirdly, we do not observe safe assets with maturities similar to those of climate impacts, so the arbitrage argument cannot be applied.

We now examine the problem of a social policy-maker who must make climate policy choices using a SWF discussed earlier. In aggregating damages and costs over time, in order to make things comparable across long periods we value consumption changes in the future by equivalent changes in consumption today. These changes in the structure of consumption should be evaluated in monetary terms using values described in Section 3.6.1.1. The incorporation of the intergenerational equity objective has challenged the traditional CBA approach for the evaluation of climate change policies. Practitioners of CBA and evaluators are expected to use discount rates that are consistent with the pre-specified SWF that represents the society's intergenerational values, as in AR2 (1995). We simplify the model used in Section 3.6.1.1 by assuming only one generation per period and only one consumer good. In an uncertain context, an action is socially desirable if it raises the SWF given by 3.6.1:

**Equation 3.6.3**     $V = \sum_{t=0}^{\infty} e^{-\delta t} Eu(c_t)$

where $u(c_t) = v(w(c_t)) = V_t$ is the contribution to the SWF of generation t consuming $c_t$. Because $c_t$ is uncertain, one should take the expectation $Eu(c_t)$ of this uncertain contribution. The concavity of function $u$ combines prioritarism (inequality aversion) and risk aversion. Parameter $\delta$ measures our collective pure preference for the present, so that the discount factor $d(t) = e^{-\delta t}$ decreases exponentially. $\delta$ is an ethical parameter that is not related to the level of impatience shown by individuals in weighting their own future wellbeing (Frederick et al., 2002). Many authors have argued for a rate of zero or near-zero (Ramsey, 1928; Pigou, 1932; Harrod, 1949; Parfit, 1986; Cowen, 1992; Schelling, 1995; Broome, 2004; Stern, 2008). Assuming $\delta > 0$ would penalize future generations just because they are born later. Many regard such 'datism' to be as ethically unacceptable as sexism or racism. Cowen (1992) points out that discounting violates the Pareto principle for a person who might live either at one time or at a later time. Some have

argued for a positive rate (Dasgupta and Heal, 1980; Arrow, 1999). A traditional argument against a zero rate is that it places an extremely heavy moral burden on the current generation (see, e.g., Dasgupta, 2007). But even when $\delta = 0$, as we see below, we still end up with a discount rate of about 4 %, which is higher than it was during the last century. Stern (2008) used $\delta = 0.1$ % to account for risk of extinction. We conclude that a broad consensus is for a zero or near-zero pure rate of time preference for the present.

In a growing economy ($c_t > c_0$), investing for the future in a safe project has the undesirable effect of transferring consumption from the poor (current generations) to the wealthy (future generations). Thus, investing in safe projects raises intergenerational inequalities. The discount rate can then be interpreted as the minimum rate of return that is necessary to compensate for this adverse effect on the SWF of investing for the future. This is summarized by the Ramsey rule (i.e., the consumption approach to discounting) (Ramsey, 1928). Assuming a standard constant elasticity in the consumption utility function (e.g., $u(c) = c^{1-\eta}/(1-\eta)$), and no uncertainty,[15] the minimum rate of return $\rho_t$ of a project that marginally transfers consumption from 0 to t and that guarantees an increase of intergenerational welfare V is defined as follows:

**Equation 3.6.4**     $\rho_t = \delta + \eta g_t$

where $\delta$ represents the pure rate at which society discounts the utility of future generations, and $g_t$ is the annualized growth rate of monetized consumption anticipated at date *t*, and $\eta > 0$ measures inequality aversion. The greater the anticipated economic growth rate $g_t$, the higher the social discount rate $\rho_t$. The growth rate $g_t$ is an empirical variable that represents our collective beliefs about prospective economic growth. In Box 3.5, we discuss plausible values for the inequality aversion parameter $\eta$.

---

[15]    For alternative assumptions, see Gollier (2002).

229

**3**

## Box 3.5 | Plausible values for collective inequality aversion ($\eta$)

Consider the following thought experiment. A country has two equally populated social groups. The wealthy group consumes twice as many goods and services as the poor group. Consider also an economic policy whose aim is to increase consumption by 1 unit for every person in the poor group. This implies a reduction of consumption for every wealthy person by x units, which may not be equal to 1 owing to inherent inefficiencies in the tax system. If one is neutral about inequalities, one would not accept this policy if x is larger than 1. Inequality aversion justifies accepting some productive inefficiency, so that an x larger than 1 may be allowed. What is the maximum value of x that one would accept to implement the policy? Answering this question

tells us something about inequality aversion, with a large x being associated with a larger $\eta$. If one is collectively ready to sacrifice as much as x = 2 units of consumption from the rich to provide one unit of consumption to the poor, this is compatible with an inequality aversion index $\eta = 1$. An x of 4 or 8 would correspond to an index of inequality aversion of 2 and 3, respectively.

Behind the veil of ignorance (Rawls, 1971), our collective preferences towards inequality should be identified as our individual risk aversion. The economic literature in finance and macroeconomics usually assumes a $\eta$ between 1 and 5 to explain observed behaviours towards risk, as well as asset prices (Kocherlakota, 1996).

By using a near-zero time discount rate, Stern (2007, see also 2008) advanced the debate in the literature. Despite disagreement on the empirical approach to estimating the discount rate, the literature suggests consensus for using declining discount rates over time. Different prominent authors and committees have taken different positions on the values of $\delta$, $\eta$ and $g$, making different recommendations for the social discount rate $\rho$. We summarize them in Table 3.2.

In Table 3.2, the Ramsey formula can be seen to yield a wide range of discount rates, although most or all of the estimates reflect developed country experience. From this table and Box 3.5, a relative consensus emerges in favour of $\delta = 0$ and $\eta$ between 1 and 3, although they are prescriptive parameters. This means that the normative Ramsey rule leads to a recommendation for a social discount rate of between one and three times the estimated growth rate in consumption between

today and the relevant safe benefit or cost to be discounted. The social discount rate is normative because it relies on the intensity of our collective inequality aversion. However, the practical coherence of our ethical principles requires that if one has high inequality aversion, one should also redistribute wealth more assiduously from the currently rich to the currently poor. Furthermore, it is ultimately a judgement by the policymaker on the appropriate value of the parameters of the Ramsey rule, and thus the social discount rate.

The discount rate described here should be used to discount risk-free costs and benefits (Anthoff et al., 2009). The rates that appear in Table 3.2 are higher than real interest rates observed on financial markets, as documented in Table 3.1. This discrepancy defines the risk-free rate puzzle (Weil, 1989). The recent literature on discounting has tried to solve this puzzle by taking into account the uncertainty surrounding economic

**Table 3.2 |** Calibration of the discount rate based on the Ramsey rule (Equation 3.6.4).

| Author | Rate of pure preference for present | Inequality aversion | Anticipated Growth rate | Implied social discount rate |
|---|---|---|---|---|
| Cline (1992) | 0% | 1.5 | 1% | 1.5% |
| IPCC (1996) | 0% | 1.5–2 | 1.6%–8% | 2.4%–16% |
| Arrow (1999) | 0% | 2 | 2% | 4% |
| UK: Green Book (HM Treasury, 2003) | 1.5% | 1 | 2% | 3.5%* |
| US UMB (2003)** | | | | 3%–7% |
| France: Rapport Lebègue (2005) | 0% | 2 | 2% | 4%* |
| Stern (2007) | 0.1% | 1 | 1.3% | 1.4% |
| Arrow (2007) | | 2–3 | | |
| Dasgupta (2007) | 0.1% | 2–4 | | |
| Weitzman (2007a) | 2% | 2 | 2% | 6% |
| Nordhaus (2008) | 1% | 2 | 2% | 5% |

Notes:
*      Decreasing with the time horizon.
**     OMB uses a descriptive approach.

Table 3.3 | Country-specific discount rate computed from the Ramsey rule (Equation 3.6.5) using the historical mean g and standard deviation σ of growth rates of real GDP/cap 1969–2010, together with δ = 0, and η = 2. Source: Gollier (2012).

| Country | | g | σ | Discount rate | |
|---|---|---|---|---|---|
| | | | | Ramsey rule Equation 3.6.4 | Extended Ramsey rule |
| OECD countries | United States | 1.74% | 2.11% | 3.48% | 3.35% |
| | United Kingdom | 1.86% | 2.18% | 3.72% | 3.58% |
| | Japan | 2.34% | 2.61% | 4.68% | 4.48% |
| Economies in transition | China | 7.60% | 3.53% | 15.20% | 14.83% |
| | India | 3.34% | 3.03% | 6.68% | 6.40% |
| | Russia | 1.54% | 5.59% | 3.08% | 2.14% |
| Africa | Gabon | 1.29% | 9.63% | 2.58% | −0.20% |
| | Zaire (RDC) | −2.76% | 5.31% | −5.52% | −6.37% |
| | Zambia | −0.69% | 4.01% | −1.38% | −1.86% |
| | Zimbabwe | −0.26% | 6.50% | −0.52% | −1.79% |

growth. Prudent agents should care more about the future if the future is more uncertain, in line with the concept of sustainable development. Assuming a random walk for the growth rate of consumption per capita, this argument applied to Equation 3.6.4 leads to an extended Ramsey rule in which a negative precautionary effect is added:

Equation 3.6.5     $\rho_t = \delta + \eta g_t - 0.5\,\eta(\eta + 1)\sigma_t^2$

where $\sigma_t$ is the annualized volatility of the growth rate of GDP/cap, and $g_t$ is now the expected annualized growth rate until time horizon $t$. In Table 3.3, we calibrate this formula for different countries by using the estimation of the trend and volatility parameters of observed growth rates of consumption per capita over the period 1969–2010, using $\eta = 2$. We learn from this Table that the Ramsey rule (Equation 3.4.1) often provides a good approximation of the social discount rate to be applied to consumption. It also shows that because of differences in growth expectations, nations may have different attitudes towards reducing present consumption for the benefit of future generations. This is also a further source of international disagreement on the strength of GHG mitigation efforts. The global discount rate for evaluating global actions will therefore depend on how costs and benefits are allocated across countries.[16]

A prudent society should favour actions that generate more benefits for the generations that face greater uncertainty, which justifies a

decreasing term structure for risk-free discount rates (Gollier, 2012; Arrow et al., 2013; Weitzman, 2013). These results are related to the literature on Gamma discounting (Weitzman, 1998, 2001, 2010b; Newell and Pizer, 2003; Gollier and Weitzman, 2010). A simple guideline emerging from this literature is that the long-maturity discount rate is equal to the smallest discount rate computed from Equation 3.6.5 with the different plausible levels of its parameters. For example, assuming $\eta = 2$, if the trend of growth $g_t$ is unknown but somewhere between 1% and 3%, a discount rate around 2 x mean (1%, 3%) = 4% is socially desirable in the short term, although a discount rate of only 2 x min (1%, 3%) = 2% is desirable for very long maturities.

Assuming a constant rate of pure preference for the present (actually $\delta = 0$), these recommendations yield a perfectly time-consistent valuation strategy, although the resulting discount rates decrease with maturity. A time inconsistency problem arises only if we assume that the rate of pure preference for the present varies according to the time horizon. Economists have tended to focus on hyperbolic discounting and time inconsistency (Laibson, 1997) and the separation between risk aversion and consumption aversion fluctuations over time (Epstein and Zin, 1991). See Section 3.10.1 and Chapter 2.

The literature deals mainly with the rate at which safe projects should be discounted. In most cases, however, actions with long-lasting impacts are highly uncertain, something that must be taken into account by their evaluation. Actions that reduce the aggregated risk borne by individuals should be rewarded and those that increase risk should be penalized. This has traditionally been done by raising the discount rate of a project by a risk premium $\pi = \beta\pi_0$ that is equal to the project-specific risk measure $\beta$ times a global risk premium $\pi_0$. The project-specific beta is defined as the expected increase in the benefit of the project when the consumption per capita increases by 1%. It measures the additional risk that the action imposes on the community. On average, it should be around 1. As we see from Table 3.3,

_____

[16]    Table 3.3 is based on the assumption that the growth process is a random walk, so that the average growth rate converges to its mean in the very long run. It would be more realistic to recognize that economic growth has a much more uncertain nature in the long run: shocks on growth rates are often persistent, economies faces long-term cycles of uncertain length, and some parameters of the growth process are uncertain. Because these phenomena generate a positive correlation in future annual growth rates, they tend to magnify the uncertainty affecting the wellbeing of distant generations, compared to the random walk hypothesis of the extended Ramsey rule (Equation 3.6.5).

the risk premium as measured by the difference between the rate of return on bonds and the rate of return on equity is between 3 % and 6 %. A more normative approach described by the consumption-based capital asset pricing model (Cochrane, 2001) would lead to a much smaller risk premium equalling $\pi_{gt} = \eta\sigma_c^2$ if calibrated on the volatility of growth in western economies.[17] However, Barro (2006, 2009) and Martin (2013) recently showed that the introduction of rare catastrophic events—similar to those observed in some developing countries during the last century—can justify using a low safe discount rate of around 1 % and a large aggregate risk premium of around 4 % at the same time. The true discount rate to be used in the context of climate change will then rely heavily on the climate beta. So far, almost no research has been conducted on the value of the climate beta, that is, the statistical relationship between the level of climate damage and the level of consumption per capita in the future. The exception is Sandsmark and Vennemo (2006), who suggest that it is almost zero. But existing Integrated Assessment Models (IAMs) show that more climate damage is incurred in scenarios with higher economic growth, suggesting that combating climate change does not provide a hedge against the global risk borne by future generations. Nordhaus (2011b) assumes that the actual damages borne by future generations are increasing, so that the climate beta is positive, and the discount rate for climate change should be larger than just applying the extended Ramsey rule.

Several authors (Malinvaud, 1953; Guesnerie, 2004; Weikard and Zhu, 2005; Hoel and Sterner, 2007; Sterner and Persson, 2008; Gollier, 2010; Traeger, 2011; Guéant et al., 2012) emphasize the need to take into account the evolution of relative prices in CBAs involving the distant future. In a growing economy, non-reproducible goods like environmental assets will become relatively scarcer in the future, thereby implying an increasing social value.

### 3.6.3    Co-benefits and adverse side-effects

This section defines the concept of co-benefits and provides a general framework for analysis in other chapters (a negative co-benefit is labelled an 'adverse side effect'). A good example of a co-benefit in the literature is the reduction of local pollutants resulting from a carbon policy that reduces the use of fossil fuels and fossil-fuel-related local pollutants (see Sections 5.7 and 6.6.2.1). It is also important to distinguish between co-benefits and the societal welfare consequences of generated co-benefits. To use the same example, if local pollutants are already heavily regulated, then the net welfare benefits of further reductions in local pollutants may be small or even negative.

#### 3.6.3.1    A general framework for evaluation of co-benefits and adverse side-effects

As a simple example, suppose social welfare $V$ is a function of different goods or objectives $z_i$ ($i = 1, …, m$), and that each of those objectives might be influenced by some policy instrument, $p_1$.[18] The policy may have an impact on several objectives at the same time. Now consider a marginal change $dp_1$ in the policy. The welfare effect is given by:

**Equation 3.6.6**    $dV = \sum_{i=1}^{m} \frac{\partial V}{\partial z_i} \frac{\partial z_i}{\partial p_1} dp_1$

For example, suppose $dp_1 > 0$ is additional GHG abatement (tightening the cap on carbon dioxide ($CO_2$) emissions). Then the 'direct' benefits of that climate policy might include effects on climate objectives, such as mean global temperature ($z_1$), sea level rise ($z_2$), agricultural productivity ($z_3$), biodiversity ($z_4$), and health effects of global warming ($z_5$). The 'co-benefits' of that climate policy might include changes in a set of objectives such as $SO_2$ emissions ($z_6$), energy security ($z_7$), labour supply and employment ($z_8$), the distribution of income ($z_9$), the degree of urban sprawl ($z_{10}$), and the sustainability of the growth of developing countries ($z_{11}$). See Table 15.1 for an overview of objectives discussed in the sector chapters in the context of co-benefits and adverse side-effects. The few studies that attempt a full evaluation of the global welfare effects of mitigation co-benefits focus only on a few objectives because of methodological challenges (as assessed in Section 6.6). For discussion of income distribution objectives, see the 'social welfare functions' in Section 3.4.6.

Because this problem inherently involves multiple objectives, it can be analysed using Multi-Criteria Analysis (MCA) that "requires policymakers to state explicit reasons for choosing policies, with reference to the multiple objectives that each policy seeks to achieve" (Dubash et al., 2013, p. 47). See also Section 3.7.2.1, Section 6.6 and McCollum et al. (2012).

Even external effects on public health could turn out to be either direct benefits of climate policy or co-benefits. The social cost of carbon includes the increased future incidence of heat stroke, heart attacks, malaria, and other warm climate diseases. Any reduction in such health-related costs of climate change is therefore a direct benefit of climate policy. The definition of a co-benefit is limited to the effect of reductions in health effects caused by non-climate impacts of mitigation efforts.

Use of the terminology should be clear and consistent. CBAs need to include *all* gains and losses from the climate policy being analysed—as shown in Equation 3.6.6—the sum of welfare effects from direct benefits net of costs, plus the welfare effects of co-benefits and adverse side effects.

---

[17]    With a volatility in the growth rate of consumption per capita around $\sigma_c = 4$ % (see Table 3.3), and a degree of inequality aversion of, $\eta = 2$, we obtain a risk premium of only $\pi_{gt} = 0.32$ %.

[18]    This $V$ is a loose interpretation of a social welfare function, such as defined in Equation 3.6.2, insofar as welfare is not usually represented a function of policy objectives or aggregate quantities of goods.

Here, the co-benefit is defined as the effect on a non-climate objective ($\partial z_i/\partial p_1$), leaving aside social welfare (not multiplied by $\partial V/\partial z_i$). In contrast, the 'value' of the co-benefit is the effect on social welfare ($\partial V/\partial z_i$), which could be evaluated by economists using valuation methods discussed elsewhere in this chapter.[19] It may require use of a 'second-best' analysis that accounts for multiple market distortions (Lipsey and Lancaster, 1956). This is not a minor issue. In particular, $\partial V/\partial z_i$ may be positive or negative.

The full evaluation of dV in the equation above involves four steps: first, identify the various multiple objectives $z_i$ ($i = 1, …, m$) (see, e.g., Table 4.8.1 for a particular climate policy such as a $CO_2$ emissions cap); second, identify all significant effects on all those objectives (direct effects and co-effects $\partial z_i/\partial p_1$, for $i = 1, …, m$) (see Chapters 7–12); third, evaluate each effect on social welfare (multiply each $\partial z_i/\partial p_1$ by $\partial V/\partial z_i$); and fourth, aggregate them as in Equation 3.6.6. Of course, computing social welfare also has normative dimensions (see Section 3.4.6).

### 3.6.3.2    The valuation of co-benefits and adverse side-effects

The list of goods or objectives $z_i$ ($i = 1, …, m$) could include any commodity, but some formulations allow the omission of goods sold in markets with no market failure or distortion, where the social marginal benefit (all to the consumer) is equal to the social marginal cost (all on the producer). With no distortion in a market for good i, a small change in quantity has no net effect on welfare ($\partial V/\partial z_i = 0$). The effect on welfare is *not* zero, however, if climate policy affects the quantity of a good sold in a market with a 'market failure', such as non-competitive market power, an externality, or any pre-existing tax. In general, either monopoly power or a tax would raise the price paid by consumers relative to the marginal cost faced by producers. In such cases, any increase in the commodity would have a social marginal benefit higher than social marginal cost (a net gain in welfare).

We now describe a set of studies that have evaluated some co-benefits and adverse side-effects (many more studies are reviewed in Sections 5.7, 7.9, 8.7, 9.7, 10.8, 11.7, 12.8 and synthesized in Section 6.6). First, oligopolies may exert market power and raise prices above marginal cost in large industries such as natural resource extraction, iron and steel, or cement. And climate policy may affect that market power. Ryan (2012) finds that a prominent environmental policy in the United States actually increased the market power of incumbent cement manufactures, because it decreased competition from potential entrants that faced higher sunk costs. That is, it created barriers to entry. That effect led to a significant loss in consumer surplus that was not incorporated in the policy's initial benefit-cost analysis.

Second, Ren et al. (2011) point out that a climate policy to reduce $CO_2$ emissions may increase the use of biofuels, but that "corn-based ethanol production discharges nitrogen into the water environment … [which] … can cause respiratory problems in infants and exacerbate algae growth and hypoxia in water bodies" (p. 498). In other words, a change in climate policy ($dp_1$) affects the use of nitrogen fertilizer and its runoff ($\partial z_i/\partial p_1$). The effect is an 'adverse side effect.' If nitrogen runoff regulation is less than optimal, the effect on social welfare is negative ($\partial V/\partial z_i < 0$).

Third, arguably the most studied co-benefits of climate policy are the effects on local air pollutant emissions, air quality, and health effects of ground-level ozone (see Section 6.6 for a synthesis of findings from scenario literature and sector-specific measures). Burtraw et al. (2003) conclude that a USD 25 per tonne carbon tax in the United States would reduce $NO_x$ emissions and thereby provide health improvements. Further, the researchers valued these health co-benefits at $USD_{1997}$ 8 ($USD_{2010}$ 10,50) per tonne of carbon reduction in the year 2010. More recently, Groosman et al. (2011) model a specific U.S. climate policy proposal (Warner-Lieberman, S.2191). They calculate effects on health from changes in local flow pollutants (a co-benefit). These health co-benefits mainly come from reductions in particulates and ozone, attributable to reductions in use of coal-fired power plants (Burtraw et al., 2003; Groosman et al., 2011).[20] The authors also value that co-benefit at $USD_{2006}$ 103 billion to $USD_{2006}$ 1.2 trillion ($USD_{2010}$ 111 billion to $USD_{2010}$ 1,3 billion) for the years 2010–2030. That total amount corresponds to USD 1 to USD 77 per tonne of $CO_2$ (depending on model assumptions and year; see Section 5.7 for a review of a broader set of studies with higher values particularly for developing countries).

Researchers have calculated climate policy co-benefits in many other countries; for instance, Sweden (Riekkola et al., 2011), China (Aunan et al., 2004), and Chile (Dessus and O'Connor, 2003).

A complete analysis of climate policy would measure all such direct or side-effects ($\partial z_i/\partial p_1$) while recognizing that other markets may be functioning properly or be partially regulated (for optimal regulation, $\partial V/\partial z_i = 0$). If the externality from $SO_2$ is already partly corrected by a tax or permit price that is less than the marginal environmental damage (MED) of $SO_2$, for example, then the welfare gain from a small reduction in $SO_2$ may be less than its MED. Or, if the price per tonne of $SO_2$ is equal to its MED, and climate policy causes a small reduction in $SO_2$, then the social value of that co-benefit is zero.[21] Similarly, if the labour market is functioning properly with no involuntary unemploy-

---

[19]   We distinguish here between the welfare effect of the co-benefit ($\partial V/\partial z_i$) and the welfare effect of the policy operating through a particular co-benefit ($\frac{\partial V}{\partial z_i} \cdot \frac{\partial z_i}{\partial p_1} \, dp_1$).

---

[20]   Both of the cited studies estimate the dollar value of health improvements, but these are 'gross' benefits that may or may not correctly account for the offsetting effects of existing controls on these local pollution emissions, which is necessary to determine the net welfare impacts.

[21]   This 'marginal' analysis contemplates a small change in either $CO_2$ or $SO_2$. If either of those changes is large, however, then the analysis is somewhat different.

**3**

ment, then climate policy may have direct costs from use of that labour but no welfare gain from changes in employment. In other words, in measuring the welfare effects of co-benefits, it is not generally appropriate simply to use the gross marginal value associated with a co-benefit.

In the context of externalities and taxes, this point can be formalized by the following extension of Fullerton and Metcalf (2001):

**Equation 3.6.7**  $\quad dV = \sum_{i=1}^{m} (t_i - \mu_i) \frac{\partial z_i}{\partial p_1} dp_1$

On the right side of the equation, $\mu_i$ is the MED from the i$^{th}$ commodity; and $t_i$ is its tax rate (or permit price, or the effect of a mandate that makes an input such as emissions more costly). The effect of each good on welfare ($\partial V/\partial z_i$ in Equation 3.6.6 above) is reduced in this model to just $(t_i - \mu_i)$. The intuition is simple: $t_i$ is the buyer's social marginal benefit minus the seller's cost; the externality $\mu_i$ is the social marginal cost minus the seller's cost. Therefore, $(t_i - \mu_i)$ is the social marginal benefit minus social marginal cost. It is the net effect on welfare from a change in that commodity. If every externality $\mu_i$ is corrected by a tax rate or price exactly equal to $\mu_i$, then the outcome is 'first best'. In that case, $dV$ in Equation 3.6.7 is equal to zero, which means welfare cannot be improved by any change in any policy. If any $t_i$ is not equal to $\mu_i$, however, then the outcome is not optimal, and a 'second best' policy might improve welfare if it has any direct or indirect effect on the amount of that good.

Although the model underlying Equation 3.6.7 is static and climate change is inherently dynamic, the concepts represented in the static model can be used to understand the application to climate. Climate policy reduces carbon emissions, but Equation 3.6.7 shows that this 'direct' effect does not add to social welfare unless the damage per tonne of carbon ($\mu_c$) exceeds the tax on carbon ($t_c$). The social cost of carbon is discussed in Section 3.9.4. To see a co-benefit in this equation, suppose $z_s$ is the quantity of $SO_2$ emissions, $t_s$ is the tax per tonne, and $\mu_s$ is the MED of additional $SO_2$. If the tax on $SO_2$ is too small to correct for the externality ($t_s - \mu_s < 0$), then the market provides 'too much' of it, and any policy such as a carbon tax that reduces the amount of $SO_2$ ($\partial z_s/\partial p_1 < 0$) would increase economic welfare. The equation sums over all such effects in all markets for all other inputs, outputs, and pollutants.

If those local pollution externalities are already completely corrected by a tax or other policy ($t_s = \mu_s$), however, then a reduction in $SO_2$ adds nothing to welfare. The existing policy raises the firm's cost of $SO_2$ emissions by exactly the MED. That firm's consumers reap the full social marginal benefit per tonne of $SO_2$ through consumption of the output, but those consumers also pay the full social marginal cost per tonne of $SO_2$. In that case, one additional tonne of $SO_2$ has social costs exactly equal to social benefits, so any small increase or decrease in $SO_2$ emissions caused by climate policy provides no net social gain. In fact, if $t_s > \mu_s$, then these emissions are already over-corrected, and any decrease in $SO_2$ would reduce welfare.

### 3.6.3.3   The double dividend hypothesis

Another good example of a co-benefit arises from the interaction between carbon policies and other policies (Parry, 1997; Parry and Williams, 1999). Though enacted to reduce GHG emissions, a climate policy may also raise product prices and thus interact with other taxes that also raise product prices. Since the excess burden of taxation rises more than proportionately with the size of the overall effective marginal tax rate, the carbon policy's addition to excess burden may be much larger if it is added into a system with high taxes on output or inputs.

This logic has given rise to the 'double dividend hypothesis' that an emissions tax can both improve the environment and provide revenue to reduce other distorting taxes and thus improve efficiency of the tax system (e.g., Oates and Schwab, 1988; Pearce, 1991; Parry, 1995; Stern, 2009).[22] Parry (1997) and Goulder et al. (1997) conclude that the implementation of a carbon tax or emissions trading can increase the deadweight loss of pre-existing labour tax distortions (the 'tax interaction effect'), but revenue can be used to offset distortionary taxes (the 'revenue recycling effect'). Parry and Williams (1999) investigate the impacts of existing tax distortions in the labour market for eight climate policy instruments (including energy taxes and performance standards) for the United States in 1995. They conclude that pre-existing tax distortions raise the costs of all abatement policies, so the co-benefits of carbon taxes or emissions trading depend on whether generated revenues can be directed to reduce other distortionary taxes. A lesson is that forgoing revenue-raising opportunities from a GHG regulation can significantly increase inefficiencies. The European Union is auctioning an increasing share of permits with revenue going to Member States (see 14.4.2). Australia is using a large share of carbon pricing revenue to reduce income tax (Jotzo, 2012).

To put this discussion into the context of co-benefits, note that Fullerton and Metcalf (2001) use their version of Equation 3.6.7 to consider labour ($z_l$), taxed at a pre-existing rate $t_l$ (with marginal external damages of zero, so $\mu_l = 0$). Suppose the only other distortion is from carbon emissions ($z_c$), with MED of $\mu_c$. Thus the economy has 'too little' labour supply, and 'too much' pollution. The combination 'policy change' is a small carbon tax with revenue used to cut the tax rate $t_l$. Other taxes and damages are zero ($t_i = \mu_i = 0$) for all goods other than $z_l$ and $z_c$. Thus, Equation 3.6.7 above simplifies further, to show that the two key outcomes are just the net effect on pollution ($dz_c$) and the net effect on labour ($dz_l$):

**Equation 3.6.8**  $\quad dV = t_l dz_l + (t_c - \mu_c) dz_c$

---

234

Therefore, an increase in the carbon tax that reduces emissions ($d$ $z_c < 0$) has a direct benefit of increased economic welfare through the second term, but only to the extent that emissions damages exceed the tax rate ($\mu_c > t_c$). If the labour tax cut increases labour supply, then the first term also increases welfare (a double dividend). But the carbon tax also raises the cost of production and the equilibrium output price, which itself *reduces* the *real* net wage (the tax interaction effect). If that effect dominates the reduction in the labour tax rate (from the revenue recycling effect), then labour supply may fall ($dz_L < 0$). In that case, the first term has a negative effect on wellbeing. In other words, the double-dividend is possible under some circumstances and not others. If the revenue is *not* used to cut the labour tax rate, then the real net wage does fall, and the labour supply may fall.

# 3.7 Assessing methods of policy choice

Specific climate policies are discussed in Section 3.8; in this section, we discuss methods for evaluating the relative merits of different policies. See also Alkin (2004), Pawson and Tilley (1997), Bardach (2005), Majchrzak (1984), Scriven (1991) Rossi et al. (2005), and Chen (1990). The design and choice of a specific climate policy instrument (or mix of instruments) depends on many economic, social, cultural, ethical, institutional, and political contexts. Different methods for ex-ante and ex-post analysis are available and different types of analytical approaches may be used in tandem to provide perspectives to policymakers.

## 3.7.1 Policy objectives and evaluation criteria

In addition to reducing GHG emissions, climate policy may have other objectives. Following WGIII AR4 (Gupta et al., 2007), these objectives are organized below in four broad categories: economic, distributional/fairness, environmental, and institutional/political feasibility.[23] The relative importance of these policy objectives differs among countries, especially between developed and developing countries.

In this section we discuss elements of these four categories and expand on recent policy evaluation studies (e.g., Opschoor and Turner, 1994; Ostrom, 1999; Faure and Skogh, 2003; Sterner, 2003; Mickwitz, 2003; Blok, 2007), leaving details of applications and evidence to Chapters 8–11 and 13–15.

The basic economic framework for policy analysis is depicted in Figure 3.3. This diagram illustrates both the impacts of policies and the criteria for evaluating them in the context of the production of a polluting good (i.e., emissions associated with producing a good). The focus is stylized, but we note that many 'non-economic' values can still be incorporated, to the extent that values can be placed on other considerations, such as effects on nature, culture, biodiversity and 'dignity' (see Sections 3.4.1 and 3.4.2).

As shown in Figure 3.3, the quantity of GHG emissions from producing a good, such as electricity, is shown on the horizontal axis, and the price or cost per unit of that good is shown on the vertical axis. The demand for the emissions is derived from the demand for electricity, as shown by the curve called Private Marginal Benefit (PMB). The private market supply curve is the Private Marginal Cost (PMC) of production, and so the unfettered equilibrium quantity would be $Q^0$ at equilibrium price $P^0$. This polluting activity generates external costs, however, and so each unit of output has a Social Marginal Cost (SMC) measured by the vertical sum of PMC plus Marginal External Cost (MEC). With no externalities on the demand side, PMB = SMB.

Under the stated simplifying assumptions, the social optimum is where SMC = PMB, at Q′. The first point here, then, is that the optimal quantity can be achieved by several different policies under these simple conditions. A simple regulatory quota could restrict output from $Q^0$ to Q′, or a fixed number of tradeable permits could restrict pollution to the quantity Q′. In that case, $P^n$ is the equilibrium price net of permit cost (the price received by the firm), while $P^g$ is the price gross of permit cost (paid by the consumer). The permit price is the difference,



**Figure 3.3 |** A partial equilibrium model of the costs and benefits of a market output, assuming perfect competition, perfect information, perfect mobility, full employment, and many identical consumers (so all individuals equally benefit from production and they equally bear the external cost of pollution).

---

[23]   Political factors have often been more important than economic factors in explaining instrument choice (Hepburn, 2006). Redistribution to low-income households is an important feature in Australia's emissions pricing policy (Jotzo and Hatfield-Dodds, 2011).

235

**3**

$P^g - P^n$. Alternatively, a tax of $(P^g - P^n)$ per unit of pollution would raise the firm's cost to SMC and result in equilibrium quantity Q'.

The diagram in Figure 3.3 will be used below to show how the equivalence of these instruments breaks down under more general circumstances, as well as gains and losses to various groups. In other words, we use this diagram to discuss economic as well as distributional, other environmental and cultural objectives, and institutional/political feasibility.

### 3.7.1.1      Economic objectives

**Economic efficiency.** Consider an economy's allocation of resources (goods, services, inputs, and productive activities). An allocation is efficient if it is not possible to reallocate resources so as to make at least one person better off without making someone else worse off. This is also known as the Pareto criterion for efficiency (discussed in Section 3.6.1) (see e.g., Sterner, 2003; Harrington et al., 2004; Tietenberg, 2006). In Figure 3.3, any reduction in output from $Q^0$ improves efficiency because it saves costs (height of SMC) that exceed the benefits of that output (height of PMB).[24] This reduction can be achieved by a tax levied on the externality (a carbon tax), or by tradeable emission permits. Further reductions in output generate further net gains, by the extent to which SMC exceeds SMB, until output is reduced to Q' (where SMC = SMB). Hence, the gain in economic efficiency is area C. Perfect efficiency is difficult to achieve, for practical reasons, but initial steps from $Q^0$ achieve a larger gain (SMC > SMB) than the last step to Q' (because SMC ≈ SMB near the left point of triangle C).

An aspect of economic efficiency over time is the extent to which a carbon policy encourages the right amount of investment in research, innovation, and technological change, in order to reduce GHG emissions more cheaply (Jung et al., 1996; Mundaca and Neij, 2009). See Section 3.11.

**Cost-effectiveness.** Pollution per unit of output in Figure 3.3 is fixed, but actual technologies provide different ways of reducing pollution per unit of output. A policy is cost-effective if it reduces pollution (given a climate target) at lowest cost. An important condition of cost-effectiveness is that marginal compliance costs should be equal among parties (ignoring other distortions such as regulations) (Babiker et al., 2004).

**Transaction costs.** In addition to the price paid or received, market actors face other costs in initiating and completing transactions. These costs alter the performance and relative effectiveness of different policies and need to be considered in their design, implementation, and assessment (Mundaca et al., 2013; see also Matthews, 1986, p. 906).

### 3.7.1.2      Distributional objectives

**Six distributional effects.** A policy may generate gains to some and losses to others. The fairness or overall welfare consequences of these distributional effects is important to many people and can be evaluated using a SWF, as discussed in Section 3.4.6. These effects fall into six categories (Fullerton, 2011), and are illustrated in Box 3.6 below. In Figure 3.3, any policy instrument might reduce the quantity of polluting output, such as from $Q^0$ to Q', which reduces emissions, raises the equilibrium price paid by consumers (from $P^0$ to $P^g$), and reduces the price received by firms (from $P^0$ to $P^n$). The six effects are illustrated in Box 3.6. The framework can be applied to any environmental problem and any policy to correct it.

With reference to Box 3.6, the first effect of a carbon policy on consumers is generally regressive (though most analyses are for developed countries), because the higher price of electricity imposes a heavier burden on lower income groups who spend more of their income on electricity (Metcalf, 1999; Grainger and Kolstad, 2010). However, fuel taxes tend to be progressive in developing countries (Sterner, 2011). The sign of the second effect, on factors of production, is generally ambiguous. The third effect is regressive if permits are given to firms, because then profits accrue to shareholders who tend to be in high-income brackets (Parry, 2004). But if government captures the scarcity rents by selling permits or through a carbon tax, the funds can be used to offset burdens on low-income consumers and make the overall effect progressive instead of regressive. Other effects are quite difficult to measure.

Much of the literature on 'environmental justice' discusses the potential effects of a pollution policy on neighbourhoods with residents from different income or ethnic groups (Sieg et al., 2004). Climate policies affect both GHG emissions and other local pollutants such as $SO_2$ or $NO_x$, whose concentrations vary widely. Furthermore, the cost of mitigation may not be shared equally among all income or ethnic groups. And even 'global' climate change can have different temperature impacts on different areas, or other differential effects (e.g., on coastal areas via rise in sea level).

The distributional impacts of policies include aspects such as fairness/equity (Gupta et al., 2007). A perceived unfair distribution of costs and benefits could prove politically challenging (see below), since efficiency may be gained at the expense of equity objectives.

### 3.7.1.3      Environmental objectives

**Environmental effectiveness.** A policy is environmentally effective if it achieves its expected environmental target (e.g., GHG emission reduction). The simple policies mentioned above might be equally effective in reducing pollution (from $Q^0$ to Q' in Figure 3.3), but actual policies differ in terms of ambition levels, enforcement and compliance.

---

[24]    Other approaches are discussed in Section 3.6.

**Box 3.6 | Six distributional effects of climate policy, illustrated for a permit obligation or emissions tax on coal-fired electricity, under the assumption of perfectly competitive electricity markets**

First, the policy raises the cost of generating electricity and if cost increases are passed through to consumers, for example through competitive markets or changes in regulated prices, the consumer's price increases (from $P^0$ to $P^g$), so it reduces consumer surplus. In Figure 3.3, the loss to consumers is the sum of areas A + D. Losses are greater for those who spend more on electricity.

Second, the policy reduces the net price received by the firm (from $P^0$ to $P^n$), so it reduces producer surplus by the sum of areas B + E. The effect is reduced payments to factors of production, such as labour and capital. Losses are greater for those who receive more income from the displaced factor.

Third, pollution and output are restricted, so the policy generates 'scarcity rents' such as the value of a restricted number of permits (areas A + B). If the permits are given to firms, these rents accrue to shareholders. The government could partly or fully capture the rents by selling the permits or by a tax per unit of emissions (Fullerton and Metcalf, 2001).

Fourth, because the policy restricts GHG emissions, it confers benefits on those who would otherwise suffer from climate change. The value of those benefits is areas C + D + E.

Fifth, the electricity sector uses less labour, capital and other resources. It no longer pays them (areas E + F). With perfect mobility, these factors are immediately redeployed elsewhere,

with no loss. In practice however, social costs may be substantial, including transaction costs of shifting to other industries or regions, transitional or permanent unemployment, and social and psychological displacement.

Sixth, any gain or loss described above can be capitalized into asset prices, with substantial immediate effects for current owners. For example, the value of a corporation that owns coal-fired generation assets may fall, in line with the expected present value of the policy change, while the value of corporations that own low-emissions generation technologies may rise.

The connection between these distributional effects and 'economic efficiency' is revealed by adding up all the gains and losses just described: the consumer surplus loss is A + D; producer surplus loss is B + E; the gain in scarcity rents is A + B; and the environmental gain is C + D + E, assuming the gainers and losers receive equal weights. The net sum of the gains and losses is area C, described above as the net gain in economic efficiency.

In many cases, a distributional implication of imposing efficient externality pricing (e.g., area A + B) is much larger than the efficiency gains (area C). This illustrates the importance of distributional considerations in discussions on emissions-reducing policies, and it indicates why distributional considerations often loom large in debates about climate policy.

**Co-benefits.** Climate policy may reduce both GHG emissions and local pollutants, such as $SO_2$ emissions that cause acid rain, or $NO_x$ emissions that contribute to ground level ozone. As described in Section 3.6.3, reductions in other pollutants may not yield any net gain to society if they are already optimally regulated (where their marginal abatement costs and their marginal damages are equal). If pollutants are inefficiently regulated, however, climate regulations can yield positive or negative net social gains by reducing them.

Climate policy is also likely to affect other national objectives, such as energy security. For countries that want to reduce their dependence on imported fossil fuels, climate policy can bolster energy efficiency and the domestic renewable energy supply, while cutting GHG emissions. See Section 3.6.3 on co-benefits.

**Carbon leakage.** The effectiveness of a national policy to reduce emissions can be undermined if it results in increased emissions in other countries, for example, because of trading advantages in countries with more relaxed policies (see Section 3.9.5). Another type of leakage

occurs within emission trading systems. Unilateral emission reductions by one party will release emission permits and be outweighed by new emissions within the trading regime.

### 3.7.1.4    Institutional and political feasibility

**Administrative burden.** This depends on how a policy is implemented, monitored, and enforced (Nordhaus and Danish, 2003). The size of the burden reflects, inter alia, the institutional framework, human and financial costs and policy objectives (Nordhaus and Danish, 2003; Mundaca et al., 2010). Administrative costs in public policy are often overlooked (Tietenberg, 2006)

**Political feasibility** is the likelihood of a policy gaining acceptance and being adopted and implemented (Gupta et al., 2007, p. 785). It covers the obstacles faced and key design features that can generate or reduce resistance among political parties (Nordhaus and Danish, 2003). Political feasibility may also depend on environmental effective-

**3**

ness and whether regulatory and other costs are equitably distributed across society (Rist, 1998). The ability of governments to implement political decisions may be hampered by interest groups; policies will be more feasible if the benefits can be used to buy the support of a winning coalition (Compston, 2010). *Ex ante*, these criteria can be used in assessing and improving policies. *Ex post*, they can be used to verify results, withdraw inefficient policies and correct policy performance. For specific applications, see Chapters 7–15.

## 3.7.2    Analytical methods for decision support

Previous IPCC Assessment Reports have addressed analytical methods to support decision making, including both numerical and case-based methods. Bruce et al. (1996, chap. 2 and 10) focus heavily on quantitative methods and IAMs. Metz et al. (2001) provide a wider review of approaches, including emerging participatory forms of decision making. Metz et al. (2007) briefly elaborate on quantitative methods and list sociological analytical frameworks. In this section, we summarize the core information on methodologies separated into quantitative- and qualitative-oriented approaches.

### 3.7.2.1    Quantitative-oriented approaches

In decision making, quantitative methods can be used to organize and manage numerical information, provide structured analytical frameworks, and generate alternative scenarios—with different levels of uncertainty (Majchrzak, 1984). An approach that attempts to estimate and aggregate monetized values of all costs and benefits that could result from a policy is CBA. It may require estimating non-market values, and choosing a discount rate to express all costs and benefits in present value. When benefits are difficult to estimate in monetary terms, a Cost-Effectiveness Analysis (CEA) may be preferable. A CEA can be used to compare the costs of different policy options (Tietenberg, 2006) for achieving a well-defined goal. It can also estimate and identify the lowest possible compliance costs, thereby generating a ranking of policy alternatives (Levin and McEwan, 2001). Both CEA and CBA are similarly limited in their ability to generate data, measure and value future intangible costs.

Various types of model can provide information for CBA, including energy-economy-environment models that study energy systems and transitions towards more sustainable technology. A common classification of model methodologies includes 'bottom-up' and 'top-down' approaches. Hybrids of the two can compensate for some known limitations and inherent uncertainties (Rivers and Jaccard, 2006):[25]

---

[25]    The literature acknowledges that it is difficult to make a clear classification among modelling approaches, as variations among categories and also alternative simulation methodologies do exist (e.g., macroeconometric Keynesian models, agent-based approaches) (Hourcade et al., 2006; Mundaca et al., 2010; Scrieciu et al., 2013).

- Given exogenously defined macroeconomic and demographic scenarios, bottom-up models can provide detailed representations of supply- and demand-side technology paths that combine both cost and performance data. Conventional bottom-up models may lack a realistic representation of behaviour (e.g., heterogeneity) and may overlook critical market imperfections, such as transaction costs and information asymmetries (e.g., Craig et al., 2002; DeCanio, 2003; Greening and Bernow, 2004).

- By contrast, top-down models, such as computable general equilibrium (CGE), represent technology and behaviour using an aggregate production function for each sector to analyze effects of policies on economic growth, trade, employment, and public revenues (see, e.g., DeCanio, 2003). They are often calibrated on real data from the economy. However, such models may not represent all markets, all separate policies, all technological flexibility, and all market imperfections (Laitner et al., 2003). Parameters are estimated from historical data, so forecasts may not predict a future that is fundamentally different from past experience (i.e., path dependency) (Scheraga, 1994; Hourcade et al., 2006). For potential technology change, many models use sub-models of specific supply or end-use devices based on engineering data (Jacoby et al., 2006; Richels and Blanford, 2008; Lüken et al., 2011; Karplus et al., 2013).

With CBA, it is difficult to reduce all social objectives to a single metric. One approach to dealing with the multiple evaluation criteria is Multi-Criteria Analysis, or MCA (Keeney and Raiffa, 1993; Greening and Bernow, 2004). Some argue that analyzing environmental and energy policies is a multi-criteria problem, involving numerous decision makers with diverse objectives and levels of understanding of the science and complexity of analytical tools (Sterner, 2003; Greening and Bernow, 2004). The advantage of MCA is that the analyst does not have to determine how outcomes are traded-off by the policymaker. For instance, costs can be separated from ecosystem losses. But even with MCA, one must ultimately determine the appropriate trade-off rates among the different objectives. Nevertheless, it can be a useful way of analyzing problems where being restricted to one metric is problematic, either politically or practically. CGE models can specify consumer and producer behaviour and 'simulate' effects of climate policy on various outcomes, including real gains and losses to different groups (e.g., households that differ in income, region or demographic characteristics). With behavioural reactions, direct burdens are shifted from one taxpayer to another through changes in prices paid for various outputs and received for various inputs. A significant challenge is the definition of a 'welfare baseline' (i.e., identifying each welfare level without a specific policy).

Integrated Assessment Models (IAMs) or simply Integrated Models (IAs) combine some or all of the relevant components necessary to evaluate the consequences of mitigation policies on economic activity, the global climate, the impacts of associated climate change, and the relevance of that change to people, societies, and economies. Some

models may only be able to represent how the economy responds to mitigation policy and no more; some models may include a physical model of the climate and be able to translate changes in emissions into changes in global temperature; some models may also include a representation of the impacts of climate change; and some models may translate those impacts into damage to society and economies. Models can be highly aggregate (top-down) or detailed process analysis models (bottom-up), or a combination of both (see also Chapter 6). Some IAMs relate climate change variables with other physical and biological variables like crop yield, food prices, premature death, flooding or drought events, or land use change (Reilly et al., 2013). Computational limits may preclude the scales required for some climate processes (Donner and Large, 2008),[26] but recent attempts are directed towards integrating human activities with full Earth System models (Jones et al., 2013). All of the models used in WGIII (primarily Chapter 6) focus on how mitigation policies translate into emissions; none of those models have a representation of climate damages. IAMs have been criticized in recent years (e.g., Ackerman et al., 2009; Pindyck, 2013). Much of the most recent criticism is directed at models that include a representation of climate damage; none of the models used in Chapter 6 fall into this category. Refer to Chapter 6 for more detail in this regard.

Other quantitative-oriented approaches to support policy evaluation include tolerable windows (Bruckner et al., 1999), safe-landing/guard rail (Alcamo and Kreileman, 1996), and portfolio theory (Howarth, 1996). Outside economics, those who study decision sciences emphasize the importance of facing difficult value-based trade-offs across objectives, and the relevance of various techniques to help stakeholders address trade-offs (see, e.g., Keeney and Raiffa, 1993).

### 3.7.2.2    Qualitative approaches

Various qualitative policy evaluation approaches focus on the social, ethical, and cultural dimensions of climate policy. They sometimes complement quantitative approaches by considering contextual differences, multiple decision makers, bounded rationality, information asymmetries, and political and negotiation processes (Toth et al., 2001; Halsnæs et al., 2007). Sociological analytical approaches examine human behaviour and climate change (Blumer, 1956), including beliefs, attitudes, values, norms, and social structures (Rosa and Dietz, 1998). Focus groups can capture the fact that "people often need to listen to others' opinions and understandings to form their own" (Marshall and Rossman, 2006, p. 114). Participatory approaches focus on process, involving the active participation of various actors in a given decision-making process (van den Hove, 2000). Participatory approaches in support of decision making include appreciation-influence-control, goal

oriented project planning, participatory rural appraisal, and beneficiary assessment. MCA can also take a purely qualitative form. For the pros and cons of participatory approaches, see Toth et al. (2001, p. 652). Other qualitative-oriented approaches include systematic client consultation, social assessment and team up (Toth et al., 2001; Halsnæs et al., 2007).

## 3.8    Policy instruments and regulations

A broad range of policy instruments for climate change mitigation is available to policymakers. These include economic incentives, such as taxes, tradeable allowances, and subsidies; direct regulatory approaches, such as technology or performance standards; information programs; government provision, of technologies or products; and voluntary actions.

Chapter 13 of WGIII AR4 provided a typology and definition of mitigation policy instruments. Here we present an update on the basis of new research on the design, applicability, interaction, and political economy of policy instruments, as well as on applicability of policy instruments in developed and developing countries (see Box 3.8). For details about applications and empirical assessments of mitigation policy instruments, see Chapters 7–12 (sectoral level), Chapter 13 (international cooperation), Chapter 14 (regional cooperation), and Chapter 15 (national and sub-national levels).

### 3.8.1    Economic incentives

Economic (or market) instruments include incentives that alter the conditions or behaviour of target participants and lead to a reduction in aggregate emissions. In economic policy instruments, a distinction is made between 'price' and 'quantity'. A tradeable allowance or permit system represents a quantity policy whereby the total quantity of pollution (a cap) is defined, and trading in emission rights under that cap is allowed. A price instrument requires polluters to pay a fixed price per unit of emissions (tax or charge), regardless of the quantity of emissions.

### 3.8.1.1    Emissions taxes and permit trading

Both the approaches described above create a price signal as an incentive to reducing emissions (see Box 3.7), which can extend throughout the economy. Economic instruments will tend to be more cost-effective than regulatory interventions and may be less susceptible to rent-seeking by interest groups. The empirical evidence is that economic instruments have, on the whole, performed better than regulatory instru-

---

[26]   Stanton et al. (2009) also place climate change models into categories (welfare maximization, general equilibrium, partial equilibrium, cost minimization, and simulation models).

**3**

ments, but that in many cases improvements could have been made through better policy design (Hahn, 1989; Anthoff and Hahn, 2010).

#### 3.8.1.2    Subsidies

Subsidies can be used as an instrument of mitigation policy by correcting market failures in the provision of low-carbon technologies and products. They have a particular role in supporting new technologies. Empirical research has shown that social rates of return on R&D can be higher than private rates of return, since spillovers are not fully internalized by the firms (see 3.11).

Subsidies are also used to stimulate energy efficiency and renewable energy production. Such subsidies do generally not fully correct negative externalities but rather support the alternatives, and are less efficient alternatives to carbon taxes and emission trading for inducing mitigation. Energy subsidies are often provided for fossil fuel production or consumption, and prove to increase emissions and put heavy burdens on public budgets (Lin and Jiang, 2011; Arze del Granado et al., 2012; Gunningham, 2013). Lowering or removing such subsidies would contribute to global mitigation, but this has proved difficult (IEA et al., 2011).

Subsidies to renewable energy and other forms of government expenditure on mitigation also have other drawbacks. First, public funds need to be raised to finance the expenditures, with well-known economic inefficiencies arising from taxation (Ballard and Fullerton, 1992). Second, subsidies, if not correcting market failures, can lead to excessive entry into, or insufficient exit from, an industry (Stigler, 1971).

Third, subsidies can become politically entrenched, with the beneficiaries lobbying governments for their retention at the expense of society overall (Tullock, 1975).

Hybrids of fees and subsidies are also in use. A renewable energy certificate system can be viewed as a hybrid with a fee on energy consumption and a subsidy to renewable production (e.g., Amundsen and Mortensen, 2001). Feebates (Greene et al., 2005) involve setting an objective, such as average vehicle fuel economy; then firms or individuals that under-perform pay a fee per unit of under-performance and over-performers receive a subsidy. The incentives may be structured to generate no net revenue—the fees collected finance the subsidy.

### 3.8.2    Direct regulatory approaches

Prescriptive regulation involves rules that must be fulfilled by polluters who face a penalty in case of non-compliance. Examples are performance standards that specify the maximum allowable GHG emissions from particular processes or activities; technology standards that mandate specific pollution abatement technologies or production methods; and product standards that define the characteristics of potentially polluting products, including labelling of appliances in buildings, industry, and the transport sector (Freeman and Kolstad, 2006).

These regulatory approaches will tend to be more suitable in circumstances where the reach or effectiveness of market-based instruments is constrained because of institutional factors, including lack of markets in emissions intensive sectors such as energy. In 'mixed economies', where parts of the economy are based on command-and-control

---

### Box 3.7 | Equivalence of emissions taxes and permit trading schemes

Price-based and quantity-based instruments are equivalent under certainty, but differ in the extent of mitigation and costs if emissions and abatement costs are uncertain to the regulator (Weitzman, 1974). Hybrid instruments, where a quantity constraint can be overridden if the price is higher or lower than a threshold, have been shown to be more efficient under uncertainty (Roberts and Spence, 1976; McKibbin and Wilcoxen, 2002; Pizer, 2002). Variants of hybrid approaches featuring price ceilings and price floors have been implemented in recent emissions trading schemes (Chapters 14 and 15). The possibility of periodic adjustments to tax rates and caps and their implementation under permit schemes further breaks down the distinction between price-based and quantity-based market-based instruments.

Equivalence also exists for fiscal effects and the costs imposed on emitters. Until recently, most of the literature has assumed that emissions taxes and permit trading differ in the revenue they yield

for governments and the costs imposed on emitters, assuming that emissions tax revenue fully accrues to governments while under emissions trading schemes permits are given freely to emitters. This was also the case in early policy practice (Chapters 14 and 15). It has been widely assumed that permit schemes are easier to implement politically because permits are allocated free to emitters. However, recognition has grown that permits can be wholly or partly auctioned, and that an emissions tax need not apply to the total amount of emissions covered (e.g., Aldy J. E. et al., 2010; Goulder, 2013). Tax thresholds could exempt part of the overall amount of an emitter's liabilities, while charging the full tax rate on any extra emissions, analogous to free permits (Pezzey, 2003; Pezzey and Jotzo, 2012). Conversely, governments could auction some or all permits in an emissions trading scheme, and use the revenue to reduce other more distorting taxes and charges (Section 3.6.3.3), assist consumers, or pay for complementary policies.

---

approaches while others rely on markets, effective climate change mitigation policy will generally require a mix of market and non-market instruments.

### 3.8.3   Information programmes

Reductions in GHG emissions can also be achieved by providing accurate and comprehensive information to producers and consumers on the costs and benefits of alternative options. Information instruments include governmental financing of research and public statistics, and awareness-raising campaigns on consumption and production choices (Mont and Dalhammar, 2005).

### 3.8.4   Government provision of public goods and services, and procurement

Government funding of public goods and services may be aimed directly at reducing GHG emissions, for example, by providing infrastructures and public transport services that use energy more efficiently; promoting R&D on innovative approaches to mitigation; and removing legal barriers (Creutzig et al., 2011).

### 3.8.5   Voluntary actions

Voluntary agreements can be made between governments and private parties in order to achieve environmental objectives or improve environmental performance beyond compliance with regulatory obligations. They include industry agreements, self-certification, environmental management systems, and self-imposed targets. The literature is ambiguous about whether any additional environmental gains are obtained through voluntary agreements (Koehler, 2007; Lyon and Maxwell, 2007; Borck and Coglianese, 2009).

### 3.8.6   Policy interactions and complementarity

Most of the literature deals with the use and assessment of one instrument, or compares alternative options, whereas, in reality, numerous, often overlapping instruments are in operation (see Chapters 7–16). Multiple objectives in addition to climate change mitigation, such as energy security and affordability and technological and industrial development, may call for multiple policy instruments. Another question is whether and to what extent emissions pricing policies need to be complemented by regulatory and other instruments to achieve cost-effective mitigation, for example, because of additional market failures, as in the case of energy efficiency (Box 3.10) and technological development (3.11.1).

However, the coexistence of different instruments creates synergies, overlaps and interactions that may influence the effectiveness and

costs of policies relative to a theoretical optimum (Kolstad et al., 1990; see also Section 3.6 above). Recent studies have analyzed interactions between tradeable quotas or certificates for renewable energy and emission trading (e.g., Möst and Fichtner, 2010; Böhringer and Rosendahl, 2010) and emissions trading and tradeable certificates for energy efficiency improvements (e.g., Mundaca, 2008; Sorrell et al., 2009) (see also Chapters 9 and 15). Similar effects occur in the overlay of other selective policy instruments with comprehensive pricing instruments. Policy interactions can also create implementation and enforcement challenges when policies are concurrently pursued by different legal or administrative jurisdictions (Goulder and Parry, 2008; Goulder and Stavins, 2011).

### 3.8.7   Government failure and policy failure

To achieve large emissions reductions, policy interventions will be needed. But failure is always a possibility, as shown by recent experiences involving mitigation policies (Chapters 13–16). The literature is beginning to reflect this. The failure of such policies tends to be associated with the translation of individual preferences into government action.

#### 3.8.7.1   Rent-seeking

Policy interventions create rents, including subsidies, price changes arising from taxation or regulation, and emissions permits. Private interests lobby governments for policies that maximize the value of their assets and profits. The sums involved in mitigating climate change provide incentives to the owners of assets in GHG intensive industries or technologies for low-carbon production to engage in rent-seeking.[27]

The political economy of interest group lobbying (Olson, 1971) is apparent in the implementation of climate change mitigation policies. Examples include lobbying for allocations of free permits under the emissions trading schemes in Europe (Hepburn et al., 2006; Sijm et al., 2006; Ellerman, 2010) and Australia (Pezzey et al., 2010) as well as renewable energy support policies in several countries (Helm, 2010).

To minimize the influence of rent-seeking and the risk of regulatory capture, two basic approaches have been identified (Helm, 2010). One is to give independent institutions a strong role, for example, the United Kingdom's Committee on Climate Change (McGregor et al., 2012) and Australia's Climate Change Authority (Keenan R.J et al., 2012) (see also Chapter 15).

Another approach to reducing rent-seeking is to rely less on regulatory approaches and more on market mechanisms, which are less prone to capture by special interests because the value and distribution of rents

---

[27]   CBA takes into account that governments are social-profit maximizers, which may not necessarily be the case.

**3**

**Box 3.8 | Different conditions in developed and developing countries and implications for suitability of policy instruments**

Differences in economic structure, institutions, and policy objectives between low-income and high-income countries can mean differences in the suitability and performance of policy instruments. Overriding policy objectives in most developing countries tend to be strongly oriented towards facilitating development (Kok et al., 2008), increasing access to energy and alleviating poverty (see Chapters 4 and 14). In general, they have fewer human and financial resources, less advanced technology, and poorer institutional and administrative capacity than developed countries. This may constrain their ability to evaluate, implement, and enforce policies. Further, the prerequisites for effectiveness, such as liberalized energy markets to underpin price-based emissions reduction instruments, are often lacking. Thus, the use of some policy instruments, including carbon trading schemes, can pose greater institutional hurdles and implementation costs, or not be feasible.

Capacity building is therefore critical in creating mechanisms to support policy choices and implementation. Economic reform may also be needed in order to remove distortions in regulatory and pricing mechanisms and enable effective mitigation policies to be devised and implemented.

The opportunity cost of capital, and of government resources in particular, may be higher in developing countries than in developed countries. Consequently, the payoff from mitigation policies needs to be higher than in developed countries in order for mitigation investment to be judged worthwhile. Thus, developing countries may require international financial assistance in order to support their mitigation activities or make them economically viable.

is more transparent. This may of course lead to other problems associated with regulatory design.

### 3.8.7.2    Policy uncertainty

One aim of climate change mitigation policy is to promote emissions-reducing investments in sectors where assets have a long economic lifespan, such as energy (Chapter 7), buildings (Chapter 9) and transport (Chapter 8). Investment decisions are mainly based on expectations about future costs and revenues. Therefore, expectations about future policy settings can be more important than current policies in determining the nature and extent of investment for mitigation (Ulph, 2013).

Uncertainty over future policy directions, including changes in existing policies arising from, say, political change, can affect investment decisions and inhibit mitigation, as well as create economic costs (Weitzman, 1980; see also Chapter 2). To achieve cost-effective mitigation actions, a stable and predictable policy framework is required.

# 3.9    Metrics of costs and benefits

This section focuses on conceptual issues that arise in the quantification and measurement, using a common metric, of the pros and cons associated with mitigation and adaptation (i.e., benefits and costs). How costs are balanced against benefits in evaluating a climate policy

is a matter for ethics, as has repeatedly been emphasized in this chapter. The discussion is largely based on the economic paradigm of balancing costs against benefits, with both measured in monetary units. But leaving aside how benefits and costs are monetized or balanced to develop policy, the underlying information can be helpful for policy makers who adopt other ethical perspectives. This section is also relevant for methods that reduce performance to a small number of metrics rather than a single one (such as MCA).

We begin with the chain of cause and effect. The chain starts with human activity that generates emissions that may be reduced with mitigation (recognizing that nature also contributes to emissions of GHGs). The global emissions of GHGs lead to changes in atmospheric concentrations, then to changes in radiative forcing, and finally to changes in climate. The latter affect biological and physical systems in good as well as bad ways (including through impacts on agriculture, forests, ecosystems, energy generation, fire, and floods). These changes in turn affect human wellbeing, negatively or positively, with both monetary and other consequences.[28] Each link in the chain has a time dimension, since emissions at a particular point in time lead to radiative forcing at future points in time, which later lead to more impacts and damages. The links also have spatial dimensions. Models play a key role in defining the relationships between the links in the chain. Global Climate Models (GCMs) translate emissions through atmospheric concentrations and radiative forcing into changes in climate. Other models—including crop, forest growth and hydrology models—translate

---

[28]    We refer to effects on biological and physical systems as 'impacts', and effects of those impacts on human wellbeing as 'damages', whether positive or negative. These effects may include non-human impacts that are of concern to humans (see also Sections 3.4.1 and 3.4.3).

changes in climate into physical impacts. Economic models translate those impacts into measures that reflect a human perspective, typically monetary measures of welfare loss or gain. GCMs aggregate emissions of various gases into an overall level of radiative forcing; hydrology models aggregate precipitation at multiple locations within a watershed into stream flow at a given location; economic models aggregate impacts into an overall measure of welfare loss.

Much of the literature on impacts focuses on particular types of impacts at particular locations. Another aspect involves metrics that allow differential regulation of different GHGs, for instance, the relative weight that regulators should place on $CH_4$ and $CO_2$ in mitigation strategies. Because impacts and damages are so poorly known it has proved surprisingly difficult to provide a rigorous answer to that question.

### 3.9.1    The damages from climate change

The impacts of climate change may benefit some people and harm others. It can affect their livelihood, health, access to food, water and other amenities, and natural environment. While many non-monetary metrics can be used to characterize components of impacts, they provide no unambiguous aggregation methods for characterizing overall changes in welfare. In principle, the economic theory of monetary valuation provides a way, albeit an imperfect one, of performing this aggregation and supporting associated policy-making processes.

Changes that affect human wellbeing can be 'market' or 'non-market' changes. Market effects involve changes in prices, revenue and net income, as well as in the quantity, quality, or availability of market commodities. Key is the ability to observe both prices and how people respond to them when choosing quantities to consume. Non-market changes involve the quantity, quality, or availability of things that matter to people and which are not obtained through the market (e.g., quality of life, culture, and environmental quality). A change in a physical or biological system can generate both market and non-market damage to human wellbeing. For example, an episode of extreme heat in a rural area may generate heat stress in farm labourers and may dry up a wetland that serves as a refuge for migratory birds, while killing some crops and impairing the quality of others. From an economic perspective, damages would be conceptualized as a loss of income for farmers and farm workers, an increase in crop prices for consumers and a reduction in their quality; and non-market impacts might include the impairment of the ecosystem and human health (though some health effects may be captured in the wages of farm workers).

Economists define value in terms of a 'trade-off'. As discussed in Section 3.6.1, the economic value of an item, measured in money terms, is defined as the amount of income that would make a person whole, either in lieu of the environmental change or in conjunction with the environmental change; that is, its 'income equivalent'. This equivalence is evaluated through the Willingness To Pay (WTP) and Willingness To

Accept (WTA) compensation measures (see also Willig, 1976; Hanemann, 1991). The item in question may or may not be a marketed commodity: it can be *anything* that the person values. Thus, the economic value of an item is *not* in general the same as its price or the total expenditure on it. The economic concept of value based on a trade-off has some critics. The item being valued may be seen as incommensurable with money, such that no trade-off is possible. Or, the trade-off may be deemed inappropriate or unethical (e.g., Kelman, 1981; see also Jamieson, 1992; Sagoff, 2008). In addition, while the economic concept of value is defined for an individual, it is typically measured for aggregates of individuals, and the issue of equity-weighting is often disregarded (Nyborg, 2012; see also Subsection 3.5.1.3).[29]

The methods used to measure WTP and WTA fall into two categories, known as 'revealed preference' and 'stated preference' methods. For a marketed item, an individual's purchase behaviour reveals information about their value of it. Observation of purchase behaviour in the marketplace is the basis of the revealed preference approaches. One can estimate a demand function from data on observed choice behaviour. Then, from the estimated demand function, one can infer the purchaser's WTP or WTA values for changes in the price, quantity, quality, or availability of the commodity. Another revealed preference approach, known as the hedonic pricing method, is based on finding an observed relationship between the quality characteristics of marketed items and the price at which they are sold (e.g., between the price of farmland and the condition and location of the farmland). From this approach, one can infer the 'marginal' value of a change in characteristics.[30] For instance, some have attempted to measure climate damages using an hedonic approach based on the correlation of residential house prices and climate in different areas (Cragg and Kahn, 1997; Maddison, 2001, 2003; Maddison and Bigano, 2003; Rehdanz and Maddison, 2009). The primary limitation of revealed preference methods is the frequent lack of a market associated with the environmental good being valued.

With stated preference, the analyst employs a survey or experiment through which subjects are confronted with a trade-off. With contingent valuation, for example, they are asked to choose whether or not to make a payment, such as a tax increase that allows the government to undertake an action that accomplishes a specific outcome (e.g., protecting a particular ecosystem). By varying the cost across subjects and then correlating the cost offered with the percentage of 'yes' responses, the analyst traces out a form of demand function from which the WTP (or WTA) measure can be derived. With choice experiments, subjects are asked to make repeated choices among alternative

---

[29]   The use of the term 'willingness' in WTP and WTA should not be taken literally. For instance, individuals may have a willingness to pay for cleaner air (the reduction in income that would be equivalent in welfare terms to an increase in air quality) but they may be very unwilling to make that payment, believing that clean air is a right that should not have to be purchased.

[30]   Details of these methods can be found in Becht (1995), chapters by McConnell and Bockstael (2006), Palmquist (2006), Phaneuf and Smith (2006), Mäler and Vincent (2005), or in textbooks such as Kolstad (2010), Champ, Boyle and Brown (2003), Haab and McConnell (2002) or Bockstael and McConnell (2007).

**3**

options that combine different outcomes with different levels of cost.[31] Although a growing number of researchers use stated preference studies to measure the public's WTP for climate change mitigation, one prominent criticism is the hypothetical nature of the choices involved.[32]

All these methods have been applied to valuing the damages from climate change.[33] AR2 contained a review of the literature on the economic valuation of climate change impacts. Since then, the literature has grown exponentially. The economic methodology has changed little (except for more coverage of non-market impacts and more use of stated preference). The main change is in the spatial representation of climate change impacts; whereas the older literature tended to measure the economic consequences of a uniform increase of, say 2.5 °C across the United States, the recent literature uses downscaling to measure impacts on a fine spatial scale. Most of the recent literature on the economic valuations of climate change has focused on market impacts, especially impacts on agriculture, forestry, sea level, energy, water, and tourism.[34]

The most extensive economic literature pertains to agriculture. The demand for many such commodities is often inelastic, so the short-run consequence of a negative supply shock is a price increase; while a benefit to producers, it is harmful for consumers (Roberts and Schlenker, 2010; Lobell et al., 2011). Some studies measure the effect of weather on current profits, rather than that of climate on long-term profitability (e.g., Deschênes and Greenstone, 2007), and some explore the effect of both weather and climate on current profits (Kelly et al., 2005). Examining weather and climate simultaneously leads to difficulties in identifying the separate effects of weather and climate (Deschênes and Kolstad, 2011), as well as in dealing with the confounding effects of price changes (Fisher et al., 2012). While some recent studies have found that extreme climate events have a disproportionate impact on agricultural systems (Schlenker and Roberts, 2009; Lobell et al., 2011; Deschênes and Kolstad, 2011; see also WGII, Section 7.3.2.1), the relatively high degree of spatial or temporal aggregation means that

those events are not well captured in many existing economic analyses. Another difficulty is the welfare significance of shifts in location of agricultural production caused by climate. Markets for agricultural commodities are national or international in scope, so some economic analyses focus on aggregate international producer and consumer welfare. Under the potential Pareto criterion, transfers of income from one region to another are of no welfare significance, though of real policy significance.[35]

With other market sectors, the literature is both sparse and highly fragmented, but includes some estimates of economic impacts of climate change on energy, water, sea level rise, tourism, and health in particular locations. With regard to energy, climate change is expected to reduce demand for heating and increase demand for cooling (see WGII AR5, Chapter 10). Even if those two effects offset one another, the economic cost need not be negligible. With water supply, what matters in many cases is not total annual precipitation but the match between the timing of precipitation and the timing of water use (Strzepek and Boehlert, 2010). Those questions require analysis on a finer temporal or spatial scale than has typically been employed in the economic damage literature.

Estimates of the economic costs of a rise in sea level generally focus on either the property damage from flooding or the economic costs of prevention, for example, sea wall construction (Hallegatte et al., 2007; Hallegatte, 2008; 2012). They sometimes include costs associated with the temporary disruption of economic activity. Estimates typically do not measure the loss of wellbeing for people harmed or displaced by flooding.[36] Similarly, the economic analyses of climate change impacts on tourism have focused on changes, for example, in the choice of destination and the income from tourism activities attributable to an increase in temperature, but not on the impacts on participants' wellbeing.[37]

The economic metrics conventionally used in the assessment of non-climate health outcomes have also been used to measure the impact of climate on health (e.g., Deschênes and Greenstone, 2011; Watkiss and Hunt, 2012). Measures to reduce GHGs may also reduce other pollutants associated with fossil fuel combustion, such as $NO_x$ and particulates, which lead to time lost from work and reduced productivity (Östblom and Samakovlis, 2007). Exposure to high ambient tempera-

---

[31] Details can be found in Carson and Hanemann (2005), or in textbooks such as Champ, Boyle and Brown (2003), Haab and McConnell (2002), and Bennett and Blamey (2001).

[32] Examples include Berrens et al. (2004), Lee and Cameron (2008), Solomon and Johnson (2009), and Aldy et al. (2012) for the U.S.; Akter and Bennett (2011) for Australia; Longo et al. (2012) for Spain; Lee et al. (2010) for Korea; Adaman et al. (2011) for Turkey; and Carlsson et al. (2012) for a comparative study of WTP in China, Sweden and the US.

[33] Other economic measures of damage are sometimes used that may not be appropriate. The economic damage is, in principle, the lesser of the value of what was lost or the cost of replacing it (assuming a suitable and appropriate replacement exists). Therefore, the replacement cost itself may or may not be a relevant measure. Similarly, if the cost of mitigation is actually incurred, it is a lower bound on the value placed on the damage avoided. Otherwise, the mitigation cost is irrelevant if nobody is willing to incur it.

[34] While there is a large literature covering physical and biological impacts, except for agriculture and forestry only a tiny portion of the literature carries the analysis to the point of measuring an economic value. However, the literature is expanding. A Web of Knowledge search on the terms ("climate change" or "global warming") and "damage" and "economic impacts" returns 39 papers for pre-2000, 136 papers for 2000–2009 and 209 papers for 2010 through September 2013.

---

[35] The same issue arises with the effects on timber production in a global timber market; see for example, Sohngen et al. (2001).

[36] Exceptions include Daniel et al. (2009) and Botzen and van den Bergh (2012). Cardoso and Benhin (2011) provide a stated preference valuation of protecting the Columbian Caribbean coast from sea level rise.

[37] Exceptions include Pendleton and Mendelsohn (1998); Loomis and Richardson (2006); Richardson and Loomis (2004); Pendleton et al. (2011); Tseng and Chen (2008); and for commercial fishing, Narita et al. (2012).

tures is known to diminish work capacity and reduce labour productivity.[38]

## 3.9.2    Aggregate climate damages

This section focuses on the aggregate regional and global economic damages from climate change as used in IAMs to balance the benefits and costs of mitigation on a global scale.

The first estimates of the economic damage associated with a specific degree of climate change were made for the United States (Smith and Tirpak, 1989; Nordhaus, 1991; Cline, 1992; Titus, 1992; Fankhauser, 1994). These studies involved static analyses estimating the damage associated with a particular climate end-point, variously taken to be a 1 °C, 2.5 °C, or 3 °C increase in global average annual temperature. This approach gave way to dynamic analyses in IAMs that track economic output, emissions, atmospheric $CO_2$ concentration, and damages. Because some IAMs examine costs and benefits for different levels of emissions, they need damage 'functions' rather than point estimates.

Three IAMs have received most attention in the literature, all initially developed in the 1990s. The DICE model was first published in Nordhaus (1993a; b) but had its genesis in Nordhaus (1977); its regionally disaggregated sibling RICE first published by Nordhaus and Yang (1996).[39] The FUND model was first published in Tol (1995). And the PAGE model, developed for European decision makers, was first published in Hope et al. (1993) and was used in the Stern (2007) review.[40] The models have undergone various refinements and updates.[41] While details have changed, their general structure has stayed the same, and questions remain about the validity of their damage functions (see Pindyck, 2013).

The IAMs use a highly aggregated representation of damages. The spatial unit of analysis in DICE is the entire world, whereas the worldis divided into 12 broad regions in RICE, 16 regions in FUND, and eight in PAGE. DICE and RICE have a single aggregate damage function for the change in global or regional GDP as a function of the increase in global average temperature, here denoted $\Delta T_t$, and sea-level rise

(which in turn is modelled as a function of $\Delta T_t$). PAGE has four separate damage functions for different types of damages in each region: economic, non-economic, sea-level rise, and climate discontinuity (as a function of $\Delta T_t$ and the derivative rise in sea level). FUND has eight sectoral damage functions for each region, with each damage dependent on the regional $\Delta T_t$ and, in some cases, the rate of change in $\Delta T_t$. Adaptation and catastrophic damage are included in a very simple way in some models (Greenstone et al., 2013).

Let $D_{jkt}$ denote damages of type $j$ in year $t$ and region $k$, expressed as a proportion of per capita GDP in that year and region, $Y_{kt}$. The damage functions, say $D_{jkt} = D_{jkt}(\Delta T_t)$ are calibrated based on: (1) the modeller's choice of a particular algebraic formula for $D_{jkt}(\Delta T_t)$; (2) the common assumption of zero damage at the origin $[D_{jkt}(0) = 0]$; and (3) the modeller's estimate of damages at a benchmark change in global average temperature, $\Delta T^*$ (typically associated with a doubling of atmospheric $CO_2$). For example, in the original versions of PAGE and DICE the damage function resolves into a power function:

**Equation 3.9.1**    $D_{jt} = a_j[\Delta T_t/\Delta T^*]^b Y_t$

where $b$ is a coefficient estimated or specified by the modeller, and $a_j$ is the modeller's estimate of the economic damage for the benchmark temperature change.[42] In DICE, $b = 2$ is chosen.[43] In PAGE, $b$ is a random variable between 1.5 and 3. In FUND, the damage functions are deterministic but have a slightly more complicated structure and calibration than in Equation 3.9.1.

Because each damage function is convex (with increasing marginal damage), the high degree of spatial and temporal aggregation causes the model to understate aggregate damages. This can be seen by representing the spatial or temporal distribution of warming by a mean and variance, and writing expected damages in a second order expansion around the mean.

A concern may be whether the curvature reflected in Equation 3.9.1 is adequate. The functions are calibrated to the typical warming associated with a doubling of $CO_2$ concentration, along with associated damage. The aggregate damage is based on heroic extrapolations from a regional or global scale from a sparse set of studies (some from the 1990s) done at particular geographic locations. The impacts literature is now paying somewhat more attention to higher levels of warming (New et al. (2011), World Bank (2012), and WGII Section 19.5.1), though estimates of monetary damage remain scarce (however, the literature is expanding rapidly). Another concern is the possibility of tipping points and extreme events (Lenton et al., 2008) (see also Box 3.9), possibly including increases in global temperature as large as 10–12 °C that are not always reflected in the calibration (Sherwood and Huber, 2010).

---

[38]    See Kjellstrom et al. (2009), Zivin and Neidell (2010), or Dunne et al. (2013). Some recent studies have focused on the correlation between high temperatures and poverty (Nordhaus, 2006); the link between fluctuations in temperature, cyclones and fluctuations in economic activity (Dell et al., 2009, 2012; Hsiang, 2010), and the connection between climate change and human conflict (Hsiang et al., 2013).

[39]    There are many extensions of DICE, including AD-DICE (de Bruin et al., 2009), with a more explicit treatment of adaptation.

[40]    Some other IAMs have damage functions, including the MERGE Model (Manne and Richels, 1992, 1995, 2004a); the CETA model (Peck and Teisberg, 1992, 1994); and, more recently, several IAMs developed by European researchers including the WITCH model (Bosetti et al., 2006), its extension the AD-WITCH model (Bosello et al., 2010), the ENVISAGE model (Roson and Mensbrugghe, 2012), and a model developed by Eboli et al. (2010) and Bosello et al. (2012).

[41]    The most recent versions are: DICE2013 (Nordhaus and Sztorc, 2013); RICE2010 (Nordhaus, 2010); PAGE 2009 (Hope, 2011, 2013); FUND 3.7 (Anthoff and Tol, 2013).

[42]    Typically, $\Delta T^*$ is 2.5 or 3 °C. When $\Delta T_t = \Delta T^*$ in this equation, then $D_{jt} = a_j Y_t$.

[43]    This formulation is also used by Kandlikar (1996) and Hammitt et al. (1996a) with $b = 1, 2$ or 3.

**3**

## Box 3.9 | Uncertainty and damages: the fat tails problem

Weitzman (2009, 2011) has drawn attention to what has become known as the fat-tails problem. He emphasized the existence of a chain of structural uncertainties affecting both the climate system response to radiative forcing and the possibility of some resulting impacts on human wellbeing that could be catastrophic. Uncertainties relate to both means of distributions and higher moments. The resulting compounded probability distribution of possible economic damage could have a fat bad tail: i.e., the likelihood of an extremely large reduction in wellbeing does not go quickly to zero.[1] With or without risk aversion, the expected marginal reduction in wellbeing associated with an increment in emissions today could be very large, even infinite[2] See also Section 2.5.3.3.

A policy implication of the conditions described in the previous paragraph is that tail events can become much more important in determining expected damage than would be the case with probability distributions with thinner tails. Weitzman (2011) illustrates this for the distribution of temperature consequences of a doubling of atmospheric $CO_2$ (climate sensitivity), using WGI AR4 estimates to calibrate two distributions, one fat-tailed and one thin-tailed, to have a median temperature change of 3 °C and a 15 % probability of a temperature change in excess of 4.5 °C. With this calibration, the probability of temperatures in excess of 8 °C is nearly ten times greater with the fat-tailed distribution than

the thin-tailed distribution. If high consequence, low probability events become more likely at higher temperatures, then tail events can dominate the computation of expected damages from climate change, depending on the nature of the probability distribution and other features of the problem (including timing and discounting).

At a more technical level, with some fat-tailed distributions and certain types of utility functions (constant relative risk aversion), the expectation of a marginal reduction in wellbeing associated with an increment in emissions is infinite. This is because in these cases, marginal utility becomes infinite as consumption goes to zero. This is a troubling result since infinite marginal damage implies all available resources should be dedicated to reducing the effects of climate change. But as Weitzman himself and other authors have pointed out, this extreme result is primarily a technical problem that can be solved by bounding the utility function or using a different functional form.

The primary conclusion from this debate is the importance of understanding the impacts associated with low probability, high climate change scenarios. These may in fact dominate the expected benefits of mitigation.

The policy implication of this conclusion is that the nature of uncertainty can profoundly change how climate policy is framed and analyzed with respect to the benefits of mitigation. Specifically, fatter tails on probability distributions of climate outcomes increase the importance in understanding and quantifying the impacts and economic value associated with tail events (such as 8 °C warming). It is natural to focus research attention on most likely outcomes (such as a 3 °C warming from a $CO_2$ doubling), but it may be that less likely outcomes will dominate the expected value of mitigation.

[1]    Weitzman (2009) defines a fat-tailed distribution as one with an infinite moment generating function (a thin-tailed distribution has a finite moment generating function); more intuitively, for a fat-tailed distribution, the tail probability approaches zero more slowly than exponentially. For example, the normal (and any distribution with finite support) would be thin-tailed whereas the Pareto distribution (a power law distribution) would be fat-tailed.

[2]    Weitzman (2007b, 2009) argued that the expected marginal reduction in wellbeing could be infinite. His results have been challenged by some as too pessimistic, e.g., Nordhaus (2011a), Pindyck (2011) and Costello et al. (2010).

---

The economic loss or gain from warming in a given year typically depends on the level of warming in that same year, with no lagged effects (at least for damages other than sea-level rise in DICE, the non-catastrophe component of damages in PAGE, and some sectors of FUND). Thus, impacts are (a) reversible, and (b) independent of the prior trajectory of temperatures. This assumption simplifies the computations, but some impacts and damages may actually depend on the rate of increase in temperature.[44] The optimal trajectory of mitiga-

tion and the level of damages could also depend on the cumulative amount of warming in previous years (measured, say, in degree years).

DICE, FUND and PAGE represent damage as equivalent to a change in production of market commodities that is proportional to output (a 'multiplicative' formulation). Weitzman (2010a) finds that this specification matters with high levels of warming because an additive formulation leads to more drastic emission reduction. Besides affecting current market production, climate change could damage natural, human, or physical capital (e.g., through wildfires or floods). Damage to capital stocks may last beyond a year and have lingering impacts that are not captured in current formulations (Wu et al., 2011). Economic consequences

[44]    This rate of change was considered by Manne and Richels (2004a) in MERGE and by Peck and Teisberg (1994) in CETA. The latter found that it can have quite a large effect on the size of the optimal carbon tax.

depend on what is assumed about the elasticity of substitution in the utility function between market commodities and non-market climate impacts. An elasticity of substitution of unity is equivalent to the conventional multiplicative formulation, but a value less than unity, generates a more drastic trajectory of emission reductions (Krutilla, 1967; Sterner and Persson, 2008).

The utility function in these three IAMs does not distinguish between the welfare gains deriving from risk reduction when people are risk averse versus the gains from smoothing consumption over time when people have declining marginal utility of income: both preferences are captured by the curvature of the utility function as measured by η, in Equation 3.6.4. However, Kreps and Porteus (1978) and Epstein and Zin (1991) show that two separate functions can have separate parameters for risk aversion and inter-temporal substitution. This formulation is used successfully in the finance literature to explain anomalies in the market pricing of financial assets, including the equity premium (Campbell, 1996; Bansal and Yaron, 2004). The insight from this literature is that the standard model of discounted expected utility, used in DICE, FUND and PAGE, sets the risk premium too low and the discount rate too high, a result confirmed by Ackerman et al. (2013) and Crost and Traeger (2013).

Our general conclusion is that the reliability of damage functions in current IAMs is low. Users should be cautious in relying on them for policy analysis: some damages are omitted, and some estimates may not reflect the most recent information on physical impacts; the empirical basis of estimates is sparse and not necessarily up-to-date; and adaptation is difficult to properly represent. Furthermore, the literature on economic impacts has been growing rapidly and is often not fully represented in damage functions used in IAMs. Some authors (e.g., WGII Chapter 19) conclude these damage functions are biased

downwards. It should be underscored that most IAMs used in Chapter 6 of this volume do not consider damage functions so this particular criticism does not apply to Chapter 6 analyses.

### 3.9.3   The aggregate costs of mitigation

Reductions in GHG emission often impose costs on firms, households (see also Box 3.10), and governments as a result of changes in prices, revenues and net income, and in the availability or quality of commodities. GHG reduction requires not only technological but also behavioural and institutional changes, which may affect wellbeing. The changes in wellbeing are measured in monetary terms through a change in income that is equivalent to the impact on wellbeing. Changes in prices and incomes are often projected through economic models (see Chapter 6). In many cases, mitigation primarily involves improvements in energy efficiency or changes in the generation and use of energy from fossil fuels in order to reduce GHG emissions.

The models assessed in Chapter 6 are called IAMs (or Integrated Models—IMs) because they couple several systems together (such as the economy and the climate) in an integrated fashion, tracking the impact of changes in economic production on GHG emissions, as well as of emissions on global temperatures and the effect of mitigation policies on emissions. As discussed in Section 6.2, the IAMs used in Chapter 6 are heterogeneous. However, for most of the Chapter 6 IAMs, climate change has no feedback effects on market supply and demand, and most do not include damage functions.[45]

---

[45]   Climate is assumed to be *separable* from market goods in the models' utility functions. If that assumption is incorrect, Carbone and Smith (2013) show that the welfare calculation may have significant error.

---

## Box 3.10 | Could mitigation have a negative private cost?

A persistent issue in the analysis of mitigation options and costs is whether available mitigation opportunities can be privately profitable—that is, generate benefits to the consumer or firm that are in excess of their own cost of implementation—but which are not voluntarily undertaken. Absent another explanation, a negative private cost implies that a person is not fully pursuing his own interest. (By contrast, a negative social cost arises when the total of everybody's benefits exceeds costs, suggesting that some private decision-maker is not maximizing the interests of others.) The notion that available mitigation opportunities may have negative costs recently received attention because of analyses by McKinsey & Company (2009), Enkvist et al. (2007) and others that focused especially on energy use for lighting and heating in residential and commercial buildings, and on some agricultural and industrial processes. Much of this literature is in the context

of the "energy efficiency gap,"[1] which dates to the 1970s, and the "Porter hypothesis".[2]

The literature suggesting that available opportunities may have negative cost often points to institutional, political, or social barriers as the cause. But other literature suggests economic

---

[1]   The efficiency gap is defined as the difference between the socially desirable amount of energy efficiency (however defined) and what firms and consumers are willing to undertake voluntarily (see Meier and Whittier, 1983; Joskow and Marron, 1992, 1993; Jaffe and Stavins, 1994).

[2]   Porter (1991) and Porter and van der Linde (1995) argued that unilateral reductions in pollution could stimulate innovation and improve firms' competitiveness as a by-product; see also Lanoie et al. (2008); Jaffe and Palmer (1997). The subsequent literature has obtained mixed finding (Ambec and Barla, 2006; Ambec et al., 2013).

$\Longrightarrow$



explanations. In addition, however, evidence indicates that the extent of such negative cost opportunities can be overstated, particularly in purely engineering studies.

Engineering studies may overestimate the energy savings, for example because they assume perfect installation and maintenance of the equipment (Dubin et al., 1986; Nadel and Keating, 1991) or they fail to account for interactions among different investments such as efficient lighting and cooling (Huntington, 2011). Engineering studies also may fail to account for all costs actually incurred, including time costs, scarce managerial attention and the opportunity cost of the money, time, or attention devoted to energy efficiency.[3] In some cases, the engineering analysis may not account for reductions in quality (e.g., CFL lighting is perceived as providing less attractive lighting services). Choices may also be influenced by uncertainty (e.g., this is an unfamiliar product, one doesn't know how well it will work, or what future energy prices will be). Another consideration sometimes overlooked in engineering analyses is the rebound effect—the cost saving induces a higher rate of equipment usage (see Section 3.9.5). The analyses may overlook heterogeneity among consumers: what appears attractive for the average consumer may not be attractive for all (or many) consumers, based on differences in their circumstances and preferences. One approach to validation is to examine energy efficiency programs and compare ex ante estimates of efficiency opportunities with ex post accomplishment; the evidence from such comparisons appears to be inconclusive, though more analysis may be fruitful.[4]

Economic explanations for the apparent failure to pursue profitable mitigation/energy saving opportunities include the following.[5] Given uncertainty and risk aversion, consumers may rationally desire a higher return as compensation. Price uncertainty and the irreversibility of investment may also pose additional economic barriers to the timing of adoption—it may pay to wait before making the investment (Hassett and Metcalf,

1993; Metcalf, 1994). Mitigation investments take time to pay off, and consumers act as if they are employing high discount rates when evaluating such investments (Hausman, 1979). These consumer discount rates might be much higher than those of commercial businesses, reflecting liquidity and credit constraints. The durability of the existing capital stock can be a barrier to rapid deployment of otherwise profitable new technologies. Also, a principal-agent problem arises when the party that pays for an energy-efficiency investment doesn't capture all the benefits, or vice versa. For example a tenant installs an efficient refrigerator, but the landlord retains ownership when the tenant leaves (split incentives). Or the landlord buys a refrigerator but doesn't care about its energy efficiency. Such problems can also arise in organizations where different actors are responsible, say, for energy bills and investment accounts.[6] Finally, energy users, especially residential users, may be uninformed, or poorly informed, about the energy savings they are forgoing. In some cases, the seller of the product has better information than the potential buyer (asymmetric information) and may fail to convey that information credibly (Bardhan et al., 2013).

Recently, some economists have suggested that systematic behavioral biases in decision-making can cause a failure to make otherwise profitable investment. These have been classified as non-standard beliefs (e.g., incorrect assessments of fuel savings—Allcott, 2013), non-standard preferences (e.g., loss aversion—Greene et al., 2009), and non-standard decision making (e.g., tax salience—Chetty et al., 2009). Such phenomena can give rise to what might be considered 'misoptimization' by decision makers, which in turn could create a role for efficiency-improving policy not motivated by conventional market failures (Allcott et al., forthcoming); see Section 3.10.1 for a fuller account.

In summary, whether opportunities for mitigation at negative private cost exist is ultimately an empirical question. Both economic and non-economic reasons can explain why they might exist, as noted in recent reviews (Huntington, 2011; Murphy and Jaccard, 2011; Allcott and Greenstone, 2012; Gillingham and Palmer, 2014). But, evidence also suggests that the occurrence of negative private costs is sometimes overstated, for reasons identified above. This remains an active area of research and debate.

_____

[3]  For example, Anderson and Newell (2004) examined energy audits for manufacturing plants and found that roughly half of the projects recommended by auditors were not adopted despite extremely short payback periods. When asked, plant managers responded that as much as 93 % of the projects were rejected for economic reasons, many of which related to high opportunity costs. Joskow and Marron (1992, 1993) show some engineering estimates understated actual costs.

[4]  Arimura et al. (2012) review US electricity industry conservation programmes (demand side management—DSM) and conclude that programmes saved energy at a mean cost of USD 0.05 per kWh, with a 90 % confidence interval of USD 0.003 to USD 0.010. Allcott and Greenstone (2012) conclude that this average cost is barely profitable. Although this may be true, one cannot conclude that on this evidence alone that ex ante engineering estimates of costs were too optimistic.

[5]  Allcott and Greenstone (2012) and Gillingham and Palmer (2014) provide excellent reviews.

_____

[6]  Davis (2011) and Gillingham et al. (2012) provide evidence of principal-agent problems in residential energy, although amount of energy lost as a result was not large in the cases examined.

3

The calculation of cost depends on assumptions made (1) in specifying the model's structure and (2) in calibrating its parameters. The models are calibrated to actual economic data. While more validation is required, some models are validated by making and testing predictions of the response to observed changes (Valenzuela et al., 2007; Beckman et al., 2011; Baldos and Hertel, 2013). While some models do not address either the speed or cost of adjustment, many models incorporate adjustment costs and additional constraints to reflect deviations from full optimization (see Jacoby et al., 2006; Babiker et al., 2009; van Vuuren et al., 2009). Most models allow little scope for endogenous (price-induced) technical change (3.11.4) or endogenous non-price behavioural factors (3.10.1). It is a matter of debate how well the models accurately represent underlying economic processes (see Burtraw, 1996; Burtraw et al., 2005; Hanemann, 2010).

Besides estimating total cost, the models can be used to estimate Marginal Abatement Cost (MAC), the private cost of abating one additional unit of emissions. With a cap-and-trade system, emissions would theoretically be abated up to the point where MAC equals the permit price; with an emissions tax, they would be abated to the point where MAC equals the tax rate. It is common to graph the MAC associated with different levels of abatement. Under simplified conditions, the area under the MAC curve measures the total economic cost of emissions reduction, but not if it fails to capture some of the economy-wide effects associated with large existing distortions (Klepper and Peterson, 2006; Paltsev et al., 2007; Kesicki and Ekins, 2012; Morris et al., 2012). However, a MAC is a static approximation to the dynamic process involved in pollution abatement; it thus has its limitations.

### 3.9.4    Social cost of carbon

Although estimates of aggregate damages from climate change are useful in formulating GHG mitigation policies (despite the caveats listed in Section 3.9.2), they are often needed for more mundane policy reasons. Governments have to make decisions about regulation when implementing energy policies, such as on fuel or EE standards for vehicles and appliances. The social cost of carbon emissions can be factored into such decisions.

To calculate the social cost, consider a baseline trajectory of emissions $(E_0,...,E_t)$ that results in a trajectory of temperature changes, $\Delta T_t$. Suppose a damage function for year $t$ is discounted to the present and called $D(\Delta T_t)$, as discussed in Equation 3.9.2. These trajectories result in a discounted present value of damages:

**Equation 3.9.2**    $PVD \equiv \int_0^\infty D(\Delta T_t)dt$

Then take the derivative with respect to a small change in emissions at $t = 0$, $E_0$, to measure the extra cost associated with a one tonne increase in emissions at time 0 (that is, the increment in $PVD$):

**Equation 3.9.3**    $MDCC = \dfrac{\partial PVD}{\partial E_0}$

When applied to $CO_2$ this equation gives the marginal damage from the change in climate that results from an extra tonne of carbon. It is also called the social cost of carbon (SCC). It should be emphasized that the calculation of SCC is highly sensitive to the projected future trajectory of emissions and also any current or future regulatory regime.[46]

Because of its potential use in formulating climate or energy regulatory policy, governments have commissioned estimates of SCC. Since 2002, an SCC value has been used in policy analysis and regulatory impact assessment in the United Kingdom (Clarkson and Deyes, 2002). It was revised in 2007 and 2010. In 2010, a standardized range of SCC values based on simulations with DICE, FUND, and PAGE using alternative projections of emissions and alternative discount rates, was made available to all U.S. Government agencies.[47] It was updated in 2013 (US Interagency Working Group, 2013).

### 3.9.5    The rebound effect

Technological improvements in energy efficiency (EE) have direct effects on energy consumption and thus GHG emissions, but can cause other changes in consumption, production, and prices that will, in turn, affect GHG emissions. These changes are generally called 'rebound' or 'takeback' because in most cases they reduce the net energy or emissions reduction associated with the efficiency improvement. The size of rebound is controversial, with some research papers suggesting little or no rebound and others concluding that it offsets most or all reductions from EE policies (Greening et al., 2000; Binswanger, 2001; Gillingham et al., 2013, summarize the empirical research). Total EE rebound can be broken down into three distinct parts: substitution-effect, income-effect, and economy-wide.

In end-use consumption, substitution-effect rebound, or 'direct rebound' assumes that a consumer will make more use of a device if it becomes more energy efficient because it will be cheaper to use. Substitution-effect rebound extends to innovations triggered by the improved EE that results in new ways of using the device. To pay for that extra use, the individual must still consume less of something else, so net substitution-effect rebound is the difference between the energy expended in using more of the device and the energy saved from using whatever was previously used less (see Thomas and Azevedo, 2013).

---

[46]   Some ambiguity regards the definition of the SCC and the correct way to calculate it in the context of an equilibrium IAM (in terms of distinguishing between a marginal change in welfare vs. a marginal change in damage only). See, for instance, an account of the initial U.S. Government effort (Greenstone et al., 2013).

[47]   Obviously, estimates of the SCC are sensitive to the structural and data assumptions in the models used to compute the SCC. Weitzman (2013), for instance, demonstrates the significance of the discount rate in the calculation.

Income-effect rebound or 'indirect rebound', arises if the improvement in EE makes the consumer wealthier and leads them to consume additional products that require energy. Even if energy efficient light bulbs lead to no substitution-effect rebound (more lighting), income-effect rebound would result if the consumer spends the net savings from installing the bulbs on new consumption that uses energy. The income-effect rebound will reflect the size of the income savings from the EE improvement and the energy intensity of marginal income expenditures.

Analogous rebound effects for EE improvements in production are substitution towards an input with improved energy efficiency, and substitution among products by consumers when an EE improvement changes the relative prices of goods, as well as an income effect when an EE improvement lowers production costs and creates greater wealth.

Economy-wide rebound refers to impacts beyond the behaviour of the entity benefiting directly from the EE improvement, such as the impact of EE on the price of energy. For example, improved fuel economy lowers vehicle oil demand and prices leading some consumers to raise their consumption of oil products. The size of this energy price effect will be greater with less elastic supply and more elastic demand. Some argue that the macroeconomic multiplier effects of a wealth shock from EE improvement also create economy-wide rebound.

Rebound is sometimes confused with the concept of economic leakage, which describes the incentive for emissions-intensive economic activity to migrate away from a region that restricts GHGs (or other pollutants) towards areas with fewer or no restrictions on such emissions. Energy efficiency rebound will occur regardless of how broadly or narrowly the policy change is adopted. As with leakage, however, the potential for significant rebound illustrates the importance of considering the full equilibrium effects of a policy designed to address climate change.

### 3.9.6    Greenhouse gas emissions metrics

The purpose of emissions metrics is to establish an exchange rate, that is, to assign relative values between physically and chemically different GHGs and radiative forcing agents (Fuglestvedt et al., 2003; Plattner et al., 2009). For instance, per unit mass, $CH_4$ is a more potent GHG than $CO_2$ in terms of instantaneous radiative forcing, yet it operates on a shorter time scale. In a purely temporal sense, the impacts are different. Therefore, how should mitigation efforts be apportioned for emissions of different GHGs?[48]

GHG emissions metrics are required for generating aggregate GHG emissions inventories; to determine the relative prices of different GHGs in a multi-gas emissions trading system; for designing multi-gas mitigation strategies; or for undertaking life-cycle assessment (e.g., Peters et al., 2011b). Since metrics quantify the trade-offs between different GHGs, any metric used for mitigation strategies explicitly or implicitly evaluates the climate impact of different gases relative to each other.

The most prominent GHG emissions metric is the Global Warming Potential (GWP), which calculates the integrated radiative forcing from the emission of one kilogram of a component $j$ out to a time horizon $T$:

**Equation 3.9.4**      $AGWP_j(T) = \int_0^T RF_j(t)\, dt$

The AGWP is an absolute metric. The corresponding relative metric is then defined as $GWP_j = AGWP_j / AGWP_{CO_2}$.

The GWP with a finite time horizon $T$ was introduced by the IPCC (1990). With a 100-year time horizon, the GWP is used in the Kyoto Protocol and many other scientific and policy applications for converting emissions of various GHGs into '$CO_2$ equivalents'. As pointed out in WGI, no scientific argument favours selecting 100 years compared with other choices. Conceptual shortcomings of the GWP include: (a) the choice of a finite time horizon is arbitrary, yet has strong effects on metric value (IPCC, 1990); (b) the same $CO_2$-equivalent amount of different gases may have different physical climate implications (Fuglestvedt et al., 2000; O'Neill, 2000; Smith and Wigley, 2000); (c) physical impacts and impacts to humans (well-being) are missing; and (d) temporal aggregation of forcing does not capture important differences in temporal behaviour. Limitations and inconsistencies also relate to the treatment of indirect effects and feedbacks (see WGI, Chapter 8).

Many alternative metrics have been proposed in the scientific literature. It can be argued that the net impacts from different gases should be compared (when measured in the same units) and the relative impact used for the exchange rate. The Global Damage Potential (GDamP) follows this approach by using climate damages as an impact proxy, and exponential discounting for inter-temporal aggregation of impacts (Hammitt et al., 1996b; Kandlikar, 1996). Since marginal damages depend on the time at which GHGs are emitted, the GDamP is a time-variant metric. The GDamP accounts for the full causal chain from emissions to impacts. One advantage of the framework is that relevant normative judgements, such as the choice of inter-temporal discounting and the valuation of impacts, are explicit (Deuber et al., 2013). In practice, however, the GDamP is difficult to operationalize. The difficulties in calculating the GDamP and SCC are closely related (see Section 3.9.4).

The Global Cost Potential (GCP) calculates the time-varying ratio of marginal abatement costs of alternative gases arising in a cost-effective multi-gas mitigation strategy given a prescribed climate target (Manne and Richels, 2001), such as a cap on temperature change or

---

[48]    This issue is discussed in Chapter 8 of WGI.

Table 3.4 | Overview and classification of different metrics from the scientific literature.

| Name of metric | | Impact function | Atmospheric background | Time dimension | Reference |
|---|---|---|---|---|---|
| GWP | Global Warming Potential | $RF$ | Constant | Constant temporal weighting over fixed time horizon | IPCC (1990) |
| GWP-LA | Global Warming Potential (discounting) | $RF$ | Constant, average of future conditions | Exponential discounting | Lashof and Ahuja (1990) |
| GTP-H | Global Temperature Change Potential (fixed time horizon) | $\Delta T$ | Constant | Evaluation at a fixed time $T$ after emission | Fuglestvedt et al., (2010), Shine et al. (2005) |
| GTP(t) | Time-dependent global temperature change potential | $\Delta T$ | Time-varying | Evaluation at a fixed end point time in the future | Shine et al. (2007) |
| CETP | Cost Effective Temperature Potential | $\Delta T$ | Exogenous scenario | Complex function of time when climate threshold is reached | Johansson (2012) |
| MGTP | Mean Global Temperature Change Potential | $\Delta T$ | Time-varying | Constant temporal weighting over fixed time horizon | Gillet and Matthews (2010), Peters et al. (2011a) |
| GCP | Global Cost Potential | Infinite damage above climate target | Time-varying | Exponential discounting | Manne and Richels (2001) |
| GDamP | Global Damage Potential | $D(\Delta T)$ | Time-varying | Exponential discounting | Kandlikar (1996), Hammit et al. (1996a) |

on GHG concentrations. While the GCP avoids the problems associated with damage functions, it still requires complex integrated energy-economy-climate models to calculate GHG price ratios, and is therefore less transparent to stakeholders than physical metrics.[49]

The time-dependant Global Temperature Change Potential (GTP) is a physical metric that does not involve integration of the chosen impact parameter over time (Shine et al., 2007). It is defined as the relative effect of different gases on temperature at a predefined future date from a unit impulse of those gases. Typically these are normalized to a base, such as same mass of $CO_2$ emitted. While the GWP and GTP were not constructed with a specific policy target in mind, the GCP is conceptually more consistent with a policy approach aiming at achieving climate objectives in a cost-effective way (Fuglestvedt et al., 2003; Manning and Reisinger, 2011; Tol et al., 2012).

Virtually all absolute metrics ($AM_i$) can be expressed in terms of a generalization of Equation 3.9.4 (Kandlikar, 1996; Forster et al., 2007):

**Equation 3.9.5**    $AM_i = \int_0^\infty I_i(\Delta T(t), RF(t), \ldots) W(t) \, dt$

where the *impact function* $I_i$ links the metric to the change in a physical climate parameter, typically the global mean radiative forcing $RF$ (e.g., in the case of the GWP) or the change in global mean temperature $\Delta T$ (e.g., GTP and most formulations of the GDamP). In some cases, the impact function also considers the rate of change of a physical climate parameter (Manne and Richels, 2001; Johansson et al., 2006).

The temporal 'weighting function, W(t)', determines how the metric aggregates impacts over time. It can prescribe a finite time horizon (GWP), evaluation at a discrete point in time (GTP), or exponential discounting over an infinite time horizon (GDamP), which is consistent with the standard approach to inter-temporal aggregation used in economics (see Section 3.6.2). The weighting used in the GWP is a weight equal to one up to the time horizon and zero thereafter.

The categorization according to their choice of impact and temporal weighting function (Table 3.4) serves to expose underlying explicit and implicit assumptions, which, in turn, may reflect normative judgements. It also helps to identify relationships between different metric concepts (Tol et al., 2012; Deuber et al., 2013). In essence, the choice of an appropriate metric for policy applications involves a trade-off between completeness, simplicity, measurability, and transparency (Fuglestvedt et al., 2003; Plattner et al., 2009; Deuber et al., 2013). The GDP and GCP are cost effective in implementing multi-gas mitigation policies, but are subject to large measurability, value-based, and scientific uncertainties. Simple physical metrics, such as the GWP, are easier to calculate and produce a more transparent result, but are inaccurate in representing the relevant impact trade-offs between GHGs (Fuglestvedt et al., 2003; Deuber et al., 2013).

The choice of metric can have a strong effect on the numerical value of GHG exchange rates. This is particularly relevant for $CH_4$, which operates on a much shorter timescale than $CO_2$. In WGI, Section 8.7, an exchange ratio of $CH_4$ to $CO_2$ of 28 is given for GWP and of 4 for a time horizon of 100 years for GTP.[50] For a quadratic damage function and a

---

[49]    In the context of a multi-gas integrated assessment model which seeks to minimize the cost of meeting a climate target.

[50]    See WGI Chapter 8, Appendix 8A for GWP and GTP values for an extensive list of components.

discount rate of 2%, Boucher (2012) obtained a median estimate of the GDamP exchange ratios of 24.3. This exchange rate obviously has very significant implications for relative emphasis a country may place on methane mitigation vs. carbon dioxide mitigation.

A small but increasing body of literature relates to the economic implications of metric choice. A limited number of model-based examinations find that, despite its conceptual short-comings, the GWP-100 performs roughly similarly to GTP or a cost-optimizing metric (such as the GCP) in terms of aggregate costs of reaching a prescribed climate target, although regional and sectoral differences may be significant (Godal and Fuglestvedt, 2002; Johansson et al., 2006; Reisinger et al., 2013; Smith et al., 2013; Ekholm et al., 2013). In other words, based on these few studies, the scope for reducing aggregate mitigation costs of reaching a particular climate target by switching to a metric other than the currently used GWP-100 may be limited, although there may be significant differences in terms of regional costs.

In the Kyoto Protocol, emission reductions of one GHG can be traded with reductions in all other GHGs. Such 'single-basket' approaches implicitly assume that the GHGs can linearly substitute each other in the mitigation effort. However, the same $CO_2$-equivalent amount of different GHGs can result in climate responses that are very different for transitional and long-term temperature change, chiefly due to different life-times of the substances (Fuglestvedt et al., 2000; Smith and Wigley, 2000). As an alternative, multi-basket approaches have been proposed, which only allow trading within groups of forcing agents with similar physical and chemical properties (Rypdal et al., 2005; Jackson, 2009; Daniel et al., 2012; Smith et al., 2013). Smith et al. (2013) propose a methodology for categorizing GHGs into two baskets of (a) long-lived species, for which the cumulative emissions determine the long-term temperature response, and (b) shorter-lived species for which sustained emissions matter. Applying separate emission equivalence metrics and regulations to each of the two baskets can effectively control the maximum peak temperature reached under a global climate policy regime. However, further research on the institutional requirements and economic implications of such an approach is needed, as it requires regulators to agree on separate caps for each basket and reduces the flexibility of emission trading systems to harvest the cheapest mitigation options.

# 3.10   Behavioural economics and culture

This section summarizes behavioural economics related to climate change mitigation. We focus on systematic deviations from the traditional neoclassical economic model, which assumes that preferences are complete, consistent, transitive, and non-altruistic, and that

humans have unbounded computational capacity and rational expectations. In this context, social and cultural issues and conditions that frame our attitudes, as well as living conditions, are also addressed. Chapter 2 also considers behavioural questions, though primarily in the context of risk and uncertainty.

Although the focus is on the behaviour of individuals, some firms and organizations also take actions that appear to be inconsistent with the standard neoclassical model of the profit-maximizing firm (Lyon and Maxwell, 2007).

## 3.10.1   Behavioural economics and the cost of emissions reduction

Behavioural economics deals with cognitive limitations (and abilities) that affect people's economic decision-making processes. Choices can be affected and/or framed by perceived fairness, social norms, cooperation, selfishness, and so on.[51] Behavioural economics emphasizes the cognitive, social, and emotional factors that lead to apparently irrational choices. A growing number of documented systematic deviations from the neoclassical model help explain people's behaviour, but here we focus on several that we see as most relevant to climate change mitigation.[52]

### 3.10.1.1   Consumer undervaluation of energy costs

Consumers may undervalue energy costs when they purchase energy-using durables, such as vehicles, or make other investment decisions related to energy use.[53] By 'undervalue', we mean that consumers' choices systematically fail to maximize the utility they experience when the choices are implemented ('experienced' utility) (Kahneman and Sugden, 2005; see also, e.g., Fleurbaey, 2009). This misoptimization reduces demand for EE. Three potential mechanisms of undervaluation may be most influential (see also Box 3.10). First, when considering a choice with multiple attributes, evidence suggests that consumers are inattentive to add-ons and ancillary attributes, such as shipping and handling charges or sales taxes (Hossain and Morgan, 2006; Chetty et al., 2009). It could be that EE is a similar type of ancillary product attribute and is thus less salient at the time of purchase. Second, significant evidence across many contexts also suggests that humans are 'present biased' (DellaVigna, 2009). If energy costs affect consumption in the future while purchase prices affect consumption in the present, this would lead consumers to be less energy efficient. Third, people's beliefs about the implications of different choices may

---

[51]   See, e.g., Babcock and Loewenstein (1997), Shiv and Fedorikhin (1999), Asheim et al. (2006), Barrett (2007), Levati et al. (2007), Potters et al. (2007), Shogren and Taylor (2008) and Dannenberg et al. (2010).

[52]   See Rachlinski (2000), Brekke and Johansson-Stenmann (2008), Gowdy (2008) and the American Psychological Association (2010).

[53]   This can even apply to cases that use sophisticated methods to support decisions (e.g., Korpi and Ala-Risku, 2008).

be systematically biased (Jensen, 2010; Bollinger et al., 2011; Kling et al., 2012; McKenzie et al., 2013). Attari et al. (2010) show that people systematically underestimate the energy savings from a set of household energy conserving activities, and Allcott (2013) shows that the average consumer either correctly estimates or systematically slightly underestimates the financial savings from more fuel-efficient vehicles. Each of these three mechanisms of undervaluation appears plausible based on results from other contexts. However, rigorous evidence of misoptimization is limited in the specific context of energy demand (Allcott and Greenstone, 2012).

Three implications arise for climate and energy policy if the average consumer is marginal to a policy does, in fact, undervalue energy costs. The first is an 'internality dividend' from carbon taxes (or other policies that internalize the carbon externality into energy prices): a carbon tax can actually increase consumer welfare when consumers undervalue energy costs (Allcott et al., forthcoming). This occurs because undervaluation would be a pre-existing distortion that reduces demand for EE below consumers' private optima, and one that increasing carbon taxes helps to correct. Second, in addition to carbon taxes, other tax or subsidy policies that raise the relative purchase price of energy-inefficient durable goods can improve welfare (Cropper and Laibson, 1999; O'Donoghue and Rabin, 2008; Fullerton et al., 2011). Third, welfare gains are largest from policies that preferentially target consumers who undervalue energy costs the most. This effect is related to the broader philosophies of libertarian paternalism (Sunstein and Thaler, 2003) and asymmetric paternalism (Camerer et al., 2003), which advocate policies that do not infringe on freedom of choice but could improve choices by the subset of people who misoptimize. In the context of energy demand, such policies might include labels or programmes that provide information about, and attract attention to, energy use by durable goods.

### 3.10.1.2    Firm behaviour

Some of the phenomena described above may also apply to firms. Lyon and Maxwell (2004, 2008) examine in detail the tendency of firms to undertake pro-environment actions, such as mitigation, without being prompted by regulation. Taking a neoclassical approach to the problem, they find that firms view a variety of pro-environment actions as being to their advantage. However, evidence of a compliance norm has been found in other contexts where firms' responses to regulation have been studied (Ayres and Braithwaite, 1992; Gunningham et al., 2003).

The conventional economic model represents the firm as a single, unitary decision-maker, with a single objective, namely, profit maximization. As an alternative to this 'black-box' model of the firm (Malloy, 2002), the firm may be seen as an organization with a multiplicity of actors, perhaps with different goals, and with certain distinctive internal features (Coase, 1937; Cyert and March, 1963; Williamson, 1975).

### 3.10.1.3    Non-price interventions to induce behavioural change

Besides carbon taxes and other policies that affect relative prices, other non-price policy instruments can reduce energy demand, and, therefore, carbon emissions. Such interventions include supplying information on potential savings from energy-efficient investment, drawing attention to energy use, and providing concrete examples of energy-saving measures and activities (e.g., Stern, 1992; Abrahamse et al., 2005). They also include providing feedback on historical energy consumption (Fischer, 2008) and information on how personal energy use compares to a social norm (Allcott, 2011).[54]

In some cases, non-price energy conservation and efficiency programmes may have low costs to the programme operator, and it is therefore argued that they are potential substitutes if carbon taxes are not politically feasible (Gupta et al., 2007). However, it is questionable whether such interventions are appropriate substitutes for carbon taxes, for example, in terms of environmental and cost effectiveness, because their impact may be small (Gillingham et al., 2006) and unaccounted costs may reduce the true welfare gains. For example, consumers' expenditures on energy-efficient technologies and time spent turning lights off may not be observed.

Research in other domains (e.g., Bertrand et al., 2010) has shown that a person's choices are sometimes not consistent. They may be malleable by 'ancillary conditions'—non-informational factors that do not affect experienced utility. In the context of EE, this could imply that energy demand may be reduced with relatively low welfare costs through publicity aimed at changing consumer preferences. However, publicly-funded persuasion campaigns bring up important ethical and political concerns, and the effectiveness of awareness-raising programmes on energy and carbon will depend on how consumers actually use the information and the mix of policy instruments (Gillingham et al., 2006; Gupta et al., 2007; also Worrell et al., 2004; Mundaca et al., 2010).

### 3.10.1.4    Altruistic reductions of carbon emissions

In many contexts, people are altruistic, being willing to reduce their own welfare to increase that of others. For example, in laboratory 'dictator games', people voluntarily give money to others (Forsythe et al., 1994), and participants in public goods games regularly contribute more than the privately-optimal amount (Dawes and Thaler, 1988; Ledyard, 1993). Charitable donations in the United States amount to more than 2% of GDP (List, 2011). Similarly, many individuals voluntarily contribute to environmental public goods, such as reduced carbon

---

54   The efficacy of these interventions can often be explained within neoclassical economic models. From an expositional perspective, it is still relevant to cover them in this section.

**3**

emissions. For example, USD 387 million were spent in the U.S. on voluntary carbon offset purchases in 2009 (Bloomberg, 2010).

Pre-existing altruistic voluntary carbon emission reductions could moderate the effects of a new carbon tax on energy demand because the introduction of monetary incentives can 'crowd out' altruistic motivations (Titmuss, 1970; Frey and Oberholzer-Gee, 1997; Gneezy and Rustichini, 2000). Thus, a carbon tax could reduce voluntary carbon emission reductions even as it increases financially-motivated reductions. While this effect might not weaken the welfare argument for a carbon tax, it does reduce the elasticity of carbon emissions with respect to a carbon tax.

Reciprocity, understood as the practice of people rewarding generosity and castigating cruelty towards them, has been found to be a key driver of voluntary contributions to public goods. Positive reciprocity comes in the form of conditional cooperation, which is a tendency to cooperate when others do so too (Axelrod, 1984; Fischbacher et al., 2001; Frey and Meier, 2004). However, cooperation based on positive reciprocity is often fragile and is declining over time (Bolton et al., 2004; Fischbacher and Gächter, 2010). Incentives and penalties are fundamental to maintaining cooperation in environmental treaties (Barrett, 2003). Adding a strategic option to punish defectors often stabilizes cooperation, even when punishment comes at a cost to punishers (Ostrom et al., 1992; Fehr and Gächter, 2002). Yet, if agents are allowed to counter-punish, the effectiveness of reciprocity to promote cooperation might be mitigated (Nikiforakis, 2008). However, most laboratory studies have been conducted under symmetric conditions and little is known about human cooperation in asymmetric settings, which tend to impose more serious normative conflicts (Nikiforakis et al., 2012).

Experiments also reveal a paradox: actors can agree to a combined negotiated climate goal for reducing the risk of catastrophe, but behave as if they were blind to the risks (Barrett and Dannenberg, 2012). People are also often motivated by concerns about the fairness of outcomes and procedures; in particular, many do not like falling behind others (Fehr and Schmidt, 1999; Bolton and Ockenfels, 2000; Charness and Rabin, 2002; Bolton et al., 2005). Such concerns can both promote and hamper the effectiveness of negotiations, including climate negotiations, in overcoming cooperation and distributional problems (Güth et al., 1982; Lange and Vogt, 2003; Lange et al., 2007; Dannenberg et al., 2010).

Uncertainty about outcomes and behaviours also tends to hamper cooperation (Gangadharan and Nemes, 2009; Ambrus and Greiner, 2012). As a result, the information given to, and exchanged by, decision makers may affect social comparison processes and reciprocal interaction, and thus the effectiveness of mechanisms to resolve conflicts (Goldstein et al., 2008; Chen et al., 2010; Bolton et al., 2013). In particular, face-to-face communication has been proved to significantly promote cooperation (Ostrom, 1990; Brosig et al., 2003). Concerns about free-riding are perceived as a barrier to engaging in mitigation

actions (Lorenzoni et al., 2007). The importance of fairness in promoting international cooperation (see also Chapter 4) is one of the few non-normative justifications for fairness in climate policy.

### 3.10.1.5    Human ability to understand climate change

So far, we have covered deviations from the neoclassical model that affect energy demand. Such deviations can also affect the policy-making process. The understanding of climate change as a physical phenomenon with links to societal causes and impacts is highly complex (Weber and Stern, 2011). Some deviations are behavioural and affect perceptions and decision making in various settings besides climate change. (See Section 2.4 for a fuller discussion). For example, perceptions of, and reactions to, uncertainty and risk can depend not only on external reality, as assumed in the neoclassical model, but also on cognitive and emotional processes (Section 2.4.2). When making decisions, people tend to overweight outcomes that are especially 'available' or salient (Kahneman and Tversky, 1974, 1979). They are more averse to losses than they are interested in gains relative to a reference point (Kahneman and Tversky, 1979). Because climate change involves a loss of existing environmental amenities, this can increase its perceived costs. However, if the costs of abatement are seen as a reduction relative to a reference rate of future economic growth, this can increase the perceived costs of climate change mitigation.

Some factors make it hard for people to think about climate change and lead them to underweight it: change happens gradually; the major effects are likely to occur in the distant future; the effects will be felt elsewhere; and their nature is uncertain. Furthermore, weather is naturally variable, and the distinction between weather and climate is often misunderstood (Reynolds et al., 2010). People's perceptions and understanding of climate change do not necessarily correspond to scientific knowledge (Section 2.4.3) because they are more vulnerable to emotions, values, views, and (unreliable) sources (Weber and Stern, 2011). People are likely to be misled if they apply their conventional modes of understanding to climate change (Bostrom et al., 1994).

## 3.10.2    Social and cultural issues

In recent years, the orientation of social processes and norms towards mitigation efforts has been seen as an alternative or complement to traditional mitigation actions, such as incentives and regulation. We address some of the concepts discussed in the literature, which, from a social and cultural perspective, contribute to strengthening climate change actions and policies.

### 3.10.2.1    Customs

In both developed and developing countries, governments, social organizations, and individuals have tried to change cultural attitudes

3

**Box 3.11 | Gross National Happiness (GNH)**

The Kingdom of Bhutan has adopted an index of GNH as a tool for assessing national welfare and planning development (Kingdom of Bhutan, 2008). According to this concept, happiness does not derive from consumption, but rather from factors such as the ability to live in harmony with nature (Taplin et al., 2013). Thus, GNH is both a critique of, and an alternative to, the conventional global development model (Taplin et al., 2013). The GNH Index measures wellbeing and progress according to nine key domains (and 72 core indicators) (Uddin et al., 2007). The intention is to increase access to health, education, clean water, and electrical power (Pennock and Ura, 2011) while maintaining a balance between economic growth, environmental protection, and the preservation of local culture and traditions. This is seen as a 'Middle Way' aimed at tempering the environmental and social costs of unchecked economic development (Frame, 2005; Taplin et al., 2013).

towards emissions, energy use, and lifestyles (European Commission, 2009). For example, household energy-use patterns for space and water heating differ significantly between Japan and Norway because of lifestyle differences (Wilhite et al., 1996; Gram-Hanssen, 2010). Some have argued that the bio-cultural heritage of indigenous peoples is a resource that should be valued and preserved as it constitutes an irreplaceable bundle of teachings on the practices of mitigation and sustainability (Sheridan and Longboat, 2006; Russell-Smith et al., 2009; Kronik and Verner, 2010). Sometimes local strategies and indices have metamorphosed into national policies, as in the case of '*Buen Vivir*' in Ecuador (Choquehuanca, 2010; Gudynas, 2011) and 'Gross National Happiness' (GNH), described in Box 3.11. In rich countries, and among social groups with high levels of environmental awareness, interest in sustainability has given rise to cultural movements promoting change in modes of thought, production, and consumption. Including the cultural dimension in mitigation policies facilitates social acceptability.

### 3.10.2.2    Indigenous peoples

Indigenous peoples number millions across the globe (Daes, 1996). Land and the natural environment are integral to their sense of identity and belonging and to their culture, and are essential for their survival (Gilbert, 2006; Xanthaki, 2007). The ancestral lands of indigenous peoples contain 80% of the earth's remaining healthy ecosystems and global biodiversity priority areas, including the largest tropical forests (Sobrevila, 2008). Because they depend on natural resources and inhabit biodiversity-rich but fragile ecosystems, indigenous peoples are particularly vulnerable to climate change and have only limited means of coping with such change (Henriksen, 2007; Permanent Forum on Indigenous Issues, 2008). They are often marginalized in decision making and unable to participate adequately in local, national, regional, and international climate-change mechanisms. Yet, it is increasingly being recognized that indigenous peoples can impart valuable insights into ways of managing mitigation and adaptation (Nakashima et al., 2012), including forest governance and conserving ecosystems (Nepstad et al., 2006; Hayes and Murtinho, 2008; Persha et al., 2011).

### 3.10.2.3    Women and climate change

Women often have more restricted access to, and control of, the resources on which they depend than men. In many developing countries, most small-scale food producers are women. They are usually the ones responsible for collecting water and fuel and for looking after the sick. If climate change adversely affects crop production and the availability of fuel and water, or increases ill health, women may bear a disproportionate burden of those consequences (Dankelman, 2002; UNEP, 2011).[55] On the other hand, they may be better at adapting to climate change, both at home and in the community. But given their traditional vulnerability, the role of women across society will need to be re-examined in a gender-sensitive manner to ensure they have equal access to all types of resources (Agostino and Lizarde, 2012).

### 3.10.2.4    Social institutions for collective action

Social institutions shape individual actions in ways that can help in both mitigation and adaptation. They promote trust and reciprocity, establish networks, and contribute to the evolution of common rules. They also provide structures through which individuals can share information and knowledge, motivate and coordinate behaviour, and act collectively to deal with common challenges. Collective action is reinforced when social actors understand that they can participate in local solutions to a global problem that directly concerns them.

As noted in Sections 3.10.1.5 and 2.4, public perceptions of the cause and effect of climate change vary, in both developed and developing countries, with some erroneous ideas persisting even among well-educated people. Studies of perceptions (O'Connor et al., 1999; Corner et al., 2012) demonstrate that the public is often unaware of the roles that individuals and society can play in both mitigation and adaptation. The concepts of social and policy learning can be used in stimu-

---

[55]    Natural disasters over the period 1981–2002 revealed evidence of a gender gap: natural disasters lowered women's life expectancy more than men's: the worse the disaster and the lower the woman's socio-economic status the bigger the disparity (Neumayer and Plümper, 2007).

3

lating and organizing collective action. Social learning involves participation by members of a group in discourse, imitation, and shared collective or individual actions. The concept of policy learning describes the process of adaptation by organizations to external change while retaining or strengthening their own objectives and domination over existing socio-economic structures (Adger and Kelly, 1999). The task of an educational programme in mitigating and adapting to climate change is to represent a collective global problem in individual and social terms. This will require the strategies for disseminating scientific information to be reinforced and the practical implications advertised in ways that are understandable to diverse populations (González Gaudiano and Meira Cartea, 2009).

## 3.11    Technological change

Mitigation scenarios aim at significant reductions in current emission levels that will be both difficult and costly to achieve with existing technological options. However, cost-reducing technological innovations are plausible. The global externality caused by climate change compounds market failures common to private sector innovations. Appropriate policy interventions are accordingly needed to encourage the type and amount of climate-friendly technological change (TC) that would lead to sizable reductions in the costs of reducing carbon emissions. This section reviews theories, concepts, and principles used in the study of environmentally oriented TC, and highlights key lessons from the literature, in particular, the potential of policy to encourage TC. Examples of success and failure in promoting low carbon energy production and consumption technologies are further evaluated in Chapters 6–16.

### 3.11.1    Market provision of TC

As pollution is not fully priced by the market, private individuals lack incentives to invest in the development and use of emissions-reducing technologies in the absence of appropriate policy interventions. Market failures other than environmental pollution include what is known as the 'appropriability problem'. This occurs when inventors copy and build on existing innovations, and reap part of the social returns on them. While the negative climate change externality leads to over use of the environment, the positive 'appropriability' externality leads to an under-supply of technological innovation.[56] Indeed, empirical research provides ample evidence that social rates of return on R&D are higher than private rates of return (Griliches, 1992). Thus, the ben-

efits of new knowledge may be considered as a public good (see, e.g., Geroski, 1995).

Imperfections in capital markets often distort the structure of incentives for financing technological development. Information about the potential of a new technology may be asymmetrically held, creating adverse selection (Hall and Lerner, 2010). This may be particularly acute in developing countries. The issue of path dependence, acknowledged in evolutionary models of TC, points to the importance of transformative events in generating or diverting technological trajectories (see Chapters 4 and 5). Even endogenously induced transformative events may not follow a smooth or predictable path in responding to changing economic incentives, suggesting that carbon-price policy alone may not promote the desired transformative events.

### 3.11.2    Induced innovation

The concept of 'induced innovation' postulates that investment in R&D is profit-motivated and responds positively to changes in relative prices[57] (Hicks, 1932; Binswanger and Ruttan, 1978; Acemoglu, 2002).[58] Initial evidence of induced TC focused on the links between energy prices and innovation and revealed the lag between induced responses and the time when price changes came into effect, which is estimated at five years by Newell et al. (1999) and Popp (2002) (see Chapter 5). Policy also plays an important role in inducing innovation, as demonstrated by the increase in applications for renewable energy patents within the European Union in response to incentives for innovation provided by both national policies and international efforts to combat climate change (Johnstone et al., 2010). Recent evidence also suggests that international environmental agreements provide policy signals that encourage both innovation (Dekker et al., 2012) and diffusion (Popp et al., 2011). With the exception of China, most climate-friendly innovation occurred in developed countries (Dechezlepretre et al., 2011).[59]

### 3.11.3    Learning-by-doing and other structural models of TC

An extensive literature relates to rates of energy cost reduction based on the concept of 'experience' curves (see Chapter 6). In economics, this concept is often described as learning-by-doing (LBD)—to describe the decrease in costs to manufacturers as a function of cumulative output—or 'learning-by-using', reflecting the reduction in costs

---

[56]    For incremental innovations, the net technology externality can be negative. Depending on market structure and intellectual property rules, the inventor of an incremental improvement on an existing technology may be able to appropriate the entire market, thereby earning profits that exceed the incremental value of the improvement.

[57]    It should be pointed out that in economics, 'induced innovation' typically means innovation induced by relative price differences. The IPCC uses a different definition: innovation induced by policy.

[58]    In economics, 'induced innovation' typically means innovation induced by relative price differences. The IPCC uses a different definition: innovation induced by policy.

[59]    Global R&D expenditures amounted to USD 1.107 trillion in 2007, with OECD nations accounting for 80 %, and the U.S. and Japan together accounting for 46 % (National Science Board, 2010).

(and/or increase in benefits) to consumers as a function using a technology. While learning curves are relatively easy to incorporate into most climate integrated assessment models (IAMs), the application of LBD has limitations as a model of TC (Ferioli et al., 2009). Learning curves ignore potential physical constraints. For example, while costs may initially fall as cumulative output expands, if renewable energy is scaled up, the use of suboptimal locations for production would increase costs. Ferioli et al. (2009) also provide evidence that learning can be specific to individual components, so that the savings from learning may not fully transfer from one generation of equipment to the next. They therefore suggest caution when extrapolating cost savings from learning curves to long-term frames or large-scale expansions. Similarly, in a study on cost reductions associated with photovoltaic cells, Nemet (2006) finds that most efficiency gains come from universities, which have little traditional LBD through production experience. Hendry and Harborne (2011) provide examples of the interaction of experience and R&D in the development of wind technology.

### 3.11.4   Endogenous and exogenous TC and growth

Within climate policy models, TC is either treated as exogenous or endogenous. Köhler et al. (2006), Gillingham et al. (2008) and Popp et al. (2010) provide reviews of the literature on TC in climate models.

Exogenous TC (most common in models) progresses at a steady rate over time, independently of changes in market incentives. One drawback of exogenous TC is that it ignores potential feedback between climate policy and the development of new technologies. Models with endogenous TC address this limitation by relating technological improvements in the energy sector to changes in energy prices and policy. These models demonstrate that ignoring induced innovation overstates the costs of climate control.

The Nordhaus (1977, 1994) DICE model is the pioneering example of a climate policy model incorporating TC into IAMs. In most implementations of DICE, TC is exogenous. Efforts to endogenize TC have been difficult, mainly because market-based spillovers from R&D are not taken into account when deciding how much R&D to undertake. Recent attempts to endogenize TC include WITCH model (Bosetti et al., 2006) and Popp's (2004) ENTICE model. Popp (2004) shows that models that ignore directed TC do indeed significantly overstate the costs of environmental regulation (more detailed discussion on TC in these and more recent models is provided in Chapter 6).

An alternative approach builds on new growth theories, where TC is by its nature endogenous, in order to look at the interactions between growth and the environment. Policies like R&D subsidies or carbon taxes affect aggregate growth by affecting entrepreneurs' incentives to innovate. Factoring in firms' innovations dramatically changes our view of the relationship between growth and the environment. More recent work by Acemoglu et al. (2012) extends the endogenous growth

literature to the case where firms can choose the direction of innovation (i.e., they can decide whether to innovate in more or less carbon-intensive technologies or sectors).[60]

In contrast, LBD models use learning curve estimates to simulate falling costs for alternative energy technologies as cumulative experience with the technology increases. One criticism of these models is that learning curve estimates provide evidence of correlation, but not causation. While LBD is easy to implement, it is difficult to identify the mechanisms through which learning occurs. Goulder and Mathai (2000) provide a theoretical model that explores the implications of modelling technological change through R&D or LBD (several empirical studies on this are reviewed in more detail in Chapter 6).

### 3.11.5   Policy measures for inducing R&D

Correcting the environmental externality or correcting knowledge market failures present two key options for policy intervention to encourage development of climate-friendly technologies. Patent protection, R&D tax credits, and rewarding innovation are good examples of correcting failures in knowledge markets and promoting higher rates of innovation. On the other hand, policies regulating environmental externalities, such as a carbon tax or a cap-and-trade system, influence the direction of innovation.

Chapter 15 discusses in more detail how environmental and technology policies work best in tandem (e.g., Popp, 2006; Fischer, 2008; Acemoglu et al., 2012). For instance, in evaluating a broad set of policies to reduce $CO_2$ emissions and promote innovation and diffusion of renewable energy in the United States electricity sector, Fischer & Newell (2008) find that a portfolio of policies (including emission pricing and R&D) achieves emission reductions at significantly lower cost than any single policy (see Chapters 7 to 13). However, Gerlagh and van der Zwaan (2006) note the importance of evaluating the trade-off between cost savings from innovation and Fischer and Newell (2008) assumptions of decreasing returns to scale due to space limitations for new solar and wind installations.

### 3.11.6   Technology transfer (TT)

Technology transfer (TT) has been at the centre of the scholarly debate on climate change and equity in economic development as a way for developed countries to assist developing countries access new low carbon technologies. Modes of TT include, trade in products, knowledge and technology, direct foreign investment, and international move-

---

[60]   Other works investigating the response of technology to environment regulations include Grübler and Messner (1998), Manne and Richels (2004b), Messner (1997), Buonanno et al. (2003), Nordhaus (2002), Di Maria and Valente (2008), Bosetti et al. (2008), Massetti et al. (2009), Grimaud and Rouge (2008), and Aghion et al. (2009).

ment of people (Hoekman et al., 2005). Phases and steps for TT involve absorption and learning, adaptation to the local environment and needs, assimilation of subsequent improvements, and generalization. Technological learning or catch-up thus proceeds in stages: importing foreign technologies; local diffusion and incremental improvements in process and product design; and marketing, with different policy measures suited to different stages of the catch-up process.

'Leapfrogging', or the skipping of some generations of technology or stages of development, is a useful concept in the climate change mitigation literature for enabling developing countries to avoid the more emissions-intensive stages of development (Watson and Sauter, 2011). Examples of successful low-carbon leapfrogging are discussed in more detail in Chapter 14.

Whether proprietary rights affect transfers of climate technologies has become a subject of significant debate. Some technologies are in the public domain; they are not patented or their patents have expired. Much of the debate on patented technologies centres on whether the temporary monopoly conferred by patents has hampered access to technology. Proponents of strong intellectual property (IP) rights believe that patents enhance TT as applicants have to disclose information on their inventions. Some climate technology sectors, for example, those producing renewable energy, have easily available substitutes and sufficient competition, so that patents on these technologies do not make them costly or prevent their spread (Barton, 2007). In other climate-related technology sectors, IP protection could be a barrier to TT (Lewis, 2007). (The subject is further discussed in Chapters 13 and 15.)

Various international agreements on climate change, trade, and intellectual property include provisions for facilitating the transfer of technology to developing countries. Climate change agreements encourage participation by developing countries and address barriers to the adoption of technologies, including financing. However, some scholars have found these agreements to be ineffective because they do not incorporate mechanisms for ensuring technology transfers to developing countries (Moon, 2008). (The literature on international cooperation on TT is further discussed in Chapters 13, 14 and 16.)

## 3.12   Gaps in knowledge and data

As this chapter makes clear, many questions are not completely answered by the literature. So it is prudent to end our assessment with our findings on where research might be directed over the coming decade so that the AR6 (should there be one) may be able to say more about the ethics and economics of climate change.

- To plan an appropriate response to climate change, it is important to evaluate each of the alternative responses that are available. How can we take into account changes in the world's population? Should society aim to promote the total of people's wellbeing in the world, or their average wellbeing, or something else? The answer to this question will make a great difference to the conclusions we reach.

- The economics and ethics of geoengineering is an emerging field that could become of the utmost importance to policymakers. Deeper analysis of the ethics of this topic is needed, as well as more research on the economic aspects of different possible geoengineering approaches and their potential effects and side-effects.

- To develop better estimates of the social cost of carbon and to better evaluate mitigation options, it would be helpful to have more realistic estimates of the components of the damage function, more closely connected to WGII assessments of physical impacts. Quantifying non-market values, that is, measuring valuations placed by humans on nature and culture, is highly uncertain and could be improved through more and better methods and empirical studies. As discussed in Section 3.9, the aggregate damage functions used in many IAMs are generated from a remarkable paucity of data and are thus of low reliability.

- The development of regulatory mechanisms for mitigation would be helped by more ex-post evaluation of existing regulations, addressing the effectiveness of different regulatory approaches, both singly and jointly. For instance, understanding, retrospectively, the effectiveness of the European Union Emissions Trading Scheme (EU ETS), the California cap-and-trade system, or the interplay between renewable standards and carbon regulations in a variety of countries.

- Energy models need to provide a more realistic portrait of micro-economic decision-making frameworks for technology-choice (energy-economy models).

- A literature is emerging in economics and ethics on the risk of catastrophic climate change impacts, but much more probing into the ethical dimensions is needed to inform future economic analysis.

- More research that incorporates behavioural economics into climate change mitigation is needed. For instance, more work on understanding how individuals and their social preferences respond to (ambitious) policy instruments and make decisions relevant to climate change is critical.

- Despite the importance of the cost of mitigation, the aggregate cost of mitigating x tonnes of carbon globally is poorly understood. To put it differently, a global carbon tax of x dollars per tonne

would yield y(t) tonnes of carbon abatement at time, t. We do not understand the relationship between x and y(t).

- The choice of the rate at which future uncertain climate damages are discounted depends on their risk profile in relation to other risks in the economy. By how much does mitigating climate change reduce the aggregate uncertainty faced by future generations?

-  As has been recently underscored by several authors (Pindyck, 2013; Stern, 2013) as well as this review, integrated assessment models have very significant shortcomings for CBA, as they do not fully represent climate damages, yet remain important tools for investigating climate policy. They have been widely and successfully applied for CEA analysis (Paltsev et al., 2008; Clarke et al., 2009; Krey and Clarke, 2011; Fawcett et al., 2013). Research into improving the state-of-the-art of such models (beyond just updating) can have high payoff.

# 3.13    Frequently Asked Questions

### FAQ 3.1    The IPCC is charged with providing the world with a clear scientific view of the current state of knowledge on climate change. Why does it need to consider ethics?

The IPCC aims to provide information that can be used by governments and other agents when they are considering what they should do about climate change. The question of what they should do is a normative one and thus has ethical dimensions because it generally involves the conflicting interests of different people. The answer rests implicitly or explicitly on ethical judgements. For instance, an answer may depend on a judgement about the responsibility of the present generation towards people who will live in the future or on a judgement about how this responsibility should be distributed among different groups in the present generation. The methods of ethical theory investigate the basis and logic of judgements such as these.

### FAQ 3.2    Do the terms justice, fairness and equity mean the same thing?

The terms 'justice', 'fairness' and 'equity' are used with subtly different meanings in different disciplines and by different authors. 'Justice' and 'equity' commonly have much the same meaning: 'justice' is used more frequently in philosophy; 'equity' in social science. Many authors use 'fairness' as also synonymous with these two. In reporting on the literature, the IPCC assessment does not impose a strictly uniform usage on these terms. All three are often used synonymously. Section 3.3 describes what they refer to, generally using the term 'justice'.

Whereas justice is broadly concerned with a person receiving their due, 'fairness' is sometimes used in the narrower sense of receiving one's due (or 'fair share') in comparison with what others receive. So it is unfair if people do not all accept an appropriate share of the burden of reducing emissions, whereas on this narrow interpretation it is not unfair—though it may be unjust—for one person's emissions to harm another person. Fairness is concerned with the distribution of goods and harms among people. 'Distributive justice'—described in Section 3.3—falls under fairness on the narrow interpretation.

### FAQ 3.3    What factors are relevant in considering responsibility for future measures that would mitigate climate change?

It is difficult to indicate unambiguously how much responsibility different parties should take for mitigating future emissions. Income and capacity are relevant, as are ethical perceptions of rights and justice. One might also investigate how similar issues have been dealt with in the past in non-climate contexts. Under both common law and civil law systems, those responsible for harmful actions can only be held liable if their actions infringe a legal standard, such as negligence or nuisance. Negligence is based on the standard of the reasonable person. On the other hand, liability for causing a nuisance does not exist if the actor did not know or have reason to know the effects of its conduct. If it were established that the emission of GHGs constituted wrongful conduct within the terms of the law, the nature of the causal link to the resulting harm would then have to be demonstrated.

# References

**Abrahamse W., L. Steg, C. Vlek, and T. Rothengatter (2005).** A review of intervention studies aimed at household energy conservation. *Journal of Environmental Psychology* **25**, 273–291. doi: 10.1016/j.jenvp.2005.08.002, ISSN: 02724944.

**Acemoglu D. (2002).** Directed technical change. *The Review of Economic Studies* **69**, 781–809. Available at: http://www.jstor.org/stable/1556722.

**Acemoglu D., P. Aghion, L. Bursztyn, and D. Hemous (2012).** The environment and directed technical change. *American Economic Review* **102**, 131–166. doi: 10.1257/aer.102.1.131, ISSN: 0002-8282.

**Ackerman F., S.J. DeCanio, R., Howarth, and K. Sheeran (2009).** Limitations of integrated assessment models of climate change. *Climatic Change* **95**, 297–315. doi: 10.1007/s10584-009-9570-x, ISSN: 0165-0009, 1573–1480.

**Ackerman F., E.A. Stanton, and R. Bueno (2013).** Epstein–Zin Utility in DICE: Is Risk Aversion Irrelevant to Climate Policy? *Environmental and Resource Economics* **56**, 73–84. doi: 10.1007/s10640-013-9645-z, ISSN: 0924-6460, 1573–1502.

**Adaman F., N. Karalı, G. Kumbaroğlu, I. Or, B. Özkaynak, and Ü. Zenginobuz (2011).** What determines urban households' willingness to pay for $CO_2$ emission reductions in Turkey: A contingent valuation survey. *Energy Policy* **39**, 689–698. doi: 10.1016/j.enpol.2010.10.042, ISSN: 0301-4215.

**Adger W.N., J. Barnett, K. Brown, N. Marshall, and K. O'Brien (2012).** Cultural dimensions of climate change impacts and adaptation. *Nature Climate Change* **3**, 112–117. Available at: http://www.nature.com.proxy.library.ucsb.edu:2048/nclimate/journal/v3/n2/full/nclimate1666.html.

**Adger W.N., and P.M. Kelly (1999).** Social Vulnerability to Climate Change and the Architecture of Entitlements. *Mitigation and Adaptation Strategies for Global Change* **4**, 253–266. doi: 10.1023/A:1009601904210, ISSN: 1381-2386, 1573–1596.

**Adler M. (2011).** *Well-Being and Fair Distribution: Beyond Cost-Benefit Analysis*. Oxford University Press, USA, 656 pp. ISBN: 0195384997.

**Agar N. (2001).** *Life's Intrinsic Value: Science, Ethics, and Nature*. Columbia University Press, 220 pp. ISBN: 9780231117876.

**Aghion P., R. Blundell, R. Griffith, P. Howitt, and S. Prantl (2009).** The effects of entry on incumbent innovation and productivity. *Review of Economics and Statistics* **91**, 20–32. doi: 10.1162/rest.91.1.20, ISSN: 0034-6535, 1530–9142.

**Agostino A., and R. Lizarde (2012).** Gender and climate justice. *Development* **55**, 90–95. doi: 10.1057/dev.2011.99, ISSN: 1011-6370, 1461–7072.

**Akter S., and J. Bennett (2011).** Household perceptions of climate change and preferences for mitigation action: the case of the Carbon Pollution Reduction Scheme in Australia. *Climatic Change* **109**, 417–436. doi: 10.1007/s10584-011-0034-8, ISSN: 0165-0009, 1573–1480.

**Alcamo J., and E. Kreileman (1996).** Emission scenarios and global climate protection. *Global Environmental Change* **6**, 305–334. doi: 10.1016/S0959-3780(96)00030-1, ISSN: 0959-3780.

**Aldred J. (1994).** Existence value, welfare and altruism. *Environmental Values* **3**, 381–402. doi: 10.3197/096327194776679665, ISSN: 09632719, 17527015.

**Aldy J.E, Krupnick A.J, Parry I.W.H, Newell R.G, and Pizer W.A (2010).** Designing climate mitigation policy. *J. Econ. Lit. Journal of Economic Literature* **48**, 903–934. ISSN: 0022-0515.

**Aldy J.E., M.J. Kotchen, and A.A. Leiserowitz (2012).** Willingness to pay and political support for a US national clean energy standard. *Nature Climate Change* **2**, 596–599. doi: 10.1038/nclimate1527, ISSN: 1758-678X.

**Alkin M. (2004).** *Evaluation Roots: Tracing Theorists' Views and Influences*. Sage Publications, Thousand Oaks Calif., ISBN: 9780761928935.

**Allcott H. (2011).** Social norms and energy conservation. *Journal of Public Economics* **95**, 1082–1095. doi: 10.1016/j.jpubeco.2011.03.003, ISSN: 00472727.

**Allcott H. (2013).** The welfare effects of misperceived product costs: Data and calibrations from the automobile market. *American Economic Journal: Economic Policy* **5**, 30–66. ISSN: 1945-7731.

**Allcott H., and M. Greenstone (2012).** Is there an energy efficiency gap? *Journal of Economic Perspectives* **26**, 3–28. doi: 10.1257/jep.26.1.3, ISSN: 0895-3309.

**Allcott H., S. Mullainathan, and D. Taubinsky (forthcoming).** Energy policy with externalities and internalities. *Journal of Public Economics*.

**Ambec S., and P. Barla (2006).** Can Environmental Regulations be Good for Business? An Assessment of the Porter Hypothesis. *Energy Studies Review* **14**. Available at: http://digitalcommons.mcmaster.ca/esr/vol14/iss2/1.

**Ambec S., M.A. Cohen, S. Elgie, and P. Lanoie (2013).** The Porter Hypothesis at 20: Can Environmental Regulation Enhance Innovation and Competitiveness? *Review of Environmental Economics and Policy*, 1–22. doi: 10.1093/reep/res016, ISSN: 1750-6816, 1750–6824.

**Ambrus A., and B. Greiner (2012).** Imperfect Public Monitoring with Costly Punishment: An Experimental Study. *The American Economic Review* **102**, 3317–3332. Available at: http://www.ingentaconnect.com/proxy.library.ucsb.edu:2048/content/aea/aer/2012/00000102/00000007/art00007.

**American Law Institute (2011).** *Restatement of the Law (third): Restitution and Unjust Enrichment*. American Law Institute Publishers, St. Paul, MN.

**American Psychological Association (2010).** *Psychology and Global Climate Change: Addressing a Multi-Faceted Phenomenon and Set of Challenges*. Available at: http://www.apa.org/science/about/publications/climate-change.aspx.

**Amundsen E.S., and J.B. Mortensen (2001).** The Danish Green Certificate System: some simple analytical results. *Energy Economics* **23**, 489–509. doi: 10.1016/S0140-9883(01)00079-2, ISSN: 0140-9883.

**Anderson S.T., and R.G. Newell (2004).** Information programs for technology adoption: the case of energy-efficiency audits. *Resource and Energy Economics* **26**, 27–50. doi: 10.1016/j.reseneeco.2003.07.001, ISSN: 09287655.

**Anthoff D., and R. Hahn (2010).** Government failure and market failure: on the inefficiency of environmental and energy policy. *Oxford Review of Economic Policy* **26**, 197–224. doi: 10.1093/oxrep/grq004, ISSN: 0266-903X, 1460–2121.

**Anthoff D., C. Hepburn, and R.S.J. Tol (2009).** Equity weighting and the marginal damage costs of climate change. *Ecological Economics* **68**, 836–849. doi: 10.1016/j.ecolecon.2008.06.017, ISSN: 0921-8009.

**Anthoff D., and R.S.J. Tol (2013).** The uncertainty about the social cost of carbon: A decomposition analysis using FUND. *Climatic Change* **117**, 515–530. doi: 10.1007/s10584-013-0706-7, ISSN: 0165-0009, 1573–1480.

**Antolini D.E., and C.L. Rechtschaffen (2008).** Common law remedies: a refresher. *Environmental Law Reporter News and Analysis* **38**, 10114–10127.

**Appiah K.A. (2010).** *The Ethics of Identity*. Princeton University Press, Available at: http://press.princeton.edu/titles/7806.html.

**Archibald G.C. (1959).** Welfare economics, ethics, and essentialism. *Economica* **26**, 316–327.

**Arimura T.H., S. Li, R.G. Newell, and K. Palmer (2012).** Cost-effectiveness of electricity energy efficiency programs. *The Energy Journal* **33**, 63–99.

**3**

Arrhenius G. (forthcoming). *Population Ethics: The Challenge of Future Genera-tions*. Oxford University Press, Oxford.

Arrow K.J. (1963). *Social Choice and Individual Values*. Yale University Press, New Haven, ISBN: 9780300013641.

Arrow K.J. (1977). Extended sympathy and the possibility of social choice. *American Economic Review* 67, 219–225.

Arrow K.J. (1999). Discounting, morality, and gaming. In: *Discounting and Inter-generational Equity*. P.R. Portney, J.J. Weyant, (eds.), Resources for the Future, Washington, D.C., pp. 13–21. ISBN: 0915707896.

Arrow K.J. (2007). Global climate change: a challenge to pol-icy. *The Economists' Voice* 4. Available at: http://www.degruyter.com/view/j/ev.2007.4.3/ev.2007.4.3.1270/ev.2007.4.3.1270.xml?format=INT.

Arrow, K., M. Cropper, C. Gollier, B. Groom, G. Heal, R. Newell, W. Nordhaus, R. Pindyck, W. Pizer, P. Portney, T. Sterner, R.S.J. Tol, and M. Weitzman (2013). Determining Benefits and Costs for Future Generations. *Science* 341, 349–350. doi: 10.1126/science.1235665, ISSN: 0036-8075, 1095–9203.

Arze del Granado F.J., D. Coady, and R. Gillingham (2012). The Unequal Ben-efits of Fuel Subsidies: A Review of Evidence for Developing Countries. *World Development* 40, 2234–2248. doi: 10.1016/j.worlddev.2012.05.005, ISSN: 0305750X.

Asheim G.B., C.B. Froyn, J. Hovi, and F.C. Menz (2006). Regional versus global cooperation for climate control. *Journal of Environmental Economics and Man-agement* 51, 93–109. doi: 10.1016/j.jeem.2005.04.004, ISSN: 0095-0696.

Atkinson A.B. (1970). On the measurement of inequality. *Journal of Economic Theory* 2, 244–263.

Attari S.Z., M.L. DeKay, C.I. Davidson, and W. Bruine de Bruin (2010). Public perceptions of energy consumption and savings. *Proceedings of the National Academy of Sciences* 107, 16054–16059. doi: 10.1073/pnas.1001509107, ISSN: 0027-8424, 1091–6490.

Aunan K., J. Fang, H. Vennemo, K. Oye, and H.M. Seip (2004). Co-benefits of climate policy—lessons learned from a study in Shanxi, China. *Energy Policy* 32, 567–581. doi: 10.1016/S0301-4215(03)00156-3, ISSN: 0301-4215.

Axelrod R.M. (1984). *The Evolution of Cooperation*. Basic Books, New York.

Ayres I., and J. Braithwaite (1992). *Responsive Regulation: Transcending the Deregulation Debate*. Oxford University Press, 218 pp. ISBN: 9780199879953.

Azar C., and T. Sterner (1996). Discounting and distributional considerations in the context of global warming. *Ecological Economics* 19, 169–184. doi: 10.1016/0921-8009(96)00065-1, ISSN: 09218009.

Babcock L., and G. Loewenstein (1997). Explaining Bargaining Impasse: The Role of Self-Serving Biases. *The Journal of Economic Perspectives* 11, 109–126. doi: 10.2307/2138254, ISSN: 0895-3309.

Babiker M., A. Gurgel, S. Paltsev, and J. Reilly (2009). Forward-looking versus recursive-dynamic modeling in climate policy analysis: A comparison. *Economic Modelling* 26, 1341–1354. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/S0264999309001035.

Babiker M., J. Reilly, and L. Viguier (2004). Is International Emissions Trading Always Beneficial? *The Energy Journal* 25, 33–56. ISSN: 0195-6574.

Baer P. (2010). Greenhouse Development Rights: A Framework for Climate Protec-tion That is "More Fair" Than Equal Per Capita Emissions Rights. In: *Climate Ethics: Essential Readings*. S.M. Gardiner, S. Caney, D. Jamieson, H. Shue, (eds.), Oxford University Press, pp. 215–230.

Baier A. (1981). The Rights of Past and Future Persons. In: *Responsibilities to Future Generations: Environmental Ethics*. E. Partridge, (ed.), Prometheus Books, pp. 171–183.

Baldos U.L.C., and T.W. Hertel (2013). Looking back to move forward on model validation: insights from a global model of agricultural land use. *Environmen-tal Research Letters* 8, 034024. Available at: http://iopscience.iop.org.proxy.library.ucsb.edu:2048/1748-9326/8/3/034024.

Ballard C.L., and D. Fullerton (1992). Distortionary Taxes and the Provision of Public Goods. *The Journal of Economic Perspectives* 6, 117–131.

Bansal R., and A. Yaron (2004). Risks for the Long Run: A Potential Resolution of Asset Pricing Puzzles. *The Journal of Finance* 59, 1481–1509. doi: 10.1111/j.1540-6261.2004.00670.x, ISSN: 1540-6261.

Bardach E. (2005). *A Practical Guide for Policy Analysis: The Eightfold Path to More Effective Problem Solving*. Sage; CQ Press, Los Angeles; Thousand Oaks, ISBN: 9781608718429.

Bardhan A., D. Jaffee, C. Kroll, and N. Wallace (2013). Energy efficiency retrofits for U.S. housing: Removing the bottlenecks. *Regional Science and Urban Eco-nomics*.

Barrett S. (2003). *Environment and Statecraft: The Strategy of Environmental Treaty-Making: The Strategy of Environmental Treaty-Making*. Oxford University Press, 456 pp. Available at: http://www.amazon.de/Environment-Statecraft-Strategy-Environmental-Treaty-Making/dp/0199286094.

Barrett S. (2007). *Why Cooperate?: The Incentive to Supply Global Public Goods: The Incentive to Supply Global Public Goods*. Oxford University Press, Oxford, UK, 276 pp. ISBN: 9780199211890.

Barrett S. (2008). The incredible economics of geoengineering. *Environmental and Resource Economics* 39, 45–54. Available at: http://www.springerlink.com/index/a91294x25w065vk3.pdf.

Barrett S., and A. Dannenberg (2012). Climate negotiations under scien-tific uncertainty. *Proceedings of the National Academy of Sciences* 109, 17372–17376. doi: 10.1073/pnas.1208417109, ISSN: 0027-8424, 1091–6490.

Barro R.J. (2006). Rare Disasters and Asset Markets in the Twentieth Century. *The Quarterly Journal of Economics* 121, 823–866. doi: 10.2307/25098810, ISSN: 0033-5533.

Barro R.J. (2009). Rare Disasters, Asset Prices, and Welfare Costs. *American Eco-nomic Review* 99, 243–264. doi: 10.1257/aer.99.1.243, ISSN: 0002-8282.

Barry B. (1977). Justice between generations. In: *Law, Morality and Society. Essays in Honor of H.L.A. Hart, P.M.S. Hacker and Joseph Raz (eds.)*. Clarendon Press, Oxford, pp. 268–284.

Barry B. (1989). *A Treatise on Social Justice, Volume 1: Theories of Justice*. Har-vester-Wheatsheaf, London, 443 pp. ISBN: 9780520076495.

Barry B. (1999). Sustainability and intergenerational justice. In: *Fairness and Futu-rity. Essays on Environmental Sustainability*. A. Dobson, (ed.), Oxford University Press, Oxford, pp. 93–117.

Barton J.H. (2007). *Intellectual Property and Access to Clean Energy Technologies in Developing Countries: An Analysis of Solar Photovoltaic, Biofuels and Wind Technologies*. ICTSD Trade and Sustainable Energy Series Issue Paper No. 2. International Centre for Trade and Sustainable Development, Geneva, Switzer-land.

Becht M. (1995). The theory and estimation of individual and social welfare mea-sures. *Journal of Economic Surveys* 9, 53–87.

**3**

Beckman J., T. Hertel, and W. Tyner (2011). Validating energy-oriented CGE models. *Energy Economics* 33, 799–806. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/S0140988311000259.

Behrens K.G. (2012). Moral obligations towards future generations in African thought. *Journal of Global Ethics* 8, 179–191. doi: 10.1080/17449626.2012.705786, ISSN: 1744-9626.

Bell D. (2011). Does anthropogenic climate change violate human rights? *Critical Review of International Social and Political Philosophy* 14, 99–124. doi: 10.1080/13698230.2011.529703, ISSN: 1369-8230.

Bennett J., and R. Blamey (2001). *The Choice Modelling Approach to Environmental Valuation*. Edward Elgar Publishing, 288 pp. ISBN: 9781840643046.

Berrens R.P., A.K. Bohara, H.C. Jenkins-Smith, C.L. Silva, and D.L. Weimer (2004). Information and effort in contingent valuation surveys: application to global climate change using national internet samples. *Journal of Environmental Economics and Management* 47, 331–363. doi: 10.1016/S0095-0696(03)00094-9, ISSN: 0095-0696.

Bertrand M., D. Karlan, S. Mullainathan, E. Shafir, and J. Zinman (2010). What's advertising content worth? evidence from a consumer credit marketing field experiment. *Quarterly Journal of Economics* 125, 263–305. doi: 10.1162/qjec.2010.125.1.263, ISSN: 0033-5533, 1531–4650.

Betz G. (2012). The case for climate engineering research: an analysis of the "arm the future" argument. *Climatic Change* 111, 473–485. doi: 10.1007/s10584-011-0207-5, ISSN: 0165-0009, 1573–1480.

Betz G., and S. Cacean (2012). *Ethical Aspects of Climate Engineering*. KIT Scientific Publishing, 170 pp. ISBN: 9783866448568.

Binswanger M. (2001). Technological progress and sustainable development: what about the rebound effect? *Ecological Economics* 36, 119–132. doi: 10.1016/S0921-8009(00)00214-7, ISSN: 0921-8009.

Binswanger H., and V. Ruttan (1978). *Induced Innovation: Technology Institutions and Development*. Johns Hopkins University Press, Baltimore, MD.

Birks P. (2005). *Unjust Enrichment (second Edition)*. Oxford University Press, New York, 360 pp.

Birnbacher D. (1988). *Verantwortung Für Zukünftige Generationen*. Ph. Reclam, Stuttgart, 297 pp. ISBN: 3150284473.

Birnbacher D. (2009). What motivates us to care for the (distant) future? In: *Intergenerational Justice*. Oxford University Press, Oxford.

Blackorby C., W. Bossert, and D. Donaldson (2005). *Population Issues in Social-Choice Theory, Welfare Economics and Ethics*. Cambridge University Press, Cambridge, 378 pp. ISBN: 9780521825511.

Blackorby C., and D. Donaldson (1990). A review article: The case against the use of the sum of compensating variations in cost-benefit analysis. *Canadian Journal of Economics*, 471–494.

Blok K. (2007). *Introduction to Energy Analysis*. Techne Press, Amsterdam, 256 pp. ISBN: 9789085940166.

Bloomberg (2010). *Building Bridges: State of the Voluntary Carbon Markets 2010*. Available at: http://www.forest-trends.org/documents/files/doc_2433.pdf.

Blumer H. (1956). Sociological analysis and the "variable." *American Sociological Review* 21, 683–90. Available at: http://www.jstor.org/stable/2088418.

Boadway R.W., and N. Bruce (1984). *Welfare Economics*. B. Blackwell, Available at: http://www.econ.cam.ac.uk/faculty/edwards/Prelim/Outline.pdf.

Bockstael N.E., and K.E. McConnell (2007). *Environmental Valuation with Revealed Preferences : A Theoretical Guide to Empirical Models*. Springer Netherland, Dordrecht, 389 pp. ISBN: 0792365011  9780792365013.

Böhringer C., and K.E. Rosendahl (2010). Green promotes the dirtiest: on the interaction between black and green quotas in energy markets. *Journal of Regulatory Economics* 37, 316–325. doi: 10.1007/s11149-010-9116-1, ISSN: 0922-680X, 1573–0468.

Bollinger B., P. Leslie, and A. Sorensen (2011). Calorie posting in chain restaurants. *American Economic Journal: Economic Policy* 3, 91–128. doi: 10.1257/pol.3.1.91, ISSN: 1945-7731, 1945–774X.

Bolton G.E., J. Brandts, and A. Ockenfels (2005). Fair procedures: Evidence from games involving lotteries. *The Economic Journal* 115, 1054–1076. Available at: http://onlinelibrary.wiley.com.proxy.library.ucsb.edu:2048/doi/10.1111/j.1468-0297.2005.01032.x/full.

Bolton G., B. Greiner, and A. Ockenfels (2013). Engineering trust: reciprocity in the production of reputation information. *Management Science* 59, 265–285. Available at: http://mansci.journal.informs.org/content/59/2/265.short.

Bolton G.E., E. Katok, and A. Ockenfels (2004). How effective are electronic reputation mechanisms? An experimental investigation. *Management Science* 50, 1587–1602. Available at: http://mansci.journal.informs.org/content/50/11/1587.short.

Bolton G.E., and A. Ockenfels (2000). ERC: A theory of equity, reciprocity, and competition. *American Economic Review* 90, 166–193. Available at: http://www.jstor.org/stable/117286.

Borck J.C., and C. Coglianese (2009). Voluntary environmental programs: assessing their effectiveness. *Annual Review of Environment and Resources* 34, 305–324. doi: 10.1146/annurev.environ.032908.091450.

Bosello F., C. Carraro, and E. De Cian (2010). Climate Policy and the Optimal Balance between Mitigation, Adaptation and Unavoided Damage. *Climate Change Economics* 01, 71–92. doi: 10.1142/S201000781000008X, ISSN: 2010-0078, 2010–0086.

Bosello F., F. Eboli, and R. Pierfederici (2012). Assessing the Economic Impacts of Climate Change. *Review of Environment Energy and Economics—Re3*. Available at: http://re3.feem.it/getpage.aspx?id=4569.

Bosetti V., C. Carraro, M. Galeotti, E. Massetti, and M. Tavoni (2006). WITCH—A World Induced Technical Change Hybrid model. *Energy Journal* 27, 13–37. ISSN: 0195-6574.

Bosetti V., C. Carraro, E. Massetti, and M. Tavoni (2008). International energy R&D spillovers and the economics of greenhouse gas atmospheric stabilization. *Energy Economics* 30, 2912–2929. doi: 10.1016/j.eneco.2008.04.008, ISSN: 01409883.

Bostrom A., M.G. Morgan, B. Fischhoff, and D. Read (1994). What Do People Know About Global Climate Change? 1. Mental Models. *Risk Analysis* 14, 959–970. doi: 10.1111/j.1539-6924.1994.tb00065.x, ISSN: 1539-6924.

Botzen W.J.W., and J.C.J.M. van den Bergh (2012). Risk attitudes to low-probability climate change risks: WTP for flood insurance. *Journal of Economic Behavior & Organization* 82, 151–166. doi: 10.1016/j.jebo.2012.01.005, ISSN: 0167-2681.

Boucher O. (2012). Comparison of physically- and economically-based $CO_2$-equivalences for methane. *Earth System Dynamics* 3, 49–61. doi: 10.5194/esd-3-49-2012, ISSN: 2190-4987.

Brekke K.A., and O. Johansson-Stenman (2008). The behavioural economics of climate change. *Oxford Review of Economic Policy* 24, 280–297. doi: 10.1093/oxrep/grn012, ISSN: 0266-903X, 1460–2121.

Brennan A., and Y.S. Lo (2010). *Understanding Environmental Philosophy*. Acumen, Durham,

**Broome J. (1994)**. Structured and unstructured valuation. *Analyse & Kritik* **16**, 121–132.

**Broome J. (2004)**. *Weighing Lives*. Oxford University Press, Oxford, ISBN: 9780199297702.

**Broome J. (2009)**. Why economics needs ethical theory. In: *Arguments for a Better World: Essays in Honour of Amartya Sen*. K. Basu, R. Kanbur, (eds.), Oxford University Press, Oxford, pp. 7–14.

**Broome J. (2012)**. *Climate Matters: Ethics in a Warming World (Amnesty International Global Ethics Series)*. WW Norton & Company, 224 pp. ISBN: 978-0393063363.

**Brosig J., J. Weimann, and A. Ockenfels (2003)**. The effect of communication media on cooperation. *German Economic Review* **4**, 217–241. Available at: http://onlinelibrary.wiley.com.proxy.library.ucsb.edu:2048/doi/10.1111/1468-0475.00080/full.

**Bruce J.P., H. Lee, and E.F. Haites (1996)**. *Climate Change 1995: Economic and Social Dimensions of Climate Change. Contribution of Working Group III to the Second Assessment Report of the Intergovernmental Panel on Climate Change*. Cambridge University Press, Cambridge, 448 pp.

**Bruckner T., G. Petschel-Held, F.L. Toth, H.M. Füssel, C. Helm, M. Leimbach, and H.J. Schellnhuber (1999)**. Climate change decision-support and the tolerable windows approach. *Environmental Modeling and Assessment* **4**, 217–234.

**De Bruin K.C., R.B. Dellink, and R.S.J. Tol (2009)**. AD-DICE: an implementation of adaptation in the DICE model. *Climatic Change* **95**, 63–81. doi: 10.1007/s10584-008-9535-5, ISSN: 0165-0009, 1573–1480.

**Brunée J., S. Goldberg, R. Lord, and L. Rajamani (2012)**. Overview of legal issues relevant to climate change. In: *Climate Change Liability: Transnational Theory and Practice*. R. Lord, S. Goldberg, L. Rajamani, J. Brunée, (eds.), Cambridge University Press, Cambridge UK, pp. 23–49.

**Buchanan A.E. (2004)**. *Justice, Legitimacy, and Self-Determination Moral Foundations for International Law*. Oxford University Press, Oxford, 520 pp. ISBN: 0198295359 9780198295358.

**Buck H.J. (2012)**. Climate Remediation to Address Social Development Challenges: Going Beyond Cost-Benefit and Risk Approaches to Assessing Solar Radiation Management. In: *Engineering the Climate: The Ethics of Solar Radiation Management*. C.J. Preston, (ed.), Lexington Books, ISBN: 0739175408.

**Bunzl M. (2008)**. An Ethical Assessment of Geoengineering. *Bulletin of the Atomic Scientists* **64**, 18.

**Bunzl M. (2009)**. Researching geoengineering: should not or could not? *Environmental Research Letters* **4**, 045104. Available at: http://iopscience.iop.org/1748-9326/4/4/045104.

**Buonanno P., C. Carraro, and M. Galeotti (2003)**. Endogenous induced technical change and the costs of Kyoto. *Resource and Energy Economics* **25**, 11–34. doi: 10.1016/S0928-7655(02)00015-5, ISSN: 09287655.

**Burns W.C.G., and H.M. Osofsky (2009)**. Overview: The Exigencies That Drive Potential Causes of Action for Climate Change. In: *Adjudicating Climate Change: State, National, and International Approaches*. W.C.G. Burns, H.M. Osofsky, (eds.), Cambridge University Press, pp. 1–27.

**Burtraw D. (1996)**. The $SO_2$ emissions trading program: cost savings without allowance trades. *Contemporary Economic Policy* **14**, 79–94. doi: 10.1111/j.1465-7287.1996.tb00615.x, ISSN: 10743529, 14657287.

**Burtraw D., D.A. Evans, A. Krupnick, K. Palmer, and R. Toth (2005)**. Economics of pollution trading for $SO_2$ and NOx. *Annual Review of Environment and Resources* **30**, 253–289. doi: 10.1146/annurev.energy.30.081804.121028, ISSN: 1543-5938, 1545–2050.

**Burtraw D., A. Krupnick, K. Palmer, A. Paul, M. Toman, and C. Bloyd (2003)**. Ancillary benefits of reduced air pollution in the US from moderate greenhouse gas mitigation policies in the electricity sector. *Journal of Environmental Economics and Management* **45**, 650–673. doi: 10.1016/S0095-0696(02)00022-0, ISSN: 0095-0696.

**Butt D. (2007)**. On benefiting from injustice. *Canadian Journal of Philosophy* **37**, 129–152. doi: 10.1353/cjp.2007.0010, ISSN: 1911-0820.

**Camerer C.F., S. Issacharoff, G.F. Loewenstein, T. O'Donoghue, and M. Rabin (2003)**. Regulation for conservatives: behavioral economics and the case for "asymmetric paternalism." *University of Pennsylvania Law Review* **151**, 1211. Available at: http://ssrn.com/abstract=399501.

**Campbell J.Y. (1996)**. Understanding Risk and Return. *Journal of Political Economy* **104**, 298–345. doi: 10.2307/2138928, ISSN: 0022-3808.

**Caney S. (2005)**. Cosmopolitan justice, responsibility, and global climate change. *Leiden Journal of International Law* **18**, 747–775. doi: 10.1017/S0922156505002992, ISSN: 0922-1565, 1478–9698.

**Caney S. (2006a)**. Cosmopolitan justice, rights and global climate change. *Canadian Journal of Law and Jurisprudence* **XIX**, 255–278. Available at: http://heinonline.org/HOL/LandingPage?collection=journals&handle=hein.journals/caljp19&div=18&id=&page=.

**Caney S. (2006b)**. Environmental degradation, reparations, and the moral significance of history. *Journal of Social Philosophy* **37**, 464–482. doi: 10.1111/j.1467-9833.2006.00348.x, ISSN: 0047-2786, 1467–9833.

**Caney S. (2009)**. Justice and the distribution of greenhouse gas emissions. *Journal of Global Ethics* **5**, 125–146. doi: 10.1080/17449620903110300, ISSN: 1744-9626.

**Caney S. (2010)**. Climate change and the duties of the advantaged. *Critical Review of International Social and Political Philosophy* **13**, 203–228. doi: 10.1080/13698230903326331, ISSN: 1369-8230, 1743–8772.

**Caney S. (2012)**. Just Emissions. *Philosophy & Public Affairs* **40**, 255–300. doi: 10.1111/papa.12005, ISSN: 1088-4963.

**Carbone J.C., and V.K. Smith (2013)**. Valuing Nature in a General Equilibrium. *Journal of Environmental Economics and Management* **66**, 72–89.

**Cardoso A., and J. Benhin (2011)**. Assessing the viability of protecting Colombian Caribbean coast from sea level rise: An economic valuating approach. *Semestre Económico* **14**, 13–30. ISSN: 0120-6346.

**Carlsson F., M. Kataria, A. Krupnick, E. Lampi, Å. Löfgren, P. Qin, S. Chung, and T. Sterner (2012)**. Paying for Mitigation: A Multiple Country Study. *Land Economics* **88**, 326–340. ISSN: 0023-7639, 1543–8325.

**Carson R.T., and W.M. Hanemann (2005)**. Contingent Valuation. In: *Handbook of Environmental Economics*. K.-G. Mäler, J.R. Vincent, (eds.), Elsevier, pp. 821–936, ISBN: 1574-0099.

**Champ P., K.J. Boyle, and T.C. Brown (2003)**. *A Primer on Nonmarket Valuation*. Kluwer Academic Publishers, Dordrecht; Boston, 592 pp. ISBN: 1402014309 9781402014307 0792364988 9780792364986 1402014457 9781402014451.

**Chang R. (1997)**. *Incommensurability, Incomparability, and Practical Reason*. Harvard University Press, Cambridge Mass., ISBN: 9780674447561.

**3**

Charness G., and M. Rabin (2002). Understanding social preferences with simple tests. *The Quarterly Journal of Economics* 117, 817–869. Available at: http://qje.oxfordjournals.org.proxy.library.ucsb.edu:2048/content/117/3/817.short.

Chen H. (1990). *Theory-Driven Evaluations*. Sage Publications, Newbury Park Calif., ISBN: 9780803935327.

Chen Y., M. Harper, J. Konstan, and S. Xin Li (2010). Social comparisons and contributions to online communities: A field experiment on movielens. *The American Economic Review*, 1358–1398. Available at: http://www.jstor.org.proxy.library.ucsb.edu:2048/stable/10.2307/27871259.

Chetty R., A. Looney, and K. Kroft (2009). Salience and taxation: theory and evidence. *American Economic Review* 99, 1145–1177. doi: 10.1257/aer.99.4.1145, ISSN: 0002-8282.

Choquehuanca C.D. (2010). Hacia la reconstrucción del Vivir Bien. *América Latina En Movimiento, ALAI* 452, 6–13. Available at: http://alainet.org/publica/452.phtml.

Clarke L., J. Edmonds, V. Krey, R. Richels, S. Rose, and M. Tavoni (2009). International climate policy architectures: Overview of the EMF 22 International Scenarios. *Energy Economics* 31, S64–S81. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/S0140988309001960.

Clarkson R., and K. Deyes (2002). Estimating the Social Cost of Carbon Emissions. Department of Environment, Food and Rural Affairs: London.

Cline W.R. (1992). *The Economics of Global Warming*. Institute for International Economics, ISBN: 9780881321326.

Coase R.H. (1937). The Nature of the Firm. *Economica* 4, 386–405. doi: 10.1111/j.1468-0335.1937.tb00002.x, ISSN: 1468-0335.

Cochrane J. (2001). *Asset Pricing*. Princeton University Press, ISBN: 0691074984.

Coleman J.L. (1992). *Risks and Wrongs: Philosophical Analysis*. Cambridge University Press Archive, 532 pp. ISBN: 9780521428613.

Compston H. (2010). The politics of climate policy: Strategic options for national governments. *The Political Quarterly* 81, 107–115. Available at: http://onlinelibrary.wiley.com.proxy.library.ucsb.edu:2048/doi/10.1111/j.1467-923X.2009.02070.x/full.

Corner A., and N. Pidgeon (2010). Geoengineering the Climate: The Social and Ethical Implications. *Environment: Science and Policy for Sustainable Development* 52, 24–37. doi: 10.1080/00139150903479563, ISSN: 0013-9157.

Corner A., N. Pidgeon, and K. Parkhill (2012). Perceptions of geoengineering: public attitudes, stakeholder perspectives, and the challenge of "upstream" engagement. *Wiley Interdisciplinary Reviews: Climate Change* 3, 451–466. doi: 10.1002/wcc.176, ISSN: 1757-7799.

Costello C.J., M.G. Neubert, S.A. Polasky, and A.R. Solow (2010). Bounded uncertainty and climate change economics. *Proceedings of the National Academy of Sciences* 107, 8108–8110. doi: 10.1073/pnas.0911488107, ISSN: 0027-8424, 1091–6490.

Cowen T. (1992). Consequentialism implies a zero rate of intergenerational discount. In: *Philosophy, Politics, and Society*. Yale University Press, New Haven, CT, pp. 162–168.

Cragg M., and M. Kahn (1997). New Estimates of Climate Demand: Evidence from Location Choice. *Journal of Urban Economics* 42, 261–284. doi: 10.1006/juec.1996.2027, ISSN: 0094-1190.

Craig P.P., A. Gadgil, and J.G. Koomey (2002). What can history teach us? A retrospective examination of long-term energy forecasts for the United States. *Annual Review of Energy and the Environment* 27, 83–118. doi: 10.1146/annurev.energy.27.122001.083425, ISSN: 1056-3466, 1056–3466.

Crate S.A. (2008). Gone the Bull of Winter? Grappling with the Cultural Implications of and Anthropology's Role(s) in Global Climate Change. *Current Anthropology* 49, 569–595. doi: 10.1086/529543, ISSN: 0011-3204.

Creutzig F., E. McGlynn, J. Minx, and O. Edenhofer (2011). Climate policies for road transport revisited (I): Evaluation of the current framework. *Energy Policy* 39, 2396–2406. doi: 10.1016/j.enpol.2011.01.062, ISSN: 0301-4215.

Cropper M., and D. Laibson (1999). The Implications of Hyperbolic Discounting for Project Evaluation. In: *Discounting Intergenerational Equity*. P.R. Portney, J. Weyant, (eds.), Resources for the Future, Washington D.C.

Crost B., and C. Traeger (2013). Optimal climate policy: Uncertainty versus Monte-Carlo. *Economic Letters* 120, 552–558.

Crutzen P.J. (2006). Albedo Enhancement by Stratospheric Sulfur Injections: A Contribution to Resolve a Policy Dilemma? *Climatic Change* 77, 211–220. doi: 10.1007/s10584-006-9101-y, ISSN: 0165-0009, 1573–1480.

Currie C., S.N. Gabhainn, E. Godeau, C. Roberts, R. Smith, D. Currie, W. Picket, M. Richter, A. Morgan, and V. Barnekow Rasmussen (2008). *Global Health Risks: Mortality and the Burden of Disease Attributable to Selected Major Risks*. World Health Organization.

Cyert R.M., and J.G. March (1963). *A Behavioral Theory of the Firm*. Prentice Hall, Englewood Cliffs, NJ, 352 pp.

Daes I. (1996). *Supplementary Report of the Special Rapporteur on the Protection of the Heritage of Indigenous Peoples*. United Nations Sub-Commission on Prevention of Discrimination and Protection of Minorities.

Dalton H. (1920). The measurement of the inequality of incomes. *The Economic Journal* 30, 348–361. Available at: http://www.jstor.org/stable/2223525.

Dana D. (2009). The contextual rationality of the precautionary principle. *Queen's Law Journal* 35, 67–96.

Daniel V.E., R.J.G.M. Florax, and P. Rietveld (2009). Flooding risk and housing values: An economic assessment of environmental hazard. *Ecological Economics* 69, 355–365. doi: 10.1016/j.ecolecon.2009.08.018, ISSN: 0921-8009.

Daniel J.S., S. Solomon, M. McFarland, and P. Friedlingstein (2012). Limitations of single-basket trading: lessons from the Montreal Protocol for climate policy. *Climatic Change Climatic Change* 111, 241–248. ISSN: 0165-0009.

Dankelman I. (2002). Climate change: learning from gender analysis and women's experiences of organising for sustainable development. *Gender and Development* 10, 21–29. Available at: http://www.jstor.org/stable/4030570.

Dannenberg A., B. Sturm, and C. Vogt (2010). Do equity preferences matter for climate negotiators? An experimental investigation. *Environmental and Resource Economics* 47, 91–109. Available at: http://link.springer.com.proxy.library.ucsb.edu:2048/article/10.1007/s10640-010-9366-5.

Dasgupta P. (2007). Comments on the Stern Review's economics of climate change. *National Institute Economic Review* 199, 4–7. doi: 10.1177/0027950101719900102, ISSN: 0027-9501.

Dasgupta P. (2008). Discounting climate change. *Journal of Risk and Uncertainty* 37, 141–169. doi: 10.1007/s11166-008-9049-6, ISSN: 0895-5646, 1573–0476.

Dasgupta P., and G.M. Heal (1980). *Economic Theory and Exhaustible Resources*. Cambridge University Press, Cambridge, 516 pp. ISBN: 9780521297615.

Davis L.W. (2011). *Evaluating the Slow Adoption of Energy Efficient Investments: Are Renters Less Likely to Have Energy Efficient Appliances?* National Bureau of Economic Research, Inc, 301–316 pp. Available at: http://ideas.repec.org/h/nbr/nberch/12130.html.

Dawes R.M., and R.H. Thaler (1988). Anomalies: cooperation. *The Journal of Economic Perspectives* 2, 187–197. Available at: http://www.jstor.org.proxy.library.ucsb.edu:2048/stable/10.2307/1942822.

DeCanio S.J. (2003). *Economic Models of Climate Change: A Critique.* Palgrave Macmillan, New York, 224 pp. ISBN: 978-1403963369.

Dechezlepretre A., M. Glachant, I. Hascic, N. Johnstone, and Y. Meniere (2011). Invention and transfer of climate change-mitigation technologies: a global analysis. *Review of Environmental Economics and Policy* 5, 109–130. doi: 10.1093/reep/req023, ISSN: 1750-6816, 1750–6824.

Dekker T., H.R.J. Vollebergh, F.P. de Vries, and C. Withagen (2012). Inciting protocols. *Journal of Environmental Economics and Management* 64, 45–67.

Dell M., B.F. Jones, and B.A. Olken (2009). Temperature and Income: Reconciling New Cross-Sectional and Panel Estimates. *American Economic Review* 99, 198–204. doi: 10.1257/aer.99.2.198, ISSN: 0002-8282.

Dell M., B.F. Jones, and B.A. Olken (2012). Temperature Shocks and Economic Growth: Evidence from the Last Half Century. *American Economic Journal: Macroeconomics* 4, 66–95. doi: 10.1257/mac.4.3.66, ISSN: 1945-7707, 1945–7715.

DellaVigna S. (2009). Psychology and economics: evidence from the field. *Journal of Economic Literature* 47, 315–372. doi: 10.1257/jel.47.2.315, ISSN: 0022-0515.

Dervis K., and J. Klugman (2011). Measuring human progress: the contribution of the Human Development Index and related indices. *Revue d'Economie Politique* 121, 73–92.

Deschênes O., and M. Greenstone (2007). The Economic Impacts of Climate Change: Evidence from Agricultural Output and Random Fluctuations in Weather. *American Economic Review* 97, 354–385. doi: 10.1257/aer.97.1.354, ISSN: 0002-8282.

Deschênes O., and M. Greenstone (2011). Climate Change, Mortality, and Adaptation: Evidence from Annual Fluctuations in Weather in the US. *American Economic Journal: Applied Economics* 3, 152–185. doi: 10.1257/app.3.4.152.

Deschênes O., and C. Kolstad (2011). Economic impacts of climate change on California agriculture. *Climatic Change* 109, 365–386. doi: 10.1007/s10584-011-0322-3, ISSN: 0165-0009, 1573–1480.

Dessus S., and D. O'Connor (2003). Climate Policy without Tears CGE-Based Ancillary Benefits Estimates for Chile. *Environmental and Resource Economics* 25, 287–317. doi: 10.1023/A:1024469430532, ISSN: 0924-6460, 1573–1502.

Deuber O., G. Luderer, and O. Edenhofer (2013). Physico-economic evaluation of climate metrics: A conceptual framework. *Environmental Science and Policy* 29, 37–45. ISSN: 1462-9011.

Diamond P.A. (1967). Cardinal welfare, individualistic ethics, and interpersonal comparison of utility: Comment. *The Journal of Political Economy* 75, 765.

Diamond P.A. (1977). A framework for social security analysis. *Journal of Public Economics* 8, 275–298. doi: 10.1016/0047-2727(77)90002-0, ISSN: 0047-2727.

Van Dijk C. (2011). Civil liability for global warming in the Netherlands. In: *Climate Change Liability.* M. Faure, M. Peeters, (eds.), Edward Elgar Publishing Ltd., Cheltenham UK, pp. 206–226.

Dimson E. (2002). *Triumph of the Optimists: 101 Years of Global Investment Returns.* Princeton University Press, Princeton, N.J, 339 pp. ISBN: 0691091943.

Donner L.J., and W.G. Large (2008). Climate modeling. *Annual Review of Environment and Resources* 33, 1–17. doi: 10.1146/annurev.environ.33.020707.160752, ISSN: 1543-5938, 1545–2050.

Drèze J. (1998). Distribution matters in cost-benefit analysis: a comment on K.A. Brekke. *The Journal of Public Economics* 70, 485–488.

Drèze J., and N. Stern (1989). The Theory of Cost-Benefit Analysis. In: *Handbook of Public Economics.* A. Auerbach, M. Feldstein, (eds.), North-Holland, Amsterdam, pp. 909–989.

Dryzek J.S. (1997). *The Politics of the Earth: Environmental Discourses.* Oxford University Press, Oxford; New York, ISBN: 0198781601   9780198781608   0198781598   9780198781592.

Dubash N.K., D. Raghunandan, G. Sant, and A. Sreenivas (2013). Indian Climate Change Policy. *Economic & Political Weekly* 48, 47. Available at: http://www.epw.in/system/files/pdf/2013_48/22/Indian_Climate_Change_Policy.pdf.

Dubin J., A. Miedema, and R. Chandran (1986). Price effects of energy-efficient technologies: a study of residential demand for heating and cooling. *RAND Journal of Economics* 17, 310–325.

Dunne J.P., R.J. Stouffer, and J.G. John (2013). Reductions in labour capacity from heat stress under climate warming. *Nature Climate Change* 3, 563–566. Available at: http://www.nature.com.proxy.library.ucsb.edu:2048/nclimate/journal/vaop/ncurrent/full/nclimate1827.html.

Eboli F., R. Parrado, and R. Roson (2010). Climate-change feedback on economic growth: explorations with a dynamic general equilibrium model. *Environment and Development Economics* 15, 515–533. doi: 10.1017/S1355770X10000252.

Ekholm T., T.J. Lindroos, and I. Savolainen (2013). Robustness of climate metrics under climate policy ambiguity. *Environmental Science & Policy* 31, 44–52. doi: 10.1016/j.envsci.2013.03.006, ISSN: 1462-9011.

Ellerman A.D. (2010). *Pricing Carbon: The European Union Emissions Trading Scheme.* Cambridge University Press, 390 pp. ISBN: 9780521196475.

Elster J., and J.E. Roemer (1993). *Interpersonal Comparisons of Well-Being.* Cambridge University Press, Cambridge, ISBN: 9780521457224.

Den Elzen M., J. Fuglestvedt, N. Höhne, C. Trudinger, J. Lowe, B. Matthews, B. Romstad, C.P. de Campos, and N. Andronova (2005). Analysing countries' contribution to climate change: scientific and policy-related choices. *Environmental Science & Policy* 8, 614–636. doi: 10.1016/j.envsci.2005.06.007, ISSN: 1462-9011.

Enkvist P-A., T. Nauclèr, and J. Rosander (2007). A cost curve for greenhouse gas reduction. *The McKinsey Quarterly.* Available at: http://www.mckinseyquarterly.com/A_cost_curve_for_greenhouse_gas_reduction_1911.

Epstein L.G., and S.E. Zin (1991). Substitution, Risk Aversion, and the Temporal Behavior of Consumption and Asset Returns: An Empirical Analysis. *Journal of Political Economy* 99, 263–286. doi: 10.2307/2937681, ISSN: 0022-3808.

European Commission (1985). Council Directive of 25 July 1985 on the approximation of the laws, regulations and administrative provisions of the member states concerning liability for defective products. Available at: http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=CELEX:31985L0374:en:HTML.

European Commission (2009). *Europeans' Attitudes towards Climate Change.* European Commission, Available at: http://ec.europa.eu/public_opinion/archives/ebs/ebs_322_en.pdf.

European Union (2004). Directive 2004/35/CE of the European Parliament and the Council on environmental liability with regard to the prevention and remedying of environmental damage.

**3**

Ewing B., and D. Kysar (2012). Prods and pleas: limited government in an era of unlimited harm. *Yale Law Journal* **131**, 350–424.

Fankhauser S. (1994). The economic costs of global warming damage: A survey. *Global Environmental Change* **4**, 301–309. doi: 10.1016/0959-3780(94)90030-2, ISSN: 09593780.

Fankhauser S., R.S.J. Tol, and D.W. Pearce (1997). The aggregation of climate change damages: a welfare theoretic analysis. *Environmental and Resource Economics* **10**, 249–266.

Farber D. (2007). Basic compensation for victims of climate change. *University of Pennsylvania Law Review* **155**, 1605–1655.

Faure M., and A. Nollkaemper (2007). International liability as an instrument to prevent and compensate for climate change. *Stanford Journal of International Law* **26A**, 123–179.

Faure M., and M. Peeters (2011). Concluding remarks. In: *Climate Change Liability*. M. Faure, M. Peeters, (eds.), Edward Elgar Publishing Ltd., Cheltenham UK, pp. 255–274.

Faure M., and G. Skogh (2003). *The Economic Analysis of Environmental Policy and Law: An Introduction*. Edward Elgar, Northampton MA, 354 pp.

Fawcett A., L. Clarke, S. Rausch, and J. Weyant (2013). Policy Overview of the EMF24 Study. *The Energy Journal*.

Fehr E., and S. Gächter (2002). Altruistic punishment in humans. *Nature* **415**, 137–140. Available at: http://www.nature.com.proxy.library.ucsb.edu:2048/nature/journal/v415/n6868/abs/415137a.html.

Fehr E., and K.M. Schmidt (1999). A theory of fairness, competition, and cooperation. *The Quarterly Journal of Economics* **114**, 817–868. Available at: http://qje.oxfordjournals.org.proxy.library.ucsb.edu:2048/content/114/3/817.short.

Feinberg J. (1984). *Harm to Others (The Moral Limits of the Criminal Law)*. Oxford University Press, USA, 284 pp. ISBN: 0195034090.

Ferioli F., K. Schoots, and B.C.C. van der Zwaan (2009). Use and limitations of learning curves for energy technology policy: a component-learning hypothesis. *Energy Policy* **37**, 2525–2535. doi: 10.1016/j.enpol.2008.10.043, ISSN: 03014215.

Fischbacher U., and S. Gächter (2010). Social preferences, beliefs, and the dynamics of free riding in public good experiments. *American Economic Review* **100**, 541–556. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1314687.

Fischbacher U., S. Gächter, and E. Fehr (2001). Are people conditionally cooperative? Evidence from a public goods experiment. *Economics Letters* **71**, 397–404. doi: 10.1016/S0165-1765(01)00394-9, ISSN: 0165-1765.

Fischer C. (2008). Feedback on household electricity consumption: a tool for saving energy? *Energy Efficiency* **1**, 79–104. doi: 10.1007/s12053-008-9009-7, ISSN: 1570-646X, 1570–6478.

Fischer C., and R.G. Newell (2008). Environmental and technology policies for climate mitigation. *Journal of Environmental Economics and Management* **55**, 142–162. doi: 10.1016/j.jeem.2007.11.001, ISSN: 00950696.

Fisher A.C., W.M. Hanemann, M.J. Roberts, and W. Schlenker (2012). The Economic Impacts of Climate Change: Evidence from Agricultural Output and Random Fluctuations in Weather: Comment. *American Economic Review* **102**, 3749–3760. doi: 10.1257/aer.102.7.3749, ISSN: 0002-8282.

Fleming J.R. (2010). *Fixing the Sky: The Checkered History of Weather and Climate Control*. Columbia University Press, 344 pp. ISBN: 978-0-231-14412-4.

Fleurbaey M. (2008). *Fairness, Responsibility, and Welfare*. Oxford University Press, 307 pp. ISBN: 9780191607578.

Fleurbaey M. (2009). Beyond GDP: The Quest for a Measure of Social Welfare. *Journal of Economic Literature* **47**, 1029–1075. doi: 10.1257/jel.47.4.1029.

Fleurbaey M. (2010). Assessing risky social situations. *The Journal of Political Economy* **118**, 649–680. doi: 10.1086/656513, ISSN: 00223808, 1537534X.

Fleurbaey M., and P. Hammond (2004). Interpersonally comparable utility. In: *Handbook of Utility Theory*. S. Barbera, P.J. Hammond, C. Seidl, (eds.), Kluwer Academic Publishers, Dordrecht [Netherlands]

Foley D. (2009). The economic fundamentals of global warming. In: *Twenty-First Century Macroeconomics: Responding to the Climate Challenge*. J.M. Harris, N.. Goodwin, (eds.), Edward Elgar, Northampton, MA, pp. 115–126.

Ford J.D., B. Smit, and J. Wandel (2006). Vulnerability to climate change in the Arctic: A case study from Arctic Bay, Canada. *Global Environmental Change* **16**, 145–160. doi: 10.1016/j.gloenvcha.2005.11.007, ISSN: 0959-3780.

Ford J.D., B. Smit, J. Wandel, M. Allurut, K. Shappa, H. Ittusarjuat, and K. Qrunnut (2008). Climate change in the Arctic: current and future vulnerability in two Inuit communities in Canada. *The Geographical Journal* **174**, 45–62. doi: 10.1111/j.1475-4959.2007.00249.x, ISSN: 0016-7398, 1475–4959.

Forster P., V. Ramaswamy, P. Artaxo, T. Berntsen, R. Betts, D.W. Fahey, J. Haywood, and J. Lean (2007). Changes in atmospheric constituents and in radiative forcing. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*. S. Solomon, D. Qin, M. Manning, Z. Chen, M. Marquis, et. al., (eds.), Cambridge University Press, Cambridge, United Kingdom and New York.

Forsythe R., J.L. Horowitz, N.E. Savin, and M. Sefton (1994). Fairness in simple bargaining experiments. *Games and Economic Behavior* **6**, 347–369. doi: 10.1006/game.1994.1021, ISSN: 08998256.

Frame B. (2005). Bhutan: a review of its approach to sustainable development. *Development in Practice* **15**, 216–221. doi: 10.1080/09614520500041963, ISSN: 0961-4524.

Frankfurt H. (1999). Equality and respect. *Social Research* **64**, 3–15.

Frederick S., G. Loewenstein, and T. O'donoghue (2002). Time discounting and time preference: a critical review. *Journal of Economic Literature* **40**, 351–401.

Freeman J., and C.D. Kolstad (2006). *Moving to Markets in Environmental Regulation: Lessons from Twenty Years of Experience*. Oxford University Press, Oxford ; New York, 488 pp. ISBN: 0195189655.

Frey B.S., and S. Meier (2004). Social comparisons and pro-social behavior: Testing "conditional cooperation" in a field experiment. *The American Economic Review* **94**, 1717–1722. Available at: http://www.jstor.org.proxy.library.ucsb.edu:2048/stable/10.2307/3592843.

Frey B.S., and F. Oberholzer-Gee (1997). The cost of price incentives: an empirical analysis of motivation crowding-out. *The American Economic Review* **87**, 746–755. Available at: http://www.jstor.org/stable/2951373.

Friman M. (2007). *Historical Responsibility in the UNFCCC*. Centre for Climate Science and Policy Research, Linkopings Universitet, 70 pp.

Fuglestvedt J.W., T.K. Berntsen, O. Godal, and T. Skodvin (2000). Climate implications of GWP-based reductions in greenhouse gas emissions. *Geophysical Research Letters* **27**, 409–412. ISSN: 0094-8276.

Fuglestvedt J.S., T.K. Berntsen, O. Godal, R. Sausen, K.P. Shine, and T. Skodvin (2003). Metrics of climate change: assessing radiative forcing and emission indices. *Climatic Change* **58**, 267–331. doi: 10.1023/A:1023905326842.